**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC.,DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:21-cv-2131<br>)<br>)<br>)<br>)<br>) |

## <u>NOTICE OF FILING EXHIBITS</u>

1.      Plaintiffs hereby give notice of filing the attached exhibits, which are exhibits to the Complaint filed on August 10, 2021 in the case captioned above [D.E. 1] and listed below.  All exhibits listed below have been electronically filed pursuant to LCvR 5.4(a), unless otherwise noted.

2.      Due to their nature, certain exhibits listed below are unable to be filed electronically through the Court's ECF System.  These exhibits are identified in the "Location" column below. A transcribed copy of each of those exhibits has been electronically filed through the Court's ECF System with the corresponding Exhibit Number pursuant to LCvR 5.4(a), unless otherwise noted. Upon request, Plaintiffs can arrange for files of those exhibits to be delivered to the Court.

| Exhibit No. | Description | Location |
|---|---|---|
| 349 & 349-V | Patrick Byrne, *How DJT Lost the White House, Chapter 1: All the President's Teams (11/3-12/17)*, Deep Capture (Jan. 27, 2021), https://www.deepcapture.com/2021/01/november-3-december-23-all-the-presidents-teams/. | Portions of this exhibit contain audio/video files, which is not a format that readily permits electronic filing.  A transcript of those audio/video files have been electronically filed with this exhibit.    These    files    are |

| | | maintained by counsel and available upon request. |
|---|---|---|
| 350 & 350-V | *Tech Millionaire Funds Hacking Team 2020 Election was 100% Rigged*, OAN (Nov. 23, 2020), *previously available at* https://www.oann.com/tech-millionaire-funds-hacking-team-20-election-100-rigged/ [https://app.criticalmention.com/app/#clip/view/67795b8f-2934-4361-81bd-710b2250575a?token=37f52d99-127d-4b48-b8dc-e5e99babfaaa]. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 351 & 351-V | *Former CEO Of Overstock Says He Has Proof The Election Was Rigged, Can Overturn Biden's Win*, Populist Press (Nov. 24, 2020), https://populist.press/former-ceo-of-overstock-says-he-has-proof-the-election-was-rigged-can-overturn-bidens-win/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 352 & 352-V | *Patrick Byrne has been working with Ramsland and Merritt*, BizTV (Nov. 18, 2020), https://www.youtube.com/watch?v=PbAi7GhaSY8. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 353 & 353-V | *Patrick Byrne: Dissecting The Election Steal*, Operation Freedom (Nov. 24, 2020), https://www.youtube.com/watch?v=5fs3tKtmiEA&feature=youtu.be. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 354 | Patrick Byrne, *How DJT Lost the White House, Chapter 4: The Christmas Doldrums (December 23- noon January 6), Deep Capture* (Feb. 4, 2021), https://www.deepcapture.com/2021/02/how-djt-lost-the-white-house-chapter-4-the-christmas-doldrums-december-23-noon-january-6/. | |

| | | |
|---|---|---|
| 355 | Patrick Byrne, *BOMBSHELL: Antrim County Computer Forensic Report*, Deep Capture (Dec. 14, 2020), https://www.deepcapture.com/2020/12/antrim-county-computer-forensic-report/. | |
| 356 & 356-V | *#TNTR, Founder of Overstock, Patrick Byrne: Caught 100 Percent Rigged Election*, The Naked Truth Report (Nov. 29, 2020), https://www.youtube.com/watch?v=UPtHWlTuji4. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 357 & 357-V | *Ann Vandersteel & Patrick Byrne 12_22_2020*, Steel Truth (Dec. 22, 2020), https://rumble.com/vc5rtr-ann-vandersteel-and-patrick-byrne-12-22-2020-steel-truth.html. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 358 | Patrick Byrne, *How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call.*, Deep Capture (Jan 31, 2021), https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference-in-this-election-you-make-the-call/ [https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference-in-this-election-you-make-the-call/]. | |
| 359 | March 31, 2021 Letter from T. Clare and M. Meier to P. Byrne. | |
| 360 | Patrick Byrne, *Evidence Grows: '20 Election Was Rigged*, Deep Capture (Nov. 24, 2020), https://www.deepcapture.com/2020/11/election-2020-was-rigged-the-evidence/. | |
| 361 & 361-V | Patrick Byrne, The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him (2021). | Portions of this exhibit contain audio/video files, which is not a format that readily permits electronic filing. A transcript of those audio/video files have been |

| | | |
|---|---|---|
| | | electronically filed with this exhibit. These files are maintained by counsel and available upon request. |
| 362 | June 18, 2021 Letter from T. Clare and M. Meier to P. Byrne. | |
| 363 & 363-V | Patrick Byrne, *NewsmaxTV Breaks Cone of Silence, Millions Hear Story There First*, Deep Capture (Nov. 17, 2020), https://www.deepcapture.com/2020/11/newsmaxtv-breaks-cone-of-silence-millions-hear-story-there-first/. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 364 & 364-V | *Why cyber experts are checking fraud in these six counties*, Glenn Beck (Dec. 1, 2020), https://www.youtube.com/watch?v=pTZsBotGRgU. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 365 & 365-V | *Patrick Byrne: Blowing Open the Election Steal*, Operation Freedom Insider Insight (Dec. 8, 2020), https://www.youtube.com/watch?v=8lGdRb8IZKA. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 366 & 366-V | *Patrick Byrne Interview: CCP China Accessed Dominion Via Wireless Modem*, The Pete Santilli Show (Dec. 24, 2020), https://rumble.com/vek5z3-patrick-byrne-the-deep-rig-book-interview-12242020-pete-santilli-china-domi.html. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |
| 367 | Patrick Byrne (@PatrickByrne), Twitter (Dec. 26, 2020), *previously available at* https://twitter.com/PatrickByrne/status/1342897929279987714?s=20 | |

| | | |
|---|---|---|
| | [https://web.archive.org/web/20210225031802/https://twitter.com/PatrickByrne/status/1342897929279987714?s=20]. | |
| 368 | Patrick Byrne, *The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him (Or, what to send to friends who ask, "Why do you doubt the integrity of the 2020 Election?")*, Deep Capture (Feb. 20, 2021), https://www.deepcapture.com/2021/02/the-deep-rig-how-election-fraud-cost-donald-j-trump-the-white-house-by-a-man-who-did-not-vote-for-him-or-what-to-send-friends-who-ask-why-do-you-doubt-the-integrity-of-election-2020-4-99/. | |
| 369 & 369-V | *The Deep Rig* (2021), https://www.loom.com/share/36db4fc626df467b82f1fb9def1949af. | This exhibit is an audio/video file, which is not a format that readily permits electronic filing. A transcript of this audio/video file has been electronically filed with the corresponding exhibit number. This exhibit is maintained by counsel and available upon request. |

Dated:  August 10, 2021

Respectfully submitted,

By:   */s/ Megan L. Meier*

Justin A. Nelson (D.C. Bar No. 490347)
Brittany Fowler (*pro hac vice* pending)
(TX Bar No. 24109884)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr. (admission pending)
(NY Bar No. 5393657)
SUSMAN GODFREY LLP
1301 6th Avenue
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

*Attorneys for Plaintiffs*

Davida Brook (admission pending)
(CA Bar No. 275370)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Rodney Smolla (admission pending)
(DE Bar No.6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

*Attorneys for Plaintiffs*