# Exhibit 349

Home   Patrick Byrne   Press   About Deep Capture   The Deep Rig   The Deep Capture Story   The Data   The Archive   Community

THE DEEP CAPTURE CAMPAIGN

# How DJT Lost the White House, Chapter 1: All the President's Teams (11/3 – 12/17)

BY PATRICK BYRNE · JANUARY 27, 2021 · 1K SHARES · 38 MINUTE READ



 1K



 4

**1K**
Shares

I will refrain from saying too much about my relationship with Sidney Powell. For one thing, it started off with me walking in with information, but over time it became *something* like I was working for her, helping her get answers to her questions. Then, if I recall correctly, she became my lawyer. Whichever it was, in time the relationship became something for which privilege surely applies. One cannot selectively waive privilege, and just share things one wants to share while claiming "privilege" on the others. I know that. But I *can* say is that our relationship started with me walking in off the street as a volunteer with information, and so I can talk about that phase of the relationship, but in time it became formal enough I will not be able to say more.

Mayor Giuliani, however, never became my lawyer, and I will not be so constrained in my accounts. My ultimate purpose (my only real purpose) is to deliver to the public as honest a rendering as I may construct of the events between November 3 and January 20. It seems like a historically worthy thing to do.

For my part, though they thought of me as an entrepreneur, I introduced myself to them as the proprietor of this website, Deepcapture.com. I pointed out that back in 2008 it had won numerous awards for its business investigative journalism, and had also been voted the best journalism regarding corruption within the United States. I may have done other things in life, but in addition I'm a journalist, and I have the rights any journalist has. This means I can investigate what I want to investigate, I don't *have* to reveal how I learn things, and if I feel like sharing some of my findings with lawyers like Sidney and Rudy, it is no different than the dozens of other times this website has investigated things and shared its findings with lawyers, or even with law enforcement.

That first meeting I had with Sidney lasted perhaps 45 minutes. When I arrived at the office space, a strange hum hung in the air, as it does when people have just had words. I found Sidney sitting nearly by herself, perhaps an assistant and junior lawyer with her, in a nearly-empty space on one side of the office building. We quickly got to business, and it became clear that Sidney was well-informed, open-minded, and she on top of things. In sum, we had an intelligent conversation.

DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne

  

**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books



  

that Sidney was well-informed, open-minded, and she on top of things. In sum, we had an intelligent conversation.

Sidney was in touch with people from the earliest days of the creation of these systems, and soon she showed that her information covered a portion of the narrative about which we had *some* knowledge but not much (mostly concerning the origin of the machines and their reason for certain design flaws). On the other hand, as we ran through what my side of the table had already teased out of the data in the days since the election, Sidney showed she understood what we were saying, and we quickly tied together what we each knew.  It was a highly-productive first conversation, and she ended it by telling me that I needed to go to the other side of the office, find Rudy Giuliani, and tell him everything I had just shared with her.

So my cyberbuddy and I went to the other side of the office building, to Rudy's side, which I understood to be the center of gravity of the operation.

I should explain what I expected to find. I expected to find something like what we were creating (as I have described in previous chapters). A command post staffed by quants and cyber-ninjas and lawyers. The quants would be doing the statistical work, driving answers that would feed lawyers being notified of the research into such irregularities as I have walked through previously, and would be availing themselves of whatever remedies the law surely provided.  I figured there would be a war-board, with the states in question having boxed out all relevant data, progress, and to-do's. There would be an information loop, obviously, such that the campaign headquarters in each state would be on a daily conference call to receive updates on progress. Thinking that may be a fair bit for one 76-year-old gentleman to manage, I imagined Rudy might have some strong COO, perhaps a lawyer, or perhaps an executive, who might be keeping assignments on track.

What I found is this:

The place was 20% empty, and another 30% were packing out their desks.

One conference room held a large number of lawyers around a table. At least 3 of them were solid. These lawyers were each assigned one or more states. Yet there were things going on at the state level and below, local lawyers were jumping in with actions of their own. and it was bubbling up organically. I came to learn that between Rudy's legal team and the campaign staff there was 0 communication (even though they jointly occupied 2/3 of an office story). And between Rudy's legal team and those local groups and their lawyers, there was also 0 communication. I did not know if that was for a legal reason or just the way they operated.  In time, I came to realize it was the latter.

The Mediocrity – I am not going to be mean about it. For example, I am not going to reveal the gender or other details about this person (other than to say, imagine a person who is a lawyer and who had once made a career at one of the better-known government agencies). But given how Mediocrity deliberately was horrible to work with, and because of how destructive Mediocrity's behavior was, I will refer to the person as, "Mediocrity".

The Commish – Think of Mike, from *Breaking Bad*. The quintessential cop. Tough, correct, and courteous, but stays poker-faced and dead-eyed at all times. Sits in meetings with his hand casually covering his mouth, saying nothing. When asked something, *might* open his mouth, and if he does he invariably has something highly intelligent to say. Making one wonder, "Why does he work so hard to keep his opinion to himself?"



The Mayor – Rudy Giuliani. I spent the late 1980's in a hospital in New York City, and remember occasional Mafia killings outside Brooklyn joints or a mid-town steakhouse (it was always good

DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne

  

press@deepcapture.com
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books



1K



4

**1K**
Shares

DeepCapture is an Award Winning Blog
on Corruption by Patrick M. Byrne

 

**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books

The Mayor – Rudy Giuliani. I spent the late 1980's in a hospital in New York City, and remember occasional Mafia killings outside Brooklyn joints or a mid-town steakhouse (it was always good for business, they'd say). Rudy was US Attorney there and then, breaking up the Mob. I always felt an affinity for him because of that overlap in time and place. And of course, on 9/11, Rudy became "America's Mayor." In the years after that we intersected a few times, but when we crossed paths he never indicated he remembered me. His security company handled an issue for me when I was fighting Wall Street. I doubt he remembers, but when he ran for President a dozen years ago and came through Utah, local Republicans called me and asked to introduce Rudy at a gathering in a large Utah home being used for the gathering. I studied up on him, drove over, and gave a short introduction on Rudy Giuliani to the crowd, lasting about 30 seconds. Rudy took over, we shook hands, and that was the sum of my contact with Rudy Giuliani in his political days.

I do remember something from the Q&A that day that impressed me. A question on abortion came from the staunchly pro-life crowd. Rudy answered the questioner's thrust, "No, I'll never support a law that criminalizes abortion for the woman. Laws on abortion have always been directed at the activities of the doctors, not the mothers. I'll never put a woman in jail for having an abortion. If that is what you folks are looking for, I'm not your man." He lost 2/3 of the audience in that moment, but gained the respect of 1/3, among them, myself, out of respect for such rare directness from a politician.

========================================================

So 12 years later, on a Friday afternoon at about 3 PM, I walked into the office space that was being shared by the Trump campaign and the law firm that was forming up around Rudy Giuliani to investigate, address, and challenge, the election irregularities surfacing from the 2020 election.

It was nothing like the outfit that I expected to find (explained above), with data-gathering feeding decision-making feeding information loops to keep a large and geographically distributed workforce operating successfully. Law firms are notoriously poorly-managed businesses in any case, they truly are, but the law firm-campaign space that had taken shape within that office was a particular shit-show. People wandered vaguely from meeting to meeting. The meetings I saw were run like bull sessions, with no agenda, no format, and no apparent sense of urgency.

Within about 45 minutes I was ushered to a room where I was to have 30 minutes with Rudy. Physically he was more of a grandfather than I had remembered, a bit less robust, a bit more hunched, and a bit more irascible. I explained to him carefully the outline of what we understood at that point, an outline such as the reader might have after watching this presentation by the MIT Math Ph.D. Dr. Shiva, or the exposition by Seth Keshel, as well as the cascade of stories regarding porous security in election systems cited above. I feared overwhelming him, so I tried to simplify. As I spoke he occasionally grunted stoically, so it was difficult to judge what was sinking in. After about 10 minutes Rudy started checking his multiple phones for texts, right in front of me, as we sat together. Or conversing with one of his assistants, sending someone on a side errand, or receiving a report back. It felt strange to be talking to a man who was paying so little attention, but the Commish, sitting on the side, motioned for me to continue. After 30 minutes I was ushered out of the office, but told to hang around.

Eventually, I was brought back into a smaller room with Mayor Giuliani, and again asked to explain what I think happened. Realizing I may have overwhelmed him with my earlier explanation, and gotten him lost in the forest for the trees, I broke it down simply and slowly, like one would for one's 76-year-old Grandfather. Again within 5-10 minutes he was fidgeting, grunting on occasion, sending people on unrelated side errands, checking his multiple phones for texts, and typing responses.… Meanwhile, I tried to stay on track. Yet there was a moment 15 minutes in when I got a whiff of something in that small office…. Medicine? Booze? Just as I was taking a sniff to determine, someone rushed in with some unrelated issue, and I was escorted from the office.

Again I wandered around among the staff, most of whom were professing to know nothing about what was going on, and many others of whom were packing up their desks into bankers' boxes. Given what I already knew about the Rig by that point, I was perplexed and found myself


 1K

 4

 1K
Shares

15 minutes in when I got a whiff of something in that small office… Medicine? Booze? Just as I was piecing a some complicated issue, and I was escorted from the office.

Again I wandered around among the staff, most of whom were professing to know nothing about what was going on, and many others of whom were packing up their desks into bankers' boxes. Given what I already knew about the Rig by that point, I was perplexed and found myself drifting around the convoluted office space. 30 minutes later I was strolling outside some other conference room down the hall when I heard Rudy's familiar voice saying, "…don't understand a goddamn thing this guy's saying…" drifting out of a doorway. Startled, I looked around the corner, and there was Rudy talking to whatever group of staffers happened to be sitting in that conference room to which he had moved.

Several staffers pulled me aside in a hallway. *What Mayor Giuliani is going to need*, one told me, *is a one page summary. Very simplified.. A one-pager.*

Another piped up, *And bulletpoints! The Mayor likes bulletpoints!*

Another added, *but with graphs and data.*

*But no more than one page!* Repeated the first.

At the risk of sounding snobbish, I was insulted by Mediocrity and these 20-something staffers giving me writing advice, and such asinine advice at that. I told them I would get them something in 48 hours. I requested one favor: any other requests that came from them should be orchestrated through one of their people, who would call one person whom I would designate among my colleagues, and that way we would have structure, and keep track of deliverables as we sought to accommodate their needs so that it would not all turn into a shit-show.

I left and drove back to DC. Within a few hours, I learned that there were three open requests from three different people on Rudy's team forvarious of my colleagues. One of Rudy's people was only going to handle passing requests of *this* type, one only wanted to handle passing on requests of *that* type… And the shit-show began.

I do not want to claim that everybody in that large but melting office space was incompetent. As I said, there were three smart, competent, skillful lawyers (a fourth if one counted a Constitutional law scholar who was in-and-out). And there was a supermodel pretty 21-year-old acting as an assistant (at first I thought, "That's not a good look on you, Rudy," but it turned out she was extremely competent and professional). Yet the atmosphere was one of despair, staffers were wondering around in the dark, and the meetings seemed like sophomore bull sessions rather than anything organized and disciplined.

From occasional contacts with several of those staffers over the weeks that followed, I learned what had happened just before I arrived that first day. Rudy had declared, "You can never prove election fraud in a courtroom!" and had insisted that it was not going to be part of their legal strategy. The strategy was going to be to challenge the election in various states on procedural grounds: "This county in this state had one set of rules, this other county in that same state used a different set of rules, that violates the Equal Protection Clause of the 14 Amendment."

So I was correct: just before I arrived there *had* been a blow-up between Rudy Giuliani and and Sidney Powell, ending with Rudy shouting at Sidney and sending her away in front of an office of dozens of people. And declaring that none of this was going to be about election fraud, and putting his staff of lawyers to work on procedural filings.

Later, a member of Rudy's team told me that initially, Rudy had not even wanted to do that much. He had wanted to make three more-or-less token challenges in three states, then call it a day. Sidney's insistence that he was missing the Big Picture had caused Rudy to relent and allow a slightly more aggressive posture to be taken. But still, nothing was to be about election fraud or the possibility of a mass rigging of the election. Rudy could tolerate hearing about a couple of hundred dead people in Philadelphia voting, but he did not want to hear about anything more sophisticated than that.

That afternoon in early November, the first time I arrived in their office at most a week after the election, I had stumbled in on Sidney just as she was recovering from that exchange. And Sidney had sent me to talk to Rudy because she needed someone else to explain what she was

DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne



**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



The Deep Rig:
How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him

(Or, what to send friends who ask, "Why do you doubt the integrity of the 2020 Election?")

Patrick Byrne

Buy on Amazon
Buy on Aerio
Buy on Apple Books


1K




4


1K
Shares

fraud or the possibility of a mass rigging of the election. Rudy could tolerate hearing about a couple of hundred dead people voting in Philadelphia, but he did not want to hear about anything more sophisticated than that.

That afternoon in early November, the first time I arrived in their office at most a week after the election, I had stumbled in on Sidney just as she was recovering from that exchange. And Sidney had sent me to talk to Rudy because she needed someone else to explain what she was herself just realizing: a new form of election fraud had emerged that was not about *hundreds* of dead people voting in acity but was about the possibility of *several hundreds of thousands* of votes being injected into each of several locations.  Rudy had just not been processing any of it from her, and probably did no better from me, and that was why he kept trying to talk with me about how Joe Frazier (1944- 2011) was still voting in Philadelphia.

Over that weekend, Sidney sent a brilliant female junior attorney over to sit with me and a few of the dolphin-speakers .  That junior lawyer had anticipated staying 30 minutes, but after an hour and a half she went into the next room and called Sidney. She let us know that she had told Sidney that we had the goods, or at least a well-developed understanding of what had gone on in various states, and even specific counties.

From that point forward our relationship with Sidney was perfect. As we researched and discovered things, we brought them to her and her staff, and they would listen closely, patiently, and ask intelligent questions. And they began incorporating the material into their pleadings.

That being the case, I will say no more about how Sidney and I worked.

==============================================================

Mark Twain once ended a long letter to a friend by writing, "If I'd had more time I would have written you a shorter letter."  In those two days after meeting the Mayor, I took the time, and 48 hours later I was putting the finishing touches on the most simplified one-page account I could possibly create. My aim was to pare the story down until the Mayor could not lose the forest for the trees, and the Mayor would grasp the entire narrative in one succinct one-page bullet point read. At that point, once he understood the Big Picture, we could begin diving in on each of the sub-claims: data would be gathered, affidavits taken, and so on.

But to begin with, Rudy needed to read and absorb a one-page briefing (in fact it was about 80% of a page), into which I had distilled the research of about a half-dozen different people who had been sniffing down a half-dozen different alleys.  It was as pure a distillate as could be achieved, if I say so myself. I included a second page of one graph, concerning one state, backing up a claim made in that one-page narrative: once Rudy grasped it, I thought, once we agreed where we were, I would supplement with additional graphs for the other relevant states. Affidavits that were being gathered would be adduced to document each of the other claims made. And so on and so forth. But this time we were going to crawl, walk, run.

Sunday evening I got a phone call at 11 PM, telling me Mayor Giuliani and his entourage were dining in such-and-such a Georgetown restaurant, and would I mind bringing what I had written over to them. I got dressed and went, but when I arrived his security told me to sit in the bar and wait. I did for  45 minutes until someone came out of the Mayor's private dining room to tell me the Mayor asked that I not come back to his table (security was concerned about me, apparently), but asked me simply to send into the private dining room the paper I had written. I sent it in, then left.

Later, people in that room told me what happened when my paper arrived.

First, in the 90 minutes between 11:30 PM and 1 AM, Mayor Giuliani imbibed three triple scotches on ice. Those relating this story could not vouch for what he had drunk before 11:30.

Second, in front of everyone, Rudy took my paper and read it for perhaps 20 seconds, then put it aside saying, "I'll get to this later."

Third, the Mediocrity was at the table. The Mediocrity picked up the one-pager Rudy had set down, and holding it between thumb and forefinger like it was a turd, announced with a laugh, "Can you believe Byrne worked all weekend and this is all he wrote?"

Nine hours later, at 10 AM, Rudy Giuliani took the stage at a joint press conference held with Sidney Powell and Jenna Ellison. Rudy was meant to give a synopsis of where things stood,

DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne



**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books





1K
1K
4
Shares

The assistant went and got the Democratic-leaning lawyer's legal memo, printed it down, and holding it between thumb and forefinger like it was a turd, announced with a laugh, "Can you believe Byrne worked all weekend and this is all he wrote?"

Nine hours later, at 10 AM, Rudy Giuliani took the stage at a joint press conference held with Sidney Powell and Jenna Ellison. Rudy was meant to give a synopsis of where things stood, and then introduce Sidney Powell, who was going to discuss the possibility of mass election fraud on a scale no one was yet comprehending. That it was not about a couple hundred dead people voting *here*, or a few hundred illegal votes *there*, but about something deeper, systemic….. Unprecedented.

Instead of sticking to the plan, Rudy Giuliani got carried away, and huffed and puffed for 40 minutes about how many hundreds of dead people had voted *here* and how illegal people had voted *there*… And Joe Frazier still voted As Grandpa worked himself up, repeating all the same points he had been making for days, hair dye ran down both sides of his face, unnoticed.

Nine hours earlier, he had had nine shots of whiskey in under 90 minutes.

---

Another story that came to me from those times within Rudy's offices: One Pennsylvania lawyer, a female, had taken on the job of a filing in Pennsylvania. She received a message from opposing Kirkland & Ellis counsel that was so threatening, so unprofessional, that Kirkland later had to withdraw from the case.

Shaken, the female Pennsylvania lawyer turned in a draft filing but withdrew her representation.

Rudy had had to find a firm, overnight, that would finish the Pennsylvania filing. He finally found a lawyer in Texas with election experience who finished it and got it filed in Pennsylvania. It made no mention of election fraud and was instead focused on the procedural Equal Protection arguments. Rudy only read it on his way traveling to the Pennsylvania court where he was to defend it: upon reading it, he apparently told his companions, *This is the worst piece of shit filing I've ever had to stand up in a courtroom and defend.* He went into that Pennsylvania courtroom and was destroyed. Here is a partial transcript:

> **Matthew W. Brann, U.S. District Judge: So it's correct to say then that you're not alleging fraud in the amended complaint?**
>
> **Rudy Giuliani: No, your honor, it does not, because we incorporate by reference in 150 all of the allegations that precede it, which include a long explanation of a fraudulent, fraudulent process, a planned fraudulent process.**
>
> **Judge: I understand that. So the amended complaint, does the amended complaint plead fraud with particularity?**
>
> **Rudy: No, your honor, and it doesn't plead fraud. It pleads the, it pleads the plan, the scheme that we lay out in 132 to 149 without characterizing."**
>
> SOURCE: audio clip

========================================================

We got a call from Rudy's team that we needed to have a set of computer forensic specialists down in Georgia the following morning. They would be provided access to a set of voting machines they could "exploit". The licensed and certified computer forensic people in question demanded answers, such as, *Where are the machines? What kinds of machines are they? Tampering and playing around with election equipment being a federal felony, under what legal authority will we be operating? Will there be law enforcement there to review and document all actions taken, for any chain-of-evidence questions that might later arise?*

DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne





**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books


1K




4

1K
Shares

We got a call from Rudy's team that we needed to have a set of computer forensic specialists down there, ready for when the licensed forensic people could examine whatever it was we might find in the machines they could "exploit". The licensed and certified computer forensic people in question demanded answers, such as, *Where are the machines? What kinds of machines are they? Tampering and playing around with election equipment being a federal felony, under what legal authority will we be operating? Will there be law enforcement there to review and document all actions taken, for any chain-of-evidence questions that might later arise?*

The response from Rudy's team was, "We've got all that covered. Get down to Georgia, *stat!*"

With misgivings, I caused the requisite people to fly into Georgia from various locations. They were driven to a precinct where, it turned out, someone had indeed vaguely promised that access would be given to machines…. But that person was not there that day. Or had changed his mind. The dolphin-speakers sat around then were driven to another precinct where, this time, they were told there would be someone with a court order granting them access to certain machines. No such person was there, but a group of hostile county employees was. Again they sat around waiting for Rudy's lawyers to arrange paperwork, but nothing arrived. After hours of waiting in the parking lot, in the early evening, they drove away, and as they sat at a traffic light a half-mile down the street they saw 17 police cars, light-bars flashing, go rolling by on their way to the building my cyber-buddies had just left. My pals quickly and safely returned to their respective home states.

===========================================================

Over the next month and a half, a number of my colleagues interacted with Rudy from time to time, afternoons, evenings, and weekends. Nearly all mentioned two things: the amount of attention he was paying to his daily podcast, and his drinking. His own staffers joked with us about it. Those who were around him knew: almost every evening, Rudy was shit-faced. That, and his podcasts, were the only guarantees in Rudy's life.

===========================================================

I have described how, in the days after the election people were getting in contact from all over the country. Often, there were networks of people in various states, self-organizing and diving in on various aspects of the Rig: what people had experienced in polling stations, what they had been told by precinct workers, what polling observers had experienced. These people sent delegations to find me. Soon there were witnesses to various events flying in, along with the "leaders" of networks who had found me. I was deluged with offers of assistance: volunteers from all over the country, many with backgrounds in law enforcement and military, were getting in touch through the grapevine and asking to be allowed to help in any way. It felt like anyone with half a brain could see the patterns in the Rig. None wanted to be paid, though at the expense of DeepCapture I would fly people to see other people and put them up in hotels to get debriefed.

So in that first week after the election, I was fashioning … exactly what I expected to find in Rudy's office. An "operation," of some kind. We had the cyber-guys already, and quants, before November 3. But by a few days after the election, we had so many witnesses and whistleblowers and people with relevant stories seeking us out, and so many were flying to DC to find me, that we had to set up operations in hotels scattered around the city. From our volunteers with a background as military officers, we found our debriefers, and created a system where they were privately and professionally meeting with the whistleblowers and witnesses, listening to their stories, and crafting summaries. These were being fed up into a chain of analysts, who were jockeying those pieces together with information coming together from our cyber guys, and other sources, and building a picture of increasing granularity of what happened on November 3-4.

Somewhere in the months before the election General (ret.) Michael Flynn and I had met telephonically. We had known *of* each other for many years, as there is a strange connection between us, a deceased man who had played a role in both of our lives decades past. Conversing with Mike was like meeting and speaking with another entrepreneur: we finished each other's sentences and saw what needed to be done almost without conversing. At some point, he arrived on the scene, and I told him in detail about this assemblage of talents that had come together in various ways: the cyber guys, the quants, the flow of witnesses and affiants into our circle, our structure of multiple debriefers, our information flow back up to a circle of analysts putting everything together. I had rough-hewn the whole structure expecting Mike's eventual arrival, with the understanding that when he arrived I would be handing the keys to it over to him. Mike seemed pleased with what we had accomplished within a week of the election.

DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne




**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books


1K

4

1K
Shares

each other's sentences and saw what needed to be done almost without conversing. At some point he arrived on the scene and would be filled in about this assemblage of teams in under come together in various ways: the cyber guys, the quants, the flow of witnesses and affiants into our circle, our structure of multiple debriefers, our information flow back up to a circle of analysts putting everything together. I had rough-hewn the whole structure expecting Mike's eventual arrival, with the understanding that when he arrived I would be handing the keys to it over to him. Mike seemed pleased with what we had accomplished within a week of the election.

I received a request from Mike Flynn to relocate the HQ of that structure to a location far away from DC, far away from any city, in fact. The information flow springing into existence was to come up those networks from around the country, through the capillaries of the debriefers and report writers, and into a central analytic station. I thought of that as "the liver". Mere yards away, there would be an office full of lawyers acting as the legal intake for the information we were pulling up. In short, the structure we had spun up and were still spinning up, he wanted plugged into the lawyers who would be playing the legal chess. We agreed that *both* Sidney and Rudy would get all output from this structure.

I moved the structure to the location he requested. There was a team of lawyers in place there. However, around them there were a variety of people with no discernible roles and who gave me the creeps. One ex-Agency female, a large, loud woman, and not a lawyer, suddenly became quite the unbidden organizer. Another participant, a cocky Englishman with a military background, suddenly announced that he was gatekeeper between this room and that. It all began giving me quite a nasty feeling. But after only two days I got word from Flynn: things having been stood up and roughed-out as we had agreed, Flynn wanted to fly in and take over, and have me go back to DC to start speaking to the public. We agreed we would cross paths for 30 minutes in a certain location as we switched places

I got ready to leave. I told the cocky British man that I needed him to pass on three key messages to someone I was not going to have a chance to see before leaving. He agreed. I said each one simply, and he nodded curtly after each. When I was done I asked him if he understood. He said casually, "Yep. Got 'em all."

"OK, repeat them back to me", I told him. He stared at me, unblinking. "You say you got them, so repeat them to me." He could come up with nothing. He had not actually listened to a word. I told him to get a pen and paper and make three notes. He did so begrudgingly.

For some reason, I was supposed to take the ex-Agency woman back to DC with me. We drove to the location at which Mike Flynn was arriving. Once there, the female slipped off to the side and told someone that she had learned something that meant she had to stay behind. Flynn arrived, and we had 30 minutes on a tarmac together. We caught up, synched up. I told him that I had misgivings about a British guy who was at the camp, and about the ex-Agency woman who was hovering around me. Then I left.

The next day, back in DC, I received the word: the ex-Agency woman had made up a lie to get permission to stay, but it had all unraveled on her. It had something to do with something I had asked her to do or had asked her not to do, or some research, or something: whatever it was, it was a fabrication (barely a word had passed between us), designed to get herself turned around and reassigned to stay in that operation in the countryside. She was confronted, and spilled the beans, blubbering: she was actually working for someone else, and was supposed to stay down in that operation in the countryside, spying and reporting back. They also confronted the cocky British guy, and though I think he never broke, I am told he was implicated in the minds of everyone there. Security walked both characters off the premises. After their departure, a device of some kind was found wired in one of the key rooms on the premises.

_____

Now, this is not to say that all time was being wasted. The structure of information flow I described, the one that had self-organized (and perhaps I had rough-hewn), was taken over by a three-star General who had a career in Military Intelligence, and he made it far better. Soon it was spitting out refined analyses that began informing and filling up the briefs Sidney Powell was writing. We made sure that everything that was provided was also provided to Rudy.

That is the background to presentations such as the ones I have been referencing. Again, for an excellent example, watch Seth Keshel, here. Seth is a former Army Captain (Intelligence) and played a key role in that structure I just described. Seth is a quirky guy, a poly-sci junky, certainly on the spectrum, and just all about the precinct math. That link goes to a 21-minute

DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne

  

**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books


1K



1K
Shares

Soon it was spitting out refined analyses that began informing and filling up the briefs Sidney Powell was writing. We made sure that everything that was provided was also provided to Rudy.

That is the background to presentations such as the ones I have been referencing. Again, for an excellent example, watch Seth Keshel, here. Seth is a former Army Captain (Intelligence) and played a key role in that structure I just described. Seth is a quirky guy, a poly-sci junky, certainly on the spectrum, and just all about the precinct math. That link goes to a 21-minute video that provides an excellent example of the kinds of work that was being done within the structure that had self-organized around me. For a good understanding of the type of work that was being done, you should watch at least a portion of this.

If this video does not play click here: https://youtu.be/xXMW9VNMPT4



Other good examples of the kind of work we were doing can be found replicated in the parallel work of others who went public. For example, the clear-speaking mathematician Edward Solomon gave two public presentations, one dissecting Georgia's results, one Philadelphia's (both below). The patterns and puzzles you see Solomon unraveling in this two videos were precisely what our own cyber-ninjas were doing inside our group (to give you a feel for their work).



DeepCapture is an Award Winning Blog
on Corruption by Patrick M. Byrne



press@deepcapture.com
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books


Edward Solomon


Smoking Gun: ES&S Transferring Vote Ratios between Precincts in PA. - By: Ed...


1K

4

1K
Shares

DeepCapture is an Award Winning Blog
on Corruption by Patrick M. Byrne



**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books

Still, back in DC, rejoined with my cyber-colleagues, we became aware of a disconnect we could not seem to fix. The Mediocrity had evolved into our point of contact with Rudy's team, and nothing seemed to flow well. On November 26, Thanksgiving Day, we were all sitting together in a restaurant in DC, and discussing their problems. Sitting there eating our turkey dinner, they gave me quite an earful. How the Mediocrity was super-controlling about information, plans, access. How the Mediocrity seemed to think they were peons, were telling them, "Go here, go there," with no explanatory information, no sense of "Hey teammates, this is what is going on, and we are going to work on it together!" One key player on the team was warning that he would quit if he had to have any interactions with her again.

I had trouble believing the stories they were telling me. Among them were some horrible ones concerning the Mediocrity's proclivity for hitting on people of the opposite gender, and possibly the same gender, in ways that were embarrassing to all present (the Mediocrity had asked one of my colleagues to meet one evening, and when the Mediocrity's hotel door opened the Mediocrity was in underwear, waiting). But now it was boiling over, they said, because they had received an order that they were all to be in Antrim, Michigan in two days. Again, Mediocrity would answer no questions about where exactly they were going, exactly what machines they were expecting to find, under whose authority would they be opening machines and imaging hard drives, even how long would they be there, should they arrange their own rental cars, etc. None of it was explained. The Mediocrity had just sent word to be in such-and-such a place in Michigan, *stat!*

Then, life being life, we looked up, and there was Mediocrity strolling through the DC restaurant not far from our table. We caught each other's eye, and Mediocrity came towards us. Thinking it was a nice opportunity to pour oil on troubled waters, I received Mediocrity gracefully, intending to converse in front of my colleagues civilly, and get things back on track.

Soon, the talk turned to Michigan, and I was asked would I be able to get the right people there at the appointed hour. Thinking I might use it as a moment of management development, I gently suggested, "You know, when we get requests like these, it would help us to be better


1K

4



1K
Shares

not far from our table. We caught each other's eye, and Mediocrity came towards us. Thinking it
w̲a̲s̲ a c̲o̲n̲t̲i̲n̲u̲a̲t̲i̲o̲n o̲f o̲u̲r e̲a̲r̲l̲i̲e̲r c̲o̲n̲v̲e̲r̲s̲a̲t̲i̲o̲n̲ I stood up gracefully, intending
to converse in front of my colleagues civilly, and get things back on track.

Soon, the talk turned to Michigan, and I was asked would I be able to get the right people there
at the appointed hour. Thinking I might use it as a moment of management development, I
gently suggested, "You know, when we get requests like these, it would help us to be better
informed. My colleagues would like to know things like, 'Exactly where will they be going? Are
the people there going to be cooperative? What kinds of machines might we be exploiting?
What legal authority is enabling them to image one of these voting machine hard drives? Will
there be rental cars provided? You know, just the basics before people get thrown on another
mission like what happened in Georgia."

"Look," the Mediocrity said, standing over us at late Thanksgiving Dinner. "First, what is your
corporate structure?"

We all looked at each other, male and female, 75, Weaponized Autism and others, not
previously having given the matter much thought. We were just a bunch of people who had
found each other and were trying to expose what looked like a world-historic election fraud
together. Finally I said, "Our corporate structure is that we're the Bad News Bears. I'm team
coach."

"Ok Patrick," Mediocrity continued. "Here's what's going on. I've told you where your people
need to be in Michigan on Saturday. Be there. Or tell us you cannot, and we'll find someone
who can."

In my astonishment I began to respond, and to my further astonishment, the Mediocrity began
speaking over me. "I'm telling  you where you need your team to be. If you can't handle it-"

I used something I had not used in a couple decades, something I had seen an economist
professor friend do to another professor, a Lefty, who had continuously interrupted him (as
Lefties are want to do in place of having good arguments).  I just started speaking, "Well it may
sound like I was finished speaking but I actually wasn't and while you might think you are going
to speak over me actually I am just going to continue talking like this until you shut up and I did
not care if it takes all night because I know that it may have sounded like I was finished but
actually I wasn't and……" and so on and so forth. Without a break. For about 10 seconds until
the Mediocrity got that I was serious, and was just going to continue speaking like that until the
Mediocrity shut up. Which eventually the Mediocrity did, looking somewhat astonished, having
evidently gotten away with such behavior in decades of federal employment.

At which point I politely said, "Where in the *fuck* do you get off? We don't work for you. We are
volunteers here offering to help you do things you have no clue how to do.  Go find someone
else anytime you want. The way you people work in this city is astonishing. If you ever try to
work at a modern company like Google, or Facebook, your ass will be fired in a New York
minute. You *suck*."

I surprised myself, because I do not normally speak that way to people, but I did that time.
Perhaps it was three weeks of frustration boiling over. I told Mediocrity that conversations with
Mediocrity were constant games of narcissist deflection, how amateurish Mediocrity was, how
anyone walking around saying things like "Either you do this or I find someone who will" and
"Failure is not an option!" is a mediocrity who may have learned management within
government but who if ever moved to the private sector would get fired by noon. When making
such requests of my colleagues, any competent person would provide relevant information. Fill
them in on the mission, let them brainstorm, they'll be able to contribute….

I saw Mediocrity was crestfallen, and realizing I had overdone it, I gently escorted Mediocrity
away from the table. I tried to soothe things over a bit, and put a nice façade on things, so sa
not leave Mediocrity embarrassed. As we parted, Mediocrity turned to me and said, "Don't
worry. I'll be with the President. I'll make sure you get full credit for all of this."

Exasperated, I returned to my seat and friends. Minutes later we saw that Mediocrity had, in
fact, been part of a larger party, and walking out with that party was none other than Mayor
Giuliani. I quickly sidled up to him. It was about 10:30 PM, his step seemed unsteady, and I
went to his elbow like one would escorting Grandpa to his taxi. He was indistinct. Finally I told
him, "Sir, this is not going well with your colleagues. May I respectfully request a way I might
contact you directly, so we can keep things on better track?" The Mayor pulled out his cell
phone and had me take his number.

DeepCapture is an Award Winning Blog
on Corruption by Patrick M. Byrne



**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books


1K




4

1K
Shares

Exasperated, I returned to my seat and friends. Minutes later we saw that Mediocrity had, in fact, been part of a larger party, and walking out with his party was none other than Mayor Giuliani. I quickly sidled up to him. It was about 10:30 PM, his step seemed unsteady, and I went to his elbow like one would escorting Grandpa to his taxi. He was indistinct. Finally I told him, "Sir, this is not going well with your colleagues. May I respectfully request a way I might contact you directly, so we can keep things on better track?" The Mayor pulled out his cell phone and had me take his number.

In that weeks that followed I called and texted that number on at least a half-a-dozen occasions. Not once did Mayor Giuliani ever respond to me.

———————————————————————————————

Over these weeks I got to know a number of excellent White House staffers. Smart young men and women in their late twenties, generally. Some (but not all) were Trump enthusiasts. They filled me in on details here and there, snippets of what was happening behind the scenes among the campaign, Rudy, and the White House. One evening, once we were close enough, I let down my hair and said, "This is a shit-show. Is this …. normal?" One of the staffers (and mind you, a pro-Trump one) said, "This is it. This is the Trump White House. This is how everything has run for four years."

===========================================================

The Bad News Bears got where they needed to be in Michigan, when they needed to be there. The Mediocrity was there, along with other lawyers and staff from Rudy's team. They went to the precinct in which they were expected, and like Georgia, it was a bust. The machines were not what we had been led to expect. No real authorities were there, or law enforcement, or warrants: just a mildly cooperative 75 year old lady working in a public building that had acted as a voting precinct.

While the Mediocrity hung around chatting up county workers of the opposite sex, the dolphin-speakers went to work. It turned out the 75 year old lady who ran the place had a story about how, on the day after the election, some people from "County" had shown up and instructed her to insert her card and re-run her machine using some different inputs. What she was saying did not make sense, and it was clear that they had taken advantage of an elderly woman who probably does not send her own texts. Finally she mentioned that, unbeknownst to County, she had kept both the paper audit trail of the original run, and the re-run, and had stored them in a closet. Our geeks got excited, and had her bring them out: they unrolled them on a long carpet, and in a few minutes of study, they began finding things. Alarming things.

The Bad News Bears finally got Mediocrity to break away from Coffee-Klatch With The Deputies, and pointed out what they were finding in the paper audit rolls. Finally they suggested, "You are a lawyer, right? Don't you think you should be getting some affidavits here?" Startled, "Oh yes, of course," scrambled Mediocrity, and did so, getting affidavits from the 75 year old lady and one or two other employees who had useful information.

Those learnings and those affidavits were fed to a Michigan lawyer who was pursuing an own election fraud case in Michigan. Days later a judge read it, and found it alarming enough that he gave a court order for a formal exploitation of the Antrim County voting machines. The Bad News Bears returned to Antrim County and this time, with a proper court order in their pocket, they were able to image hard drives, and returned to base camp with those images. By working in staggered shifts around the clock, over the next four days they performed a month's worth of work, first breaking the security on the imaged hard drives, then reconstructing the files, then analyzing them. That was all fed up through the system, and emerged about a week later as an eye-opening report that created a national stir, known as the Antrim County Computer Forensics Report.

Other telling things were happening nationally. Some concerned federal employees had been tracking events in a certain Western state, and were sure they knew how vote flipping was being done there. The problem is, the relevant judge (a Democrat), when asked to allow inspection, would insist on stalling for a couple days, thus giving time for the opposition to go in and do a "smash-down" (a hacker's term for fixing evidence after-the-fact, in anticipation of an audit making sure everything ticks and ties correctly). But they made a mistake in one location, and their smash-down failed. The data that turned up was so telling, so indicative of fraud, that the lawyers went back to the judge arguing it provided grounds for a far more sweeping order that would let them examine machines across the state. The judge agreed in principle, but suggested that the precinct needed to have its data verified again before he could use its

Page 13 of 62

DeepCapture is an Award Winning Blog
on Corruption by Patrick M. Byrne

  

**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



The Deep Rig:
How Election Fraud Cost
Donald J. Trump the White House,
By a Man Who did not Vote for Him

(Or, what to send friends who ask,
"Why do you doubt the integrity of the 2020 Election?")

Patrick Byrne

Buy on Amazon
Buy on Aerio
Buy on Apple Books


1K




4


1K
Shares

being done there. The problem is, the relevant judge (a Democrat), when asked to allow inspection, would insist on stalling for a couple days, thus giving time for the concerned fed, and do a "smash-down" (a hacker's term for fixing evidence after-the-fact, in anticipation of an audit making sure everything ticks and ties correctly). But they made a mistake in one location, and their smash-down failed. The data that turned up was so telling, so indicative of fraud, that the lawyers went back to the judge arguing it provided grounds for a far more sweeping order that would let them examine machines across the state. The judge agreed in principle, but suggested that the precinct needed to have its data verified again before he could use its discrepancies to justify such a sweeping order.  The concerned federal employees put the location in question under observation, and sure enough, that night there were three cars in the precinct parking lot. They were redoing their smash-down so that this time it would work. In the morning the data was fixed, and no further orders were coming out of that judge.

However, unbeknownst to all, the concerned federal employees in question had recovered enough material both to document the original, and the smash-down. They also got the license plates on those three cars: they tracked back to a left-wing union which shows up repeatedly in the background of events of recent months.

---

Meanwhile, back in DC, I was hearing things out of Rudy-World. I heard that he was getting paid $20,000/week, and there were those claiming he was just mailing things in for a paycheck. However, later I was told that Rudy was working for free, and the $20,000/day bill had been a billing error from an uninformed assistant. I do not know what the truth was.

More importantly, from others in Rudy-world I began hearing the number "$207 million". The claim was that the Republican Party had raised $207 million to "stop the steal". In one version it grew past $300 million. In one version of the staff rumor, the finger on the button for those millions was a high-level woman at the Republican National Committee. In another version, it was being jointly managed by that RNC woman and the Commish, and they were surely keeping an eye to the future. In everyone's version of the story, $100 million had been set aside for future legal defense. But whoever was in charge, they were sitting on the money, and I never saw one penny of it being spent in any way to "stop the steal".

So to whatever Republican loyalists around the country coughed up those hundreds of million, in donations of $10 and $20…. You were fleeced. It was a big joke: rank-and-file Republicans gave a pot of hundreds of millions of dollars to Republican Bigshots to unscramble what had happened on November 3, and from where I sat, nothing went to any activity related to doing so. It was all being held by people at the top licking their chops.

=================================================================

In Georgia, there was a faction that had been in touch with me from days after the election. This was an especially interesting network of people with law enforcement and quasi-law-enforcement backgrounds. Since November 4 they had been reverse-engineering the Rig there in Georgia. They had put people and locations under observation, had filmed a variety of activities through telephotos. They mapped and tracked numerous parties involved, and even tracked the organizers down to a small element, a Leninist cadre,  who were staying in a motel together and managing the Deep Rig around the state of Georgia.  For their own reasons this network needed to stay in the shadows, yet as the weeks rolled by they were providing good information helping us reconstruct what had happened in Georgia. What our cyber-ninjas and quants and analysts were getting out of their methods, always matched what was being reported by this network of people with many boots on the ground.

The fight in Georgia became surreal. There was an earnest young man who was both a staffer for a Senator, and dating the daughter of the governor. He got involved, then his car exploded in an accident (see "BIZARRE EXPLOSION CRASH IN GEORGIA – KILLS HARRISON DEAL" December 5, 2020). It was on a 4-lane highway, it got struck on the side by another car…then it blew up. The engine was thrown 75 yards. Videos of the accident (most of which seem to have been removed from the internet) show a car burning in a fireball: it was quite an ornery car accident.



Page 14 of 62

DeepCapture is an Award Winning Blog
on Corruption by Patrick M. Byrne

  

**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books



1K

4

**1K**
Shares

Then the Georgia Bureau of Investigation got involved. Three days later, the officer <u>conducting the investigation committed suicide.</u>

A technologist and inventor named Jovan Pulitzer went public regarding his <u>technologically-oriented investigations into the Georgia election</u>. Jovan's approach was to look past all the different *theories* as to how the election had been scrambled, and simply do a forensic audit on the ballots, determining which had actually been folded and mailed. Here is a short video of Jovan explaining his ideas here:



DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne





**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books

Over those weeks, Rudy managed to schedule a few hearings in a few states. His plan had evolved to getting enough evidence in front of state legislatures that they would go off automatic pilot and begin making hard decisions. Most of these hearings were unofficial, conducted out of rented hotel spaces. His star witness was the Colonel from military intelligence with whom I had been working since August, 2020, who was brought to these different states to report and synthesize the information that the Bad News Bears were surfacing. He did an able and convincing job, but we all began to wonder: *What's the strategy here? Is there a strategy? Rudy's strategy (if there is one) just seems to be a long march through the courts. Taking cases to the states and appellate levels. Imagining he is going to win by running the tables through the court system. Or getting state politicians to do something brave. But that was not going to work, as the courts are ponderous anywhere, especially disinclined to get involved in election matters, and were already setting court dates out past January 20. And politicians do not do brave things.* Yet Rudy just kept plodding along with an occasional hearing, a daily podcast. It did not make any sense.

=========================================================


1K




4

1K
Shares

*court system. Or getting state politicians to do something brave.* But that was not going to work, as the Democrats had stolen control of that mechanism, and were already setting court dates out past January 20. And politicians do not do brave things. Yet Rudy just kept plodding along with an occasional hearing, a daily podcast. It did not make any sense.

==========================================================

One activity that began bearing fruit was our investigations into foreign involvement in the election. This will be the subject of a piece of its own.

==========================================================

Along the way, the same Goons that had been normalizing political violence in our domestic discourse since June, 2020 began to feel emboldened. Here, a Wayne County election official named Monica Palmer initially refused to sign off on the results for which she was to certify, on the grounds of the kinds of affadavits, statistics, and forensic evidence then accumulating. Palmer was immediately denounced as (what else) "racist" and her children were threatened. Here is, "Abraham Aiyash doxxed Monica Palmers children, announcing names and school then called her a racist":



Abraham Aiyash doxxed Monica Palmers children, announcing names and scho…

The will of the people will not be silenced.

If no video appears, click here: https://rumble.com/vb7jy9-abraham-aiyash-doxxed-monica-palmers-children-announcing-names-and-school-t.html

Oddly, such pointed attempts at violent intimidation of elected officials pass almost without comment these days, if the violence is threatened or undertaken from the Left.

Here is a Michigan State Rep Cynthia Johnson menacing the lives of *her* political opponents. That seemed odd but, but grading on a curve for 2020, perhaps not too odd. Until one realizes it was not some off-hand remark, but a calculated comment she recorded and put up on YouTube. That she should think that even possibly appropriate tells you something about the times in which we live:



UNHINGED: Michigan State Rep Threatens Trump Supporters

DeepCapture is an Award Winning Blog
on Corruption by Patrick M. Byrne

  

**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



The Deep Rig:
How Election Fraud Cost
Donald J. Trump the White House,
By a Man Who did not Vote for Him

(Or, what to send friends who ask,
"Why do you doubt the integrity of the 2020 Election?")

Patrick Byrne

Buy on Amazon
Buy on Aerio
Buy on Apple Books


1K

4

1K
Shares



DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne



**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books

It is my contention that it only took a small number of such incidents to do grave damage to our nation. Political violence from the Left was normalized. We started seeing it in our whistleblowers, the people from around the country who were in contact through us who were giving or considering giving affidavits on their experiences. It certainly had a chilling effect, and several requested temporary protection. I know at least some received it.

=============================================================

Mike, Sidney, myself, and others developed a Solution-in-a-Can. It was really the solution we had started within in mid-November, but redone by a top-notch lawyer and a 3-star General. Under various orders signed previously by both Obama and by Trump, if an election had foreign entanglement, the President had a broad spectrum of powers. And the President on his own judgement could sign a "finding" saying that there had been adequate foreign entanglement. There was evidence of foreign involvement on numerous fronts, which arguably would have justified a vigorous response, but we had only a narrow, tailored on in mind; based on the information that had been turned up, the President should use his powers under the requisite Executive Orders to send US Marshalls and the National Guard into the five problematic counties, open up the paper ballot backups, and recount them on livestreamed TV. Ideally, they would also image the hard drives of (but leave in place) the election equipment in those counties, for forensic examination. If there were no big discrepancies, Trump would concede. If there were big discrepancies, such as half-a-million vote discrepancies that we suspected might fall out, then more aggressive courses of action could be countenanced, such as re-rerunning the election in those counties or states. The recount of the five counties could be easily done in under a week, and if it justified further action, the entire resolution could still be achieved on a Constitutional timeline.

It was either that, or an election whose integrity was doubted by 47% of the electorate had to be choked down.

General Flynn drafted a beautiful operational plan for such a mission. One signature from the President and the whole thing would be set in motion. The teams would have been created from the right military and National Guard Units, the precise directives to each... The most expansive version of the plan had recounting to be conducted in 17 counties around the nation, Democrat and Republican, so no one could claim that targets were cherry-picked (beyond the Problematic 6). That most expansive version of the plan envisioned paper ballot recounting, plus imaging of hard drives of these voting machines for further forensic analysis (but not "seizing" the machines: they were to be left in place, and just have their hard drives imaged). An uber-expansive version of the plan would have had the paper ballots not just recounted, but forensically audited (but we thought that was too much to ask for with the possible exception of Georgia). However, in a pinch, we could hit just the Problematic 6 counties, and even simply recount the boxes of paper ballots, and have a preliminary answer in 2-3 days, thus ending a great deal of national drama. And it need not be done by the National Guard: US Marshalls and DHS and/or FBI might make up the federal force. So along numerous dimensions there were weak and strong versions of the plan.

Mike and Sidney had the legal research, the draft finding, the general's Execution Checklist that would, upon Presidential signature, make everything run like a Swiss watch.

And yet, things slid and slid. Rudy went off to organize a hearing in a hotel room and wanted one of our people there to speak.... Days spent waiting for warrants that never came....


1K




4

1K
Shares

weak and strong versions of the plan.

Mike and Sidney had the legal research, the draft finding, the general's Execution Checklist that would, upon Presidential signature, make everything run like a Swiss watch.

And yet, things slid and slid. Rudy went off to organize a hearing in a hotel room and wanted one of our people there to speak…. Days spent waiting for warrants that never came…. Absolutely no sense that there was anyone *with* a plan, let alone *executing* one . We saw the Constitutional deadlines beginning to loom…

The days turned into weeks. December came, then mid-December. Yes we had matters spinning in various states, yes we had cyber-teams inspecting packet traffic and finding foreign interactions, yes we were finding that every new voter in Nevada had his or her registration transmitted to Pakistan ISI, yes we were finding vote counting machines with wireless cards in rooms with smart thermostats that had been breached from overseas, yes we were learning why voting rolls were kept live overseas….. But Mike Flynn and I had a sense that our side was chasing its tail. That the other side was just running out the clock. And Rudy's approach would surely allow that.

At one point I learned how the President was staying involved. Periodically, Mayor Giuliani and Mediocrity were going over to the White House to brief him. Really, no kidding: the person who was so bad my colleagues had declared they would quit rather than work another moment with that person, and the 76 year old guy who had trouble sending an email and was spending his evenings sloshed, were the ones explaining to the President the cyber-crime of all time and what his options were. At first I thought it was a sick joke, but I confirmed it. The Mayor and Mediocrity were the point-people on the mission of addressing this world-historic event.

Flynn and I felt sick. A frequent subject of mutter between us ran along the lines, "Why the fuck are we doing this?" The president's children were off, uninvolved, pep-rallying, or planning retirements. We could detect no discernible strategy out of the President's team, no marching orders, just an organization wandering around in circles and melting as it did so. A Mediocrity who was so bad, we had had to make special arrangements such that the Mediocrity did not have contact with our Bad News Bears, or they were going to flee. And the whole mess was led by a 76 year old gentleman, a man beloved by all including myself, but who six weeks into what might be the most sophisticated cyber-theft in all of history, still could not have a coherent conversation beyond, *Did you hear that 211 dead people in Philadelphia voted? Dead people?!?!? And they voted! Joe Frazier voted! He died in 2011 but he voted! Have you heard?!?*

And then we would remember why were doing it: America's brand is "elections". It is what we do. We had a national election that appears to have been compromised in a remarkably precise yet strategic way, it shows the hand of foreign involvement, it may be part of a Chinese psyop to take over our country, and there might never be a free, non-goon election in America again. We;d often remind each other, *That's* why we are not supposed to quit.

And that is why, a week before Christmas, General Mike Flynn, Sidney Powell, and I decided it was time to take a chance. By hook or by crook we were going to Jedi-Mind-Trick our way into the White House, maneuver our way to the Oval Office, and get the President's attention ourselves. With no invitation.

Chapter 2: Was Foreign Interference in the Election? You Make the Call


Tweet

1K
Shares


Share 1K     Tweet     4

View Comments (990)

Related Posts

DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne



press@deepcapture.com
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books


1K

4

**1K**
Shares

At one point I learned how the President was staying involved. Periodically, Mayor Giuliani and Mike Lindell would come by. Giuliani, who according to friends was sounding from midnight-to-4AM was so bad my colleagues had declared they would quit rather than work another moment with that person, and the 76 year old guy who had trouble sending an email and was spending his evenings sloshed, were the ones explaining to the President the cyber-crime of all time and what his options were. At first I thought it was a sick joke, but I confirmed it. The Mayor and Mediocrity were the point-people on the mission of addressing this world-historic event.

Flynn and I felt sick. A frequent subject of mutter between us ran along the lines, "Why the fuck are we doing this?" The president's children were off, uninvolved, pep-rallying, or planning retirements. We could detect no discernible strategy out of the President's team, no marching orders, just an organization wandering around in circles and melting as it did so. A Mediocrity who was so bad, we had had to make special arrangements such that the Mediocrity did not have contact with our Bad News Bears, or they were gone. And the whole mess was led by a 76 year old gentleman, a man beloved by all including myself, but who six weeks into what might be the most sophisticated cyber-theft in all of history, still could not have a coherent conversation beyond, *Did you hear that 211 dead people in Philadelphia voted? Dead people?!?!? And they voted! Joe Frazier voted! He died in 2011 but he voted! Have you heard?!?*

And then we would remember why were doing it: America's brand is "elections". It is what we do. We had a national election that appears to have been compromised in a remarkably precise yet strategic way, it shows the hand of foreign involvement, it may be part of a Chinese psyop to take over our country, and there might never be a free, non-goon election in America again. We;d often remind each other, *That's* why we are not supposed to quit.

And that is why, a week before Christmas, General Mike Flynn, Sidney Powell, and I decided it was time to take a chance. By hook or by crook we were going to Jedi-Mind-Trick our way into the White House, maneuver our way to the Oval Office, and get the President's attention ourselves. With no invitation.

<u>Chapter 2: Was Foreign Interference in the Election? You Make the Call</u>



---

DeepCapture is an Award Winning Blog
on Corruption by Patrick M. Byrne



**press@deepcapture.com**
or call (480)692-9336

**Buy The Deep Rig**



Buy on Amazon
Buy on Aerio
Buy on Apple Books

---

**1K**
Shares

Share 1K    Tweet    4

View Comments (990)

**Related Posts**

| | | | |
|---|---|---|---|
| THE DEEP CAPTURE CAMPAIGN | THE DEEP CAPTURE CAMPAIGN | THE DEEP CAPTURE CAMPAIGN | THE DEEP CAPTURE CAMPAIGN |
| **Interview with Doug Fabrizio of Utah PBS Station KUED** | **NEWSFLASH – A Secret Revealed** | **Come on Folks, You're Better Than That** | **Response for Chris Faille** |
| Doug Fabrizio of Utah's KUER and KUED (our local NPR and PBS affiliates) did radio and TV interviews… | There is something that I have permission to divulge, but have refrained from doing so. As you will… | Much though I welcome comments, I am bothered by posts from a few readers who bring ethnicity into… | From: Christopher Faille [mailto:XXX@hedgeworld.com] Sent: Saturday, April 19, 2008 3:06 PM To: XXX Subject: an e-mail from Byrne… |
| BY PATRICK BYRNE | BY PATRICK BYRNE · 1 SHARE | BY PATRICK BYRNE | BY PATRICK BYRNE |

---

**Deep**Capture

Powered by Patriots

Home    Patrick Byrne    Press    About Deep Capture
The Deep Rig    The Deep Capture Story    The Data
The Archive    Community




1

2

3

4

5

6

7

8

9    GEOMETRIC PROOF

10     EDWARD SOLOMON

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Geometric Proof Edward Solomon

2

1        EDWARD SOLOMON:  My name is Edward Solomon.  I

2   specialize in elementary number theory and counting

3   arts.  I dedicated the entirety of my childhood and

4   adult life to the study of prime numbers, irreducible

5   fractions and totals.  I shall present to you geometric

6   proof that the 2020 election was stolen in the city of

7   Atlanta in the state of Georgia.

8        Geometrical proof supercedes any

9   statistical argument or counter arguments.  So how do

10  I know this?  In the city of Atlanta -- before I

11  continue this discussion, for the purpose of this

12  discussion a ratio will be the amount of votes that

13  Trump gets out of the total amount of votes at a

14  particular precinct.  So if you went to Elementary

15  School Apple Blossom to vote and Trump received 45

16  votes and a total of 190 people voted, then the ratio

17  would be 45 Trump to 190 total.  So how do did know

18  that something terrible happened in Atlanta?

19        Well, there would be sets of precincts,

20  we'll call them elementary schools where exact

21  discrete integer ratios because votes are supposed to

22  be integers, right?  They would appear for Trump to

23  the total.  So let's say Trump would get 40 out of

24  every one hundred votes exactly, and this would

25  happen in several precincts at once.  So imagine

Geometric Proof Edward Solomon

3

1   every elementary school within 20 miles of where you

2   live getting exactly 40 out of one hundred votes,

3   Trump to total.  Then they would abandon the ratio.

4   This algorithm would release control of them and let

5   them continue to tabulate their votes naturally

6   without anymore interference.  But then another set

7   of precincts, let's say every library and every

8   junior high behind you would then pick up the ratio

9   40 out of a hundred on the next time series.  And the

10  problem with this is that it's a violation of the

11  density of irreducible fractions in a square which

12  comes from the Euler Totient Function and the sum of

13  the inverse squares.

14           So in general, if I had a data set of

15  precincts for an entire county, for an entire city,

16  for many counties in the entire city, the ratio Trump

17  to total in precincts, roughly 60.79 percent of these

18  precincts should have an irreducible ratio.  So

19  reducible would be like 17 to 101, 35 to 71.  These

20  ratios can't be reduced.  They're irreducible, but

21  you can reduce something like 12 out of 24.  That

22  reduces to one half, or eight out of 24 which would

23  be one third.  But in general, if I have an entire

24  data set, 60.79 percent of those ratios throughout

25  the entire time series should be irreducible.

Geometric Proof  Edward Solomon

4

1            Now, where do I get this number from.

2    Well, according to Leonard Euler, one of the greatest

3    mathematicians that ever lived in the 18th century,

4    the sum of the inverse squares from the Riemann zeta

5    function converges on pi squared over six, which

6    means that the expected density or distribution of

7    irreducible fractions or data set is the reciprocal,

8    which is six over pi squared.  Six divided by pi

9    squared is 60.79 percent.  So if we hypothetically

10   had a set of 20 precincts or 20 elementary schools

11   that have a 40 to one hundred ratio to Trump total.

12   So a statistician says oh, all these elementary

13   schools are going to be 40 percent Trump give or take

14   a half a percent, barely anything.  We'll give him

15   very little margin.  We'll be kind to him.  All

16   right.  So 40 percent Trump, very little margin, and

17   that's it.  And the amount of votes that these

18   precincts can actually receive can be anywhere from

19   as little as 30 votes to as much as 4,000 votes in

20   the data set.  So for all of the ratios or the

21   percentages in this case that come out to exactly

22   40.000 percent, or Trump gets exactly four out of ten

23   votes in each precinct.  It's absurd.

24            All right.  So let's take a look.  This is

25   coming off my spreadsheet here for Atlanta.  And the

1   5.555 percent for Trump, which is the one to 18

2   ratio, four to 72 has a magnitude of 16 because it

3   appeared in 16 different precincts over a time

4   series.  And as you can see, when any of these

5   precincts would pick this ratio up and then abandon

6   it, another set of precincts would pick up this

7   ratio.  So as this precinct abandons it, precinct

8   10J, these two precincts inherit it, and then this

9   abandons the ratio and this inherits it and this

10  inherits it, then these two inherit it, no these two

11  inherit it, and so on.  that's not the only ratio

12  that occurs.

13          If you look here is the one to 30 ratio,

14  the six to 66 ratio and so on, one to 11 ratio.  And

15  if you copy and paste the sheet into a single impact

16  you get something that looks like this.  There's

17  actually more.  That's all I was able to fit for this

18  one.  And there is no experiment that I've been able

19  to do where I've been able to either replicate in a

20  simulation or discover a train of ratios transfers in

21  a ready existing data set like the ones that I see in

22  Georgia.  I can't produce sheets that look like this.

23          So why does the algorithm do what it does?

24  Well, it creates what we call virtual precincts in

25  the cloud.  They don't even exist.  They're fake,

1  phoney precincts, and these phoney precincts make up

2  a fake city, a virtual city, sort of a dopple ganger

3  or a mirror of the actual city.

4          So we're going to take the city of Atlanta.

5  The bean counters know there's going to be a million

6  votes in Atlanta, so we're expecting 48 percent

7  Biden, 52 percent Trump in this hypothetical example.

8  So they have the real city, and they take 700,000

9  votes of the original million, and they don't touch

10  them.  They just let them count naturally, normally,

11  48 percent Biden, 52 percent Trump.  So of this

12  700,000 votes that aren't manipulated, Biden will get

13  336,000 and Trump will get 364,000.  But they'll take

14  the other 300,000 total votes of this million and

15  they'll start manipulating.  So if they want Biden to

16  win with 55 percent overall, then they need to flip

17  this at 73 percent Biden and 27 percent Trump.  So

18  they're the going to take this virtual city of

19  300,000 votes and they're going to split it into four

20  virtual precincts for this hypothetical example, and

21  these virtual precincts will have a ratio of one to

22  ten Trump, one to five Trump, one to three Trump and

23  two to three Trump, and we're going to give these the

24  variables X, Y, Z, T.  We're going to say 300,000

25  equals X plus Y plus Z has plus T.  And let's make it

1 so that Trump gets 33 percent of these votes, and now

2 we use these ratios.  We say a hundred thousand

3 equals X over 10 plus Y over five plus Z over three

4 plus 2T over 3.  And one of the positive integer

5 solutions of many to this system of equations is X is

6 equal to 90,500, Y is equal to 40,205, Z equals this

7 number here under my cursor and T equals this.  So if

8 you put 90,000 in here and 40,000 in here and 89,000

9 ballots in this precinct and 79,000 ballots in this

10 precinct at those ratios, then you'll get 300,000

11 total and a hundred thousand for Trump.  It's

12 predetermined.  it's a predetermined aggregate.

13          And now when you go combine these, Trump

14 would be 364,000 for natural set plus a hundred

15 thousand, so he gets 464,000, and then Biden gets

16 336,000 plus 200,000.  That's 536,000.  So Trump

17 would get that 46.4 percent of the vote and Biden

18 would get 53.6 percent in this example.  So we're

19 going to take a look at how this process works and

20 how we end up with this image here.

21          And we're going to look at the second

22 virtual precinct has a one to five ratio that

23 requires 40,285 ballots, and the algorithm we'll see

24 is three elementary schools, okay.  They'll have a

25 total of ten thousand votes between them, three

1  thousand plus four thousand plus three thousand.  So
2  Trump will get two thousand out of these ten thousand
3  combined votes.  So now you've fed ten thousand
4  ballots into the second virtual precinct, and then it
5  will release these into a trove, and it will let them
6  go on their own without any further manipulation.
7  And we'll pick these up.  This will be another
8  elementary school.  These will have another 10,000
9  votes between them.  So Trump will get two thousand
10 out of these ten thousand votes, which is one to
11 five, 20 percent Trump.  And now you've fed a grand
12 total of 20,000 ballot into this virtual precinct.
13 Then it will release control and maybe takes control
14 of a stadium, high school, church, and these add up
15 to 20,285 votes.  Of course, there's an inequality
16 than the actual algorithm.  It doesn't have to be
17 that exact, but pretty much.  You'll get what you
18 need, and now you'll have fed a total of 40,285 votes
19 into this virtual precinct.  Now you've satisfied
20 this ratio, and you've managed to flip a total of
21 40,285 ballots into only 8,057 for Trump.  That's how
22 you flip votes.
23          When the algorithm was running in the 371
24 precincts in Atlanta we seized, you see Trump was only
25 gettin 14.65 percent of the vote.  But when the algorithm

Case 1:21-cv-02131-CJN  Document 2-1  Filed 08/10/21  Page 28 of 62
Geometric Proof Edward Solomon

9

1    stopped operating, Trump started to receive

2    23.57 percent of the vote in all these precincts.

3            So to get this drastic of a difference

4    before and after the application is out defies any

5    explain that I can come up with.  Good luck and God

6    bless America.

7            (End of recording.)

U.S. LEGAL SUPPORT
866-339-2608

```
 1

 2

 3                    CERTIFICATE OF REPORTER

 4

 5         I, Charlotte Crandall, certify that I was

 6   authorized to and did transcribe the foregoing audio

 7   recorded proceedings and that the transcript is a

 8   true and complete record of my stenographic notes

 9   from an audio recording and was transcribed to the

10   best of my ability.

11

12         Dated this 6th day of August, 2021.

13

14

15

16

17

18         _____

19         Charlotte Crandall
           Registered Professional Reporter

20

21

22

23

24

25
```

**1**

10   7:3
10,000   8:8
101   3:19
10J   5:8
11   5:14
12   3:21
14.65   8:25
16   5:2,3
17   3:19
18   5:1
18th   4:3
190   2:16,17

**2**

20   3:1 4:10
  8:11
20,000   8:12
20,285   8:15
200,000   7:16
2020   2:6
23.57   9:2
24   3:21,22
27   6:17
2T   7:4

**3**

3   7:4
30   4:19 5:13
300,000   6:14,
  19,24 7:10
33   7:1
336,000   6:13
  7:16
35   3:19
364,000   6:13
  7:14
371   8:23

**4**

4,000   4:19
40   2:23 3:2,9
  4:11,13,16
40,000   7:8
40,205   7:6
40,285   7:23
  8:18,21
40.000   4:22
45   2:15,17
46.4   7:17
464,000   7:15
48   6:6,11

**5**

5.555   5:1
52   6:7,11
53.6   7:18
536,000   7:16
55   6:16

**6**

60.79   3:17,24
  4:9
66   5:14

**7**

700,000   6:8,
  12
71   3:19
72   5:2
73   6:17
79,000   7:9

**8**

8,057   8:21
89,000   7:8

**9**

90,000   7:8
90,500   7:6

**A**

abandon   3:3
  5:5
abandons   5:7,
  9
absurd   4:23
actual   6:3
  8:16
add   8:14
adult   2:4
aggregate
  7:12
algorithm   3:4
  5:23 7:23
  8:16,23,25
America   9:6
amount   2:12,
  13 4:17
anymore   3:6
appeared   5:3
Apple   2:15
application
  9:4
argument   2:9
arguments   2:9
arts   2:3
Atlanta   2:7,
  10,18 4:25
  6:4,6 8:24

**B**

ballot   8:12
ballots   7:9,
  23 8:4,21
barely   4:14
bean   6:5
Biden   6:7,11,
  12,15,17

7:15,17
bless   9:6
Blossom   2:15

**C**

call   2:20
  5:24
case   4:21
century   4:3
childhood   2:3
church   8:14
city   2:6,10
  3:15,16 6:2,
  3,4,8,18
cloud   5:25
combine   7:13
combined   8:3
continue   2:11
  3:5
control   3:4
  8:13
converges   4:5
copy   5:15
count   6:10
counter   2:9
counters   6:5
counties   3:16
counting   2:2
county   3:15
creates   5:24
cursor   7:7

**D**

data   3:14,24
  4:7,20 5:21
dedicated   2:3
defies   9:4
density   3:11
  4:6
difference
  9:3
discover   5:20
discrete   2:21

Geometric Proof - Edward Solomon

2

discussion
    2:11,12
distribution
    4:6
divided   4:8
dopple   6:2
drastic   9:3

E

Edward   2:1
election   2:6
elementary
    2:2,14,20 3:1
    4:10,12 7:24
    8:8
end   7:20 9:7
entire   3:15,
    16,23,25
entirety   2:3
equal   7:6
equals   6:25
    7:3,6,7
equations   7:5
Euler   3:12
    4:2
exact   2:20
    8:17
exist   5:25
existing   5:21
expected   4:6
expecting   6:6
experiment
    5:18
explain   9:5

F

fake   5:25 6:2
fed   8:3,11,18
fit   5:17
flip   6:16
    8:20,22
fractions   2:5
    3:11 4:7

function   3:12
    4:5

G

ganger   6:2
general   3:14,
    23
geometric   2:5
Geometrical
    2:8
Georgia   2:7
    5:22
gettin   8:25
give   4:13,14
    6:23
God   9:5
Good   9:5
grand   8:11
greatest   4:2

H

half   3:22
    4:14
happen   2:25
happened   2:18
high   3:8 8:14
hundred   2:24
    3:2,9 4:11
    7:2,11,14
hypothetical
    6:7,20
hypothetically
    4:9

I

image   7:20
imagine   2:25
impact   5:15
inequality
    8:15
inherit   5:8,
    10,11

inherits   5:9,
    10
integer   2:21
    7:4
integers   2:22
interference
    3:6
inverse   3:13
    4:4
irreducible
    2:4 3:11,18,
    20,25 4:7

J

junior   3:8

K

kind   4:15

L

Leonard   4:2
library   3:7
life   2:4
live   3:2
lived   4:3
luck   9:5

M

magnitude   5:2
make   6:1,25
managed   8:20
manipulated
    6:12
manipulating
    6:15
manipulation
    8:6
margin   4:15,
    16
mathematicians
    4:3

means   4:6
miles   3:1
million   6:5,
    9,14
mirror   6:3

N

natural   7:14
naturally   3:5
    6:10
number   2:2
    4:1 7:7
numbers   2:4

O

occurs   5:12
operating   9:1
original   6:9

P

paste   5:15
people   2:16
percent   3:17,
    24 4:9,13,14,
    16,22 5:1
    6:6,7,11,16,
    17 7:1,17,18
    8:11,25 9:2
percentages
    4:21
phoney   6:1
pi   4:5,8
pick   3:8 5:5,
    6 8:7
positive   7:4
precinct   2:14
    4:23 5:7 7:9,
    10,22 8:4,12,
    19
precincts
    2:19,25 3:7,
    15,17,18
    4:10,18 5:3,

5,6,8,24 6:1,
20,21 8:24
9:2
**predetermined**
7:12
**present** 2:5
**pretty** 8:17
**prime** 2:4
**problem** 3:10
**process** 7:19
**produce** 5:22
**proof** 2:6,8
**purpose** 2:11
**put** 7:8

**R**

**ratio** 2:12,16
3:3,8,16,18
4:11 5:2,5,7,
9,11,13,14
6:21 7:22
8:20
**ratios** 2:21
3:20,24 4:20
5:20 7:2,10
**ready** 5:21
**real** 6:8
**receive** 4:18
9:1
**received** 2:15
**reciprocal**
4:7
**recording** 9:7
**reduce** 3:21
**reduced** 3:20
**reduces** 3:22
**reducible**
3:19
**release** 3:4
8:5,13
**replicate**
5:19
**requires** 7:23
**Riemann** 4:4

**roughly** 3:17
**running** 8:23

**S**

**satisfied**
8:19
**school** 2:15
3:1 8:8,14
**schools** 2:20
4:10,13 7:24
**seized** 8:24
**series** 3:9,25
5:4
**set** 3:6,14,24
4:7,10,20
5:6,21 7:14
**sets** 2:19
**sheet** 5:15
**sheets** 5:22
**simulation**
5:20
**single** 5:15
**Solomon** 2:1
**solutions** 7:5
**sort** 6:2
**specialize**
2:2
**split** 6:19
**spreadsheet**
4:25
**square** 3:11
**squared** 4:5,
8,9
**squares** 3:13
4:4
**stadium** 8:14
**start** 6:15
**started** 9:1
**state** 2:7
**statistical**
2:9
**statistician**
4:12
**stolen** 2:6

**stopped** 9:1
**study** 2:4
**sum** 3:12 4:4
**supercedes**
2:8
**supposed** 2:21
**system** 7:5

**T**

**tabulate** 3:5
**takes** 8:13
**ten** 4:22 6:22
7:25 8:2,3,10
**terrible** 2:18
**theory** 2:2
**thousand** 7:2,
11,15,25 8:1,
2,3,9,10
**time** 3:9,25
5:3
**total** 2:13,
16,17,23 3:3,
17 4:11 6:14
7:11,25 8:12,
18,20
**totals** 2:5
**Totient** 3:12
**touch** 6:9
**train** 5:20
**transfers**
5:20
**trove** 8:5
**Trump** 2:13,
15,17,22,23
3:3,16 4:11,
13,16,22 5:1
6:7,11,13,17,
22,23 7:1,11,
13,16 8:2,9,
11,21,24 9:1

**V**

**variables**
6:24

**violation**
3:10
**virtual** 5:24
6:2,18,20,21
7:22 8:4,12,
19
**vote** 2:15
7:17 8:25 9:2
**voted** 2:16
**votes** 2:12,
13,16,21,24
3:2,5 4:17,
19,23 6:6,9,
12,14,19 7:1,
25 8:3,9,10,
15,18,22

**W**

**win** 6:16
**works** 7:19

**Z**

**zeta** 4:4

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10                    SMOKING GUN

11                  EDWARD SOLOMON

12

13

14

15

16

17

18

19

20

21

22

23   Transcribed by:

24   Charlotte Crandall

25   RPR, FPR
```

Smoking Gun Edward Solomon

2

```
1           EDWARD SOLOMON:  Okay, guys.  I have all the
2   data from Philadelphia, all the tabulations done over
3   time for the entire week after election day and I have
4   discovered the way Dominion actually distributes the
5   votes, and it transfers -- it does fraction magic, which
6   I'm sure many of you heard about it already, but
7   actually transfers fractions between precincts.
8           So this here, this is the original data for
9   the New York Times data feed.  You'll see this starts
10  on November 4th at 3:00 in the morning, 4:00 in the
11  morning.  That's when everything went crazy,
12  remember?  And you see you'll get dates all the way
13  up to this is November 7th, and somewhere in here
14  it's like November 9th, so it's like an entire week
15  of data, every time stamp of every tabulation for the
16  total votes, the Biden votes and Trump's votes.
17          Now, Biden's votes and Trump's votes don't
18  always add up to the total because you have a third
19  party candidate, and I discovered that the fraction
20  logic, what it does is it sets a specific number of
21  votes that Trump is allowed to get an integer out of
22  a total number of votes, and then it puts a minimum
23  on Biden, and then the remainder can be split evenly
24  between the third party candidate or to Biden.
25          So I took only Philadelphia, only
```

Smoking Gun Edward Solomon

3

1  Philadelphia's time stamps, and then I sorted them by

2  the -- it's called the major ratio.  The major ratio

3  is Trump's votes divided by the total votes, okay.

4            The second way, it was sorted after the

5  major ratio.  The second priority was the date and

6  time and then by the precinct.  Hold on one second.

7            Okay.  So I found a lot of irregularities.

8  I'm only going to show you nine exhibits of these

9  irregularities, but there's hundreds and hundreds of

10 them just on the day of November 4th.  So this data

11 is only Philadelphia's data on the day of

12 November 4th.

13           See, this says 11:04.  It's all

14 November 4th.  Now, there's 90,000 rows.  There's

15 90,000 entries for November 4th for Philadelphia.

16 And before I get into the Dominion vote switching,

17 let's just look at something that's statistically

18 very strange even in this sheet.

19           So remember there's 90,000 rows, and it's

20 not until row 40,000, that's half the sheet, until

21 Trump even receives ten percent of the votes in the

22 precincts.  It's not until row 60 something thousand,

23 65, 63 thousand until Trump starts to get a quarter

24 of the votes.  We're already two-thirds down the

25 sheet.

Smoking Gun Edward Solomon

4

1        Trump doesn't get a third of the votes

2    until row 70,000.  He doesn't even start getting

3    50 percent of the votes until near the end, around

4    80,000.  And then row 80,000 to 90,000, the last ten

5    thousand rows are the only entries where Trump

6    receives more votes than Biden, and by very, very

7    little.

8        So we're going to look at some particular

9    exhibits here of the shenanigans that I found, and

10   this is how I finally figured out how Dominion works.

11   So Exhibit one, this starts on row 32,249.  Sorry.

12   It starts s on row 8,300.  This is the first exhibit.

13   November 4th, Philadelphia.

14       So four precincts at 3:00 in the afternoon,

15   they report a ratio of one to 48.  So Trump gets one

16   vote exactly for every 48 votes.  That's this right

17   here.  So now that's possible.

18       So at first there's nothing weird about

19   that.  You have four precincts that reported.  What

20   makes it weird is that this ratio of one to 48, when

21   it stops because it eventually should stop, and it

22   stops at 10:00 -- it stops at 8:00 in the afternoon,

23   8:00 p.m.  The original precincts that this ratio,

24   one to 48 were occurring in, which is precincts

25   06-13, 50-18, 50-26 and 59-23, it transfers that

Smoking Gun Edward Solomon

5

1  ratio one to 48 to precincts 17-06 and 28-16, and the

2  difference in time is less than five minutes.  So

3  we're to believe that these four precincts that held

4  this ratio for many hours, which is normal because

5  that means they didn't update the tabulation yet.

6  When they finally update near the end of the hour,

7  8:00, the exact same ratio appears in two more

8  districts.

9           Now, if this was the only example on the

10  whole spreadsheet of this happening with this very

11  short time interval then I wouldn't be making this

12  video.  So now we're going the look at another

13  exhibit here, and this one is really, really

14  suspicious.

15           We see at 7:00 in the morning precincts

16  12-04, 12-08 and 60-13 report they have a one to 18

17  ratio.  So Trump gets one vote exactly for every 18

18  votes here, exactly.  It's not even a fraction.  So

19  that's at 7:00 in the morning.

20           At 9:00 in the morning these original three

21  precincts, 12-08, 12-04, 60-13, that ratio gets

22  transferred in the same hour to these three

23  precincts, so basically on the next global update

24  city wide.  It transfers to precincts 13-23, 30-06,

25  51-07, so that's at 9:00, 9:30.  That stays that way

1  until 2:00, 2:30.  Then these three precincts within

2  a ten-minute time, so this is the global update,

3  okay.  What updates globally, the whole Dominion

4  software across the entire city, it transfers that

5  one to 48 ratio from these three precincts into

6  12-16, into district 12-16.

7        Now, if there was many hours between this

8  same ratio occurring there would be nothing

9  suspicious.  You're going to have a ratio of one to

10 48 occur multiple times, but they shouldn't be within

11 ten minutes of each other or generally within the

12 same hour.  That's what makes this suspicious.

13       So now precinct 12-16 holds that ratio

14 until 10:00 at night, and it transfers it within the

15 same five-minute interval to precinct 47-10.  What

16 would have been more normal, for instance, is if

17 precinct 47-10 got the same ratio earlier in the day,

18 and then both of those precincts were reporting that

19 number, meaning that this one hadn't updated.  But

20 since what you see here is almost no time difference

21 between these two precincts reporting the same ratio,

22 so it actually transferred the fraction one to 18,

23 one vote per 18 votes Trump to the total to this

24 precinct 47-10 at around 10:00, and then stayed that

25 way until midnight.  And wait until tomorrow I'm

1  going to analyze this not for just for November 4th

2  but for every day of the week.  I'm going to find all

3  the examples, by the way.  That's Exhibit 3.  I

4  thought I had two exhibits there.  I did, which is up

5  here.

6         This is the third exhibit, so this is a

7  ratio of four to 65.  Four to 65 for the greatest

8  common factor of the denominator, which is the total

9  votes which is 13.  We see that precinct 20-066 at

10 7:00 in the morning holds that ratio.  Then on the

11 next update it transfers it to precincts 20 -- I

12 should put this in gray.  It transfers that ratio

13 simultaneously of four to 65, which is very unusual

14 because of the prime number 13, the denominator, to

15 four different precincts.    So at 7:00 it starts

16 with that, which is fine.  You have to start with

17 something, but then it transfers that ratio all at

18 the same time to these four precincts.

19        Let's look at Exhibit 4.  Exhibit 4 the

20 ratio is three to 48, and we see that precinct 34-17

21 holds this ratio from 7:00 in the morning until 9:00,

22 and then at 9:30, this seems to be the theme, it

23 switches around 9:30, right.  It starts at 7, 00 and

24 then -- the ratio starts at 7:00 if you go back in

25 the video and listen, and then the next switch

Smoking Gun Edward Solomon

8

1   happens at 9:00 to 9:30.  So it transfers the ratio

2   three to 48.  That means Trump gets three votes for

3   every 48 total from precincts 34-17 to precincts

4   11-12 and 36-36.  Then at 3:00 it transfers that

5   ratio from 11-12 and precincts 36-36 within the same

6   global tick of the whole city, about ten minutes, to

7   precincts 16-08 and 20-05.

8            Then at 10:00 at night precinct 60-01 gets

9   added to this ratio.  Now that's actually not

10  suspicious believe it or not.  That's actually a good

11  thing.  That works in the favor of our adversaries.

12  Not the whole example here, this whole exhibit, just

13  this part of the exhibit.  So that means that

14  precinct 60-01 got this ratio of three to 48 towards

15  the end of the night, and then it got lumped in with

16  the other two precincts, so no transfer has occurred

17  yet.  We just added a precinct.  So it's perfectly

18  fine for this extra precinct to come in in the middle

19  of nowhere with that ratio.

20           If you go over to the global sheet since,

21  you know, most of it is okay.  That's generally what

22  you see for these things.  So we give precinct 60-01

23  the benefit of the doubt until, until we notice that

24  all three of those precincts, 16-08, 20-05 and 60-01

25  simultaneously stop reporting that ratio at the exact

1  same time, and that's near the end of the hour at

2  10:00, and then it transfers that ratio to the

3  precincts 43-09 and 52-14 and it stays that way until

4  midnight.  So we started with 60-01 having the

5  benefit of the doubt of being the only legitimate

6  entry in this fraudulent exhibit, and then it turns

7  out that it's actually part of the fraud.  That's

8  sad.  Okay.

9          Let's go to the next exhibit.  Again we

10 start at 7:00 in the morning.  We have a ratio of

11 four to 63.  The greatest common factor of all these

12 columns is 63.  That's just really weird.  Anyway, so

13 we have this -- that means here again Trump here is

14 getting four votes for every 63 total votes.  So at

15 7:00 we start, and then again at this 9:00 to 9:30

16 you have this global update, and it transfers this

17 ratio to these two precincts.  So from 61-11 that

18 holds the original ratio, four to 63, it transfers to

19 13-05 and precinct 60-22 -- 61-22.  13-05 and 61-22.

20          Now again, if this was the only example of

21 this happening it wouldn't be that suspicious.  We

22 don't see this ratio transferred multiple times like

23 we did in the other exhibits, so it's possible this

24 one is legitimate.  This may not be fraudulent.  It

25 could just be a weird occurrence.  So we'll give them

1  the benefit of the doubt on that one, but it's weird.

2  All right.

3         So exhibit -- this is the sixth exhibit,

4  and we get this ratio of five to 31, which is

5  something a computer would do because it's a prime

6  number to a prime number.  And by the way, all these

7  columns total, they can all be divided by 31.  So we

8  get to precincts 13 and 38 start with this ratio of

9  five to 31 at 7:00 in the morning, and then there is

10  a jump of many, many hours which is good, like it's a

11  good thing, means there's no fraud occurring.  So we

12  can say that these entries, these here is actually

13  not fraudulent.  But then we continue to analyze it

14  for county -- for district No. 01-17 starting at

15  3:00 in the afternoon.

16         Now, I notice that this ratio transfers, so

17  this is district 01-17.  It transfers to districts

18  36-09 and 37-10 within the same five-minute slot.

19  This is a -- it's near the end of 8:00 in the

20  evening.  This seems to be a very common time when

21  the global update happens in the other exhibits, so

22  that looks pretty suspicious but it's still

23  plausible.  It could technically happen.

24         So these exhibits here, Exhibit 2 was an

25  example of something that absolutely cannot happen if

Smoking Gun Edward Solomon

11

1   we go back for a moment.  You can't have that many

2   transfers within minutes of each other or within the

3   same hour of the same ratio.  That just can't happen.

4            Okay.  Sheet three.  Let's take a look up

5   here.  This is the ratio of one to five.  So what I

6   did was I just scrolled until I got to 20 percent

7   because I wanted to make this video while I was still

8   young.  So I went to 20 percent, which is a ratio I

9   wanted to see what happened at that time, and we see

10  that precinct 05-30 reports a split of one to five,

11  so one vote for Trump for every vote overall.  And at

12  9:30 that ratio is transferred to precinct 01-05,

13  05-13, 05-24 and 19-02, and then it's transferred

14  again at 3:00 to precincts 25-16 and 36-29.  And it's

15  transferred again at 10:00 at night to precinct

16  48-18.  Very strange.  To me that's fraud.  That's

17  like Exhibit 2.  So Exhibit 2 and Exhibit 9 are the

18  strongest examples so far in this video of things

19  that just can't happen.  And I actually went looking

20  for it.  I said what happened at 20 percent in the

21  big sheet and I found fraud.  And in general it's not

22  like it was hard for me to find these examples.  I

23  literally just went like eeny, meeny, miny, mo, catch

24  a tiger by the toe and stopped, and then would find a

25  bunch of numbers like here is 46 to 46.  You saw me

Smoking Gun Edward Solomon

1  do this randomly in the video and you just see all

2  these examples of ratios being transferred within

3  minutes of each other to different precincts.

4           So here's one to six.  That's 1.6

5  repeating.  Before I go to the next exhibits let me

6  show you.  Okay.  So that starts sat 7:00 in the

7  morning.  Let's just do an example.

8           So this is the ratio one to six, right.  So

9  let's see if the -- so let's copy this.  I'm just

10 going to do an example live.  Oh, look.  I don't even

11 have a ninth exhibit, so you know what, it's a good

12 thing we're doing this live because I wouldn't have

13 had a ninth exhibit to show you.

14          So let's look at what's funny here.  So

15 this is when the ratio is one to six.  I assume the

16 common denominator here is six.  I'm just trying to

17 see if I can get something better out of it.  Well, I

18 don't have time to figure that out.  This is the

19 actual video right now.  So let's see, 07-20, 15-40,

20 21 -- when does seven repeat.  Right here.  So it's

21 five precincts.  Get this ratio at 7:00 in the

22 morning seven to 40.  So it switched here somewhere.

23 So this is the first block.  The transfer happens

24 here.  It's too dark for the video.  So this transfer

25 happens at 9:00 in the morning at 9:30 to these two

Smoking Gun Edward Solomon

13

1   precincts.  Again, it's that same time stamp of

2   9:00 to 9:30, around the time of the global update.

3   19-10, 19-10.  Here it is.

4            Here is the next transfer, this ratio of

5   one to six.  We still didn't do Exhibit 8 yet.  We'll

6   go back to Exhibit 8.  Exhibit 9 is a wide exhibit.

7   you can see it's not very hard for me to find these

8   things.  It's too dark.

9            So this is at the 3:00.  That's 15:00.

10  15:00 is 3:00.  This is ten minutes later.  So it

11  transferred this ratio again from precincts 19-10,

12  40, 42-23 to 17-17 and 23-03, 19 -- and 62-66, okay.

13  So this is three precincts it transferred to.  So it

14  transfers it from two precincts to three precincts.

15  Pretty sure that will go to the end.  That would be

16  scary.  Oh, my God.  It keeps transferring.  07-62 is

17  what I'm looking for.  That's clever too.  They try

18  to hide it.  So watch this.  I just found like

19  another funny way to do this, to hide it from you.

20           So this is precinct 07-17, 23-03 and 62-06.

21  These are the ones that received the transfer from

22  these two precincts, and that goes on until 10:40,

23  and then on that global reset in the previous

24  exhibits, about five minutes later at 10:47 transfers

25  them to this precinct, 62-26.  Notice how close that

1   is to number 62-06.  I'm pretty sure that's done

2   deliberately to confuse somebody visually because I

3   almost overlooked that transfer.

4           So there's a live example I just did for

5   you.  I really just went to somewhere randomly in the

6   sheet sort of because I was kind of looking for the

7   fraction one over six, but almost random.  If I

8   wanted to, I don't have time in the video, I could

9   literally just stop this scroll bar in the big data

10  set just anywhere and just find an example, like

11  38.78, this fraction here.  173, I'm pretty sure

12  that's a prime number.  449.  That's a prime number.

13  What this hell.  How does that happen.  It better be

14  the same precinct the whole way through.  Okay.  At

15  least it's the same precinct, so that's fine.

16          But you can find examples of the same ratio

17  occurring in multiple precincts pretty much anywhere

18  just by dropping your cursor in the middle of the

19  sheet somewhere.  We'll go back to Exhibit 8.

20  Anyway.  Let's go back to Exhibit 8.  That wasn't

21  covered yet.

22          So we have here a ratio of one to four, so

23  that means the major ratio is 25, so Trump gets one

24  vote to every four total.  We see that's reported at

25  7:00 in the morning from precincts 01-02, 15-17,

Smoking Gun Edward Solomon

15

1   2309, 45-13, 62-15 at 7:00 in the morning

2   November 4th.

3           That ratio persists until 8, 00 about an

4   hour, until 9:00.  Remember, at 9:06, 9:10 is when

5   this transfer keeps happening, and it you transfers

6   that ratio of one to four to Philadelphia district

7   02-01.  Pretty weird.  Then at 3:00, it -- let me

8   see.  Let me make sure.  So there's a five-hour jump

9   from here to here, which is a good thing.  That means

10  it wasn't transferred to another precinct

11  immediately.  Okay.  Sorry about that.

12          Let's take a look here.  So this is

13  actually -- this is probably clean because one to

14  four isn't that hard of a ratio to get.  So Exhibit 8

15  is something that's plausible.  I definitely wouldn't

16  bring this one to court.  But the last exhibit that

17  we did here, Exhibit 9 -- I had to take care of a

18  microwave there.

19          So the last Exhibit we did at random,

20  Exhibit 7 was pretty bad, especially since the ratio

21  was weird, three to 48, Exhibit 4.  I'm going to have

22  to cut this part of the video.

23          Hey, I'm back.  I had to cut part of the

24  video.  Some things happened at home.  Okay.

25          So let me explain how I think this whole

1   system works.  So let's just take the ratios we see

2   here.  I'm going to write them down.  One to 48, one

3   to 18, four to 65, three to 48, very strange ratio,

4   four to 63, five to 31, four to 63, five to 31.  The

5   last ratios are one to five, one to four, one to six.

6   Now, a couple of these exhibits were plausible, but

7   for the sake of this example how I think it works,

8   we're just going to say that they were all

9   fraudulent.  Okay.

10          So this is how I think it works.  Get rid

11  of all this.  I think Dominion needs a certain amount

12  of votes it needs to flip.  Total amount to flip,

13  okay.  Now, let's say that it needs to flip them at

14  the ratio, because Trump has such a huge margin,

15  let's say that it needs to flip them -- they need to

16  make sure that Biden gets about 66 votes to every 33

17  votes that Trump gets with one vote left over for a

18  third party candidate, or it just can be added to

19  Biden and what it does, it just splits into blocks,

20  these fractional blocks.

21          What was there, nine?  So let's see if

22  there's nine exhibits.  One, two, three, four, five,

23  six, seven.  Now there's more obviously in this

24  gigantic sheets, these oddities happen many, many

25  times.  There are many more exhibits, hundreds of

1  exhibits in here I would imagine where you have

2  ratios being transferred.  But for the sake of my

3  theory we're just going to pretend these are the only

4  ratios that got transferred on November 4th.

5          So it says we're going to take a certain

6  ratio.  So this box will have one to 48 ratio of

7  ballots.  I'm just going to kind of make the numbers

8  up because I don't want to keep going back to the

9  machine.  Too much.  Four to 65.  So X equal the

10 total amount to flip.  Actually, we'll just read them

11 off.  Three to 48, four to 63, and this wouldn't be

12 very hard for a computer to do.  Four to 63, five to

13 31.  I purposefully didn't want to make them the same

14 size.  I just sort of dragged the cursor because

15 they're not then the same size in reality either.

16 One to six, one to five, one to four.

17          So what I think it does, I'm pretty sure

18 this is what it does.  I'm going to take the total

19 amount of votes that needs to be flipped and I'm

20 going to separate them like this.  So it will split

21 the X into nine parts that it needs.  So let's just

22 say to make up the amount, Biden needs a hundred

23 thousand votes.  He needs 200,000 votes and Trump

24 needs a 100,000 votes.  This is how we need to change

25 the margins.

Smoking Gun Edward Solomon

1          So it redistribute the number 200,000 and

2   100,000 into these boxes in accordance to these nine

3   ratios, and in order -- okay.  So what it does then,

4   and this is where it gets really sadistic.  It then

5   says I'm going to -- we're going to take one of

6   these -- we'll do two of these boxes.  It  says for

7   the box one to 48, we're going to split that into

8   let's say three precincts.  We'll do the four to 65

9   because that's like the weirdest number.

10          So this is what Dominion does.  It says I'm

11  going to split this into three precincts.  To change

12  the amount of votes that come in, and then when

13  there's a global update, since I don't want to look

14  suspicious, so I'm going to transfer the workload of

15  this ratio, four to 65, to two other precincts.  So

16  it goes from three precincts to two, and then it

17  transfers a ratio again.  So this is time going down.

18  It says okay, well, we still don't have as many votes

19  here as we need, so we'll transfer it to two more

20  precincts.  The amount of precincts it transfers to

21  is irrelevant, so I'm going to transfer this ratio to

22  these two precincts.  Then I'm going to transfer it

23  to, we'll do one more branch, let's say to three new

24  precincts.  So these branches are what's happening

25  over time.

1            So it passes it through all these -- it

2    transfers these ratios to these precincts, these sets

3    of precincts over time.  So let's say -- so four to

4    65 means Trump needs -- we take that number, 100,000,

5    right, four to 65.  Four divided by 65, I have a

6    hand-held calculator in front of me, so 16 percent,

7    so times a hundred thousand.  So the computer knows

8    it needs to get in total 6,153 -- not exactly sure

9    how that works there.  Let me take a look.  Oh, I

10   see.  Four parts to 65.  It wouldn't be That

11   complicated, but it's going to distribute it, so we

12   just have to make up a number here that's four to 65,

13   so let's just multiply it by 50.  So we need to get

14   200 votes for Trump in this box here, and it needs to

15   get 3200 votes for Biden because that's the ratio.

16   So that's what Dominion is trying to get into this

17   overall red box of four to 65.  That's just a

18   hypothetical.  And when the votes finally add up in a

19   way to where Trump gets 200 total over time, when

20   Trump hits around 200 votes and Biden hits around

21   3200 votes, it then stops that ratio.  It doesn't

22   need that proportion anymore because it built this

23   ratio of 4-65 for all the votes that it needed, and

24   then this box would now be satisfied.  So now it's

25   satisfied and doesn't need that proportion anymore.

Smoking Gun Edward Solomon

20

1          So again, let's go over how I think this
2   works.  So you need a total amount of votes you need
3   to flip for Biden to take out Trump's margin.  So
4   just say hypothetically he needs 200,000 votes for
5   every 100,000 votes that Trump gets to overtake his
6   margin, and it splits that into these random, pretty
7   much random integer ratios.  That's what makes it so
8   suspicious, right.  It's not like -- I mean,
9   technically they're all going to be integer ratios,
10  but like these types of ratios.  I don't know how
11  else to explain it.  It's not like you're getting a
12  lot of prime numbers, right.  If I did the prime
13  number theorem, right, a percentage of these numbers
14  should be prime in this T column, and they're not.
15  I'm not counting the repetitions when they don't
16  update.  So if we took all the unique denominators
17  and we said how many of these are prime numbers, I
18  bet we would get less prime numbers than we're
19  supposed to, okay.
20          Oh, that's for another video.  So let's go
21  back here.  So, okay.  So it takes this thing and
22  then it I splits it into many, many different of
23  these red boxes, right, that's how the algorithm
24  works of all these ratios.  And then what it does is
25  it assigns that ratio to several precincts.  And in

1   order to hide the shenanigans it transfers that ratio

2   to different sets of precincts throughout the day,

3   and once the number is reached that it wants it stops

4   transferring that number.  Now, I don't know how true

5   that is because this only goes to November 4th.

6   Well, I know that's true, and then -- but this -- my

7   data sheet goes out to the 9th or the 10th or maybe

8   even the 11th.  So I'm pretty sure, I wouldn't doubt

9   if we see the ratio four to 65 occur from not just on

10  November 4th, but all the way until the end of the

11  counting of tabulations.  I wouldn't doubt it, and it

12  just keeps transferring this number to multiple

13  precincts, and many other ratios as well with little

14  to no time between the jumps.  So that's how I think

15  this fraction magic actually words.  So the magic

16  occurs right here.  And then it hides its own paper

17  trail, so to speak, by switching it between the

18  precincts.  And even being so clever as we saw in the

19  last exhibit I did live to sometimes to transfer it

20  to precincts that almost have the same number.  So

21  62-06 to 62-26.  So any human being like you and me

22  going over data might not even notice the transfer.

23  So that's my theory on how Dominion is working and

24  how it's flipping votes.

25          So it's not just taking every precinct and

Smoking Gun Edward Solomon
22

1    applying one ratio to it.  It's taking multiple sets

2    of precincts and applying multiple ratios such that

3    when they all come back to a certain number they add

4    up to the total number that is required to flip the

5    margin.

6            So that's the end of the video.  I

7    apologize for stuff going on in the kitchen and --

8    well, that's it.  I'm going to upload all the files

9    so you guys can check it yourself so you know I

10   didn't fabricate this data for some political agenda.

11   I just took the data straight off the New York Times

12   feed.

13           Like I said, when you get the file what

14   you're going to do is you're going to sort it by --

15   you want to sort it first -- you want to sort it by

16   time, the initial file, and then by the locality and

17   then by the precinct.  Then you'll put that -- you'll

18   copy and paste the dates you want.  So let's say you

19   want all of Philadelphia on November 4th.  That's the

20   second one you want after you sort it into a new

21   spreadsheet, and you're going to create the ray

22   (phonetic) formula that divides Trumps votes by the

23   total vote.  Then you're going to resort the data

24   again by that major ratio that you entered, then by

25   the date and time, and then by the precinct, and

Smoking Gun Edward Solomon

23

1   that's how you get this information the same way I

2   got it.  All right.  I'm going to close the video and

3   start uploading.

4            (End of recording.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Smoking Gun Edward Solomon

24

1

2                         CERTIFICATE OF REPORTER

3

4          I, Charlotte Crandall, certify that I was

5   authorized to and did transcribe the foregoing audio

6   recorded proceedings and that the transcript is a

7   true and complete record of my stenographic notes

8   from an audio recording and was transcribed to the

9   best of my ability.

10

11         Dated this 6th day of August, 2021.

12

13

14

15

16

17         _____

            Charlotte Crandall
18          Registered Professional Reporter

19

20

21

22

23

24

25

## 0

**00**   7:23 15:3
**01-02**   14:25
**01-05**   11:12
**01-17**   10:14,
  17
**02-01**   15:7
**05-13**   11:13
**05-24**   11:13
**05-30**   11:10
**06-13**   4:25
**07-17**   13:20
**07-20**   12:19
**07-62**   13:16

## 1

**1.6**   12:4
**100,000**   17:24
  18:2 19:4
  20:5
**10:00**   4:22
  6:14,24 8:8
  9:2 11:15
**10:40**   13:22
**10:47**   13:24
**10th**   21:7
**11-12**   8:4,5
**11:04**   3:13
**11th**   21:8
**12-04**   5:16,21
**12-08**   5:16,21
**12-16**   6:6,13
**13**   7:9,14
  10:8
**13-05**   9:19
**13-23**   5:24
**15-17**   14:25
**15-40**   12:19
**15:00**   13:9,10
**16**   19:6
**16-08**   8:7,24
**17-06**   5:1

**17-17**   13:12
**173**   14:11
**18**   5:16,17
  6:22,23 16:3
**19**   13:12
**19-02**   11:13
**19-10**   13:3,11

## 2

**2**   10:24 11:17
**20**   7:11 11:6,
  8,20
**20-05**   8:7,24
**20-066**   7:9
**200**   19:14,19,
  20
**200,000**   17:23
  18:1 20:4
**21**   12:20
**23-03**   13:12,
  20
**2309**   15:1
**25**   14:23
**25-16**   11:14
**28-16**   5:1
**2:00**   6:1
**2:30**   6:1

## 3

**3**   7:3
**30-06**   5:24
**31**   10:4,7,9
  16:4 17:13
**32,249**   4:11
**3200**   19:15,21
**33**   16:16
**34-17**   7:20
  8:3
**36-09**   10:18
**36-29**   11:14
**36-36**   8:4,5
**37-10**   10:18
**38**   10:8

**38.78**   14:11
**3:00**   2:10
  4:14 8:4
  10:15 11:14
  13:9,10 15:7

## 4

**4**   7:19 15:21
**4-65**   19:23
**40**   12:22
  13:12
**40,000**   3:20
**42-23**   13:12
**43-09**   9:3
**449**   14:12
**45-13**   15:1
**46**   11:25
**47-10**   6:15,
  17,24
**48**   4:15,16,
  20,24 5:1
  6:5,10 7:20
  8:2,3,14
  15:21 16:2,3
  17:6,11 18:7
**48-18**   11:16
**4:00**   2:10
**4th**   2:10
  3:10,12,14,15
  4:13 7:1 15:2
  17:4 21:5,10
  22:19

## 5

**50**   4:3 19:13
**50-18**   4:25
**50-26**   4:25
**51-07**   5:25
**52-14**   9:3
**59-23**   4:25

## 6

**6,153**   19:8

**60**   3:22
**60-01**   8:8,14,
  22,24 9:4
**60-13**   5:16,21
**60-22**   9:19
**61-11**   9:17
**61-22**   9:19
**62-06**   13:20
  14:1 21:21
**62-15**   15:1
**62-26**   13:25
  21:21
**62-66**   13:12
**63**   3:23 9:11,
  12,14,18 16:4
  17:11,12
**65**   3:23 7:7,
  13 16:3 17:9
  18:8,15 19:4,
  5,10,12,17
  21:9
**66**   16:16

## 7

**7**   7:23 15:20
**70,000**   4:2
**7:00**   5:15,19
  7:10,15,21,24
  9:10,15 10:9
  12:6,21 14:25
  15:1
**7th**   2:13

## 8

**8**   13:5,6
  14:19,20
  15:3,14
**8,300**   4:12
**80,000**   4:4
**8:00**   4:22,23
  5:7 10:19

**9**

**9** 11:17 13:6 15:17
**90,000** 3:14, 15,19 4:4
**9:00** 5:20,25 7:21 8:1 9:15 12:25 13:2 15:4
**9:06** 15:4
**9:10** 15:4
**9:30** 5:25 7:22,23 8:1 9:15 11:12 12:25 13:2
**9th** 2:14 21:7

**A**

**absolutely** 10:25
**accordance** 18:2
**actual** 12:19
**add** 2:18 19:18 22:3
**added** 8:9,17 16:18
**adversaries** 8:11
**afternoon** 4:14,22 10:15
**agenda** 22:10
**algorithm** 20:23
**allowed** 2:21
**amount** 16:11, 12 17:10,19, 22 18:12,20 20:2
**analyze** 7:1 10:13
**anymore** 19:22,25

**apologize** 22:7
**appears** 5:7
**applying** 22:1,2
**assigns** 20:25
**assume** 12:15

**B**

**back** 7:24 11:1 13:6 14:19,20 15:23 17:8 20:21 22:3
**bad** 15:20
**ballots** 17:7
**bar** 14:9
**basically** 5:23
**benefit** 8:23 9:5 10:1
**bet** 20:18
**Biden** 2:16, 23,24 4:6 16:16,19 17:22 19:15, 20 20:3
**Biden's** 2:17
**big** 11:21 14:9
**block** 12:23
**blocks** 16:19, 20
**box** 17:6 18:7 19:14,17,24
**boxes** 18:2,6 20:23
**branch** 18:23
**branches** 18:24
**bring** 15:16
**built** 19:22
**bunch** 11:25

**C**

**calculator** 19:6
**called** 3:2
**candidate** 2:19,24 16:18
**care** 15:17
**catch** 11:23
**change** 17:24 18:11
**check** 22:9
**city** 5:24 6:4 8:6
**clean** 15:13
**clever** 13:17 21:18
**close** 13:25 23:2
**column** 20:14
**columns** 9:12 10:7
**common** 7:8 9:11 10:20 12:16
**complicated** 19:11
**computer** 10:5 17:12 19:7
**confuse** 14:2
**continue** 10:13
**copy** 12:9 22:18
**counting** 20:15 21:11
**county** 10:14
**couple** 16:6
**court** 15:16
**covered** 14:21
**crazy** 2:11
**create** 22:21
**cursor** 14:18 17:14

**cut** 15:22,23

**D**

**dark** 12:24 13:8
**data** 2:2,8,9, 15 3:10,11 14:9 21:7,22 22:10,11,23
**date** 3:5 22:25
**dates** 2:12 22:18
**day** 2:3 3:10, 11 6:17 7:2 21:2
**deliberately** 14:2
**denominator** 7:8,14 12:16
**denominators** 20:16
**difference** 5:2 6:20
**discovered** 2:4,19
**distribute** 19:11
**distributes** 2:4
**district** 6:6 10:14,17 15:6
**districts** 5:8 10:17
**divided** 3:3 10:7 19:5
**divides** 22:22
**Dominion** 2:4 3:16 4:10 6:3 16:11 18:10 19:16 21:23
**doubt** 8:23 9:5 10:1 21:8,11
**dragged** 17:14

**dropping**
14:18

---

**E**

**earlier**  6:17
**EDWARD**  2:1
**eeny**  11:23
**election**  2:3
**end**  4:3 5:6
  8:15 9:1
  10:19 13:15
  21:10 22:6
  23:4
**entered**  22:24
**entire**  2:3,14
  6:4
**entries**  3:15
  4:5 10:12
**entry**  9:6
**equal**  17:9
**evening**  10:20
**evenly**  2:23
**eventually**
  4:21
**exact**  5:7
  8:25
**examples**  7:3
  11:18,22 12:2
  14:16
**exhibit**  4:11,
  12 5:13 7:3,
  6,19 8:12,13
  9:6,9 10:3,24
  11:17 12:11,
  13 13:5,6
  14:19,20
  15:14,16,17,
  19,20,21
  21:19
**exhibits**  3:8
  4:9 7:4 9:23
  10:21,24 12:5
  13:24 16:6,
  22,25 17:1
**explain**  15:25
  20:11

**extra**  8:18

---

**F**

**fabricate**
  22:10
**factor**  7:8
  9:11
**favor**  8:11
**feed**  2:9
  22:12
**figure**  12:18
**figured**  4:10
**file**  22:13,16
**files**  22:8
**finally**  4:10
  5:6 19:18
**find**  7:2
  11:22,24 13:7
  14:10,16
**fine**  7:16
  8:18 14:15
**five-hour**
  15:8
**five-minute**
  6:15 10:18
**flip**  16:12,
  13,15 17:10
  20:3 22:4
**flipped**  17:19
**flipping**
  21:24
**formula**  22:22
**found**  3:7 4:9
  11:21 13:18
**fraction**  2:5,
  19 5:18 6:22
  14:7,11 21:15
**fractional**
  16:20
**fractions**  2:7
**fraud**  9:7
  10:11 11:16,
  21
**fraudulent**
  9:6,24 10:13
  16:9

**front**  19:6
**funny**  12:14
  13:19

---

**G**

**general**  11:21
**generally**
  6:11 8:21
**gigantic**
  16:24
**give**  8:22
  9:25
**global**  5:23
  6:2 8:6,20
  9:16 10:21
  13:2,23 18:13
**globally**  6:3
**God**  13:16
**good**  8:10
  10:10,11
  12:11 15:9
**gray**  7:12
**greatest**  7:7
  9:11
**guys**  2:1 22:9

---

**H**

**half**  3:20
**hand-held**
  19:6
**happen**  10:23,
  25 11:3,19
  14:13 16:24
**happened**
  11:9,20 15:24
**happening**
  5:10 9:21
  15:5 18:24
**hard**  11:22
  13:7 15:14
  17:12
**heard**  2:6
**held**  5:3
**hell**  14:13

**Hey**  15:23
**hide**  13:18,19
  21:1
**hides**  21:16
**hits**  19:20
**Hold**  3:6
**holds**  6:13
  7:10,21 9:18
**home**  15:24
**hour**  5:6,22
  6:12 9:1 11:3
  15:4
**hours**  5:4 6:7
  10:10
**huge**  16:14
**human**  21:21
**hundred**  17:22
  19:7
**hundreds**  3:9
  16:25
**hypothetical**
  19:18
**hypothetically**
  20:4

---

**I**

**imagine**  17:1
**immediately**
  15:11
**information**
  23:1
**initial**  22:16
**instance**  6:16
**integer**  2:21
  20:7,9
**interval**  5:11
  6:15
**irregularities**
  3:7,9
**irrelevant**
  18:21

---

**J**

**jump**  10:10

15:8
**jumps**  21:14

**K**

**kind**  14:6
  17:7
**kitchen**  22:7

**L**

**left**  16:17
**legitimate**
  9:5,24
**listen**  7:25
**literally**
  11:23 14:9
**live**  12:10,12
  14:4 21:19
**locality**
  22:16
**logic**  2:20
**lot**  3:7 20:12
**lumped**  8:15

**M**

**machine**  17:9
**magic**  2:5
  21:15
**major**  3:2,5
  14:23 22:24
**make**  11:7
  15:8 16:16
  17:7,13,22
  19:12
**makes**  4:20
  6:12 20:7
**making**  5:11
**margin**  16:14
  20:3,6 22:5
**margins**  17:25
**meaning**  6:19
**means**  5:5
  8:2,13 9:13
  10:11 14:23

15:9 19:4
**meeny**  11:23
**microwave**
  15:18
**middle**  8:18
  14:18
**midnight**  6:25
  9:4
**minimum**  2:22
**minutes**  5:2
  6:11 8:6 11:2
  12:3 13:10,24
**miny**  11:23
**mo**  11:23
**moment**  11:1
**morning**  2:10,
  11 5:15,19,20
  7:10,21 9:10
  10:9 12:7,22,
  25 14:25 15:1
**multiple**  6:10
  9:22 14:17
  21:12 22:1,2
**multiply**
  19:13

**N**

**needed**  19:23
**night**  6:14
  8:8,15 11:15
**ninth**  12:11,
  13
**normal**  5:4
  6:16
**notice**  8:23
  10:16 13:25
  21:22
**November**
  2:10,13,14
  3:10,12,14,15
  4:13 7:1 15:2
  17:4 21:5,10
  22:19
**number**  2:20,
  22 6:19 7:14
  10:6 14:1,12

18:1,9 19:4,
  12 20:13
  21:3,4,12,20
  22:3,4
**numbers**  11:25
  17:7 20:12,
  13,17,18

**O**

**occur**  6:10
  21:9
**occurred**  8:16
**occurrence**
  9:25
**occurring**
  4:24 6:8
  10:11 14:17
**occurs**  21:16
**oddities**
  16:24
**order**  18:3
  21:1
**original**  2:8
  4:23 5:20
  9:18
**overlooked**
  14:3
**overtake**  20:5

**P**

**p.m.**  4:23
**paper**  21:16
**part**  8:13 9:7
  15:22,23
**parts**  17:21
  19:10
**party**  2:19,24
  16:18
**passes**  19:1
**paste**  22:18
**percent**  3:21
  4:3 11:6,8,20
  19:6
**percentage**
  20:13

**perfectly**
  8:17
**persists**  15:3
**Philadelphia**
  2:2,25 3:15
  4:13 15:6
  22:19
**Philadelphia's**
  3:1,11
**phonetic**
  22:22
**plausible**
  10:23 15:15
  16:6
**political**
  22:10
**precinct**  3:6
  6:13,15,17,24
  7:9,20 8:8,
  14,17,18,22
  9:19 11:10,
  12,15 13:20,
  25 14:14,15
  15:10 21:25
  22:17,25
**precincts**  2:7
  3:22 4:14,19,
  23,24 5:1,3,
  15,21,23,24
  6:1,5,18,21
  7:11,15,18
  8:3,5,7,16,24
  9:3,17 10:8
  11:14 12:3,21
  13:1,11,13,
  14,22 14:17,
  25 18:8,11,
  15,16,20,22,
  24 19:2,3
  20:25 21:2,
  13,18,20 22:2
**pretend**  17:3
**pretty**  10:22
  13:15 14:1,
  11,17 15:7,20
  17:17 20:6
  21:8

**previous**
13:23
**prime** 7:14
10:5,6 14:12
20:12,14,17,
18
**priority** 3:5
**proportion**
19:22,25
**purposefully**
17:13
**put** 7:12
22:17
**puts** 2:22

———————————

**Q**

———————————

**quarter** 3:23

———————————

**R**

———————————

**random** 14:7
15:19 20:6,7
**randomly** 12:1
14:5
**ratio** 3:2,5
4:15,20,23
5:1,4,7,17,21
6:5,8,9,13,
17,21 7:7,10,
12,17,20,21,
24 8:1,5,9,
14,19,25 9:2,
10,17,18,22
10:4,8,16
11:3,5,8,12
12:8,15,21
13:4,11
14:16,22,23
15:3,6,14,20
16:3,14 17:6
18:15,17,21
19:15,21,23
20:25 21:1,9
22:1,24
**ratios** 12:2
16:1,5 17:2,4
18:3 19:2

20:7,9,10,24
21:13 22:2
**ray** 22:21
**reached** 21:3
**read** 17:10
**reality** 17:15
**received**
13:21
**receives** 3:21
4:6
**recording**
23:4
**red** 19:17
20:23
**redistribute**
18:1
**remainder**
2:23
**remember** 2:12
3:19 15:4
**repeat** 12:20
**repeating**
12:5
**repetitions**
20:15
**report** 4:15
5:16
**reported** 4:19
14:24
**reporting**
6:18,21 8:25
**reports** 11:10
**required** 22:4
**reset** 13:23
**resort** 22:23
**rid** 16:10
**row** 3:20,22
4:2,4,11,12
**rows** 3:14,19
4:5

———————————

**S**

———————————

**sad** 9:8
**sadistic** 18:4

**sake** 16:7
17:2
**sat** 12:6
**satisfied**
19:24,25
**scary** 13:16
**scroll** 14:9
**scrolled** 11:6
**separate**
17:20
**set** 14:10
**sets** 2:20
19:2 21:2
22:1
**sheet** 3:18,
20,25 8:20
11:4,21 14:6,
19 21:7
**sheets** 16:24
**shenanigans**
4:9 21:1
**short** 5:11
**show** 3:8
12:6,13
**simultaneously**
7:13 8:25
**sixth** 10:3
**size** 17:14,15
**slot** 10:18
**software** 6:4
**SOLOMON** 2:1
**sort** 14:6
17:14 22:14,
15,20
**sorted** 3:1,4
**speak** 21:17
**specific** 2:20
**split** 2:23
11:10 17:20
18:7,11
**splits** 16:19
20:6,22
**spreadsheet**
5:10 22:21
**stamp** 2:15
13:1

**stamps** 3:1
**start** 4:2
7:16 9:10,15
10:8 23:3
**started** 9:4
**starting**
10:14
**starts** 2:9
3:23 4:11,12
7:15,23,24
12:6
**statistically**
3:17
**stayed** 6:24
**stays** 5:25
9:3
**stop** 4:21
8:25 14:9
**stopped** 11:24
**stops** 4:21,22
19:21 21:3
**straight**
22:11
**strange** 3:18
11:16 16:3
**strongest**
11:18
**stuff** 22:7
**supposed**
20:19
**suspicious**
5:14 6:9,12
8:10 9:21
10:22 18:14
20:8
**switch** 7:25
**switched**
12:22
**switches** 7:23
**switching**
3:16 21:17
**system** 16:1

———————————

**T**

———————————

**tabulation**
2:15 5:5

**tabulations** 2:2 21:11

**takes** 20:21

**taking** 21:25 22:1

**technically** 10:23 20:9

**ten** 3:21 4:4 6:11 8:6 13:10

**ten-minute** 6:2

**theme** 7:22

**theorem** 20:13

**theory** 17:3 21:23

**thing** 8:11 10:11 12:12 15:9 20:21

**things** 8:22 11:18 13:8 15:24

**thought** 7:4

**thousand** 3:22,23 4:5 17:23 19:7

**tick** 8:6

**tiger** 11:24

**time** 2:3,15 3:1,6 5:2,11 6:2,20 7:18 9:1 10:20 11:9 12:18 13:1,2 14:8 18:17,25 19:3,19 21:14 22:16,25

**times** 2:9 6:10 9:22 16:25 19:7 22:11

**toe** 11:24

**tomorrow** 6:25

**total** 2:16, 18,22 3:3 6:23 7:8 8:3 9:14 10:7

**14**:24 16:12 17:10,18 19:8,19 20:2 22:4,23

**trail** 21:17

**transfer** 8:16 12:23,24 13:4,21 14:3 15:5 18:14, 19,21,22 21:19,22

**transferred** 5:22 6:22 9:22 11:12, 13,15 12:2 13:11,13 15:10 17:2,4

**transferring** 13:16 21:4,12

**transfers** 2:5,7 4:25 5:24 6:4,14 7:11,12,17 8:1,4 9:2,16, 18 10:16,17 11:2 13:14,24 15:5 18:17,20 19:2 21:1

**true** 21:4,6

**Trump** 2:21 3:21,23 4:1, 5,15 5:17 6:23 8:2 9:13 11:11 14:23 16:14,17 17:23 19:4, 14,19,20 20:5

**Trump's** 2:16, 17 3:3 20:3

**Trumps** 22:22

**turns** 9:6

**two-thirds** 3:24

**types** 20:10

**U**

**unique** 20:16

**unusual** 7:13

**update** 5:5,6, 23 6:2 7:11 9:16 10:21 13:2 18:13 20:16

**updated** 6:19

**updates** 6:3

**upload** 22:8

**uploading** 23:3

**V**

**video** 5:12 7:25 11:7,18 12:1,19,24 14:8 15:22,24 20:20 22:6 23:2

**visually** 14:2

**vote** 3:16 4:16 5:17 6:23 11:11 14:24 16:17 22:23

**votes** 2:5,16, 17,21,22 3:3, 21,24 4:1,3, 6,16 5:18 6:23 7:9 8:2 9:14 16:12, 16,17 17:19, 23,24 18:12, 18 19:14,15, 18,20,21,23 20:2,4,5 21:24 22:22

**W**

**wait** 6:25

**wanted** 11:7,9 14:8

**watch** 13:18

**week** 2:3,14 7:2

**weird** 4:18,20 9:12,25 10:1 15:7,21

**weirdest** 18:9

**wide** 5:24 13:6

**words** 21:15

**working** 21:23

**workload** 18:14

**works** 4:10 8:11 16:1,7, 10 19:9 20:2, 24

**write** 16:2

**Y**

**York** 2:9 22:11

**young** 11:8