# Exhibit 351

Exhibit 147 Former CEO of Overstock
November 24, 2020

1

2

3

4

5

6

7

8          Former CEO of Overstock says He Has Proof The

9          Election was Rigged, Can Overturn Biden's Win

10                        November 24, 2020

11

12

13

14

15

16

17

18

19

20

21

22

23   Transcribed by

24   Charlotte Crandall

25   RPR, FPR

Exhibit 147 Former CEO of Overstock
November 24, 2020                                    2

1        CHRISTOPHER McDONALD:  And a beautiful Sunday

2   evening, everyone.  Christopher McDonald with a very

3   special breaking McFiles on this Sunday night.  We're

4   very honored to have a new guest with us and someone

5   we've never spoke with until tonight, but we're very

6   honored to have Patrick Byrne.  He is retired and the

7   founder, used to be the founder, is still the founder of

8   Overstock, but he's with us tonight.

9        Patrick, it's a pleasure to have you,

10  friend, and always a great time when we have new

11  guests.  I'll tell you what I tell everybody else.

12  You're a guest for about a minute, and after that

13  you're McFile's family, so welcome to the McFile's

14  family tonight.  Good to have you on this Sunday

15  night.

16       PATRICK BYRNE:  It is my honor, Mr. McDonald.

17  Thank you very much.

18       CHRISTOPHER McDONALD:  It's Chris.  That

19  mister makes me feel so old.  We're from the south down

20  here.  Misters gets us nervous, so it's just Chris, but

21  we thank you so much, Patrick.

22       Patrick, I'm going to actually release you

23  right now, and I'm going to let you talk about why

24  you came on tonight because you've got some things

25  you want to share with us about this election

1   manipulation.  I know that the mainstream media is

2   trying their best to convince the country there's

3   just no evidence of voter fraud.  But I think people

4   with a brain and people that see this from inside

5   out, they believe that that's just not true.  Tell us

6   what you know.

7           PATRICK BYRNE:  Okay.  I came on to tell you

8   three things.  First, who am I.  I normally wouldn't

9   beat my chest about this.  I'm a guy who built a two

10  billion dollar ECommerce company.  I was named national

11  entrepreneur of the year.  I'm a Ph.D. from Stanford.  I

12  have something called a Marshal scholar.  I know what

13  I'm talking about a lot more than any of these

14  government guys, you know, lawyers with some credentials

15  -- initials by their name.  I know a lot more about

16  this.  Just believe an ECommerce entrepreneur who built

17  a two billion company or believe one of those guys.

18           This election was rigged, and I'm saying

19  this not as a Trump supporter.  I did not -- I'm not

20  a never Trumper, but I'm a small L libertarian.  I've

21  never voted for a Republican or Democrat for

22  president in my life.  I'm coming at this purely

23  from -- I'm a fanatic about the Constitution.  My

24  Ph.D. is the intellectual history of the U.S.

25  Constitution, so I'm coming at this just purely from

1   what's true, not I'm a rabid Trump guy.

2          This election was rigged.  It was rigged in

3   a way that people don't understand and is quite a bit

4   deeper than the kind of rigging we're used to hearing

5   about, ballot stuffing.  So this case is not about

6   what you've been hearing, that it's about the 243

7   dead people in Philadelphia voted.  That's all small

8   ball.

9          What happened here is in the hundreds of

10  thousands of votes in certain states.  It also was

11  not about widespread fraud.  Don't puke.  The

12  Democrats are right about something.  It isn't that

13  this is widespread and they're correct.  It was very

14  strategic, it was very narrow and deep in certain

15  places.

16         What they figured out is a strategy is that

17  there were basically five cities.  You don't have to

18  commit widespread fraud.  They picked five cities

19  that they could commit crazy fraud in some new ways,

20  crazy deep fraud, and by cheating those five

21  counties, frankly, you flip five key states, you flip

22  the electoral college.  So it was very well thought

23  out, and we've been studying all the numbers.  It's

24  clear that in the cities they did that, but in the

25  countryside where they knew there was more Trump

1  support they sapped votes from Trump, but still let

2  him win in sort of rural counties.  Otherwise it

3  would catch too much attention.

4          We've been pouring through the data for two

5  weeks now.  Like I say, I live data.  I'm a guy who

6  built a two billion company.  This is what I did for

7  20 years.  It was very sophisticated strategy.

8          Now, how did they cheat the election?  They

9  rigged the election in five counties.  How did they

10 do that?  Believe it or not, I know we have to go

11 back -- why don't I start this way, start this part

12 of the explanation as follows.  In 2018 in Dallas,

13 Texas there was an election with some irregularities.

14 The state government of Texas hired some local cyber

15 security experts, very good with military

16 intelligence and federal law enforcement kinds of

17 backgrounds and a very high end cyber security team to

18 study the 2018 Dallas election. They studied these

19 irregularities.  It had been run by Dominion election

20 system.  They've had two years to study and unwind what

21 the rest of America has had two weeks to try to

22 figure out.  Over those two years they figured out

23 ten ways -- there are at least ten ways to hack an

24 election which uses this Dominion equipment, ten.

25          Now, we can go into the technical stuff if

1  you want, but I'll put it this way.  As a guy who

2  built -- I know I sound like a jerk pounding my

3  chest, but all I can say is I built a two billion

4  dollar ECommerce company that never got hacked.  I

5  know what I'm talking about.  The election systems

6  that govern elections in America are a joke.  On a

7  scale of one to ten to hack they're maybe a two.

8  They're a two at best, maybe a one.  It's easier to

9  hack this, far easier to hack this than it would be

10 your Paypal or Venmo account.

11        Now, so there are ten different ways to

12 hack it.  They picked, and they went narrow and deep

13 in these very strategic ways in these five counties,

14 flipped them, flipped the states.  So we're talking

15 about, you know, places where Trump lost by ten

16 thousand.  He may -- there may be 300,000 fake,

17 illegal votes for Biden, so it isn't even close.

18 This isn't even close.

19        What they did was, it's being called drop

20 and roll, an election fraud technique where at a

21 certain moment in time you figure out -- anyway, so

22 I'll stop there.  So that was the big picture.  Dive

23 down on what you'd like, Mr. McDonald.

24        CHRISTOPHER McDONALD:  No, you're fine.  You

25 keep talking.  I've got a few questions.  You finish

1  what you've got to say and then I'll ask you questions.

2          PATRICK BYRNE:  No, that's it.  I'll let you

3  question where you want to.

4          CHRISTOPHER McDONALD:  Five cities.  What were

5  the five cities, Patrick?

6          PATRICK BYRNE:  Five cities were Atlanta,

7  Philadelphia, Milwaukee, Detroit and Maricopa County,

8  Phoenix, which Maricopa, Arizona which is Phoenix.  Note

9  that the first four cities are heavily African American.

10          CHRISTOPHER McDONALD:  That's right.

11          PATRICK BYRNE:  And Maricopa, what they did,

12  the beauty of this, and if you don't mind, so I'm not a

13  Republican, but I'm definitely not a Democrat, and I

14  think that the Democrats have a long history of using

15  black people in various pernicious ways and cheating --

16          CHRISTOPHER McDONALD:  Right.

17          PATRICK BYRNE:  I think that they -- they did

18  this in part -- the beauty of using those four cities is

19  when they cheat there, then as it starts to get revealed

20  they can say oh, you don't like black people, you're

21  trying to suppress this vote.  It has nothing to do with

22  that.  They're hiding behind the black people as they

23  always do.  They're using the black community as they

24  have done in so many ways for so many decades.  That's

25  one of the reasons it's so smart to cheat in those four

Exhibit 147 Former CEO of Overstock
November 24, 2020                              8

 1  cities.

 2          The black people aren't the ones who

 3  cheated.  The black folks aren't the ones who

 4  cheated.

 5          CHRISTOPHER McDONALD:  Right.

 6          PATRICK BYRNE:  It's the people running the

 7  equipment.

 8          CHRISTOPHER McDONALD:  Exactly.  Well, you

 9  basically named the six states or the five states that

10  basically hold the key to this election.

11          PATRICK BYRNE:  And Nevada.  If there's a

12  sixth it would be Nevada.

13          CHRISTOPHER McDONALD:  Yeah.

14          PATRICK BYRNE:  But they're different there.

15  This is really the elite class has always hid behind

16  black people.  They don't care about them, but they've

17  used them, and they've done it again this way, and in

18  Phoenix it was with Hispanics.

19          CHRISTOPHER McDONALD:  Explain the drop and

20  roll technique because I've never heard that until

21  tonight.  Tell us a little bit about that.  How did they

22  drop and roll?

23          PATRICK BYRNE:  Okay.  At a certain point in

24  the election counting they basically freeze and they see

25  how much their candidate is behind.

Exhibit 147 Former CEO of Overstock
November 24, 2020                                    9

```
1          CHRISTOPHER McDONALD:  Got you.

2          PATRICK BYRNE:  And then they drop.  They shut

3    the ballots, the voting down, and they drop a big stack

4    of ballots to get their man up over the guy who's

5    actually winning, and then from then on they just sit.

6    Whatever new batch comes in is prefigured.

7              There's some examples where 53 batches in a

8    row, and this is all revealed in data and charts that

9    will be coming public tomorrow, these big voter drops

10   that have Biden catch up and surpass Trump, and then

11   from then on sort of fix -- they just roll the

12   difference forward.  53 batches in a row come in, and

13   every batch measures exactly 51.2 percent for Biden

14   and 48.8 percent for Trump, and they roll that

15   difference forward until it's over, so drop and roll.

16   That's what they did here, but it was done within --

17   it was done both in a combination of actual physical

18   ballots and with chicanery within the software.

19             CHRISTOPHER McDONALD:  Are you aware, and

20   we've got people coming up on the show this week.  Rudy

21   came out this weekend, Sidney Powell came out Friday and

22   said we've got proof, we've got affidavits, we've got

23   sworn testimony that people have seen what you describe.

24   Are you confident that this is going to get to the

25   courts in time to get this stopped because you said
```

1   something to me before the show.  You said you feel

2   there's a way we can fight this out here in the public

3   too.

4           PATRICK BYRNE:  Oh, yeah.  This isn't even

5   close.  Yes, I'm aware of all those -- a lot of

6   whistleblowers and data has been coming to me, and I've

7   been feeding it towards them.  I'm not part of them in

8   anyway, but I have a way to pipe it to them and they've

9   been responding.  Yeah, this absolutely needs to be

10  fought out in the courts.

11          Anybody, any election official in the

12  country, given what has come out and given graphs

13  I'll be putting up tonight or tomorrow morning,

14  anyone who signs a certification has personal legal

15  liability, especially in any of those states.  It's

16  nuts.  If anyone signs anything to certify, they have

17  no understanding how this was done.  It was much,

18  much deeper than ways in the past.

19          By the way, one thing I want to mention, at

20  the heart of all this -- I post things on Deep

21  Capture, DeepCapture.com.  At the heart of all this

22  is software that was developed in Venezuela by Hugo

23  Chavez for him to rig his elections.  It's called

24  Smartmatic.  That software from '97 came into Florida

25  in about 2002, and then from a series of corporate

Exhibit 147 Former CEO of Overstock
November 24, 2020                    11

1  mergers and acquisitions it has emerged as the core

2  of two of the brands of election machinery out there,

3  one of them being Dominion, and the guts of it

4  includes all this functionality and software that was

5  actually from Venezuela to help a dictator rig his

6  elections.  That's how crazy this is.

7          CHRISTOPHER McDONALD:  Do you think the

8  Democrats were planning this for 2016?  This has to be

9  something they've been planning a while, Patrick.  This

10 is not something that just showed up overnight.

11         PATRICK BYRNE:  I don't want to get too far in

12 front of my data, but it may turn out this happened in

13 2012 and cheated Mitt Romney.

14         CHRISTOPHER McDONALD:  Wow.  Good lord.

15         PATRICK BYRNE:  In 2016 it was supposed to

16 happen.  It got shut down.  I know who shut it down.

17 Somebody blocked it.  Hilary, the reason -- I know it

18 was supposed to happen in 2016 and got cut off, so

19 that's why Hilary lost.  So that's why Hilary didn't

20 feel she had a big need to campaign, just like Joe

21 Biden.

22         CHRISTOPHER McDONALD:  Exactly.

23         PATRICK BYRNE:  Because they both had been

24 told it was rigged.  I know exactly who shut it down in

25 2016.  It didn't get shut down this time.

1          CHRISTOPHER McDONALD:  2018 stolen, the mid

2    terms from the Republicans in the House?

3          PATRICK BYRNE:  What's going on, and this is

4    the big headlines, we have clear evidence that they are

5    targeting certain congressmen and flipping seats.  In

6    Texas, they couldn't have flipped Texas, but there were

7    some certain areas in Texas they cheated like hell.

8    There are congressmen who have been flipped.

9          By the way, there were Republicans in on

10   this.  You're going to find -- I believe you're going

11   to find two senior Republican officials at the state

12   level in two different states took efforts to get

13   this Dominion software accepted, in one case on a

14   hundred million dollar contract was paid, and the

15   Republican who did that, I think it's going to turn

16   out that they got election insurance, which means

17   they were told if you help this Dominion stuff get in

18   there, we'll fix it so you never get out of office.

19   There may have been gifts given to family members and

20   such, but every state who uses Dominion, and there's

21   29 of them, should be investigating who was it that

22   chose to bring the software in because even though

23   the most cursory due diligence would show we should

24   not be running elections on it.

25          I have to get up and -- can you stand by

Exhibit 147 Former CEO of Overstock
November 24, 2020                           13

1  just a moment

2            CHRISTOPHER McDONALD:  Sure, sure.

3            PATRICK BYRNE:  I think that I should wrap up

4  in the next minute.

5            CHRISTOPHER McDONALD:  I was going to say I

6  was going to go ahead and let you go.  We've got Patrick

7  for a limited time.  Please promise me you'll come back.

8  We'll pick this up.  Thank you so much for joining us

9  tonight.

10            PATRICK BYRNE:  Sidney Powell has a website,

11  DefendtheRepublic.com, DefendtheRepublic.org.  She needs

12  some money to conduct -- I mean, I've put in a lot of

13  money myself, but people need -- if you want to do

14  something.  Also, if you're in any of those five states,

15  call your state legislatures and send this video.  They

16  should know anyone who signs these cert forms now should

17  go to jail.

18            CHRISTOPHER McDONALD:  Come on, Patrick.

19            PATRICK BYRNE:  They have no business

20  certifying until they hear the facts.

21            CHRISTOPHER McDONALD:  I'll be talking to you

22  in a few days, my friend.  Thank you for tonight,

23  Patrick.  We're really honored to have you.  Thank you

24  so much.  God bless.  Thank you so much.

25            PATRICK BYRNE:  Take care.

1          CHRISTOPHER McDONALD:  Folks, you've been

2    listening to Patrick Byrne.  He had to go.  We had him

3    for a limited time.  I knew we didn't have him but about

4    15 minutes and it was an honor to have him.

5          I want to thank Joe Flynn, my dear buddy

6    Mark Taylor for setting this up with us tonight.  We

7    normally don't do a show like this on Sunday night,

8    but I felt like this was very, very important for you

9    to hear.  We'll be following this story tomorrow into

10   Tuesday, got Thanksgiving coming up on Thursday.

11          I'll see you tonight on the Face Show at

12   8:30.  Chris McDonald for the McFiles.  Have a good

13   night, everybody.  Keep an eye on this story.  If

14   you're in Wishigan -- Wishigan.  If you're in

15   Michigan, Wisconsin, Pennsylvania -- we just made a

16   new state.  That's another state they didn't try to

17   steal, Wishigan.  Michigan, Wisconsin, Pennsylvania,

18   Georgia, Arizona, Nevada.  Get on those phones to

19   that state legislator tonight and tomorrow and make

20   sure that your secretary of state, especially in

21   Georgia, folks.  What he described happened in

22   Georgia, they stopped counting in the middle of the

23   night supposedly, which is illegal.  They shouldn't

24   have been able to do it.  We're going to follow this

25   up tomorrow with Mark on Spiritual Smackdown.

Exhibit 147 Former CEO of Overstock
November 24, 2020                          15

1           Until then, Chris McDonald, but I'll see

2    you tonight on the Face Show at 8:30.  Won't be

3    discussed then, but we will discuss it more tomorrow.

4    God bless you guys.

5           Thanks, Patrick Byrne.  Great, great

6    patriot and he's a wonderful man, and I appreciate

7    him coming on the McFiles tonight.  We were one of

8    the first ones to get him, and we're very honored to

9    have him tonight for the short time we did.

10           Bless you guys.  See you later.  Goodnight.

11           (End of recording.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 147 Former CEO of Overstock
November 24, 2020                              16

1

2                    CERTIFICATE OF REPORTER

3

4          I, Charlotte Crandall, certify that I was

5    authorized to and did transcribe the foregoing audio

6    recorded proceedings and that the transcript is a

7    true and complete record of my stenographic notes

8    from an audio recording and was transcribed to the

9    best of my ability.

10

11          Dated this 4th day of August, 2021.

12

13

14

15

16

17    _____

18    Charlotte Crandall
      Registered Professional Reporter

19

20

21

22

23

24

25

**1**

15   14:4

**2**

20   5:7
2002   10:25
2012   11:13
2016   11:8,15,
   18,25
2018   5:12,18
   12:1
243   4:6
29   12:21

**3**

300,000   6:16

**4**

48.8   9:14

**5**

51.2   9:13
53   9:7,12

**8**

8:30   14:12
   15:2

**9**

97   10:24

**A**

absolutely
   10:9
accepted
   12:13

account   6:10
acquisitions
   11:1
actual   9:17
affidavits
   9:22
African   7:9
ahead   13:6
America   5:21
   6:6
American   7:9
areas   12:7
Arizona   7:8
   14:18
Atlanta   7:6
attention   5:3
aware   9:19
   10:5

**B**

back   5:11
   13:7
backgrounds
   5:17
ball   4:8
ballot   4:5
ballots   9:3,
   4,18
basically
   4:17 8:9,10,
   24
batch   9:6,13
batches   9:7,
   12
beat   3:9
beauty   7:12,
   18
Biden   6:17
   9:10,13 11:21
big   6:22 9:3,
   9 11:20 12:4
billion   3:10,
   17 5:6 6:3
bit   4:3 8:21

black   7:15,
   20,22,23 8:2,
   3,16
bless   13:24
   15:4,10
blocked   11:17
brain   3:4
brands   11:2
bring   12:22
buddy   14:5
built   3:9,16
   5:6 6:2,3
business
   13:19
Byrne   3:7
   7:2,6,11,17
   8:6,11,14,23
   9:2 10:4
   11:11,15,23
   12:3 13:3,10,
   19,25 14:2
   15:5

**C**

call   13:15
called   3:12
   6:19 10:23
campaign
   11:20
candidate
   8:25
Capture   10:21
care   8:16
   13:25
case   4:5
   12:13
catch   5:3
   9:10
cert   13:16
certification
   10:14
certify   10:16
certifying
   13:20
charts   9:8

Chavez   10:23
cheat   5:8
   7:19,25
cheated   8:3,4
   11:13 12:7
cheating   4:20
   7:15
chest   3:9 6:3
chicanery
   9:18
chose   12:22
Chris   14:12
   15:1
CHRISTOPHER
   6:24 7:4,10,
   16 8:5,8,13,
   19 9:1,19
   11:7,14,22
   12:1 13:2,5,
   18,21 14:1
cities   4:17,
   18,24 7:4,5,
   6,9,18 8:1
class   8:15
clear   4:24
   12:4
close   6:17,18
   10:5
college   4:22
combination
   9:17
commit   4:18,
   19
community
   7:23
company   3:10,
   17 5:6 6:4
conduct   13:12
confident
   9:24
congressmen
   12:5,8
Constitution
   3:23,25
contract
   12:14

Case 1:21-cv-02130-CJN Document 2-3 Filed 08/10/21 Page 19 of 22
Mullin GJN 4 Rumble CEO deposition testout
November 24, 2020                                                          2

convince 3:2
core 11:1
corporate
  10:25
correct 4:13
counties 4:21
  5:2,9 6:13
counting 8:24
  14:22
country 3:2
  10:12
countryside
  4:25
County 7:7
courts 9:25
  10:10
crazy 4:19,20
  11:6
credentials
  3:14
cursory 12:23
cut 11:18
cyber 5:14,17

─────────────
        D
─────────────

Dallas 5:12,
  18
data 5:4,5
  9:8 10:6
  11:12
days 13:22
dead 4:7
dear 14:5
decades 7:24
deep 4:14,20
  6:12 10:20
Deepcapture.
com. 10:21
deeper 4:4
  10:18
Defendtherepub
lic.com 13:11
Defendtherepub
lic.org.
  13:11

Democrat 3:21
  7:13
Democrats
  4:12 7:14
  11:8
describe 9:23
Detroit 7:7
developed
  10:22
dictator 11:5
difference
  9:12,15
diligence
  12:23
discuss 15:3
discussed
  15:3
Dive 6:22
dollar 3:10
  6:4 12:14
Dominion
  5:19,24 11:3
  12:13,17,20
drop 6:19
  8:19,22 9:2,
  3,15
drops 9:9
due 12:23

─────────────
        E
─────────────

easier 6:8,9
ECOMMERCE
  3:10,16 6:4
efforts 12:12
election 3:18
  4:2 5:8,9,13,
  18,19,24 6:5,
  20 8:10,24
  10:11 11:2
  12:16
elections 6:6
  10:23 11:6
  12:24
electoral
  4:22

elite 8:15
emerged 11:1
end 5:17
  15:11
enforcement
  5:16
entrepreneur
  3:11,16
equipment
  5:24 8:7
evidence 3:3
  12:4
examples 9:7
experts 5:15
Explain 8:19
explanation
  5:12
eye 14:13

─────────────
        F
─────────────

Face 14:11
  15:2
facts 13:20
fake 6:16
family 12:19
fanatic 3:23
federal 5:16
feeding 10:7
feel 10:1
  11:20
felt 14:8
fight 10:2
figure 5:22
  6:21
figured 4:16
  5:22
find 12:10,11
fine 6:24
finish 6:25
fix 9:11
  12:18
flip 4:21
flipped 6:14
  12:6,8

flipping 12:5
Florida 10:24
Flynn 14:5
folks 8:3
  14:1,21
follow 14:24
forms 13:16
forward 9:12,
  15
fought 10:10
frankly 4:21
fraud 3:3
  4:11,18,19,20
  6:20
freeze 8:24
Friday 9:21
friend 13:22
front 11:12
functionality
  11:4

─────────────
        G
─────────────

Georgia
  14:18,21,22
gifts 12:19
God 13:24
  15:4
good 5:15
  11:14 14:12
Goodnight
  15:10
govern 6:6
government
  3:14 5:14
graphs 10:12
great 15:5
guts 11:3
guy 3:9 4:1
  5:5 6:1 9:4
guys 3:14,17
  15:4,10

## H

hack  5:23
  6:7,9,12
hacked  6:4
happen  11:16,
  18
happened  4:9
  11:12 14:21
headlines
  12:4
hear  13:20
  14:9
heard  8:20
hearing  4:4,6
heart  10:20,
  21
heavily  7:9
hell  12:7
hid  8:15
hiding  7:22
high  5:17
Hilary  11:17,
  19
hired  5:14
Hispanics
  8:18
history  3:24
  7:14
hold  8:10
honor  14:4
honored  13:23
  15:8
House  12:2
Hugo  10:22
hundred  12:14
hundreds  4:9

## I

illegal  6:17
  14:23
important
  14:8

includes  11:4
initials  3:15
inside  3:4
insurance
  12:16
intellectual
  3:24
intelligence
  5:16
investigating
  12:21
irregularities
  5:13,19

## J

jail  13:17
jerk  6:2
Joe  11:20
  14:5
joining  13:8
joke  6:6

## K

key  4:21 8:10
kind  4:4
kinds  5:16
knew  4:25
  14:3

## L

law  5:16
lawyers  3:14
legal  10:14
legislator
  14:19
legislatures
  13:15
level  12:12
liability
  10:15
libertarian
  3:20

life  3:22
limited  13:7
  14:3
listening
  14:2
live  5:5
local  5:14
long  7:14
lord  11:14
lost  6:15
  11:19
lot  3:13,15
  10:5 13:12

## M

machinery
  11:2
made  14:15
mainstream
  3:1
make  14:19
man  9:4 15:6
manipulation
  3:1
Maricopa  7:7,
  8,11
Mark  14:6,25
Marshal  3:12
Mcdonald
  6:23,24 7:4,
  10,16 8:5,8,
  13,19 9:1,19
  11:7,14,22
  12:1 13:2,5,
  18,21 14:1,12
  15:1
Mcfiles  14:12
  15:7
means  12:16
measures  9:13
media  3:1
members  12:19
mention  10:19
mergers  11:1

Michigan
  14:15,17
mid  12:1
middle  14:22
military  5:15
million  12:14
Milwaukee  7:7
mind  7:12
minute  13:4
minutes  14:4
Mitt  11:13
moment  6:21
  13:1
money  13:12,
  13
morning  10:13

## N

named  3:10
  8:9
narrow  4:14
  6:12
national  3:10
Nevada  8:11,
  12 14:18
night  14:7,
  13,23
Note  7:8
numbers  4:23
nuts  10:16

## O

office  12:18
official
  10:11
officials
  12:11
overnight
  11:10

## P

paid  12:14

part   5:11
   7:18 10:7
past   10:18
Patrick   3:7
   7:2,5,6,11,17
   8:6,11,14,23
   9:2 10:4
   11:9,11,15,23
   12:3 13:3,6,
   10,18,19,23,
   25 14:2 15:5
patriot   15:6
Paypal   6:10
Pennsylvania
   14:15,17
people   3:3,4
   4:3,7 7:15,
   20,22 8:2,6,
   16 9:20,23
   13:13
percent   9:13,
   14
pernicious
   7:15
personal
   10:14
Ph.d.   3:11,24
Philadelphia
   4:7 7:7
Phoenix   7:8
   8:18
phones   14:18
physical   9:17
pick   13:8
picked   4:18
   6:12
picture   6:22
pipe   10:8
places   4:15
   6:15
planning
   11:8,9
point   8:23
post   10:20
pounding   6:2
pouring   5:4

Powell   9:21
   13:10
prefigured
   9:6
president
   3:22
promise   13:7
proof   9:22
public   9:9
   10:2
puke   4:11
purely   3:22,
   25
put   6:1 13:12
putting   10:13

_____

**Q**

question   7:3
questions
   6:25 7:1

_____

**R**

rabid   4:1
reason   11:17
reasons   7:25
recording
   15:11
Republican
   3:21 7:13
   12:11,15
Republicans
   12:2,9
responding
   10:9
rest   5:21
revealed   7:19
   9:8
rig   10:23
   11:5
rigged   3:18
   4:2 5:9 11:24
rigging   4:4
roll   6:20
   8:20,22 9:11,

14,15
Romney   11:13
row   9:8,12
Rudy   9:20
run   5:19
running   8:6
   12:24
rural   5:2

_____

**S**

sapped   5:1
scale   6:7
scholar   3:12
seats   12:5
secretary
   14:20
security
   5:15,17
send   13:15
senior   12:11
series   10:25
setting   14:6
short   15:9
show   9:20
   10:1 12:23
   14:7,11 15:2
showed   11:10
shut   9:2
   11:16,24,25
Sidney   9:21
   13:10
signs   10:14,
   16 13:16
sit   9:5
sixth   8:12
Smackdown
   14:25
small   3:20
   4:7
smart   7:25
Smartmatic
   10:24
software   9:18
   10:22,24 11:4
   12:13,22

sophisticated
   5:7
sort   5:2 9:11
sound   6:2
Spiritual
   14:25
stack   9:3
stand   12:25
Stanford   3:11
start   5:11
starts   7:19
state   5:14
   12:11,20
   13:15 14:16,
   19,20
states   4:10,
   21 6:14 8:9
   10:15 12:12
   13:14
steal   14:17
stolen   12:1
stop   6:22
stopped   9:25
   14:22
story   14:9,13
strategic
   4:14 6:13
strategy   4:16
   5:7
studied   5:18
study   5:18,20
studying   4:23
stuff   5:25
   12:17
stuffing   4:5
Sunday   14:7
support   5:1
supporter
   3:19
supposed
   11:15,18
supposedly
   14:23
suppress   7:21
surpass   9:10

**sworn**  9:23
**system**  5:20
**systems**  6:5

---

**T**

**talking**  3:13
  6:5,14,25
  13:21
**targeting**
  12:5
**Taylor**  14:6
**team**  5:17
**technical**
  5:25
**technique**
  6:20 8:20
**ten**  5:23,24
  6:7,11,15
**terms**  12:2
**testimony**
  9:23
**Texas**  5:13,14
  12:6,7
**Thanksgiving**
  14:10
**thing**  10:19
**things**  3:8
  10:20
**thought**  4:22
**thousand**  6:16
**thousands**
  4:10
**Thursday**
  14:10
**time**  6:21
  9:25 11:25
  13:7 14:3
  15:9
**told**  11:24
  12:17
**tomorrow**  9:9
  10:13 14:9,
  19,25 15:3
**tonight**  8:21
  10:13 13:9,22
  14:6,11,19

  15:2,7,9
**true**  3:5 4:1
**Trump**  3:19
  4:1,25 5:1
  6:15 9:10,14
**Trumper**  3:20
**Tuesday**  14:10
**turn**  11:12
  12:15

---

**U**

**U.S.**  3:24
**understand**
  4:3
**understanding**
  10:17
**unwind**  5:20

---

**V**

**Venezuela**
  10:22 11:5
**Venmo**  6:10
**video**  13:15
**vote**  7:21
**voted**  3:21
  4:7
**voter**  3:3 9:9
**votes**  4:10
  5:1 6:17
**voting**  9:3

---

**W**

**ways**  4:19
  5:23 6:11,13
  7:15,24 10:18
**website**  13:10
**week**  9:20
**weekend**  9:21
**weeks**  5:5,21
**whistleblowers**
  10:6
**widespread**
  4:11,13,18

**win**  5:2
**winning**  9:5
**Wisconsin**
  14:15,17
**Wishigan**
  14:14,17
**wonderful**
  15:6
**Wow**  11:14
**wrap**  13:3

---

**Y**

**year**  3:11
**years**  5:7,20,
  22