# Exhibit 353

1

2

3

4

5

6

7

8            FILE 128

9    DISSECTING THE ELECTRONIC STEAL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              DR. DAVE JANDA:  I'm Dr. Dave Janda.  Welcome

2      back to the Insider Insight Show.  I am honored to have

3      with me someone who I've admired for many years.  He is

4      truly not only a renaissance man, but an incredibly

5      courageous, giving patriot.  His name is Patrick Byrne.

6              Now, let me give you a little background on

7      Patrick.  He's an American entrepreneur, an icon in

8      the business world who was a CEO of Overstock.com.

9      Patrick became known as a fierce advocate for the

10     rule of law and searching out fraud, identifying it

11     and doing something about it.  For example, Patrick

12     became known for his campaign against illegal naked

13     short selling.  Patrick and security regulators

14     revealed illegal naked short selling that had been

15     used in violation of securities laws to distort

16     prices of public companies and stock in harming not

17     just the billionaires of the world, but the moms and

18     pops of the world and their retirements.

19             Now Patrick currently has dedicated his

20     efforts to help save our republic.  He has brought

21     together a team to work on dissecting the election

22     fraud which occurred on November 3, 2020 and in

23     previous elections.  It's my honor to welcome Patrick

24     Byrne.

25             Patrick, I thank you for your service to

1  our country and the world.

2         PATRICK BYRNE:  Dr. Janda, it's an honor to be

3  on your show.  I was just telling you how I've come

4  across it many times and (inaudible) see how smart you

5  are.  It's such an honor to be on your show.

6         DR. DAVE JANDA:  I'm so happy you just said

7  that because I'm going to share it with my kids.  It's a

8  wonderful early Christmas gift.  So Patrick --

9         PATRICK BYRNE:  Before you go on, do they

10  think sometimes you're not the smartest guy in the

11  world?

12         DR. DAVE JANDA:  Well, initially until I've

13  actually been proven right, so it all works out.

14         PATRICK BYRNE:  I was going to say, there's a

15  great Mark Twain quote where Mark Twain said when I was

16  16 I thought any father was the most foolish man on

17  earth, but when I was 30 I was surprised at how much

18  he'd learned.

19         DR. DAVE JANDA:  Well, I'd like to think

20  they're at that point, but we'll see.

21         So Patrick, let's dissect.  Let's go.  The

22  team you've assembled, what you're working on, the

23  findings, where you're going because there's this

24  narrative out there, Patrick, as you know through the

25  bought off mainstream fake media, oh, all this stuff

1  about vote switching and their problems with it,

2  that's all conspiracies theory.  Take it, Pat.

3  You're the expert.

4           PATRICK BYRNE:  Okay.  Look, I built a two

5  billion dollar E-commerce company from scratch.  I was

6  the national entrepreneur of the year.  I know something

7  about technology.  Listen to me or you can listen to

8  some, you know, government official with a title or some

9  reporter who needs help, you know, tying his shoes in

10  the morning.

11           This stuff, from a security point of view,

12  this election machinery, especially Dominion's, is a

13  joke.  On a scale of one to ten I asked some hackers

14  how would you rate it in terms of difficulty to hack,

15  and their answer was two, maybe one.  It is easier to

16  hack than Paypal or Venmo by a country mile.  This

17  election was, in fact, rigged.  It was not rigged in

18  ways that the public or the journalists are familiar

19  with or understand.  It was rigged in a way you

20  couldn't have done before everything got so

21  electronic and this -- the rigging was not, and don't

22  puke over your shoes.

23           By the way, I'm a libertarian.  I'm not a

24  Republican, a small L libertarian.  You can see my

25  bitcoins not bombs on my shirt.  I did not vote for

1  Donald Trump the first time nor the second time.

2  I've never voted for a Republican or a Democrat.  I'm

3  in this because this is about the Constitution.  If

4  this is allowed to stand, it's over for our country.

5          This election was completely rigged.  The

6  Democrats are correct, it was not widespread.  It was

7  very intelligent, whoever designed it.  They picked

8  five, arguably six places, but I'm just going to

9  speak to five really, and they were Atlanta, Philly,

10  Milwaukee, Detroit and Maricopa, and they rigged --

11  they were very clever.  They realized you don't have

12  to steal the nation's election, you don't have to

13  cheat everywhere.  You've just got to cheat like

14  crazy in those five places.  Those five places

15  flipped the states that they're in.  Those five

16  states more than flipped the country.  So really, to

17  steal the nation they needed to steal five counties

18  and those -- they went full on goon in those counties

19  and did this outrageous stuff, gooning, you know,

20  having muscle goons go up and drive out poll watchers

21  and shutting the polls down in the middle of the

22  night and putting newspapers over -- all this goon --

23  it's scofflaw stuff.  It's somebody who's not even

24  trying anymore to pretend they're following the law.

25  They realize if you do it those five places you can

1  flip the whole election, and that's what they did.

2          The evidence for this is overwhelming.  I

3  mean, It's super conclusive.  It's silly for anyone

4  to deny it.  All they can do at this point is spin

5  and try to distract the public.  It's overwhelming.

6  How do I know that?  Do you want to know how I know

7  that, Doctor?

8          DR. DAVE JANDA:  We sure do.

9          PATRICK BYRNE:  And I'll go into more details.

10  How I know this, I've been funding since July, August a

11  team of cyber hackers, very professional hackers,

12  ethical hackers, cyber security companies, outside

13  investigators and people of different kinds and had this

14  completely -- we had this complete reverse engineered.

15  We knew it was going to happen, and a question that will

16  have to be addressed some day is why did the DHS, and in

17  particular CIES, C-I-E-S.  We had connections into them,

18  had briefings arranged.  CISA refused to show up for the

19  briefings.

20          DR. DAVE JANDA:  Interesting.

21          PATRICK BYRNE:  Now, going forward -- yeah,

22  real interesting.

23          DR. DAVE JANDA:  And in fact, the CISA

24  director, Krebbs, has since been fired this past week.

25          PATRICK BYRNE:  Yeah.  And he got fired after

1   he came on a week before saying this is the most --

2           DR. DAVE JANDA:  Right.

3           PATRICK BYRNE:  -- you know, secure election

4   in history.  Just so you know, he's a lawyer.  He's a

5   lawyer from Microsoft.

6           DR. DAVE JANDA:  Right.

7           PATRICK BYRNE:  That man knows as much about

8   computer security as I know about your profession,

9   Doctor.

10          DR. DAVE JANDA:  Although you've had 113

11  operations.

12          PATRICK BYRNE:  Yeah, and you do learn -- I

13  was explaining to the doctor before we went live, he's a

14  surgeon.  I've had 113 surgeries.  The most recent one

15  was this July.  I had a tumor removed off my spinal

16  cord, which explained why my left leg had stopped

17  working over four months.  So anyway, he has no business

18  saying that.  It absolutely was rigged.  I'm going to

19  give three buckets to understand.

20          DR. DAVE JANDA:  Let's hear.

21          PATRICK BYRNE:  Is this cool?

22          DR. DAVE JANDA:  Perfect.

23          PATRICK BYRNE:  Bucket number one is the

24  functionality built into these systems, especially

25  Dominion.  And by now everyone knows the story that

1   the -- it was Hugo Chavez who wanted some election

2   software built that he could goon, and it was built and

3   designed so at the precinct level, precinct

4   administrators and every little precinct can play all

5   kinds of games and have privileges that go far beyond

6   what you think a precinct administrator should have.

7   And by that I mean, you know, I can understand the

8   administrator's got to be able to set up a new account

9   and passwords.  But the administrators in these systems

10  have the ability to move votes, drag and drop a thousand

11  votes at a time or more to anyone they want.  There's

12  all kinds of flaws like that.  No election system should

13  have that kind of administrator privileges.

14          Another thing I don't want to omit because

15  nobody's getting this in the press, but along those

16  same lines, and that's one of like ten different ways

17  these Dominion systems can be beaten.  But

18  importantly, and you've got to look this up, there's

19  a type of malware called Q Snatch and it steals your

20  credentials.  It snatches your credentials.  Q is all

21  over Dominion servers.  There's an article online

22  from a couple weeks ago estimating 75 servers are

23  infected with Q Snatch.  What that means is every

24  time an administrator logs on or any poll worker, the

25  credentials are getting snatched and sent out on the

1  dark web.  Some miscreant can buy them or some guy

2  sitting in Cyon, China can buy them.  And so not only

3  does that precinct administrator of some little

4  neighborhood precinct in Maricopa have what I would

5  say far too high powers to shift votes around within

6  his or her precinct.  But in addition, once they're

7  credentials get snatched, somebody sitting over in

8  Belarus or China can come in and also has those same

9  privileges.  That fact alone is determinant, is

10 decisive.  Anything that ran Dominion software that

11 has Q Snatch malware on it should be disqualified.

12 No one has any reason to believe those votes just

13 from that simple fact.

14         In addition -- so we can come back and go

15 into more details about bucket number one, but this

16 is the kind of stuff in bucket number one.

17         DR. DAVE JANDA:  Got it.  Bucket two.

18         PATRICK BYRNE:  Bucket two is the lived

19 experiences of various people who voted, worked in or

20 worked in these precincts, or some postal workers.  And

21 we have hundreds of affidavits, detailed affidavits at

22 this point recounting really odd experiences.  Like in

23 Maricopa, they were continuously told oh, don't use a

24 pen, get rid of your pen and they were given Sharpies.

25 Well, you know, and then there's a question of why's

1   that.

2           And then the third bucket is the

3   statistical macro results which display

4   irregularities one would expect.  You know, they're

5   not just quadrillion to one.  And you're a scientist

6   or a doctor so I can speak in these terms.  The

7   chances of, even if you picked an area that was

8   96 percent Biden, the chances that you would have, if

9   you picked a hundred people you would have a hundred

10  votes for Biden are 1.6 percent.  If you picked a

11  thousand people, the chance that all thousand people

12  would vote Biden are -- it's 1.8 times ten to the

13  minus 18th, so it's something in the quadrillions, or

14  I think a hundred quadrillion to one that that could

15  ever happen.  You'd have a thousand in a row.  The

16  chance that you would ever have 123,000 in a row are,

17  you know, it's quadrillions.  I forget what's beyond

18  quadrillions.  It's you know, astronomically against

19  that could ever happen, and here's the key point.

20          These three buckets line up perfectly, so

21  let me walk through one example and you'll see how

22  it -- in Maricopa County, the day of the election, up

23  until the election everyone was told to use ball

24  point pens.  The day of the election the workers were

25  told to get all the ball point pens put of the place,

1   and cartons and crates of Sharpies were brought in,

2   and everyone was told use Sharpies.  And everyone was

3   told I was trying to use a pen.

4           Why they were told to use Sharpies is this,

5   going back to bucket number one.  This Dominion

6   software was built as follows.  If someone comes up

7   and enters a ballot and the machine finds it

8   difficult to read, it gives you a warning sign.  You

9   have the option to hit the green button.  The green

10  button says well if you can't read it, it will go

11  into the pile to be adjudicated, and you just think

12  at the end of the day a bunch of judges are going to

13  go look at it like the old hanging chad stuff, and

14  what you think.

15          Instead, what really happens is if you hit

16  that green button, all your vote goes to a pile, a

17  pile waiting to be adjudicated, but it really just

18  creates like a pool of votes that the precinct

19  administrator or administrators can come by and drag

20  and drop to whatever candidate they want to drop

21  them.  So it has that functionality, and lest anyone

22  denied that, open the instruction manual, download

23  and open the instruction manual.

24          DR. DAVE JANDA:  It's right there.

25          PATRICK BYRNE:  So you've got that

1    functionality.  You have this inexplicable thing where

2    these people who voted in Maricopa report this very

3    strange phenomenon about how aggressively they were

4    hassled about using a ball point, and you have to go to

5    Sharpies.  And they say when you fill it out with a

6    Sharpie, I'd go up, some little old lady goes up to feed

7    her vote into the machine, gets this warning sign.  The

8    precinct worker says oh, madam, this probably doesn't

9    mean anything.  Just hit the green button.  It will go

10   into a pile and someone will look at it later and

11   decide.  She doesn't know.  She hits the green button.

12   That thing happened.  She just gave her vote to whoever

13   the administrator of that precinct is or whoever back in

14   Cyon has stolen the credentials of the administrator of

15   that precinct.

16          And then the third bucket is you look at

17   the statistical results, and you have things like

18   thousands of votes running through all for Biden, and

19   all being uploaded or all being processed at a much

20   faster speed than the vote tabulating machines could

21   actually read the ballot themselves.  So I'd say that

22   those three items of knowledge dovetail beautifully.

23   The systems were built with the functionality to do

24   this thing I just said.  The people who went in and

25   voted and experienced it, and some of the poll

 1  workers have given affidavits that confirm it that

 2  any were told, get pens out of everyone's hands.  You

 3  get them to use Sharpies.  So those two things

 4  dovetail together.  And then third, the results that

 5  came out of Maricopa in ways display the statistical

 6  oddities that are quadrillions to one against.  So

 7  all those things marry up to make me go out on a limb

 8  and say this Dominion software was built so the

 9  election officials could use it to cheat.  The

10  experience of the workers coincides with if it was

11  being used to cheat, what would the people who go in

12  and vote and work in the precincts experience.  It's

13  exactly what they describe in the affidavits, and the

14  election results come out with quadrillion to one

15  oddities within them that you can't really explain,

16  and all three of those things just dovetail.

17  Immediately obviously that this happened.  And that

18  same story is tellable in each of those five places,

19  and really Awesome in Clark County, Nevada.

20          DR. DAVE JANDA:  Well, I'm based in the

21  people's republic of Ann Arbor.  We're in Wayne County

22  here.  Just 30 miles down the road is Detroit and Wayne

23  County, which is one of the centers that you spoke

24  about.  And you're right Patrick.  People around our

25  country right now and the bought off mainstream fake

1  media want everybody to concentrate on well, the dead

2  people vote, on the ballot stuffing vote.  Okay.  That's

3  part of it, but where the real money is, Pat, is on this

4  electronic side, and they want to say -- Pat, this is

5  what they're pushing.  There's no evidence, there's no

6  truth to it, there's conspiracy theory that these people

7  that are talking about this are whack jobs.  Pat --

8  Few tear be this are speak spoons then the.

9          PATRICK BYRNE:  (Inaudible).

10          DR. DAVE JANDA:  Oh, they're still on that,

11  Pat.  They're drilling that.  They're drilling that hard

12  today and the other day.  I mean, they're not stopping,

13  and I can only assume that we're over the target when we

14  talk about this.

15          PATRICK BYRNE:  Well, you're right.  Well

16  said.  Yeah.  It silly to even be saying that.  I don't

17  even want to waste my time with any journalist who has

18  that point.  It's just silly.

19          DR. DAVE JANDA:  One of the things we outlined

20  on our platform, General Tom McInerny, three star

21  general retired came on our platform two days before the

22  election and spoke about how the deep state was going to

23  try to steal the election by using a hacking system, and

24  particular a system that had been circled around the

25  world called Score Card.

1          PATRICK BYRNE:  I saw that interview.

2          DR. DAVE JANDA:  What was your impression?

3          PATRICK BYRNE:  I'm not aware independently of

4    store card, so I cannot independently verify that, but

5    everything he said jives with what I know.  You see,

6    what happened, and your viewers should understand this,

7    is that in 2018 the Dallas, Texas elections had

8    irregularities in them, much like the irregularities

9    we're now hearing about.

10          The Texas state government hired a cyber

11   security group to investigate these odd facts about

12   the Dallas election that had been managed on Dominion

13   equipment.  That cyber security group went in and

14   discovered about ten different ways the systems could

15   be cheated, ten different ways in which the Dominion

16   stuff is garbage. And,in fact, Texas outlawed it in

17   Texas as a result off that.

18          DR. DAVE JANDA:  They did.

19          PATRICK BYRNE:  Although I understand it was

20   used anyway, but Texas outlawed it or made a reg against

21   it.  So that group was on it for two years and has two

22   years to reverse engineer the way to rig an election

23   using Dominion.  The rest of America has had two weeks,

24   three weeks to understand it.  They had two years.

25          I've started -- they and another cyber

 1  security group, I started getting involved with it

 2  and funding back in the middle of the summer and kept

 3  this going and hired other hackers and hired other

 4  people that were needed, and we had the whole thing

 5  mapped out just what they were going to do, so much

 6  so that that's why we went to the DHS and CISA, and

 7  they refused -- a meeting was scheduled and a special

 8  room reserved for it, and the CISA people whose job

 9  is to oversee this refused to attend the meeting.

10  How odd.

11           DR. DAVE JANDA:  How criminal.

12           PATRICK BYRNE:  Well, all these people.  Yeah,

13  yeah.  You know, if you have a Microsoft lawyer over

14  this kind of stuff, you get what you deserve because

15  lawyers, they don't know any of the actual technology,

16  but they're top sheeters, they're top sheeters.  They

17  don't really understand them, but below them it's just

18  filled with all kinds of -- the number of people that

19  had to looked the other way for this stuff to happen is

20  unreal.

21           DR. DAVE JANDA:  Patrick, how can folks

22  following your efforts on this election matter and your

23  teams' because it is critical to the future of our

24  country?

25           PATRICK BYRNE:  Not, I have a website called

1  Deep Capture that I used when I took on Wall Street 15

2  years ago.  It was largely dormant until after I kind of

3  proved to be right.  In '08, '09 I kind of let it

4  dormant.  In the least year I reactivated and started

5  publishing stuff because I was involved in other matters

6  that I've exposed on there.  And I have started to put

7  up and will do so today.  I'm going to stop since all

8  these idiots are screaming where's the evidence, where's

9  the evidence.  I didn't even know anyone was still

10 there, but I've been kind of really learning today they

11 are.  I've just decided I'm going to go up tonight and

12 just start posting all kinds of things.

13          The lawyers will get furious because

14 lawyers all want to be like this.  I'm putting it out

15 to the public.  I'm  going to start posting

16 information.  I've got one more interview after this,

17 and then I'm going to start posting hard data,

18 graphs, everything the public needs.

19          DR. DAVE JANDA:  And that's DeepCapture.com?

20          PATRICK BYRNE:  DeepCapture.com.

21          DR. DAVE JANDA:  Patrick, I'd like to thank

22 you for everything you have done, are doing and will do.

23 You know, my dad's favorite statement was dream big and

24 dare to fail, and Patrick Byrne, you are the epitome of

25 that statement, and I thank you, and every American

File 128 Dissecting the  Electronic Steal

18

1   benefits from your efforts.

2            PATRICK BYRNE:  Thank you, Doctor.  It's an

3   honor to be on your show.  Have me back anytime.

4            DR. DAVE JANDA:  You got it.  Thanks, Pat.

5            PATRICK BYRNE:  Take care, sir.

6            (End of recording.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                       CERTIFICATE OF REPORTER

3

4          I, Charlotte Crandall, certify that I was

5    authorized to and did transcribe the foregoing audio

6    recorded proceedings and that the transcript is a

7    true and complete record of my stenographic notes

8    from an audio recording and was transcribed to the

9    best of my ability.

10

11          Dated this 21st day of July, 2021.

12

13

14

15

16

17    _____

18    Charlotte Crandall
      Registered Professional Reporter

19

20

21

22

23

24

25

**0**

08  17:3
09  17:3

**1**

1.6  10:10
1.8  10:12
113  7:10,14
123,000  10:16
15  17:1
18th  10:13

**2**

2018  15:7

**3**

30  13:22

**7**

75  8:22

**9**

96  10:8

**A**

ability  8:10
absolutely
  7:18
account  8:8
actual  16:15
addition  9:6,
  14
addressed
  6:16
adjudicated
  11:11,17

administrator
  8:6,13,24  9:3
  11:19  12:13,
  14
administrator'
  s  8:8
administrators
  8:4,9  11:19
affidavits
  9:21  13:1,13
aggressively
  12:3
allowed  5:4
America  15:23
American
  17:25
And,in  15:16
Ann  13:21
anymore  5:24
anytime  18:3
Arbor  13:21
area  10:7
arguably  5:8
arranged  6:18
article  8:21
assume  14:13
astronomically
  10:18
Atlanta  5:9
attend  16:9
August  6:10
aware  15:3
Awesome  13:19

**B**

back  9:14
  11:5 12:13
  16:2 18:3
ball  10:23,25
  12:4
ballot  11:7
  12:21 14:2
based  13:20
beaten  8:17

beautifully
  12:22
Belarus  9:8
benefits  18:1
Biden  10:8,
  10,12 12:18
big  17:23
billion  4:5
bitcoins  4:25
bombs  4:25
bought  13:25
briefings
  6:18,19
brought  11:1
bucket  7:23
  9:15,16,17,18
  10:2 11:5
  12:16
buckets  7:19
  10:20
built  4:4
  7:24 8:2 11:6
  12:23 13:8
bunch  11:12
business  7:17
button  11:9,
  10,16 12:9,11
buy  9:1,2
Byrne  4:4
  6:9,21,25
  7:3,7,12,21,
  23 9:18 11:25
  14:9,15 15:1,
  3,19 16:12,25
  17:20,24
  18:2,5

**C**

C-I-E-S  6:17
called  8:19
  14:25 16:25
candidate
  11:20
Capture  17:1
card  14:25
  15:4

care  18:5
cartons  11:1
centers  13:23
chad  11:13
chance  10:11,
  16
chances  10:7,
  8
Chavez  8:1
cheat  5:13
  13:9,11
cheated  15:15
China  9:2,8
CIES  6:17
circled  14:24
CISA  6:18,23
  16:6,8
Clark  13:19
clever  5:11
coincides
  13:10
companies
  6:12
company  4:5
complete  6:14
completely
  5:5 6:14
computer  7:8
concentrate
  14:1
conclusive
  6:3
confirm  13:1
connections
  6:17
conspiracies
  4:2
conspiracy
  14:6
Constitution
  5:3
continuously
  9:23
cool  7:21
cord  7:16

correct 5:6
counties
5:17,18
country 4:16
5:4,16 13:25
16:24
County 10:22
13:19,21,23
couple 8:22
crates 11:1
crazy 5:14
creates 11:18
credentials
8:20,25 9:7
12:14
criminal
16:11
critical
16:23
cyber 6:11,12
15:10,13,25
Cyon 9:2
12:14

**D**

dad's 17:23
Dallas 15:7,
12
dare 17:24
dark 9:1
data 17:17
DAVE 6:8,20,
23 7:2,6,10,
20,22 9:17
11:24 13:20
14:10,19
15:2,18
16:11,21
17:19,21 18:4
day 6:16
10:22,24
11:12 14:12
days 14:21
dead 14:1
decide 12:11

decided 17:11
decisive 9:10
deep 14:22
17:1
Deepcapture.
com 17:19
Deepcapture.
com. 17:20
Democrat 5:2
Democrats 5:6
denied 11:22
deny 6:4
describe
13:13
deserve 16:14
designed 5:7
8:3
detailed 9:21
details 6:9
9:15
determinant
9:9
Detroit 5:10
13:22
DHS 6:16 16:6
difficult
11:8
difficulty
4:14
director 6:24
discovered
15:14
display 10:3
13:5
disqualified
9:11
distract 6:5
doctor 6:7
7:9,13 10:6
18:2
dollar 4:5
Dominion 7:25
8:17,21 9:10
11:5 13:8
15:12,15,23
Dominion's
4:12

Donald 5:1
dormant 17:2,
4
dovetail
12:22 13:4,16
download
11:22
drag 8:10
11:19
dream 17:23
drilling
14:11
drive 5:20
drop 8:10
11:20

**E**

E-COMMERCE
4:5
easier 4:15
efforts 16:22
18:1
election
4:12,17 5:5,
12 6:1 7:3
8:1,12 10:22,
23,24 13:9,14
14:22,23
15:12,22
16:22
elections
15:7
electronic
4:21 14:4
end 11:12
18:6
engineer
15:22
engineered
6:14
enters 11:7
entrepreneur
4:6
epitome 17:24
equipment
15:13

estimating
8:22
ethical 6:12
everyone's
13:2
evidence 6:2
14:5 17:8,9
expect 10:4
experience
13:10,12
experienced
12:25
experiences
9:19,22
expert 4:3
explain 13:15
explained
7:16
explaining
7:13
exposed 17:6

**F**

fact 4:17
6:23 9:9,13
15:16
facts 15:11
fail 17:24
fake 13:25
familiar 4:18
faster 12:20
favorite
17:23
feed 12:6
fill 12:5
filled 16:18
finds 11:7
fired 6:24,25
flaws 8:12
flip 6:1
flipped 5:15,
16
folks 16:21
forget 10:17

forward 6:21
full 5:18
functionality
 7:24 11:21
 12:1,23
funding 6:10
 16:2
furious 17:13
future 16:23

### G

games 8:5
garbage 15:16
gave 12:12
general
 14:20,21
get all 10:25
give 7:19
goon 5:18,22
 8:2
gooning 5:19
goons 5:20
government
 4:8 15:10
graphs 17:18
green 11:9,16
 12:9,11
group 15:11,
 13,21 16:1
guy 9:1

### H

hack 4:14,16
hackers 4:13
 6:11,12 16:3
hacking 14:23
hands 13:2
hanging 11:13
happen 6:15
 10:15,19
 16:19
happened
 12:12 13:17
 15:6

hard 14:11
 17:17
hassled 12:4
hear 7:20
hearing 15:9
high 9:5
hired 15:10
 16:3
history 7:4
hit 11:9,15
 12:9
hits 12:11
honor 18:3
Hugo 8:1
hundred 10:9,
 14
hundreds 9:21

### I

idiots 17:8
Immediately
 13:17
importantly
 8:18
impression
 15:2
Inaudible
 14:9
independently
 15:3,4
inexplicable
 12:1
infected 8:23
information
 17:16
instruction
 11:22,23
intelligent
 5:7
interesting
 6:20,22
interview
 15:1 17:16
investigate
 15:11

investigators
 6:13
involved 16:1
 17:5
irregularities
 10:4 15:8
items 12:22

### J

JANDA 6:8,20,
 23 7:2,6,10,
 20,22 9:17
 11:24 13:20
 14:10,19
 15:2,18
 16:11,21
 17:19,21 18:4
jives 15:5
job 16:8
jobs 14:7
joke 4:13
journalist
 14:17
journalists
 4:18
judges 11:12
July 6:10
 7:15

### K

key 10:19
kind 8:13
 9:16 16:14
 17:2,3,10
kinds 6:13
 8:5,12 16:18
 17:12
knew 6:15
knowledge
 12:22
Krebbs 6:24

### L

lady 12:6
largely 17:2
law 5:24
lawyer 7:4,5
 16:13
lawyers 16:15
 17:13,14
learn 7:12
learning
 17:10
left 7:16
leg 7:16
level 8:3
libertarian
 4:23,24
limb 13:7
lines 8:16
listen 4:7
live 7:13
lived 9:18
logs 8:24
looked 16:19

### M

machine 11:7
 12:7
machinery
 4:12
machines
 12:20
macro 10:3
madam 12:8
made 15:20
mainstream
 13:25
make 13:7
malware 8:19
 9:11
man 7:7
managed 15:12
manual 11:22,
 23

mapped  16:5
Maricopa  5:10
  9:4,23 10:22
  12:2 13:5
marry  13:7
matter  16:22
matters  17:5
Mcinerny
  14:20
means  8:23
media  14:1
meeting  16:7,
  9
Microsoft  7:5
  16:13
middle  5:21
  16:2
mile  4:16
miles  13:22
Milwaukee
  5:10
minus  10:13
miscreant  9:1
money  14:3
months  7:17
morning  4:10
move  8:10
muscle  5:20

          N

nation  5:17
nation's  5:12
national  4:6
needed  5:17
  16:4
neighborhood
  9:4
Nevada  13:19
newspapers
  5:22
night  5:22
nobody's  8:15
number  7:23
  9:15,16 11:5
  16:18

          O

odd  9:22
  15:11 16:10
oddities
  13:6,15
official  4:8
officials
  13:9
omit  8:14
online  8:21
open  11:22,23
operations
  7:11
option  11:9
outlawed
  15:16,20
outlined
  14:19
outrageous
  5:19
oversee  16:9
overwhelming
  6:2,5

          P

part  14:3
passwords  8:9
past  6:24
Pat  4:2 14:3,
  4,7,11 18:4
Patrick  4:4
  6:9,21,25
  7:3,7,12,21,
  23 9:18 11:25
  13:24 14:9,15
  15:1,3,19
  16:12,21,25
  17:20,21,24
  18:2,5
Paypal  4:16
pen  9:24 11:3
pens  10:24,25
  13:2

people  6:13
  9:19 10:9,11
  12:2,24
  13:11,24
  14:2,6 16:4,
  8,12,18
people's
  13:21
percent  10:8,
  10
Perfect  7:22
perfectly
  10:20
phenomenon
  12:3
Philly  5:9
picked  5:7
  10:7,9,10
pile  11:11,
  16,17 12:10
place  10:25
places  5:8,
  14,25 13:18
platform
  14:20,21
play  8:4
point  4:11
  6:4 9:22
  10:19,24,25
  12:4 14:18
poll  5:20
  8:24 12:25
polls  5:21
pool  11:18
postal  9:20
posting
  17:12,15,17
powers  9:5
precinct  8:3,
  4,6 9:3,4,6
  11:18 12:8,
  13,15
precincts
  9:20 13:12
press  8:15
pretend  5:24

privileges
  8:5,13 9:9
problems  4:1
processed
  12:19
profession
  7:8
professional
  6:11
proved  17:3
public  4:18
  6:5 17:15,18
publishing
  17:5
puke  4:22
pushing  14:5
put  10:25
  17:6
putting  5:22
  17:14

          Q

quadrillion
  10:5,14 13:14
quadrillions
  10:13,17,18
  13:6
question  6:15
  9:25

          R

ran  9:10
rate  4:14
reactivated
  17:4
read  11:8,10
  12:21
real  6:22
  14:3
realize  5:25
realized  5:11
reason  9:12
recent  7:14

recording
  18:6
recounting
  9:22
refused  6:18
  16:7,9
reg  15:20
removed  7:15
report  12:2
reporter  4:9
republic
  13:21
Republican
  4:24 5:2
reserved  16:8
rest  15:23
result  15:17
results  10:3
  12:17 13:4,14
retired  14:21
reverse  6:14
  15:22
rid  9:24
rig  15:22
rigged  4:17,
  19 5:5,10
  7:18
rigging  4:21
road  13:22
room  16:8
row  10:15,16
running  12:18

                    S

scale  4:13
scheduled
  16:7
scientist
  10:5
scofflaw  5:23
Score  14:25
scratch  4:5
screaming
  17:8

secure  7:3
security  4:11
  6:12 7:8
  15:11,13 16:1
servers  8:21,
  22
set  8:8
Sharpie  12:6
Sharpies  9:24
  11:1,2,4 12:5
  13:3
sheeters
  16:16
shift  9:5
shirt  4:25
shoes  4:9,22
show  6:18
  18:3
shutting  5:21
side  14:4
sign  11:8
  12:7
silly  6:3
  14:16,18
simple  9:13
sir  18:5
sitting  9:2,7
small  4:24
Snatch  8:19,
  23 9:11
snatched  8:25
  9:7
snatches  8:20
software  8:2
  9:10 11:6
  13:8
speak  5:9
  10:6 14:8
special  16:7
speed  12:20
spin  6:4
spinal  7:15
spoke  13:23
  14:22
spoons  14:8

stand  5:4
star  14:20
start  17:12,
  15,17
started  15:25
  16:1 17:4,6
state  14:22
  15:10
statement
  17:23,25
states  5:15,
  16
statistical
  10:3 12:17
  13:5
steal  5:12,17
  14:23
steals  8:19
stolen  12:14
stop  17:7
stopped  7:16
stopping
  14:12
store  15:4
story  7:25
  13:18
strange  12:3
Street  17:1
stuff  4:11
  5:19,23 9:16
  11:13 15:16
  16:14,19 17:5
stuffing  14:2
summer  16:2
super  6:3
surgeon  7:14
surgeries
  7:14
switching  4:1
system  8:12
  14:23,24
systems  7:24
  8:9,17 12:23
  15:14

                    T

tabulating
  12:20
talk  14:14
talking  14:7
target  14:13
team  6:11
teams'  16:23
tear  14:8
technology
  4:7 16:15
tellable
  13:18
ten  4:13 8:16
  10:12 15:14,
  15
terms  4:14
  10:6
Texas  15:7,
  10,16,17,20
theory  4:2
  14:6
thing  8:14
  12:1,12,24
  16:4
things  12:17
  13:3,7,16
  14:19 17:12
thousand  8:10
  10:11,15
thousands
  12:18
time  5:1
  8:11,24 14:17
times  10:12
title  4:8
today  14:12
  17:7,10
told  9:23
  10:23,25
  11:2,3,4 13:2
Tom  14:20
tonight  17:11
top  16:16

**Trump** 5:1
**truth** 14:6
**tumor** 7:15
**tying** 4:9
**type** 8:19

---

### U

---

**understand**
  4:19 7:19 8:7
  15:6,19,24
  16:17
**unreal** 16:20
**uploaded**
  12:19

---

### V

---

**Venmo** 4:16
**verify** 15:4
**view** 4:11
**viewers** 15:6
**vote** 4:1,25
  10:12 11:16
  12:7,12,20
  13:12 14:2
**voted** 5:2
  9:19 12:2,25
**votes** 8:10,11
  9:5,12 10:10
  11:18 12:18

---

### W

---

**waiting** 11:17
**walk** 10:21
**Wall** 17:1
**wanted** 8:1
**warning** 11:8
  12:7
**waste** 14:17
**watchers** 5:20
**Wayne** 13:21,
  22
**ways** 4:18
  8:16 13:5

  15:14,15
**web** 9:1
**website** 16:25
**week** 6:24 7:1
**weeks** 8:22
  15:23,24
**whack** 14:7
**why's** 9:25
**widespread**
  5:6
**work** 13:12
**worked** 9:19,
  20
**worker** 8:24
  12:8
**workers** 9:20
  10:24 13:1,10
**working** 7:17
**world** 14:25

---

### Y

---

**year** 4:6 17:4
**years** 15:21,
  22,24 17:2