# Exhibit 356

1

2

3

4

5

6

7

8          FILE 130

9    THE NAKED TRUTH REPORT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          ANNOUNCER:  Warning:  The following program

2  has been rated T for truth.  You can't handle the truth.

3  Oh, we think you can.  Welcome to the Naked Truth Report

4  with your host, truth warrior and myth buster, Kathleen

5  Wells, the place where we distinguish fact from fiction,

6  where data is used to drive points home and where

7  Kathleen takes the position that Democrats and black

8  politicians have destroyed black America.  Welcome to

9  the Naked Truth Report.  Now your host, Kathleen Wells.

10          KATHLEEN WELLS:  Welcome truth warriors, myth

11  busters.  Hey, it's going to be is a great show.  I have

12  a guest, and we're so deleted to have this guest.  This

13  is our third Sunday on the fraud that has taken place in

14  our elections, and my guest is the perfect person to

15  have this Sunday to talk about it.

16          America is the land of the free and home of

17  the brave, is that right?  And my guest, Patrick

18  Byrne epitomizes that, freedom and courage and

19  bravery, right, Patrick?

20          PATRICK BYRNE:  Oh, I think you're being

21  overly generous to me, Kathleen, but if you say it, who

22  am I to disagree.

23          KATHLEEN WELLS:  Well, isn't today your

24  birthday, am I right?

25          PATRICK BYRNE:  My gosh, you do your homework,

File 130 The Naked Truth Report

3

1  yes, it is.  I turn 58.

2          KATHLEEN WELLS:  Happy birthday.

3          PATRICK BYRNE:  Why, thank you.  As Indiana

4  Jones said, it's not the years, it's the miles.

5          KATHLEEN WELLS:  Yes.  And your miles have

6  been quite interesting actually.  I know this is not

7  your first foray into uncovering corruption and fraud.

8  I know your time is limited because you want to

9  celebrate your birthday, so let's get right to it.  You

10  said that the election has been rigged.  It's a hundred

11  percent certainty that the election was rigged.  Talk to

12  us about it.

13          PATRICK BYRNE:  Well, it was rigged very

14  strategically.  Somebody understood that to steal the

15  national election you don't have to have widespread

16  voter fraud in the sense of every state.  You need to

17  steal six states, and you can steal those six states by

18  stealing six counties.  But if you steal the be-Jesus

19  outs of those six counties and pad the vote and ballot

20  stuffing in those six counties, you can flip those

21  states and by that flip the electoral college and take

22  nation.  So it really comes down to stealing six

23  counties, and in those six counties they stole like

24  crazy, and those six counties are the county that

25  Atlanta is located in, Philly, Detroit, Milwaukee, and

File 130 The Naked Truth Report

4

1   then Maricopa, which is greater Phoenix, and Clark,

2   which is greater Vegas.  So they set up a complete goon

3   operation to steal those six counties.  If you go back

4   to the days to the night of the election, you'll see

5   those are the six places where there's crazy stuff

6   happening from them sending up to muscle up to shove

7   around Republican poll watchers to them putting up

8   cardboard over the windows, to those are the places

9   where they shut down the precincts and told everyone

10  that we're stopping voting, and the record showed that

11  we're stopping the continuing, and then in the middle of

12  the night they opened up for 90 minutes and imparted

13  300,000 votes from somewhere.  The machines couldn't

14  even process 300,000 votes in that time, and suddenly

15  they're all 99.4 percent for Biden, so that's how it was

16  done.  It's not everywhere across the country, but they

17  went what I call full goon in six counties, and that six

18  counties steal the national election.

19          KATHLEEN WELLS:  And they've been

20  Dominionizing our votes.  I didn't mention that Patrick

21  Byrne is the founder and former CEO or Overstock.com.

22  He has talked about wall street and they corruption

23  dealing with short sails, and now he has hired a full

24  team of cyber security experts, and you've been working

25  with this Dominionizing of our votes, you and your team

File 130 The Naked Truth Report

5

 1  since 2018.  Talk to us about that.

 2          PATRICK BYRNE:  Yeah, some of them have been

 3  on since 2018.  I would say rather than seeing me as the

 4  leader of the kingdom, which I'm not, think of it as the

 5  bad news bear, kind of a bad news bear assembly of cyber

 6  security companies and outside white hat hackers and

 7  investigators of different types and concerned citizens.

 8  So that's who I've been funding and helping coalesce.

 9  But one of the groups involved is a very professional

10  cyber security group that in 2018 there was an election

11  in Dallas that had irregularities and the state

12  government of Texas hired this cyber security group to

13  focus on Dallas and what had happened, and so they

14  had -- it was Dominion machines, and that group had two

15  -- it was actually a blue ribbon governor's panel, and

16  then that panel hired this group and that group -- they

17  had two years to study what you've had two weeks to get

18  your mind around, America, and what that is is these are

19  incredibly fragile, weak security systems.  They found

20  at least 12 different ways you can hack something on

21  Dominion machines starting with physical access where

22  their mother boards have open slots.  Anyone who can

23  physical access to the machine.  You can drop a certain

24  chip in that lot and thereafter compromise the machine

25  forever.

File 130 The Naked Truth Report

6

```
 1          Two, they're infected with -- they're
 2   widely infected with malware that steals their
 3   credentials so not only -- so somebody sitting back
 4   in China can actually log into the machine and do
 5   things.  There is all kinds of privileges given to
 6   the administrators of machines that go well beyond
 7   what an administrator of a precinct and election
 8   should be able to do.  Now, I can understand why they
 9   have -- the kind of functionality they have, these
10   machines are also used to run corporate elections and
11   different kinds of elections.  You can understand why
12   the machines might have functionality XYZ to sort a
13   corporate election where there are say different
14   classes of stock that have different ways of voting.
15   But in a democracy as people vote, votes should all
16   be one.  Nobody has their votes counted one and a
17   half or something.  There are ways of setting these
18   machines, and they did set these machines in order to
19   do that.  They have unweighted some votes.  There's
20   all kinds of crooked (inaudible) and the people who
21   are saying otherwise are talking through their hats.
22   I've been walking for four months now with these very
23   professional ethical hackers and cyber security
24   people, and I asked them how do you rate this now as
25   a difficulty one to ten to hack and they say two,
```

File 130 The Naked Truth Report

7

1   maybe a one.  And now that I understand it this

2   fully, I would go on that.  An eighth grader could

3   hack this stuff.  And there's plenty of pictures on

4   You Tube, movies on You Tube with people in seven

5   minutes, you know, doing the kinds of things.  So if

6   you've been told that these things are secure, they

7   are not secure.  And in addition, not only are they

8   insecure. bit a well-organized effort was carried out

9   on November 3rd, and they used those insecurities to

10  cheat massively in six counties, and those six

11  counties flipped those states, flipped the electoral

12  college and flipped the election.  And I'll add, I

13  say that not as a comfort, I did not vote for

14  Mr. Trump.  I'm a small L libertarian and I just vote

15  libertarian, so I've never voted Democrat or

16  Republican for president.  I'm coming at this purely

17  from -- I'm in love with the Constitution.  The

18  Constitution is my religion, and this can't stand as

19  it is.  This is completely hacked.  This is rigged,

20  this election.

21          KATHLEEN WELLS:  Right.  And in fact, Krebbs

22  with the Department of Homeland Security, said this was

23  the most secure election ever, so he's lying.

24          PATRICK BYRNE:  Yeah, he's full of it.

25          KATHLEEN WELLS:  Yeah.

File 130 The Naked Truth Report

8

1           PATRICK BYRNE:  Well, he's a lawyer from
2   Microsoft.  In my experience lawyers can be wonderful
3   people, but they often have what I would call a top
4   sheeter's understanding of issues, and he's either a top
5   sheeter or he's in on it.  But no, it's ridiculous to
6   say.
7           The people I'm working with laughed and
8   laughed.  Just from the point of view you can walk
9   up -- anyone with the right machine, if you have
10  physical access to the machines, you can walk in and
11  plug in your keyboard and your monitor essentially
12  and drive the machine and load on it anything you
13  want to load on it.  If you can physically access the
14  machine, in 30 sections you can hack it, so it's just
15  silly for them to be saying that.
16          KATHLEEN WELLS:  Yeah.  And you're supplying
17  this from your cyber experts to Sidney Powell and also
18  Trump's legal team; is that correct?
19          PATRICK BYRNE:  Well, I'd say, I want to be
20  clear, I don't work for them or anything like that.
21  There's no formal arrangement, but we have been
22  gathering this evidence and trying to pipe it to anyone
23  who'll listen, and that includes the mainstream press.
24  And the mainstream press turned a deaf ear, but there
25  are people around the president who had quite open ears

1  about it.  And when we got, you know, when they

2  understood -- I'm really not talking about 243 dead

3  people in Philadelphia voting.  We're talking about

4  maybe 300 to 600,000 fake votes in Pennsylvania is what

5  we're talking about, their eyes got big.  So yeah, you

6  can be sure that everything we're discovering and

7  digging is betting piped to those people, but they very

8  other sources of information and they have other

9  narratives they're also running down.  But we are deeply

10 emersed and have been since the day after the election

11 in gathering affidavits, gathering grass roots.  All

12 kinds of people from the grass roots have been helping,

13 and everything that gets fed us have been fed from the

14 beginning into the hands of Sidney Powell and Mayor

15 Giuliani, and they are, you know -- I've said -- I think

16 people have way overread the fact that they're taking

17 separate approaches.

18          KATHLEEN WELLS:  Yeah.

19          PATRICK BYRNE:  You know, different approaches

20 as to what's going on, but I support both approaches,

21 and our data says that both approaches are correct.

22          KATHLEEN WELLS:  Yeah.  You know, and I was

23 just listening to an interview that General Flynn gave

24 yesterday, and also Retired Lieutenant General

25 McInerney, and this is deeper and broader and more

1  badder than we actually realized because it seems to be

2  that the servers that were seized in Germany for

3  Dominion, in Frankfurt, Germany is on a CIA server

4  forum.

5           Now, us truth warriors here believe in

6  that.  Yes, we believe that the CIA is involved with

7  the deep state because we read Michael Calder's book,

8  JFK vs. the CIA.  So do you have any insight into

9  that, retrieving, seizing of the server in Germany?

10          PATRICK BYRNE:  Well, I can tell you this.  If

11  you go back, and this is in the public domain.  If you

12  go back a little over a decade, you'll see that there

13  was -- and this is in the public domain, you'll see that

14  in Frankfurt, Germany there was an operation that was

15  focused against Russian hacking, and that operation

16  later moved to Baltimore and became the Silk Road Task

17  Force and spawned a couple crooks, a couple federal

18  agents who stole bitcoin and are serving prison times.

19  That original Frankfurt group also was operating under

20  the authority of, I understand, Rosenstein.  This was

21  years ago.  So there is a long held connection FBI, CIA.

22  They had a task force back in Frankfurt over a decade

23  ago, and that's known in the public domain.  So it does

24  not surprise me, although I don't know if the CIA is

25  involved in this.  It may not be as simple as that, and

1  I don't want to comment or impugn anybody, so let's not

2  jump to who are the real gray beards behind this all or

3  the (inaudible) behind this all because I don't want to

4  speculate or anything like that, so that's probably the

5  best answer.  However, I can say that it's in the public

6  domain that there was once an operation in Frankfurt

7  played a role, a central, a very important role if you

8  look back into the Silk Road Task Force.  Google that

9  and Frankfurt, Germany, and you'll see that there's been

10 some activities there in the past.

11         And now the question of who got those

12 servers.  Has it been confirmed that the good guys

13 got them because there was a concern that some bad

14 guys intercepted them.  Has Flynn and McInerney --

15         KATHLEEN WELLS:  Yeah, McInerney.  Yeah, they

16 said that -- that was an interview I think today or

17 yesterday, that the good guys have the servers.  Yeah,

18 special forces.

19         PATRICK BYRNE:  I'd love to -- that's great.

20         KATHLEEN WELLS:  I can send you that

21 interview.  I can send you that interview.  I'll send it

22 to Regis.

23         PATRICK BYRNE:  Yeah, that's great.  Because

24 that will clear a lot of this up.  But actually I'm not

25 even sure.  I mean, it is interesting the stuff is all

File 130 The Naked Truth Report

12

1    being shipped over there overseas, but really that might

2    be where manipulation is occurring, but we have

3    uncovered mountains and mountains of manipulation

4    occurring right at this retail level, and very clever

5    ways they did it.

6            You know I've been saying publicly -- I'll

7    tell your viewers something now that I have not yet

8    said publicly, and I've been telling this story about

9    it being six counties.  But what we've also realized

10   is that there were other strategies where they went

11   to heavily Republican counties.  They took blue

12   counties that were already blue and they made them

13   bluer, and they also went to heavily Republican

14   counties and they stole votes, but not enough votes

15   to tip things because it would alert people.  If you

16   had a 60 percent -- if they expected 62 percent

17   Republican and it came out the Democrats won in that

18   county, everyone would say that there was something

19   too fishy about that.  But they might change it from

20   the Republicans winning 62 percent to 58 percent or

21   Trump winning 62 percent to 58 percent.  That still

22   is oh, that's a -- but they were shaving off.  So

23   they were shaving out of heavily Republican counties.

24   They were cheating there.

25            There's one state in particular.  We had

File 130 The Naked Truth Report

1  actually two states we notice this for a fact this is

2  what they did.  We have the hard -- like we have --

3  there's no question.  There's physical evidence of

4  these things.

5          KATHLEEN WELLS:  You're able to discern this

6  by reverse engineering it?  Is that how that's done?

7          PATRICK BYRNE:  There's different ways.  Some

8  of it -- reverse engineering refers to the whole

9  process.  We've taken the end product and we are taking

10 the end product, we figured out how they did it.  We

11 went back and picked it apart.  Reverse engineering is

12 we'd say what the Chinese do, we invent a new gadget

13 here.  They get a copy of it, they take it apart and see

14 how it was built and then they build their own.  That's

15 reverse engineering.

16          This group studied the Dallas election of

17 2018 for two years and reverse engineered it.  They

18 teased it apart and figured out all the different

19 ways you can cheat these systems, and the truth is

20 we're seeing evidence of those different ways in what

21 just happened.

22          KATHLEEN WELLS:  Are you there?

23          PATRICK BYRNE:  Yeah, I'm here.

24          KATHLEEN WELLS:  What was that last thing you

25 just said?  You're seeing evidence of how this happened?

File 130 The Naked Truth Report

14

1          PATRICK BYRNE:  Yeah.  We knew beforehand,

2   okay, this is how they're going to cheat.

3          KATHLEEN WELLS:  Oh, I see yeah.

4          PATRICK BYRNE:  It's just what we expected.

5          KATHLEEN WELLS:  Yeah.  So it was anticipated

6   because you've been examining or analyzing this stuff

7   since 2018 for the folks in Dallas, Texas.

8          PATRICK BYRNE:  Yeah.

9          KATHLEEN WELLS:  So what -- let's see, General

10  Flynn was saying that the momentum is shifting because

11  of Sidney Powell's lawsuit filed the eve of Thanksgiving

12  in Pennsylvania in the federal district court.  What do

13  you anticipate legally will happen?

14          PATRICK BYRNE:  Well, I think ultimately this

15  had to be -- this is so -- this has to be addressed on

16  the federal level.  First of all, the states -- this is

17  way beyond something that the -- the state courts are

18  heavily politicized.  This has to go to I think the

19  Supreme Court for anyone to accept it.  I think the

20  probable remedy is revote.  If an election has 243 dead

21  people vote and you can go and you can pull those names

22  out and you can see what the score would have been.  But

23  when an election is as completely scrambled as this is,

24  I think the only thing you have to do is they have to

25  revote.

1          KATHLEEN WELLS:  I don't know.  Is that

2    something that they allow in the Constitution?  The

3    presidential election must take place on November 3rd

4    that's in the Constitution if I'm not mistaken.

5          PATRICK BYRNE:  Well, they say the first

6    Tuesday in November?

7          KATHLEEN WELLS:  Uh-huh.

8          PATRICK BYRNE:  So yeah, I think a judge -- I

9    think the Supreme Court could order certain states,

10   places where there had been this complete craziness

11   revote.  However, the Constitution does have a provision

12   for that as well that says -- and this happened once in

13   1876.  Rutherford B. Hayes ran against a guy whose name

14   was Tilden, and Tilden actually won, but there was three

15   states whose elections had been so corrupt there was no

16   way after the fact to unscramble what had really

17   happened, and so the whole thing got kicked to the house

18   and that's, you know, had showed a lot of -- our

19   forefathers knew there was a lot of corruption and knew

20   there was election corruption, and so they created a

21   provision that says if something becomes a complete

22   meltdown -- this is what they did.  It's goon behavior,

23   and sending people to muscle groups around in voting

24   booths is actually not -- it's shocking behavior.  So if

25   the Supreme Court lets this stand, they are painting a

File 130 The Naked Truth Report

16

1   kick me sign on the back of election laws.  At no point

2   will it be possible to enforce election laws because

3   there will be a precedent that says, you know, if they

4   want to, election officials can just change the rules in

5   defiance of what the state legislature says.

6          KATHLEEN WELLS:  Right.

7          PATRICK BYRNE:  And they can kick observers

8   out of election booths and precincts and such and

9   there's no repercussion.  And look at what they did to

10  Alito.  Alito told them you've got to -- I think he

11  should have enjoined them.  He should enjoin them from

12  accepting late ballots.  He did.  He said you can

13  because keep them separate and we'll handle this later,

14  and they accepted them and then they did not keep them

15  separate, so there's no way to unscramble them.  So they

16  essentially just stuck a finger in the eye of a Supreme

17  Court justice.  They violated an order, an injunction

18  from a Supreme Court justice.  If they let that stand,

19  then gee, there's a whole lot of the rest of us who are

20  spending a whole lot of time and energy trying to follow

21  the law.

22         KATHLEEN WELLS:  Exactly.

23         PATRICK BYRNE:  And maybe we shouldn't because

24  some people don't seem to have to follow the law, follow

25  what judges say, so why am I spending so much time and

1  energy worrying about it.

2  KATHLEEN WELLS:  Right.  That's why I think it

3  has to be deeper than we realize because for them to

4  just flaunt the law like that in our face, and then the

5  media to just ignore it like nothing has taken place,

6  and anyone who brings up this idea of fraud is a lunatic

7  to the media.  That's why I think it has to be something

8  deeper, like CIA related or something like that because

9  it's just going against the grain completely.  We don't

10  have a country if they're not recognizing the law.  You

11  have no country, you have no republic.

12  PATRICK BYRNE:  Yeah.  You've got a rule of

13  law.  It's an important thing.  It's not the country.

14  Every conspiracy theory in the world, the CIA, I'm not

15  going to say that.

16  KATHLEEN WELLS:  Okay.

17  PATRICK BYRNE:  I've seen no evidence of that

18  that I'm going to discuss here anyway.  No, I'm kidding.

19  What we have is no doubt in my mind that the election

20  was stolen in a coordinated strategic way, and there is

21  an entity behind it.  There is an entity behind it.

22  KATHLEEN WELLS:  You would say the deep state,

23  right?

24  PATRICK BYRNE:  Yeah, you would say the deep

25  state.  The deep state.  The deep state.  There's a lot

1   of things riding on stealing this.  And what happened in

2   everything, their whole plan, decades in the making

3   rides on them stealing this and that's why they went

4   on -- and the other thing that happened is Trump broke

5   the algorithm.  Basically there are dials

6   in the machine, so to speak, that they can shift and

7   change votes, but he won by a margin bigger than their

8   ability to cheat that way.  And because he did, they had

9   to go -- that's why they had to go full goon and do

10  things like shut down voting booths and kick people out

11  and pulling 600,000 ballots out of nowhere and run them

12  through the machines and just say the hell with you.

13  That's what we did.

14          KATHLEEN WELLS:  There's my music, Patrick.

15  When we come back, I know you're in a hurry.  It's your

16  birthday.  It's a special day, but if you have a few

17  more minutes you can end it out.

18          PATRICK BYRNE:  Absolutely.

19          KATHLEEN WELLS:  Okay.  Let's take a break.

20  We're going to take a break, we'll be right back.  We're

21  speaking with Patrick Byrne who is the founder and

22  former CEO of Overstock.  He epitomizes the land of the

23  free and the home the brave.  So join us.  This is

24  Naked Truth Report.  I'm your host, Kathleen Wells, and

25  we'll be right back.

File 130 The Naked Truth Report

19

```
 1        (Music)

 2        KATHLEEN WELLS:  Welcome, naked truth

 3   warriors.  Sorry, I was tongue tied there.  Anyway, my

 4   guest is Patrick Byrne, and he is the founder and former

 5   CEO of Overstock, and he has hired a team of cyber

 6   security guys that know how to ethically hack, is that

 7   an oxymoron, I don't know, ethically hack.  They've been

 8   working with Dominion computer machines since 2018,

 9   looking at the system and seeing how it works.  And in

10   fact, one of the allegations in Sidney Powell's

11   complaint that she filed last week with the federal

12   district court in Pennsylvania is that with the Dominion

13   machines one can actually alter the ballot.  Is that

14   correct, Patrick?

15        PATRICK BYRNE:  Yeah.  You can actually

16   physically -- these machines turn out to be actually not

17   just readers.  They actually have printers inside, and

18   they can actually print.  And in fact, they have a

19   library of codes.  When they print and fill in the

20   circle, they don't fill it in perfectly like a machine.

21   They have marks that go on that look like human marks

22   that look like a hand did them.  They advertise that.

23   That's in their library of marks within the machine.

24   They marks that make it look like a human did it.

25        So one thing have run through the machines
```

 1   that have been compromised.  You have no idea what

 2   was there.  You have no idea what was there.  I hate

 3   to sound so discouraged, but the fact that this even

 4   got certified and is being used is itself, there has

 5   got to be a corrupt story behind that.  It all got

 6   signed off along the way.  Anybody that understands

 7   cyber security would never sign off on these.  Yeah,

 8   the guy who was saying this is the most secure

 9   election in history, I don't know if he's a con man

10   or what, but it's ridiculous.

11          KATHLEEN WELLS:  Yeah.  Well, you know, the

12   Epic Times did a summary of the allegations contained in

13   Sidney Powell's complaint that she filed last week, and

14   one of the allegations is they certified them.  The

15   certification is undated for one, and for two it was

16   certified before they even examined the business

17   machines.  In fact, they updated them subsequent to

18   certifying them, these undated --

19          PATRICK BYRNE:  That's correct.  And they are

20   broken in a number of ways.  One is the way

21   certification is supposed to work, and since it's in her

22   complaint I can talk about it, the way it's supposed to

23   work is there's a group that sets the federal group

24   called NIST, National Institute of Science and

25   Technology or standards or something or other.  Then

 1  there's another federal group called the Election

 2  Assistance Commission, and the Election Assistance

 3  Commission is to locate private laboratories and certify

 4  them as capable of examining states' election machinery

 5  and signing off on it.  So it's private laboratories who

 6  go that states hire to come in.

 7          Well, the certification -- there's really

 8  only two -- as far as we can tell, there seem to be

 9  only two private laboratories in the country who do

10  that certification, and they have some interesting

11  ties themselves, and it's not clear -- actually it

12  looks clear to me that one of them, their

13  certification that gives them the power to certify

14  other people's machines, that their certification

15  lapsed in 2017, which if they did that it means the

16  elections in 2018 and 2020 were largely held on

17  machines that were not certified because the

18  certifying laboratory is itself not certified to do

19  it anymore, at least according to public documents.

20  Now, there may be some private documents that no one

21  ever put online.  But it looks like the last time

22  they ever got certified was 2015, and it lapsed in

23  March of 2017.  So it could be that somewhere between

24  20 and 50 percent of the machines that the whole

25  country used were actually running on machines that

1  their certification had broken.  It had a broken

2  chain.  Now, that's before you even get to the issue

3  of there's laws governing you can't be in there right

4  before an election updating the machinery.  It's got

5  to be examined.  It's frozen and such and they

6  violated that.  There were people uploading new

7  software a night or two before the election, and

8  that's been documented in Georgia and other places.

9  They were uploading new software a night or two.

10 It's like a federal crime.

11       And yeah, there was somebody being told --

12 that has given an affidavit saying they were being

13 told to certify as if it was election day, but it was

14 actually I think two days before election day.

15       KATHLEEN WELLS:  Right.

16       PATRICK BYRNE:  And then even in those two

17 days they didn't even have the machine.  Someone else

18 had, you know, could do what they wanted.  So even if

19 they had been doing -- the election officials had been

20 doing what they were supposed to, the chain of

21 certification all the way back to the private

22 laboratories is broken, and it looks like some of these

23 guys weren't doing what they were supposed to.  They

24 were up to no good and doing things like what we just

25 discussed.  So yeah, it's -- pardon me for using graphic

File 130 The Naked Truth Report

23

1    language.  It's just such -- well, I shouldn't say it on
2    the radio, but it's such a -- it's an egg that can't be
3    unscrambled.  There's no way to unscramble things that
4    we're uncovering.  The significant portions of the
5    machines used across the country may well have been
6    outside their certification date.  And even ones that
7    were, they installed software at the very end in
8    violation of the law.  They uploaded and attached new
9    software in a way that violated their certification, and
10   we also know that these things are filled with a type of
11   malware called Q Snatch.  And if you go to VD Net, which
12   is a technology journal from last July, there was an
13   article how 66,000 Dominion machines are infected with Q
14   Snatch.  Q Snatch lets people steal the administrator's
15   credentials and send them off to the Ukraine or to
16   China, and so someone in China can be logging onto a
17   machine that's in Maricopa County, Arizona fiddling the
18   votes.  And in addition, on top of all that, that all
19   assumes even the administrators in the U.S. are honest.
20   But it turns out the administrators in the U.S. are
21   given powers way beyond what you would think a precinct
22   administrator.  They can move votes around, shift votes
23   and erase votes and print new ballots and all kinds of
24   things that are -- well, again, you can imagine someone
25   running a corporate election might want to have that

1  functionality, but there's no way that somebody running

2  a political election in states which are already prone

3  to -- there's so much corruption involved in election

4  matters that you would want an administrator to have the

5  kind of powers that a corporate secretary would have.

6  So it's really just terrible.

7        KATHLEEN WELLS:  Horrific.  And all these

8  allegations and more are contained in Sidney Powell's

9  complaint filed with the federal court.  And also Matt

10 Brainard, who is with the Voter Integrity Project, just

11 tweeted tonight that the FBI has contacted him and wants

12 all his documentation, so that's a good thing.

13       PATRICK BYRNE:  Oh, yeah.

14       KATHLEEN WELLS:  So that's a good thing.  So

15 finally they're getting involved because President Trump

16 in his interview this morning with Maria Bartiroma said

17 the FBI and the CIA, or rather the Department of

18 Justice, rather, are missing in action, so to speak, and

19 he doesn't know what's going on.  So the FBI have

20 contacted the Voter Integrity Project, so that's a good

21 thing, right?

22       PATRICK BYRNE:  Well, it's a good thing that

23 they have, but it could just be -- you know, I've always

24 been a big fan of the FBI all my life, even though I

25 think they've let me and us down in different ways, but

1  I've always been their cheerleader, but I'm a little bit
2  disappointed.  There's somebody I'm not a fan of, and
3  that's the SEC.  I think that they're really corrupt,
4  and I'm quite surprised to see -- my experience in the
5  FBI even adversarially was always sort of white-shirted
6  professionals, the kind of people who make you proud to
7  be an American.  I don't know what the heck is going on
8  over there, I really don't because it's crazy.  The last
9  four years have been crazy.  But yeah, they're not, you
10  know, I'll put it this way.  If they're right there
11  doing something, we're right there sniffing down.  We
12  have all these grass roots people sniffing up and down a
13  lot of trails.  We sure aren't hearing or crossing their
14  paths, so I didn't get the sense that they're up there
15  trying to take any aggressive posture, but it's nice
16  after the President mentioned it in a national interview
17  that they decided it's time to start calling.  That's
18  nice.
19        KATHLEEN WELLS:  Yeah, that's nice.  And also
20  I read that Jill Stein got a ruling in October, last
21  month, that she can now -- she has access to the source
22  code because when she ran in 2016 on the green party
23  ticket she felt that some than hanky panky was going on,
24  so she's going to have access to the source code now.
25        PATRICK BYRNE:  Yeah.  And that's great.  But

1   are you familiar with the whole Seth Rich controversy?

2           KATHLEEN WELLS:  Yeah, uh-huh.  Well, him

3   being -- you know, I listen to Bill Still report, so he

4   keeps us up to date on everything.

5           PATRICK BYRNE:  I listen to Still report,

6   yeah.  He's good.

7           KATHLEEN WELLS:  Yeah.

8           PATRICK BYRNE:  Well, Seth Rich, here's the

9   official story, but it may tie into what we're seeing

10  here.  Seth Rich was a DNC worker, voting supporter, and

11  he got mad, and this is the publicly acknowledged stuff.

12  He got mad because he felt that the DNC had cheated

13  Bernie out of the primary and giving it to Hilary.  And

14  then according to one version of the story he downloaded

15  the DNC emails onto a thumb drive and sent them to

16  WikiLeaks.  According to the official narrative, that

17  was done from Russia.  However, I don't think it was

18  done from Russia because the speed of the download shows

19  that it could not have been done.  It had to be somebody

20  inside.  Well, and then Seth Rich was killed allegedly

21  by a mugger.

22          Well, maybe Seth Rich -- so that's the

23  official narrative.  Whether you believe -- we know

24  he was killed by the mugger, and we know he believed

25  that Bernie had been cheated and gave to Hilary.

1  Whether or not he downloaded the emails or that was

2  Russia we'll just set aside for a second.  just

3  remember he believed that she was cheated and he got

4  killed.

5          Maybe he didn't get killed just because he

6  downloaded emails.  Maybe he knew.  I mean, the thing

7  was he had known that Hilary -- the DNC had somehow

8  cheated Bernie and given it to Hilary.  Maybe what he

9  knew -- oh, by the way, the area of the DNC he worked

10 in was the area of the DNC that dealt with the voting

11 systems in primaries.  You've got to verify that

12 before you quote me on that, but look that up and

13 look at where Seth Rich worked within the DNC.  He

14 had something to do -- he would have been in the

15 position to, and I'm blocking on the title.  But as I

16 recall, if you dig into that you'll find that he

17 worked in the part of the DNC that if this equipment

18 was being used to rig the election for Hilary against

19 Bernie he would have known that in the position he

20 was in.  And what do you know.  He went out saying

21 that it was rigged.  This is maybe how they rigged

22 it, and that would have been something worth killing

23 him for because if there was a guy in 2016 knew that

24 these Dominion machines could be used to do Dominion

25 ES and S machines could be used to do this kind of

File 130 The Naked Truth Report

28

```
 1   stuff, then that would have been a dangerous person

 2   to have running on the streets, somebody with that

 3   knowledge.

 4           KATHLEEN WELLS:  Well, yeah.  They've been

 5   Dominionizing our machines for years, right?

 6           PATRICK BYRNE:  Yeah.

 7           KATHLEEN WELLS:  For quite a few elections.

 8           PATRICK BYRNE:  Yeah.  The real problem is

 9   they were invented in Venezuela.  I mean, the scientists

10   came from Venezuela.  This is really a Venezuelan

11   project.  It came from Venezuela.  When you hear

12   Venezuela, the real chain of command is China, Iran,

13   Venezuela.  When you hear Venezuela, even when they were

14   first introducing these machines, we had affidavits

15   about how they had dozens of Venezuelans out there all

16   over the U.S. pushing these systems and training people

17   on it.  It's very much they do everything they can to

18   make it look like a nonVenezuelan, but there's really a

19   corporate -- what there really is, some lawyer needs to

20   go back to this.  You've got to go back to Smartmatic,

21   which really started in Venezuela and it came to the

22   U.S.  It shows up as a Florida company, but they play

23   games like, you know, one company called Smartmatic was

24   formed in Venezuela, but we formed a whole new company

25   in Florida called Smartmatic, so it's not really the
```

1  case that this started in Venezuela.  Well, it's a

2  distinction without a difference.  Come on.  They're

3  just playing word games.  So Smartmatic turned into a

4  company called Sequoia.  And then somewhere between

5  bankruptcies and licensing agreements and mergers and

6  acquisitions and divestitures that core functionality

7  and software ended up in the heart of at least two of

8  the major brands that commercial machines offered in the

9  U.S., and those are Dominion and ES and S.

10        The same software is inside them both, or

11  software that has the same genetic lineage, so it

12  really is Venezuelan systems.  And why did Hugo

13  Chavez want this?  Because he wanted to rig his

14  elections for life, and so he designed software where

15  the precinct administrators would have the power to

16  game a little, and so that might be where the vote is

17  being gamed, it might be back in the tabulation

18  process, it might be back in Spain, might be back in

19  Germany.  Maybe those are just warm stand operations,

20  I don't know, but there's 12 different places where

21  this stuff can be intercepted and gamed and played

22  with and it's going to take real -- more than we

23  could do without subpoenas and badges and guns in

24  three weeks to really get to which of those were

25  used.  But we can see where places were -- or a

File 130 The Naked Truth Report

30

 1    number of the different techniques were used.  You

 2    know, we have hard evidence.

 3            We have, you know, a lot of poll workers,

 4    Republican and Democrats have utilized what they used

 5    and what they took part in, and they're horrified and

 6    they're being honest.  Even Democrats are coming

 7    forward and contacting us and giving us all kinds of

 8    inside information and evidence.

 9            KATHLEEN WELLS:  Right, because it's beyond

10    the pale.  And there's actually an allegation by -- a

11    sworn affidavit who said that he was a cousin of an

12    executive of Smartmatic, and he was paid millions of

13    dollars between 2003 and 2015 by the Venezuelan

14    government to have Smartmatic software around the world,

15    including the United States.  That's an allegation

16    contained in Sidney Powell's complaint.

17            PATRICK BYRNE:  Yeah.  And that affidavit, and

18    he's a fellow that's a son of -- there's two affidavits

19    like that.  One of them is a fellow from the

20    intelligence community, and one is something else.  I

21    mean, from the Cuban intelligence or something.  I mean,

22    they're very powerful affidavits, very specific.  They

23    afi to everything I just told you.  They put real meat

24    on the skeleton I just told you.

25            KATHLEEN WELLS:  And in fact, the Libertarian

File 130 The Naked Truth Report

31

1  candidate, had votes, Jorgensen had votes taken from him

2  and given to Biden.  And so you know, Jill Stein lost

3  some of her votes and the Libertarian, Johnson in 2016.

4  This has been going on for years.  We saw it right here

5  in California during the mid term 2018 in Orange County

6  which is a traditionally Republican district, and in all

7  four houses, just like this election, at night during

8  election day the Republican is winning and you get up

9  the next morning and a Democrat has won all four seats.

10  So California suffered Dominionizing.

11          PATRICK BYRNE:  This has been going on --

12  well, remember in 2018 how in Orange County how

13  surprising some of the results were?

14          KATHLEEN WELLS:  Yeah.  That's what I was just

15  talking about, Orange County, yeah.

16          PATRICK BYRNE:  I thought you were saying 2020

17  it happened.

18          KATHLEEN WELLS:  Oh, no.

19          PATRICK BYRNE:  Yeah.  I think this has been

20  going on since 2012.  It may be the case that Mitt

21  Romney won 2012, and I do not say -- I did not vote for

22  Mitt Romney.

23          KATHLEEN WELLS:  Right.

24          PATRICK BYRNE:  But if you look at 2012,

25  there's the same basic pattern.

```
 1            KATHLEEN WELLS:  Exactly.

 2            PATRICK BYRNE:  2016 it was going to happen,

 3   and -- it was going to happen, and somebody interfered

 4   with it so it did not happen is what happened in 2016,

 5   that's what's so funny.  Somebody else interfered with

 6   it and it did not happen.  But Hilary with counting on

 7   it happening, and Biden was counting on it happening

 8   this time, which is why Biden never had to -- you know,

 9   doesn't it seem funny to look back just a few weeks.

10   And again, I'm not saying this as a Trump supporter.  I

11   did not vote for him.

12            KATHLEEN WELLS:  Right.

13            PATRICK BYRNE:  There was an Arizona, a

14   caravan 96 miles long in favor of Trump.  When Biden

15   showed up, I think one of his first campaign rallies was

16   in Arizona, and like there were nine people, and six of

17   them were campaign workers.

18            KATHLEEN WELLS:  And then also Biden had that

19   Freudian slip when he said we set up the biggest voter

20   fraud organization going.  There was a Freudian slip

21   that he said.

22            PATRICK BYRNE:  Of course.

23            KATHLEEN WELLS:  And today he just had a

24   fracture in his leg playing with his dog in his foot.

25   That might be a precursor of things to come.
```

File 130 The Naked Truth Report

33

1          PATRICK BYRNE:  Yeah.  Do you also remember

2    how he, just on Thanksgiving, he gave the quadrennial

3    president elect Thanksgiving address which he just made

4    up.  When they put him, the media threw everything they

5    can to reinforce this.  So we got the Thanksgiving

6    president elect address, and a thousand people were

7    watching it.

8          KATHLEEN WELLS:  Oh, right, right, right.  And

9    yet we're supposed to believe he got 80 million votes.

10   It's strange credulity.

11         PATRICK BYRNE:   16 million more than Obama.

12         KATHLEEN WELLS:  Right, right, right.  There's

13   my music.  It was great talking to you.  I know you went

14   longer.  I hope I didn't keep you from your birthday

15   celebrations, Patrick.  I want to wish you a happy

16   birthday again.  This is a great month.  My birthday is

17   in this month also.  It's a great month to have a

18   birthday.

19         PATRICK BYRNE:  Okay.  Well, thank you for

20   having me.

21         KATHLEEN WELLS:  You're very welcome.  Thank

22   you Patrick Byrne.

23         So we were just speaking with Patrick Byrne

24   who is the founder and CEO, former CEO of Overstock.

25   And he's hired a cyber security team to disclose or

File 130 The Naked Truth Report

34

```
1  reveal the fraud that has taken place in our 2020
2  elections.  We'll be back next week.  We'll probably
3  be talking about this again because I can't get
4  enough of it.  See you next week, and I hope you all
5  had a happy Thanksgiving.  Okay, bye.
6              (End of recording.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

File 130 The Naked Truth Report

35

1

2                     CERTIFICATE OF REPORTER

3

4          I, Charlotte Crandall, certify that I was

5    authorized to and did transcribe the foregoing audio

6    recorded proceedings and that the transcript is a

7    true and complete record of my stenographic notes

8    from an audio recording and was transcribed to the

9    best of my ability.

10

11         Dated this 22nd day of July, 2021.

12

13

14

15

16

17    _____

18    Charlotte Crandall
      Registered Professional Reporter

19

20

21

22

23

24

25

1

**1**

**12** 29:20
**16** 33:11
**1876** 15:13

**2**

**20** 21:24
**2003** 30:13
**2012** 31:20,
21,24
**2015** 21:22
30:13
**2016** 25:22
27:23 31:3
32:2,4
**2017** 21:15,23
**2018** 14:7
19:8 21:16
31:5,12
**2020** 21:16
31:16 34:1
**243** 14:20

**3**

**3rd** 15:3

**5**

**50** 21:24

**6**

**600,000** 18:11
**66,000** 23:13

**8**

**80** 33:9

**9**

**96** 32:14

**A**

**ability** 18:8
**Absolutely**
18:18
**accept** 14:19
**accepted**
16:14
**accepting**
16:12
**access** 25:21,
24
**acknowledged**
26:11
**acquisitions**
29:6
**action** 24:18
**addition**
23:18
**address** 33:3,
6
**addressed**
14:15
**administrator**
23:22 24:4
**administrator'
s** 23:14
**administrators**
23:19,20
29:15
**adversarially**
25:5
**advertise**
19:22
**affidavit**
22:12 30:11,
17
**affidavits**
28:14 30:18,
22
**afi** 30:23

**aggressive**
25:15
**agreements**
29:5
**algorithm**
18:5
**Alito** 16:10
**allegation**
30:10,15
**allegations**
19:10 20:12,
14 24:8
**allegedly**
26:20
**alter** 19:13
**American** 25:7
**analyzing**
14:6
**anticipate**
14:13
**anticipated**
14:5
**anymore** 21:19
**area** 27:9,10
**Arizona** 23:17
32:13,16
**article** 23:13
**Assistance**
21:2
**assumes** 23:19
**attached** 23:8

**B**

**back** 16:1
18:15,20,25
22:21 28:20
29:17,18 32:9
34:2
**badges** 29:23
**ballot** 19:13
**ballots** 16:12
18:11 23:23
**bankruptcies**
29:5
**Bartiroma**
24:16

**basic** 31:25
**Basically**
18:5
**behavior**
15:22,24
**believed**
26:24 27:3
**Bernie** 26:13,
25 27:8,19
**Biden** 31:2
32:7,8,14,18
**big** 24:24
**bigger** 18:7
**biggest** 32:19
**Bill** 26:3
**birthday**
18:16 33:14,
16,18
**bit** 25:1
**blocking**
27:15
**booths** 15:24
16:8 18:10
**Brainard**
24:10
**brands** 29:8
**brave** 18:23
**break** 18:19,
20
**brings** 17:6
**broke** 18:4
**broken** 20:20
22:1,22
**business**
20:16
**bye** 34:5
**Byrne** 14:1,4,
8,14 15:5,8
16:7,23
17:12,17,24
18:18,21
19:4,15 20:19
22:16 24:13,
22 25:25
26:5,8 28:6,8
30:17 31:11,
16,19,24

32:2,13,22
33:1,11,19,
22,23

**C**

California
  31:5,10
called  20:24
  21:1 23:11
  28:23,25 29:4
calling  25:17
campaign
  32:15,17
candidate
  31:1
capable  21:4
caravan  32:14
case  29:1
  31:20
celebrations
  33:15
CEO  18:22
  19:5 33:24
certification
  20:15,21
  21:7,10,13,14
  22:1,21 23:6,
  9
certified
  20:4,14,16
  21:17,18,22
certify  21:3,
  13 22:13
certifying
  20:18 21:18
chain  22:2,20
  28:12
change  16:4
  18:7
Chavez  29:13
cheat  14:2
  18:8
cheated
  26:12,25
  27:3,8

cheerleader
  25:1
China  23:16
  28:12
CIA  17:8,14
  24:17
circle  19:20
clear  21:11,
  12
code  25:22,24
codes  19:19
command  28:12
commercial
  29:8
Commission
  21:2,3
community
  30:20
company
  28:22,23,24
  29:4
complaint
  19:11 20:13,
  22 24:9 30:16
complete
  15:10,21
completely
  14:23 17:9
compromised
  20:1
computer  19:8
con  20:9
conspiracy
  17:14
Constitution
  15:2,4,11
contacted
  24:11,20
contacting
  30:7
contained
  20:12 24:8
  30:16
controversy
  26:1
coordinated
  17:20

core  29:6
corporate
  23:25 24:5
  28:19
correct  19:14
  20:19
corrupt  15:15
  20:5 25:3
corruption
  15:19,20 24:3
counting
  32:6,7
country
  17:10,11,13
  21:9,25 23:5
County  23:17
  31:5,12,15
court  14:12,
  19 15:9,25
  16:17,18
  19:12 24:9
courts  14:17
cousin  30:11
craziness
  15:10
crazy  25:8,9
created  15:20
credentials
  23:15
credulity
  33:10
crime  22:10
crossing
  25:13
Cuban  30:21
cyber  19:5
  20:7 33:25

**D**

Dallas  14:7
dangerous
  28:1
date  23:6
  26:4
day  18:16
  22:13,14 31:8

days  22:14,17
dead  14:20
dealt  27:10
decades  18:2
decided  25:17
deep  17:22,
  24,25
deeper  17:3,8
defiance  16:5
Democrat  31:9
Democrats
  30:4,6
Department
  24:17
designed
  29:14
dials  18:5
difference
  29:2
dig  27:16
disappointed
  25:2
disclose
  33:25
discouraged
  20:3
discuss  17:18
discussed
  22:25
distinction
  29:2
district
  14:12 19:12
  31:6
divestitures
  29:6
DNC  26:10,12,
  15 27:7,9,10,
  13,17
documentation
  24:12
documented
  22:8
documents
  21:19,20
dog  32:24

dollars 30:13
Dominion
  19:8,12 23:13
  27:24 29:9
Dominionizing
  28:5 31:10
doubt 17:19
download
  26:18
downloaded
  26:14 27:1,6
dozens 28:15
drive 26:15

_____

**E**

egg 23:2
elect 33:3,6
election
  14:20,23
  15:3,20 16:1,
  2,4,8 17:19
  20:9 21:1,2,4
  22:4,7,13,14,
  19 23:25
  24:2,3 27:18
  31:7,8
elections
  15:15 21:16
  28:7 29:14
  34:2
emails 26:15
  27:1,6
end 18:17
  23:7 34:6
ended 29:7
energy 16:20
  17:1
enforce 16:2
enjoin 16:11
enjoined
  16:11
entity 17:21
Epic 20:12
epitomizes
  18:22

equipment
  27:17
erase 23:23
ES 27:25 29:9
essentially
  16:16
ethically
  19:6,7
eve 14:11
evidence
  17:17 30:2,8
examined
  20:16 22:5
examining
  14:6 21:4
executive
  30:12
expected 14:4
experience
  25:4
eye 16:16

_____

**F**

face 17:4
fact 15:16
  19:10,18
  20:3,17 30:25
familiar 26:1
fan 24:24
  25:2
favor 32:14
FBI 24:11,17,
  19,24 25:5
federal
  14:12,16
  19:11 20:23
  21:1 22:10
  24:9
fellow 30:18,
  19
felt 25:23
  26:12
fiddling
  23:17
filed 14:11
  19:11 20:13

  24:9
fill 19:19,20
filled 23:10
finally 24:15
find 27:16
finger 16:16
flaunt 17:4
Florida
  28:22,25
Flynn 14:10
folks 14:7
follow 16:20,
  24
foot 32:24
forefathers
  15:19
formed 28:24
forward 30:7
founder 18:21
  19:4 33:24
fracture
  32:24
fraud 17:6
  32:20 34:1
free 18:23
Freudian
  32:19,20
frozen 22:5
full 18:9
functionality
  24:1 29:6
funny 32:5,9

_____

**G**

game 29:16
gamed 29:17,
  21
games 28:23
  29:3
gave 26:25
  33:2
gee 16:19
General 14:9
genetic 29:11

Georgia 22:8
Germany 29:19
giving 26:13
  30:7
good 22:24
  24:12,14,20,
  22 26:6
goon 15:22
  18:9
governing
  22:3
government
  30:14
grain 17:9
graphic 22:25
grass 25:12
great 25:25
  33:13,16,17
green 25:22
group 20:23
  21:1
groups 15:23
guest 19:4
guns 29:23
guy 15:13
  20:8 27:23
guys 19:6
  22:23

_____

**H**

hack 19:6,7
hand 19:22
handle 16:13
hanky 25:23
happen 14:13
  32:2,3,4,6
happened
  15:12,17
  18:1,4 31:17
  32:4
happening
  32:7
happy 33:15
  34:5

hard 30:2
hate 20:2
Hayes 15:13
hear 28:11,13
hearing 25:13
heart 29:7
heavily 14:18
heck 25:7
held 21:16
hell 18:12
Hilary 26:13,
 25 27:7,8,18
 32:6
hire 21:6
hired 19:5
 33:25
history 20:9
home 18:23
honest 23:19
 30:6
hope 33:14
 34:4
Horrific 24:7
horrified
 30:5
host 18:24
house 15:17
houses 31:7
Hugo 29:12
human 19:21,
 24
hurry 18:15

I

idea 17:6
 20:1,2
ignore 17:5
imagine 23:24
important
 17:13
including
 30:15
infected
 23:13

information
 30:8
injunction
 16:17
inside 19:17
 26:20 29:10
 30:8
installed
 23:7
Institute
 20:24
Integrity
 24:10,20
intelligence
 30:20,21
intercepted
 29:21
interesting
 21:10
interfered
 32:3,5
interview
 24:16 25:16
introducing
 28:14
invented 28:9
involved
 24:3,15
Iran 28:12
issue 22:2

J

Jill 25:20
 31:2
Johnson 31:3
join 18:23
Jorgensen
 31:1
journal 23:12
judge 15:8
judges 16:25
July 23:12
justice
 16:17,18
 24:18

K

Kathleen
 14:3,5,9
 15:1,7 16:6,
 22 17:2,16,22
 18:14,19,24
 19:2 20:11
 22:15 24:7,14
 25:19 26:2,7
 28:4,7 30:9,
 25 31:14,18,
 23 32:1,12,
 18,23 33:8,
 12,21
kick 16:1,7
 18:10
kicked 15:17
kidding 17:18
killed 26:20,
 24 27:4,5
killing 27:22
kind 24:5
 25:6 27:25
kinds 23:23
 30:7
knew 14:1
 15:19 27:6,9,
 23
knowledge
 28:3

L

laboratories
 21:3,5,9
 22:22
laboratory
 21:18
land 18:22
language 23:1
lapsed 21:15,
 22
largely 21:16
late 16:12

law 16:21,24
 17:4,10,13
 23:8
laws 16:1,2
 22:3
lawsuit 14:11
lawyer 28:19
leg 32:24
legally 14:13
legislature
 16:5
lets 15:25
 23:14
level 14:16
Libertarian
 30:25 31:3
library
 19:19,23
licensing
 29:5
life 24:24
 29:14
lineage 29:11
listen 26:3,5
locate 21:3
logging 23:16
long 32:14
longer 33:14
lost 31:2
lot 15:18,19
 16:19,20
 17:25 25:13
 30:3
lunatic 17:6

M

machine 18:6
 19:20,23
 22:17 23:17
machinery
 21:4 22:4
machines
 18:12 19:8,
 13,16,25
 20:17 21:14,
 17,24,25

23:5,13
27:24,25
28:5,14 29:8
**mad** 26:11,12
**made** 33:3
**major** 29:8
**make** 19:24
25:6 28:18
**making** 18:2
**malware** 23:11
**man** 20:9
**March** 21:23
**margin** 18:7
**Maria** 24:16
**Maricopa** 23:17
**marks** 19:21, 23,24
**Matt** 24:9
**matters** 24:4
**means** 21:15
**meat** 30:23
**media** 17:5,7 33:4
**meltdown** 15:22
**mentioned** 25:16
**mergers** 29:5
**mid** 31:5
**miles** 32:14
**million** 33:9, 11
**millions** 30:12
**mind** 17:19
**minutes** 18:17
**missing** 24:18
**mistaken** 15:4
**Mitt** 31:20,22
**momentum** 14:10
**month** 25:21 33:16,17
**morning** 24:16 31:9

**move** 23:22
**mugger** 26:21, 24
**muscle** 15:23
**music** 18:14 19:1 33:13

**N**

**naked** 18:24 19:2
**names** 14:21
**narrative** 26:16,23
**national** 20:24 25:16
**Net** 23:11
**nice** 25:15, 18,19
**night** 22:7,9 31:7
**NIST** 20:24
**nonvenezuelan** 28:18
**November** 15:3,6
**number** 20:20 30:1

**O**

**Obama** 33:11
**observers** 16:7
**October** 25:20
**offered** 29:8
**official** 26:9,16,23
**officials** 16:4 22:19
**online** 21:21
**operations** 29:19
**Orange** 31:5, 12,15

**order** 15:9 16:17
**organization** 32:20
**Overstock** 18:22 19:5 33:24
**oxymoron** 19:7

**P**

**paid** 30:12
**painting** 15:25
**pale** 30:10
**panky** 25:23
**pardon** 22:25
**part** 27:17 30:5
**party** 25:22
**paths** 25:14
**Patrick** 14:1, 4,8,14 15:5,8 16:7,23 17:12,17,24 18:14,18,21 19:4,14,15 20:19 22:16 24:13,22 25:25 26:5,8 28:6,8 30:17 31:11,16,19, 24 32:2,13,22 33:1,11,15, 19,22,23
**pattern** 31:25
**Pennsylvania** 14:12 19:12
**people** 14:21 15:23 16:24 18:10 22:6 23:14 25:6,12 28:16 32:16 33:6
**people's** 21:14

**percent** 21:24
**perfectly** 19:20
**person** 28:1
**physically** 19:16
**place** 15:3 17:5 34:1
**places** 15:10 22:8 29:20,25
**plan** 18:2
**play** 28:22
**played** 29:21
**playing** 29:3 32:24
**point** 16:1
**political** 24:2
**politicized** 14:18
**poll** 30:3
**portions** 23:4
**position** 27:15,19
**posture** 25:15
**Powell's** 14:11 19:10 20:13 24:8 30:16
**power** 21:13 29:15
**powerful** 30:22
**powers** 23:21 24:5
**precedent** 16:3
**precinct** 23:21 29:15
**precincts** 16:8
**precursor** 32:25
**president** 24:15 25:16 33:3,6

presidential
15:3
primaries
27:11
primary 26:13
print 19:18,
19 23:23
printers
19:17
private 21:3,
5,9,20 22:21
probable
14:20
problem 28:8
process 29:18
professionals
25:6
project
24:10,20
28:11
prone 24:2
proud 25:6
provision
15:11,21
public 21:19
publicly
26:11
pull 14:21
pulling 18:11
pushing 28:16
put 21:21
25:10 30:23
33:4

Q

quadrennial
33:2
quote 27:12

R

radio 23:2
rallies 32:15
ran 15:13
25:22

read 25:20
readers 19:17
real 28:8,12
29:22 30:23
realize 17:3
recall 27:16
recognizing
17:10
recording
34:6
reinforce
33:5
related 17:8
remedy 14:20
remember 27:3
31:12 33:1
repercussion
16:9
report 18:24
26:3,5
republic
17:11
Republican
30:4 31:6,8
rest 16:19
results 31:13
reveal 34:1
revote 14:20,
25 15:11
Rich 26:1,8,
10,20,22
27:13
rides 18:3
ridiculous
20:10
riding 18:1
rig 27:18
29:13
rigged 27:21
Romney 31:21,
22
roots 25:12
rule 17:12
rules 16:4
ruling 25:20

run 18:11
19:25
running 21:25
23:25 24:1
28:2
Russia 26:17,
18 27:2
Rutherford
15:13

S

Science 20:24
scientists
28:9
score 14:22
scrambled
14:23
seats 31:9
SEC 25:3
secretary
24:5
secure 20:8
security 19:6
20:7 33:25
send 23:15
sending 15:23
sense 25:14
separate
16:13,15
Sequoia 29:4
set 27:2
32:19
Seth 26:1,8,
10,20,22
27:13
sets 20:23
shift 18:6
23:22
shifting
14:10
shocking
15:24
showed 15:18
32:15
shows 26:18

28:22
shut 18:10
Sidney 14:11
19:10 20:13
24:8 30:16
sign 16:1
20:7
signed 20:6
significant
23:4
signing 21:5
skeleton
30:24
slip 32:19,20
Smartmatic
28:20,23,25
29:3 30:12,14
Snatch 23:11,
14
sniffing
25:11,12
software
22:7,9 23:7,9
29:7,10,11,14
30:14
son 30:18
sort 25:5
sound 20:3
source 25:21,
24
Spain 29:18
speak 18:6
24:18
speaking
18:21 33:23
special 18:16
specific
30:22
speed 26:18
spending
16:20,25
stand 15:25
16:18 29:19
standards
20:25
start 25:17

started 28:21
  29:1
state 14:17
  16:5 17:22,25
states 14:16
  15:9,15 21:6
  24:2 30:15
states' 21:4
steal 23:14
stealing
  18:1,3
Stein 25:20
  31:2
stolen 17:20
story 20:5
  26:9,14
strange 33:10
strategic
  17:20
streets 28:2
stuck 16:16
stuff 14:6
  26:11 28:1
  29:21
subpoenas
  29:23
subsequent
  20:17
suffered
  31:10
summary 20:12
supporter
  26:10 32:10
supposed
  20:21,22
  22:20,23 33:9
Supreme 14:19
  15:9,25
  16:16,18
surprised
  25:4
surprising
  31:13
sworn 30:11
system 19:9
systems 27:11
  28:16 29:12

**T**

tabulation
  29:17
talk 20:22
talking 31:15
  33:13 34:3
team 19:5
  33:25
techniques
  30:1
technology
  20:25 23:12
term 31:5
terrible 24:6
Texas 14:7
Thanksgiving
  14:11 33:2,3,
  5 34:5
theory 17:14
thing 14:24
  15:17 17:13
  18:4 19:25
  24:12,14,21,
  22 27:6
things 18:1,
  10 22:24
  23:3,10,24
  32:25
thought 31:16
thousand 33:6
threw 33:4
thumb 26:15
ticket 25:23
tie 26:9
tied 19:3
ties 21:11
Tilden 15:14
time 16:20,25
  21:21 25:17
  32:8
Times 20:12
title 27:15
today 32:23

told 16:10
  22:11,13
  30:23,24
tongue 19:3
tonight 24:11
top 23:18
traditionally
  31:6
trails 25:13
training
  28:16
Trump 18:4
  24:15 32:10,
  14
truth 18:24
  19:2
Tuesday 15:6
turn 19:16
turned 29:3
turns 23:20
tweeted 24:11
type 23:10

**U**

U.S. 23:19,20
  28:16,22 29:9
uh-huh 15:7
  26:2
Ukraine 23:15
ultimately
  14:14
uncovering
  23:4
undated
  20:15,18
understands
  20:6
United 30:15
unscramble
  15:16 16:15
  23:3
unscrambled
  23:3
updated 20:17

updating 22:4
uploaded 23:8
uploading
  22:6,9
utilized 30:4

**V**

VD 23:11
Venezuela
  28:9,10,11,
  12,13,21,24
  29:1
Venezuelan
  28:10 29:12
  30:13
Venezuelans
  28:15
verify 27:11
version 26:14
violated
  16:17 22:6
  23:9
violation
  23:8
vote 14:21
  29:16 31:21
  32:11
voter 24:10,
  20 32:19
votes 18:7
  23:18,22,23
  31:1,3 33:9
voting 15:23
  18:10 26:10
  27:10

**W**

wanted 22:18
  29:13
warm 29:19
warriors 19:3
watching 33:7
ways 20:20
  24:25

**week** 19:11
20:13 34:2,4
**weeks** 29:24
32:9
**Wells** 14:3,5,
9 15:1,7
16:6,22 17:2,
16,22 18:14,
19,24 19:2
20:11 22:15
24:7,14 25:19
26:2,7 28:4,7
30:9,25
31:14,18,23
32:1,12,18,23
33:8,12,21
**white-shirted**
25:5
**Wikileaks**
26:16
**winning** 31:8
**won** 15:14
18:7 31:9,21
**word** 29:3
**work** 20:21,23
**worked** 27:9,
13,17
**worker** 26:10
**workers** 30:3
32:17
**working** 19:8
**works** 19:9
**world** 17:14
30:14
**worrying** 17:1
**worth** 27:22

─────────────

**Y**

─────────────

**years** 25:9
28:5 31:4