# Exhibit 357

1

2

3

4

5

6

7                    FILE 134

8     ANN VANDERSTEEL AND PATRICK BYRNE

9                 12-22-2020

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          ANN VANDERSTEEL:  And good evening, everybody.

2    This is a special edition, actually going to be a

3    two-hour edition of Steel Truth tonight.  We have our

4    regularly scheduled program at 9:00 p.m. but I am

5    bringing some very important information forward that is

6    breaking, and it's information that we together, MAGA,

7    needs to work together and support our president at this

8    very crucial time in this election process.  I have a

9    special guest this evening joining me first, Patrick

10   Byrne, who has joined us previously on this show and

11   broke in the Hilary Clinton story that has gone viral.

12          Patrick, it's great to be with you again

13   this evening.  You're still in DC, I suppose?

14          PATRICK BYRNE:  I am.  I am still in DC, and

15   the drapes behind me, the careful watchers on the

16   internet have figured out where I am.  This is a Trump

17   hotel that implies no endorsement from Donald Trump.  It

18   just happens to be very physically safe for myself and

19   my hacker colleagues to do their WORK.

20          ANN VANDERSTEEL:  And you guys are doing some

21   incredibly amazing work.  You know, at that end of the

22   day, Patrick, what this is going to prove is that most

23   of America stands with this president, but it's really

24   an elite squad that is, you know, putting their money

25   where their mouth is.  And I think before we get into

1   the meat of what we're going to talk about, I have to
2   ask you something because this is a question that's
3   burned on my mind for awhile.  I said for a long time
4   where are the billionaires to start a really good new
5   media company, and why is it just yourself that's
6   putting a lot of money behind this effort to prove the
7   election fraud?  Where are all the other rich
8   conservatives that say all these grandiose things that
9   support the president?  Why aren't they teaming up with
10  you?  Why are you seemingly being this one man armed
11  paper hanger with your elite squad of hackers?
12          PATRICK BYRNE:  Well, what's that Shakespeare
13  line about fair weather soldiers.  I don't know.  I
14  don't know.  I know why I'm here.  I did a Ph.D. in what
15  was essentially the intellectual history of the U.S.
16  Constitution.  That's my religion.  This is my jihad.
17  Why I got rich is to fight this battle.  So I don't know
18  what drove them, but this is why I got rich, to fight
19  this.
20          ANN VANDERSTEEL:  Well, Patrick, it is super
21  appreciated by millions of Americans that are just, you
22  know, we're literally, we're hanging on the balance
23  here, our the entire country, the republic, our free and
24  everything that we -- our founding fathers fought for.
25          This is a modern day revolution.  It feels

1  like we're on the precipice of a powder keg sort of a

2  next step, but nobody wants that.  You know, the MAGA

3  movement is very peaceful and we, you know, we want

4  to stand by this president and protest this

5  peacefully, but we need to get to solutions.  So talk

6  to us about the meeting you had on Friday in the oval

7  office, a lot misinformation coming out about it

8  from Maggie Haberman.  Tell us about that explosive

9  meeting because you were there.

10         PATRICK BYRNE:  Yeah, and let me explain.

11  There's an etiquette to visiting the White House and to

12  being in the oval office and what stays there is

13  supposed to stay there, and you don't take pictures of

14  yourself and post it, and I absolutely didn't even occur

15  to me that I was going to violate that.  Twelve hours

16  after I spent four and a half hours in the oval office

17  and up in the residence the general counsel leaked to

18  his buddy, Maggie Haberman of the New York Times, a

19  distorted version of the story.  I thought you know

20  what, if he can leak a lie, I'm going to go public and

21  tell the truth.  Fuck him.  They are trying to take

22  down -- pardon me.  I shouldn't talk.  I know you're all

23  religious and such.

24         ANN VANDERSTEEL:  It's all right.

25         PATRICK BYRNE:  I'm a ticked off Irishman.

1  What a weasel.  What kind of weasel.  I can't stand this

2  town.  Weasels to journalists.

3           I once worked for a guy on Wall Street.  He

4  said what we like about you, Patrick, you're not a

5  backstabber.  You come through the front door with an

6  axe.  So if the guys who participate with me are

7  going to leak lies, I'm going to come and tell the

8  truth.

9           The truth is we got a four and a half

10 hour -- it was one meeting, but it moved from the

11 oval office to the cabinet up to the residence.  In

12 attendance were General Flynn, Sidney Powell, another

13 female lawyer who works for Sidney.  I don't know if

14 she wants her name used, so I'll leave it out, as

15 well as the three legal staff on the White House.

16 Patrick Cipollone is the general counsel.  I can tell

17 you, America, they are absolute lying.  Flynn and I

18 have never seen anything like this.  We after about

19 15, 20 starting saying this is surreal.  For one

20 thing, they are incredibly disrespectful with the

21 president, incredibly, and by doing that they're

22 disrespecting America.

23           Second thing you need to know --

24           ANN VANDERSTEEL:  That's right.

25           PATRICK BYRNE:  -- it's a flat lie there was

1  any discussion of marshall law or even the Insurrection

2  Act.  All of that Maggie Haberman got from her unnamed

3  source is a lie.  You have a named source who was in the

4  room who is telling you that's all a fabrication.  Not

5  one word of that was discussed.

6           Really, I think Cipollone put it out as a

7  prophylactic to get that kind of story out there.

8  These madmen were out there talking about this, and

9  that way it would keep -- as a prophylactic and to

10  discredit.

11           Third, isn't it interesting that though I

12  was in for the entire meeting and heard every word,

13  my name was completely carved out, no leak that I was

14  in.  What do you make of that?

15           ANN VANDERSTEEL:  That's a very interesting

16  point because when they're leaving somebody out who is

17  single-handedly funding an operation to go out, like

18  obviously the Dominion voting machines full of fraud,

19  when you're out there with hackers that are good guys

20  that are going into and finding all the clean cut

21  evidence of voter fraud, vote switching, vote deleting,

22  vote moving around, whatever you can do with a machine

23  they did it in order to try and steal this election.

24  It's very telling that they would leave you out.  It's

25  sort of like lying by omission, right?

1          PATRICK BYRNE:  Yeah.  I think that they know
2  how much I know, and they don't want any attention
3  brought to me.  So, for example, as I've revealed
4  before, I bribed Hilary Clinton $18 million on -- well,
5  I caused Hilary Clinton to be offered and take a bribe
6  in mid July of 2016 by the FBI.  The FBI had me bribe,
7  had me facilitate a bribe for Hilary Clinton which I
8  accomplished.  They also told me she had already taken
9  one bribe for $20 million, and I got an $18 million
10  bribe in her face and she took it, and I've been shown
11  the bank records that show that she took it, so they
12  don't want any attention being brought to me.  That's
13  probably why they omitted my name when they leaked the
14  story.
15          I'll tell you a bombshell, something that's
16  only come in tonight.  I'm only going to tell you a
17  piece of it, something that's been finalized.  Well,
18  so many things.  First, people have to understand
19  this is like a snake eating an elephant, and the
20  elephant is working through the digestive system, and
21  what the public is seeing is what's coming out the
22  back end of the snake.  We have so much information,
23  there's so much information and affidavits and
24  everything we have acquired over the last five weeks,
25  but it's always the lawyers are about one or two

1  weeks behind our digestion and turning it into

2  documents and turning it into filings.  So what you

3  see when you read the filings from Sidney Powell and

4  such is really our state of knowledge about three or

5  four weeks ago.  And even there, her filings for the

6  Supreme Court like the one on Michigan contain all

7  kinds of very damning affidavits and information.

8  But at this point we're three weeks ahead of what's

9  in there.

10           Here's one key thing.  I'm not going to

11  tell you the state or much details about this, but I

12  can tell you a Microsoft certified security guy has

13  given us the photographs and the hard documentary

14  evidence of a Dominion vote counting machine,

15  tabulation machine in a swing state that has a -- I

16  mean, we have the photographs and everything, has a

17  wireless card inside it, and the forensics show that

18  it connected to a wireless network in the thermostat.

19  In the thermostat of the room there was a wireless

20  network that connected into this machine, and when we

21  traced back the IP and from which it was accessed on

22  election night and during the vote tabulation over

23  the next 24 hours, there was access through a

24  thermostat wireless into the wireless card on the

25  vote counting machine, and the IPs reveal when you

1   track them back and strip away the noise, it was

2   somebody in a city in China.  And the actual address

3   of that IP is connected to a company -- is the

4   address of a corporation in China whose name has

5   already come up in relation to some dirty dealings

6   with some politicians of that state in America.  And

7   this is by no means -- we already have had -- I

8   should be bringing this in the next room.  I've got a

9   binder this thick of -- I'm sorry.  Sidney?

10          Anyway, I was going to have this binder

11  brought in.  I've got a binder this thick of hard

12  documentary evidence of foreign access and

13  involvement on this equipment.  As a matter of fact,

14  people are forgetting this, on November 3rd and on

15  October 30th the FBI and I think it was CISA at DHS

16  put out a statement saying that Iran has interjected

17  itself into our election equipment.  They were saying

18  that three days before the election and on the day of

19  the election.  They put out special warnings that

20  Iran was electronically coming in and interfering in

21  our election.  Everyone seems to forget that.

22          ANN VANDERSTEEL:  Right.

23          PATRICK BYRNE:  You know, one aspect of the

24  proof is the FBI itself published this on November 3rd

25  that it was happening that day.

1          ANN VANDERSTEEL:  Right.

2          PATRICK BYRNE:  So there is no question, but

3    we have so many examples of this.  Here's the binder.

4    We have.  Oh, thank you so much.  Here's the binder we

5    have.  Here's the Iranian advance persistent threat.

6    You should have your people, your viewers Google this.

7    Iranian advance persistent threat actor identified.

8    This is coming from the CISA group and the DHS, and it

9    is dated October 30th, and there's more from the FBI on

10   November 3rd itself.  I may be screwing up a date here.

11   Maybe the FBI was a couple days before.  But the point

12   is this whole binder is filed with both public

13   documentation as well as private affidavits that

14   document this up the wazoo.  This is entire binder only

15   concerns foreign involve in our computers, in our voting

16   systems during this election.  This entire binder, and

17   some of them are affidavits, and some of them are

18   government statements that were coming out on the day of

19   the election that this is, in fact, happening.  So there

20   is no question when the main stream media says where's

21   the evidence, you know, tell them to go argue with the

22   FBI.

23          ANN VANDERSTEEL:  Yeah.

24          PATRICK BYRNE:  Tell them to go argue with

25   CISA because they're the ones who were saying it.  But

1  I'm telling you, this example I just gave you, I'm not

2  telling you the state or anymore details, we have the

3  hard soup to nuts documented photographs and IPs and

4  everything there was access from a Chinese company in --

5  well, I won't tell you the city in China, from a company

6  whose name is already at the periphery of this mischief

7  that they were accessing through the internet through a

8  hidden port in a thermostat in the room getting on the

9  Dominion machine that was being used for vote counting

10  in the middle of the vote counting in a swing state, so

11  there's no question at this point.

12          You know it's silly.  That set of pictures

13  and IPs itself documents everything we need to

14  document.  We don't need a thousands pages, but we

15  have a thousand pages and this is (inaudible).

16          ANN VANDERSTEEL:  Did the president know this?

17  Is he aware of this because if it's his own FBI, if CISA

18  knows this, I mean, where's Christopher Rant screaming

19  from the roof tops?  I know that we've turned over head

20  count at CISA right now because of course they lied

21  about their interference in the elections.  Who in

22  administration is aware of this?  This is damning

23  information.  It's bombshell.

24          PATRICK BYRNE:  Since Friday night a curtain,

25  President Trump has been buried in lead.  I was in the

1  room when President Trump, so at one point Pat Cipollone

2  in one of his hissy yelled at the president, stood up

3  and was yelling at the president.  I almost decked this

4  guy.  He's a rude little son of a bitch and Flynn stood

5  up.  I mean Flynn is a real gentleman, as gentlemanly as

6  it gets, and he even took to his feet at one point at

7  three lawyers who were screaming, and then I'm standing

8  shoulder to shoulder with Flynn and facing off with

9  these guys.  There was almost a fist fight.  President

10 Trump said later there's probably not been a meeting

11 like this in 200 years in the oval office.

12         I can tell you I saw president Trump --

13 Cipollone, the general counsel, said you don't even

14 need me.  You can just do this verbally.  If you

15 really want to appoint Sidney Powell special counsel,

16 you can just say it.  And after 15 more minutes of

17 arguing President Trump said you know what, Cipollone

18 said you don't even need a pencil and paper if you

19 want to do this.  But if you do this and that, and 20

20 minutes later Trump said you know what, I've made my

21 decision.  Sidney Powell you're appointed White House

22 special counsel.  And somebody objected, well, she

23 needs a clearance, and that's going to take X many

24 and this and that.  And President Trump said you know

25 what, I have the ability to give the clearance with

1   my word.  I hereby give you a TS SCI clearance.  This

2   is done, this decision (inaudible).

3              ANN VANDERSTEEL:  Wow.

4              PATRICK BYRNE:  The next day Sidney Powell,

5   this was in front of Mark Meadows who's on the phone.

6   This was in front of the legal staff, and it was front

7   of myself, Flynn Sidney, General Flynn and the other

8   lawyer whose name for her own security I don't want to

9   use.  And the next day Sidney Powell called Mark Meadows

10  and said now that I'm White House special counsel, I'm

11  going to need an office at the White House, and Mark

12  Meadows said oh, Sidney, I don't know if we can really

13  do that.  And Sidney said well, okay.  I at least need a

14  pass so I can come and go, and Meadows said I don't

15  think we can really do that either.  So they are

16  directly refusing to execute an order from the

17  president.

18             Yesterday or today -- yeah, today is

19  Tuesday.  On Monday Sidney Powell went to go over to

20  the White House and was refused.  Actually, I was

21  with her Sunday night, and she was refused

22  admittance.  I mean, we got into the White House but

23  was refused -- they will not inform him even though

24  he has directly said -- I heard him say that they do

25  not have to worry about access, do not have to worry

1   about access, they have direct access.  His people

2   are refusing to execute his orders.  That's how crazy

3   it's gotten.  They are refusing to execute his

4   orders.

5            ANN VANDERSTEEL:  Wow.

6            PATRICK BYRNE:  And today the same thing is

7   going on.  And since then, everyone we know has had like

8   a lead wall come down around him.  His own staff, Mark

9   Meadows and Pat Cipollone have taken control of the oval

10  office, and they are refusing to follow President

11  Trump's orders.  It's --

12           ANN VANDERSTEEL:  Okay.

13           PATRICK BYRNE:   -- this weasel on the spot

14  for the way he talks.  If you'd ever talked -- it was

15  all I could do not to slip the guy, he was so rude to

16  the president.

17           ANN VANDERSTEEL:  This is explosive.  I just

18  want to stop for a second and just kind of recapture

19  here because Maggie Haberman has done a real disservice

20  to the country putting out information that's

21  categorically and patently false, and you are here

22  dispelling exactly what went on.  I had the opportunity

23  to speak to General Flynn yesterday, and he sort of

24  recaptured a little bit of this.  But I was talking to

25  General Flynn in terms of this is President's Trump

1   Abraham Lincoln moment right now.  I mean, there's so
2   much evidence of fraud thanks to the work you and your
3   team have done, Sidney Powell, Rudy, Jenna, the whole
4   team has worked really quickly.  And, of course, the
5   army of digital solders that, you know, General Flynn
6   patented and coined the name for, right.  There has been
7   more information revealed by the army of anons out there
8   than what you see going on in the oval office with the
9   exemption of you, Sidney and General Flynn in that
10  meeting on Friday.
11          Here's then the thing, Patrick.  Are these
12  people all about self preservation at this point
13  because they think there's no way for the president
14  to win and they're just kind of throwing in the
15  towel?  What are they doing here and are they totally
16  anti-Trumper?
17          PATRICK BYRNE:  They are lying to him about
18  his authorities and powers.  I'm a better lawyer than
19  these guys are because, I mean, it was crazy.  They said
20  no, no, no, you can't do that.  And Sidney would say
21  well, actually, he can.  Look at this.  He's already
22  signed this and there's already this law.  He absolutely
23  has the power to do that.  And they'd be like oh, okay,
24  well, okay, maybe, but they were perpetually in the mode
25  of no, no, no, no, to the point that they were saying no

1    without reasons.  They were saying no and then caucusing

2    with each other to try to figure out what the reason is

3    for the no, but they're just in the mode of no.

4              I have talked to, in the last two months

5    I've met a lot of people in this administration, and

6    I can tell you I am being told in the White House the

7    messages going out from Pat Cipollone and the legal

8    team as well as Mark Meadows, just get the president

9    to concede.  We just want to get him into transition

10   mode.  Meanwhile, on the same day I'm being told

11   that, they are telling that to people beneath them.

12   I'm in the oval office with them and they're telling

13   the president oh, no.  We're doing our best, but we

14   just don't see a way.  It's disgusting.  Flynn and

15   I -- so yeah, it's the craziest thing I've ever seen

16   in my life.

17             ANN VANDERSTEEL:  This is so discouraging.

18   This is how out of touch Washington DC is with the rest

19   of us out here that are fighting and scrapping.

20             PATRICK BYRNE:  Do you know why they're doing

21   it?  Because the signal has gone out, if you're good

22   boys and you get the president out on January 20th,

23   there is a million and a half dollar -- in fact,

24   President Trump said to one of the people there, one of

25   the three lawyers, it was his last night and he was

1  leaving that night.  He stayed until midnight with us.

2  President Trump said do you know why this guy is

3  leaving?  He just got an offer for ten times the salary

4  from another law firm in DC.

5              What's happened is all these people know

6  that if you get the president out on January 20

7  there's jobs waiting for them at law firms and

8  lobbyists for million dollars and up jobs.  But if

9  they don't get him out, and if they do, they're going

10 to be invited to the right socialite parties in New

11 York.  hey, I've been to those socialite a parties.

12 You aren't missing anything.  You know, it's slumming

13 as far as I'm concerned.  Hang out with a better

14 class of people than hanging around that group in New

15 York.

16             so they're being tempted with offers like

17 that, and they're being told, I'm told by people

18 involved, they're being told if you don't get him out

19 on January 20th all that goes away.  So these people

20 are privately being offered massive jobs if they just

21 get President Trump out.

22             ANN VANDERSTEEL:  Well, you know what, I'm

23 proud to say President Trump vetoed that nasty behemoth

24 of disgusting pork barrel spending bill.  He vetoed it

25 tonight, and he rightfully should have because, you

1   know, how insulting.  They're up there getting their fat

2   cat jobs and they're going to give us six hundred bucks.

3   Seriously, this is what they think of America?  We're

4   here to serve them.  They've forgotten, Patrick, that

5   they are supposed to be serving us.

6          I'm going to ask something a little bit out

7   of the ordinary here.  Is Sidney Powell around?

8   Maybe the two of you could sit together.  I wanted to

9   ask some questions that maybe as an attorney that she

10  could also answer live if she's open to that.  It has

11  to do with some statutes and I know --

12          PATRICK BYRNE:  I'm not going to do that.

13          ANN VANDERSTEEL:  You're not going to ask her?

14  Okay.

15          PATRICK BYRNE:  Sidney, do you want to come

16  join me for a minute or not?  She heard me.  If she

17  wants to, she will.  If she doesn't -- you've got too

18  much going on.  She has a lot going on.

19          ANN VANDERSTEEL:  I know, and I appreciate the

20  time that you're taking right now to help educate

21  America because America is getting it from every which

22  way.  The news is flying around, and frankly more and

23  more people are coming to alternative media thanks to

24  people like yourself that are promoting it because they

25  know they're going to get straight talk here.  We're not

1  covering it up.  We're not paid by somebody else.

2       PATRICK BYRNE:  I had a prominent mainstream

3  journalist text me tonight and say, you know, why did

4  you come on my show and it will give you more

5  credibility to be on my show hand.  I texted him back,

6  fella, you're legacy media.  Don't worry about my

7  credibility, worry about your own credibility.

8       ANN VANDERSTEEL:  God bless you.

9       PATRICK BYRNE:  (Inaudible)  They're so

10 clearly in cover up mode.  I'm keeping the big bomb.

11 I'm a not dropping the big bomb.  I've got a bigger bomb

12 and then a mother of all bombs to drop when the time is

13 right, and I'll offer here, I will do it on live

14 broadcast on a television.  I'll even throw this out.

15 This guy says I will not have you on live.  He will not

16 have me on live.  So I will throw here a challenge to

17 any of the major networks.  You will win a Pulitzer if

18 you will have me on and I will tell you a big secret.

19 Nobody will do it.  This cone of silence has come over

20 me.  So now they're reaching out.  They want me to come

21 on, but they always will say live, they save live to

22 tape.  They will not have me on live, and I'm turning

23 them down.  I'm not going to did live to tape because

24 they will edit things to suit their needs.  But I will

25 do a live interview with any -- but in the meantime you

1   know what, the way I feel, who's this guy to tell me my

2   credibility would go up if I was on X and Y mainstream

3   companies.  They're the ones that need to worry about

4   their credibility last I checked.  Something like

5   18 percent of America now believe the press, so I'll go

6   alternative.

7          This is this war of the flea against the

8   elephant, the ants against the elephant.  I'm just

9   doing alternative press, and when the smoke clears

10  you folks are the new mainstream.

11          ANN VANDERSTEEL:  That's right.  We are the

12  new mainstream media.  The last interview I did with

13  you, Patrick, it ended up on so many other people's You

14  Tube channels because I don't lock my stuff.  I let

15  people take it and run with it.  It was dissected and

16  just tweeted out all over the place.  It got millions of

17  hits, and that's what got them all upset and we're going

18  to be back --

19          (Multiple voices)

20          ANN VANDERSTEEL:  Pardon me.  I will let you

21  talk.

22          (Multiple voices.)

23          PATRICK BYRNE:  Nature abhors a vacuum.

24          ANN VANDERSTEEL:  That's right.

25          PATRICK BYRNE:  I helped build Fox Business in

1  the sense that in the early days when no one watched
2  them I told them, because I detest CNBC.  Everything
3  people are now saying about the mainstream media I saw
4  on CNBC by '05, About I used to go on CNBC all the time.
5  I stopped, and I just did Fox News for 10, 12 years and
6  helped them all I could.  I was one of their go to
7  guests.  But to see what Fox has done with its brand,
8  they're down 50 percent of their viewership, and you
9  know what, they deserve it for the role they played in
10 this.  They've totally -- they deserve it.  But to see
11 New Max and One America News, I think one has quintupled
12 and one is up ten times, and I'm sure your viewership is
13 way up.  Yeah, I'll just stick with this.  They need to
14 worry about their credibility as far as I can tell.
15        ANN VANDERSTEEL:  Amen.  They absolutely do.
16 So the March for Trump is coming up, and one of the
17 things that General Flynn and I spoke yesterday is about
18 getting people to turn out on January 6th for the big
19 march for Trump.  We've been there the last couple.
20 We'll be back again for this one.
21        I would really hope, and I'm going to ask
22 you, what encouragement can you offer the people of
23 America to come to this march for Trump because we
24 want to get at least ten million people in DC.  This
25 is a big day.  This is when the congress is going to

1  be looking at the slate of electors and deciding

2  whether they're going to accept the electoral

3  college, and hopefully between now and then we're

4  going to have a guest on here that I would like you

5  to listen to, Patrick, and talk with because he's

6  going to present about the other Trump card, which is

7  called a Pence card, which is a very unique solution

8  to how the vice president can play a very pivotal

9  role tomorrow on this slate of electors because he

10 doesn't really have to accept what is being put

11 before him, so I'm going to call him and get him on

12 speaker, and we're going to have a little round table

13 here.  But the march for Trump, what can you suggest

14 America to do?  If they can't make it to DC, what

15 else can they do?

16        PATRICK BYRNE:  Do it in your capital.

17 January 6th of this year.  Listen, this is my attitude.

18 I'm a small L libertarian.  I do not want any violence,

19 but we cannot bend a knee to this.  Over the last decade

20 or two we've been asked to bend a knee to assaults on

21 freedom of religion, First Amendment privileges like

22 free speech, innocent until proven guilty, even freedom

23 of assembly given that the police now let goons attack

24 us, freedom of assembly.

25        If we bend a knee, the most atomic concept

1  of our world, of our political tradition is consent

2  of the governed as determined through elections that

3  are free, fair and transparent.  If you bend a knee

4  on this, America, you'll never get another chance.

5            ANN VANDERSTEEL:  That's right.

6            PATRICK BYRNE:  I lived in communist China, so

7  you have to -- January 6th, congress meets I think 1

8  p.m.  We have to be out there certainly -- I think

9  January 4th, 5th, and 6th.  Make believe you're camping

10  out on a campground on the mall.  Do it.  If you can't

11  make it to Washington DC, doing it at your local state

12  capital.  We have to show these politicians we're the

13  principal, they're the agent.  What that means is when

14  you hire a plumber or when you hire a lawyer, you're the

15  principal, he's the agent of the principal.  He does

16  what the principal -- he serves the principal.  He's got

17  a fiduciary duty or other kinds of duties to serve the

18  principal.  And when it comes to our republic, we are

19  the principal and they are our agent.  They're just some

20  people we hired.  We vote for them and we hire them and

21  give them the paycheck to do our will.  If we cross this

22  barrier where they get to get away, where the goons get

23  to get away with a rigged election, they are flipping it

24  and they become the principal and we're the agent.

25            ANN VANDERSTEEL:  That's right.

1        PATRICK BYRNE:  And I've listed in Saudi.

2   Most of the Saudis on earth are like that.  It's the

3   difference between America and everything else.

4        ANN VANDERSTEEL:  That's right.

5        PATRICK BYRNE:  Americans don't necessarily

6   understand the step they're taking if they turn a blind

7   eye to this.  So under no circumstance we can accept

8   this.  And the way to do it -- I'm asking people to be

9   coming by the 5th and even the 4th and do not -- we're

10  citizens too.

11       ANN VANDERSTEEL:  That's right.

12       PATRICK BYRNE:  And the First Amendment tells

13  us we assemble.  And if the goons show up and the police

14  do not protect us, it is time we practice the right as

15  John Lock, our intellectual -- the guy who wrote the

16  book that all of our founding fathers read, and the

17  Constitution was based on having John Lock, an English

18  philosopher, and the most fundamental right you have is

19  self-defense, self-defense.  Every animal, a squirrel

20  has the right to self-defense, let alone a free man.

21       ANN VANDERSTEEL:  That's right.

22       PATRICK BYRNE:  Stop putting up with -- the

23  police have to protect us or we protect ourselves.  Now,

24  that is to say we never want to be like the other guys.

25  We always want to be a couple steps better.  We want to

1  maintain the moral high ground, but under no

2  circumstance can we accept a transparently rigged

3  election.  So be here January 6th.  By January 6th you

4  should be protesting like hell either in your state

5  capital or in Washington DC.  It's all going to come

6  down to this, and I think people should start gathering

7  on the 4th and the 5th and make this quite a Woodstock

8  of freedom.  It will go down in history.

9            ANN VANDERSTEEL:  We're going to be there.

10  We're going to be there for all of it through the

11  inauguration.  I'm not leaving until we see President

12  Trump reseated.

13            Listen, I have Ivan Raiklin on the phone.

14  If Producer Liz can put up this graphic for the

15  audience and also for Patrick Byrne to see.  Ivan,

16  I'm going to put you on speaker right now.

17  Unfortunately, Ivan, you're not going to be able to

18  hear Patrick, but I'd like you to explain to

19  everybody about what you and another gentleman, who

20  happens to be a patent attorney, have come up with as

21  what you call the Pence card for Operation Pence

22  Card, December 23rd, which would be tomorrow.  It's a

23  way forward that you all think that Vice President

24  Pence can actually stop this slate of electors

25  legally, legally.  can you walk us through what we

 1  have on the screens.

 2            IVAN RAIKLIN:  Yeah, absolutely.  So

 3  essentially, like you mentioned, I was discussing it

 4  with another attorney, and we came up looking at the

 5  article two, section one, clause two where the state

 6  legislators have the plenary power that decides how an

 7  election occurs within a state.  And then looking at

 8  also title 3 of the U.S. code section 12 that lists the

 9  specifications of states submitting their electoral

10  states to the federal government.  Putting those two

11  together, essentially the vice president is the arbiter.

12  I argue that he has the sole plenary power by the

13  federal government to determine whether or not an

14  electoral slate has been set and he is the one that has

15  received it.  So if he receives it, then he is

16  essentially complicit in certifying fraudulently

17  submitted electors because they did violate, as we've

18  seen in litigation.  And in the absence of the Supreme

19  Court deciding on whether or not that is accurate or

20  not, it falls on the shoulders of Vice President Pence

21  to actually make the determination.  And by extension,

22  what that does is that forces the state legislators to

23  then cast their vote.  By the legislature they would

24  have to call a special session without the governor

25  because the governor is not involved in any way with

1  this other than the certification, and then they would

2  resubmit an electoral slate that complies with the

3  Constitution and their state laws, and that would be

4  applicable to all the contested states, potentially also

5  New Mexico.  I haven't looked in detail, but at least

6  the six contested states that we have.  And the reason

7  why I mentioned New Mexico is because the dueling

8  electors that were mentioned.  I haven't done a detailed

9  analysis yet for New Mexico, but that will probably be

10  happening tomorrow.

11          ANN VANDERSTEEL:  Okay.  So I'm just going to

12  throw this to Patrick really quickly.  Obviously we're

13  all looking for a peaceful solution to this that's

14  legally.  The president has been looking for a way

15  forward legally.  Have you heard him working with Sidney

16  Powell, Patrick, anything along this line that resembles

17  what you just heard from Ivan?

18          PATRICK BYRNE:  I've heard of this idea from

19  8Ivan directly.  But no, we were focusing on more

20  evidence based approaches to revealing what happened and

21  stopping the steal.  What Ivan's talking about is it

22  more of a constitutional theoretic approach.  I mean,

23  they fit hand in glove.  What gives Pence the duty to

24  turn down the fraudulent electors is the evidence we're

25  gathering and servicing, so that's how the two theories

1  fit together.  And I appreciate Ivan and I like that

2  approach.

3          This is a belt and suspenders approach.

4  The belt is we've got -- we have developed -- there's

5  50,000 affidavits around America.  50,000 Americans

6  have put their lives on the line, frankly, through

7  given affidavits about what has happened and what

8  they saw and here and there.  But the suspenders

9  approach is what Ivan is putting out with Pence.  It

10 should not take that.  I mean, It shouldn't take

11 Pence having to do that.  It should really be

12 resolved -- none of this should have happened anyway.

13 The moment states started changing their election

14 rules without the state legislatures doing it but by

15 election officials, they were violating the

16 Constitution.  The Constitution is unambiguous on

17 this question, and I think the Supreme Court -- you

18 know, the Supreme Court failed us once terribly in

19 1936, '37.  FDR came to power and wanted to pass a

20 bunch of fascistic -- he wanted to rip up the

21 Constitution basically or punch holes in the

22 Constitution.  For four years our Supreme Court held

23 FDR back.

24          In 1936 FDR said basically if the Supreme

25 Court keeps doing this we're going to pack the

1  Supreme Court.  Spring of 1937 the Supreme Court came

2  out and laid over and reinterpreted the Constitution

3  and punched all these holes in it over the next

4  years, look up Wickard v. Filburn as a perfect

5  example of a case that punches a hole in the

6  Constitution, and the result was we got a federal

7  government three times the size that we should have.

8  So if they lay -- if they go wobbly my on this one,

9  that will be the second time the Supreme Court really

10  failed the United States.  I don't think it should

11  come down to the Supreme Court, but at the end of the

12  day it may, and they have to stand tall.  Any eight

13  year old can look at what happened on November 3rd

14  and the week thereafter and knows what happened.  You

15  know, suitcases of ballots being pulled out from the

16  skirts of tables.  Everyone else gets pushed out.

17  You know, it's ridiculous.

18          If the Supreme Court goes wobbly on this,

19  and they are.  John Roberts, I think he's

20  compromised.  I think John Roberts is compromised.

21          Has anyone published -- I have Epstein's

22  flight logs.  Has anyone published Epstein's flight

23  logs publicly yet?  Are they out there yet?

24          ANN VANDERSTEEL:  Oh, yeah.  Epstein's flight

25  logs have been publicly published.  There's pictures of

1  John Roberts with Ghislaine Maxwell sitting in the chair

2  cozy.  There's pictures of him in the water with Bill

3  Clinton, yeah.

4          PATRICK BYRNE:  I've heard the picture of him

5  with Ghislaine Maxwell is fake or don't count on that.

6  I don't know.  I haven't verified it.  I've just heard

7  don't trust that picture.

8          ANN VANDERSTEEL:  Flight logs are published,

9  absolutely.

10          PATRICK BYRNE:  I know a lot more than I'm

11  saying.  You know, I know a lot more than I'm saying.

12  That guy is compromised.  He should recuse himself at

13  the very least, if not resign, I believe.  But, you

14  know, at the end of the day, if this comes down to the

15  Supreme Court, they have to protect the republic this

16  time.  They failed us.  They have one huge black mark

17  against them.

18          ANN VANDERSTEEL:  That's right.

19          PATRICK BYRNE:  And when they rolled over

20  against FDR's threat to pack the court and they rolled

21  over, and it's really what got us the situation we're in

22  now.  If they do it again, they are acceding to a

23  fascist takeover, an authoritarian takeover of the

24  United States if they let this pass.  I don't think it's

25  going to reach them.  I think politicians, many of whom

1  are compromised themselves, e.g. Swalwell, what's his

2  name.

3          ANN VANDERSTEEL:  Eric.

4          PATRICK BYRNE:  Eric Swalwell.  DNI Ratcliffe

5  said about a week ago that China has come in and they're

6  clearly trying to compromise our politicians.  You know,

7  I can't be compromised because I'm a 58-year-old

8  bachelor.  You can assume that I've done it.  When I was

9  young and single I was young and single, so there's

10 nothing they've got on me because -- but these guys are

11 compromised.  The Chinese have been very clever about

12 it.

13         I think that we're going to raise -- the

14 American citizens still remember the taste of freedom

15 enough that they're going to make their displeasure

16 so clear come January 4th, 5th and 6th and especially

17 on the morning of then the 6th that, you know, the

18 politicians who go along with an obvious theft like

19 this should be ripped to shreds frankly.  that's a

20 metaphor but they are totally, you know -- they all

21 swore an oath to defend the Constitution from enemies

22 domestic and foreign, foreign and domestic, and this

23 is what they were talking about.  And if they meant

24 their words, it doesn't matter what pictures they

25 have on there.  You have to do your duty.

1        ANN VANDERSTEEL:  That's right.  What should

2   happen to these people because frankly, when you

3   consider how many politicians are involved in covering

4   this up, lying to the American public, obviously if your

5   team is able to figure out where all this is coming

6   from, who's interacting, China, Russian, Iran, other bad

7   actor nations out there, if you're able to code down to

8   the IP address, what should we do with these people who

9   have committed sedition and treason because lying to the

10  president is sedition, and being complicit with China is

11  treason.

12        PATRICK BYRNE:  That's interesting.

13        ANN VANDERSTEEL:  Had this conversation come

14  up?  I mean, are these conversations coming up?

15        PATRICK BYRNE:  I probably have a different

16  point of view than you on that.  Well, first of all, on

17  the one hand, what's going on is the elites are once

18  again using the black community as their shield, and

19  they did a bunch of this stealing within black

20  communities.  Four of the major areas were black so that

21  when it gets found out, they can say oh, you're just

22  trying to suppress black vote.  No, black voters weren't

23  the problem.  They weren't the ones who lied and

24  cheated.  It's not voter fraud, it's election fraud.

25  The election officials and a machinery is what cheated.

1   And so the black communities are not -- shouldn't be

2   held to blame, but the elites who performed this are

3   hiding behind them as they've done for my entire life.

4   And what I hope is they have ripped limb from limb by

5   the black community, and the black community wakes up to

6   how they've been used by left elites.

7           Other than that, other than that cheery

8   thought, I think what needs to happen is what they

9   actually do in countries where something, like in

10  Africa when something so terrible has gone on like

11  Sierra Leone where you have civil wars and people

12  chop each other's hands off and stuff, you know, what

13  are you going to do?  Are you going to prosecute a

14  hundred thousand people?  What they actually do is

15  they do something called a truth and reconciliation

16  process.  it's what they do in South Africa at the

17  end of Apartheid.  It's actually a very beautiful

18  idea, and it's a lefty idea, but I'm not a Republican

19  which means I look -- and there are some good ideas

20  on the left, and this idea, like in South Africa,

21  after Apartheid, they gave everyone a chance to come

22  forward.  And the prison guard who'd been a prison

23  guard and beaten black prisoners or something, or

24  actually if he had killed some could actually just

25  come out and say publicly at these hearings yes, I

1  did this and I did this and I did this and I killed

2  somebody, and if you do that, there's no prosecution.

3  But if you leave something out, suppose it turns out

4  that you also raped some of the prisoners.  If that's

5  discovered later in an investigation, they prosecute

6  you for that.  So you have a real incentive to come

7  out and publicly acknowledge I did these things.

8          I think that after this is over and Donald

9  Trump emerges as the properly elected president and

10 does not have this stolen from him, and again I say

11 that not as a man who voted for Donald Trump.  I've

12 never voted for a Republican in my life, swear on my

13 eyes.  I did not vote for him.  It's purely on

14 principle I'm saying this.  when that emerges, and it

15 has to emerge because that's what happened, what

16 should be offered is some kind of truth and

17 reconciliation process, I mean, all the way to the

18 top, all the way to the people that are behind this

19 be given that chance, and anything they come out and

20 acknowledge I would let them off the hook for.  And

21 that's probably a little bit more soft hearted than

22 most of your viewers would demand, but I think it's

23 how we start what happens and give everybody a chance

24 to come clean, and then what's left is you start

25 investigating, and if you find things that people

1  have kept hidden, that's what they go to jail for.

2           ANN VANDERSTEEL:  What about the people --

3           PATRICK BYRNE:  At the very top you've got to

4  put a dozen people away, one to two dozen people who are

5  involved in this need to be put away.  But below that,

6  you do a truth and reconciliation process.

7           ANN VANDERSTEEL:  Well, I can appreciate your

8  comments on that, Patrick, because nobody wants to see a

9  hundred people, you know, get dealt with for treason the

10 way the USC statutes would call for that, right?  That's

11 pretty ugly.  However, there are things, like Sidney

12 Powell has even talked about the Weiner laptop, she's

13 talked about the hardened New York City police

14 detectives that had to go throw up in the bathroom.

15 There's been rumor about that laptop and what's on there

16 for years.  It's not like it's not known out there.  And

17 of course, there's always the hashtag Clinton body count

18 and all this other stuff.

19          At some point people who have done crimes

20 against humanity, there's a reason President Trump

21 wrote the executive order back in December of 2017

22 talking about crimes against humanity.  It's not just

23 about human trafficking, although these people

24 arguably are involved in all of that.  How would you

25 suggest -- I mean, truth and reconciliation doesn't

1   apply to that individual who's committed true,

2   horrific crimes against humanity?

3           PATRICK BYRNE:  I would probably say child

4   trafficking, human trafficking, no, I don't think you

5   can apologize your way out of that one.  Don't you

6   like -- I have to mention in case there's any prisoners

7   watching, you know these -- whenever you read about

8   prisons and male prisons, there's this principle that

9   when they put a rapist or a child molester in prison

10  they get killed.  What that is is prisoners saying, you

11  know, we may be low, we may have committed armed robbery

12  or something, but don't expect us to live among those

13  kind of people, to which I tip my hat.  It tells me they

14  still have honor, and I heartedly applaud that that's

15  what they do.  So I don't think you can truth and

16  reconcile your way out of having committed rape or

17  anything having to do with rape or anything having to do

18  with human trafficking or child -- anything to do with

19  children.

20          But other than that, we have to move on a

21  little bit, and it's going to require maybe more

22  forgiveness than pure law would suggest, than pure

23  application law would suggest.  Who knows.  Above my

24  pay grade.

25          ANN VANDERSTEEL:  Okay.  Fair enough.  Just a

1   couple things are hitting the headlines right now.

2   President Trump pardoning 15 people today, including

3   commuting sentences of about five others, George

4   Papadopoulos, Duncan Hunter and a few other people at

5   the top of that list.  Is that something that is of

6   concern from optics in terms of this as he's looking at

7   this as his last days.  Where do you think that was

8   coming from?

9           PATRICK BYRNE:  Was my name on the list?

10          ANN VANDERSTEEL:  No, your name's not on the

11  list.  Neither is mine.

12          PATRICK BYRNE:  Well, I think, you know, it

13  would be only prudent.  If the president is doing things

14  like that, he should do it prudent, not to the leave all

15  that until he finds out whether he's in or not, whether

16  he gets through this heist or not, so I don't read too

17  much into that.  It's only prudent for him to be doing

18  something like that now.

19          ANN VANDERSTEEL:  Okay.  Comment on this.

20  President Trump now has gone ahead and given orders to

21  John Durham, giving him the authority to present

22  classified information to a grand jury investing the

23  crossfire hurricane scandal, for lack of a better word

24  for it.  What do you think about that?  Are we going to

25  see something finally?

1          PATRICK BYRNE:  Well, I think he's probably
2    pretty impatient.  I don't want to reveal too much.
3    It's already bad enough that I revealed what happened in
4    the oval office.  But since the one guy lied about it,
5    I'll tell the truth.  I will reveal this.  The only one
6    of two times I saw him raise his vase was say to Pat
7    Cipollone when Pat Cipollone was temporizing and dancing
8    and deflecting and that kind of thing, one thing that
9    President Trump threw at him, where's my Durham report.
10   Where's the Durham report, Pat.  He was very calm.
11   Trump is much calmer and gentler than I -- my feelings
12   for him -- I really came to be quite fond of him in one
13   four and a half hour meeting, four hour and ten minute
14   meeting.  He's much different than portrayed on TV.
15   He's a little bit too nice.  But, you know, one thing he
16   threw back in Cipollone's face is where's the Durham
17   report, Pat.  When Pat started saying oh, I've been
18   working so hard trying to get, you know -- President
19   Trump understands that he's been betrayed internally by
20   his staff, and that was one of the -- I know what's in.
21   I know what some of that confidential information is, as
22   you know.  Some of that confidential classified
23   information is that I brought Hilary Clinton 18 million
24   dollars, and they sure as hell should be presenting that
25   to a jury, grand jury.  The FBI told me to bribe Hilary

1   Clinton $18 million, and I accomplished my task in early

2   2016.  I walked you through that before, correct?

3           ANN VANDERSTEEL:  That's right.  Oh, yeah.

4   You broke that on the show and it went viral.  This is

5   what America is hungry for.  America is starving for

6   this information.  We've been sitting here.  We've been

7   told it's coming.  Tic toc, tic toc.  I mean, God bless

8   Hannity and all this, but we never really have gotten

9   these bombs, and frankly, in a matter of a couple of

10  weeks you've dropped them on alternative media, much

11  bigger bomb shells than the American public has heard

12  her four years of this Trump Russia collusion,

13  impeachment, every single hoax you can name under the

14  book right now, and America is to the point of please

15  put a head on a stick, figuratively speaking, I mean,

16  but they want something.  They want the figurative blood

17  of somebody going down for all the atrocities that this

18  president has been put through.

19          What you're explaining is the only people

20  that back this president with the exception of you

21  and General Flynn in the room that day and Sidney

22  Powell is the American people that elected him.

23  That's the reason why his MAGA rallies have been so

24  incredibly important to him.  He gets the energy, the

25  love and the will to fight on because you know he's

1  donating his salary, just like you're donating your

2  money into this cause here.  And again, I'm just

3  astounded that where are the other billionaires out

4  there that could arguably be doing the same thing?  I

5  don't understand why they don't care.  Don't they

6  understand their money is going to get taxed into

7  oblivion under a Biden administration?  Isn't that

8  part of the reason why you're fighting, hello,

9  besides communism and people trading our company.

10         PATRICK BYRNE:  They're motivated by different

11  things.

12         You know, there's really only one patriotic

13  billionaire that I've ever met, and we may disagree

14  on policies here and there, but the only patriotic

15  billionaire I've ever met is a guy named Warren

16  Buffet.  Since I was a little kid I'd get all

17  faklempt.  Before, you know, he was my friend since I

18  was a little kid, before he was Warren Buffet, this

19  mythical figure, since I wa a little kid he's been

20  teaching me -- he's a very patriotic man and loves

21  our country.  We disagree about some policies, and

22  your viewers do too.

23         Anyway, there's a huge bombshell coming

24  about a rape and murder.  Did I walk you through that

25  on your show?

1        ANN VANDERSTEEL:  No.

2        PATRICK BYRNE:  Well, there's a rape and

3   murder that's going to be revealed; some day, and I can

4   tell you John Brennan or James Comey signed off on it

5   after the fact.  They didn't know it beforehand, but one

6   of those two people signed off on a person who committed

7   rape and murder so as to keep the guy on the street,

8   continuing to -- so just so you know, and three federal

9   agents were directed by John Brennan and James Comey.  I

10  don't know which one signed the piece of paper.  They

11  signed off on a piece of paper so that a guy could

12  continue to do something they needed done.  So that's

13  also going to be revealed soon enough.

14        Just so you know --

15        ANN VANDERSTEEL:  That surprises me.  I'm

16  saddened by this.  I'm truly saddened by this.  So let's

17  sort of get this pulled back together a little bit.

18        So right now President Trump has verbally

19  given Sidney Powell the go ahead to be special

20  counsel investigating the voter fraud, the election

21  fraud, correct?

22        PATRICK BYRNE:  He verbally did it.  He

23  verbally made his decision, and when Sidney Powell tried

24  to act, they have pulled the rug out.  They have refused

25  to execute the president's order that Mike Flynn and

1    Patrick Byrne and Sidney Powell and one other lawyer saw

2    him deliver, done and done.  His own staff refused to

3    execute it, and they have put a lead shield around him.

4              I'll give you an example.  Do you know Mike

5    Lindell, Mike Lindell, the pillow --

6              ANN VANDERSTEEL:  Of course.  He's a great

7    guy.

8              PATRICK BYRNE:  Yeah.  He can't get through to

9    the president anymore I heard today from someone else.

10   All kinds of people who for four years could pick up the

11   phone and talk to their friend, the president, they can

12   no longer get through.  Mark Meadows and Pat Cipollone

13   have, as far as I can tell, buried the president in lead

14   shielding so no information can come in.  The president

15   asked us to deliver a certain set of documents to him so

16   he could read, and they have refused to even let that

17   set of documents get to him.  People who -- there are

18   people who work in the White House who are having their

19   privileges revoked just in order to keep the president

20   isolated.  They're keeping him isolated, they're

21   refusing to let him get information, and they're

22   refusing to let the outside -- people -- I know someone

23   else who was told today -- well, I don't want to go too

24   far, but there are people who the president is saying

25   come see me, and his handlers are refusing to let those

1  people get in.  They are absolutely being insubordinate,

2  refusing to execute his orders.  It's hard to believe.

3       ANN VANDERSTEEL:  This is what I've heard from

4  somebody who was a Trump loyalist that has known the

5  president for years, and she's talked about the inner

6  circle around the president has been nothing but a snake

7  pit and, you know, she's someone who used to pick up the

8  phone herself and contact the president.  She said it's

9  next to impossible.  The only time she gets to talk to

10  him is when he's down in Mar-a-Lago and they have a

11  private meeting that's never even there.  It's offsite

12  because they have to.  It's really just so sad that our

13  government --

14       PATRICK BYRNE:  What's happened since Friday

15  is I have to imagine unprecedented.  His own staff, his

16  senior staff -- now the junior staff love him and want

17  to fight, but the senior staff is pushing back on the

18  junior staff and refusing to execute the president's

19  orders and refusing, taking away privileges and such so

20  information cannot get to the president.  It's the

21  damndest thing I've ever seen.  I'd go over with a blow

22  torch if you let me take care of this.

23       ANN VANDERSTEEL:  You know what.  Frankly,

24  honestly, Patrick, you would be better served with

25  people like yourself who are putting your money where

1  your mouth is around him.  I know you would do it

2  probably for free.  You'd probably work to support the

3  country, as would I.  I would go in there tomorrow and

4  do exactly what he has done.

5           PATRICK BYRNE:  I've got to tell you, I came

6  to really grow deeply fond of the fellow, and I've come

7  to understand why America loves him so much.  He's a

8  very -- I felt very sorry for him and what they are

9  doing, and he knows they are doing it, but it's like

10 he's wading through a swamp that's up to his chest.

11 Imagine trying to jog and you're in this swamp and it's

12 just holding you back.  It's the craziest thing I ever

13 saw.  We sit on the spot.  Cipollone and I and Mike

14 Flynn nearly got in a fisticuffs right there in the oval

15 office.  I'm shocked by these fellows, and they are way,

16 way, way in front of their headlights.  I think they're

17 committing federal felonies by what they're doing

18 frankly.

19           ANN VANDERSTEEL:  Are you aware of an

20 organization called Every Legal vote.

21           PATRICK BYRNE:  I've heard of it.  It sounds

22 right.  I don't have any details.  Let's count every

23 legal vote.

24           ANN VANDERSTEEL:  Yeah.  They're a really well

25 run organization.  Frank Gafney is over there, Kevin

1  Freeman from the Economic War Room is over there sort of

2  leading the charge on this.  Brilliant minds.  They have

3  a group of people around the country that are literally

4  doing conference calls almost 24/7, and have been on

5  their own time and dime like what you're doing,

6  organizing, and they're coordinating with somebody who's

7  a staffer that works for Peter Navarro, and this

8  particular staffer talks to me, and he's putting out

9  there that right now one of the areas on their rebus

10  that they're looking at is whether they are -- and he's

11  drafting a legal memo to Rosen right how, the new acting

12  attorney general that they're listing all the statutory

13  authorities that they have to examine that they can use

14  to examine voting machines, and one of them, the big one

15  in this particular gentleman's opinion is 42 USC 1974,

16  and essentially it's looking at the civilian's right to

17  question Federal Election Commission, the outcome, and

18  setting on the basic precedence from previous Supreme

19  Court cases, and I literally just had this dropped in my

20  lap ten minutes before you and I went live, so I haven't

21  read, I think it's a 110-page case study on this.  I

22  didn't have enough time to skim it.  Imagine that.  I

23  read the introductory paragraph.  But this is what

24  they're angling for, another angle to at least give what

25  you're doing some leverage and teeth, you know, teeth

1  because obviously they're pushing back.  Oh, these are

2  private citizens.  Just, you know, how can we trust this

3  information.  Where is the U.S. government cyber people

4  coming in and backing what you're presenting?

5          PATRICK BYRNE:  The U.S. Government has

6  captured.  It's captured.  There's a term in economics.

7  It's called regulatory capture, which is that we set

8  up -- we're afraid of industry like Wall Street, so we

9  set up this regulator or the SEC to regulate it and keep

10  it from harming us.  The regulators have a tendency to

11  get captured and become the property of client

12  industries.  The SEC in 2008 became completely clear

13  that they're the lap dog on Wall Street, for example.

14  The guy who wrote this got a Nobel prize for it, a guy

15  named Stiegler in 1971, Fear of Regulatory Capture.

16          Well, there's a theory, it's actually a

17  Marxist theory, that it's not just regulators who get

18  captured.  It's regulators and congressmen and

19  senators and journalists and judges.  It all gets

20  captured.  Your government is captured and they are

21  not enforcing laws, and so anything that gives more

22  power directly to the citizen to pursue the law is

23  something I favor.

24          I do want to mention something that came

25  through from Mr. Trump, all this stuff about marshall

1    law and he's trying to do this and do that.  Trump

2    made perfectly clear, look, all I want is a fair

3    count.  I don't want to be hoodwinked out of a big

4    landslide victory.  If we get transparency and we can

5    inspect these machines and find out what actually

6    happened, and he said this, if it turns out I didn't

7    win I'll leave.  Look, I don't need this.  I'll walk

8    to my helicopter and I'll get play golf the rest of

9    my life.  I'll be perfectly happy.  All we want is to

10   be able to inspect the machines and find out what

11   really happened.  And he said, you know, if I'm not

12   right and I didn't win, I'll leave, I'll leave

13   gracefully, no muss, no fuss, take a helicopter.  I'm

14   out of here, I go play golf.  I just don't want to

15   leave when I strongly suspect that this whole

16   thing -- that I a landslide victory and it was

17   stolen, and that's, I think, a perfectly reasonable

18   thing for him to say.  I know that we could have the

19   answer.  We could have the answer by January 4th or

20   5th.  If he signs the right piece of paper, we could

21   have the answer by January 4th or 5th.  And you know

22   what, I'm the same way.  If it turns out that there

23   was no mischief and Biden won this, if somehow the

24   guy who couldn't draw ten people to a rally in

25   Arizona beat the guy who had a 96-mile car jam in

1  support, if that really happened, you know, he's my

2  president.  I'll salute Joe Biden, just like I did

3  Barack Obama and George Bush, shudder, shudder.

4          So I do want to mention he has more sense

5  -- he has more power than his own attorneys are

6  telling him.  There's an executive order from 2018

7  which declared an emergency, and he doesn't even have

8  to sign anything new.  That gave him an executive

9  order concerning foreign interference in a domestic

10  election, and that document, which has been -- that's

11  quite a powerful document.  He has powers under that,

12  all kinds of powers.  He only needs to exercise a

13  small one, and that is to get some machines

14  inspected.  Like I say, we'll probably do it.  It can

15  be done in seven days, 14 days at the tops, and the

16  government, the official government is providing zero

17  help.

18          The FBI -- there's 50 ,000 affidavits.

19  They're not even getting contacted by the FBI.  U.S.

20  cyber command sitting on its heels.  It's disgusting.

21          ANN VANDERSTEEL:  Why --

22          PATRICK BYRNE:  They're not doing their jobs.

23          ANN VANDERSTEEL:  Why do you think President

24  Trump had that executive order drafted if he didn't

25  expect what is happening today to happen?  I mean,

1  that's a really powerful document.  It was almost like

2  he knew this was going to happen.  Why would he write

3  something like that if he wasn't sort of preparing for

4  this very moment right now?

5          PATRICK BYRNE:  Well, maybe.  I know that the

6  long them Trump supporters always want to say he's

7  playing 3D chess, and he's seen before and he's seen

8  that, and he plotted all this out.  I'm not sure.  You

9  know, luck counts, too.  Maybe he got lucky.  Maybe he

10 got information a couple years ago about how much

11 election fraud there is in the United States.  I don't

12 know, but it turns out to be pretty handy that he signed

13 that.  Actually, under Obama something was done too up

14 to toughen things up a bit and that gives the president

15 powers.  So I think that maybe he got lucky or maybe you

16 folks are right and he had a lot of foresight.  But in

17 any case, whatever the reason, that document's settled,

18 it's perfectly legal, and it gives him the power to get

19 to the bottom.

20          One more point on that.  You know, by

21 federal law these machines and records all have to be

22 maintained for 22 months.  There's a reason for that.

23 It's so that we voters can, if something like this

24 arises, get to the bottom of what happened.  So all

25 we're saying is let's get to the bottom of what

1  happened.  It's not some revolutionary idea.  It's

2  envisioned in the law.

3          ANN VANDERSTEEL:  All right.  I have somebody

4  who's a source.  I'm not going to go into the name of

5  this individual, but he's provided somebody to me that

6  since then has been indicted for some irregularities,

7  big ones.  He's worth about seven and a half billion

8  dollars, and he's being held I guess now under house

9  arrest.  He was in jail on Cape Verde off the coast of

10 Africa, but he's apparently very knowledgeable about the

11 election fraud, all the actors, the bad actors, the

12 foreign interference, et cetera.  Have you heard about

13 this particular gentleman as someone that can come

14 forward and testify to all of these election, quotes,

15 irregularities, the steal?  And if not him, have you

16 heard of others, besides the affidavits, but I'm talking

17 bombshell people?

18         PATRICK BYRNE:  Yes.  There's a number of

19 bombshell people.  Every day brings us a new bombshell.

20 People, as I said earlier, you've got to understand what

21 you're seeing.  Well, first the press.  Ignore the

22 press.  Look at the legal filings.  But even what's in

23 the legal filings from two weeks ago reflect our state

24 of knowledge of about three weeks ago, and that extra

25 week was Sidney Powell working around the clock turning

1   the knowledge into actual legal filings for the Supreme
2   Court.  So if you go and look up her case at the Supreme
3   Court you'll see lots of affidavits and lots of
4   evidence, but that's three weeks dated.  We have
5   developed a mountain since then.  And in particular, we
6   now in the last couple days, in the last week we have
7   ticked and tied on some -- there's really two enormous
8   things that are just ironclad.  Yeah.  We have gotten to
9   the very bottom of a whole bunch of mischief in four
10  states, I mean, how the ballots were done, how illegal
11  ballots with printed, where they went, who did what.
12  We've got affidavits, text messages, everything you
13  need.  There's no point in killing anyone now because --
14  for the bad guys to kill anyone because we've got it
15  all.  So it's really just a matter of what we're allowed
16  to present in the court systems.  And be aware, these
17  guys are like oh, Sidney filed 50 cases.  That's
18  nonsense.
19           The cases -- essentially nothing has had
20  any judge actually look at it, any evidence.  All
21  kinds of citizens and parties around the country
22  immediately after the election filed lawsuits that
23  local judges threw out on the grounds they didn't
24  have standing, so I'll sort of fill it all for your
25  lawyer stuff, had nothing to do with the substance,

1  and the truth is they didn't have the evidence at

2  that point.

3          My colleagues, my cyber colleagues were in

4  the background developing and developing this

5  mountain of evidence, but that's really only begun to

6  show up, and it started showing up in Sidney Powell's

7  lawsuit, it showed up in a Michigan courtroom in the

8  Antrim matter.  So it's in those lawsuits in the

9  Supreme Court.  But even what's in those lawsuits is

10  just the tip of the iceberg of what's coming.  And in

11  particular, we have it absolutely dead to right

12  reverse engineered what happened with some printing

13  of fake ballots -- well, I shouldn't go any farther

14  than that, but we have regarding four states, we have

15  ironclad super to nuts, you know, every step of the

16  process, who did what, where, when, and it's all

17  locked up.

18          And we have another story that's

19  reminiscent of what you just described.  We have all

20  the data on that, too.  This is open and shut.  When

21  the evidence finally gets presented, is able to be

22  presented in court, it's a no brainer.

23          ANN VANDERSTEEL:  I'm very excited -- I want

24  to interrupt you really quick.  We're about to go on

25  another simulcast with our very big partners at Global

1  Financial Network, GFWN, as well as Red State Talk

2  Radio, which is one of the biggest internet radio brands

3  out there.  In fact, we have a nice billboard up on Time

4  Square, Patrick, from the Red State Radio folks.

5  They're just absolutely gracious.  They love the content

6  that we're putting out.  In fact, Producer Liz, thank

7  you for putting that up.  This is our billboard over in

8  Time Square thanks to our partners over at Red State

9  Talk Radio.

10        Mike Lindell also might be joining us.

11  We've reached out to Mike Lindell during the course

12  of this interview since you've invoked his name, and

13  Producer Liz immediately reached out to him.  he's

14  currently finishing up another interview.  He may

15  jump in if you want to stick around for that aspect.

16        PATRICK BYRNE:  I'd love to.

17        ANN VANDERSTEEL:  Just to sort of bounce some

18  of this around because frankly Mike Lindell is a

19  powerful voice to the president.  Right now we are live

20  with Red State Talk Radio as well, our great partners

21  around the world.  They have a huge, huge audience, and

22  we're so appreciative of them taking this show live in

23  the Global Financial Wealth Network.  Thanks to our

24  great partners out there.  They're in 70 million homes,

25  Patrick, so we are over the top as well in addition to

1  all of our internet partners that we go out on as well.

2  So, you know, this is new media, and thanks to people

3  like you that recognize the significance of it.

4          PATRICK BYRNE:  Yeah.  The heck with legacy

5  media.  I'm so over them.  I've discovered Red State

6  Radio really in the last month and right on.  Nature

7  abhors a vacuum, and if the mainstream is going to stay

8  in cover up mode, guys like Red State Radio are just

9  going to grow and grow because the American people want

10  the truth, and they know.  Any child can see the pablum

11  you're getting fed through the mainstream is a turd.  So

12  I endorse Red State Radio and I'm glad that we're on.

13  I'm happy to stick around if you want.  I'll give you a

14  break if you want.  Whatever you prefer.

15          ANN VANDERSTEEL:  Producer Liz, do we want to

16  take a break?  We have such an awesome guest here who

17  understands the ebb and flow of new media, which is

18  fantastic.  Having done a zillion old media legacy

19  shows, we've just been sort of going with the ad lib

20  here because, as I said, our normal start show starts at

21  9:00 eastern, and we will continue with that regularly

22  scheduled broadcast.

23          I'm going to ask you this while we're

24  waiting for Mike Lindell.  Jason Thick, who taking on

25  Facebook, I mentioned him I believe when I was

1  interviewing you a few weeks ago back in Washington

2  DC.  He's Thick vs. Facebook.  He's been in the court

3  now for three years.  The Supreme Court now has taken

4  the case.  Facebook failed to respond to his lawsuit

5  and he's arguing the CDA Section 230 clause and its

6  interpretation which Jason Thick says Clarence Thomas

7  for the first time was the only judge to interpret

8  Section 230 as it's intended to be interpret,ed

9  meaning if you're a platform you don't get to act

10 like a publisher and then get the benefit of hiding

11 behind a platform protections, the immunity clause.

12 This is explained (inaudible).  What's your thoughts

13 on this?

14            PATRICK BYRNE:  Well, that's exactly -- I

15 remember that debate 20 years ago and people were suing

16 Yahoos for what was on up on a message board, and the

17 Yahoos of the world argued look, we're just like in the

18 town square there's a tree, and people go and posting

19 their messages.  And if some of them are libelous and

20 such, you can't sue the guy who put up the tree.  That

21 was their argument.  It's just a public service and

22 they're not taking an editorial position, and for that

23 reason you shouldn't be able to sue a platform like that

24 for libel, and I accepted that.  That's past is law.  No

25 one anticipated that they would then become publishers

1  and they've effectively become publishers by their acts

2  of -- first of all, just by their algorithms and what

3  they choose to promote and what they choose to suppress,

4  let alone their decisions to sensor.  They have stopped

5  being a, what's the term in law, there's a term, a

6  natural monopoly.  They stopped being -- they really

7  have I think have lost the protection of that.  And if

8  Clarence Thomas did that, that was good reasoning.

9           You know, the reason they got the

10  insulation from libel suits the because they promised

11  to be sort of just a neutral town square, and then of

12  course they can regulate offensive speech.  you

13  wouldn't want people to put up kiddie porn or

14  something.  So yeah, they get the right to stop that.

15  But then under the auspices of doing that, they are

16  suppressing all kinds of political speech, which is

17  the most important speech that can ever be

18  suppressed, and they are suppressing -- they clearly

19  have become publishers, and so you should be able to

20  sue them just like -- didn't CNN pay Nick Sandmann

21  three hundred million bucks or something because of

22  what they said about him?

23           ANN VANDERSTEEL:  That's right.  I don't know

24  what the final number was.  I thought it was 240.  It

25  was a lot of money.  He could practically start his own

1 media company really.  He could get off the ground

2 pretty nicely with something like that.

3          PATRICK BYRNE:  Yeah.  Well, I think that

4 that's -- you should be able to do that if people are

5 saying horrible things about you on Facebook and

6 Facebook is promoting it and you've got answers to it

7 and they're suppressing or refusing to let that be said,

8 they are clearly a publisher, and they be just as liable

9 as CNN turned out to be regarding Nick Sandmann.

10          ANN VANDERSTEEL:  All right.  So I want to ask

11 about your next move.  When this election is proven to

12 be a fraud, the president is duly re-elected and he's

13 seated at the inauguration, I'm sure you will be

14 somewhere right close by at that inauguration as will

15 Producer Liz and myself.  (Inaudible) on our next gig

16 going to look like.  Do you want to work in the

17 administration or do you want to go to just being

18 bachelor Patrick, having a good time, living the life of

19 all the riches you've accrued because you've worked so

20 hard?

21          PATRICK BYRNE:  Yeah, I'm not a government

22 guy.  I'm better on the outside, and I think that I'm

23 going to make myself scarce.  No.  It would be

24 flattering, and I would be happy to serve this

25 president.  You know, you always serve any president

 1  frankly.  So really as a citizen, if you get asked to do

 2  something like that, you should, but that's not my

 3  ambition.  My ambition is to get far away from this

 4  town.

 5            I've been living here for about three

 6  months, and that's three months more of my life I

 7  spent in Washington DC.  For one thing, it attracts a

 8  kind of person, these freaking weasels.  This guy

 9  like Pat Cipollone, these guys -- if they worked in a

10  company like Google, they wouldn't last until noon.

11  If you worked in a Silicon Valley tech company, that

12  kind of sleaziness, that kind of talking out of both

13  sides of your mouth, I mean, it's just kind of

14  transparent and I don't like the caliber of men I

15  find here frankly.  There are some wonderful people.

16  I love the military people, I love all kinds of

17  government employees who are the agents, field agents

18  of the FBI who I had the honor of helping on Wall

19  Street, take down Wall Street.  I've had more than my

20  interaction with feds.  It's probably good.  I

21  probably pushed my luck, and if I make it through

22  this alive and not in prison, I should probably go

23  far away from Washington and raise tomatoes or

24  something and just stay quite.  That's really my

25  plan.

1          ANN VANDERSTEEL:  By the way, I just want to

2    let you know you have a few of your fans in here.  They

3    love you.  I'm just looking at the actual You Tube feed.

4    I'm not even looking at Facebook right now.  Tory is in

5    here.  She's in here.  She says Patrick's the best.

6    Someone by the name of Carl Johnson, he's worried that

7    we're running out of time.  Are we running out of time?

8          PATRICK BYRNE:  We are running out of time.

9    You know, come January 6th things get really -- this has

10   to be planned by January 6th, so we have 14, 15, 16,

11   days.  But Winston Churchill said we can always count on

12   American -- it might not be exactly right, but you can

13   always count on Americans to do the right thing after

14   they've exhausted all the alternatives.

15         ANN VANDERSTEEL:  All right.  We're going to

16   take a quick break, Patrick.  We'll take a quick break.

17   When we come back we'll take some more questions from

18   the audience if that's okay with you.

19         PATRICK BYRNE:  I'd love to.

20         ANN VANDERSTEEL:  And hopefully Mike Lindell

21   will be able to join us, and we'll be right back after

22   this quick break.  Stick with us.

23         PATRICK BYRNE:  I'd love to talk to your

24   audience if I can and Mike.

25         ANN VANDERSTEEL:  Great.  Super.  All right.

1   We've got a break coming up.

2          A VOICE:  Trump put out a video last night

3   stating that those who do not have courage will always

4   make fun and laugh at the people with courage, and those

5   with courage have the stamina and dignity to stand up

6   and fight tyranny.

7          A VOICE:  All the people that have gone out

8   there against the mainstream media and said you're going

9   to call us racist, you're going to call us potential

10  Timothy McVeys?  Fuck you.  War.

11         (Music)

12         ANN VANDERSTEEL:  And welcome back.  I am Ann

13  Vandersteel, and we have an incredible edition of Steel

14  Truth tonight.  We are going long, long and very long

15  because we have an amazing guest.  Patrick Byrne, the

16  former CEO of Overstock is with us this evening dropping

17  some serious bombshells, and actually also teasing that

18  not only does he have additional bombs, but moabs coming

19  forward, things he knows about in the Durham Report.

20  One of them he did drop in this show about Hilary

21  Clinton taking an $18 million bribe on top of a

22  $20 million bribe she took from Turkey.

23         Patrick Byrne, great to have you in Steel

24  Truth this evening.  The audience is on fire.  Tory

25  just called me.  Millie Weaver and Try are in chat

1  right now just in a You Tube chat, and they are

2  excited.  I think Tory said she would have bitch

3  slapped those people from what I'm reading in the

4  actual chat, which is incredible.  Thanks so much for

5  sticking around with us, and maybe Mike Lindell will

6  pop in here as well.

7              But let's take some questions from the

8  audience, Patrick.  Before we do that, is there

9  anything you want to, as you disappear behind the

10  curtain, relay while you were talking to Sidney?

11              PATRICK BYRNE:  I'm just setting up some more

12  interviews.  I just wanted to say good on you, Red State

13  Radio, and this is how markets work.  If they're going

14  to have a monopoly, if the mainstream is going to try to

15  be a monopoly and impose a blackout -- I feel like I'm

16  living in the Soviet Union with the blackout they're

17  trying to impose on the truth, that just creates this

18  wonderful opportunity for alternative media and good for

19  Red State, pardon me, Red State radio to be willing to

20  endorse this.  And so I'm endorsing you, Ann

21  Vandersteel, and the Steel Truth and I'm endorsing Red

22  State Radio.  Good for you.  I see the next Fox in the

23  making.  You're going to be big if the mainstream

24  sticks -- and you know what, Fox having lost half its

25  viewership, they're not going to get it back.  When we

1  get through this, and we will get through this and Fox

2  was on the wrong side, you know, they have no

3  principles.  They're going to come back.  I shouldn't

4  say that.  Maria Bartiroma does, Martha McCallum and

5  Tucker Carlson and Lou Dobbs has been good, so some of

6  them have been good, but the rest are going to try to

7  come back, and their audience is not going to be there.

8  It's going to stick to the News Max, the One America

9  News, the Steel Truth, so congratulations.  I love

10  watching this process play out.

11          ANN VANDERSTEEL:  It's exciting to be part of

12  the process.  It's been a long, hard fought battle for

13  all the folks that do what we do, but we love it.  We

14  wouldn't do it if we didn't.  That's the whole point.

15  We love our country and we love the truth.

16          I'm going to pick a question out here from

17  Luby Sypes who says what did Patrick think about

18  Acting Secretary of Defense Miller thanking Pence for

19  being a mentor and his comment about the most complex

20  military operations in history?  Do you have any

21  thoughts on that?

22          PATRICK BYRNE:  I don't have thoughts.  That's

23  a new quote to me, so I shouldn't opine without knowing

24  the context and such.  But I can tell you that I think

25  Chris Miller of whom we speak, the acting secretary of

1   defense, is quite a fine man.  He's from the special

2   operations community.

3          I will use this opportunity to tell people

4   you want to trust the U.S. Marines.  The military in

5   general is well regarded and great.  The U.S. Marines

6   and the special operation community, especially the

7   Green Berets, the Green Berets.

8          You know, there's a story told that JFK in

9   1962 visited Fort Bragg and he allowed -- until then

10  the Green Berets -- until then they weren't allowed

11  to use the Green Beret.  It was a hidden thing.  It

12  was called special forces only, and the Green Beret

13  was almost like a slang term or something.  Only then

14  did Kennedy authorize them to use the Green Beret,

15  and there's a story that it was told, and old Green

16  Berets always know this story, that he took the

17  command master sergeant aside, the senior enlisted

18  Green Beret at the time, and he said -- he gave him a

19  message for that man to pass to the senior enlisted

20  in every A team in perpetuity, and the message was

21  have your plan ready for the day the federal

22  government goes rogue because when it does, it will

23  be this community that restores the Constitution.  So

24  I trust them.

25          I've had some Seal friends.  We all the

1   love the Seals.  The Seals we admire.  They're

2   wonderful people, but in my mind I respectfully say I

3   do not have the same feelings about them that I do of

4   the Green Beret.  The Green Beret have -- that

5   constitution is sort of woven into their DNA in a way

6   that it is not in the Seal community as much as I

7   tremendously respect the Seals.  The Green Beret

8   community and the Marines, if it comes to it, those

9   are the military communities above all else that you

10  need to trust.

11          ANN VANDERSTEEL:  You know, it's funny, as

12  you're talking the phone call that we have is Ivan

13  Raikin.  He was a Green Beret.  We fonted him as such,

14  so we made sure we captured and recognized the fact that

15  he has served, and that's the gentleman who is bringing

16  forth this Pence card option which goes to your point.

17  They are constitutionally grounded.

18          Okay.  Next question from John McCloud

19  wants to know what date does Patrick expect this come

20  to conclusion, January 6th, January 20th, somewhere

21  in between?

22          PATRICK BYRNE:  I expect it to come to

23  conclusion January 6th because I think the American

24  people, the citizens, are going to put the politicians,

25  compromised and not, in the position that they have no

1  choice but to do the right thing.  But your viewers have

2  your duty there to.  Your grandfathers waded ashore at

3  Normandy.  You can get your butt off the coach on

4  January 6th.  Really think January 4th we want to start,

5  and we want to start not raising holy hell, but we want

6  to make our presence known.  If the goons want to show

7  up, the goons, the latte boys have been running around

8  for six months harassing innocent people and pushing

9  people around and such.  If they want to show up, be

10 prepared because that's when they show up and they're

11 going to bring the heat.  Be prepared to defend

12 yourself.  But this is all going to come down to the

13 January 4th, 5th and 6th, and if we do our job as

14 citizens it will all be over then, and the politicians

15 will do their constitutional duty.

16         ANN VANDERSTEEL:  So no insurrection act,

17 anything like that coming this way?

18         PATRICK BYRNE:  Look, there's under no

19 circumstance can we accept a fraudulent election, under

20 no circumstance.  That's all I'm going to say.  Under no

21 circumstance will I go along with a fraudulent election,

22 and no one should.  We'll never get our country back if

23 that happens.

24         ANN VANDERSTEEL:  I think that's fair enough.

25 Okay.  I'm looking for anymore questions here for

File 134 Vandersteel and Byrne
December 22, 2020                                    66

 1  Patrick.  Let's see.  A lot of positive comments.
 2  People want to know about -- of course people want to
 3  understand if there's a Q plan in here.  Let's see.  How
 4  serious a problem is the fact that the president is
 5  being cut off.
 6          PATRICK BYRNE:  It's a huge problem.  It's a
 7  huge problem.  Maybe the American people can break
 8  through it.  I'm telling you, ask Mike Lindell if you
 9  get him on.  I heard today, I don't know, Mr. Lindell,
10  great respect.  You know, anyone, he's the American
11  dream, and a guy who came through what he came through
12  and he's done what he's done, he's the kind of guy who
13  built America.  But I have understood through the
14  grapevine that even today he's getting cut off, and
15  everyone like him is getting cut off.  They are
16  isolating President Trump so as to avoid letting him
17  hear the truth even about all kinds of things that are
18  being turned up, being turned up every hour practically
19  in these investigations.  They have cut off the
20  President of the United States, and it's being done by
21  Pat Cipollone and Mark Meadows, so maybe you ought to
22  give them a piece of your mind.  But get through to the
23  president.  Let him know on Twitter.  He knows he's
24  being cut off.
25          And here's another thing I saw in president

1  Trump.  He's a tired man.  He's a wonderful man.

2  He's energetic and such, but he's tired.  You know,

3  there's a human part to him that this would be tough

4  on anyone, but I think he knows there's got to be a

5  piece of him that would love to leave and go play

6  golf and be done with this horse shit.  He knows he

7  can't.  He has a duty not to.  It's not about him.

8  It's about the American republic, so I think he's

9  pretty tired.  So why don't you do what you can to

10  lift his spirits.

11         ANN VANDERSTEEL:  I agree, and I think that's

12  why he does the rallies.  He feeds off the energy from

13  the people, and he loves to hear we love you because we

14  do.  We do love him.  We love the fact that he's

15  standing up and respecting us.  We, the people, he

16  promised to return the power to the people and now he

17  has.  It's incumbent upon us, Patrick, our civic duty as

18  American citizens that have benefited from this country

19  to do what we need to do in order to support him and

20  help him, and it's people like yourself and Ivan and all

21  the people that are watching that are out, either

22  calling the their governor,s calling their senators,

23  calling their congressmen saying stand up and don't

24  certify this election on January 6th.  You cannot accept

25  the current slate of electors.  They need to be swapped

1  out.

2            I have a gentleman here, Richard Lehman, by

3  the way.  I had the chance to speak to him on the

4  phone.  He actually called, which was a pleasant

5  surprise.  Patrick he wants to know, this is an

6  interesting question, Gina Haskell, is she being held

7  in Guatanamo Bay.  There's been all these stories

8  about that fire fight in Germany and the Sitel

9  servers and that potentially she ended up there.  Can

10 you address that at all?

11           PATRICK BYRNE:  I don't have any independent

12 information on that, and I hope she's not injured.

13 Look, I hope nobody gets killed.  I hope the other side

14 backs down once they understand that we aren't going to

15 let our country be taken over by goons.  And I did

16 hear -- we've saw heard this rumor she got wounded in a

17 fire fight and things like that.  I find that hard to

18 believe.  But anyway, at this point who the heck knows.

19 She's a friend of a friend, and I feel like I don't wish

20 ill will on her so -- and, you know, let's not forget,

21 we need and intelligence service.  We need an

22 intelligence service, and I had -- I'm sure there are a

23 lot of great patriotic American over at the CIA, and I

24 know there's a lot of great patriotic Americans at the

25 FBI with whom I worked on going after Wall Street

1  criminals.  What's happened is it really is not -- I

2  should mention in closing on this point, it's not a

3  distinction of the brass versus the soldiers when it

4  comes to these agencies.  At the soldier level, at the

5  agent level they're all good Americans, get out of

6  college, want to get in and contribute to the country.

7  The farther you work up, the higher the concentration of

8  swamp creatures, and by the time you get to the top

9  you're getting a high concentration, but it's not a

10  total concentration of swamp creatures.  Someone put it

11  to me that it's just different factions of deep state,

12  but it's not all deep state.  It's not all deep state at

13  the top.

14          But anyway, the point isn't that it's the

15  brass.  The point is the people who got there through

16  political appointments have over the last 30 or 40

17  years found a way to burrow into the agencies.  And

18  there used to be a taboo, a big taboo against -- you

19  know, you have people rise up.  They rise up and they

20  become brass, and of course we have political

21  commissars.  This is how every government behaves.

22  You put political appointees over the top of the

23  brass to make sure the agency stays in line with the

24  will of the guy who got me elected by the people.

25  But what's happened up until 40 years ago there was a

1  real taboo against going from a position like that

2  through taking a job down the bureaucracy.  That

3  taboo broke about 30 or 40 years ago and our

4  government at the top level has gotten stuffed in

5  these agencies with political appointees who turned

6  into civil servants.  And once they're a civil

7  servant, they get all the union protections, they

8  can't be fired, and so they're political activists

9  from both parties.  This is the swamp, the political

10 activists from both parties who got in as political

11 guys and then burrowed down into the bureaucracy, and

12 it's Republicans and Democrats have done it, and

13 that's who we have to get out of government.

14         ANN VANDERSTEEL:  That's exactly right.

15         PATRICK BYRNE:  I've been as a Libertarian --

16 go ahead.

17         ANN VANDERSTEEL:  I'm sorry.  Finish your

18 thought as a Libertarian.

19         PATRICK BYRNE:  As a Libertarian you'd think,

20 and I thought I was supposed to dislike these people and

21 think that they're mediocre and such.  They're not.

22 I've had more of my share of interaction over the years,

23 some of them hostile, some of them not.  But there are

24 much more talented.  They're people who could leave and

25 be in the private sector and do just fine.  You know,

1  when I meet a secretary who works in such and such a

2  department, I'm always thinking gee, how would this

3  person be in the private sector.  He or she would always

4  with in the top five or ten percent.  They're very solid

5  people, so it isn't that they're not incapable.  The

6  problem is these political flunkies have gotten in and

7  burrowed down into the organization.  And so instead of

8  being a great FBI agent and working your way up or a

9  great, you know, military officer or something, there

10  are now people over them over the last generation are

11  weenies.  They're political appointees who burrowed in,

12  and suddenly you have some 33-year-old graduate from

13  Brown with gender studies degree is suddenly in a unit

14  where he's giving orders to Navy Seals or something, and

15  that's not how it should work.

16          ANN VANDERSTEEL:  No, it's not.  And Patrick,

17  the world is watching the United States of America.  I'm

18  sure you have, I fielded phone calls, General Flynn told

19  me he's getting calls from all over the world about

20  what's happening.  A gentleman called me who wants to do

21  some reporting on organ harvesting in China, the

22  trafficking and the organ harvesting that goes on over

23  there at horrific rates.

24          If you look at the fact the world cares

25  what happens in an election and you bring it down to

1 a microcosm of spending, Millie Weaver who is

2 actually in chat right now, Millennial Millie.  Hi

3 Milli.  We love you.  She took the Patrick Burgy

4 story that I broke in 2018 and she blew it up and it

5 was an incredible series, the Shadowgate series.  If

6 anybody hasn't seen it, go and watch it.  She went to

7 jail to get this story out there.  She's a true

8 patriot.

9        She wants to know, Patrick -- she's a true

10 patriot.  She wants to know what is your take on the

11 National Defense Authorization Act.  She says a lot

12 of money seems to be delegated for the military

13 industrial complex and foreign countries.

14        PATRICK BYRNE:  Well, first I do want to say

15 that Patrick Burgy's story I believe is true, and I

16 think that we have created instruments to use overseas

17 that are now being turned back against us in some cases

18 by some of the same people.  General McCrystal who I

19 have met and I thought he was a fine guy, but it's

20 absolutely inappropriate that that stuff is being

21 used -- I mean, that stuff was built so we can help

22 foster and build democracy, not so elites can conduct

23 cyops against our own people and --

24        ANN VANDERSTEEL:  You're talking about General

25 Jones, not General Crystal.  General Jones, right.

1        PATRICK BYRNE:  I think McCrystal is part of

2   it.  I think he's now part of --

3        ANN VANDERSTEEL:  General Hayden and General

4   Jones.  This is Tory coming in right now, and she would

5   definitely know.  She's a friend of yours.  She says

6   General Jones and General Hayden, which is accurate.

7   McCrystal probably knows about it, but she says Admiral

8   Harris and --

9        PATRICK BYRNE:  Well, Hayden is a bad guy and

10  Brennan is a bad guy, yeah.  Other than that, I don't

11  know about what's in the new National Defense

12  Authorization Act.  I should not opine.

13        ANN VANDERSTEEL:  Okay.  We just had another

14  one of my favorites come in here, Brian Connelly is

15  moderator, but he's also a victim of fast and furious,

16  and I think I mentioned to you that I did a lot of

17  investigative work on fast and furious, victims that did

18  time because they were scapegoated out by the ATF, the

19  DEA, the FBI to traffic these weapons across south of

20  the border, and my victims never did any such thing.

21  But as you know, operation fast and furious had these

22  gun runners come and buy weapons from some of these gun

23  store owners.

24        Brian Connelly, great guy, he graduated

25  college.  He went to work for the DOD, top secret

1  clearance, then it was border patrol and ICE.  And

2  then he was just selling as a private citizen

3  firearms to friends on the border defending their

4  American sovereignty and he was finger pointed and

5  did five years of time because they used him as a

6  scapegoat during operation fast and furious.  These

7  are the kinds of people the president should be

8  pardoning in my humble opinion.

9         PATRICK BYRNE:  People that have been used and

10 set up and so on and so forth.  Listen, you're going to

11 find out some things about me some day that I need a

12 pardon.  Anyway, so -- well, even just coming public

13 about some of the things I've come public about.  You

14 know, they used me to bribe Hilary Clinton.

15        ANN VANDERSTEEL:  Right.  Why did the FBI

16 choose you?  Why did the FBI choose you?  That was a

17 question in the chat as well.  Why did the FBI choose

18 you to do that job?

19        PATRICK BYRNE:  Welcome to my world.  You'd

20 have to ask them.  And listen, I love the people I dealt

21 with, and I'm so sorry.  I mean them no disrespect.

22 They know.  Many of the ones I dealt with know that

23 there were problems at the top.

24        I'd like to ask you a question.  You

25 brought up fast and furious.  The weapons mentioned,

1  do you know, has it been reported yet where they were

2  manufactured?  Do you know who manufactured them?

3           ANN VANDERSTEEL:  Oh, my gosh.  It's a slew of

4  manufacturers.  I have one gentleman, Wesley Felix and

5  his brother, Mark Felix, they owned the National

6  Survival Store in Las Vegas, not far from where I live,

7  and there were more than three thousand weapons that

8  were run through that store, far more than what the

9  actual federal government was releasing at the time, the

10 two thousand weapons.  We're talking thousands of

11 weapons went south of the border, and guess what,

12 they're still going south of the border.  Operation

13 Skybridge right now is the airport that Marco Lopez, who

14 is going to be the next governor of Arizona if Doug

15 Ducey has anything to say about it and Janet Napolitano.

16 If you talk to Jeffrey Peterson, who has been a guest on

17 my show.  He's also part of the fast and furious expose,

18 he'll tell you about all the swamp creatures that are

19 still running around, including Claire Bronson's

20 attorney, Dennis -- God, names have run out of my head,

21 former U.S. attorney, Dennis Burke.  These are all

22 people that are involved in all this.  Do we have

23 somebody live coming in Liz?

24           PATRICK BYRNE:  Let me mention something

25 before you come live.  Those weapons are manufactured in

1  a U.S. government facility, and the man who oversaw the

2  manufacturing, has that been revealed publicly yet, that

3  they were manufactured in a U.S. government facility?

4           ANN VANDERSTEEL:  That has not been revealed,

5  but I can tell you there are weapons coming out of a

6  naval air station in Nevada right now that are still

7  going south of the borderer, and we're talking about

8  folding fin aerial rockets, I'm talking about rocket

9  propelled grenades, I'm talking about grenade launchers,

10 night vision goggles, Kevlar vests.  They're being moved

11 through our own custom and border patrol stations in

12 semis.  They're staged in (inaudible) Arizona.

13          PATRICK BYRNE:  Here's a bombshell.  I'm not

14 talking about who moved them.  Who manufactured those

15 weapons.  They were manufactured in a U.S. government

16 facility, and the name of the man --

17          ANN VANDERSTEEL:  I believe it.

18          PATRICK BYRNE:  -- who was in charge of that

19 facility is a name you will recognize.  And if I get

20 killed, I will set things within ten minutes of getting

21 off this, I will set up a dead man switch on that

22 information.  But I know who oversaw the manufacture.

23 They were manufactured in a U.S. government facility

24 that you will recognize his name.  That's a big -- it's

25 one of the big secrets they're trying to keep from

1  coming out, and there have been some payoffs and deals

2  made in order to keep that information from coming out,

3  and the name of the man who oversaw is the name of the

4  man who oversaw that facility is a name you will

5  recognize almost certainly when I tell it to you at some

6  later date.  So that I don't get killed, I'm going to be

7  clear, within ten minutes of getting off this, this

8  information will be under a dead man switch.  So if a

9  meteor happens to fall on my head, it will be released.

10           ANN VANDERSTEEL:  Well, that's comforting to

11  know that at least you've planned ahead for your future

12  untimely death.  It's just so pathetic that we actually

13  have to think this way, Patrick, right?  This is

14  information that, you know, I have a group of

15  individuals from fast and furious.  Brian Connelly is

16  one of them.  He's a moderator in my You Tube chat, but

17  I have several others that did hard time, one of them by

18  the name of Ian Michael Garland.  He's an Australian

19  national who became an American citizen, served in the

20  army in Australia.  Here in the United States he's still

21  in the National Guard.  He's a jump master.  He's got

22  thousands of jumps under him.  He's a patriot.  He lost

23  his rights because again he was a gun store owner and

24  got framed and did hard time.  He lived in solitary

25  confinement for, gosh, over 450 days in fecal waste in

1  freezing conditions solitary and he was sent out with no

2  money.

3          PATRICK BYRNE:  Where?

4          ANN VANDERSTEEL:  Up in Minnesota.  He is a

5  true patriot.  He was done totally wrong by our U.S.

6  Government.  Again framed.  The people that went down

7  for it even said Ian Garland didn't do anything wrong.

8  He was just the guy who sold the guns.  All the

9  background checks came clean.  He did everything he

10 possibly could to prove that, you know, he was playing

11 by the rules.  He called in the background checks.

12 Everything was clean.  Even when he suspected stuff he

13 was like wait a minute.  I don't know if this is legit.

14 No, no.  It's fine.  Sell the guns, so he did.  And he

15 told these people if any of these weapons show up in a

16 murder scene or anywhere else, that's your problem.  I'm

17 not going down for it.  I've done everything I'm

18 supposed to do.  And he wasn't trying to sell mass

19 weapons.  He was a small little gun store guy.  No big

20 deal.  He was trying to live the American dream and he

21 ended up going to jail while all of them get off scot

22 free, so there's got to be some accountability here.

23          I've got a gentleman that can prove that

24 the financing of this through JP Morgan Chase and the

25 credit card money laundering fraud using federal air

1  marshal credit cards by the thousands and having them

2  manufactured 500 per hour and using identity theft of

3  the FAA air marshals.  This is like massive what

4  we've been talking about.

5           PATRICK BYRNE:  It's time for me to drop a

6  hand grenade, not a bomb but a hand grenade for you.

7  You want Red State radio.  There are millions of people

8  listening, right?  Is that fair to say?

9           ANN VANDERSTEEL:  Fair to say.

10           PATRICK BYRNE:  Do you want me to drop

11  something that will --

12           ANN VANDERSTEEL:  Drop it.

13           PATRICK BYRNE:  Six months ago I was sent a

14  message.  Well, I was sent -- somebody came to see me,

15  and among the things I was told eight months ago, among

16  the things I was told so that I would understand what we

17  are up against, I was told a detail of the crime

18  scene -- oh, I'm getting a message from someone saying

19  do not reveal this.  Sorry, I actually got a message

20  from --

21           ANN VANDERSTEEL:  That's okay.

22           PATRICK BYRNE:  I just got a message flashed

23  up to me from someone saying do not reveal this.

24           ANN VANDERSTEEL:  Okay.

25           PATRICK BYRNE:  It's a person who knows --

1          ANN VANDERSTEEL:  Okay.  I don't want you to

2   reveal anything that will harm an investigation or harm

3   you.  That's okay.  That's okay.

4          PATRICK BYRNE:  No.  I'll tell you.  I'm going

5   to tell you.  It was from the Epstein death scene.  It

6   was a detail that was shared with me, just one little

7   detail of the scene that tells you that was conveyed to

8   me so I would understand what we were up against and --

9   okay.  The detail of the scene, of the crime scene was

10  this one detail shows that it was not a suicide, it was,

11  in fact, a murder, and it's a detail that once you

12  understand it reveals we have to be -- this isn't the

13  Gambino family, this isn't the Genovese family.  This

14  had the sophistication -- well, I've got to say it now.

15  Otherwise they might kill me.  But no, literally it was

16  just something someone sending my flash message, do not

17  say this.  But this is the -- you know how the guard --

18          ANN VANDERSTEEL:  Come on, Patrick.

19          PATRICK BYRNE:  You know how the guards, we

20  know that the guards -- okay.  The person that just sent

21  me that message, send me an explanation should I or

22  should I not.  If you don't want me to say this, give me

23  ten words why I should not say this.  In the meantime

24  I'm going to give a little bit more color.  It was a

25  detail that was meant to communicate to me it was a

1  murder and indicate to me the seriousness of the people

2  behind it.  Well, I guess it's too late.  It was the

3  Epstein crime scene, and the guards, I was told that the

4  guards, you know, who fell asleep and we all assume they

5  were bribed.

6          ANN VANDERSTEEL:  Yeah, fell asleep.

7          PATRICK BYRNE:  Yeah, we all thought that.

8  Well, guess what, they did fall asleep.  Their blood was

9  tested the next morning, and they found traces of

10  nitrous oxide, so what's that tell you, Ann?

11          ANN VANDERSTEEL:  Wow.

12          PATRICK BYRNE:  Laughing gas.  Doctors use it.

13          ANN VANDERSTEEL:  Right.  Dentists use it,

14  right.

15          PATRICK BYRNE:  So that tells us that somebody

16  snuck into a federal facility.  A cannister of laughing

17  gas, they got access to the ventilation system.  They

18  snaked a hose to the right room, turned it on, knocked

19  out guards.  They knocked out 14 cameras on that floor.

20  Probably there's a goon cop, a dirty cop who's in a cell

21  down the block.  He was probably the guy who did it.

22  This was not confirmed to me his door was left open.  He

23  went and killed Epstein, and then -- and went back to

24  his cell, and then they retrieved the hose, someone

25  retrieved the hose and exfilled, took out the canister

1   of laughing gas.  Now, that tells us something.  Does

2   that sound like a Gambino hit or does that sound like a

3   state level actor?

4           ANN VANDERSTEEL:  State level for sure.  Masad

5   or --

6           PATRICK BYRNE:  Not Masad.  Which state?

7           ANN VANDERSTEEL:  Arkansas.

8           PATRICK BYRNE:  How about the deep state?

9           ANN VANDERSTEEL:  Well, the deep state, yeah,

10  but the deep state is everywhere.  You have deep state

11  in China, you have deep state in Europe.  The deep state

12  is a worldwide deep state.  But if you're talking about

13  USG deep state, can you be more specific?

14          PATRICK BYRNE:  That's what I was talking

15  about.  That detail was communicated to me back in June

16  so I would understand what it is I'm up against.

17          ANN VANDERSTEEL:  Right.

18          PATRICK BYRNE:  The deep state in maybe a

19  branch in New York, but the deep state is who did that.

20  So Epstein -- it was communicated to me just that one

21  detail, that the guards when they had their blood tested

22  had traces of nitrous oxide, so they did, in fact, fall

23  asleep, but they fell asleep because they were knocked

24  out in a sophisticated scheme, which is highly

25  suggestive of a state level actor, and the state was the

1  deep state.

2         ANN VANDERSTEEL:  Do we know if Jeffrey

3  Epstein was also knocked out with nitrous oxide before

4  they just strangled him and made it look like a suicide?

5         PATRICK BYRNE:  No.  I bet they gave that

6  cop -- there's pictures of some cop, an Italian guy from

7  the Bronx who looks like he bench presses, you know, the

8  state of Delaware.  He's just is a big meathead,

9  probably on steroids or something, dirty cop that was in

10  jail.  I don't mean to insult what may be a fine

11  gentleman.  I have no knowledge that it was, in fact,

12  him, but that would have been my guess.  I do know that

13  there were 14 cameras on the floor that got taken

14  offline, and that there were traces of nitrous oxide in

15  the blood of the guards is what I was told, information

16  that was communicated to me from Uncle Sam so I would

17  know what it is we're up against.

18         ANN VANDERSTEEL:  Patrick, this is absolutely

19  unbelievable.  It's explosive information.  Nobody has

20  heard this.  I haven't heard it.  The chat is freaking

21  out right now.  We've all known Epstein didn't kill

22  himself.

23         What else are you sitting on without being

24  specific because obviously the FBI picked you for a

25  reason to bribe Hilary Clinton to get her to, you

1  know, get caught, and then they decided to dismiss

2  that and never pursue any sort of action against her.

3  But there's something else going on.  Why do you have

4  access to all this information.  Why are they

5  choosing you, and does President Trump know all this

6  stuff.

7            PATRICK BYRNE:  I don't know what he knows or

8  he doesn't know.  It became clear to me he does not

9  know -- in our meeting near the end I said something

10 quick to him and I've been thinking about his response.

11 There's a huge cover up going on.  President Trump does

12 not know something very important.  I wish I'd used that

13 opportunity to tell him a story in about two minutes

14 that I should have told him because I was thinking about

15 some things.  There was a huge cover up going on, and

16 there's information in my opinion that he should know

17 that I neglected to get out.

18            ANN VANDERSTEEL:  Tell him now.

19            PATRICK BYRNE:  No, I can't.

20            ANN VANDERSTEEL:  Tell him now.  We'll cut it

21 up and send it to him.  We'll get it to him.

22            PATRICK BYRNE:  I'm getting my own flash

23 traffic telling me I'm going to shut up now.  I doubt

24 I'll ever be invited back to the White House, but if I

25 do and I have 60 seconds with him I will tell him

1   something.

2           I did tell you earlier there was something

3   going on -- there's a rape and murder to be revealed

4   that was covered up by John Brennan or James Comey,

5   possibly Barack Obama, but there was somebody signed

6   off on the cover up of a rape and murder, and I

7   will --

8           ANN VANDERSTEEL:  Is this person --

9           PATRICK BYRNE:  When I'm through -- go see

10  Deep Capture.  Go see Deep Capture if you want to know

11  more about that.  But the information, I gave you

12  several big bombs that aren't on Deep Capture.  One,

13  those weapons for fast and furious were manufactured

14  within the U.S. Government at a facility I'm not

15  revealing, but the person who ran it, you will know his

16  name, and that will be under a dead man switch as soon

17  as I get off this.  And secondly, Jeffrey Epstein, the

18  guards who were guarding him were knocked out with

19  nitrous oxide, which indicates -- in a federal facility

20  to make that happen, that wasn't just a dirty cop down

21  the hall.  That was a very sophisticated hit only a

22  state level actor could pull off.  And the other -- go

23  see Deep Capture if you want to know more.

24          ANN VANDERSTEEL:  All right.  DeepCapture.com,

25  everybody.  We will make sure we address the description

1  box to include that, Deepcapture.com.  If Mimoz would

2  just go to Deepcapture.com and copy and paste the

3  hyperlink and then drop it in the chat, too, that would

4  be really helpful.

5          This is a question on the global

6  perspective because, you know, the Vatican is now

7  being exposed.  There was a big article today about

8  money being transferred, I think 245 billion.  I'm

9  going from memory here, from the Vatican to

10  Australia, off the books kind of a thing.  it's

11  getting to be widely known the Vatican as sort of the

12  money laundering central for the kabal for the deep

13  state.  Do you have any information that can

14  substantiate that in terms of the money flow around

15  the world for these bad actors?

16          PATRICK BYRNE:  I do not.  We've all heard for

17  a couple of decades about the Vatican, some financial

18  mischief they're involved in.  I was brought up

19  Catholic.  I was an alter boy until I was like 14 or 15,

20  never had any priest act inappropriately, although I

21  will mention when I was a boy the priests I had were all

22  sort of tough Italian and Irish guys who were manly men

23  who taught -- you know, they were great leaders.  I

24  moved to the city out of the country --

25          (End of recording.)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 134 Vandersteel and Byrne
December 22, 2020                                    88

1

2

3                        CERTIFICATE OF REPORTER

4

5            I, Charlotte Crandall, certify that I was

6    authorized to and did transcribe the foregoing audio

7    recorded proceedings and that the transcript is a

8    true and complete record of my stenographic notes

9    from an audio recording and was transcribed to the

10   best of my ability.

11

12           Dated this 20th day of July, 2021.

13

14

15

16

17

18   _____

19   Charlotte Crandall
     Registered Professional Reporter

20

21

22

23

24

25