# Exhibit 358

Case 1:21-cv-02131-CJN Document 2-10 Filed 08/10/21 Page 2 of 62

  

# DeepCapture

ELECTION FRAUD 2020        THE DEEP CAPTURE CAMPAIGN

# How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call.

BY **PATRICK BYRNE**  ·  JANUARY 31, 2021  ·  ⧉ 803 SHARES  ·  🕑 11 MINUTE READ



The occasion was a 1950's drunken Hollywood party. The leading men of the day were holding an impromptu contest of a certain form. Jackie Gleason famously shouted to Milton Berle: "Hey Miltie, do us all a favor and only pull out enough to win!"

In this chapter I will follow that principle. On the dictum that "a picture is

**803**
Share

     

7/28/2021 How DJT Lost the White House_Chapter 2 Was there foreign interference in this election you make the call. – Deep Capture

Case 1:21-cv-02131-CJN Document 2-10 Filed 08/10/21 Page 3 of 62


Let us now turn to an analysis of the packet traffic on Election Day 2020 provided me by the best cyber-forensics specialist (aka "dolphin-speaker") I have ever met. As packets travel through the Internet they leave a trail, and dolphin-speakers using the right tools can, in a sense, "shine a light" and reveal those packet trails in the cyber-fog. The cyber-specialists to whom I refer, who has access to such tools (and even more arcane ones), has documented vote-flipping in the Problematic 6 states amounting to 299,567 votes, just enough in each state to flip the election. 43% of that activity came from China.

For people who wish to study the data behind this claim, click here: US Election Fraud 2020_General For those who shudder at the thought of opening an Excel spreadsheet, this *1 minute video* shows hundreds of foreign entities (many in China) who, on November 3, 2020, were conducting Man-in-the-Middle attacks on election system across these states of Pennsylvania, Michigan, Wisconsin, Arizona, Nevada, and Georgia in order to flip votes.



Sorry

This video does not exist.

**803**
Share




7/28/2021　　How DJT Lost the White House. Chapter 2. Was there Foreign Interference in this Election? You Make the Call. – Deep Capture

Case 1:21-cv-02131-CJN　Document 2-10　Filed 08/10/21　Page 4 of 62

Now let us turn to a statement by a retired senior military officer that lays things out rather clearly (there is a fair bit of "dolphin-speak" below, but if you read it slowly, most will make more sense to you than you may expect).

---

Declaration of XXXXXXXX

1. My name is XXXXXXXXXXXXXXXXXXXX, and I am a resident of XXXXXXXXXX. I hold an MBA from XXXXXX University, and a Bachelor of Science from XXXXXX University. I am retired from the US Army where I worked as an Air Cavalry Officer, a Psychological Operations Officer, and Information Operations Officer. I specifically conducted Special Technical Operations, analyzed and applied All-Source Intelligence to operational requirements. With a specialized team of military members, I helped author the Joint Urgency of Needs Statement for the CAUI EXORD (Countering Adversary Use of the Internet) and stood up the first two special category cyber-enabled operations under a unique Secretary of Defense authority. I am currently the manager of a Cybersecurity Company based in Texas. Our emphasis is on digital forensics and incident response (DFIR) cybersecurity, analysis of publicly available information (PAI), penetration testing of networks, and problem solving through operations integration. We use state-of-the-art tools and employ a wide variety of cyber and cyber-forensic analysts. My colleague and I are currently contracted to a cybersecurity and forensics firm that focuses on election systems.

2. We have examined the various Companies, Networks, Structures, Machines and related global infrastructures directly tied to the US Election.

3. This is a preliminary report on the various aspects of FOREIGN INTERFERENCE as defined by Executive Order 13848 issued on September 12, 2018.

803
Share

respect to an election, to include any covert, fraudulent, deceptive, or unlawful actions or attempted actions of a foreign

government, or of any person acting as an agent of or on behalf of a foreign government, undertaken with the purpose or effect of influencing, undermining confidence in, or altering the result or reported result of, the election, or undermining public confidence in election processes or institutions.

i. There is clear and definitive evidence that foreign interference, as defined in the above Executive Order, occurred prior to, and during, the General Election on November 3, 2020.

b. In addition, Section 1 (b)(ii) states "if any foreign interference involved activities targeting the infrastructure of, or pertaining to, a political organization, campaign, or candidate, the extent to which such activities materially affected the security or integrity of that infrastructure, including by unauthorized access to, disclosure or threatened disclosure of, or alteration or falsification of, information or data."

i. There is also clear and definitive evidence that foreign interference and unauthorized access to information and data, as defined in the Executive Order above, occurred prior to, and during, the General Election on November 3, 2020.

**Dominion Voting Systems and Scytl/Clarity Elections:**

4. Dominion Voting Systems is owned and controlled by foreign entities. We lose control of the data when it goes to a foreign country. For example:

• The electronic information went to Germany, Barcelona, Serbia, and Canada

**803**
Share

• Dominion Servers ftp.dominionvoting.com with IP 69.172.237.100 (ASN Range: 69.172.236.0/22) is located in Toronto, Canada

• www.scytl.com with IP 52.57.209.147 (ASN Range: 52.57.0.0/16) is (was) located in Frankfurt Germany

• support.scytl.com with IP 213.27.248.118 (ASN Range: 213.27.128.0/17) is located in Barcelona, Spain

• scytl-com.mail.protection.outlook.com with IP 104.47.10.36 (ASN Range: 104.40.0.0/13) is located in Ireland

• On election night the DE-CIX Frankfurt there was a 30% spike over the previous high rate of traffic. One stated probable cause was increased data flow to servers supporting the US Election.

Dominion Voting Systems and related companies are owned or heavily controlled and influenced by foreign agents, countries, and interests. The forensic report we prepared found that "the Dominion Voting System is intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results".

5. The system intentionally generates an enormously high number of ballot errors...The intentional errors lead to bulk adjudication of ballots with no oversight, no transparency, and no audit trail. This is the exact type of issue that leads to voter and/or election fraud.

6. The report found the election management system to be wrought with unacceptable vulnerabilities— including access to the internet— a key indicator to find evidence of fraud, and numerous malicious actions.

7. The numerous similarities will find that Dominion Voting Systems, Smartmatic, Electronic Systems & Software, and Hart Inter Civic, Clarity Election Night Reporting, Edison Research, Sequoia, Scytl, and similar or related entities, agents or assigns, have the same flaws and were subject to foreign interference in the 2020 election in the United

**803**
Share

    

7/28/2021 How DJT Lost the White House Chapter 2 – Was there Foreign interference in this Election? You make the Call. – Deep Capture

Case 1:21-cv-02131-CJN Document 2-10 Filed 08/10/21 Page 7 of 62

8. These systems bear the same crucial code "features" and defects that allowed the same outside and foreign interference in our election, in which there is the probability

votes were in fact altered and manipulated contrary to the will of the voters.

**a) Each of the companies use EML (Election Markup Language) and are susceptible to cross site scripting attacks (XSS) as described on page 7 in the Joint Cybersecurity Advisory.**

**i) Cross-site scripting (also known as XSS) is a web security vulnerability that allows an attacker to compromise the interactions that users have with a vulnerable application. It allows an attacker to circumvent the same origin policy, which is designed to segregate different websites from each other. Cross-site scripting vulnerabilities normally allow an attacker to masquerade as a victim user, to carry out any actions that the user is able to perform, and to access any of the user's data. If the victim user has privileged access within the application, then the attacker might be able to gain full control over all of the application's functionality and data.**

**b) Most, if not all, related sites were created using WordPress. WordPress currently has 2,675 CVE (Common Vulnerabilities and Exposures) listed on cve.mitre.org.**

**i) I performed a OpenVAS Vulnerability assessment for both Dominion and Scytl. There were multiple issues related to, out-of-date plugins and themes, which leaves sites vulnerable to attack.**

**c) With the various mergers, acquisitions, license agreements and partnerships the entire Election ecosystem in the United**






Venezuela and their investment into Smartmatic.

**d) Dominion's purchase of Sequoia Voting Systems from Smartmatic has resulted in the same "Source Code" being used today.**

**e) During the Forensic audit we observed WinEDs and GEMS in the Dominion Voting System EMS (Election Management System). Both of those modules have been included in adverse findings from the EAC but are still in use today.**

**f) With the overlap between Dominion and Smartmatic, including the shared address in Barbados, the FCC Report ID: 2AGVK-VIU811 issued by the CCIS Lab in Shenzhen, China is very concerning. The Voter Identification Unit report was issued on July 23, 2020 and would give China insight on how to exploit the voting machines used in the US Election.**

9. Dominion Voting Systems is based in Toronto, Canada, and assigns its intellectual property including patents on its firmware and software and trademarks to Hong Kong and Shanghai Bank Corporation (HSBC), a bank with its foundation in China and its current headquarters in London, United Kingdom.

10. Multiple expert witnesses and cyber experts identified acts of foreign interference in the election prior to November 3, 2020 and continued in the following weeks. In fact, there is evidence of a massive cyber-attack by foreign interests on our crucial national infrastructure surrounding our election—not the least of which was the hacking of the voter registration system by Iran. (E.O. 13800 of May 11, 2017)

11. This is compounded by the magnitude of the Solar Winds exploit that has exposed the private, public and government related companies and agencies. This includes the companies and agencies directly involved with securing our elections.

**803**
Share

a. This joint cybersecurity advisory was coauthored by the Cybersecurity and Infrastructure Security Agency (CISA) and the Federal Bureau of Investigation (FBI). CISA and the FBI are aware of an Iranian advanced persistent threat (APT) actor targeting U.S. state websites—to include election websites. CISA and the FBI assess this actor is responsible for the mass dissemination of voter intimidation emails to U.S. citizens and the dissemination of U.S. election-related disinformation in mid-October 2020.1 (Reference FBI FLASH message ME-000138-TT, disseminated October 29, 2020). Further evaluation by **CISA and the FBI has identified the targeting of U.S. state election websites was an intentional effort to influence and interfere with the 2020 U.S. presidential election.**

13. Dominion and Smartmatic share a physical address in Barbados despite their insistence that there is no relationship between the companies. They also have a mutual non- compete agreement detailing shared resources and code.

14. Hootan Yaghoobzadeh is the CEO and Chairman of Staple Street Capital, which is the entity that owns Dominion. Yaghoobzadeh was a close confidant to Sadaam Hussein and worked for the Saudi Bin Laden group. He previously worked at the Carlyle Group and Cerberus Capital Management.

**Staple Street Partners**

15. Staple Street Partners is a Private Equity firm that owns Dominion Voting Systems.

16. 9/25/19 – Dominion Voting Systems based in Toronto entered into a Security Agreement with HSBC Bank, assigning all intellectual property and assets including Trademarks, Patents and Software (see below).

17. 10/8/20 – $400,000,000 from UBS Securities a Chinese managed subsidiary of UBS Global AG (see below).

**803**
Share



**803**
Share

     

7/28/2021     How DJT Lost the White House: Chapter 2 – Was there Foreign Interference in this Election? You Make the Call – Deep Capture

Case 1:21-cv-02131-CJN Document 2-10 Filed 09/10/21 Page 11 of 62

**505692196    09/26/2019**

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5739006

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | SECURITY AGREEMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| DOMINION VOTING SYSTEMS CORPORATION | 09/25/2019 |

### RECEIVING PARTY DATA

| | |
|---|---|
| Name: | HSBC BANK CANADA, AS COLLATERAL AGENT |
| Street Address: | 4TH FLOOR, 70 YORK STREET |
| City: | TORONTO |
| State/Country: | CANADA |
| Postal Code: | M5J 1S9 |

### PROPERTY NUMBERS Total: 18

| Property Type | Number |
|---|---|
| Patent Number: | 8844813 |
| Patent Number: | 8913787 |
| Patent Number: | 9202113 |
| Patent Number: | 8195505 |
| Patent Number: | 9870666 |
| Patent Number: | 9710988 |
| Patent Number: | 9870667 |
| Patent Number: | 7111782 |
| Patent Number: | 7422151 |
| Patent Number: | D599131 |
| Patent Number: | D521050 |
| Patent Number: | D515619 |
| Patent Number: | D521051 |
| Patent Number: | D537469 |
| Patent Number: | 8714450 |
| Patent Number: | 8910865 |
| Patent Number: | 8864026 |
| Patent Number: | 8876002 |

### CORRESPONDENCE DATA

PATENT

**803**
Share

     

**Schedule A**

<u>Intellectual Property</u>

<u>U.S. Patents & Applications</u>

| Title | SERIAL # | FILED DATE | PATENT NO. | ISSUE DATE | STATUS |
|---|---|---|---|---|---|
| Electronic Correction of Voter-Marked Paper Ballot | 13/476,836 | 5/21/2012 | 8,844,813 | 9/30/2014 | Issued |
| Ballot Adjudication in Voting Systems Utilizing Ballot Images | 13/470,091 | 5/11/2012 | 8,913,787 | 12/16/2014 | Issued |
| Ballot Adjudication in Voting Systems Utilizing Ballot Images (continuation of U.S. Patent 8913787) | 14/539,684 | 11/12/2014 | 9,202,113 | 12/1/2015 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 11/121,997 | 5/5/2005 | 8,195,505 | 6/5/2012 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/463,536 | 5/3/2012 | 9,870,666 | 1/16/2018 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/525,187 | 6/15/2012 | 9,710,988 | 7/18/2017 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/525,208 | 6/15/2012 | 9,870,667 | 1/16/2018 | Issued |
| Systems and Methods for Providing Security in a Voting Machine | 10/811,969 | 3/30/2004 | 7,111,782 | 9/26/2006 | Issued |
| Systems and Methods for Providing Security in a Voting Machine | 11/526,028 | 9/25/2006 | 7,422,151 | 9/9/2008 | Issued |
| Voting Booth | 29/324,281 | 9/10/2008 | D599,131 | 9/1/2009 | Issued |
| Voting Terminal and Stand | 29/209,554 | 7/15/2004 | D521,050 | 5/16/2006 | Issued |
| Pair of Enclosure Doors | 29/209,579 | 7/15/2004 | D515,619 | 2/21/2006 | Issued |
| Voting Terminal | 29/209,556 | 7/15/2004 | D521,051 | 5/16/2006 | Issued |
| Voting Terminal and Keypad | 29/254,483 | 2/23/2006 | D537,469 | 2/27/2007 | Issued |
| Systems and Methods for Transactional Ballot Processing, and Ballot Auditing | 13/092,600 | 4/22/2011 | 8,714,450 | 5/6/2014 | Issued |
| Ballot Level Security Features for Optical Scan Voting Machine Capable of Ballot Image Processing, Secure Ballot Printing, and Ballot Layout Authentication and Verification | 13/092,599 | 4/22/2011 | 8,910,865 | 12/16/2014 | Issued |
| Ballot Image Processing System and Method for Voting Machines | 13/092,606 | 4/22/2011 | 8,864,026 | 10/21/2014 | Issued |
| Systems for Configuring Voting Machines, Docking Device for Voting Machines, Warehouse Support and Asset Tracking of Voting Machines | 13/092,604 | 4/22/2011 | 8,876,002 | 11/4/2014 | Issued |

Schedule A – Notice of Security Interest in IP

**PATENT**
**REEL: 050500 FRAME: 0241**

41772497.2

**803**
Share

     

Ownership of the above-referenced patents has been assigned to Dominion Voting Systems Corporation.

<u>Canadian Patent Application</u>

| Title | APPLICATION # | FILED DATE | STATUS |
|---|---|---|---|
| SYSTEM, METHOD AND COMPUTER PROGRAM FOR VOTE TABULATION WITH AN ELECTRONIC AUDIT TRAIL | 2466466 | 5/5/2004 | Pending |

Dominion Voting Systems is listed in the Canadian Patent Office records as the current owner of record for the above-referenced patent application, but this application is to be assigned to Dominion Voting Systems Corporation post-Closing pursuant to the Undertaking.

<u>U.S. Registered Trademarks</u>

| Trademark | Serial # | File Date | Reg # | Reg Date | Status | Class |
|---|---|---|---|---|---|---|
| | 85407877 | Aug-25-2011 | 4174339 | Jul-17-2012 | Registered | 35 37 40 41 |
| DOMINION VOTING | 85407870 | Aug-25-2011 | 4174338 | Jul-17-2012 | Registered | 9 35 37 40 41 |
| DEMOCRACY SUITE | 85407749 | Aug-25-2011 | 4153203 | Jun-5-2012 | Registered | 9 |
| IMAGECAST | 85407735 | Aug-25-2011 | 4131899 | Apr-24-2012 | Registered | 9 |
| AUDITMARK | 85407731 | Aug-25-2011 | 4269144 | Jan-1-2013 | Registered | 9 |
| ASSURE | 78440857 | Jun-24-2004 | 3080674 | Apr-11-2006 | Registered | 9 |
| AVC ADVANTAGE | 73755922 | Sep-30-1988 | 1537309 | May-2-1989 | Registered | 9 |
| AVC EDGE | 75404858 | Dec-11-1997 | 2261646 | Jul-13-1999 | Registered | 9 |
| OPTECH | 73689072 | Oct-13-1987 | 1524218 | Feb-14-1989 | Registered | 9 |
| OPTECH INSIGHT | 76624215 | Dec-9-2004 | 3044159 | Jan-17-2006 | Registered | 9 |

Ownership of the above-referenced trademarks has been assigned to Dominion Voting Systems Corporation.

41772497.2

Schedule A – Notice of Security Interest in IP

**PATENT**

**803**
Share

      

SEC FORM D      12/16/20, 7:22 PM

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
### FORM D

### Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

### 1. Issuer's Identity

CIK (Filer ID Number)

Previous Names   [X] None

Entity Type

[0001827586](#)

- [ ] Corporation
- [X] Limited Partnership
- [ ] Limited Liability Company
- [ ] General Partnership
- [ ] Business Trust
- [ ] Other (Specify)

Name of Issuer
STAPLE STREET CAPITAL III, L.P.

Jurisdiction of Incorporation/Organization
DELAWARE

Year of Incorporation/Organization

- [ ] Over Five Years Ago
- [X] Within Last Five Years (Specify Year) 2020
- [ ] Yet to Be Formed

### 2. Principal Place of Business and Contact Information

Name of Issuer
STAPLE STREET CAPITAL III, L.P.

Street Address 1
1290 AVENUE OF THE AMERICAS, 10TH FLOOR

Street Address 2

| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
|---|---|---|---|
| NEW YORK | NEW YORK | 10104 | (212) 613-3100 |

### 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| OWENS | STEPHEN | D. |

Street Address 1
1290 AVENUE OF THE AMERICAS, 10TH FLOOR

Street Address 2

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| NEW YORK | NEW YORK | 10104 |

**803**
Share

SEC FORM D               12/16/20, 7:22 PM

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| YAGHOOBZADEH | HOOTAN | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 1290 AVENUE OF THE AMERICAS, 10TH FLOOR | | |

| City | State/Province/Country | ZIP/PostalCode |
|---|---|---|
| NEW YORK | NEW YORK | 10104 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services

  [ ] Commercial Banking

  [ ] Insurance

  [ ] Investing

  [ ] Investment Banking

  [X] Pooled Investment Fund

    [ ] Hedge Fund

    [X] Private Equity Fund

    [ ] Venture Capital Fund

    [ ] Other Investment Fund

  Is the issuer registered as an investment company under the Investment Company Act of 1940?

    [ ] Yes      [X] No

  [ ] Other Banking & Financial Services

[ ] Business Services

Energy

  [ ] Coal Mining

  [ ] Electric Utilities

  [ ] Energy Conservation

[ ]

Health Care

  [ ] Biotechnology

  [ ] Health Insurance

  [ ] Hospitals & Physicians

  [ ] Pharmaceuticals

  [ ] Other Health Care

[ ] Manufacturing

Real Estate

  [ ] Commercial

  [ ] Construction

  [ ] REITS & Finance

  [ ] Residential

  [ ] Other Real Estate

[ ] Retailing

[ ] Restaurants

Technology

  [ ] Computers

  [ ] Telecommunications

  [ ] Other Technology

Travel

  [ ] Airlines & Airports

  [ ] Lodging & Conventions

  [ ] Tourism & Travel Services

  [ ] Other Travel

[ ] Other

https://sec.report/Document/0001827586-20-000001/primary_doc....4J00oTcUIEGMA0Spo36ss2jnGCZ_gXJosUGwO_4DP9ibOUrZ48VhxG1JYgSFA      Page 2 of 6

**803**
Share

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

## 5. Issuer Size

| Revenue Range | | OR | Aggregate Net Asset Value Range |
|---|---|---|---|
| ☐ No Revenues | | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | | ☐ $5,000,000 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | | ☐ Decline to Disclose |
| ☐ Not Applicable | | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☒ Investment Company Act Section 3(c)

| | | |
|---|---|---|
| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☒ Section 3(c)(1) | ☐ Section 3(c)(9) |
| ☐ Rule 504 (b)(1)(i) | ☐ Section 3(c)(2) | ☐ Section 3(c)(10) |
| ☐ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(3) | ☐ Section 3(c)(11) |
| ☐ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(4) | ☐ Section 3(c)(12) |
| ☒ Rule 506(b) | ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
| ☐ Rule 506(c) | ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
| ☐ Securities Act Section 4(a)(5) | ☒ Section 3(c)(7) | |

## 7. Type of Filing

☒ New Notice    Date of First Sale    ☒ First Sale Yet to Occur

☐ Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?    ☐ Yes   ☒ No

## 9. Type(s) of Securities Offered (select all that apply)

**803**
Share

SEC FORM D                                                                        12/16/20, 7:22 PM

|  | Environmental Services |
|---|---|
|  | Oil & Gas |
|  | Other Energy |

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,000 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

☒ Investment Company Act Section 3(c)

| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☒ Section 3(c)(1) | ☐ Section 3(c)(9) |
|---|---|---|
| ☐ Rule 504 (b)(1)(i) | ☐ Section 3(c)(2) | ☐ Section 3(c)(10) |
| ☐ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(3) | ☐ Section 3(c)(11) |
| ☐ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(4) | ☐ Section 3(c)(12) |
| ☒ Rule 506(b) | ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
| ☐ Rule 506(c) | ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
| ☐ Securities Act Section 4(a)(5) | ☒ Section 3(c)(7) | |

## 7. Type of Filing

☒ New Notice   Date of First Sale ☒ First Sale Yet to Occur
☐ Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?   ☐ Yes ☒ No

## 9. Type(s) of Securities Offered (select all that apply)

https://sec.report/Document/0001827586-20-000001/primary_doc....4J00oTcUIEGMA0Spo36ss2jnGCZ_gXJosUGwO_4DP9ibOUrZ48VhxG1JYgSFA     Page 3 of 6

**803**
Share

SEC FORM D      12/16/20, 7:22 PM

X Equity      X Pooled Investment Fund Interests

☐ Debt      ☐ Tenant-in-Common Securities

☐ Option, Warrant or Other Right to Acquire Another Security      ☐ Mineral Property Securities

☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security      ☐ Other (describe)

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    ☐ Yes   X No

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $0 USD

## 12. Sales Compensation

Recipient      Recipient CRD Number ☐ None

**UBS SECURITIES LLC**      7654

(Associated) Broker or Dealer X None      (Associated) Broker or Dealer CRD Number   X None

**None**      **None**
Street Address 1      Street Address 2

**1285 AVENUE OF THE AMERICAS**

City      State/Province/Country      ZIP/Postal Code

**NEW YORK**      **NEW YORK**      **10019**

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    X All States    ☐ Foreign/non-US

## 13. Offering and Sales Amounts

Total Offering Amount    $400,000,000 USD   or   ☐ Indefinite

Total Amount Sold    $0 USD

Total Remaining to be Sold $400,000,000 USD   or   ☐ Indefinite

Clarification of Response (if Necessary):

The general partner of the Issuer reserves the right to offer a greater or lesser amount of limited partner interests. The Total Offering Amount and Total Remaining to be Sold are aggregated together with the Issuer and its related parallel fund.

## 14. Investors

**803**
Share

SEC FORM D          12/16/20, 7:22 PM

Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:
    0

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD [X] Estimate

Finders' Fees $0 USD [X] Estimate

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar-for-dollar against the management fees payable by the Issuer.

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

### Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

**803**
Share

SEC FORM D                                                                                          12/16/20, 7:22 PM

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:

[ 0 ]

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD [X] Estimate

Finders' Fees $0 USD [X] Estimate

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar-for-dollar against the management fees payable by the Issuer.

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

### Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

https://sec.report/Document/0001827586-20-000001/primary_doc....4J00oTcUIEGMA0Spo36ss2jnGCZ_gXJosUGwO_4DP9ibOUrZ48VhxG1JYgSFA          Page 5 of 6

**803**
Share

SEC FORM D                                            12/16/20, 7:22 PM

☐   Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:    `0`

## 15. Sales Commissions & Finder's Fees Expenses

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD [X] Estimate

Finders' Fees $0 USD [X] Estimate

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar-for-dollar against the management fees payable by the Issuer.

## 16. Use of Proceeds

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

#### Signature and Submission

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

https://sec.report/Document/0001827586-20-000001/primary_doc....4J00oTcUlEGMA0Spo36ss2jnGCZ_gXJosUGwO_4DP9ibOUrZ48VhxG1JYgSFA      Page 5 of 6

**803**
Share

7/28/2021    How DJT Lost the White House, Chapter 2: Foreign Interference in this Election? You Make the Call – Deep Capture

Case 1:21-cv-02131-CJN   Document 2-10   Filed 09/10/21   Page 22 of 62

or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| STAPLE STREET CAPITAL III, L.P. | /S/ HOOTAN YAGHOOBZADEH | HOOTAN YAGHOOBZADEH | MANAGER OF THE GP OF THE GP OF THE ISSUER | 2020-10-08 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

**803**

Share

     

Case 1:21-cv-02131-CJN Document 2-10 Filed 08/10/21 Page 23 of 62

18. Dominion shares an address with Smartmatic in Barbados (see below)

19. Dominion data is seen going to their headquarters in Serbia and Toronto.

20. The following link analysis was gathered through open source methodologies and is easily verifiable.

21. As Dominion and Smartmatic makes claims that they are not connected in any way, not only are they connected but their business registration was in the same building on a foreign island to obfuscate their business dealings.

https://offshoreleaks.icij.org/nodes/101732449

**803**
Share

1. The following link analysis was gathered through open source methodologies and easily verifiable.

2. As Dominion and Smartmatic makes claims that they are not connected in any way, not only are they connected but their business registration was in the same building on a foreign island to obfuscate their business dealings.

https://offshoreleaks.icij.org/nodes/101732449



803
Share

      



## Dominion Certificates

Dominion can be seen using open source methodology that the SSL certificates from *.dominionvoting.com were registered on the 24th of July 2019. This SSL certificate were used multiple times from locations ranging from Canada, Serbia, and the United States. These images verify that Dominion systems were connected to foreign systems across the globe. Also seen is

Case 1:21-cv-02131-CJN　Document 2-10　Filed 08/10/21　Page 26 of 62

used multiple times from locations ranging from Canada, Serbia, and the United States. These images verify that Dominion systems were connected to foreign systems across

the globe. Also seen is that the SSL certificate is used for the email server that was the same for the secure HTTP connections.

443.https.tls.certificate.parsed.fingerprint_sha256: 8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

**803**

Share

that the SSL certificate is used for the email server that was the same for the secure HTTP
connections.

### 443.https.tls.certificate.parsed.fingerprint_sha256:
### 8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c



**803**
Share

443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9



**803**
Share



Email ip address
206.223.168.94
Serbian ip address
82.117.198.54
Dominion site
204.132.219.214
Cloudflare link
104.18.91.9
Canadian ip address
206.223.190.85
Denver ip address
204.132.121.11

Page: 1/1 Results: 7 Time: 155ms
206.223.168.94 (webmail.dominionvoting.com)
BEANFIELD (21949) Toronto, Ontario, Canada
443/https
*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c
82.117.198.54
SERBIA-BROADBAND-AS Serbia BroadBand-Srpske Kablovske mreze d.o.o. (31042) Kac,
Vojvodina, Serbia
443/https
*.dominionvoting.com, dominionvoting.com

Email ip address: 206.223.168.94

Serbian ip address 82 117198 54

803
Share

      

Cloudflare link 104.18.91.9

Canadian ip address 206.223.190.85

Denver ip address 204.132.121.11

Page: 1/1 Results: 7 Time: 155ms

206.223.168.94 (webmail.dominionvoting.com)

BEANFIELD (21949) Toronto, Ontario, Canada

443/https

*.dominionvoting.com, dominionvoting.com

443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c
82.117.198.54

SERBIA-BROADBAND-AS Serbia BroadBand-Srpske Kablovske mreze d.o.o. (31042) Kac,
Vojvodina, Serbia

443/https

*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c
204.132.219.214

CENTURYLINK-US-LEGACY-QWEST (209) United States

**803**
Share

\*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c 104.18.91.9

CLOUDFLARENET (13335) United States 443/https, 80/http, 8080/http Direct IP access
not allowed | Cloudflare \*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c 104.18.90.9

CLOUDFLARENET (13335) United States

443/https, 80/http, 8080/http Direct IP access not allowed | Cloudflare
\*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c
206.223.190.85 (206-223-190-85.beanfield.net)

BEANFIELD (21949) Toronto, Ontario, Canada

22/ssh, 443/https \*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c
204.132.121.11 (204-132-121-11.dia.static.qwest.net)

CENTURYLINK-US-LEGACY-QWEST (209) Denver, Colorado, United States 21/ftp, 22/ssh,
443/https, 80/http DVS Fileshare \*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

**Kavtech**

26. A Pakistan based Business Intelligence firm with ties to the ISI.

27. The lead data scientist named Bilal Khan Nawabzada tweets directly to ISI.

**803**
Share

Case 1:21-cv-02131-CJN Document 2-10 Filed 08/10/21 Page 32 of 62

a. This is a similar and deliberate act of unauthorized access of information and data as the hacking of the voter registration system by Iran. (E.O. 13800 of May 11, 2017)

29. Kavtech is a Pakistan based Business Intelligence firm with ties to the Pakistani intelligence ISI. The lead data scientist named Bilal Khan Nawabzada directly references Pakistani ISI in his social media.

30. Kavtech using Natural Language Processing and Sentiment Analysis to sway Voter opinion and intent to ultimately influence the election.

**803**
Share

   

### Kavtech

- A Pakistan based Business Intelligence firm with ties to the ISI.
- The Co-Founder Waqas Butt is cc'd on emails containing personally identifiable voter information from the Nevada Secretary of State.
- The lead data scientist named Bilal Khan Nawabzada tweets directly to ISI.





**803**
Share

      



## Supply Chain Concerns

31. One in five components used in voting machines are from China-based companies

32. On January 6, 2017 DHS Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector.

a. This means that election infrastructure becomes a priority within the National Infrastructure Protection Plan. It also enables this Department to prioritize our cybersecurity assistance to state and local election officials, but only for those who request it. Further, the designation makes clear both domestically and internationally that election infrastructure enjoys all the benefits and protections of critical infrastructure that the U.S. government has to offer. Finally, a designation makes it easier for the federal government to have full and frank discussions with key stakeholders regarding sensitive vulnerability information.

33. With that in mind, it is incredible that the Election equipment used in the November 3

803
Share



Phases and Participants in a Supply Chain for Election Equipment for Use in the United States

SOURCE: The countries listed are found in Interos, 2019.

Reference:

https://us-cert.cisa.gov/sites/default/files/2020-10/AA20304A-Iranian_Advanced_Persistent_Threat_Actor_Identified_Obtaining_Voter_Registration_Data.pdf

https://www.whitehouse.gov/presidential-actions/executive-order-imposing-certain-sanctions-event-foreigninterference-united-states-election/

https://www.jstor.org/stable/resrep26524seq=13#metadata_info_tab_contents

https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical

Now I could go much further. My dolphin speakers have had time to go much further than you have reviewed so far in this chapter (what you have seen thus far was generally prepared by or before Thanksgiving, November 26, 2020).

But I'm hopeful, Dear Reader, that I have above shown you enough to win.



**875**
Shares

View Comments (370)

‹   Previous Article

    **How DJT Lost the White House, Chapter 1: All the President's Teams (11/3 - 12/17)**

   BY PATRICK BYRNE

Next Article   ›

**How DJT Lost the White House, Chapter 3: Crashing the White House (December 18-22)**   

BY PATRICK BYRNE

### The Deep Rig Movie



**803**
Share

               

## Buy The Deep Rig

Use the following links to buy the book in print, audio or e-book format:

**Amazon**

**Apple Books**

**Barnes & Noble**

**EPUB/MOBI E-Book**



DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne





**press@deepcapture.com**
or call (480)692-9336

## Related Posts



**803**
Share

Case 1:21-cv-02131-CJN Document 2-10 Filed 09/10/21 Page 38 of 62



**803**

Share

THE DEEP CAPTURE CAMPAIGN

# EMMA BROWN (WASHPO): FINALLY, A LEFTY WORTH TALKING TO (-ISH)

NOTE TO READER: Notwithstanding the attention the Washgton Post has lavished on me of late (e.g., their recent...

BY PATRICK BYRNE



ELECTION FRAUD 2020, THE DEEP CAPTURE CAMPAIGN

**The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him (or, What to send friends who ask, "Why do you doubt the integrity of Election 2020?")**

**803**
Share

     

Case 1:21-cv-02131-CJN   Document 2-10   Filed 09/10/21   Page 40 of 62

BY PATRICK BYRNE   ·   ⌁  166 SHARES



ELECTION FRAUD 2020, THE DEEP CAPTURE CAMPAIGN

## How DJT Lost the White House, Chapter 6: The Aftermath (v. 1.2)

In my humble tale thus far, I sought to stick to what I saw, what I heard, and...

BY PATRICK BYRNE   ·   ⌁  380 SHARES



**803**
Share



**ELECTION FRAUD 2020**, **THE DEEP CAPTURE CAMPAIGN**

## How DJT Lost the White House, Chapter 5: Agitation & Chaos (January 6 – 20)

What happened on the afternoon of January 6 is the worst thing that could have happened for the...

BY **PATRICK BYRNE**  ·  ⭇ 270 SHARES



Powered by Patriots

Home     Patrick Byrne     Press     About Deep Capture     The Deep Rig     The Deep Capture Story

The Data     The Archive     Community

 123K

**803**

Share

                         



  

**DeepCapture**

press@deepcapture.com or (480) 692-9336

PATRICK BYRNE    PRESS    DEEP EMANCIPATION    STORY OF DEEP CAPTURE    DATA    ARCHIVE    COMMUNITY

358

 Patrick Byrne

The oligarchy has two wings: Wall Street and the Deep State. I have been hunting both since 2004.

# How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call.

January 31, 2021 · 9 min read



The occasion was a 1950's drunken Hollywood party. The leading men of the day were holding an impromptu contest of a certain form. Jackie Gleason famously shouted to Milton Berle: "Hey Miltie, do us all a favor and only pull out enough to win!"

In this chapter I will follow that principle. On the dictum that "a picture is worth 1,000 words," I will start with something to end debate on whether Dominion machines are made in China:



Let us now turn to an analysis of the packet traffic on Election Day 2020 provided me by the best cyber-forensics specialist (aka "dolphin-speaker") I have ever met. As packets travel

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

Let us now turn to an analysis of the packet traffic on Election Day 2020 provided me by the best cyber-forensics specialist (aka "dolphin-speaker") I have ever met. As packets travel through the Internet they leave a trail, and dolphin-speakers using the right tools can, in a sense, "shine a light" and reveal those packet trails in the cyber-fog. The cyber-specialists to whom I refer, who has access to such tools (and even more arcane ones), has documented vote-flipping in the Problematic 6 states amounting to 299,567 votes, just enough in each state to flip the election. 43% of that activity came from China.

For people who wish to study the data behind this claim, click here: US Election Fraud 2020_General For those who shudder at the thought of opening an Excel spreadsheet, this *1 minute video* shows hundreds of foreign entities (many in China) who, on November 3, 2020, were conducting Man-in-the-Middle attacks on election system across these states of Pennsylvania, Michigan, Wisconsin, Arizona, Nevada, and Georgia in order to flip votes.



Now let us turn to a statement by a retired senior military officer that lays things out rather clearly (there is a fair bit of "dolphin-speak" below, but if you read it slowly, most will make more sense to you than you may expect).

_____

Declaration of XXXXXXXX

1. My name is XXXXXXXXXXXXXXXXXXXX, and I am a resident of XXXXXXXXXX. I hold an MBA from XXXXXX University, and a Bachelor of Science from XXXXXX University. I am retired from the US Army where I worked as an Air Cavalry Officer, a Psychological Operations Officer, and Information Operations Officer. I specifically conducted Special Technical Operations, analyzed and applied All-Source Intelligence to operational requirements. With a specialized team of military members, I helped author the Joint Urgency of Needs Statement for the CAUI EXORD (Countering Adversary Use of the Internet) and stood up the first two special category cyber-enabled operations under a unique Secretary of Defense authority. I am currently the manager of a Cybersecurity Company based in Texas. Our emphasis is on digital forensics and incident response (DFIR) cybersecurity, analysis of publicly available information (PAI), penetration testing of networks, and problem



Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

Secretary of Defense authority. I am currently the manager of a Cybersecurity Company based in Texas. Our emphasis is on digital forensics and incident response (DFIR) cybersecurity, analysis of publicly available information (PAI), penetration testing of networks, and problem solving through operations integration. We use state-of-the-art tools and employ a wide variety of cyber and cyber-forensic analysts. My colleague and I are currently contracted to a cybersecurity and forensics firm that focuses on election systems.

2. We have examined the various Companies, Networks, Structures, Machines and related global infrastructures directly tied to the US Election.

3. This is a preliminary report on the various aspects of FOREIGN INTERFERENCE as defined by Executive Order 13848 issued on September 12, 2018.

> a. Section 8 (f) defines the term "foreign interference," with respect to an election, to include any covert, fraudulent, deceptive, or unlawful actions or attempted actions of a foreign government, or of any person acting as an agent of or on behalf of a foreign government, undertaken with the purpose or effect of influencing, undermining confidence in, or altering the result or reported result of, the election, or undermining public confidence in election processes or institutions.
>
> i. There is clear and definitive evidence that foreign interference, as defined in the above Executive Order, occurred prior to, and during, the General Election on November 3, 2020.
>
> b. In addition, Section 1 (b)(ii) states "if any foreign interference involved activities targeting the infrastructure of, or pertaining to, a political organization, campaign, or candidate, the extent to which such activities materially affected the security or integrity of that infrastructure, including by unauthorized access to, disclosure or threatened disclosure of, or alteration or falsification of, information or data."
>
> i. There is also clear and definitive evidence that foreign interference and unauthorized access to information and data, as defined in the Executive Order above, occurred prior to, and during, the General Election on November 3, 2020.

**Dominion Voting Systems and Scytl/Clarity Elections:**

4. Dominion Voting Systems is owned and controlled by foreign entities. We lose control of the data when it goes to a foreign country. For example:

• The electronic information went to Germany, Barcelona, Serbia, and Canada

• Dominion Servers in Belgrade Serbia. P 82.117.198.54 (ASN Range: 82.117.192.0/19)

• Dominion Servers ftp.dominionvoting.com with IP 69.172.237.100 (ASN Range: 69.172.236.0/22) is located in Toronto, Canada

• www.scytl.com with IP 52.57.209.147 (ASN Range: 52.57.0.0/16) is (was) located in Frankfurt Germany

• support.scytl.com with IP 213.27.248.118 (ASN Range: 213.27.128.0/17) is located in

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

Frankfurt Germany.

• support.scytl.com with IP 213.27.248.118 (ASN Range: 213.27.128.0/17) is located in Barcelona, Spain

• scytl-com.mail.protection.outlook.com with IP 104.47.10.36 (ASN Range: 104.40.0.0/13) is located in Ireland

• On election night the DE-CIX Frankfurt there was a 30% spike over the previous high rate of traffic. One stated probable cause was increased data flow to servers supporting the US Election.

Dominion Voting Systems and related companies are owned or heavily controlled and influenced by foreign agents, countries, and interests. The forensic report we prepared found that "the Dominion Voting System is intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results".

5. The system intentionally generates an enormously high number of ballot errors…The intentional errors lead to bulk adjudication of ballots with no oversight, no transparency, and no audit trail. This is the exact type of issue that leads to voter and/or election fraud.

6. The report found the election management system to be wrought with unacceptable vulnerabilities— including access to the internet— a key indicator to find evidence of fraud, and numerous malicious actions.

7. The numerous similarities will find that Dominion Voting Systems, Smartmatic, Electronic Systems & Software, and Hart Inter Civic, Clarity Election Night Reporting, Edison Research, Sequoia, Scytl, and similar or related entities, agents or assigns, have the same flaws and were subject to foreign interference in the 2020 election in the United States.

8. These systems bear the same crucial code "features" and defects that allowed the same outside and foreign interference in our election, in which there is the probability votes were in fact altered and manipulated contrary to the will of the voters.

*a) Each of the companies use EML (Election Markup Language) and are susceptible to cross site scripting attacks (XSS) as described on page 7 in the Joint Cybersecurity Advisory.*

*i) Cross-site scripting (also known as XSS) is a web security vulnerability that allows an attacker to compromise the interactions that users have with a vulnerable application. It allows an attacker to circumvent the same origin policy, which is designed to segregate different websites from each other. Cross-site scripting vulnerabilities normally allow an attacker to masquerade as a victim user, to carry out any actions that the user is able to perform, and to access any of the user's data. If the victim user has privileged access within the application, then the attacker might be able to gain full control over all of the application's functionality and data.*

*b) Most, if not all, related sites were created using WordPress. WordPress currently has 2,675 CVE (Common Vulnerabilities and Exposures) listed on cve.mitre.org.*

*b) Most, if not all, related sites were created using WordPress. WordPress currently has 2,675 CVE (Common Vulnerabilities and Exposures) listed on cve.mitre.org.*

*i) I performed a OpenVAS Vulnerability assessment for both Dominion and Scytl. There were multiple issues related to, out-of-date plugins and themes, which leaves sites vulnerable to attack.*

*c) With the various mergers, acquisitions, license agreements and partnerships the entire Election ecosystem in the United States is one and the same of any other Country where these systems are based, created, designed, used and so on. Namely Venezuela and their investment into Smartmatic.*

*d) Dominion's purchase of Sequoia Voting Systems from Smartmatic has resulted in the same "Source Code" being used today.*

*e) During the Forensic audit we observed WinEDs and GEMS in the Dominion Voting System EMS (Election Management System). Both of those modules have been included in adverse findings from the EAC but are still in use today.*

*f) With the overlap between Dominion and Smartmatic, including the shared address in Barbados, the FCC Report ID: 2AGVK-VIU811 issued by the CCIS Lab in Shenzhen, China is very concerning. The Voter Identification Unit report was issued on July 23, 2020 and would give China insight on how to exploit the voting machines used in the US Election.*

9. Dominion Voting Systems is based in Toronto, Canada, and assigns its intellectual property including patents on its firmware and software and trademarks to Hong Kong and Shanghai Bank Corporation (HSBC), a bank with its foundation in China and its current headquarters in London, United Kingdom.

10. Multiple expert witnesses and cyber experts identified acts of foreign interference in the election prior to November 3, 2020 and continued in the following weeks. In fact, there is evidence of a massive cyber-attack by foreign interests on our crucial national infrastructure surrounding our election—not the least of which was the hacking of the voter registration system by Iran. (E.O. 13800 of May 11, 2017)

11. This is compounded by the magnitude of the Solar Winds exploit that has exposed the private, public and government related companies and agencies. This includes the companies and agencies directly involved with securing our elections.

12. The FBI and CISA issued a joint Cybersecurity Advisory on October 30, 2020 (Report ID: AA20-304A).

a. This joint cybersecurity advisory was coauthored by the Cybersecurity and Infrastructure Security Agency (CISA) and the Federal Bureau of Investigation (FBI). CISA and the FBI are aware of an Iranian advanced persistent threat (APT) actor targeting U.S. state websites—to include election websites. CISA and the FBI assess this actor is responsible for the mass dissemination of voter intimidation emails to U.S. citizens and the dissemination of U.S. election-related disinformation in mid-October 2020.1 (Reference FBI FLASH message ME-

dissemination of voter intimidation emails to U.S. citizens and the dissemination of U.S. election-related disinformation in mid-October 2020.1 (Reference FBI FLASH message ME-000138-TT, disseminated October 29, 2020). Further evaluation by **CISA and the FBI has identified the targeting of U.S. state election websites was an intentional effort to influence and interfere with the 2020 U.S. presidential election.**

13. Dominion and Smartmatic share a physical address in Barbados despite their insistence that there is no relationship between the companies. They also have a mutual non- compete agreement detailing shared resources and code.

14. Hootan Yaghoobzadeh is the CEO and Chairman of Staple Street Capital, which is the entity that owns Dominion. Yaghoobzadeh was a close confidant to Sadaam Hussein and worked for the Saudi Bin Laden group. He previously worked at the Carlyle Group and Cerberus Capital Management.

**Staple Street Partners**

15. Staple Street Partners is a Private Equity firm that owns Dominion Voting Systems.

16. 9/25/19 – Dominion Voting Systems based in Toronto entered into a Security Agreement with HSBC Bank, assigning all intellectual property and assets including Trademarks, Patents and Software (see below).

17. 10/8/20 – $400,000,000 from UBS Securities a Chinese managed subsidiary of UBS Global AG (see below).







Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

| Name | Execution Date |
|---|---|
| DOMINION VOTING SYSTEMS CORPORATION | 09/25/2019 |

**RECEIVING PARTY DATA**

| | |
|---|---|
| Name: | HSBC BANK CANADA, AS COLLATERAL AGENT |
| Street Address: | 4TH FLOOR, 70 YORK STREET |
| City: | TORONTO |
| State/Country: | CANADA |
| Postal Code: | M5J 1S9 |

**PROPERTY NUMBERS Total: 18**

| Property Type | Number |
|---|---|
| Patent Number: | 8844813 |
| Patent Number: | 8913787 |
| Patent Number: | 9202113 |
| Patent Number: | 8195505 |
| Patent Number: | 9870666 |
| Patent Number: | 9710988 |
| Patent Number: | 9870667 |
| Patent Number: | 7111782 |
| Patent Number: | 7422151 |
| Patent Number: | D599131 |
| Patent Number: | D521050 |
| Patent Number: | D515619 |
| Patent Number: | D521051 |
| Patent Number: | D537469 |
| Patent Number: | 8714450 |
| Patent Number: | 8910865 |
| Patent Number: | 8864026 |
| Patent Number: | 8876002 |

**CORRESPONDENCE DATA**

| | |
|---|---|
| 505692196 | PATENT |
| | REEL: 050500 FRAME: 0236 |

---

**Schedule A**

**Intellectual Property**

U.S. Patents & Applications

| Title | SERIAL # | FILED DATE | PATENT NO. | ISSUE DATE | STATUS |
|---|---|---|---|---|---|
| Electronic Correction of Voter-Marked Paper Ballot | 13/476,836 | 5/21/2012 | 8,844,813 | 9/30/2014 | Issued |
| Ballot Adjudication in Voting Systems Utilizing Ballot Images | 13/470,091 | 5/11/2012 | 8,913,787 | 12/16/2014 | Issued |
| Ballot Adjudication in Voting Systems Utilizing Ballot Images (continuation of U.S. Patent 8913787) | 14/539,684 | 11/12/2014 | 9,202,113 | 12/1/2015 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 11/121,997 | 5/5/2005 | 8,195,505 | 6/5/2012 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/463,536 | 5/3/2012 | 9,870,666 | 1/16/2018 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/525,187 | 6/15/2012 | 9,710,988 | 7/18/2017 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/525,208 | 6/15/2012 | 9,870,667 | 1/16/2018 | Issued |
| Systems and Methods for Providing Security in a Voting Machine | 10/811,969 | 3/30/2004 | 7,111,782 | 9/26/2006 | Issued |
| Systems and Methods for Providing Security in a Voting Machine | 11/526,028 | 9/25/2006 | 7,422,151 | 9/9/2008 | Issued |
| Voting Booth | 29/324,281 | 9/10/2008 | D599,131 | 9/1/2009 | Issued |
| Voting Terminal and Stand | 29/209,554 | 7/15/2004 | D521,050 | 5/16/2006 | Issued |
| Pair of Enclosure Doors | 29/209,579 | 7/15/2004 | D515,619 | 2/21/2006 | Issued |
| Voting Terminal | 29/209,556 | 7/15/2004 | D521,051 | 5/16/2006 | Issued |
| Voting Terminal and Keypad | 29/254,483 | 2/23/2006 | D537,469 | 2/27/2007 | Issued |
| Systems and Methods for Transactional Ballot Processing, and Ballot Auditing | 13/092,600 | 4/22/2011 | 8,714,450 | 5/6/2014 | Issued |
| Ballot Level Security Features for Optical Scan Voting Machine Capable of Ballot Image Processing, Secure Ballot Printing, and Ballot Layout Authentication and Verification | 13/092,599 | 4/22/2011 | 8,910,865 | 12/16/2014 | Issued |
| Ballot Image Processing System and Method for Voting Machines | 13/092,606 | 4/22/2011 | 8,864,026 | 10/21/2014 | Issued |
| Systems for Configuring Voting Machines, Docking Device for Voting Machines, Warehouse Support and Asset Tracking of Voting Machines | 13/092,604 | 4/22/2011 | 8,876,002 | 11/4/2014 | Issued |

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

| | | | | | |
|---|---|---|---|---|---|
| Systems for Configuring Voting Machines, Docking Device for Voting Machines, Warehouse Support and Asset Tracking of Voting Machines | 13,092,604 | 4/22/2011 | 8,876,002 | 11/4/2014 | Issued |

41772497.2

Schedule A – Notice of Security Interest in IP

**PATENT**
**REEL: 050500 FRAME: 0241**

---

Ownership of the above-referenced patents has been assigned to Dominion Voting Systems Corporation.

**Canadian Patent Application**

| Title | APPLICATION # | FILED DATE | STATUS |
|---|---|---|---|
| SYSTEM, METHOD AND COMPUTER PROGRAM FOR VOTE TABULATION WITH AN ELECTRONIC AUDIT TRAIL | 2466466 | 5/5/2004 | Pending |

Dominion Voting Systems is listed in the Canadian Patent Office records as the current owner of record for the above-referenced patent application, but this application is to be assigned to Dominion Voting Systems Corporation post-Closing pursuant to the Undertaking.

**U.S. Registered Trademarks**

| Trademark | Serial # | File Date | Reg # | Reg Date | Status | Class |
|---|---|---|---|---|---|---|
|  | 85407877 | Aug-25-2011 | 4174339 | Jul-17-2012 | Registered | 35 37 40 41 |
| DOMINION VOTING | 85407870 | Aug-25-2011 | 4174338 | Jul-17-2012 | Registered | 9 35 37 40 41 |
| DEMOCRACY SUITE | 85407749 | Aug-25-2011 | 4153203 | Jun-5-2012 | Registered | 9 |
| IMAGECAST | 85407735 | Aug-25-2011 | 4131899 | Apr-24-2012 | Registered | 9 |
| AUDITMARK | 85407731 | Aug-25-2011 | 4269144 | Jan-1-2013 | Registered | 9 |
| ASSURE | 78440857 | Jun-24-2004 | 3080674 | Apr-11-2006 | Registered | 9 |
| AVC ADVANTAGE | 73755922 | Sep-30-1988 | 1537309 | May-2-1989 | Registered | 9 |
| AVC EDGE | 75404858 | Dec-11-1997 | 2261646 | Jul-13-1999 | Registered | 9 |
| OPTECH | 73689072 | Oct-13-1987 | 1524218 | Feb-14-1989 | Registered | 9 |
| OPTECH INSIGHT | 76624215 | Dec-9-2004 | 3044159 | Jan-17-2006 | Registered | 9 |

Ownership of the above-referenced trademarks has been assigned to Dominion Voting Systems Corporation.

41772497.2

Schedule A – Notice of Security Interest in IP

**PATENT**
**RECORDED: 09/26/2019**   **REEL: 050500 FRAME: 0242**

---

SEC FORM D                                                              12/16/20, 7:22 PM

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

Notice of Exempt Offering of Securities

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

**1. Issuer's Identity**

CIK (Filer ID Number)        Previous Names   X None        Entity Type
0001827586                                                   ☐ Corporation
Name of Issuer                                               X Limited Partnership
STAPLE STREET CAPITAL III, L.P.

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

CIK (Filer ID Number)

Previous Names

[ ] None

Entity Type

0001827586

Name of Issuer

STAPLE STREET CAPITAL III, L.P.

Jurisdiction of Incorporation/Organization

DELAWARE

Year of Incorporation/Organization

[ ] Over Five Years Ago
[X] Within Last Five Years (Specify Year) 2020
[ ] Yet to Be Formed

[ ] Corporation
[X] Limited Partnership
[ ] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

### 2. Principal Place of Business and Contact Information

Name of Issuer

STAPLE STREET CAPITAL III, L.P.

| Street Address 1 | Street Address 2 | | |
|---|---|---|---|
| 1290 AVENUE OF THE AMERICAS, 10TH FLOOR | | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| NEW YORK | NEW YORK | 10104 | (212) 613-3100 |

### 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| OWENS | STEPHEN | D. |
| Street Address 1 | Street Address 2 | |
| 1290 AVENUE OF THE AMERICAS, 10TH FLOOR | | |
| City | State/Province/Country | ZIP/PostalCode |
| NEW YORK | NEW YORK | 10104 |

https://sec.report/Document/0001827586-20-000001/primary_doc....4J0GoTcUIEGMAOSpo36ss2jnGCZ_gXJosUGwO_4DP9IbOUrZ48VhxG1JYgSFA   Page 1 of 6

SEC FORM D                                                               12/16/20, 7:22 PM

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| YAGHOOBZADEH | HOOTAN | |
| Street Address 1 | Street Address 2 | |
| 1290 AVENUE OF THE AMERICAS, 10TH FLOOR | | |
| City | State/Province/Country | ZIP/PostalCode |
| NEW YORK | NEW YORK | 10104 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

### 4. Industry Group

[ ] Agriculture

Banking & Financial Services
[ ] Commercial Banking
[ ] Insurance
[ ] Investing
[ ] Investment Banking
[X] Pooled Investment Fund
   [ ] Hedge Fund
   [X] Private Equity Fund
   [ ] Venture Capital Fund
   [ ] Other Investment Fund

Is the issuer registered as an investment company under the Investment Company Act of 1940?
[ ] Yes   [X] No

[ ] Other Banking & Financial Services

[ ] Business Services

Energy
[ ] Coal Mining
[ ] Electric Utilities
[ ] Energy Conservation
[ ]

Health Care
[ ] Biotechnology
[ ] Health Insurance
[ ] Hospitals & Physicians
[ ] Pharmaceuticals
[ ] Other Health Care

[ ] Manufacturing

Real Estate
[ ] Commercial
[ ] Construction
[ ] REITS & Finance
[ ] Residential
[ ] Other Real Estate

[ ] Retailing
[ ] Restaurants

Technology
[ ] Computers
[ ] Telecommunications
[ ] Other Technology

Travel
[ ] Airlines & Airports
[ ] Lodging & Conventions
[ ] Tourism & Travel Services
[ ] Other Travel

[ ] Other

https://sec.report/Document/0001827586-20-000001/primary_doc....4J0GoTcUIEGMAOSpo36ss2jnGCZ_gXJosUGwO_4DP9IbOUrZ48VhxG1JYgSFA   Page 2 of 6

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

https://sec.report/Document/0001827586-20-000001/primary_doc...4J00oTcUiEGMAOSpo36ss2jn0CZ_gXJosUGwO_4DP9bOUrZ48VhxG1/fgSFA                Page 2 of 6

SEC FORM D                                                                                              12/16/20, 7:22 PM

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

**5. Issuer Size**

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

☒ Investment Company Act Section 3(c)

| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☒ Section 3(c)(1) | ☐ Section 3(c)(9) |
|---|---|---|
| ☐ Rule 504 (b)(1)(i) | ☐ Section 3(c)(2) | ☐ Section 3(c)(10) |
| ☐ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(3) | ☐ Section 3(c)(11) |
| ☐ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(4) | ☐ Section 3(c)(12) |
| ☒ Rule 506(b) | ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
| ☐ Rule 506(c) | ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
| ☐ Securities Act Section 4(a)(5) | ☒ Section 3(c)(7) | |

**7. Type of Filing**

☒ New Notice    Date of First Sale  ☒ First Sale Yet to Occur

☐ Amendment

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?  ☐ Yes ☒ No

**9. Type(s) of Securities Offered (select all that apply)**

https://sec.report/Document/0001827586-20-000001/primary_doc...4J00oTcUiEGMAOSpo36ss2jn0CZ_gXJosUGwO_4DP9bOUrZ48VhxG1/fgSFA                Page 3 of 6

SEC FORM D                                                                                              12/16/20, 7:22 PM

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

**5. Issuer Size**

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

☒ Investment Company Act Section 3(c)

| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☒ Section 3(c)(1) | ☐ Section 3(c)(9) |
|---|---|---|

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture

Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...

Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☒ Investment Company Act Section 3(c) |
| ☐ Rule 504 (b)(1)(i) | ☒ Section 3(c)(1) | ☐ Section 3(c)(9) |
| ☐ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(2) | ☐ Section 3(c)(10) |
| ☐ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(3) | ☐ Section 3(c)(11) |
| ☒ Rule 506(b) | ☐ Section 3(c)(4) | ☐ Section 3(c)(12) |
| ☐ Rule 506(c) | ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
| ☐ Securities Act Section 4(a)(5) | ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
| | ☒ Section 3(c)(7) | |

## 7. Type of Filing

☒ New Notice    Date of First Sale    ☒ First Sale Yet to Occur
☐ Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?    ☐ Yes ☒ No

## 9. Type(s) of Securities Offered (select all that apply)

https://sec.report/Document/0001827586-20-000001/primary_doc....4J00o7cUIEGMAOSpo36ss2jnGCZ_gXJosUGwO_4DP9ibOUrZ48VhxG1JYg5FA    Page 3 of 6

---

SEC FORM D    12/16/20, 7:22 PM

| ☒ Equity | ☒ Pooled Investment Fund Interests |
| ☐ Debt | ☐ Tenant-in-Common Securities |
| ☐ Option, Warrant or Other Right to Acquire Another Security | ☐ Mineral Property Securities |
| ☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security | ☐ Other (describe) |

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    ☐ Yes ☒ No

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $0 USD

## 12. Sales Compensation

| Recipient | Recipient CRD Number | ☐ None |
| UBS SECURITIES LLC | 7654 | |
| (Associated) Broker or Dealer ☒ None | (Associated) Broker or Dealer CRD Number | ☒ None |
| None | None | |
| Street Address 1 | Street Address 2 | |
| 1285 AVENUE OF THE AMERICAS | | |
| City | State/Province/Country | ZIP/Postal Code |
| NEW YORK | NEW YORK | 10019 |

State(s) of Solicitation (select all that apply)
Check "All States" or check individual States    ☒ All States    ☐ Foreign/non-US

## 13. Offering and Sales Amounts

| Total Offering Amount | $400,000,000 USD or ☐ Indefinite |
| Total Amount Sold | $0 USD |
| Total Remaining to be Sold | $400,000,000 USD or ☐ Indefinite |

Clarification of Response (if Necessary):

The general partner of the Issuer reserves the right to offer a greater or lesser amount of limited partner interests. The Total Offering Amount and Total Remaining to be Sold are aggregated together with the Issuer and its related parallel fund.

## 14. Investors

https://sec.report/Document/0001827586-20-000001/primary_doc....4J00o7cUIEGMAOSpo36ss2jnGCZ_gXJosUGwO_4DP9ibOUrZ48VhxG1JYg5FA    Page 4 of 6

---

SEC FORM D    12/16/20, 7:22 PM

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

SEC FORM D                                                                                              12/16/20, 7:22 PM

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:                                                                              [ 0 ]

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

        Sales Commissions $0 USD ☒ Estimate

        Finders' Fees $0 USD ☒ Estimate

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar-for-dollar against the management fees payable by the Issuer.

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

                            $0 USD ☒ Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

https://sec.report/Document/0001827586-20-000001/primary_doc...4J06dTcUtEGM4OSpx36ssZjnGCZ_gXJosUUwO_4DP8IbOUrZ48VhsG1JYgSFA                                          Page 5 of 6

---

SEC FORM D                                                                                              12/16/20, 7:22 PM

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:                                                                              [ 0 ]

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

        Sales Commissions $0 USD ☒ Estimate

        Finders' Fees $0 USD ☒ Estimate

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar-for-dollar against the management fees payable by the Issuer.

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

                            $0 USD ☒ Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT



allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

---

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

https://sec.report/Document/0001827586-20-000001/primary_doc....4J00oTcUIEGMAO5ps36ss2jnGCZ_gXJosUOwO_4DP9bOUrZ4BVhxG1JYgSFA          Page 5 of 6

---

SEC FORM D                                                                                                12/16/20, 7:22 PM

☐  Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:  `0`

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☒ Estimate

Finders' Fees $0 USD ☒ Estimate

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar-for-dollar against the management fees payable by the Issuer.

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☒ Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

---

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

https://sec.report/Document/0001827586-20-000001/primary_doc....4J00oTcUIEGMAO5ps36ss2jnGCZ_gXJosUOwO_4DP9bOUrZ4BVhxG1JYgSFA          Page 5 of 6

---

SEC FORM D                                                                                                12/16/20, 7:22 PM

or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture

Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference...

Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT




- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Rule 504 or Rule 506 for one of the reasons stated in Rule 504(b)(3) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized by the signer as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|--------|-----------|----------------|-------|------|
| STAPLE STREET CAPITAL III, L.P. | S/ HOOTAN YAGHOOBZADEH | HOOTAN YAGHOOBZADEH | MANAGER OF THE GP OF THE GP OF THE ISSUER | 2020-10-08 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

\* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") (Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

18. Dominion shares an address with Smartmatic in Barbados (see below)

19. Dominion data is seen going to their headquarters in Serbia and Toronto.

20. The following link analysis was gathered through open source methodologies and is easily verifiable.

21. As Dominion and Smartmatic makes claims that they are not connected in any way, not only are they connected but their business registration was in the same building on a foreign island to obfuscate their business dealings.

https://offshoreleaks.icij.org/nodes/101732449

1. The following link analysis was gathered through open source methodologies and easily verifiable.

2. As Dominion and Smartmatic makes claims that they are not connected in any way, not only are they connected but their business registration was in the same building on a foreign island to obfuscate their business dealings.

https://offshoreleaks.icij.org/nodes/101732449

DOMINION VOTING SYSTEMS INTERNATIONAL CORPORATION

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT



https://offshoreleaks.icij.org/nodes/101724285 Dominion Certificates

**Dominion Certificates**

Dominion can be seen using open source methodology that the SSL certificates from

*.dominionvoting.com were registered on the 24th of July 2019. This SSL certificate was used

Dominion Certificates

Dominion can be seen using open source methodology that the SSL certificates from
*.dominionvoting.com were registered on the 24th of July 2019. This SSL certificate were registered
multiple times from locations ranging from Canada, Serbia, and the United States. These images
verify that Dominion systems were connected to foreign systems across the globe. Also seen is

25. Dominion can be seen using open-source methodology that the SSL certificates from
*.dominionvoting.com were registered on the 24th of July 2019. This SSL certificate were
used multiple times from locations ranging from Canada, Serbia, and the United States. These
images verify that Dominion systems were connected to foreign systems across the globe.
Also seen is that the SSL certificate is used for the email server that was the same for the
secure HTTP connections.

443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

that the SSL certificate is used for the email server that was the same for the secure HTTP
connections.

443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c



All share:

443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9

443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9





Email ip address
206.223.168.94
Serbian ip address
82.117.198.54
Dominion site
204.132.219.214
Cloudflare link
104.18.91.9
Canadian ip address
206.223.190.85
Denver ip address
204.132.121.11

Page: 1/1 Results: 7 Time: 155ms
206.223.168.94 (webmail.dominionvoting.com)
BEANFIELD (21949) Toronto, Ontario, Canada
443/https
*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c
82.117.198.54
SERBIA-BROADBAND-AS Serbia BroadBand-Srpske Kablovske mreze d.o.o. (31042) Kac,
Vojvodina, Serbia
443/https
*.dominionvoting.com, dominionvoting.com

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc…
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

Vojvodina, Serbia
443/https
*.dominionvoting.com, dominionvoting.com

Email ip address: 206.223.168.94

Serbian ip address 82.117.198.54

Dominion site 204.132.219.214

Cloudflare link 104.18.91.9

Canadian ip address 206.223.190.85

Denver ip address 204.132.121.11

Page: 1/1 Results: 7 Time: 155ms

206.223.168.94 (webmail.dominionvoting.com)

BEANFIELD (21949) Toronto, Ontario, Canada

443/https

*.dominionvoting.com, dominionvoting.com

443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c 82.117.198.54

SERBIA-BROADBAND-AS Serbia BroadBand-Srpske Kablovske mreze d.o.o. (31042) Kac,
Vojvodina, Serbia

443/https

*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c 204.132.219.214

CENTURYLINK-US-LEGACY-QWEST (209) United States

443/https

*.dominionvoting.com, dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c 104.18.91.9

CLOUDFLARENET (13335) United States 443/https, 80/http, 8080/http Direct IP access not
allowed | Cloudflare *.dominionvoting.com, dominionvoting.com

CLOUDFLARENET (13335) United States 443/https, 80/http, 8080/http Direct IP access not allowed | Cloudflare *.dominionvoting.com, dominionvoting.com

443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c 104.18.90.9

CLOUDFLARENET (13335) United States

443/https, 80/http, 8080/http Direct IP access not allowed | Cloudflare *.dominionvoting.com, dominionvoting.com 443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c 206.223.190.85 (206-223-190-85.beanfield.net)

BEANFIELD (21949) Toronto, Ontario, Canada

22/ssh, 443/https *.dominionvoting.com, dominionvoting.com 443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c 204.132.121.11 (204-132-121-11.dia.static.qwest.net)

CENTURYLINK-US-LEGACY-QWEST (209) Denver, Colorado, United States 21/ftp, 22/ssh, 443/https, 80/http DVS Fileshare *.dominionvoting.com, dominionvoting.com 443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

**Kavtech**

26. A Pakistan based Business Intelligence firm with ties to the ISI.

27. The lead data scientist named Bilal Khan Nawabzada tweets directly to ISI.

28. The Co-Founder Waqas Butt is cc'd on emails containing personally identifiable voter information from the Nevada Secretary of State.

a. This is a similar and deliberate act of unauthorized access of information and data as the hacking of the voter registration system by Iran. (E.O. 13800 of May 11, 2017)

29. Kavtech is a Pakistan based Business Intelligence firm with ties to the Pakistani intelligence ISI. The lead data scientist named Bilal Khan Nawabzada directly references Pakistani ISI in his social media.

30. Kavtech using Natural Language Processing and Sentiment Analysis to sway Voter opinion and intent to ultimately influence the election.

---

**Kavtech**

• A Pakistan based Business Intelligence firm with ties to the ISI

---

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

**Kavtech**

- A Pakistan based Business Intelligence firm with ties to the ISI.
- The Co-Founder Waqas Butt is cc'd on emails containing personally identifiable voter information from the Nevada Secretary of State.
- The lead data scientist named Bilal Khan Nawabzada tweets directly to ISI.





**Supply Chain Concerns**

31. One in five components used in voting machines are from China-based companies

32. On January 6, 2017 DHS Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector.

Document title: How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call. – Deep Capture
Capture URL: https://web.archive.org/web/20210220160932/https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interferenc...
Capture timestamp (UTC): Sat, 07 Aug 2021 20:28:08 GMT

32. On January 6, 2017 DHS Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector.

a. This means that election infrastructure becomes a priority within the National Infrastructure Protection Plan. It also enables this Department to prioritize our cybersecurity assistance to state and local election officials, but only for those who request it. Further, the designation makes clear both domestically and internationally that election infrastructure enjoys all the benefits and protections of critical infrastructure that the U.S. government has to offer. Finally, a designation makes it easier for the federal government to have full and frank discussions with key stakeholders regarding sensitive vulnerability information.

33. With that in mind, it is incredible that the Election equipment used in the November 3, 2020 election was manufactured in Russia, China and undisclosed Asian and European Countries (see below).



Phases and Participants in a Supply Chain for Election Equipment for Use in the United States

SOURCE: The countries listed are found in Interos, 2019.

_____

Reference:

https://us-cert.cisa.gov/sites/default/files/2020-10/AA20304A-Iranian_Advanced_Persistent_Threat_Actor_Identified_Obtaining_Voter_Registration_Data.pdf

https://www.whitehouse.gov/presidential-actions/executive-order-imposing-certain-sanctions-event-foreigninterference-united-states-election/

https://www.jstor.org/stable/resrep26524seq=13#metadata_info_tab_contents

https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical

Now I could go much further. My dolphin speakers have had time to go much further than you have reviewed so far in this chapter (what you have seen thus far was generally prepared by or before Thanksgiving, November 26, 2020).

But I'm hopeful, Dear Reader, that I have above shown you enough to win.

Next Chapter is Chapter 3: Crashing the White House (December 18-22)

Tweet