# Exhibit 361

# The Deep Rig:

## How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him

(Or, what to send friends who ask,
"Why do you doubt the integrity of the 2020 Election?")

## Patrick Byrne

# THE DEEP RIG: HOW ELECTION FRAUD COST DONALD J. TRUMP THE WHITE HOUSE, BY A MAN WHO DID NOT VOTE FOR HIM

*(or what to send friends who ask, "Why do you doubt the integrity of Election 2020?")*

## PATRICK BYRNE

Deep Capture, LLC

# THE DEEP RIG: HOW ELECTION FRAUD COST DONALD J. TRUMP THE WHITE HOUSE, BY A MAN WHO DID NOT VOTE FOR HIM

Copyright © 2021 by Deep Capture, LLC

All rights reserved. No part of this book may be reproduced in any manner whatsoever without written permission except in the case of brief quotations embodied in critical articles and reviews.

First Printing, 2021

*Dedicated to the team of cyber-ninjas and otherwise-warriors who comprised the "Bad News Bears," and to all who remember that, "just government derives its powers from the consent of the governed," our consent being determined in **elections** that are free, fair and transparent.*

# CONTENTS

*Dedication*

**1   INTRODUCTION**

**1**   Chapter 1: Why I Got Involved Before November 3 & What I Learned Because I Did

**2**   Chapter 2: Election 2020 (November 3)

**3**   Chapter 3: Election 2020 Foreign Interference

**4**   Chapter 4: How The Crisis Could Have Been Ended Fairly & Quickly

**5**   Chapter 5: November 9 – December 17: All The President's Teams

**6**   Chapter 6: Crashing The White House (December 18-22)

**7**   Chapter 7: The Christmas Doldrums (December 23 – January 6 Noon)

**8**   Chapter 8: Agitation & Chaos (January 6 Noon – December 20)

**9**   Chapter 9: The Aftermath

Link Appendix

*About The Author*

"Political language is designed to make lies sound truthful and murder respectable, and to give an appearance of solidity to pure wind."

*- Politics & The English Language*,
George Orwell (1946)

"... the participants want the secret history of the 2020 election told, even though it sounds like a paranoid fever dream–a well-funded cabal of powerful people, ranging across industries and ideologies, working together behind the scenes to influence perceptions, change rules and laws, steer media coverage and control the flow of information. They were not rigging the election; they were fortifying it. And they believe the public needs to understand the system's fragility in order to ensure that democracy in America endures."

– "[The Secret History of the Shadow Campaign That Saved the 2020 Election](#)"
(*Time*, February 4, 2021)

Great minds discuss ideas. Average minds discuss events. Small minds discuss people.

- Eleanore Roosevelt

# 1

# Introduction

Introduction

I had a ringside seat to election events from November 3, 2020 to January 20, 2021, and feel a duty to tell the world what happened. I will not be regurgitating the headline events everyone will have read, but will aim to explain what was going on behind the scenes, and give my best account of why things played out as they did.

Between January 9 and January 21, 2021, I had Covid. When I recovered, out of an interest in not letting the public suffer from my procrastination and weakness, I drafted and published this story in installments (reserving  the right to re-edit as I went) that appeared from January 23 to February 9, 2021 on DeepCapture.com, the anti-corruption website. Thus you might think of the exercise as having been an odd one, wherein I drafted this book *but did so publicly*, that the public need not wait to begin having its curiosity addressed. I have taken those installments as a starting point, but have substantially reorganized, rewritten, and added material.

It would be natural for the reader to question my motives, to wonder if I have an ax to grind or wish to accomplish something in writing this other than what I claim (that I feel a duty to my country to give an honest account of what I saw over those nine weeks, and to do so with dispatch).  So I close this with four statements to clarify my philosophical orientation:

1. I have always voted Libertarian for President, and have never voted for a Republican or Democrat for President. Thus voting for Donald Trump was never a consideration for me, one way or the other.

   1. I agree with about 75% of Trump's policy positions. Our nation is supposed to embody "consent of the governed," yet I do not remember "the governed" ever signing up for forever-wars; or agreeing to outsource our middle class to China, or agreeing (without evidence or even discussion) to disband our borders and thus do away with the Westphalian nation-state system that has served the world for three and a half centuries. I remember our *elites* doing that, but not the governed. So I agree with Donald Trump's policy direction, but still fault him for one big thing: he should have made ethnic relations more central to his presidency. And I am not sure he did not, on occasion, tickle sentiments that shouldn't be tickled (e.g., discussing how "Mexico is sending us their rapists" was bringing up an issue worthy of discussion, but it have been brought up in a more respectful way).
   2. While I was even once Left-curious, and tried to maintain a position of being Left-friendly, and I confess that at this point I find the majority of activist Democrats to be intellectually dishonest and lacking in the most fundamental understanding of what made our republic work and how to fix it. Moreover, I am disgusted by the Goon-ism they have embraced as a political creed.

2. Having been inside this election fraud issue for months, having gotten to know some big brains in it, professors and technologists and computer scientists, the estimate I trust the most comes from one of them, an esteemed government scientist (think "rocket science" but I may be being metaphorical to some degree). For a couple decades, this scientist and colleagues from an esteemed government laboratory have been making a hobby of the study of election fraud. The final estimate of this scientist is that Donald Trump probably got around 79 million votes and Joe Biden got 68 million votes. Through chicanery, Trump ended up with 74 million, Biden with 80 million. The professor in question may not be *exactly* right, but his numbers convey my rough sense of the magnitude of this election steal.

3. This steal, the "Deep Rig", should have been child's play to reveal and reverse. On December 18, President Trump and I spent 4.5 hours together, and I let him know that I believed defeating it was a 3-foot putt (I've never golfed a hole in my life, but I hoped the metaphor might speak to him). His team was pursuing a 40-foot shot from the sand trap that they needed to sink, but if he would just listen to Flynn, Sidney, and me, there was an easy 3-foot putt he was not seeing. In the course of that meeting there came a moment that I felt something much different for Donald Trump than I had expected I would feel, something that made me want to go put an arm around the man and give him a long squeeze of reassurance. What was it I felt? I'm still not sure: Commiseration for a tired man? A kind of love? Or just deep sadness, that I could see he understood he was failing on the most colossal of scales, he was *losing*, but he could not put the pieces together? Yet it was child's play to defeat. I wanted to scold him and weep for him at the same time. Yet I hadn't even voted for him.

4.  How do I *feel* about Donald Trump? Any good explanation needs to start with family's history as a Horatio Alger dream.

   1. My folks were of working-class Irish roots from New Jersey (Bridgeport, Paterson, Atlantic City, Wildwood, and Cape May). My Pop was Rutgers '52 (Air Force ROTC), and when my folks were living poor as church-mice at the U of Michigan, my Pop studying actuarial math, when their three sons began popping into existence. I was last, born in Ft. Wayne, Indiana, in 1962.  We grew up bouncing around New England as my father changed life insurance jobs nearly every year. Passed over in 1976 in Hartford for a promotion at Travelers Insurance that he thought he deserved, my Pop took a job at a broken and insolvent auto insurer in the South: a month later an odd fellow from Omaha showed up on our doorstep, met my dad, and began investing heavily in his new employer. That same day, my Pop cancelled his order for our family's first new car (a station wagon) and sunk it into stock in his new friend's firm. My dad's new employer, GEICO, went on to big things, and my dad's investment in the stock of his new Omaha friend, Warren Buffett, also worked out well for our family. Most importantly, Buffett became my tutor in life.

   2. As  the years went by my family grew wealthy (by the time I was 16 my

parents were millionaires, and by the time I finished college they were millionaires many times over), and Buffett grew into a billionaire and then into the mythical figure he has since become. All along the way, a continual topic of conversation among Buffett, myself, and my parents, the *most* continual conversation, was the role of the affluent in society, their proper behavior, their duties to other citizens and to the country (unlike lots of other rich guys, both Buffett and my Pop were always intensely patriotic men).

3. Stylistically, Donald J. Trump is the embodiment of everything I was raised to think was wrong about rich people in America.  After JFK, my parents never voted anything but Republican, but my mother did not vote for Trump in 2016, voted Libertarian (!) in 2020, and by January 6, 2021 though Trump was a madman who should be dragged from the White House. My father died in 2013, but I don't know if he would have voted for Trump in 2016, or in 2020. So if you wish honest account of the intellectual *milieu* from which I hail, that is it.

4. As for myself, frankly, the braggadocio, the gaudy display of wealth, the *loudness* in manner and taste with which Trump burst onto the scene in the 1980s, turned me off so much that I never tuned in to him again. For example, I never once saw his TV show. Only when he ran for President did I tune in again on Donald J. Trump. Since then, and especially in recent months, my feelings about him became decidedly more complex, as will be revealed in this book.

So that is my orientation.  Enjoy the tale. I didn't enjoy writing it, but I felt I owed it to you.

Your humble servant,

Patrick M. Byrne

February 11, 2021

**1**

# Chapter 1: Why I Got Involved Before November 3 & What I Learned Because I did

## CHAPTER 1: WHY I GOT INVOLVED BEFORE NOVEMBER 3 & WHAT I LEARNED BECAUSE I DID

In late July, 2020 a friend from Montana, a stolid, part Native American fellow several years my junior, visited me at home in Utah to check on my health. Over the first months of the pandemic one of my legs had gone paralyzed, in early July I had surgery on my spinal cord. My friend wanted to see if I could walk again, and when he saw I could, to tell me of a group of people, some ex-federal some not, some cyber-experts and some of other expertise, who were organizing on the subject of election fraud. He was adamant  I get involved to help them. My friend was a squared-away individual, and I took his advice and requests seriously.

The next day, August 1, my friend died in a plane crash. As the coincidence was troubling, I looked into it (I am a multi-engine instrument land and seaplane pilot). It does seem to me to have been the error of his instructor, who flew the plane into a Montana box canyon without enough power to climb out.

At my friend's funeral I met some of the people he had described. A sober, quiet man with a FEMA background and a deep knowledge of bio-warfare; a retired Army Colonel with a background in Military Intelligence including psyops; other men and women with backgrounds in everything from law enforcement to cyber operations in military contexts and in support of law enforcement (such as, most recently, operating against human trafficking rings in the Southwest), to the study

of reverse-engineering mass election fraud.

Why were they studying the subject of mass election fraud? Because there were irregularities in the Dallas 2018 election, and those events had spawned a network of cyber-enthusiasts working on election fraud. They were convinced that industrial scale election fraud was possible, and on its way. Soon, key players were dropping through and seeing me in Utah, and I, still recovering from surgery, was driving around to meet them in other cities.

I will write of, "white hat hackers". I should make clear that I am referring to people who not only follow the law, they operate under contract and at the direction of law enforcement at state and federal levels. There is a certification for working in the field of cyber-forensics, a certification that means you can crack open and image hard drives, perform forensics on them, swear out affidavits, and produce work that is admissible in court. Sometimes law enforcement uses white hat hackers in offensive cyber-missions (e.g., smashing a child trafficking/porn ring). The white hat hackers of whom I write are people with such skill sets, and who operate under contract to law enforcement doing things law enforcement needs done but which are beyond the in-house capabilities of law enforcement.

White hat hackers answer to other terms of endearment: "cyber-ninjas", "geeks", and "dolphin-speakers" (the last one, in honor of their tendency to congregate and squeak to each other in acronyms no one else can understand: "TCP/IP on NSF mount...").

Over September and October I was introduced by these white hat hackers to security vulnerabilities of the technology used in election equipment. Obvious vulnerabilities existed, such as (per this CNET video, "Hackers target 30 voting machines at Defcon"), the existence of RS-232 ports such that any technician who can plug-in a cord will get root-level access to the machine without a password (thus compromising the machine forever). Or an IC socket in motherboards that should be soldered shut, but which are open (so that anyone who can slip a chip into that socket for a few seconds can compromise the machine forever).

See CnnTech (2017), "We watched hackers break into voting machines":

They drew my attention to strange violations of good computer science practice, such as an oddly-architected database within the machines, with three different layers but without integrity among the layers. Audit logs that were editable by precinct administrators (making them not "audit logs" at all), and lacking in fixed numbering systems that could reveal tampering.

Let me point out that a year ago, this was not considered a partisan issue. We *all* wanted elections that were fair, free, and transparent, and we all had deep misgivings about where we stood thanks to these new machines.

Here is a fine 4 minute video and story from the 2018 *New York Times*:

"[I Hacked an Election. So Can the Russians](I Hacked an Election. So Can the Russians)"

> *"All cybersecurity experts who have given electronic voting machines any thought agree. These machines have got to go... the electronic voting machines Americans got to solve the problem of voting integrity ... turned out to be an awful idea. That's because people like me can hack them all too easily. I'm a computer scientist who has hacked a lot of electronic voting machines... Imagine what the Russians and North Koreans can do... Our highly computerized election infrastructure is vulnerable to sabotage and even to cyber-attacks."*

So wrote the same *New York Times* where now, two years later, the possibility of an election being hacked is now *verboten* to mention.

From Bloomberg, November 2019: "[Expensive, Glitchy Voting Machines Expose 2020 Hacking Risks](Expensive, Glitchy Voting Machines Expose 2020 Hacking Risks): Paper ballots may be safer and cheaper, but local officials swoon at digital equipment."

It came to be widely acknowledged in the tech world. See this 7 minute story "[Voting Machine Hacks at DefCon](Voting Machine Hacks at DefCon)" from 2018.

Here is CNN in 2019: "Watch this hacker break into a voting machine: At the largest convention of hackers in the world, voting machines were turned inside out as hackers demonstrated how easy it could be to disrupt democracy."

From NBC News, January 2020: "Online and vulnerable': Experts find nearly three dozen U.S. voting systems connected to internet".

From the British Left-of-Center *The Guardian*, this in March, 2020 (ten months ago as I write): "Hack the vote: terrifying film shows how vulnerable US elections are". This was a review of the HBO documentary "Kill Chain: The Cyber War on America's Elections", which appeared in March, 2020. *The Guardian*'s view was that the case made by the documentary was horrifying, and they piled on with some good reporting of their own. Note that making claims now such as were made 10 months by HBO (and lauded by *The Guardian*) will today get one banned from social media, and may be illegal under the Democrats' new bill to combat "domestic terrorism".

From *Mother Jones*, September 2019: "Researchers Assembled over 100 Voting Machines. Hackers Broke Into Every Single One. A cybersecurity exercise highlights both new and unaddressed vulnerabilities **riddling** US election systems" [emphasis mine].

Lastly, Fox from 2016: "Princeton Professor Hacks Dominion Voting Machine in Seven Minutes":

One day I asked the white hat hackers who had been bringing me up to speed to rate for me the security of these voting systems we were researching. I asked them to use 1 (= "worst") to 10 (= "best") to rate the systems. Their considered answer was: "2, maybe a 1".

So allow me to point out that as of October, 2020 (just four months ago as I write), there probably was not a single subject one could find with such unanimity of conscience across the political spectrum, as our vulnerability to mass election fraud. From *Mother Jones* to CNET to *Bloomberg* to *CNN* to *New York Times* to *Fox*, our world was in rare agreement on the subject. Only months ago,

concern over the possibility of mass election fraud enjoyed the broadest consensus of any subject in our society I can think of.

It seems worthy of mention, given that its possibility is now being flushed down the Orwellian Memory Hole.

Beyond those hacks, they began to introduce me to other "hacks" understood in a broader sense.  The extraordinary privileges enjoyed by precinct administrators, for example, to drag-and-drop queues of ballots waiting for adjudication (a point confirmed by the machine's operating handbook).  Evidence of offshore packet traffic to certain locations during elections, though we did not yet fully understand why this happened.

They described how in several foreign elections marred by allegations of election fraud there had been windows where vote counting was shut own unexpectedly, and in those shut-down periods there had been large and controversial injections favoring one candidate. It had happened in an African nation, and in Serbia, and in one other nation where such systems had been used and been the cause of a scandal surrounding an election.

A technique used in that regard that was explained to me *before* the election, was the subject of a Gateway Pundit video *after* the election:

Click to play: [Drop and Roll' - How The 2020 Election Was Stolen From Donald Trump](#)

They told me to watch for counting being shut down during the election. It had happened in three other nations where sketchy elections had taken place. If it happened in our election, they warned me, it would be a sign that The Deep Rig was occurring. I thought it was preposterous: who ever heard of vote counting getting stopped in the middle of an election, in America?

As the weeks ticked by this late summer into autumn I came to know these folks who were convinced we were on the edge of a massive election steal. They had meetings arranged with DHS in their state, and in September, DHS officials in their state took two briefings, which were propelled up the chain of command.... only to be killed from Washington. In particular, a portion of DHS called CISA

("Cybersecurity & Infrastructure Security Agency") put the kibosh on further meetings. Election security is within CISA's mandate: one might have thought they might be interested.

Let me remind the reader, this was not just a ragtag bunch of misfits ("pajamahadeen" as I sometimes all them): these were professionals with extensive federal backgrounds, with all kinds of experiences of and certifications in matters cyber. They had detailed information about the security of the upcoming election, and were briefing DHS officials. Then CISA shut down their briefings.

That seemed odd, as we approached our Election Day of November 3.

# 2

# Chapter 2: Election 2020 (November 3)

## CHAPTER 2: ELECTION 2020 (NOVEMBER 3)

On November 3 everything they had been predicting to me would happen, happened. Counting of votes stopped, precisely as I had been warned might happen.

In my twenties something happened to me from which I learned much: I had cancer three times, and spent much of three years in hospitals (to know more about that particular bacchanal in my life, see "A PMC Threshold Moment by Billy Starr"), and several years in convalescence.  What I did with my time for those 6-7 years was a PhD in philosophy at Stanford. One of my great takeaways from that erstwhile hub of analytic philosophy is, *The power of any theory is its ability to make predictions*. The dolphin-speakers with whom I had become so friendly over those months had made a far-out prediction about vote counting stopping... and then it happened.

Not only that, counting had  stopped not just anywhere, but in six key locations that were anchor cities for swing states, swing states that, if flipped, also flipped the election nationally. The logic of the plan leapt off the page to anyone with a passing understanding of electoral politics.

Ask your local political science professor to explain why it is the case that to steal the national election one does not need, "widespread election fraud". If the professor is honest, you will hear, "Because it does not take *widespread* election fraud, it only takes *deep* election fraud in six cities to flip the swing states they are

in, to thereby flip the electoral college, and to thereby steal the national election. Those cities are Atlanta, Philadelphia, Detroit, Milwaukee, Phoenix, and Las Vegas."

And what do you know? On November 3, election night, vote counting in precisely those six cities took unprecedented turns. As James Woods put it elegantly, "Since when do they just stop counting votes on election day in America?" Yet that happened in various ways across those six cities (it is hard to remember now, but in early November it seemed strange that they stopped counting votes on election day in those cities, though it has been normalized since).

On November 4, numerous articles appeared discussing the significance of the count stoppages. For example, see "Ballot Counting Is Delayed In These Six States With Legal Battles On The Horizon: Several of these states will ultimately end up quite close, perhaps even with recounts. Will the Election Night leaders end up losers?" (*The Federalist*, November 4, 2020) That is worth noting, because it has become another truth they are trying to flush down the Orwellian Memory Hole. They are trying to convince people that it never happened (though everyone I know remembers it happening, and dozens of stories appeared on November 4 describing it).

In Atlanta's State Farm Arena, a "water-main break" forced the evacuation of the vote counting area of the arena: it later turned out to be fake ("BUSTED: Evidence Proves 'Burst Water Pipe' In Georgia Was Used As Cover For Secret Vote-Counting") . In the few hours when the counting was "closed", hundreds of thousands of votes were pushed through the system. The "water-main break" turned out to be a urinal that had overflowed ("Reported Burst Pipe in Atlanta Ballot-Count Area Was Overflowing Urinal: Investigator").

In one location, multiple security cameras caught workers grabbing suitcases of ballots out of hiding and feeding them into machines while counting was officially stopped and all others had been shooed from the area.

Suitcases of ballots after hours prove fraud Georgia

[Georgia State Farm Arena Footage Shows Poll Workers Stay Behind, Pulling Out Suitcases With Ballots](#)

[Suitcases of Ballots Pulled From Under Table AFTER Poll Watchers Were Told to Leave](#)

Some of these cities saw goons muscle observers away from counting centers [on gobbledygook reasons](#), while others taped pizza boxes across windows to block poll observers from observing.



How Detroit treats its polling "observers"

In the [days after the election](#), suspicion that [untoward things were occurring](#) was ubiquitous.

"Yes, Democrats Are Trying To Steal The Election In Michigan, Wisconsin, And Pennsylvania: In the three Midwest battleground states, vote counting irregularities persist in an election that will be decided on razor-thin margins" (*The Federalist*, November 4, 2020).

Blogs appeared with screenshots of history that could not be discounted: "WHEN THE VOTE COUNTING STOPPED ON ELECTION NIGHT, THESE WERE THE NUMBERS" (November 9).

Suspicion came to focus on Dominion Voting ("Dominion Machines Cover Millions of Voters, But Watch How Easy It Is To Rig One of Them" *Western Journal*, November 13, 2020). However, in my opinion that focus insufficiently appreciates the true nature of the issue of election fraud in the USA, its scope and varieties.

Within days, the cyber teams with whom I was working were coming up with data that showed what had happened in those windows where counting had been "stopped": hundreds of thousands of ballots had been injected, often running 99.4% and even 100% Biden.







Here is a good example of a statistically impossible event our dolphin-speakers noticed as they rummaged through the data. There were occasions where a group of precincts in a state would, in lockstep, begin counting all presidential votes 17/18 for Biden, 1/18 for Trump. A number of precincts, simultaneously, all did that together. Then after 90 minutes, their counting would go back to normal, but another set of precincts in the state would suddenly all flip to counting 17/18 votes for Biden, 1/18 for Trump. Precisely, for 90 minutes. Then they would flip to normal, and another set of precincts would pick up the Rig. Over and over around the state.  That fact alone demonstrates that the entire election in that state must be discounted: it is 0% trustworthy.

One place (but not the only place) this happened was Georgia. A researcher named Edward Solomon reported on this oddity in Georgia:

Click to play video: [Edward Solomon - Geometric Proof for Georgia](#)

And then for Pennsylvania:

Click to play video: [PA Edward Solomon has found *disturbing* signs of statistically impossible patterns](#)

As the quants and dolphin-speakers with whom I was working began putting such numbers together, something else happened: a self-organized digital army sprung into existence. Networks of volunteers in various states, self-organizing and diving in on various aspects of the Rig: what people had experienced in polling stations, what they had been told by precinct workers, what polling observers had experienced. These networks sent delegations to find me. Soon there were witnesses to various events flying in, along with the "leaders" of networks who had found them. I was deluged with offers of assistance: volunteers from all over the country, many with backgrounds in law enforcement and military, were getting in touch through the grapevine and asking to be allowed to help in any way. It seemed that to anyone with any independence of thought, the Deep Rig was clear.

None of them wanted to be paid. At the expense of DeepCapture, I did fly people to see other people and put them up in hotels to get debriefed.

Sometimes I referred to the scattered organizers and seed crystals of these networks as, "the *pajamaheddin*" (which is like being a *mujaheddin*, but you get to do it from your basement in your pajamas). I do mean to belittle their contribution in putting the pieces together: it was seminal. They were willing to research any question we needed answered, anywhere in the country; people willing to track down others and record experiences; precinct voters who had experienced some of the techniques of the fraud first-hand at retail level; precinct workers describing extraordinarily lax enforcement of standards; freight drivers and postal workers who had realized they were moving hundreds of thousands of fake ballots. Lawyers who were able to mobilize and research local laws for us. People who could gather sworn statements. It quickly became clear that the problem was not going to be turning up facts, it was going to be managing the fire-hose of evidence that poured in. More and more Americans were stepping forward with details of things they had experienced or witnessed on Election Day. These networks began finding each other, than finding me, and  I greased whatever needed to be greased until we had pulled together a team of people who could handle such a flow of information: a cyber team collecting and processing data, and affidavits were coming in by the dozens, then hundreds, and then thousands (ultimately I heard that grassroots organizations across America collected 50,000 signed affidavits from Americans concerning their experiences).

Some of the irregularities were so "problematic" they were being called out publicly by people with only modest levels of expertise. For example, in one, a web designer discussed oddities in the Edison database (provided by *The New York Times*). One of his complaints was misguided (he did not recognize the "z" at the end of the timestamp to mean "Zulu", which is to say, "UTC" or "Universal Time Coordinated", which makes his time zone analysis misguided). But in his otherwise excellent 16 minute video, he discussed other anomalies in the data that were shocking, and indicative of election fraud on an *industrial* scale. And this from someone *without* a lot of expertise.

Unfortunately, the video in question was taken down as soon as I wrote about it on DeepCapture. However, an equally interesting video is still up, one put up on November 10, that is like a time-capsule, reminding us of the election

irregularities (reviewing it is a useful exercise, as the MSM will eventually try to tell you that you don't actually remember any of this).

Click to play video: **Mass Election Fraud is Popping out of th**e Walls

One thing that drew the attention of all was the ability of bad actors to game these systems via the latitude afforded to precinct administrators. An example would be the adjudication process. This was explored with regards to Dominion machines in Georgia in two videos:

Click to play video: Dominion Voting Machine Flaws -- 2020 Election Coffee County, Georgia Video 1

Click to play video: Dominion Voting Machine Flaws -- 2020 Election Coffee County, Georgia Video 2

So what had spun up between August, 2020 and November 3 (a group of cyber-ninjas who were studying election fraud), was augmented after that date by a massive flow of information from the public. All that was narrowed and filtered by a set of debriefers, and fed into a team of analysts and dedicated quants who shared their findings and generated a finished product.

Because of our preparation and because of the assistance of so many, we quickly had more than a rough idea how the various frauds had occurred, in various permutations, on retail, wholesale, and industrial scales, in the different states in question. We knew that nailing things down for the benefit of a court of law someday might require examining hard drives and performing other computer forensics, but (as I walked through in the paragraphs above) the rough outline of the steal was child's play to see. The mountains of new statements and affidavits and data that surfaced daily further confirmed that larger theory (for example, that odd "Sharpie switcheroo" of Phoenix-Maricopa county became explicable when one understands that ballots poorly read by the machines become fodder for the "mass adjudication" of which we had confirmed the machines were capable).

By a week after the election the cyber-sleuths and investigators with me already

had things perhaps 50% sorted out. They had the strategy behind the theft: forego "widespread" election fraud and instead pick those six cities to cheat like hell, flip the states they are in, and thus flip the electoral college and the nation. More refined versions of the strategy evolved over subsequent weeks (we found, for example, that whoever was doing the stealing in Georgia also targeted heavily red counties and shaved several percentage points in each). Statistical outliers were showing up of astronomical unlikelihood, rivers of affidavits were gushing in where people reported experiences consistent with what our team had predicted was happening under the hood of the steal, and so on and so forth.

In general, as the month of November developed, people with increasing levels of expertise came forward with analyses consistent with what our own team was discovering. These were no longer people with odd things to describe from their experiences on voting day, or web designers looking at databases and seeing things that look non-kosher, but mathematicians, scientists, and econometricians elaborating on the same statistical improbabilities bubbling up through the November 3 data that we were coming across.

Mathematicians began turning up with analyses that confirmed what we were putting together empirically, only some of which made it into the press. For example, see MIT statistician shows certainty of massive computer vote fraud in 2020 Presidential election: Dr. Shiva Ayyadurai (Dr. Shiva) provides an MIT PhD analysis of Michigan voting patterns.....

Click to play video: Dr.SHIVA LIVE: MIT PhD Analysis of Michigan Votes Reveals Unfortunate Truth of U.S. Voting Systems

An excellent quant (Seth Keshel) who joined our team went on to give a rather dense analysis to the public on January 1. In truth, however, what Seth says here, he (and the team of quants he led for us) were putting together by mid-November. So for those who want to see a good quantitative explanation (with maps) which gives a sense of the kind of work we were doing in those days, watch this 20 minutes:

Click to play video: Doug Wade Interviews Seth Keshel

By November 12, Dr. Shiva , who holds a PhD in Math from MIT (and with whom my cyber-pals were in contact), did another thorough, quantitative analysis of Michigan Election Fraud.

Click to play video: [Dr. SHIVA Analysis of Michigan Vote Fraud](#)

Regarding Pennsylvania's irregularities, a Williams math professor laid it on the line ("[Yale Trained Mathematician Flags 100,000 Pennsylvania Ballots As Likely Fraudulent](#)"). This led to an official reaction ("[Federal Elections Commission Chairman Trey Trainor says new analysis by professor Steven Miller 'adds to the conclusions that some level of voter fraud took place in this year's election'](#)"). Professor Miller's affidavit appears at the end of this chapter.

Before the end of 2020 noted economist John Lott would come out with a paper: "[A Simple Test for the Extent of Vote Fraud with Absentee Ballots in the 2020 Presidential Election: Georgia and Pennsylvania Data](#)".
Lott's findings were summarized in the popular press, "[Expert: Biden win 'suspicious,' 289,000 election-changing 'excess' votes](#)".

And so on and so forth.

I have recounted how I got involved in this; what I was warned election fraud (if it occurred) would look like; how what did occur matched the prediction; and how through November the Rig was being reverse-engineered by a team of cyber-ninjas, augmented by a platoon of volunteers, with assistance of networks around the country. In the process I laid out dozens of links you can go to for further information. I will assume that any reasonable reader who has made it thus far must have at least some doubt about the integrity of Election 2020.

That is *before* considering the foreign involvement effect on Election 2020, which is the subject to which I will turn (after presenting Professor Miller's affidavit, as previously promised).

**Declaration of Professor of Mathematics, Steven J Miller, Ph.D.**

1.     My name is Steven J. Miller.  I am over 18 years of age and am competent to testify in this action.  All of the facts stated herein are true and based on my personal knowledge.

2.     I received a B.S. in Mathematics and Physics from Yale University in 1996 and a Ph.D of Mathematics from Princeton University in 2002. I have published numerous papers and written several books on statistical topics, and have taught probability and statistics for the past 15 years.

3.     I am currently a professor of mathematics at Williams College.  I make this declaration in my personal capacity.

4.     I have analyzed phone bank data provided to me regarding responses to questions relating to mail ballot requests, returns and related issues.

5.     I evaluated the data provided and performed a statistical evaluation of the data and various related calculations.  I provide this declaration with regard to the report presenting my findings.

6.     I can show, to a reasonable degree of professional certainty, that the conclusions as stated in this report are correct.

I declare under the penalty of perjury that the foregoing is true and correct.

Steven J Miller, Ph.D.   November 17, 2020

---

## REPORT ON PA GOP ABSENTEE BALLOT REQUESTS

Steven Miller, Professor of Mathematics
Williams College, Williamstown, MA 01267
sjm1@williams.edu, 617-835-3982

**EXECUTIVE SUMMARY**

The analysis was performed on a data set provided by Matt Braynard and his firm, Election Data Services.

- *Estimate of ballots requested in the name of a registered Republican by someone other than that person:* 40,875 to 53,909.
- *Estimate of Republican ballots that the requester returned but were not counted:* 48,522 to 64,892 (these go in the opposite order as the previous: if more of the ballots are requested by someone other than the registered voter, that means there are fewer ballots left that we estimate were incorrectly returned.).

Thus I estimate that the number of ballots that were either requested by someone other than the registered Republican or requested and returned but not counted range from 89,397 to 98,801.

Doing a more detailed analysis with confidence intervals, I estimate that almost surely (based on the data I received) that the number of ballots requested by someone other than the registered Republican is between 37,001 and 58,914, and almost surely the number of ballots requested by registered Republicans and returned but not counted is in the range from 38,910 to 56,483.

Respectfully submitted,

Steven J Miller
November 17, 2020

**DETAILED ANALYSIS**

I received a data set of responses to a phone survey given to people who are registered Republicans in PA. These people were contacted because there was a ballot requested in their name for the November 2020 election, but the ballot has not arrived to be counted as of November 16th, 2020; there are 165,412 such ballots.

Almost 20,000 people were called; most of the calls went to answering machines (around 14,000), had people refuse to talk (around 3000), or there was a bad number / language barrier (about 3500). There were 2684 people who answered the call on November 9th or 10th, saying either they were the person asked for or wanting to know what the call was about. These respondents were then asked several questions.

The first question was whether or not they had requested an absentee ballot; 1114 said they did, and 36 were a household member confirming the ballot request. Thus 1150 of the 2684 confirmed requesting a ballot. A sizeable number said they did not request a ballot: 531 said they did not while another 25 were a household member stating no absentee ballot was requested. This sums to 556 people confirming that no ballot was requested. Of the remaining 978 people, 343 either hung up, refused to talk, or said the person asked for is not available to talk; these 343 people were not asked subsequent questions, though there were also 91 people who said they were unsure if they had requested a ballot were asked the next question. The remaining 544 people answered that they voted in person and were not asked any additional questions; this response complicates the analysis as you cannot vote in person if you requested a ballot unless you bring the ballot to be cancelled. From the response 'voted in person at the polls' it is unclear if they requested an absentee ballot; we will thus do the analysis assuming they all requested and assuming none of them requested.

We have 1241 people moving on to Question 3 (those who answered yes, had a family member answer yes, or were unsure). Of these, 463 mailed back their ballot (though there is no record of their ballot being received; 452 said they mailed back their ballot and 11 were family members saying it was mailed) and 643 said they had not mailed back their ballot (632 said they had not, 11 had family members say it was not mailed). The remaining people were unsure, refused to speak, hung up, or were not the right person.

Our goal is to try to estimate the number of fraudulent ballots in PA from these responses, and thus correct the totals across the commonwealth. We start with the 165,412 people who were recorded as having requested a ballot but no ballot had arrived. From Question 2 there were 1150 who confirmed requesting a ballot and 556 who did not (this is ignoring the 91 who were unsure and the 544 who said they voted in the polls). Thus we have 556 out of 1706 who said the did not request a ballot but one was requested in their name, which is about 32.59%. If we multiply the 165,412 ballots requested but unreturned by 32.59%, we get about 53,909 ballots. Thus we estimate there are almost 54,000 ballots in the commonwealth that were requested by someone other than the registered Republican in whose name it was.

What if we include the 544 people who answered Question 2 by saying they voted in person at the polls? If we assume all of these people brought their ballots with them to be voided, this raises the denominator from 1706 to 2250 for a percentage of around 24.18% (down from the 32.59% before). If we extrapolate *this* number to the 165,412 ballots we now have 40,875 ballots across PA that were requested by someone other than the person in whose name they were recorded (while this is lower than the 54,000 it is still a significant fraction of the roughly 70,000 votes separating Biden and Trump.

We now turn to estimating the number of ballots requested by registered Republicans who thought they returned them but which have not arrived and been counted (as of November 16th, 2020). From the responses,

---

463 people out of 1150 (or around 40.26%) said they had requested a ballot and sent it back; however, these ballots have not been counted. We need to figure out what number to apply this percentage to. We started with 165,412 ballots and now remove the estimated 53,909 ballots that were not requested by registered Republicans in PA have to get there were 111,503 ballots requested by registered Republicans in PA. Multiplying this by 40.26% yields 44,892 Republican ballots that the requesters returned but were not counted. If instead we remove the lower estimate of 40,875 ballots (for the number of ballots requested in someone's name but not by them) and subtract that from 165,412 we get 120,520 ballots requested by registered Republicans in PA. Multiplying this by 40.26% yields 48,522 Republican ballots that the requester returned but were not counted.

**EXTENSION: CONFIDENCE INTERVALS**

We can do a more detailed analysis and obtain confidence intervals. If we have a large number of data points (usually more than 30 suffice; as we are in the hundreds to thousands there are no concerns) and we observe in a sample of size n of a population of size N that x have a property, we can extrapolate to that how many in the entire population have the property.

The simplest estimate is that the proportion in the sample with the property is $p = x/n$, so the number in the entire population is just $pN = x N / n$. The difficulty with that is small errors in our estimate of the proportion in the sample scale. Thus we frequently construct 95% and 99% confidence intervals.

If each person from the population of size N is independently chosen to be in the sample of size n, and each person has the same probability $p$ of having the desired property, then the number of people in the sample with the property can be approximated by a normal distribution. We have 95% of the mass of the normal is within 1.96 standard deviations of the mean, and 99% is within 2.576 standard deviations. This leads to the following confidence intervals, where below $p$ is the observed sample proportion having the property ($p = x/n$):

- 95% confidence interval for the probability: $p - 1.96 \sqrt{\frac{p(1-p)}{n}}$ to $p + 1.96 \sqrt{\frac{p(1-p)}{n}}$
- 99% confidence interval for the probability: $p - 2.576 \sqrt{\frac{p(1-p)}{n}}$ to $p + 2.576 \sqrt{\frac{p(1-p)}{n}}$

Once we have these, we can extrapolate to the entire population by multiplying by N:

- 95% confidence interval for the number with property: $p - 1.96 N \sqrt{\frac{p(1-p)}{n}}$ to $p + 1.96 N \sqrt{\frac{p(1-p)}{n}}$
- 99% confidence interval for the number with property: $p - 2.576 N \sqrt{\frac{p(1-p)}{n}}$ to $p + 2.576 N \sqrt{\frac{p(1-p)}{n}}$

We now apply this to our problem. For the first question, we had either 556 out of 1706 who said they did not request a ballot but we know one was requested in their name, or (including the 544 who said they voted in person) we have 556 out of 2250.

- 95% confidence interval for the probability: [30.46%, 34.92%] or [22.93%, 26.49%].
- 99% confidence interval for the probability: [29.76%, 35.62%] or [22.37%, 27.05%].

We can use this to estimate the number of ballots requested by someone other than the registered Republican:
- 95% confidence interval for such ballots: [50,380, 57,755] or [37927, 43823],
- 99% confidence interval for such ballots: [49,222, 58,914] or [37001, 44750].

Thus we estimate the number of ballots requested by someone other than the registered Republican in PA for the 2020 election is almost surely between 49,222 and 58,914 (if we assume the 544 who said they voted in person did not request an absentee ballot), or between 37,001 and 44,750 (if we assume the 544 who said they voted in person did request an absentee ballot). Thus almost surely the number of ballots requested by someone other than the registered Republican is between 37,001 and 58,914.

4

---

We can apply a similar analysis to the number of ballots that responders said were returned but were not received. Here we have 463 of 1150 registered Republicans saying they had requested and returned a ballot, but as of November 16th, 2020 no ballot in their name had arrived to be counted. It is easy to construct 95% and 99% confidence intervals for these probabilities (we observed 40.26%).

- 95% confidence interval for the probability: [37.43%, 43.10%].
- 99% confidence interval for the probability: [36.54%, 43.99%].

To estimate a 95% or 99% confidence interval we need to know how many ballots to remove from the 165,412. We can compute this many different ways, but in the interest of obtaining the simplest, widest range we can look at the high and low values from the above analysis of what to subtract from 165,412: 37,001 and 58,914. Thus using the 99% confidence interval values we obtain that almost surely the number of ballots requested by registered Republicans and returned but not counted is in the range from 38,910 to 56,483.

Respectfully submitted,

Steven J Miller

November 17, 2020

5

**3**

# Chapter 3: Election 2020 Foreign Interference



**CHAPTER 3: ELECTION2020 FOREIGN INTERFERENCE**

The occasion was a 1950's drunken Hollywood party. The leading men of the day were holding an impromptu contest of a certain form. Jackie Gleason famously shouted to Milton Berle: "Hey Miltie, do us all a favor and only pull out enough to win!"

I will follow that principle here, presenting enough evidence to convince anyone open to being convinced.

On the dictum that "a picture is worth 1,000 words," I start with the question of whether Dominion machines are partially made in China.



Case closed.

———————————————————————————————————————

Now let us turn to a statement by a retired senior military officer that lays things out rather clearly (there is a fair bit of "dolphin-speak" below, but if that bothers you, just skim it looking for the sections in English, and you will understand it just fine):

Declaration of XXXXXXXX

1. My name is XXXXXXXXXXXXXXXXXXXXX, and I am a resident of XXXXXXXXXX. I hold an MBA from XXXXXX University, and a Bachelor of Science from XXXXXX University. I am retired from the US

Army where I worked as an Air Cavalry Officer, a Psychological Operations Officer, and Information Operations Officer. I specifically conducted Special Technical Operations, analyzed and applied All-Source Intelligence to operational requirements. With a specialized team of military members, I helped author the Joint Urgency of Needs Statement for the CAUI EXORD (Countering Adversary Use of the Internet) and stood up the first two special category cyber-enabled operations under a unique Secretary of Defense authority. I am currently the manager of a Cybersecurity Company based in Texas. Our emphasis is on digital forensics and incident response (DFIR) cybersecurity, analysis of publicly available information (PAI), penetration testing of networks, and problem solving through operations integration. We use state-of-the-art tools and employ a wide variety of cyber and cyber-forensic analysts. My colleague and I are currently contracted to a cybersecurity and forensics firm that focuses on election systems.

2. We have examined the various Companies, Networks, Structures, Machines and related global infrastructures directly tied to the US Election.

3. This is a preliminary report on the various aspects of FOREIGN INTERFERENCE as defined by Executive Order 13848 issued on September 12, 2018.

1. *Section 8 (f) defines the term "foreign interference," with respect to an election, to include any covert, fraudulent, deceptive, or unlawful actions or attempted actions of a foreign government, or of any person acting as an agent of or on behalf of a foreign government, undertaken with the purpose or effect of influencing, undermining confidence in, or altering the result or reported result of, the election, or undermining public confidence in election processes or institutions.*

2. *There is clear and definitive evidence that foreign interference, as defined in the above Executive Order, occurred prior to, and during, the General Election on November 3, 2020.*

3. *In addition, Section 1 (b)(ii) states "if any foreign interference involved activities targeting the infrastructure of, or pertaining to, a political organization, campaign, or candidate, the extent to which such activities materially affected the security or integrity of that infrastructure, including by unauthorized access to, disclosure or threatened disclosure of, or alteration or falsification of, information or data."*

4. *There is also clear and definitive evidence that foreign interference and unauthorized access to information and data, as defined in the Executive Order above, occurred prior to, and during, the General Election on November 3, 2020.*

**Dominion Voting Systems and Scytl/Clarity Elections:**

4. Dominion Voting Systems is owned and controlled by foreign entities. We lose control of the data when it goes to a foreign country. For example:
   • The electronic information went to Germany, Barcelona, Serbia, and Canada
   • Dominion Servers in Belgrade Serbia. P 82.117.198.54 (ASN Range: 82.117.192.0/19)
   • Dominion Servers ftp.dominionvoting.com with IP 69.172.237.100 (ASN Range: 69.172.236.0/22) is located in Toronto, Canada
   • www.scytl.com with IP 52.57.209.147 (ASN Range: 52.57.0.0/16) is (was) located in Frankfurt Germany
   • support.scytl.com with IP 213.27.248.118 (ASN Range: 213.27.128.0/17) is located in Barcelona, Spain
   • scytl-com.mail.protection.outlook.com with IP 104.47.10.36 (ASN Range: 104.40.0.0/13) is located in Ireland
   • On election night the DE-CIX Frankfurt there was a 30% spike over the previous high rate of traffic. One stated probable cause was increased data flow to servers supporting the US Election.

Dominion Voting Systems and related companies are owned or heavily controlled and influenced by foreign agents, countries, and interests. The forensic report we prepared found that "the Dominion Voting System is intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results".

5. The system intentionally generates an enormously high number of ballot errors...The intentional errors lead to bulk adjudication of ballots with no oversight, no transparency, and no audit trail. This is the exact type of issue that leads to voter and/or election fraud.

6. The report found the election management system to be wrought with unacceptable vulnerabilities— including access to the internet— a key indicator to find evidence of fraud, and numerous malicious actions.

7. The numerous similarities will find that Dominion Voting Systems, Smartmatic, Electronic Systems & Software, and Hart Inter Civic, Clarity Election Night Reporting, Edison Research, Sequoia, Scytl, and similar or related entities, agents or assigns, have the same flaws and were subject to foreign interference in the 2020 election in the United States.

8. These systems bear the same crucial code "features" and defects that allowed the same outside and foreign interference in our election, in which there is the probability votes were in fact altered and manipulated contrary to the will of the voters.

1.

1. *Each of the companies use EML (Election Markup Language) and are susceptible to cross site scripting attacks (XSS) as described on page 7 in the Joint Cybersecurity Advisory.*
2. *Cross-site scripting (also known as XSS) is a web security vulnerability that allows an attacker to compromise the interactions that users have with a vulnerable application. It allows an attacker to circumvent the same origin policy, which is designed to segregate different websites from each other. Cross-site scripting vulnerabilities normally allow an attacker to masquerade as a victim user, to carry out any actions that the user is able to perform, and to access any of the user's data. If the victim user has privileged access within the application, then the attacker might be able to gain full control over all of the application's functionality and data.*
3. *Most, if not all, related sites were created using WordPress. WordPress currently has 2,675 CVE (Common Vulnerabilities and Exposures) listed on cve.mitre.org.*
4. *I performed a OpenVAS Vulnerability assessment for both Dominion and Scytl. There were multiple issues related to, out-of-date plugins and themes, which leaves sites vulnerable to attack.*
5. *With the various mergers, acquisitions, license agreements and*

*partnerships the entire Election ecosystem in the United States is one and the same of any other Country where these systems are based, created, designed, used and so on. Namely Venezuela and their investment into Smartmatic.*

1. *Dominion's purchase of Sequoia Voting Systems from Smartmatic has resulted in the same "Source Code" being used today.*
2. *During the Forensic audit we observed WinEDs and GEMS in the Dominion Voting System EMS (Election Management System). Both of those modules have been included in adverse findings from the EAC but are still in use today.*
3. *With the overlap between Dominion and Smartmatic, including the shared address in Barbados, the FCC Report ID: 2AGVK-VIU811 issued by the CCIS Lab in Shenzhen, China is very concerning. The Voter Identification Unit report was issued on July 23, 2020 and would give China insight on how to exploit the voting machines used in the US Election.*

9. Dominion Voting Systems is based in Toronto, Canada, and assigns its intellectual property including patents on its firmware and software and trademarks to Hong Kong and Shanghai Bank Corporation (HSBC), a bank with its foundation in China and its current headquarters in London, United Kingdom.

10. Multiple expert witnesses and cyber experts identified acts of foreign interference in the election prior to November 3, 2020 and continued in the following weeks. In fact, there is evidence of a massive cyber-attack by foreign interests on our crucial national infrastructure surrounding our election—not the least of which was the hacking of the voter registration system by Iran. (E.O. 13800 of May 11, 2017)

11. This is compounded by the magnitude of the Solar Winds exploit that has exposed the private, public and government related companies and agencies. This includes the companies and agencies directly involved with securing our elections.

12. The FBI and CISA issued a joint Cybersecurity Advisory on October 30, 2020 (Report ID: AA20-304A).

1. This joint cybersecurity advisory was coauthored by the Cybersecurity and Infrastructure Security Agency (CISA) and the Federal Bureau of Investigation (FBI). CISA and the FBI are aware of an Iranian advanced persistent threat (APT) actor targeting U.S. state websites—to include election websites. CISA and the FBI assess this actor is responsible for the mass dissemination of voter intimidation emails to U.S. citizens and the dissemination of U.S. election-related disinformation in mid-October 2020.1 (Reference FBI FLASH message ME-000138-TT, disseminated October 29, 2020). Further evaluation by **CISA and the FBI has identified the targeting of U.S. state election websites was an intentional effort to influence and interfere with the 2020 U.S. presidential election.**

13. Dominion and Smartmatic share a physical address in Barbados despite their insistence that there is no relationship between the companies. They also have a mutual non- compete agreement detailing shared resources and code.

14. Hootan Yaghoobzadeh is the CEO and Chairman of Staple Street Capital, which is the entity that owns Dominion. Yaghoobzadeh was a close confidant to Sadaam Hussein and worked for the Saudi Bin Laden group. He previously worked at the Carlyle Group and Cerberus Capital Management.

**Staple Street Partners**

15. Staple Street Partners is a Private Equity firm that owns Dominion Voting Systems.

16. 9/25/19 – Dominion Voting Systems based in Toronto entered into a Security Agreement with HSBC Bank, assigning all intellectual property and assets including Trademarks, Patents and Software (see below).

17. 10/8/20 – $400,000,000 from UBS Securities a Chinese managed subsidiary of UBS Global AG (see below).



| 505692196 | 09/26/2019 |
| --- | --- |

## PATENT ASSIGNMENT COVER SHEET

Electronic Version v1.1
Stylesheet Version v1.2

EPAS ID: PAT5739006

| SUBMISSION TYPE: | NEW ASSIGNMENT |
| --- | --- |
| NATURE OF CONVEYANCE: | SECURITY AGREEMENT |

### CONVEYING PARTY DATA

| Name | Execution Date |
| --- | --- |
| DOMINION VOTING SYSTEMS CORPORATION | 09/25/2019 |

### RECEIVING PARTY DATA

| Name: | HSBC BANK CANADA, AS COLLATERAL AGENT |
| --- | --- |
| Street Address: | 4TH FLOOR, 70 YORK STREET |
| City: | TORONTO |
| State/Country: | CANADA |
| Postal Code: | M5J 1S9 |

### PROPERTY NUMBERS Total: 18

| Property Type | Number |
| --- | --- |
| Patent Number: | 8644813 |
| Patent Number: | 8913787 |
| Patent Number: | 9202113 |
| Patent Number: | 8195505 |
| Patent Number: | 9870666 |
| Patent Number: | 9710988 |
| Patent Number: | 9870667 |
| Patent Number: | 7111782 |
| Patent Number: | 7422151 |
| Patent Number: | D599131 |
| Patent Number: | D521050 |
| Patent Number: | D515619 |
| Patent Number: | D521051 |
| Patent Number: | D537469 |
| Patent Number: | 8714450 |
| Patent Number: | 8910865 |
| Patent Number: | 8864026 |
| Patent Number: | 8876002 |

### CORRESPONDENCE DATA

PATENT
505692196                                    REEL: 050500 FRAME: 0236

**Schedule A**

**Intellectual Property**

U.S. Patents & Applications

| Title | SERIAL # | FILED DATE | PATENT NO. | ISSUE DATE | STATUS |
|---|---|---|---|---|---|
| Electronic Correction of Voter-Marked Paper Ballot | 13/476,836 | 5/21/2012 | 8,844,813 | 9/30/2014 | Issued |
| Ballot Adjudication in Voting Systems Utilizing Ballot Images | 13/476,091 | 5/11/2012 | 8,913,787 | 12/16/2014 | Issued |
| Ballot Adjudication in Voting Systems Utilizing Ballot Images (continuation of U.S. Patent 8913787) | 14/539,684 | 11/12/2014 | 9,202,113 | 12/1/2015 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 11/121,997 | 5/5/2005 | 8,195,505 | 6/5/2012 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/463,536 | 5/3/2012 | 9,870,666 | 1/16/2018 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/525,187 | 6/15/2012 | 9,710,988 | 7/18/2017 | Issued |
| System, Method and Computer Program for Vote Tabulation with an Electronic Audit Trail | 13/525,208 | 6/15/2012 | 9,870,667 | 1/16/2018 | Issued |
| Systems and Methods for Providing Security in a Voting Machine | 10/811,969 | 3/30/2004 | 7,111,782 | 9/26/2006 | Issued |
| Systems and Methods for Providing Security in a Voting Machine | 11/526,028 | 9/25/2006 | 7,422,151 | 9/9/2008 | Issued |
| Voting Booth | 29/324,281 | 9/10/2008 | D599,131 | 9/1/2009 | Issued |
| Voting Terminal and Stand | 29/209,554 | 7/15/2004 | D521,050 | 5/16/2006 | Issued |
| Pair of Enclosure Doors | 29/209,579 | 7/15/2004 | D515,619 | 2/21/2006 | Issued |
| Voting Terminal | 29/209,556 | 7/15/2004 | D521,051 | 5/16/2006 | Issued |
| Voting Terminal and Keypad | 29/254,483 | 2/23/2006 | D517,469 | 2/27/2007 | Issued |
| Systems and Methods for Transactional Ballot Processing, and Ballot Auditing | 13/092,600 | 4/22/2011 | 8,714,450 | 5/6/2014 | Issued |
| Ballot Level Security Features for Optical Scan Voting Machine Capable of Ballot Image Processing, Secure Ballot Printing, and Ballot Layout Authentication and Verification | 13/092,599 | 4/22/2011 | 8,910,865 | 12/16/2014 | Issued |
| Ballot Image Processing System and Method for Voting Machines | 13/092,606 | 4/22/2011 | 8,864,026 | 10/21/2014 | Issued |
| Systems for Configuring Voting Machines, Docking Device for Voting Machines, Warehouse Support and Asset Tracking of Voting Machines | 13/092,604 | 4/22/2011 | 8,876,002 | 11/4/2014 | Issued |

---

Ownership of the above-referenced patents has been assigned to Dominion Voting Systems Corporation.

Canadian Patent Application

| Title | APPLICATION # | FILED DATE | STATUS |
|---|---|---|---|
| SYSTEM, METHOD AND COMPUTER PROGRAM FOR VOTE TABULATION WITH AN ELECTRONIC AUDIT TRAIL | 2466466 | 5/5/2004 | Pending |

Dominion Voting Systems is listed in the Canadian Patent Office records as the current owner of record for the above-referenced patent application, but this application is to be assigned to Dominion Voting Systems Corporation post-Closing pursuant to the Undertaking.

U.S. Registered Trademarks

| Trademark | Serial # | File Date | Reg # | Reg Date | Status | Class |
|---|---|---|---|---|---|---|
|  | 85407877 | Aug-25-2011 | 4174339 | Jul-17-2012 | Registered | 35 37 40 41 |
| DOMINION VOTING | 85407870 | Aug-25-2011 | 4174338 | Jul-17-2012 | Registered | 9 35 37 40 41 |
| DEMOCRACY SUITE | 85407749 | Aug-25-2011 | 4153203 | Jun-5-2012 | Registered | 9 |
| IMAGECAST | 85407735 | Aug-25-2011 | 4131899 | Apr-24-2012 | Registered | 9 |
| AUDITMARK | 85407731 | Aug-25-2011 | 4269144 | Jan-1-2013 | Registered | 9 |
| ASSURE | 78440857 | Jun-24-2004 | 3080674 | Apr-11-2006 | Registered | 9 |
| AVC ADVANTAGE | 73755922 | Sep-30-1988 | 1537309 | May-2-1989 | Registered | 9 |
| AVC EDGE | 75404858 | Dec-11-1997 | 2261646 | Jul-13-1999 | Registered | 9 |
| OPTECH | 73689072 | Oct-13-1987 | 1524218 | Feb-14-1989 | Registered | 9 |
| OPTECH INSIGHT | 76624215 | Dec-9-2004 | 3044159 | Jan-17-2006 | Registered | 9 |

Ownership of the above-referenced trademarks has been assigned to Dominion Voting Systems Corporation.

SEC FORM D                                                                    12/16/20, 7:22 PM

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and
has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

### UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden hours per response: | 4.00 |

---

**1. Issuer's Identity**

| CIK (Filer ID Number) | Previous Names | [X] None | Entity Type | |
|---|---|---|---|---|
| 0001827586 | | | [ ] Corporation | |

Name of Issuer
STAPLE STREET CAPITAL III, L.P.

Jurisdiction of Incorporation/Organization
DELAWARE

Entity Type:
[X] Limited Partnership
[ ] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

Year of Incorporation/Organization
[ ] Over Five Years Ago
[X] Within Last Five Years (Specify Year) 2020
[ ] Yet to Be Formed

---

**2. Principal Place of Business and Contact Information**

Name of Issuer
STAPLE STREET CAPITAL III, L.P.

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 1290 AVENUE OF THE AMERICAS, 10TH FLOOR | | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| NEW YORK | NEW YORK | 10104 | (212) 613-3100 |

---

**3. Related Persons**

| Last Name | First Name | Middle Name |
|---|---|---|
| OWENS | STEPHEN | D. |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 1290 AVENUE OF THE AMERICAS, 10TH FLOOR | | |
| City | State/Province/Country | ZIP/PostalCode |
| NEW YORK | NEW YORK | 10104 |

---

SEC FORM D                                                                    12/16/20, 7:22 PM

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

| Last Name | First Name | Middle Name |
|---|---|---|
| YAGHOOBZADEH | HOOTAN | |

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 1290 AVENUE OF THE AMERICAS, 10TH FLOOR | | |
| City | State/Province/Country | ZIP/PostalCode |
| NEW YORK | NEW YORK | 10104 |

Relationship: [X] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):

---

**4. Industry Group**

[ ] Agriculture

**Banking & Financial Services**
[ ] Commercial Banking
[ ] Insurance
[ ] Investing
[ ] Investment Banking
[X] Pooled Investment Fund
  [ ] Hedge Fund
  [X] Private Equity Fund
  [ ] Venture Capital Fund
  [ ] Other Investment Fund
  Is the issuer registered as an investment company under the Investment Company Act of 1940?
  [ ] Yes   [X] No
[ ] Other Banking & Financial Services

[ ] Business Services

**Energy**
[ ] Coal Mining
[ ] Electric Utilities
[ ] Energy Conservation

**Health Care**
[ ] Biotechnology
[ ] Health Insurance
[ ] Hospitals & Physicians
[ ] Pharmaceuticals
[ ] Other Health Care

**Real Estate**
[ ] Commercial
[ ] Construction
[ ] REITS & Finance
[ ] Residential
[ ] Other Real Estate

[ ] Retailing
[ ] Restaurants

**Technology**
[ ] Computers
[ ] Telecommunications
[ ] Other Technology

**Travel**
[ ] Airlines & Airports
[ ] Lodging & Conventions
[ ] Tourism & Travel Services
[ ] Other Travel

[ ] Other

SEC FORM D                                                                                      12/16/20, 7:22 PM

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

**5. Issuer Size**

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

☒ Investment Company Act Section 3(c)

| | | |
|---|---|---|
| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☒ Section 3(c)(1) | ☐ Section 3(c)(9) |
| ☐ Rule 504 (b)(1)(i) | ☐ Section 3(c)(2) | ☐ Section 3(c)(10) |
| ☐ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(3) | ☐ Section 3(c)(11) |
| ☐ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(4) | ☐ Section 3(c)(12) |
| ☒ Rule 506(b) | ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
| ☐ Rule 506(c) | ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
| ☐ Securities Act Section 4(a)(5) | ☒ Section 3(c)(7) | |

**7. Type of Filing**

☒ New Notice   Date of First Sale ☒ First Sale Yet to Occur
☐ Amendment

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year? ☐ Yes ☒ No

**9. Type(s) of Securities Offered (select all that apply)**

https://sec.report/Document/0001027586-20-00000/primary_doc....A/d0zfUzEGMAI0ipe3ltaa2jnGCZ_gXJzsUGwO_4DP9bOU2r4EHVeG1LiYgSFA   Page 3 of 9

---

SEC FORM D                                                                                      12/16/20, 7:22 PM

☐ Environmental Services

☐ Oil & Gas

☐ Other Energy

**5. Issuer Size**

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| ☐ No Revenues | | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | | ☐ Over $100,000,000 |
| ☒ Decline to Disclose | | ☐ Decline to Disclose |
| ☐ Not Applicable | | ☐ Not Applicable |

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

☒ Investment Company Act Section 3(c)

| | | |
|---|---|---|
| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☒ Section 3(c)(1) | ☐ Section 3(c)(9) |
| ☐ Rule 504 (b)(1)(i) | ☐ Section 3(c)(2) | ☐ Section 3(c)(10) |
| ☐ Rule 504 (b)(1)(ii) | ☐ Section 3(c)(3) | ☐ Section 3(c)(11) |
| ☐ Rule 504 (b)(1)(iii) | ☐ Section 3(c)(4) | ☐ Section 3(c)(12) |
| ☒ Rule 506(b) | ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
| ☐ Rule 506(c) | ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
| ☐ Securities Act Section 4(a)(5) | ☒ Section 3(c)(7) | |

**7. Type of Filing**

☒ New Notice   Date of First Sale ☒ First Sale Yet to Occur
☐ Amendment

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year? ☐ Yes ☒ No

**9. Type(s) of Securities Offered (select all that apply)**

https://sec.report/Document/0001027586-20-00000/primary_doc....A/d0zfUzEGMAI0ipe3ltaa2jnGCZ_gXJzsUGwO_4DP9bOU2r4EHVeG1LiYgSFA   Page 3 of 9

---

SEC FORM D                                                                          12/16/20, 7:22 PM

| | | |
|---|---|---|
| [X] Equity | [X] | Pooled Investment Fund Interests |
| [ ] Debt | [ ] | Tenant-in-Common Securities |
| [ ] Option, Warrant or Other Right to Acquire Another Security | [ ] | Mineral Property Securities |
| [ ] Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security | [X] | Other (describe) |

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    [ ] Yes  [X] No

Clarification of Response (if Necessary):

**11. Minimum Investment**

Minimum investment accepted from any outside investor $0 USD

**12. Sales Compensation**

| | |
|---|---|
| Recipient | Recipient CRD Number [ ] None |
| UBS SECURITIES LLC | 7654 |
| (Associated) Broker or Dealer [X] None | (Associated) Broker or Dealer CRD Number  [X] None |
| None | None |
| Street Address 1 | Street Address 2 |
| 1285 AVENUE OF THE AMERICAS | |
| City | State/Province/Country   ZIP/Postal Code |
| NEW YORK | NEW YORK                10019 |
| State(s) of Solicitation (select all that apply) Check "All States" or check individual States | [X] All States   [ ] Foreign/non-US |

**13. Offering and Sales Amounts**

| | |
|---|---|
| Total Offering Amount | $400,000,000 USD  or [ ] Indefinite |
| Total Amount Sold | $0 USD |
| Total Remaining to be Sold | $400,000,000 USD  or [ ] Indefinite |

Clarification of Response (if Necessary):

The general partner of the Issuer reserves the right to offer a greater or lesser amount of limited partner interests. The Total Offering Amount and Total Remaining to be Sold are aggregated together with the Issuer and its related parallel fund.

**14. Investors**

---

SEC FORM D                                                                          12/16/20, 7:22 PM

| | |
|---|---|
| [ ] | Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering. |
| | Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering:  [ 0 ] |

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

| | |
|---|---|
| Sales Commissions | $0 USD [X] Estimate |
| Finders' Fees | $0 USD [X] Estimate |

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar for dollar against the management fees payable by the Issuer.

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD [X] Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

SEC FORM D                                                                                                    12/16/20, 7:22 PM

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as
accredited investors, and enter the number of such non-accredited investors who already have
invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not
qualify as accredited investors, enter the total number of investors who already have invested in the
offering:                                                                                        | 0 |

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is
not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☒ Estimate

Finders' Fees $0 USD ☒ Estimate

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar for dollar against the management fees payable
by the Issuer.

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of
the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount
is unknown, provide an estimate and check the box next to the amount.

$0 USD ☒ Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance
allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and
clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and
  undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished
  to offerees. *

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally
  designated officer of the State in which the issuer maintains its principal place of business and any State in which
  this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its
  behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or
  certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in
  any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of
  any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly
  or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust
  Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

---

SEC FORM D                                                                                                    12/16/20, 7:22 PM

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as
accredited investors, and enter the number of such non-accredited investors who already have
invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not
qualify as accredited investors, enter the total number of investors who already have invested in the
offering:                                                                                        | 0 |

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is
not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☒ Estimate

Finders' Fees $0 USD ☒ Estimate

Clarification of Response (if Necessary):

Placement agent fees to be paid based upon a fee schedule. Such fees are offset dollar for dollar against the management fees payable
by the Issuer.

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of
the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount
is unknown, provide an estimate and check the box next to the amount.

$0 USD ☒ Estimate

Clarification of Response (if Necessary):

The general partner is entitled to a performance allocation. The investment manager is entitled to a management fee. The performance
allocation and management fees are fully disclosed in the Issuer's confidential offering materials.

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and
clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and
  undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished
  to offerees. *

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally
  designated officer of the State in which the issuer maintains its principal place of business and any State in which
  this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its
  behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or
  certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in
  any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of
  any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly
  or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust
  Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule

https://sec.report/Document/0001627586-20-000001/primary_doc....AJ0IofUcUEGMAGSpa36aa2pGC2_gAJozuGwO_4DP9doGcfZ48VhsO1JYg5FA                                    Page 5 of 6



18. Dominion shares an address with Smartmatic in Barbados (see below)

19. Dominion data is seen going to their headquarters in Serbia and Toronto.

20. The following link analysis was gathered through open source methodologies and is easily verifiable.

21. As Dominion and Smartmatic makes claims that they are not connected in any way, not only are they connected but their business registration was in the same building on a foreign island to obfuscate their business dealings.

https://offshoreleaks.icij.org/nodes/101732449

1. The following link analysis was gathered through open source methodologies and easily verifiable.

2. As Dominion and Smartmatic makes claims that they are not connected in any way, not only are they connected but their business registration was in the same building on a foreign island to obfuscate their business dealings.



https://offshoreleaks.icij.org/nodes/101724285 Dominion Certificates



**Dominion Certificates**

Dominion can be seen using open source methodology that the SSL certificates from *.dominionvoting.com were registered on the 24th of July 2019. This SSL certificate were used multiple times from locations ranging from Canada, Serbia, and the United States. These images verify that Dominion systems were connected to foreign systems across the globe. Also seen is

25. Dominion can be seen using open-source methodology that the SSL certificates from *.dominionvoting.com were registered on the 24th of July 2019. This SSL certificate were used multiple times from locations ranging from Canada, Serbia, and the United States. These images verify that Dominion systems were connected to foreign systems across the globe. Also seen is that the SSL certificate is used for the email server that was the same for the secure HTTP connections.

443.https.tls.certificate.parsed.fingerprint_sha256: 8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c



**All share:**

443.https.tls.certificate.parsed.fingerprint_sha256: 8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9





Email ip address: 206.223.168.94

Serbian ip address 82.117.198.54

Dominion site 204.132.219.214

Cloudflare link 104.18.91.9

Canadian ip address 206.223.190.85

Denver ip address 204.132.121.11

Page: 1/1 Results: 7 Time: 155ms

206.223.168.94 (webmail.dominionvoting.com)

BEANFIELD (21949) Toronto, Ontario, Canada

443/https

*.dominionvoting.com, dominionvoting.com

443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

82.117.198.54

SERBIA-BROADBAND-AS Serbia BroadBand-Srpske Kablovske mreze d.o.o.
(31042) Kac, Vojvodina, Serbia

443/https

*.dominionvoting.com,                              dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

204.132.219.214

CENTURYLINK-US-LEGACY-QWEST (209) United States

443/https

*.dominionvoting.com,                              dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

104.18.91.9

CLOUDFLARENET (13335) United States 443/https, 80/http, 8080/http
Direct  IP  access  not  allowed  |  Cloudflare  *.dominionvoting.com,
dominionvoting.com          443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

104.18.90.9

CLOUDFLARENET (13335) United States

443/https, 80/http, 8080/http Direct IP access not allowed | Cloudflare
*.dominionvoting.com,                              dominionvoting.com
443.https.tls.certificate.parsed.fingerprint_sha256:

8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

206.223.190.85 (206-223-190-85.beanfield.net)

BEANFIELD (21949) Toronto, Ontario, Canada

22/ssh,          443/https          *.dominionvoting.com,          dominionvoting.com

443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c
204.132.121.11 (204-132-121-11.dia.static.qwest.net)

CENTURYLINK-US-LEGACY-QWEST (209) Denver, Colorado, United States 21/ftp, 22/ssh, 443/https, 80/http DVS Fileshare *.dominionvoting.com, dominionvoting.com               443.https.tls.certificate.parsed.fingerprint_sha256:
8f73a14d5f0fc10ebfa3086a99b9e7a550e822c71d762e627b73d12e5f1b8b9c

**Kavtech**

26. A Pakistan based Business Intelligence firm with ties to the ISI.

27. The lead data scientist named Bilal Khan Nawabzada tweets directly to ISI.

28. The Co-Founder Waqas Butt is cc'd on emails containing personally identifiable voter information from the Nevada Secretary of State.

1.
   1. This is a similar and deliberate act of unauthorized access of information and data as the hacking of the voter registration system by Iran. (E.O. 13800 of May 11, 2017)

29. Kavtech is a Pakistan based Business Intelligence firm with ties to the Pakistani intelligence ISI. The lead data scientist named Bilal Khan Nawabzada directly references Pakistani ISI in his social media.

30. Kavtech using Natural Language Processing and Sentiment Analysis to sway Voter opinion and intent to ultimately influence the election.





### Supply Chain Concerns

31. One in five components used in voting machines are from China-based companies

32. On January 6, 2017 DHS Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector.

1. This means that election infrastructure becomes a priority within the National Infrastructure Protection Plan. It also enables this Department to prioritize our cybersecurity assistance to state and local election officials, but

only for those who request it. Further, the designation makes clear both domestically and internationally that election infrastructure enjoys all the benefits and protections of critical infrastructure that the U.S. government has to offer. Finally, a designation makes it easier for the federal government to have full and frank discussions with key stakeholders regarding sensitive vulnerability information.

33. With that in mind, it is incredible that the Election equipment used in the November 3, 2020 election was manufactured in Russia, China and undisclosed Asian and European Countries (see below).



_____

Reference:
https://us-cert.cisa.gov/sites/default/files/2020-10/AA20304A-Iranian_Advanced_Persistent_Threat_Actor_Identified_Obtaining_Voter_Regis
https://www.whitehouse.gov/presidential-actions/executive-order-imposing-certain-sanctions-event-foreigninterference-united-states-election/
https://www.jstor.org/stable/resrep26524seq=13#metadata_info_tab_contents
https://www.dhs.gov/news/2017/01/06/statement-secretary-johnson-designation-election-infrastructure-critical

[END OF STATEMENT]

-----------------------------------------------------------------------------------------

What you have seen thus far was generally prepared by or before Thanksgiving, November 26, 2020 by my colleagues, the dolphin-speakers and analysts.

Let us now turn to an analysis of the packet traffic on Election Day 2020 provided me by the best cyber-forensics specialists I have ever met. As packets travel through the Internet they leave a trail, and dolphin-speakers using the right

tools can, in a sense, "shine a light" and reveal those packet trails in the cyber-fog. The cyber-specialists to whom I refer have access to such tools (and even more arcane ones), and have documented vote-flipping in the Problematic 6 states amounting to 299,567 votes, just enough in each state to flip the election. 43% of that activity came from China.

For those who wish to study the data behind this claim, click here: US Election Fraud 2020_General

For those who shudder at the thought of opening an Excel spreadsheet, this *1 minute video* graphically depicts how, on Election Day, hundreds of foreign entities (many in China) were conducting Man-in-the-Middle attacks on election system across these states of Pennsylvania, Michigan, Wisconsin, Arizona, Nevada, and Georgia in order to flip votes.



Click to play video: Foreign Interference

The first lesson we learn in 5th grade civics is, "Just law derives from the *consent of the governed*," and how we find out what it is to which *we*, the *governed*, in fact *consent*, is to hold elections that are free, fair, and transparent. It is the atomic concept of our intellectual tradition. In my view, any reasonable person who looks at the constellation of facts and articles and videos and data I have presented so far will say, "There is enough about Election 2020 that smells like skunk, that we need to dig deeper."

And any who looks at that constellation and says "Nope, I see nothing, NOTHING!" is either Sergeant Schulz, or gas-lighting.

So if the game, Dear Reader, was to show you enough evidence to cause you to reach an adequate threshold of doubt before I continue with my narrative, I hope that I have shown you enough to win.

**4**

# Chapter 4: How the Crisis Could Have Been Ended Fairly & Quickly

**CHAPTER 4: HOW THE CRISIS COULD HAVE BEEN AVERTED FAIRLY & QUICKLY**

I have covered the subjects of why I was learning about election fraud in the months preceding November 3; irregularities in the November 3, 2020 election that matched what I had been warned might occur; and evidence of foreign entanglement in some of these irregularities. Now I turn to the subject of what I was hoping to have done. I am going to do that now so as not to leave the reader in suspense, and so that the reader might accurately judge the subsequent actions I took, and decisions I made along the way.

What is it I thought should be done? By the middle of November it was clear to me that we as a country were facing a Constitutional novelty: I knew by then that Election 2020 was an egg that could not be unscrambled. In 6 swing states there had been an unknown amount of election fraud (but apparently industrial in scope, which we could show with access to ballots and hard drives). There was no way to unravel all the effects of the cheating and figure out what the pre-fraud numbers would have been. Yet the other side of recognizing the fact that the election was *industrially* fraudulent in those states, was to recognize that the election results from those locations were 0% trustworthy and could not be fixed.

That analysis left what seemed to me the only reasonable course of action one could take. As I saw it, the path least injurious to the Constitution was this:

**Our Plan**: Let's look at the six counties where mass irregularities occurred. These machines were sold to the public with the promise, "there is always a paper ballot fail-safe." Hold them to it. There is an Executive Order that says, should foreign nations interfere in an election, the President has extraordinary power to straighten it out. Let him direct a federal force to go to those counties and open up the boxes with the paper ballots, and count them, on live-stream TV. If there are not big discrepancies, Trump concedes. But if there *are* big discrepancies, we would rerun the election in those six counties, or states, using that federal force. Yes it would be a bad precedent, but so would trying to force down the public's throat an election that had been rumbled by goons in six key cities, and about which between 33% - 47% of the population has significant doubts. That's not healthy for democracy, either. I figured the initial live-streamed reread of the ballots in six counties would take 3 days, and (if called for) the election to be rerun in those six states, in 30 days.

What federal force would be right? I favored a combination of US Marshall Service and National Guard. The country needs to trust the result, and those in military uniform enjoy the highest trust level from society. In addition, the National Guard ("Our sons and daughters and co-workers.... Our Citizen Soldiers") live among us. However, it could have been the DHS, the FBI, the DEA. But the counting would have to be federal, and shown on livestream from each counting operation.

Which is why in early-mid November, as tensions started to escalate, I was hopeful that brisk action could be taken. The results would create an outcome where President Trump would either say, "No big discrepancies, fine, I concede". Or he would say, "See, there were discrepancies in the hundreds of thousands of votes in each of these locations. We are re-rerunning the election in those states using the National Guard." If undertaken with dispatch, the first matter (a federally-supervised livestream recount) might have been resolved in about three days; if discrepancies appeared, the rerun of the election might even have been resolved in time for normal operation of the Electoral College on December 14.

That's it. That was the plan. It went through various elaborations, various nice-

to-haves, but at heart that is all that was sought by myself and the team of Cyber-ninjas with whom I was working. That is all that was needed. The alternative was accepting a highly irregular national election that would divide our nation for years. That is why I say, "This was a 3-foot putt. Maybe easier." Seems rather tame and reasonable to me (though I suspect we are entering an era where the thought-control goons will label the plan I just described as, "extremist").

We could have resolved this Constitutional crisis in days or weeks. I think it would have been far less injurious to the Constitution than what has happened instead: an election whose integrity is doubted by 47% of Americans, has been shoved down the throat of America, and in order to prevent any future backsliding, the Goons are considering sedition laws that tell roughly half the population that they are terrorists. That is *also* insulting to the Constitution.

I think it is clear, in retrospect, that the solution I described would have left us with more confidence in our government than we have today.

Yet I get ahead of myself. I have explained, Dear Reader, what brought me into this subject and what I learned about it before Election Day (November 3), what I learned might happen, how what *did* happen matched the predictions, and the data and evidence we surfaced in the month of November concerning domestic irregularities in the election, as well as signs of foreign involvement. I made clear how I read the evidence. Lastly, I have explained what we were fighting for, what it was that myself and my fellow-travelers wanted to happen, the course I tried to hip-check our country into taking (whene'er a chance I got) as the weeks and ultimately two months unfolded. Lastly, I argue it was a less extreme path than the path that has been taken, which may include the government implementing police-state style laws on the grounds of stopping extremists.... such as people who see anything strange about any of this.

So now you know where I am coming from in the story that follows. Those were the grounds of my suspicions and the course of action I thought would minimize injury to the Constitution while doing our best to sort out an election that had been hopelessly compromised. "It is an egg that could not be

unscrambled", I wrote then, believing that once that truth was recognized, the plan that I proposed made the most sense.

For all I know, that point of view may be called "extremist" today or tomorrow.

Now I shall now rewind and pick up a parallel narrative. This parallel story starts about a week after the election (November 9?) with a cyber-ninja and I walking into an office building in suburban Virginia, just outside of DC. We had a still fragmentary yet already compelling reconstruction of what had happened on November 3 and the days immediately following it. We had the crime about half-solved, and what was remaining seemed almost a mechanical matter: dig here, compare this with that, see what answers spit out. *We can see they were doing this this and this, but you also need to look into that.*

I and my cyber-sleuth colleagues walked into that building to take a meeting with Sidney Powell, Esq. (esteemed lawyer for Michael Flynn, the "Peoples' General"), and with America's Mayor, Rudy Giuliani.

# 5

# Chapter 5: November 9 – December 17: All the President's Teams



### CHAPTER 5: NOVEMBER 9 – DECEMBER 17: ALL THE PRESIDENT'S TEAMS

I will refrain from saying too much about my relationship with Sidney Powell. For one thing, it started off with me walking in with information, but over time it became *something* like I was working for her, helping her get answers to her questions. Then, if I recall correctly, she became my lawyer. Whichever it was, the relationship became something for which privilege surely applies. One cannot selectively waive privilege, and just share things one wants to share while claiming "privilege" on the others. I know that. But I *can* say is that our relationship started with me walking in off the street as a volunteer with information, and so I can talk about that phase of the relationship, but in time it became formal enough I will not be able to say more.

Mayor Giuliani, however, never became my lawyer, and I will not be so constrained in my accounts. My ultimate purpose (my only real purpose) is to deliver to the public as honest a rendering as I may construct of the events between November 3 and January 20. It seems like a historically worthy thing to do.

For my part, though they thought of me as an entrepreneur, I introduced myself to them as the proprietor of this website, Deepcapture.com. I pointed out that back in 2008 it had won numerous awards for its business investigative journalism and had also been voted the best journalism regarding corruption within the United States.  I may have done other things in life, but in addition I'm a journalist, and I have the rights any journalist has. This means I can investigate what I want to investigate, I don't *have* to reveal how I learn things, and if I feel like sharing some of my findings with lawyers like Sidney and Rudy, it is no different than the dozens of other times this website has investigated things and shared its findings with lawyers, or even with law enforcement.

That first meeting I had with Sidney lasted 45 minutes. When I arrived at the office a strange hum hung in the air, as it does when people have just had words. I found Sidney sitting by herself in an empty space on one side of the office building. We got to business: Sidney was well-informed, open-minded, and on top of things. We had an intelligent conversation.

Sidney was in touch with people from the earliest days of the creation of these systems, and soon she showed that her information covered a portion of the narrative about which we had *some* knowledge but not much (mostly concerning the origin of the machines and their reason for certain design flaws). On the other hand, as we ran through what my side of the table had already teased out of the data in the days since the election, Sidney showed she understood what we were saying, and we quickly tied together what we each knew.  It was a highly-productive first conversation, and she ended it by telling me that I needed to go to the other side of the office, find Rudy Giuliani, and tell him everything I had just shared with her.

So my cyber buddy and I went to the other side of the office building, to Rudy's side, which I understood to be the center of gravity of the operation.

I will explain what I expected to find. I expected to find something like what we were creating (as I described in previous chapters). A command post staffed by quants and cyber-ninjas and lawyers. The quants would be doing statistical work, driving answers to feed lawyers being notified of such irregularities as I have walked through previously, and would be availing themselves of whatever remedies the law surely provided.  I figured there would be a war-board, with the states in question having boxed out all relevant data, progress, and to-do's. There would be an information loop, obviously, such that the campaign headquarters in each state would be on a daily conference call to receive updates on progress. Thinking that may be a fair bit for one 76-year-old gentleman to manage, I imagined Rudy might have some strong COO, perhaps a lawyer, or perhaps an executive, who might be keeping assignments on track.

What I found is this:

The place was 20% empty, and another 30% were packing out their desks.

One conference room held a number of lawyers around a table. At least 3 of them were solid. These lawyers were each assigned one or more states. Yet there were things going on at the state level and below, local lawyers were jumping in with actions of their own. Things were bubbling up organically without direction or cooperation from this group in Virginia. I came to learn that between Rudy's legal team and the campaign staff there was 0 communication (even though they jointly occupied an office story). And between Rudy's legal team and the campaign stuff and those local groups and their lawyers, there was 0 communication. I did not know if that was for a legal reason or just the way they operated.  In time, I saw it was the latter.

**The Mediocrity** – I do not wish to be mean about it. For example, I am not going to reveal the gender or other details of this person (other than to say: imagine a person who is a lawyer and who had once had a career at one of the better-known government agencies). But given how deliberately horrible to work

with and destructive Mediocrity's behavior was, I will refer to the person as, "Mediocrity".

**The Commish –** Think of Mike, from *Breaking Bad*. The quintessential cop. Tough, correct, and courteous, but poker-faced and dead-eyed at all times. Sits in meetings with hand casually covering his mouth, saying nothing. When asked, *might* open his mouth, and if he does he invariably has something intelligent to say. Making one wonder, "Why does he work so hard to keep his opinion to himself?"



**The Mayor –** Rudy Giuliani. I spent the late 1980's in a hospital in New York City, and remember occasional Mafia killings outside Brooklyn joints or a mid-town steakhouse (it was good for business, they'd say). Rudy was US Attorney there and then, breaking up the Mob. I always felt an affinity for him because of that overlap in time and place. And of course, on 9/11, Rudy became "America's Mayor".  We intersected a few times in the years after that, but when we crossed paths he never indicated he remembered me. His security company handled an issue for me when I was fighting Wall Street. I doubt he remembers, but when he ran for President in 2008 and came through Utah, local Republicans called me and asked to introduce Rudy at a gathering in a large Utah home. I studied up on him, drove over, and gave a short introduction on Rudy Giuliani to the crowd, lasting about 30 seconds. Rudy took over, we shook hands, and that was the sum of my contact with Rudy Giuliani in his political days.

I remember something from the Q&A that impressed me. A question on

abortion came from the staunchly pro-life crowd. Rudy answered, "No, I'll never support a law that criminalizes abortion for the woman. Laws on abortion have always been directed at the doctors, not mothers. I'll never put a woman in jail for having an abortion. If that is what you folks are looking for, I'm not your man." He lost 2/3 of the audience but gained the respect of 1/3, among them myself, out of respect for such rare directness.

So 12 years later, at about 3 PM on an afternoon nearly a week after the election, I walked into the office space being shared by the Trump campaign and the law firm springing up around Rudy Giuliani to investigate and challenge election irregularities surfacing from the 2020 election.

It was nothing like what I expected to find (explained above), with data-gathering feeding decision-making feeding information loops to keep a large and geographically distributed workforce operating successfully. Law firms are notoriously poorly-managed businesses in any case, they truly are, but the law firm-campaign space that had taken shape within that office was a particular shit-show. People wandered vaguely from meeting to meeting. The meetings I saw were run like bull sessions, with no agenda, no format, and no apparent sense of urgency.

Within about 45 minutes I was ushered to a room where I was to have 30 minutes with Rudy. Physically he was more of a grandfather than I had remembered, a bit less robust, a bit more hunched, and a bit more irascible. I explained to him the outline of what we understood at that point, an outline such as the reader might have after reviewing the cascade of stories regarding porous security in election systems cited above, as well as the presentation by MIT Math Ph.D. Dr. Shiva, or the exposition by Seth Keshel. I feared overwhelming him, so I tried to simplify. As I spoke he occasionally grunted stoically, so it was difficult to judge what was sinking in. After about 10 minutes Rudy started checking his multiple phones for texts, right in front of me, as we sat together. Or conversing with one of his assistants, sending someone on a side errand, or receiving a report back. It felt strange to be talking to a man who was paying so little attention, but the Commish, sitting on the side, motioned for me to continue. After 30 minutes

I was ushered out of the office, but told to hang around.

Eventually, I was brought back into a smaller room with Mayor Giuliani, and again asked to explain what happened. Realizing I may have overwhelmed him with my earlier explanation, and gotten lost in the forest for the trees, I broke it down simply and slowly, like one would for one's 76-year-old Grandfather. Again within 5-10 minutes he was fidgeting, grunting on occasion, sending people on side errands, checking his multiple phones for texts, and typing responses.... Meanwhile, I tried to stay on track. Yet there was a moment 15 minutes in when I got a whiff of something in that small office.... Medicine? Booze? Just as I was taking a sniff to determine, someone rushed in with some unrelated issue, and I was escorted from the office.

Again I wandered around among the staff, most of whom were professing to know nothing about what was going on, and many others of whom were packing up their desks into bankers' boxes. Given what I already knew about the Rig by that point, I was perplexed and found myself drifting around the convoluted office space. 30 minutes later I was strolling outside some other conference room down the hall when I heard Rudy's familiar voice saying, "...don't understand a goddamn thing this guy's saying..." drifting out of a doorway. Startled, I looked around the corner, and there was Rudy talking to whatever group of staffers happened to be sitting in that conference room to which he had moved.

Several staffers pulled me aside in a hallway. *What Mayor Giuliani is going to need*, one told me, *is a one page summary. Very simplified.. A one-pager.*

Another piped up, *And bulletpoints! The Mayor likes bulletpoints!*

Mediocrity added, *But with graphs and data*.

*But no more than one page!* Repeated the first.

At the risk of sounding snobbish, I was insulted by Mediocrity and these 20-something staffers giving me writing advice, and such asinine advice at that. I told them I would have something in 48 hours. I requested one favor: any other

requests that came from them should be orchestrated through one of their people, who would call one person whom I would designate among my colleagues, and that way we would have structure, and keep track of deliverables as we sought to accommodate their needs so that it would not all turn into a shit-show.

I left and drove back to DC. By evening there were three open requests from three different people on Rudy's team for my colleagues. One of Rudy's people wanted to handle requests of *this* type, one only wanted to handle requests of *that* type... And the shit-show began.

Before I continue with my story, however, I wish to be clear that I do *not* claim that everybody in that large but melting office space was incompetent. As I said, there were three smart, competent, skillful lawyers (a fourth if one counted a Constitutional law scholar who was in-and-out).  Yet the atmosphere was one of despair, staffers were wondering around in the dark, and the meetings seemed like sophomore bull sessions rather than anything organized and disciplined.

From contacts with several staffers over the weeks that followed, I learned what had happened just before I arrived that first day. Rudy had declared to the lawyers including Sidney, "You can never prove election fraud in a courtroom!" He insisted it was not going to be part of their legal strategy. Instead, the strategy was to challenge the election in various states on procedural grounds: "This county in this state had one set of rules, this county in that same state used a different set of rules, that violates the Equal Protection Clause of the 14 Amendment."

So I was correct: just before I arrived there *had* been a blow-up between Rudy Giuliani and Sidney Powell, ending with Rudy shouting at Sidney and sending her away in front of an office of dozens of people, while declaring that none of this was going to be about election fraud, and putting his staff of lawyers to work on procedural filings.

Later, a member of Rudy's team told me that initially, Rudy had not even wanted to do that much. He had wanted to make three more-or-less token challenges in three states, then call it a day. Sidney's insistence that he was missing the Big Picture had caused Rudy to relent and allow a slightly more aggressive

posture to be taken. But still, nothing was to be about election fraud or the possibility of a mass rigging of the election. Rudy could tolerate hearing about a couple of hundred dead people in Philadelphia voting, but he did not want to hear about anything more sophisticated than that.

That afternoon in early November, the first time I arrived in their building nearly a week after the election, I had stumbled in on Sidney just as she was recovering from that exchange. And Sidney had sent me to talk to Rudy because she needed someone else to explain what she was herself just realizing: a new form of election fraud had emerged that was not about *hundreds* of dead people voting in a city, but was about the possibility of *several hundreds of thousands* of votes being injected into each of several locations.  Rudy had just not been processing any of it from Sidney, and probably did no better from me, and that was why he kept trying to talk about how Joe Frazier (1944-2011) was still voting in Philadelphia.

Over that weekend, Sidney sent a brilliant female junior attorney over to sit with me and a few of the dolphin-speakers . That junior lawyer had anticipated staying 30 minutes, but after an hour and a half she went into the next room and called Sidney. She told Sidney that we had the goods, or at least a well-developed understanding of what had gone on in various states, and even specific counties.

From that point forward our relationship with Sidney was perfect. As we researched and made discoveries, we brought them to her and her staff, and they would listen closely, patiently, and ask intelligent questions. Then they began incorporating the material into their pleadings.

That being the case, I will say no more about how Sidney and I worked.

=====================================================

Mark Twain once ended a long letter to a friend by writing, "If I'd had more time I would have written you a shorter letter."  In those two days after meeting the Mayor I had the time to draft what his staffers had requested, and 48 hours later I was putting the finishing touches on as simplified a one-page summary as I

could create. My aim was to pare the story down until the Mayor could not lose the forest for the trees, and the Mayor would grasp the entire narrative in a succinct one-page bullet point read. At that point, once he understood the Big Picture, we could begin diving in on each sub-claim: data and affidavits would be adduced, and so on.

But to begin with, Rudy needed to absorb a one-page briefing (in fact it was 80% of a page), into which I had distilled the research of a team of people who had been sniffing down a half-dozen different alleys.  It was concise and clear. I included a second page of one graph, concerning one state, backing up a claim made in that one-pager: once Rudy got it, I thought, once we agreed where we were, I would supplement with additional graphs for the other relevant states. Affidavits that were being gathered would be adduced to document each of the other claims made. And so on and so forth. But this time we were going to crawl, walk, run.

At 11 PM I got a phone call telling me Mayor Giuliani and entourage were dining in such-and-such a Georgetown restaurant, and would I mind bringing what I had written to them. I got dressed and went, but when I arrived his security told me to wait in the bar. I did for  45 minutes until someone came from the Mayor's private dining room to tell me the Mayor asked that I not come back to his table (security was concerned about me, apparently), but asked me simply to send into the private dining room the paper I had written. I sent it in, then left.

Later, people in that room told me what happened when my paper arrived.

First, in the 90 minutes between 11:30 PM and 1 AM, Mayor Giuliani imbibed three triple scotches on ice. Those relating this story could not vouch for what he had drunk before 11:30.

Second, Rudy read my paper for 20 seconds, then put it aside saying, "I'll get to this later."

Third, the Mediocrity was at the table. The Mediocrity picked up the one-pager Rudy had set down, and holding it between thumb and forefinger like it was a

turd, announced with a laugh, "Can you believe Byrne worked two days on this and this is all he wrote?"

Nine hours later Rudy Giuliani took the stage at a joint press conference held with Sidney Powell and Jenna Ellison. Rudy was meant to give a situation report then introduce Sidney Powell, who was going to discuss the possibility of mass election fraud on a scale no one was yet comprehending. That it was not about a couple hundred dead people voting *here*, or a few hundred illegal votes *there*, but about something deeper, systemic..... Unprecedented.

Instead of sticking to the plan, Rudy Giuliani got carried away, and huffed and puffed for 40 minutes about how many hundreds of dead people had voted *here* and how illegal people had voted *there*... And Joe Frazier still voted! As Grandpa worked himself up, repeating all the same points he had been making for days, hair die ran down both sides of his face, unnoticed.

Nine hours earlier he had thrown back nine shots of whiskey in 90 minutes.

————————————————————————————————

Another story that came to me from those times within Rudy's offices: One Pennsylvania lawyer, a female, had taken the job of preparing a filing in Pennsylvania. She received a message from opposing Kirkland & Ellis counsel that was so unprofessional, so *threatening*, that Kirkland later had to withdraw from the case.

Shaken, the female Pennsylvania lawyer sent her draft filing to Rudy's team but withdrew her representation.

Rudy had had to find a firm, overnight, that would finish the Pennsylvania filing. He finally found a lawyer in Texas with election experience who finished it and got it filed in Pennsylvania. It made no mention of election fraud and was instead focused on the procedural Equal Protection arguments. Rudy only read it on his way traveling to the Pennsylvania court where he was to defend it: upon reading it, he told his companions, *This is the worst piece of shit filing I've ever had*

*to stand up in a courtroom and defend*.   He went into that Pennsylvania courtroom and was destroyed. Here is a partial transcript:

*Matthew W. Brann, U.S. District Judge: So it's correct to say then that you're not alleging fraud in the amended complaint?*

*Rudy Giuliani: No, your honor, it does not, because we incorporate by reference in 150 all of the allegations that precede it, which include a long explanation of a fraudulent, fraudulent process, a planned fraudulent process.*

*Judge: I understand that. So the amended complaint, does the amended complaint plead fraud with particularity?*

*Rudy: No, your honor, and it doesn't plead fraud. It pleads the, it pleads the plan, the scheme that we lay out in 132 to 149 without characterizing.*"

=======================================================

We got a call from Rudy's team that we needed to have a set of computer forensic specialists down in Georgia the following morning. They would be provided access to a set of voting machines they could "exploit". The licensed and certified computer forensic people in question demanded answers, such as, *Where are the machines? What kinds of machines are they? Tampering and playing around with election equipment being a federal felony, under what legal authority will we be operating? Will there be law enforcement there to review and document all actions taken, for any chain-of-evidence questions that might later arise?*

The response from Rudy's team was, "We've got all that covered. Get down to Georgia, *stat*!"

With misgivings, I caused the requisite people to fly into Georgia from various locations. They were driven to a precinct where, it turned out, someone had indeed vaguely promised that access would be given to machines.... But that person was not there that day. Or had changed his mind. The dolphin-speakers sat around then were driven to another precinct where, this time, they were told there would be someone with a court order granting them access to certain machines.

No such person was there, but a group of hostile county employees was. Again they sat around waiting for Rudy's lawyers to arrange paperwork, but nothing arrived. After hours of waiting in the parking lot, in the early evening, they drove away, and as they sat at a traffic light a half-mile down the street they saw 17 police cars, light-bars flashing, go rolling by on their way to the building my cyber-buddies had just left. My pals quickly and safely returned to their respective home states.

======================================================

Over the next month and a half, a number of my colleagues interacted with Rudy from time to time, afternoons, evenings, and weekends. Nearly all mentioned two things: the amount of attention he was paying to his daily podcast, and his drinking. His own staffers joked with us about it. Those who were around him knew: almost every evening, Rudy was toasted. That, and his podcasts, were the only guarantees in Rudy's life.

======================================================

In that first week after the election, we had fashioned an operation of some kind. We had cyber-guys and quants before November 3. But by a few days after the election, we had so many volunteers, plus many witnesses and whistleblowers and people with relevant stories seeking us out, and so many were flying to DC to find me that we had to set up operations in hotels scattered around the city. From our volunteers with a background as military officers we found our debriefers, and created a system where they were privately and professionally meeting with witnesses and whistleblowers, listening to their stories, and crafting summaries. These were being fed up into a chain of analysts who were jockeying those pieces together with information coming together from our cyber guys, and other sources, and building a picture of increasing granularity of what had happened on November 3-4.

In the months before the election General (ret.) Michael Flynn and I had met telephonically. We had known *of* each other for years, as there is a strange connection between us, a deceased man who had played a role in both of our lives

decades past. Conversing with Mike was like meeting and speaking with another entrepreneur: we finished each other's sentences and saw what needed to be done almost without conversing. At some point, he arrived on the scene, and I told him in detail about this assemblage of talents that had come together in various ways: the cyber guys, the quants, the flow of witnesses and affiants into our circle, our structure of multiple debriefers, our information flow back up to a circle of analysts putting everything together.   I had roughhewn the whole structure expecting Mike's arrival, with the understanding that when he arrived, I would be handing the keys to it over to him. Mike seemed pleased with what we had accomplished within a week of the election.

General Flynn asked me to relocate the HQ of that structure to a location far away from DC, far away from any city, in fact. The information bubbling into existence was to come up those networks from around the country, through the capillaries of the debriefers and report writers, and into a central station. I thought of that as "the liver". Mere yards away, there would be an office full of lawyers acting as the legal intake for the information we were pulling up. In short, the structure we had spun up and were still spinning up, he wanted plugged into the lawyers who would be playing the legal chess. We agreed that *both* Sidney and Rudy would get all output from this structure.

I moved the structure to the location Flynn requested. There was a team of lawyers in place there. However, around them there were a variety of people with no discernible roles and who gave me the creeps. One ex-Agency female, a large, loud woman, and not a lawyer, suddenly became quite the unbidden organizer. Another participant, a cocky Englishman with a military background, suddenly announced that he was gatekeeper between this room and that. It all began giving me quite a nasty feeling. But after only two days I got word from Flynn: things having been stood up and roughed-out as we had agreed, Flynn wanted to fly in and take over, and have me go back to DC to start speaking to the public. We agreed we would cross paths for 30 minutes in a certain location as we switched places.

I got ready to leave. I asked the Brit to pass on three key messages to someone I

was not going to have a chance to see before leaving. He agreed. I said each one simply, and he nodded curtly after each. When I was done I asked him if he understood. He said casually, "Yep. Got 'em all."

"OK, please repeat them back to me," I told him. He stared at me, unblinking. "You say you got them, so repeat them to me." He could come up with nothing. He had not actually listened to a word. I told him to get a pen and paper and make three notes. He did so begrudgingly.

For some reason, I was supposed to take the ex-Agency woman back to DC with me. We drove to the location at which Mike Flynn was arriving. Once there, the female slipped off to the side and told someone that she had learned something that meant she had to stay behind. Flynn arrived, and we had 30 minutes on a tarmac together. We caught up, synched up. I told him that I had misgivings about a British guy who was at the camp, and about the ex-Agency woman who was hovering around me. Then I left.

The next day, back in DC, I received the word: the ex-Agency woman had made up a lie to get permission to stay, but it had all unraveled on her. It had something to do with something I had asked her to do or had asked her not to do, or some research, or something: whatever it was, it was a fabrication (barely a word had passed between us), designed to get herself turned around and reassigned to stay in that operation in the countryside. She was confronted, and spilled the beans, blubbering: she was actually working for someone else, and was supposed to stay down in that operation in the countryside, spying and reporting back. They also confronted the cocky British guy, and though I think he never broke, I am told he was implicated in the minds of everyone there. Security walked both characters off of the premises. After their departure, a device of some kind was found wired in one of the key rooms on the premises.

———————————————————————————————

Now, this is not to say that all time was being wasted. The structure of information flow I described, the one that had self-organized (and perhaps I had roughed out), was taken over by a three-star General who had had a career in

Military Intelligence, and he made it far better. Soon it was spitting out refined analyses that began informing the briefs Sidney Powell was writing.  We made sure that everything that was provided was also provided to Rudy.

That is the background to presentations such as ones I have been referencing. Again, for an excellent example, watch Seth Keshel, here. Seth is a former Army Captain (Intelligence) and played a key role in that structure I just described. Seth is a quirky guy, a poly-sci junky, certainly on the spectrum, and just all about the math. That link goes to a 21-minute video that provides an excellent example of the kinds of work that was being done within the structure that had self-organized around me. For a good understanding of the type of work that was being done, you should watch at least a portion of this.

*If this video does not play click here:* Doug Wade Interviews Seth Keshel

Other examples of the kind of work we were doing can be found replicated in the parallel work of others who went public. For example, the clear-speaking mathematician Edward Solomon gave two public presentations, one dissecting Georgia's results, one more general. The patterns and puzzles you see Solomon unraveling in these two videos were precisely what our own cyber-ninjas were doing inside our group (to give you a feel for their work).

*Edward Solomon - Geometric Proof for Georgia*

And this excellent 50 minute presentation:

*Smoking Gun: ES&S Transferring Vote Ratios between Precincts in PA. - By: Edward Solomon*

Back in DC, rejoined with my cyber-colleagues, we became aware of a disconnect we could not seem to fix. The Mediocrity had evolved into our point of contact with Rudy's team, and nothing seemed to flow well. On November 26, Thanksgiving Day, we were all sitting together in a restaurant in DC, and discussing their problems. Sitting there eating our turkey dinner, they gave me quite an earful. How the Mediocrity was super-controlling about information,

plans, access. How the Mediocrity seemed to think they were peons, were telling them, "Go here, go there," with no explanatory information, no sense of "Hey teammates, this is what is going on, and we are going to work on it together!" One key player on the team was warning that he would quit if he had to have any interactions with Mediocrity again.

I had trouble believing the stories they were telling me. Among them were some horrible ones concerning Mediocrity's proclivity for hitting on people of the opposite gender, and possibly the same gender, in ways that were embarrassing to all present (the Mediocrity had asked one of my colleagues to meet one evening, and when the hotel door opened the Mediocrity was in underwear, waiting). But now it was boiling over, they told me, because they had received an order that they were all to be in Antrim, Michigan in two days. Again, Mediocrity would answer no questions about where exactly they were going, exactly what machines they were expecting to find, under whose authority would they be opening machines and imaging hard drives, even how long would they be there, should they arrange their own rental cars, etc. None of it was explained. The Mediocrity had just sent word to be in such-and-such a place in Michigan, *stat!*

Then, life being life, we looked up, and there was Mediocrity strolling through the DC restaurant not far from our table. We caught each other's eye, and Mediocrity came towards us. Thinking it was a nice opportunity to pour oil on troubled waters, I received Mediocrity gracefully, intending to converse in front of my colleagues civilly, and get things back on track.

Soon talk turned to Michigan, and I was asked would I be able to get the right people there at the appointed hour. Thinking it might be a moment of management development, I suggested, "You know, with requests like these, it would help us to be better informed. My colleagues would like to know things like, 'Exactly where will they be going? Are the people there going to be cooperative? What kinds of machines might we be exploiting? What legal authority is enabling them to image one of these voting machine hard drives? Will there be rental cars provided?' You know, just the basics before people get thrown on another mission like what happened in Georgia."

"Look," the Mediocrity said, standing over us at late Thanksgiving Dinner. "First, what is your corporate structure?"

We all looked at each other, male, female, 75, Weaponized Autism and others, not previously having given the matter much thought. We were just a bunch of people who had found each other and were trying to expose what looked like a world-historic election fraud together. Finally I said, "Our corporate structure is that we're the Bad News Bears. I'm team coach."

"Ok Patrick," Mediocrity continued. "Here's what's up. I've told you where your people need to be in Michigan on Saturday. Be there. Or tell us you cannot, and we'll find someone who can."

In my astonishment I began to respond, and to my further astonishment, the Mediocrity began speaking over me. "I'm telling  you where you need your team to be. If you can't handle it-"

I used something I had not used in a couple decades, something I had seen an economist professor friend do to another professor, a Lefty, who had continuously interrupted him (as Lefties are want to do in place of having good arguments).  I just started speaking, "Well it may sound like I was finished speaking but I actually wasn't and while you might think you are going to speak over me actually I am just going to continue talking like this until you shut up and I did not care if it takes all night because I know that it may have sounded like I was finished but actually I wasn't and......" and so on and so forth. Without a break. For about 10 seconds until the Mediocrity got that I was serious, and was just going to continue speaking like that until the Mediocrity shut up. Which eventually the Mediocrity did, looking somewhat astonished, having evidently gotten away with such behavior in decades of federal employment.

I politely said, "Where in the *fuck* do you get off? We don't work for you. We're volunteers offering to help you do things you have no clue how to do.  Go find someone else anytime you want. The way you people work in this city is astonishing. If you ever try to work at a modern company like Google, or Facebook, your ass will be fired in a New York minute. You *suck*."

I surprised myself, because I do not normally speak that way to people, but I did that time. Perhaps it was three weeks of frustration boiling over. I told Mediocrity that conversations with Mediocrity were constant games of narcissist deflection, how amateurish Mediocrity was, how anyone walking around saying things like "Either you do this or I find someone who will!" and "Failure is not an option!" is a mediocrity who may have learned management within government but who if ever moved to the private sector would get fired by noon. When making such requests of my colleagues, any competent person would provide relevant information. Fill them in on the mission, let them brainstorm, they'll be able to contribute....

I saw Mediocrity was crestfallen, and realizing I had overdone it, I gently escorted Mediocrity away from the table. I tried to soothe things over a bit, and put a nice façade on things, so as not leave Mediocrity embarrassed. As we parted, Mediocrity turned to me and said, "Don't worry. I'll be with the President. I'll make sure you get full credit for all of this."

Exasperated, I returned to my seat and friends. Minutes later we saw that Mediocrity had, in fact, been part of a larger party, and walking out with that party was none other than Mayor Giuliani. I quickly sidled up to him. It was about 10:30 PM, his step seemed unsteady, and I went to his elbow like one would escorting Grandpa to his taxi. I told him, "Sir, this is not going well with your colleagues. May I respectfully request a way I might contact you directly, so we can keep things on better track?" The Mayor pulled out his cell phone and had me take his number.

In that weeks that followed I called and texted that number on a half-a-dozen occasions. Not once did Mayor Giuliani respond to me.

---------------------------------------------------------------------------------------------------

Over these weeks I got to know a number of excellent White House staffers. Smart young men and women in their late twenties or early thirties, generally. Some (but not all) were Trump enthusiasts. They filled me in on details here and there, snippets of what was happening behind the scenes among the campaign,

Rudy, and the White House. One evening, once we were close enough, I let down my hair and said, "This is a shit-show. Is this …. normal?" One of the staffers (and mind you, a pro-Trump one) said, "This is the Trump White House. This is how everything has run for four years."

=======================================================

The Bad News Bears got where they needed to be in Michigan, when they needed to be there.   Mediocrity was there, along with staff from Rudy's team. They went to the expected precinct and like Georgia, it was a bust. The machines were not what we had been led to expect. No real authorities were there, or law enforcement, or warrants: just a mildly cooperative 75 year old lady working in a public building that had acted as a voting precinct.

While the Mediocrity hung around chatting up county workers of the opposite sex, the dolphin-speakers went to work. It turned out the 75 year old lady who ran the place had a story about how, on the day after the election, some people from "County" had shown up and instructed her to insert her card and re-run her machine using some different inputs. What she was saying did not make sense, and it was clear that they had taken advantage of an elderly woman who probably does not send her own texts. Finally she mentioned that, unbeknownst to County, she had kept both the paper audit trail of the original run, and the re-run, and had stored them in a closet. Our geeks got excited, and had her bring them out: they unrolled them on a long carpet, and in a few minutes of study, they began finding things. Alarming things.

The Bad News Bears got Mediocrity to break away from Coffee-Klatch With The Deputies, and pointed out what they were finding in the paper audit rolls. Finally they suggested, "You are a lawyer, right? Don't you think you should be getting some affidavits here?" Startled, "Oh yes, of course," scrambled Mediocrity, and did so, getting affidavits from the 75 year old lady and one or two other employees who had useful information.

Those learnings and those affidavits were fed to a Michigan lawyer who was pursuing an own election fraud case in Michigan. Days later a judge read it, and

found it alarming enough that he gave a court order for a formal exploitation of the Antrim County voting machines. The Bad News Bears returned to Antrim County and this time, with a proper court order in their pocket, they were able to image hard drives, and returned to base camp with those images. By working in staggered shifts around the clock, over the next four days they performed a month's worth of work, first breaking the security on the imaged hard drives, then reconstructing the files, then analyzing them. That was all fed up through the system, and emerged about a week later as an eye-opening report that created a national stir, known as the Antrim County Computer Forensics Report.

Other telling things were happening nationally. Some concerned federal employees had been tracking events in a certain Western state, and were sure they knew how vote flipping was being done there. The problem was, when asked to allow inspection, the relevant judge (a Democrat) would insist on stalling for a couple days, thus giving time for the opposition to go in and do a "smash-down" (a hacker's term for fixing evidence after-the-fact, in anticipation of an audit, making sure everything ticks and ties correctly). But they made a mistake in one location, and their smash-down failed. The data that turned up was so telling, so indicative of fraud, that the lawyers went back to the judge arguing it provided grounds for a far more sweeping order that would let them examine machines across the state.  The judge agreed in principle, but suggested that the precinct needed to have its data verified again before he could use its discrepancies to justify such a sweeping order.  The concerned federal employees put the location in question under observation, and sure enough, that night there were three cars in the precinct parking lot. They were redoing their smash-down so that this time it would work. In the morning the data was fixed, and no further orders were coming out of that judge.

However, unbeknownst to all, the concerned federal employees in question had recovered enough material both to document the original, and the smash-down. They also got the license plates on those three cars: they tracked back to a left-wing union which shows up repeatedly in the background of events of recent months.

---------------------------------------------------------------------------------------------------

Meanwhile, back in DC, I was hearing things out of Rudy-World. I heard that he was getting paid $20,000/week, and there were those claiming he was just mailing things in for a paycheck. However, later I was told that Rudy was working for free, and the $20,000/day bill had been a billing error from an uninformed assistant. I do not know what the truth was.

More importantly, from others in Rudy-world I began hearing the number "$207 million". The claim was that the Republican Party had raised $207 million to "stop the steal". In one version it grew past *300* million. In one version of the staff rumor, the finger on the button for those millions was a high-level woman at the Republican National Committee. In another version, it was being jointly managed by that RNC woman and the Commish, and they were surely keeping an eye to the future. In everyone's version of the story, $100 million had been set aside for future legal defense. But whoever was in charge, they were sitting on the money, and I never saw one penny of it being spent in any way to "stop the steal".

So to whatever Republican loyalists around the country coughed up those hundreds of million, in donations of $10 and $20.... You were fleeced. It was a big joke: rank-and-file Republicans gave a pot of hundreds of millions of dollars to Republican Bigshots to unscramble what had happened on November 3, and from where I sat, nothing went to any activity related to doing so. It was all being stashed by people at the top, licking their chops.

---------------------------------------------------------------------------------------------------

In Georgia, there was a faction that had been in touch with me from days after the election. This was an especially interesting network of people with law enforcement and quasi-law-enforcement backgrounds. Since November 4 they had been reverse-engineering the Rig there in Georgia. They had put people and locations under observation, had filmed a variety of activities through telephotos. They mapped and tracked numerous parties involved, and even tracked the organizers down to a small element, a Leninist cadre, who were staying in a motel together and managing the Deep Rig around the state of Georgia. For their own

reasons this network with which I was in touch needed to stay in the shadows, yet as the weeks rolled by they were providing good information helping us reconstruct what had happened in Georgia. What our cyber-ninjas and quants and analysts were getting out of their methods, always matched what was being reported by this network of people with many boots on the ground.

The fight in Georgia became surreal. There was an earnest young man who was both a staffer for a Senator, and dating the daughter of the governor. He got involved, then his car exploded in an accident (see "BIZARRE EXPLOSION CRASH IN GEORGIA – KILLS HARRISON DEAL" December 5, 2020). It was on a 4-lane highway, it got struck on the side by another car...then it blew up. The engine was thrown 75 yards.

Most videos of the accident have been removed from the internet, but some remain, and show a car burning in a fireball: it was quite an ornery car accident.

Then the Georgia Bureau of Investigation got involved. Three days later, the officer conducting the investigation committed suicide.

A Georgia election worker named Ruby Freeman made a video boasting of committing massive criminal fraud in her election work. Ruby is the mother of the woman videoed yanking large amounts of ballots out of hiding and scanning them multiple times in a Georgia voting station that was "shut down" and had had all observers removed from. In her social media posting, she takes credit for committing ... precisely the election fraud that we were claiming had gone on.

Click to play video: Ruby Freeman Fraud Videos

In her online confession to election fraud, she expressed precisely the attitude that, I maintain, was held by enough people to make rigging a national election possible:

Click to play video: Ruby Freeman - Screengrab of confession to Voter Fraud Crime

Ridiculous video footage continued to emerge, shredding the possibility of

seeing this election as one that measured the will of the people, or could be unscrambled so as to discover it.

Click to play video: CAUGHT: Surveillance footage shows GA poll worker scanning the same batch of ballots MULTIPLE times!

A technologist and inventor named Jovan Pulitzer went public regarding his technologically-oriented investigations into the Georgia election. Jovan's approach was to look past all the different *theories* as to how the election had been scrambled, and simply do a forensic audit on the ballots, determining which had actually been folded and mailed. For the cost of half a million dollars, we could have run a million or two million ballots in Georgia, and had a forensic audit complete in a few days, and everything could have been settled simply and quickly. Here is a short video of Jovan explaining his idea:

Click to play video: MUST-SEE: Jovan Pulitzer EXPOSES MASSIVE FRAUD in Georgia Election

Meanwhile, even moderates in the public space who were researching for themselves were stating the obvious: "When Math in Public is for the Republic: *Want evidence about election fraud? Here's some. I'm tempted to call it proof.*" (November 29, 2020)

-------------------------------------------------------------------------------------------------------
-----

Over those weeks, Rudy scheduled a few hearings in some states. His plan had evolved to getting enough evidence in front of state legislatures that they would go off automatic pilot and begin making hard decisions. Most of these hearings were unofficial, conducted out of rented hotel spaces. His star witness was the Colonel from military intelligence with whom I had been working since August, 2020, who was brought to these different states to report and synthesize the information that the Bad News Bears were surfacing. He did an able and convincing job, but we all began to wonder: *What's the strategy here? Is there a strategy? Rudy's strategy (if there is one) just seems to be a long march through the courts. Taking*

*cases to the states and appellate levels. Imagining he is going to win by running the tables through the court system. Or getting state politicians to do something brave.* But that was not going to work, as the courts are ponderous anywhere, especially disinclined to get involved in election matters, and were already setting court dates out past January 20. And politicians do not do brave things. Yet Rudy just kept plodding along with an occasional hearing, a daily podcast. It did not make any sense.

-------------------------------------------------------------------------------------------------
-----

Along the way, the same Goons that had been normalizing political violence in our domestic discourse since June, 2020 began to feel emboldened. Here, a Wayne County election official named Monica Palmer initially refused to sign off on the results for which she was to certify, on the grounds of the kinds of affidavits, statistics, and forensic evidence then accumulating. Palmer was immediately denounced as (what else) "racist" and her children were threatened.

Here is the Goon who did that:

USE THIS VIDEO:: "Abraham Aiyash doxxed Monica Palmers children, announcing names and school then called her a racist"

Oddly, such explicit attempts at violent intimidation of elected officials began passing almost without comment or official response, if the violence threatened was from the Left. For example, here is a Michigan State Rep Cynthia Johnson menacing the lives of political opponents. Grading on a curve for 2020, that may seem perhaps not too odd, until one realizes it was not an off-hand remark, but a calculated comment she recorded and put up on YouTube. That she thinks it appropriate tells you something about the times in which we live:

Click to play video: Rep Cynthia Johnson Threatening trump supporters

I believe that it only took a small number of such incidents to do grave damage to our nation. Political violence (from the Left) was normalized. My colleagues

and I started seeing it in our whistleblowers, the people from around the country who were in contact through us who were giving or considering giving affidavits on their experiences. It certainly had a chilling effect on them, and several requested temporary protection. Some received it.

-----------------------------------------------------------------------------------------------------
-----

Mike, Sidney, I, and others developed a Solution-in-a-Can. It was really the solution we had started within in mid-November, redone by a top-notch lawyer and a 3-star General. Under various orders signed previously by both Obama and by Trump, if an election had foreign entanglement, the President had a broad spectrum of powers. And the President on his own judgement could sign a "finding" saying that there had been adequate foreign entanglement. There was evidence of foreign involvement on numerous fronts, which arguably would have justified a vigorous response, but we had only a narrow, tailored on in mind; based on the information that had been turned up, the President should use his powers under the requisite Executive Orders to send US Marshalls and the National Guard into the five problematic counties, open up the paper ballot backups, and recount them on live-streamed TV. Ideally, they would also image the hard drives of (but leave in place) the election equipment in those counties, for forensic examination. If there were no big discrepancies, Trump would concede. If there were big discrepancies, such as half-a-million vote discrepancies that we suspected might fall out, then more aggressive courses of action could be countenanced, such as re-rerunning the election in those counties or states. The recount of the five counties could be easily done in under a week, and if it justified further action, the entire resolution could still be achieved on a Constitutional timeline.

Either that, 47% of the electorate had to choke down an election whose integrity they doubted.

General Flynn drafted a beautiful operational plan for such a mission. One signature from the President and the whole thing would roll. The teams would be created from the right National Guard Units, the right directives to each... An

expansive version of the plan had recounting conducted in 17 counties around the nation, Democrat and Republican, including the Problematic 6. That most expansive version of the plan envisioned paper ballot recounting, plus imaging of hard drives of these voting machines for further forensic analysis (but not "seizing" the machines: they were to be left in place, and just have their hard drives imaged).

There were weak and strong versions of the plan. An uber-expansive version of the plan would have had the paper ballots not just *recounted* but *forensically audite*d (but we thought that was too much to ask for with the possible exception of Georgia). However, in a pinch, we could hit just the Problematic 6 counties, and even simply recount the boxes of paper ballots, and have a preliminary answer in 2-3 days, thus ending a great deal of national drama. And it need not be done by the National Guard: US Marshalls and DHS and/or FBI might make up the federal force.

Mike and Sidney had the legal research, the draft finding, the general's Execution Checklist that would, upon Presidential signature, make everything run like a Swiss watch.

And yet, things slid and slid. Rudy went off to organize a hearing in a hotel room and wanted one of our people there to speak.... Days spent waiting for warrants that never came.... Absolutely no sense that there was anyone *with* a plan, let alone *executing* one . We saw the Constitutional deadlines beginning to loom...

The days turned into weeks. December came. Somewhere in those weeks a grizzled and retired Navy Master Chief was on the scene for a few afternoons. His summary of Rudy's operation was memorable: "It's like watching a half-dozen monkeys try to fuck a football." The simile struck me as incredibly apt. Imagine walking into a zoo, seeing a cage with six monkeys in it, tossing a football inside, and watching them all try to fuck it. There'd be screeching and snarling and fighting and running around.... And none of the monkeys would make any progress towards their goal. So that Master Chief's phrase seemed spot-on, really

tickled my funny bone.

Then it was mid-December. Yes we had state matters spinning along, yes we had geeks inspecting packets and finding foreign interactions, yes we were finding that the registration of every new Nevada voter was transmitted to Pakistan ISI, yes we were finding machines with wireless cards in rooms with smart thermostats that had been breached from overseas, yes we were learning why live voting rolls were kept overseas..... But Flynn and I had a sense our side was chasing its tail. That opposition was running out the clock. And Rudy's approach would allow that.

At one point I learned how the President was staying involved. Periodically, Mayor Giuliani and Mediocrity were going over to the White House to brief him. Really, no kidding: the person who was so bad my colleagues had declared they would quit rather than work another moment with that person, and the 76 year old guy who had trouble sending an email and was doing podcasts and getting sloshed, were the ones explaining to the President the cyber-crime of all time and what his options were. At first I thought it was a sick joke, but I confirmed it. The Mayor and Mediocrity were the point-people on the mission of addressing this world-historic event.

There were times that Flynn and I confessed to each other that we felt sick. A frequent subject of mutter between us ran along the lines, "Why the fuck are we doing this?" The president's children were off, uninvolved, pep-rallying, or planning their retirements.  We could detect no discernible strategy out of the President's team, no marching orders, just an organization wandering around in circles and melting as it did so. A person who was so bad, we had had to make special arrangements such that Mediocrity did not have contact with our Bad News Bears, or they were going to flee. And the whole mess was led by a 76 year old gentleman, a man beloved by all including myself, but who six weeks into what might be the most sophisticated cyber-theft in all of history, still could not have a coherent conversation beyond, *Did you hear that 211 dead people in Philadelphia voted? Dead people?!?!? And they voted! Joe Frazier voted! He died in 2011 but he voted! Have you heard?!? How do you vote when your dead?!?*

And then we would remember why we were doing it: America's brand is "elections". It is what we do. We had a national election that appears to have been compromised in a remarkably precise yet strategic way, it shows the hand of foreign involvement, it may be part of a Chinese psyop to take over our country, and there might never be free, non-goon elections in America again. We'd often remind each other, *That's* why we are not supposed to quit.

And that is why, a week before Christmas, General Mike Flynn, Sidney Powell, and I decided it was time to take a chance. By hook or by crook we were going to Jedi-Mind-Trick our way into the White House, maneuver our way to the Oval Office, and get the President's attention ourselves. With no invitation from him.

# 6

# Chapter 6: Crashing the White House (December 18-22)



## CHAPTER 6: CRASHING THE WHITE HOUSE (DECEMBER 18-22)

On the evening of Friday, December 18, Sidney Powell, Mike Flynn, a sharp female attorney on Sydney's team (whom I will call "Alyssa"), and myself decided to call an SUV and get driven to the entrance that serves the Eisenhower Executive Office Building, which is on the grounds of (and connects to) the White House. We had a vague plan regarding how we were going to get through all the rings of Police, Secret Service, and Marines: Sidney and Mike were the center of global attention, and we were going to try to use that to bullshit our way and get to the Oval Office. Beyond that, we'd be playing it by ear (I *did* say the plan was "vague"). There was a fine young NSC staffer whom I had gotten to know who, a real *mensch*, and I called him and left a message that I was accepting the open offer he had extended to drop by his office anytime, and was coming over ... right then. At 6:15 PM. Another excellent staffer went to work on a parallel course. Not

knowing if they would play ball, we may have been less than clear about our intentions.

We were dropped off a block from the security gate and walked through the light snow falling in the darkness. We got to the first security booth, and when the Police and Secret Service saw it was General Flynn ("The People's General"), they stiffened to attention. My staffer buddy came out from inside, and when he saw Flynn and Sidney he froze and looked at me with raised eyebrows. I gestured that we were all together, and he looked shocked for a moment..... then strode over to the guard, flashed his ID, and asked him to let us all in. With muted relief the guards quickly said, "Take care, General" and we were through the first layer. For the second layer my staffer-buddy and one of his fine colleagues joined us as we walked into the inner ring entrance, and spoke for us: again, when they saw Mike the guards again all stiffened to attention, then briskly and professionally processed us all through quickly. They were silent and asked no questions, apparently guessing we might not have good answers if they did.

I was the last one through, and as they handed my ID back to me one leaned in and said quietly and intimately, "Thank you Mr. Byrne." I was surprised, and it was the first I understood that in the constellation of Michael Flynn and Sidney Powell, there was a faint little star of my own.

We were ushered inside to an office, to use as Base Camp. If I recall correctly, we were in Base Camp for about 30 minutes before making a move for the office of another staffer, another young and principled person, with an office closer to the Oval Office. Camp 2.

Once there, Mike Flynn made contact with someone with whom he had worked in his brief stint as National Security Advisor, someone with an office that could serve as Camp 3, from which would come the final assault on the summit (the Oval Office). "Hey yes it's Mike, how you've been? ..... Oh my Gosh, so great to hear your voice too..... Yeah yeah, it was unbelievable.... Where am I? Oh actually I'm in the White House! Yeah, just came by to see ... See me? Sure well how about I just swing by... sure sure see you in a moment."

We launched for Camp 3. And sure enough, when we got there, as Mike Flynn stood talking to his former colleague, Sidney and I had a 20 foot line of site into the empty Oval Office......

After a few minutes, through a private door on the far side, Donald Trump walked into the Oval Office. He was dressed in a creased blue suit and tie, still, at 7:30 PM. He glanced out the doorway to where Sidney Powell and I were already walking towards him, greeting him like he was expecting us. President Trump's eyes knitted in puzzlement but he recognized us, and after a moment he beckoned us in. Within seconds General Flynn, Sydney Powell, and I were all sitting in the Oval Office with President Donald J. Trump, with the door shut behind us.

So that happened. Really.

The President sat across the Resolute desk and made small chat with Mike, asked him how he'd been. It had been almost four years since they had seen each other (when Flynn had left the White House, weeks into Trump's first term). He asked after Sidney as well. I gave and received no more than a nod, letting Mike and Sidney take the lead. As I have noted publicly, the first thing I noticed about him was how measured, gracious, and even soft-spoken Trump seemed to be, so unlike the character that has beamed at us for years through the media.

Eventually he glanced at me again, raised an eyebrow, and gave a small chuckle. Apparently, he knew about me, as I thought my be the case. He said something quietly, civil and kind.  I said, "Thank you Mr. President..." He cocked his head quizzically and said something softly about knowing that I had not voted for him, and had said a number of critical things of him. I let him know the truth, that I had said some harsh things before the 2016 election, but while he was President my estimation of him had grown, and that in any case none of it was relevant, that I was there because I was confident the election had been hacked.  I told him, "We think there is a much shorter route through all of this than your team is pursuing," I closed saying, "But Sir, entrepreneur to entrepreneur, I feel I must mention something. As you may know, I have been swimming around the outside of your administration for a couple months now, and I must tell you, I do not

think you are being well-served by many people in the White House. I can bring in young staffers who will tell you that some of your senior leadership don't want you to win. They want you to concede."

The President raised his eyebrows at my frankness.  Then, like a man who knew the answer, he asked quietly, "Why?"

"I'm not sure," I said, "but I hear people are getting signals that if they're good boys and get you out the door, there will be jobs waiting for them. But if they don't, they won't be getting offers from the right law firms, they won't be getting invitations from the right country clubs, they won't be getting invited to the socialite parties on Manhattan..." Trump grimaced, and we moved on.

Sidney and Mike began walking the President through things from our perspective. In brief: there was a quick way to resolve this national crisis because he had power to act in ways he had not realized. Under an Executive Order that he had signed in 2018, and another Executive Order that President Obama had signed in 2015, he could "find" that there was adequate evidence of foreign interference with the election, and while doing so would give him authority to do *big* things, all he had to do was one *small* thing: direct a federal force (we suggested US Marshall Service + National Guard) to go to the six problematic counties in question and re-count (on livestream TV) the paper ballots that were held as fail-safe back-up. It would only take a few days. Even more conclusive would be if they imaged the hard-drives and those images could be examined forensically (which would make the project last no more than a week, as we had already cracked the Antrim County machines and knew precisely what to do going forward).

In either case, if there was no mischief found, then President Trump would concede the election. But if (as we suspected) evidence of hundreds of thousands of improper votes was found in each of the six counties in question, then he would have a wide variety of options. He might have those six *states* re-counted. Or he might have 50 states recounted on livestream TV by federal forces, and America would finally have its answer to, "How much election fraud goes on in

our nation?" Or he might skip that and have the National Guard re-run the elections in those six states. We pointed out that, it being December 18, if he signed the paperwork we had brought with us, we could have the first stage (recounting the Problematic 6 counties) finished before Christmas. And even if the result was sketchy enough it demanded a rerun of the election in those states, it could be done before January 20, so that the January 20 Constitutional deadline would not be disrupted. The more time that he let slide by, the more compressed things would become. If he waited to see what the January 6 outcome was, however, and then decided to follow a plan such as ours, it would engender accusations of "sore-loserism", so he had to act quickly.

The alternative was an election that 47% of Americans doubted, which would not be good for the country.

After absorbing the plan, the President  said, "You know Pat," he said to me, catching my eye and gave a little snort of humor. "You know, I could leave here and my life would be really .... fine. I could be with my family, my friends, I could be playing golf ..." We looked at each other and shared a moment as may occur only with CEO's and other "leaders": people think our lives are glamorous, but in many ways they are unpleasant. I had a flashback: *the first time I was running a firm, a 24-person manufacturer of industrial torch tips in New Hampshire, I went on a sales trip to Europe. Some great colleagues (engineers) and I spent a couple weeks of crawling around on plasma machines in a shipyard in Spain, a crane manufacturer in Belgium, knocking on factory doors in Hamburg, then attending a gigantic conference in Essen so we could walk around getting business cards and grabbing people to sit with us for a bagel to hear a sales pitch because we could not afford our own booth, but we needed a big order so we could make payroll the next quarter.  After a few weeks of it we were home to New Hampshire, being received by colleagues like we were jet-setting royalty. "Oh Spain! How was Spain? Belgium! Germany!... Gosh I always wanted to travel, what was it like?"  That's when I realized that people do not understand how the CEO life is not nearly as fun as people think, dreaming of taking it easy, of being able to take a walk without worrying about the (in my case at the time dozens, in Trump's case, hundreds of*

*millions) of people depending upon you.*

I understood why Trump was chuckling, and I nodded and chuckled along with him. I got just what he was hinting: he was thinking that from a personal (74 year old's) standpoint, leaving the White House and going to Florida and golfing had a *real* appeal. "So Pat, on January 20 I could walk to Marine One and climb aboard and go have a really good life...." He continued, talking softly to me, directly. "But this? Knowing I was cheated, that they rigged this election? How can I just walk away from that?"

Other than that, of that first 30 minutes we had alone with the President, most of the conversation was among the President, Mike, and Sidney, so I had a lot of time to study President Trump, and I was surprised on many fronts. When he questioned Sidney's legal reasoning that he had the power to do such a thing, she pulled out the Executive Order he had signed in 2018 and described one from Obama in 2015: Trump took the E.O. and scanned it quickly, then began asking pertinent questions from it. The same with the finding that he would need to sign: he asked questions of both Sidney (regarding legalities) and Mike (regarding substance), who discussed with him the kinds of information regarding foreign interference covered in the last chapter. Throughout what I saw was a sharp executive mind, taking in information quickly and calculating decision-trees. It takes a lot to impress me, but what I saw was a sharp mind in action. It surprised me how I had seen no mention of it in four years.

Finally, Trump stopped and scanned the three of us, and asked simply. "So what are you saying?" Thinking of the difference between the highly organized, disciplined approach I had experienced with Flynn and Sidney, versus the college sophomore bull-session approach of the Campaign and Rudy-World, I spoke up again: "Mr. President, I think you should appoint Sidney Powell your Special Counsel on these election matters and make General Flynn your Field Marshall over the whole effort. I know Rudy's your lawyer and friend, and he can have a great role in this. Rudy should be personally advising you, and we don't want to do anything to embarrass him. But it Sidney needs to take point legally on this, and if you want to be sure, make General Flynn here Field Marshall. If you your

chances are around 50-75%. You should see how he well he has this planned, it would run like clockwork…"

The President shook me off, saying, "No no, it's got to be Rudy."

After some time (20-30 minutes?), three lawyers appeared together. They did not introduce themselves, and huddled in the back of the Oval Office, listening. In addition, Mark Meadows and someone else joined us by speaker phone. Eventually the lawyers in the back began muttering things to make their displeasure and disagreement evident. Finally President Trump said something indicating this was new to him, wondering why no one had shown him this route through the impasse. I said again, "Sir, again, CEO to CEO, you are not being served well by those around you in the White House. I've gotten to know staffers in your White House, and they tell me they are being told that leadership here is telling them to get you to concede."

Trump started to say something to Mike and Sidney, but he stopped himself and turned back towards me. "Who?" He asked angrily, "Who wants me to concede?"

I was taken aback by his anger, as I thought it was common knowledge. I thought it was understood that half the White House was in on the program of getting him to concede, for that was the estimate I was repeatedly told. "Sir, I am surprised you're surprised…. In your White House leaders are telling junior staff this everywhere. I am told this fellow Pat Cipollone [indicating the lawyers behind me as I spoke, not knowing which was Cipollone] has been telling people since November 4, 'Just help us get the President to concede.' And for the last couple of weeks, Mark Meadows has been telling staff, 'Help get the President into transition mode.'"

Trump turned to White House General Counsel Pat Cipollone, who began sputtering. "Mr. President, you know how hard I work, you know how many hours I have been putting in…" Both of which were mealy-mouthed, and neither of which was a direct denial, as was obvious to everyone in the room.  Trump faced him, his face darkening in anger.

"Sir," I continued, "in 30 minutes I can have a number of staffers from within your White House  here to tell you that those are quotes from Pat Cipollone and Mark Meadows. This guy is lying to you through his teeth. They want you to lose."

Trump turned, knowing I was correct. He indicated one of the other lawyers, said, "Did you know that this is his last day? He has a job starting Monday at a law firm up the street, getting paid 10 times what I can pay him here." He continued wistfully to me, "Pat, can you imagine what I could have gotten done here, if I had not been fighting my own people?"

Cipollone and the other two lawyers scurried out the back door of the Oval Office. I heard them stay out in the ante room, caucusing. Meanwhile, the President, Sidney, Mike, Alyssa, and myself continued for a while walking through more of the details, reviewing some of what we had said earlier. At some point Allyssa, that quiet but razor-sharp female lawyer assisting Sidney, took over for a few points, and concisely explained aspects of the executive order, always clarifying with great precision whatever needed to be clarified.

After 10 minutes the three lawyers walked back into the room and stood, this time not in the back, but abreast and to the left of we four visitors: Alyssa, myself, Mike, and Sidney, sitting in a half-moon in front of the Resolute desk. Mike continued taking operational questions that arose, while Sidney and Alyssa handled legal questions that arose. The three male lawyers edged closer to the front, then as though as some hidden signal, they all started being bitches.

First was some comment about it not being right to use the National Guard. "The optics are terrible, Mr. President," said one. "It would have to be the DHS."
 I liked the National Guard idea because we needed to reestablish trust of the American people in the electoral process, and the US institution with the most trust is the one where people dress in military uniforms. Yet the National Guard is local, they are all around us, our colleagues at work, our "Citizen Soldiers". But perhaps in a sign of flexibility, Flynn and Sidney allowed as how one could use the DHS instead of the National Guard.

"The press would tear you apart," predicted Pat Cipollone at one turn in the conversation. Sidney said what Mike and I were both thinking: *The press is going to tear him apart? Really? What are they doing now?*

At some point Cipollone objected, "Never in American history has there been this kind of a challenge to an election!" Flynn responded, "Never in American history has there been a situation like this, with counting being shut down for hours, foreigners connecting to our equipment, ....."

"He does not have the authority to do this!" Cipollone thundered eventually. Sidney rejoined, "Of course he does," citing EO 13848 (and something else signed by Obama). "Without question he has the authority." Alyssa whipped out EO 13848 again and showed the relevant language that we had just covered. Trump looked at Cipollone with an expression that said, *You never even brought this to my attention, Pat.* He said to Cipollone, "You know Pat, at least they want to fight for me. You don't even fight for me. You just tell me everything I can't do."

By this point Cipollone was getting hot under the collar. Raising his voice to the President, he said, "Hey if you want to do this you don't need my permission. You don't even need a pen or a piece of paper. You can just say, 'I hire Sidney Powell as White House Special Counsel,' and it's done." But then he went on with more objections to everything he was hearing, all of which continued to sound stretched. Even frivolous.

After half-a-dozen such frivolous objections from the White House General Counsel, Mike and I looked at each other dumbstruck. Mike grew calm, silent, his brow knit in bafflement. Finally I calmly announced to the room: "This is the most surreal conversation I have ever experienced."

Around that time Alyssa spoke up on a legal point: he clearly had grounds to find that those Problematic 6 counties had enough peculiarities in their election, that under his powers under those EO's, he was sending in federal teams to recount the ballots in those six counties. It was a defensible, reasonable action to take (which she said in legalese). What happened after that would be determined by what was found. But now the three male lawyers on their feet began speaking

to her rudely. They challenged her, asking something like, "You're not even a lawyer!"

She replied, "I *am* a lawyer. I work for Sidney, and-" they cut her off, snorting derisively.

Flynn sprung to his feet with a grace and ease that surprised me, a surfer getting up on his board. He turned to face the three lawyers standing over and barking at Alyssa. In a measured tone he asked of the three lawyers, "Let's get something clear. What do you think happened on November 3? Do you think was a fair election? Nothing unusual about it in your eyes?"

The three lawyers looked down, stuck their toes in the dirt, glanced at each other out of the corners of their eyes, and would not give an answer.

President Trump looked directly at me and said gently, "You know Pat, all my life I've had the best lawyers. People call me from all over the world, 'What lawyer should I use on this? What lawyer should I use on that?' But here.... You know, the other side breaks every rule in the book, but me....? All I have are lawyers who tell me 'You can't do this, you can't do that...' Do you see what I have been working with for four years? Can you imagine what I could have gotten done......" He broke off, then turned to Cipollone, asked "Where's my Durham report? Where's ...." and started rattling off his legal disappointments.

Standing there next to his two colleagues, Cipollone started shouting back at Flynn, still on his feet, *and at the President*. Still shouting, he stepped rudely towards us, standing over (and inappropriately close to) Alyssa from behind. Before I knew it I was on my feet, shoulder-to-shoulder with Flynn, back mostly to the President, with a mental trigger that if Cipollone moved another inch towards Flynn, Alyssa, or me I was going to bury my knuckles in his throat.

President Trump said, "Hey hey hey!" We all turned. With both hands waiving at us to calm down, and a quarter-smile of disbelief on his face, he said, "Heeey calm down...." Cipollone turned to storm out the door again, his two butt-boys in tow. Before he was out Sidney said, "Let him leave. I'll take the job and you'll

win." Trump said after him, "Go ahead Pat. Leave. Don't come back as far as I am concerned." As the door shut, Trump said softly, "Ahhh, I don't mean that. You know, Pat's a friend, and..." his voice trailed off. I winced at the dawning of my understanding.

I took another shot at it with the President. "Again Sir, I know that Rudy is a friend of yours, he's wonderful. He's America's Mayor. I love Rudy, I don't want to embarrass him. But you should see how what Mike and Sidney have got going. It is so organized, so well-planned-" Again he cut me off, saying, "No no, it's got to be Rudy..." On the inside I slumped.

There was a third round where the lawyers came back in to interject themselves into what the rest of us were talking about. A third round of frivolous push-back, but this time it was President Trump who got ticked off) at the push-back from his own people, the searching for things they could oppose. Again he muttered something weary to me along the lines of, *Can you imagine what I would have accomplish these four years if I had not had to put up with this?*

Finally, when Trump asked why such-and-such a course of action Sidney was proposing had not been explored by Cipollone, the lawyer responded, "Well we're not the campaign lawyers."

It was painfully obvious that Cipollone was being purely obstructionist, coming from a place of, "How do I stop this?"

Trump sighed, and wearily said to Cipollone, "You know Pat? A few minutes ago you said that I can do it just by saying it. Well.... OK. I have decided, now I'm saying it. 'Sidney Powell is hereby appointed as White House Special Counsel'. There, that's it."

"She needs a clearance!" interjected one of the other lawyers. "It'll take months to get her a clearance!"

Even I knew how frivolous that objection was, but Flynn spoke up first, in disbelief. "Mr. President," Flynn said, "you can do the same thing with a

clearance. You can grant any clearance you want, on the spot, verbally."

Sadly and defiantly, President Trump looked at his three lawyers and said, "I grant Sidney Powell a Top Secret security clearance."

Again they stormed out of the room. Again the conversation continued among the President, Sidney, Mike, Alyssa, and myself. That is when I had an emotional reaction different than I had expected. There was a moment where I saw him for what he was: a 74 year old man, tired, knowing he was being cheated out of his re-election, maybe defeated, ruing his errors, dwelling on what might have been. I wanted to walk behind his desk, put my arm around him, tell him,

*Yes, I do understand what you have been facing. I don't know how you did it.*

Eventually President Trump said that we would all meet in 30 minutes in the living quarters, in the "Yellow Oval". In the meantime, Rudy was coming in and we had to find a way to make things work between Rudy and Sidney. As we parted he said, "You know, in 200 years there probably has not been a meeting in this room like what just happened...". As he was leaving he brushed past me, stopped, and speaking low and quiet, said something quite kind and meaningful, showing me that he knew a lot more about me than I had guessed.

A few minutes later Sidney, Mike, Alyssa, and I were in the Cabinet Room, waiting for Rudy. It was dark, and we had to find a couple lamps to turn on. Mike and I were intent on making sure the meeting went well between Sidney and Rudy, so everyone could work happily together.

After 10 minutes Rudy came in, tying his tie, and said in not too gruff a manner, but with perhaps the gruffness of a man disturbed from his evening meal, "You know Sidney, if we are going to work together you have to share information." I did not take his tone as being too aggressive, but one of trying to turn over a new leaf in a relationship, perhaps.

Sidney told him, "I do share information Rudy. You don't read emails, you don't read texts."

"That's not true Sidney! I just need you to stop keeping me in the dark-"

"Rudy I don't keep you in the dark! You-"

"Sidney you have to stop keeping everything to yourself! I cannot work with you if you don't share with me!"

Within moments the conversation had spiraled out of control. After a minute of squabbling I tried to interject something helpful. "Mr. Mayor, it *is* true that since I arrived, everything we brought Sidney, she always said, 'Get this to Rudy right away.' It's true. Absolutely everything we turned up, she told us to share with you. She never asked us to keep you in the dark about anything." But it went poorly. Fuming, we all went up to the living quarters of the White House.

The President was there, waiting, and after we walked in the three lawyers joined again. Meadows entered as well. A waiter brought out a bowl of small, bottle-cap sized Swedish meatballs, with share plates. Trump motioned for them to be placed at the small table so that everyone could indulge, but the table was in front of me, for which I was grateful. I actually keep vegetarian from time to time, especially when I travel, but how often does one sit with a President serving meatballs from his grandmother's recipe? And they were *good*.  For the rest of the meeting there were two and only two people eating meatballs: myself, scarfing them down like popcorn, and occasionally the President, who would get up, walk over to me, and refill a small share plate. Nobody else had any.

The meeting continued for a couple hours in those quarters. No substantial new ground was covered: we walked through the reasoning we had gone through in the Oval Office, and explained the plan. President Trump was decisively onboard, and none of the other parties pushed back. Instead, they glumly asked a few questions about how such-and-such was to be done, and Mike or Sidney explained. Finally, around 12:15 AM, we all began fading, and wrapped up. We walked outside in the hall, waiting, until the President came out to say goodbye. We each had a moment with him. But we were all exhausted, I think, and glad that the meeting was over.

*At no point in the evening was there mention of martial law or Insurrection Act. All claims to the contrary are lies, propagated (I imagine) by Pat Cipollone, who (according to multiple sources) leaks to Maggie Haberman of the NYT. Cursory review of Haberman's writings on the White House, which never fail to give stroke to Cipollone, would support that claim.*

Minutes later Alyssa, Sidney, Mike, and I were walking on the sidewalk in front of the White House, light snow still falling in the dark. Meadows and Rudy left together and walked away together to the west. The four of us strode east, elated: with Sidney ensconced as White House Special Counsel, and Mike providing organizational skills and his vast expertise of matters DC, we were in good standing, and at that moment we all felt the chance of success high. As we walked home in the snow we confided in each other, *You know, for me this is not really about Trump. But we cannot let a rigged election stand. If we do, it could mean civil war, or a Chinese take-over of our country. All we need is to follow this plan, exposing what happened in those six counties by checking the ballots. If there is nothing amiss, then Trump gets in his helicopter and leaves, and there's no civil war. But if we find chicanery, it will give an opportunity to blow this scheme up for the whole nation. Who knows how much fraud there is going to turn out to be in US elections? I think 'a lot,' what do you think*? Around and around we went, excited for our success in the meeting. After a few blocks our forgotten SUV found us in the flurries, and he drove us the rest of the way to the hotel. I had my first good night's sleep in weeks.

The next day, Saturday, Sidney called Meadows and said, "Well now that I'm White House Special Counsel, I am going to need an office over there."

Meadows told her, "Yeah we're looking into that, we don't have anything immediately, but we are going to soon..."

"Then I will need a White House ID, so I can come and go," replied Sidney.

"Yeah well we are working on that too, there might be a problem with that, we'll see what it is going to take, ..." said Meadows.

We all had a terrible sinking feeling, and by Monday or Tuesday, learned that Sidney's "White House Special Counsel" position was not happening. The plan we had discussed extensively in the White House, the one that got an answer before Christmas (and depending upon the evidence, either permitted a peaceful transition of power, or justified extensive federal involvement that would get to the bottom of the mischief), *that* plan.... had been called off.

Instead, Rudy was going to continue his slog through the courts and the hearings in the states....

## 7

# Chapter 7: The Christmas Doldrums (December 23 – January 6 noon)



### CHAPTER 7: THE CHRISTMAS DOLDRUMS (DECEMBER 23 – JANUARY 6 NOON)

Flynn and Sidney left DC to their own worlds for Christmas, but I was staying around in DC. Before Mike left we had a conversation. I use this opportunity to share a bit about Mike Flynn.

I knew from people who had worked in the field what Flynn had done to make himself an enemy of the Swamp. When he arrived in Iraq, materials gained in raids were being bundled up in bags, shipped back to Virginia to be "exploited" and analyzed and, a month or two later, useful information sent back to the troops on the front lines. Flynn sees the world like an entrepreneur, and set about to redesign the process, so that exploitation and analysis was done on-base in Iraq, the loop condensed into 18 hours, so that the next night when people went out

raiding, they already had the benefit of insights gained from the previous night's work. Eventually the loop was so tightened that a raid early in the evening in one location was generating materials that were studied through the night, and informing raids that were still being conducted at dawn. People I knew and trusted were telling me that this guy Flynn had his admirers, but he had detractors as well, primarily those comfortable with the ol' boy approach, disgruntled at the way he was shaking things up and bringing modern ideas into the Intelligence Community's comfortable way of doing things. As his career progressed Flynn's divisiveness to the Establishment became legendary, but in my experience, men and women I knew who seemed like bright, chipper, mission-oriented federal employees spoke well of Flynn, and the Mediocrities were the ones who seemed to hate him.

But being with Mike Flynn all those weeks, I learned things about him that were new to me. For example, Mike 61, was a lifelong Democrat, in an Irish Catholic south-of-Boston north-of Providence Jack Kennedy kind of way (not in a modern Lefty, "Let's shred the Constitution!" kind of way). He is a deep reader of the Constitution, and is one of the few people I know (besides myself) who cites *The Federalist Papers* by number in conversation. When discussing America's modern wars, he sounded almost Chomskyan, telling me that the wars in Afghanistan and Iraq should have ended 15 years ago, but so many hundreds of billions and (eventually) trillions of dollars got flowing to the corporations that supported the wars, and the firms benefiting from that flow of funds had grown so fat, and hired so many lobbyists, that they fought in DC to keep the wars going so that the spigot would stay turned on. We joked to each other that the war was, "just another Washington, DC self-licking ice cream cone."

In other words, "capture". As happens with me from time to time, I meet one from a different background who has come to recognize the issue that underlies so many of our problems as a nation. That problem is that powerful elites have captured the decision-making cycles of our government and turned it towards their private ends. The fact that from our different backgrounds and different lifetimes of experience, we had arrived at the same fundamental analysis of what is

wrong with our country, told me that I my new trail-buddy was the right guy.

Again, before he left for Christmas we had a number of conversations of form, "General, what the fuck are we doing here?"

I was to be alone in DC over Christmas, but the day before Christmas I got a call from someone in Trump-orbit. The caller told me that I should get down to Florida, to somewhere near Mar-o-Lago, and it was being arranged that I could have another short meeting with Trump, maybe as little as 10 minutes. Because I was by then thoroughly convinced he was not listening to sound people and was missing the Big Picture in some ways, I seized the invitation, and went from DC to Florida to a hotel just a few miles away from Mar-a-Lago. I checked in, and awaited contact.

Soon I received a call from a reasonably well-known person who is publicly associated with Trump, although I do not know how tight they actually are. With him on the call was a colleague of his, and they were telling me to get over to Mar-a-Lago and ask for "Eileen" (name changed to protect the innocent). I asked for her last name, and was told, "Just get there and ask for Eileen." I asked for Eileen's position, or even what area she worked in. I was told, "Just get to Mar-a-Lago as soon as you can, and ask for Eileen." I replied that I really do not like working that way, that I wanted to know more before I went. Again the reply was adamantly, "Get over to Mar-a-Lago, go to the gate, and ask for Eileen. It has all been arranged."

With trepidation I got dressed in my best yoga clothes (my others having been sent out for a rare cleaning) to set out for Mar-a-Lago. I called an Uber, and the ride was a tinny, beat-up Toyota Corolla of some years' vintage.

When I arrived at the gates of Mar-a-Lago I sent the Corolla on its way. When I approached the Secret Service detail and told them that I was there to see, "Eileen," the federal agents all looked at each other and shrugged. "Eileen who?" They asked. "I don't know," I told them, "I was just told to ask for Eileen." They again looked at each other with a raised eye. "OK, but Eileen who?" I replied, "I am to have some kind of short meeting with the President, and I was called and

told to get here and ask for 'Eileen'." Again, they said, "Well who is Eileen?" Again I had to tell them I did not know. The conversation spiraled downhill from there, through no fault of the Secret Service agents. I perhaps did not help the situation when I, noticing that one of the female agents had a light Chinese accent, in an attempt to calm the situation and establish some rapport, began rapping with her in Mandarin. We spoke for a few minutes but it only seemed to increase the nervousness of the other agents. Around that time I began to think it would probably be best simply to disengage and get away, and try to work things out by telephone, but the agents did not seem to like that idea.

Eventually the supervising agent came over. He was one of those fellows whom one meets and knows immediately he is not a guy with whom to screw in any way. Still proper but with a fair bit of aggression, he said, "Back up. Start again. We want to know your story. Who are you and what are you doing here?"

Not knowing where to start, I began this way: "20 years ago I started a company called Overstock.com, my name is -." He interrupted with a snort, "Yeah right you're Patrick Byrne." Suddenly I got it: the tiny Corolla, my clothes, the Chinese…. I showed my license, and this time it all clicked. And it clicked for me, too, how the activities of Flynn, Sidney and I were drawing attention. I was not fully appreciating until then how much attention there was on what we were doing, but it made sense.

In any case, the agents were cordial, nodded to me, and several said, "Thanks for what you are doing," as they permitted me to walk off the property, cross a bridge, and get another Uber.

I hung around an additional few days, waiting for things to be cleared up. They never were. But over those days, I was on the periphery of the Mar-a-Largo crowd and the Republican Pooh-Bah families that were down together for the holidays occupying most of the surrounding hotels. Swimming as I was on the periphery of Republican Party bigwigs and its movers-and-shakers, I got a sense for the *gestalt* of it all. There were some terrific young people, intellectuals who could have deep conversations about ideas as well as events. There was a woman of my age or older,

a retired executive from a Fortune 50 company, who was exceedingly strong, capable, and intelligent. Then as far as I could tell, most of the rest were riff-raff. Rich riff-raff, no doubt: shiny-car riff-raff, loud and obnoxious riff-raff, self-centered riff-raff, dilettantes and *poseurs* and grifters of one variety or another, with Plastic Fantastic wives and husbands and doily children whining publicly about whatever subject or thing they felt deprived. People for the most part, not my crowd. What I did not see were believers, people who had vision.... or a plan.

The day before New Year's Eve I got a call from Our Man in Georgia. We already knew that in Fulton County (in which Atlanta is seated) there was a County Election operation running out of what was called, "the English Street warehouse". An Antifa-looking woman accepted some cash to infiltrate the warehouse, take photos, and seize blank ballots from different stacks. The woman who took these photos snagged the blank ballots from different piles.

Our Man in Georgia and I knew that those ballots could be tested forensically.







I lined up two federally-certified forensic document examiners (old-timers in the field) who were willing to work New Year's Day, and got to Georgia on New Year's Eve.

In Georgia, I stayed at the home of some people who were involved in this effort. That is when I first met Jovan Pulitzer (though there had been communication for weeks between my cyber-colleagues and Jovan). Also present was a senior corporate security expert, the man who had found the situation in a counting operation in Savannah, Georgia: a tabulating machine turned out to have a wireless card in it, on the wall there was a Smart Thermostat, and that thermostat had connected wirelessly to the counting machine. Further research had confirmed that someone from China Telecom had come through the Internet onto the Smart Thermostat in order to connect to the machine. The cybersecurity expert spent the rest of the evening telling us about the shocking vulnerabilities in the election machines, their tendency to run on Operating System software that was 10-15 years old, and in general, how the technology was Swiss Cheese. We sat up past midnight having him explain it to me.

At 3 AM on New Year's Day I received a text from General Flynn. He was still up working as well. He sent me photos that were then flashing around social media: down in Mar-a-Lago, Rudy and others from the entourage had rung in the New Year with a bang. Photos of Rudy, Don Jr., and Kimberly Gilfoyle drinking champagne, dancing, and Partying Like It's 1999 were circulating through social media.

Click to play video: [Mar-a-Lago was a freak show of D-listers](#)

Again, Flynn and I shared a moment of exasperated silence.

On New Year's Day I was in the laboratory of the federally certified forensic document examiner and a colleague of his colleague who had driven through the night to be there. They were professional, quiet, and I left them to their work. After an hour they reported: two of the ballots were printed in one print shop, the other was printed in a different shop using different paper, different ink, and a different printing method. It being unlikely the county had ordered ballots from

two different print shops, this indicated that at least one of those ballots was counterfeit.

Our Man in Georgia had Atlanta warehouse under observation, bums with telephoto lenses filming. The Georgia Senate demanded to inspect the contents of the English Street warehouse. Hours later, rented Enterprise vans pulled up to the warehouse, and loaded pallets of ballots.

Click to play: [Armed Trafficking of Ballots from election Prep Center to Sheriff Jackson's Office](#)

The next day, a shredding company in a neighboring county got a phone call to pick up an assignment to shred. The truck pulled up, and loaded approximately 3,000 pounds of ballots. It has been confirmed to me that the order was paid for by someone with a credit card from "Dominion Voting". The shredding truck pulled away. Through a mechanism I will not explain, that shredding truck was intercepted, its work stopped, and ultimately 10,000 pounds of shredded material was dumped out on the floor of a local police station, so there would be a chain-of-evidence. Roughly 3,000 pounds of the shredded material was the ballots (the other 7,000 was from prior customers). The shredding that had been order by the Dominion Voting employee had not been normal shredding (turning things into long strips); it had not been the special shredding (turning the material into confetti); it had been the super-duper military-grade shredding, where the ballots had been shredded then crushed down to spitballs.

An Atlanta DHS agent arrived and took command. A discovery was made: some of the shredded ballots had not been completely shredded. In fact, a few had stuck to the walls of the bin, and were whole. Also found, I was told, were receipts and shipping labels from the outside of the boxes that held the ballots: these receipts and shipping labels were from a Chinese print shop in the south of China. The DHS agent acquired all of these (and that particular agent is one with an expertise in matters Chinese, I am told).

Call that moment, "T = 0". Based on the continuous reports I was receiving from Atlanta, here is how the next two days unfolded:

- T + 6 hours: Rudy Giuliani was informed of what was going on;
- T + 12 hours: Mark Meadows was informed of what was going on
- T + 18 hours: FBI arrived on the scene to take over. DHS resisted.
- T + 24 hours: I received a message that the DHS agent in question was uncomfortable with the political pressure he was receiving. If I understood correctly, he was saying that Mark Meadows himself (Chief of Staff of the White House) had called him and told him to back off the investigation. It was not clear to me whether I was receiving the message just as a bystander, or the DHS agent was deliberately causing that message to come to me, in the incorrect hope I could do something about it (e.g., get it to the President).
- T + 36 hours: The FBI took control of the operation. They instructed the shredding company to come back, pick up the 10,000 pounds of material, complete the shredding, then continue with their normal procedures. That meant the shredded material was mixed with water and acid, melted, then reconstituted as recycled paper.

Various aspects of the story I told above are documented in photos and film.

Meanwhile, I had returned to DC. I was still trying to get another 10 minutes with Trump. I wanted to repeat to him again that if he waited until he lost on January 6 and then tried the plan that we had been proposing, it would be sore loser-ism. But we still had a few days left, and if he pulled the trigger, we could have an answer regarding those Problematic 6 counties. We could have it done before January 6, so that the Senate might make an informed choice, or buy us an extra week to do more work, or or or...

At this point I will insert one important sub-story. In those days of swimming around with people who were in various proximities to the President, I was told something by someone in Trump's inner circle. What I was told was this: Melania had recently been warned by a government official that if Trump served another term, he would be JFK'ed. It may have been said by someone in the Secret Service itself, in a "We will not be able to protect him" sense. The threat included another family member as well, per the telling. I find it hard to believe that anyone in the Secret Service itself would say that, but the source of the information to me had been otherwise blemish-less, and the claim was that whoever (perhaps Secret

Service, perhaps someone else) had said this to Melania, it was someone from whom such a claim would be taken seriously. Melania was begging Donald not to fight, and simply to concede and leave Washington with his family.

In the days before the Georgia runoff election on January 5, Marc Elias won a filing *against* purging a couple hundred thousand names from voter polls before the runoff. The judge who ruled in his favor (on the left) is the sister of Stacey Abrams.



Mike Flynn and I were together again in DC, watching the approaching January 6 date with frustration. I had done several interviews and even a public speech or two where I had insisted that, "We do not go violent, we are better than the other guys, if we go violent, we lose." I thought it too obvious to dwell on, but I said it in numerous public addresses and interviews.

On January 5, an audience was had by myself and a few of our scientists and dolphin-speakers, and a variety of people such as senators and delegates of senators, a delegate of VP Mike Pence, and delegates of other interested parties.

The scientists laid out the case simply and clearly. They answered all questions for a couple hours, and after those couple hours, it was clear no one in the room doubted what we were telling them: that a sophisticated operation had rigged the presidential election. The delegate from VP Pence went directly back from our meeting to brief the VP, I was told.

Later I was to learn from "White House insiders" that after receiving that briefing from us, the delegate of VP Pence went back and gave it to Pence . I was informed that heard the briefing, agreed with its implications, and decided on a course of action: when he stood before the Senate the next day, January 6, he was going to call for a 7 day suspension, so that the individual state legislature could look into whatever they wanted to look into, then re-vote their electoral votes.  Or perhaps, something even more aggressive, calling for an investigation. At 3:30 PM on January 5, I learned both that night and later, Pence was solidly there.

I had been invited to speak on the morning of January 6, on the South Lawn, by the Women for Trump who had organized the rally. I prepared a talk to hit two points: how our system of consent of the governed relies on elections that are free, fair, and transparent (which our November election was not). Secondly, we do not use violence.

I was torn between two ways of making the point about non-violence:

- Telling a Jerry Garcia and the Grateful Dead story regarding non-violence (which I have written up on Deep Capture as: Jerry Garcia on Confrontation & "The Main Asshole").
- Telling a story I told about Moldova. I had been there a few years earlier, and a barman had told me of the 2009 election. Election fraud had caused a pro-Putin man to be elected, but the people knew it and had risen up in protests. Putin had sent hundreds of men to drift into the capital of Chisinau, and they had a mission: every time there was a protest, these Putin-guys had infiltrated it with a goal of turning it violent, getting them not just to protest in front of government buildings, but to charge them, break windows, occupy them. The Moldovans had been too smart for the trick: they knew Putin understood that both sides were playing for an audience, the middle class of Moldova, and if the protesters were able to be provoked into actually

storming government buildings it would turn off the middle class and they would lose the support of the masses. The Moldovans had stayed disciplined, refused to let themselves be led astray like that... and eventually the government had succumbed, a new, fair election was held, and the Putin crony lost big. I wrote that story up as well: "A Message to Militias Across America Regarding the Goon-Left and *Agents Provocateurs* (Not the Lingerie)".

I was not sure which story I would use on the White House lawn. On the 5th, I decided that the crowd might not know who Jerry Garcia was, so I decided to write that story up online and tweet it out a couple times to the throngs who were arriving in DC, and rehearsed a concise explanation of the Moldova story to use on the morning of January 6 when I spoke.

Mike Flynn was going to be speaking too, we were informed, and Mike and I spoke about what we were going to say, what the crowd needed to hear. We recognized it as a unique historical opportunity: we would have perhaps 30 minutes to explain to the world the irregularities that had disrupted the election, and most likely had changed its outcome. We prepared to meet that challenge. We understood that some of the people with whom we had been working, the cyber-ninjas and scientists and such, were also preparing concise explanations, but the choice of who among them was going to be speaking was being handled by the organizers.

So Mike and I thought that the morning of January 6 was going to run like this: there would be some speeches on the South Lawn of the White House. He would give a talk as "The People's General" setting the moment in its historical context. I would talk about the fundamental significance of elections that were free, fair, and transparent, and then tell my Moldova story. Then we would switch to 2-3 of these cyber-ninjas and scientists, who would each talk for 5-10 minutes, explaining the irregularities that should trouble the conscience of citizens. I knew from experience that any one of them could speak for 5-10 minutes and cause any thinking person begin to have grave doubts about the November 2020 election, but I figured that with three of them speaking, 80% of the viewers around the

world would understand why Election 2020 results had to be seriously discounted. I got a call from one of the scientists I expected to speak. He was letting me know he had not come to DC because he had learned his speaking slot had been cancelled. I was perplexed, because this scientist was soft-spoken, professorial, and convincing to anyone with an open mind. I wondered whom they had found to do a better job than he of convincing millions of viewers that they should be skeptical of what happened during the week of November 3.

Mike and myself and a dozen others walked over to the south side of the White House. We were surprised that no arrangements had been made for us, and we had to fight our way through the throngs. We were both given speakers' badges, seated in a special section up front.... then learned that our speaking slots had been cancelled. We were perplexed, wondering whom they could get that would possibly explain the situation as well as we could...

Meanwhile, up at the White House.... I later learned from proverbial "White House insiders" that on Tuesday afternoon, January 5, at 3:30 PM, Pence had indeed, "been there". He had been ready to stand up in front of the Senate on January 6 and call for a 7 day recess, to let the states consider all the information that had come in (and could be generated ) about the election irregularities, then re-commit their electoral votes. And he stayed there all the way until Tuesday at *6:30* PM. At that point, the Chief of Staff of VP Pence, a gentleman named Marc Short, had talked Pence out of it. Marc Short is a Legislative Affairs Swamp Creature: whatever he whispered in Pence's ear, it was enough to get Pence to flip-flop, back to the position that his position in the Senate was only administerial, almost ritualistic. He informed the President Trump on the morning of the 6th, and there had been quite a clash within the White House that ranged from the Oval Office to the Living Quarters, but had ended with Pence unmoved: his job was to open the envelopes and read the electoral votes. That was all going on a few hundred yards away, but I did not know it at the time, of course.

The show finally started, and soon Flynn and I sunk into our seats in despair. One Trump child sang "Happy Birthday" to someone. Rudy spoke about Joe Frazier voting. Another lawyer spoke. Don Jr. strode the stage talking about how

the Republican brand was now the Trump brand, or the Trump brand was the Republican brand. Flynn and I caught eyes and shared looks of horror: it turned out later we were both asking if the other wanted to leave. It was so bad that one of the organizers had a change of heart and came running over to ask Flynn if he would take the stage: he refused. It went on for an hour, then Trump appeared and spoke, much as he would at any campaign event. In fact, the whole thing was more or less a "I was robbed" pep rally: no real effort was made to explain to the crowd, to the Senators who would begin voting in an hour, to the Americans watching at home, to the world that counts on America to be the leader of free, fair, and transparent elections, what went wrong with the November 2020 election, and why they should believe that Election 2020 had deep irregularities demanding investigation. No significant effort at all.

Instead, it was a pep rally. That's it. If they'd given 10 minutes to two different names I'd given them, two scientists who know this issue intimately, history would have been different. I think that 20 minutes would have changed the hearts of a significant number of senators about the need to look into matters (a week's worth of hearings perhaps) before signing off on things.

Instead, it was a Trump "I was robbed" pep rally.

The moment we could make a break from the front, Flynn and I and everyone with us made a dash for the exit. Flynn could barely contain his fury as we shared impressions: this had been the one last chance to explain the situation to the whole world, and instead Trump had used it as a pep rally. "He just does not get it," we repeated to each other as we stormed through the crowd back towards the hotel. "He does not get that it is not about him. He put on a fucking pep rally. He does not understand that this is not about him," we repeated over and over in anger and despair. In 15 minutes we were back at the hotel, both packing our bags, both sick to our stomachs, and did not leave to join the throngs moving towards the Capitol.

**8**

# Chapter 8: Agitation & Chaos (January 6 noon – December 20)



## CHAPTER 8: AGITATION & CHAOS (JANUARY 6 NOON – JANUARY 20)

What happened on the afternoon of January 6 is the worst thing that could

happen for the Freedom Movement. Millions descended on DC to rally in support of those standing for the truth: our election was rigged. In the course of the rally, Goons stormed the Capitol.

One woman (an Air Force vet) was shot unnecessarily by police.

*The New York Times* reported that a policeman was killed, his head bashed in by protester's fire extinguisher. Then that story got wobbly:

> *"Media reports have been conflicting — unnamed law enforcement sources initially told outlets Sicknick was bludgeoned in the head by a fire extinguisher, while others speaking on condition of anonymity countered those claims, arguing there was no immediate evidence showing that Sicknick suffered any blunt force trauma" ("A month after Capitol riot, autopsy results pending in Officer Brian Sicknick death investigation", Fox, February 8 2021).*

In Mid-February the *New York Times* retracted: it turns out the officer died from a stroke (while the media milked the Sicknick story for a month, this was known two days after his death): 'The *Times* Corrects the Record on Officer Sicknick's Death, Sort Of".

Mainstream Media has increased the body count by including, for example, two police officers who, days after the attack, putatively committed suicide (cf. "2 Capitol Police officers died by suicide days after the Jan. 6 assault on Congress, *Axios*, February 13, 2021).

Over the course of 2020, the Mainstream Media described as "mostly peaceful protests" the actions of Antifa and Black Lives Matter killing 33 police, injuring another 700 police, and burning thousands of businesses:



That same media has portrayed these events at the Capitol as the greatest tragedy to hit America since Pearl Harbor. It is nice to know there is some form of Goon-ism in politics still objectionable to the Mainstream Media. Myself, I eschew *all* political violence, not just ones convenient for me to denounce.

There are two ways to look at what happened on that fateful afternoon at the Capitol. I think they are both true, though which is more true is, at the moment, anyone's guess.

**The Party Line Explanation**: splinter elements (≈ 400 people) of the millions of protesters decided to storm the Capitol. Given that this Party Line explanation has been repeated *ad nauseum* by a supine and obedient press, and is currently the object of an impeachment of a man who is no longer an officeholder (go figure), I will not spend time developing this interpretation. But I do not mean to discount it, either.

**The Alternative Explanation** is more subtle, and runs along the lines of my story about Moldova explained in, "[A Message to Militias Across America Regarding the Goon-Left and *Agents Provocateurs* (Not the Lingerie)](#)". This explanation holds that the events were engineered as part of a psyop to discredit those skeptical of the election result, and to justify a police-state-style crackdown by the Goon-Left on the rest of America. To those not used to thinking in the bank-shot terms of a psyop, that may seem odd, but I wish to remind the reader that the evidence has been in front of us for nearly 9 months, with regard to Black Lives Matter.

**A Brief Digression on Black Lives Matter**

After publishing this book, I intend to write an essay about the Supreme Court, and then a piece I anticipate titling, "An Analytic Philosopher Takes Black Lives Matter Ideological Purity Test, Scores ≈ 40%". Basically, I will argue, the BLM phrase suffers from semantic overload, and it has to be unpacked into a set of about half-a-dozen assertions, which I will explore individually. I agree with some, I do not with others: like I say, I predict I will score a 40% (maybe a bit higher). My bottom line for the BLM movement is what it is for the Left in general: usually correct about the problems, generally incorrect about how to fix the problems.

Yet that my point in bringing them up here is not to debate that issue. I am friendly with three people whom I might call "radical Black Muslim activists" (and yes, it is an interesting and occasionally tempestuous friendship). They are quite "woke": I tell them I am not woke because I never slept (but I am not sure they buy it). In any case, when last summer the BLM demonstrations started began getting violent, my friends started sending me eye-opening videos. There were agitators showing up at BLM rallies in Black neighborhoods, white people dressed in black and with masks, agitating for violence. Videos emerged of precisely what me friends were warning me about, masked and fully covered men slipping through a crowd that was demonstrating, going up to a shop window with hammers, smashing the windows, then slipping away (and when there is a crowd of demonstrators, once windows get smashed, the demonstration turns into looting and riot).

*Left*-wing journalist Kevin Shay wrote on May 31, 2020: "[Right-wing provocateurs continue to instigate violence at BLM protests and elsewhere](.)".

The meme continued: on June 16, 2020, *Kansas City Star* asked, "[Far-right extremists keep showing up at BLM protests. Are they behind the violence?](.)"

As I remember, evidence emerged that confirmed the story of provocateurs infiltrating BLM protests and turning them violent. Some of the evidence was that [right-wing people had done it, in order to provoke violence](.). Some of the evidence pointed at Antifa. But in either case, let me point out that for about 9 month the US political discourse has the first time admitted the concept of

*provocateur*. It is no longer some arcane concept known only to everyone in the world outside of the USA: *we* now understand how crowds get infiltrated and manipulated.

The Alternative Hypothesis for the January 6 events at the Capitol is that to some degree the events resulted from such provocation. It is a claim that the "insurrection" was, in a way, engineered, in order to benefit people who would benefit politically from it.

What evidence supports this Alternative Explanation, that the ransacking of the Capitol was ***invited*** by those who would make hay from it politically? Let us review the evidence:

On January 12, an article from the *Independent Sentinel* ("Pelosi-McConnell refused to increase security! Capitol emergency began before Trump finished speaking", January 11), appeared describing a *Washington Post* article from the previous day.

"The Washington Post reported late Sunday night that the outgoing Capitol Police Chief, Steve Sund, believes his efforts to secure the premises were undermined by a lack of concern from House and Senate security officials who answer directly to Speaker Nancy Pelosi and Senate leader Mitch McConnell."

Then quoting from the *WaPo*:

"Two days before Congress was set to formalize President-elect Joe Biden's victory, Capitol Police Chief Steven Sund was growing increasingly worried about the size of the pro-Trump crowds expected to stream into Washington in protest.

"To be on the safe side, Sund asked House and Senate security officials for permission to request that the D.C. National Guard be placed on standby in case he needed quick backup.

"But, Sund said Sunday, they turned him down...

"It was the first of six times Sund's request for help was rejected or delayed, he

said. Two days later on Wednesday afternoon, his forces already in the midst of crisis, Sund said he pleaded for help five more times as a scene far more dire than he had ever imagined unfolded on the historic Capitol grounds.

Besides the higher-ups preventing the police protecting the Capitol to increase their presence when asked, is there other evidence that suggests the occupation of the Capitol was to some degree ***invited***?

In this clip police can, in fact, be seen *inviting* protesters past the barricades:



[Capitol Police Allow Protesters to Reach the Capitol](#)

And here, a video clip that certainly looks like the police just let the protesters take hill:



[Cops allow protestors to take Capitol hill | Police department let protesters in](#)

Here police stand aside and let the Capitol be assaulted (while bystanders *beg* them to stop it):



[DC Capitol Riot Police Stand By While Allowing Mob To Storm U.S. Capitol Building(Jan 6th)](#)

Here some Antifa were caught changing into MAGA clothes just outside the

Capitol:



[ANTIFA CAUGHT CHANGING INTO MAGA GEAR IN BUSHES AT D.C. CAPITOL](#)

Here are patriots catching on and trying to stop the Antifa/BLM agitators:



Click to play: <u>Patriot Stoping Antifa From Breaking DC Capitol Building
Windows</u>

Here one can clearly see someone inside the Capitol handing weapons to those
*outside* the Capitol so they will be able to break their way in:



Click to play: <u>ANTIFA given weapons from inside capitol building</u>

Then in this clip police do... exactly what the title claims:



[Capitol police open doors for the protestors. They stand aside and invite them inside](#)

And this one ("Police open the doors of the capital and invite everyone in"):



Click to play: [Police open the doors of the capital and invite everyone in](#)

And this remarkable one (which wins my "Ed Wood Action Sequence Award"):



Click to play: DC Capital Police Lets Protestors Enter and Storm US Capitol Building

Here is a policeman being "overwhelmed" with invaders. Does anything look staged about this?



Click to play: DC Capital Police Allowing Protestors To Enter and Storm US Capitol

And here is the famous Q Shaman with eight photojournalists. Anything here looked staged?



Here is an excellent "synch edit" showing a policeman taking careful aim then shooting an unarmed (female) protester in the throat. She died.



Click to play video: [Capitol 2021 Ashli Babbitt sync edit](#)

Interestingly, the identity of the policeman who shot the unarmed female protester in the throat has been closely guarded. So there are as yet *unconfirmed* reports that this is he.



In fairness, I wish to emphasize that authorities will not speak on the matter of the shooter's identity, one way or another. If it was indeed Officer Bailey, I should note that it appears he was at the shooting of Congressman Scalise, and was injured there himself . If these facts all prove true, I will note that one might understand why the officer might have been a little quicker on the trigger than he could have been.

In that crowd of protesters in the hallway when the female was shot, one spots this individual:



His name is John Sullivan, and he is a Utah-based Antifa/BLM activist ("Utah Man with a History of Organizing Violent Antifa, BLM Protests, Was Inside the Capitol"). Oddly, he organized a BLM rally an hour earlier that day, 11 AM, and tweeted about the existence of BLM Buses ("Utah Activist John Sullivan Organized Antifa Protest Near US Capitol Before It Was Stormed — Tweeted About BLM Buses in DC on the 6th): this is significant because there were later reports of buses escorted to the front of the capitol, from which the first rioters emerged.

He was arrested for his actions in the Capitol that day, then released without charges once his Lefty political preferences were discovered.

Does that seem odd? Not anymore.

The Mainstream Media was originally allowed to discuss this possibility.

- 
  ○ The *NY Post* published: "Two known Antifa members posed as pro-Trump to infiltrate Capitol riot: sources" (Jan 7).
  ○ "Antifa Infiltrated Trump Supporters In Capitol, Evidence Reveals" (*Christianity Today*, Jan 8).

For further interest, I suggest watching this 21-minute mini-documentary:



Click to play: **EVERYTHING WRONG WITH THE CAPITOL SHOOTING IN 21 MINUTES OR LESS**

So was the storming of the Capitol a disgrace? Yes. Was it also engineered and/or staged?

Put me down as, "Undecided". lol

On the 7th of January, five minutes after the Senate had concluded its business and selected Joseph Biden to be President, DNI John Ratcliffe delivered his homework assignment (which had been due December 18). He opened it up with a rather dramatic and unequivocal statement: that the report from the IC community that he then oversaw inadequately reflected China's role in affecting the US election, and notes that an accompanying Ombudsman's report highlights the worst sin of which intelligence analysts can be accused: politicizing the intelligence product. DNI Ratcliffe's letter (which the MSM has already flushed down the Orwellian Memory Hole) is so shocking I am going to quote the first

50% of it:

[Ratcliffe - Views on Intelligence Community Election Security Analysis](#)

DIRECTOR OF NATIONAL INTELLIGENCE
WASHINGTON, DC

SUBJECT:     Views on Intelligence Community Election Security Analysis

REFERENCE:   Intelligence Community Assessment: Foreign Threats to the 2020 U.S. Elections

From my unique vantage point as the individual who consumes all of the U.S. government's most sensitive intelligence on the People's Republic of China, I do not believe the majority view expressed by Intelligence Community (IC) analysts fully and accurately reflects the scope of the Chinese government's efforts to influence the 2020 U.S. federal elections.

The IC's Analytic Ombudsman issued a report, which I will reference several times below, that includes concerning revelations about the politicization of China election influence reporting and of undue pressure being brought to bear on analysts who offered an alternative view based on the intelligence. The Ombudsman's report, which is being transmitted to Congress concurrently with this Intelligence Community Assessment (ICA), also delves into a wider range of election security intelligence issues that I will not focus on here. However, the specific issues outlined below with regard to China reporting are illustrative of broader concerns. It is important for all IC leaders to foster a culture within the Community that encourages dissenting views that are supported by the intelligence. Therefore, I believe it is incumbent upon me in my role as the Director of National Intelligence to lead by example and offer my analytic assessment, alongside the majority and minority views. This letter was prepared in consultation with the Ombudsman to ensure that I am accurately articulating his findings and presenting them in their proper context.

The majority view expressed in this ICA with regard to China's actions to influence the election fall short of the mark for several specific reasons.

The majority view expressed in this ICA with regard to China's actions to influence the election fall short of the mark for several specific reasons.

Analytic Standard B requires the IC to maintain "independence of political considerations." This is particularly important during times when the country is, as the Ombudsman wrote, "in a hyper partisan state." However, the Ombudsman found that:

"China analysts were hesitant to assess Chinese actions as undue influence or interference. These analysts appeared reluctant to have their analysis on China brought forward because they tend to disagree with the administration's policies, saying in effect, I don't want our intelligence used to support those policies. This behavior would constitute a violation of Analytic Standard B: Independence of Political Considerations (IRTPA Section 1019)."

Furthermore, alternative viewpoints on China's election influence efforts have not been appropriately tolerated, much less encouraged. In fact, the Ombudsman found that:

UNCLASSIFIED

UNCLASSIFIED

SUBJECT:     Views on Intelligence Community Election Security Analysis

"There were strong efforts to suppress analysis of alternatives (AOA) in the August [National Intelligence Council Assessment on foreign election influence], and associated IC products, which is a violation of Tradecraft Standard 4 and IRTPA Section 1017. National Intelligence Council (NIC) officials reported that Central Intelligence Agency (CIA) officials rejected NIC coordination comments and tried to downplay alternative analyses in their own production during the drafting of the NICA."

Additionally, the Ombudsman found that CIA Management took actions "pressuring [analysts] to withdraw their support" from the alternative viewpoint on China "in an attempt to suppress it. This was seen by National Intelligence Officers (NIO) as politicization," and I agree. For example, this ICA gives the false impression that the NIO Cyber is the only analyst who holds the minority view on China. He is not, a fact that the Ombudsman found during his research and interviews with stakeholders. Placing the NIO Cyber on a metaphorical island by attaching his name alone to the minority view is a testament to both his courage and to the effectiveness of the institutional pressures that have been brought to bear on others who agree with him.

DNI Ratcliffe claimed that he had not wanted to deliver the report any earlier because it would have "politicized" the Constitutional process of selecting the next president that was then occurring. He was another Republican concerned

about "optics". Call me "crazy", but myself, I believe the correct analysis would have been, "I should deliver this report on time so that the Constitutionally-stipulated process for selecting the next President is fully informed, and if that includes that the election involved foreign interference, particularly from China, I have an obligation to make sure that is known to those involved in that process."

Moving on....

Sidney had left before January 6, but after the events of January 6, Mike Flynn, the cyber-ninjas, dolphin-speakers, and I prepared our goodbyes. We discussed the January 5 runoff election in Georgia. Early reports from the geeks were that there were more oddities in that election, something they reported as a drop of 171,000 votes in the middle of the night, that put the two winners roughly 30,000 ahead. And they stopped counting.



A Fulton County election worker puts absentee ballots in a scanner as election observers look on, at the Georgia World Congress Center in Atlanta, Georgia, U.S., January 5, 2021. Photo by Elijah Nouvelage/REUTERS

## Ballot counting paused in large Georgia county

*By* – Associated Press

**Politics** Jan 6, 2021 5:12 PM EST

Georgia's largest county is stopping ballot processing and tabulation for the day after supporters of President Donald Trump stormed the U.S. Capitol in Washington.

Flynn said, "They're laughing at us. They know we know, they know we are watching, and they do it openly because the damn system is so corrupt they think there's nothing we can do. They're laughing at us."

On the evening of January 6 I got a phone call at 10:30 PM, telling me that Mayor Giuliani was requesting my presence at his hotel. The intermediary said, "We are just about ready to hang up our gloves on this, but we want to talk to you about your ideas." I put walked over to Rudy's hotel. When I got there, I found 8 people in a suite. Rudy was there, along with the Commish, Mediocrity, a smart lawyer, and a handful of others. I sat down in front of Rudy and they repeated: they were ready to stop, but wanted to see if I had any ideas.

As I started to answer Rudy began checking his phones again, literally fumbling

with two or three of them again, reading his texts, etc. For the first time I did what I should have done two months earlier: I simply stopped talking. He said, "No no, go ahead." I stayed silent and just stared at him. He said, "I can't turn these off, I might get a call from the President."

"Then please give them to" Mediocrity, I said surprising myself at my rudeness. Then to Mediocrity: "Keep an eye on them and let Mayor Giuliani know if the President calls."

Rudy put his phones down and slid them to Mediocrity. As I began again to speak, Mediocrity began having a side conversation, and again I folded my hands, stared at Mediocrity. I wonder if it ever occurred to them that calling someone at 10:30 PM to come over to provide assistance, then gabbing in front of them and checking texts, was in any way rude? I think not. In any case, Mediocrity cut off the important side conversation and faced me quietly. Everyone else in the room went quiet as well, and looked at me.

In two months of dealing with that group, it was the first moment that they conducted themselves in a manner that business people (or even, "normal adults") conduct themselves. I realized that for the first time I had Rudy's full attention, and not only that, I could see it was the first time he was the Rudy Giuliani I remember from 30 years ago, in command, focused, ready to take on the Mob. The silence stretched on as I thought, then said:

"These machines were sold to the public with a promise: as a fail-safe there would always be a paper ballots to use as a backup. If there was ever a time, now is the time. The FBI and CISA have both opined that our election came under foreign attack. We provided evidence of that as well. President Trump should find that there has been foreign interference, and on that basis send a federal force of US Marshalls, or National Guard, or DHS, or FBI, to examine paper ballots in the problematic six counties, and count them on livestream TV. If there are no gross irregularities, he should concede. But if he finds discrepancies of hundreds of thousands of ballots, as we think he may, he then has choices. He can recount the six states, or order the federal force to rerun the election in those 6 states. He

might even be able to have it all done by January 20."

There was silence. After a few seconds the Commish stirred to speak. I turned to face him as he slid his hand away from his mouth, and stroked his chin. He nodded slowly, and grunted, "Yeah. Makes sense." Mediocrity lit up, and the new lawyer on the scene, on my left, spoke up and began exploring the advantages of it aloud. Rudy chimed in, and within minutes they were working it out: it was narrow so it was not too objectionable, it generated an answer, and depending upon the outcome, it gave a route not only to Trump but to answering a question that has hung over US for decades: how much election fraud is there? I stayed another 30 minutes as they bounced the idea around with a spark of excitement growing. Finally they said they would be working on details and maybe even calling the President, and I took that as my cue to leave. I said goodbye to them, and put my coat on.

As I turned to leave the Mayor came and shook my hand. Then he tapped my chest with his finger and said quietly, regretfully: "If *only* we had another month."

Truly. I had watched two months slide by Mayor Giuliani and his team displaying no organization or progress. Watching them trying to get anything done *was* like watching half-a-dozen monkeys trying to fuck a football. But now I was hearing, "If only we had another month." They could have had another *decade* and it would not have made a difference. They were the wrong people. Rudy, because he perhaps should not be handling complex litigation, he certainly should not be handling complex litigation regarding cyber, and because he'd rather spend his days doing podcasts. A former government employee who was so Mediocre we all came to suspect was sent as an agent of disruption, and others focused on a pot of cash that (at last report) was $300 million and growing.

I walked the snow-covered midnight streets of Washington DC back to my hotel and finished packing for my departure.

We all said goodbye to each other over the next couple of days, and began drifting back to our normal lives. On the 8th, I checked out, experiencing yet again at the discontent I feel most times I have affairs that in DC. Discontent with people whose sense of accomplishment is so skewed (bureaucrats measure their

output in a paradigm of thwarting other factions, not in anything that normal people would count as "accomplishment"), at the cost to the country of DC, at the staggering wealth that has accumulated there (cf., "DC Suburbs Now Contain 7 Of America's 10 Richest Counties," *Slate*, September 2012). It has become *Hunger Games* without the archery. But there were people I had gotten to know over the previous several months, had grown to like and respect, and I had opportunity to visit with most of them individually and say goodbye.

I returned to my home in Utah Saturday the 9th feeling under the weather, but intent on writing the story you have been reading. By on the morning of Monday, January 11, I tested positive for Covid, as I had come to suspect. I took it easy for a few days with a fever of 101, still brushing it off, telling myself that, "On a Flu Scale of 1-10, this is a 2. They shut down the world for this?" I woke Thursday, January 14, feeling almost fine, with a temperature back under 100. I thought I was through it. But by afternoon I began feeling ill again, and within an hour my temperature was 105.4. I barely made it to a hospital, and when I did they put me on monoclonal antibodies due to risk factors too numerous and depressing to list. Dealing with that and the Covid Fog that followed cost me 10 days.

On January 20, the day that Biden was sworn in as President, I got phone calls from two different Trump White House staffers. They wanted to tell me a story before they left Washington for the last time. The stories they told me matched in detail. I will relate it here.

On January 18, some loyal staffers had been visiting with Trump in his office for what was supposed to be a 10 minute goodbye. But the discussion had turned to the election, and before long Trump was rehashing the decisions he had made, wondering where he had made mistakes. The subject turned to Sidney, Mike, and me, and the plan we had brought the White House. Trump walked through it with these staffers for 15 minutes, I was told, before it all clicked for him. "That's it?" He asked angrily. "That's all they wanted? Count paper ballots in six counties?" Trump excitedly explored the idea, saw how simple it would be, and even brought up the possibility that it might not be too late, with his last 48 hours in office, to cause it to happen. The meeting dragged on well over an hour, the

two sources told me, and they left with Trump fired up about the idea, with instructions given to them that they should figure out by the end of that afternoon a way it could be executed in the last two days he had as President. But an hour later their office got a phone call: the President had had further consultations with senior staff, had been dissuaded, and the younger staffers were instructed to drop the idea.

## 9

# Chapter 9: The Aftermath



## CHAPTER 9: THE AFTERMATH

In my humble tale thus far I sought to stick to what I saw, what I heard, and what I knew. In this final chapter I will cover what I *think*. As I skim across a number of subjects I will thus be less rigorous and more given to speculation than in previous chapters (which I concede here).

### PRESIDENT* JOSEPH BIDEN

*"You must never confuse faith that you will prevail in the end—which you can*

*never afford to lose —with the discipline to confront the most brutal facts of your current reality, whatever they might be."*
  - James Stockdale

Our Founding Fathers designed a Constitutional process for selecting our President. I recognize that the Constitutional process ran its course and selected Joe Biden as President. So Biden *is* President.

*Federalist Paper 68* (Hamilton) argued that one thing our process had to recommend it was that it would filter out certain types of politicians and select for others (one wonders which describes Biden):

"Talents for low intrigue, and the little arts of popularity, may alone suffice to elevate a man to the first honors in a single State; but it will require other talents, and a different kind of merit, to establish him in the esteem and confidence of the whole Union, or of so considerable a portion of it as would be necessary to make him a successful candidate for the distinguished office of President of the United States."

The drafters also anticipated state level corruption might disrupt a national election:

"It was also peculiarly desirable to afford as little opportunity as possible to tumult and disorder... But the precautions which have been so happily concerted in the system under consideration, promise an effectual security against this mischief. The choice of SEVERAL, to form an intermediate body of electors, will be much less apt to convulse the community with any extraordinary or violent movements, than the choice of ONE who was himself to be the final object of the public wishes. And as the electors, chosen in each State, are to assemble and vote in the State in which they are chosen, this detached and divided situation will expose them much less to heats and ferments, which might be communicated from them to the people, than if they were all to be convened at one time, in one place."

By bifurcating the choice into (on the one hand) "an intermediate body of electors", and (on the other hand) a Senate to examine and formally accept the

votes of the Electoral College, another thing was accomplished. Elections may degenerate into debate about corruption, but at the end of the day, for an office such as President there needs to be a mechanism to guarantee that a selection is made. The system created by our Constitution, whereby electors are chosen and sent to an Electoral College to cast their votes, then at a later point the US Senate (by recognizing and counting electoral votes) accepts that decision, accomplishes that.  No matter what goes on at the state level, no matter how corrupt the events there, there is a US Senate to look at the facts and by accepting electoral votes, certify the decision. That bifurcation guarantees that disputes about election integrity cannot swamp the overriding constraint that by *some* date, a victor must be established. This Constitutional process decides the presidency. On January 6-7 that process ran its course, and selected Joe Biden. So Biden *is* our president.

Thomas Sowell has pointed out that the Right normally sees fairness as an attribute of *processes*, while the Left sees it as an attribute of *outcomes*. For example, imagine a fire department sets up a system for testing and ranking applicants, and the test measures physical and mental abilities related to the job duties, then spits out a ranking of candidates. In the eyes of someone who sees fairness as an attribute of *process*, if the testing made no reference to race and purely measured abilities related to the job duties, then whatever that ranking is, it is by definition fair.  The *process* was fair so the *outcome* is fair. But in the eyes of the Left, if the outcome has too differential a mix of Whites and Blacks, it is unfair. That is why (says Sowell) the two sides argue and never get anywhere. They can argue about "fairnesss" until the cows come home, but underneath that one word they are arguing about two different things: one is talking about a *process*, one is talking about an *outcome*.

So we are experiencing a rare moment where Left and Right have switched sides philosophically. The Left is saying, "The *process* ran its course, Biden was selected in that Senate process, so he is now the legitimate President." Others are saying, "Yes, but that *outcome* occurred only because of unprecedented election irregularities which created an enormous and complex election fraud, which survived because the shot-clock expired on January 6-7, leading to a perverse

outcome that is unfair and does not reflect the will of the people." Both are holding, in a sense, just the opposite view about fairness that they normally do.

If nothing else I seek to be intellectually consistent, and I think that justice and fairness are attributes of *processes*. The process mandated in the Constitution (Article II Section 1) ran its course, the Senate looked at the facts (as much as they wished to, anyway), they voted, and so the outcome they generated *is* the outcome. Thus, Biden is indeed President. End of story.

It would be tempting to use the Left's own playbook against it by continuing to maintain, "Not my President!" (as the Left said for four years under Trump). By doing so one could force them to reveal their hypocrisy (as if further revelation were needed), watching them froth over a phrase *they* used for Trump's entire presidency based on a theory of Russian collusion that Robert Mueller investigated and upon which he came up empty. However, I am nothing if not intellectually consistent, and as tempting as it would be to do that publicly for the next four years, it feels churlish. So with regret, I must acknowledge that while the Constitutionally-mandated process was corrupted from its inception by election fraud, the process ran its course, Joe Biden was the winner, and so he is, indeed, the President.

Having acknowledged that, I turn to the world of sports for semiotics. In 2007 Barry Bonds hit home-run 762, the final home-run of his professional career (surpassing Hank Aaron's record of 755, which had stood since 1974). However, because for much of his professional career Bonds turned out to have been using performance-enhancing steroids (BALCO labs' "the Clear", so named because it was not detectable in urine samples until the day it was), Bonds' achievement is noted with an asterisk (often printed in red: *).

In the National Baseball Hall of Fame (to which Bonds has still not been elected), Bonds' record-breaking 756th homer is displayed with an asterisk:

[Hall: Asterisk will be key to Bonds display](#) (Daily Star, July 2008)



10 years later, Sports Illustrated wrote a story on the asterisk: Ten Years After 756, A Reminder of What Barry Bonds' Record Really Means

Lance Armstrong won 6 *Tour de France* bicycle races. Yet it turned out that he did so with the assistance of performance enhancing drugs, so, as the *New York Times* wrote in 2012, his record will forever be marred: *Armstrong, Best of His Time, Now With an Asterisk*

I now adopt the same typographical convention for President* Biden. Referring to him as "President* Biden" accomplishes two things: it recognizes that he did, in fact, become President through the Constitutional process; it also recognizes that irregularities (such as have been described in this story) marred that achievement. So Biden is indeed President*, in the same way that Barry Bonds owns the home-run record with 762*, and Lance Armstrong won the *Tour de France* 6* times.

## Q, "TRUST THE PLAN", AND "THE STORM"

I hear from otherwise sane-sounding people, and read in social media, assertions that Trump is really still in charge, or the military is in charge, or that there is a plan, that this has all been a big 4-dimensional chess trap, and on March 4 Trump

is going to reemerge as President, of the Republic not the Corporation (or some such).... It is time someone tells all such folks: that is all delusional. Trust me, there is no such plan. Trump's people in the Defense Department have all left. There is no network of secret agents ready to spring the trap and restore Donald Trump to the White House on March 4. It is delusional to think otherwise. The brutal fact of current reality is that (as a result of a process riddled with election fraud), we have a President* Biden. If enough of it could have been unwound by the middle of December, state legislators would have had something to think about in choosing their electors. But the genius of those who designed this scheme was that after the election, they knew they simply had to rope-a-dope for 8 weeks, and the grinding of constitutional gears would do the rest of the work for them.

The Senate selected. Joe Biden became our President*. Yes, that really happened. Do not live in a delusion by believing some trap is going to spring, a storm is on its way, and so forth.

## THE REPUBLICAN PARTY

As I indicated in "How DJT Lost the White House, Chapter 4: The Christmas Doldrums (December 23- noon January 6)", through this process I saw enough of the Republican Party "elites" to understand who they are. Other than a small number of strong players, it is mostly socialites and dilettantes, fat-cats and grifters (e.g., raising $300 million to help expose election fraud, then provide no noticeable help: someone should look into where that $300 million went).

I advise the Reader: Never give a dollar to the Republican Party again.

In these recent months I met two people for whom I can completely vouch. Two people of whom I can say, "These two people are fully and entirely about helping the USA, and are not in it one iota for themselves." Those two people are Sidney Powell and Mike Flynn. They have started an excellent organization, Defending the Republic, and they mean business. Give them whatever donations you would otherwise send the Republican Party. They will be putting the money into two different endeavors: one is organized to fight election fraud, the other

will be focused on finding the right candidates to back and fund.  If you want a one-stop shop, the one place you can give money to help the pro-freedom side, screw about the Republican Party, and remember Sidney Powell and Mike Flynn, and [DefendingtheRepublic.org](DefendingtheRepublic.org).

## AMERICA'S MAYOR RUDY GIULIANI

I wish to repeat again that I have been a long-term admirer of Rudy Giuliani. I think he is a great American. But at age 76 he was not the right man to manage a complex litigation involving matters cyber, and certainly not while putting a lot of work into a daily podcast and other pastimes. I also believe he is driven by things like "jealousy over who gets airtime," and not a guy used to working with or seeing females as equals.

In short, he's Grandpa. I love Grandpa.  But I don't think the fate of the free world should have been hung  on his shoulders. That was an unforced error on the part of President Trump. As much as I kick myself with should-haves and would-haves, at the end of the day I think that, given this one error, no victory was possible. Numerous people who worked with Rudy's senior team independently came to wonder who among its top members were working for the opposition: that is how weak it seemed. There were fine people on Rudy's team lower down, but it was so horrible at the top victory may have been impossible under any circumstances. Rudy should have had better judgment than to take it on.

## DONALD J. TRUMP

*"The fox knows many things, but the hedgehog knows one **big** thing."*
*– Isiah Berlin*

The astute reader will notice my ambivalence regarding President Trump. I have included flattering details as well as unflattering ones. I did so because I did not intend this to be a polemic, arguing for one version of the truth. I wrote it from a sense of duty, as I felt I owed it to our country to relate precisely what happened in those days, and what I observed. I have.

What else may I say about Donald Trump? From my hours with him I can tell you he is a smart man, smarter than I expected. He is more soft-spoken and gracious than I had anticipated as well. He is not the monster the Mainstream Media wishes you to believe. He is tuned in on people.

I also think Donald Trump has a taste for chaos (someone pointed this out to me as a trait of those who grew up around alcoholism). One of my mentors taught me that the first task in any leadership situation is to determine, "What's the mission and who is in charge?" One needs clear chains of command to focus an organization. President Trump's leadership style (which is to throw a problem against the wall and have a crowd swarm in to fix it) seems more appropriate to me to running a marketing company, than it is to someone running an operation with millions of employees.

Significantly, I think Donald Trump is a 74 year old fellow who has lost friends over the years, and like all men of that age, perhaps clings to his remaining friends too closely. I was floating around inside his operation from the wheels up, and I saw what I saw: Rudy was not nearly capable of managing the effort it would have taken to defeat the Deep Rig. Thinking otherwise was an absurdity. I am not even sure Rudy *wanted* to.   Trump clung to Rudy from a place of loyalty, even after Rudy's disastrous hair-dye-meltdown press conference, telling me twice he would not entertain a solution that did not have Rudy at the helm. Donald Trump paid for his loyalty.

Here is another thing to know about President Trump: I look over all the evidence, his refusal to take the 3-foot putt, and it occurs to me that at some level Trump may have *wanted* to leave. Maybe it was his age, maybe it was threats to his family, but it is entirely possible that by the time I met him in December he was looking forward to moving on and golfing (as he slyly hinted to me). He is 74, a tad heavier than he should be, statistically probably has 5-10 years to live, and may well not really have *wanted* to spend most of them doing what he did the last four.

If that is indeed the case... more power to him. He did go to DC and, in one term, leave a mark deeper than most two term presidents. And he did that while

having to fight the government itself for every win.

If that is how he really felt, however, it would have been better for him to concede, and not to call millions of people to spend their savings to come defend him. I am not entirely certain he thinks in those terms, however. But it was a confusing time for all.

I have indicated a lot of ambivalence about Donald Trump. But for the first time I have a clear understanding of the meaning of Donald J. Trump in our history. It is not about his mannerisms, his hair, his speaking style, his management style: what Trump did is figure out one big thing:

> *The people of our country are suffering because elites sold them out. The People look at what has happened over the last 30 – 40 years, and know they have been sold out. They understand that when they look at Trump they are not looking at an "elite" but one who wants to stand up (however coarsely) against the elites on their behalf. That is his source of appeal, and that is what causes so many to look the other way on his personal foibles.*

I agree with this worldview. I formed DeepCapture 14 years ago to document a war I would be waging against the same forces. The USA has become an oligarchy, and the oligarchy has two wings: Wall Street and the Deep State. We are a republic grown corrupt, and the nation is not being run for the benefit of the people. Check. Trump's movement is inspired by the same reaction to the world that inspired DeepCapture. Check. Trump gets it.

The problem is that Trump's personal foibles leak into his management. Even his admirers told me that the chaos I was experiencing was par for the course for four years. Being President is not a branding exercise, and the management style one might take in approaching a branding firm is not right for running an administration.  President Trump is intuitive, so it is said, and not one to do heavy homework (e.g. reading a full PDB). In this case, that resulted in him not

understanding his full powers or the courses of action that were available to him.

He left the details to personnel, but his personnel choices were terrible.

An important fact to know is that until he was President, Donald Trump had never spent a night in DC. Based on what I observed, my sense is that Trump's goose was cooked the day he fired Mike Flynn (and remember, it was Pence who demanded Flynn leave). For the next four years Trump got managed, got *handled*, by the bureaucracy. It is indeed a wonder Trump got done what he did. But I am highly confident that had Flynn been there history would have been completely different.

My anguish for Trump is that he wanted to be a truly great president. It presented itself in this form: if he had used his powers under proper Executive Order to send in *federales* of one flavor or another to check the paper ballots of those six counties, I believe what might have been exposed would have shocked the conscience of America. I believe it would have justified a ripple of such audits around the country, and people would have finally grasped that the most fundamental act of our political life, voting, has become deeply compromised. This would have created an impetus for reform around the country, finally, if those ballots in each of the cities that interrupted their vote counting turned up to be crooked. If that had played out as I suggest, it would have changed the political face of America for a generation.

President Trump had this hanging curve-ball thrown him, but the bat rested on his shoulders.  That is why I do not know whether to be angry at him or to cry for him.


## "DEBUNKING," RETRACTIONS, CONSPIRACY THEORIES, AND "WHERE'S THE PROOF?"


### "Debunking"

A year ago I was in face-to-face conversation with a journalist who brought up Seth Rich. I told her the official story but said it had holes in it, adding that there

was an alternative story explaining his death, which I sketched out. She took out her iPhone, searched for 5 seconds, and said, "Oh no, that's been debunked. The story of Seth Rich murder has been debunked." What was interesting about it was that she had not actually *read* anything: she had just found a title (the top Google search result for "Seth Rich debunked" is an NPR story: "'Conspiracyland' Debunks Theories About Murder Of DNC Staffer Seth Rich"). And that was enough for her.

A friend has complained to me of a husband whose thinking is similarly shallow, and who uses the word "debunked" to forestall having to do any research or thinking for himself. She told me she has a recurring frustration-fantasy of someday bringing another man home to bed and making sure her husband catches her. She dreams he will start screaming at her, "You bitch! You're cheating on me!" Without stopping what she is doing, she told me, she is going to calmly reply, "Oh no Honey, that's been debunked. That theory's been debunked."

Be careful when you hear the word, "debunked". It is a mind-hack that gets people to stop thinking for themselves. Along with the phrase, "conspiracy theory".

### Retractions

There are analyses that I have not revealed so far, because they have been muddied up with the subject of retractions. For example, one researcher argued, **"Biden's vote numbers in Michigan do not match Benford's law at a 99.999% significance level" (see "**UPDATE: Benford's Law Has Been Used to Prove Election Fraud in the Past – Joe Biden's Numbers in Michigan are 99% Flawed — TGP, November 8, 2020). Benford's law concerns the frequency of the appearance of leading digits in large sets of data.

Nassim Talib (whom I respect and admire) challenged this Benford Law analysis on a number of grounds, one being that Benford's Law applies only in data sets with a wide distribution of orders of magnitude. An excellent discussion of Taleb's argument can be found in this video:

## NASSIM TALEB WEIGHS IN ON BENFORD'S LAW FOR ELECTION FRAUD DETECTION!!!

Interestingly, that video's conclusion is that Taleb is correct to say Benford's Law does *not* apply here, but that there is much better statistical evidence to make one question Biden's win, as discussed in this article: The CORTES: The Statistical Case Against Biden's Win: *Statistics continue to cast real doubt on the probability of a President Trump loss in the election.*

> *"The statistical case is, admittedly, circumstantial rather than conclusive... But the numbers also firmly point to the intense improbability of the accuracy of the present Biden lead. The statistical case provides more than enough reasonable suspicion to require hand recounts and immediate investigation into fraudulent activities, including the new damning revelations of on-the-record whistleblowers.... There are four key elements to the numerical thesis...."*

As mentioned in this story, Rudy's team generally could not find local counsel because, while lawyers wanted the work, once they started getting death threats (as their Pennsylvania lawyer did), they would drop out. As I have shown, in Michigan an election board member had her children threatened; elsewhere, a state legislator gave vigilante-like instructions to her "soldiers" to take down anyone working to unravel the election steal. We had numerous witnesses around the country tell us they had received threats, and several did receive protection for some time. Interestingly, though some of these threats were open (e.g., the one *against* the election board member, and the one *by* the state legislator), and even televised, nothing was done about it.

It became normalized to make those threats from the Left. I believe it did not take much of that to chill the discourse seriously. Once it was national news that such threats were being made, and that there was no police response, it seemed like the whole nation was disoriented.

That is the context within which one has to take any talk of "retractions".

The Williams Professor whose affidavit was provided above faced intense professional and community criticism for his work, including within the Williams community. Eventually:

- [Williams prof disavows own finding of mishandled GOP ballots](#) (*The Berkshire Eagle*, November 24, 2020).
- [Math Professor Concedes Shortcomings in Analysis of Potentially Mishandled Ballots, Stands by Concerns](#) (*The Epoch Times*, November 25, 2020).

My immediate point is that in an environment where public goon-ism has become normalized, when people have their livelihoods threatened and have no redress, where public officials have their children's lives threatened and the law does nothing about the goon-ism... it may not take too much to get a professor to change his mind.

My greater point is this: I have presented through this work a constellation of evidence, from academics to *pajamahadeen* to videos of events, to findings of various researchers. Some have those have been challenged, occasionally those claims of "debunked!" have held, but often the debunking has been debunked. The vast majority of what I have presented has not been "debunked" at all, but at best, swept into the Orwellian Memory Hole.

Your decision should be: Has Byrne raised enough doubt in your mind about Election 2020 that you think its flaws should be examined, so that we can guarantee an honest election in 2022?

**Conspiracy Theories**

One objection I heard along the way to the picture I was putting together was that, "It would have taken thousands of people to work this conspiracy!" My answer to that is, "Not at all. In fact, we have a clear picture of how it was done in Georgia: it took a Leninist cadre of six people, who stayed each night in a motel on

the outskirts of Atlanta, then spread to their separate regions of Georgia each morning. Beyond those 6, there may have in each state been a dozen or two dozen Ruby Freeman-type of people, sympathizers willing to be given some instructions on how to bend things, but perhaps without knowledge of the Big Picture."

In any case, the question of where there was a greater overarching conspiracy has been answered in a strange article that appeared in *Time Magazine*, "The Secret History of the Shadow Campaign That Saved the 2020 Election" (*Time*, February 4, 2021).

> *"... the participants want the secret history of the 2020 election told, even though it sounds like a paranoid fever dream–a well-funded cabal of powerful people, ranging across industries and ideologies, working together behind the scenes to influence perceptions, change rules and laws, steer media coverage and control the flow of information. They were not rigging the election; they were fortifying it. And they believe the public needs to understand the system's fragility in order to ensure that democracy in America endures."*

How quickly must we dust off the Orwellian decoders rings we put away after the Cold War!

- "a well-funded cabal of powerful people, ranging across industries and ideologies, working behind the scenes to influence perceptions, change rules and laws, steer media coverage and control the flow of information" = It's a psyop.
- "They were not rigging the election; they were fortifying it." = Freedom is Slavery, War is Peace.
- "...Shadow Campaign that Saved the 2020 election" from being determine by the People of the United States without the secret manipulations of "a well-funded cabal of powerful people....working together behind the scenes to influence perceptions, change rules and laws, steer media coverage and control the flow of information."  The governing principle is supposed to be,

"consent of the governed," not "consent of the governed after they have had a well-funded cabal change the election laws and conduct a psyop on them."

In any normal age, the paragraph from *Time* would be recognized as Orwellian Newspeak. In essence, "a well-funded cabal of powerful people... working together behind the scenes to influence perceptions, change rules and laws, steer media coverage and control the flow of information..." in an attempt to "ensure that democracy in America endures." Could a worldview sound more Orwellian? I consider it a tossup with, "We had to napalm the village in order to save it".

Another of the things most obviously out-of-place here is that the side maintaining there was no significant election fraud on November 3-4 has, since then, fought tooth-and-nail against allowing any scrutiny of the systems to take place so that we might know for sure.

For example, in November, a Nevada court gave some cyber-ninjas of my acquaintance an order allowing an "audit" of election machines in that county. When they showed up to look at the machines, the audit was thwarted by election officials who said, "The court order does not say '*digital* audit', it does not say '*forensic* audit'," and on that basis gave minimal compliance. They showed some certificates but gave no access to inspect the machines.

Similarly, in Arizona, currently, the Maricopa Board of Elections is refusing to honor a subpoena from the State Senate, a subpoena that a State Court has instructed them to honor: "[Maricopa County refuses to comply with Arizona legislative subpoena for election evidence](): *Board for state's largest county, encompassing Phoenix, votes 4-1 to go to court to fight turning over ballot data and machines*".

Fulton County, Georgia defied a unanimous legislative mandate demanding a complete forensic audit. Instead, as I indicated, six hours after that mandate was given, Enterprise vans whisked ballots out of the warehouse, and the next day a shredding company in the next county was engaged to shred ballots, paid for by an employee of Dominion Voting with, I am informed, a company credit card. The man directed to perform the forensic audit was shot at ("[Pulitzer And His]()

[Team Were Given Directive To Identify Fraudulent Ballots In Fulton County – Yesterday He Reported That Someone Shot At His Team”](), January 4, 2021).

And so on across the country: in the face of the most suspect election in American history, there has to this day been almost 0 real inspection of the systems and ballots, and what inspection has occurred has been exaggerated (e.g., Georgia). That's odd, because one would think that those asserting that there was no fraud would welcome scrutiny to establish that fraud had not dominated the election in key spots.

While these machines were sold to election boards as offering transparency, in practice there has been overwhelming digging-in-of-heels against transparency since November 4, and every scrap of information we have obtained was fought for inch by inch.

That is how they ran out the shot-clock on January 6.

There are those who say coyly, "But how do you *know* that cheating occurred?" My answer is, "Myself, I think it brazen enough I take it as an insult to my intelligence to be asked to accept (without investigation) that there is nothing to this fact-pattern. However, to be generous, I will stipulate that what we *know* is that six cities play a special role in US electoral politics because they anchor (and thus can flip) six key swing states; those six cities saw bizarre and unprecedented activity on voting night, up to and including the shutting down of vote counting (the water pipes knew just which cities in which to break?); in each case a huge spike of Biden votes were injected where counting had ceased and observers had been cut out. That smells like skunk.  Let's open up the boxes with all the paper ballot backups, and recount the whole thing on livestream TV: there is a reason the machines were sold to us as always having the paper ballots as a fail-safe, and if there were ever a time to use it, now would be that time. And while we are at it, we should forensically examine the machines as well." That is what should have happened.

By federal law, all the election materials used in the 2020 election must be preserved for 22 months. There are efforts to keep investigations running, court

cases and Senate hearings and such. I believe that one breakthrough anywhere, will generate evidence that will embolden State legislatures to get more aggressive demanding their own local independent investigations.

Still, the opposition has achieved its primary objective: it made it impossible to audit any of the materials meaningfully before the Senate made its decision on January 6-7. Now it continues the fight against transparency, knowing that revelations that would come from a full audit would shape Americans' beliefs about the need to reform our election systems.

With luck, before it is all destroyed, in at least one of the cities in question, there will be a real independent forensic audit. If the results are what I think they will be, then that will let an informed electorate make a decision about how many more cities and locations to look at.

## WHY DOES EVERYTHING SEEM SURREAL? THE *WEAK* HYPOTHESIS

What scared both Flynn and me, what drove us both forward whenever we asked each other, "What are we doing here?", was the possibility our nation is living through a psyop being executed with military precision. It sounds far-fetched to most people, but to us both it was an obvious possibility: what America has experienced for the last year has been a psyop like ones we have used to destabilize and impose regime change on other countries.

The stages of a regime-changing psyop (per what's known as the "Bezmenov Model") are:

1.  Demoralization of the country;
2.  Disorientation;
3.  Crisis;
4.  Normalization

It takes little imagination to fit to this paradigm the events of the last year:

1.  Demoralization of the country – Covid-19;

2.  Disorientation – Antifa & BLM;
3.  Crisis–election counting stops in 6 cities in 6 swing states, then a surprise;
4.  Normalization – the media gaslights anyone who sees anything odd here.

**Regarding Step #1 ("Demoralization– Covid-19)**: how reasonable is it to suspect that Covid-19 may have been used in a plan to hijack the USA? I am not referring to the origins of Covid-19, or asserting that it was deliberately *released* as part of such a plan. Yet however it started, once in the open, does it seem like there were those who sought to take advantage of it? Might they have wanted the pandemic to be *worse* than it needed to be?

Let us look at some things that are now known to be true, but which caused mini-hysterics when they first arose in the public discourse a year ago (NB I'm a *real* doctor, not a medical doctor).

### Hydroxychloroquine

In 1983 a couple dozen other college students and I traveled to Asia to attend a semester in Beijing. We were all instructed to take Hydroxychloroquine prophylactically while there, increasing the dose at the onset of malarial symptoms. Hydroxychloroquine had been around for decades back then: I vaguely remember some statistic like, "Of people who take it daily for 10 years, 2% will develop heart arrhythmia." But other than that warning, and one that slight dizziness might occur when one first took it, HCQ was described to us as being quite benign.

After a year in China I lived in the north of Thailand for five months. There I would see in dusty villages on store shelves: one bottle containing aspirin, one bottle containing hydroxychloroquine, both sold by the pill for 5 cents. When one had malarial symptoms one bought a handful of hydroxychloroquine pills and treated oneself, just as one had a tooth-ache one bought a handful of aspirin and treated oneself. Hydroxychloroquine was sold to kids with no more thought than one would give selling a few pills of aspirin to a 12 year old with a tooth-ache.

Thus when last Spring doctors started reporting favorable results with early treatment of Covid-19 using hydroxychloroquine, it was with some surprise that I saw the Mainstream Media go apoplectic about this suddenly-dangerous HCQ. Talking heads on Mainstream Media discussed whether or not *in extremis* they would take hydroxychloroquine, as though they were discussing some radical new form of chemotherapy in the event they had cancer. Governors got in on the act, creating special orders making it impossible for doctors to provide HCQ for off-label use to their Covid-19 patients (a rare moment that the government ruptured the doctor-patient privacy within such decisions are normally made).

It reached such a fervor that Jim Acosta (CNN) attacked the president for including in a White House gathering of Covid-19 survivors, some who had survived by way of HCQ, as though that put them beyond the pale.



In time, hostility to HCQ began abating when it was learned that the study upon which WHO had made its decision had used fake data (BUSTED: W.H.O. And Global Governments Used Fake Data From A Suspicious Company, That Employs A Sci-Fi Writer And Adult-Content Model, To Discredit And Stop

[Hydroxychloroquine Studies](#) , June 2020).

Yet the HCQ hysteria continued to simmer over the course of summer 2020.

- The Israeli newspaper *Arutz Sheva* noted: "[Media hostility to hydroxychloroquine fuels hysteria about supposed dangers](#)" (July 9, 2020).
- "[Hydroxy is being discounted TOO SOON, say scientists who believe the malaria drug could save thousands of lives by preventing COVID-19](#)" (August 2020).
- "[Michigan Hospital Tries To Treat Patients with Hydroxychloroquine; FDA Refuses To Allow It](#)" (Western Journal, August 2020)

By September 2020, antagonism to HCQ had come to seem foolish not just in the alternative press, but to non-obsessed mass media: cf. "[The jury is in on Hydroxychloroquine – 'it saves lives': Rowan Dean](#) ".



Now the point is no longer in serious dispute: see "[HCQ is effective for COVID-19 when used early: real-time meta analysis of 201 studies](#)". Yet in retrospect it is clear that the hysteria over HCQ cost countless lives, and thwarted

the ability of doctors to use HCQ to snuff out the pandemic early on.

### Ivermectin

Since 1981 Ivermectin has been used around the world as a front-line treatment of parasites (lice, scabies, ringworm etc.) In fact, is is included in the World Heath Organizations List of 40 Essential Medicines (2017). It is benign and ubiquitous.

Yet this benign and standard-issue drug went through the same process of demonization by the Mainstream Media as did HCQ. Eventually, in the face of enough data regarding its efficacy having reached the public, the NIH softened its stance against Ivermectin.

The Association of American Physicians and Surgeons put out a statement welcoming that change: *Association of American Physicians and Surgeons (AAPS) Applauds NIH Revised Stance on Ivermectin for COVID-19*:

> *"The Association of American Physicians and Surgeons [AAPS] notes that there are now 49 ivermectin studies summarized on c19study.com, 100 percent of which show favorable results" (from the report).*

From Australia to South Africa, doctors reported rapid improvements in Covid-19 patients from this cheap and readily available drug. Yet Ivermectin was another drug from which our betters protected us for months of this pandemic, rather than using these safe and dirt-cheap drugs to address early onset of symptoms (which would have done more to "flatten the curve" than all mask press conferences we saw).

### Lockdowns

The Left has pushed for the most extreme lock-downs, while President Trump pushed for something more limited.

Sweden, operating from a perspective that was science-based (rather than "hysteria-based" or "politically-based"), instituted a more limited lockdown than anything contemplated in the USA. Their model was to quarantine the vulnerable yet have the rest of society continue their lives with modest social distancing, thus pursuing herd immunity and the least disruption to the economy and civil liberties of the citizens. In other words, the Swedish approach was significantly more Trumpian than Trump (and the precise opposite of the lock-down-mad approach demanded by most of the rest of Europe and the Left in America).

Sweden's strategy turned out to be wisest. Sweden avoided turning into a police state, the second wave they experienced was not larger than the first, and now Covid-19 deaths have tapered to 0 (all data and graphs from World Health Organization website):

**Covid-19 Deaths in Sweden**



Meanwhile, most of Europe and the industrialized world is experiencing a second wave more intense than the first, and deaths have most certainly not tapered to 0. For example, here are Covid-19 deaths in lock-down-mad Germany, France, and the UK over the last year:

**Covid-19 Deaths in Germany**



**Covid-19 Deaths in France:**



**Covid-19 Deaths in The United Kingdom**



Note the scale dissimilarities on the right: while Sweden has tapered to 0 deaths, Germany, France, and the UK are still experiencing daily deaths in the hundreds and even over 1,000.

### THE START OF THE COVID-19 PANDEMIC

Positions thought wacky a year ago that have turned out to be right are not limited to Hydroxychloroquine and Ivermectin. For example, a year ago no "conspiracy theory" was more reviled in the MSM than one that held this pandemic started in a government laboratory in Wuhan.

Yet by the beginning of 2021, we are seeing articles such as: Corrupt Corporate Media Finally Admits Coronavirus Probably Came From A Communist Chinese Lab (*The Federalist*, January 5, 2021), citing an article appearing in mainstream *New York Magazine*: "The Lab-Leak Hypothesis" (New York Magazine, January 4, 2021).

On February 2, 2021, PBS ran a 90 minute documentary ("China's Covid Secrets"), maintaining that when the Covid-19 pandemic started the CCP engaged in a cover-up.

On February 11, 2021, the Director-General of World Health organization did a U-turn on his previous dismissal of the possibility of Covid-19 originating in a Chinese lab, saying:

*"Some questions have been raised as to whether some hypotheses have been discarded. I want to clarify that all hypotheses remain open and require further study." - WHO Director-General's opening remarks at the Member*

*States briefing on COVID-19 - 11 February 202*1

One year ago, nothing enraged the mass media more than any espousal of this "conspiracy theory". Now *PBS* and *New York Magazine* (both Establishment) are reporting it as true and WHO has retracted its previous assertion it was untrue.

Which raises a question: Why at the start of the pandemic were some politicians and media so intent on suppressing possibilities such as HCQ, Ivermectin, and the possible origins of Covid in a Chines government lab and an ensuing CCP cover-up? It seems they went to extraordinary lengths to denormalize ideas which have since proven true. Does that seem odd?

### SUMMARY ON COVID-19

The discourse surrounding this pandemic has been distorted by those seeking to weaponize it politically. As a result, it has inflected far more harm on the United States than it had to. The Swedish (science-based) approach would have left us better off, with less harm to our economy and civil liberties, than the path we took. Coupled with the use of two cheap, safe drugs that have been in use for decades, this pandemic might have been snuffed out (or hard-contained) in its infancy.

One group consistently fought any such measured discourse, insisting instead on a reaction marked by unscientific hysteria and, arguably, political calculation. For example, among the most extreme lock-down proponents in the USA have been Chicago's Mayor Lori Lightfoot, and New York City's Mayor Bill De Blasio As soon as Biden's inauguration was confirmed, they switched to less hysterical positions essentially immediately. In Chicago, Mayor Lightfoot immediately reconsidered her former extremism: "Lightfoot Says Restaurants Should Reopen As Quickly As Possible " (*Patch*, January 14, 2021). A similar pattern is unfolding in New York City.

If it is hard to imagine any politician being so cynical as to push for a lock-down

that has destroyed tens of millions of lives and hundreds of thousands of businesses (60% of which will not reopen) in order to achieve political advantage.... then you don't understand the Goon-Left.

Above I asked regarding Covid-19:

*"But once in the open, does it seem like there were those who sought to take advantage of it? Might they have wanted the pandemic to be worse than it needed to be?*

Make your own call.

_____

We now return to the Bezmenov psyop through which we might be living:

1.
   1.
      1. Demoralization of the country – Covid-19;
      2. Disorientation – Antifa & BLM;
      3. Crisis–election counting stops in 6 cities in 6 swing states, then a surprise;
      4. Normalization – the media gaslights anyone who sees anything odd here.

**Regarding Step #2 (Disorientation – Antifa & BLM)**: One day this fall I was walking in front of the J. Edgar Hoover Building (FBI-HQ) in Washington, DC, when goons came roaring up on motorcycles and ATVs and took over the street, stopping traffic. They did wheelies and donuts for several minutes. Then they roared off. Again, this was on the street in front of putatively the premier law enforcement agency in the world. The guards at the FBI building stood and watched. I understood the message: "This is not the FBI you thought it was, this is not the USA you thought it was."

That, in fact, has been the subtext of the Big Broadcast since June, 2020.

**Regarding Step #3 ("Crisis – election counting stops in 6 cities in 6 swing states, then a surprise")**: This election is a crisis indeed, but I have already covered this point thoroughly.

**Regarding Step #4 ("Normalization – the media gaslights anyone who sees anything odd here")**. In September, just four months ago, the possibility of a massive election fraud occurring in the USA was (as I demonstrated in the introduction) a proposition that enjoyed more support across the political spectrum than any single proposition I can imagine. Now the possibility has become inexpressible, even unthinkable, as far as our Mainstream Media is concerned. Even Right-of-Center Newsmax recently saw a host walk off its show, rather than participate in a conversation where the possibility of mass election fraud was discussed.

So why do things seem surreal? Perhaps because you are living through a psyop to take over our country, and reality as you know it is being engineered. Just remember that no, you are *not* crazy, they are just gas-lighting you.

That's the *weak* hypothesis.

## WHY DOES EVERYTHING SEEM SURREAL? THE *STRONG* HYPOTHESIS

If the Weak Hypothesis is correct and we are living through a psyop, who is behind the psyop? Strong hypothesis: China is behind the psyop.

I am not a proverbial Old China Hand, but decades ago I was once a Young China Hand. What follows is speculative but worth considering.

Since the Chinese publication in 1998 of: *Unrestricted Warfare: Two Air Force Senior Colonels on Scenarios for War and the Operational Art in an Era of Globalization*, by  Qiao Liang (乔良) and Wang Xiangsui (王湘穗), it has been understood that hard-line elements within the Chinese National Security

community have been envisioning and positioning themselves for war with the USA. The "unrestricted" part of "unrestricted warfare" is the part that avoids direct military confrontation, and seeks instead to conquer through non-kinetic means.

In 2015, Michael Pillsbury, a lifelong China-dove (i.e., advocate of helping China modernize and prosper) wrote a book (*The 100 Year Marathon*) where he reversed course. He had been wrong all his life, he said, as he now understood that China had embarked on a 1949-2049 plan to turn the USA into a vassal state. All our work since 1971 and especially since 1990 to help them advance had been accepted by a false friend, who wished to subvert the USA and conquer us.

In this book, Pillsbury discussed a phrase circulating in Chinese national security literature: the "Assassin's Mace". The reference, Pillsbury knew, was to an old Chinese story from the Warring States period, and refers to, in essence, a sucker-punch one-punch knockout. But for the last dozen years their national security literature has had references to it, as though it were planned for the USA.

For a decade our national security community has wondered: "What is this "Assassin's Mace" China has planned? Their new stealth fighter? Ballistic anti-ship missiles? Hyper-sonic missiles?" I respectfully suggest the reader consider that what we are experiencing is China's, "Assassin's Mace". Nothing would be more of an Assassin's Mace than a scheme to take out the USA with a rigged election that could not be unscrambled through our courts by January 6, thus allowing the Constitutional forces to harden to cement what had been presented as a *fait accompli*.

I am raising this not merely as a theoretical possibility. My colleagues and I discovered ample evidence of Chinese involvement in these election shenanigans. Go through the narrative that proceeds this and note the mentions. Their money shows up in the firms that supply the election equipment in widest use; their IPs show up tickling our election equipment online; receipts from their print shops show up on stacks of ballots in our election operations... DNI Ratcliffe belatedly delivered his opinion on January 7: he sees more of the intelligence than anyone in

government, and his conclusion was that the Chinese had meddled in the election.

If the Strong Hypothesis is correct and this is a Chinese psyop, there is a way you will be able to be able to tell.  Authoritarian measures will be imposed on the US (under the guise of stopping something vague like, "extremism"). Biden will fill his administration with China-doves, and he will reverse an Executive Order of Trump's to allow the Chinese to resume building components of our critical infrastructure (e.g., electrical infrastructure). Because the political discourse is constrained by Big Tech and authoritarian measures, within 10 years there will be prison camps built next to hospitals for the purpose of organ-harvesting from dissidents. By that time, Xi Jinping will have a button on his desk: one day he will hit it, the US electrical grid will shut down, and over the course of one year 90% of Americans will die off and the USA will turn into a farm (for which China's 1.6 billion people will be grateful).

Those will be your warning signs if the Strong Hypothesis proves to have been correct.

## THE SUPREME COURT OF THE UNITED STATES

We have a Supreme Court. They let us down once, in 1936-1937, when they knelt to FDR's threats to pack the Court. The result of their succumbing was that FDR's programs were allowed to punch holes in the Constitution (e.g., Wickard v. Filburn). Through those holes the federal government grew to three times the size it should have been, bankrupting the USA in the process.

So I'd say they owe us one. They owe us one bold save-the-republic move.

The Supreme Court has their chance to make up for that one by riding tall in the saddle now, cleaning up this election fraud and all future election fraud, and thus saving the republic.

**They can do it using one principal: stopping voter suppression.** Remember, every fake ballot that gets counted nullifies the vote of one actual voter, just as surely as a poll tax (or other forms of voter suppression) would. If the Supreme

Court has courage, they will recognize that the moves Democrats made in 2020 to loosen everything that brings integrity to an election, were part of what was, in essence, a massive voter suppression scheme (because industrial-sized election fraud creates massive voter suppression).

This is what voter suppression looked like in Birmingham, Alabama in 1963:



This is what it looks like now:



The signs are that in six key states there were collectively *millions* of acts of voter suppression in the 2020 election, by any of numerous methods. That is, two generations ago we choose not to live in a world where this occurs:



But in the 2020 election it happened millions of times. Every illegitimate vote in the system is one act of voter suppression against some citizen somewhere who cast an opposing ballot. Thus, in the 2020 election, there were (effectively) several million of these (without the individuals whose votes were suppressed even knowing it):



I believe the US Supreme Court should, at earliest opportunity, save the republic by recognizing that election fraud is mass voter suppression, and they should create the kind of blanket standards they imposed on states starting in the 1960's. Standards such as: voter rolls must be kept clean; voters have to identify

themselves; ballot-harvesting is an invitation to Goon-ism; reconsider using any electronic equipment (Dominion voting equipment is not used in Canada, though the firm is HQed in Toronto); and recognize (with almost all other countries) that mail-in voting is too given to fraud to be used in an election except as a special accommodation.

Take the word of a bipartisan commission led by Jimmy Carter and James Baker:

> 'Absentee ballots remain the largest source of potential voter fraud." That quote isn't from President Trump, who criticized mail-in voting this week after Wisconsin Democrats tried and failed to change an election at the last minute into an exclusively mail-in affair. It's the conclusion of the bipartisan 2005 report of the Commission on Federal Election Reform, chaired by former President Jimmy Carter and former Secretary of State James Baker III." - "Heed Jimmy Carter on the Danger of Mail-In Voting: Absentee ballots remain the largest source of potential voter fraud" (WSJ, April 10, 2020).

The United States Supreme Court is faced with a novel situation. I believe I have presented enough evidence in this work to raise the possibility in the mind of any sane person, that a well-thought out and crisply executed hijacking of our national election occurred in 2020,  by hijacking the anchor city in each of six swing states via election fraud that began with simultaneous and unprecedented shutting down of vote-counting, and continuing through countless forms that have been documented in videos and affidavits and with what forensics have been allowed.

That took a lot of *chutzpah*. And I think that if there were ever a time that the Supreme Court should act with *chutzpah*, this would be it. All our other institutions have failed us, and this is as serious a moment as the 1960's Civil Rights crisis, perhaps the Dred Scott decision (another one they flubbed, thus

causing Civil War I). If they now give a hall pass to the behavior and activities of Election 2020 that have already been extensively documented, it will bring about the end of the republic. Not just from the emboldened current administration, but from the acts of politicians brought to power by future Rigs, great and small, and how that defeats the very concept of *consent of the governed* that is central to our tradition.

The Supreme Court might show some *chutzpah* worthy of the moment, and solve this problem once and for all by recognizing that, thanks to the magic of modern election systems and methods and rules, we are back to is a world where this just happened to millions of people:



So it is not beyond the realm of possibility that the Supreme Court (which on Friday, February 19 will have a conference on Sydney's Michigan case, a case which is chock-full of evidence), will do something as meaningful as they did in the 1960's era, when voter suppression and other matters of egregious civil rights violation came before them.

## WHAT SHOULD YOU DO? THREE SUGGESTIONS

We can pull this out if everyone will follow three pieces of advice.

1) The first rule in all situations (from *Hitchhiker's Guide to the Galaxy*):



   2) Remain non-violent. Does anyone not see how much the events of January 6 hurt our cause? There was a *huge* number of Americans on the side of wanting to get to the bottom of election fraud, until the Capitol was stormed. It was a tremendous setback to our pro-freedom side. That may, in fact, be why it was engineered (and to some degree, it was engineered). At this point, the Goon's in power *want* you to go violent, so as to justify them unleashing the FBI and CIA and DHS on you with a vengeance. ***Don't do it.*** Remember the audience: middle America, who knows something goofy is going on, but will not side with the team that is bringing violence. so remain non-violent. It is better ethically, and it is better tactically.

- 
  - 
    - To understand why it is better tactically, please see this essay:: [A Message to Militias Across America Regarding the Goon-Left and Agents Provocateurs (Not the Lingerie)](#)

- 
  - 
    - To understand why is is better ethically, please see this post: Jerry Garcia on Confrontation & "The Main Asshole"

   3. **Focus your political attention, ire, and efforts on election integrity. No**

matter what else you want, you want this first and more.

A philosopher named John Rawls referred to "primary goods" as those goods you want no matter what else you want in life. When it comes to our political life, there is one good you must want beyond all others, and that is election integrity. No matter how strongly you feel about education policy, or abortion, or medical care, or gun rights, or or or... No matter what your interest in politics, you need to care about election integrity.

That means: get involved with your local elections board. Run for it if you can. Otherwise, volunteer to work in precincts. Do the 2 days of training. *By November 2022 the pro-freedom among us (libertarians and republicans) have to be election mavens*. We have to be working in the precincts and making sure the Rig cannot be repeated. You have 20 months to prepare: all your political ambition should be focused on this point. There is no point worry about any other political matter, without worrying about "election integrity" first and more.

2022 will be our last shot. If there *is* election integrity, I believe the Goons will lose the House and Senate in a landslide, because Americans see their true colors. On the other hand, if we do not restore election integrity by then, then next election will also be rigged, and we will have tipped our way into a fascist, authoritarian dystopian version of America, run by Goons.

*And with the backing of China, the tech titans, and America's Goon-Left, you can be confident that Government of the Goons, by the Goons, and for the Goons shall not perish from this Earth. So no matter what you care about in politics, for the next 20 months turn that care into intense focus on election operations in your county and state (swing states are especially important). These processes are open to the public: volunteer, get inside them, figure out what has to happen to make them run with integrity, and fight for that. That's how we win.*

## THE FIRST AMENDMENT AND THE COMING(?) POLICE STATE

The beliefs I have espoused here are not in synch with the times. Regarding my ability to publicly espouse and defend these beliefs, the First Amendment seems particularly on-point:

> *Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.*

If our new Congress passes any bill criminalizing people for challenging the integrity of Election 2020, not only would it violate the First Amendment, but it would violate every principle on which this free country was founded.   So I say to the United States Department of Justice: you are going to need a test case. Choose me. I say that not in a disrespectful James Cagney "Come and get me, Coppers!" kind of way. I mean it respectfully but sincerely. If our rulers wish to claim that in America, maintaining and expressing political beliefs such as mine *ist jetzt völlig verboten*, I'd really like to know. So I invite the DOJ to prosecute me for this four-part statement:

1. I acknowledge that Joe Biden proceeded successfully through the Article II Section 1 Constitutionally-mandated process that selects a president. He thus is, indeed, President. I also believe substantial irregularities affected the election process, and that those irregularities should be studied, discussed, and prosecuted in order to restore election integrity to our nation in time for the 2022 election. Because of these irregularities I refer to him as, "President* Biden".

2. In addition, to the degree that Biden tries to loosen rules governing future elections, or changes immigration policy so as to dramatically shift voter composition in the USA, I will claim it confirms my Weak Hypothesis: industrial-level election fraud rigged the election for President* Biden, the Left knows it, and wanting the Rig to be locked in for future elections, they seek to change the rules and the electorate now.

3. In addition, behind some election irregularities I see the hand of China. Therefore, when President* Biden accommodates China through his appointments and Executive Orders, I take it as confirming my Strong Hypothesis: we are experiencing a Chinese psyop to take over the United States without firing a shot.

4. Lastly, I want those who join me in doubting election 2020 to work ***non-violently*** to pursue our investigations, promote our point of view, and get involved with local election activities across the country, with an eye to restoring election integrity in time for the elections of November, 2022. Every fake vote allowed into the system is an act of voter suppression against one legitimate vote from a citizen somewhere.

If it is or becomes illegal to espouse that worldview…

I'll be your huckleberry.

# Link Appendix

Link Appendix

**Chapter 1:**

1. Hackers target 30 voting machines at Defcon (CNET News) - https://youtu.be/I9ky-sfkOmk
2. We watched hackers break into voting machines - https://youtu.be/HA2DWMHgLnc
3. I Hacked an Election. So Can the Russians - https://www.nytimes.com/2018/04/05/opinion/election-voting-machine-hacking-russians.html
4. Expensive, Glitchy Voting Machines Expose 2020 Hacking Risks - https://www.bloomberg.com/news/articles/2019-11-08/expensive-glitchy-voting-machines-expose-2020-hacking-risks
5. Voting Machine Hacks at DefCon - https://youtu.be/jBA3nH-b-NE
6. Watch this hacker break into a voting machine - https://www.cnn.com/videos/business/2019/08/10/voting-booth-hack-def-con-orig.cnn-business
7. 'Online and vulnerable': Experts find nearly three dozen U.S. voting systems connected to internet - https://www.nbcnews.com/politics/elections/online-vulnerable-experts-find-nearly-three-dozen-u-s-voting-n1112436
8. Hack the vote: terrifying film shows how vulnerable US elections are - https://www.theguardian.com/tv-and-radio/2020/mar/26/kill-chain-hbo-election-hacking-documentary
9. Kill Chain: The Cyber War on America's Elections - https://www.hbo.com/documentaries/kill-chain-the-cyber-war-on-americas-elections
0. Researchers Assembled over 100 Voting Machines. Hackers Broke Into Every Single One - https://www.motherjones.com/politics/2019/09/defcon-2019-hacking-village/

1. Princeton Professor Hacks Dominion Voting Machine in Seven Minutes - https://rumble.com/vb5ve9-princeton-professor-hacks-voting-machine-in-seven-minutes.html
2. 'Drop and Roll' - How The 2020 Election Was Stolen From Donald Trump - https://rumble.com/vb8ksn-drop-and-roll-how-the-2020-election-was-stolen-from-donald-trump.html

Chapter 2:

1. Americans suspicious and outraged after key Dem-run cities STOP counting votes on Election Day - https://www.bizpacreview.com/2020/11/04/americans-suspicious-and-outraged-after-key-dem-run-cities-stop-counting-votes-on-election-day-992614/
2. Ballot Counting Is Delayed In These Six States With Legal Battles On The Horizon - https://thefederalist.com/2020/11/04/ballot-counting-is-delayed-in-these-six-states-with-legal-battles-on-the-horizon/
3. Burst pipe delays Atlanta absentee vote counting - https://www.politico.com/news/2020/11/03/burst-pipe-delays-atlanta-absentee-vote-433988
4. Reported Burst Pipe in Atlanta Ballot-Count Area Was Overflowing Urinal: Investigator - https://www.theepochtimes.com/reported-burst-pipe-in-atlanta-ballot-counting-area-was-overflowing-urinal-investigator_3607741.html
5. Suitcases of ballots after hours prove fraud Georgia - https://rumble.com/vbklfx-suitcases-of-ballots-after-hours-prove-fraud-georgia.html
6. Georgia State Farm Arena Footage Shows Poll Workers Staying Behind, Pulling Out Suitcases With Ballots - https://min.amac.us/georgia-state-farm-arena-footage-shows-poll-workers-staying-behind-pulling-out-suitcases-with-ballots/
7. Suitcases of Ballots Pulled From Under Table AFTER Poll Watchers Were Told to Leave - https://rumble.com/vbkkd1-suitcases-of-ballots-pulled-from-under-table-after-poll-watchers-were-told-.html
8. Watch: Detroit workers block windows, bar observers from watching absentee ballot counting - https://www.lawenforcementtoday.com/watch-

detroit-workers-block-several-windows-prevents-observers/

9. Yes, Democrats Are Trying To Steal The Election In Michigan, Wisconsin, And Pennsylvania - https://thefederalist.com/2020/11/04/yes-democrats-are-trying-to-steal-the-election-in-michigan-wisconsin-and-pennsylvania/

0. WHEN THE VOTE COUNTING STOPPED ON ELECTION NIGHT, THESE WERE THE NUMBERS - https://www.pacificpundit.com/2020/11/09/when-the-vote-counting-stopped-on-election-night-these-were-the-numbers/

1. Dominion Machines Cover Millions of Voters, But Watch How Easy It Is To Rig One of Them - https://www.westernjournal.com/dominion-machines-cover-millions-voters-watch-easy-rig-one/

2. Edward Solomon - Geometric Proof for Georgia - https://rumble.com/vdnfcf-edward-solomon-geometric-proof-for-georgia.html

3. PA Edward Solomon has found *disturbing* signs of statistically impossible patterns - https://youtu.be/UYj8uEl_i8A

4. Mass Election Fraud is Popping out of the Walls - https://rumble.com/vb04up-mass-election-fraud-is-popping-out-of-the-walls.html

5. Dominion Voting Machine Flaws -- 2020 Election Coffee County, Georgia Video 1 - https://youtu.be/46CAKyyObls

6. Dominion Voting Machine Flaws -- 2020 Election Coffee County, Georgia Video 2 - https://youtu.be/ijjwS6h-PyU

7. LEAK: Email Allegedly From Maricopa Elections Office Found Issue With Sharpies, Said Use Them On Election Day Anyway - https://nationalfile.com/leak-email-allegedly-from-maricopa-elections-office-found-issue-with-sharpies-said-use-them-on-election-day-anyway/

8. MIT statistician shows certainty of massive computer vote fraud in 2020 Presidential election - https://www.iceagenow.info/mit-statistician-shows-certainty-of-massive-computer-vote-fraud-in-2020-presidential-election/

9. Dr.SHIVA LIVE: MIT PhD Analysis of Michigan Votes Reveals Unfortunate Truth of U.S. Voting Systems - https://youtu.be/Ztu5Y5obWPk

0. Doug Wade Interviews Seth Keshel - https://youtu.be/xXMW9VNMPT4

1. Dr. SHIVA Analysis of Michigan Vote Fraud - https://youtu.be/TZqx-

tKPvDM

2. Yale Trained Mathematician Flags 100,000 Pennsylvania Ballots As Likely Fraudulent - https://nationalfile.com/yale-trained-mathematician-flags-100000-pennsylvania-ballots-as-likely-fraudulent/

3. Ivy League Mathematician Makes A Compelling Case For Trump - https://illicitinfo.com/kari/ivy-league-mathematician-makes-a-compelling-case-for-trump/

4. A Simple Test for the Extent of Vote Fraud with Absentee Ballots in the 2020 Presidential Election: Georgia and Pennsylvania Data - https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3756988

5. Expert: Biden win 'suspicious,' 289,000 election-changing 'excess' votes - https://www.washingtonexaminer.com/washington-secrets/expert-biden-win-suspicious-289-000-election-changing-excess-votes

Chapter 3:

1. https://www.deepcapture.com/wp-content/uploads/US-Election-Fraud-2020_General.xlsx
2. https://player.vimeo.com/video/506378023?app_id=122963

Chapter 5:

1.  Doug Wade Interviews Seth Keshel - https://youtu.be/xXMW9VNMPT4

2. Edward Solomon - Geometric Proof for Georgia - https://rumble.com/vdnfcf-edward-solomon-geometric-proof-for-georgia.html

3. Smoking Gun: ES&S Transferring Vote Ratios between Precincts in PA. - By: Edward Solomon - https://rumble.com/vbas2t-smoking-gun-dominion-transferring-vote-ratios-between-precincts-in-pa.-by-e.html

4. BOMBSHELL: Antrim County Computer Forensic Report - https://www.deepcapture.com/2020/12/antrim-county-computer-forensic-report/

5. BIZARRE EXPLOSION CRASH IN GEORGIA – KILLS HARRISON DEAL - https://www.johnscreekpost.com/bizarre-explosion-crash-in-georgia-kills-harrison-deal/

6. Fiery 3-vehicle crash on Interstate 16 - https://youtu.be/ADB8e_61xuE

7. James O'Sullivan, Special Agent at Georgia Bureau of Investigation (GBI)

investigating the Harrison Deal car crash / hit was found dead of a "suicide" - https://www.reddit.com/r/conspiracy/comments/keld2u/james_osullivan_sp

8. Ruby Freeman Fraud Videos - https://rumble.com/vblezt-ruby-freeman-fraud-videos.html

9. Ruby Freeman - Screengrab of confession to Voter Fraud Crime - https://rumble.com/vbmiqc-ruby-freeman-screengrab-of-confession-to-voter-fraud-crime.html

0. CAUGHT: Surveillance footage shows GA poll worker scanning the same batch of ballots MULTIPLE times! - https://youtu.be/Oh5j7s1H7ek

1. Here is Jovan Pulitzer's election fraud investigation report (the U.S. Congress was not interested) - https://www.worldtribune.com/here-is-jovan-pulitzers-election-fraud-investigation-report-the-u-s-congress-was-not-interested/

2. MUST-SEE: Jovan Pulitzer EXPOSES MASSIVE FRAUD in Georgia Election - https://youtu.be/tyVRlaWHSeM

3. When Math in Public is for the Republic - https://maccutchins.substack.com/p/when-math-in-public-is-for-the-republic

4. Wayne County Board of Canvassers Fears For Life After Rescinding Vote - https://youtu.be/IpsKNu8z5C8

5. Abraham Aiyash doxxed Monica Palmers children, announcing names and school then called her a racist - https://rumble.com/vb7jy9-abraham-aiyash-doxxed-monica-palmers-children-announcing-names-and-school-t.html

6. Rep Cynthia Johnson Threatening trump supporters - https://rumble.com/vbpy5z-rep-cynthia-johnson-threatening-trump-supporters.html

**Chapter 7:**

1. Mar-a-Lago was a freak show of D-listers - https://youtu.be/r4zeXAD5_88

2. Armed Trafficking of Ballots from election Prep Center to Sheriff Jackson's Office - https://rumble.com/vbxbzp-armed-trafficking-of-ballots-from-election-prep-center-to-sheriff-jacksons-.html

3. Jerry Garcia on Confrontation & "The Main Asshole" - https://www.deepcapture.com/2021/01/jerry-garcia-on-confrontation-the-main-asshole/

4. A Message to Militias Across America Regarding the Goon-Left and Agents Provocateurs (Not the Lingerie) - https://www.deepcapture.com/2021/01/a-message-to-militias-across-america-regarding-the-goon-left-and-agents-provocateurs-not-the-lingerie/

**Chapter 8:**

1. Capitol 2021 Ashli Babbitt sync edit 2 - https://www.youtube.com/watch?v=3Kn4JVIKB1Q
2. A month after Capitol riot, autopsy results pending in Officer Brian Sicknick death investigation - https://www.foxnews.com/us/capitol-riot-brian-sicknick-death-investigation-no-charges-autopsy-results-pending
3. The Times Corrects the Record on Officer Sicknick's Death, Sort Of - https://www.msn.com/en-us/news/crime/the-times-corrects-the-record-on-officer-sicknicks-death-sort-of/ar-BB1dHP0l
4. 2 Capitol Police officers died by suicide days after the Jan. 6 assault on Congress - https://news.yahoo.com/2-capitol-police-officers-died-194656201.html?guccounter=1
5. BLM Antifa Protesters Montage - Mostly Peaceful Protest - https://rumble.com/vcn9ka-blm-antifa-protesters-montage.html
6. A Message to Militias Across America Regarding the Goon-Left and Agents Provocateurs (Not the Lingerie) - https://www.deepcapture.com/2021/01/a-message-to-militias-across-america-regarding-the-goon-left-and-agents-provocateurs-not-the-lingerie/
7. Right-wing provocateurs continue to instigate violence at BLM protests and elsewhere - https://kevinjshay44.medium.com/right-wing-provocateurs-likely-inflaming-protest-violence-bcf1c48e1d40
8. Far-right extremists keep showing up at BLM protests. Are they behind the violence - https://www.kansascity.com/news/local/article243553662.html
9. 'Umbrella Man' went viral breaking windows at a protest. He was a white supremacist trying to spark violence, police say - https://www.washingtonpost.com/nation/2020/07/29/umbrella-man-white-supremacist-minneapolis/
0. Pelosi-McConnell refused to increase security! Capitol emergency began before Trump finished speaking - https://www.independentsentinel.com/pelosi-mcconnell-refused-to-

increase-security-capitol-emergency-began-before-trump-finished-speaking/

1. Outgoing Capitol Police chief: House, Senate security officials hamstrung efforts to call in National Guard - https://www.washingtonpost.com/politics/sund-riot-national-guard/2021/01/10/fc2ce7d4-5384-11eb-a817-e5e7f8a406d6_story.html

2. Capitol Police Allow Protesters to Reach the Capitol - https://rumble.com/vck44f-capitol-police-allow-protesters-to-reach-the-capitol.html

3. Cops allow protesters to take Capitol Hill (must see) police department let protesters in - https://youtu.be/FPBuFyRKvr0

4. DC Capitol Riot Police Stand By While Allowing Mob To Storm U.S. Capitol Building(Jan 6th) - https://rumble.com/vd0gu3-dc-capitol-riot-police-stand-by-while-allowing-mob-to-storm-u.s.-capitol-bu.html

5. ANTIFA CAUGHT CHANGING INTO MAGA GEAR IN BUSHES AT D.C. CAPITOL - https://youtu.be/5v_4_LT-QdY

6. Patriot Stoping Antifa From Breaking DC Capitol Building Windows - https://rumble.com/vcj97w-patriot-stoping-antifa-from-breaking-dc-capitol-building-windows.html

7. ANTIFA given weapons from inside capitol building - https://rumble.com/vclvlp-antifa-given-weapons-from-inside-capitol-building.html

8. Capitol police open doors for the protestors. They stand aside and invite them inside - https://rumble.com/vcjzsn-capitol-police-open-doors-for-the-protestors.-they-stand-aside-and-invite-t.html

9. Police open the doors of the capital and invite everyone in - https://rumble.com/vcpxbt-police-open-the-doors-of-the-capital-and-invite-everyone-in.html

0. DC Capital Police Lets Protestors Enter and Storm US Capitol Building - https://rumble.com/vcj6g6-dc-capital-police-lets-protestors-enter-and-storm-us-capitol-building.html

1. DC Capital Police Allowing Protestors To Enter and Storm US Capitol - https://rumble.com/vcj1f2-dc-capital-police-allowing-protestors-to-enter-and-storm-us-capitol.html

2. Capitol 2021 Ashli Babbitt sync edit 2 - https://www.youtube.com/watch?v=3Kn4JVIKB1Q

3. More Proof of BLM/Antifa Capitol Riot Involvement Emerges [UPDATED] - https://dbdailyupdate.com/2021/01/15/more-proof-of-blm-antifa-capitol-riot-involvement-emerges/

4. Utah Man with a History of Organizing Violent Antifa, BLM Protests, Was Inside the Capitol - https://townhall.com/tipsheet/katiepavlich/2021/01/07/utah-man-with-a-history-of-organizing-blm-protests-was-inside-the-capitol-n2582766

5. NOT MAKING HEADLINES: Utah Activist John Sullivan Organized Antifa Protest Near US Capitol Before It Was Stormed — Tweeted About BLM Buses in DC on the 6th - https://www.thegatewaypundit.com/2021/01/not-making-headlines-utah-activist-john-sullivan-organized-antifa-protest-near-us-capitol-stormed-tweeted-blm-buses-dc-6th/

6. Two known Antifa members posed as pro-Trump to infiltrate Capitol riot: sources - https://nypost.com/2021/01/07/known-antifa-members-posed-as-pro-trump-to-infiltrate-capitol-riot-sources/

7. Antifa Infiltrated Trump Supporters In Capitol, Evidence Reveals - http://www.christianitydaily.com/articles/10454/20210108/antifa-infiltrated-trump-supporters-in-capitol-tons-of-evidence-reveal.htm

8. EVERYTHING WRONG WITH THE CAPITOL SHOOTING IN 21 MINUTES OR LESS - https://www.bitchute.com/video/DYlb92zMkj41/

9. Ratcliffe - Views on Intelligence Community Election Security Analysis - https://www.scribd.com/document/491038048/Ratcliffe-Views-on-Intelligence-Community-Election-Security-Analysis#from_embed

0. DC Suburbs Now Contain 7 Of America's 10 Richest Counties - https://slate.com/business/2012/09/dc-metro-area-is-super-rich-7-of-the-10-ten-counties-are-in-the-dc-suburbs.html

**Chapter 9:**

1. Hall: Asterisk will be key to Bonds display - https://www.thedailystar.com/archives/hall-asterisk-will-be-key-to-bonds-display/article_9cbca85d-2f9f-589e-989e-92b5c4169318.html

2. Ten Years After 756, A Reminder of What Barry Bonds' Record Really Means - https://www.si.com/mlb/2017/08/07/barry-bonds-756-home-runs-10-years-asterisk

3. Armstrong, Best of His Time, Now With an Asterisk - https://www.nytimes.com/2012/08/25/sports/cycling/armstrong-best-of-his-time-now-with-an-asterisk-george-vecsey.html
4. How DJT Lost the White House, Chapter 4: The Christmas Doldrums (December 23- noon January 6) - https://www.deepcapture.com/2021/02/how-djt-lost-the-white-house-chapter-4-the-christmas-doldrums-december-23-noon-january-6/
5. DEFENDING THE REPUBLIC - https://defendingtherepublic.org
6. 'Conspiracyland' Debunks Theories About Murder Of DNC Staffer Seth Rich - https://www.npr.org/2019/08/08/749392506/conspiracyland-debunks-theories-about-murder-of-dnc-staffer-seth-rich
7. NASSIM TALEB WEIGHS IN ON BENFORD'S LAW FOR ELECTION FRAUD DETECTION - https://youtu.be/-2aeSTF1Evc
8. CORTES: The Statistical Case Against Biden's Win - https://thenationalpulse.com/news/case-against-biden-win/
9. Williams prof disavows own finding of mishandled GOP ballots - https://www.berkshireeagle.com/news/local/williams-prof-disavows-own-finding-of-mishandled-gop-ballots/article_9cfd4228-2e03-11eb-b2ac-bb9c8b2bfa7f.html
0. Math Professor Concedes Shortcomings in Analysis of Potentially Mishandled Ballots, Stands by Concerns - https://www.theepochtimes.com/williams-math-professor-admits-shortcomings-in-analysis-of-potentially-mishandled-gop-ballots-but-stands-by-concerns-raised_3592927.html
1. The Secret History of the Shadow Campaign That Saved the 2020 Election - https://time.com/5936036/secret-2020-election-campaign/
2. Maricopa County refuses to comply with Arizona legislative subpoena for election evidence - https://justthenews.com/politics-policy/elections/maricopa-county-refuses-comply-arizona-legislative-subpoena-election
3. Pulitzer And His Team Were Given Directive To Identify Fraudulent Ballots In Fulton County – Yesterday He Reported That Someone Shot At His Team - https://conservativeus.com/pulitzer-and-his-team-were-given-directive-to-identify-fraudulent-ballots-in-fulton-county-yesterday-he-reported-that-someone-allegedly-shot-at-his-team/

4. Understanding the Political Scenario of INDIA,CANADA,JAPAN,CHINA,USA, FRANCE etc - https://youtu.be/Y9TviIuXPSE

5. CNN's Acosta Complains That Trump Had Coronavirus Survivors That Used Hydroxychloroquine At The WH - https://youtu.be/ZaymI8qA2y8

6. BUSTED: W.H.O. And Global Governments Used Fake Data From A Suspicious Company, That Employs A Sci-Fi Writer And Adult-Content Model, To Discredit And Stop Hydroxychloroquine Studies - https://centipedenation.com/analysis-and-reports/busted-w-h-o-and-global-governments-used-fake-data-from-a-suspicious-company-that-employs-a-sci-fi-writer-and-adult-content-model-to-discredit-and-stop-hydroxychloroquine-studies/

7. 'Media hostility to hydroxychloroquine fuels hysteria about supposed dangers' - https://www.israelnationalnews.com/News/News.aspx/283271

8. Hydroxy is being discounted TOO SOON, say scientists who believe the malaria drug could saves thousands of lives by preventing COVID-19 - https://www.dailymail.co.uk/news/article-8599809/Hydroxychloroquine-save-tens-thousands-lives-Covid-19-politicised.html

9. Michigan Hospital Tries To Treat Patients with Hydroxychloroquine; FDA Refuses To Allow It - https://www.westernjournal.com/michigan-hospital-tries-treat-patients-hydroxychloroquine-fda-refuses-allow/

0. The jury is in on Hydroxychloroquine – 'it saves lives': Rowan Dean - https://youtu.be/1q5teMsw2h4

1. HCQ is effective for COVID-19 when used early: real-time meta analysis of 206 studies - https://hcqmeta.com

2. Ivermectin - https://www.covid19treatmentguidelines.nih.gov/antiviral-therapy/ivermectin/

3. Association of American Physicians and Surgeons (AAPS) Applauds NIH Revised Stance on Ivermectin for COVID-19 - https://www.globenewswire.com/news-release/2021/01/15/2159575/0/en/Association-of-American-Physicians-and-Surgeons-AAPS-Applauds-NIH-Revised-Stance-on-Ivermectin-for-COVID-19.html

4. The Association of American Physicians and Surgeons [AAPS] notes that there are now 49 ivermectin studies - https://c19ivermectin.com

5. https://www.heraldsun.com.au/subscribe/news/1/?sourceCode=HSWEB_WRE170_a&dest=https%3A%2F%2Fwww.heraldsun.c doctors-urge-officials-to-consider-hydroxychloroquine-ivermectin-in-fight-against-covid19%2Fnews-story%2F94bad96aa12afe947f6fb726d34a25d8&memtype=anonymous&mod

6. https://www.iol.co.za/pretoria-news/news/court-says-doctors-may-use-ivermectin-for-covid-19-d10be928-2159-4abe-a278-2e2aeabef9dd

7. WHO Coronavirus Disease (COVID-19) Dashboard - https://covid19.who.int

8. Corrupt Corporate Media Finally Admits Coronavirus Probably Came From A Communist Chinese Lab - https://thefederalist.com/2021/01/05/corrupt-corporate-media-finally-admits-coronavirus-probably-came-from-a-communist-chinese-lab/

9. For decades, scientists have been hot-wiring viruses in hopes of preventing a pandemic, not causing one. But what if …? - https://nymag.com/intelligencer/article/coronavirus-lab-escape-theory.html

0. China's COVID Secrets - https://www.pbs.org/video/chinas-covid-secrets-fvxx8y/

1. WHO Director-General's opening remarks at the Member States briefing on COVID-19 - 11 February 2021 - https://www.who.int/director-general/speeches/detail/who-director-general-s-opening-remarks-at-the-member-states-briefing-on-covid-19---11-february-2021

2. Lightfoot Says Restaurants Should Reopen As Quickly As Possible - https://patch.com/illinois/chicago/lightfoot-says-restaurants-should-reopen-quickly-possible

3. How DJT Lost the White House, Introduction: Why I Was Involved Before November 3 & What I Learned Because I Was (1.3) - https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-introduction-why-i-was-involved-before-november-3-and-what-i-learned-by-doing-so/

4. Newsmax anchor walks out of live interview with My Pillow's Mike Lindell | New York Post - https://youtu.be/HEhOtHE-Sv4

5. The Hundred-Year Marathon - https://thehundredyearmarathon.com

6. 'This is unfortunate': Inside Elections Canada after Trump's tweet on voting machines - https://www.ctvnews.ca/politics/this-is-unfortunate-inside-

elections-canada-after-trump-s-tweet-on-voting-machines-1.5251743

7. Heed Jimmy Carter on the Danger of Mail-In Voting - https://www.wsj.com/articles/heed-jimmy-carter-on-the-danger-of-mail-in-voting-11586557667

8. Sidney's Michigan Case - https://defendingtherepublic.org/wp-content/uploads/2020/11/Michigan-Complaint.pdf

9. A Message to Militias Across America Regarding the Goon-Left and Agents Provocateurs (Not the Lingerie) - https://www.deepcapture.com/2021/01/a-message-to-militias-across-america-regarding-the-goon-left-and-agents-provocateurs-not-the-lingerie/

Patrick Byrne earned a Certificate from Beijing Normal University, a Dartmouth BA, Cambridge M.Phil  (as a Marshall Scholar), and a Stanford PhD.  Twenty years later, Byrne was named National Entrepreneur of the Year by  Ernst &amp; Young. That 20 years was one of toil, sweat, David vs. Goliath matches, breakthroughs, and (occasionally) victories. Along the way, in 2004 Byrne and the oligarchy got cross-wise, and they have been at odds ever since. He believes the oligarchy has two wings: Wall Street and the Deep State.

1
2
3
4
5
6
7
8
9   GEOMETRIC PROOF
10    EDWARD SOLOMON
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          EDWARD SOLOMON:  My name is Edward Solomon.  I

2     specialize in elementary number theory and counting

3     arts.  I dedicated the entirety of my childhood and

4     adult life to the study of prime numbers, irreducible

5     fractions and totals.  I shall present to you geometric

6     proof that the 2020 election was stolen in the city of

7     Atlanta in the state of Georgia.

8          Geometrical proof supercedes any

9     statistical argument or counter arguments.  So how do

10    I know this?  In the city of Atlanta -- before I

11    continue this discussion, for the purpose of this

12    discussion a ratio will be the amount of votes that

13    Trump gets out of the total amount of votes at a

14    particular precinct.  So if you went to Elementary

15    School Apple Blossom to vote and Trump received 45

16    votes and a total of 190 people voted, then the ratio

17    would be 45 Trump to 190 total.  So how do did know

18    that something terrible happened in Atlanta?

19          Well, there would be sets of precincts,

20    we'll call them elementary schools where exact

21    discrete integer ratios because votes are supposed to

22    be integers, right?  They would appear for Trump to

23    the total.  So let's say Trump would get 40 out of

24    every one hundred votes exactly, and this would

25    happen in several precincts at once.  So imagine

 1  every elementary school within 20 miles of where you

 2  live getting exactly 40 out of one hundred votes,

 3  Trump to total.  Then they would abandon the ratio.

 4  This algorithm would release control of them and let

 5  them continue to tabulate their votes naturally

 6  without anymore interference.  But then another set

 7  of precincts, let's say every library and every

 8  junior high behind you would then pick up the ratio

 9  40 out of a hundred on the next time series.  And the

10  problem with this is that it's a violation of the

11  density of irreducible fractions in a square which

12  comes from the Euler Totient Function and the sum of

13  the inverse squares.

14          So in general, if I had a data set of

15  precincts for an entire county, for an entire city,

16  for many counties in the entire city, the ratio Trump

17  to total in precincts, roughly 60.79 percent of these

18  precincts should have an irreducible ratio.  So

19  reducible would be like 17 to 101, 35 to 71.  These

20  ratios can't be reduced.  They're irreducible, but

21  you can reduce something like 12 out of 24.  That

22  reduces to one half, or eight out of 24 which would

23  be one third.  But in general, if I have an entire

24  data set, 60.79 percent of those ratios throughout

25  the entire time series should be irreducible.

Geometric Proof Edward Solomon

4

1          Now, where do I get this number from.

2    Well, according to Leonard Euler, one of the greatest

3    mathematicians that ever lived in the 18th century,

4    the sum of the inverse squares from the Riemann zeta

5    function converges on pi squared over six, which

6    means that the expected density or distribution of

7    irreducible fractions or data set is the reciprocal,

8    which is six over pi squared.  Six divided by pi

9    squared is 60.79 percent.  So if we hypothetically

10   had a set of 20 precincts or 20 elementary schools

11   that have a 40 to one hundred ratio to Trump total.

12   So a statistician says oh, all these elementary

13   schools are going to be 40 percent Trump give or take

14   a half a percent, barely anything.  We'll give him

15   very little margin.  We'll be kind to him.  All

16   right.  So 40 percent Trump, very little margin, and

17   that's it.  And the amount of votes that these

18   precincts can actually receive can be anywhere from

19   as little as 30 votes to as much as 4,000 votes in

20   the data set.  So for all of the ratios or the

21   percentages in this case that come out to exactly

22   40.000 percent, or Trump gets exactly four out of ten

23   votes in each precinct.  It's absurd.

24          All right.  So let's take a look.  This is

25   coming off my spreadsheet here for Atlanta.  And the

Geometric Proof Edward Solomon

1   5.555 percent for Trump, which is the one to 18

2   ratio, four to 72 has a magnitude of 16 because it

3   appeared in 16 different precincts over a time

4   series.  And as you can see, when any of these

5   precincts would pick this ratio up and then abandon

6   it, another set of precincts would pick up this

7   ratio.  So as this precinct abandons it, precinct

8   10J, these two precincts inherit it, and then this

9   abandons the ratio and this inherits it and this

10  inherits it, then these two inherit it, no these two

11  inherit it, and so on.  that's not the only ratio

12  that occurs.

13          If you look here is the one to 30 ratio,

14  the six to 66 ratio and so on, one to 11 ratio.  And

15  if you copy and paste the sheet into a single impact

16  you get something that looks like this.  There's

17  actually more.  That's all I was able to fit for this

18  one.  And there is no experiment that I've been able

19  to do where I've been able to either replicate in a

20  simulation or discover a train of ratios transfers in

21  a ready existing data set like the ones that I see in

22  Georgia.  I can't produce sheets that look like this.

23          So why does the algorithm do what it does?

24  Well, it creates what we call virtual precincts in

25  the cloud.  They don't even exist.  They're fake,

Geometric Proof Edward Solomon

6

1  phoney precincts, and these phoney precincts make up

2  a fake city, a virtual city, sort of a dopple ganger

3  or a mirror of the actual city.

4          So we're going to take the city of Atlanta.

5  The bean counters know there's going to be a million

6  votes in Atlanta, so we're expecting 48 percent

7  Biden, 52 percent Trump in this hypothetical example.

8  So they have the real city, and they take 700,000

9  votes of the original million, and they don't touch

10  them.  They just let them count naturally, normally,

11  48 percent Biden, 52 percent Trump.  So of this

12  700,000 votes that aren't manipulated, Biden will get

13  336,000 and Trump will get 364,000.  But they'll take

14  the other 300,000 total votes of this million and

15  they'll start manipulating.  So if they want Biden to

16  win with 55 percent overall, then they need to flip

17  this at 73 percent Biden and 27 percent Trump.  So

18  they're the going to take this virtual city of

19  300,000 votes and they're going to split it into four

20  virtual precincts for this hypothetical example, and

21  these virtual precincts will have a ratio of one to

22  ten Trump, one to five Trump, one to three Trump and

23  two to three Trump, and we're going to give these the

24  variables X, Y, Z, T.  We're going to say 300,000

25  equals X plus Y plus Z has plus T.  And let's make it

1  so that Trump gets 33 percent of these votes, and now

2  we use these ratios.  We say a hundred thousand

3  equals X over 10 plus Y over five plus Z over three

4  plus 2T over 3.  And one of the positive integer

5  solutions of many to this system of equations is X is

6  equal to 90,500, Y is equal to 40,205, Z equals this

7  number here under my cursor and T equals this.  So if

8  you put 90,000 in here and 40,000 in here and 89,000

9  ballots in this precinct and 79,000 ballots in this

10  precinct at those ratios, then you'll get 300,000

11  total and a hundred thousand for Trump.  It's

12  predetermined.  it's a predetermined aggregate.

13        And now when you go combine these, Trump

14  would be 364,000 for natural set plus a hundred

15  thousand, so he gets 464,000, and then Biden gets

16  336,000 plus 200,000.  That's 536,000.  So Trump

17  would get that 46.4 percent of the vote and Biden

18  would get 53.6 percent in this example.  So we're

19  going to take a look at how this process works and

20  how we end up with this image here.

21        And we're going to look at the second

22  virtual precinct has a one to five ratio that

23  requires 40,285 ballots, and the algorithm we'll see

24  is three elementary schools, okay.  They'll have a

25  total of ten thousand votes between them, three

1  thousand plus four thousand plus three thousand.  So

2  Trump will get two thousand out of these ten thousand

3  combined votes.  So now you've fed ten thousand

4  ballots into the second virtual precinct, and then it

5  will release these into a trove, and it will let them

6  go on their own without any further manipulation.

7  And we'll pick these up.  This will be another

8  elementary school.  These will have another 10,000

9  votes between them.  So Trump will get two thousand

10 out of these ten thousand votes, which is one to

11 five, 20 percent Trump.  And now you've fed a grand

12 total of 20,000 ballot into this virtual precinct.

13 Then it will release control and maybe takes control

14 of a stadium, high school, church, and these add up

15 to 20,285 votes.  Of course, there's an inequality

16 than the actual algorithm.  It doesn't have to be

17 that exact, but pretty much.  You'll get what you

18 need, and now you'll have fed a total of 40,285 votes

19 into this virtual precinct.  Now you've satisfied

20 this ratio, and you've managed to flip a total of

21 40,285 ballots into only 8,057 for Trump.  That's how

22 you flip votes.

23         When the algorithm was running in the 371

24 precincts in Atlanta we seized, you see Trump was only

25 gettin 14.65 percent of the vote.  But when the algorithm

Geometric Proof Edward Solomon

9

1    stopped operating, Trump started to receive

2    23.57 percent of the vote in all these precincts.

3            So to get this drastic of a difference

4    before and after the application is out defies any

5    explain that I can come up with.  Good luck and God

6    bless America.

7            (End of recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF REPORTER

I, Charlotte Crandall, certify that I was authorized to and did transcribe the foregoing audio recorded proceedings and that the transcript is a true and complete record of my stenographic notes from an audio recording and was transcribed to the best of my ability.

Dated this 6th day of August, 2021.

_____
Charlotte Crandall
Registered Professional Reporter

**1**

**10**   7:3
**10,000**   8:8
**101**   3:19
**10J**   5:8
**11**   5:14
**12**   3:21
**14.65**   8:25
**16**   5:2,3
**17**   3:19
**18**   5:1
**18th**   4:3
**190**   2:16,17

**2**

**20**   3:1 4:10
  8:11
**20,000**   8:12
**20,285**   8:15
**200,000**   7:16
**2020**   2:6
**23.57**   9:2
**24**   3:21,22
**27**   6:17
**2T**   7:4

**3**

**3**   7:4
**30**   4:19 5:13
**300,000**   6:14,
  19,24 7:10
**33**   7:1
**336,000**   6:13
  7:16
**35**   3:19
**364,000**   6:13
  7:14
**371**   8:23

**4**

**4,000**   4:19
**40**   2:23 3:2,9
  4:11,13,16
**40,000**   7:8
**40,205**   7:6
**40,285**   7:23
  8:18,21
**40.000**   4:22
**45**   2:15,17
**46.4**   7:17
**464,000**   7:15
**48**   6:6,11

**5**

**5.555**   5:1
**52**   6:7,11
**53.6**   7:18
**536,000**   7:16
**55**   6:16

**6**

**60.79**   3:17,24
  4:9
**66**   5:14

**7**

**700,000**   6:8,
  12
**71**   3:19
**72**   5:2
**73**   6:17
**79,000**   7:9

**8**

**8,057**   8:21
**89,000**   7:8

**9**

**90,000**   7:8
**90,500**   7:6

**A**

**abandon**   3:3
  5:5
**abandons**   5:7,
  9
**absurd**   4:23
**actual**   6:3
  8:16
**add**   8:14
**adult**   2:4
**aggregate**
  7:12
**algorithm**   3:4
  5:23 7:23
  8:16,23,25
**America**   9:6
**amount**   2:12,
  13 4:17
**anymore**   3:6
**appeared**   5:3
**Apple**   2:15
**application**
  9:4
**argument**   2:9
**arguments**   2:9
**arts**   2:3
**Atlanta**   2:7,
  10,18 4:25
  6:4,6 8:24

**B**

**ballot**   8:12
**ballots**   7:9,
  23 8:4,21
**barely**   4:14
**bean**   6:5
**Biden**   6:7,11,
  12,15,17

  7:15,17
**bless**   9:6
**Blossom**   2:15

**C**

**call**   2:20
  5:24
**case**   4:21
**century**   4:3
**childhood**   2:3
**church**   8:14
**city**   2:6,10
  3:15,16 6:2,
  3,4,8,18
**cloud**   5:25
**combine**   7:13
**combined**   8:3
**continue**   2:11
  3:5
**control**   3:4
  8:13
**converges**   4:5
**copy**   5:15
**count**   6:10
**counter**   2:9
**counters**   6:5
**counties**   3:16
**counting**   2:2
**county**   3:15
**creates**   5:24
**cursor**   7:7

**D**

**data**   3:14,24
  4:7,20 5:21
**dedicated**   2:3
**defies**   9:4
**density**   3:11
  4:6
**difference**
  9:3
**discover**   5:20
**discrete**   2:21

discussion
  2:11,12
distribution
  4:6
divided   4:8
dopple   6:2
drastic   9:3

E

Edward   2:1
election   2:6
elementary
  2:2,14,20 3:1
  4:10,12 7:24
  8:8
end   7:20 9:7
entire   3:15,
  16,23,25
entirety   2:3
equal   7:6
equals   6:25
  7:3,6,7
equations   7:5
Euler   3:12
  4:2
exact   2:20
  8:17
exist   5:25
existing   5:21
expected   4:6
expecting   6:6
experiment
  5:18
explain   9:5

F

fake   5:25 6:2
fed   8:3,11,18
fit   5:17
flip   6:16
  8:20,22
fractions   2:5
  3:11 4:7

function   3:12
  4:5

G

ganger   6:2
general   3:14,
  23
geometric   2:5
Geometrical
  2:8
Georgia   2:7
  5:22
gettin   8:25
give   4:13,14
  6:23
God   9:5
Good   9:5
grand   8:11
greatest   4:2

H

half   3:22
  4:14
happen   2:25
happened   2:18
high   3:8 8:14
hundred   2:24
  3:2,9 4:11
  7:2,11,14
hypothetical
  6:7,20
hypothetically
  4:9

I

image   7:20
imagine   2:25
impact   5:15
inequality
  8:15
inherit   5:8,
  10,11

inherits   5:9,
  10
integer   2:21
  7:4
integers   2:22
interference
  3:6
inverse   3:13
  4:4
irreducible
  2:4 3:11,18,
  20,25 4:7

J

junior   3:8

K

kind   4:15

L

Leonard   4:2
library   3:7
life   2:4
live   3:2
lived   4:3
luck   9:5

M

magnitude   5:2
make   6:1,25
managed   8:20
manipulated
  6:12
manipulating
  6:15
manipulation
  8:6
margin   4:15,
  16
mathematicians
  4:3

means   4:6
miles   3:1
million   6:5,
  9,14
mirror   6:3

N

natural   7:14
naturally   3:5
  6:10
number   2:2
  4:1 7:7
numbers   2:4

O

occurs   5:12
operating   9:1
original   6:9

P

paste   5:15
people   2:16
percent   3:17,
  24 4:9,13,14,
  16,22 5:1
  6:6,7,11,16,
  17 7:1,17,18
  8:11,25 9:2
percentages
  4:21
phoney   6:1
pi   4:5,8
pick   3:8 5:5,
  6 8:7
positive   7:4
precinct   2:14
  4:23 5:7 7:9,
  10,22 8:4,12,
  19
precincts
  2:19,25 3:7,
  15,17,18
  4:10,18 5:3,

5,6,8,24  6:1,
20,21  8:24
9:2
**predetermined**
7:12
**present**  2:5
**pretty**  8:17
**prime**  2:4
**problem**  3:10
**process**  7:19
**produce**  5:22
**proof**  2:6,8
**purpose**  2:11
**put**  7:8

---

### R

**ratio**  2:12,16
3:3,8,16,18
4:11  5:2,5,7,
9,11,13,14
6:21  7:22
8:20
**ratios**  2:21
3:20,24  4:20
5:20  7:2,10
**ready**  5:21
**real**  6:8
**receive**  4:18
9:1
**received**  2:15
**reciprocal**
4:7
**recording**  9:7
**reduce**  3:21
**reduced**  3:20
**reduces**  3:22
**reducible**
3:19
**release**  3:4
8:5,13
**replicate**
5:19
**requires**  7:23
**Riemann**  4:4

**roughly**  3:17
**running**  8:23

---

### S

**satisfied**
8:19
**school**  2:15
3:1  8:8,14
**schools**  2:20
4:10,13  7:24
**seized**  8:24
**series**  3:9,25
5:4
**set**  3:6,14,24
4:7,10,20
5:6,21  7:14
**sets**  2:19
**sheet**  5:15
**sheets**  5:22
**simulation**
5:20
**single**  5:15
**Solomon**  2:1
**solutions**  7:5
**sort**  6:2
**specialize**
2:2
**split**  6:19
**spreadsheet**
4:25
**square**  3:11
**squared**  4:5,
8,9
**squares**  3:13
4:4
**stadium**  8:14
**start**  6:15
**started**  9:1
**state**  2:7
**statistical**
2:9
**statistician**
4:12
**stolen**  2:6

**stopped**  9:1
**study**  2:4
**sum**  3:12  4:4
**supercedes**
2:8
**supposed**  2:21
**system**  7:5

---

### T

**tabulate**  3:5
**takes**  8:13
**ten**  4:22  6:22
7:25  8:2,3,10
**terrible**  2:18
**theory**  2:2
**thousand**  7:2,
11,15,25  8:1,
2,3,9,10
**time**  3:9,25
5:3
**total**  2:13,
16,17,23  3:3,
17  4:11  6:14
7:11,25  8:12,
18,20
**totals**  2:5
**Totient**  3:12
**touch**  6:9
**train**  5:20
**transfers**
5:20
**trove**  8:5
**Trump**  2:13,
15,17,22,23
3:3,16  4:11,
13,16,22  5:1
6:7,11,13,17,
22,23  7:1,11,
13,16  8:2,9,
11,21,24  9:1

---

### V

**variables**
6:24

**violation**
3:10
**virtual**  5:24
6:2,18,20,21
7:22  8:4,12,
19
**vote**  2:15
7:17  8:25  9:2
**voted**  2:16
**votes**  2:12,
13,16,21,24
3:2,5  4:17,
19,23  6:6,9,
12,14,19  7:1,
25  8:3,9,10,
15,18,22

---

### W

**win**  6:16
**works**  7:19

---

### Z

**zeta**  4:4

1

2

3

4

5

6

7

8

9

10                         SMOKING GUN

11                      EDWARD SOLOMON

12

13

14

15

16

17

18

19

20

21

22

23   Transcribed by:

24   Charlotte Crandall

25   RPR, FPR

Smoking Gun Edward Solomon

2

1          EDWARD SOLOMON:  Okay, guys.  I have all the

2     data from Philadelphia, all the tabulations done over

3     time for the entire week after election day and I have

4     discovered the way Dominion actually distributes the

5     votes, and it transfers -- it does fraction magic, which

6     I'm sure many of you heard about it already, but

7     actually transfers fractions between precincts.

8          So this here, this is the original data for

9     the New York Times data feed.  You'll see this starts

10    on November 4th at 3:00 in the morning, 4:00 in the

11    morning.  That's when everything went crazy,

12    remember?  And you see you'll get dates all the way

13    up to this is November 7th, and somewhere in here

14    it's like November 9th, so it's like an entire week

15    of data, every time stamp of every tabulation for the

16    total votes, the Biden votes and Trump's votes.

17         Now, Biden's votes and Trump's votes don't

18    always add up to the total because you have a third

19    party candidate, and I discovered that the fraction

20    logic, what it does is it sets a specific number of

21    votes that Trump is allowed to get an integer out of

22    a total number of votes, and then it puts a minimum

23    on Biden, and then the remainder can be split evenly

24    between the third party candidate or to Biden.

25         So I took only Philadelphia, only

Smoking Gun Edward Solomon

3

```
 1   Philadelphia's time stamps, and then I sorted them by
 2   the -- it's called the major ratio.  The major ratio
 3   is Trump's votes divided by the total votes, okay.
 4            The second way, it was sorted after the
 5   major ratio.  The second priority was the date and
 6   time and then by the precinct.  Hold on one second.
 7            Okay.  So I found a lot of irregularities.
 8   I'm only going to show you nine exhibits of these
 9   irregularities, but there's hundreds and hundreds of
10   them just on the day of November 4th.  So this data
11   is only Philadelphia's data on the day of
12   November 4th.
13            See, this says 11:04.  It's all
14   November 4th.  Now, there's 90,000 rows.  There's
15   90,000 entries for November 4th for Philadelphia.
16   And before I get into the Dominion vote switching,
17   let's just look at something that's statistically
18   very strange even in this sheet.
19            So remember there's 90,000 rows, and it's
20   not until row 40,000, that's half the sheet, until
21   Trump even receives ten percent of the votes in the
22   precincts.  It's not until row 60 something thousand,
23   65, 63 thousand until Trump starts to get a quarter
24   of the votes.  We're already two-thirds down the
25   sheet.
```

Smoking Gun Edward Solomon

4

1        Trump doesn't get a third of the votes

2   until row 70,000.  He doesn't even start getting

3   50 percent of the votes until near the end, around

4   80,000.  And then row 80,000 to 90,000, the last ten

5   thousand rows are the only entries where Trump

6   receives more votes than Biden, and by very, very

7   little.

8        So we're going to look at some particular

9   exhibits here of the shenanigans that I found, and

10  this is how I finally figured out how Dominion works.

11  So Exhibit one, this starts on row 32,249.  Sorry.

12  It starts s on row 8,300.  This is the first exhibit.

13  November 4th, Philadelphia.

14       So four precincts at 3:00 in the afternoon,

15  they report a ratio of one to 48.  So Trump gets one

16  vote exactly for every 48 votes.  That's this right

17  here.  So now that's possible.

18       So at first there's nothing weird about

19  that.  You have four precincts that reported.  What

20  makes it weird is that this ratio of one to 48, when

21  it stops because it eventually should stop, and it

22  stops at 10:00 -- it stops at 8:00 in the afternoon,

23  8:00 p.m.  The original precincts that this ratio,

24  one to 48 were occurring in, which is precincts

25  06-13, 50-18, 50-26 and 59-23, it transfers that

Smoking Gun Edward Solomon

5

1  ratio one to 48 to precincts 17-06 and 28-16, and the

2  difference in time is less than five minutes.  So

3  we're to believe that these four precincts that held

4  this ratio for many hours, which is normal because

5  that means they didn't update the tabulation yet.

6  When they finally update near the end of the hour,

7  8:00, the exact same ratio appears in two more

8  districts.

9         Now, if this was the only example on the

10  whole spreadsheet of this happening with this very

11  short time interval then I wouldn't be making this

12  video.  So now we're going the look at another

13  exhibit here, and this one is really, really

14  suspicious.

15         We see at 7:00 in the morning precincts

16  12-04, 12-08 and 60-13 report they have a one to 18

17  ratio.  So Trump gets one vote exactly for every 18

18  votes here, exactly.  It's not even a fraction.  So

19  that's at 7:00 in the morning.

20         At 9:00 in the morning these original three

21  precincts, 12-08, 12-04, 60-13, that ratio gets

22  transferred in the same hour to these three

23  precincts, so basically on the next global update

24  city wide.  It transfers to precincts 13-23, 30-06,

25  51-07, so that's at 9:00, 9:30.  That stays that way

Smoking Gun Edward Solomon

1   until 2:00, 2:30.  Then these three precincts within

2   a ten-minute time, so this is the global update,

3   okay.  What updates globally, the whole Dominion

4   software across the entire city, it transfers that

5   one to 48 ratio from these three precincts into

6   12-16, into district 12-16.

7           Now, if there was many hours between this

8   same ratio occurring there would be nothing

9   suspicious.  You're going to have a ratio of one to

10  48 occur multiple times, but they shouldn't be within

11  ten minutes of each other or generally within the

12  same hour.  That's what makes this suspicious.

13          So now precinct 12-16 holds that ratio

14  until 10:00 at night, and it transfers it within the

15  same five-minute interval to precinct 47-10.  What

16  would have been more normal, for instance, is if

17  precinct 47-10 got the same ratio earlier in the day,

18  and then both of those precincts were reporting that

19  number, meaning that this one hadn't updated.  But

20  since what you see here is almost no time difference

21  between these two precincts reporting the same ratio,

22  so it actually transferred the fraction one to 18,

23  one vote per 18 votes Trump to the total to this

24  precinct 47-10 at around 10:00, and then stayed that

25  way until midnight.  And wait until tomorrow I'm

Smoking Gun Edward Solomon

1    going to analyze this not for just for November 4th

2    but for every day of the week.  I'm going to find all

3    the examples, by the way.  That's Exhibit 3.  I

4    thought I had two exhibits there.  I did, which is up

5    here.

6           This is the third exhibit, so this is a

7    ratio of four to 65.  Four to 65 for the greatest

8    common factor of the denominator, which is the total

9    votes which is 13.  We see that precinct 20-066 at

10   7:00 in the morning holds that ratio.  Then on the

11   next update it transfers it to precincts 20 -- I

12   should put this in gray.  It transfers that ratio

13   simultaneously of four to 65, which is very unusual

14   because of the prime number 13, the denominator, to

15   four different precincts.    So at 7:00 it starts

16   with that, which is fine.  You have to start with

17   something, but then it transfers that ratio all at

18   the same time to these four precincts.

19          Let's look at Exhibit 4.  Exhibit 4 the

20   ratio is three to 48, and we see that precinct 34-17

21   holds this ratio from 7:00 in the morning until 9:00,

22   and then at 9:30, this seems to be the theme, it

23   switches around 9:30, right.  It starts at 7, 00 and

24   then -- the ratio starts at 7:00 if you go back in

25   the video and listen, and then the next switch

1  happens at 9:00 to 9:30.  So it transfers the ratio

2  three to 48.  That means Trump gets three votes for

3  every 48 total from precincts 34-17 to precincts

4  11-12 and 36-36.  Then at 3:00 it transfers that

5  ratio from 11-12 and precincts 36-36 within the same

6  global tick of the whole city, about ten minutes, to

7  precincts 16-08 and 20-05.

8           Then at 10:00 at night precinct 60-01 gets

9  added to this ratio.  Now that's actually not

10  suspicious believe it or not.  That's actually a good

11  thing.  That works in the favor of our adversaries.

12  Not the whole example here, this whole exhibit, just

13  this part of the exhibit.  So that means that

14  precinct 60-01 got this ratio of three to 48 towards

15  the end of the night, and then it got lumped in with

16  the other two precincts, so no transfer has occurred

17  yet.  We just added a precinct.  So it's perfectly

18  fine for this extra precinct to come in in the middle

19  of nowhere with that ratio.

20           If you go over to the global sheet since,

21  you know, most of it is okay.  That's generally what

22  you see for these things.  So we give precinct 60-01

23  the benefit of the doubt until, until we notice that

24  all three of those precincts, 16-08, 20-05 and 60-01

25  simultaneously stop reporting that ratio at the exact

1  same time, and that's near the end of the hour at

2  10:00, and then it transfers that ratio to the

3  precincts 43-09 and 52-14 and it stays that way until

4  midnight.  So we started with 60-01 having the

5  benefit of the doubt of being the only legitimate

6  entry in this fraudulent exhibit, and then it turns

7  out that it's actually part of the fraud.  That's

8  sad.  Okay.

9          Let's go to the next exhibit.  Again we

10  start at 7:00 in the morning.  We have a ratio of

11  four to 63.  The greatest common factor of all these

12  columns is 63.  That's just really weird.  Anyway, so

13  we have this -- that means here again Trump here is

14  getting four votes for every 63 total votes.  So at

15  7:00 we start, and then again at this 9:00 to 9:30

16  you have this global update, and it transfers this

17  ratio to these two precincts.  So from 61-11 that

18  holds the original ratio, four to 63, it transfers to

19  13-05 and precinct 60-22 -- 61-22.  13-05 and 61-22.

20          Now again, if this was the only example of

21  this happening it wouldn't be that suspicious.  We

22  don't see this ratio transferred multiple times like

23  we did in the other exhibits, so it's possible this

24  one is legitimate.  This may not be fraudulent.  It

25  could just be a weird occurrence.  So we'll give them

1   the benefit of the doubt on that one, but it's weird.

2   All right.

3          So exhibit -- this is the sixth exhibit,

4   and we get this ratio of five to 31, which is

5   something a computer would do because it's a prime

6   number to a prime number.  And by the way, all these

7   columns total, they can all be divided by 31.  So we

8   get to precincts 13 and 38 start with this ratio of

9   five to 31 at 7:00 in the morning, and then there is

10  a jump of many, many hours which is good, like it's a

11  good thing, means there's no fraud occurring.  So we

12  can say that these entries, these here is actually

13  not fraudulent.  But then we continue to analyze it

14  for county -- for district No. 01-17 starting at

15  3:00 in the afternoon.

16          Now, I notice that this ratio transfers, so

17  this is district 01-17.  It transfers to districts

18  36-09 and 37-10 within the same five-minute slot.

19  This is a -- it's near the end of 8:00 in the

20  evening.  This seems to be a very common time when

21  the global update happens in the other exhibits, so

22  that looks pretty suspicious but it's still

23  plausible.  It could technically happen.

24          So these exhibits here, Exhibit 2 was an

25  example of something that absolutely cannot happen if

1  we go back for a moment.  You can't have that many

2  transfers within minutes of each other or within the

3  same hour of the same ratio.  That just can't happen.

4            Okay.  Sheet three.  Let's take a look up

5  here.  This is the ratio of one to five.  So what I

6  did was I just scrolled until I got to 20 percent

7  because I wanted to make this video while I was still

8  young.  So I went to 20 percent, which is a ratio I

9  wanted to see what happened at that time, and we see

10  that precinct 05-30 reports a split of one to five,

11  so one vote for Trump for every vote overall.  And at

12  9:30 that ratio is transferred to precinct 01-05,

13  05-13, 05-24 and 19-02, and then it's transferred

14  again at 3:00 to precincts 25-16 and 36-29.  And it's

15  transferred again at 10:00 at night to precinct

16  48-18.  Very strange.  To me that's fraud.  That's

17  like Exhibit 2.  So Exhibit 2 and Exhibit 9 are the

18  strongest examples so far in this video of things

19  that just can't happen.  And I actually went looking

20  for it.  I said what happened at 20 percent in the

21  big sheet and I found fraud.  And in general it's not

22  like it was hard for me to find these examples.  I

23  literally just went like eeny, meeny, miny, mo, catch

24  a tiger by the toe and stopped, and then would find a

25  bunch of numbers like here is 46 to 46.  You saw me

Smoking Gun Edward Solomon

12

1  do this randomly in the video and you just see all

2  these examples of ratios being transferred within

3  minutes of each other to different precincts.

4          So here's one to six.  That's 1.6

5  repeating.  Before I go to the next exhibits let me

6  show you.  Okay.  So that starts sat 7:00 in the

7  morning.  Let's just do an example.

8          So this is the ratio one to six, right.  So

9  let's see if the -- so let's copy this.  I'm just

10  going to do an example live.  Oh, look.  I don't even

11  have a ninth exhibit, so you know what, it's a good

12  thing we're doing this live because I wouldn't have

13  had a ninth exhibit to show you.

14          So let's look at what's funny here.  So

15  this is when the ratio is one to six.  I assume the

16  common denominator here is six.  I'm just trying to

17  see if I can get something better out of it.  Well, I

18  don't have time to figure that out.  This is the

19  actual video right now.  So let's see, 07-20, 15-40,

20  21 -- when does seven repeat.  Right here.  So it's

21  five precincts.  Get this ratio at 7:00 in the

22  morning seven to 40.  So it switched here somewhere.

23  So this is the first block.  The transfer happens

24  here.  It's too dark for the video.  So this transfer

25  happens at 9:00 in the morning at 9:30 to these two

Smoking Gun Edward Solomon

13

1   precincts.  Again, it's that same time stamp of

2   9:00 to 9:30, around the time of the global update.

3   19-10, 19-10.  Here it is.

4          Here is the next transfer, this ratio of

5   one to six.  We still didn't do Exhibit 8 yet.  We'll

6   go back to Exhibit 8.  Exhibit 9 is a wide exhibit.

7   you can see it's not very hard for me to find these

8   things.  It's too dark.

9          So this is at the 3:00.  That's 15:00.

10  15:00 is 3:00.  This is ten minutes later.  So it

11  transferred this ratio again from precincts 19-10,

12  40, 42-23 to 17-17 and 23-03, 19 -- and 62-66, okay.

13  So this is three precincts it transferred to.  So it

14  transfers it from two precincts to three precincts.

15  Pretty sure that will go to the end.  That would be

16  scary.  Oh, my God.  It keeps transferring.  07-62 is

17  what I'm looking for.  That's clever too.  They try

18  to hide it.  So watch this.  I just found like

19  another funny way to do this, to hide it from you.

20         So this is precinct 07-17, 23-03 and 62-06.

21  These are the ones that received the transfer from

22  these two precincts, and that goes on until 10:40,

23  and then on that global reset in the previous

24  exhibits, about five minutes later at 10:47 transfers

25  them to this precinct, 62-26.  Notice how close that

1   is to number 62-06.  I'm pretty sure that's done

2   deliberately to confuse somebody visually because I

3   almost overlooked that transfer.

4          So there's a live example I just did for

5   you.  I really just went to somewhere randomly in the

6   sheet sort of because I was kind of looking for the

7   fraction one over six, but almost random.  If I

8   wanted to, I don't have time in the video, I could

9   literally just stop this scroll bar in the big data

10  set just anywhere and just find an example, like

11  38.78, this fraction here.  173, I'm pretty sure

12  that's a prime number.  449.  That's a prime number.

13  What this hell.  How does that happen.  It better be

14  the same precinct the whole way through.  Okay.  At

15  least it's the same precinct, so that's fine.

16          But you can find examples of the same ratio

17  occurring in multiple precincts pretty much anywhere

18  just by dropping your cursor in the middle of the

19  sheet somewhere.  We'll go back to Exhibit 8.

20  Anyway.  Let's go back to Exhibit 8.  That wasn't

21  covered yet.

22          So we have here a ratio of one to four, so

23  that means the major ratio is 25, so Trump gets one

24  vote to every four total.  We see that's reported at

25  7:00 in the morning from precincts 01-02, 15-17,

Smoking Gun Edward Solomon

15

1  2309, 45-13, 62-15 at 7:00 in the morning

2  November 4th.

3          That ratio persists until 8, 00 about an

4  hour, until 9:00.  Remember, at 9:06, 9:10 is when

5  this transfer keeps happening, and it you transfers

6  that ratio of one to four to Philadelphia district

7  02-01.  Pretty weird.  Then at 3:00, it -- let me

8  see.  Let me make sure.  So there's a five-hour jump

9  from here to here, which is a good thing.  That means

10  it wasn't transferred to another precinct

11  immediately.  Okay.  Sorry about that.

12          Let's take a look here.  So this is

13  actually -- this is probably clean because one to

14  four isn't that hard of a ratio to get.  So Exhibit 8

15  is something that's plausible.  I definitely wouldn't

16  bring this one to court.  But the last exhibit that

17  we did here, Exhibit 9 -- I had to take care of a

18  microwave there.

19          So the last Exhibit we did at random,

20  Exhibit 7 was pretty bad, especially since the ratio

21  was weird, three to 48, Exhibit 4.  I'm going to have

22  to cut this part of the video.

23          Hey, I'm back.  I had to cut part of the

24  video.  Some things happened at home.  Okay.

25          So let me explain how I think this whole

Smoking Gun Edward Solomon

16

1    system works.  So let's just take the ratios we see

2    here.  I'm going to write them down.  One to 48, one

3    to 18, four to 65, three to 48, very strange ratio,

4    four to 63, five to 31, four to 63, five to 31.  The

5    last ratios are one to five, one to four, one to six.

6    Now, a couple of these exhibits were plausible, but

7    for the sake of this example how I think it works,

8    we're just going to say that they were all

9    fraudulent.  Okay.

10          So this is how I think it works.  Get rid

11   of all this.  I think Dominion needs a certain amount

12   of votes it needs to flip.  Total amount to flip,

13   okay.  Now, let's say that it needs to flip them at

14   the ratio, because Trump has such a huge margin,

15   let's say that it needs to flip them -- they need to

16   make sure that Biden gets about 66 votes to every 33

17   votes that Trump gets with one vote left over for a

18   third party candidate, or it just can be added to

19   Biden and what it does, it just splits into blocks,

20   these fractional blocks.

21          What was there, nine?  So let's see if

22   there's nine exhibits.  One, two, three, four, five,

23   six, seven.  Now there's more obviously in this

24   gigantic sheets, these oddities happen many, many

25   times.  There are many more exhibits, hundreds of

1  exhibits in here I would imagine where you have

2  ratios being transferred.  But for the sake of my

3  theory we're just going to pretend these are the only

4  ratios that got transferred on November 4th.

5            So it says we're going to take a certain

6  ratio.  So this box will have one to 48 ratio of

7  ballots.  I'm just going to kind of make the numbers

8  up because I don't want to keep going back to the

9  machine.  Too much.  Four to 65.  So X equal the

10 total amount to flip.  Actually, we'll just read them

11 off.  Three to 48, four to 63, and this wouldn't be

12 very hard for a computer to do.  Four to 63, five to

13 31.  I purposefully didn't want to make them the same

14 size.  I just sort of dragged the cursor because

15 they're not then the same size in reality either.

16 One to six, one to five, one to four.

17           So what I think it does, I'm pretty sure

18 this is what it does.  I'm going to take the total

19 amount of votes that needs to be flipped and I'm

20 going to separate them like this.  So it will split

21 the X into nine parts that it needs.  So let's just

22 say to make up the amount, Biden needs a hundred

23 thousand votes.  He needs 200,000 votes and Trump

24 needs a 100,000 votes.  This is how we need to change

25 the margins.

Smoking Gun Edward Solomon

1        So it redistribute the number 200,000 and

2   100,000 into these boxes in accordance to these nine

3   ratios, and in order -- okay.  So what it does then,

4   and this is where it gets really sadistic.  It then

5   says I'm going to -- we're going to take one of

6   these -- we'll do two of these boxes.  It  says for

7   the box one to 48, we're going to split that into

8   let's say three precincts.  We'll do the four to 65

9   because that's like the weirdest number.

10       So this is what Dominion does.  It says I'm

11  going to split this into three precincts.  To change

12  the amount of votes that come in, and then when

13  there's a global update, since I don't want to look

14  suspicious, so I'm going to transfer the workload of

15  this ratio, four to 65, to two other precincts.  So

16  it goes from three precincts to two, and then it

17  transfers a ratio again.  So this is time going down.

18  It says okay, well, we still don't have as many votes

19  here as we need, so we'll transfer it to two more

20  precincts.  The amount of precincts it transfers to

21  is irrelevant, so I'm going to transfer this ratio to

22  these two precincts.  Then I'm going to transfer it

23  to, we'll do one more branch, let's say to three new

24  precincts.  So these branches are what's happening

25  over time.

Smoking Gun Edward Solomon

19

1            So it passes it through all these -- it
2    transfers these ratios to these precincts, these sets
3    of precincts over time.  So let's say -- so four to
4    65 means Trump needs -- we take that number, 100,000,
5    right, four to 65.  Four divided by 65, I have a
6    hand-held calculator in front of me, so 16 percent,
7    so times a hundred thousand.  So the computer knows
8    it needs to get in total 6,153 -- not exactly sure
9    how that works there.  Let me take a look.  Oh, I
10   see.  Four parts to 65.  It wouldn't be That
11   complicated, but it's going to distribute it, so we
12   just have to make up a number here that's four to 65,
13   so let's just multiply it by 50.  So we need to get
14   200 votes for Trump in this box here, and it needs to
15   get 3200 votes for Biden because that's the ratio.
16   So that's what Dominion is trying to get into this
17   overall red box of four to 65.  That's just a
18   hypothetical.  And when the votes finally add up in a
19   way to where Trump gets 200 total over time, when
20   Trump hits around 200 votes and Biden hits around
21   3200 votes, it then stops that ratio.  It doesn't
22   need that proportion anymore because it built this
23   ratio of 4-65 for all the votes that it needed, and
24   then this box would now be satisfied.  So now it's
25   satisfied and doesn't need that proportion anymore.

1          So again, let's go over how I think this
2  works.  So you need a total amount of votes you need
3  to flip for Biden to take out Trump's margin.  So
4  just say hypothetically he needs 200,000 votes for
5  every 100,000 votes that Trump gets to overtake his
6  margin, and it splits that into these random, pretty
7  much random integer ratios.  That's what makes it so
8  suspicious, right.  It's not like -- I mean,
9  technically they're all going to be integer ratios,
10  but like these types of ratios.  I don't know how
11  else to explain it.  It's not like you're getting a
12  lot of prime numbers, right.  If I did the prime
13  number theorem, right, a percentage of these numbers
14  should be prime in this T column, and they're not.
15  I'm not counting the repetitions when they don't
16  update.  So if we took all the unique denominators
17  and we said how many of these are prime numbers, I
18  bet we would get less prime numbers than we're
19  supposed to, okay.
20          Oh, that's for another video.  So let's go
21  back here.  So, okay.  So it takes this thing and
22  then it I splits it into many, many different of
23  these red boxes, right, that's how the algorithm
24  works of all these ratios.  And then what it does is
25  it assigns that ratio to several precincts.  And in

Smoking Gun Edward Solomon

21

1  order to hide the shenanigans it transfers that ratio

2  to different sets of precincts throughout the day,

3  and once the number is reached that it wants it stops

4  transferring that number.  Now, I don't know how true

5  that is because this only goes to November 4th.

6  Well, I know that's true, and then -- but this -- my

7  data sheet goes out to the 9th or the 10th or maybe

8  even the 11th.  So I'm pretty sure, I wouldn't doubt

9  if we see the ratio four to 65 occur from not just on

10  November 4th, but all the way until the end of the

11  counting of tabulations.  I wouldn't doubt it, and it

12  just keeps transferring this number to multiple

13  precincts, and many other ratios as well with little

14  to no time between the jumps.  So that's how I think

15  this fraction magic actually words.  So the magic

16  occurs right here.  And then it hides its own paper

17  trail, so to speak, by switching it between the

18  precincts.  And even being so clever as we saw in the

19  last exhibit I did live to sometimes to transfer it

20  to precincts that almost have the same number.  So

21  62-06 to 62-26.  So any human being like you and me

22  going over data might not even notice the transfer.

23  So that's my theory on how Dominion is working and

24  how it's flipping votes.

25          So it's not just taking every precinct and

Smoking Gun Edward Solomon

22

1  applying one ratio to it.  It's taking multiple sets

2  of precincts and applying multiple ratios such that

3  when they all come back to a certain number they add

4  up to the total number that is required to flip the

5  margin.

6          So that's the end of the video.  I

7  apologize for stuff going on in the kitchen and --

8  well, that's it.  I'm going to upload all the files

9  so you guys can check it yourself so you know I

10  didn't fabricate this data for some political agenda.

11  I just took the data straight off the New York Times

12  feed.

13          Like I said, when you get the file what

14  you're going to do is you're going to sort it by --

15  you want to sort it first -- you want to sort it by

16  time, the initial file, and then by the locality and

17  then by the precinct.  Then you'll put that -- you'll

18  copy and paste the dates you want.  So let's say you

19  want all of Philadelphia on November 4th.  That's the

20  second one you want after you sort it into a new

21  spreadsheet, and you're going to create the ray

22  (phonetic) formula that divides Trumps votes by the

23  total vote.  Then you're going to resort the data

24  again by that major ratio that you entered, then by

25  the date and time, and then by the precinct, and

Smoking Gun Edward Solomon

1   that's how you get this information the same way I

2   got it.  All right.  I'm going to close the video and

3   start uploading.

4            (End of recording.)

CERTIFICATE OF REPORTER

I, Charlotte Crandall, certify that I was authorized to and did transcribe the foregoing audio recorded proceedings and that the transcript is a true and complete record of my stenographic notes from an audio recording and was transcribed to the best of my ability.

Dated this 6th day of August, 2021.

_____
Charlotte Crandall
Registered Professional Reporter

## 0

**00**  7:23 15:3
**01-02**  14:25
**01-05**  11:12
**01-17**  10:14,
 17
**02-01**  15:7
**05-13**  11:13
**05-24**  11:13
**05-30**  11:10
**06-13**  4:25
**07-17**  13:20
**07-20**  12:19
**07-62**  13:16

## 1

**1.6**  12:4
**100,000**  17:24
 18:2 19:4
 20:5
**10:00**  4:22
 6:14,24 8:8
 9:2 11:15
**10:40**  13:22
**10:47**  13:24
**10th**  21:7
**11-12**  8:4,5
**11:04**  3:13
**11th**  21:8
**12-04**  5:16,21
**12-08**  5:16,21
**12-16**  6:6,13
**13**  7:9,14
 10:8
**13-05**  9:19
**13-23**  5:24
**15-17**  14:25
**15-40**  12:19
**15:00**  13:9,10
**16**  19:6
**16-08**  8:7,24
**17-06**  5:1

**17-17**  13:12
**173**  14:11
**18**  5:16,17
 6:22,23 16:3
**19**  13:12
**19-02**  11:13
**19-10**  13:3,11

## 2

**2**  10:24 11:17
**20**  7:11 11:6,
 8,20
**20-05**  8:7,24
**20-066**  7:9
**200**  19:14,19,
 20
**200,000**  17:23
 18:1 20:4
**21**  12:20
**23-03**  13:12,
 20
**2309**  15:1
**25**  14:23
**25-16**  11:14
**28-16**  5:1
**2:00**  6:1
**2:30**  6:1

## 3

**3**  7:3
**30-06**  5:24
**31**  10:4,7,9
 16:4 17:13
**32,249**  4:11
**3200**  19:15,21
**33**  16:16
**34-17**  7:20
 8:3
**36-09**  10:18
**36-29**  11:14
**36-36**  8:4,5
**37-10**  10:18
**38**  10:8

**38.78**  14:11
**3:00**  2:10
 4:14 8:4
 10:15 11:14
 13:9,10 15:7

## 4

**4**  7:19 15:21
**4-65**  19:23
**40**  12:22
 13:12
**40,000**  3:20
**42-23**  13:12
**43-09**  9:3
**449**  14:12
**45-13**  15:1
**46**  11:25
**47-10**  6:15,
 17,24
**48**  4:15,16,
 20,24 5:1
 6:5,10 7:20
 8:2,3,14
 15:21 16:2,3
 17:6,11 18:7
**48-18**  11:16
**4:00**  2:10
**4th**  2:10
 3:10,12,14,15
 4:13 7:1 15:2
 17:4 21:5,10
 22:19

## 5

**50**  4:3 19:13
**50-18**  4:25
**50-26**  4:25
**51-07**  5:25
**52-14**  9:3
**59-23**  4:25

## 6

**6,153**  19:8

**60**  3:22
**60-01**  8:8,14,
 22,24 9:4
**60-13**  5:16,21
**60-22**  9:19
**61-11**  9:17
**61-22**  9:19
**62-06**  13:20
 14:1 21:21
**62-15**  15:1
**62-26**  13:25
 21:21
**62-66**  13:12
**63**  3:23 9:11,
 12,14,18 16:4
 17:11,12
**65**  3:23 7:7,
 13 16:3 17:9
 18:8,15 19:4,
 5,10,12,17
 21:9
**66**  16:16

## 7

**7**  7:23 15:20
**70,000**  4:2
**7:00**  5:15,19
 7:10,15,21,24
 9:10,15 10:9
 12:6,21 14:25
 15:1
**7th**  2:13

## 8

**8**  13:5,6
 14:19,20
 15:3,14
**8,300**  4:12
**80,000**  4:4
**8:00**  4:22,23
 5:7 10:19

**9**

**9** 11:17 13:6
15:17
**90,000** 3:14,
15,19 4:4
**9:00** 5:20,25
7:21 8:1 9:15
12:25 13:2
15:4
**9:06** 15:4
**9:10** 15:4
**9:30** 5:25
7:22,23 8:1
9:15 11:12
12:25 13:2
**9th** 2:14 21:7

**A**

**absolutely**
10:25
**accordance**
18:2
**actual** 12:19
**add** 2:18
19:18 22:3
**added** 8:9,17
16:18
**adversaries**
8:11
**afternoon**
4:14,22 10:15
**agenda** 22:10
**algorithm**
20:23
**allowed** 2:21
**amount** 16:11,
12 17:10,19,
22 18:12,20
20:2
**analyze** 7:1
10:13
**anymore**
19:22,25

**apologize**
22:7
**appears** 5:7
**applying**
22:1,2
**assigns** 20:25
**assume** 12:15

**B**

**back** 7:24
11:1 13:6
14:19,20
15:23 17:8
20:21 22:3
**bad** 15:20
**ballots** 17:7
**bar** 14:9
**basically**
5:23
**benefit** 8:23
9:5 10:1
**bet** 20:18
**Biden** 2:16,
23,24 4:6
16:16,19
17:22 19:15,
20 20:3
**Biden's** 2:17
**big** 11:21
14:9
**block** 12:23
**blocks** 16:19,
20
**box** 17:6 18:7
19:14,17,24
**boxes** 18:2,6
20:23
**branch** 18:23
**branches**
18:24
**bring** 15:16
**built** 19:22
**bunch** 11:25

**C**

**calculator**
19:6
**called** 3:2
**candidate**
2:19,24 16:18
**care** 15:17
**catch** 11:23
**change** 17:24
18:11
**check** 22:9
**city** 5:24 6:4
8:6
**clean** 15:13
**clever** 13:17
21:18
**close** 13:25
23:2
**column** 20:14
**columns** 9:12
10:7
**common** 7:8
9:11 10:20
12:16
**complicated**
19:11
**computer** 10:5
17:12 19:7
**confuse** 14:2
**continue**
10:13
**copy** 12:9
22:18
**counting**
20:15 21:11
**county** 10:14
**couple** 16:6
**court** 15:16
**covered** 14:21
**crazy** 2:11
**create** 22:21
**cursor** 14:18
17:14

**cut** 15:22,23

**D**

**dark** 12:24
13:8
**data** 2:2,8,9,
15 3:10,11
14:9 21:7,22
22:10,11,23
**date** 3:5
22:25
**dates** 2:12
22:18
**day** 2:3 3:10,
11 6:17 7:2
21:2
**deliberately**
14:2
**denominator**
7:8,14 12:16
**denominators**
20:16
**difference**
5:2 6:20
**discovered**
2:4,19
**distribute**
19:11
**distributes**
2:4
**district** 6:6
10:14,17 15:6
**districts** 5:8
10:17
**divided** 3:3
10:7 19:5
**divides** 22:22
**Dominion** 2:4
3:16 4:10 6:3
16:11 18:10
19:16 21:23
**doubt** 8:23
9:5 10:1
21:8,11
**dragged** 17:14

dropping 14:18

**E**

earlier 6:17
EDWARD 2:1
eeny 11:23
election 2:3
end 4:3 5:6
 8:15 9:1
 10:19 13:15
 21:10 22:6
 23:4
entered 22:24
entire 2:3,14
 6:4
entries 3:15
 4:5 10:12
entry 9:6
equal 17:9
evening 10:20
evenly 2:23
eventually
 4:21
exact 5:7
 8:25
examples 7:3
 11:18,22 12:2
 14:16
exhibit 4:11,
 12 5:13 7:3,
 6,19 8:12,13
 9:6,9 10:3,24
 11:17 12:11,
 13 13:5,6
 14:19,20
 15:14,16,17,
 19,20,21
 21:19
exhibits 3:8
 4:9 7:4 9:23
 10:21,24 12:5
 13:24 16:6,
 22,25 17:1
explain 15:25
 20:11

extra 8:18

**F**

fabricate
 22:10
factor 7:8
 9:11
favor 8:11
feed 2:9
 22:12
figure 12:18
figured 4:10
file 22:13,16
files 22:8
finally 4:10
 5:6 19:18
find 7:2
 11:22,24 13:7
 14:10,16
fine 7:16
 8:18 14:15
five-hour
 15:8
five-minute
 6:15 10:18
flip 16:12,
 13,15 17:10
 20:3 22:4
flipped 17:19
flipping
 21:24
formula 22:22
found 3:7 4:9
 11:21 13:18
fraction 2:5,
 19 5:18 6:22
 14:7,11 21:15
fractional
 16:20
fractions 2:7
fraud 9:7
 10:11 11:16,
 21
fraudulent
 9:6,24 10:13
 16:9

front 19:6
funny 12:14
 13:19

**G**

general 11:21
generally
 6:11 8:21
gigantic
 16:24
give 8:22
 9:25
global 5:23
 6:2 8:6,20
 9:16 10:21
 13:2,23 18:13
globally 6:3
God 13:16
good 8:10
 10:10,11
 12:11 15:9
gray 7:12
greatest 7:7
 9:11
guys 2:1 22:9

**H**

half 3:20
hand-held
 19:6
happen 10:23,
 25 11:3,19
 14:13 16:24
happened
 11:9,20 15:24
happening
 5:10 9:21
 15:5 18:24
hard 11:22
 13:7 15:14
 17:12
heard 2:6
held 5:3
hell 14:13

Hey 15:23
hide 13:18,19
 21:1
hides 21:16
hits 19:20
Hold 3:6
holds 6:13
 7:10,21 9:18
home 15:24
hour 5:6,22
 6:12 9:1 11:3
 15:4
hours 5:4 6:7
 10:10
huge 16:14
human 21:21
hundred 17:22
 19:7
hundreds 3:9
 16:25
hypothetical
 19:18
hypothetically
 20:4

**I**

imagine 17:1
immediately
 15:11
information
 23:1
initial 22:16
instance 6:16
integer 2:21
 20:7,9
interval 5:11
 6:15
irregularities
 3:7,9
irrelevant
 18:21

**J**

jump 10:10

15:8
**jumps**  21:14

**K**

**kind**  14:6
  17:7
**kitchen**  22:7

**L**

**left**  16:17
**legitimate**
  9:5,24
**listen**  7:25
**literally**
  11:23 14:9
**live**  12:10,12
  14:4 21:19
**locality**
  22:16
**logic**  2:20
**lot**  3:7 20:12
**lumped**  8:15

**M**

**machine**  17:9
**magic**  2:5
  21:15
**major**  3:2,5
  14:23 22:24
**make**  11:7
  15:8 16:16
  17:7,13,22
  19:12
**makes**  4:20
  6:12 20:7
**making**  5:11
**margin**  16:14
  20:3,6 22:5
**margins**  17:25
**meaning**  6:19
**means**  5:5
  8:2,13 9:13
  10:11 14:23

15:9 19:4
**meeny**  11:23
**microwave**
  15:18
**middle**  8:18
  14:18
**midnight**  6:25
  9:4
**minimum**  2:22
**minutes**  5:2
  6:11 8:6 11:2
  12:3 13:10,24
**miny**  11:23
**mo**  11:23
**moment**  11:1
**morning**  2:10,
  11 5:15,19,20
  7:10,21 9:10
  10:9 12:7,22,
  25 14:25 15:1
**multiple**  6:10
  9:22 14:17
  21:12 22:1,2
**multiply**
  19:13

**N**

**needed**  19:23
**night**  6:14
  8:8,15 11:15
**ninth**  12:11,
  13
**normal**  5:4
  6:16
**notice**  8:23
  10:16 13:25
  21:22
**November**
  2:10,13,14
  3:10,12,14,15
  4:13 7:1 15:2
  17:4 21:5,10
  22:19
**number**  2:20,
  22 6:19 7:14
  10:6 14:1,12

18:1,9 19:4,
  12 20:13
  21:3,4,12,20
  22:3,4
**numbers**  11:25
  17:7 20:12,
  13,17,18

**O**

**occur**  6:10
  21:9
**occurred**  8:16
**occurrence**
  9:25
**occurring**
  4:24 6:8
  10:11 14:17
**occurs**  21:16
**oddities**
  16:24
**order**  18:3
  21:1
**original**  2:8
  4:23 5:20
  9:18
**overlooked**
  14:3
**overtake**  20:5

**P**

**p.m.**  4:23
**paper**  21:16
**part**  8:13 9:7
  15:22,23
**parts**  17:21
  19:10
**party**  2:19,24
  16:18
**passes**  19:1
**paste**  22:18
**percent**  3:21
  4:3 11:6,8,20
  19:6
**percentage**
  20:13

**perfectly**
  8:17
**persists**  15:3
**Philadelphia**
  2:2,25 3:15
  4:13 15:6
  22:19
**Philadelphia's**
  3:1,11
**phonetic**
  22:22
**plausible**
  10:23 15:15
  16:6
**political**
  22:10
**precinct**  3:6
  6:13,15,17,24
  7:9,20 8:8,
  14,17,18,22
  9:19 11:10,
  12,15 13:20,
  25 14:14,15
  15:10 21:25
  22:17,25
**precincts**  2:7
  3:22 4:14,19,
  23,24 5:1,3,
  15,21,23,24
  6:1,5,18,21
  7:11,15,18
  8:3,5,7,16,24
  9:3,17 10:8
  11:14 12:3,21
  13:1,11,13,
  14,22 14:17,
  25 18:8,11,
  15,16,20,22,
  24 19:2,3
  20:25 21:2,
  13,18,20 22:2
**pretend**  17:3
**pretty**  10:22
  13:15 14:1,
  11,17 15:7,20
  17:17 20:6
  21:8

Smok Depo Court Edward Solomon

5

**previous** 13:23
**prime** 7:14 10:5,6 14:12 20:12,14,17, 18
**priority** 3:5
**proportion** 19:22,25
**purposefully** 17:13
**put** 7:12 22:17
**puts** 2:22

—————————

**Q**

**quarter** 3:23

—————————

**R**

**random** 14:7 15:19 20:6,7
**randomly** 12:1 14:5
**ratio** 3:2,5 4:15,20,23 5:1,4,7,17,21 6:5,8,9,13, 17,21 7:7,10, 12,17,20,21, 24 8:1,5,9, 14,19,25 9:2, 10,17,18,22 10:4,8,16 11:3,5,8,12 12:8,15,21 13:4,11 14:16,22,23 15:3,6,14,20 16:3,14 17:6 18:15,17,21 19:15,21,23 20:25 21:1,9 22:1,24
**ratios** 12:2 16:1,5 17:2,4 18:3 19:2

**20**:7,9,10,24 21:13 22:2
**ray** 22:21
**reached** 21:3
**read** 17:10
**reality** 17:15
**received** 13:21
**receives** 3:21 4:6
**recording** 23:4
**red** 19:17 20:23
**redistribute** 18:1
**remainder** 2:23
**remember** 2:12 3:19 15:4
**repeat** 12:20
**repeating** 12:5
**repetitions** 20:15
**report** 4:15 5:16
**reported** 4:19 14:24
**reporting** 6:18,21 8:25
**reports** 11:10
**required** 22:4
**reset** 13:23
**resort** 22:23
**rid** 16:10
**row** 3:20,22 4:2,4,11,12
**rows** 3:14,19 4:5

—————————

**S**

**sad** 9:8
**sadistic** 18:4

**sake** 16:7 17:2
**sat** 12:6
**satisfied** 19:24,25
**scary** 13:16
**scroll** 14:9
**scrolled** 11:6
**separate** 17:20
**set** 14:10
**sets** 2:20 19:2 21:2 22:1
**sheet** 3:18, 20,25 8:20 11:4,21 14:6, 19 21:7
**sheets** 16:24
**shenanigans** 4:9 21:1
**short** 5:11
**show** 3:8 12:6,13
**simultaneously** 7:13 8:25
**sixth** 10:3
**size** 17:14,15
**slot** 10:18
**software** 6:4
**SOLOMON** 2:1
**sort** 14:6 17:14 22:14, 15,20
**sorted** 3:1,4
**speak** 21:17
**specific** 2:20
**split** 2:23 11:10 17:20 18:7,11
**splits** 16:19 20:6,22
**spreadsheet** 5:10 22:21
**stamp** 2:15 13:1

**stamps** 3:1
**start** 4:2 7:16 9:10,15 10:8 23:3
**started** 9:4
**starting** 10:14
**starts** 2:9 3:23 4:11,12 7:15,23,24 12:6
**statistically** 3:17
**stayed** 6:24
**stays** 5:25 9:3
**stop** 4:21 8:25 14:9
**stopped** 11:24
**stops** 4:21,22 19:21 21:3
**straight** 22:11
**strange** 3:18 11:16 16:3
**strongest** 11:18
**stuff** 22:7
**supposed** 20:19
**suspicious** 5:14 6:9,12 8:10 9:21 10:22 18:14 20:8
**switch** 7:25
**switched** 12:22
**switches** 7:23
**switching** 3:16 21:17
**system** 16:1

—————————

**T**

**tabulation** 2:15 5:5

**tabulations**
 2:2 21:11
**takes** 20:21
**taking** 21:25
 22:1
**technically**
 10:23 20:9
**ten** 3:21 4:4
 6:11 8:6
 13:10
**ten-minute**
 6:2
**theme** 7:22
**theorem** 20:13
**theory** 17:3
 21:23
**thing** 8:11
 10:11 12:12
 15:9 20:21
**things** 8:22
 11:18 13:8
 15:24
**thought** 7:4
**thousand**
 3:22,23 4:5
 17:23 19:7
**tick** 8:6
**tiger** 11:24
**time** 2:3,15
 3:1,6 5:2,11
 6:2,20 7:18
 9:1 10:20
 11:9 12:18
 13:1,2 14:8
 18:17,25
 19:3,19 21:14
 22:16,25
**times** 2:9
 6:10 9:22
 16:25 19:7
 22:11
**toe** 11:24
**tomorrow** 6:25
**total** 2:16,
 18,22 3:3
 6:23 7:8 8:3
 9:14 10:7

 14:24 16:12
 17:10,18
 19:8,19 20:2
 22:4,23
**trail** 21:17
**transfer** 8:16
 12:23,24
 13:4,21 14:3
 15:5 18:14,
 19,21,22
 21:19,22
**transferred**
 5:22 6:22
 9:22 11:12,
 13,15 12:2
 13:11,13
 15:10 17:2,4
**transferring**
 13:16 21:4,12
**transfers**
 2:5,7 4:25
 5:24 6:4,14
 7:11,12,17
 8:1,4 9:2,16,
 18 10:16,17
 11:2 13:14,24
 15:5 18:17,20
 19:2 21:1
**true** 21:4,6
**Trump** 2:21
 3:21,23 4:1,
 5,15 5:17
 6:23 8:2 9:13
 11:11 14:23
 16:14,17
 17:23 19:4,
 14,19,20 20:5
**Trump's** 2:16,
 17 3:3 20:3
**Trumps** 22:22
**turns** 9:6
**two-thirds**
 3:24
**types** 20:10

**U**

**unique** 20:16
**unusual** 7:13
**update** 5:5,6,
 23 6:2 7:11
 9:16 10:21
 13:2 18:13
 20:16
**updated** 6:19
**updates** 6:3
**upload** 22:8
**uploading**
 23:3

**V**

**video** 5:12
 7:25 11:7,18
 12:1,19,24
 14:8 15:22,24
 20:20 22:6
 23:2
**visually** 14:2
**vote** 3:16
 4:16 5:17
 6:23 11:11
 14:24 16:17
 22:23
**votes** 2:5,16,
 17,21,22 3:3,
 21,24 4:1,3,
 6,16 5:18
 6:23 7:9 8:2
 9:14 16:12,
 16,17 17:19,
 23,24 18:12,
 18 19:14,15,
 18,20,21,23
 20:2,4,5
 21:24 22:22

**W**

**wait** 6:25

**wanted** 11:7,9
 14:8
**watch** 13:18
**week** 2:3,14
 7:2
**weird** 4:18,20
 9:12,25 10:1
 15:7,21
**weirdest** 18:9
**wide** 5:24
 13:6
**words** 21:15
**working** 21:23
**workload**
 18:14
**works** 4:10
 8:11 16:1,7,
 10 19:9 20:2,
 24
**write** 16:2

**Y**

**York** 2:9
 22:11
**young** 11:8