# Exhibit 362





THOMAS A. CLARE, P.C.                                           MEGAN L. MEIER

June 18, 2021

*Via Email & Federal Express*

Patrick Byrne
9810 East Martha Rd.
Alta, UT 84092
pmbyrne@protonmail.com

cc: General Michael Flynn
8101 Connecticut Ave Apt. S700
Chevy Chase, MD 20815
mflynn2595@aol.com
mflynn2595@comcast.net

Re:     **Your Demonstrably False Claims About Dominion**

Mr. Byrne:

We write on behalf of US Dominion Inc.[1]

Since the 2020 U.S. Presidential Election, you have repeatedly and falsely claimed that the election was stolen through the manipulation of vote counts in rigged Dominion machines. Throughout this defamatory campaign, you have claimed to have proof of your false claims. But instead of producing real evidence, you have published blog posts and a book based on fake evidence and discredited sources that were debunked by the independent evidence cited in our March 31 letter to you, which we attach for your review again. (Ex. 1.)

You have also promoted the false claim that MyPillow's spokesman Mike Lindell has "cyber packets," "packet captures," or "PCAPs" proving the election was hacked.[2] As with the fake spreadsheet that you and Mr. Lindell previously promoted, the so-called PCAPs featured in Mr. Lindell's latest movie are also fake. They are not PCAPs, but readily available voter database information simply rendered into hexadecimal digits.[3] After being challenged on the authenticity of his fake PCAPs, Lindell admitted that the data shown in the video *was not an actual election PCAP*

---

[1] We also represent and write on behalf of its subsidiaries, Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Dominion").

[2] Patrick Byrne (@PatrickByrne), Locals (June 2, 2021), https://patrickbyrne.locals.com/upost/725061/exclusive-video-mike-lindell-we-have-cyber-packets-these-are-forensic-packets-that-you-cant.

[3] Philip Bump, *Mike Lindell's 'fraud' allegations are more ridiculous than you think*, Wash. Post (June 4, 2021), https://www.washingtonpost.com/politics/2021/06/04/mike-lindells-fraud-allegations-are-even-more-ridiculous-than-you-might-think/.

*file*.[4]  However, even after Mr. Lindell admitted to using falsified evidence, you have continued to falsely claim that the PCAPs constitute a MOAB (or "mother of all bombs") of evidence.[5]

Recently, you and General Flynn announced your intention to release a movie based on your book, despite the fact that you have long been aware—and General Flynn is now indisputably aware—that your book and other statements about Dominion were based on fake evidence and discredited sources.  As such, we write to remind you of the mountain of independent evidence conclusively debunking your claims so that there is absolutely no doubt at a future date about what was known to you at this point, before the release of your movie about Dominion.

**I.**     **The Cyber Ninjas circus you are funding in Maricopa County is a sham.**

It appears that you plan to have your movie highlight and focus on the Cyber Ninjas circus that you are funding in Maricopa County, Arizona.  As you know, that effort is not an audit, but a sham designed by deeply biased and facially unreliable sources to reach a false predetermined conclusion that the election was fraudulent.  Evidence of this includes:

- Before being hired by the Arizona Senate, Cyber Ninja's founder and CEO Doug Logan had already publicly claimed that the election was fraudulent.[6]

- Cyber Ninjas is not accredited and has no background in election administration or auditing.[7]

- Former state representative Anthony Kern—***who was on the ballots being inspected*** and was photographed at a Trump rally in Washington, D.C. on the day of the January 6 insurrection—was given access to the ballots in Maricopa County.[8]

- Republican activist Randy Pullen unlocked and accessed at least one of the cages in which ballots were kept.[9]

- A top official in the Justice Department's civil rights division wrote in a letter to the Arizona Senate president that reports suggested that ballots were "not being

---

[4] Maarten Schneck, *Fact Check: Mike Lindell's 'Absolutely 9-0' Movie Does Not Present Credible evidence of Election Fraud*, Lead Stories (June. 3, 2021), https://leadstories.com/hoax-alert/2021/06/fact-check-mike-lindells-absolutely-9-0-movie-des-not-present-credible-evidencehttpshomefrankspeechcomtvvideomike-lindell-presents-absolutely-9-0.html.

[5] Patrick Byrne (@Patrick Byrne), Locals (June 6, 2021), https://patrickbyrne.locals.com/post/737692/exclusive-podcast-moab-that-packet-captured-data-is-just-one-slice-of-a-broader-loaf-that-will.

[6] *See* Jeremy Duda, *Arizona Senate hires a 'Stop the Steal' advocate to lead 2020 election audit*, Ariz. Mirror (Apr. 1, 2021), https://www.azmirror.com/2021/03/31/arizona-senate-hires-a-stop-the-steal-advocate-to-lead-2020-election-audit/.

[7]     https://www.azmirror.com/2021/06/02/the-conspiracy-theory-film-made-at-the-arizona-audit/;     Rosalind     S. Helderman & Josh Dawsey, *As Trump seizes on Arizona ballot audit, election officials fear partisan vote counts could be the norm in future elections*, Wash. Post (Apr. 29, 2021), https://www.washingtonpost.com/politics/trump-arizona-recount/2021/04/29/bcd8d832-a798-11eb-bca5-048b2759a489_story.html

[8] Dan Zak, *The mess in Maricopa*, Wash. Post (May 21, 2021), https://www.washingtonpost.com/lifestyle/2021/05/21/arizona-election-audit-trump-maricopa/.

[9]   Secretary   of   State   Katie   Hobbs   (@SecretaryHobbs),   Twitter   (May   13,   2021,   9:58   pm), https://twitter.com/SecretaryHobbs/status/1393022854288052226.

adequately safeguarded by contractors at an insecure facility, and are at risk of being lost, stolen, altered, compromised or destroyed."[10]

- A former election official and national expert on post-election audits who observed some of Cyber Ninjas' efforts stated that "in more than a decade working on elections, audits and recounts across the country," she had "never seen one [as] mismanaged" as the Arizona effort undertaken by Cyber Ninjas.[11]

## II. Proven Liars, Conspiracy Theorists, and Non-Experts Are Not Reliable Sources of Information.

People you have worked with and apparently intend to feature in your upcoming movie are proven liars, conspiracy theorists, non-experts, and/or otherwise unreliable sources of information.

1. **Joe Oltmann**.  Joe Oltmann has no experience in elections or cybersecurity.  He is a Twitter-banned political activist and leader of a Colorado militia who has ludicrously and falsely claimed that he infiltrated an Antifa conference call where a Dominion employee said he would rig the election.[12]  Despite the fact that it is perfectly legal to record one's phone calls in Colorado, Mr. Oltmann would have people believe that he went to the trouble of infiltrating an Antifa conference call but didn't bother to record the call.  Instead, Oltmann claims to have taken notes, but has not produced any notes or provided any other details or evidence that could be used to corroborate such a call if it had actually happened.  For example, if such a call had actually happened, Mr. Oltmann would be able to identify the date, time, dial-in number, and other participants on the call; and the phone records for Mr. Oltmann and those other participants could be checked to see if the call actually happened.  Mr. Oltmann has never come forward with such details or phone records, plainly because he made the story up, and he does not want any of the alleged participants to be able to disprove his story by showing they were doing something else or on another call at the time that Mr. Oltmann ludicrously claims they were on the phone with Antifa.  Similarly, before the election, Mr. Oltmann claimed to have "uncovered 13 journalists who are actually activist reporters working with Antifa," and that he had "pictures, videos and enough information to bury them heftily and from some create a massive problem for the news organizations that employ them."[13]  Despite these overt threats and promises to produce the "evidence," Mr. Oltmann never produced any evidence, obviously because he was lying about that too.

2. **Phil Waldron**.  Phil Waldron is an employee of Allied Security Operations Group ("ASOG"), who assisted Russell Ramsland with the production of a debunked report

---

[10] Stephanie Becker & Chandelis Duster, *Justice Department warns Arizona Senate president of civil rights violations in 2020 election audit*, CNN (May 6, 2021), https://www.cnn.com/2021/05/06/politics/arizona-election-audit-doj/index.html.
[11] *Id.*
[12] Bente Birkeland, *Electon Conspiracy Theorists Focused On One Man In Colorado. His Life Will Never Be The Same*, CRP (Dec. 21, 2020), https://www.cpr.org/2020/12/21/election-conspiracy-theorists-focused-on-one-man-in-colorado-his-life-will-never-be-the-same-again/.
[13] Joey Bunch, *Antifa among the press corps? New Colorado conservative says so*, Colorado Politics (Oct. 16, 2020), https://www.coloradopolitics.com/2020-election/antifa-among-the-press-corps-new-colorado-conservative-says-so/article_e911fa6a-0fe4-11eb-9797-d797b34dd99d.html.

alleging fraud in Antrim County, Michigan.[14]  Despite holding himself out as a data forensics expert and "information warfare officer,"[15] Mr. Waldron is actually a retired U.S. Army colonel and pharmaceutical manager who owns a brewery and weapons training school in rural Texas.[16]  Mr. Waldron and ASOG are so deeply biased and partisan that they were rejected by the Republican Arizona state senators who chose Cyber Ninjas to conduct the sham audit in Maricopa County.[17]

3.   **Jovan Pulitzer.**  Jovan Pulitzer does not have a background in elections and is, according to Georgia's Republican Secretary of State, a "failed treasurer hunter and failed inventor."[18]  In response to his outlandish claims about election security in Georgia, KnowInk (the creator of voter check-in and verification technology Poll Pad) issued the following response to Mr. Pulitzer's tale about hacking their product: "The assertions made about unauthorized access to our systems are patently false. The man claiming that someone 'got into' our systems did not happen, according to our forensic analysis.  There was no 'hack,' there was no 'back door' entry, there was no 'pump and dump,' and there was no access through a 'thermostat' located hundreds of miles away in Savannah."[19]  Mr. Pulitzer claims that he has invented an untested technology that can determine if a machine or a human marked a ballot, and that his technology is being used in Maricopa County.  In reality, Mr. Pulitzer's most famous invention, CueCat, placed number five in Time Magazine's worst inventions of all time and was the subject of a data breach by hackers in which 140,000 CueCat users had their personal information exposed.[20]

4.   **Ken Bennett.**  Ken Bennett is a failed gubernatorial and congressional candidate who has volunteered as a spokesperson for the sham unfolding in Maricopa County. He has urged members of the public to donate to the cause through a website connected to The America Project—a corporation you started—after being urged to promote it by Cyber Ninjas' Doug Logan.[21]  In addition, in a teaser of your movie, Mr. Bennett states that "there is nothing about this audit that is trying to overturn the November 2020 election.  That result was already certified ... there's no going

---

[14] Paul Egan & Clara Hendrickson, *Trump tweet wrongly suggests there were defects with Michigan voting machines*, Detroit Free Press (Dec. 15, 2020), https://www.freep.com/story/news/politics/elections/2020/12/15/trump-fact-check-defect-voting-machines-michigan/3902951001/.

[15] Ryan Randazzo & Maria Polletta, *Arizona GOP lawmakers hold meeting on election outcome with Trump lawyer Rudy Giuliani*, AZ Central (Nov. 30, 2020), https://www.azcentral.com/story/news/politics/elections/2020/11/30/republican-lawmakers-arizona-hold-meeting-rudy-giuliani/6468171002/.

[16] Phil Waldron, LinkedIn (last visited June 17, 2021), https://www.linkedin.com/in/phil-waldron-3101821b.

[17] Mardi Link, *Antrim election report firm dropped by election officials*, Traverse City Record Eagle (Apr. 4, 2021), https://www.record-eagle.com/news/antrim-election-report-firm-dropped-by-arizona-offiicals/article_8d2c39bc-93f2-11eb-9296-2bca28a263d4.html.

[18] Georgia Secretary of State, *FACT CHECK: GEORGIA SENATE MASQUERADES FAILED TREASURE HUNTER AS HACKER AND ELECTION SECURITY EXPERT*, (Dec. 2020), https://sos.ga.gov/index.php/elections/fact_check_georgia_senate_masquerades_failed_treasure_hunter_as_hacker_and_election_security_expert.

[19] KnowInk Admin, *Georgia Runoff Election Update*, KnowInk (Dec. 31, 2020), https://knowink.com/georgia-runoff-election-update/.

[20] Jerod MacDonald-Evoy, *Audit using unproven technology developed by 'failed inventor' Jovan Pulitzer*, AZ Mirror (Apr. 30, 2021), https://www.azmirror.com/2021/04/30/audit-using-unproven-technology-developed-by-failed-inventor-jovan-pulitzer/.

[21] Rosalind S. Helderman & Josh Dawsey, *As Trump seizes on Arizona ballot audit, election officials fear partisan vote counts could be the norm in future elections*, https://www.washingtonpost.com/politics/trump-arizona-recount/2021/04/29/bcd8d832-a798-11eb-bca5-048b2759a489_story.html#click=https://t.co/dCOAPuJoe2.

back and changing that."[22]  This is counter to your messaging, where you have claimed that Trump would be returned to the White House by this fall.[23]  Finally, Mr. Bennett has also promoted ludicrous conspiracy theories, including the "birther" conspiracy that President Obama was not born in the United States.[24]

5.  **Joseph Flynn**.  Joseph Flynn is Michael Flynn's younger brother.  Flynn is a healthcare IT professional and has no background or experience in elections.  His self-described "specialties" on his LinkedIn profile are "mergers and acquisitions, venture capital raising, corporate management, international partnerships, international business, all types of business negotiations both domestic and international, international and domestic finance."[25]  The only experience you highlight in his introduction is that he is a board member of "America's Future," a conservative nonprofit chaired by his brother.

6.  **Jesse Binnall**.  Jesse Binnall is a former Trump campaign attorney whom you falsely identify as a "Nevada Attorney."  Mr. Binnall is not licensed to practice in Nevada, just Virginia, and Idaho.[26]  But as a pre-release clip of your forthcoming movie demonstrates, you are apparently falsely touting him as an expert on Nevada election law (he is not).[27]

7.  **Bobby Piton.**  Bobby Piton is a financial planner who runs a financial advising firm with his wife in Illinois.  After having his Twitter account banned in November 2020 for spreading false information regarding the election, Mr. Piton has launched a new Twitter account linked to a 2022 campaign for the United States Senate.[28]  Piton has long been involved in conspiracy theories, recently admitting to communicating with Ron Watkins, who is considered by many to be behind QAnon.[29]  Mr. Piton has no background in running elections, election security, or anything else that would make him a credible source for your movie.

8.  **Matthew DePerno**.  Matthew DePerno is a Michigan attorney whose bogus claims about the election in Antrim County, Michigan were dismissed.  His claims were so ridiculous that he lost his legal malpractice insurance and is currently under

---

[22] *Ken Bennett, AZ Senate Audit Liaison Discusses The Maricopa County Audit*, Rumble (June 13, 2021), https://rumble.com/vii0jf-ken-bennett-az-senate-audit-liaison-discusses-the-maricopa-country-audit-.html.

[23] Patrick Byrne (@PatrickByrne), Locals (May 5, 20210), https://patrickbyrne.locals.com/post/642823/this-information-is-so-earth-shattering-that-yes-it-is-possible-trump-could-be-back-in-the.wh.

[24] Paulina Pineda, *Who is Ken Bennett, Arizona Senate's liaison for the Maricopa County election audit?*, AZ Central (Apr. 28, 2021), https://www.azcentral.com/story/news/politics/elections/2021/04/28/arizona-ken-bennett-senate-liaison-maricopa-county-election-recount-audit/4874445001.

[25] Joe Flynn, LinkedIn (last visited June 17, 2021), https://www.linkedin.com/in/joeflynn/.

[26] *Jesse R. Binnall*, Binnall Law Group (last visited June 17, 2021), https://www.binnall.com/our-team/jesse-r-binnall/.

[27] *Jesse Binnal Appearing In The Deep Rig Describes Election Corruption*, Rumble (June 13, 2021), https://rumble.com/vihz9l-jesse-binnal-appearing-in-the-deep-rig-describes-election-corruption.html.

[28] Chelsey Cox, *Fact check: False claim of fraud in Arizona voter registrations*, USA Today (Jan. 12, 2021), https://www.usatoday.com/story/news/factcheck/2021/01/12/fact-check-false-claim-fraud-arizona-voter-registrations/4114323001/.

[29] Kelly Weill, *Last-Ditch Plot to Undermine Biden's Election Goes Full QAnon*, Daily Beast (Apr. 17, 2021), https://www.thedailybeast.com/last-ditch-plot-to-sabotage-bidens-presidential-election-goes-full-qanon; Chelsey Cox, *Fact check: False claim of fraud in Arizona voter registrations*, USA Today (Jan. 12, 2021), https://www.usatoday.com/story/news/factcheck/2021/01/12/fact-check-false-claim-fraud-arizona-voter-registrations/4114323001/.

investigation for FDIC violations.[30]  According to the Michigan Secretary of State, "DePerno has again resorted to spreading lies in a desperate attempt to confuse voters.  The truth is that voting machines counted ballots accurately, as the full hand tally of all presidential election ballots cast in Antrim County proved.  The claims in DePerno's videos are absurd on their face, and further evidence of his complete and willful lack of knowledge of election administration."[31]

9.  **Roger R. Richards.**  Roger Richards, who is listed as the director of your forthcoming movie, is a known conspiracy theorist whose previous work includes movies making outlandish and false claims, such as 9/11 was an alien conspiracy and that his films will "expose the workings of the Deep State." [32]  Mr. Richards was also briefly associated with a documentary supporting the QAnon conspiracy, titled "Q," which was indefinitely delayed in September 2020.[33]

10.  **Steve Lucescu.**  Steve Lucescu, who is billed as a producer of your "documentary," has no relevant experience in election security.  He is a stuntman and stunt coordinator and the CEO of a shamanic energy company.[34]  The only record of Lucescu's "producer" credentials is the now canceled documentary "Q."[35]

\*\*\*

Given the chorus of pretenders who have proven their willingness to manufacture fake evidence and to lie about Dominion, you are well aware that there is serious reason to doubt the credibility of the claims you are planning to broadcast in your movie.  If you were actually interested in the truth, you would tell us who you plan to feature in your movie and give us a reasonable opportunity to review their purported evidence ***before*** you release the movie, so that we can point out the red flags and other obvious errors that have plagued all of the other fake evidence that you have put forward against Dominion.

As you know, credible sources have repeatedly debunked false claims about Dominion.  By way of example:

- On November 12, 2020, the Elections Infrastructure Government Coordinating Council and the Election Infrastructure Sector Coordinating Executive Committees

---

[30] *Threats To The Safety Of Attorneys Involved In Election Integrity Suits*, Rumble (June 13, 2021), https://rumble.com/vihzyv-threats-to-the-safety-of-attorneys-involved-in-election-integrity-law-suits.html.

[31] *Joceyln Benson, Secretary of State*, State of Michigan (last visited June 17, 2021), https://www.michigan.gov/documents/sos/Statement_on_ASOG_video_711040_7.pdf.

[32] B. Alan Orange, *Above Majestic Trailer Exposes Craziest Alien Conspiracy of All Time*, MovieWeb (Oct. 16, 2018), https://movieweb.com/above-majestic-trailer/; *A Thousand Pieces*, IMDB (last visited June 17, 2021), https://www.imdb.com/title/tt13445346/?ref_=nm_knf_t1.

[33] Q.movie, *Is the Possibly Shelved "Q"anon Documentary a Sign of Trump's Failing Popularity*, EIN Presswire (Sept. 9, 2020), https://www.einnews.com/pr_news/525752154/is-the-possibly-shelved-q-anon-documentary-a-sign-of-trumps-failing-popularity.

[34] *Steve Lucescu*, IMDB (last visited June 17, 2021), https://www.imdb.com/name/nm0524491/?ref_=nm_mv_close.

[35] Q.movie, *Is the Possibly Shelved "Q"anon Documentary a Sign of Trump's Failing Popularity*, EIN Presswire (Sept. 9, 2020), https://www.einnews.com/pr_news/525752154/is-the-possibly-shelved-q-anon-documentary-a-sign-of-trumps-failing-popularity.

released a joint statement confirming that there is "no evidence that any voting system deleted or lost votes, changed votes, or was in any way compromised."[36]

- On November 16, 2020, fifty-nine specialists in election security issued a statement that "no credible evidence has been put forth that supports a conclusion that the 2020 election outcome in any state has been altered through technical compromise."[37]

- On December 1, 2020, Trump appointee and then-U.S. Attorney General Bill Barr confirmed that the Department of Justice and the Department of Homeland Security "haven't seen anything to substantiate" allegations that "machines were programmed essentially to skew the election results."[38]

In addition, independent audits and hand recounts have repeatedly and conclusively disproven election-rigging claims. Dominion's machines count votes on paper ballots. The paper ballots are the hard evidence that can be easily used to verify the accuracy of the Dominion machine counts. If Dominion, Venezuela, Hugo Chavez, China, Russia, or anyone else had rigged the election by manipulating the vote counts in the Dominion machines, the number of votes on the paper ballots would not match the machine counts. In fact, independent 100% hand audits and recounts of paper ballots have repeatedly verified the accuracy of the vote counts from Dominion machines—conclusively disproving the false claims that Dominion machines had an "error rate" of more than 60% or flipped, weighted, or otherwise manipulated vote counts.

As set forth in the independent sources cited above, in our last letter to you, and in Dominion's defamation complaints against Defending the Republic, Inc., Sidney Powell, her law firm, MyPillow, Inc., Mike Lindell, Rudy Giuliani, and Fox News, your claims about Dominion are false, are based on fake evidence and discredited experts, and have been repeatedly and conclusively debunked by independent audits, hand recounts of paper ballots, government records, bipartisan election officials, real election security experts, judges, and Trump Administration officials and allies.[39]

Given that you were previously the CEO of Defending the Republic, Inc. and submitted an affidavit in support of its motion to dismiss Dominion's defamation complaint, we have no doubt that you are already well aware of the independent evidence cited in Dominion's defamation complaints. However, we are sending them to you now—and expressly inviting you to read all of the

---

[36] Cybersecurity & Infrastructure Security Agency, *Joint Statement From Elections Infrastructure Government Coordinating Council & The Election Infrastructure Sector Coordinating Executive Committees* (Nov. 12, 2020), https://www.cisa.gov/news/2020/11/12/joint-statement-elections-infrastructure-government-coordinating-council-election.

[37] *See Scientists say no credible evidence of computer fraud in the 2020 election outcome, but policymakers must work with experts to improve confidence* (Nov. 16, 2020), https://www.mattblaze.org/papers/election2020.pdf.

[38] Michael Malsmo, *Disputing Trump, Barr says no widespread election fraud*, Associated Press (Dec. 1, 2020), https://apnews.com/article/barr-no-widespread-election-fraud-b1f1488796c9a98c4b1a9061a6c7f49d.

[39] Hard copies of each of these complaints have been mailed with this letter. You can also view the complaints online: *Dominion v. Powell et al*, No. 1:21-cv-00040 (D.D.C. Jan. 8, 2021), https://www.courtlistener.com/docket/29090821/1/us-dominion-inc-v-p; *Dominion v. Giuliani*, No. 1:21-cv-00213 (D.D.C. Jan. 25, 2021), https://www.courtlistener.com/docket/41955367/1/us-dominion-inc-v-giulia; *Dominion v. My Pillow, Inc. et al*, No. 1:21-cv-00445 (D.D.C. Feb. 22, 2021), https://www.courtlistener.com/docket/59670901/1/us-dominion-inc-v-my-pillow-inc/; *Dominion v. Fox News Network, LLC*, No. 21C-03-257 (Del. Super. Ct. Mar. 26, 2021), https://www.documentcloud.org/documents/20527880-dominion-v-fox-news-complaint.

independent evidence cited in them—so that there is absolutely no doubt in the future about the information that was known to you before you released your forthcoming movie.

Dominion expressly reserves all rights.

Regards,

Thomas. A. Clare, P.C.

Megan L. Meier

# Exhibit 1





THOMAS A. CLARE, P.C.                                                                        MEGAN L. MEIER

March 31, 2021

***Via Email & Federal Express***

Patrick Byrne
9810 East Martha Rd.
Alta, UT 84092
pmbyrne@protonmail.com

> **Re:    Your False Claims About Dominion**

Mr. Byrne:

   We write again on behalf of US Dominion Inc.[1]  You have repeatedly and falsely claimed that the 2020 election was stolen through the manipulation of vote counts in Dominion machines. In support of that false claim, you have promoted fake "evidence" and "experts" including:

- A misleading photograph of boxes containing Chinese-made ***transport bags***, which you claimed showed that Dominion ***machines*** are made in China.

- A video by a convicted felon and swingset installer whom you falsely held out as a "mathematician," who falsely claimed that Dominion algorithms stole the election in Philadelphia even though Dominion machines were not even used there.

- A spreadsheet containing fake media access control ("MAC") addresses, which you claimed shows China and other countries hacking into Dominion machines and flipping votes.

- The debunked hacking claims of a failed treasure hunter who tried to find the Ark of the Covenant.

- An admittedly "misleading" affidavit from a former mechanic who failed out of the entry-level training course on military intelligence, whom you falsely held out as a "military intelligence analyst" even though he is not and never has been a military intelligence analyst.

- A so-called "forensic audit report" by a "Deep State" conspiracy theorist, whom you falsely held out as an expert in forensic analysis of voting machines, even though he had previously been discredited for citing counties in Minnesota to allege fraud in

---

[1] We also represent and write on behalf of its subsidiaries, Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Dominion").

Michigan and even though his report was debunked by election security experts and other knowledgeable sources as "critically flawed" and "riddled with false and unsupported claims, baseless attacks, and incorrect use of technical terms," and showing a "grave misunderstanding" of the voting machine and "a lack of knowledge of election technology and process."

Because your demonstrably false claims have caused and are continuing to cause enormous irreparable harm to Dominion, its employees, and American democracy, we write to demand that you retract your false claims and set the record straight. Although you have claimed to have "physical evidence that proves absolute proof of fraud,"[2] the only "evidence" you have put forward is misleading and manufactured or has been debunked, and is therefore no evidence of fraud at all. For example:

## I.     The Misleading Photograph

The photograph you put forward "to end debate on whether Dominion machines are made in China" depicts boxes of **_transport bags_** used to transport Dominion machines.[3] While the transport bags are made in China and a small number of subcomponents are sourced from China, the voting machines are not. Although the person who took the photograph positioned himself so that the words "Transport Bag" were partially obscured behind a metal beam, part of those words can be made out on the boxes, just to the right of the navy and ivory beam on the left side of the photograph:



## II.     The Convicted Felon Slash Swingset Installer

You have also promoted and published videos by Edward Solomon, whom you falsely represented was a "mathematician," writing that "the patterns and puzzles you see Solomon

---

[2] _Patrick Byrne says evidence of election fraud is real_, Economic War Room with Kevin Freedman (Dec. 1, 2020), https://www.youtube.com/watch?v=PD_BHZQcmMI.

[3] Patrick Byrne, _How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call._, Deep Capture (Jan 31, 2021), https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference-in-this-election-you-make-the-call/.

unravelling in th[ese] two videos were precisely what our own cyber-ninjas were doing inside our group."[4]  In the videos you touted and published on your January 27, 2021 blog post, Solomon says he is presenting "geometric proof that the 2020 presidential election was stolen in the city of Atlanta in the state of Georgia" and that the "geometrical proof supersedes and statistical argument or counterargument."   The first Solomon video you published on your blog falsely states that an "algorithm" "manipulated" votes, stealing 25,000 votes from Trump in Atlanta alone.

 

        The second Solomon video you published features spreadsheets of purported voting data from Philadelphia, while Solomon narrates: "I have all the data from Philadelphia and all the tabulations done over time for the entire week after Election Day and I have discovered the way Dominion actually distributes the votes.  ... [I]t transfers fractions between precincts... I discovered that the fraction logic sets a specific number of votes that Trump is allowed to get... and then it puts a minimum on Biden.... Before I get into the Dominion vote-switching.... This is how I finally figured out how Dominion works.... I think Dominion has a certain number of votes it needs to flip... Because Trump had such a huge margin, let's say it needs to flip them and needs to make sure that Biden gets 66 votes to every 33 votes for Trump... What it does, it just splits into blocks, these fractional blocks.... This is what Dominion does, I'm going to split this into three precincts and change the amount of votes that come in."



---

[4] Patrick Byrne, *How DJT Lost the White House, Chapter 1: All the President's Teams*, Deep Capture (Jan. 27, 2021), https://www.deepcapture.com/2021/01/november-3-december-23-all-the-presidents-teams/.

Two problems.  First, as you are surely aware from information that was readily available in the public domain before you published Solomon's videos, Dominion machines were not even used in Philadelphia.[5]  This alone discredits Solomon and his outlandish vote-flipping claims against Dominion.

Second, far from being a "mathematician," Mr. Solomon is an "installer" at Creative Playthings (a swingset construction company) and a "Carpenter/Labor" at Racanelli Construction, Inc.[6]  His LinkedIn profile says he "attended" Stony Brook University, but does not indicate that he graduated.[7]  As publicly available records reflect, Mr. Solomon pled guilty to a felony charge of "criminal sale of a controlled substance" and—according to records from New York's Department of Corrections—Solomon served seven months and five days in jail for his crime.[8]

| Identifying and Location Information | |
|---|---|
| As of 02/04/21 | |
| DIN (Department Identification Number) | 16R3204 |
| Inmate Name | SOLOMON, EDWARD K |
| Sex | MALE |
| Date of Birth | 03/07/1990 |
| Race / Ethnicity | WHITE |
| Custody Status | RELEASED |
| Housing / Releasing Facility | MORIAH |
| Date Received (Original) | 12/08/2016 |
| Date Received (Current) | 12/08/2016 |
| Admission Type | |
| County of Commitment | SUFFOLK |
| Latest Release Date / Type (Released Inmates Only) | 07/13/17 PAROLE - COND REL TO PAROLE |

## III.   The Fake Spreadsheet

You also posted a spreadsheet, which you claimed was from the "best cyber-forensics specialist" you had ever met, and which you claimed documented the flipping of 299,567 votes via attacks on election systems across Pennsylvania, Michigan, Wisconsin, Arizona, Nevada, and Georgia.  Although your post falsely suggests that the spreadsheet proves the hacking and manipulation of vote tallies in Dominion machines, the IP addresses in the "Target" IP address field are not the IP addresses of Dominion voting machines at all, but the IP addresses of county websites; those IP addresses are publicly available in free online databases where anyone can copy them and paste them into a spreadsheet.

---

[5]  *See* Verified Voting, https://verifiedvoting.org/verifier/#mode/search/year/2020/state/42/county/101; Ali Swenson, *Philadelphia does not use Dominion Voting Systems technology*, Associated Press (Nov. 22, 2020), https://apnews.com/article/fact-checking-afs-Content:9798361760.
[6] Mr. Solomon's personal Facebook page contains details about his work and education.  Mr. Solomon's Facebook is available here: https://www.facebook.com/solomonscourge/about_work_and_education.
[7] *See* Mr. Solomon's LinkedIn is available here: https://www.linkedin.com/in/edward-solomon-965842145/.
[8] *See People v. Solomon*, 162 A.D.3d 912, 912, 80 N.Y.S.3d 81, 82 (2018).

4

Whoever copied and pasted those publicly available county website IP addresses into the spreadsheet also populated the spreadsheet with fake MAC addresses, identified in the sheet as the "ID" columns.  As you surely know from your technical background and interest in election hacking, the first six digits of a MAC address are called an organizationally unique identifier ("OUI"), which identifies the manufacturer of the device,[9] and OUIs and MAC addresses are registered with and administered by the Institute of Electrical and Electronics Engineers ("IEEE").[10]  A basic MAC address and OUI search, with which you are familiar, confirms that the IDs in the spreadsheet are fake.

## IV.    The Failed Treasure Hunter

You have also put forward as "experts" Jovan Pulitzer and an unidentified purported "senior corporate security expert" and published the lie—apparently sourced from them—that "someone from China Telecom had come through the Internet onto the Smart Thermostat in order to connect to" a "tabulating machine" in Georgia.[11]  As you are no doubt aware, Pulitzer is not an expert in voting machines, and his claims have been disproven by independent forensic analysis conducted by a testing laboratory certified by the U.S. Election Assistance Commission and recommended by the National Institute of Standards and Technology, which found "no evidence of the machines being tampered."[12]  As explained by Georgia's Secretary of State:

> [F]ailed treasure hunter, J. Hutton Pulitzer, or Commander Pulitzer (no record of military experience), claimed that he had "hacked" Georgia's voting system.  The treasure hunter provided no evidence … that he had done so, only claiming it had happened. … In another election disinformation-filled hearing, a small group of Republicans in the Georgia State Senate featured the claims of failed inventor and failed treasure hunter J. Hutton Pulitzer as a star witness.  In his presentation, Hutton Pulitzer, formerly J. Jovan Philyaw, claimed without providing any evidence that he had "hacked" a poll pad.  He then went on to claim that meant that the entire voting system was compromised even though the poll pad, like the poll books which they have replaced, are never connected to the rest of the voting system.
>
> Hutton Pulitzer was the inventor of CueCat, a cat shaped device that, when connected to the computer, allowed users to scan barcodes on ads that would bring up the website where they could purchase the advertised product. The device attracted $185 million in investment before becoming "an anathema of the tech industry and a cautionary tale for investors."  In 2006, it was listed as one of the "25 worst tech products of all time" by PC World magazine.

---

[9] *See* Definition, Organizational Unique Identifier, PC Magazine, https://www.pcmag.com/encyclopedia/term/oui.
[10] *See* IEEE SA – Registration Authority, https://standards.ieee.org/products-services/regauth/index.html.
[11] Patrick Byrne, *How DJT Lost the White House Chapter 4: The Christmas Doldrums (December 26- noon January 6)*, Deep Capture (Feb. 4, 2021), https://www.deepcapture.com/2021/02/how-djt-lost-the-white-house-chapter-4-the-christmas-doldrums-december-23-noon-january-6/.
[12] Georgia Secretary of State, *Secretary Raffensperger Announces Completion of Voting Machine Audit Using Forensic Techniques: No Sign of Foul Play*, https://sos.ga.gov/index.php/elections/secretary_raffensperger_announces_completion_of_voting_machine_audit_using_forensic_techniques_no_sign_of_foul_play.

Hutton Pulitzer later became a treasure hunter, searching unsuccessfully for the Ark of the Covenant and later claiming that a sword, that was likely a fake, not only had "'magical' magnetic properties" but was also a sign that ancient Romans had visited North America by 200 A.D.

His published work is comprised largely of "Commanders Lost Treasures" books, a separate one for many states in the U.S., and includes "How to Cut Off Your Arm and Eat Your Dog."

...

In a statement, poll pad creator KnowInk said: "The assertions made about unauthorized access to our systems are patently false. The man claiming that someone 'got into' our systems did not happen according to our forensic analysis. There was no 'hack,' there was no 'back door' entry, there was no 'pump and dump,' and there was no access through a 'thermostat' located hundreds of miles away in Savannah."[13]

## V.    The Misleading Affidavit from the Former Mechanic Who Failed Out of an Entry-Level Training Course on Military Intelligence

Also in support of your false claims against Dominion, you have touted the affidavit of an anonymous purported "military intelligence analyst."[14]   Your purported "military intelligence analyst" has since been identified as Josh Merritt, who has admitted that he never actually worked in military intelligence and that the declaration that was written for him to sign is "misleading" and he "was trying to backtrack" on it.[15]  Far from being a "military intelligence analyst," Merritt is an IT consultant and former mechanic who washed out of the military's entry-level training course on intelligence.[16]

## VI.    Your Bogus "Forensic Audit Report" on Antrim County, Michigan

You have also repeatedly touted a so-called "forensic audit report" on Dominion machines in Antrim County, Michigan.  You apparently paid Allied Security Operations Group ("ASOG") to manufacture that report and its false assertions—which you republished—that "the Dominion Voting System is intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results," that its system "intentionally generates an enormously high number of

---

[13] Georgia Secretary of State, *Fact Check: Georgia Senate Masquerades Failed Treasure Hunter as Hacker and Election Security Expert*, https://sos.ga.gov/index.php/elections/fact_check_georgia_senate_masquerades_failed_treasure_hunter_as_hacker_and_election_security_expert.

[14] Patrick Byrne, *Evidence Grows: '20 Election Was Rigged*, Deep Capture (Nov. 24, 2020), https://www.deepcapture.com/2020/11/election-2020-was-rigged-the-evidence/.

[15] Emma Brown, Aaron C. Davis & Alice Crites, *Sidney Powell's secret 'military intelligence expert,' key to fraud claims in election lawsuits, never worked in military intelligence*, Wash. Post (Dec. 11, 2020), https://www.washingtonpost.com/investigations/sidney-powell-spider-spyder-witness/2020/12/11/0cd567e6-3b2a-11eb-98c4-25dc9f4987e8_story.html.

[16] *Id.*

ballot errors," that the "intentional errors lead to bulk adjudication of ballots with no oversight, no transparency, and no audit trail," an issue "that leads to voter and/or election fraud," that Dominion was "subject to foreign interference in the 2020 election in the United States" and that its systems have "defects that allowed the same outside and foreign interference in our election, in which there is a probability votes were in fact altered and manipulated contrary to the will of the voters."

Where to begin.  As an initial matter, voters in Antrim County, Michigan, used pens and pencils to hand mark paper ballots, which remain in the custody of Republican election officials in Antrim County.  Dominion machines simply counted the votes on those paper ballots.  If foreign countries, hackers, Democrats, George Soros, space aliens, or anyone else had hacked into the Dominion machines in Antrim County and manipulated the vote tallies in those machines, then the machine tallies would not match the votes on the paper ballots in the possession of the Republican county officials.  In fact, they do match, as confirmed by a hand recount of the paper ballots.[17]

But above and beyond the fact that the hand recount conclusively disproves ASOG's false accusations, the "report" also contains a staggering number of inaccuracies; obvious misrepresentations about election procedures, hardware, and software; and other obvious indicia of unreliability.  It is fraught with errors and gross misrepresentations of election security and voting machines and software.  For example:

- The report references the "allowable election error rate established by the Federal Election Commission."  The FEC does not regulate voting machines or software.  It regulates campaign finance.  The authors of the report apparently confused the FEC and the Election Assistance Commission ("EAC") because they lack basic familiarity with election security and the regulations pertaining to it.  Dominion's election voting system suite is, as you know, certified by the EAC.

- The report also says that a "forensics team" "perform[ed a] forensic duplication of the Antrim County Election Management Server running Dominion Democracy Suite 5.5.3-002."  But there is no Democracy Suite 5.5.3-002.  Instead, 5.5.3-002 is the version of the ImageCast Precinct tabulator (i.e., the actual scanner), not the election management server or software.  This demonstrates that the report's creators don't even know the difference between the relevant hardware, software, and servers involved.

- The report also claims that "all adjudication log entries for the 2020 election cycle are missing" and must have been "manually removed."  In fact, Antrim County only purchased (and therefore only used) certain components of Dominion's voting system suite; they neither purchased nor used nor possessed the hardware required

---

[17] *Trump still wins small Michigan county after hand recount*, Associated Press (Dec. 17, 2020), https://apnews.com/article/election-2020-joe-biden-donald-trump-michigan-elections-07e52e643d682c8033a0f26b0d863387.

to use the adjudication software.    Therefore, no adjudication log entries were "manually removed" because there were no adjudication log entries to begin with.

- The report's claim of a 68% "error rate" evidences a fundamental misunderstanding of election software.    The report bases that so-called "error rate" off the tabulation logs.    But the tabulation logs do not reflect the machine's tabulation of votes; they record activities logged by the machine during the tabulation process.    So the report's claim that "these ... tabulation totals were used as the official results" is false (because they are a recording of machine activity, not votes).    Simply put, the authors of the report grossly misrepresented what the logs show.    While the report asserts that a huge percentage of machine activity reflected in the tabulation logs were "errors" or "warnings," it offers no explanation of how its authors identified or defined an "error" or "warning."    The report references three settings—"reverse," "divert," and "override"—as examples of these so-called "critical errors" or "warnings."    But these are not "errors."    They are parameters used in the tabulator to handle ballots that, for example, include write-in candidates or ballots that contain votes for two candidates for the same office.    Calling these "errors" is analogous to claiming that the low fuel indicator light turning on in a car is an "error"—it is of course not an error; the car is operating precisely how it is supposed to.    Similarly, just because the tabulator recorded, for example, "divert" does not mean that there was an error with the ballot or the vote; precisely the opposite—it means that the machine operated properly in response to that ballot.

    People who are actually knowledgeable about election security and procedures in Antrim County promptly, publicly, and forcefully rebutted the report you commissioned.    Antrim County officials determined—and publicly announced—that the report was "riddled with false and unsupported claims, baseless attacks, and incorrect use of technical terms."[18]    Similarly, the former acting director of the EAC's Voting System Testing and Certification program said that the report showed a "grave misunderstanding" of Antrim County's voting system and "a lack of knowledge of election technology and process."[19]    Michigan's Attorney General and Secretary of State issued a joint statement that the report was "critically flawed, filled with dramatic conclusions without any evidence to support them."[20]    And the Republican county clerk for Antrim County stated that the report contained "many misleading statements" and was "simply not accurate."[21]

---

[18] See Ali Swenson, *Report spreads debunked claims about Dominion machines in Michigan county*, Associated Press (Dec. 15, 2020), https://apnews.com/article/fact-checking-afs:Content:9847904839.

[19] See Todd Spangler, *Former election security chief for Trump knocks down Antrim County report*, The Detroit Free Press (Dec. 16, 2020), https://www.freep.com/story/news/politics/elections/2020/12/16/antrim-county-report-debunked-by-former-trump-election-official/3923499001/.

[20] AG, SOS: *Plaintiff's Report in Antrim County Election Lawsuit Demonstrates Lack of Credible Evidence in Widespread Fraud or Wrongdoing*, Michigan Dep't of Attorney General (Dec. 14, 2020), https://www.michigan.gov/ag/0,4534,7-359-92297_47203-547422-,00.html.

[21] Craig Mauger, *Michigan election officials slam report on votes in Antrim County*, The Detroit News (Dec. 14, 2020), https://www.detroitnews.com/story/news/politics/2020/12/14/michigan-judge-allows-release-report-antrim-county-voting/6537394002/.

As you are well aware from numerous credible sources in the public domain, the issue in Antrim County was caused by human error, not Dominion machines:

- The Office of Michigan's Secretary of State publicly announced that the "erroneous reporting of unofficial results in Antrim county was a result of accidental error on the part of the Antrim County Clerk.  The equipment and software did not malfunction and all ballots were properly tabulated."[22]

- A spokesperson for the Michigan Secretary of State confirmed, "We have not seen any evidence of fraud or foul play in the actual administration of the election ...  What we have seen is that it was smooth, transparent, secure and accurate."[23]

- Following a bipartisan investigation into the vote in Antrim County, Michigan, the state's Republican Senate Majority Leader Mike Shirkey announced, "Our investigation, which has been very intense, discovered none, none of the allegations and accusations against Dominion [are] true."[24]

## VII.   The ASOG Report Was Manufactured by Non-Experts Who Were Determined to Reach a False Preconceived Conclusion That the Election Had Been Stolen Through Machines

To support your false claims about Dominion, you have repeatedly misrepresented the credentials of those whom you commissioned to manufacture evidence of a stolen election, claiming for example, that your team "was not just a ragtag bunch of misfits," but "professionals with extensive federal backgrounds, with all kinds of experiences and certifications in matters cyber."[25]  In reality, as you know, the team you paid to manufacture the ASOG "report" is comprised entirely of people who are not actually experts in voting machines or election security.

Although the report you commissioned purports to be based on the work of various "experts," it does not identify any of them by name except for Russell Ramsland, Jr.  As you are well aware from the report itself, Russell Ramsland claims to have degrees in business and political science, neither of which are technical degrees conferring expertise in voting machines or election security.  And, as you know from documents that are readily available in the public domain and referenced in the lawsuit against Defending the Republic, Inc.—an organization for which you are now apparently the CEO—Ramsland is a conspiracy theorist who publicly claimed years ago that the

---

[22] The Office of Secretary of State Jocelyn Benson, *False claims from Ronna McDaniel have no merit* (Nov. 6, 2020), https://www.michigan.gov/sos/0,4670,7-127-1640_9150-544676--,00.html.
[23] Nick Corasaniti, Reid J. Epstein & Jim Rutenberg, *The Times Called Officials in Every State: No Evidence of Voter Fraud*, N. Y. Times (Nov. 10, 2020), https://www.nytimes.com/2020/11/10/us/politics/voting-fraud.html.
[24] Abigail Censky, *How Misinformation Lit The Fire Under A Year Of Political Chaos In Michigan*, NPR (Jan. 1, 2021), https://www.npr.org/2021/01/01/952528193/how-misinformation-lit-the-fire-under-a-year-of-political-chaos-in-michigan.
[25] Patrick Byrne, *How DJT Lost the White House, Introduction: Why I Was Involved Before November 3 & What I Learned Because I was (1.3)*, Deep Capture (Jan. 24, 2021), https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-introduction-why-i-was-involved-before-november-3-and-what-i-learned-by-doing-so/.

"Deep State" was formed in the in 1930s in Nazi Germany by George Soros, George H.W. Bush's father, the Muslim Brotherhood, and "leftists."[26]  (Soros was born in 1930.[27])

As you knew from working with Ramsland **before** you touted his bogus report on Antrim County, Ramsland is either embarrassingly incompetent or intentionally deceptive in his quest to manufacture evidence of electoral fraud: he was publicly discredited for providing "materially false information" when he referenced and cited locations in Minnesota to support his claims of fraud in Michigan.[28]  Similarly, before you touted his report on Antrim County, Ramsland was publicly discredited for grossly misrepresenting voter turnout rates in numerous Michigan counties.[29]

It is readily apparent that you commissioned Ramsland **not** because he had relevant expertise in voting machines and election security but because he was willing to manufacture evidence to support the false preconceived narrative that the election had been stolen through voting machines. As you know, Ramsland has been peddling the voting-machine-fraud narrative since at least 2018, **but against other voting machine companies—not against Dominion**.

Two years after losing a Republican primary election to Pete Sessions in 2016, Ramsland claimed that Sessions had been robbed of a seat in Congress by vote-flipping machines in Dallas, Texas.  In that 2018 election, Dallas had used machines made by Election Systems & Software ("ES&S")—**not Dominion**.  The following year, in 2019, Ramsland made similar claims about Kentucky's gubernatorial race, which was handled by machines made by ES&S and Hart Intercivic—**not Dominion**.  As you know, Ramsland submitted his claims about those elections to the Department of Homeland Security ("DHS"), but DHS did not find his claims credible.

Notably, if Ramsland's claims about the ES&S and Hart Intercivic voting machines in Texas and Kentucky were true, that would cast doubt on Trump's wins in those states and several other states that used those machines.  But since that fact undermines your false preconceived narrative that the election was stolen from Trump, you deliberately misrepresented Ramsland's claims and revised them to fit the story you wanted to tell: you changed the story so that it was Dominion—rather than its competitors—who had been involved in the 2018 Dallas election.[30]  And, to further bolster the credibility of the team you hired, you deliberately misrepresented that they had been

---

[26] John Savage, *Texas Tea-Partiers Are Freaking Out over Deep-State Conspiracy Theories*, Vice (Sept. 20, 2018), *available at* https://www.vice.com/en/article/mbwgxx/texas-tea-partiers-are-freaking-out-over-deep-state-conspiracy-theories.

[27] Wikipedia, "George Soros," *available at* https://en.wikipedia.org/wiki/George_Soros.

[28] Clara Hendrickson, *Affidavit in Michigan lawsuit seeking to overturn election makes wildly inaccurate claims about vote*, PolitiFact (Dec. 4, 2020), https://www.politifact.com/factchecks/2020/dec/04/russell-james-ramsland-jr/affidavit-michigan-lawsuit-seeking-overturn-electi/ ; *see also*, Louis Jacobson & Noah Y. Kim, *Giuliani cites affidavit with crucial errors in press conference*, PolitiFact (Nov. 20, 2020), https://www.politifact.com/factchecks/2020/nov/20/rudy-giuliani/giuliani-cites-affidavit-crucial-errors-press-conf/; Rule to Show Cause, *Page v. Oath Inc.*, No. S20C-07-030 (Del. Super. Ct. Dec. 18, 2020).

[29] Clara Hendrickson, *Affidavit in Michigan lawsuit makes wildly inaccurate claims about voter turnout in state*, Detroit Free Press (Dec. 4, 2020), https://www.freep.com/story/news/local/michigan/detroit/2020/12/04/michigan-lawsuit-makes-wild-claims-voter-turnout/3829654001/.

[30] *See, e.g., Interview of Patrick Byrne, tech millionaire founder of Overstock by Chanel Rion*, One America News (Nov. 23, 2020), https://www.youtube.com/watch?v=rkwE8PjpgDU&feature=youtu.be; Glenn Beck, Interview *with Patrick Byrne* (Dec. 1, 2020), https://www.youtube.com/watch?v=pTZsBotGRgU&feature=youtu.be; Economic War Room, *Patrick Byrne says evidence of election fraud is real* (Dec. 2, 2020), https://youtu.be/PD_BHZQcmMI.

hired by the state of Texas to investigate the 2018 Dallas election, even though you knew that it was not the State of Texas that hired them, but—according to Ramsland himself—some unidentified "citizens group" that had purportedly done so.[31]

## VIII.    Hand Recounts of Paper Ballots Have Disproven Your False Claims About Dominion

You are well aware that there are real academics in election security, such as Professor J. Alex Halderman and Professor Andrew Appel.  In fact, when attempting to bolster your false claim that the 2020 election had been hacked, you yourself cited them because they had previously raised concerns about the hackability of voting machines.  Of course, as you know, you did not hire them because they did not endorse your false claim that the 2020 election was in fact hacked—a false claim that you have repeatedly made to a global internet audience and to then-President Trump himself during a meeting at the White House.

Instead, they forcefully rebutted your false claim, explaining they "have never claimed that technical vulnerabilities have ***actually*** been exploited to alter the outcome of any US election."[32] They further explained that "***no credible evidence*** has been put forth that supports a conclusion that the 2020 election outcome in any state has been altered through technical compromise."[33] Professor Halderman also performed an analysis of the voting equipment used in Antrim County and affirmed that unofficial results were "initially reported incorrectly due to human error" and that "Dominion machines tabulated the presidential election accurately."[34]

As you know, Professor Halderman and Professor Appel have repeatedly advocated for a solution to any concerns about the security of voting machines: ***paper ballots***.  Paper ballots resolve any potential concerns about vote-flipping algorithms and cyber-attacks on vote tabulators because paper ballots can be audited and recounted by hand to verify that the tallies in the machines are accurate.  Americans voted on paper ballots in the 2020 election, and over a thousand independent

---

[31] *See, e.g., Interview of Patrick Byrne, tech millionaire founder of Overstock by Chanel Rion*, One America News (Nov. 23, 2020), https://www.youtube.com/watch?v=rkwE8PjpgDU&feature=youtu.be; Glenn Beck, *Interview with Patrick Byrne* (Dec. 1, 2020), https://www.youtube.com/watch?v=pTZsBotGRgU&feature=youtu.be (noting that ASOG was "hired by the state of Texas"); *John Tabaco: Interview with Patrick Byrne*, One America News (Nov. 18, 2020), https://www.youtube.com/watch?v=PbAi7GhaSY8 (claiming that the state of Texas hired the firm Byrne is working with to investigate the 2018 Dallas Election); William Marshall, *Welcome to My Third World Home. May I Take Your Vote?*, Townhall (Nov. 12, 2020), https://townhall.com/columnists/williammarshall/2020/11/12/welcome-to-my-third-world-home-may-i-take-your-vote-n2579941 ("Mr. Ramsland's company became involved in studying this issue when political activists in Texas, concerned over voting irregularities in the 2018 election, brought in the 1,137-page computer log for the Dallas County central tabulation system. ASOG agreed to do the analysis pro-bono."); Allied Security Operations Group, *Confidential Summary Report of Dallas County, Texas, Election Irregularities, Manipulations, and Massive Security Breaches Involving Major International Voting Firms*.

[31] *See e.g., Patrick Byrne says evidence of election fraud is real*, Economic War Room (Dec. 2, 2020), https://youtu.be/PD_BHZQcmMI; *Patrick Byrne: Dissecting The Election Steal*, Operation Freedom (Nov. 24, 2020), https://www.youtube.com/watch?v=5fs3tKtmiEA&feature=youtu.be.

[32] *See* Tony Adams, Prof. Andrew W Appel, et al., *Scientists say no credible evidence of computer fraud in the 2020 election outcome, but policymakers must work with experts to improve confidence*, Matt Blaze (Nov. 16, 2020), https://www.mattblaze.org/papers/election2020.pdf (emphasis added).

[33] *Id.* (emphasis added).

[34] *Expert report affirms accuracy of Antrim County presidential election results*, Michigan Secretary of State (Mar. 26, 2021), available at, https://www.michigan.gov/sos/0,4670,7-127-93094-555635-,00.html.

11

audits and hand recounts of paper ballots have repeatedly confirmed the accuracy of the vote tallies in Dominion machines, conclusively disproving your false claim that vote tallies were manipulated in Dominion machines. By way of example, on November 19, 2020, Trump-supporting Republicans in Georgia announced that the state had verified the vote tallies from Dominion machines by recounting 100% of the ballots by hand.

## IX.   The Obviously Manufactured Bribery Accusation

Georgia's 100% hand recount conclusively debunked your false claim that the vote tallies in Dominion machines had been manipulated. So you revised the lie and expanded the scope of the conspiracy to discredit the hand recount that had disproven your original lie. Five days after the announcement of the results of Georgia's hand recount, you began falsely accusing Republicans of taking bribes.[35] You never presented any evidence of this claim because it is false and was obviously manufactured to discredit the results of the hand recount of paper ballots.

## X.   The Video "Evidence" of Ballot Shredding That Does Not Show Any Ballots or Shredding

Similarly, in an effort to discredit Georgia's hand recount of paper ballots, you also published the demonstrably false claim that Dominion paid to have 3,000 pounds of ballots in Georgia destroyed by "super-duper military-grade shredding," that the shredding truck was intercepted, and the that the partially-shredded ballots were dumped onto the floor of a local police station, along with Chinese print shop receipts and shipping labels on the outside of the boxes that held the ballots.[36]

Apparently, to explain away the fact that no police officers have ever come forward to corroborate this outlandish lie—you piled on another false accusation: that DHS initially took over the investigation but was pressured to back off the investigation so that the FBI—who is also apparently in on the sweeping international conspiracy involving Dominion and bipartisan election officials across the country!—could take over and finish the shredding.

Although you falsely claim that this ludicrous conspiracy theory is "documented in photos and film,"[37] you have never produced any such photos or film, nor even a "shred" of evidence from the alleged *ton and a half* of ballots and Chinese shipping labels on the floor of the police station, nor any other credible evidence to corroborate this ridiculous lie. Instead, the only "evidence" you put forward is a video of innocuous footage of parking lots and cars coming and going, *without any footage of ballots being moved or shredded*, along with a voice-over of an enthusiastic conspiracy

---

[35] *Former CEO Of Overstock Says He Has Proof The Election Was Rigged, Can Overturn Biden's Win*, Populist Press (Nov. 24, 2020), https://populist.press/former-ceo-of-overstock-says-he-has-proof-the-election-was-rigged-can-overturn-bidens-win/.

[36] Patrick Byrne, *How DJT Lost the White House, Chapter 4: The Christmas Doldrums (December 23- noon January 6)*, Deep Capture (Feb. 4, 2020), https://www.deepcapture.com/2021/02/how-djt-lost-the-white-house-chapter-4-the-christmas-doldrums-december-23-noon-january-6/.

[37] *Id.*

theorist simply asserting—***without any photographic or video evidence whatsoever***—that the cars in the video were suspicious (they were not).[38]

      This fake evidence is all you have put forward because, as you know, there is no real evidence to support the ballot-shredding lie.  No such evidence exists because the tale is a fantasy, plainly fabricated out of whole cloth to explain away the fact that Georgia's 100% hand recount of paper ballots conclusively disproved the lie that the tallies in Dominion machines had been manipulated. As you know, bipartisan election officials—***including Trump-supporting Republicans***—have confirmed the vote tallies and debunked the ballot-shredding lies.  As reported by *The New York Times* a month before you published the ballot-shredding lie on your blog:

> "There is no shredding of ballots going on," Mr. Sterling said with clear annoyance. "That's not real. It's not happening."

> Workers did shred secrecy envelopes: the blank envelopes that protect the privacy of a voter's absentee ballot and go inside an outer envelope.  It's the outer envelope that voters have to sign, and election officials have kept those outer envelopes as required by law. The secrecy envelopes, however, "have no evidentiary value," Mr. Sterling said, because by definition, they have no identifying information on them.[39]

Similarly, as reported by PolitiFact a month before you published the lie on your blog:

> State election officials rejected the claim, as did election officials from Fulton County, who identified the pieces of paper as the waste from the envelopes that absentee ballots come in.

> "There are no shredded ballots. We've had no credible reports of this happening anywhere," Gabriel Sterling, a Republican who manages Georgia's voting system implementation, told PolitiFact. "It's a federal crime to shred ballots. It's not happening, and if there was evidence as such, law enforcement would be called and there would be an investigation."[40]

If you actually had ***evidence***—as opposed to anonymous hearsay and a video that doesn't show what you claim it shows—that a federal crime had occurred, surely you would have provided it to law enforcement and included it in your blog posts and book.  The fact that you have not done so proves that you do not have the evidence you claim to have.

---

[38] *Id.*

[39] Maggie Astor, *A Georgia election official debunked Trump's claims of voter fraud, point by point*, N.Y. Times (Jan. 4, 2021), https://www.nytimes.com/2021/01/04/us/politics/trump-georgia-election-fraud.html.

[40] Samantha Putterman, *Facebook posts Says shredded ballots were found in Dell boxes in Georgia*, PolitiFact (Jan. 6, 2021), https://www.politifact.com/factchecks/2021/jan/06/facebook-posts/no-there-were-no-shredded-ballots-found-during-geo/.

XI.   **Biden's "Unexplained" Come-from-Behind Victory that Was Repeatedly Explained Both Before and After the Election**

Also in support of your false claims against Dominion, you have pointed out the "evidence" of Biden's purportedly unexplained come-from-behind victory, pointing to the so-called "injection" of Biden votes through a purported "digital 'fix'" late in the vote-counting process.[41]



But there's no mystery whatsoever about those so-called "injections" of Biden votes.  In the months leading up to the 2020 election, Fox News repeatedly broadcast segments to its conservative audience in which its hosts and their guests disparaged mail-in voting and encouraged Fox's viewers to vote in person on Election Day.  As just a few examples:

- On May 22, 2020, Jeanine Pirro appeared on Tucker Carlson Tonight and said that "if you want to guarantee that your vote is going to be counted … it's got to be at a polling place;" she also disparaged the widespread use of mail-in ballots.

- On August 24, 2020, Lou Dobbs complained about mail-in voting before prompting his guest to talk about the "moral obligation" of encouraging viewers to "vote in person" to avoid votes being "lost."

- On October 11, 2020, during an interview with Maria Bartiromo, President Trump disparaged mail-in voting, lamenting that votes would likely be counted "two weeks after the vote comes in," and stated that "Republicans are going out to vote—they don't want to do the [mail-in] ballot thing, they don't trust it.  Republicans are going out to vote. And those polls that are opening up and that will be opening up, they are going to be swamped."

Not surprisingly, given the above, months before Election Day, the head of the Fox News Decision Desk correctly predicted that "on election night, we may be looking at states where it seems that President Trump is in the lead, but there's still 20 or 30 percent of the vote outstanding … so

---

[41]   Patrick Byrne, *Evidence Grows: '20 Election Was Rigged*, Deep Capture (Nov. 24, 2020), https://www.deepcapture.com/2020/11/election-2020-was-rigged-the-evidence/.

we're not [going to be] able to make the call in those states."[42]  He correctly recognized—and Fox widely and repeatedly reported—that this would occur because President Trump had criticized mail-in voting and encouraged Republicans to vote in person, whereas Democrats had encouraged their supporters to vote by mail.[43]

The widespread reporting on this phenomenon could not have escaped your attention. Instead, it appears that you were well aware of the fact that "injections" of Biden votes did not reflect a "digital 'fix,'" but were the natural consequence of President Trump and his preferred cable network discouraging Republicans from voting by mail while Democrats encouraged their supporters to do precisely that in order to avoid exacerbating the spread of COVID-19 at polling places on Election Day.  Yet, instead of explaining that phenomenon to your audience, you deliberately misrepresented it in order to support your false charges of election fraud against Dominion.

## XII.   You Lied About Dominion's History and Purported Connections to Foreign Dictators

In an effort to bolster your false accusations of election rigging against Dominion, you have also falsely claimed that Dominion is associated with foreign dictators like Hugo Chávez, Sadaam Hussein, and Osama Bin Laden.

For example, you have intentionally misrepresented Dominion's history in an effort to tarnish Dominion with an accusation that has been leveled against its competitor—namely, the accusation that Smartmatic was founded in Venezuela to rig elections for the now-deceased dictator Hugo Chávez.  For example, you stated during a televised interview: "especially Dominion, by now everyone knows the story, that it was Hugo Chávez that wanted some election software built" and "Dominion software was built so that the election officials could use it to cheat."[44]  You've similarly claimed that Dominion "really is Venezuelan systems."[45]

As you well know, Dominion was not founded in Venezuela to fix elections for Hugo Chávez.  It was founded in 2002 in John Poulos's basement in Toronto to help people with visual impairments vote on paper ballots.  By 2009, Dominion's business had grown in the United States, and a subsidiary company, Dominion Voting Systems, Inc., was incorporated in Delaware and headquartered in Denver, Colorado.  By 2018, the majority of the business's customers and employees were in the United States, so Poulos sold the majority stake of the business to U.S. investors.  Dominion is now headquartered in Colorado.  Its systems are certified under standards promulgated by the U.S. Election Assistance Commission ("EAC"), reviewed and tested by independent testing laboratories accredited by the EAC, and were designed to be auditable and include a paper ballot backup to verify results.  Dominion's source code was not designed to steal elections; it is on file with federal and state agencies and is reviewed regularly by third-party labs that

---

[42] Caleb Parke, *Head of Fox News Decision Desk: Why Results in Swing States Likely Won't Be Known on Election Night*, Fox News (Aug. 11, 2020), https://www.foxnews.com/politics/election-trump-biden-when-will-results-known.

[43] *Id.*

[44] *Patrick Byrne: Dissecting The Election Steal*, Operation Freedom (Nov. 24, 2020), https://www.youtube.com/watch?v=5fs3tKtmiEA&feature=youtu.be.

[45] *#TNTR 11.29.20 Founder of Overstock, Patrick Byrne: Caught – 100 Percent Rigged Election*, The Naked Truth Report (Dec. 1, 2020), https://www.youtube.com/watch?v=UPtHWlTuji4.

are federally accredited by the EAC and the National Institute of Standards and Technology ("NIST").

Dominion and Smartmatic are competitors; neither is owned by the other.  To be sure, as you know, Dominion and Smartmatic once both serviced an election in the Philippines, in which Dominion's software was licensed to Smartmatic for use in the Philippines—*not the other way around*.  And, after the Department of Justice blocked Smartmatic's acquisition of an American voting machine company, Sequoia Voting Systems, Dominion purchased *Sequoia's* assets, which did *not* contain any Smartmatic software, source code, or "algorithms."  But as you are well aware from your admitted review of the relevant corporate and legal documents, Smartmatic's software and source code was not used in Dominion's machines in the 2020 election.  Your attempts to falsely tarnish Dominion with the Chávez-election-rigging accusations about Smartmatic demonstrate that you understood the relevant documents and that you know your accusations about Dominion are false.

Another example: you published the lie that the CEO and Chairman of Dominion's owner "was a close confidant to Sadaam Hussein and worked for the Saudi Bin Laden group."[46]  You have never put forward any evidence to support this incredible claim.  As you know, there is no such evidence because the claim is, quite obviously, false and was manufactured out of thin air to support your false election-rigging claims against Dominion.

## XIII.   You Lied About Dominion in Washington, D.C. and to a Worldwide Internet Audience

For weeks after the election, you continued to spout these false claims to anyone who would listen: you appeared on Newsmax,[47] One America News Network,[48] "The Naked Truth Report,"[49] "The Economic War Room,"[50] The Blaze with Glenn Beck,[51] Breitbart;[52] InfoWars;[53] and you spoke at the Women for America Rally on December 12 in Washington, D.C.[54]  Your campaign reached

---

[46] Patrick Byrne, *How DJT Lost the White House, Chapter 2: Was there Foreign Interference in this Election? You Make the Call.*, Deep Capture (Jan. 31, 2020), https://www.deepcapture.com/2021/01/how-djt-lost-the-white-house-chapter-2-was-there-foreign-interference-in-this-election-you-make-the-call/.

[47] *Internet Retail Giant Helps Trump Team*, Newsmax (Nov. 17, 2020), https://www.deepcapture.com/2020/11/newsmaxtv-breaks-cone-of-silence-millions-hear-story-there-first/.

[48] *Interview of Patrick Byrne, tech millionaire founder of Overstock by Chanel Rion*, One America News (Nov. 23, 2020), https://www.youtube.com/watch?v=rkwE8PjpgDU&feature=youtu.be; *Former CEO of Overstock Says He Has Proof The Election Was Rigged, Can Overturn Biden's Win*, Populist Press (Nov. 24, 2020), https://populist.press/former-ceo-of-overstock-says-he-has-proof-the-election-was-rigged-can-overturn-bidens-win/; *Patrick Byrne: Dissecting the Election Steal*, Operation Freedom (Nov. 24, 2020), https://www.youtube.com/watch?v=8lGdRb8IZKA&feature=youtu.be.

[49] *See*, *The Founder of Overstock.com: Patrick Byrne: Caught – 100% Rigged Election*, The Naked Truth Report (Nov. 29, 2020), https://www.youtube.com/watch?v=UPtHWlTuji4&feature=youtu.be.

[50] *Patrick Byrne Says Evidence of Election Fraud Is Real*, The Economic War Room (Dec. 1, 2020), https://www.youtube.com/watch?v=PD_BHZQcmMI&feature=youtu.be.

[51] *Why Cyber Experts Are Checking Fraud in These Six Counties*, Glenn Beck (Dec. 1, 2020), https://www.youtube.com/watch?v=pTZsBotGRgU&feature=youtu.be.

[52] *Patrick Byrne*, Breitbart (Dec. 4, 2020), https://soundcloud.com/breitbart/patrick-byrne-december-4-2020.

[53] *Patrick Byrne, News Reports, and Analysis*, The Alex Jones Show (Dec. 16, 2020), https://www.bitchute.com/video/GeLPgDVhHBSr/.

[54] *Women for America First Rally*, CSPAN (Dec. 12, 2020) https://www.c-span.org/video/?507234-1/women-america-rally; *Patrick Byrne*, Breitbart (Dec. 4, 2020), https://soundcloud.com/breitbart/patrick-byrne-december-4-2020.

its apex during a December 18 meeting at the White House, during which you urged then-President Trump to deploy the National Guard to seize Dominion voting machines which you claimed switched votes.[55]  Whenever given an opportunity, you falsely claimed that the 2020 election was stolen through the manipulation of vote counts in Dominion machines and that you had the evidence and "the data" to prove those claims in court.[56]  You repeatedly promised to deliver "overwhelming" and "super conclusive" evidence corroborating your claims.  But although you spread your lies broadly, you never produced anything except fake evidence, fake experts, and deliberate misrepresentations of the facts.

During a speech in Washington, D.C. on January 5, 2021, you told the crowd that "if we let this [election] go down, we are crossing that line [from a Republic into an authoritarian regime] and we will never recover;" that the American people "will never get a chance to change [rigged elections], your children won't get another chance to change it, and their children won't get another chance;" that you "know what's coming for us" because you lived in communist China; that the Left has "eroded many of our freedoms over recent decades;" that the "President has far more power than you understand" so that the President can just say "there was foreign interference in this election" and assume significant power; that "we're seeing the world correctly and they're the crooks;" and you exhorted the crowd to "never put up with a rigged election."[57]

The day after your speech, a mob stormed the United States Capitol because they believed the lie that the election had been stolen.  Even then, you did not stop.  To the contrary, you continued to lie about Dominion on Twitter, on your blog, and in your self-published book.[58]  Just as you intended, your lies reached millions of people.  You yourself have advertised and promoted your book across social media, touting that it "has hit #25 on Amazon Kindle" and "#1 in three different categories."[59]

## XIV.  You Knew Your Evidence Was Bogus, and It Is Time to Set the Record Straight

You successfully duped millions of people into believing that the 2020 election was stolen through the manipulation of vote counts in Dominion machines designed by dictators to rig elections.  But you knew that what you passed off as "evidence" to the public at large was nonsense.

---

[55] *See* Patrick Byrne, *How DJT Lost the White House, Chapter 3: Crashing the White House (Dec. 18-22)*, Deep Capture (Feb. 1, 2021), https://www.deepcapture.com/2021/02/how-djt-lost-the-white-house-chapter-3-crashing-the-white-house-december-18/ (You write that you "liked" the idea of using the National Guard to seize control of voting machines); Jonathan Swan & Zachary Basu, *Bonus Episode: Inside the Craziest Meeting of the Trump Presidency*, Axios (Feb. 2, 2021), https://www.axios.com/trump-oval-office-meeting-sidney-powell-a8e1e466-2e42-42d0-9cf1-26eb267f8723.html (noting that you stated that "[t]here are guys with big guns and badges who can get these things [the voting machines].").

[56] *See, e.g., Internet Retail Giant Helps Trump Team*, Newsmax (Nov. 17, 2020), https://www.deepcapture.com/2020/11/newsmaxtv-breaks-cone-of-silence-millions-hear-story-there-first/.

[57] *General Michael Flynn, Patrick Byrne speaking at Trump protest on Jan. 5th, 2021*, YouTube (Jan. 5, 2021), https://www.youtube.com/watch?v=DB2PdqOIxGI.

[58] *See* Patrick Byrne, *The Deep Rig: How Election Fraud Cost Donald Trump the White House*, https://shop.aer.io/DeepCapture/p/The_Deep_RigHow_Election_Fraud_Cost_Donald_J_Trump/9780578861838-11241.

[59] Patrick Byrne (@PatrickByrne) (Feb. 21, 021), *previously available at* https://twitter.com/PatrickByrne/status/1363669465875943424.

You have a background in mathematics. You have a Ph.D. from Stanford University. You earned a prestigious Marshall Scholarship. And you were the CEO of a billion-dollar company. You were not fooled by the convicted-felon-slash-swingset-installer or the former mechanic who flunked out of the Army's entry-level training course on military intelligence. You were not duped by the goofball who invented a cat-shaped gizmo and tried to find the Ark of the Covenant. You were not hoodwinked by the fake spreadsheet or the misleading photograph or the silly video of the conspiracy theorist narrating his stake-out of cars innocuously driving in and out of parking lots. And you certainly were not duped by the "Deep State" conspiracy theorists Russell Ramsland and Sidney Powell.

No, you were not fooled. You manufactured, collected, and promoted fake evidence and fake experts in order to deceive millions of people about the election, and you even deliberately misrepresented your association with others who were acting in concert with you. Specifically, on November 16, 2020, you falsely claimed that you had "never met Sidney."[60] But you later admitted that you had met with her and Rudy Giuliani in early November just after the election. That meeting was not just a quick exchange of pleasantries that might have slipped your mind when you claimed, on November 16, that you had never met her. No, when you met Sidney Powell and Rudy Giuliani just after the election, you pitched stolen election claims that were—according to you—"a little farfetched for other people in Washington," but to which Powell "was totally super receptive."[61] And, as you know, Powell foreseeably repeated your false claims during her defamatory media campaign against Dominion.

We do not yet know why you deliberately lied about your meeting with Sidney Powell. Nor do we understand why someone of your intelligence, academic pedigree, and experience would deliberately mislead the world about the integrity of an American election. We do note your romantic affair with the now-notorious Russian agent, Maria Butina, who was sentenced to 18 months in prison after being indicted by federal prosecutors for trying to infiltrate powerful political circles in the United States at the direction of the Russian government.[62] And despite your recent claim that you no longer have a financial interest in the blockchain voting technology you claim is more secure than the voting technology you have spent the last seven months trying to destroy, we believe that discovery will reveal telling information about your connections to and communications with Ms. Butina, other Russian nationals, and others who stand to benefit—financially and otherwise—from the lies you have told about Dominion.

All such communications and any communications about Dominion—including all text messages, emails, drafts, electronic data, and documents relating in any way to the matters discussed above—must be preserved for pending and future litigation relating to these matters.

---

[60] *Smackin' the Kraken*, Dark to Light with Frank & Beanz (Nov. 16, 2020), https://radioinfluence.com/2020/11/16/dark-to-light-smackin-the-kracken/.
[61] *Patrick Byrne Explains Trump Path to Victory*, Corsi Nation (Dec. 24, 2020), https://corsination.com/patrick-byrne-explains-trump-path-to-victory/.
[62] Michael Corkery, *Overstock C.E.O. Takes Aim at 'Deep State' After Romance With Russian Agent*, N.Y. Times (Aug. 15, 2019), https://www.nytimes.com/2019/08/15/business/overstock-paul-byrne-maria-butina-affair.html.

In light of the information that has long been known to you and is additionally set forth above, the only responsible thing for you to do at this point is to publicly and forcefully retract your false claims about Dominion and set the record straight regarding the fake evidence and fake experts you have put forward.

But let us be perfectly clear. There is nothing you can say or do at this point to undo the damage that has been done to Dominion. The company must therefore expressly reserve all legal rights against you and remind you of your ongoing obligation to preserve all materials that relate in any way to these matters.

Regards,

Thomas. A. Clare, P.C.

Megan L. Meier