# Exhibit 363

 **Deep Capture**

press@deepcapture.com or (480) 692-9336

  

PATRICK BYRNE     PRESS     DEEP EMANCIPATION     STORY OF DEEP CAPTURE     DATA     ARCHIVE     COMMUNITY

52
◯

 **Patrick Byrne**

The oligarchy has two wings: Wall Street and the Deep State. I have been hunting both since 2004.

# NewsmaxTV Breaks Cone of Silence, Millions Hear Story There First

November 17, 2020 • 24 sec read



The Cone of Silence was smashed today by NewsmaxTV. That itself will be a source of discuss sometime in the future. In the meantime, enjoy.



Let the record show that numerous other journalists have had this story, with numerous points of confirmation from documents and outside sources, for somewhere between 6 weeks, and several, over a year. None would run

Document title: NewsmaxTV Breaks Cone of Silence, Millions Hear Story There First – Deep Capture
Capture URL: https://www.deepcapture.com/2020/11/newsmaxtv-breaks-cone-of-silence-millions-hear-story-there-first/
Capture timestamp (UTC): Mon, 15 Feb 2021 18:16:38 GMT

Let the record show that numerous other journalists have had this story, with numerous points of confirmation from documents and outside sources, for somewhere between 6 weeks, and several, over a year. None would run with the story. Given Ms. Powell's and Mr. Giuliani's revelations in the last 24 hours, someone final found their jump-balls, and jumped. So instead of asking me why I took it to NewsmaxTV, ask others why they had information like this and much connected information, with various levels of confirmation, and failed to run it.

52

Tweet

The Deep Capture Campaign

« Kill Chain: The Cyber War on America's Elections (2020) | HBO

Evidence Grows: '20 Election Was Rigged »



**How DJT Lost the White House, Chapter 6: The Aftermath (v. 1.2)**

Patrick Byrne
Feb 9, 2021 · 28 min read

**How DJT Lost the White House, Chapter 5: Agitation & Chaos (January 6 – 20)**

Patrick Byrne
Feb 8, 2021 · 10 min read

**How DJT Lost the White House, Chapter 4: The Christmas Doldrums (December 23- noon January 6)**

Patrick Byrne
Feb 4, 2021 · 14 min read

**52 Replies to "NewsmaxTV Breaks Cone of Silence, Millions Hear Story There First"**

**Anonymous** Says:

November 17, 2020 at 9:08 pm

Wheeeeeeeeeee
Let's do this! It's now or never!
https://youtu.be/9tjdswqGGVg

**Walt Harsey** Says:

November 25, 2020 at 6:04 am

Early a/m 4 nov. 2020
I knew there was no freakin way Biden had the majority ..
I am livid that our election was hijacked, the level of complicity from government officials on both sides doesn't surprise me.
What does surprise me is that no official at all had the integrity and honor to stop this madness ...
Thank you Mr Byrne

**Rose** Says:

November 26, 2020 at 8:14 pm

Unbelievable

Document title: NewsmaxTV Breaks Cone of Silence, Millions Hear Story There First – Deep Capture
Capture URL: https://www.deepcapture.com/2020/11/newsmaxtv-breaks-cone-of-silence-millions-hear-story-there-first/
Capture timestamp (UTC): Mon, 15 Feb 2021 18:16:38 GMT

Footnote 297 Newsmax TV Cone of Silence

1

2

3

4

5

6

7

8

9

10

11

12              Footnote 297

13    NewsmaxTV Breaks Cone of Silence

14       Millions Hear Story There

15

16

17

18

19

20

21

22

23

24

25

1      SPEAKER:  Switching gears now.  How did a

2  retail internet fraud claims.  Dr. Patrick Michael

3  Byrne, the founder and former CEO of Overstock.com joins

4  us now.

5      Dr. Byrne, thanks for coming on today.  If

6  you don't mind, kind of break down how you're

7  connected to this Dominion machine voting system and

8  why you have some concerns about it.

9      PATRICK BYRNE:  Okay.  I'm going to thank you

10  for having me on.  Please call me Patrick.

11      SPEAKER:  All right.

12      PATRICK BYRNE:  I'm connected, besides that

13  ECommerce thing was just something I did.  I did other

14  things.  I took on Wall Street 15 years ago.  People who

15  know my story know about that.  That's not what's

16  important.  What's important is your viewers understand

17  the election was -- the story will explain, will answer

18  that question.  This election was hacked.  This election

19  was hacked.  The outcome has been rigged.

20      I did not vote for Trump.  I'm a small L

21  libertarian, never voted Republican or Democrat for

22  president in my life.  I'm saying this election was

23  rigged.  I'm a CEO who built a two billion tech

24  company.  I don't mean to sound like I'm beating my

25  chest.  I was national entrepreneur of the year, you

Footnote 297 Newsmax TV Cone of Silence

3

1  go back a decade, for building a two billion tech

2  company, Overstock.  I know what I'm talking about.

3         Yeah, I'm also a Ph.D. from Stanford and a

4  Marshall Scholar besides.  I'm putting all that

5  credibility on the line.  This election was hacked,

6  the outcome was rigged and should be completely

7  ignored or discounted, I mean, through the court

8  system.  The courts should throw it out.

9         SPEAKER:  Right.  So you sound like --

10        PATRICK BYRNE:  How I know this is this.

11        SPEAKER:  Right.  You sound like Trump's legal

12  team right now, so we're all on the same page.  You

13  sound like what their claims are as well, and clearly

14  you have the experience and the expertise in regards to

15  maybe shedding some light on how you know that to be

16  true, yeah.

17        PATRICK BYRNE:  Okay.  Here's how I know that.

18  I'm backing -- I have the data, incidentally.  I have

19  the data, the electronics, everything.  I've been

20  backing and supporting some cyber security experts, a

21  number of different groups.  This is how it came about.

22  In 2018 the Dallas election had irregularities.  The

23  Texas state government hired an elite cyber security

24  company to go in and study what had happened in 2018,

25  and they reverse engineered it.  And when you reverse

1  engineer something, that's when you take the final

2  product and you get a bunch of people to study it and

3  they break it apart and they figure out how you build it

4  so they can go copy it.

5        These guys reverse engineered the 2018

6  Dallas irregularities which turned out to be a hack.

7  Dominion ran it.  It was Dominion's technology that

8  ran it, so they had two years to study sort of what

9  this country is just learning about in the last two

10 weeks or the last two hours maybe or the last two

11 days.

12       It turns out there are -- anyone who's

13 telling you this stuff can't be hacked is talking

14 through his hat.  This stuff an eighth grader can

15 hack this nonsense.

16       Well, this group, the cyber security group

17 in Texas and for the last number of months I've been

18 funding them and some other hackers, ethical hackers

19 and cyber security people.  Remember, I come from --

20 I employed -- a year ago I had two thousand

21 technologists working for me.  They've been reverse

22 engineering.  There's basically at least ten ways to

23 cheat -- ten cheats in the system, ten different ways

24 to cheat.  It's so porous.  If I had asked them

25 yesterday, if I had asked you six months ago to get

1  involved and hack this now that you understand it,

2  these new guys, how would you have rated it one to

3  ten, and their considered answer after due

4  consideration was a two, maybe a one.  It's

5  unbelievable.  There's so many ways to cheat the

6  system, but especially the Dominion system.

7          SPEAKER:  Sure.

8          PATRICK BYRNE:  I can walk you through them,

9  but that's the main event.  People need to hear it.  I'm

10 putting my -- I was a Marshal Scholar, a Ph.D. from

11 Stanford.

12         SPEAKER:  Yeah.

13         PATRICK BYRNE:  I built a two billion company.

14 I'm putting it all on the line.  This entire election

15 was hacked.  It's far easier to have hacked this than a

16 Paypal or your Venmo account.

17         SPEAKER:  Sure.  I mean, we've seen hacks on

18 major social media outlets before in this year alone.

19 My mind goes to Twitter.  Are you in touch with the

20 Trump campaign, and would you advise when they are

21 pursuing these lawsuits specifically about Dominion that

22 they would bring on board someone who would be able to

23 prove that they could, in fact, change votes for Donald

24 Trump to Joe Biden?  Would that be provable in court if

25 you brought on the right person?

1          PATRICK BYRNE:  Absolutely provable.  We have

2     the data.  We have the data.  You do not have to worry.

3     The only question is how quickly can the process intake

4     versus how quickly the goons are trying to shut down the

5     process so they can seal this all in cement.

6          Now, I'm saying this again.  I did not vote

7     for Mr. Trump.  I respect him.  He got elected

8     president.  He's -- so this isn't a Trump supporter

9     coming out and saying this.  I'm a tech CEO, national

10    entrepreneur of the year for building a tech company,

11    back about -- Ernst and Young about ten years ago.  I

12    know what I'm talking about, and this thing is

13    child's play to have beaten.  It's embarrassing.  And

14    Trump is actually correct, his campaign is correct.

15          SPEAKER:  Have they reached out to you?

16          PATRICK BYRNE:  I'm one step ahead of the

17    sheriffs myself because of the fact that I've come out

18    about some things, so I don't work for them, anything

19    like that.  I'm not a donor to them, but I've been using

20    my own resources to unscramble this and I'm trying to

21    feed it into the system.  Yes, the system is taking it

22    in.  They have their other sources, but we have all the

23    goods, they're absolutely correct.

24          SPEAKER:  And do you believe it was millions

25    of votes that were again flipped from Donald Trump to

1 Joe Biden?

2    PATRICK BYRNE:  Well, the main event is not

3 the total number of millions.  It was not widespread

4 deep.  It was narrow and deep.  It was very strategic.

5    SPEAKER:  In select states you're saying?

6    PATRICK BYRNE:  Select counties.

7    SPEAKER:  Okay.

8    PATRICK BYRNE:  Five counties that really

9 matter, and they realize if you hack these five -- well,

10 they're very -- a small number of places, if you

11 defeated the election you could flip the states and you

12 could flip from that flip the electoral college.  And

13 how it was done -- I mean, people can see this in news

14 they already know if you think about this.  Doesn't it

15 seem a little odd that Mr. Biden was behind in states,

16 you know, 600,000 votes and then he has this come from

17 behind victory and wins by 14,000?

18    SPEAKER:  I know.  That's what so many people

19 are asking.  That is what a lot of people are asking.

20    PATRICK BYRNE:  800,000.

21    SPEAKER:  I know you're not alone in thinking

22 that.  Patrick, we're out of time.  We could talk

23 forever, though.  This is some good stuff.

24    Patrick Byrne joining us live this morning

25 on Newsmax.  Thank you very much.

Footnote 297 Newsmax TV Cone of Silence

8

1    PATRICK BYRNE:   Thank you.

2    (End of recording.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5          I, Charlotte Crandall, certify that I was

6     authorized to and did transcribe the foregoing audio

7     recorded proceedings and that the transcript is a

8     true and complete record of my stenographic notes

9     from an audio recording and was transcribed to the

10    best of my ability.

11

12         Dated this 30th day of July, 2021.

13

14

15

16

17

18    _____

19    Charlotte Crandall
      Registered Professional Reporter

20

21

22

23

24

25

## 1

**14,000** 7:17
**15** 2:14

## 2

**2018** 3:22,24
  4:5

## 6

**600,000** 7:16

## 8

**800,000** 7:20

## A

**absolutely**
  6:1,23
**account** 5:16
**advise** 5:20
**ahead** 6:16

## B

**back** 3:1 6:11
**backing** 3:18,
  20
**basically**
  4:22
**beaten** 6:13
**beating** 2:24
**Biden** 5:24
  7:1,15
**billion** 2:23
  3:1 5:13
**board** 5:22
**break** 2:6 4:3
**bring** 5:22
**brought** 5:25
**build** 4:3

**building** 3:1
  6:10
**built** 2:23
  5:13
**bunch** 4:2
**Byrne** 2:3,5,
  9,12 3:10,17
  5:8,13 6:1,16
  7:2,6,8,20,24
  8:1

## C

**call** 2:10
**campaign** 5:20
  6:14
**cement** 6:5
**CEO** 2:3,23
  6:9
**change** 5:23
**cheat** 4:23,24
  5:5
**cheats** 4:23
**chest** 2:25
**child's** 6:13
**claims** 2:2
  3:13
**college** 7:12
**company** 2:24
  3:2,24 5:13
  6:10
**completely**
  3:6
**concerns** 2:8
**connected**
  2:7,12
**consideration**
  5:4
**considered**
  5:3
**copy** 4:4
**correct** 6:14,
  23
**counties** 7:6,
  8
**country** 4:9

**court** 3:7
  5:24
**courts** 3:8
**credibility**
  3:5
**cyber** 3:20,23
  4:16,19

## D

**Dallas** 3:22
  4:6
**data** 3:18,19
  6:2
**days** 4:11
**decade** 3:1
**deep** 7:4
**defeated** 7:11
**Democrat** 2:21
**discounted**
  3:7
**Dominion** 2:7
  4:7 5:6,21
**Dominion's**
  4:7
**Donald** 5:23
  6:25
**donor** 6:19
**due** 5:3

## E

**easier** 5:15
**ECOMMERCE**
  2:13
**eighth** 4:14
**elected** 6:7
**election**
  2:17,18,22
  3:5,22 5:14
  7:11
**electoral**
  7:12
**electronics**
  3:19

**elite** 3:23
**embarrassing**
  6:13
**employed** 4:20
**end** 8:2
**engineer** 4:1
**engineered**
  3:25 4:5
**engineering**
  4:22
**entire** 5:14
**entrepreneur**
  2:25 6:10
**Ernst** 6:11
**ethical** 4:18
**event** 5:9 7:2
**experience**
  3:14
**expertise**
  3:14
**experts** 3:20
**explain** 2:17

## F

**fact** 5:23
  6:17
**feed** 6:21
**figure** 4:3
**final** 4:1
**flip** 7:11,12
**flipped** 6:25
**forever** 7:23
**founder** 2:3
**fraud** 2:2
**funding** 4:18

## G

**gears** 2:1
**good** 7:23
**goods** 6:23
**goons** 6:4
**government**
  3:23

grader 4:14
group 4:16
groups 3:21
guys 4:5 5:2

**H**

hack 4:6,15
 5:1 7:9
hacked 2:18,
 19 3:5 4:13
 5:15
hackers 4:18
hacks 5:17
happened 3:24
hat 4:14
hear 5:9
hired 3:23
hours 4:10

**I**

important
 2:16
incidentally
 3:18
intake 6:3
internet 2:2
involved 5:1
irregularities
 3:22 4:6

**J**

Joe 5:24 7:1
joining 7:24
joins 2:3

**K**

kind 2:6

**L**

lawsuits 5:21

learning 4:9
legal 3:11
libertarian
 2:21
life 2:22
light 3:15
live 7:24
lot 7:19

**M**

machine 2:7
main 5:9 7:2
major 5:18
Marshal 5:10
Marshall 3:4
matter 7:9
media 5:18
Michael 2:2
millions 6:24
 7:3
mind 2:6 5:19
months 4:17,
 25
morning 7:24

**N**

narrow 7:4
national 2:25
 6:9
news 7:13
Newsmax 7:25
nonsense 4:15
number 3:21
 4:17 7:3,10

**O**

odd 7:15
outcome 2:19
 3:6
outlets 5:18
Overstock 3:2
Overstock.com

2:3

**P**

Patrick 2:2,
 9,10,12 3:10,
 17 5:8,13
 6:1,16 7:2,6,
 8,20,22,24
 8:1
Paypal 5:16
people 2:14
 4:2,19 5:9
 7:13,18,19
person 5:25
Ph.d. 3:3
 5:10
places 7:10
play 6:13
porous 4:24
president
 2:22 6:8
process 6:3,5
product 4:2
provable 5:24
 6:1
prove 5:23
pursuing 5:21
putting 3:4
 5:10,14

**Q**

question 2:18
 6:3
quickly 6:3,4

**R**

ran 4:7,8
rated 5:2
reached 6:15
realize 7:9
recording 8:2
Remember 4:19

Republican
 2:21
resources
 6:20
respect 6:7
retail 2:2
reverse 3:25
 4:5,21
rigged 2:19,
 23 3:6

**S**

Scholar 3:4
 5:10
seal 6:5
security
 3:20,23 4:16,
 19
select 7:5,6
shedding 3:15
sheriffs 6:17
shut 6:4
small 2:20
 7:10
social 5:18
sort 4:8
sound 2:24
 3:9,11,13
sources 6:22
SPEAKER 2:1,
 11 3:9,11
 5:7,12,17
 6:15,24 7:5,
 7,18,21
specifically
 5:21
Stanford 3:3
 5:11
state 3:23
states 7:5,
 11,15
step 6:16
story 2:15,17
strategic 7:4

Street   2:14
study   3:24
  4:2,8
stuff   4:13,14
  7:23
supporter   6:8
supporting
  3:20
Switching   2:1
system   2:7
  3:8 4:23 5:6
  6:21

**T**

taking   6:21
talk   7:22
talking   3:2
  4:13 6:12
team   3:12
tech   2:23 3:1
  6:9,10
technologists
  4:21
technology
  4:7
telling   4:13
ten   4:22,23
  5:3 6:11
Texas   3:23
  4:17
thing   2:13
  6:12
things   2:14
  6:18
thinking   7:21
thousand   4:20
throw   3:8
time   7:22
today   2:5
total   7:3
touch   5:19
true   3:16
Trump   2:20
  5:20,24 6:7,
  8,14,25

Trump's   3:11
turned   4:6
turns   4:12
Twitter   5:19

**U**

unbelievable
  5:5
understand
  2:16 5:1
unscramble
  6:20

**V**

Venmo   5:16
versus   6:4
victory   7:17
viewers   2:16
vote   2:20 6:6
voted   2:21
votes   5:23
  6:25 7:16
voting   2:7

**W**

walk   5:8
Wall   2:14
ways   4:22,23
  5:5
weeks   4:10
widespread
  7:3
wins   7:17
work   6:18
working   4:21
worry   6:2

**Y**

year   2:25
  4:20 5:18
  6:10

years   2:14
  4:8 6:11
yesterday
  4:25
Young   6:11