# Exhibit 364

1

2

3

4

5

6

7

8                         FILE 131

9    WHY CYBER EXPERTS ARE CHECKING FRAUD IN THESE SIX

10                        COUNTIES

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 131 Cyber Experts

1          GLENN BECK:  Well, I am anxious to hear a

2   friend of the program, Patrick Byrne.  He is the founder

3   and former CEO of Overstock.com.  He now has assembled

4   what he calls an army of hackers and cyber sleuths that

5   can prove Trump won the election.  His website where you

6   can find some of the stuff that he's working on now is

7   Deepcapture.com.  Always fascinating, Patrick Byrne.

8          Hey, Patrick.  How are you?

9          PATRICK BYRNE:  Glenn, long time no speaky.

10   How you been?

11          GLENN BECK:  I know.  Very good.  You kind of

12   fell off the map and you went, you know, kind of in your

13   own direction there for awhile before you surfaced

14   again.  I want to talk to you about Deep Capture.  But

15   first let's talk about what you're doing with the

16   election.

17          PATRICK BYRNE:  Great, yeah.  The truth is

18   I've been on this.  I did go overseas and head out for

19   about six months, came back.  I've been working on this

20   since August.  The truth is this is what's happened.  In

21   November of 2018 there was an election in Dallas that

22   had irregularities, and the state government of Texas

23   hired a blue ribbon governor's commission, studied it,

24   hired a top flight cyber security team filled with

25   military intelligence and federal law enforcement and

File 131 Cyber Experts

3

1  those kind of people and they'd been studying what

2  happened in Dallas for two years and how do you hack an

3  election running on Dominion servers.

4          They came up with a dozen ways you could do

5  it.  These systems are very porous, and as the guy

6  who built a two billion e-commerce company that never

7  got hacked the whole time I was running it, I'm

8  telling you these systems are a joke in terms of

9  security.

10          I got involved this August with them and

11  another cyber security team, and I related -- sort of

12  attracted or related, I'm not sure if we should call

13  them an army so much as the bad news bears.  We're

14  like the bad news bears.  I'm the team coach, various

15  other ethical hackers and other kinds, and these two

16  cyber groups and other kinds of operatives, and we

17  knew this was coming.  And like I said, one of these

18  groups had two years to study this and had reverse

19  engineered exactly how you hack an election using

20  these systems.  And everything that we expected to

21  happen happened in spades on November 3rd.  Probably

22  about November 5th or 6th we had the whole puzzle

23  pieced together from a data point of view.

24          GLENN BECK:  And I want to make sure that

25  everybody understands.  You went to the DHS in August,

File 131 Cyber Experts

4

1  or this team did, and said you've got to prepare because

2  this is how it's going to happen.

3           PATRICK BYRNE:  Yeah.  I misspoke, by the way.

4  When I said they didn't take the meeting, it wasn't

5  quite true.  There were multiple meetings of this cyber

6  security group in August and September with DHS

7  representatives in Texas, and they got briefed up two or

8  three levels up the chain.  But CISA or CISA, people

9  pronounce it both ways, the CISA, which is a group

10  within DHS that does cyber security.  Are you familiar

11  with CISA?

12           GLENN BECK:  A little bit, yes.

13           PATRICK BYRNE:  And it's this guy Krebbs who

14  came out a couple weeks ago who said this is the most

15  secure --

16           GLENN BECK:  Yeah.

17           PATRICK BYRNE:  He's a Microsoft lawyer,

18  incidentally, just so you know.  So that group refused

19  to attend the hearing.  It got to the point that it got

20  kicked up and it got crammed down from up above in DHS

21  and was crammed down.  The ÇISA guys refused to attend,

22  just so you know.

23           GLENN BECK:  Okay.  So tell me what you -- how

24  did they do this, and can you prove it?

25           PATRICK BYRNE:  Yes, we can prove it, and our

File 131 Cyber Experts

5

1  understanding of how they did it is evolving.  I've got

2  more information that I've not really yet shared

3  publicly.  I'll share on your show.

4          GLENN BECK:  Okay.

5          PATRICK BYRNE:  So about ten days ago I came

6  out and started explaining how they did this.  How they

7  did this was they picked -- they realized there were six

8  counties.  To steal the nation -- so this is a soft

9  coup, make no mistake.  To steal the nation you don't

10 have to steal elections everywhere.  You have to steal

11 six counties.  But those you have to steal like crazy,

12 and those six cities really are Atlanta, Philly,

13 Detroit, Milwaukee and Maricopa, which is greater

14 Phoenix, and Clark, which is greater Las Vegas.

15         GLENN BECK:  Okay.  So hang on just a second.

16 Those are the same counties that do not perform like

17 other big cities.  Those counties completely break with

18 all of the other big city counties in the country I

19 believe; is that right?

20         PATRICK BYRNE:  That's correct, and what I'm

21 explaining -- the story I'm telling you explains why,

22 but good for you to catch that.  Those six counties are

23 also the places where you heard these crazy stories of

24 counting being shut down in the middle of the night.

25 Who ever heard of that.

File 131 Cyber Experts

6

```
 1          GLENN BECK:  Right.

 2          PATRICK BYRNE:  And the reason those six

 3   counties are so important is if you steal them you flip

 4   the states that they're in, and if you flip those states

 5   you flip the electoral college and you steal the nation.

 6   And they also picked -- four of those counties are

 7   heavily black, and that is not to say -- I want to be

 8   clear, this is not about voter fraud.  I'm not claiming

 9   that the voters committed fraud.  It's the election

10   officials and the system that did.

11          I think they picked six cities -- or four

12   of those cities being heavily black also played into

13   their hands because the elites love to use the black

14   people population to hide behind.  And just like in

15   Vietnam that there were VCs who would go to a village

16   and shoot at U.S. soldiers to get us to attack the

17   village, or in Iraq there were guys who would go into

18   mosques and shoot at soldiers to try to get us to hit

19   a mosque.

20          They did this from four heavily black

21   cities, African-American cities, which is not to say

22   that the African-Americans committed the fraud.  They

23   did it so that when all this gets exposed they're

24   going to be able to say wait, wait.  You're trying to

25   suppress black vote.  It has nothing to do with the
```

File 131 Cyber Experts

7

1  black people.

2          GLENN BECK:  So it's just the cry of racism

3  that will be held up?

4          PATRICK BYRNE:  Yeah.  And I will have nothing

5  to do with anything white (inaudible).  I'm making that

6  clear.

7          GLENN BECK:  You're a Libertarian.  You didn't

8  even vote for Trump, right?

9          PATRICK BYRNE:  Did not vote for Trump.  Have

10 never voted Republican or Democrat for president in my

11 life.  I'm a straight Libertarian guy.

12         GLENN BECK:  Okay.

13         PATRICK BYRNE:  So this is purely on the

14 Constitution.  If they had done this to Barack Obama, if

15 they had done this to Joe Biden I'd be doing the exact

16 same thing I'm doing now.

17         GLENN BECK:  Exactly.

18         PATRICK BYRNE:  So it's purely on principle.

19         GLENN BECK:  Yeah.

20         PATRICK BYRNE:  They realize if you jack those

21 six counties, and so those counties are the place you

22 see this extraordinary -- this shutting down of mains

23 and such.

24         We've uncovered something new we've not

25 really exposed to the world yet, but because it's

File 131 Cyber Experts

8

```
 1   your show I'll tell you first.  Besides that kind of
 2   theft, what they did in those states -- so they took
 3   places that were blue and they cheated to make them
 4   intensely blue.  They also took places that were
 5   intensely red and cheated to make them just red and
 6   that way people wouldn't notice.  So if you go
 7   across, for example, north Georgia, there are a
 8   number of some counties that are normally intensely
 9   red.  Instead of -- they cheated in rural areas
10   stealing 300 votes here and 600 votes there.
11          By the way, we have affidavits.  We have
12   people who were involved, and they typically -- we
13   see the kinds of people they prayed on.  They found
14   rural areas where you have some 75-year-old guy
15   running things.  He's not Okron (phonetic)
16   technology, and we have -- I mean, we have the
17   paper -- we had the paper rolls from machines that
18   show things like this.  They absolutely were
19   switching votes, absolutely -- what they did in those
20   kind of places was shaved votes off so Trump goes
21   from winning from 65 to 60 percent.  Doesn't look too
22   strange.  Yeah, it's still intense red, doesn't look
23   strange to people.
24          What they avoided was taking a place that
25   was only say light red and flipping it blue because
```

File 131 Cyber Experts

1   that would have alerted people.  So they took

2   intensely red counties and made them slightly less

3   red, and they took blue counties and made them more

4   intensely blue.

5            GLENN BECK:  So I was just talking to the

6   state senator in Pennsylvania, and he said we're running

7   out of time.  I don't know if we can prove this in

8   Pennsylvania only because we just are running out of

9   time.  When are you going to release all of this and put

10  it out for a court?

11           PATRICK BYRNE:  Well, that's up to -- Sidney's

12  got her path, Mayor Giuliani has his path.  I'm not

13  working for either or aligned with either.  This army --

14  we constructed a system where this bad news bears is

15  generating the information and we're piping it.  I've

16  tried to force it to pipe it to mainstream media, but

17  you know how that went.

18           GLENN BECK:  Yeah.

19           PATRICK BYRNE:  And I opened it up to the

20  people around the Trump administration, and so I'm not

21  trying to take credit for anything.  Sidney Powell had

22  already figured out conceptually what had happened.  We

23  showed up with some missing pieces, the data and the

24  technology explanations to help her.  So it's really --

25  I don't want to get in front of her headlights, so it's

File 131 Cyber Experts

10

1   up to her as she's finding these things if she wants to

2   reveal the evidence she wants to believe, but this is a

3   hundred percent.

4           I would bet if the normal legal processes

5   could play out, there is no question in my mind this

6   would all be revealed for a massive election swindle

7   on a scale we've never anticipated, so this is a

8   coup.  This is a coup against the United States, I've

9   got to tell you, and I'd put my name and my

10  reputation and everything on that.

11          GLENN BECK:  Well, I mean, that's going to

12  happen just because you're doing this no matter what you

13  said.  You are headed for a meat grinder.  Knowing you,

14  you don't care.

15          PATRICK BYRNE:  Come get some.  I came out

16  against Wall Street in '05 and I had the same

17  experience, but I knew the facts were on my side.  I

18  knew '08 was going to happen.  So they can do all they

19  can, sing and dance and swear at me all they want.  I

20  knew the truth, and I know the truth now.  And you know

21  what's funny with McCroud (phonetic).  American are not

22  buying the lie on both sides of the aisle.  It's

23  remarkable.  45 percent of people last I saw a few days

24  ago were saying they did not trust this election.

25  That's just going to grow and grow as more of this

File 131 Cyber Experts

11

1   information comes out.

2              (End of recording.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

File 131 Cyber Experts

12

1

2

3

4

5                    CERTIFICATE OF REPORTER

6

7            I, Charlotte Crandall, certify that I was

8     authorized to and did transcribe the foregoing audio

9     recorded proceedings and that the transcript is a

10    true and complete record of my stenographic notes

11    from an audio recording and was transcribed to the

12    best of my ability.

13

14           Dated this 20th day of July, 2021.

15

16

17

18

19

20           _____

21           Charlotte Crandall
             Registered Professional Reporter

22

23

24

25

**0**

05  10:16
08  10:18

**3**

300  8:10

**4**

45  10:23

**6**

60  8:21
600  8:10
65  8:21

**7**

75-year-old
  8:14

**A**

absolutely
  8:18,19
administration
  9:20
affidavits
  8:11
African-
american  6:21
African-
americans
  6:22
aisle  10:22
alerted  9:1
aligned  9:13
American
  10:21
anticipated
  10:7

areas  8:9,14
army  9:13
Atlanta  5:12
attack  6:16
attend  4:19,
  21
August  4:6
avoided  8:24

**B**

bad  9:14
Barack  7:14
bears  9:14
BECK  4:12,16,
  23 5:4,15 6:1
  7:2,7,12,17,
  19 9:5,18
  10:11
bet  10:4
Biden  7:15
big  5:17,18
bit  4:12
black  6:7,12,
  13,20,25 7:1
blue  8:3,4,25
  9:3,4
break  5:17
briefed  4:7
buying  10:22
BYRNE  4:3,13,
  17,25 5:5,20
  6:2 7:4,9,13,
  18,20 9:11,19
  10:15

**C**

care  10:14
catch  5:22
chain  4:8
cheated  8:3,
  5,9
CISA  4:8,9,11
cities  5:12,
  17 6:11,12,21

city  5:18
claiming  6:8
Clark  5:14
clear  6:8 7:6
college  6:5
committed
  6:9,22
completely
  5:17
conceptually
  9:22
Constitution
  7:14
constructed
  9:14
correct  5:20
counties  5:8,
  11,16,17,18,
  22 6:3,6 7:21
  8:8 9:2,3
counting  5:24
country  5:18
coup  5:9 10:8
couple  4:14
court  9:10
crammed  4:20,
  21
crazy  5:11,23
credit  9:21
cry  7:2
cyber  4:5,10

**D**

dance  10:19
data  9:23
days  5:5
  10:23
Democrat  7:10
Detroit  5:13
DHS  4:6,10,20

**E**

election  6:9
  10:6,24

elections
  5:10
electoral  6:5
elites  6:13
end  11:2
evidence  10:2
evolving  5:1
exact  7:15
experience
  10:17
explaining
  5:6,21
explains  5:21
explanations
  9:24
exposed  6:23
  7:25
extraordinary
  7:22

**F**

facts  10:17
familiar  4:10
figured  9:22
finding  10:1
flip  6:3,4,5
flipping  8:25
force  9:16
found  8:13
fraud  6:8,9,
  22
front  9:25
funny  10:21

**G**

generating
  9:15
Georgia  8:7
Giuliani  9:12
GLENN  4:12,
  16,23 5:4,15
  6:1 7:2,7,12,
  17,19 9:5,18
  10:11

**good** 5:22
**greater** 5:13, 14
**grinder** 10:13
**group** 4:6,9, 18
**grow** 10:25
**guy** 4:13 7:11 8:14
**guys** 4:21 6:17

---

**H**

**hands** 6:13
**hang** 5:15
**happen** 4:2 10:12,18
**happened** 9:22
**headed** 10:13
**headlights** 9:25
**heard** 5:23,25
**hearing** 4:19
**heavily** 6:7, 12,20
**held** 7:3
**hide** 6:14
**hit** 6:18
**hundred** 10:3

---

**I**

**important** 6:3
**inaudible** 7:5
**incidentally** 4:18
**information** 5:2 9:15 11:1
**intense** 8:22
**intensely** 8:4,5,8 9:2,4
**involved** 8:12
**Iraq** 6:17

---

**J**

**jack** 7:20
**Joe** 7:15

---

**K**

**kicked** 4:20
**kind** 8:1,20
**kinds** 8:13
**knew** 10:17, 18,20
**Knowing** 10:13
**Krebbs** 4:13

---

**L**

**Las** 5:14
**lawyer** 4:17
**legal** 10:4
**levels** 4:8
**Libertarian** 7:7,11
**lie** 10:22
**life** 7:11
**light** 8:25
**love** 6:13

---

**M**

**machines** 8:17
**made** 9:2,3
**mains** 7:22
**mainstream** 9:16
**make** 5:9 8:3, 5
**making** 7:5
**Maricopa** 5:13
**massive** 10:6
**matter** 10:12
**Mayor** 9:12
**Mccroud** 10:21

---

**meat** 10:13
**media** 9:16
**meeting** 4:4
**meetings** 4:5
**Microsoft** 4:17
**middle** 5:24
**Milwaukee** 5:13
**mind** 10:5
**missing** 9:23
**misspoke** 4:3
**mistake** 5:9
**mosque** 6:19
**mosques** 6:18
**multiple** 4:5

---

**N**

**nation** 5:8,9 6:5
**news** 9:14
**night** 5:24
**normal** 10:4
**north** 8:7
**notice** 8:6
**number** 8:8

---

**O**

**Obama** 7:14
**officials** 6:10
**Okron** 8:15
**opened** 9:19

---

**P**

**paper** 8:17
**path** 9:12
**PATRICK** 4:3, 13,17,25 5:5, 20 6:2 7:4,9, 13,18,20 9:11,19 10:15

---

**Pennsylvania** 9:6,8
**people** 4:8 6:14 7:1 8:6, 12,13,23 9:1, 20 10:23
**percent** 8:21 10:3,23
**perform** 5:16
**Philly** 5:12
**Phoenix** 5:14
**phonetic** 8:15 10:21
**picked** 5:7 6:6,11
**pieces** 9:23
**pipe** 9:16
**piping** 9:15
**place** 7:21 8:24
**places** 5:23 8:3,4,20
**play** 10:5
**played** 6:12
**point** 4:19
**population** 6:14
**Powell** 9:21
**prayed** 8:13
**prepare** 4:1
**president** 7:10
**principle** 7:18
**processes** 10:4
**pronounce** 4:9
**prove** 4:24,25 9:7
**publicly** 5:3
**purely** 7:13, 18
**put** 9:9 10:9

**Q**

question 10:5

**R**

racism 7:2
realize 7:20
realized 5:7
reason 6:2
recording 11:2
red 8:5,9,22, 25 9:2,3
refused 4:18, 21
release 9:9
remarkable 10:23
representatives 4:7
Republican 7:10
reputation 10:10
reveal 10:2
revealed 10:6
rolls 8:17
running 8:15 9:6,8
rural 8:9,14

**S**

scale 10:7
secure 4:15
security 4:6, 10
senator 9:6
September 4:6
share 5:3
shared 5:2
shaved 8:20
shoot 6:16,18

show 5:3 8:1, 18
showed 9:23
shut 5:24
shutting 7:22
side 10:17
sides 10:22
Sidney 9:21
Sidney's 9:11
sing 10:19
slightly 9:2
soft 5:8
soldiers 6:16,18
started 5:6
state 9:6
states 6:4 8:2 10:8
steal 5:8,9, 10,11 6:3,5
stealing 8:10
stories 5:23
story 5:21
straight 7:11
strange 8:22, 23
Street 10:16
suppress 6:25
swear 10:19
swindle 10:6
switching 8:19
system 6:10 9:14

**T**

taking 8:24
talking 9:5
team 4:1
technology 8:16 9:24
telling 5:21
ten 5:5
Texas 4:7

theft 8:2
thing 7:16
things 8:15, 18 10:1
time 9:7,9
true 4:5
Trump 7:8,9 8:20 9:20
trust 10:24
truth 10:20
typically 8:12

**U**

U.S. 6:16
uncovered 7:24
understanding 5:1
United 10:8

**V**

VCS 6:15
Vegas 5:14
Vietnam 6:15
village 6:15, 17
vote 6:25 7:8,9
voted 7:10
voter 6:8
voters 6:9
votes 8:10, 19,20

**W**

wait 6:24
Wall 10:16
ways 4:9
weeks 4:14
white 7:5
winning 8:21

working 9:13
world 7:25

**Ç**

ÇISA 4:21