# Exhibit 365

File 132 Patrick Byrne Blowing Open the Election
December 08, 2020

1

2

3

4

5

6                    File 132

7   Patrick Byrne:Blowing Open the Election

8             December 8, 2020

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          DR. DAVE JANDA:  Hello.  I'm Dr. Dave Janda.

2   Welcome back to the Insider Insight Show.  I'm honored

3   to have back with me someone I consider a friend, and

4   someone who is an amazing patriot, an incredibly

5   courageous patriot, Patrick Byrne.  Now, many of you

6   know Patrick as the person who was one of the founders

7   and the CEO that brought Overstock.com to --

8          PATRICK BYRNE:  To the light.

9          DR. DAVE JANDA:  Yeah, to all of our

10  doorsteps.  But then many people remember Patrick Byrne

11  as the person who took on Wall Street and who launched a

12  campaign against the big money folks about illegal naked

13  short selling.  Now, you might say well, that affects

14  just some big name people.  Oh, no, no, no, no, no.

15         PATRICK BYRNE:  If you have a pension it

16  affected you.

17         DR. DAVE JANDA:  It does.  If you have a

18  pension, if you have a dollar in the stock market,

19  whatever it might be it affects you, and Patrick was

20  targeted for -- yeah, you were.

21         PATRICK BYRNE:  Let's not go into all that.

22         DR. DAVE JANDA:  Well, you were.

23         PATRICK BYRNE:  That's a few years ago.

24  Forget the naked short selling.  It's not about me being

25  targeted.  I figured out that '08 was going to happen.

```
 1   In 2008 -- I figured out in '05 that '08 was about to

 2   happen because of a flaw in Wall Street and I went

 3   public about it, and they spun it as oh, this is because

 4   this guy is a victim and they attacked his company and

 5   stuff.

 6          DR. DAVE JANDA:  No.

 7          PATRICK BYRNE:  That's all beside the point.

 8   I figured in '05 I knew that '08 was going to happen and

 9   I tried to stop it.  That's really the short way to say

10   it.

11          DR. DAVE JANDA:  And tens of thousands of

12   other people could have, but did not, but you did.

13   That's an important point.  You're very humble.  That's

14   the other part about Patrick Byrne.  He's humble and

15   modest.

16          Now Patrick has started to look at election

17   issues, even before November 3rd, and he assembled a

18   team, a people of patriots of IT gurus to look at the

19   election process both before November 3rd, on

20   November 3rd and after November 3rd, and he's

21   dedicated his efforts to helping truly save the

22   republic.  You know, General Flynn was recently on

23   this platform.  We had an opportunity to interview

24   him, and he spoke about a soft coup and that the

25   election was being used as a soft coup.
```

1          PATRICK BYRNE:  That's just what's happening.

2   I can walk you folks through that if you'd like.  I

3   think it's time -- the people's general.  I'm glad to

4   hear Flynn is out there saying that.  I've been biting

5   my tongue because I know from my time fighting Wall

6   Street the rule of thumb is how do you get the public to

7   eat an elephant?  One bite at a time, and I've been

8   dishing out one spoonful at a time for the last two

9   weeks, but we don't have file for this.  It is time.

10  I'm saying this absolutely is a soft coup.  I can tell

11  you just who's behind it.

12          There's three components to the election

13  system you need to understand.  I'm going to hold up

14  my water to represent Venezuela because it's down

15  there on the Caribbean.  There's Dominion, and there

16  is Sitel, which is the vote tabulation company.  It's

17  over in Spain, but its servers are really in

18  Frankfurt.

19          Smartmatics, the software, is absolutely a

20  Hugo Chavez creation.  I walk you through the how and

21  the why and such.  There's a beautiful back story.

22  Dominion in October 6th of this year, four weeks

23  before our election, Dominion took a $400 million

24  investment/buy out from a Chinese bank.  Who's the

25  Chinese bank?  It's called Credit Suisse.  Now,

1   you're saying isn't that a Swiss bank?  No.  Credit

2   Suisse is a Chinese bank.  They bought it, and the

3   Chinese bank put $400 million into Dominion.  And

4   then Sitel, this company, this European company based

5   in Barcelona declared bankruptcy back in June of this

6   year, and its assets were purchased by another

7   company which began using the name Sitel.

8           Often companies when they there's some no

9   goodniks and you want to sort of seal off your trail

10  you do this.  You have one company declare

11  bankruptcy.  The assets get stripped down, put in

12  another, and this all is just rubble, and then when

13  this investigators show up, it's just a pile of

14  rubble they've got to shift through.  That was done

15  in June.

16          The people who bought it have two dubious

17  connections.  One is to George Soros and one is to

18  Venezuela.  And in particular, Venezuela for 20 years

19  has had kind of a front agency, PR agency lobbying

20  group in New York, and I'm not prepared to name them

21  yet, but it's a guy out of that group.  That

22  Venezuelan linked PR/lobbying group has gone and been

23  part of this deal with Sitel.  Guess who else is part

24  of it.  It's -- I don't want to say -- believe it or

25  not, Kamala Harris' husband shows up with some

1  connection into one of the companies I just named.

2  I'm not ready to talk more about that, but Kamala

3  Harris' husband is linked to one of these, but that's

4  not the main event:  Set that aside.

5           The point is that there's three companies,

6  the ones that provide the software, the ones that

7  provide the machinery that run the elections, and the

8  one that tabulates.  The ones that provide the

9  software is a creation of Hugo Chavez Venezuela.  The

10  one that does Dominion has, in a month before

11  election, a Chinese bank took it over with a four

12  hundred million dollar cash infusion and took it

13  over.  And the one that does the tabulation is a

14  George Soros/Venezuela.  So, America, you need to

15  understand that our election systems are now being

16  provided and operated by Venezuelan, Chinese and

17  Venezuelan/Soros entities.  That's who just ran our

18  election.  Our election got hacked.  This is a slow

19  coup.  And by hack, I don't mean necessarily just the

20  narrow term of sitting at a keyboard and playing

21  games.  Computer science people use hack to mean you

22  can hack a concert if you find a way to sneak in.

23  Just hacking a process means beating it, you're

24  beating it, you're cheating it.

25           There's all kinds of ways they could have

1  hacked this, both physical security of the computers

2  and Q Snatch malware and these kinds of things, but

3  also ballot integrity.  And with really a very small

4  number of people, well-organized but small in number

5  you can steal something like Georgia.  You can steal

6  the election in Georgia.  And they've done that, and

7  it is part of a -- it is not a coincidence that four

8  weeks before the election a Chinese bank injected and

9  took over Dominion and that this all comes out of --

10  I'd love to tell you or your viewers the story behind

11  Smartmatic and why this is treacherous for us.

12          DR. DAVE JANDA:  Please do.

13          PATRICK BYRNE:  Okay.  Hugo Chavez came to

14  power in '98.  I happen to have been dating a Venezuelan

15  girl at the time, and so I was following.  This was a

16  coup or something against him, but he got out after a

17  few days, and in 2000 he started a six-year presidential

18  term.  But the way the Constitution is written is after

19  three years there could be a referendum.  So coming up

20  on December '03, coming up on his referendum he knew he

21  was down 40 to 60.

22          Now, meanwhile a group of Venezuelan young

23  scientists, computer scientists moved to Florida and

24  started Smartmatic in Boca Raton, and they went over

25  to Italy and they got some Olivetti lottery machines

1  and they converted them into voting machines using

2  software that created a system that Hugo Chavez could

3  cheat in the December '03 election.  They got it all

4  down, went down and ran the election.  Hugo Chavez

5  ended up winning 60/40, and of course they've never

6  lost anything since then, and thus was born this

7  system.  So it really grew out of Hugo Chavez's need

8  to steal the '03  referendum in Venezuela.

9            By '06 or so it was being used in elections

10  in Chicago, and it's been propagating since then.

11  They have licensed their software to Dominion.

12  Dominion -- it's a little bit like when you buy a

13  Dell computer, the computer is Dell, but the software

14  is Microsoft.

15            DR. DAVE JANDA:  Right.

16            PATRICK BYRNE:  When you have a Dominion

17  machine, the machine is Dominion, but the software

18  inside it is Smartmatic, and it's under license to them,

19  and they tried to hide that forever.  Finally like in

20  2015 they came out and had to acknowledge it.  There was

21  a legal case in Puerto Rico where a whole bunch of this

22  stuff got exposed.

23            I'm going to start putting more of the

24  documentation on this up on Deep Capture.  So what is

25  happening is a joint Venezuelan/Chinese/Soros

1   operation.  They have absolutely -- this is a slow

2   coup, and if we fall for this, this election is so

3   dirty, and if we fall for it I think it's the last

4   re-election.  I think we're Venezuela.

5           DR. DAVE JANDA:  Well, the recent CEO of

6   Smartmatic Lord Mark Malloch Brown who's no longer the

7   CEO of Smartmatic, it's my understanding George Soros

8   this past week named him as president of George Soros's

9   Open Society Foundation, which does a lot of money

10  laundering as far as I can tell of shifting money into

11  organizations to do the dirty.

12          PATRICK BYRNE:  Yeah.  Well, I wouldn't call

13  that money laundering, but Lord Malloch Brown has been

14  tight with Soros for years.  He's had all kinds of

15  positions in Soros' hedge funds and Open Society

16  already.  He's been associated with the Open Society for

17  years.  He's had some sort of, I forget, some sort of

18  board, some sort of senior position there for years.

19  He's been associated with Soros for years.

20          And there's another company that is

21  Venezuelan's front company.  I shouldn't say front

22  company.  A fellow from that company, I think it's

23  called FTI.  I'm be blocking on the name a little

24  bit, but that company has also gotten -- yeah.  This

25  is Soros cronies, Venezuelan cronies and Chinese

1    money, and there's three points in the system they

2    had to steal and they stole all three, the software,

3    the Smartmatic software, it's Venezuelan, Dominion is

4    now a Chinese firm essentially.  It's a Chinese bank

5    took it over from the inside, and the SEC filings

6    republic.  They got this huge $400 million capital

7    infusion that's not disclosed what they got for it,

8    but I'm sure it's control of the company.  And then

9    they have the accounting systems, the Sitel systems

10   is Soros and a guy linked to Venezuela, and those are

11   the people running this U.S. election which had all

12   kinds of enormous irregularities in it such as we

13   haven't seen in our lifetimes.

14          When have you ever heard of a tabulation

15   center being shut down for a water main break, and

16   yet it happened in five places.  And what do you

17   know?  They were exactly the cities that you had to

18   cheat in order to get -- and what do you know, while

19   they were shut down everyone has stories of hundreds

20   of thousands of ballots coming in or being pulled in

21   from suitcases out from under tables and running

22   through and they're 99.4 percent for one candidate.

23   You know, you can look up Google Smartmatic and

24   scandals, and you will discover that everywhere

25   Smartmatic has been used from Africa to the

1  Philippines Smartmatic is embroiled in these scandals

2  because everywhere -- it's basically when you have a

3  dirty politician who wants to remain in power you can

4  bring in Smartmatic/Dominion and know that he can

5  cheat and keep himself in power.

6           DR. DAVE JANDA:  So Patrick, before we went on

7  air I spoke to you about something that I spoke about on

8  our radio show this past Sunday.  Right before I went on

9  air live this past Sunday it was announced that there

10  was vote flipping through the Smartmatic/Dominion

11  machines in a small county in Georgia by the name of

12  Ware, W-a-r-e, that the Trump votes were flipped to

13  Biden votes, which was kind of surreal in our

14  conversation because you said let me -- you didn't know

15  about Ware, and you said let me guess how many people

16  were voters.

17           PATRICK BYRNE:  You said there were 37 votes

18  flipped.

19           DR. DAVE JANDA:  I said 37 votes flipped

20  according to the analysts from Trump to Biden.  And you

21  said let me guess how many people were in that county

22  that voted.  And what did you say?

23           PATRICK BYRNE:  I guessed there were about

24  15,000 people in the county then, right?  And he looked

25  it up, and what was it?

1          DR. DAVE JANDA:  14,952.

2          PATRICK BYRNE:  Yeah.  We've got their system

3   down.  We have their patterns.  We know how they're

4   doing it.  So the vote flipping of .2 percent, which is

5   basically the lead Biden has, is .2 percent you're going

6   to find that -- I know of at least one other place that

7   it was .2 percent.  They're flipping about .2 percent of

8   the votes in the rural areas, rural, heavily red, in

9   some places much more.  Yeah, we know in some places

10  much more, like hundreds.  But there seems to be this

11  stable -- well, that's a ratio I bet you're going to see

12  more of, that .2 percent, and that's how I got there.

13          DR. DAVE JANDA:  So on November 4th, a good

14  buddy of mine --

15          PATRICK BYRNE:  Boy, that would be sort of

16  closer to, what would that -- anyway, that's about

17  right.  That's about right.

18          DR. DAVE JANDA:  So on November 4th, the

19  morning of the election, you know, when I went to bed in

20  Michigan here President Trump was up 300,000 votes, and

21  I woke up and he was behind 30,000 votes.  And I called

22  a good buddy of mine who had been down in the TCF center

23  in Detroit, Pat Colbeck, senator, senator former, and I

24  said Pat.  He goes there's all kinds of problems.

25  There's this little county in the lower peninsula of

1  Michigan that there's some really big stuff problems

2  there in Antrim County.  And it turns out I believe

3  there were six thousand votes flipped there.

4           Well, Let me fast forward to this past

5  Sunday's show.  It was announced right before my show

6  went on the air that some analysts were being sent

7  up, and this has been confirmed through Jenna Ellis,

8  one of the attorneys to Antrim County to dissect, to

9  look, to do a forensic analysis on these voting

10 machines.  And immediately when I got off air I was

11 being told that oh, this is a whole voter fraud

12 issue.  This election fraud issue is just a

13 conspiracy theory, and the fact that analysts are

14 going up there to take a look at it, that's complete

15 fabrication.  Pat, am I fabricating stuff when I talk

16 about this?

17          PATRICK BYRNE:  No, you're not fabricating.

18 And while I have to be, I'm going to be super careful

19 and respectful of any judicial temperaments in that

20 regard, I can confirm Jenna Ellis's story.  Jenna Ellis

21 said on CBS that there was a jet full of hackers or

22 something going up there.  I can confirm I have personal

23 knowledge that that story is correct.  And I can even

24 probably say, I suppose, it was my jet.  But other than

25 that, anything out of that we want to be super

 1  respectful.  I mean, I can confirm Jenna Ellis was

 2  correct because it was my jet and people I know.  But

 3  other than, that the -- I shouldn't say anything or I'm

 4  not going to say anything about what was obtained or

 5  what might have been obtained and things like that.

 6           DR. DAVE JANDA:  And then I had another group

 7  of folks say well, even if you are right about this

 8  conspiracy thing about people going up and forensically

 9  looking at these machines, well, the election happened

10  November 3rd.  If there was some dirty done it was

11  already done, and potentially those machines have been

12  wiped.  And the reason why those people actually have

13  some merit and they're saying is this past week attorney

14  general in the state of Michigan, Dana -- she put out a

15  note, a memorandum that within seven days, I believe, of

16  the canvassing being finalized the voting machines

17  should be scrubbed.

18           PATRICK BYRNE:  How odd.

19           DR. DAVE JANDA:  Dana Nessel is her name.  You

20  know, Pat, here's the deal.  If I did that as Joe

21  Public, scrubbed -- let's -- if I scrubbed information

22  that was potentially, whether it was a potential

23  litigation involved, that would be -- I think I'd be

24  held for obstruction of justice.

25           PATRICK BYRNE:  Well, if you did it after you

 1  received a subpoena you would be, and if you did it in
 2  anticipation of receiving a subpoena, I think that
 3  probably goes to guilty conscience or levels of intent.
 4             Yeah, they're going full goon.  They
 5  understand that they're caught red-handed.  Anyone
 6  who's telling you this is a myth or something,
 7  they're living under a rock.  There's thousands of
 8  people who have come forward around the country with
 9  affidavits, with movies.  All of it lines up with
10  exactly what I'm saying about how you would steal an
11  election using these systems, which they did.  Yeah.
12  You're living under a rock not to see the pattern and
13  see how the same thing was done, and the pipes knew
14  to break in exactly the right cities that they needed
15  to break, that any political scientist would tell you
16  these are the cities you have to steal to steal those
17  states and to flip the electoral college.  That all
18  really happened, and it doesn't matter what they
19  wipe.  I mean, the data is too many places.  The data
20  is too many places.  We are up against a clock.
21             DR. DAVE JANDA:  Yes.
22             PATRICK BYRNE:  On everything they can, you
23  know, we're up against a shot clock.  They've everything
24  they can to play slow ball and slow it down.  The judge
25  in Georgia waited ten days to give Sidney Powell a

1  response, and gave a response that could have been

2  written in a minute, and it was -- they were trying to

3  slow walk this until what really is going to happen is

4  people will just feel defeated and they'll say well,

5  it's close enough and maybe it won't be so bad.

6       Let me tell you, it will be so bad.  I've

7  lived -- I've been to Venezuela.  I was there a

8  couple years ago.  I lived in China '83, '84.  I've

9  lived in Marxist countries and countries that are

10  authoritarian, and Americans have no idea what

11  they're giving up.  They have no idea what's coming

12  for them.  This will be the last free election if

13  this is allowed to stand.

14       Look at the goons.  I mean, Biden is

15  actually bringing some people in already that have --

16  he brought one person in, I'm going to be writing

17  about it, has a real link to Venezuelan money.  He's

18  bringing in hard left people, hard left people, and

19  this will be the last free election we will ever have

20  as a country.

21       DR. DAVE JANDA:  Patrick, when we were

22  together we also spoke about -- you mentioned this

23  group, Sitel.  They're based in Barcelona, Spain, links

24  into Frankfurt, Germany.  We talked about votes being

25  sent over the internet to Europe for counting purposes

1  and potential manipulation purposes.  Many people found

2  that hard to believe at the time.  In fact, since then

3  Rudy Giuliani at the hearings in Pennsylvania and

4  Arizona and Michigan brought an individual forward

5  colonel, Phil Waldron, who confirmed that they had white

6  hats that saw this in fact occurring.

7          PATRICK BYRNE:  Absolutely.  I can give you

8  something one of your people can look up.  I've got it

9  somewhere.  Maybe I'll post it, but better if somebody

10 looks it up.

11         There's a German computer science professor

12 from I believe Heidelberg or Hamburg or something,

13 Hamburg, who was writing in the kind of place that

14 people are all -- who study internet band width go.

15 I mean, a real techy kind of place, and maybe around

16 a week after the election he remarked about the spike

17 in band width that was running between the U.S. and

18 Frankfurt on the night of our election.  In the hours

19 of our election the band width went up sort of

20 faster -- they expected it to grow there in about

21 three years, and instead in one evening it suddenly

22 spiked.

23         DR. DAVE JANDA:  Whoa.

24         PATRICK BYRNE:  And it was the hours of our

25 election in the United States, and that's in some

1   German -- it was a German computer science professor.

2   That's online.  I'm going to have to find that and tweet

3   it.  It was a very obscure source these hackers found.

4   He didn't know anything about the claims that we were

5   doing, but he noticed this enormous band width spike.

6   It was in the terrabytes.  It went from like seven

7   terrabytes to ten terrabytes per second, it was

8   something like that, and it was while we were conducting

9   our election in the U.S.  So that would be, I think, a

10  strong confirmation point that this data is getting

11  piped, was getting piped to Frankfurt, Germany for

12  tabulation.

13          Listen, I happen to know, I may as well

14  reveal, I saw a business plan about 15, 20 years ago

15  for Sitel.  At the time it was proposed -- I think it

16  was through JP Morgan and it was proposed as a

17  company to get behind -- it was going to help end

18  corruption.  The world was going to have one company

19  that did all the vote tabulation, and then the idea

20  would be we would get other countries to pipe our

21  election data to this one place and they would do all

22  the tabulation so we would know it clean.

23          There was a business plan that was floated

24  in front of me about 16 or 18 years ago about Sitel,

25  and I remember that plan.  It's really a weird

 1  coincidence, but that's how it was posed.  It was
 2  kind of posed as the thing that like socially
 3  conscious rich guy should get behind because the
 4  world needs some central incorruptible source of the
 5  truth to handle elections and that it was going to be
 6  set up -- I thought it was going to be Switzerland or
 7  something, but that's the company, Sitel.  That's how
 8  it was sold.  And had, it does have data piped to it
 9  and it does tabulation there.
10          Now, it's based in Barcelona but its
11  computers are in Frankfurt, and I find Frankfurt
12  interesting because there are some other ties with
13  Frankfurt between -- if you look up, people and this
14  is Open Source.  But if you look up where the --
15  there's a group called the Silk Road Task Force.  The
16  Silk Road Task Force was a group of government people
17  who were chasing the silk road.  It was the
18  Baltimore -- it was Baltimore station.  It moved to
19  Baltimore from Frankfurt.  It was over in Frankfurt
20  at the consulate, and it was the center of gravity of
21  U.S. hacking efforts against Cozy Bear and these
22  Russian things, and this is all Open Source.  You can
23  read this open source.
24          The people who were involved in that
25  Frankfurt station included a guy name at Pianca

1   (phonetic).  Pianca was one of the FBI agents who

2   later interviewed Flynn.

3                DR. DAVE JANDA:  Whoa.

4                PATRICK BYRNE:  It also was done under the

5   signature of Rosenstein.  It was also done under a --

6   there were two agents there who later went to prison for

7   stealing bitcoin.  They're serving seven years.  One was

8   a DEA and one was a secret service, and it also included

9   a guy who went off and started Crowd Strike.  He became

10  the President of Crowd Strike.

11               DR. DAVE JANDA:  Really.

12               PATRICK BYRNE:  Crowd Strike is the DNC's

13  cyber company, and when the DNC got hacked they brought

14  in Crowd Strike, and they told them write a report that

15  said Russia did this.  I don't buy that, incidentally.

16  I can walk you through the technical -- basically

17  whoever stole those emails out of the DNC, what they

18  stole, one thing that the press always neglects to

19  mention, the email showed that Hilary -- that the DNC

20  had cheated Bernie out of the primary and giving it to

21  Hilary.  That's what they showed.  Everyone always

22  neglects what did they show.

23               They were also downloaded, the computer

24  forensic showed, at speeds of up to 36 megabytes her

25  second.  This allegedly was being done from Russia

1   through VPNs.  They would not have been able to get

2   anything over a couple megabytes per second, so that

3   really is suggestive somebody inside downloaded it

4   onto a thumb drive where you would have download

5   speeds like that, which of course brings in Seth

6   Rich.  Here's the funny thing.  What was Seth Rich

7   doing within the DNC?  Go and look this up.  Have

8   your researchers go and look this up.  What was Seth

9   Rich, before he got killed, he was doing -- he had a

10  particular position in the DNC that would have put

11  him in a position to know all the things you're now

12  hearing, that you can use Dominion machines to steal

13  elections or primaries.  Look up -- find out what his

14  position was in the DNC, and you will now understand

15  he understood that Hilary had cheated Bernie out of

16  the primary not just from some emails.  He understood

17  because he was the guy in the DNC -- well, I'm going

18  to leave it to you to look that up and your viewers.

19  Find out what Seth Rich, before he was killed, what

20  was his role in the DNC, and it was a role that I'm

21  asserting would put him in a position to have known

22  everything that we're now saying, that the Dominion

23  servers had been used in the primaries to steal from

24  Bernie and give to Hillary.

25           DR. DAVE JANDA:  And if I remember correctly

 1  actually, Patrick, to put people on the right track, I

 2  believe it was related to voter integrity issues.

 3          PATRICK BYRNE:  Right.  Around the primaries?

 4          DR. DAVE JANDA:  Uh-huh.

 5          PATRICK BYRNE:  He would have had knowledge of

 6  all of this stuff being done within the primary service

 7  when the position -- so I'd love you to research what

 8  was the name of his position just when he was whacked.

 9  So they could not have let a guy who had the kind of

10  knowledge we're now talking about, he couldn't have been

11  walking around.  They couldn't let him walk around if he

12  wasn't on board.

13          DR. DAVE JANDA:  And Patrick, getting back to

14  Frankfurt from WikiLeaks.  This is one of their

15  releases, March 8, 2017.  Again, WikiLeaks has never

16  been found to be wrong about one of their releases.

17  This is what they said, March 8, 2017.  In addition to

18  its headquarters in Langley, Virginia, the U.S. CIA also

19  uses the U.S. consulate in Frankfurt, Germany, exactly

20  what you spoke about, as a covert base for its hackers

21  covering Europe, the Middle East and Africa.  CIA

22  hackers operating out of the Frankfurt consulate, the

23  Center for Cyber Intelligence Europe or CCIE, are given

24  diplomatic black passports and state department cover.

25  The instructions for incoming CIA hackers make Germany's

 1  counter intelligence efforts appear inconsequential.

 2  WikiLeaks, March 8, 12017.

 3          PATRICK BYRNE:  Well, I knew that had been

 4  2017.  March, what day was that?

 5          DR. DAVE JANDA:  March 8, 2017.

 6          PATRICK BYRNE:  I like it when I do interviews

 7  where I learn more than my share.  I knew that was out

 8  in the public.  I wasn't sure where.  But yeah, that

 9  group you were just describing spawned a number of

10  interesting players.  That group was operating under

11  Rosenstein's signature.  That group had two feds who

12  went to jail.  It had a guy named Pianca who was later,

13  coincidentally the guy who went out there with Peter

14  Strzok and interviewed Michael Flynn, and it had the guy

15  who went and formed Crowd Strike who wrote -- I mean,

16  this is funny.  Remember how Crowd Strike, they are the

17  ones who allegedly said that Russia was behind the DNC

18  hack.

19          DR. DAVE JANDA:  Right.

20          PATRICK BYRNE:  That was for years and years,

21  that was what they said.

22          DR. DAVE JANDA:  Right.

23          PATRICK BYRNE:  When they put the president of

24  Crowd Strike under oath in the house, do you know what

25  it turned out he said when they finally released it?

1        DR. DAVE JANDA:  That they never even looked

2   at the servers.

3        PATRICK BYRNE:  Well, Crowd Strike did, but

4   they had zero evidence they come from Russia.  Under

5   oath when they had to answer the question, they had zero

6   evidence that they came from Russia, no evidence

7   whatsoever that they had made that claim.  And as I say,

8   the downward speeds are inconsistent with somebody -- if

9   you were two blocks away or if you were ten blocks away

10  over VPN, you would not have speeds of 36 megabytes per

11  second.  I mean, if that was an outside hack they would

12  never have been able to get the download speed that they

13  achieved.  It would have been within a factor of ten,

14  and certainly not from Russia.

15        And so the other side, what they've been

16  holding up for you years is well, the Crowd Strike

17  guy said it was from Russia, the Crowd Strike guy.

18  And guys like us have been saying well, look at the

19  confluence of facts around Seth Rich and around --

20  here's this thing that forensic evidence shows that

21  they were downloaded at up to 36 megabyte per second.

22  Couldn't have happened, and they just waved this

23  piece of paper, well, Crowd Strike says it was

24  Russia.  When they finally got the Crowd Strike

25  leader, who was the same guy we just discussed from

1  that operation in Frankfurt, when he got under oath

2  in the house, in the closed hearings that Adam Schiff

3  wouldn't let the world know, but who was it,

4  Ratcliffe finally declassified, and it turned out 53

5  people in a row, the same people who were going on

6  television saying we have hard core, clear indication

7  that Russia and Trump were colluding, when you get

8  them under oath Clapper and all these guys said I

9  can't name you any evidence that it was ever given to

10  us --

11          Similarly, when that Crowd Strike guy who

12  was put under oath, the guy who they'd been waving

13  his report for all this time, he goes under oath he

14  says actually we had no evidence whatsoever that

15  Russia was behind it.

16          DR. DAVE JANDA:  -- in addition, two legends,

17  Bill Binney and Kirk Weebie, who were friends of mine,

18  also came to that same conclusion about what really

19  happened, that it was an internal download rather than a

20  hack through the interview.

21          Kirk called me last night, and he and Bill

22  and the team have also been looking at some issues,

23  and listen to this one, Patrick.  No one knows this

24  yet, but it's about to become public.  They were

25  looking at Georgia, and they looked at six million

1   registered voters in Georgia.  Of the six million

2   registered voters, two million registered voters of

3   those six had one thing in common.

4           PATRICK BYRNE:  The same phone number.

5           DR. DAVE JANDA:  Their birth dates all were

6   January 1st of different years.

7           PATRICK BYRNE:  That's interesting.

8           DR. DAVE JANDA:  So the odds of two million

9   out of six million people all being born on January 1st

10  of a certain year I think are pretty small.

11          PATRICK BYRNE:  Of any year.  No, it would be,

12  you know, astronomically small.  That's just like

13  there's another state we're looking at the voter records

14  where a certain county, one of the six counties where

15  we're alleging this took place, in the 90 days leading

16  up to the election of 2016, there were 140 new voter

17  registrations in that county.  In the 90 days leading up

18  to this election, there were over 13,000 new voter

19  registration in that county.  And guess what, 350 of

20  them have one phone number.

21          DR. DAVE JANDA:  Oh.

22          PATRICK BYRNE:  And they give addresses like,

23  you know, the MGM Grand Hotel, and 350 of them have one

24  phone number, and there's another phone number that was

25  another couple hundred of them or something.  I mean,

1   there's so many tens of thousands of votes that you can

2   just eliminate from that kind of stuff.  Call that the

3   wholesale side.  Then there's the industrial side when

4   they just actually shut down the voting booths and run

5   stacks of fresh ballots through and stuff like that.

6   That's the industrial scale.  So there's retail

7   industrial fraud, which you might call voter fraud.

8   Then there's that middle thing that we're talking,

9   13,000.  That tells me a couple people went to Vegas

10  that was, or a couple people went to Georgia and they

11  buy a dozen burner phones and just go in and fill out

12  hundreds of registrations all tied to one phone.  So

13  they got sloppy that way, and I'm sure all those phones

14  have been destroyed.

15          DR. DAVE JANDA:  I'd liked your impression of

16  another individual and a center that he and his wife

17  have benevolently funded.  Zuckerberg funded group comes

18  into spotlight in election related court cases.  This is

19  from Epic Times.  A group that received hundreds of

20  millions of dollars from Facebook CEO Mark Zuckerberg is

21  accused in post election lawsuits of contributing to

22  constitutional violations in key battleground states.

23  The Center for Tech and Civic Life -- oh, what a

24  beautiful organization, a national nonprofit based in

25  Illinois, provided funding to over 2500 election offices

 1  across the country to run elections amid the COVID-19

 2  pandemic.  Funds were used, Patrick, to pay poll

 3  workers, put up ballot drop boxes, acquire mail-in

 4  ballot equipment and supplies.  The money was also sent

 5  through agreements that had municipalities run elections

 6  in contravention to state law.  The agreements between

 7  the Center for Tech Life and Civic Life and cities

 8  required cities to develop a plan for their elections

 9  and submit it to the center.  And here's the best part.

10  Some of the money, Patrick, also went to judges

11  overseeing the election, $400 million by Mark and --

12          PATRICK BYRNE:  Happens to be the same number

13  that the Chinese just injected into Dominion.

14          DR. DAVE JANDA:  Same number.

15          PATRICK BYRNE:  Same number.

16          DR. DAVE JANDA:  Like they're equal partners,

17  who knows.

18          PATRICK BYRNE:  Yeah, his wife, Priscilla

19  Chan.  Interesting.  All I can say is that Zuckerberg's

20  Chinese sucks.  I speak Chinese.  I haven't had to speak

21  it daily for 35 years, and he speaks -- and it's painful

22  for me to hear his crap Chinese.  It's like a sophomore.

23  So I don't mean to be a Mandarin snob about it, but I am

24  a Mandarin snob, and his Chinese is so grating on my

25  ear, I can't get past that fact about Zuckerberg.

1        DR. DAVE JANDA:  Yeah, there's a lot of things

2   about him.

3        PATRICK BYRNE:  He's been married to a Chinese

4   speaking woman for years and he still sounds like he

5   does, that tells me everything I need to know about Mark

6   Zuckerberg.

7        DR. DAVE JANDA:  Patrick, many people are

8   concerned that as you mentioned earlier the clock is

9   running out, and we got all the evidence.  If you

10  listened to Sidney Powell in court the other day in

11  Georgia, the judge -- she said just let me present the

12  evidence, and the judge was like no.  In Michigan at

13  that hearing, no evidence was presented.  Many people

14  are concerned.  Clock is running out.  We got a judicial

15  system where they're saying hear no evil, seek no evil,

16  speak no evil.  I don't want to hear the evidence.

17        Patrick, is this going to -- I'm hoping

18  somewhere along the line, at least through the

19  Supreme Court this evidence is presented.

20        PATRICK BYRNE:  Yeah, it will get presented.

21  First of all people should understand, state courts are

22  highly politicized still.  I mean, they're still -- and

23  between a combination of politicization and maybe other

24  mechanisms including you never know -- I mean, there's

25  death threats being bandied around and stuff.  There's

1   you can't trust anything coming out of state courts on

2   this.

3           The good thing about all this is everything

4   will be revealed.  This is the end of the line and

5   everything's going to be revealed, and those who have

6   been trying to explain to the world how corrupt we've

7   become as a society, all the evidence is going to be

8   there.  Like when it's clear to America what

9   happened, I want Americans to go back and look at the

10  role the media played and how quickly they were

11  rushed.  Oh, yeah.  President-elect Biden giving his

12  Thanksgiving address on television which drew less

13  than a thousand live stream viewers, the guy who

14  allegedly got 80 million votes.

15          Yeah, the state courts are going weak in

16  the knees or they're a co-opted or threatened or

17  whatever.  It's got to go to the Supreme Court, and

18  the breadth and scale of this is such it should be in

19  the Supreme Court.  And here I will make a comment

20  for the Supreme Court.

21          The Supreme Court went weak in the knees

22  once, and it really destroyed the America.  In 1936

23  Roosevelt was not able to get through a bunch of the

24  things he wanted to do in his first four years

25  because they were flagrantly unconstitutional, and in

1   1936 he threatened to pack the Supreme Court, and

2   what the Supreme Court should have done is stuck to

3   their principles, and then if Roosevelt went to pack

4   it fought it.  That's what they should have done.

5          Instead, they came back in the written of

6   1937 with a bunch of decisions where they

7   reinterpreted the Constitution philosophically.  They

8   just started breaking with previous constitutional

9   law.  They punched a hole in the Constitution from

10  which we have never recovered.  The Supreme Court has

11  to stand tall in the saddle, ride tall in the saddle.

12  this is absolutely a coup taking place against the

13  United States.

14         This is going to get to them.  John Roberts

15  is a politician.  He's a politician.  He may be

16  compromised, but you all know about the -- I've got

17  his log book, the log book from the Lolita Express

18  that shows he took a trip?  Well, a man named John

19  Roberts was flown by a man named Epstein on the

20  Lolita Express.  Maybe that's why he's compromised.

21  Who knows what.  But if they fold on this one like

22  they did in 1937, it's the end of America as we know

23  it.  It's the end of America.

24         You know, Roberts is a politician and he's

25  going to say I care about the institution of the

1  Supreme Court and this and that and the other thing,

2  and I don't want the Supreme Court to be stepping in

3  and fixing elections.  Well, if you care about the

4  institution of the Supreme Court, you know, it's

5  about to being packed if these goons take over.

6  They're going to pack it.  That's the end of it as we

7  know it.  I mean, They're openly asking for this kind

8  of stuff.

9          DR. DAVE JANDA:  Yes.

10          PATRICK BYRNE:  So I would say that if they

11  don't ride tall in the saddle this time, we get what we

12  deserve.  It's all going to come down to the Supreme

13  Court, and they absolutely have to look at the breadth

14  and the scale of this and say it is so extraordinary,

15  some extraordinary measure is called for.  Whether it is

16  then kicked to the House, whether they order revotes.

17  You know, in a perfect world they'd order revotes in

18  those six states, maybe managed by the military or

19  somebody we could all trust.  They're not going to do

20  that and there's no constitutional provision.

21          I don't know what the remedy is, but the

22  evidence is absolutely clear from an intelligence

23  point of view that this was an attack by Venezuela

24  and China and people connected with Soros and there's

25  no question.  All three links, the software, the

1  machinery and the tabulation centers have all been

2  conquered -- well, Smartmatics has been Venezuelan

3  from the get go, but Dominion and Sitel have been

4  taken over this year in the last six months.  They

5  both had extraordinary events.  One had a big

6  investment from a Chinese bank, and one declared

7  bankruptcy and moved itself into a new company, like

8  shed its skin so it would be very difficult to

9  investigate, and that new company that people have

10  connections to Soros and Venezuela, deep connections.

11           So if we let this happen, if we let George

12  Soros and Venezuela and China take us down and the

13  Supreme Court is going to stand by like a bunch of

14  Philadelphia lawyers and be lawyers about it, then

15  America gets what it deserves.  I can't tell you why.

16  I lived in these places.  I've been to Venezuela a

17  couple years ago.  It was like going through the

18  walking dead.  many times in China -- I can't believe

19  that American's are so uneducated on civics and so

20  uneducated on what made our country work that they're

21  surrendering this.

22           Let me go on for one more minute with this

23  quick story, may I?  It's important.

24           DR. DAVE JANDA:  No, please.

25           PATRICK BYRNE:  It's called the Assassin's

1   Mace.  I should probably write this up.  There has been

2   a theory.  Well, there was a guy named Michael Pillsbury

3   who came out in 2015 with a book called The Hundred Year

4   Marathon, and this guy, who was an old China hand and a

5   life long China lover and was part of opening China came

6   out in 2015, so that was wrong.  It was wrong all these

7   years.  China is our enemy.  They've been using us for

8   40 years, and actually there was a hundred year plan

9   that started in 1949 to take us down and turn us into a

10  vassal state.  In the Chinese world view, they are the

11  central kingdom on the earth, and everybody should be

12  sort of a vassal junior member in their club.  And he

13  found the evidence for this across the literature in the

14  national security community.  But to even understand it

15  you would have to understand Chinese language can be

16  very subtle and you use these illusions.  And in

17  particular there's a book from 2500 years ago called the

18  38 Strategies of the Warring States Period.

19          China went through a 300-year civil war

20  before it was ever one country, it was first unified,

21  and a book was written.  It's like the lessons we

22  learn, the 36 strategies, and one of them is the

23  Assassin's Mace, and it is to defeat your enemy

24  without having to go to war.  Imagine instead of two

25  kingdoms fighting, if you can get an assassin in the

 1  right place at the right time and with one stroke

 2  take the king out, it's over.  And for a decade in

 3  Chinese national security literature there's been

 4  references to their assassin's mace, Shashou Jian,

 5  the mace of the killer's hand, Shashou Jian, and

 6  there's been references to this exists, and we -- our

 7  national security community has been trying to figure

 8  out what it is.  Is it the new hypersonic missile

 9  that takes out a battleship or an aircraft carrier.

10  There's been all this speculation, what is the

11  assassin's mace.  I think we are seeing the

12  assassin's mace.

13          DR. DAVE JANDA:  I agree.

14          PATRICK BYRNE:  I think the assassin's mace is

15  you jack our election system, and elections, we're

16  liberal, philosophic liberalism.  The atomic concept of

17  our society is consent, consent, consent of the governed

18  as expressed through an election.  If they can come in

19  and corrupt that or hack it, you can take us off at the

20  ankles, and I believe what we are experiencing is the

21  assassin's mace.  This is a Venezuelan/Chinese/Soros

22  operation, and they are jacking the United States of

23  America.  I hate to be this heavy about it, but that's

24  what's going on, and we don't have time for patty cake

25  stuff.

1        I've been sort of -- I learned my lesson

2   years ago, how do you get people to eat an elephant,

3   one bite at a time.  I've been trying to hold stuff

4   back, but I don't have time anymore.  This is a soft

5   coup.  This is the assassin's mace, and it absolutely

6   can be linked to Venezuela and China and Soros, and

7   if I say anymore than that I'll start violating

8   judicial orders, and I'm not going to do that.

9        DR. DAVE JANDA:  Patrick, what are the odds

10  that we beat it?

11       PATRICK BYRNE:  50/50.

12       DR. DAVE JANDA:  Okay.  Best way to beat it?

13       PATRICK BYRNE:  Maybe 30/40.

14       DR. DAVE JANDA:  Best way to beat it?

15       PATRICK BYRNE:  Best way to beat it the judges

16  are politicians deep down, or some of them believe in

17  rule of law, but many of them are politicians.  You've

18  got to provide them error cover to do the right thing,

19  to make the right decision.  If there are no public

20  protests or acknowledgment of this, they will -- they

21  may take the easy way.  We have to help them.  There are

22  going to be rallies.

23       Look, I did not vote for Donald Trump

24  neither time.  This is a national security matter.

25  People, if there's any chance in your faith-based

1  organizations, in your towns, in your cities to come

2  out and do peaceful protests that you can demonstrate

3  the discontent and that you're not buying it, I've

4  never told people, I've never been in a protest in my

5  life.  I'm not a crowd kind of guy.  People have to

6  make visible, make visible that you do not believe

7  this, that you're not buying it.

8        What they're doing is they're obviously

9  trying to ram this, with the media, ram this down our

10 throats.  It's gotten silly, especially with the

11 thousands of stories that are coming forward and the

12 films and people pulling ballots out of suitcases

13 under a desk and ballot observers being gooned out of

14 centers and being told water main breaks.  It's

15 obvious.

16       You can't stand for this, America, and I'm

17 not sure what I'm -- what the legal boundaries here

18 are, but we can't take this lying down.  This is

19 absolutely a coup.  I'm not going to be part -- I

20 will not bend a knee to the new reign.  This is

21 absolutely incorrect.

22       DR. DAVE JANDA:  George Washington said it.  I

23 will die on my feet before I'll live on my knees.

24       PATRICK BYRNE:  Well, that guy will go places.

25 No, really, we can't accept this.  This is the end and

1   we all know it.  Anyone who's -- I saw that it's over

2   50 percent of people in America now know that -- now

3   will say that there was some mishap this selection.  I

4   forget the exact wording of the question, but over

5   50 percent of people acknowledge they think that.  So

6   you can't accept this.  If you do, it is your last

7    Free election.

8             Just look at what happened in Venezuela

9   since then.  You'll never beat -- you'll have

10  Dominion everywhere.  You'll never be able to vote

11  them out.  You'll never be able to vote the goons

12  out, and the same guys who are running around the

13  streets and beating people up in restaurants are the

14  ones who are going to be in charge.

15            DR. DAVE JANDA:  Patrick, you mentioned your

16  website where you upload information.  Deep Capture.

17            PATRICK BYRNE:  That's right.

18            DR. DAVE JANDA:  DeepCapture.com.

19            PATRICK BYRNE:  Yes, sir.

20            DR. DAVE JANDA:  Patrick, I'd like to thank

21  you.  You know what, a guy like you who's a billionaire

22  could be sitting on the beach right now.  Instead,

23  you've chosen to be the point of the spear and fight the

24  fight.

25            PATRICK BYRNE:  Don't remind me.

1          DR. DAVE JANDA:  I'm very sincere when I say

2    this.  I am grateful, thankful for all that you have

3    done, are doing and will do.  I am grateful that you

4    have the courage and the talent to bring this

5    information forward because I believe it's that -- no,

6    it's that information that will ultimately lead to

7    demise of this deep state apparatus that we're battling

8    for our freedom.

9          PATRICK BYRNE:  Well, I appreciate that.  This

10   country has been better to me than I had any talent or

11   merit to expect, so it seems like the least I can do.

12   But we're really crossing -- well, they crossed a line

13   here.  They've crossed a line this year.  You know,

14   they've been crossing a line for months and disorienting

15   you, America, and getting you in a position that you

16   feel defeated and you're willing to accept anything, and

17   now they're cramming down a jacked election down your

18   throat, and this isn't about Biden Trump.  This is about

19   the Kamala Harris, the people who want to pack the

20   Supreme Court, the people who are saying everything's on

21   the table like Chuck Schumer.  They do not recognize the

22   Republican form of government, limited government.

23   We'll be living in an unlimited -- in some emergency

24   state so you can't -- I don't know what exactly I'm

25   saying other than under no circumstances should you

1  accept this election, absolutely, one hundred percent

2  was rigged, and was rigged not by some dirty Democrats.

3  It's Venezuela and China are all over this, absolutely

4  behind this, and then Soros shows up.  Soros related

5  figures are also involved.

6          DR. DAVE JANDA:  Pat, again I'd like to that

7  you for everything you have done, are doing and will do.

8  DeepCapture.com.  Folks, until next time, Dave Janda

9  signing off.  Thanks for your time today.  Dream big and

10  dare to fail.

11          (End of recording.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5          I, Charlotte Crandall, certify that I was

6   authorized to and did transcribe the foregoing audio

7   recorded proceedings and that the transcript is a

8   true and complete record of my stenographic notes

9   from an audio recording and was transcribed to the

10  best of my ability.

11

12          Dated this 21st day of July, 2021.

13

14

15

16

17

18   _____

19        Charlotte Crandall
         Registered Professional Reporter

20

21

22

23

24

25

**$**

**$400**  10:6
  28:11

**0**

**03**  7:20 8:3,8
**06**  8:9

**1**

**12017**  23:2
**13,000**  26:18
  27:9
**14,952**  12:1
**140**  26:16
**15**  18:14
**15,000**  11:24
**16**  18:24
**18**  18:24
**1936**  30:22
  31:1
**1937**  31:6,22
**1949**  34:9
**1st**  26:6,9

**2**

**2**  12:4,5,7,12
**20**  18:14
**2000**  7:17
**2015**  8:20
  34:3,6
**2016**  26:16
**2017**  22:15,17
  23:4,5
**2500**  27:25
  34:17

**3**

**30,000**  12:21
**30/40**  36:13

**300,000**  12:20
**300-year**
  34:19
**35**  28:21
**350**  26:19,23
**36**  20:24
  24:10,21
  34:22
**37**  11:17,19
**38**  34:18
**3rd**  14:10

**4**

**40**  7:21 34:8
**4th**  12:13,18

**5**

**50**  38:2,5
**50/50**  36:11
**53**  25:4

**6**

**60**  7:21
**60/40**  8:5

**8**

**8**  22:15,17
  23:2,5
**80**  30:14
**83**  16:8
**84**  16:8

**9**

**90**  26:15,17
**98**  7:14
**99.4**  10:22

**A**

**absolutely**

**9:1**  17:7
  31:12 32:13,
  22 36:5
  37:19,21
  40:1,3
**accept**  37:25
  38:6 39:16
  40:1
**accounting**
  10:9
**accused**  27:21
**achieved**
  24:13
**acknowledge**
  8:20 38:5
**acknowledgment**
  36:20
**acquire**  28:3
**Adam**  25:2
**addition**
  22:17 25:16
**address**  30:12
**addresses**
  26:22
**affidavits**
  15:9
**Africa**  10:25
  22:21
**agents**  20:1,6
**agree**  35:13
**agreements**
  28:5,6
**air**  11:7,9
  13:6,10
**aircraft**  35:9
**allegedly**
  20:25 23:17
  30:14
**alleging**
  26:15
**allowed**  16:13
**America**  30:8,
  22 31:22,23
  33:15 35:23
  37:16 38:2
  39:15

**American's**
  33:19
**Americans**
  16:10 30:9
**amid**  28:1
**analysis**  13:9
**analysts**
  11:20 13:6,13
**ankles**  35:20
**announced**
  11:9 13:5
**anticipation**
  15:2
**Antrim**  13:2,8
**anymore**  36:4,
  7
**apparatus**
  39:7
**areas**  12:8
**Arizona**  17:4
**assassin**
  34:25
**assassin's**
  33:25 34:23
  35:4,11,12,
  14,21 36:5
**asserting**
  21:21
**astronomically**
  26:12
**atomic**  35:16
**attack**  32:23
**attorney**
  14:13
**attorneys**
  13:8
**authoritarian**
  16:10

**B**

**back**  22:13
  30:9 31:5
  36:4
**bad**  16:5,6
**ball**  15:24

ballot 7:3
  28:3,4 37:13
ballots 10:20
  27:5 37:12
Baltimore
  19:18,19
band 17:14,
  17,19 18:5
bandied 29:25
bank 7:8 10:4
  33:6
bankruptcy
  33:7
Barcelona
  16:23 19:10
base 22:20
based 16:23
  19:10 27:24
basically
  11:2 12:5
  20:16
battleground
  27:22
battleship
  35:9
battling 39:7
beach 38:22
Bear 19:21
beat 36:10,
  12,14,15 38:9
beating 38:13
beautiful
  27:24
bed 12:19
bend 37:20
benevolently
  27:17
Bernie 20:20
  21:15,24
bet 12:11
Biden 11:13,
  20 12:5 16:14
  30:11 39:18
big 13:1 33:5
  40:9
Bill 25:17,21

billionaire
  38:21
Binney 25:17
birth 26:5
bit 8:12 9:24
bitcoin 20:7
bite 36:3
black 22:24
blocking 9:23
blocks 24:9
board 9:18
  22:12
Boca 7:24
book 31:17
  34:3,17,21
booths 27:4
born 8:6 26:9
boundaries
  37:17
boxes 28:3
Boy 12:15
breadth 30:18
  32:13
break 10:15
  15:14,15
breaking 31:8
breaks 37:14
bring 11:4
  39:4
bringing
  16:15,18
brings 21:5
brought 16:16
  17:4 20:13
Brown 9:6,13
buddy 12:14,
  22
bunch 8:21
  30:23 31:6
  33:13
burner 27:11
business
  18:14,23
buy 8:12
  20:15 27:11

buying 37:3,7
BYRNE 7:13
  8:16 9:12
  11:17,23
  12:2,15 13:17
  14:18,25
  15:22 17:7,24
  20:4,12 22:3,
  5 23:3,6,20,
  23 24:3 26:4,
  7,11,22
  28:12,15,18
  29:3,20 32:10
  33:25 35:14
  36:11,13,15
  37:24 38:17,
  19,25 39:9

_____
C
_____

cake 35:24
call 9:12
  27:2,7
called 9:23
  12:21 19:15
  25:21 32:15
  33:25 34:3,17
candidate
  10:22
canvassing
  14:16
capital 10:6
Capture 8:24
  38:16
care 31:25
  32:3
careful 13:18
carrier 35:9
case 8:21
cases 27:18
caught 15:5
CBS 13:21
CCIE 22:23
center 10:15
  12:22 19:20
  22:23 27:16,
  23 28:7,9

centers 33:1
  37:14
central 19:4
  34:11
CEO 9:5,7
  27:20
Chan 28:19
chance 36:25
charge 38:14
chasing 19:17
Chavez 7:13
  8:2,4
Chavez's 8:7
cheat 8:3
  10:18 11:5
cheated 20:20
  21:15
Chicago 8:10
China 16:8
  32:24 33:12,
  18 34:4,5,7,
  19 36:6 40:3
Chinese 7:8
  9:25 10:4
  28:13,20,22,
  24 29:3 33:6
  34:10,15 35:3
chosen 38:23
Chuck 39:21
CIA 22:18,21,
  25
circumstances
  39:25
cities 10:17
  15:14,16
  28:7,8 37:1
Civic 27:23
  28:7
civics 33:19
civil 34:19
claim 24:7
claims 18:4
Clapper 25:8
clean 18:22
clear 25:6
  30:8 32:22

clock 15:20, 23 29:8,14
close 16:5
closed 25:2
closer 12:16
club 34:12
co-opted 30:16
coincidence 7:7 19:1
coincidentally 23:13
Colbeck 12:23
college 15:17
colluding 25:7
colonel 17:5
combination 29:23
comment 30:19
common 26:3
community 34:14 35:7
company 9:20, 21,22,24 10:8 18:17,18 19:7 20:13 33:7,9
complete 13:14
compromised 31:16,20
computer 7:23 8:13 17:11 18:1 20:23
computers 7:1 19:11
concept 35:16
concerned 29:8,14
conclusion 25:18
conducting 18:8
confirm 13:20,22 14:1
confirmation 18:10

confirmed 13:7 17:5
confluence 24:19
connected 32:24
connections 33:10
conquered 33:2
conscience 15:3
conscious 19:3
consent 35:17
conspiracy 13:13 14:8
Constitution 7:18 31:7,9
constitutional 27:22 31:8 32:20
consulate 19:20 22:19, 22
contravention 28:6
contributing 27:21
control 10:8
conversation 11:14
converted 8:1
core 25:6
correct 13:23 14:2
correctly 21:25
corrupt 30:6 35:19
corruption 18:18
counter 23:1
counties 26:14
counting 16:25

countries 16:9 18:20
country 15:8 16:20 28:1 33:20 34:20 39:10
county 11:11, 21,24 12:25 13:2,8 26:14, 17,19
coup 7:16 9:2 31:12 36:5 37:19
couple 16:8 21:2 26:25 27:9,10 33:17
courage 39:4
court 27:18 29:10,19 30:17,19,20, 21 31:1,2,10 32:1,2,4,13 33:13 39:20
courts 29:21 30:1,15
cover 22:24 36:18
covering 22:21
covert 22:20
COVID-19 28:1
Cozy 19:21
cramming 39:17
crap 28:22
created 8:2
cronies 9:25
crossed 39:12,13
crossing 39:12,14
crowd 20:9, 10,12,14 23:15,16,24 24:3,16,17, 23,24 25:11 37:5

cyber 20:13 22:23

_____

D

daily 28:21
Dana 14:14,19
dare 40:10
data 15:19 18:10,21 19:8
dates 26:5
dating 7:14
Dave 7:12 8:15 9:5 11:6,19 12:1, 13,18 14:6,19 15:21 16:21 17:23 20:3,11 21:25 22:4,13 23:5,19,22 24:1 25:16 26:5,8,21 27:15 28:14, 16 29:1,7 32:9 33:24 35:13 36:9, 12,14 37:22 38:15,18,20 39:1 40:6,8
day 23:4 29:10
days 7:17 14:15 15:25 26:15,17
DEA 20:8
dead 33:18
deal 14:20
death 29:25
decade 35:2
December 7:20 8:3
decision 36:19
decisions 31:6
declared 33:6

declassified
  25:4
deep  8:24
  33:10 36:16
  38:16 39:7
Deepcapture.
com.  38:18
  40:8
defeat  34:23
defeated  16:4
  39:16
Dell  8:13
demise  39:7
Democrats
  40:2
demonstrate
  37:2
department
  22:24
describing
  23:9
deserve  32:12
deserves
  33:15
desk  37:13
destroyed
  27:14 30:22
Detroit  12:23
develop  28:8
die  37:23
difficult
  33:8
diplomatic
  22:24
dirty  9:3,11
  11:3 14:10
  40:2
disclosed
  10:7
discontent
  37:3
discover
  10:24
discussed
  24:25
disorienting
  39:14

dissect  13:8
DNC  20:13,17,
  19 21:7,10,
  14,17,20
  23:17
DNC's  20:12
documentation
  8:24
dollars  27:20
Dominion  7:9
  8:11,12,16,17
  10:3 21:12,22
  28:13 33:3
  38:10
Donald  36:23
download  21:4
  24:12 25:19
downloaded
  20:23 21:3
  24:21
downward  24:8
dozen  27:11
Dream  40:9
drew  30:12
drive  21:4
drop  28:3

**E**

ear  28:25
earlier  29:8
earth  34:11
East  22:21
easy  36:21
eat  36:2
efforts  19:21
  23:1
election  7:6,
  8 8:3,4 9:2
  10:11 12:19
  13:12 14:9
  15:11 16:12,
  19 17:16,18,
  19,25 18:9,21
  26:16,18
  27:18,21,25
  28:11 35:15,

18 38:7 39:17
  40:1
elections  8:9
  19:5 21:13
  28:1,5,8 32:3
  35:15
electoral
  15:17
elephant  36:2
eliminate
  27:2
Ellis  13:7,20
  14:1
Ellis's  13:20
email  20:19
emails  20:17
  21:16
embroiled
  11:1
emergency
  39:23
end  18:17
  30:4 31:22,23
  32:6 37:25
  40:11
ended  8:5
enemy  34:7,23
enormous
  10:12 18:5
Epic  27:19
Epstein  31:19
equal  28:16
equipment
  28:4
error  36:18
essentially
  10:4
Europe  16:25
  22:21,23
evening  17:21
events  33:5
everything's
  30:5 39:20
evidence
  24:4,6,20
  25:9,14 29:9,
  12,13,16,19

30:7 32:22
  34:13
evil  29:15,16
exact  38:4
exists  35:6
expect  39:11
expected
  17:20
experiencing
  35:20
explain  30:6
exposed  8:22
Express
  31:17,20
expressed
  35:18
extraordinary
  32:14,15 33:5

**F**

fabricating
  13:15,17
fabrication
  13:15
Facebook
  27:20
fact  13:13
  17:2,6 28:25
factor  24:13
facts  24:19
fail  40:10
faith-based
  36:25
fall  9:2,3
fast  13:4
faster  17:20
FBI  20:1
feds  23:11
feel  16:4
  39:16
feet  37:23
fellow  9:22
fight  38:23,
  24

fighting 34:25
figure 35:7
figures 40:5
filings 10:5
fill 27:11
films 37:12
finalized 14:16
finally 8:19 23:25 24:24 25:4
find 12:6 18:2 19:11 21:13,19
firm 10:4
fixing 32:3
flagrantly 30:25
flip 15:17
flipped 11:12,18,19 13:3
flipping 11:10 12:4,7
floated 18:23
Florida 7:23
flown 31:19
Flynn 20:2 23:14
fold 31:21
folks 14:7 40:8
Force 19:15, 16
forensic 13:9 20:24 24:20
forensically 14:8
forever 8:19
forget 9:17 38:4
form 39:22
formed 23:15
forward 13:4 15:8 17:4

37:11 39:5
fought 31:4
found 17:1 18:3 22:16 34:13
Foundation 9:9
Frankfurt 16:24 17:18 18:11 19:11, 13,19,25 22:14,19,22 25:1
fraud 13:11, 12 27:7
free 16:12,19 38:7
freedom 39:8
fresh 27:5
friends 25:17
front 9:21 18:24
FTI 9:23
full 13:21 15:4
funded 27:17
funding 27:25
funds 9:15 28:2
funny 21:6 23:16

_____

**G**

gave 16:1
general 14:14
George 9:7,8 33:11 37:22
Georgia 7:5,6 11:11 15:25 25:25 26:1 27:10 29:11
German 17:11 18:1
Germany 16:24 18:11 22:19

Germany's 22:25
girl 7:15
Giuliani 17:3
give 15:25 17:7 21:24 26:22
giving 16:11 20:20 30:11
good 12:13,22 30:3
Google 10:23
goon 15:4
gooned 37:13
goons 16:14 32:5 38:11
governed 35:17
government 19:16 39:22
Grand 26:23
grateful 39:2,3
grating 28:24
gravity 19:20
grew 8:7
group 7:22 14:6 16:23 19:15,16 23:9,10,11 27:17,19
grow 17:20
guess 11:15, 21 26:19
guessed 11:23
guilty 15:3
guy 10:10 19:3,25 20:9 21:17 22:9 23:12,13,14 24:17,25 25:11,12 30:13 34:2,4 37:5,24 38:21
guys 24:18 25:8 38:12

_____

**H**

hack 23:18 24:11 25:20 35:19
hacked 7:1 20:13
hackers 13:21 18:3 22:20, 22,25
hacking 19:21
Hamburg 17:12,13
hand 34:4 35:5
handle 19:5
happen 7:14 16:3 18:13 33:11
happened 10:16 14:9 15:18 24:22 25:19 30:9 38:8
happening 8:25
hard 16:18 17:2 25:6
Harris 39:19
hate 35:23
hats 17:6
headquarters 22:18
hear 28:22 29:15,16
heard 10:14
hearing 21:12 29:13
hearings 17:3 25:2
heavily 12:8
heavy 35:23
hedge 9:15
Heidelberg 17:12

**held** 14:24
**Hillary** 21:24
**hide** 8:19
**highly** 29:22
**Hilary** 20:19,
21 21:15
**hold** 36:3
**holding** 24:16
**hole** 31:9
**hoping** 29:17
**Hotel** 26:23
**hours** 17:18,
24
**house** 23:24
25:2 32:16
**huge** 10:6
**Hugo** 7:13
8:2,4,7
**hundred** 26:25
34:3,8 40:1
**hundreds**
10:19 12:10
27:12,19
**hypersonic**
35:8

---

**I**

**idea** 16:10,11
18:19
**Illinois**
27:25
**illusions**
34:16
**Imagine** 34:24
**immediately**
13:10
**important**
33:23
**impression**
27:15
**incidentally**
20:15
**included**
19:25 20:8

**including**
29:24
**incoming**
22:25
**inconsequentia
l** 23:1
**inconsistent**
24:8
**incorrect**
37:21
**incorruptible**
19:4
**indication**
25:6
**individual**
17:4 27:16
**industrial**
27:3,6,7
**information**
14:21 38:16
39:5,6
**infusion** 10:7
**injected** 7:8
28:13
**inside** 8:18
10:5 21:3
**institution**
31:25 32:4
**instructions**
22:25
**integrity** 7:3
22:2
**intelligence**
22:23 23:1
32:22
**intent** 15:3
**interesting**
19:12 23:10
26:7 28:19
**internal**
25:19
**internet**
16:25 17:14
**interview**
25:20
**interviewed**
20:2 23:14

**interviews**
23:6
**investigate**
33:9
**investment**
33:6
**involved**
14:23 19:24
40:5
**irregularities**
10:12
**issue** 13:12
**issues** 22:2
25:22
**Italy** 7:25

---

**J**

**jack** 35:15
**jacked** 39:17
**jacking** 35:22
**jail** 23:12
**Janda** 7:12
8:15 9:5
11:6,19 12:1,
13,18 14:6,19
15:21 16:21
17:23 20:3,11
21:25 22:4,13
23:5,19,22
24:1 25:16
26:5,8,21
27:15 28:14,
16 29:1,7
32:9 33:24
35:13 36:9,
12,14 37:22
38:15,18,20
39:1 40:6,8
**January** 26:6,
9
**Jenna** 13:7,20
14:1
**jet** 13:21,24
14:2
**Jian** 35:4,5

**Joe** 14:20
**John** 31:14,18
**joint** 8:25
**JP** 18:16
**judge** 15:24
29:11,12
**judges** 28:10
36:15
**judicial**
13:19 29:14
36:8
**junior** 34:12
**justice** 14:24

---

**K**

**Kamala** 39:19
**key** 27:22
**kicked** 32:16
**killed** 21:9,
19
**killer's** 35:5
**kind** 11:13
17:13,15 19:2
22:9 27:2
32:7 37:5
**kinds** 7:2
9:14 10:12
12:24
**king** 35:2
**kingdom** 34:11
**kingdoms**
34:25
**Kirk** 25:17,21
**knee** 37:20
**knees** 30:16,
21 37:23
**knew** 7:20
15:13 23:3,7
**knowledge**
13:23 22:5,10

---

**L**

**Langley** 22:18

language
  34:15
laundering
  9:10,13
law  28:6 31:9
  36:17
lawsuits
  27:21
lawyers  33:14
lead  12:5
  39:6
leader  24:25
leading
  26:15,17
learn  23:7
  34:22
learned  36:1
leave  21:18
left  16:18
legal  8:21
  37:17
legends  25:16
lesson  36:1
lessons  34:21
levels  15:3
liberal  35:16
liberalism
  35:16
license  8:18
licensed  8:11
life  27:23
  28:7 34:5
  37:5
lifetimes
  10:13
limited  39:22
lines  15:9
link  16:17
linked  10:10
  36:6
links  16:23
  32:25
listen  18:13
  25:23
listened
  29:10

literature
  34:13 35:3
litigation
  14:23
live  11:9
  30:13 37:23
lived  16:7,8,
  9 33:16
living  15:7,
  12 39:23
log  31:17
Lolita  31:17,
  20
long  34:5
longer  9:6
looked  11:24
  24:1 25:25
Lord  9:6,13
lost  8:6
lot  9:9 29:1
lottery  7:25
love  7:10
  22:7
lover  34:5
lower  12:25
lying  37:18

_____

**M**

mace  34:1,23
  35:4,5,11,12,
  14,21 36:5
machine  8:17
machinery
  33:1
machines  7:25
  8:1 11:11
  13:10 14:9,
  11,16 21:12
made  24:7
  33:20
mail-in  28:3
main  10:15
  37:14
make  22:25
  30:19 36:19

37:6
Malloch  9:6,
  13
malware  7:2
man  31:18,19
managed  32:18
Mandarin
  28:23,24
manipulation
  17:1
Marathon  34:4
March  22:15,
  17 23:2,4,5
Mark  9:6
  27:20 28:11
  29:5
married  29:3
Marxist  16:9
matter  15:18
  36:24
measure  32:15
mechanisms
  29:24
media  30:10
  37:9
megabyte
  24:21
megabytes
  20:24 21:2
  24:10
member  34:12
memorandum
  14:15
mention  20:19
mentioned
  16:22 29:8
  38:15
merit  14:13
  39:11
MGM  26:23
Michael  23:14
  34:2
Michigan
  12:20 13:1
  14:14 17:4
  29:12

Microsoft
  8:14
middle  22:21
  27:8
military
  32:18
million  10:6
  25:25 26:1,2,
  8,9 28:11
  30:14
millions
  27:20
mine  12:14,22
  25:17
minute  16:2
  33:22
mishap  38:3
missile  35:8
money  9:9,10,
  13 10:1 16:17
  28:4,10
months  33:4
  39:14
Morgan  18:16
morning  12:19
moved  7:23
  19:18 33:7
movies  15:9
municipalities
  28:5
myth  15:6

_____

**N**

named  9:8
  23:12 31:18,
  19 34:2
national
  27:24 34:14
  35:3,7 36:24
needed  15:14
neglects
  20:18,22
Nessel  14:19
night  17:18
  25:21

nonprofit
  27:24
note  14:15
noticed  18:5
November
  12:13,18
  14:10
number  7:4
  23:9 26:4,20,
  24 28:12,14,
  15

O

oath  23:24
  24:5 25:1,8,
  12,13
obscure  18:3
observers
  37:13
obstruction
  14:24
obtained
  14:4,5
obvious  37:15
occurring
  17:6
odd  14:18
odds  26:8
  36:9
offices  27:25
Olivetti  7:25
online  18:2
open  9:9,15,
  16 19:14,22,
  23
opening  34:5
openly  32:7
operating
  22:22 23:10
operation  9:1
  25:1 35:22
order  10:18
  32:16,17
orders  36:8
organization
  27:24

organizations
  9:11 37:1
overseeing
  28:11

—————————

P

pack  31:1,3
  32:6 39:19
packed  32:5
painful  28:21
pandemic  28:2
paper  24:23
part  7:7 28:9
  34:5 37:19
partners
  28:16
passports
  22:24
past  9:8
  11:8,9 13:4
  14:13 28:25
Pat  12:23,24
  13:15 14:20
  40:6
Patrick  7:13
  8:16 9:12
  11:6,17,23
  12:2,15 13:17
  14:18,25
  15:22 16:21
  17:7,24 20:4,
  12 22:1,3,5,
  13 23:3,6,20,
  23 24:3 25:23
  26:4,7,11,22
  28:2,10,12,
  15,18 29:3,7,
  17,20 32:10
  33:25 35:14
  36:9,11,13,15
  37:24 38:15,
  17,19,20,25
  39:9
pattern  15:12
patterns  12:3
patty  35:24

pay  28:2
peaceful  37:2
peninsula
  12:25
Pennsylvania
  17:3
people  7:4
  10:11 11:15,
  21,24 14:2,8,
  12 15:8 16:4,
  15,18 17:1,8,
  14 19:13,16,
  24 22:1 25:5
  26:9 27:9,10
  29:7,13,21
  32:24 33:9
  36:2,25 37:4,
  5,12 38:2,5,
  13 39:19,20
percent  10:22
  12:4,5,7,12
  38:2,5 40:1
perfect  32:17
Period  34:18
person  16:16
personal
  13:22
Peter  23:13
Phil  17:5
Philadelphia
  33:14
Philippines
  11:1
philosophic
  35:16
philosophicall
  y  31:7
phone  26:4,
  20,24 27:12
phones  27:11,
  13
phonetic  20:1
physical  7:1
Pianca  19:25
  20:1 23:12
piece  24:23

Pillsbury
  34:2
pipe  18:20
piped  18:11
  19:8
pipes  15:13
place  12:6
  17:13,15
  18:21 26:15
  31:12 35:1
places  10:16
  12:9 15:19,20
  33:16 37:24
plan  18:14,
  23,25 28:8
  34:8
play  15:24
played  30:10
players  23:10
point  18:10
  32:23 38:23
points  10:1
political
  15:15
politician
  11:3 31:15,24
politicians
  36:16,17
politicization
  29:23
politicized
  29:22
poll  28:2
posed  19:1,2
position  9:18
  21:10,11,14,
  21 22:7,8
  39:15
positions
  9:15
post  17:9
  27:21
potential
  14:22 17:1
potentially
  14:11,22

Powell  15:25
    29:10
power  7:14
    11:3,5
present  29:11
presented
    29:13,19,20
president  9:8
    12:20 20:10
    23:23
President-
elect  30:11
presidential
    7:17
press  20:18
pretty  26:10
previous  31:8
primaries
    21:13,23 22:3
primary  20:20
    21:16 22:6
principles
    31:3
Priscilla
    28:18
prison  20:6
problems
    12:24 13:1
professor
    17:11 18:1
propagating
    8:10
proposed
    18:15,16
protest  37:4
protests
    36:20 37:2
provide  36:18
provided
    27:25
provision
    32:20
public  14:21
    23:8 25:24
    36:19
Puerto  8:21

pulled  10:20
pulling  37:12
punched  31:9
purposes
    16:25 17:1
put  14:14
    21:10,21 22:1
    23:23 25:12
    28:3
putting  8:23


                Q

question  24:5
    32:25 38:4
quick  33:23
quickly  30:10


                R

radio  11:8
rallies  36:22
ram  37:9
ran  8:4
Ratcliffe
    25:4
ratio  12:11
Raton  7:24
re-election
    9:4
read  19:23
real  16:17
    17:15
reason  14:12
received  15:1
    27:19
receiving
    15:2
recent  9:5
recognize
    39:21
recording
    40:11
records  26:13
recovered
    31:10

red  12:8
red-handed
    15:5
references
    35:4,6
referendum
    7:19,20 8:8
regard  13:20
registered
    26:1,2
registration
    26:19
registrations
    26:17 27:12
reign  37:20
reinterpreted
    31:7
related  22:2
    27:18 40:4
released
    23:25
releases
    22:15,16
remain  11:3
remarked
    17:16
remedy  32:21
remember
    18:25 21:25
    23:16
remind  38:25
report  20:14
    25:13
republic  10:6
Republican
    39:22
required  28:8
research  22:7
researchers
    21:8
respectful
    13:19 14:1
response  16:1
restaurants
    38:13
retail  27:6

reveal  18:14
revealed
    30:4,5
revotes
    32:16,17
rich  19:3
    21:6,9,19
    24:19
Rico  8:21
ride  31:11
    32:11
rigged  40:2
road  19:15,
    16,17
Roberts
    31:14,19,24
rock  15:7,12
role  21:20
    30:10
Roosevelt
    30:23 31:3
Rosenstein
    20:5
Rosenstein's
    23:11
row  25:5
Rudy  17:3
rule  36:17
run  27:4
    28:1,5
running
    10:11,21
    17:17 29:9,14
    38:12
rural  12:8
rushed  30:11
Russia  20:15,
    25 23:17
    24:4,6,14,17,
    24 25:7,15
Russian  19:22


                S

saddle  31:11
    32:11

scale 27:6
30:18 32:14
scandals
10:24 11:1
Schiff 25:2
Schumer 39:21
science 17:11
18:1
scientist
15:15
scientists
7:23
scrubbed
14:17,21
SEC 10:5
secret 20:8
security 7:1
34:14 35:3,7
36:24
seek 29:15
selection
38:3
senator 12:23
senior 9:18
servers 21:23
24:2
service 20:8
22:6
serving 20:7
set 19:6
Seth 21:5,6,
8,19 24:19
share 23:7
Shashou 35:4,
5
shed 33:8
shifting 9:10
shot 15:23
show 11:8
13:5 20:22
showed 20:19,
21,24
shows 24:20
31:18 40:4
shut 10:15,19
27:4

side 24:15
27:3
Sidney 15:25
29:10
signature
20:5 23:11
signing 40:9
silk 19:15,
16,17
silly 37:10
Similarly
25:11
sincere 39:1
sir 38:19
Sitel 10:9
16:23 18:15,
24 19:7 33:3
sitting 38:22
six-year 7:17
skin 33:8
sloppy 27:13
slow 9:1
15:24 16:3
small 7:3,4
11:11 26:10,
12
Smartmatic
7:11,24 8:18
9:6,7 10:3,
23,25 11:1
Smartmatic/
dominion
11:4,10
Smartmatics
33:2
Snatch 7:2
snob 28:23,24
socially 19:2
society 9:9,
15,16 30:7
35:17
soft 36:4
software 8:2,
11,13,17
10:2,3 32:25
sold 19:8

sophomore
28:22
Soros 9:7,14,
19,25 10:10
32:24 33:10,
12 36:6 40:4
Soros' 9:15
Soros's 9:8
sort 9:17,18
12:15 17:19
34:12 36:1
sounds 29:4
source 18:3
19:4,14,22,23
Spain 16:23
spawned 23:9
speak 28:20
29:16
speaking 29:4
speaks 28:21
spear 38:23
speculation
35:10
speed 24:12
speeds 20:24
21:5 24:8,10
spike 17:16
18:5
spiked 17:22
spoke 11:7
16:22 22:20
spotlight
27:18
stable 12:11
stacks 27:5
stand 16:13
31:11 33:13
37:16
start 8:23
36:7
started 7:17,
24 20:9 31:8
34:9
state 14:14
22:24 26:13
28:6 29:21
30:1,15 34:10

39:7,24
states 15:17
17:25 27:22
31:13 32:18
34:18 35:22
station
19:18,25
steal 7:5 8:8
10:2 15:10,16
21:12,23
stealing 20:7
stepping 32:2
stole 10:2
20:17,18
stories 10:19
37:11
story 7:10
13:20,23
33:23
strategies
34:18,22
stream 30:13
streets 38:13
Strike 20:9,
10,12,14
23:15,16,24
24:3,16,17,
23,24 25:11
stroke 35:1
strong 18:10
Strzok 23:14
stuck 31:2
study 17:14
stuff 8:22
13:1,15 22:6
27:2,5 29:25
32:8 35:25
36:3
submit 28:9
subpoena
15:1,2
subtle 34:16
sucks 28:20
suddenly
17:21
suggestive
21:3

suitcases  10:21 37:12
Sunday  11:8,9
Sunday's  13:5
super  13:18, 25
supplies  28:4
suppose  13:24
Supreme  29:19 30:17,19,20, 21 31:1,2,10 32:1,2,4,12 33:13 39:20
surreal  11:13
surrendering  33:21
Switzerland  19:6
system  8:2,7 10:1 12:2 29:15 35:15
systems  10:9 15:11

**T**

table  39:21
tables  10:21
tabulation  10:14 18:12, 19,22 19:9 33:1
takes  35:9
taking  31:12
talent  39:4, 10
talk  13:15
talked  16:24
talking  22:10 27:8
tall  31:11 32:11
Task  19:15,16
TCF  12:22
team  25:22
Tech  27:23

28:7
technical  20:16
techy  17:15
television  25:6 30:12
telling  15:6
tells  27:9 29:5
temperaments  13:19
ten  15:25 18:7 24:9,13
tens  27:1
term  7:18
terrabytes  18:6,7
thankful  39:2
Thanksgiving  30:12
theory  13:13 34:2
thing  14:8 15:13 19:2 20:18 21:6 24:20 26:3 27:8 30:3 32:1 36:18
things  7:2 14:5 19:22 21:11 29:1 30:24
thought  19:6
thousand  13:3 30:13
thousands  10:20 15:7 27:1 37:11
threatened  30:16 31:1
threats  29:25
throat  39:18
throats  37:10
thumb  21:4
tied  27:12
ties  19:12

tight  9:14
time  7:15 17:2 18:15 25:13 32:11 35:1,24 36:3, 4,24 40:8,9
times  27:19 33:18
today  40:9
told  13:11 20:14 37:4,14
towns  37:1
track  22:1
treacherous  7:11
trip  31:18
Trump  11:12, 20 12:20 25:7 36:23 39:18
trust  30:1 32:19
truth  19:5
turn  34:9
turned  23:25 25:4
turns  13:2
tweet  18:2

**U**

U.S.  10:11 17:17 18:9 19:21 22:18, 19
Uh-huh  22:4
ultimately  39:6
unconstitutional  30:25
understand  15:5 21:14 29:21 34:14, 15
understanding  9:7
understood  21:15,16

uneducated  33:19,20
unified  34:20
United  17:25 31:13 35:22
unlimited  39:23
upload  38:16

**V**

vassal  34:10, 12
Vegas  27:9
Venezuela  8:8 9:4 10:10 16:7 32:23 33:10,12,16 36:6 38:8 40:3
Venezuelan  7:14,22 9:25 10:3 16:17 33:2
Venezuelan's  9:21
Venezuelan/ chinese/soros  8:25 35:21
view  32:23 34:10
viewers  7:10 21:18 30:13
violating  36:7
violations  27:22
Virginia  22:18
visible  37:6
vote  11:10 12:4 18:19 36:23 38:10, 11
voted  11:22
voter  13:11 22:2 26:13,

16,18 27:7
**voters** 11:16
26:1,2
**votes** 11:12,
13,17,19
12:8,20,21
13:3 16:24
27:1 30:14
**voting** 8:1
13:9 14:16
27:4
**VPN** 24:10
**VPNS** 21:1

---

**W**

---

**W-A-R-E** 11:12
**waited** 15:25
**Waldron** 17:5
**walk** 16:3
20:16 22:11
**walking** 22:11
33:18
**wanted** 30:24
**war** 34:19,24
**Ware** 11:12,15
**Warring** 34:18
**Washington**
37:22
**water** 10:15
37:14
**waved** 24:22
**waving** 25:12
**weak** 30:15,21
**website** 38:16
**Weebie** 25:17
**week** 9:8
14:13 17:16
**weeks** 7:8
**weird** 18:25
**well-organized**
7:4
**whacked** 22:8
**whatsoever**
24:7 25:14

**white** 17:5
**Whoa** 17:23
20:3
**wholesale**
27:3
**width** 17:14,
17,19 18:5
**wife** 27:16
28:18
**Wikileaks**
22:14,15 23:2
**winning** 8:5
**wipe** 15:19
**wiped** 14:12
**woke** 12:21
**woman** 29:4
**wording** 38:4
**work** 33:20
**workers** 28:3
**world** 18:18
19:4 25:3
30:6 32:17
34:10
**write** 20:14
34:1
**writing** 16:16
17:13
**written** 7:18
16:2 31:5
34:21
**wrong** 22:16
34:6
**wrote** 23:15

---

**Y**

---

**year** 26:10,11
33:4 34:3,8
39:13
**years** 7:19
9:14,17,18,19
16:8 17:21
18:14,24 20:7
23:20 24:16
26:6 28:21
29:4 30:24
33:17 34:7,8,

17 36:2
**young** 7:22

---

**Z**

---

**Zuckerberg**
27:17,20
28:25 29:6
**Zuckerberg's**
28:19