# Exhibit 366

1

2

3

4            File 135

5     Patrick Byrne Interview

6   CCP China Accessed Dominion

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          PETE SANTILLI:  Is there evidence that China,

2 CCP, has had a hand in meddling in our 2020 election?

3          PATRICK BYRNE:  Yes, there is.  Just

4 yesterday, last evening I reviewed information -- I

5 reviewed data and photographs and IP addresses and such

6 that demonstrated a counting machine, a Dominion

7 counting machine, a counting operation in a swing set

8 that was directly hacked, well, directly accessed

9 through there was an appliance in the room, and that

10 machine had a wireless card in it, and an appliance in

11 the room that had an internet of things if you know what

12 that is.

13          PETE SANTILLI:  Uh-huh.

14          PATRICK BYRNE:  Internet of things, wireless

15 access itself was accessed from China, and from a

16 certain city in China, from a certain IP address that

17 belongs to one of the companies whose name has come up

18 as one of the -- as a company that's really just a front

19 for the Chinese military, Chinese national government.

20 And from that company from some various leaps it got to

21 an appliance in the room and then leaped onto, lept onto

22 a Dominion mobile device that had a wireless card in it.

23 And the IPs, the entire thing super to nuts is

24 documented.

25          On that fact alone, on that fact alone, you

1  know, I think that should trigger all kinds of

2  things.  That's just one counting operation in one

3  county in one swing state.

4          (Music)

5          ANNOUNCER:  You're listening to the Pete

6  Santilli Show.  Pete Santilli telling you the truth,

7  whether you like it or not.

8          (Music)

9          PETE SANTILLI:  Ladies and gentlemen, one of

10  the single most effective voices in this fight for our

11  country right now is my next guest, Patrick Byrne.

12  Mr. Byrne, he didn't have to do this.  Now, of course,

13  we mention his name on a daily basis multiple times a

14  day.  But much like our president, he's carved out a

15  pretty good life for himself.  When nobody else would do

16  the right thing, Patrick Byrne stepped up on multiple

17  times over the past 15 years as the Overstock CEO to

18  step forward on behalf of our country.  Instead of

19  taking it to the mainstream most recently as he's trying

20  to help restore our republic, he's decided, and I'm

21  going to refer to it as death to the deep state by a

22  thousand interviews.  He's doing so many interviews

23  right now, we are graced with his presence here on this

24  show.  We're very, very honored.  He's specifically

25  doing independent media, and the way we're working in

1  independent media is kind of like the bucket brigade.

2          Before I bring him on, this is what I want

3  everybody to do.  It's through people power that we

4  go right around the mainstream media and Silicon

5  Valley.  This is the strategy that Mr. Byrne -- he'll

6  speak to this himself.  This is the strategy behind

7  getting with independent media because if he goes on

8  the mainstream media, stuff is going to get censored.

9  They won't even let him on live, I understand.

10          But Mr. Byrne, thank you so much for coming

11  on.  We have so much respect for what you do.  And

12  just know this, our listening audience has -- we

13  relay your Tracy Beanz.  We played the entire

14  interview when you did that interview with Tracy

15  Beanz.  We played excerpts of Ann Vandersteel,

16  absolutely because, you know, there's new information

17  that comes out each and every time benefiting from

18  it, but this is what we do.  We get that information

19  and we share it with our friends and family members

20  and say hey, look at.  Listen to what Mr. Byrne said

21  about a meeting at the White House last Friday.

22  We're not going to get that unfortunately from Fox

23  News or CBS or ABC.  The mainstream is suppressing

24  most of the stuff, aren't they?

25          PATRICK BYRNE:  Oh, yeah.  Suppressing is --

1          PETE SANTILLI:  An understatement.

2          PATRICK BYRNE:  It's like we're living behind

3   the iron curtain.  It's like a lead curtain.  Not even

4   X-rays can penetrate.

5          PETE SANTILLI:  You know, I heard, I think it

6   was on Ann Vandersteel's show.  This is why I'm so

7   honored to have you on and independently.  I've been

8   fighting for the last ten years to go around the

9   mainstream media doing what we do to deliver the truth.

10  But you said that the mainstream media won't even let

11  you go on live.  They want to do, what is it, a live to

12  tape type thing?  They won't even let you go on and

13  speak the truth to the American people.  They want to

14  censor it.  That was very unsettling to me.

15         PATRICK BYRNE:  No.  If you go back I've been

16  on -- I don't want to bad mouth Fox.  I know that others

17  are.  I'll just stick to the facts.  I've been on Fox 50

18  to a hundred times in my life.  I've also been on CNN

19  and CNBC and others, but I would imagine 50 times I've

20  been on Fox, and not just that.  Usually when I come to

21  New York or DC, if the word gets out I'm here I'll have

22  six media invitations and I'll perform one of them and I

23  get sick of myself.

24         Here since I started coming out public

25  about this, this cone of silence has descended upon

1 me, and there's absolutely no one who will speak to

2 me on or off.  Well, they'll speak to me off, but

3 they do not want me on camera.  Somebody big today --

4 well, I'll tell you, Michael Isikoff of Yahoo was

5 trying to get me on last night and he was trying to

6 have me on his show today.  I said live only because

7 I know what I have to say they'll just edit or cut

8 out or twist or ruin it.  If I tell the real truth

9 about a few things they will never -- wouldn't

10 possibly let it play on air, and they just refused.

11 They refused to have me on live because they can't

12 control their message.  So anyway --

13          PETE SANTILLI:  Michael Isikoff --

14          PATRICK BYRNE:  Nature abhors a vacuum, and as

15 they're doing this and the public wants the truth, the

16 more of the truth put out through independent media, the

17 better off.  You know, we'll just see the massive shift.

18 Fox is down 50 percent its viewership and News Max has

19 surpassed it.  One America News has quintupled,

20 something like that.  You know, it can't persist forever

21 like this that they can keep the truth out, although I

22 have heard, wasn't there some senator who said a week or

23 so ago that they're going to start considering in the

24 new regime, the Biden regime they're going to define as

25 a domestic terrorist anyone who doubts the integrity of

1  the last election as a domestic terrorist.

2        PETE SANTILLI:  Even worse.  I don't know if

3  you've seen it.  You're probably too busy with the stuff

4  you're looking at, but this most recent stimulus bill

5  incorporates -- you won't be able to share copyrighted

6  memes.  They will be taking down independent media.

7  They want to restrict and control the flow of

8  information.

9        Me as a journalist, I was out there as an

10 independent journalist January, 2016.  I reported

11 about Hilary Clinton.  Ten hours later I was in

12 handcuffs, so this has been an ongoing trend, but

13 they're really clamping down.  But we're going to

14 talk about China.  I say CCP styled censorship here

15 in the United States of America that we can look

16 forward to if Biden is in office it.

17        PATRICK BYRNE:  I lived in communist China.

18 This is making me angry.  I lived in China in '83, '84.

19 They were just coming out of the cultural revolution

20 which ended in '76, but they were still traumatized as a

21 nation by it.  And what I see going on here and what I

22 see coming down the path is so scary to me.  Well, it's

23 scary to everybody, but to me because I lived it in my

24 youth, I remember what it was like to live.  You had to

25 be very careful who you met, how often you met with

1  them, if they met with you too often.

2         So first I love the Chinese.  It was one of

3  my two undergraduate majors.  I speak Chinese.  I was

4  convinced -- as a child I was convinced I was the

5  reincarnation of a shaolin monk.  It may have been I

6  watched too many Bruce Lee movies as a child, but I

7  loved China and the Chinese, but I got there.  I

8  don't have any great affection for the CCP, although,

9  you know, anyway they -- in China, life at the time,

10 everybody was organized in a unit.  You were in the

11 third people's ball bearing factory of Beijing,

12 something like that, and that was your unit and that

13 was your factory and your kids went to school there,

14 you had an apartment house there, you had a big

15 community kitchen.  That's how everybody lives in a

16 unit under Communism.  And if you did things, the

17 kind of social control that was exerted, if I had a

18 friend and he came out to see me, you know, more than

19 two or three times and we met at some restaurant,

20 somebody in the restaurant, the Communist Party guy

21 who was at the restaurant would send a letter to that

22 unit and say do you know that you have a worker who's

23 meeting this big nose -- that's what we are to them,

24 by the way, we're big noses, diao bizi, where this

25 big nose and that guy on Friday afternoon in their

1  unit's committee would have to stand up in front of

2  all of his neighbors and engage in a self-criticism,

3  and he'd write something and say -- anyway, so life

4  was crazy, and I thought I would never experience

5  that stuff again.  And there were carins (phonetic)

6  all over the place, typically older women, and they

7  were carins of -- you know what I mean by carins?

8          PETE SANTILLI:  Yes, yes.

9          PATRICK BYRNE:  There were carins on street

10 corners and stuff, and they chewed people out for being

11 insufficient, for behavior that was insufficiently

12 revolutionary.  You know, a couple walking down the

13 street holding hands would be chewed out.  It was crazy

14 what they lived under.  Fortunately china seemed to have

15 grown out of it, but it seems to have been exported to

16 us.  I mean, not that extreme yet.  We've learned this

17 year what carins are, and I don't know what's coming.

18         PETE SANTILLI:  Yeah.  Now keep this in mind.

19 Our listening audience, our regular listeners, we play

20 your other interviews from Alex Jones, Ann Vandersteel.

21 We have to do this because it's like the bucket brigade.

22 We have to relay this to our family members.  If

23 something new comes about we share that.  So in the

24 essence of time I want to go to this.

25         You mentioned Shashou Jian, if I've

1  pronounced it correctly, which is the assassin's

2  mace.  Here's my question to you, and you know China.

3  I love the Chinese people as well.  I've been

4  fighting in my own way on behalf of the fallen gong

5  who I believe have been persecuted by the CCP.  But

6  over time over the past several decades have they not

7  weaponized capitalism, and now they're wanting one

8  kill shot, the Shashou Jian, the assassin's mace,

9  describe that, and a lot of us have heard it, but let

10 me hear it directly from you once again.

11          PATRICK BYRNE:  Okay, thanks.  As you know, a

12 lot of my stories don't ask you to just walk me through

13 them and you pick what you want me to tell you about.

14          In ancient China there's a story of one

15 kingdom is going to fight another, and instead of

16 having a war, the kind gets -- one kingdom gets an

17 assassin next to the king of the other and with one

18 strike kills him and the war is over before it even

19 starts and that kingdom takes over the other.  Well,

20 over a dozen years there's been in the Chinese

21 national security literature references to a coming

22 -- so that's callid the assassin's mace, the Shashou

23 Jian.  And there's been references for about a dozen

24 years in Chinese national security literature to a

25 coming assassin's mace to use against the United

1  States.  It's going to take us out with one blow, and

2  our national security community has been concerned.

3  Is this an EMP strike, is it a hypersonic weapon, is

4  it the new aircraft carrier, is it the new stealth

5  fighter.  What is their assassin's mace that there's

6  this sub text that occasionally gets mentioned.  It's

7  a one strike knockout punch for the United States,

8  and I think what we're experiencing now is the

9  assassin's mace, and it's very Chinese.  Of course,

10  the greatest way to win a battle is to not even have

11  to right the battle, to win without a fight, and

12  there's lots of stories from both (inaudible) and

13  their tradition about that.  I think what we're

14  experiencing is the Shashou Jian.

15        PETE SANTILLI:  So they've worked over time to

16  compromise our politicians, they funneled money all the

17  way down to -- I mean, they've got spies, you know,

18  hanging out with mayors, there's spies hanging out with

19  the senators, Mr. Swallow as well, of course.  That same

20  spy was hanging out with local mayors incrementally.

21  They've set themselves up, and you're saying 2020 they

22  just activated their investments that they put in place

23  over time to give us the final kill shot, that

24  assassin's mace?  This is the final blow you think?

25        PATRICK BYRNE:  Yes.  And there's been another

1  realization for a decade that 2020 was really when they

2  would be at the apogee of their strength and that they

3  would be making their move sometime after 2020.  But

4  people in the national security community, we've

5  understood 2020 is the year that it would become viable

6  for them to start making a move.  Now, I'm not saying

7  that COVID was a move from them.  It may have been

8  accidental, but having -- originally accidental, but

9  once it got started they decided to play it.

10        I can tell you what I believe has gone on

11  with COVID if you want, and I think there's an

12  element of it that's accidental and an element of it

13  which is more than accidental.  So, yeah, I do think

14  what we're living through is Chinese -- well, I'm

15  confident we're living through a CYOP.  Anyone that

16  doesn't understand what happened in this election is

17  not even trying.  They can't see fraud, and the

18  question is, is the hand of China behind it and I

19  hope it is.  I love China.  It's like having my

20  cousin.  I've always kind of considered myself half

21  Chinese and I really have this deep affection for

22  them culturally.  And I was part of the generation

23  that thought we were going to help China, and we grew

24  up about Chinese kids not having enough to eat and

25  such.  I came from this generation of college

1 students who thought it's our obligation to help

2 China stand up, and I think they've been kind of

3 betraying our friendship.

4          PETE SANTILLI:  There's a separation between

5 the Communist CCP and the Chinese people.  You've got

6 people in Hong Kong.  These are freedom fighters and

7 they're waving American flags.  There's a huge

8 difference.  This is not the Chinese people that are

9 operating and intruding in a U.S. election.  This is the

10 CCP.  The people of China don't want global dominance,

11 do they?  Do they want, do they advocate for what the

12 CCP is doing on their behalf as a country?

13          PATRICK BYRNE:  No, I don't think -- no, no.

14 Well, basically the Chinese -- remember, when you're

15 talking about the Chinese you're really talking about

16 95, 94 percent you're talking about one race called the

17 Han, the Han race.  When you speak Chinese, you're

18 speaking Hanyu, the tongue of the Han people.  And in

19 their world, they are the central, of course, China,

20 Zhongguo, is the central kingdom, and in their view,

21 sort of as you go from China out in concentric circles,

22 you're going out through less and less civilized people.

23 Historically the peoples around China, the Vietnamese

24 are vassal states to the Chinese, and the farther you

25 get until you get to these sort of hairy white

1  barbarians up in the northwest woods of Eurasia.  In
2  Their world view they understand that their tendency
3  towards authoritarianism in their ancient system often
4  leads to decadence and decay, and that we in the last
5  500 years sort of got a jump on them.  We figured out a
6  few things before they figured it out, and so for 500
7  years we've been in front of them and forced them to
8  live through 200 years of, what is it called in English,
9  like humiliation, 200 years of humiliation is how they
10  felt.  I'm sorry they feel that way because actually if
11  they really were able to understand their history, they
12  would understand and learn true history and not CCP
13  history.  They'd understand the U.S. actually had --
14  things would have been much worse for them with the
15  Europeans had it not been for the United States.  And
16  there's something called the Open Door policy your
17  viewers can look up.
18          Anyway, they feel humiliated for 200 years.
19  We reached out to them in 1971 and we made this
20  strategic bet that we're going to lift them up and
21  it's going to counterbalance the Soviets.  And
22  Napoleon said something about China is a great
23  sleeping dragon, and whoa to he whoever wakes that
24  dragon up.  Well, we woke that dragon up, and it may
25  not work out so well for us.

1        PETE SANTILLI:  We woke the dragon up.  At the

2   same time I remember hearing President Trump years ago

3   on Larry King talking about China.  For decades he's

4   been talking as a businessman about how politically to

5   be in bed with the Chinese for many, many years.

6        Now I'm going to fast forward here because

7   you had an opportunity most recently to meet that man

8   that's sitting in the hot seat that is really gone to

9   battle with respect to trade and stuff like that, and

10  history was written thereafter.  We had COVID and

11  this election come shortly thereafter that.  But we

12  are in a trade ward against China.  President Trump

13  gone, you know, head to head in his masterful way of

14  negotiating.  But you met the man on Friday night

15  where now this election that we know there's plenty

16  of evidence that it has been subverted fraudulent.

17  There's a lot of evidence here, and his presidency is

18  in jeopardy.  Is there evidence that China, CCP has

19  had a hand in meddling in our 2020 election?

20        PATRICK BYRNE:  Yes, there is.  Just

21  yesterday, last evening I reviewed information --

22  information.  I reviewed data, photographs and IP

23  addresses and such that demonstrated a counting machine,

24  a Dominion counting machine, a counting operation in a

25  swing state that was directly hacked, well, directly

1  accessed through -- there was an appliance in the room,

2  and that machine had a wireless card in it, and an

3  appliance in the room that had an internet of things, if

4  you know what that is, an internet of things, wireless

5  access.

6       PETE SANTILLI:  Un-huh.

7       PATRICK BYRNE:  It was accessed from China and

8  from a city in China, from a certain IP address that

9  belongs to one of the companies whose name has come up

10 as a company that's really just a front for the Chinese

11 military, Chinese national government.  And from that

12 company through some various leaps it got to an

13 appliance that was in the room and then leaped onto,

14 lept onto a Dominion mobile device that had a wireless

15 card in it.  And the IPs, the entire thing soup to nuts

16 is documented.

17      On that fact alone, on that fact alone

18 it's -- you know, I think that should trigger all

19 kinds of things.  But that's just one counting

20 operation in one county in one swing state.  We have

21 a Microsoft certified security guy put it all

22 together and has all the documentation and

23 everything.

24      PETE SANTILLI:  So last Friday you had the

25 opportunity, and thank God you were in the room.  We've

1  heard, by the way, Tracy Beanz's interview, a little bit

2  of Ann Vandersteel, so we can abbreviate here as to what

3  led up to that, but maybe you can add more to that.

4          So you're in the room because the President

5  has to make certain decisions.  Is there enough

6  forensic evidence right now, or did I lose the

7  election and concede.  So the discussion on Friday

8  was are we going to fight this thing.  Is there

9  enough forensic evidence, is it worthy of

10  investigation.  What was the purpose of the meeting

11  on Friday?

12          PATRICK BYRNE:  Well, I think we're way past

13  that.  We're way past questioning is there enough

14  forensic evidence to pursue an investigation.  And

15  something I haven't emphasized perhaps enough on the

16  other shows, and so first my whole feelings about Donald

17  Trump changed.  I have one impression of him from the

18  media.  He's very -- he's quite a different guy in

19  person, much nicer, quite gentle and kind, and in my

20  view put up with way too much guff from his people.  I

21  would have fired these guys in a New York minute if they

22  worked for me, and it was all I could do to keep from

23  standing up and bitch slapping the general counsel of

24  the White House of the United States.  He was absolutely

25  insufferable.  He was caught lying.  He's lying to the

1  President.  I told the President there's young people in

2  the administration, I can get them in the room right now

3  who can tell you this guy is sending out the word we

4  just want the President to concede.  Just help me get

5  the President to concede.

6          Truth is they look bought off.  He looks

7  bought of to me, if only in the sense of people get

8  bought off in Washington and how they've bought off

9  now.  Has this been made clear to people in town, you

10 go along with this and there will be jobs for you

11 with million dollar payrolls, two million dollar

12 payrolls, there will be invitations for you, you

13 know, at the right country clubs and socialite

14 circles.  And let me tell you, I've been in those

15 socialite circles, and you ain't missing nothing.

16 But anyway, and they understand that, but if they

17 fight this and if the President fights this, all that

18 goes away for them.  So the leadership is absolutely

19 trying to get Donald Trump not to fight.

20          The people within the White House, the

21 administration love him.  They're ready to fight for

22 him, but the leaders are sending words down to the

23 people in the White House that this is over, it's

24 done, transition.  Just get the President to concede.

25 And since we were in Friday night and spoke, they've

1  drawn a lead shield around him so no information can

2  come through.  People who've known him for years who

3  could pick up the phone and call him, their calls are

4  not getting through.  Mark Meadows and general

5  counsel Pat Cipollone --

6          PETE SANTILLI:  Cipollone.

7          PATRICK BYRNE:  -- have absolutely -- how do

8  you pronounce it?

9          PETE SANTILLI:  Cipollone, yep.

10          PATRICK BYRNE:  Cipollone.

11          PETE SANTILLI:  Uh-huh.

12          PATRICK BYRNE:  -- have absolutely put him in

13  a box so information cannot get through to him.  I do

14  see that he just landed in Florida this afternoon and he

15  tweeted out basically I don't care what anyone's telling

16  me.  There's clearly enough evidence.  We have to have a

17  special counsel look into this.

18          PETE SANTILLI:  Absolutely.  In the interest

19  of time, if you don't mind me doing this, I want to make

20  sure I get this in your own words.  When President Trump

21  or the people that were in that room asked these people

22  that are opposed to fighting this thing, do you believe

23  that President Trump won the election or lost the

24  election that they couldn't even answer that question,

25  so they're wanting him to concede, correct?

1          PATRICK BYRNE:  Michael Flynn stood up at one

2   point because they were all standing up.  These three

3   punks were standing up.  Actually, I shouldn't be so

4   tough on them all.  Mark Meadows isn't a punk.  He's a

5   gentleman, but he's not the man -- he's not a war time

6   consiglieri.  He's weak and he's a go-along guy.  But

7   the three lawyers -- well, one of them was leaving that

8   night.  That was his last day on the job, and he looked

9   distraught.  He looked like a man who loved President

10  Trump and knew what was going on was wrong, and he

11  also -- but he was leaving, and the President even said,

12  you know, that fellow is leaving.  Today is his last day

13  and he starts Monday a new job, was making ten times

14  what I'm paying him here, so he's left me.  On his last

15  act he was part of a betrayal of the President.

16          I'll tell you something else.  Trump, all

17  this stuff about marshal law and Trump wants to do

18  marshal law and all this, it's all a lie.  Not a word

19  of that was spoken.  Not one word about that was

20  spoken or insurrection act.  The New York Times piece

21  is lying.  It's used, of course, as an anonymous

22  source, which is no doubt this Cipollone guy.  Maggie

23  Haberman, evidently they're like that.  His attitude

24  is look, if I lost fair and square, I'll get on a

25  helicopter on January 20, I'll fly away.  I'm going

1  to play golf the rest of my life.  I don't need this

2  bullshit.  But if I didn't lose fair and square, if

3  this was stolen from me, clearly I have a duty not to

4  let that happen, and that's how he's feeling, and all

5  he wants, all we discussed with him is we could put

6  an investigation together, forensically examine a

7  number of these machines in different locations, and

8  in 14 days, by January 4th we were saying we could

9  comfortably by January 4th have the answer, have all

10  the answer we need.  And if the answer is there

11  wasn't tampering or there wasn't significant

12  tampering, the President will walk away.  And that

13  way we go into January 6th with an answer.  If we

14  don't do that, half this country is never going to

15  accept Biden as president.  It's all going to look

16  like the grassy knoll theory cubed.  I mean, it's

17  going to be much worse then, and half the country

18  wouldn't, and I think should not accept the next

19  president without an investigation of this.  We

20  cannot bend a knee to this.

21          We've had for a decade or two or arguably

22  since the 1930s a slow erosion of constitutional

23  rights.  Certainly in the last decade we've had

24  assaults on free speech, freedom of assembly most

25  recently, freedom of religion where nuns are being

 1  forced to pay for abortions of people.  This isn't

 2  the America we recognize.  It's a bunch of goons from

 3  the left, and we bend a knee to a lot more than we

 4  should have.  But if we bend a knee to this, this is

 5  our core principle.  America's brand is free and fair

 6  elections.  You know, consent of the governed, and do

 7  what it is to which the governed consent.  It is --

 8  how you determine that is you hold free, fair,

 9  transparent elections.  If we let them take this away

10  from us, that's our most atomic concert of our core

11  value.  There's no going back.  It doesn't get better

12  in 2022.

13          PETE SANTILLI:  I have five more minutes with

14  you.  I promised you I would keep you for 30 minutes.

15          PATRICK BYRNE:  I'll continue a few minutes at

16  this point.

17          PETE SANTILLI:  This is really, really

18  important because as an outsider to this, looking at it,

19  when we had the attorneys on and investigators that did

20  the audit in Antrim, Michigan -- this is what I do now.

21  The Dominion machines that were audited in Antrim,

22  Michigan, those same Dominion machines, there's tens of

23  thousands of them throughout the country, that if the

24  audit showed 68 percent reject rate, that the same thing

25  took place in other jurisdictions.  Why would the left

1  and the right not want -- I know the answer to the

2  question.

3          PATRICK BYRNE:  Right.

4          PETE SANTILLI:  But all President Trump is

5  asking for, let's take a look at some of the other

6  jurisdictions.  Georgia is all Dominion.  This is what

7  he's up against.  We have a CIA, an FBI and a DOJ that's

8  corrupt.  They haven't conducted a proper investigation.

9  They didn't do the audit.  We had us okey dokes doing it

10  and financing it.

11          We got Sidney Powell scrapping for the

12  truth to the best of her ability, yourself, you're

13  financing all this stuff, and who does President

14  Trump have on the inside advocating for a full and

15  transparent investigation?  Nobody.  This is what

16  he's up against right now, isn't he?

17          PATRICK BYRNE:  Nobody -- that's what he's up

18  against among his own leadership.  As I mentioned, among

19  his own leadership in the White House, beneath that, the

20  people still love him in the White House and the

21  administration and such and they want to fight for him,

22  but their own leaders are betraying them and telling

23  them to back out.  You know, basically the old saying,

24  lie back and think of England.  That was evidently that

25  (inaudible) they used to give to young English women

1  when they were sexually assaulted.  Don't fight it.

2  Just lie back and think of England was the saying years

3  ago, and that's just basically what he's being told to

4  do.

5            PETE SANTILLI:  And if we could, in the

6  essence of time here, I just want to cut right to the

7  chase.  I heard you say it.  It was made public that

8  President Trump at a certain point, he was trying to get

9  the advice of his counsel formally to assign Sidney

10  Powell to the task of being special counsel, correct?

11            PATRICK BYRNE:  Yeah.

12            PETE SANTILLI:  You said that publicly, so I

13  hope I'm not --

14            PATRICK BYRNE:  Yes.  And I normally would not

15  have said a word, I wouldn't have revealed I was even in

16  the meeting.

17            PETE SANTILLI:  I understand.

18            PATRICK BYRNE:  But if one member, Pat

19  Cipollone is going to leak lies about it as he did, I'm

20  going to tell the truth to the public.

21            PETE SANTILLI:  There you go.

22            PATRICK BYRNE:  I can't stand these weasels

23  like that, these scheming little weasels that he's going

24  to go leak lies, so of course I'm going to go public and

25  tell the truth on this scheming, fucking little weasel

1  and -- pardon me, viewers.

2            PETE SANTILLI:  I'm a Marine.  Go ahead.

3            PATRICK BYRNE:  Okay.  And yeah, he ran into a

4  wall of snot, spit and tears on the subject of -- in

5  doing anything until finally Michael Flynn stood up on

6  his feet because they were standing up and saying -- and

7  kind of I thought physically inappropriate towards the

8  President.  Well, they were bordering on it, and Michael

9  Flynn finally stood up and said let's just get something

10 basic right.  Do you agree on November 3rd he actually

11 won.  If it weren't for all this fraud he won, and all

12 three lawyers put their toe in the dirt and kicked their

13 toe and they wouldn't give an answer.  It was the most

14 surreal -- Flynn and I started saying this is like the

15 most surreal experience we've ever seen.

16            PETE SANTILLI:  Wow.

17            PATRICK BYRNE:  Yeah.  It was horrifying.

18 They wouldn't even answer that question.  And, you know,

19 so I've come to have much for affection for Donald Trump

20 than I previously did.  I did not understand --

21            PETE SANTILLI:  You're a CEO.  You've dealt

22 with attorneys.  I would call that ineffective

23 assistance of counsel.  He needs enough information for

24 him to say hey, look, legally what are my options here,

25 legally and constitutionally.  He needs to rely upon

1  counsel.  If you're saying they put their head down and

2  didn't give him the proper legal advice on how to

3  explore the evidence, wow.

4          PATRICK BYRNE:  For hours, for four hours, any

5  assistance he asked for and give me counsel, can I do

6  this and can I do that, their answer was no.  No, no,

7  you can't do that.  No, you can't do that either.  No,

8  you can't do that.  So they would say no and then they

9  would turn and try to figure out what the reason is for

10 the no.  It was that crazy.  It was that transparent

11 what they were doing.  It was completely transparent

12 after 15 minutes what they were doing.  And then Sidney

13 would pipe up and say of course you do, Mr. President.

14 You know about this, you know about that, and here's a

15 finding that you signed or that Barack Obama signed and

16 you see these words, and President Trump would see it

17 and basically saying why haven't you told me about this,

18 lawyers?  And they would kick their toe in the dirt and

19 they had nothing.  They were terrible, and I want

20 anyone -- if you're ever a client of a law firm that

21 hires Pat Cipollone, please understand that your

22 attorney has zero ethics, and for the right fee he will

23 betray you as his client.  So I hope no one is ever

24 stupid enough to hire him.

25         PETE SANTILLI:  You can even go back to the

1  U.S. Constitution.  You have a right to effective

2  assistance of counsel, and it sounds like he's getting

3  that from Sidney Powell right now --

4          PATRICK BYRNE:  She's not his counsel.  He

5  tried to make her his counsel.  At one point it got so

6  heated Pat Cipollone said something like well, you know,

7  you don't need my advice.  You can do this.  You don't

8  even need a pen or a piece of paper.  You can just say

9  it, but he was using that as an argument, as a point.

10  He didn't want him to do it.  And 30 minutes later in

11  one of these standoffs President Trump said you know

12  what, Pat, these people want to fight for me.  You have

13  nothing.  You've been giving me no assistance.  I hereby

14  make Sidney Powell White House special counsel, and they

15  said well, she doesn't have clearance, and it's going to

16  take X many months to get a clearance.  And Flynn said

17  you know, President Trump, you have the ability right

18  now to verbally just say she has the clearance and she

19  has the clearance.  And President Trump said okay,

20  Sidney Powell now has the clearance, top secret

21  clearance, and that was -- and make this happen.  And he

22  instructed Mark Meadows and Pat Cipollone.

23          The next day, Saturday morning Sidney

24  Powell called Mark Meadows and said okay, I'm going

25  to need an office in the White House to get this

1  started, and Meadows said well, I don't know.  I'm

2  not sure I can do that.  And Sidney said well, okay.

3  I at least need a badge so I can come and go to the

4  White House, and Meadows said I don't know if we can

5  get you a badge either.  So they were absolutely

6  refusing to execute direct instructions directly from

7  the mouth of the President.

8          And that's why he several times turned to

9  me.  We had a couple odd moments.  I referenced one

10 or two things by saying CEO to CEO or entrepreneur to

11 entrepreneur, what I'm seeing, sir, is you're not

12 really getting effective advice from your people.

13 And a couple times he turned to me and said things

14 like do you see what I've been dealing with for four

15 years.  Do you see what I've had to live with, and I

16 said yes, sir, I have.  I cannot believe what I'm

17 seeing.  I cannot believe what we're experiencing

18 here.

19          So the next day, I promise you Mark Meadows

20 just refused to execute that order and Pat Cipollone

21 did as well.  They're refusing to execute direct

22 instructions from the President.

23          PETE SANTILLI:  Okay.  So here we are.  Brass

24 tacks, your team that you have financed to gather enough

25 evidence, you know, as evidence.  You're not CISA.

1  Obviously you've got white hat hackers that are taking a

2  look at the traffic and the anomalies and so on and so

3  forth and you said you've got forensic evidence that you

4  trace back to the Chinese.

5       PATRICK BYRNE:  We've got thousands of

6  affidavits.  There's 50,000 Americans who have given

7  affidavits at this point through various grass roots

8  efforts, 50,000 Americans supporting what they saw in

9  different places that support what we're saying.

10      PETE SANTILLI:  Rudy Giuliani's team, Sidney

11 Powell's team and your team, you have enough probable

12 cause right now that a special counsel can tie it all in

13 together.  She has this authority to go in and issue

14 search warrants to say we need to take a look at these

15 machines and to do that.  That would be the best counsel

16 that the President would get and they're blocking that

17 right now you're saying?

18      PATRICK BYRNE:  They say we just need to give

19 in.  We just need to move on.  This is too traumatic for

20 the American people.  We need to restore the confidence

21 in our electoral process.  We can, and listen, I still

22 think we could have it in seven days.  It would be a

23 real hell week, but we could do it in seven days, and no

24 one needs to seize and take machines or anything like

25 that.  We just need to inspect and, you know, everything

1  can be done on video camera in six different places and

2  they can inspect and do some things, image the hard

3  drive, and all these things could be resolved by

4  January 4th, maybe by December 31st, and then Congress

5  could have an informed vote on January 6 and we will not

6  have a civil war because we'll have an answer.  So why

7  would anyone be opposed to that?  Hmm, why would people

8  be so dead set against it.  I mean, they say no before

9  they can even figure out what the reason is, so what

10  does that tell you, Pete?

11        PETE SANTILLI:  I'll say we just need to move

12  on.  We just need to move on.  This is too traumatic for

13  the American people.  We need to restore the confidence

14  in our electoral process.  We can't be exposing all that

15  stuff, so let's just move along.

16        PATRICK BYRNE:  I will bet you will see

17  certainly this guy Cipollone, and I bet Mark Meadows and

18  I bet the other lawyers, you will see them all leaving

19  for jobs at ten times their current salary, five to ten

20  times their current salary.  Once this administration is

21  over you'll see Meadows join some lobbying firm in town.

22  You'll see each of those lawyers go get a job for a

23  million, million and a half bucks a year.

24        PETE SANTILLI:  Putting their interest before

25  that of the American people.

1        Okay.  Couple quick questions.  You watched

2  President Trump performing in that seat at the

3  resolute desk.  Do you believe that he was operating

4  on behalf of the American people or his political

5  survival?

6        PATRICK BYRNE:  He's operating on behalf of

7  the American people.  He needs this like a hole in the

8  head.  He'd be totally fine on January 20th getting in

9  the helicopter and flying somewhere and he spends the

10  rest of his life taking it easy playing golf in the sun.

11  It is hard -- I mean, that's what I'm sure part of him

12  wants to do, but he can't.  If he does that he's

13  betraying the public.  He knows it's not about him at

14  this point, it's not about his presidency.  He knows if

15  he does this it's the end.  It's the period at the end

16  of the American experiment, and he has an obligation not

17  to let that happen but to fight at least for the answer,

18  and then if the answer doesn't turn out as expected, you

19  know, he'll be just fine leaving.  All this stuff about

20  -- you know, the only thing that's going to cause civil

21  war and marshal law and all that stuff is a big question

22  mark over this like there already is, a mammoth question

23  mark, and half the country won't accept it and half the

24  country shouldn't accept it.  You can't bend a knee.

25        Which brings me to my last point.  Can we

1 talk about what your viewers need to do?

2          PETE SANTILLI:  Absolutely.  As a matter of

3 fact, I was going to chime in, and I appreciate you

4 stepping out because January 6th, I'm just going to tell

5 you, when we heard the President say get here on

6 January 6th because that is another option is

7 legislatively.  We're going to DC on January 6th to show

8 support.

9          PATRICK BYRNE:  Are you?

10          PETE SANTILLI:  Yes.

11          PATRICK BYRNE:  You want to be there

12 January 4th.  You want to be there January 4th, and we

13 want millions of people rallying January 4th, 5th and

14 the morning of the 6th while Congress comes in to vote

15 at 1:00 p.m. on the morning of the 6th.  It's too late

16 to save it for the 6th.  The 5th probably has to be the

17 real crescendo, and if you can't make it to Washington,

18 DC you make it to your local, your state.  You let your

19 local, your state, your congressional delegation from

20 your state, senators and congressmen know that there are

21 too many questions for this election to be verified

22 without -- on January 6th, and you don't let up.

23          I've never been a protester.  I'm not a

24 protest kind of guy.  I'm a quiet back room guy.  You

25 can't accept this.  And ideally we have millions of

1  people descend on Washington, DC, peaceably assemble.

2  We are better than the goons.  We're better than the

3  other guys.

4        PETE SANTILLI:  Absolutely.

5        PATRICK BYRNE:  We've got to be three steps

6  better than the other guys given the way the media is.

7        PETE SANTILLI:  Honk Kong style, right?  Look

8  at the people of Hong Kong came together and they came

9  together shoulder to shoulder.  They don't know how to

10 contend with that.  That's why they had to come up with

11 a marshal law thing.

12       One final comment I have for you.  People

13 that need that inspiration to go to DC or to go to

14 their state capital or do whatever it is that they

15 need to do.  There's a lot of stuff that's not being

16 told out in the public.  What can you share with our

17 listening audience right now about what they just

18 don't know that deserves to be investigated that

19 deserves to get to our congressmen and the joint

20 session of Congress?  What do they not know happened

21 in 2020 that you know that you can discuss publicly?

22 What do they not know?

23       PATRICK BYRNE:  Sure.  In Nevada, everybody

24 registered to vote in Nevada, your credentials,

25 everything you gave the secretary of state of Nevada,

File 135 Patrick Byrne Interview

34

1  when you entered the data also went to Pakistani ISI.

2  It went to a company in Pakistan called Kevtek

3  (phonetic) I think it is.  It's down the street

4  historically related to the Pakistanis ISI, the

5  intelligence service, so that's just one little thing.

6  I mean, we have mountains and mountains of that.  At

7  this point there's so much evidence available.  To even

8  try to sift through it and construct it is going to just

9  going to -- we have not just a fire hose.  We have

10  multiple fire hoses of this kind of --

11          PETE SANTILLI:  A tsunami.

12          PATRICK BYRNE:  Hard core forensic evidence.

13  I'm sorry?

14          PETE SANTILLI:  A tsunami, right?  A tsunami.

15  It's just like drinking from a tsunami with a straw.

16          PATRICK BYRNE:  Well said.  We're drinking

17  from a tsunami.

18          PETE SANTILLI:  Right.  It's got to that

19  point.

20          Patrick, thank you so much.  I know you're

21  busy.  Thank you for staying over.  Sir, there's been

22  word out there, there's a lot of messaging going out,

23  and I really love, and that's why I love having you

24  on the show because messaging is important.  When you

25  talk to Tracy Beanz we'll relay that so that it

1   doesn't get lost in my interpretation or translation.

2   So we will relay every single interview that you do,

3   and thank you.

4           PATRICK BYRNE:  Thank you.

5           PETE SANTILLI:  We hear an operation is moving

6   forward.  Do you have confidence that we the people

7   have, on behalf of the President.  We've got a great

8   team on the outside.  Do we have the resources and the

9   numbers of people that are actively involved, including

10  even some of our military officials.  They say they

11  don't get involved in elections.  We get involved to

12  protect our country from foreign influence in the

13  election.  Do we have an operation?

14          PATRICK BYRNE:  Foreign and domestic.

15          PETE SANTILLI:  Do we have an operation,

16  moving forward in full swing?

17          PATRICK BYRNE:  Oh, no, no.  We don't.  They

18  are absolutely blocking things.  If the President made

19  Sidney Powell -- I'll tell you what.  If he wants to

20  win, and I told him this.  If you want to win, I can

21  tell you something that has almost complete certainty.

22  You make Sidney Powell special counsel, make Michael

23  Flynn your chief of staff.  If he did that tonight, I

24  could go to sleep.  It would be on automatic pilot.  Our

25  chances of winning would be over 90 percent.  With

1   what's going on now I think they're well under

2   50 percent.  If he doesn't do anything, I think his

3   chances are well under 50 percent of winning.  But if he

4   took either of those steps, especially the Sidney Powell

5   step, this could all be wrapped up by January 4th, and

6   Sidney's with me.  Like if it turns out that he lost,

7   we'll walk away.  She thinks Republicans are on this

8   too.  There's really strong evidence that there are

9   Republican officials like Governor Kemp of Georgia who

10  is dirty, and they are in on this.  So it's not about

11  Democrats versus Republicans.  It's about free and fair

12  elections.  So if he makes a decisive decision over this

13  weekend, it's a lay up.

14        PETE SANTILLI:  I promise you last question.

15  You're a CEO.  President Trump is a CEO and he's

16  accustomed to firing people.  Right now this is going to

17  be the last question I ask you and I promise we'll say

18  goodnight.  CEO to CEO, who would you fire right now?

19        PATRICK BYRNE:  I'd fire Pat Cipollone and I

20  would thank Mark Meadows and give him some very

21  honorable change.  He should be an ambassador is what he

22  should be, and a fine ambassador would he make.  But I'd

23  fire Pat Cipollone and put Sidney in that job and make

24  Mike Flynn chief of staff.   But he doesn't even have to

25  do the Mike Flynn chief of staff.  He just has to make

1  Mike Flynn -- he should make Mike Flynn some kind of

2  field marshal over this effort.  But the most important

3  is Sidney Powell, Sidney Powell.  I don't think the

4  American people will accept anyone but Sidney Powell and

5  trust her.  But if he just makes that one decision and

6  makes her special counsel, I think his odds of staying

7  in power are 80 percent.

8            PETE SANTILLI:  There you have it here on the

9  Pete Santilli Show.  Mr. Cipollone, by the way,

10 Cipollone, you're Italian from Santilli to Cipollone,

11 you're fired.  You're fired.

12           Patrick, thank you so much for your time.

13           PATRICK BYRNE:  How about from an Irishman

14 doing an attack?  Can I do an Irishman giving an Italian

15 Pat Cipollone?  Fuck you.

16           PETE SANTILLI:  Yes, fuck you.  That's right,

17 very much.  Have a good night.

18           COMMERCIAL:  I'm hungry.  What's to eat?

19 Beans again.

20           COMMERCIAL:  Did somebody say hungry.  Pistol

21 Pete's Jerky at PistolPete'sJerky.com, a herd of

22 delicious flavors.  Great broncho busting hunger.  Lasso

23 up your order of PistolPete'sJerky.com.

24           COMMERCIAL:  Thanks, Pistol Pete.

25           COMMERCIAL:  I made it myself.

1    PistolPete'sJerky.com.  Tell them Pete sent you.

2              COMMERCIAL:  Howdy, gunslingers.  Pistol

3    Pete's Jerky is the official beef jerky of the Pete

4    Santilli Show.  Go to PistolPete'sJerky.com or click any

5    links down below and order your delicious American beef

6    jerky made right here in the United States of America.

7              (End of recording.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                    CERTIFICATE OF REPORTER

3

4          I, Charlotte Crandall, certify that I was

5    authorized to and did transcribe the foregoing audio

6    recorded proceedings and that the transcript is a

7    true and complete record of my stenographic notes

8    from an audio recording and was transcribed to the

9    best of my ability.

10

11         Dated this 21st day of July, 2021.

12

13

14

15

16

17    _____
      Charlotte Crandall
18    Registered Professional Reporter

19

20

21

22

23

24

25

1

**1**

**14** 21:8
**15** 26:12
**1930s** 21:22
**1971** 14:19
**1:00** 32:15

**2**

**20** 20:25
**200** 14:8,9,18
**2020** 11:21
  12:1,3,5
  15:19 33:21
**2022** 22:12
**20th** 31:8

**3**

**30** 22:14
  27:10
**31st** 30:4
**3rd** 25:10

**4**

**4th** 21:8,9
  30:4 32:12,13
  36:5

**5**

**50** 36:2,3
**50,000** 29:6,8
**500** 14:5,6
**5th** 32:13,16

**6**

**6** 30:5
**68** 22:24
**6th** 21:13
  32:4,6,7,14,
  15,16,22

**8**

**80** 37:7

**9**

**90** 35:25
**94** 13:16
**95** 13:16

**A**

**abbreviate**
  17:2
**ability** 23:12
  27:17
**abortions**
  22:1
**absolutely**
  17:24 18:18
  19:7,12,18
  28:5 32:2
  33:4 35:18
**accept** 21:15,
  18 31:23,24
  32:25 37:4
**access** 16:5
**accessed**
  16:1,7
**accidental**
  12:8,12,13
**accustomed**
  36:16
**act** 20:15,20
**activated**
  11:22
**actively** 35:9
**add** 17:3
**address** 16:8
**addresses**
  15:23
**administration**
  18:2,21 23:21
  30:20
**advice** 24:9

26:2 27:7
  28:12
**advocate**
  13:11
**advocating**
  23:14
**affection**
  12:21 25:19
**affidavits**
  29:6,7
**afternoon**
  19:14
**agree** 25:10
**ahead** 25:2
**aircraft** 11:4
**ambassador**
  36:21,22
**America** 22:2
  38:6
**America's**
  22:5
**American** 13:7
  29:20 30:13,
  25 31:4,7,16
  37:4 38:5
**Americans**
  29:6,8
**ancient** 10:14
  14:3
**Ann** 17:2
**anomalies**
  29:2
**anonymous**
  20:21
**Antrim** 22:20,
  21
**anyone's**
  19:15
**apogee** 12:2
**appliance**
  16:1,3,13
**arguably**
  21:21
**argument** 27:9
**assassin**
  10:17

**assassin's**
  10:1,8,22,25
  11:5,9,24
**assaulted**
  24:1
**assaults**
  21:24
**assemble** 33:1
**assembly**
  21:24
**assign** 24:9
**assistance**
  25:23 26:5
  27:2,13
**atomic** 22:10
**attack** 37:14
**attitude**
  20:23
**attorney**
  26:22
**attorneys**
  22:19 25:22
**audience**
  33:17
**audit** 22:20,
  24 23:9
**audited** 22:21
**authoritariani**
**sm** 14:3
**authority**
  29:13
**automatic**
  35:24

**B**

**back** 22:11
  23:23,24 24:2
  26:25 29:4
  32:24
**badge** 28:3,5
**Barack** 26:15
**barbarians**
  14:1
**basic** 25:10
**basically**
  13:14 19:15

23:23 24:3
26:17
**battle** 11:10,
11 15:9
**Beans** 37:19
**Beanz** 34:25
**Beanz's** 17:1
**bed** 15:5
**beef** 38:3,5
**behalf** 10:4
13:12 31:4,6
35:7
**belongs** 16:9
**bend** 21:20
22:3,4 31:24
**beneath** 23:19
**bet** 14:20
30:16,17,18
**betray** 26:23
**betrayal**
20:15
**betraying**
13:3 23:22
31:13
**Biden** 21:15
**big** 31:21
**bit** 17:1
**bitch** 17:23
**blocking**
29:16 35:18
**blow** 11:1,24
**bordering**
25:8
**bought** 18:6,
7,8
**box** 19:13
**brand** 22:5
**Brass** 28:23
**brings** 31:25
**broncho** 37:22
**bucks** 30:23
**bullshit** 21:2
**bunch** 22:2
**businessman**
15:4

**busting** 37:22
**busy** 34:21
**BYRNE** 10:11
11:25 13:13
15:20 16:7
17:12 19:7,
10,12 20:1
22:15 23:3,17
24:11,14,18,
22 25:3,17
26:4 27:4
29:5,18 30:16
31:6 32:9,11
33:5,23
34:12,16
35:4,14,17
36:19 37:13

---

### C

**call** 19:3
25:22
**called** 13:16
14:8,16 27:24
34:2
**callid** 10:22
**calls** 19:3
**camera** 30:1
**capital** 33:14
**capitalism**
10:7
**card** 16:2,15
**care** 19:15
**carrier** 11:4
**caught** 17:25
**CCP** 10:5
13:5,10,12
14:12 15:18
**central**
13:19,20
**CEO** 25:21
28:10 36:15,
18
**certainty**
35:21
**certified**
16:21

**chances** 35:25
36:3
**change** 36:21
**changed** 17:17
**chase** 24:7
**chief** 35:23
36:24,25
**chime** 32:3
**China** 10:2,14
12:18,19,23
13:2,10,19,
21,23 14:22
15:3,12,18
16:7,8
**Chinese** 10:3,
20,24 11:9
12:14,21,24
13:5,8,14,15,
17,24 15:5
16:10,11 29:4
**CIA** 23:7
**Cipollone**
19:5,6,9,10
20:22 24:19
26:21 27:6,22
28:20 30:17
36:19,23
37:9,10,15
**circles** 13:21
18:14,15
**CISA** 28:25
**city** 16:8
**civil** 30:6
31:20
**civilized**
13:22
**clear** 18:9
**clearance**
27:15,16,18,
19,20,21
**click** 38:4
**client** 26:20,
23
**clubs** 18:13
**college** 12:25
**comfortably**
21:9

**comment** 33:12
**COMMERCIAL**
37:18,20,24,
25 38:2
**Communist**
13:5
**community**
11:2 12:4
**companies**
16:9
**company**
16:10,12 34:2
**complete**
35:21
**completely**
26:11
**compromise**
11:16
**concede** 17:7
18:4,5,24
19:25
**concentric**
13:21
**concerned**
11:2
**concert** 22:10
**conducted**
23:8
**confidence**
29:20 30:13
35:6
**confident**
12:15
**Congress** 30:4
32:14 33:20
**congressional**
32:19
**congressmen**
32:20 33:19
**consent** 22:6,
7
**considered**
12:20
**consiglieri**
20:6
**Constitution**
27:1

constitutional 21:22

constitutionally 25:25

construct 34:8

contend 33:10

continue 22:15

core 22:5,10 34:12

correct 19:25 24:10

correctly 10:1

corrupt 23:8

counsel 17:23 19:5,17 24:9, 10 25:23 26:1,5 27:2, 4,5,14 29:12, 15 35:22 37:6

counterbalance 14:21

counting 15:23,24 16:19

country 13:12 18:13 21:14, 17 22:23 31:23,24 35:12

county 16:20

couple 28:9, 13 31:1

cousin 12:20

COVID 12:7,11 15:10

crazy 26:10

credentials 33:24

crescendo 32:17

cubed 21:16

culturally 12:22

current 30:19,20

cut 24:6

CYOP 12:15

**D**

data 15:22 34:1

day 20:8,12 27:23 28:19

days 21:8 29:22,23

DC 32:7,18 33:1,13

dead 30:8

dealing 28:14

dealt 25:21

decade 12:1 21:21,23

decadence 14:4

decades 10:6 15:3

decay 14:4

December 30:4

decided 12:9

decision 36:12 37:5

decisions 17:5

decisive 36:12

deep 12:21

delegation 32:19

delicious 37:22 38:5

Democrats 36:11

demonstrated 15:23

descend 33:1

describe 10:9

deserves 33:18,19

desk 31:3

determine 22:8

device 16:14

difference 13:8

direct 28:6, 21

directly 10:10 15:25 28:6

dirt 25:12 26:18

dirty 36:10

discuss 33:21

discussed 21:5

discussion 17:7

distraught 20:9

documentation 16:22

documented 16:16

DOJ 23:7

dokes 23:9

dollar 18:11

domestic 35:14

dominance 13:10

Dominion 15:24 16:14 22:21,22 23:6

Donald 17:16 18:19 25:19

Door 14:16

doubt 20:22

dozen 10:20, 23

dragon 14:23, 24 15:1

drawn 19:1

drinking 34:15,16

drive 30:3

duty 21:3

**E**

easy 31:10

eat 12:24 37:18

effective 27:1 28:12

effort 37:2

efforts 29:8

election 12:16 13:9 15:11,15,19 17:7 19:23,24 32:21 35:13

elections 22:6,9 35:11 36:12

electoral 29:21 30:14

element 12:12

EMP 11:3

emphasized 17:15

end 31:15 38:7

England 23:24 24:2

English 14:8 23:25

entered 34:1

entire 16:15

entrepreneur 28:10,11

erosion 21:22

essence 24:6

ethics 26:22

Eurasia 14:1

Europeans 14:15

evening 15:21

evidence 15:16,17,18 17:6,9,14

19:16 26:3
28:25 29:3
34:7,12 36:8
**evidently**
20:23 23:24
**examine** 21:6
**execute** 28:6,
20,21
**expected**
31:18
**experience**
25:15
**experiencing**
11:8,14 28:17
**experiment**
31:16
**explore** 26:3
**exposing**
30:14

---

**F**

**fact** 16:17
32:3
**fair** 20:24
21:2 22:5,8
36:11
**fallen** 10:4
**farther** 13:24
**fast** 15:6
**FBI** 23:7
**fee** 26:22
**feel** 14:10,18
**feeling** 21:4
**feelings**
17:16
**feet** 25:6
**fellow** 20:12
**felt** 14:10
**field** 37:2
**fight** 10:15
11:11 17:8
18:17,19,21
23:21 24:1
27:12 31:17
**fighter** 11:5

**fighters** 13:6
**fighting** 10:4
19:22
**fights** 18:17
**figure** 26:9
30:9
**figured** 14:5,
6
**final** 11:23,
24 33:12
**finally** 25:5,
9
**financed**
28:24
**financing**
23:10,13
**finding** 26:15
**fine** 31:8,19
36:22
**fire** 34:9,10
36:18,19,23
**fired** 17:21
37:11
**firing** 36:16
**firm** 26:20
30:21
**flags** 13:7
**flavors** 37:22
**Florida** 19:14
**fly** 20:25
**flying** 31:9
**Flynn** 20:1
25:5,9,14
27:16 35:23
36:24,25 37:1
**forced** 14:7
22:1
**foreign**
35:12,14
**forensic**
17:6,9,14
29:3 34:12
**forensically**
21:6
**formally** 24:9
**forward** 15:6
35:6,16

**fraud** 12:17
25:11
**fraudulent**
15:16
**free** 21:24
22:5,8 36:11
**freedom** 13:6
21:24,25
**Friday** 15:14
16:24 17:7,11
18:25
**friendship**
13:3
**front** 14:7
16:10
**fuck** 37:15,16
**fucking** 24:25
**full** 23:14
35:16
**funneled**
11:16

---

**G**

**gather** 28:24
**gave** 33:25
**general** 17:23
19:4
**generation**
12:22,25
**gentle** 17:19
**gentleman**
20:5
**Georgia** 23:6
36:9
**Giuliani's**
29:10
**give** 11:23
23:25 25:13
26:2,5 29:18
36:20
**giving** 27:13
37:14
**global** 13:10
**go-along** 20:6
**God** 16:25

**golf** 21:1
31:10
**gong** 10:4
**good** 37:17
**goodnight**
36:18
**goons** 22:2
33:2
**governed**
22:6,7
**government**
16:11
**Governor** 36:9
**grass** 29:7
**grassy** 21:16
**great** 14:22
35:7 37:22
**greatest**
11:10
**grew** 12:23
**guff** 17:20
**gunslingers**
38:2
**guy** 16:21
17:18 18:3
20:6,22 30:17
32:24
**guys** 17:21
33:3,6

---

**H**

**Haberman**
20:23
**hacked** 15:25
**hackers** 29:1
**hairy** 13:25
**half** 12:20
21:14,17
30:23 31:23
**Han** 13:17,18
**hand** 12:18
15:19
**hanging**
11:18,20
**Hanyu** 13:18

happen 21:4
27:21 31:17
happened
12:16 33:20
hard 30:2
31:11 34:12
hat 29:1
he'll 31:19
head 15:13
26:1 31:8
hear 10:10
35:5
heard 10:9
17:1 24:7
32:5
hearing 15:2
heated 27:6
helicopter
20:25 31:9
hell 29:23
herd 37:21
hey 25:24
hire 26:24
hires 26:21
historically
13:23 34:4
history
14:11,12,13
15:10
Hmm 30:7
hold 22:8
hole 31:7
Hong 13:6
33:8
Honk 33:7
honorable
36:21
hope 12:19
24:13 26:23
horrifying
25:17
hose 34:9
hoses 34:10
hot 15:8
hours 26:4

House 17:24
18:20,23
23:19,20
27:14,25 28:4
Howdy 38:2
huge 13:7
humiliated
14:18
humiliation
14:9
hunger 37:22
hungry 37:18,
20
hypersonic
11:3

I

ideally 32:25
image 30:2
important
22:18 34:24
37:2
impression
17:17
inappropriate
25:7
inaudible
11:12 23:25
including
35:9
incrementally
11:20
ineffective
25:22
influence
35:12
information
15:21,22
19:1,13 25:23
informed 30:5
inside 23:14
inspect 29:25
30:2
inspiration
33:13

instructed
27:22
instructions
28:6,22
insufferable
17:25
insurrection
20:20
intelligence
34:5
interest
19:18 30:24
internet
16:3,4
interpretation
35:1
interview
17:1 35:2
intruding
13:9
investigated
33:18
investigation
17:10,14
21:6,19 23:8,
15
investigators
22:19
investments
11:22
invitations
18:12
involved
35:9,11
IP 15:22 16:8
IPS 16:15
Irishman
37:13,14
ISI 34:1,4
issue 29:13
Italian
37:10,14

J

January 20:25
21:8,9,13

30:4,5 31:8
32:4,6,7,12,
13,22 36:5
jeopardy
15:18
jerky 37:21
38:3,6
Jian 10:8,23
11:14
job 20:8,13
30:22 36:23
jobs 18:10
30:19
join 30:21
joint 33:19
jump 14:5
jurisdictions
22:25 23:6

K

Kemp 36:9
Kevtek 34:2
kick 26:18
kicked 25:12
kids 12:24
kill 10:8
11:23
kills 10:18
kind 10:16
12:20 13:2
17:19 25:7
32:24 34:10
37:1
kinds 16:19
king 10:17
15:3
kingdom
10:15,16,19
13:20
knee 21:20
22:3,4 31:24
knew 20:10
knockout 11:7
knoll 21:16
Kong 13:6

33:7,8

---

**L**

---

landed 19:14
Larry 15:3
Lasso 37:22
late 32:15
law 20:17,18
  26:20 31:21
  33:11
lawyers 20:7
  25:12 26:18
  30:18,22
lay 36:13
lead 19:1
leaders 18:22
  23:22
leadership
  18:18 23:18,
  19
leads 14:4
leak 24:19,24
leaped 16:13
leaps 16:12
learn 14:12
leaving 20:7,
  11,12 30:18
  31:19
led 17:3
left 20:14
  22:3,25
legal 26:2
legally
  25:24,25
legislatively
  32:7
lept 16:14
lie 20:18
  23:24 24:2
lies 24:19,24
life 21:1
  31:10
lift 14:20
links 38:5

listen 29:21
listening
  33:17
literature
  10:21,24
live 14:8
  28:15
living 12:14,
  15
lobbying
  30:21
local 11:20
  32:18,19
locations
  21:7
looked 20:8,9
lose 17:6
  21:2
lost 19:23
  20:24 35:1
  36:6
lot 10:9,12
  15:17 22:3
  33:15 34:22
lots 11:12
love 10:3
  12:19 18:21
  23:20 34:23
loved 20:9
lying 17:25
  20:21

---

**M**

---

mace 10:2,8,
  22,25 11:5,9,
  24
machine
  15:23,24 16:2
machines 21:7
  22:21,22
  29:15,24
made 14:19
  18:9 24:7
  35:18 37:25
  38:6

Maggie 20:22
make 17:5
  19:19 27:5,
  14,21 32:17,
  18 35:22
  36:22,23,25
  37:1
makes 36:12
  37:5,6
making 12:3,6
  20:13
mammoth 31:22
man 15:7,14
  20:5,9
Marine 25:2
mark 19:4
  20:4 27:22,24
  28:19 30:17
  31:22,23
  36:20
marshal
  20:17,18
  31:21 33:11
  37:2
masterful
  15:13
matter 32:2
mayors 11:18,
  20
Meadows 19:4
  20:4 27:22,24
  28:1,4,19
  30:17,21
  36:20
meddling
  15:19
media 17:18
  33:6
meet 15:7
meeting 17:10
  24:16
member 24:18
mentioned
  11:6 23:18
messaging
  34:22,24

met 15:14
Michael 20:1
  25:5,8 35:22
Michigan
  22:20,22
Microsoft
  16:21
Mike 36:24,25
  37:1
military
  16:11 35:10
million 18:11
  30:23
millions
  32:13,25
mind 19:19
minute 17:21
minutes
  22:13,14,15
  26:12 27:10
missing 18:15
mobile 16:14
moments 28:9
Monday 20:13
money 11:16
months 27:16
morning 27:23
  32:14,15
mountains
  34:6
mouth 28:7
move 12:3,6,7
  29:19 30:11,
  12,15
moving 35:5,
  16
multiple
  34:10

---

**N**

---

Napoleon
  14:22
national
  10:21,24 11:2
  12:4 16:11

negotiating
  15:14
**Nevada** 33:23,
  24,25
nicer 17:19
night 15:14
  18:25 20:8
  37:17
northwest
  14:1
November
  25:10
number 21:7
numbers 35:9
nuns 21:25
nuts 16:15

—————————

**O**

—————————

Obama 26:15
obligation
  13:1 31:16
occasionally
  11:6
odd 28:9
odds 37:6
office 27:25
official 38:3
officials
  35:10 36:9
okey 23:9
Open 14:16
operating
  13:9 31:3,6
operation
  15:24 16:20
  35:5,13,15
opportunity
  15:7 16:25
opposed 19:22
  30:7
option 32:6
options 25:24
order 28:20
  37:23 38:5

originally
  12:8
outsider
  22:18

—————————

**P**

—————————

p.m. 32:15
Pakistan 34:2
Pakistani
  34:1
Pakistanis
  34:4
paper 27:8
pardon 25:1
part 12:22
  20:15 31:11
past 10:6
  17:12,13
Pat 19:5
  24:18 26:21
  27:6,12,22
  28:20 36:19,
  23 37:15
Patrick 10:11
  11:25 13:13
  15:20 16:7
  17:12 19:7,
  10,12 20:1
  22:15 23:3,17
  24:11,14,18,
  22 25:3,17
  26:4 27:4
  29:5,18 30:16
  31:6 32:9,11
  33:5,23
  34:12,16,20
  35:4,14,17
  36:19 37:12,
  13
pay 22:1
paying 20:14
payrolls
  18:11,12
peaceably
  33:1
pen 27:8

people 10:3
  12:4 13:5,6,
  8,10,18,22
  17:20 18:1,7,
  9,20,23 19:2,
  21 22:1 23:20
  27:12 28:12
  29:20 30:7,
  13,25 31:4,7
  32:13 33:1,8,
  12 35:6,9
  36:16 37:4
peoples 13:23
percent 13:16
  22:24 35:25
  36:2,3 37:7
performing
  31:2
period 31:15
persecuted
  10:5
person 17:19
Pete 11:15
  13:4 15:1
  16:6,24 19:6,
  9,11,18
  22:13,17 23:4
  24:5,12,17,21
  25:2,16,21
  26:25 28:23
  29:10 30:10,
  11,24 32:2,10
  33:4,7 34:11,
  14,18 35:5,15
  36:14 37:8,9,
  16,24 38:1,3
Pete's 37:21
  38:3
phone 19:3
phonetic 34:3
photographs
  15:22
physically
  25:7
pick 10:13
  19:3
piece 20:20
  27:8

pilot 35:24
pipe 26:13
Pistol 37:20,
  24 38:2
Pistolpete'
sjerky.com
  37:21 38:4
Pistolpete'
sjerky.com.
  37:23 38:1
place 11:22
  22:25
places 29:9
  30:1
play 12:9
  21:1
playing 31:10
plenty 15:15
point 20:2
  22:16 24:8
  27:5,9 29:7
  31:14,25
  34:7,19
policy 14:16
political
  31:4
politically
  15:4
politicians
  11:16
Powell 23:11
  24:10 27:3,
  14,20,24
  35:19,22 36:4
  37:3,4
Powell's
  29:11
power 37:7
presidency
  15:17 31:14
president
  15:2,12 17:4
  18:1,4,5,17,
  24 19:20,23
  20:9,11,15
  21:12,15,19
  23:4,13 24:8

25:8 26:13,16
27:11,17,19
28:7,22 29:16
31:2 32:5
35:7,18 36:15
**previously**
25:20
**principle**
22:5
**probable**
29:11
**process** 29:21
30:14
**promise** 28:19
36:14,17
**promised**
22:14
**pronounce**
19:8
**pronounced**
10:1
**proper** 23:8
26:2
**protect** 35:12
**protest** 32:24
**protester**
32:23
**public** 24:7,
20,24 31:13
33:16
**publicly**
24:12 33:21
**punch** 11:7
**punk** 20:4
**punks** 20:3
**purpose** 17:10
**pursue** 17:14
**put** 11:22
16:21 17:20
19:12 21:5
25:12 26:1
36:23
**Putting** 30:24

---

## Q

**question** 10:2
12:18 19:24
23:2 25:18
31:21,22
36:14,17
**questioning**
17:13
**questions**
31:1 32:21
**quick** 31:1
**quiet** 32:24

---

## R

**race** 13:16,17
**rallying**
32:13
**ran** 25:3
**rate** 22:24
**reached** 14:19
**ready** 18:21
**real** 29:23
32:17
**realization**
12:1
**reason** 26:9
30:9
**recently** 15:7
21:25
**recognize**
22:2
**recording**
38:7
**referenced**
28:9
**references**
10:21,23
**refused** 28:20
**refusing**
28:6,21
**registered**
33:24
**reject** 22:24

---

**related** 34:4
**relay** 34:25
35:2
**religion**
21:25
**rely** 25:25
**remember**
13:14 15:2
**Republican**
36:9
**Republicans**
36:7,11
**resolute** 31:3
**resolved** 30:3
**resources**
35:8
**respect** 15:9
**rest** 21:1
31:10
**restore** 29:20
30:13
**revealed**
24:15
**reviewed**
15:21,22
**rights** 21:23
**room** 16:1,3,
13,25 17:4
18:2 19:21
32:24
**roots** 29:7
**Rudy** 29:10

---

## S

**salary** 30:19,
20
**Santilli**
11:15 13:4
15:1 16:6,24
19:6,9,11,18
22:13,17 23:4
24:5,12,17,21
25:2,16,21
26:25 28:23
29:10 30:11,
24 32:2,10

---

33:4,7 34:11,
14,18 35:5,15
36:14 37:8,9,
10,16 38:4
**Saturday**
27:23
**save** 32:16
**scheming**
24:23,25
**scrapping**
23:11
**search** 29:14
**seat** 15:8
31:2
**secret** 27:20
**secretary**
33:25
**security**
10:21,24 11:2
12:4 16:21
**seize** 29:24
**senators**
11:19 32:20
**sending** 18:3,
22
**sense** 18:7
**separation**
13:4
**service** 34:5
**session** 33:20
**set** 11:21
30:8
**sexually** 24:1
**share** 33:16
**Shashou** 10:8,
22 11:14
**shield** 19:1
**shortly** 15:11
**shot** 10:8
11:23
**shoulder** 33:9
**show** 32:7
34:24 37:9
38:4
**showed** 22:24
**shows** 17:16

Sidney 23:11
24:9 26:12
27:3,14,20,23
28:2 29:10
35:19,22
36:4,23 37:3,
4
Sidney's 36:6
sift 34:8
signed 26:15
significant
21:11
single 35:2
sir 28:11,16
34:21
sitting 15:8
slapping
17:23
sleep 35:24
sleeping
14:23
slow 21:22
snot 25:4
socialite
18:13,15
sort 13:21,25
14:5
sounds 27:2
soup 16:15
source 20:22
Soviets 14:21
speak 13:17
speaking
13:18
special 19:17
24:10 27:14
29:12 35:22
37:6
speech 21:24
spends 31:9
spies 11:17,
18
spit 25:4
spoke 18:25
spoken 20:19,
20

spy 11:20
square 20:24
21:2
staff 35:23
36:24,25
stand 13:2
24:22
standing
17:23 20:2,3
25:6
standoffs
27:11
start 12:6
started 12:9
25:14 28:1
starts 10:19
20:13
state 15:25
16:20 32:18,
19,20 33:14,
25
states 11:1,7
13:24 14:15
17:24 38:6
staying 34:21
37:6
stealth 11:4
step 36:5
stepping 32:4
steps 33:5
36:4
stolen 21:3
stood 20:1
25:5,9
stories 10:12
11:12
story 10:14
strategic
14:20
straw 34:15
street 34:3
strength 12:2
strike 10:18
11:3,7
strong 36:8
students 13:1

stuff 15:9
20:17 23:13
30:15 31:19,
21 33:15
stupid 26:24
style 33:7
subject 25:4
subverted
15:16
sun 31:10
support 29:9
32:8
supporting
29:8
surreal
25:14,15
survival 31:5
Swallow 11:19
swing 15:25
16:20 35:16
system 14:3

———————————————
T
———————————————

tacks 28:24
takes 10:19
taking 29:1
31:10
talk 32:1
34:25
talking
13:15,16
15:3,4
tampering
21:11,12
task 24:10
team 28:24
29:10,11 35:8
tears 25:4
telling 19:15
23:22
ten 20:13
30:19
tendency 14:2
tens 22:22

terrible
26:19
text 11:6
theory 21:16
thing 16:15
17:8 19:22
22:24 31:20
33:11 34:5
things 14:6,
14 16:3,4,19
28:10,13
30:2,3 35:18
thinks 36:7
thought 12:23
13:1 25:7
thousands
22:23 29:5
tie 29:12
time 10:6
11:15,23 15:2
19:19 20:5
24:6 37:12
times 20:13,
20 28:8,13
30:19,20
Today 20:12
toe 25:12,13
26:18
told 18:1
24:3 26:17
33:16 35:20
tongue 13:18
tonight 35:23
top 27:20
totally 31:8
tough 20:4
town 18:9
30:21
trace 29:4
Tracy 17:1
34:25
trade 15:9,12
tradition
11:13
traffic 29:2
transition
18:24

**translation**
35:1
**transparent**
22:9 23:15
26:10,11
**traumatic**
29:19 30:12
**trigger** 16:18
**true** 14:12
**Trump** 15:2,12
17:17 18:19
19:20,23
20:10,16,17
23:4,14 24:8
25:19 26:16
27:11,17,19
31:2 36:15
**trust** 37:5
**truth** 18:6
23:12 24:20,
25
**tsunami**
34:11,14,15,
17
**turn** 26:9
31:18
**turned** 28:8,
13
**turns** 36:6
**tweeted** 19:15

---

**U**

**U.S.** 13:9
14:13 27:1
**Uh-huh** 19:11
**Un-huh** 16:6
**understand**
12:16 14:2,
11,12,13
18:16 24:17
25:20 26:21
**understood**
12:5
**United** 10:25
11:7 14:15
17:24 38:6

---

**V**

**Vandersteel**
17:2
**vassal** 13:24
**verbally**
27:18
**verified**
32:21
**versus** 36:11
**viable** 12:5
**video** 30:1
**Vietnamese**
13:23
**view** 13:20
14:2 17:20
**viewers** 14:17
25:1 32:1
**vote** 30:5
32:14 33:24

---

**W**

**wakes** 14:23
**walk** 10:12
21:12 36:7
**wall** 25:4
**wanting** 10:7
19:25
**war** 10:16,18
20:5 30:6
31:21
**ward** 15:12
**warrants**
29:14
**Washington**
18:8 32:17
33:1
**watched** 31:1
**waving** 13:7
**weak** 20:6
**weapon** 11:3
**weaponized**
10:7

---

**weasel** 24:25
**weasels**
24:22,23
**week** 29:23
**weekend** 36:13
**white** 13:25
17:24 18:20,
23 23:19,20
27:14,25 28:4
29:1
**who've** 19:2
**whoa** 14:23
**win** 11:10,11
35:20
**winning** 35:25
36:3
**wireless**
16:2,4,14
**woke** 14:24
15:1
**women** 23:25
**won** 19:23
25:11
**woods** 14:1
**word** 18:3
20:18,19
24:15 34:22
**words** 18:22
19:20 26:16
**work** 14:25
**worked** 11:15
17:22
**world** 13:19
14:2
**worse** 14:14
21:17
**worthy** 17:9
**wow** 25:16
26:3
**wrapped** 36:5
**written** 15:10
**wrong** 20:10

---

**Y**

**year** 12:5

---

30:23
**years** 10:20,
24 14:5,7,8,
9,18 15:2,5
19:2 24:2
28:15
**yesterday**
15:21
**York** 17:21
20:20
**young** 18:1
23:25

---

**Z**

**Zhongguo**
13:20