# Exhibit 367



Document title: Patrick Byrne (@PatrickByrne) / Twitter
Capture URL: https://twitter.com/PatrickByrne?ref_src=twsrc%5Egoogle%7Ctwcamp%5Eserp%7Ctwgr%5Eauthor
Capture timestamp (UTC): Sun, 31 Jan 2021 17:14:05 GMT

