# Exhibit 368

# DeepCapture

Home | Patrick Byrne | Press | About Deep Capture | The Deep Rig | The Deep Capture Story | The Data | The Archive | Community |  123K

ELECTION FRAUD 2020    THE DEEP CAPTURE CAMPAIGN

# The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him (or, What to send friends who ask, "Why do you doubt the integrity of Election 2020?")

BY PATRICK BYRNE · FEBRUARY 20, 2021 · 83 SHARES · 2 MINUTE READ



**The Deep Rig Movie**



**Buy The Deep Rig**

Use the following links to buy the book in print, audio or e-book format:

Amazon
Apple Books
Barnes & Noble
EPUB/MOBI E-Book



DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne

  

press@deepcapture.com
or call (480)692-9336

 305






**305**
Shares

This started with the 6 installment you may have read on the website. Yet those installments were more or less first drafts. I cut them up, rearranged the flow to be more logical, then kept adding details, pieces of proof, backstories, and previously unknown but important details (e.g., what went on backroom with Pence) that appear nowhere else but are a part of history. In the end, it wound up being being 10 chapters.

Note that this is eBook only. You can download it immediately after clicking through and buying it, and read it on Kindle or your Apple app or whatever eBook reader you use. If you enjoyed the installments on this website (which were the equivalent of an 80 page novella), this is about a 120 page novel.

Why am I charging $4.99? I started off expecting simply to put it up online for free as a pdf. A friend convinced me otherwise that it will mean more to more people if it has a price, both domestically and around the world. I accepted his argument. But I priced it as low as a serious book can go. And just so you know, the activities I mention in this book cost me about $1.5 million, and the 15 year DeepCapture project has cost me about $40 million.

You can buy it here on DeepCapture:

Or at Amazon:

The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who

Document title: The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him (or, What to send friends who ask, "Why…
Capture URL: https://www.deepcapture.com/2021/02/the-deep-rig-how-election-fraud-cost-donald-j-trump-the-white-house-by-a-man-who-did-not-vote-for-him-or-what-t…
Capture timestamp (UTC): Sat, 07 Aug 2021 20:42:38 GMT
Page 1 of 2



You can buy it here on DeepCapture:

Or at Amazon:

The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him: (or what to send friends who ask, "Why do you doubt the integrity of Election 2020?")

Note the subtitle: "What to send friends who ask, 'Why do you doubt the integrity of Election 2020?'" Many people feel frustrated because they know, they just cannot say why they know, yet get frustrated with those who cannot see . Now they have something they can send their friends. If you know a few of those people, please feel free to send each a copy.

**305**
Shares

- Share
- Tweet
- Share
- Share
- Share

View Comments (456)

Previous Article

**How DJT Lost the White House, Chapter 6: The Aftermath (v. 1.2)**

BY PATRICK BYRNE

Next Article

**EMMA BROWN (WASHPO): FINALLY, A LEFTY WORTH TALKING TO (-ISH)**

BY PATRICK BYRNE

## Buy The Deep Rig

Use the following links to buy the book in print, audio or e-book format:

**Amazon**
**Apple Books**
**Barnes & Noble**
**EPUB/MOBI E-Book**



DeepCapture is an Award Winning Blog on Corruption by Patrick M. Byrne

  

press@deepcapture.com
or call (480)692-9336

## Related Posts



THE DEEP CAPTURE CAMPAIGN

**On DOJ's Election-Integrity-Suppression Efforts**

Washington, DC once ran with a degree of "comity," which is to say, "friendly social atmosphere." Both parties...

BY PATRICK BYRNE · 1 SHARE



THE DEEP CAPTURE CAMPAIGN

**Zen & the Art of Being a Federal**

Dear Federals, Greetings. I hope this message finds you well in these confusing times. Our honorable President* Joseph...

BY PATRICK BYRNE · 380 SHARES



THE DEEP CAPTURE CAMPAIGN

**EMMA BROWN (WASHPO): FINALLY, A LEFTY WORTH TALKING TO (-ISH)**

NOTE TO READER: Notwithstanding the attention the Washington Post has lavished on me of late (e.g., their recent...

BY PATRICK BYRNE · 1 SHARE



ELECTION FRAUD 2020, THE DEEP CAPTURE CAMPAIGN

**How DJT Lost the White House, Chapter 6: The Aftermath (v. 1.2)**

In my humble tale thus far, I sought to stick to what I saw, what I heard, and...

BY PATRICK BYRNE · 352 SHARES

---


Powered by Patriots

Home   Patrick Byrne   Press   About Deep Capture
The Deep Rig   The Deep Capture Story   The Data
The Archive   Community

 123K

