# Exhibit 369

1

2

3

4

5

6      Exhibit 143

7    The Deep Rig Movie.mp4

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      ANN:  -- in a very quick video.  He could not

2  be here.  He's so busy traveling around the country

3  doing the work of a patriot speaking everywhere and

4  trying to rally the troops, so we wanted to make sure we

5  recognize him.

6      We also want to recognize the fact that in

7  our audience today we have some very significant

8  social media influencers and candidates who are

9  running for office.  I will announce a couple of

10  those here in a minute.  But just so you know, there

11  are some folks out here.  Get to know who you're

12  sitting next to, say hello to people at our

13  intermission and just see who's around because it's

14  pretty important how we're all coming together here.

15      Special recognition, by the way, to the

16  president of the Arizona state senate, Karen Fann.

17  And of course -- that's right.  Stand up for Karen

18  Fann Amen to that.

19      Of course Karen is not alone in this

20  journey.  She's had wing men and women on her side in

21  the brave Arizona senate, and thanks to those brave

22  senators who listened to all of you and many more in

23  Arizona, it's time to pull the trigger and get this

24  forensic audit done.

25      I'd like to call attention to Arizona state

1  Senator Sonny Borelli, who is not only the chair of

2  the senate committee -- Sonny, where are you?  Sonny

3  Borelli is not only the chair of the senate

4  committee, but he's also a retired U.S. Marine.

5  Hoorah.  That's right.  That's what I'm talking

6  about.

7         Also, Arizona Representative Mark Finchem.

8  We love that Mark, the Wiley Coyote.  As well as

9  Arizona Representative Walt Blackman.  I would also

10 like to recognize Craig Sawyer, veteran Navy Seal,

11 also with the Veterans of Child Rescue, done an

12 incredible job on child sex trafficking, child

13 trafficking, human smuggling.  Craig.

14         We also have another incredible person in

15 the audience and I've gotten to know this gentleman

16 quite well.  I've slept campfire -- I've slept at his

17 campsite near a fire, just not in his tent, let me be

18 clear, Tim Filey with the receive Arizona Border

19 Recon, an amazing man as well out there fighting drug

20 smugging, human trafficking.

21         And now for some extraordinary human beings

22 who did some extraordinary things.  These folks are

23 the reason that Karen Fann and the brave senators

24 here in your state decided they really needed to get

25 this forensic audit going.  We the People, Arizona

1  Alliance, now also We the People USA Alliance.  We

2  have Steve Robinson, Shelby Bush and Eric Winook

3  (phonetic).

4        All right.  I'd like to give some of these

5  folks I recognized an opportunity to speak to you

6  personally about what not only this movie means to

7  them, but perhaps their journey here.  I want to

8  bring up on the stage Craig Sawyer with the Veteran's

9  Child Rescue Organization.  Craig.

10       CRAIG SAWYER:  Thank you.  Well, it's an honor

11  and a privilege to be included and to be introduced to

12  Steve and see the beautiful and powerful work that he's

13  doing with the Deep Rig.  I watched a previous

14  documentary of his, A Thousand Pieces and I instantly

15  got it because we're trying to do the same thing, expose

16  the corruption and empower the people and it's a

17  beautiful thing.

18       Four years ago I founded a nonprofit

19  organization, Veterans for Child Rescue, specifically

20  to do that, alert the populous to this dark secret

21  that a friend of mine -- we'd grown up in the same

22  part of north Houston.  He said Craig, the area that

23  we grew up has become the hottest epicenter for child

24  sex trafficking in the United States.  I'm like what

25  are we talking about.  What does that look like, and

1  I was introduced to some investigators and agents

2  that had been part of these raids and recoveries, and

3  they said we don't care what you've seen, this is the

4  darkest most evil front line between the clash

5  between good and evil, and the children are stuck

6  right in the middle.  So I got my heart broken

7  learning about how abusive it is, and so I'm like

8  I've got to do something.  And I set off just to make

9  a film, and nobody in Hollywood, all my contacts,

10  even though I'd worked in the industry for a decade

11  would do anything.  They slow rolled me.  Oh, yeah,

12  yeah.  That's God's work.  Yeah, sure, but nothing

13  was happening, so I finally realized I was going to

14  have to found a nonprofit org to do it.

15          So we spent three years.  We filmed a

16  movie.  It's a free public service alert.  It's

17  called Contraland.  Please watch it.  It's at

18  Contralandmovie.com, and it's tied directly to the

19  same rancid cesspool that you're going to learn about

20  here tonight in the Deep Rig because it's a direct

21  consequence.

22          We had our election stolen from us.  We saw

23  that.  I have friends that are instrumental in

24  demonstrating the election fraud evidence, so I know

25  that it was stolen and we could see it, right?  at

Exhibit 143 The Deep Rig

1  4:00 a.m. the spike and all of America watched.

2  Well, because then we got the wrong guy in office,

3  and then he dropped the border defense, and my

4  friends in law enforcement are being overrun now and

5  child trafficking is spiking, and so it's timely that

6  Contraland is out and that I'm meeting Steve and that

7  we're all in the same thing.

8      The bad guys are coordinated, folks, so

9  shame on us if we, good Americans, Christians and

10  patriots and decent families don't lock arms and

11  unite, right?  We should do that.

12      Darkness cannot exist in the presence of

13  light, so I applaud this film for shining the light

14  on the darkness.  Let's all just flip the lights on

15  and say look, America.  Look at this cesspool.  Look

16  at what's been done to us.  Look at what all's been

17  taken from us.  Yes, it's difficult to face, but we

18  must face it.  We must face it.  We must rise up

19  together and take action if we're to have any freedom

20  and liberty in the future for our children and our

21  children's children.  So that's what's going on with

22  my org, and I just appreciate being able to be here

23  and see the film at the premiere.  It's an honor and

24  a privilege.

25      Vets for Child Rescue is my thing.

1  Contralandmovie.com.  God please you guys.

2         ANN:  Thank you very much, Craig.  Incredible

3  work.  That's a huge sacrifice, and it's selfless what

4  he does every single day.

5         You know, again we talk about civic duty

6  all the time on Steel Truth.  What can we do?  What

7  can we do, and I cannot impress upon you enough.

8  It's so simple.  Go to a school board meeting.  Just

9  listen in.  You may not even have children in school

10  anymore, but just listen to what they're talking

11  about because remember, at some point those children

12  are going to be changing your diapers when you're 80

13  years old.  Who do you want doing that?  Think about

14  it.  We have to start taking care of ourselves, and

15  it really starts locally.  That's why it's so

16  incredible to have this movie here.  Steve and

17  Patrick were insistent on doing it here in Maricopa

18  County because you guys stood up and did what you

19  needed to do to get this going, so thank you so much.

20         All right.  I'd like to bring up on the

21  stage now Shelby Bush, Steve Robinson and Eric

22  Winook.  Please come up here.  From We the People US

23  A Alliance.  These are the folks that brought to you

24  the momentum to give the state senate the courage to

25  do what they needed to do, which was order the audit.

8

1  Shelby Bush

2       SHELBY BUSH:  Hello, everybody.  Wow, it's

3  such an honor to be here, and I think what's more of an

4  honor is how much of a family we have all become.  And I

5  don't look out -- when I come into this room I see

6  familiar faces every day because it's the same warriors

7  fighting here together.  So I would like for you guys to

8  give yourselves a round of applause and be proud of

9  everything you've accomplished.

10       I also want to recognize Ms. Liz Harris.

11  If you would stand up, Liz.  You know, when we're

12  asked, you know, who are the people on the ground

13  fighting.  Who are those people.  Liz, You're one of

14  us, and you're one of those people who have been on

15  the ground filing, so we appreciate you very much.

16       And our senators and Representative

17  Finchem.  We just want to tell you guys once again,

18  and I know everybody already applauded, but if you

19  guys want to give them another round, we love our

20  Republican representatives and senators.

21       You know, one of the things that we learned

22  together, and I want to share with you if it's a

23  message that maybe you haven't heard yet is that this

24  is a government by the people, for the people.  And

25  our elected representatives and those people that we

1  put into office, they are of the people.  They are

2  one of us.  And how this happened in Maricopa County

3  is that our representatives, our senators, our House

4  of Representatives and those people that are one of

5  us decided that they were going to work with us as a

6  community.  And so the people and our elected worked

7  together to accomplish this great thing, and so I

8  want you to always remember that, that they are one

9  of us.  They are of the people, and if we want to

10  accomplish great things, we do that in unity and with

11  hard work from them.  And when they're not listening,

12  you know, we can get a little loud, a little rowdy.

13  But sometimes it's not that they're not listening.

14  It's that they need to know that they have the

15  support of the people, so it's important that we keep

16  those relationships open, we talk to our elected

17  representatives, make sure they know who they are

18  because you cannot expect them to represent you if

19  you are not an active participant, so.

20          There are so many wonderful people out here

21  that have worked very, very hard, but I also -- I

22  would love if everybody would give one more big round

23  of applause to Patrick Byrne who has sacrificed so

24  much for our country.  People all over the country,

25  they knew that there was something wrong with this

1 election.  Millions of people in this country knew

2 that there was something wrong with this election.

3 But it was the people in Maricopa County and the

4 people in Arizona that said we are not going to stop

5 until we get election integrity, and that is why we

6 are here today.

7        How many of you feel like our elections are

8 good to go for 2022?  Who wants election integrity in

9 the state of Arizona?  How about you, Eric?  do you

10 want election integrity?

11        ERIC WINOCK:  Damn straight I do.

12        STEVE ROBINSON:  I don't think you guys

13 answered that loud enough.  Do we want election

14 integrity?  Yeah.  That's what I want to hear.

15        SHELBY BUSH:  God bless you all.  What I tell

16 people all the time, we've had the honor of doing some

17 work with a lot of the great volunteers that have made

18 this happen, and I tell everybody don't forget to keep a

19 little journal, make a little footnote somewhere because

20 one day your grandkids are going to talk about this day

21 today, your great grandkids are going to talk about this

22 day, and they're going to be able to say my grandma and

23 my grandpa, guess what, they wrote history, and you all

24 helped to make history, and the fight's not over.  It's

25 only just begun, but I believe in you guys the way you

1  all believed in us when you started and joined on this

2  movement.

3       So God bless you guys.  I'm going to turn

4  the mic over so Steve and Eric can say a word.  Thank

5  you.

6       ERIC WINOCK:  Thank you.  Let's give it up for

7  Shelly and Steve.  You guys changed history.

8  December 29th we stood at that Capitol.  We promised you

9  that if you buckled in good, you strapped up tightly and

10  you fought like the devil we would end up getting an

11  audit.  You have got your audit.  You will have results.

12  You changed history.  Thank you.

13       STEVE ROBINSON:  Thank you, everyone.  God

14  bless you all, and I can't wait for this movie to start.

15  I've been waiting for this for awhile.  Thank you, Ann.

16  Let's move this along.  I want to see this movie.

17       ANN:  All right.  We the People USA Alliance.

18  Awesome.  Absolutely awesome.  So it takes off all of us

19  to work together, and there's a lot of incredible social

20  media influencers out there that have done an incredible

21  job, some anonymous, some not, but they work hard behind

22  the scenes, in front of the cameras to make sure that

23  we're getting the truth, and we hold ourselves

24  accountable.  We call each other out when we think

25  somebody's wrong, but we're always about truth seeking.

1       There's a social media influencer here

2 today that I'd like to call attention to, Austin

3 Steinbart.

4       AUSTIN STEINBART:  We are all here because we

5 all know something wasn't quite right with that last

6 election.  Unfortunately, we aren't allowed to talk

7 about it in polite society.  The censorship ball doesn't

8 just exist in social media platforms.  It goes to the

9 mainstream media and even in the corporate world.

10       For this event, for example, we applied to

11 and were rejected by over a hundred different event

12 venues.  Hotels, theaters, other event venues, they

13 were all too intimidated to host our event.  They

14 were too intimidated by the hateful mainstream media

15 press that they would get.  They were too intimidated

16 by the prospect of these raging activist mobs tearing

17 down their doors.  That's why we need brave patriots

18 to come together and to help us spread the message of

19 this election being a fraud.

20       We need to put aside our differences,

21 oftentimes within the social media community

22 especially.  We tend to focus on small squabbles and

23 allow ourselves to be suppressed and divided.  So we

24 need to put aside those differences and come together

25 to get the message out about the fraudulent election

1  that was just foisted upon us.

2      So that's why today I am pleased to

3  announce quantum meet-up groups, a grassroots effort,

4  a live, in-person set of meet-up groups in cities

5  nationwide to help organize and mobilize us into

6  areas where we do agree in the sense of this election

7  integrity.  So if you want more information about

8  that, you can get it in the lobby.

9      We need to understand that if our elections

10  are not fair, then we are not a free country, it's

11  that simple, and so we are not going to allow this

12  cheating to go unchallenged.  We are going to make

13  sure that this never happens to us again.  So check

14  out quantum meet-ups, and welcome everyone.

15      ANN:  Okay.  We're going to get this movie

16  started.  I want to thank Patrick Byrne.  I'm humbled to

17  know you.  You're an incredible human being, Patrick,

18  and your generosity and selflessness to bring this to

19  the silver screen, first of all starting with the book

20  and your contributions to support everybody that did the

21  deep dive to get the data to prove this election was, in

22  fact, The Deep Rig is going to go down in history in a

23  major way, and history will be kind to you, Patrick, so

24  thank you so much.

25      I'd also like to thank the producer who's

14

1  got the hair that everybody envies, Steve Luchescu,

2  an amazing man, Patrick's incredible wing man,

3  bringing this movie to the silver screen, and

4  director Roger Richards teaming up on this incredible

5  feature film, starring also besides Patrick Byrne

6  General Michael Flynn who I said could not be here.

7         We have Colonel Phil Waldron here.  He's

8  also -- you'll find him in the movie, and these folks

9  you'll be able to listen to in a panel discussion

10  afterwards, but Bob Piton and Jovan Hutton Pulitzer

11  will be coming in remote, also very key to the data

12  and understanding the Deep Rig.

13         So without further ado, a quick word from

14  General Michael Flynn, and let's enjoy the Deep Rig.

15         GENERAL FLYNN:  Hi, everybody.  My name is

16  Mike Flynn, and I just want to say thanks for attending

17  this viewing of the Deep Rig.  You're going to learn an

18  awful lot from this movie today.  It's unbelievable.

19  And what we all lived through and what the country lived

20  through and frankly what the world is living through

21  right now, and this is all about the story that needs to

22  be told about what happened during the election of 3

23  November 2020, the presidential election of 3 November

24  2020.

25         God bless you for being here today.  God

1 bless, America, and get involved in your communities.

2 Thank you.

3     GEORGE STEPHANOPOULOS: Explosive revelations

4 in former DNC Chair Donna Brazile's new book.

5     DONNA BRAZILE: I'm going to tell my story.

6     GEORGE STEPHANOPOULOS: Brazile claims the DNC

7 gave Hilary Clinton an unfair edge over Bernie Sanders.

8     SPEAKER: There were formal instructions made

9 to DNC star to execute a campaign of white propaganda

10 against Bernie Sanders.

11     PBC NEWS ANCHOR JUDY: Do you think that what

12 we're learning suggests that what the Democratic

13 National Committee did meant this election was rigged?

14     ELIZABETH WARREN: I think it was.

15     FOX NEWS: We just got new metrics in, Donald

16 J. Trump is the President of the United States elect.

17     NPR: The chaotic scene just blocks outside

18 the secure area of the inauguration burning cars and

19 smashed windows, dressed in black, their faces covered,

20 armed with hammers and bricks.

21     MAXINE WATERS: I don't respect this

22 president, I don't trust this president, and I will

23 fight every day until he is impeached.

24     FOX NEWS: Impeachment started clear back in

25 2016 when they went to the FISA court, misled the court,

1  spied on poor American citizens associated with the

2  Trump campaign, and lied to the FISA court 17 times.

3       PBS:  Today the hate boiling over white

4  supremacists encountered protesters fighting with fists

5  and clubs, the silver Dodge Challenger with Ohio plates

6  barreling down the hill.

7       SPEAKER:  I've never seen such a horrific

8  blatant race attack in my entire life.

9       GEORGE FLOYD:  Please.  Please.  Why.  I can't

10  breathe.

11       SPEAKER:  Demonstrations over the death of

12  George Floyd spread across six continents over to

13  weekend.  An assassin cowardly shot two federal

14  protective service contractors as they stood watch over

15  a protest.

16       SPEAKER:  -- wear masks, social distancing.

17  If they don't have to go into a house they're not going

18  to go into a house.

19       SPEAKER:  The symptoms will change from just a

20  dry cough to actually difficulty breathing.

21       SPEAKER:  Fears are growing that it won't be

22  possible to stop the global spread of Coronavirus.

23       SPEAKER:  Experts say suicide is a growing

24  concern during the pandemic.

25       SPEAKER:  The wealth of the U.S. billionaire

1 class increased 565 billion.

2       SPEAKER:  The CDC says the health risks from

3 in-person voting are real.  There's a growing call to

4 give more Americans the option to mail in their ballots.

5       BERNIE SANDERS:  You're going to have states

6 dealing with perhaps millions of mail-in ballots.

7       DONALD TRUMP:  As far as the ballots are

8 concerned, it's a disaster.

9       SPEAKER:  Trump has highly criticized absentee

10 ballots as susceptible to voter fraud.

11       BERNIE SANDERS:  You're going to have a

12 situation I suspect 10:00 on election night Trump is

13 winning.

14       SPEAKER:  Georgia looking for some of that

15 Atlanta vote right now that's too early to call.

16       BERNIE SANDERS:  He gets on the television.

17 He says thank you Americans for re-electing me.  It's

18 all over.  Have a good day.

19       DONALD TRUMP:  Frankly, we did win this

20 election.

21       SPEAKER:  Water pipe has broken inside the

22 arena.  All the tabulation of those ballots has now

23 stopped.

24       BERNIE SANDERS:  But then the next day all of

25 those mail-in ballots are getting counted.

1     SPEAKER:  They're mail-in ballots, provisional

2  ballots, other ballots that still have to be counted.

3     BERNIE SANDERS:  And it turns out that Biden

4  has won those states.

5     SPEAKER:  He is President-Elect Joseph

6  Robinette Biden.

7     BERNIE SANDERS:  At which point Trump says

8  see, I told you the whole thing was fraudulent.

9     DONALD TRUMP:  Totally rigged election.  It's

10  a rigged election.  This is a rigged system.

11     SPEAKER:  It is my separate but equal

12  obligation to weigh in on this election and object.

13     SPEAKER:  The White House suggests a million

14  people are on these streets, Donald Trump appearing to

15  be reveling in the spectacle.

16     GEORGE STEPHANOPOULOS:  A mob, domestic

17  terrorists incited by the President stormed the U.S.

18  Capitol.

19     MOB:  USA, USA, USA.

20     SPEAKER:  What did all of this achieve today?

21     SPEAKER:  There's still much more evidence

22  that will come out.

23     STEVE LUCHESCU:  Recalling the events that

24  happened on January 5th and 6th as I walked these

25  grounds with my wife, what I witnessed all around were

1  hundreds of thousands of people demonstrating their

2  First Amendment rights.  They wanted answers that were

3  not being answered in the public courts, in the public

4  forums, in the media.  None of this was being answered.

5       We walked up this street with hundreds of

6  thousands of people who were coming here with the

7  thought that they would have a voice, and the voice

8  wasn't about who their political party was, it was

9  about truth, it was about justice, it was about

10  stopping the steal, and this is what we have today.

11  This is the grounds we have today, razor wire and

12  eight-foot fences, and we still don't have answers on

13  stopping the steal.

14       SPEAKER:  Patrick Byrne, former CEO of

15  Overstock who's part of a data analyst team analyzing

16  abnormalities in election results says President Donald

17  Trump's advisers want him to lose the election and are

18  lying to him.  This comes after a lengthy White House

19  meeting on Friday that Byrne says he was a part of.

20       PATRICK BYRNE:  In the course of that meeting

21  there came a moment that I felt something much different

22  for Donald Trump than I had expected I would feel.  What

23  was it  I felt?  I'm still not sure.  Commiseration for

24  a tired man, a kind of love, or just deep sadness that I

25  could see he understand he was failing on the most

1  colossal of scales.  He was losing, but he could not put

2  the pieces together.  Yet it was child's play to defeat.

3  I wanted to scold him and weep for him at the same time,

4  yet I hadn't even voted for him.

5       ROGER RICHARDS:  They're trying to tell us

6  that all these anomalies, the shutdowns, the dead

7  voters, the vote flips, the mail-in ballots, the media

8  censorship, this just happened out of the blue?  Of

9  course this couldn't happen out of the blue.  It didn't

10 happen out of the blue, and the article in Time Magazine

11 basically laid not in plain view the exact activities

12 that this cabal of people was a combination of labor

13 unions, political activists on the left, corporations,

14 big tech and others that work in a cohesive method and

15 included with each other to insure what they said was to

16 protect democracy.  Quote, the participants want the

17 secret history of the 2020 election told, even though it

18 sounds like a paranoid fever dream, a well-funded cabal

19 of powerful people ranging across industries and

20 etiologies, working together behind the scenes to

21 influence perceptions, change rules and laws, steer

22 media coverage and control the flow of information.

23 They were not rigging the election, they were fortifying

24 it, and they believe the public needs to understand the

25 system's fragility in order to insure that democracy in

1  America endures, close quote.  Time Magazine article,

2  February 4, 2021.

3       Patrick used the term for me I'm a sherpa

4  where I kind of lead people in and out of meetings.

5  I kind of play the role of bringing these people

6  together.  As that started to gel, as those

7  relationships started to gel, Patrick's team was

8  involved in that, dolphin speakers as he likes to

9  say, so we became a pretty cohesive team.  This was a

10 group of people that really believed in each other.

11 These are not just average people.  These are pretty

12 brilliant people and incredibly accomplished in their

13 own rights, in their careers and so forth.  But to

14 watch the team sort of come together and coalesce as

15 a team was a beautiful thing, and I was happy to be

16 kind of, you know, sort of the glue to that group of

17 people, at least in the beginning.  And then once

18 they were together they sort of had taken off into a

19 whole different direction.

20      PATRICK BYRNE:  I had a ringside seat to

21 events from November 3, 2020 to January 20, 2021 and

22 feel a duty to tell the world what happened.  I will not

23 be regurgitating the headline events everybody will have

24 read, but will aim to explain what was going on behind

25 the scenes and give my best account of why things played

1 out as they did.  My only interest is honestly conveying

2 the truth for historical purpose.

3      I had an interesting experience in my 20s.

4 I had cancer a few times, and so with not much you

5 can do in that period I did a doctorate in philosophy

6 at Stanford, and my specialty ended up being

7 political philosophy, especially the ideas that make

8 up the U.S. Constitution.  That's kind of my

9 religion.  The basic question is, is the government

10 authoritarian or does it see itself as deriving its

11 powers from the consent of the governed.  And if

12 that's the most atomic concept, how do we discover

13 what is it to which the governed consent?  You hold

14 an election.  You hold an election that's free, fair

15 and transparent, and this election was not free, fair

16 and transparent, so this has nothing to do with

17 Donald Trump.  I didn't vote for Donald Trump.  I'm a

18 life long Libertarian, so I've never voted for a

19 Republican or Democrat for president.  You know, I

20 would be doing this for whoever had won, whoever had

21 lost.  The most atomic concept of our tradition has

22 been violated.

23      I got involved in this in August of last

24 year, August 2020.  A friend of mine, a very dear

25 friend and part native American guy who was kind of a

Exhibit 143 The Deep Rig

23

1  spiritual advisor showed up and told me that he

2  needed me to meet some people involved in this

3  movement studying election integrity and election

4  fraud.  He died the next day, oddly enough, in a

5  plane crash.

6        At his funeral I met the people that he'd

7  been talking about, and it was a group of very

8  serious, very sober, (inaudible) like military high

9  ranking officers and such who had been studying the

10  subject of election integrity and thought that we

11  were vulnerable to a mass election hack.

12        DAN WALLACH:  Regular poll workers and

13  election officials going through their standard

14  procedures and standard operations could unwittingly be

15  used to transmit viruses from one machine to another.

16        KAMALA HARRIS:  We brought in folks who before

17  our eyes hacked election machines.

18        J. ALEX HALDERMAN:  And in that instance it

19  took less than 48 hours for us to change all the votes,

20  and we were not caught.

21        ZOE LOFGREN:  Early voters in Georgia in 2018

22  saw machines deleting votes and switching them to other

23  candidates.

24        RON WYDEN:  These companies are accountable to

25  no one.  They won't answer basic questions about their

1  cyber security practices, and the biggest companies

2  won't answer any questions at all.

3      PATRICK BYRNE:  They had knowledge of how weak

4  the systems were from a poorest security point of view.

5  They were trying to brief the department of Homeland

6  Security until Washington put a kibosh on them and the

7  office that did was called CISA.

8      FORMER CISA CHIEF:  Government and industry

9  representatives from the election security community

10  issued a joint statement reflecting a consensus

11  perspective that the 2020 election was the most secure

12  in U.S. history.

13      SPEAKER:  The former director of the Homeland

14  Security department's cyber security and infrastructure

15  security agency was fired by President Trump in November

16  after he made that statement.

17      PATRICK BYRNE:  And on November 3rd we had six

18  shutdowns of one form or another.  Vote counting was

19  interrupted for about three hours in each case.

20      SPEAKER:  A water pipe has broken inside the

21  arena.  We don't know how many more they have yet to

22  tabulate, but all the tabulation of those ballots has

23  now stopped.

24      SPEAKER:  Tensions, though, did run high while

25  the votes were being counted at the TCF Center when

1 dozens of poll watchers were turned away being told the

2 tally room was at capacity due to COVID19 restrictions.

3     PATRICK BYRNE:  Widespread election fraud

4 which they say doesn't exist.  Well, in a sense it

5 doesn't exist, and it doesn't have to be widespread.

6 You can't do it with widespread election fraud.  You do

7 it with narrow deep fraud in six cities, and those six

8 are Las Vegas, Nevada in Clark County, Phoenix,

9 Maricopa, Milwaukee, Wisconsin, Detroit, Michigan,

10 Philadelphia, Pennsylvania and Atlanta, Georgia.  And in

11 each of these cities some excuse was created that in one

12 way or another there was a three-hour interruption in

13 vote counting, and in those interruptions in one way or

14 another big injections of faulty votes.

15     For example, if we look at Pennsylvania

16 how they fix the votes, and you see back on election

17 day at 2:00 a.m., something very strange happened

18 where there was an injection of 367,000 votes.  These

19 kinds of swings isn't natural.  It's not organic, and

20 that's highly suggestive of some monkey business

21 going on, and it just so happens to coincide with the

22 period they had officially shut down the counting and

23 moved everybody out, and that's the period where you

24 see these unnatural swings in the votes.

25     Here's Michigan.  There's a 54,000 vote

1  injection.  You see here the blue line just jumps up.

2  Somebody just injected a bunch of Biden votes.  Here

3  in Arizona, same kind of deal.

4        Election night November 3rd, just after

5  8:00 it swings in votes that do not seem natural.

6  And here's another one, Georgia.  This is wonderful.

7  6:00 a.m. on the morning of November 4th, this great

8  big injection of Biden votes with no corresponding

9  Trump votes.  When you have injections like this, you

10  see some point comes in the vote counting where

11  they're really just making up their big loss.  A

12  hundred thousand votes show up with essentially not a

13  Trump vote in them.  The sharp discontinuities, and

14  what do you know, every time you look into one of

15  these spikes it coincides with monkey business in the

16  counting house, people pulling out tubs of the

17  ballots and feeding them into machines while everyone

18  else has been rushed out of the voting center.

19        So to summarize, all these states have a

20  common feature that at some point election counting

21  was shut down.  At some point there's some big

22  injection of Bide votes, and then at the end he comes

23  out winning by a hair.  So as I explained earlier, to

24  steal the nation you don't really need to cheat

25  across the nation.  Cheating in those cities you're

1  flipping the swing states which flips the electoral

2  college which flips the country.  So to steal the

3  country you don't really need to cheat across the

4  country.  You just need to cheat like crazy in these

5  six cities which are all democratic strongholds.  So

6  it's almost an insult to our intelligence to say I

7  don't see anything here worth investigating, or no,

8  there's no point to going to look at these ballots to

9  see if there's anything unusual.

10        That in itself would be just about all it

11  needs to wake you up.  I do not want anything violent

12  to happen.  Biden wins with a constitutional process

13  and in that sense he is, in fact, the president.

14  He's legally the president.

15        We've got one more crack at this in 2022,

16  and if we don't recover we're donesky.  So that's why

17  I'm involved, and I need this like a hole in the

18  head.  But like I say, this is what I did in my 20s

19  as I studied all the history of this stuff, and it

20  became my religion, and I see this really the

21  possibility of the lights going out, you know, not

22  just for us but for the world.

23        So these people I have fallen in with, a

24  strange collection of people, many of them I might

25  call cyber warriors or geeks.  My term of endearment

1  is dolphin speakers because they tend to congregate

2  and speak to each other in this strange language.

3      "75" CYBER SECURITY ANALYST:  Dolphin speakers

4  is when you're talking to somebody and no one else can

5  understand what you're saying.  You talk in short, quick

6  acronyms that allows us to communicate.

7      "25" CYBER SECURITY ANALYST:  Knowing when

8  you're around nontechnical people and, you know, you're

9  kind of going through different things that sounds like

10  gibberish to them but, you know, it actually means

11  something to us.

12      "75" CYBER SECURITY ANALYST:  We're digital

13  hackers.  We understand technology really, really well

14  to understand how it might be abused or misused or used

15  in fashions that it wasn't originally intended.

16      "25" CYBER SECURITY ANALYST:  If you look at

17  hacking, it really is kind of anything.  You hear about

18  life hacks or, you know, DIY.  Those are essentially

19  taking a problem and creating a solution, and that's

20  what hacking really is.

21      "75" CYBER SECURITY ANALYST:  You try to move

22  at a fast pace.  When you do that, you might fail, but

23  you keep on moving faster and quickly like Elon Musk is

24  doing.  He wants it to blow up.  He wants to find the

25  problems early so he's hacking the industry, something

1 that would take years and, you know, hundreds of

2 thousands of people to do, he's doing it with a smaller

3 team.  Doing it quicker, and so that's kind of the

4 hacker mentality of not being afraid to fail, finding

5 the holes and fix them.

6        PATRICK BYRNE:  This group that I started with

7 was kind of strange, odd people, some researchers, some

8 what I call white hat hackers who law enforcement used

9 to break child you know, trafficking rings and cyber

10 rings and do all kinds of things.

11        "75" CYBER SECURITY ANALYST:  You know, for

12 the past few years I've been working in human

13 trafficking.  We've been looking to build up the

14 networks, understand where you're communicating, the

15 message boards, the dating websites, and that's been my

16 task for the fast few years.

17        "25" CYBER SECURITY ANALYST:  I started

18 working with 75 on what was going to be the human

19 trafficking stuff, and then it was kind of shifting

20 toward some of these domestic groups that were creating

21 chaos in the streets.  How are these people

22 communicating and being funded and, you know, how are

23 they able to mobilize so quick.  Why are they wearing

24 earpieces.

25        SPEAKER:  We have some other new video sent to

1  us from a viewer.  It shows federal agents getting into

2  an unmarked van and then driving off early this morning.

3  It's unclear why they were using the van and who else

4  was in the vehicle.

5      "75" CYBER SECURITY ANALYST:  But what I've

6  heard from individuals I know that are in the field is a

7  lot of what they see going on in the United States right

8  now directly matches the patterns that the CIA has been

9  trained to use to disrupt foreign nations in order to

10 get who they wanted to empower.  And so there is some

11 speculation that the CIA, or members of the CIA, former

12 members of the CIA may, in fact, have been involved in

13 some of the disinformation campaigns going on in our own

14 country.

15      So when we do the research, we do a lot of

16 threat groups.  We don't like to say the word hate

17 groups, but these are the threat groups where people

18 are causing riots.  It doesn't have to be a specific

19 party or organization.  The people were live

20 streaming murders of police officers.  They were live

21 streaming, you know, just riots and destruction of

22 downtown.

23      "25" CYBER SECURITY ANALYST:  You start

24 seeing, you know, there is a much more organized

25 concerted effort behind it.  It's not organic, it's not

1  grassroot, it's not Woodstock, it's not Martin Luther

2  King.  It's highly funded paid agitators that they use

3  to try and create the illusion that it's some organic

4  uprising.

5       "75" CYBER SECURITY ANALYST:  When you're

6  looking at all the web data, dark web, deep Web.  We

7  were analyzing message and chat rooms and trying to

8  identify these individuals, and so we started analyzing

9  not just the threat groups, but also the election.

10      PATRICK BYRNE:  So the white hat hackers who

11  operate under legal authority and they've got all kinds

12  of certification and such, they started accumulating

13  around me along with other kinds of people.

14      COLONEL PHIL WALDRON:  What the Army taught me

15  in 30 years is how to solve problems.  It's pattern

16  analysis is really what counter terrorism and, you know,

17  network analysis and military operations is all about.

18  We were approached, our team, to look at the roots of

19  the color revolution that was happening, is happening in

20  America.

21      Color revolution is rooted in, you know,

22  Marxist etiology and basically they use a lot of

23  techniques that stir people up that overpower local

24  governments, and part of what we were looking for is,

25  you know, why there were certain areas that were rife

Exhibit 143 The Deep Rig

1  with riots and burning and problems.  There is a

2  pattern not only in the U.S. but in Central, South

3  America and in Europe of certain foundations and

4  organizations that make sure that district attorneys,

5  that mayors, that key government officials are put in

6  critical places to enable those activities, and we

7  found a common link that sort of led us to the

8  election and follow the breadcrumbs, and that brought

9  us to the Open Society's Foundation, some of their

10  strategic documents that we saw as far back as 2015.

11  So they were going to commit resources, personnel and

12  effort into several of what we were looking at as

13  battleground states for the election.

14       PATRICK BYRNE:  So much evidence started

15  accumulating with these teams of hackers and such and

16  mathematicians and quants.

17       BOBBY PITON:  I looked at it from the

18  standpoint of okay, what does it look like in aggregate.

19  What does it look like in aggregate going back through

20  time.  What's happening with those relationships with

21  key variables at this moment in time relative to past

22  moments in time, and then what falls out.  Once that

23  information falls out from the raw data, that's when I

24  start to do the analysis of like okay, what does it mean

25  now.  This data fell out.  I have no idea what it means.

33

1 Let's take a look at what it means.

2      JOE OLTMANN:  I started reaching out to those

3 people that were involved in it at a very high level and

4 had positions in government at a high level, and the

5 more information I fed to them, the more information

6 that came back as hey, listen, can you come to

7 Washington, DC.  They all asked me a bunch of questions

8 like how did you come up with this model.  I told them

9 about the math, how I actually discounted different

10 values, and every single person that I sat down with

11 validated the information was able to create by actually

12 stacking this information on top of each other.

13      PATRICK BYRNE:  In some sense it all

14 self-assembled, these networks of volunteers around the

15 country.  It was amazing.  Mike Flynn calls them the

16 digital soldiers.  I call them sometimes with great love

17 the pajama hadeen.

18      GENERAL FLYNN:  This is an era of information

19 that will be dominated by what I call digital soldiers.

20 From the emergence of social media there is a place

21 where there is a voice for the voiceless.  Now, some

22 countries still clamp down on that, but in the United

23 States we're supposed to have this free flow of

24 information.  I have been in search of the truth for a

25 long time, and my sort of political persecution drove me

34

1  even more to be a hound for the truth.

2       There's a book called Wisdom of the Crowd.

3  The wisdom of the crowd is always smarter than the

4  smartest person in the room, than the Einstein.  The

5  Einstein will say there's a million pennies in that

6  jar, and the crowd will guess and then they'll come

7  to a conclusion, and the crowd will always be

8  smarter.  They'll always know the closer number.  The

9  wisdom of the crowd is a good metaphor for a digital

10  army.

11       PATRICK BYRNE:  I mean, they dig and they

12  research in these nooks and crannies that you never have

13  time to, and they serve us so much information, and they

14  also started gathering affidavits.

15       "75" CYBER SECURITY ANALYST:  How many of

16  these 50,000 affidavits that were collected start at

17  telling the story, and the bigger story for this

18  election is not this massive government internet, you

19  know, hacking the election.  There's a bunch of little

20  fraud that happened.  It snowballed.

21       MATTHEW DePERNO:  You have to be able to look

22  at affidavits that people file, but then investigate the

23  truth of those affidavits, and that's important for a

24  lawyer because down the road we have to present these

25  witnesses in front of a court, in front of a jury, in

1  front of the people and be able to investigate the truth

2  and veracity of their statements.

3      JESSE BINNALL:  With a fight is important is

4  making sure that we have a legitimate election.  You had

5  lawyers coming and volunteering their time from all over

6  the country in order to make sure that we had good solid

7  representation.

8      JOSEPH FLYNN:  The failure of the judiciary,

9  particularly the Supreme Court, is really alarming, and

10  I think it should concern every single American.  And

11  again, when the people lose faith in the judiciary,

12  which is supposed to be nonpartisan, okay, that's when

13  again the fabric of the nation starts to break down.

14      PATRICK BYRNE:  So it was this bad news bears

15  of people like that with all kinds of strange,

16  interesting backgrounds but who'd come together, and we

17  set out to reverse engineer what had happened.

18      JOVAN HUTTON PULITZER:  You know, it's kind of

19  hard for us to think about a grand cabal, right.  It's

20  like something out of a James Bond movie, right, some

21  evil guy waiting for his billion dollars, right.  Well,

22  suspend belief for a moment, and do you belief that

23  sometimes people cheat.  Think about it.  If you played

24  cards or any games with your brothers and sisters,

25  people cheat.  It's just the way it is.  So now let's

1  peel that onion back, and let's look at the voting

2  system.  For the first time in history we have the most

3  people ever that came out to vote, or the most dead

4  people that voted, whatever it is, but the most people

5  ever came out to vote.  Then you have the most ever

6  spent in any election year.  14 billion dollars was

7  spent in 2020.  And then you have the first time in

8  history by many, many multiples, tons of ballots mailed

9  out and dumped in the marketplace.  Is it a lot easier

10  for maybe hundreds or tens or even thousands of people

11  to do a bunch of little things that end up changing the

12  big result?  So sometimes don't think about it as this

13  big grand cabal doing things.  There's enough small

14  people that do some of these bad things that change the

15  vote.

16         I'm Jovan Hutton Pulitzer.  I'm an

17  inventor.  I created a lot of the technologies that

18  you use on your mobile phone every day.  If you were

19  to look at my bio of who I am, you would learn a few

20  things about me.  I'm a first generation American.

21  My mother was an immigrant.  My mother also was a

22  prostitute and a drug addict, and I lost her to AIDs.

23  I am the epitome of living the American dream.  I

24  realized that I wanted to use all my power to try to

25  make sure future generations continue to live and

1 benefit from the American dream.  So like you at

2 home, when it came to election night I remembered

3 something that happened on the Jimmy Fallon Show.

4        JIMMY FALLON:  When do you think we'll know

5 the results?

6        BERNIE SANDERS:  Jimmy, you raise an important

7 point, and I hope the American people understand it

8 because this is something I worry about.  My view is

9 every vote must be counted.  For reasons which I don't

10 have the time to get into tonight, you're going to have

11 the situation I suspect in states like Pennsylvania,

12 Michigan, Wisconsin, other states where they are going

13 to be receiving huge amounts of mail-in ballots.  And

14 unlike states like Florida or Vermont, they're not able

15 for bad reasons to begin processing those ballots until,

16 I don't know, election day or maybe when the polls

17 close.  That means you're going to have states dealing

18 with perhaps millions of mail-in ballots.

19        I don't know what's going to happen.

20 Nobody does.  But it could well be that at 10:00 on

21 election night Trump is winning in Michigan, he's

22 winning in Pennsylvania, he's winning in Wisconsin,

23 and he gets on the television.  He says thank you,

24 Americans, for re-electing me.  It's all over, have a

25 good day.

38

1        Then the next day and the day following all

2   of those mail-in ballots start getting counted, and

3   it turns out that Biden has won those states, at

4   which point Trump says see, I told you the whole

5   thing was fraudulent.

6        JOVAN HUTTON PULITZER:  Now, that was in 2020

7   in October.  How did that exact scenario happen?  The

8   only way to answer this is to look at every ballot,

9   physical, scan it in, look at it and do a hundred

10  percent audit.

11        There are two U.S. codes on the books.

12  There's U.S. Code 42, 1983, and there's U.S. Code 52

13  20701 and it states very clearly everything within

14  election from the digital data to the information to

15  the ballots should be kept and held for 22 months

16  specifically for audits.  You paid for those ballots,

17  you paid for the mailing, you paid for all the people

18  that run these elections and the politicians that are

19  keeping them from you.  Why can't we just look at

20  these elections, every single ballot?

21        NORAH O'DONNELL:  More than six months after

22  the 2020 election an unusual ballot has begun in

23  Phoenix.  Workers hired by Arizona Republicans have been

24  going over more than two million ballots.

25        KEN BENNETT:  This has nothing to do with

1 going back and trying to change the results of the

2 November 2020 election.  This is only about identifying

3 whether we have some strengths and weaknesses in our

4 election processes.

5          SPEAKER:  An unprecedented partisan audit of

6 Arizona's most populous county that could ripple across

7 the country.

8          ANON:  An audit like this to the best of my

9 knowledge has never been done.  Stalin is quoted as

10 famously saying it doesn't matter who votes but who

11 counts the vote.  I'm the CEO for an application

12 security consulting company.  I call myself Hacker.  A

13 lot of the work we do is try to find vulnerabilities in

14 systems in order to help people to fix them.

15           So the difference between a black hat

16 hacker and a white hat hacker has to do primarily

17 with permission.  When you're a white hat you're

18 being hired by the organization to come in to

19 evaluate something in order to determine whether

20 vulnerabilities in systems with the intention of

21 having it be fixed.  If you're a black hat hacker,

22 your goal is to compromise it to take advantage of it

23 for your own personal gain.

24          "75" CYBER SECURITY ANALYST:  The gray hat is

25 the in between between a black hat and a white hat.

1  They're looking, you know, to break in, but they're also

2  looking to sell that exploit to the company.  But a gray

3  hat hacker has to think like a black hat hacker because

4  they have to look at different techniques.  The gray hat

5  has to think like a black hat but act as a white hat.

6      "25" CYBER SECURITY ANALYST:  There's threat

7  hunters, you know, there's different groups that do bug

8  bounties.  They look for vulnerabilities in machines and

9  or, you know, systems and submit it the company and

10  collect the bounty.

11      "75" CYBER SECURITY ANALYST:  I owned a small

12  application security company.  How did I even get

13  involved in election integrity and everything.  You

14  know, it was fascinating.  We're there and there's all

15  these individuals with very interesting colorful

16  backgrounds ranging from running key programs to the NSA

17  to being former CIA, and we all started diving into the

18  problem to see if we could get some of this data to

19  figure out what actually happened.

20      SPEAKER:  I met Dr. Byrne.  Someone told me I

21  needed to meet this guy.  I kind of knew of him already,

22  like the bitcoin and some of the things he's done in the

23  past.  That's when we kind of started sharing resources,

24  understanding what each one did and sort of bonding over

25  the data that we were looking at.  Anything we come up

1 with, any kind of theory, I beat it up.  That's my job

2 in this group of people we call the bad news bears.

3      "25" CYBER SECURITY ANALYST:  The beauty of

4 the bad news bears is there is no infrastructure.

5      SPEAKER:  Where we basically became the

6 command center.  General Flynn showed up there and we

7 started in answering all these questions and responding

8 to all the emails and defending websites and kicking

9 people out of networks.

10      BOBBY PITON:  Someone by the name of (bleep)

11 contacted me and said we would be charged with the task

12 of going through and analyzing all these records.  So I

13 spoke with him for about a half hour, hour.  I told him

14 let me dream on it, think about it.  I'll tell you an

15 answer in the morning.  I had a dream that I would be

16 helping Arizona again, and I almost feel like it's a

17 scene from the Godfather.  Just when I think I'm out,

18 they pull me back in.

19      My name is Bobby Piton.  I'm a first

20 generation American that believes in God first, that

21 loves his country, and has decided to step up when I

22 was called to ask to do some analysis on some voting

23 irregularities in the once great state of Arizona.

24      It was a Friday afternoon.  I was debating

25 agreeing to do this because, you know, it's a Friday

1  afternoon, you know.  It's time for a cocktail, and I

2  want to move on and enjoy my weekend.  I put in about

3  30 hours in about two and a half days and jumped on a

4  plane and went to testify in Arizona on the 30th.

5          The corrupt mainstream media and tech

6  oligarchs are colluding in an attempt to assassinate

7  the American public's true legal vote.  Nothing was

8  more to be desired than that.  Every practical

9  obstacle should be opposed to cabal, intrigue and

10  corruption.  These most deadly adversaries of

11  Republican government might naturally have been

12  expected to make their approaches from more than one

13  quarter, but chiefly from the desire and foreign

14  powers to gain an improper ascendant in our counsels.

15          In my humble opinion, upon reviewing all

16  the data that I'm going to go over and reading

17  countless articles, clips and videos over the past

18  week, I think this is the biggest fraud in the

19  history of our constitutional republic is taking

20  place right before our eyes.

21          After I did all this analysis and started

22  to look at what results came out, I came to realize

23  that something looks as though it's been

24  manufactured.  It wasn't random enough.  I wanted to

25  create a probability map.  I had to take the

Exhibit 143 The Deep Rig

43

1  information from 1500 precincts.

2          I had the data from ages 18 to a hundred,

3  so I took the 1500 times the 82.  Then I took the

4  three types of classifications, male, female and U, I

5  guess unclassified or undefined, and then there was

6  five types of classifications of the type of voter, a

7  type one was a hard Republican that always voted

8  Republican, two was a moderate Republican, three was

9  an independent voter, four was a moderate Democrat,

10  five was a hard Democrat.  I ran this analysis across

11  all ages and across all precincts, and from looking

12  at that global data set I found that there was about

13  a 64 percent correlation between the different

14  classifications of voters and the distributions of

15  those numbers through time.  So if you were a type

16  one voter, which is a hard Republican versus a swing

17  voter type three, over time you would bounce around.

18  Sometimes you're Republican, sometimes you're

19  moderate, sometimes you switch to a liberal, and

20  there was a very high standard deviation, which makes

21  sense.

22          So it was about 64 percent correlated that

23  through time these numbers would bounce around, and

24  the correlation was north of 32, 33 percent.  With U

25  voters the correlation was 94 percent, which made no

1  sense on the surface.  How can you tell me that

2  through time someone who's a Republican, someone

3  who's a Democrat, someone who's independent, that the

4  way they behave and move through time was tightly

5  moving in lock step.

6          Now, keep in mind if this correlation was

7  94 percent and I was telling you, you know, I had a

8  sample size of 2,000, you'd be like Bobby, come on,

9  who cares.  There's 4.3 million records.  It would

10  still be super interesting mathematically speaking.

11  However, there was 463,000 records.  So when you have

12  463,000 records moving that tightly through time as

13  someone ages with a 94 percent correlation and a

14  three percent standard deviation, it's like holy cow.

15          You know, when you look at it on the

16  surface, logically speaking a lot of younger

17  generations, people 18 to 30, might identify

18  themselves more as U or they don't want to list a

19  sexual type of identifier.  Would you believe that in

20  the type one voters a lot of those individuals were

21  in their 60s and 70s.  I don't know about you, but I

22  don't know that many 60s and 70 year olds that

23  identifying as a U voter.  And so I thought it was

24  kind of -- it didn't pass the common sense test.  If

25  it was all front loaded on 18 to 30, yes, it would

45

1  make a little more sense.  But the fact that it was

2  neatly through time, through age where it was a nice

3  bell curve tells me and should tell you that there's

4  a problem, there's a serious problem.

5      SPEAKER:  The next thing you know, my partner,

6  we call him 25, he, you know, sort of put this together

7  in his report, and that report got the interest of, you

8  know, a few people.  The origin of the allied security

9  report was really based on what Matt submitted to the

10  court.

11      MATTHEW DePERNO:  These are the words of

12  actual forensic scientists who reviewed the information

13  and made a conclusion based on the data that they

14  reviewed.  What's so important about this report and

15  what was so stunning to everyone who read it was in the

16  conclusion, which is in program paragraph 20 section B,

17  and they stated we conclude that the Dominion voting

18  system is intentionally and purposefully designed with

19  inherent errors to create systemic fraud and influence

20  election results.  The system intentionally generates an

21  enormously high number of ballot errors.  The electronic

22  ballots are then transferred for adjudication.  The

23  intentional errors lead to bulk adjudication of ballots

24  with no oversight, no transparency and no audit trail.

25  This leads to voter or election fraud.

1      Based on our study, we conclude that the

2 Dominion voting system should not be used in

3 Michigan.

4      Hi.  I'm Matt DePerno.  Come with me.  What

5 I've been doing is constitutional law for 25 years,

6 whether it's fighting with the Internal Revenue

7 Service or the FDIC or any other government agency or

8 state agency.

9      What I want to insure is that people honor

10 the Constitution and those documents because they're

11 what makes us the greatest country in the world.

12 That's what is makes us free.  That's what allows us

13 to express our opinions, talk about ideas, talk to

14 our friends, talk to politicians, talk to our

15 neighbors about what's important, and that's not the

16 way our country is anymore.  You can't talk anymore

17 about ideas.  You get canceled if you say the wrong

18 thing.

19      SPEAKER:  And now to the social media purge

20 after that siege on Capitol Hill as the country now

21 braces for potentially more violence ahead of the

22 inauguration.

23      President Trump today lashed out after he

24 was banned from Twitter and Facebook while another

25 platform, Parler, was driven offline.  Some say these

1  moves are long overdue but others are calling them an

2  assault on free speech.

3      MATTHEW DePERNO:  I received a call from a guy

4  named Patrick Colbeck, a former Michigan senator, in mid

5  November 2020, and he asked me if I was willing to

6  represent a patriot named William Bailey who lives up in

7  Antrim County.  And the problem with Antrim County is it

8  is typically a Republican stronghold that goes

9  65 percent for the Republican candidate.

10      In this election Joe Biden won Antrim

11  County 65 percent to 35 percent, so it was a complete

12  direct flip of historic election results.  But the

13  way we did it was we didn't challenge the

14  presidential election per se.  We challenged down

15  ballot elections, and we did that for a particular

16  reason.  Our goal really was to go in and collect

17  data about the election, but we didn't want to do it

18  in a way that drew attention to ourselves or drew

19  attention to the court itself.  We wanted to be very

20  respectful of the court.  We didn't want to create a

21  media buzz.  We didn't want to put pressure on anyone

22  in that respect, and we knew from other lawsuits that

23  had been filed throughout the state or other states

24  that they were being summarily dismissed on

25  procedural grounds.

1      ERIN BURNETT:  Supreme Court moments AGO

2  speaking and flat out rejecting President Trump's last

3  ditch effort to steal the election from Joe Biden.  The

4  court rejecting the lawsuit from the attorney general of

5  Texas which challenged this election results in Georgia,

6  Michigan, Pennsylvania and Wisconsin.  The Supreme Court

7  tonight saying, quote, the state of Texas's motion for

8  leave to file a bill of complaint is denied for lack of

9  standing under Article three of the Constitution.  Texas

10  has not demonstrated a judicially cognizable interest in

11  the manner in which another state conducts its

12  elections.

13      SPEAKER:  So our idea was if we challenged the

14  down ballot races, school board races, things that meant

15  stuff to local people in the community, that would be

16  viewed more favorably by the court and by the residents

17  of the county, so we filed a lawsuit very specifically

18  challenging those down ballot races, and also filed a

19  motion for a protective order, and the judge granted our

20  request and allowed us to collect the forensic images of

21  the Dominion voting system.

22      "75" CYBER SECURITY ANALYST:  When you

23  forensically image a computer, for all intents and

24  purposes you can think of it as taking a picture of it.

25  You are saying okay, these are the files that are in the

1  file system, these are the things that are currently in

2  the memory of it, these are the applications that are

3  running, so you've got an entire configuration of the

4  machine, and it will be captured in a way where using

5  photograph you can know for a fact that it didn't

6  change.

7       MATTHEW DePERNO:  And our goal was to then

8  immediately scramble a plane to get to Antrim County

9  with our forensic team.

10       "25" CYBER SECURITY ANALYST:  So right before

11  we were going to get on the plane the secretary of state

12  essentially tweeted out that we were going to be there.

13  She was essentially tipping off everybody exactly when

14  we were going to be there, which that was not ideal.

15       MATTHEW DePERNO:  We'd also heard that the

16  county city administrator had called Dominion directly,

17  and that county administrator directed Dominion to get

18  to Antrim County and that they may need to protect their

19  equipment.  December 4th at 11:03 p.m. someone accessed

20  the Antrim County election management system and removed

21  files.  They removed system logs and other files that

22  would give us the opportunity and let us review what

23  actually happened on election night.

24       We want to see if anyone accessed that

25  system on election night.  We want to see if anyone

1 used the modules within the system that allows them,

2 that are built into the system and allow them to

3 manipulate and change votes.  This isn't me making

4 this up.  This isn't conspiracy theory.  These are

5 actually procedures that are all outlined within the

6 Dominion manual itself.

7      ERIC COOMER:  So right on the screen I can go

8 ahead and say you know what, the voter meant to mark

9 this.  They wanted those votes to count for those

10 candidates.  The back page, I'm not going to fill all of

11 them in here, and then I hit complete, it's going to go

12 on to the next ballot.

13      "75" CYBER SECURITY ANALYST:  Dominion says

14 election fraud didn't happen, but Dominion says that

15 these are the most secure servers ever.  They say you

16 can't do it, but they're not the third party.  You know,

17 these guys can be, you know, programming the election

18 and making changes that these county clerks don't

19 understand.  They don't even know where to look for the

20 fraud.  They don't have the election experience and

21 that's where we started looking into the bigger problem.

22      ANON:  We were asked to do an independent

23 evaluation of the Antrim machines.  We wanted to take a

24 look at the systems from an application security

25 standpoint to determine whether they put the proper

Exhibit 143 The Deep Rig

51

1  protections in place in order to protect the vote, and

2  what we found was kind of alarming.  On this election

3  management system all the devices, everything you need

4  to run it is actually in one box.  So one of the things

5  that we found is that this user that everyone logs in

6  has full access to the database.  Not only did they have

7  full access to the database, but there's tools installed

8  in all three states that allows them to open up a user

9  interface and directly edit a field in the database and

10  change the value.  There were no logs on that would log

11  this behavior.  There was no way for you to see that it

12  happened, so literally the integrity of the system,

13  anyone who had the credentials and limited technical

14  ability could log into the system and potentially change

15  a vote.

16          SPEAKER:  And so once we were able to look in

17  the database, you could see all the election history for

18  Antrim County.  Each one is a separate table to the

19  database.  You're able to look at a user file.  So the

20  user file there was a hash password.  By default you

21  could easily find that hash.  So we started to do our

22  own research.  Once we started looking, we found that on

23  the Elections Assistance Commission Report in 2012 that

24  the password was hard coded into the election software.

25  The password they used in the 2020 election was on the

1 user's website.  The most secure election ever that we

2 were told by Krebbs from the Department of Homeland

3 Security and Cisa, the Election Assistance Commission

4 had the password on the website.  That bug was found in

5 2010.

6        SPEAKER:  So Chris Krebbs came out and said

7 they misinterpreted the data.  If you walk through that

8 report, again it's just like the mainstream media.  It's

9 just like big tech.  They came out and said there's

10 nothing to see here.  They misinterpreted the data.

11 He's a lawyer.  Chris Krebbs doesn't know anything about

12 code.  The guys that actually dissected this code and

13 were able to reproduce that information and align it

14 with what should have happened through the system,

15 they're really, really, really smart.  They're very

16 thorough.

17        MATTHEW DePERNO:  They never put out one

18 single thing that shows any real technical problem with

19 the report.  This is a piece of history that we have in

20 terms of how we produced it, how we delivered it, how we

21 got a court order that allowed us to release it that

22 day.  Think about that.  A judge in advance reviewed

23 this report.

24        JOE OLTMANN:  And the ultimate outcome was, as

25 I said, the system was either designed for or built to

1  create fraud, to allow out for a fraudulent outcome.  No

2  matter what you say about Dominion voting system,

3  Dominion is saying it's a safe system, nothing to see

4  here.  Again, if everyone is telling you that there's

5  nothing to see here, but all of the data tells you that

6  there's fraud in the system, which one are you supposed

7  today believe.

8         My name is Joel Oltmann.  I'm a data

9  company CEO based out of Denver, Colorado.  I'm a

10  walking contradiction.  My dad's black, my mom's

11  white, my whole family is interracial.  I grew up

12  very poor.  My brother was murdered by a police

13  officer three years ago in Virginia.  I've dealt with

14  racism on both sides.  Whites hated me because my dad

15  was black, blacks hated me because my mom was white.

16         I'm driven by the desire that hey, listen,

17  I've done really well in my life, and I wanted to be

18  able to share that with other people.  I want to

19  influence other people's lives.  I'm driven by the

20  idea that as a country if we don't stand up now,

21  there will be nothing to stand up for in the future.

22         So I started out back in March of 2020 when

23  the entire world shut down, and I was watching

24  businesses burn.  I was watching people get laid off,

25  I was watching friends that I've known for a long

Exhibit 143 The Deep Rig

54

1  time that have actually done business with us suffer,

2  and that led me down a path of building an

3  organization called FEC United.  This stands for

4  faith, education and commerce, the three pillars of

5  the community.  And on the faith side I didn't say

6  churches, just faith, just given the opportunity to

7  go back and worship and get fed spiritually without

8  interference from the government.

9         We set out to help our community, built up

10  94,000 members in a very short period of time.  So

11  from there people started writing these articles

12  about me and saying that I was this right wing

13  extremist.  People don't know much about me if they

14  call me a right wing extremist.  I'm not extreme

15  about anything, so I wanted to figure out what was

16  going on.  Why would they write these things about us

17  if it wasn't true, and so we dug into it a little bit

18  and started figuring out that these journalists were

19  not actually journalists.  They were Antifa

20  activists.  So as a result of that, I set out to

21  figure out who the Antifa activists were, and then as

22  the story goes, that's when I discovered Eric Coomer.

23         KATE BALDWIN:  As a top executive with

24  Dominion is now suing, the lawsuit saying this in part.

25  Defendants knowingly circulated and amplified a baseless

55

1  conspiracy theory to challenge the integrity of the

2  presidential election.

3       ERIC COOMER:  For security reasons for both

4  myself and my colleagues, I am currently on leave from

5  my position, so I am not working.  I'm still employed

6  with the company, but I am on leave due to the security

7  concerns.

8       JOE OLTMANN:  So in September of 2020, I set

9  out to infiltrate Antifa, and I did.  So I had -- I met

10  a guy that was a part of Antifa and he said I've got to

11  figure out a way to get out, but I'm too deep into the

12  process.  So I said the first thing that could happen is

13  we could dismantle it, and the easiest way to dismantle

14  it is to uncover who's actually running Antifa.  So he

15  got me on a phone call.  They were talking about how

16  they needed to fortify and continue to do the things

17  that they were doing, not just in Colorado Springs but

18  in Denver and all over Colorado, and a guy named Eric

19  started speaking.  And when Eric started speaking, he

20  started talking again about how to fortify, not give up.

21  They asked who's Eric, who's Eric, and somebody came

22  back and said oh, Eric's a Dominion guy.

23       As he continued to speak somebody else

24  interrupted him and said hey, what are we going to do

25  if Trump wins, and he responded don't worry about the

1   election.  Trump's not going to win.  I made fucking

2   sure of it.  So I hung up the phone and started doing

3   research on Eric.  I didn't know Eric was Coomer.  I

4   just knew Eric.  I'm kind of a research junky, so I

5   just went through and started gathering information,

6   went and listened to You Tube videos to make sure

7   that the voice that I heard on the call was the same

8   voice to match up to is that particular individual.

9          So as I walked through this process and

10  gathering information, I thought that there's no way

11  that a guy that has a Ph.D. from Cal Berkeley is a

12  part of Antifa.  So I put it aside and figured oh, he

13  had to work for the CIA, FBI, one of the alphabets.

14  I didn't think anything of Eric Coomer, I didn't

15  think of anything about that phone call.  I just knew

16  somebody was wrong.

17         November 3rd we all know what happened.  We

18  went to sleep that night with President Trump being

19  handily ahead.  We woke up the next morning that

20  Biden had won and nothing to see here.  And I'm

21  sitting at my friend's place and I get this text

22  message.  It's like Jerry, you need to read this

23  article.  And as I went through the article and it

24  talked about in Georgia in several precincts that

25  this system during the election on election day

1  actually went down, and there is a description inside

2  of the article that said why it went down, that they

3  had to do an update in the middle and took it down

4  for four hours.  But the person that gave the update

5  was Eric Coomer, and at that moment my heart sank.

6  That's when I knew.  That's when I knew that there

7  was a -- you know, Dominion voting systems was in 28

8  states.  That's when I started to realize that this

9  guy, Eric Coomer, when he said on that call don't

10 worry about Trump, he's not going to win, that's when

11 I knew that there was a high probability that he

12 affected the election.

13       ERIC COOMER:  Everything currently digitally,

14 this is our digital education system.  If you have

15 multiple ICCs, image cast centrals running, they all

16 write the data to a network drop location and you can

17 have multiple adjudication stations for multiple teams

18 to handle the out stack ballots.  This is a typical

19 voter intent issue where they didn't fill out the ovals

20 completely.  They just made little tick marks.  It's

21 what's called an ambiguous mark, and what we're seeing

22 is we're not sure what the voter intent is, but we're

23 going to allow the adjudicators to make that call based

24 on any kind of state statutes.

25       COLONEL PHIL WALDRON:  When we first really

58

1 started digging into Dominion was when Joe Oltman's

2 report on Eric Coomer came out and some of the comments

3 he had allegedly made on the teleconference or a video

4 call.  We were approached, our team, a small team in

5 Texas was approached to look at some of the Antifa and

6 BLM problems that we saw arising early 2020.  So in the

7 summer we started looking at network mapping and roots

8 and coordination and integration of those organizations

9 to the problems looking at communications patterns,

10 techniques and procedures that they were using.

11        SPEAKER:  Why are they saying that it's

12 debunked?  Do you have a theory on that?

13        SPEAKER:  I have a theory in life, and it's

14 about people and personal behavior.  It's either a

15 variable of competence or a variable of commitment.  In

16 this case they would either be incompetent, they haven't

17 done the research like I and my team have done, they

18 haven't looked to the user's manual of these systems,

19 they haven't rationally thought that okay, these

20 election votes are updated in realtime.  How does that

21 happen?

22        COLONEL PHIL WALDRON:  Hi.  I'm Phil Waldron.

23 I'm retired Army, and I was part of the investigation

24 team that looked into irregularities in the 2020 general

25 elections.  I testified right after the video in the

Exhibit 143 The Deep Rig

59

1  arena that came out that showed boom, we're shutting

2  down.  There's a water main leak.  It turned out to be a

3  toilet leak.  Everybody was kicked out, and boom, we're

4  bringing out the ballots.  And so they bought out the

5  stuff underneath the table, and you can watch in the

6  security video which obviously I didn't know were there.

7  They were running the ballots through, the same ballots

8  time and time again, so that was the one that we got the

9  video of.  They were 30 other precincts that we didn't

10  get the video of that UM would probably decertify our

11  election.  It would say that the 2005 Iraqi elections

12  which I was there for were more secure than the 2020

13  U.S. elections, there were just so many anomalies, the

14  mail-in voting, the absentee voting were part of it.

15  Again, those are able to be injected at the local level.

16        We started looking into organizations.

17  People -- we started looking into the connectivity of

18  the environment, the voting companies, how they were

19  connected, how data flowed.

20        JOE OLTMANN:  There were certain things that

21  had to happen in order for this election to go the way

22  that it went.  I built this diagram, and the diagram is

23  really simple.  So you first start off with absentee

24  ballots.  You have to have ballots that could be

25  invalidated, in other words the absentee ballot system

60

1  has to go through a signature verification process.  The

2  signature verification process is actually tied to the

3  internet.  So when you have that connection to the

4  internet it goes out, looks at driver's license record

5  or even the absentee ballot request form, the signature

6  that's on that form.  It goes back in, tries to validate

7  that signature through the first adjudication process.

8  If it matches, it goes to verified.  It if it doesn't

9  match, it goes through a curating in most states.  You

10  contact the voter, they come back in, they look at the

11  signature, they verify it's them.  It then goes back

12  into the verified.

13        If you turn down the ability to match

14  signatures or you stop verifying signatures through

15  the adjudication process and just sending them to

16  verified, you bypass the integrity of that particular

17  system.  Does that make sense?  All right.

18        So then you take those ballots, you go

19  through verified, and then the next step is to

20  separate the ballots and the absentee ballots from

21  the envelope.  The envelopes are what can tell you

22  how many ballots you actually should have that are

23  absentee ballots.  But what we found in many states

24  is that the envelopes were actually destroyed making

25  it impossible for you to validate any of the absentee

1 ballots.

2       So the next step is a tabulation system

3 where you take those ballots and then separate it

4 from the envelope and you put them through an image

5 scanter, so it's called image cast system on the

6 Dominion side.  So you put them through, they're

7 scanned in.  At that point you can actually add in

8 fake ballots, ballots that have just been reproduced

9 or phantom ballots.  Ballots inside the system can

10 actually be created out of thin air.  You can

11 actually create a ballot out of thin air.  So you put

12 those through the tabulation system.

13       This is where the second adjudication

14 happens.  This is the adjudication of intent.  Now,

15 inside of the Dominion system you have the ability to

16 set different levels of what becomes adjudicated.  So

17 I could send ballots through the system with

18 absolutely nothing filled out.  This is where it gets

19 really tricky.  Once you do that and it goes to

20 adjudication and you develop or create intent, it

21 erases the ballot that the image that was taken and

22 replaces it with the one of intent, replaces it

23 completely, so you don't actually have a history of

24 that ballot being replaced in the adjudication

25 process.  So if you have ballot harvesting that's

1 happening and it gets through those different cons

2 that you have there, it's still going to be tied to a

3 real voter.  When you put phantom ballots or you put

4 blank ballots in the system that aren't tied to that

5 verification process when it enters that environment,

6 then you have to find a way to align it with a voter.

7 You have to have the system come down and come back

8 up so that it can validate against those blank

9 ballots or phantom ballots.  So the same way that you

10 had to verify that those signatures and those were

11 actual voters, you have to do the same thing.  You

12 have to find a way to sync up those fake ballots with

13 an actual voter.

14        BOBBY PITON:  Because people are like Bobby,

15 prove it, prove it, prove it, right.  I hear this all

16 the time.  I started to see that different patterns

17 emerge with different types of phantom voters being

18 created, and why aren't they being caught because when

19 somebody is like oh, there's dead voters voting here,

20 but it was never enough to turn the election.  You had

21 an abnormal number of people living with their parents

22 at various ages that made no sense.  So that's a class

23 of phantom voter.

24        So then another voter is someone who moved

25 within the state, and your information resides in one

1 county, now resides in a second.  And then if you

2 move into a third county it might be in all three.

3 So they would bounce around within the state and

4 their information would be there.

5        The fourth type of phantom voter was, you

6 know, I call it the gremlin effect, you know.  All of

7 a sudden there's a Bobby Piton in this county, and

8 then there's a Rob Piton in this county over there,

9 and then there's a Bob Piton in this county over

10 there, and so my vote is getting diluted.  So when

11 someone's looking up my name, they're like well there

12 is a Bobby Piton that exists, there's a Robert Piton,

13 it must be the same person, but it's not.  They split

14 me and basically they've stolen my vote when they do

15 that.

16        And then the fifth type is the one we all

17 think of.  They just made the person up.

18        JOVAN HUTTON PULITZER:  You want your vote to

19 count a hundred percent, not a fraction, not a tiny bit,

20 your vote a hundred percent.  Now, when you voted and

21 you cast that ballot, when you last touched it, that's

22 what an election should be about.  It should be exactly

23 how your vote counted.

24        If we look at the physical ballots we can

25 find out truthfully not only what happened in the

1  voting, but we can find out what happened in the

2  machines.  Here's a way to look at ballots.  We think

3  of ballots as just a piece of paper.  Now, my example

4  here is just basically a white ballot.  They're

5  printed on white paper.  However, the reason I'm

6  saying we need to scan the ballots and look at them

7  forensically is because unlike some people say it's

8  paper, you can't have paper, you can have paper.  Let

9  me show you how.

10        So in my example here, white is going to

11  stand for a legal ballot.  It is the proper ballot,

12  proper way, proper paper.  Black in my scenario is

13  going to be a counterfeit ballot.  It's going to be

14  something that should not exist in the system and is

15  illegal.

16        Now, what about ballots that actually get

17  scanned multiple times sequential.  Here's what I

18  mean.  Think about it.  If a ballot is printed in a

19  sequence and they're mailed, what's the odds of them

20  coming back in the same sequence, however that occurs

21  in the system, so that's what this blue one is going

22  to stand for.

23        A yellow one here, that's going to stand

24  for a ballot that someone just mimeographed.  What

25  you don't know is these machines cannot tell the

1  different between a good ballot and a bad ballot.

2      Let's take this green one here.  Did you

3  know the machine can read just an empty ballot?  It

4  takes it in, it stamps it.  It just needs a voter.

5  You can assign voters later.  And then I used my red

6  one here just as we'll call it foreign bad actors,

7  our communists here.  We'll use the red ones.  The

8  system wants you to think because the ballots are

9  like this, all perfect.  But if you take these

10  ballots and you scan them back in independently and

11  look at them with forensics, that's what's called

12  computer vision, kind of like self-driving cars.

13  Machine learning, that's where the computers learn as

14  they go, artificial intelligence to really look at

15  them.  Here's what the system truly sees.  It can

16  actually look at all the physical ballots and see all

17  the different layers.  So you don't need the machines

18  to see code.  You can see code in the physical realm.

19      Here's the bottom line.  If there are bad

20  ballots in the mix, why should they be counted.

21      COLONEL PHIL WALDRON:  So when we look at

22  harvesting of votes, one township in Antrim County, 1200

23  out of the almost 15 ballots were error ballots.  They

24  had to be adjudicated.  Now, Antrim County didn't do

25  electronic adjudication.  They had manual adjudication.

Exhibit 143 The Deep Rig

66

1  But in the counties and the states where electronic

2  adjudication, you can export all those adjudicated

3  ballots in a batch file or CSV or an Excel spreadsheet.

4  We couldn't figure out initially why the Nevada

5  secretary of state had exported the voter rolls to

6  Pakistan.

7        JESSE BINNALL:  We introduced evidence in

8  Nevada from county employees who were whistleblowers,

9  two employees who came to us through completely

10  different channels that told us that during the early

11  voting period when people would come in and vote on

12  voting machines that votes were appearing and

13  disappearing in the middle of the night.  They would log

14  a voting drive out with a certain total of votes on it

15  at night, and then when they checked that same drive in

16  the next morning the voting total would be different on

17  that drive.  It's something that the courts, that the

18  media completely ignored.  They never went and they

19  never really even tried to challenge the validity and

20  legitimacy of our experts and our evidence.  They just

21  ignored it.

22        My name is Jesse Binnall.  I'm attorney

23  that practices on various issues including election

24  integrity.  My grandfather who I loved dearly and was

25  a huge influence on my life, you know, while he was

1  fiercely independent when it came to politics, the

2  most important thing was to remember that our elected

3  officials worked for us and that we could always have

4  the right to fire them if they weren't doing what

5  they were supposed to do.  In Nevada I think what

6  made the biggest difference is that the legislature

7  passed a bill in the middle of the night in the

8  summer called AB4.  The Nevada legislature used COVID

9  as a pretext to pass AB4 which set the standard for

10  all the voter fraud and irregularities we saw in

11  Nevada.

12       ORKO MANNA:  The voting rights bill passed

13  through the state senate today along party lines.  It

14  brought into Nevada's mail-in voting system just in time

15  for the 2020 election.  The main idea behind it is to

16  make sure as many people as possible cast their ballot

17  even amid the coronavirus pandemic.  The bill requires

18  mail-in ballots to be sent to all registered voters.  It

19  also increases the number of in-person polling locations

20  in certain counties.

21       JESSE BINNALL:  AB4 made it so that there was

22  universal mail-in voting that every voter in the state

23  would be mailed a ballot, but they didn't put into

24  effect anything that could clean the voting rolls or

25  make sure that you weren't sending ballots to incorrect

1  addresses or multiple ballots to the same people.  They

2  didn't make any effort to do that.  And that's really

3  what was one of the biggest things in Nevada that

4  resulted in all the fraud, all the irregularities that

5  we saw there.

6       SPEAKER:  House Democrats are rethinking the

7  entire U.S. vote having system.  They're pushing massive

8  legislation, 791 pages to be exact, full of major

9  changes to our elections.

10       JESSE BINNALL:  I'd say that HR-1 is an

11  unconstitutional bill that is riddled with ways for the

12  left to steal elections and to inject their own

13  political beliefs on the person voters rather than the

14  American voters being able to set the standard through

15  their votes.

16       JANE TIMM:  This bill is very, very long.

17  There's a whole lot in here.  It catches just about

18  every part of how Americans vote, how states run

19  elections, a whole lot of changes that would come out of

20  this bill.

21       JESSE BINNALL:  It requires states to have

22  universal mail voting.  It absolutely guts the ability

23  of states to have voter ID laws, and it makes it almost

24  impossible for states to authenticate ballots properly.

25  It's going to set the stage for fraud for years and

69

1  years and years to come if it becomes law.

2      BOBBY PITON:  I was reading this HR-1 bill.

3  They need a half a million dollars to kind of create

4  some metadata.  Who's getting that half a billion

5  dollars?  Bobby Piton with probably like, I don't know,

6  30 to 50 people, I could build a data set for the whole

7  country for probably five million bucks that the public

8  owns, so why the hell are we spending 500 million, but

9  there's a lot of friends in high places, right?  There's

10  friends of these people.  They take a cut and they take

11  a skim.

12      These select families who have used various

13  break throughs that the American public has funded

14  with regards to technology through our defense

15  apparatus, grants to universities, they hijacked all

16  of these research findings and they gave them to

17  their operators, the individuals that are running

18  these companies, these massive media companies,

19  internet companies, social media companies that they

20  call the shots from behind the scenes as to which

21  side are they on.  Are they on the side of God first

22  that they we're all equal spirits before God, that

23  we're all children of God, or that there is a pecking

24  order where certain people are just disposable as

25  human beings?  Which world do you want?  So if you

1  want to stop the skim across government, across all

2  functions of government, take control of the voting

3  system in this country.

4      JESSE BINNALL:  You should never be able to

5  have a cabal of businesses that are able to completely

6  silence Americans.  Freedom of speech is in more danger

7  right now than I think it ever has been in the history

8  of the United States of America.  And if we want to

9  continue to be able to go out and talk without fear

10  about important issues, we've got to fight back, and we

11  have to fight cancel culture with every fiber in our

12  being in order to make sure freedom come of speech is

13  protected.

14      COLONEL PHIL WALDRON:  The rules are for thee

15  and not for me.  We see it every single day.  We see it

16  when they create different rules for us as people, yet

17  the government -- they don't have to follow the same

18  rules.  We saw governors that went and had dinners at

19  restaurants while all of us were told to stay home.  We

20  saw education where the teachers said hey, I don't want

21  to go to school while we saw our kids die, suicides,

22  depression, mental illness.  So I don't actually know --

23  I don't know if it's possible to come back from where we

24  are right now.

25      BOBBY PITON:  Because I think we all knew that

1  politicians lie and they cheat and they steal.  I don't

2  think any of us knew how bad it really was, and so

3  that's the big wake up.

4       SPEAKER:  There's an information war, and news

5  station, you know, they just parrot the same thing over

6  and over.  That's why they're called Mockingbird media,

7  right?  There's not a single, you know, piece of

8  evidence of election fraud.  That's not true and they

9  know it but, you know, they try and go -- say it enough

10  times that it becomes true.

11       COLONEL PHIL WALDRON:  You repeat a lie often

12  enough until you don't need to repeat it anymore.  I

13  took an oath to protect the Constitution.  I didn't take

14  an oath to protect and defend a political party.  I

15  think the elements of our government are corrupt.

16       "75" CYBER SECURITY ANALYST:  No one is

17  looking to start a war.  All they're trying to do is say

18  hey, we don't think our votes counted this time.  Let's

19  be damn sure that our election counts next time.  You

20  know, we have a whole team of people that are doing this

21  because if my vote doesn't count, your vote doesn't

22  count, you know.  What are we doing?

23       MATTHEW DePERNO:  So many people don't

24  understand what they can do.  There's groups that are

25  forming up around the state right now.  We talk about

1  these issues, how they can get involved, how can they

2  make their voice known.

3      "75" CYBER SECURITY ANALYST:  So there's a lot

4  of risk in being involved in this.  But if you view it

5  as the end of our democracy, too many people lost their

6  lives preserving what we have now to not put everything

7  in to do what we can to save it now.  I've had so many

8  people come to me and say hey, Doug, you need to get out

9  of that.  You can't be involved in that.  You know, what

10  about your family, what about this.  And my answer is

11  this.  What if nobody stands up.  You know, what if

12  somebody else fills this gap.  How can I shirk it off on

13  someone else?  I know stuff, and I can do something

14  about it, and by golly, I'm not going to let our country

15  be lost on my watch, so I'll do what I can do.

16      CHRISTINA BOBB:  The Maricopa County audit is

17  extensive and thorough.  The scope of work includes

18  canvassing to insure that the voters on the voter rolls

19  are actually real people.  So far this has been the

20  biggest concern for the Democrat groups.  While they

21  claim they want to prevent voter intimidation, there's

22  no indication that any voter intimidation would actually

23  take place.  Their argument is without merit.  The more

24  likely reason they are so adamant to prevent a scrub of

25  voter rolls is that there may be a large percentage of

Exhibit 143 The Deep Rig

73

1 fake voters who actually cast ballots in the last

2 election.  That would be devastating to the Democrats

3 and the more likely reason they are throwing so many

4 attorneys at this problem.

5        I'm Christina Bobb, One America News,

6 Washington.

7        KEN BENNETT:  I don't think people realize how

8 close it was in Arizona.  I mean, we say it was three

9 tenths of one percent, 10,457 votes between Biden, the

10 winner, and Trump, the loser out of 3.4 million votes.

11        Hi.  I'm Ken Bennett.  I'm the senate

12 liaison for the audit that the senate has asked for

13 the Maricopa County election.  This is not about

14 right or left.  This audit is about right and wrong.

15 Was the election conducted right or are there areas

16 that we can improve.  And it's not about going back

17 and changing the results from 2020.  It's about

18 identifying in a very, very close race.  Did we count

19 every vote correctly.

20        Now, if we identify errors or fraud or

21 whatever might have made enough difference to change

22 the election in 2020 then people are going to go

23 bananas I'm sure, and people in other states are

24 going to have to say well, maybe we need to look at

25 our elections too because Arizona, who is known for

1  having very good elections, found enough to say maybe

2  the result wasn't correct.

3      BOB HUGHES:  One of the assumptions that

4  people are making or charges people are making is they

5  think fake ballots were entered in the election.  We

6  want to eliminate that and say that we verified to the

7  best of our ability to the technical knowledge we have,

8  there were no inauthentic ballots or no ballots printed

9  by anybody other than the authentic printer that

10  produced the ballots for Maricopa County.

11      My name is Bob Hughes.  I currently have a

12  company called Marketing Resources.  I've been in the

13  printing industry since 1972.  We want to make sure

14  that not only do we count the ballots and make sure

15  that the count is correct, we want to make sure that

16  only authentic ballots, only legitimate, original,

17  legal ballots are being counted.

18      Another thing is the paper.  If the paper

19  comes from a very particular mill, that mill is going

20  to have very particular standards.  We can see

21  whether or not too many of one type of ballot was

22  issued, or too many of one type of ballot was

23  received.  So we're looking basically for any signs

24  that we can see of anybody using any kind of

25  inauthentic process or illegitimate ballot that

1 should not have been in the election process and

2 should not having counted.

3     JOSEPH FLYNN:  So if the evidence comes forth

4 and it's obvious in a big way, then that would be to me

5 the catalyst that could change a lot of things.  The

6 biggest asset we have is the American people, and I say

7 all American people because all American people must,

8 must want to have free and fair elections.  It's the

9 only sacred right that we truly have as citizens of this

10 country.

11     Yeah, my name is Joe Flynn.  I am a private

12 citizen.  I happen to be General Flynn's younger

13 brother.  For the last four years for General Flynn's

14 legal defense fund I played kind of a role of

15 spokesperson for that.

16     FOX NEWS:  President Trump last night pardoned

17 his former national security advisor, Michael Flynn,

18 after a long legal battle in federal court.

19     SPEAKER:  It is my great honor to announce

20 that General Michael Flynn has been granted a full

21 pardon.  Congratulations to General Flynn and his

22 wonderful family.  I know you will now have a truly

23 fantastic Thanksgiving.

24     JOSEPH FLYNN:  Once the case for General Flynn

25 was over, when the pardon came we rolled right into the

1 election fraud work, and I got deeply involved in that.

2 I worked very closely, and I continue to work very

3 closely with the whole team on really going after what's

4 needed to be exposed, and that is, you know, the

5 massive, massive amount of fraud that took place during

6 this election, which was unprecedented in American

7 history.

8      SPEAKER:  We did not have a free, fair and

9 transparent vote on the third of November, and the

10 entire world knows, everybody in this country knows who

11 won the election on the 3rd.

12      JOSEPH FLYNN:  What happened on January 6th

13 was a terrible thing, but it wasn't the first time in

14 American history that that building was attacked, okay.

15 Back in the '60s the Weather Underground blew up bombs

16 inside the Capitol building.

17      SPEAKER:  At one minute before 1:00 this

18 morning the switchboard at the Capitol received a phone

19 call.  A man's voice said a bomb would go off in the

20 building in half an hour.

21      JOSEPH FLYNN:  During the Kavanaugh hearings

22 there was enormous amount of agitation and people

23 storming into people's offices all over that building

24 without being invited in.

25      SPEAKER:  The sergeant at arms will restore

77

1  order in the gallery.

2       JOSEPH FLYNN:  And I guarantee there are other

3  kinds, maybe not to the extent that happened on

4  January 6th, but to make it look like it was this one

5  time event in American history is disingenuous, to say

6  the least.  It was unfortunate, it was divisive.

7  However, let's not kid ourselves and say it's the first

8  time in American history something like this has

9  happened because that is simply fake news.

10      TUCKER CARLSON:  And speaking of January 6th,

11  why are there still so many things, basic factual

12  matters that we don't understand about that day?  We

13  know that the government is hiding the identity of many

14  law enforcement officers who were present at the Capitol

15  on January 6th, not just the one who killed Ashley

16  Babbitt.

17      According to the government's own court

18  filings, those law enforcement officers participated

19  in the riot, sometimes in violent ways.

20      SPEAKER:  The police here are willing to work

21  with us and cooperate peacefully like our First

22  Amendment allows.  Gather for Americans under the

23  condition that they will come and gather peacefully to

24  discuss what needs to be done to save our country.

25      TUCKER CARLSON:  But strangely, some of the

1 key people who participated on January 6th have not been

2 charged.  Look at the document.  The government calls

3 those people unindicted co-conspirators.  What does that

4 mean?  Well, it means that potentially in every single

5 case they were FBI operatives, really, in the Capitol on

6 January 6th.

7

8     SPEAKER:  Show us no attacking, no assault,

9 remain calm.

10     SPEAKER:  We're not going to assault.

11     SPEAKER:  We're going to be heard.  Everybody,

12 this must be peaceful.  This has to be peaceful.  We

13 have the right to peacefully assemble.

14     TUCKER CARLSON:  Twitter is saying that people

15 who are secretly working with the FBI cannot be charged

16 for encouraging others to commit crimes.  Well, yes.

17 Exactly.  That's the very point we made on this show

18 last night.  That's why they haven't been charged

19 because they were secretly working with the FBI.  So in

20 an effort to shut us down, Twitter just confirmed what

21 we suggested was true.  Thanks, Twitter.

22     JOSEPH FLYNN:  The way in which big tech, the

23 mainstream media and the Democratic Party have acted

24 post the election where the big tech in particular, if

25 you mention in a tweet election fraud they would quickly

1 shut you down or they'd unconnect you from Twitter or

2 shut your Facebook down or whatever, and the media

3 constantly using the word baseless conspiracy theory

4 about election fraud.

5     SPEAKER:  In a 46-minute video shot by the

6 White House and without press in the room, the President

7 doubling down on his unsubstantiated claims of

8 widespread voter fraud.

9     SPEAKER:  Painting his baseless claims that

10 this election was a fraud.

11     SPEAKER:  Despite these baseless claims of

12 voter fraud.

13     SPEAKER:  As he makes these baseless claims

14 about fraud.

15     SPEAKER:  All of them backing the President's

16 unsubstantiated claims of widespread voter fraud.

17     SPEAKER:  I can't in good conscience continue

18 showing you this.  I want to make sure that maybe they

19 do have something to back that up, but that's an

20 explosive charge to make.

21     JOSEPH FLYNN:  There's no way that that can't

22 be a coordinated effort.  There's no way that an

23 election takes place, that much fraud is perpetrated,

24 and the media immediately starts calling this conspiracy

25 theory, like within hours.  Within hours they're calling

1 it a conspiracy theory.  The big tech immediately starts

2 shutting down strong voices.  We've got to shut these

3 people up because if more and more information gets out

4 to the average American people about what took place and

5 people start, even people on the left who are sort of

6 saying, I mean, they can't all be lying.  I mean, they

7 can't all be crazy and liars.

8          You know, the fact that it happened so

9 quickly, it had to be a planned effort.  There's no

10 other way to describe it.  I guarantee you if you

11 subpoenaed the phone records between congress people

12 and people in big tech, you'd see a lot of

13 communication going on during that time, maybe before

14 the election as well.  I have a feeling they knew

15 that this was coming and they were ready for it.

16          I think the biggest asset that we have in

17 all of this is the American people, not the

18 politicians, not CEOs of corporations, not Zuckerberg

19 or Jack Dorsey or any of those people.

20          TED CRUZ:  Mr. Dorsey, does voter fraud exist?

21          JACK DORSEY:  I don't know for certain.

22          TED CRUZ:  Are you an expert in voter fraud?

23          JACK DORSEY:  No, I'm not.

24          TED CRUZ:  Well, why then is Twitter right now

25 putting purported warnings on virtually any statement

1  about voter fraud?

2       JACK DORSEY:  We're simply linking to a

3  broader conversation so that people have more

4  information.

5       TED CRUZ:  No, you're not.  You put up a page

6  that says, quote, voter fraud of any kind is exceedingly

7  rare in the United States.  That's not linking to a

8  broader conversation.  That's taking a disputed policy

9  position, and you're a publisher when you're doing that.

10  You're entitled to take a policy position, but you don't

11  get to pretend you're not a publisher and get a special

12  benefit under Section 230 as a result.

13       JOSEPH FLYNN:  If we had a functioning

14  Department of Justice and a functioning FBI in many

15  counties, in all six of these county where there was

16  clear election fraud, clear violations of election rules

17  that were set forth by the legislators, there would have

18  been cases filed on a massive scale, if we had a DOJ and

19  an FBI that actually cared about getting to the truth.

20  And I mean this to say that the leadership, and I point

21  to the attorney general, okay.  Attorney General Barr I

22  believe abdicated his duty, and Christopher Ray, head of

23  the FPI, abdicated his duty to not look into these

24  cases.

25           I know for a fact that there are a lot of

82

1  people inside those agencies that probably would have

2  liked to look into this, and maybe they wanted to

3  file a case, but I think that there was an

4  institutional failure at a colossal scale by the FBI

5  and the DOJ, which only leads to the reality that

6  those institutions have lost the faith of a hundred

7  million Americans.  If they didn't lose their faith

8  watching what happened to General Flynn, they

9  certainly lost their faith post election when they

10  filed no cases.

11       GENERAL FLYNN:  Our judicial system, our rule

12  of law system, not just the judiciary but all branches

13  of government, especially our federal government, it's

14  not about finding or seeking the truth.  It's about

15  getting convictions.  So whether you're guilty or not,

16  you're guilty and they're going to come after you, and

17  they're going to do it because they can.

18       They tried to put me under the ground,

19  right?  They literally tried to kill Mike Flynn, and

20  that's for real.  I mean, this is the persecution

21  that I experience.

22       I'm Michael Thomas Flynn, retired

23  lieutenant general from the United States Army.  I

24  spent almost 34 years in the military.  One of the

25  things that I discovered was this amazing formation

1  of a team of people that only wanted to get to the

2  truth.  When we looked at it, it wasn't about okay,

3  these are all people who are pro Trump or whatever.

4  In fact, in many cases they weren't.  They saw what I

5  saw.  They saw what millions and millions of people

6  not only in our country but around the world saw on

7  the night of the 3rd.  They came to us.  We formed

8  this amazing team, and we started to work out

9  discovering what we believed we needed to discover,

10  and our mission was in this case to try to find the

11  truth and discover what happened during this crazy

12  election that we had.

13       So one of the people that came into my life

14  and I had previously known through an old friend

15  who's now deceased was Patrick Byrne.  His insights

16  were interesting because one of the things that we

17  felt prior, we both felt and some of us talked about

18  it in sort of more intimate discussions was we felt

19  we had spies in our camp.  They were trying to

20  discover what our strategy was going to be and then

21  share that with whoever, right, whoever they're going

22  to share it with, whether it's members of the federal

23  government, the deep state, right, maybe, or members

24  of the opposing camps.  But we know, we felt, and it

25  was proven out that we had people that were not being

Exhibit 143 The Deep Rig

84

1  totally honest with us, and so we had a couple of

2  conversations.  We began to see what was forming or

3  not forming and what was needed and it ended up being

4  not this joint group of people.  It was really a

5  small team of real true subject matter experts who

6  had the same idea in mind, get to the truth of this

7  thing.

8         I learned that our system was totally

9  broken, okay, that our executive branch, our

10  legislative branch, the judiciary doesn't function

11  the way that people want it to function and the

12  founders realize.  They knew, they knew that there

13  was going to be tyranny setting in to the very life

14  blood or the DNA of the federal government, and it

15  has.  As I look at this, and I say to people in this

16  country we have to wake up in this country because if

17  you don't recognize that the person running a

18  precinct is as powerful as the president of the

19  United States on voting day.  Why?  Because that

20  person running the precinct, guess what they're

21  responsible to do, count those ballots.  I could have

22  cared less.  If Trump won, you know, fine.  If Trump

23  lost, fine, but I want to know what the truth is.

24         This is not fake news.  This is reality.

25  We cannot fake the American people out and lie to the

1  American people about what the reality is, and the

2  reality is they were lied to that this system is

3  totally broken.  The United States of America

4  election system broke down.

5      ROGER RICHARDS:  What broke down, Giuliani?

6  What broke down from his decision points from your

7  perspective?

8      GENERAL FLYNN:  Yeah.  I think that the

9  President, from the very beginning, was never presented

10  what I call clear paths to victory.  For me, and for a

11  couple of us, we were able to identify those early on,

12  and that's where you prioritize your efforts because you

13  can't go and say well, it's a big problem, where do you

14  focus.  It eventually came to that where the focus

15  became the states, the swing states, and then it became

16  these counties in the swing states and then it became

17  down to the level of counting votes or not counting

18  votes or what are we going to do and all the fighting

19  for the truth.

20      But the President, he was not clearly

21  presented what I say, what I call clear paths to

22  victory, and if he was, he didn't pay attention.  Had

23  he personally known those, gotten involved in those

24  and focused on those with his team, we'd have a

25  different outcome today.  I wouldn't be sitting here

1  talking to you.

2       Going forward, one of the key things that

3  needs to happen is people need to get involved in the

4  election process and the election system, and it may

5  not just be running for office.  It may be being a

6  volunteer observer and you watch the process because

7  I'm going to tell you, the next time that we have an

8  election like this, that's what people are going to

9  want to do.  They're going to go are we using the

10  same systems, are we using the same ballots, is the

11  system still broken?  Well, how can I fix it?  Get

12  involved, be one of those volunteer observers.  That

13  may be the most important thing that you do on a

14  given day in your entire life.

15       PATRICK BYRNE:  So one of the things I liked

16  about a friend of mine, maybe the only guy who I've met

17  in a long time who we quote federalist papers to each

18  other.  We studied all the previous attempts at

19  democracy, both ancient and modern, and in my words we

20  figured out what made democracies fail and probably

21  republics fail, and we designed this constitution around

22  those failure points.  There was one failure we didn't

23  figure out how to design to beat, and unfortunately

24  that's the one that brings down republics more than

25  anything else in history, and that is the problem of

1  what he called factionalism.  But we would probably

2  think of it today as special interestism, special

3  interestism which leads to capturism because the special

4  interests capture the government and turn it to their

5  own private ends.  This is a revolution body elites

6  against the people.  But I think what's happening is the

7  elites looted the country for two decades or more in

8  certain ways and the bill has come due, and they're

9  trying to hand this off.  They're paying the bill by

10  turning us over to China.  I think that's kind of what's

11  happening, but I don't think that's speculative.  I'll

12  stay away from that.   You know, listen, when you're on

13  a side that says the other side doesn't get to have a

14  side, you're on the fascist side.  And so what they're

15  trying to do is engineer things, and we have to be

16  smarter.  If you've ever dealt with a goon, by which I

17  mean a cop who is swollen with authority, if you're at a

18  nightclub and some bouncer is swollen with authority,

19  imagine that becoming your government, that becoming the

20  kind of people who excel in society because goons have

21  to select other goons.  That's what it's like in

22  authoritarian governments.   Humans are noble savages in

23  a civilization which corrupts us, in a civilization

24  which taints us and puts us in chains.

25          There's another view of human nature that

1  some philosophers have that is best expressed by

2  Joseph Conrad's Heart of Darkness, which was, if

3  you're seen the movie Apocalypse Now, it's the same

4  idea.  And that's in the book it's a Mr. Kurtz

5  (phonetic).  In the movie it's Colonel Kurtz, the

6  Marlon Brando character who's removed from the

7  constraints of civilization and sees what's at the

8  heart of man and discovers basically, you know, he

9  dies muttering the horror, the horror in both the

10  book and the movie for a reason.  And if that's your

11  basic world view, it's civilization which keeps us --

12  it's the rules of civilization which keep us -- that

13  constrain that.  There are ways to fix all this, but

14  you've got to restructure things, and now they're

15  trying to pour cement over it all.

16        They want us to go violent so they can

17  harness, and they already are trying to harness the

18  power of the CIA, the FBI, the DHS and to try to

19  repress half the country.  So this is a goon takeover

20  of the United States.  As far as I'm concerned,

21  they're the extremists.  We're not the extremists.

22  They're the extremists.  They're the ones who are

23  burning the Constitution.

24        JOVAN HUTTON PULITZER:  You know, one of the

25  first signs throughout history of a country being

1 destroyed is the media and the government withholding

2 information from you.  Quite possibly this is the very

3 first time you've viewed the evidence.  There are

4 incredible people around the globe and in the United

5 States that are fixing this problem.  This will never

6 happen again.

7      JESSE BINNALL:  We just had an election in

8 November of 2020 that was riddled with fraud and that

9 resulted in a stolen election.  We can't stick our heads

10 in the sand collectively as a country and pretend that

11 didn't happen.  It happened, we have to deal with it.

12 We have to make sure it never, ever happens again.

13      "75" CYBER SECURITY ANALYST:  You know that

14 there's election fraud.  We know that the small scale

15 election fraud throughout my local county, the local

16 city, the state level can change an election.

17      JOSEPH FLYNN:  Anything that I will commit

18 myself to, and I hope my fellow citizens, regardless of

19 their party will commit themselves to is a free and fair

20 vote.  There is nothing more sacred, and if we don't get

21 this right for ourselves in the short term but for our

22 children in the long term, then the bastion of freedom,

23 the bastion of hope for the world will fall away.

24      JOE OLTMANN:  How habit the real pandemic

25 we're going to face, which is mental health and mass

1 suicides of our kids because they have been infected

2 with this idea that they should be afraid of everything

3 or not having hope.  These are real consequences for the

4 American people.  And the people that don't have to feel

5 these consequences are the people in government.

6     MATTHEW DePERNO:  The people have to

7 understand that in the end all politics are grassroots.

8 We have to build up the system from the bottom.

9     "25" CYBER SECURITY ANALYST:  I think there's

10 enough, you know, energy behind what happened in this

11 election to actually, you know, create change moving

12 forward, and that needs to happen or, you know, this

13 country is done.

14     BOBBY PITON:  I do believe we've woken up

15 quite bit.  Maybe we're not there entirely yet, but

16 there's so many people that are saying enough is enough.

17     DOUGLAS LOGAN:  I think it's really important

18 for the American people to realize that if we don't fix

19 our election integrity now, we may no longer have a

20 democracy.

21     COLONEL PHIL WALDRON:  I'm an American, and I

22 swore an oath to protect and defend the Constitution,

23 and this was an assault on the Constitution and that's

24 why I'm here.

25     GENERAL FLYNN:  Never forget who you are as an

1 American citizen.  You are the most cherished human

2 being on this planet, and the reason why the rest of the

3 world, the other seven billion people on the planet look

4 at the United States of America is because they look at

5 each of us and they say oh, my God, these people have

6 freedoms that I can only dream of, that are only in my

7 mind.  These people are actually able to exercise their

8 freedoms.  And so we as Americans, we take our lives for

9 granted.  We take what we have for granted.  The rest of

10 the world doesn't take those for granted.  They are

11 sacrificing their lives to try to get what we have.  So

12 as an American citizen, never take for granted the

13 freedom that you have because it can be whisked away

14 with one sweep in this experiment of democracy that we

15 continue to tinker with as we go forward, okay.

16        PATRICK BYRNE:  It doesn't matter if you care

17 about abortion, religious rights, gun rights, your local

18 school bond funding.  What you care doesn't matter if

19 you don't have election integrity.  It's the thing you

20 want no matter what else you want.  So we have one

21 chance, and that is to get massively organized on

22 election integrity, and that means volunteering, you

23 know, not just to be a precinct observer but to be a

24 precinct worker, especially if you live in a swing

25 state, figure out what it would take to fix it, and

1  that's what you, no matter what else you care about, you

2  now care about election integrity first and more in my

3  respectful opinion.

4          So in the end what do we do with all this

5  information and what are the implications?  What do

6  we do as a society when our politicians, mainstream

7  media, social media platforms and judiciary have

8  failed us and chosen to abuse the consent we the

9  people have given them?  How many lives were lost

10  because a pandemic was exploded for political means.

11  How do we put aside our differences and political

12  opinions, race, gender, ethnicity to find common

13  ground with one another and not let them divide us

14  any longer.  What is that common ground?  Is it not

15  our responsibility to collectively undue a broken

16  system and rebuild it, remove the ones who have

17  abused it and hold accountable the individuals,

18  corporations and government agencies who are

19  complicit.

20          This is truly a time of great awakening,

21  and elite corruption of the one percent is there for

22  the rest of the 99 to see.  Your vote is your voice

23  in the current system.  It's also your responsibility

24  to the larger problems we all face collectively.  We

25  have all been lied to, and no one is coming to save

Exhibit 143 The Deep Rig

93

1  us or fix this.  It is we the people who are tasked

2  now to do so.  It is up to us, and the whole world is

3  watching.  What will we choose to observe.

4  Congratulations, America.  You now know what

5  happened.  You now got a great look at the people who

6  were involved in bringing you the truth of what

7  happened on November 3rd.  I, like you, have lost

8  faith in our government, the special interest groups

9  that have taken control of all the facets that are

10  supposed to be serving us and, in fact, turned us to

11  the serve those, the masters.

12      But I have not lost faith in all of you.

13  We the people, we can fix this.  It is up to us, and

14  it started here in Maricopa County, and for that I'm

15  forever grateful.  Living in Las Vegas, moving back

16  to Florida I'm just grateful to Maricopa County and

17  the fact that you all stood up to the fraud that

18  really was just so absolutely savage to our republic.

19      I'd like to thank and give glory to God

20  because through him we're actually here, and God has

21  made all citizens free.  Our Constitution talks about

22  that.  The Creator is referenced four times in our

23  founding fathers' documents.  Let us not forget that.

24  This applies to all of God's children, and

25  fortunately here in the United States we've always

1  managed to uphold that and we need to continue to

2  fight to uphold that, and we do have a fight ahead of

3  us.

4          Some housekeeping issues.  We're going to

5  take a quick intermission, about 15 minutes.  We have

6  a live panel discussion with the people that you saw,

7  the patriots cast in this movie in addition to

8  questions and answers with you the audience as well.

9          Also, I'd like to thank the folks tuning in

10  on Crowd Cast on the live stream right now.  We have

11  lots and lots of people tuning in live to watch this

12  all over the world thanks to this is unique

13  distribution platform that Steve and Patrick and

14  others came up with to make sure this video was not

15  censored to the point that the Silicon Valley speech

16  cartel would like to see this go on.  We're going to

17  make sure we share this everywhere.  We're going to

18  make sure we push this out and it's going to into

19  worldwide because the truth needs to know the whole

20  world is watching, and they're watching Maricopa

21  County.

22          We have concessions out in the lobby if

23  you're interested to get something to eat so you can

24  come back in about the 15 minutes.  But in the

25  meantime, I'd like to call down to the green room,

1 please, the man of the hour, Patrick Byrne, Steve

2 Luchescu, producer/director Roger Richards, Joe

3 Flynn, Joe Oltmann, Colonel Phil Waldron and Bob

4 Hughes to get miked up so we can do our live panel

5 discussion and then Q and A, and I'll see you all

6 shortly.

7        They're going to run some trailers right

8 now, some short clips if you want to stick around.

9        GENERAL FLYNN:  And that story will continue

10 to be told here.  But we have what we call citizen

11 journalists because the journalists that we have in our

12 media, they did a disservice to themselves because they

13 displayed an arrogance that is unprecedented, and so the

14 American people decided to take over the idea of

15 information.

16        SPEAKER:  You are the news now.  Across this

17 country and across our planet we are gathering to host

18 the world premiere of the Deep Rig in your homes, local

19 theaters, meeting rooms and places of worship gather to

20 share the truth about the 2020 election.  By creating a

21 human block chain we will defy the censorship of the

22 mainstream media and big tech oligarchs.  Together we

23 win.

24        Do you want to help create a worldwide

25 human block chain?  Purchase your license now to show

Exhibit 143 The Deep Rig

96

1  the Deep Rig from June 26th to August 1st.  Gather

2  your community to share the truth while the whole

3  world is watching.  Go to host.theDeepRig.movie and

4  take your place in history.

5        CATHY O'BRIEN:  It was so hard to come running

6  out of a hell that nobody believed existed.  My name is

7  Cathy O'Brien, and I'm a survivor of MK ultramind

8  control.  The MK ultra program was to ultimately control

9  the minds of the population for implementing what Adolph

10 Hitler first termed the new world order.

11        When girls reached age 30 they were

12 murdered or sacrificed.  I was to be killed as well.

13 I was to go out in a blaze of glory and be burned

14 alive.

15        I'm so fortunate that an intelligence

16 insider who saw the kind of corruption that was going

17 on in the highest levels of government decided to

18 take action and rescued me and saved my life so that

19 we could begin to expose what was being done.

20        SPEAKER:  What if humanity embraced the

21 understanding that in every moment we affect one

22 another.

23        SPEAKER:  The Auryn calls you in your dreams

24 and wishes.

25        SPEAKER:  Every action we make, every choice,

1  every decision sets into motion a timeless butterfly

2  effect.

3        SPEAKER:  Every part is a piece of the dreams

4  and hopes of mankind.  It has no boundaries.

5        SPEAKER:  The ripple is connected to all

6  things throughout eternity.

7        SPEAKER:  What will your set in motion.

8        SPEAKER:  The quantum universe is one circular

9  breath of a living organism we are all a part of.

10        SPEAKER:  The more you create the more

11  magnificent is Auryn will become.

12        SPEAKER:  This is the secret to quantum

13  living, a secret that has been locked away.

14        SPEAKER:  You are a part of a living

15  vibration, a world of human brilliance perpetually

16  creating itself.

17        SPEAKER:  What if you were given the key to

18  your own prison?

19        SPEAKER:  Are you ready to do what you dream?

20  The Auryn is more than a social media network.  It is an

21  online breakaway community for quantum living and

22  invites humanity's co-creative power to a collaborative

23  experience.  It is a hybrid social media complex that

24  integrates the features of a streaming platform with

25  powerful ECommerce and quantum trade tools.  Explore the

1 multi-dimensional truth of subculture and controversial

2 conversation through film, music, art, direct action,

3 trade, wisdom, traditions, online courses and live

4 stream gatherings and performances.

5        SPEAKER:  You are the key.  Isn't it time to

6 unlock the door?

7        SPEAKER:  Ancient teachers around the world

8 see family and community as containers for wisdom.  The

9 stability and connectivity of the family is seen as

10 necessary to insure that information travels intact from

11 one's ancestors through the stable family and into the

12 community where it's bundled and prepared to be sent as

13 far into the future as possible.  But for decades, quiet

14 war has been waged by globalists, communists and social

15 engineers with a single target in their sights, the

16 traditional family unit.  Can we rediscover this ancient

17 ideal family as a technology for transmitting wisdom?

18 Super organism, a family unit, coming soon to Auryn.

19        SPEAKER:  Join LA Marzuli on his quest to find

20 the truth in politics, prophecy and the supernatural

21 with his latest investigation into the next steps in UFO

22 disclosure.  The coming great deception in Luciferian

23 end game.

24        SPEAKER:  I'm Matthews.  I've seen a UFO.

25        SPEAKER:  I've seen a UFO.

Exhibit 143 The Deep Rig

99

1      SPEAKER:  Using real world reporting from

2  dozens of experiencers of UFO phenomenon.

3      SPEAKER:  It was a triangle, a black triangle

4  about like this.

5      SPEAKER:  LA explores the reality of our

6  government's involvement where military personnel

7  working side by side with alien human beings.

8      SPEAKER:  There's something definitely going

9  on, and there's reports everywhere.

10      SPEAKER:  Is there a demonic presence in our

11  world?  Is there a management of disclosure?

12      SPEAKER:  It is, and there are many countries

13  of the world right now that are disclosing.

14      SPEAKER:  By dangerous occult elements in our

15  society.

16      SPEAKER:  These entities have a nefarious

17  agenda.  They can manipulate space, time, matter and

18  energy that completely defy our physics.

19      SPEAKER:  So prepare yourself for the coming

20  great deception.  Arm yourself with discernment.  Watch

21  UFO Disclosure, the coming great deception and the

22  Luciferian end game, and then you can decide for

23  yourself.

24      SPEAKER:  A shocking, hard-hitting film

25  exposing the darkest secrets of the FBI and CIA, a

Exhibit 143 The Deep Rig

1  thousand pieces.  There's a coup being carried out

2  before our very eyes.  You're allowed to protest.

3  Millions of people on one day yelling, screaming, but

4  you try to run your business, you get arrested.

5         SPEAKER:  Wall Street has laundered one

6  hundred trillion dollars from trafficking in children

7  and drugs.

8         SPEAKER:  The agency has dealt drugs

9  throughout this country for a long time.

10        SPEAKER:  Mr. Secretary, is the policy of the

11  U.S. government to reward companies that traffic in

12  women and little girls?

13        SPEAKER:  Human trafficking has many more

14  victims than COVID.

15        SPEAKER:  The complicity of the CIA, the FBI,

16  the Justice Department.

17        SPEAKER:  There's corruption on both sides.

18        SPEAKER:  These agencies are facing time of

19  reckoning.

20        SPEAKER:  Are we at yet another crossroads?

21  Get ready, A Thousands Pieces.  Own it today.  Receive

22  20 percent off at AThousandPieces.com.  A Thousand

23  Pieces.

24        SPEAKER:  Thousands of years ago in ancient

25  China masterful practitioners of traditional Chinese

1   medicine uncovered a delicate dance occurring between

2   the human organ systems and the movement of time.  They

3   discovered that every two hours the human body would

4   rotate its focus to a different organ system.  This

5   discovery presented a means of deeply harmonizing the

6   body with our environment through highly articulated

7   lifestyle choices.  I'll guide you into the power of the

8   Chinese organ clock sharing my discoveries on what it

9   means to integrate this ancient wisdom of life into the

10  chaos of life in the Western world.

11         The wisdom of the Chinese Organ Clock,

12  coming soon to Auryn.

13         SPEAKER:  The lovely Kay Taylor Parker is an

14  English former adult film star who shares her journey of

15  sexuality from profane to the sacred.

16         SPEAKER:  It's about coming from the heart,

17  not the head.  It's not about performing, but it's about

18  sharing.

19         SPEAKER:  In her series, putting the heart

20  back into sex, Kay provides assistance in the releasing

21  of antiquated beliefs and ancestral baggage related to

22  your sexuality.

23         SPEAKER:  If you're a spiritual person you're

24  not supposed to be sexual.  That's total hogwash.

25         SPEAKER:  Helping you to recognize the value

1  of your experiences, good or bad, by understanding more

2  deeply your soul's choices.

3        SPEAKER:  The fifth element is recognizing

4  that your souls, and that as such we're here to fully

5  manifest our power, and we can only do it through love.

6        SPEAKER:  Watch this series if you're curious

7  between the connection between sexuality and

8  spirituality.

9        SPEAKER:  What if by changing our attitudes

10  towards sexuality towards relationships, how we relate

11  sexually, sensually, and just about any other way with

12  each other and particularly with our partners, what if

13  we could change the world.

14        SPEAKER:  Putting the heart back into sex.

15        SPEAKER:  Conspiracy culture has a long

16  standing relationship with what we eat.  Today, no

17  matter what your diet is, you are surrounded by a

18  constant barrage of propaganda begging you to consume

19  weaponized food.  Beyond the intention to manipulate

20  food for profit, the science of food has been used to

21  manipulate your body, your mind and your sole.  So

22  what's the truth about the food you need?  What do we do

23  about the genetic manipulation, the pesticides, the

24  animals, the sugar?  Come share stories, red pills and

25  recipes with Sun Nessler (phonetic) and Amanda O'Donovan

1  in Through the Cooking Glass, a new series exploring

2  free thought, conspiracy culture and the journey to

3  clean eating.

4       SPEAKER:  Through the Cooking Glass, coming

5  soon to Auryn.

6       SPEAKER:  Witness the merging of two

7  generations in thoughtful conversations with Kennedy and

8  Farro.  Young Farro is controversial and cutting edge

9  with provocative things to say on many subjects.

10       SPEAKER:  Look at not doing drugs because if

11  you do drugs you literally destroy the cells in your

12  brain, destroy the neurons in your brain, you alter your

13  spirit.

14       SPEAKER:  Leon Isaac Kennedy is a legend of,

15  radio, TV and Hollywood movies and provides gentle

16  insight with spiritual overtones.

17       SPEAKER:  This period that we're going through

18  now is unprecedented.  So is there a war raging in the

19  heavenlies between the workers of light and the workers

20  of darkness.

21       SPEAKER:  Conversations with Kennedy and Farro

22  is riveting viewing and a unique aperture into the

23  zeitgeist of modern America.

24       SPEAKER:  Welcome to the Auryn series on

25  introducing brand new filmmakers, people that are

1  writers, directors, producers, people that do movies,

2  documentaries, shorts.  And what we're doing here is

3  we're going past what I call the Hollywood gatekeepers.

4  So what we're doing here through the Auryn film series

5  is exposing filmmakers to you, the audience, and you can

6  make up your mind what you like.

7       SPEAKER:  Okay.  Well, I've been making

8  underwater films all my life.  In fact, that's what got

9  me interested in film making.  I took a camera

10  underwater and filmed some fish when I was in my 20s,

11  and it was just so much fun I said I'm going to be the

12  next Jacques Cousteau and I went to film school, right.

13       SPEAKER:  Ladies and gentlemen, we're going to

14  get back to business here.  The Deep Rig continues.

15       We have a live panel right now, and I'd

16  like to welcome out to the stage -- if you have any

17  folks or family members in the lobby trying to buy

18  concession, maybe shoot them a quick text, let them

19  know we're going to get started.

20       I want to welcome out to the stage Patrick

21  Byrne, the man of the hour.  Patrick, right here, Joe

22  Flynn, Steve Luchescu, Colonel Phil Waldron, Joe

23  Oltmann and director Roger Richards and Bob Hughes

24  right next to Roger Richards.

25       Wow, first of all kudos to all of you for

1  your contributions, for your patriotism.  For such a

2  time as this all of you are here, and Patrick, again

3  thank you for taking the time to write that book.

4  That was a labor of true love of country.

5      Patrick, starting with you, when you look

6  at the landscape of all the egregious acts that

7  happened during the 2020 election fraud, the Deep

8  Rig, to you what is the most egregious act that

9  occurred?

10      PATRICK BYRNE:  To tell you the truth, on the

11  evening of the election when they stopped counting votes

12  or they disrupted vote counting they're trying to

13  litigate now what pause means, but we all remember it

14  happening, and it's in articles about the six specific

15  cities, they changed vote counting.  They paused in the

16  middle of the night.  Well, whoever heard of that

17  happening in America, and they did it for different

18  reasons in each of the six cities, and those reasons all

19  turned out to be crazy, like the Arizona pipe burst,

20  like we have to evacuate State Farm Arena in Atlanta

21  because a pipe burst.  It sounds like the titanic or

22  something, and it turned out to be a urinal in the

23  basement.

24      Well, things like that happened as the

25  movie showed.  In those six cities certain things

1 happened to make them get observers out of the place,

2 and they had different reasons in each place, and

3 each place there was a three-hour period where there

4 was not observation and there was not supposed to be

5 counting.  Well, whoever heard of anything like that

6 happening in America on election day.  And yet, look

7 at how the press -- for a few days no one denied it.

8 But about a week after the press came out and started

9 saying this doesn't really happen and it didn't

10 really pause and it wasn't a stop.  It was just --

11 it's as if the space shuttle Challenger blew up and

12 we all saw it, and a week later they came out and

13 started gas lighting it and told you no, no, you

14 never saw that.

15      Well, that all happened on election night,

16 and that itself is so extraordinary that counting was

17 stopped, and then you look at where it was stopped,

18 and it stopped in the six most electorally

19 significant cities in the country.  But once you

20 understand those two points and why they're so

21 significant because those six cities are the swing

22 states, the anchor cities of swing states.  If you

23 steal the city, you flip the state.  If you flip the

24 electoral college, you flip the nation.  So that

25 marriage of those two points, that these bizarre

1 things happened on election night, and then they

2 happened in exactly the six places that they had to

3 happen.  I mean, you don't need to be Fellini to

4 connect the dots, I believe.  I think that's very

5 obvious.  And then you start digging into how it and

6 happened and all these patterns.  That's the big

7 picture.

8         SPEAKER:  Thank you so much.  Steve Luchescu,

9 producer for the Deep Rig.  Talk to me about the heroes

10 in this movie.  You produced hundreds of movies.  In

11 this particular one, what does it mean for these

12 gentlemen or for anybody participating in any of this to

13 be a hero?  How do you define that?

14         STEVE LUCHESCU:  I define it with what each

15 and every single one of these participants are to me.

16 They are true heroes.  They are beyond patriots.  They

17 stand for truth, they stand against all adversity, they

18 take ridicule, they have integrity, they don't back

19 down.  They stand up for what they know is right.

20         They're standing up for each and every one

21 of you, here today, here watching this live stream,

22 those that will follow.  The moment in this film that

23 I look at, and I look at what this will bring and

24 what it will be a part of, and every one of these

25 guys, every single one of them are forging the way of

1  what will ultimately become the most historical event

2  in the history of this country.

3       ANN:  Will history turn on this video, Steve?

4  Will history turn on this video?

5       STEVE LUCHESCU:  History has already started

6  to turn because you're here and this movie's been made

7  and the audits are starting, and they're starting

8  because of the people in this town and this county and

9  this state, which is why we brought this film to start

10 here to honor what you did by standing up knowing what

11 was right and defending your rights and the rights of

12 everybody in the country.

13       ANN:  Thank you, Steve.

14       Colonel Phil, you were the guy that always

15 wanted to be behind the scenes, you've always been

16 behind the scenes, cyber intelligence and a whole lot

17 of other stuff that we probably can't even script out

18 here in public.  But you talked to me a long time ago

19 about how you got engaged in finding the election

20 fraud, where it was occurring, the server, the

21 foreign servers overseas.  It was because you were

22 tracking color revolutions and the CIA's involvement.

23 You talked about it in the Deep Rig.

24       As an intelligence officer yourself,

25 explain to us what it is like for you to witness

Exhibit 143 The Deep Rig

109

1  what's happening today with our own intelligence

2  community and the weaponization of it against all of

3  us, the people that pay their salaries.

4        COLONEL PHIL WALDRON:  It's very

5  disheartening.  It's disappointing I'm floored, you

6  know, by the forces that are there to protect our

7  country.  We showed up to DC, and I expected to go into

8  a room of folks that were working on the problem set.

9  We would give a brief, hand over information that we

10  found, we had to date, and say well, here you go, hope

11  this helps and get to it.  And when we got there I said

12  where's the FBI and the DOJ and the rest of the White

13  House staff that are working on this, and I looked

14  around and it's you.  That was my biggest frustration.

15  There was nobody to fall in on from our government.

16  There was nobody that we were there to augment or

17  provide critical intelligence so that they could do

18  their job.  It was just nonexistent.  I was floored

19  then, much as I am now.

20        I've publicly made the statements that I

21  think a lot of our institutes of federal government

22  need to really be pulled down to the foundations and

23  rebuilt.

24        ANN:  So essentially we're not calling for an

25  insurrection, we're calling for a resurrection of our

1  founding father's documents.  Okay.

2  Joe Flynn, youngest brother to General

3  Michael Flynn.  You're outspoken.  In your

4  estimation, in this entire sequence of events that

5  happened to create the big lie, the Deep Rig, who is

6  playing the part of Dr. Evil in this move?

7  JOE FLYNN:  Well, I think I mentioned in sort

8  of my interview in the Time Magazine article that came

9  out, all of a sudden they put that out there on

10  February 4th or so and really laid out their plan as to

11  exactly to the T the tactics that they took, the groups

12  that were involved in that, from big tech to the labor

13  unions to the Democratic Party to law firms that are

14  involved in lawfare.  So from my perspective there's

15  obviously an invisible hand behind that, and it's

16  probably people formerly in the White House.

17  You know when you look at the Biden

18  administration today and you see a president who's

19  really not the control who's really being handled in

20  my opinion by the same characters that were involved

21  in the eight years of the Obama administration.  So I

22  think Phil has been involved in studying and maybe

23  even seeing color revolutions.  This is a color

24  revolution that we've never faced here.  This is not

25  something that just happened out of the blue.  This

Exhibit 143 The Deep Rig

111

1 was planned for quite awhile.  There's no way --

2 there's too many coincidences and there's too much

3 information that's out there that show us very

4 clearly that this was something that again didn't

5 just happen out of the blue.

6        ANN:  Thank you, Joe.

7        PATRICK BYRNE:  By the way, he is absolutely

8 not the sherpa.  He says I said that, maybe jokingly,

9 but he's the glue.  He actually played an unbelievable

10 role in those couple months in DC and sort of shuttling

11 among different groups and being the glue amongst a

12 pretty fractious situation.

13        JOE FLYNN:  It comes from being the youngest

14 of nine kids.

15        SPEAKER:  So here's a little side note a

16 little side bar story here about Joe and Patrick.  Okay.

17        Some great folks here, some patriots that

18 had some information.  I'm not going to put them on

19 blast, but they know who they are.  They're in the

20 audience right now.  if they want to self-identify

21 let them do it, but they were in DC, and they were

22 flown into DC to provide some very important

23 intelligence by Patrick Byrne on his jet.  They

24 didn't really know who he was, and they contacted me

25 and said who is this Patrick Byrne guy, is he any

Exhibit 143 The Deep Rig

112

1  good.

2       Well, I've been doing what I've been doing

3  for five years and you have a lot of people chirping

4  in you ear, some good, some bad, you know, with black

5  hats and white hats.  People are always trying to

6  tell you something to sway you as a media person to

7  present their narrative in a certain light.  And I

8  said well, the only person I know I really trust out

9  there right now that is totally fighting the good

10  fight is the Flynn family.

11       So I picked up the phone and I called Joe

12  Flynn that day from DC.  Do you remember that, Joe?

13  I said Joe, is Patrick Byrne any good.  What did you

14  say, Joe?

15       JOE FLYNN:  I said he's great.  He's Irish.

16  He's got to be okay.

17       SPEAKER:  So in essence the folks that are

18  sitting here that I know that I covet and love went

19  forward and provided Patrick Byrne some very valuable

20  information, and that's how all this sort of got the

21  ball rolling.  It took many hands and light work, or

22  heavy lifting I should say to get this going, but that's

23  another testimony to Patrick Byrne.

24       PATRICK BYRNE:  Well, thank you.  That was

25  actually Shelby and Steve.

1      SPEAKER:  So Patrick put them on blast.  Steve

2  Robinson, Shelby Bush, stand up and say hello.  We, the

3  people, USA alliance.

4      PATRICK BYRNE:  They showed up with some other

5  whistleblowers.  We had them in a different hotel.  Some

6  of this is described in the book.  Shelby and Steve are

7  the among the people I'm referring to, and we got them

8  spread out in different hotels.  We had different people

9  debriefing, but I spent at the very beginning a couple,

10  three hours with them, and I had kind of a philosophical

11  understanding of what had happened at 30,000 feet you

12  get just from looking at the electoral college kind of

13  stuff.

14      They had -- they were, you know, the

15  grasshopper's eye view of the whole situation and had

16  stories every already.  We met, it must have been

17  just a couple days after the election, right, maybe

18  the weekend, maybe November 9th or so?  And I started

19  talking to them, and the stories they had.  It all

20  started working together seamlessly.

21      We had been going through -- well, the

22  manuals, the operating manuals of the equipment

23  companies and saw these crazy facts that you could

24  adjudicate.  Like when the machine doesn't read your

25  vote it goes into a file to be adjudicated.  It is

1  adjudicable, and it might build up a stack of a

2  thousand, not actual paper ballots but digital

3  images, and nothing -- it's right there in the

4  operator's manual.  The precinct administrator can

5  come by with a mouse click, pick them up and drag

6  them and give them all to Joe Biden or whoever they

7  want.

8          That's so obviously a design flaw, and I

9  was horrified.  And Shelby and Steve then come in

10 with information, for example, they walked me through

11 the whole Sharpie, I call Sharpie switcheroo and that

12 just matches so perfectly.  What really caught my

13 eye, they had stories of people who were being told

14 the people who worked in the precincts were being

15 told by their bosses you've got to get every Bic pen

16 out of here, just being adamant about every Bic pen

17 had to be.  It had to be Sharpies, that grassroots

18 information.

19         And the other thing, I mean, they were part

20 of a grassroots movement that they were the center of

21 gravity of.  Did you tell me there were 2,000 people

22 at some point.  As all your grassroots information

23 started bubbling up in different grassroots networks,

24 and there were many of them around the country with

25 many like Shelby and Steve but none as good, and they

1  harnessed dozens or hundreds of people's information

2  and turned it into information that piped up and got

3  to the right places.  So we would have been really --

4  we had a bunch of theories until we had the data.  We

5  had a bunch of hypotheses of what was going on, and

6  it was really the grassroots effort, and that only

7  worked because of people like Shelby and Steve, I

8  don't know if you call yourselves organizers or just

9  central figures that harnessed all that power of the

10  grassroots and turned it into valuable information

11  for us, so you really are heroes.

12      ANN:  So good.  You see, we all have power,

13  everybody.  And these folks all work full-time jobs, yet

14  they managed to accomplish this.  It just tells you.  We

15  all have the power within us.  God gives it to us every

16  day.

17      Joe Oltmann.  Phil was talking about color

18  revolutions.  You managed to get embedded in Antifa

19  and figure out that there was somebody who was very

20  high up at Dominion voting systems who was a member

21  of Antifa.  He exposed himself right before your

22  eyes.  How do you see Antifa playing a role in color

23  revolutions, and are they sort of -- is Antifa

24  deployed worldwide as an asset under a different

25  name?  Is it all part of the CIA cyop worldwide in

1  order to take control of governments worldwide?

2      JOE OLTMANN:  Has anybody seen Bourne

3  Identity?  So do you remember in Bourne Identity where

4  they had Antifa on the street.  They were talking about

5  being anti-fascist.  Any idea when that came out?  That

6  was nearly 12 years ago that came out.  So this is was

7  not something.  They perfected it overseas and brought

8  it here.

9      They perfected the idea of creating chaos

10  to make you afraid, to you intimidate you and

11  threaten you.  And the one I will say about Antifa is

12  that they are everything that they say that they are

13  fighting against, right.  They are the fascists, they

14  are the liars, they are the pedophiles, they are the

15  rapists, they are the rapists, right?  But they want

16  to convince you that you're a bad person.  So what

17  we're experiencing with Antifa and with color

18  revolutions, you know, you can see it with a lack of

19  accountability and chaos.  There's opportunity in

20  chaos.  Anybody that runs a business and you know

21  that if you have chaos in your business someone is

22  taking something out the back door.

23      Well, the same thing is happening in our

24  country, only what they're taking out the back door

25  is the Constitution of the United States, so yeah.

1        I will say this for such a time as this.

2  We often say to ourselves what can I do.  There's

3  nothing I can do, and I'll challenge all of you.

4  We're being attacked by -- and Ard Pavlowski

5  (phonetic), the pastor up in Canada, we brought him

6  down to the U.S. and I've been sending him all over.

7  I paid to bring him down and I've been sending him

8  all over the country to talk about this.  but we

9  talked about hyenas and a pride of lions, and the

10 pride that we have, and it's a good analogy because

11 they're hyenas.  Yet we separate ourselves.  We put

12 fences in between each one of our homes.  We get

13 separated by the most petty and stupid things, not

14 understanding that there is one thing that binds us

15 together, and that is being an American and the

16 Constitution.  And so we can become the largest pride

17 of lions, and we can destroy the hyenas, and I think

18 that's something we have to do.

19        ANN:  Well, said Joe.  Well said.

20         Bob Hughes, you are a printing and

21 marketing expert.  This is a conversation that we had

22 just the other day.  We were talking about car

23 washes.  How many of you ever used a car wash 20, 30,

24 40 years ago.  Still use them together, right?  You

25 go in, maybe today use your credit card, but back

1  then you could put a five dollar bill, a ten dollar

2  bill, and if it was bogus or wrong it spit it out,

3  right?  How is it that that technology that existed

4  all those years ago seems to be absent or missing in

5  our voter search integrity, in our ballot machines?

6          BOB HUGHES:  That's an interesting question.

7  When we first started looking at ballot integrity, for

8  most of you that don't know, I'm actually sixth

9  generation native Arizonan, lived here, grew up here,

10 went to ASU, managed the largest printing company in

11 Arizona, and for 16 years I printed the Maricopa County

12 ballots.  I supervised the printing of it.

13         So when I looked at that, and I've used

14 this analogy a number of times.  when you're trying

15 to create something secure, somebody said, you know,

16 secure your house, lock your doors, have cameras,

17 have security, you know, put double locks, make sure

18 your windows are locked.  When I started watching

19 what they were doing with this election, I started

20 seeing the immediate changes right towards the end in

21 July right before we started voting, it made

22 absolutely zero sense to somebody who knows printing

23 and knows all the things you could do to secure this

24 election, they were stopping absolute everything that

25 could secure this election.  And when you see that,

1 the only thing that you could draw from that is they

2 don't want this election secured.  There's something

3 they're intending to do, and unless we pay attention,

4 we're going to miss it, and what we found out is we

5 needed to do that.

6         So I got involved.  I was actually retired,

7 came out of retirement and said we need to do

8 something about this, got in stuff with a bunch of

9 people, ended up talking to Jovan Pulitzer who many

10 of you saw here today.  And I said Jovan, I know

11 you're going to look at these things, but there's

12 like seven other things you should be looking at,

13 many of these way more important, many of these

14 things that nobody knows about, not people don't

15 realize.

16         I'll give you an example.  When a ballot is

17 created, everybody thinks you can just go duplicate

18 off that ballot and submit it.  What most people

19 don't realize is there were 67 versions of the

20 Maricopa County ballot this year, okay.

21         ANN:  Is that a problem?

22         BOB HUGHES:  Well, it's not a problem.  In

23 fact, it turned out, what almost most of you don't know

24 is I designed the audit of this election for all the

25 printing and the paper and the authenticity of these

Exhibit 143 The Deep Rig

120

1  ballots, put the cameras in place.

2       ANN:  You were in charge of the cameras at the

3  Coliseum?  Bravo.

4       BOB HUGHES:  As you saw us getting sued over

5  and over again, what they were suing us for is they

6  wanted to know what we were doing.  Why would they have

7  a camera.  Why would they be shining different colors of

8  lights on those the ballots.  You're not supposed to

9  look at that.  You're supposed to count.  Stop it, stop

10  it.

11       Well, there's only one, and I say this over

12  and over again.  There's only one reason you wouldn't

13  want us to you validate the most secure election in

14  history, only one reason, and that's that you know

15  it's not the most secure election in history.  So the

16  point of the audit was when they sued, I kept saying

17  to our attorneys it's really simple.  Just tell them

18  this.  The contract says we're only to count legal,

19  authentic votes.  That has to be on a legal authentic

20  ballot and I can prove that, and so that's where we

21  went.

22       The other thing that I think is very

23  interesting is they keep saying they don't know what

24  they're doing.  They're idiots.  These people are

25  ridiculous.  They have no idea what they're doing.

Exhibit 143 The Deep Rig

121

1   They've never done this before.  This is the first

2   time in the history of the United States, number one,

3   that it's ever been done, but more important, it's

4   the first time it's ever been needed, and it was

5   done.  I can tell you that -- I could go over all the

6   process and you'd all understand.  But when a ballot

7   gets created, think about this, it's like you're

8   building created from SRP.  They go out and they get

9   your voter identification number and they find out

10  what precinct you live in, what city, what county,

11  where your school districts are.  All of that

12  information has to be accessed to create the proper

13  ballot exactly for you because you have to vote for

14  the right candidates in a city mayoral election,

15  council elections, JP elections, the legislative

16  district, the congressional district.  Think of those

17  as maps that overlay the Maricopa County area, and it

18  creates all these little sections, and all these

19  people get a very different ballot.  So if somebody

20  did what we were told they might have done, which was

21  gone out and just duplicated a bunch of ballots or

22  put the same ballot in many times or any of these

23  kind of things, I knew there was a way to find that

24  out.

25          And so what we did is the cameras are not

1 really cameras frankly.  They're digital cameras,

2 digital cameras that are forensic.  Those are

3 actually police forensic cameras.  They're very, very

4 high speed, high definition digital cameras.  They

5 make a scanned ballot.  So we scanned that ballot.

6 We then used, and we're doing right now, we're using

7 optical character recognition, we're looking at

8 what's in place on that ballot based on who that

9 ballot is, how many should there be, can there be

10 this many.  When the details come out, I can't say

11 much.  I know Karen Fann is going to release a lot of

12 this on Monday.  What I can tell you is you now will

13 have the most authentic count of every legal

14 authentic ballot you could possibly have.

15      ANN:  Thank you, Bob.  Look at that, a

16 standing ovation.  That's awesome.

17      BOB HUGHES:  Thank you.  The secret weapon

18 that nobody knows.

19      ANN:  Roger Richards, you directed this

20 incredible film.  Contrast directing this movie to the

21 many overs that you have and why you feel that this is

22 going to be set apart from all the other ones that

23 you've done.  What is it that hangs in the balance for

24 you as a director that you said I have to make a

25 departure and go in this direction right now?

Exhibit 143 The Deep Rig

123

1        ROGER RICHARDS:  I think one of the most

2   important things right now is there's this label

3   lynching thing where they want to call everyone sitting

4   here conspiracy theorists.  They want to call all of us

5   conspiracy theorists.

6        Do you guys know where the origin of that

7   word came from?  Came from Kennedy exactly.  That

8   repetition, that spell being cast over and over and

9   over to try to discredit people and try to discredit

10  us for documenting these things, watching these

11  things, that label, conspiracy theorist, has now been

12  borne into a new genre, and we call it true

13  conspiracy.

14        If you guys know about true crime because,

15  you know, everybody likes true crime novels, they

16  like true crime podcasts.  This is the generation of

17  true conspiracy film making.  This is where citizen

18  journalists get involved and they take on undoing

19  those conspiracies.  No longer do they get to call us

20  conspiracy theorists and it affects us.  I laugh.  I

21  wear it as a pride on my shoulder shirt.

22        I'm welcome to point out these things,

23  share these stories with incredible men, women,

24  people that have put their lives on the line to tell

25  those truths, and it's the responsibility of the

1  artists right now, other film makers, writers,

2  bloggers to get involved with telling the truth.

3  Don't be scared.

4          I know whenever you kind of publish

5  something and you get hammered with censorship.  I

6  know Steve and I have had that happen, it can be

7  incredibly disheartening as an artist to see your

8  work not make it out there because of censorship.  We

9  need to embrace that and push that forward.  Thank

10  you.

11          And one of the messages that I feel so

12  called to in this film is, you know, when you watch

13  the Deep Rig and you're truly horrified at the state

14  of our election integrity, the outdated state of

15  these systems, don't lose heart.  This is a time of

16  celebration.  They revealed themselves to us.  We see

17  who they are.  Thank you.  Thank you For revealing.

18          ANN:  Okay.  Last question before we start

19  taking questions from the audience I'm going to come

20  down and stand on the floor here.  Patrick, is this

21  going to be your last movie or are you now going to get

22  into the film making business?

23          PATRICK BYRNE:  No.  I hope this is my first

24  and last movie.

25          SPEAKER:  Why?  It's such a good one, why quit

1  now?

2      PATRICK BYRNE:  Well, you know, if this plays,

3  it should generate a fair bit of revenue for the America

4  Project.

5      SPEAKER:  Can you explain the revenue

6  generating aspects for the people out here as well?

7      PATRICK BYRNE:  Yeah.  I gave my share in the

8  movie to the America Project, and the America Project is

9  something that I started and Joe is on the board and

10  his -- well, Joe and his brother Mike and myself started

11  an enterprise which is basically, as pretentious as it

12  sounds, we think it's what needs to be done to save

13  America.  It's an enterprise that is really built for --

14  we know that Americans must now feel like I felt the

15  first time I got exposed to jujitsu.  I was a black belt

16  in tai kwon do, I was a wrestler, I was a boxer.  I

17  thought I could take anyone.

18      First time I wrestled I got enrolled with a

19  guy named Boyce Gracie (phonetic) who went on later

20  and became this famous guy.  I just learned fighting

21  somebody in jujitsu there's no way to fight back.

22  You don't know how to fight back, and that's what I

23  see in America today, that people are all asking what

24  do we do, how do we push back.

25      We built the organization for you.  It's

Exhibit 143 The Deep Rig

126

1 the America Project.  It's just what Mike Flynn and

2 Joe Flynn and I knew what was needed.  So all my

3 money from this goes to the America Project, and

4 maybe the American Project will do you subsequent

5 movies or more detailed movies.  One never knows, but

6 it's not the main point of the America Project.

7        I have one little request.  I wish everyone

8 watching -- the America Project was built -- Mike

9 Flynn understands this stuff better than anyone you

10 know.  He's a three star general of military

11 intelligence who spent his career involved in cyops

12 and all kinds of things.  He sees what's going on

13 better than anyone you know, and we built a system

14 that lets you push back.  It's a network of networks.

15 It's a way citizens can join, get information,

16 straight information about what's going on, and to be

17 given ways to push back.

18        If you have a chance, I don't know if it

19 was added to the movie, but I do want that the

20 movie -- is it in there?  Actually if I could make a

21 request, and it's real simple to remember.  Two

22 things you need to remember, the word USA and the

23 number 84576, 845 like a certain president you know,

24 and 76 like 1776.  Text the word USA to 84576 and

25 that connects you into our network, and we want to be

1  in touch with you.

2        We think this is going to be a mass

3  movement.  We saw how they -- they did a very

4  clever -- Mike and I always talk about I kind of hope

5  I meet the guy who organized this and I kind of want

6  to tip my hat to him.  I mean, it really was slick.

7  They pulled it off.  They have a very organized mass

8  movement that we saw last year, only it's not nearly

9  as mass as they pretend it is, but they're very good

10  at orchestrating and it's all part of their cyop.

11        We have a legitimate mass movement forming.

12  It's already formed.  It's a hundred million strong,

13  and we need you to be part of it.  You're going to

14  have opportunities to -- there's going to be rallies,

15  there's going to be all kinds of ways to be involved,

16  so we'd like really like you to join the America

17  Project it's kind of in the background.

18        JOE FLYNN:  I'll add to that.  I'll say it

19  kind of bluntly.  They're really good at what they do.

20  Our enemies are very, very good at what they do.  We

21  suck up to this point.  That's why we're in this mess

22  we're in.  So we said, we decided okay, we're young

23  enough, hopefully we're smart enough, hopefully we've

24  got enough years left, we've got to organize in a much

25  more aggressive fashion to get the American people to

1  understand we have to work together to keep this country

2  as a constitutional republic.  We're going to create

3  this network of networks, and we're going to work our

4  asses off for the American people.  It's that simple.

5          ANN:  Here, here.  Text USA to 84576, 84576.

6  Text the word USA.  Support the America Project because

7  they are going to help teach us how to fight back.

8  Thank you very much for that.

9          PATRICK BYRNE:  And it's not that we're asking

10  for financial support.  That's not what it's about.  We

11  want you to join the network.  This is Mike Flynn's, you

12  know, this is General Flynn's network of networks.  You

13  can think of him as the inspiration and my godfather

14  giving me advice.  I'm the CEO running the thing, but

15  this is going to be very powerful, and this is just what

16  we need.  The other side has been much better than we

17  have been, but this is Mike and my's idea how to remedy

18  that.

19          SPEAKER:  Colonel Phil, we also have Bobby

20  Piton and Jovan Hutton Pulitzer coming in on zoom here

21  in a minute.  Go ahead, Colonel Phil.

22          COLONEL PHIL WALDRON:  To put a finer point on

23  something Joe said earlier, you know, what's the face.

24  Patrick last September was at an intel brief, and I had

25  a little triangular diagram.  Up in the top corner was

Exhibit 143 The Deep Rig

129

1  the seventh richest man, Prince Alali Talil Ben Saud

2  (phonetic, grandson of King Saud.  Up in the top corner

3  was George Soros.  Their connections, they're business

4  partners.  The bottom corner is Bill Ayers, a convicted

5  terrorist, Weather Underground.  Next to him was Barack

6  Obama.

7         Bill Ayers asked the funder, the United

8  States money manager for Prince Alali Ben Talil Asaud

9  to pay for Harvard law school for this young guy that

10  was sitting next to him.  So the other connection

11  back between Soros and Obama was that Soros funded

12  Barack Obama's first presidential campaign.

13         So when you look at the money, to put a

14  finer point on what Joe said, the hand of the puppet,

15  it is a cabal based off Saul Olinsky's (phonetic)

16  Rules for Radicals, and it is Sorosian money.  And we

17  always said in the counter terrorism game, General

18  Stanley McChrystal, General Flynn, who was his chief

19  intel officer for years and years, that it takes a

20  network to defeat a network.  We found through the

21  chasing the money trails there was about 210 at least

22  nonprofits, NGOs and foundations that Soros was

23  linked to, the Tides Foundation, all of these for the

24  Ford Foundation, Act Blue.  And a lot of it your

25  churches might even contribute to because you don't

Exhibit 143 The Deep Rig

130

1  know what their true aim is.

2      Each one of those has about four

3  subordinate organizations, so what Joe, General Flynn

4  and Patrick are talking about is we're going to

5  create a network to defeat a network, and that's

6  really how we fight this.

7      ANN:  And that's where you come in.  Remember,

8  text USA 84576.  Be part of the network.

9      I'm going to get down on the ground.  We

10  also have Bobby Piton and Jovan Hutton Pulitzer.

11  Where are they coming in from?  Zoom?  Hey, Bobby.

12  Good to see you, Bobby Piton.  Yes, that's right.

13  Your next senator from the great state of Illinois.

14  He's going to make sure that state cleans up its act

15  and maybe kicks 44 to the curb.  Bobby Piton, can you

16  hear me?

17      BOBBY PITON:  Yes, I can hear you.  Can you

18  hear me okay?

19      ANN:  We got you loud and clear, 55, Bobby.

20  Talk to us a little bit about dolphin speak.  You speak

21  mathematics.  You're a quant.  Your manage lots of

22  money, but you also know how to see patterns in the

23  chaos, specifically the number patterns that you

24  uncovered.

25      I want you to explain to the audience here

1  what you talked to me on Steel Truth about several

2  weeks ago when you saw election fraud that looked

3  like it was occurring in Pennsylvania, but somehow

4  votes were disappearing there and reappearing in

5  Georgia.  How did you identify that and how massive

6  is it, and will it actually impact the Georgia audit

7  should that get going?

8       BOBBY PITON:  Yes.  So what ended up happening

9  in Pennsylvania is I did last name analysis to try to

10  understand what happened to 695 names that I had come up

11  with that went missing.  And when I was going through

12  that analysis, I was trying to figure out structurally

13  how would you make that happen unless you created a

14  stock for each last name as though it was a portfolio

15  because it's tough to figure out how to randomly just

16  destroy 690,000 plus people out of 9 million.  But if

17  you can figure out how to destroy particular last names

18  to within a specific party, it will be harder to detect

19  because you aren't really thinking when you're going

20  through all the results, you know, I'm going to try to

21  see if the last names of this person are missing.

22  You're going to focus on party.

23       And so the probabilities of each particular

24  last name had, you know, they had -- the probability

25  of one party versus another, they would kind of even

1  out so you would destroy, you know, 40 percent Dems

2  in one last name, 60 percent Rs, and then you would

3  destroy maybe 70 percent Rs and 30 percent Dems, but

4  you had smaller numbers and larger numbers.  And I

5  think what happened is President Trump won so much in

6  terms of Americans of color, some particular

7  Americans of African descent and Americans of Mexican

8  descent that their probability distributions got

9  annihilated in this election.  So what basically, you

10  know, I think what they did in Pennsylvania is they

11  did what Joe Biden said, which is, you know, you

12  ain't black if you don't vote for me.

13          Well, what Joe did and his crew was they

14  just destroyed those votes because like I think the

15  Jacksons and the Browns in Philadelphia went missing,

16  but they're in the other counties across

17  Pennsylvania.  And then mysteriously they showed up

18  using that same set of math, and what I have come up

19  with with regards to the last name analysis, they

20  showed up in Georgia.  So it's very odd that the math

21  that I came up with that I testified in December, you

22  know, that there was an article that was dropped

23  yesterday by Gateway Pundit, that the time stamps

24  matched what I had said.  I think my number was just

25  under 12,000 names I couldn't account for out of a

1  thousand last names.  I think their number was 12,600

2  off of like 2 million plus records that were

3  examined, but I did the statewide numbers.  So the

4  statewide numbers dropped 12,000.  I think these

5  focused on Fulton County and maybe like one part of

6  Pennsylvania, but the same analysis would apply.

7       But can I mention one thing about this

8  Dolphin speak, and just going to the next round of

9  what they're going to try to pull against us?

10      ANN:  By all means.

11      BOBBY PITON:  Yeah.  Right now what I'm

12  noticing that they're doing is they're trying to buy

13  properties across the United States through sovereign

14  wealth funds.  In particular I think they're coming out

15  of some sovereign wealth funds in Europe.  They're

16  buying up properties specifically in precincts and

17  counties across America that they're looking to flip.

18  And the other thing they're doing, they're pushing

19  really hard to build apartment complexes in these

20  various communities that they can literally -- they've

21  weaponized our capital markets so they're inflating the

22  value of various companies that are traded in the United

23  States, and then they use that stock as a currency to go

24  purchase land as well as properties so that then they

25  can subsidize housing to possibly to communists, right,

Exhibit 143 The Deep Rig

134

1  as well as to illegals and I guess you can say refugees,

2  and it's not a surprise that, you know, you look at

3  Minnesota and what happened there with 25,000 Somalies

4  that they've weaponized our immigration system, and now

5  they're weaponizing our housing through the capital

6  markets to win the next round.  So they're literally

7  trying to undermine the core principles of democracy.

8        So as a U.S. senator, I just want to make

9  it very clear, if I were to get elected to the U.S.

10  senate I would push to ban the purchase of property

11  by foreigners on the United States, you know, unless

12  they had a different tax rate than us.  So Americans

13  might have one property tax rate, foreigners might

14  have a tax rate that's five times higher and they

15  have to register, and then nobody can vote in that

16  property unless they're truly vetted by the NSA, and

17  that they're not taking orders from China because I

18  do think a lot of Chinese citizens -- they're

19  monitoring our votes in realtime.  They know exactly

20  how you're voting, and if you have a million people

21  that might be communists from China on U.S. soil,

22  they're probably being threatened or their family is

23  if they don't vote a specific way, and this is the

24  next big war for 2022.  I'm very nervous.

25        Like even in my neighborhood, I see all

Exhibit 143 The Deep Rig

135

1  these damn apartment complexes going up in different

2  neighborhoods where there's five, six hundred

3  thousand dollar homes, $700,000 homes, but then you

4  have these $200,000 apartment buildings, you know,

5  springing up like wildfire, and I don't think it's a

6  coincidence.  I think that they're literally, you

7  know, trying to plant the seed to steal it through

8  property like, you know, legally.  They're

9  weaponizing our structures, so we have to fix the

10 structure now before it gets to that point we can't

11 reverse.

12       ANN:  Thank you, Bobby.  Now you see just how

13 diabolical they are, how intelligent they are using our

14 system against us and they're rigging the entire system.

15       Jovan Hutton Pulitzer.  You're here

16 somewhere on zoom.  Hopefully we can bring you in.

17 there he is.  Did anybody see that meme that Jovan

18 put out recently?  I believe he had a hair

19 transplant.  He was with Steve's hair.

20       JOVAN HUTTON PULITZER:  I did.  I got Steve's

21 beautiful hair on my nice, shiny head and I must say, I

22 looked marvelous.

23       ANN:  Jovan, you're probably one of the

24 smartest men in the room, if not on the planet with all

25 the intellectual property you developed, the patents you

1 have, the technology you developed.  Very simply, how do

2 we fix this election process so that the fraud cannot

3 happen, whether on paper ballots, machine counts?  What

4 do we do here?  Is there a very simple fix to this?

5      JOVAN HUTTON PULITZER:  Absolutely there's a

6 simple fix to this.  It's not over and we can fix this,

7 and it's very simple.  It's just controlling the paper

8 very simply, which is out of control, and then taking

9 all these disconnected machines from these voting

10 companies that they call air gaps, but it really means a

11 person takes the information and carries it to a machine

12 and plug it in over here and kick every one of those

13 damn machines to the curb and only use a very simple --

14 one machine that's not a computer that takes your vote

15 in, and all of the stuff that we're learning in the

16 audit, all of the stuff that we're catching, all of this

17 incredible brain trust that has been put together and

18 all these little holes being plugged, we get that voting

19 system in based on what we're doing in the audits which

20 I've designed, this will never, ever happen on American

21 soil ever again, period, no matter what.

22      But the most important thing you have to

23 understand is the system, the cabal which shuts down

24 speech, just gave every one of you watching this or

25 sitting in this audience, they handed you the keys.

Exhibit 143 The Deep Rig

137

1  See, when this corruption goes on, many times they

2  get deranged, they get too greedy and they overdo it.

3  And then when you put big brains like Bobby and stuff

4  in it and start plugging these gaps, we can plug

5  them.

6        But do you know what's really interesting?

7  Due to the fact that not only do I think this movie

8  will be the shot heard around the world and will

9  become viral thanks to Patrick and Steve and

10  everybody just making this happen, here's what's most

11  important.  Each one of you out there because they

12  rejected this movie and they're censoring it, you get

13  to become the distributor.  You get to become the

14  movie theater, and that's one of the most brilliant

15  things that Steve and Patrick and everybody has done

16  is if you look at the site where you can sign up, you

17  need to have backyard parties, you need to have

18  parties at your company, you need to have viewings at

19  your church, at your business, your sports teams,

20  everywhere you gather with everybody.  Get it

21  together and do it and pull those people in and open

22  their eyes.

23        But most importantly, see, I don't think

24  most Democrats want to cheat.  If it was like my

25  family, they voted Democrat because hey, that's what

Exhibit 143 The Deep Rig

138

1  brought our country out of the Great Depression and

2  my dad was one of 16 kids, and he just owed it to the

3  Democratic Party because of FDR.

4        What you need to you realize, loyalty to

5  them is not where it's at.  It's their loyalty to

6  you.  And so if you will take advantage of the

7  opportunity you have at the DeepRig.movie and look at

8  that blue button on the right where you become the

9  distributer, one simple fee, you gather everybody and

10  basically pull all your democratic friends.  You can

11  still have friends.  Y'all can still have debates and

12  talk.  but I think when they see this evidence so

13  succinctly presented, you are the front line that

14  will save America.  And all of you ask what can I do.

15  That's what you can do.  Take their power away and

16  you become the theater and let's make this film the

17  most watched film ever.

18        ANN:  Absolutely.  Did you hear what the great

19  Jovan Pulitzer said?  You all are the distribution

20  points.  If you go to the DeepRig.movie and you click

21  that blue button on the far right, you can become the

22  distributor yourself, have parties at your home.

23        Importantly, like Michael Flynn believes,

24  he's a key player in the health and freedom

25  conferences which are going around the country,

Exhibit 143 The Deep Rig

139

1  churches need to get engaged again.  We are all

2  children of God, we are all given free will.  We

3  should be allowed to exercise our most sacred coveted

4  freedom, which is your vote.  And right now this is a

5  nonpartisan issue, so take this to your pastors and

6  say can we please play this at church, or at least do

7  a gathering for a picnic.

8         This is your call to action right now.  Go

9  to the DeepRig.movie.

10         All right.  Thank you so much.  Go ahead,

11  Patrick.

12         PATRICK BYRNE:  May I put a footnote on what

13  you just said?

14         ANN:  Please do.

15         PATRICK BYRNE:  This price -- has been priced,

16  that blue button, and folks watching on live stream

17  should think about this, this has been set up thanks to

18  Steve and Roger's brilliance as a way people can really

19  make money out there, and I mean good money.

20         Just for your reference, I would imagine

21  each of these wedges, that wedge probably holds about

22  six hundred people if it's full.  You can get a

23  license to show this movie at a dollar a seat.  So

24  you can rent a local theater -- is it a minimum of

25  200 or 500?

1          SPEAKER:  Five.

2          PATRICK BYRNE:  500.  So rent a local theater

3  with 500 seats.  You pay $500 for the license to show

4  that once.  You fill it, sell the seats.  I don't know

5  what a movie ticket costs these days 15 bucks, 20 bucks,

6  you know, you keep the rest.  You're giving us 500

7  bucks, make $8,000 in revenue, pay us the 500.  This has

8  been priced so patriots can make money.  This has been

9  priced so people can make good money for taking a couple

10  afternoons and organizing something like that.  You can

11  make a few thousand dollars, I think, or more, and

12  there's no reason that you can only do it once.  It's

13  only for the month of July.  This is probably going to

14  be over early August.  But we hope -- we've been pricing

15  this at a dollar per seat of the venue you lease, or you

16  pay $45 dollars and you can stream this and show it in

17  your living room to your friends.  But if you get a

18  movie theater, pay a $500 licensing fee, you might be

19  able to make five or ten thousand dollars in revenue.

20  So it has been set up to incentivize you with this very

21  low -- the public with this very low fee to us so people

22  can just make money for the next month.  Basically what

23  you charge for the tickets you're going to be able to

24  keep, all but a dollar, so that's pretty profitable.

25  Some.

1          So what we want people to do is do this a

2    lot around the country and that becomes the marketing

3    arm.  So you become the marketing arm, and we need to

4    do this because Steve -- I did not even know this,

5    but this venue was the first in a hundred.  We've

6    been turned down for a hundred venues to play this.

7    people are -- we don't have a way to get this

8    distributed without you folks doing that for us

9    because of the -- but if you, and I'm talking to the

10   people on television, want to pick up a few thousand

11   bucks.  I could do this, if I were 18 years old and

12   still doing things like this, I'd be out there and in

13   two days I'd have this organized and make five grand

14   and I'd think I was real smart.  But that's what I

15   used to do is I looked for things like that.

16          So any entrepreneurs out there on the live

17   stream watching this, some 20-year-old guy or girl.

18   This is how I got started.  This is what you do.

19   This is the sweetest opportunity I can think of.

20          ANN:  Outstanding.  All right.  We'd like to

21   have you all come on up to the stage, and if have some

22   questions I'll put the mic right in front of you.  Come

23   on.  Let's line up here.  State your name, please.

24          TERRY:  Hi, I'm Terry.  I live in Phoenix.

25   Can I ask a question for Jovan?

1          ANN:  Please.

2          TERRY:  Jovan, did Packy ever get ahold of you

3   because I still have his balls?

4          JOVAN HUTTON PULITZER:  You have to understand

5   what this is, folks.  On my stream some guy got on and

6   challenged all of us, said we were idiots and it was a

7   scam, and I love trolls, and so I invited Packy.  His

8   name was Matt Patty, and so I said okay Mr. Fudge

9   McPacky.  Why don't you come on.  I'll send you a link

10  and you join me here in my link right here, and you

11  explain why Patrick and General Flynn and I and all

12  these people involved are scam artists.  Of course we've

13  got tons and tons of people watching.  Of course, they

14  don't take you up on that because they're not interested

15  in debate, and it's exactly like Patrick has said in the

16  past in interviews.  It's this because culture.  They

17  can't explain anything.  They say it's a conspiracy,

18  it's fraud, it's a sham, but they won't tell you why it

19  is because they can't give the second half of the

20  answer.  So the audience extracted a little, shall we

21  say retribution on Packy because he wasn't packing his

22  balls with him and he didn't put them up on the table

23  and join me, and he kind of lost his manhood courtesy of

24  patriots.

25          TERRY:  Thank you.

1        JOVAN HUTTON PULITZER:  Arizona had the balls

2  for America to make this happen.  Arizona, you're the

3  heros.

4        ANN:  Thank you, Jovan.

5        Okay.  State your name.

6        MARTIN LYNCH:  Martin Lynch, and my question

7  is for the panel and also for everybody here in the

8  audience.  I think that we all agree that election

9  integrity, I'm as passionate about it as anybody in the

10  room, that our major barrier is the other 99.9 percent

11  of the people out there that we have to reach, or at

12  least put it in front of them.  And I think that we all

13  recognize that Section 230 is a ginormous impediment to

14  that.

15        And so my question, I'm just going to put

16  everybody on the spot, is how many people have filed

17  their Packingham lawsuit to challenge Section 230.

18  Packingham is a 2017 Supreme Court decision that

19  unanimous Ruth Bader Ginsburg all the way to Clarence

20  Thomas, they all agreed and they stipulate by name

21  Facebook, Twitter, Linked In, and of course you can

22  also say You Tube, that is the public square.  And

23  speech that is in the public square is protected not

24  only for you to speak it, but for me to listen to it.

25  So right now I'm drafting a lawsuit against Twitter

1  because they took down Project Veritas, and I have

2  the right to listen to, according to Packingham and

3  the 14th Amendment where it says you get due process.

4        Due process is required before my

5  fundamental rights can be violated.  Twitter does not

6  have the authority because they're a private company

7  to violate my fundamental liberty interests.  And so

8  everybody in this room who's had their speech rights

9  violated either for what they say or what they're

10  allowed to listen to can file a lawsuit, and if these

11  guys are not giving you due process, they lose their

12  good samaritan protections.

13        PATRICK BYRNE:  That's good to know.  I'm

14  going to pass that information on.

15        Just so you know, there's a case that has

16  not gotten much attention, it's up in Massachusetts,

17  it's Shiva, Dr. Shiva, and, you know, another

18  underachieving immigrant over here, MIT, BC,

19  wonderful fellow, great American.

20        He on May 18th, 19th, he had what was

21  supposed to be a two-hour hearing before a judge in

22  Boston.  It turned into 20 hours over two days, and

23  what came out was shocking.  And this judge, by the

24  way, is Reagan's last federal appointment, the last

25  guy who's still in the judiciary.  And this judge

1   blew up, turned a two-hour hearing on a Thursday into

2   a two-day, 20-hour hearing.

3          It turns out that Twitter -- the judge has

4   said, this is going to be teaching this case in law

5   schools for years.  Twitter it turns out to have

6   something called the Twitter Trusted Partner

7   Platform, and in India, and I think the Philippines,

8   and they had turned it over to the government, and

9   then in this last election they did here there's an

10  organization of all the election officials of each

11  state, so it's 50 of them, and they were all given

12  access to their Twitter Trusted Platform.

13          And so the one in Massachusetts was given

14  the controls so she can twist and turn dials on the

15  Twitter panel, the government official does, and that

16  suppresses speech on Twitter.  Well, that's no

17  longer -- that rises above.  This judge evidently

18  picked up on the spot when he discovered in

19  testimony.  This came out in this hearing.  He picked

20  up on the spot.  That rises above the question of up

21  until then the Twitters and the Facebooks have been

22  saying look, we're private entities.  You can't tell

23  us -- you know, we can censor.  First Amendment only

24  applies to government.  We can do what we want.

25          Well, now we know they're just laundering

1 government suppression and political speech. You

2 have government officials doing it through their

3 platform. They're just laundering it. Yeah.

4        And by the way, elections are a government

5 function. The most protected class of speech there

6 is political speech, and the most protected element

7 of the class is anything to do with election

8 integrity for obvious reasons. Now, government has

9 subcontracted some aspects of this duty to some

10 private corporations like count votes or something,

11 but still that fundamental -- just because they have

12 subcontracted it does not mean that private entity --

13 those legal obligations of the government go to that

14 private entity. Government is not supposed to

15 suppress your speech, but if I subcontract, you know,

16 collecting trash to this guy and have him suppress

17 your speech, it's still the government doing it.

18 This is a huge break through that happened a month

19 ago in this courtroom. You should watch Shiva's

20 case.

21        MARTIN LYNCH: It should be a class action

22 lawsuit about what he's talking about. I'd like to talk

23 to you after this.

24        PATRICK BYRNE: Hello, Levi. Smart guy here.

25 I know this guy.

1        LEVI:  I go by Levi or Joey.  Actually my

2  really close friends call me Joey.  I'm an early pioneer

3  software engineer.

4        I've got at couple of hard nose questions

5  for the two of you and the two of you, but I want you

6  to understand, I understand that the real job here is

7  the audit and everybody is tied up with the audit, so

8  I'm going to work hard for you no matter how late you

9  are or how complicated you're making it for us guys

10  but here's my question and they're just hard hitting.

11        On the America'sfuture.net and the America

12  Project, you know, I signed up with 84576 six or

13  eight weeks when and what's it going to be?  We're in

14  the dark.

15        PATRICK BYRNE:  We've been in business for two

16  months, trying to get office space, trying to hire

17  people, trying to get going.  The bulk of our efforts,

18  quite frankly, have been this audit, okay.

19        LEVI:  Yes, sir.

20        PATRICK BYRNE:  You know that from our

21  perspective, very simply, this is the hill we're going

22  to die on.

23        LEVI:  You bet, sir.  I'm with you.  I'm with

24  you.

25        PATRICK BYRNE:  And in doing that, not to say

Exhibit 143 The Deep Rig

148

1  everything else that we're trying to accomplish isn't

2  important.  We've got conversations in Georgia, we've

3  got conversations in Michigan, we're having

4  conversations with grassroots groups like Moms for

5  America, other groups.

6        LEVI:  Yes, sir.

7        PATRICK BYRNE:  Essentially they're coming to

8  us with their plans and we're figuring out how we can

9  fund them and provide them resources.

10        LEVI:  But my question remains when.

11        PATRICK BYRNE:  Now.

12        LEVI:  Is it releasing on the website today?

13        PATRICK BYRNE:  Is what releasing?

14        LEVI:  Is AmericaProject.com releasing this

15  network of networks today?  Where is it?

16        PATRICK BYRNE:  No.  You've got to understand.

17  It's not a network of networks --

18        LEVI:  It's a sign up for a donation point.

19  What's the network of networks.

20        PATRICK BYRNE:  Okay.  Let me explain it.

21  There are a lot of grassroots organizations all around

22  the country in many counties, 3,037 counties I think

23  the United States for example.  And then there are a lot

24  of singular organizations that might be veteran's groups

25  or mights be church groups or might be women's groups.

1  When I say networks, I'm not talking about Alcatel

2  network.  I'm talking about us funding, sourcing,

3  helping, getting resources and things like that.

4        LEVI:  Okay.  I'll back off on that one.  For

5  you two folks there, if it's okay.  On the movie, it's

6  unclear like when the price is going to change or if

7  it's going to be free down those in the future.  We're

8  trying to organize five of these $500s, two in Indiana,

9  two in Minnesota, one in Florida and we don't know when

10  we're going to be undercut with a free download later,

11  and we've had churches tell us we can't do 500, and we

12  want to know if we can subcontract the 500 into 30/30/30

13  and 300.  We don't know.  We're in the dark.  There's so

14  many things like that.

15        PATRICK BYRNE:  I agree the website needs a

16  little bit of work to explain what it is you want to do.

17  I agree that it's ambiguous and needs a little bit of

18  work to explain, and maybe we should drop the minimum to

19  $200 or something, a 200-seat license.  But I agree that

20  the website needs work for those who want to do this

21  thing to host their own venues.  Do you want to comment?

22        LEVI:  I think the $500 is genius because you

23  maybe can organize a calendar, a map and support these

24  groups better.  Maybe I can send fliers for every

25  location.  I'm interested.

1      SPEAKER:  So what we envision in this model

2  is, as Patrick mentioned, the 500.  So we have to start

3  somewhere to get people together.  And when you're

4  getting together, if you have your own personal viewing

5  that you have that you're sitting with your brothers,

6  your sisters, your mother, your father, your best

7  friend, you're watching in your living room, that's one

8  thing.  When you want to get together, we're giving you

9  the opportunity to make money.  This is what you haven't

10  got from the government so far from you.  They want to

11  take your money.  We're taking a dollar for every single

12  person.  How much do you spend every on a cup of coffee?

13  How much do you throw away every single day?  What do

14  you get for that?  Every single day of your life what do

15  you get?  Give a dollar to Levi because he's having it

16  in his town, and get 500 people and get a thousand

17  people, get 5,000 people.

18      SPEAKER:  He's saying --

19      SPEAKER:  I get it, I get it, but this is what

20  it is.  You pay one dollar per person.  We have a five

21  hundred dollars minimum because we want you to get

22  people together.  We want to start everybody gathering,

23  everybody banding together to form your own group of

24  people that will then get in contact with the America

25  Project and get your network involved, and that's your

1  network, and you'll have another network.  It will be

2  networks all over the world.  We'll all be banding

3  together.

4        In that five hundred people, you give us

5  $500 for our movie that cost beyond numbers that you

6  can imagine.  And in that same thing, if you sell it

7  for ten dollars a person, you now bring that 500 to

8  5,000.  You've given us 500, you've made yourself

9  $4500.

10        SPEAKER:  To do whatever you want with it.

11        PATRICK BYRNE:  That's your money.

12        SPEAKER:  Right.

13        PATRICK BYRNE:  You put together one day, one

14  day.

15        SPEAKER:  We need to work on that website to

16  make it even more user friendly.

17        SPEAKER:  Joey, on the network of networks,

18  what this really is, throughout our interactions with

19  people across the country we overlap circles.  Our team

20  works with Patrick's team.  We're not a part of

21  Patrick's team, but we collaborate.  We work together,

22  the same with Joe.  As a result of what happened started

23  here in Arizona, there's a network of telegram channels

24  for audit watches I think for every state now.

25        Each of these states are organizing and

1   they're talking about hey, we're in Harris County or

2   we're in Fort Bend County or we're in El Pass County,

3   Colorado and we want to do something.  How do we link

4   up and how do we get together.  So we're going to

5   bring different speakers on to these telegram groups

6   to cross the state so that they can start linking up.

7        We had a lady, Theresa Beckmeyer said hey,

8   about eight minutes, these are the things that you

9   can do locally to make a difference and to be

10  powerful, and those networks at the local level --

11  and I've got to say there's all guys sitting up here,

12  but as I've been around the country in Georgia and

13  Michigan and South Texas and North Texas, it's women

14  that make this happen.  So if you want to get with

15  Liz, get with Shelby and get with the Republican

16  women's group in your county because they don't take

17  crap, you know.  All of us are married a long time,

18  right.  you know, yes, dear.  Yes.  You get a group

19  of women torqued off, and you'd better watch out

20  because they're coming and they're not going to stop.

21  So thank you for all the strong women out there

22  because y'all make it happen down at the local level.

23       APRIL:  Well, perfect introduction.  My name

24  is April.  I'm from California, but I live in Phoenix

25  now.  First of all, I want to say thank you for putting

1  it all on the line, putting everything at risk, walking

2  away from everything you know to do this for the

3  American people.  We had no hope.  We had no hope at one

4  point and you are giving us hope, and where we go one we

5  go all, and I'm shaking right now because so many of us

6  live in fear and we have to concur that.

7       I will never have this platform again.  I

8  have a recording on my phone of a foreign national.

9  I work in big tech, bio tech.  There is a bot that is

10  already in development that will vote for us.  it is

11  an Italian foreign national who has created a bot

12  that will go our elections and vote for us every day

13  and completely erase the ballot box and our rights as

14  an American.

15       So I'm putting that out there trying to

16  conquer fear.  I'm like shaking right now saying

17  this, but I hope that you inspire more generations to

18  come forward and fight for our constitutional rights.

19  Let's talk after?

20       ANN:  Okay.  We're going to take some

21  questionings from the live stream.  Okay.  Joseph Geizen

22  (phonetic) asks if the Maricopa audit proves the fraud,

23  will the election results be decertified?  If that is

24  the case, then will the military be involved to cover

25  the forensic audits.

154

1      PATRICK BYRNE:  The lawyers distinguish

2  between -- well, what we're doing, which I think is

3  reality.  We're trying to figure out what the truth is.

4  Then they say remedy.  So there's the question of

5  remedy, and then there's the question of what the

6  underlying situation.  I'm all focused on -- I want to

7  reveal the truth.  Step one is everyone's got to know

8  the truth.

9          What the remedy is could be -- it could be

10 an enormous range of things.  But Mike Lindell is not

11 talking through his hat when he says we had data that

12 shows this should be nine to nothing in the Supreme

13 Court.  We really do.  If you look at his recent

14 lawsuit, there's an Exhibit 12 in it.  I have the

15 data behind that Exhibit 12.  It's ironclad.  In the

16 any honest world the Supreme Court should look at

17 this, look at the data.  It's undoubted that five

18 states were swung with 73 votes through cyber attacks

19 from overseas, and that's just one of the ingredients

20 in the cocktails.

21          What they did basically, they had this

22 cocktail that they mixed differently in each of the

23 six places, and they stole all they could.  Then at

24 the end of the day, the last layer is whatever's

25 left, whatever we can't steal with dead people voting

1  or this or that, you know, noncitizens voting,

2  whatever we can't get through with running stacks of

3  fake ballots, whatever's left at the end of the day

4  we're just going to steal through a cyber attack, and

5  they did that, and we have the ironclad proof of it.

6  So it should be nine to nothing on a decision.  But

7  the question is this election was stolen.  The

8  question is what's the remedy.  I'm sure some of

9  you --

10       SPEAKER:  Like the military man.

11       SPEAKER:  Constitutionally I hope that the

12  military is not involved in any remedy.

13       PATRICK BYRNE:  Right.

14       SPEAKER:  Our military has a history and a

15  culture of civilian control of the military, and we are

16  trained in ethics.  We're trained in situational ethic

17  that goes back to, you know, My Lai in Vietnam down to

18  the lieutenant level, and each one of our professional

19  development courses all the way up through the ranks,

20  you're faced with ethical situations.  This is one that

21  no military leader would want and you should not want

22  the military to step in.  It would be just like Burma or

23  Nicaragua or any other Banana Republic.  So the military

24  has a constitutional duty to protect and defend the

25  Constitution against all enemies foreign and domestic.

1 So if it comes to that, if there's a true domestic

2 threat that was, you know, issued and there was a pasi

3 comitadas (phonetics) that the military had to defend

4 against a domestic threat it would do that, and I just

5 pray that the current guy's got, and I retired in 2016

6 so it's been a few years back, but they all have those

7 same constitutional and ethical training to know what a

8 lawful constitutional order is and what not, so.

9        ANN:  Joe, go ahead.

10        JOE FLYNN:  I'm sorry.  I'm going to be the

11 arbiter of reality here for a minute.  We're in a

12 constitutional crisis, so I'm not going to answer from

13 the military side and I'm not going to answer it from

14 the legal side.  I'm going to answer it from the part of

15 the courage is more infectious than fear, and we have to

16 look at what we're dealing with today.  We have 200,000

17 people in London that are on the streets that are

18 screaming and yelling.

19        We can't ignore the fact that or entire

20 judiciary is compromised, our military is

21 compromised.  Is it General Milliken?

22        ANN:  General Milley.

23        JOE FLYNN:  Milley who comes out and says I've

24 read Lenin.  It doesn't make me a communist.  Yet some

25 of the things that we're doing and some of the things

1   that they're implementing at the military, so which

2   military do we get?  Do we get the military that holds

3   up the Constitution or do we get the military that

4   doesn't hold up the Constitution?

5          We're ignoring the big elephant in the

6   room.  We act like the elephant.  We act like we have

7   a string tied to our ankle and tied to a fence that's

8   not even in the ground as it prohibits us from having

9   a voice.  We have a voice as people.

10         When the election information comes out

11  about Maricopa, whatever that information is, if it

12  shows massive fraud, we already know that there are

13  rules for thee and not for me.  We already know that

14  there is unequal application of law, and we know that

15  that unequal application of law means that we live in

16  a society that is lawless, and whatever society that

17  is lawless -- by the way, we have Antifa all over the

18  streets.  They're looting, robbing.  They're getting

19  let go while people that walked into the Capitol are

20  being given sentences of three, four, five years,

21  right?  So when we talk about what's really happening

22  in our society, let's stop trying to put icing over

23  it and say oh, the Supreme Court is going to wake up

24  one day and they're going to grow a conscience.  They

25  had that opportunity, and they said that it was moot

1  because they moved it until after January 20th.

2      So we do have a voice, we do have an

3  opportunity, but unfortunately our voice is going to

4  have to become loud.  We're going to have to find

5  that voice because right now what they did in the

6  election is they took away our ability to have a

7  voice in that election, so now we have to do

8  something after the election that's probably going to

9  be pretty drastic.  And we can't have people in

10  Manitoba and in Canada and London and all over these

11  places that are willing to stand up while we sit at

12  home and say there's nothing we can do because if we

13  don't, if not you, who, and if not now, when.

14      We are in a critical time in our country,

15  and we've had millions of people that have died for

16  this country that have bled to uphold that

17  Constitution.  I'll be damned if I'm going to wait

18  for somebody else to stand up and do something for

19  me.  We are more powerful.  We are more powerful.

20      MARK DELMAISTRO:  My name is Mark Delmaistro.

21  I'm a combat Vietnam veteran.

22      SPEAKER:  Thank you for your service.

23      MARK DELMAISTRO:  More than that, I am an

24  American patriot.  But even more than that, I believe in

25  God and I'm not ashamed or afraid to say it loud and

1   clear.  I believe in God.  God chooses the color of our

2   skin, God chooses if we're a man or a woman.  God

3   chooses our parents and our brothers and our sisters,

4   and God chooses the nation we are born in, and I do not

5   judge God's choices.  It makes no sense to me at all.

6         I just gave you a line that takes the race

7   card right off the table.  Will you use it?  Will you

8   use it?

9         SPEAKER:  Of course.

10        MARK DELMAISTRO:  It's a simple line.  And all

11  the Democrats have is a race card and I just killed it.

12  Will you uses that line?

13        SPEAKER:  Every single one of your lines.

14  Those are all great lines.  We'll use all of them.

15        MARK DELMAISTRO:  And I'm saying that's part

16  of the greatest war in the covenant presentation, and no

17  one's talking about that either, but we don't have time

18  for that.  But please use that line.

19        SPEAKER:  Thank you very much.  Thank you for

20  your service too.  God bless you.

21        SPEAKER:  Thank you.

22        BILL FREETAG:  My name is Bill Freetag.  The

23  audit gave us a chance to fight back.

24        SPEAKER:  Yes, it did.

25        BILL FREETAG:  It gave us a chance to find the

1 truth, and thank you all for what you're doing to find

2 the truth. But the big thing -- I told my wife that

3 truth is did, common sense is dead, and we're watching

4 these elected officials in Washington take our president

5 to impeachment and they're lying in court. They're

6 committing crimes they're not being held accountable

7 for. And if the law doesn't apply to everybody, there

8 is no law.

9          So what I would like to ask, why can't all

10 of us go to Washington and do a citizens arrest and

11 put these people in jail for the crimes they

12 committed.

13          SPEAKER: We had this conversation up in

14 Pennsylvania. A good friend said that, you know, the

15 republic is dead. Our executive branch is filled by an

16 illegitimate legislation. Our legislative branch is

17 dysfunctional. It's broken in functionality and our

18 judicial branch is issuing a bifurcated system of

19 justice. There's the justice system for the Polit

20 (phonetic) bureau, and then there's a justice system for

21 all of us. You know, if all of us did half the things

22 or even ten percent of the things that, you know, all

23 the politicians do on a daily base issue and get away

24 with it, financial crime, sex, all kind of stuff, we'd

25 be in jail, and he said the republic is dead, and he

1  said I'm not willing to let it go yet.  I'm going to be

2  in that cap that Ben Franklin, you know, said.  We've

3  given you a republic, can you keep it.  So I'm still

4  fighting so we can keep it, and I hope that we all, like

5  you said, can do that.

6      I don't -- I'm not a lawyer, I'm not a law

7  enforcement officer.  I know that there are a couple

8  up here and a lot of smarter folks on citizen's

9  arrest, but there has to be justice, and there has to

10  be limits on the bureaucracies that have been built

11  and gotten fat and glutinous over time.  We've got to

12  do what Reagan did to the air traffic control union.

13  He said okay, you're fired.  That's really what I was

14  hoping President Trump would do a lot more of,

15  pushing those bureaucracies outside.  I call it the

16  diamond of death and corruption, DC.  It's a diamond

17  shape.  It's just full of death and corruption.  Move

18  all those bureaucracies out of DC.  Put them back in

19  the states where they belong, and not based on, you

20  know, political puppetry.  But we've got to tear down

21  the bureacracies that are choking our Constitution

22  and our spending our money like crazy.

23      We have to balance a checkbook.  We have to

24  live within our means.  You saw, you know, the guy

25  who's occupying the White House all proud that they

1  got a trillion dollar spending bill.  It's crazy, and

2  that's really what's going to shut down.

3       PATRICK BYRNE:  I want to say this because

4  it's really important.  Critical race theory, gender

5  fluidity, the border problem that we face, all the chaos

6  that they created, it's manufactured to give us no hope.

7  But I'm going to tell you that there's a lot we can do.

8       You know, one of the reasons why I stopped

9  doing protests is because why go there and stand on

10  the lawn and hold up a sign, and you're holding up a

11  sign and nothing happens.  They send you home and

12  like ha ha, we got them good because we are the

13  party.  We are the people of law and order.  We don't

14  want to create chaos.  We don't want to break the

15  law, but there is no law, so when you can't depend on

16  the judiciary, we can't depend on the lawyers because

17  the lawyers really are screwing everything up, and

18  the judiciary is not holding anybody accountable,

19  then what is our recourse.  What can we do?

20       And I would tell you, number one, for those

21  of you that have kids, put your hands in the air.

22  All right.  Your child, think about this, is outside

23  in that parking lot right there and they've got a gun

24  to his chest or her chest.  Which one of you, how

25  many of you would go out there in that parking lot

1  and save your child?

2       SPEAKER:  Absolutely.

3       PATRICK BYRNE:  What do you think is happening

4  with critical race theory?  What do you think is

5  happening when in second and third grade they're

6  recruiting our kids to be gay, when they are changing

7  their entire psyche, when they're starting at a young

8  age and telling them that transgenderism is the next, I

9  don't know, Elvis.  But we're not doing anything.  We're

10  saying the school board says we can't do it.  There's

11  nothing we can do.  We watch as cattle like what

12  happened in Loudon County.

13       Just so you guys know, I gave up

14  everything.  I'm not the CEO of a company anymore.

15  I'm getting attacked by Dominion.  I just found out I

16  am getting sued by Dominion.  I get attacked by Eric

17  Coomer, and look, it's cost me everything.  And you

18  know why I do it?  I don't like people.  I'm an

19  introvert, and I don't need money.  I've been

20  blessed.  I don't need those things.  I do it because

21  you're worth it, because my kids are worth it.  So we

22  have to stop acting like our kids are not in the

23  parking lot with a gun to their head and they're

24  trying to kill our children because they're killing

25  every opportunity, everything we have.  They're

1  saying math is racist now.  They're killing

2  everything that this country has meant and has

3  represented for generations.

4       SPEAKER:  Let me say something.  What you're

5  talk about, the tide is turning.  The tide is turning

6  because of the people of this state and of this county

7  because of the politicians here who had the balls to

8  stand up and do this audit.  This is where we take this

9  country back.  We take it back here in Maricopa County.

10  This is where we do it.

11       ANN:  We're going to take one last question

12  from live stream.

13       SPEAKER:  I have a lot of people asking Gen.

14  Flynn and Patrick said it will get bad after Labor Day.

15  What specifically do you anticipate the goons will do,

16  and how can we prepare?

17       PATRICK BYRNE:  I didn't quite catch that.

18       SPEAKER:  A lot of folks said that General

19  Flynn and you said it would get bad after Labor Day.

20  What do you expect to happen?

21       PATRICK BYRNE:  Well, they started the review

22  of white supremacy in the military early May.  If you

23  count 140 days it gets you to Labor Day.  The financial

24  system is coming apart.  They are just keeping alive

25  through the Federal Reserve and inflating everything.

Exhibit 143 The Deep Rig

165

1  The wheels are -- China and Russia are -- geopolitically

2  it looks like we're moving toward it could be a world

3  war after Labor Day.  I have not verified this so I'm

4  hesitant to use this, but I have read that China is

5  asking Chinese citizens to return home.  Is anyone else

6  aware of this?  I need to verify that, but that's true,

7  that's a day process.  I means that we're all looming

8  towards something.  It could, in fact, be just more --

9  what this actually is, there's actually a Russian FSB

10  guy who retired and lives in Canada, and after 20 years

11  he just left Canada and went to Mexico because he thinks

12  Canada is not safe, and he says -- he also believes,

13  this is coming out after Labor Day.  This is a

14  revolution where the elites, where the super elites are

15  wiping out the elites.  That's what's happening, and

16  everyone's going to end up broke other than the super

17  elites.

18        I just think there's a lot that points to

19  me.  The wheels are coming off in a way.  I do think

20  there's going to be a big reset.  There's nothing we

21  can do about that.  We've survived a hundred years on

22  a debt based, fractional reserve, caingean (phonetic)

23  multiplied system, and it's maybe coming to an end.

24  But I think that they -- I think that they're moving

25  towards going full goon after Labor Day, and our

1   answer to that is going to be information.  This is

2   an information war.

3        I think that we may show -- for decades

4   we've been hearing America is an exceptional country

5   and others among us are saying no, no, no, every

6   country -- Greece thinks they're exceptional.  Well,

7   we're getting our chance to find out because dozens

8   of countries have gone down to what is really a cyop

9   like this.  We're going to -- we have the chance to

10  show that we're exceptional both that we can defeat

11  it and we can defeat it without violence.  We can

12  defeat it with information, and I think we can do

13  that before Labor Day.  Again, I don't know what the

14  remedy is.  I'm not saying the Supreme Court is going

15  to, bang, Donald Trump and he's back in power, but

16  they have to step in.

17       For one thing, the military is going to

18  start being a very funny place because there's

19  military officers Phil was talking about, they have

20  ethical duties to analyze, to understand their orders

21  within an ethical paradigm.  And when they come to

22  understand that their commander in chief is

23  compromised or got there through election fraud or

24  such, it really makes it not nearly so simple anymore

25  for them, so at some point things are going to reach

Exhibit 143 The Deep Rig

167

1  a place where the Supreme Court has to step in, and

2  when that happens, actually I'm not completely

3  pessimistic.  They did not take the case they should

4  have, but they got three justices voting to take it.

5  They need four.

6         When the information comes out that we have

7  now four judges or more are going to vote to take the

8  case, and I actually think the Supreme Court is going

9  to be put in a position where they have to act.  But

10  everyone should be ready for what they come with

11  after Labor Day.  I think they're planning on going

12  full totalitarian.  They're going to declare you, you

13  know, white supremacists, white nationalist.  Miley's

14  out there saying white rage is what caused

15  January 6th.

16         I've been involved in this since August in

17  these communities.  I've been met -- I've never heard

18  one mention of anything the least racial, racialist,

19  anything.  But they're going to try to paint this as

20  fight for election fraud is actually a disguised, you

21  know, white rage thing, and they're going to say

22  52 percent to 64 percent of America is domestic

23  terrorists, and they're going to try to use the

24  organs of the state to suppress them.  And at some

25  point Americans are going to understand that they're

Exhibit 143 The Deep Rig

168

1 the domestic terrorists, it's our government, and

2 we'll stop sit.

3     SPEAKER:  I'm an optimist.  I think that

4 they've pushed us to the limit, and I actually think

5 things are going to be okay because of you people.  I'm

6 an optimist personally.  I know we're in deep shit right

7 now, but we're going to get out of this.

8     PATRICK BYRNE:  All of this would have meant

9 nothing if it were not for the bravery of a handful of

10 Arizona politicians.

11     SPEAKER:  Exactly.  That's actually what we've

12 always needed.

13     BOBBY PITON:  Can I chime in real quick?

14     ANN:  Yeah.  Bobby Piton wants to chime in.

15     BOBBY PITON:  So real quick a couple things.

16 Arizona is going to have over 300,000 fraudulent votes

17 discovered in Maricopa.  That's my new estimate.

18     PATRICK BYRNE:  Bobby, can I take the over on

19 that?  I'll take the over on that.

20     BOBBY PITON:  I hear you.  It might be as high

21 as an 800,000 vote swing between Trump and Biden, but at

22 least 300,000 in Maricopa.  And then Pennsylvania and

23 Georgia will fall, which means that Trump definitely

24 won.  So what we should do about it, it's not

25 complicated.  There's 600,000 Americans for every one

Exhibit 143 The Deep Rig

169

1 person in Congress.  We just stop writing checks to the

2 federal government.  Up yours.  We're not writing

3 anymore checks and here's the way we fix it afterwards.

4 One out of every 19 Americans has been in the military.

5 That's a veteran.  So we basically say veterans, you

6 were willing to live and die for this country.  You lost

7 loved ones, your friends over in battles overseas.  You

8 lost friends to mental illness and stuff that might have

9 resulted of things that they witnessed in war, and you

10 should be the ones that oversee the next election.  No

11 politician should ever oversee the elections, no

12 political parties.  We should give it to the veterans,

13 the national guard and the American citizens should look

14 at elections going forward.  But I think we just

15 literally box them in.  You know, what lock them in.

16 They locked down this economy.  They showed us what we

17 should do to them.  Lock them into their damn houses.

18 We just protest around their houses and keep them in

19 their damn houses and cut their damn funding off.

20      They cut off our livelihood when they

21 destroyed all these businesses with all the

22 entrepreneurs of this country, but then yet they had

23 no problem feeding the globalist corporations that

24 are using our military to protect the damn assets in

25 other countries while they kick Americans out of

1 their jobs here.  And then meanwhile their damn tax

2 rates, you know, they want to be considered people,

3 these corporations.  All of a sudden these

4 corporations were paying 40 percent of the federal

5 revenues and the individual tax payers were paying a

6 40 percent.  Now they're paying ten percent and

7 Americans are paying the difference and taking on all

8 the debt.  No, I don't think so.  I think we should

9 say you know what, we're going to pay ten percent now

10 of the federal budget in taxes, and corporations,

11 global corporations, not American.  We should take

12 all the American companies and they should pay

13 nothing in taxes.  And then all the global

14 corporations, you want our damn markets, you're

15 paying the top rate baby, and that's the way we need

16 to knock them right back down to size.

17          And as far as I'm concerned we true it up a

18 little bit.  We audit the damn debt because I don't

19 think that 20 trillion dollars they added on is real.

20 Let's see all the damn receipts.  I think it's all

21 bullshit paper accounting entries.  And then we just

22 say you know what, we have this 20 trillion dollars

23 of debt.  We're going to pro rata based on what the

24 global corporations are worth.  So if the American

25 public has a net worth of 12 trillion and these

1 global corporations are 60 trillion, guess what, 60

2 trillion, 12trillion, you guys pay 800 percent of

3 this 30 trillion. We want it come due right now.

4 You pay the 24 right off the top. We'll make up the

5 six. We'll call it even. Enough of the crap.

6         SPEAKER: I love a mathematician. Bobby Piton

7 everybody, your next senator from Illinois. Thank you

8 Bobby.

9         Ladies and gentlemen, I know we have more

10 people sitting here that want to get to questions,

11 but we have to wrap it up. I'm so sorry, but you can

12 submit your questions online if you go to the

13 DeepRig.movie. And I encourage you, please, for

14 those that didn't want to get up online, go to the

15 DeepRig.movie, send your questions there and you will

16 you get your answer.

17         I'd like to thank Patrick Byrne, producer

18 Steve Luchescu, director Roger Richards, Joe Flynn,

19 Colonel Phil Waldron, Joe Oltmann and Bob Hughes for

20 their significant contributions. This is called

21 making history great again, the Deep Rig.

22         (End of recording.)

23

24

25

Exhibit 143 The Deep Rig

172

1

2

3          CERTIFICATE OF REPORTER

4

5          I, Charlotte Crandall, certify that I was

6    authorized to and did transcribe the foregoing audio

7    recorded proceedings and that the transcript is a

8    true and complete record of my stenographic notes

9    from an audio recording and was transcribed to the

10   best of my ability.

11

12         Dated this 3rd day of August, 2021.

13

14

15

16

17

18         _____

           Charlotte Crandall

19           Registered Professional Reporter

20

21

22

23

24

25

## $

**$200** 149:19
**$200,000**
  135:4
**$45** 140:16
**$4500** 151:9
**$500** 140:3,18
  149:22 151:5
**$500s** 149:8
**$700,000**
  135:3
**$8,000** 140:7

## 1

**10,457** 73:9
**10:00** 17:12
  37:20
**11:03** 49:19
**12** 116:6
  154:14,15
  170:25
**12,000** 132:25
  133:4
**12,600** 133:1
**1200** 65:22
**12trillion**
  171:2
**14** 36:6
**140** 164:23
**14th** 144:3
**15** 65:23
  94:5,24 140:5
**1500** 43:1,3
**16** 118:11
  138:2
**17** 16:2
**1776** 126:24
**18** 43:2
  44:17,25
  141:11
**18th** 144:20
**19** 169:4

**1972** 74:13
**1983** 38:12
**19th** 144:20
**1:00** 76:17
**1st** 96:1

## 2

**2** 133:2
**2,000** 44:8
  114:21
**20** 21:21
  45:16 100:22
  117:23 140:5
  144:22 165:10
  170:19,22
**20-hour** 145:2
**20-year-old**
  141:17
**200** 139:25
**200,000**
  156:16
**200-seat**
  149:19
**2005** 59:11
**2010** 52:5
**2012** 51:23
**2015** 32:10
**2016** 15:25
  156:5
**2017** 143:18
**2018** 23:21
**2020** 14:23,24
  20:17 21:21
  22:24 24:11
  36:7 38:6,22
  39:2 47:5
  51:25 53:22
  55:8 58:6,24
  59:12 67:15
  73:17,22 89:8
  95:20 105:7
**2021** 21:2,21
**2022** 27:15
  134:24
**20701** 38:13

**20s** 22:3
  27:18 104:10
**20th** 158:1
**210** 129:21
**22** 38:15
**230** 81:12
  143:13,17
**24** 171:4
**25** 28:7,16
  29:17 30:23
  40:6 41:3
  45:6 46:5
  49:10 90:9
**25,000** 134:3
**26th** 96:1
**28** 57:7
**2:00** 25:17

## 3

**3** 14:22,23
  21:21
**3,037** 148:22
**3.4** 73:10
**30** 31:15 42:3
  44:17,25 59:9
  69:6 96:11
  117:23 132:3
  171:3
**30,000** 113:11
**30/30/30**
  149:12
**300** 149:13
**300,000**
  168:16,22
**30th** 42:4
**32** 43:24
**33** 43:24
**34** 82:24
**35** 47:11
**367,000** 25:18
**3rd** 24:17
  26:4 56:17
  76:11 83:7
  93:7

## 4

**4** 21:2
**4.3** 44:9
**40** 117:24
  132:1 170:4,6
**42** 38:12
**44** 130:15
**46-minute**
  79:5
**463,000**
  44:11,12
**48** 23:19
**4th** 26:7
  49:19 110:10

## 5

**5,000** 150:17
  151:8
**50** 69:6
  145:11
**50,000** 34:16
**500** 69:8
  139:25 140:2,
  3,6,7 149:11,
  12 150:2,16
  151:7,8
**52** 38:12
  167:22
**54,000** 25:25
**55** 130:19
**565** 17:1
**5th** 18:24

## 6

**60** 132:2
  171:1
**600,000**
  168:25
**60s** 44:21,22
  76:15
**64** 43:13,22
  167:22

2

**65** 47:9,11
**67** 119:19
**690,000**
131:16
**695** 131:10
**6:00** 26:7
**6th** 18:24
76:12 77:4,
10,15 78:1,6
167:15

---

**7**

---

**70** 44:22
132:3
**70s** 44:21
**73** 154:18
**75** 28:3,12,21
29:11,18 30:5
31:5 34:15
39:24 40:11
48:22 50:13
71:16 72:3
89:13
**76** 126:24
**791** 68:8

---

**8**

---

**800** 171:2
**800,000**
168:21
**82** 43:3
**845** 126:23
**84576** 126:23,
24 128:5
130:8 147:12
**8:00** 26:5

---

**9**

---

**9** 131:16
**94** 43:25
44:7,13
**94,000** 54:10

**99** 92:22
**99.9** 143:10
**9th** 113:18

---

**A**

---

**a.m.** 25:17
26:7
**AB4** 67:8,9,21
**abdicated**
81:22,23
**ability** 51:14
60:13 61:15
68:22 74:7
158:6
**abnormal**
62:21
**abnormalities**
19:16
**abortion**
91:17
**absent** 118:4
**absentee** 17:9
59:14,23,25
60:5,20,23,25
**absolute**
118:24
**absolutely**
61:18 68:22
93:18 111:7
118:22 136:5
138:18 163:2
**abuse** 92:8
**abused** 28:14
92:17
**abut** 143:9
**access** 51:6,7
145:12
**accessed**
49:19,24
121:12
**accomplish**
115:14 148:1
**accomplished**
21:12
**account** 21:25
132:25

**accountability**
116:19
**accountable**
23:24 92:17
160:6 162:18
**accounting**
170:21
**accumulating**
31:12 32:15
**achieve** 18:20
**acronyms** 28:6
**act** 40:5
105:8 129:24
130:14 157:6
167:9
**acted** 78:23
**acting** 163:22
**action** 96:18,
25 98:2 139:8
146:21
**activists**
20:13 54:20,
21
**activities**
20:11 32:6
**actors** 65:6
**acts** 105:6
**actual** 45:12
62:11,13
114:2
**adamant** 72:24
114:16
**add** 61:7
127:18
**added** 126:19
170:19
**addict** 36:22
**addition** 94:7
**addresses**
68:1
**adjudicable**
114:1
**adjudicate**
113:24
**adjudicated**
61:16 65:24
66:2 113:25

**adjudication**
45:22,23
57:17 60:7,15
61:13,14,20,
24 65:25 66:2
**adjudicators**
57:23
**administration**
110:18,21
**administrator**
49:16,17
114:4
**ado** 14:13
**Adolph** 96:9
**adult** 101:14
**advance** 52:22
**advantage**
39:22 138:6
**adversaries**
42:10
**adversity**
107:17
**advice** 128:14
**advisers**
19:17
**advisor** 23:1
75:17
**affect** 96:21
**affected**
57:12
**affects**
123:20
**affidavits**
34:14,16,22,
23
**afraid** 29:4
90:2 116:10
158:25
**African** 132:7
**afternoon**
41:24 42:1
**afternoons**
140:10
**age** 45:2
96:11 163:8
**agencies** 82:1
92:18 100:18

**agency** 24:15
46:7,8 100:8
**agenda** 99:17
**agents** 30:1
**ages** 43:2,11
44:13 62:22
**aggregate**
32:18,19
**aggressive**
127:25
**agitation**
76:22
**agitators**
31:2
**agree** 13:6
143:8 149:15,
17,19
**agreed** 143:20
**agreeing**
41:25
**ahead** 46:21
50:8 56:19
94:2 128:21
139:10 156:9
**ahold** 142:2
**AIDS** 36:22
**aim** 21:24
130:1
**air** 61:10,11
136:10 161:12
162:21
**Alali** 129:1,8
**alarming** 35:9
51:2
**Alcatel** 149:1
**ALEX** 23:18
**alien** 99:7
**align** 52:13
62:6
**alive** 96:14
164:24
**allegedly**
58:3
**alliance**
113:3
**allied** 45:8

**allowed** 48:20
52:21 100:2
139:3 144:10
**alphabets**
56:13
**alter** 103:12
**Amanda** 102:25
**amazing** 14:2
33:15 82:25
83:8
**ambiguous**
57:21 149:17
**Amendment**
19:2 77:22
144:3 145:23
**America** 15:1
21:1 31:20
32:3 70:8
73:5 85:3
91:4 93:4
103:23 105:17
106:6 125:3,
8,13,23
126:1,3,6,8
127:16 128:6
133:17 138:14
143:2 147:11
148:5 150:24
166:4 167:22
**America'
sfuture.net**
147:11
**American** 16:1
22:25 35:10
36:20,23
37:1,7 41:20
42:7 68:14
69:13 75:6,7
76:6,14 77:5,
8 80:4,17
84:25 85:1
90:4,18,21
91:1,12 95:14
117:15 126:4
127:25 128:4
136:20 144:19
153:3,14
158:24 169:13

170:11,12,24
**Americans**
17:4,17 37:24
68:18 70:6
77:22 82:7
91:8 125:14
132:6,7
134:12 167:25
168:25 169:4,
25 170:7
**Americaproject
.com** 148:14
**amid** 67:17
**amount** 76:5,
22
**amounts** 37:13
**amplified**
54:25
**analogy**
117:10 118:14
**analysis**
31:16,17
32:24 41:22
42:21 43:10
131:9,12
132:19 133:6
**analyst** 19:15
28:3,7,12,16,
21 29:11,17
30:5,23 31:5
34:15 39:24
40:6,11 41:3
48:22 49:10
50:13 71:16
72:3 89:13
90:9
**analyze**
166:20
**analyzing**
19:15 31:7,8
41:12
**ancestors**
98:11
**ancestral**
101:21
**anchor** 15:11
106:22

**ancient** 86:19
98:7,16
100:24 101:9
**animals**
102:24
**ankle** 157:7
**ANN** 13:15
108:3,13
109:24 111:6
115:12 117:19
119:21 120:2
122:15,19
124:18 128:5
130:7,19
133:10
135:12,23
138:18 139:14
141:20 142:1
143:4 153:20
156:9,22
164:11 168:14
**annihilated**
132:9
**announce** 13:3
75:19
**anomalies**
20:6 59:13
**ANON** 39:8
50:22
**answering**
41:7
**answers** 19:2,
12 94:8
**anti-fascist**
116:5
**anticipate**
164:15
**Antifa** 54:19,
21 55:9,10,14
56:12 58:5
115:18,21,22,
23 116:4,11,
17 157:17
**antiquated**
101:21
**Antrim** 47:7,
10 49:8,18,20
50:23 51:18

65:22,24
**anymore** 46:16
71:12 163:14
166:24 169:3
**apartment**
133:19 135:1,
4
**aperture**
103:22
**Apocalypse**
88:3
**apparatus**
69:15
**appearing**
18:14 66:12
**application**
39:11 40:12
50:24 157:14,
15
**applications**
49:2
**applies** 93:24
145:24
**apply** 133:6
160:7
**appointment**
144:24
**approached**
31:18 58:4,5
**approaches**
42:12
**April** 152:23,
24
**arbiter**
156:11
**Ard** 117:4
**area** 15:18
121:17
**areas** 13:6
31:25 73:15
**arena** 17:22
24:21 59:1
105:20
**argument**
72:23
**arising** 58:6

**Arizona** 26:3
38:23 41:16,
23 42:4 73:8,
25 105:19
118:11 143:1,
2 151:23
168:10,16
**Arizona's**
39:6
**Arizonan**
118:9
**arm** 99:20
141:3
**armed** 15:20
**arms** 76:25
**army** 31:14
34:10 58:23
82:23
**arrest** 160:10
161:9
**arrested**
100:4
**arrogance**
95:13
**art** 98:2
**article** 20:10
21:1 48:9
56:23 57:2
110:8 132:22
**articles**
42:17 54:11
105:14
**articulated**
101:6
**artificial**
65:14
**artist** 124:7
**artists** 124:1
142:12
**Asaud** 129:8
**ascendant**
42:14
**ashamed**
158:25
**Ashley** 77:15
**asks** 153:22

**aspects** 125:6
146:9
**assassin**
16:13
**assassinate**
42:6
**assault** 47:2
78:8,10 90:23
**assemble**
78:13
**asses** 128:4
**asset** 75:6
80:16 115:24
**assets** 169:24
**assign** 65:5
**assistance**
51:23 52:3
101:20
**assumptions**
74:3
**ASU** 118:10
**Athousandpiece
s.com.** 100:22
**Atlanta** 17:15
25:10 105:20
**atomic** 22:12,
21
**attack** 16:8
155:4
**attacked**
76:14 117:4
163:15,16
**attacking**
78:8
**attacks**
154:18
**attempt** 42:6
**attempts**
86:18
**attending**
14:16
**attention**
47:18,19
85:22 119:3
144:16
**attitudes**
102:9

**attorney** 48:4
66:22 81:21
**attorneys**
32:4 73:4
120:17
**audience** 94:8
104:5 111:20
124:19 130:25
136:25 142:20
143:8
**audit** 38:10
39:5,8 45:24
72:16 73:12,
14 119:24
120:16 131:6
136:16 147:7,
18 151:24
153:22 159:23
164:8 170:18
**audits** 38:16
108:7 136:19
153:25
**augment**
109:16
**August** 22:23,
24 96:1
140:14 167:16
**Auryn** 96:23
97:11,20
98:18 101:12
103:5,24
104:4
**authentic**
74:9,16
120:19
122:13,14
**authenticate**
68:24
**authenticity**
119:25
**authoritarian**
22:10 87:22
**authority**
31:11 87:17,
18 144:6
**average** 21:11
80:4

5

awakening
92:20
aware 165:6
awesome
122:16
awful 14:18
awhile 111:1
Ayers 129:4,7

---

**B**

---

Babbitt 77:16
baby 170:15
back 15:24
25:16 32:10,
19 33:6 36:1
39:1 41:18
50:10 53:22
54:7 55:22
60:6,10,11
62:7 64:20
65:10 70:10,
23 73:16
76:15 79:19
93:15 94:24
101:20 102:14
104:14 107:18
116:22,24
117:25
125:21,22,24
126:14,17
128:7 129:11
149:4 155:17
156:6 159:23
161:18 164:9
166:15 170:16
background
127:17
backgrounds
35:16 40:16
backing 79:15
backyard
137:17
bad 35:14
36:14 37:15
41:2,4 65:1,
6,19 71:2
102:1 112:4

116:16
164:14,19
Bader 143:19
baggage
101:21
Bailey 47:6
balance
122:23 161:23
BALDWIN 54:23
ball 112:21
ballot 38:8,
20,22 45:21
47:15 48:14,
18 50:12
59:25 60:5
61:11,21,24,
25 63:21
64:4,11,13,
18,24 65:1,3
67:16,23
74:21,22,25
118:5,7
119:16,18,20
120:20 121:6,
13,19,22
122:5,8,9,14
153:13
ballots 17:4,
6,7,10,22,25
18:1,2 20:7
24:22 26:17
27:8 36:8
37:13,15,18
38:2,15,16,24
45:22,23
57:18 59:4,7,
24 60:18,20,
22,23 61:1,3,
8,9,17 62:3,
4,9,12 63:24
64:2,3,6,16
65:8,10,16,
20,23 66:3
67:18,25
68:1,24 73:1
74:5,8,10,14,
16,17 84:21
86:10 114:2
118:12 120:1,

8 121:21
136:3 155:3
balls 142:3,
22 143:1
164:7
ban 134:10
Banana 155:23
bananas 73:23
banding
150:23 151:2
bang 166:15
banned 46:24
bar 111:16
Barack 129:5,
12
Barr 81:21
barrage
102:18
barreling
16:6
barrier
143:10
base 160:23
based 45:9,13
46:1 53:9
57:23 122:8
129:15 136:19
161:19 165:22
170:23
baseless
54:23 79:3,9,
11,13
basement
105:23
basic 22:9
23:25 77:11
88:11
basically
20:11 31:22
41:5 63:14
64:4 74:23
88:8 125:11
132:9 138:10
140:22 154:21
169:5
bastion
89:22,23

batch 66:3
battle 75:18
battleground
32:13
battles 169:7
BC 144:18
bears 35:14
41:2,4
beat 41:1
86:23
beautiful
21:15 135:21
beauty 41:3
Beckmeyer
152:7
began 84:2
begging
102:18
begin 37:15
96:19
beginning
21:17 85:9
113:9
begun 38:22
behave 44:4
behavior
51:11 58:14
beings 69:25
99:7
belief 35:22
beliefs 68:13
101:21
believed
21:10 83:9
96:6
believes
41:20 138:23
165:12
bell 45:3
belong 161:19
belt 125:15
Ben 129:1,8
161:2
Bend 152:2
benefit 37:1
81:12

Bennett 38:25
73:7,11
Berkeley
56:11
Bernie 15:7,
10 17:5,11,
16,24 18:3,7
37:6
bet 147:23
Bic 114:15,16
Bide 26:22
Biden 18:3,6
26:2,8 27:12
38:3 47:10
48:3 56:20
73:9 110:17
114:6 132:11
168:21
bifurcated
160:18
big 20:14
25:14 26:8,
11,21 36:12,
13 52:9 71:3
75:4 78:22,24
80:1,12 85:13
95:22 107:6
110:5,12
134:24 137:3
153:9 157:5
160:2 165:20
bigger 34:17
50:21
biggest 24:1
42:18 67:6
68:3 72:20
75:6 80:16
109:14
bill 48:8
67:7,12,17
68:11,16,20
69:2 87:8,9
118:1,2
129:4,7
159:22,25
162:1
billion 17:1
35:21 36:6

69:4 91:3
billionaire
16:25
binds 117:14
Binnall 35:3
66:7,22 67:21
68:10,21 70:4
89:7
bio 36:19
153:9
bit 54:17
63:19 90:15
125:3 130:20
149:16,17
170:18
bitcoin 40:22
bizarre
106:25
black 15:19
39:15,21,25
40:3,5 53:10,
15 64:12 99:3
112:4 125:15
132:12
blacks 53:15
blank 62:4,8
blast 111:19
113:1
blatant 16:8
blaze 96:13
bled 158:16
bleep 41:10
bless 14:25
15:1 159:20
blessed
163:20
blew 76:15
106:11 145:1
BLM 58:6
block 95:21,
25
blocks 15:17
bloggers
124:2
blood 84:14
blow 28:24

blue 20:8,9,
10 26:1 64:21
110:25 111:5
129:24 138:8,
21 139:16
bluntly
127:19
board 48:14
125:9 163:10
boards 29:15
Bob 14:10
63:9 74:3,11
95:3 104:23
117:20 118:6
119:22 120:4
122:15,17
171:19
Bobb 72:16
73:5
Bobby 32:17
41:10,19 44:8
62:14 63:7,12
69:2,5 70:25
90:14 128:19
130:10,11,12,
15,17,19
131:8 133:11
135:12 137:3
168:13,14,15,
18,20 171:6,8
body 87:5
101:3,6
102:21
bogus 118:2
boiling 16:3
bomb 76:19
bombs 76:15
bond 35:20
91:18
bonding 40:24
book 13:19
15:4 34:2
88:4,10 105:3
113:6
books 38:11
boom 59:1,3
border 162:5

born 159:4
borne 123:12
bosses 114:15
Boston 144:22
bot 153:9,11
bottom 65:19
90:8 129:4
bought 59:4
bounce 43:17,
23 63:3
bouncer 87:18
boundaries
97:4
bounties 40:8
bounty 40:10
Bourne 116:2,
3
box 51:4
153:13 169:15
boxer 125:16
Boyce 125:19
braces 46:21
brain 103:12
136:17
brains 137:3
branch 84:9,
10 160:15,16,
18
branches
82:12
brand 103:25
Brando 88:6
bravery 168:9
Bravo 120:3
Brazile 15:5,
6
Brazile's
15:4
breadcrumbs
32:8
break 29:9
35:13 40:1
69:13 146:18
162:14
breakaway
97:21

breath 97:9
breathe 16:10
breathing
  16:20
bricks 15:20
brilliance
  97:15 139:18
brilliant
  21:12 137:14
bring 13:18
  107:23 117:7
  135:16 151:7
  152:5
bringing 14:3
  21:5 59:4
  93:6
brings 86:24
broader 81:3,
  8
broke 85:4,5,
  6 165:16
broken 17:21
  24:20 84:9
  85:3 86:11
  92:15 160:17
brother 53:12
  75:13 110:2
  125:10
brothers
  35:24 150:5
  159:3
brought 23:16
  32:8 67:14
  108:9 116:7
  117:5 138:1
Browns 132:15
bubbling
  114:23
bucks 69:7
  140:5,7
  141:11
budget 170:10
bug 40:7 52:4
build 29:13
  69:6 90:8
  114:1 133:19

building 54:2
  76:14,16,20,
  23 121:8
buildings
  135:4
built 50:2
  52:25 54:9
  59:22 125:13,
  25 126:8,13
  161:10
bulk 45:23
  147:17
bullshit
  170:21
bunch 26:2
  33:7 34:19
  36:11 115:4,5
  119:8 121:21
bundled 98:12
bureacracies
  161:21
bureau 160:20
bureaucracies
  161:10,15,18
Burma 155:22
burn 53:24
burned 96:13
BURNETT 48:1
burning 15:18
  32:1 88:23
burst 105:19,
  21
Bush 113:2
business
  25:20 26:15
  54:1 100:4
  104:14
  116:20,21
  124:22 129:3
  137:19 147:15
businesses
  53:24 70:5
  169:21
butterfly
  97:1
button 138:8,
  21 139:16

buy 104:17
  133:12
buying 133:16
buzz 47:21
bypass 60:16
Byrne 13:16
  14:5 19:14,
  19,20 21:20
  24:3,17 25:3
  29:6 31:10
  32:14 33:13
  34:11 35:14
  40:20 83:15
  86:15 91:16
  95:1 104:21
  105:10 111:7,
  23,25 112:13,
  19,23,24
  113:4 124:23
  125:2,7 128:9
  139:12,15
  140:2 144:13
  146:24
  147:15,20,25
  148:7,11,13,
  16,20 149:15
  151:11,13
  154:1 155:13
  162:3 163:3
  164:17,21
  168:8,18
  171:17

C

cabal 20:12,
  18 35:19
  36:13 42:9
  70:5 129:15
  136:23
caingean
  165:22
Cal 56:11
calendar
  149:23
California
  152:24

call 17:3,15
  27:25 29:8
  33:16,19
  39:12 41:2
  45:6 47:3
  54:14 55:15
  56:7,15 57:9,
  23 58:4 63:6
  65:6 69:20
  76:19 85:10,
  21 94:25
  95:10 104:3
  114:11 115:8
  123:3,4,12,19
  136:10 139:8
  147:2 161:15
  171:5
called 24:7
  34:2 41:22
  49:16 54:3
  57:21 61:5
  65:11 67:8
  71:6 74:12
  87:1 112:11
  124:12 145:6
  171:20
calling 47:1
  79:24,25
  109:24,25
calls 33:15
  78:2 96:23
calm 78:9
camera 104:9
  120:7
cameras
  118:16 120:1,
  2 121:25
  122:1,2,3,4
camp 83:19
campaign 15:9
  16:2 129:12
campaigns
  30:13
camps 83:24
Canada 117:5
  158:10
  165:10,11,12

cancel 70:11
canceled
  46:17
cancer 22:4
candidate
  47:9
candidates
  23:23 50:10
  121:14
canvassing
  72:18
cap 161:2
capacity 25:2
capital
  133:21 134:5
Capitol 18:18
  46:20 76:16,
  18 77:14 78:5
  157:19
capture 87:4
captured 49:4
capturism
  87:3
car 117:22,23
card 117:25
  159:7,11
cards 35:24
care 91:16,18
  92:1,2
cared 81:19
  84:22
career 126:11
careers 21:13
cares 44:9
CARLSON
  77:10,25
  78:14
carried 100:1
carries
  136:11
cars 15:18
  65:12
cartel 94:16
case 24:19
  58:16 75:24
  78:5 82:3
  83:10 144:15

145:4 146:20
153:24 167:3,
8
cases 81:18,
  24 82:10 83:4
cast 57:15
  61:5 63:21
  67:16 73:1
  94:7,10 123:8
catalyst 75:5
catch 164:17
catches 68:17
catching
  136:16
Cathy 96:5,7
cattle 163:11
caught 23:20
  62:18 114:12
caused 167:14
causing 30:18
CDC 17:2
celebration
  124:16
cells 103:11
cement 88:15
censor 145:23
censored
  94:15
censoring
  137:12
censorship
  20:8 95:21
  124:5,8
center 24:25
  26:18 41:6
  114:20
central 32:2
  115:9
centrals
  57:15
CEO 19:14
  39:11 53:9
  128:14 163:14
CEOS 80:18
certification
  31:12

chain 95:21,
  25
chains 87:24
Chair 15:4
challenge
  47:13 55:1
  66:19 117:3
  143:17
challenged
  47:14 48:5,13
  142:6
Challenger
  16:5 106:11
challenging
  48:18
chance 91:21
  126:18
  159:23,25
  166:7,9
change 16:19
  20:21 23:19
  36:14 39:1
  49:6 50:3
  51:10,14
  73:21 75:5
  89:16 90:11
  102:13 149:6
changed
  105:15
changing
  36:11 73:17
  102:9 163:6
channels
  66:10 151:23
chaos 29:21
  101:10 116:9,
  19,20,21
  130:23 162:5,
  14
chaotic 15:17
character
  88:6 122:7
characters
  110:20
charge 79:20
  120:2 140:23
charged 41:11
  78:2,15,18

charges 74:4
chasing
  129:21
chat 31:7
cheat 26:24
  27:3,4 35:23,
  25 71:1
  137:24
cheating
  13:12 26:25
check 13:13
checkbook
  161:23
checked 66:15
checks 169:1,
  3
cherished
  91:1
chest 162:24
chief 24:8
  129:18 166:22
chiefly 42:13
child 29:9
  162:22 163:1
child's 20:2
children
  69:23 89:22
  93:24 100:6
  139:2 163:24
chime 168:13,
  14
China 87:10
  100:25
  134:17,21
  165:1,4
Chinese
  100:25 101:8,
  11 134:18
  165:5
chirping
  112:3
choice 96:25
choices 101:7
  102:2 159:5
choking
  161:21

choose 93:3
chooses
 159:1,2,3,4
chosen 92:8
Chris 52:6,11
Christina
 72:16 73:5
Christopher
 81:22
church 137:19
 139:6 148:25
churches 54:6
 129:25 139:1
 149:11
CIA 30:8,11,
 12 40:17
 56:13 88:18
 99:25 100:15
 115:25
CIA's 108:22
circles
 151:19
circular 97:8
circulated
 54:25
Cisa 24:7,8
 52:3
cities 13:4
 25:7,11 26:25
 27:5 105:15,
 18,25 106:19,
 21,22
citizen 75:12
 91:1,12 95:10
 123:17
citizen's
 161:8
citizens 16:1
 75:9 89:18
 93:21 126:15
 134:18 160:10
 165:5 169:13
city 49:16
 89:16 106:23
 121:10,14
civilian
 155:15

civilization
 87:23 88:7,
 11,12
claim 72:21
claims 15:6
 79:7,9,11,13,
 16
clamp 33:22
Clarence
 143:19
Clark 25:8
class 17:1
 62:22 146:5,
 7,21
classification
s 43:4,6,14
clean 67:24
 103:3
cleans 130:14
clear 15:24
 81:16 85:10,
 21 130:19
 134:9 159:1
clerks 50:18
clever 127:4
click 114:5
 138:20
Clinton 15:7
clips 42:17
 95:8
clock 101:8,
 11
close 21:1
 37:17 73:8,18
 147:2
closely 76:2,
 3
closer 34:8
clubs 16:5
co-
conspirators
 78:3
co-creative
 97:22
coalesce
 21:14

cocktail 42:1
 154:22
cocktails
 154:20
code 38:12
 52:12 65:18
coded 51:24
codes 38:11
coffee 150:12
cognizable
 48:10
cohesive
 20:14 21:9
coincide
 25:21
coincidence
 135:6
coincidences
 111:2
coincides
 26:15
Colbeck 47:4
Coliseum
 120:3
collaborate
 151:21
collaborative
 97:22
colleagues
 55:4
collect 40:10
 47:16 48:20
collected
 34:16
collecting
 146:16
collection
 27:24
collectively
 89:10 92:15,
 24
college 27:2
 106:24 113:12
colluding
 42:6
Colonel 14:7
 31:14 57:25

58:22 65:21
 70:14 71:11
 88:5 90:21
 95:3 104:22
 108:14 109:4
 128:19,21,22
 171:19
color 31:19,
 21 108:22
 110:23
 115:17,22
 116:17 132:6
 159:1
Colorado 53:9
 55:17,18
 152:3
colorful
 40:15
colors 120:7
colossal 20:1
 82:4
combat 158:21
combination
 20:12
comitadas
 156:3
command 41:6
commander
 166:22
comment
 149:21
comments 58:2
commerce 54:4
Commiseration
 19:23
Commission
 51:23 52:3
commit 32:11
 78:16 89:17,
 19
commitment
 58:15
committed
 160:12
Committee
 15:13

committing
160:6
common  26:20
32:7 44:24
92:12,14
160:3
communicate
28:6
communicating
29:14,22
communication
80:13
communications
58:9
communist
156:24
communists
65:7 98:14
133:25 134:21
communities
15:1 133:20
167:17
community
24:9 48:15
54:5,9 96:2
97:21 98:8,12
109:2
companies
23:24 24:1
59:18 69:18,
19 100:11
113:23 133:22
136:10 170:12
company  39:12
40:2,9,12
53:9 55:6
74:12 118:10
137:18 144:6
163:14
competence
58:15
complaint
48:8
complete
47:11 50:11
completely
57:20 61:23
66:9,18 70:5

99:18 153:13
167:2
complex  97:23
complexes
133:19 135:1
complicated
147:9 168:25
complicit
92:19
complicity
100:15
compromise
39:22
compromised
156:20,21
166:23
computer
48:23 65:12
136:14
computers
65:13
concept
22:12,21
concern  16:24
35:10 72:20
concerned
17:8 88:20
170:17
concerns  55:7
concerted
30:25
concession
104:18
concessions
94:22
conclude
45:17 46:1
conclusion
34:7 45:13,16
concur  153:6
condition
77:23
conducted
73:15
conducts
48:11

conferences
138:25
configuration
49:3
confirmed
78:20
Congratulation
s  75:21 93:4
congregate
28:1
congress
80:11 169:1
congressional
121:16
connect  107:4
connected
59:19 97:5
connection
60:3 102:7
129:10
connections
129:3
connectivity
59:17 98:9
connects
126:25
conquer
153:16
Conrad's  88:2
cons  62:1
conscience
79:17 157:24
consensus
24:10
consent
22:11,13 92:8
consequences
90:3,5
considered
170:2
conspiracies
123:19
conspiracy
50:4 55:1
79:3,24 80:1
102:15 103:2
123:4,5,11,

13,17,20
142:17
constant
102:18
constantly
79:3
constitution
22:8 46:10
48:9 71:13
86:21 88:23
90:22,23
93:21 116:25
117:16 155:25
157:3,4
158:17 161:21
constitutional
27:12 42:19
46:5 128:2
153:18 155:24
156:7,8,12
Constitutional
ly  155:11
constrain
88:13
constraints
88:7
consulting
39:12
consume
102:18
contact  60:10
150:24
contacted
41:11 111:24
containers
98:8
continents
16:12
continue
36:25 55:16
70:9 76:2
79:17 91:15
94:1 95:9
continued
55:23
continues
104:14

contract
120:18
contractors
16:14
contradiction
53:10
Contrast
122:20
contribute
129:25
contributions
13:20 105:1
171:20
control 20:22
70:2 93:9
96:8 110:19
116:1 136:8
155:15 161:12
controlling
136:7
controls
145:14
controversial
98:1 103:8
conversation
81:3,8 98:2
117:21 160:13
conversations
84:2 103:7,21
148:2,3,4
conveying
22:1
convicted
129:4
convictions
82:15
convince
116:16
Cooking
103:1,4
Coomer 50:7
54:22 55:3
56:3,14 57:5,
9,13 58:2
163:17
cooperate
77:21

coordinated
79:22
coordination
58:8
cop 87:17
core 134:7
corner 128:25
129:2,4
coronavirus
16:22 67:17
corporations
20:13 80:10
92:18 146:10
169:23 170:3,
4,10,11,14,24
171:1
correct 74:2,
15
correctly
73:19
correlated
43:22
correlation
43:13,24,25
44:6,13
corrupt 42:5
71:15
corruption
42:10 92:21
96:16 100:17
137:1 161:16,
17
corrupts
87:23
cost 151:5
163:17
costs 140:5
cough 16:20
council
121:15
counsels
42:14
count 50:9
63:19 71:21,
22 73:18
74:14,15
84:21 120:9,

18 122:13
146:10 164:23
counted 17:25
18:2 24:25
37:9 38:2
63:23 65:20
71:18 74:17
75:2
counter 31:16
129:17
counterfeit
64:13
counties 66:1
67:20 81:15
85:16 132:16
133:17 148:22
counting
24:18 25:13,
22 26:10,16,
20 85:17
105:11,12,15
106:5,16
countless
42:17
countries
33:22 99:12
166:8 169:25
country 13:10
14:19 27:2,3,
4 30:14 33:15
35:6 39:7
41:21 46:11,
16,20 53:20
69:7 70:3
72:14 75:10
76:10 77:24
83:6 84:16
87:7 88:19,25
89:10 90:13
95:17 100:9
105:4 106:19
108:2,12
109:7 114:24
116:24 117:8
128:1 138:1,
25 141:2
148:22 151:19
152:12
158:14,16

164:2,9
166:4,6
169:6,22
counts 39:11
71:19 136:3
county 25:8
39:6 47:7,11
48:17 49:8,
16,17,18,20
50:18 51:18
63:1,2,7,8,9
65:22,24 66:8
72:16 73:13
74:10 81:15
89:15 93:14,
16 94:21
108:8 118:11
119:20
121:10,17
133:5 152:1,
2,16 163:12
164:6,9
coup 100:1
couple 84:1
85:11 111:10
113:9,17
140:9 147:4
161:7 168:15
courage
156:15
courses 98:3
155:19
court 15:25
16:2 34:25
35:9 45:10
47:19,20
48:1,4,6,16
52:21 75:18
77:17 143:18
154:13,16
157:23 160:5
166:14 167:1,
8
courtesy
142:23
courtroom
146:19

courts 19:3
  66:17
Cousteau
  104:12
covenant
  159:16
cover 153:24
coverage
  20:22
covered 15:19
covet 112:18
coveted 139:3
COVID 67:8
  100:14
COVID19 25:2
cow 44:14
cowardly
  16:13
crack 27:15
crannies
  34:12
crap 152:17
  171:5
crash 23:5
crazy 27:4
  80:7 83:11
  105:19 113:23
  161:22 162:1
create 31:3
  33:11 42:25
  45:19 47:20
  53:1 61:11,20
  69:3 70:16
  90:11 95:24
  97:10 110:5
  118:15 121:12
  128:2 130:5
  162:14
created 25:11
  36:17 61:10
  62:18 119:17
  121:7,8
  131:13 153:11
  162:6
creates
  121:18

creating
  28:19 29:20
  95:20 97:16
  116:9
Creator 93:22
credentials
  51:13
credit 117:25
crew 132:13
crime 123:14,
  15,16 160:24
crimes 78:16
  160:6,11
crisis 156:12
critical 32:6
  109:17 158:14
  162:4 163:4
criticized
  17:9
cross 152:6
crossroads
  100:20
crowd 34:2,3,
  6,7,9 94:10
CRUZ 80:20,
  22,24 81:5
CSV 66:3
culture 70:11
  102:15 103:2
  142:16 155:15
cup 150:12
curating 60:9
curb 130:15
  136:13
curious 102:6
currency
  133:23
current 92:23
  156:5
curve 45:3
cut 69:10
  169:19,20
cutting 103:8
cyber 24:1,14
  27:25 28:3,7,
  12,16,21
  29:9,11,17

30:5,23 31:5
  34:15 39:24
  40:6,11 41:3
  48:22 49:10
  50:13 71:16
  72:3 89:13
  90:9 108:16
  154:18 155:4
cyop 115:25
  127:10 166:8
cyops 126:11


          D

dad 53:14
  138:2
dad's 53:10
daily 160:23
damn 71:19
  135:1 136:13
  169:17,19,24
  170:1,14,18,
  20
damned 158:17
DAN 23:12
dance 101:1
danger 70:6
dangerous
  99:14
dark 31:6
  147:14 149:13
darkest 99:25
darkness 88:2
  103:20
data 13:21
  14:11 19:15
  31:6 32:23,25
  38:14 40:18,
  25 42:16
  43:2,12 45:13
  47:17 52:7,10
  53:5,8 57:16
  59:19 69:6
  115:4 154:11,
  15,17
database
  51:6,7,9,17,

19
date 109:10
dating 29:15
day 15:23
  17:18,24 23:4
  25:17 36:18
  37:16,25 38:1
  52:22 56:25
  70:15 77:12
  84:19 86:14
  100:3 106:6
  112:12 115:16
  117:22
  150:13,14
  151:13,14
  153:12 154:24
  155:3 157:24
  164:14,19,23
  165:3,7,13,25
  166:13 167:11
days 42:3
  106:7 113:17
  140:5 141:13
  144:22 164:23
DC 33:7 109:7
  111:10,21,22
  112:12
  161:16,18
dead 20:6
  36:3 62:19
  154:25 160:3,
  15,25
deadly 42:10
deal 26:3
  89:11
dealing 17:6
  37:17 156:16
dealt 53:13
  87:16 100:8
dear 22:24
  152:18
dearly 66:24
death 16:11
  161:16,17
debate 142:15
debates
  138:11

**debating**
41:24
**debriefing**
113:9
**debt** 165:22
170:8,18,23
**debunked**
58:12
**decades** 87:7
98:13 166:3
**deceased**
83:15
**December**
49:19 132:21
**deception**
98:22 99:20,
21
**decertified**
153:23
**decertify**
59:10
**decide** 99:22
**decided** 41:21
95:14 96:17
127:22
**decision** 85:6
97:1 143:18
155:6
**declare**
167:12
**deep** 13:21,22
14:12,14,17
19:24 25:7
31:6 55:11
83:23 95:18
96:1 104:14
105:7 107:9
108:23 110:5
124:13 168:6
171:21
**deeply** 76:1
101:5 102:2
**Deeprig.movie**
138:7,20
171:15
**Deeprig.movie.**
139:9 171:13

**default** 51:20
**defeat** 20:2
129:20 130:5
166:10,11,12
**defend** 71:14
90:22 155:24
156:3
**Defendants**
54:25
**defending**
41:8 108:11
**defense** 69:14
75:14
**define**
107:13,14
**definition**
122:4
**defy** 95:21
99:18
**deleting**
23:22
**delicate**
101:1
**delivered**
52:20
**Delmaistro**
158:20,23
159:10,15
**democracies**
86:20
**democracy**
20:16,25 72:5
86:19 90:20
91:14 134:7
**Democrat**
22:19 43:9,10
44:3 72:20
137:25
**democratic**
15:12 27:5
78:23 110:13
138:3,10
**Democrats**
68:6 73:2
137:24 159:11
**demonic** 99:10

**demonstrated**
48:10
**demonstrating**
19:1
**Demonstrations**
16:11
**Dems** 132:1,3
**denied** 48:8
106:7
**Denver** 53:9
55:18
**department**
24:5 52:2
81:14 100:16
**department's**
24:14
**departure**
122:25
**depend**
162:15,16
**Deperno** 34:21
45:11 46:4
47:3 49:7,15
52:17 71:23
90:6
**deployed**
115:24
**depression**
70:22 138:1
**deranged**
137:2
**deriving**
22:10
**descent**
132:7,8
**describe**
80:10
**description**
57:1
**design** 86:23
114:8
**designed**
45:18 52:25
86:21 119:24
136:20
**desire** 42:13
53:16

**desired** 42:8
**destroy**
103:11,12
117:17
131:16,17
132:1,3
**destroyed**
60:24 89:1
132:14 169:21
**destruction**
30:21
**detailed**
126:5
**details**
122:10
**detect** 131:18
**determine**
39:19 50:25
**Detroit** 25:9
**devastating**
73:2
**develop** 61:20
**developed**
135:25 136:1
**development**
153:10 155:19
**deviation**
43:20 44:14
**devices** 51:3
**DHS** 88:18
**diabolical**
135:13
**diagram** 59:22
128:25
**dials** 145:14
**diamond**
161:16
**die** 70:21
147:22 169:6
**died** 23:4
158:15
**dies** 88:9
**diet** 102:17
**difference**
39:15 67:6
73:21 152:9
170:7

**differences**
92:11

**differently**
154:22

**difficulty**
16:20

**dig** 34:11

**digging** 58:1
107:5

**digital** 28:12
33:16,19 34:9
38:14 57:14
114:2 122:1,
2,4

**digitally**
57:13

**diluted** 63:10

**dinners** 70:18

**direct** 47:12
98:2

**directed**
49:17 122:19

**directing**
122:20

**direction**
21:19 122:25

**directly** 30:8
49:16 51:9

**director** 14:4
24:13 104:23
122:24 171:18

**directors**
104:1

**disappearing**
66:13 131:4

**disappointing**
109:5

**disaster** 17:8

**discernment**
99:20

**disclosing**
99:13

**disclosure**
98:22 99:11,
21

**disconnected**
136:9

**discontinuitie
s** 26:13

**discounted**
33:9

**discover**
22:12 83:9,
11,20

**discovered**
54:22 82:25
101:3 145:18
168:17

**discoveries**
101:8

**discovering**
83:9

**discovers**
88:8

**discovery**
101:5

**discredit**
123:9

**discuss** 77:24

**discussion**
14:9 94:6
95:5

**discussions**
83:18

**disguised**
167:20

**disheartening**
109:5 124:7

**disinformation**
30:13

**disingenuous**
77:5

**dismantle**
55:13

**dismissed**
47:24

**displayed**
95:13

**disposable**
69:24

**disputed** 81:8

**disrupt** 30:9

**disrupted**
105:12

**dissected**
52:12

**disservice**
95:12

**distancing**
16:16

**distinguish**
154:1

**distributed**
141:8

**distributer**
138:9

**distribution**
94:13 138:19

**distributions**
43:14 132:8

**distributor**
137:13 138:22

**district** 32:4
121:16

**districts**
121:11

**ditch** 48:3

**dive** 13:21

**divide** 92:13

**diving** 40:17

**divisive** 77:6

**DIY** 28:18

**DNA** 84:14

**DNC** 15:4,6,9

**doctorate**
22:5

**document** 78:2

**documentaries**
104:2

**documenting**
123:10

**documents**
32:10 46:10
93:23 110:1

**Dodge** 16:5

**DOJ** 81:18
82:5 109:12

**dollar** 118:1
135:3 139:23
140:15,24
150:11,15,20

**dollars** 35:21
36:6 69:3,5
100:6 140:11,
16,19 150:21
151:7 170:19,
22

**dolphin** 21:8
28:1,3 130:20
133:8

**domestic**
18:16 29:20
155:25 156:1,
4 167:22
168:1

**dominated**
33:19

**Dominion**
45:17 46:2
48:21 49:16,
17 50:6,13,14
53:2,3 54:24
55:22 57:7
58:1 61:6,15
115:20
163:15,16

**Donald** 15:15
17:7,19 18:9,
14 19:16,22
22:17 166:15

**donation**
148:18

**donesky** 27:16

**Donna** 15:4,5

**door** 98:6
116:22,24

**doors** 118:16

**Dorsey** 80:19,
20,21,23 81:2

**dots** 107:4

**double** 118:17

**doubling** 79:7

**Doug** 72:8

**DOUGLAS** 90:17

**download**
149:10

downtown
30:22
dozens 25:1
99:2 115:1
166:7
drafting
143:25
drag 114:5
drastic 158:9
draw 119:1
dream 20:18
36:23 37:1
41:14,15 91:6
97:19
dreams 96:23
97:3
dressed 15:19
drew 47:18
drive 66:14,
15,17
driven 46:25
53:16,19
driver's 60:4
driving 30:2
drop 57:16
149:18
dropped
132:22 133:4
drove 33:25
drug 36:22
drugs 100:7,8
103:10,11
dry 16:20
due 25:2 55:6
87:8 137:7
144:3,4,11
171:3
dug 54:17
dumped 36:9
duplicate
119:17
duplicated
121:21
duties 166:20
duty 21:22
81:22,23
146:9 155:24

dysfunctional
160:17

E

ear 112:4
earlier 26:23
128:23
early 17:15
23:21 28:25
30:2 58:6
66:10 85:11
140:14 147:2
164:22
earpieces
29:24
easier 36:9
easiest 55:13
easily 51:21
eat 94:23
102:16
eating 103:3
ECOMMERCE
97:25
economy
169:16
edge 15:7
103:8
edit 51:9
education
54:4 57:14
70:20
effect 63:6
67:24 97:2
effort 13:3
30:25 32:12
48:3 68:2
78:20 79:22
80:9 115:6
efforts 85:12
147:17
egregious
105:6,8
eight-foot
19:12
Einstein
34:4,5

El 152:2
elect 15:16
elected 67:2
134:9 160:4
election
13:6,21
14:22,23
15:13 17:12,
20 18:9,10,12
19:16,17
20:17,23
22:14,15
23:3,10,11,
13,17 24:9,11
25:3,6,16
26:4,20 31:9
32:8,13
34:18,19 35:4
36:6 37:2,16,
21 38:14,22
39:2,4 40:13
45:20,25
47:10,12,14,
17 48:3,5
49:20,23,25
50:14,17,20
51:2,17,24,25
52:1,3 55:2
56:1,25 57:12
58:20 59:11,
21 62:20
63:22 66:23
67:15 71:8,19
73:2,13,15,22
74:5 75:1
76:1,6,11
78:24,25
79:4,10,23
80:14 81:16
82:9 83:12
85:4 86:4,8
89:7,9,14,15,
16 90:11,19
91:19,22 92:2
95:20 105:7,
11 106:6,15
107:1 108:19
113:17
118:19,24,25

119:2,24
120:13,15
121:14 124:14
131:2 132:9
136:2 143:8
145:9,10
146:7 153:23
155:7 157:10
158:6,7,8
166:23 167:20
169:10
elections
13:9 38:18,20
47:15 48:12
51:23 58:25
59:11,13
68:9,12,19
73:25 74:1
75:8 121:15
146:4 153:12
169:11,14
electoral
27:1 106:24
113:12
electorally
106:18
electronic
45:21 65:25
66:1
element 102:3
146:6
elements
71:15 99:14
elephant
157:5,6
eliminate
74:6
elite 92:21
elites 87:5,7
165:14,15,17
ELIZABETH
15:14
Elon 28:23
Elvis 163:9
emails 41:8
embedded
115:18

embrace 124:9
embraced
  96:20
emerge 62:17
emergence
  33:20
employed 55:5
employees
  66:8,9
empower 30:10
empty 65:3
enable 32:6
encountered
  16:4
encourage
  171:13
encouraging
  78:16
end 26:22
  36:11 72:5
  90:7 92:4
  98:23 99:22
  118:20 154:24
  155:3 165:16,
  23 171:22
endearment
  27:25
ended 22:6
  84:3 119:9
  131:8
ends 87:5
endures 21:1
enemies
  127:20 155:25
energy 90:10
  99:18
enforcement
  29:8 77:14,18
  161:7
engaged
  108:19 139:1
engineer
  35:17 87:15
  147:3
engineers
  98:15

English
  101:14
enjoy 14:14
  42:2
enormous
  76:22 154:10
enormously
  45:21
enrolled
  125:18
entered 74:5
enterprise
  125:11,13
enters 62:5
entire 16:8
  49:3 53:23
  68:7 76:10
  86:14 110:4
  135:14 156:19
  163:7
entities
  99:16 145:22
entitled
  81:10
entity
  146:12,14
entrepreneurs
  141:16 169:22
entries
  170:21
envelope
  60:21 61:4
envelopes
  60:21,24
envies 14:1
environment
  59:18 62:5
  101:6
envision
  150:1
epitome 36:23
equal 18:11
  69:22
equipment
  49:19 113:22
era 33:18

erase 153:13
erases 61:21
Eric 50:7
  54:22 55:3,
  18,19,21
  56:3,4,14
  57:5,9,13
  58:2 163:16
Eric's 55:22
ERIN 48:1
error 65:23
errors 45:19,
  21,23 73:20
essence
  112:17
essentially
  26:12 28:18
  49:12,13
  109:24 148:7
estimate
  168:17
estimation
  110:4
eternity 97:6
ethic 155:16
ethical
  155:20 156:7
  166:20,21
ethics 155:16
ethnicity
  92:12
etiologies
  20:20
etiology
  31:22
Europe 32:3
  133:15
evacuate
  105:20
evaluate
  39:19
evaluation
  50:23
evening
  105:11
event 77:5
  108:1

events 18:23
  21:21,23
  110:4
eventually
  85:14
everyone's
  154:7 165:16
evidence
  18:21 32:14
  66:7,20 71:8
  75:3 89:3
  138:12
evidently
  145:17
evil 35:21
  110:6
exact 20:11
  38:7 68:8
examined
  133:3
exceedingly
  81:6
excel 66:3
  87:20
exceptional
  166:4,6,10
excuse 25:11
execute 15:9
executive
  54:23 84:9
  160:15
exercise 91:7
  139:3
Exhibit
  154:14,15
exist 25:4,5
  64:14 80:20
existed 96:6
  118:3
exists 63:12
expect 164:20
expected
  19:22 42:12
  109:7
experience
  22:3 50:20
  82:21 97:23

experiencers
99:2
experiences
102:1
experiencing
116:17
experiment
91:14
expert 80:22
117:21
experts 16:23
66:20 84:5
explain 21:24
108:25 125:5
130:25
142:11,17
148:20
149:16,18
explained
26:23
exploded
92:10
exploit 40:2
Explore 97:25
explores 99:5
exploring
103:1
explosive
15:3 79:20
export 66:2
exported 66:5
expose 96:19
exposed 76:4
115:21 125:15
exposing
99:25 104:5
express 46:13
expressed
88:1
extensive
72:17
extent 77:3
extracted
142:20
extraordinary
106:16

extreme 54:14
extremist
54:13,14
extremists
88:21,22
eye 113:15
114:13
eyes 23:17
42:20 100:2
115:22 137:22

_____

**F**

_____

fabric 35:13
face 89:25
92:24 128:23
162:5
Facebook
46:24 79:2
143:21
Facebooks
145:21
faced 110:24
155:20
faces 15:19
facets 93:9
facing 100:18
fact 13:22
27:13 30:12
45:1 49:5
80:8 81:25
83:4 93:10,17
104:8 119:23
137:7 156:19
165:8
factionalism
87:1
facts 113:23
factual 77:11
fail 28:22
29:4 86:20,21
failed 92:8
failing 19:25
failure 35:8
82:4 86:22
fair 13:10
22:14,15 75:8

76:8 89:19
125:3
faith 35:11
54:4,5,6
82:6,7,9
93:8,12
fake 61:8
62:12 73:1
74:5 77:9
84:24,25
155:3
fall 89:23
109:15 168:23
fallen 27:23
Fallon 37:3,4
falls 32:22,
23
families
69:12
family 53:11
72:10 75:22
98:8,9,11,16,
17,18 104:17
112:10 134:22
137:25
famous 125:20
famously
39:10
Fann 122:11
fantastic
75:23
Farm 105:20
Farro 103:8,
21
fascinating
40:14
fascist 87:14
fascists
116:13
fashion
127:25
fashions
28:15
fast 28:22
29:16
faster 28:23

fat 161:11
father 150:6
father's
110:1
fathers'
93:23
faulty 25:14
favorably
48:16
FBI 56:13
78:5,15,19
81:14,19 82:4
88:18 99:25
100:15 109:12
FDIC 46:7
FDR 138:3
fear 70:9
153:6,16
156:15
Fears 16:21
feature 14:5
26:20
features
97:24
February 21:2
110:10
FEC 54:3
fed 33:5 54:7
federal 16:13
30:1 75:18
82:13 83:22
84:14 109:21
144:24 164:25
169:2 170:4,
10
federalist
86:17
fee 138:9
140:18,21
feeding 26:17
169:23
feel 19:22
21:22 41:16
90:4 122:21
124:11 125:14
feeling 80:14

feet 113:11
fell 32:25
Fellini 107:3
fellow 89:18
  144:19
felt 19:21,23
  83:17,18,24
  125:14
female 43:4
fence 157:7
fences 19:12
  117:12
fever 20:18
fiber 70:11
field 30:6
  51:9
fiercely 67:1
fight 15:23
  35:3 70:10,11
  94:2 112:10
  125:21,22
  128:7 130:6
  153:18 159:23
  167:20
fighting 16:4
  46:6 85:18
  112:9 116:13
  125:20 161:4
figure 40:19
  54:15,21
  55:11 66:4
  86:23 91:25
  115:19
  131:12,15,17
  154:3
figured 56:12
  86:20
figures 115:9
figuring
  54:18 148:8
file 34:22
  48:8 49:1
  51:19,20 66:3
  82:3 113:25
  144:10
filed 47:23
  48:17,18

81:18 82:10
  143:16
files 48:25
  49:21
filings 77:18
fill 50:10
  57:19 140:4
filled 61:18
  160:15
fills 72:12
film 14:5
  98:2 99:24
  101:14 104:4,
  9,12 107:22
  108:9 122:20
  123:17 124:1,
  12,22 138:16,
  17
filmed 104:10
filmmakers
  103:25 104:5
films 104:8
financial
  128:10 160:24
  164:23
find 14:8
  28:24 39:13
  51:21 62:6,12
  63:25 64:1
  83:10 92:12
  98:19 121:9,
  23 158:4
  159:25 160:1
  166:7
finding 29:4
  82:14 108:19
findings
  69:16
fine 84:22,23
finer 128:22
  129:14
fire 67:4
fired 24:15
  161:13
firms 110:13
FISA 15:25
  16:2

fish 104:10
fists 16:4
fix 25:16
  29:5 39:14
  86:11 88:13
  90:18 91:25
  93:1,13 135:9
  136:2,4,6
  169:3
fixed 39:21
fixing 89:5
flat 48:2
flaw 114:8
fliers 149:24
flip 47:12
  106:23,24
  133:17
flipping 27:1
flips 20:7
  27:1,2
floor 124:20
floored
  109:5,18
Florida 37:14
  93:16 149:9
flow 20:22
  33:23
flowed 59:19
flown 111:22
Floyd 16:9,12
fluidity
  162:5
Flynn 14:6,
  14,15,16
  33:15,18 35:8
  41:6 75:3,11,
  17,20,21,24
  76:12,21 77:2
  78:22 79:21
  81:13 82:8,
  11,19,22 85:8
  89:17 90:25
  95:3,9 104:22
  110:2,3,7
  111:13
  112:10,12,15
  126:1,2,9

127:18 129:18
  130:3 138:23
  142:11
  156:10,23
  164:14,19
  171:18
Flynn's
  75:12,13
  128:11,12
focus 85:14
  101:4 131:22
focused 85:24
  133:5 154:6
foisted 13:1
folks 14:8
  23:16 94:9
  104:17 109:8
  111:17 112:17
  115:13 139:16
  141:8 142:5
  149:5 161:8
  164:18
follow 32:8
  70:17 107:22
food 102:19,
  20,22
footnote
  139:12
forces 109:6
Ford 129:24
foreign 30:9
  42:13 65:6
  108:21 153:8,
  11 155:25
foreigners
  134:11,13
forensic
  45:12 48:20
  49:9 122:2,3
  153:25
forensically
  48:23 64:7
forensics
  65:11
forever 93:15
forget 90:25
  93:23

forging
107:25
form 24:18
60:5,6 150:23
formal 15:8
formation
82:25
formed 83:7
127:12
forming 71:25
84:2,3 127:11
Fort 152:2
fortify
55:16,20
fortifying
20:23
fortunate
96:15
fortunately
93:25
forums 19:4
forward 86:2
90:12 91:15
112:19 124:9
153:18 169:14
found 32:7
43:12 51:2,5,
22 52:4 60:23
74:1 109:10
119:4 129:20
163:15
Foundation
32:9 129:23,
24
foundations
32:3 109:22
129:22
founders
84:12
founding
93:23 110:1
fourth 63:5
FOX 15:15,24
75:16
FPI 81:23
fraction
63:19

fractional
165:22
fractious
111:12
fragility
20:25
Franklin
161:2
frankly 14:20
17:19 122:1
147:18
fraud 17:10
23:4 25:3,6,7
34:20 42:18
45:19,25
50:14,20
53:1,6 67:10
68:4,25 71:8
73:20 76:1,5
78:25 79:4,8,
10,12,14,16,
23 80:20,22
81:1,6,16
89:8,14,15
93:17 105:7
108:20 131:2
136:2 142:18
153:22 157:12
166:23 167:20
fraudulent
18:8 38:5
53:1 168:16
free 13:10
22:14,15
33:23 46:12
47:2 75:8
76:8 89:19
93:21 103:2
139:2 149:7,
10
freedom 70:6,
12 89:22
91:13 138:24
139:4
freedoms
91:6,8
Freetag
159:22,25

Friday 19:19
41:24,25
friend 22:24,
25 83:14
86:16 150:7
160:14
friend's
56:21
friendly
151:16
friends 46:14
53:25 69:9,10
138:10,11
140:17 147:2
169:7,8
front 34:25
35:1 44:25
138:13 141:22
143:12
frustration
109:14
FSB 165:9
fucking 56:1
Fudge 142:8
full 51:6,7
68:8 75:20
139:22 161:17
165:25 167:12
full-time
115:13
fully 102:4
Fulton 133:5
fun 104:11
function
84:10,11
146:5
functionality
160:17
functioning
81:13,14
functions
70:2
fund 75:14
148:9
fundamental
144:5,7
146:11

funded 29:22
31:2 69:13
129:11
funder 129:7
funding 91:18
149:2 169:19
funds 133:14,
15
funeral 23:6
funny 166:18
future 36:25
53:21 98:13
149:7

_____

G

gain 39:23
42:14
gallery 77:1
game 98:23
99:22 129:17
games 35:24
gap 72:12
gaps 136:10
137:4
gas 106:13
gatekeepers
104:3
Gateway
132:23
gather 77:22,
23 95:19 96:1
137:20 138:9
gathering
34:14 56:5,10
95:17 139:7
150:22
gatherings
98:4
gave 15:7
57:4 69:16
125:7 136:24
159:6,23,25
163:13
gay 163:6
geeks 27:25

Geizen 153:21
gel 21:6,7
Gen 164:13
gender 92:12
 162:4
general 14:6,
 14,15 33:18
 41:6 48:4
 58:24 75:12,
 13,20,21,24
 81:21 82:8,
 11,23 85:8
 90:25 95:9
 110:2 126:10
 128:12
 129:17,18
 130:3 142:11
 156:21,22
 164:18
generate
 125:3
generates
 45:20
generating
 125:6
generation
 36:20 41:20
 118:9 123:16
generations
 36:25 44:17
 103:7 153:17
 164:3
generosity
 13:18
genetic
 102:23
genius 149:22
genre 123:12
gentle 103:15
gentlemen
 104:13 107:12
 171:9
geopolitically
 165:1
George 15:3,6
 16:9,12 18:16
 129:3

Georgia 17:14
 23:21 25:10
 26:6 48:5
 56:24 131:5,6
 132:20 148:2
 152:12 168:23
gibberish
 28:10
ginormous
 143:13
Ginsburg
 143:19
girl 141:17
girls 96:11
 100:12
Giuliani 85:5
give 17:4
 21:25 49:22
 55:20 93:19
 109:9 114:6
 119:16 142:19
 150:15 151:4
 162:6 169:12
giving 128:14
 140:6 144:11
 150:8 153:4
Glass 103:1,4
global 16:22
 43:12 170:11,
 13,24 171:1
globalist
 169:23
globalists
 98:14
globe 89:4
glory 93:19
 96:13
glue 21:16
 111:9,11
glutinous
 161:11
goal 39:22
 47:16 49:7
God 14:25
 41:20 69:21,
 22,23 91:5
 93:19,20

115:15 139:2
 158:25 159:1,
 2,4,20
God's 93:24
 159:5
godfather
 41:17 128:13
golly 72:14
good 17:18
 34:9 35:6
 37:25 65:1
 74:1 79:17
 102:1 112:1,
 4,9,13 114:25
 115:12 117:10
 124:25 127:9,
 19,20 130:12
 139:19 140:9
 144:12,13
 160:14 162:12
goon 87:16
 88:19 165:25
goons 87:20,
 21 164:15
governed
 22:11,13
government
 22:9 24:8
 32:5 33:4
 34:18 42:11
 46:7 54:8
 70:1,2,17
 71:15 77:13
 78:2 82:13
 83:23 84:14
 87:4,19 89:1
 90:5 92:18
 93:8 96:17
 100:11
 109:15,21
 145:8,15,24
 146:1,2,4,8,
 13,14,17
 150:10 168:1
 169:2
government's
 77:17 99:6

governments
 31:24 87:22
 116:1
governors
 70:18
Gracie 125:19
grade 163:5
grand 35:19
 36:13 141:13
grandfather
 66:24
grandson
 129:2
granted 48:19
 75:20 91:9,
 10,12
grants 69:15
grasshopper's
 113:15
grassroot
 31:1
grassroots
 13:3 90:7
 114:17,20,22,
 23 115:6,10
 148:4,21
grateful
 93:15,16
gravity
 114:21
gray 39:24
 40:2,4
great 26:7
 33:16 41:23
 75:19 92:20
 93:5 98:22
 99:20,21
 111:17 112:15
 130:13 138:1,
 18 144:19
 159:14 171:21
greatest
 46:11 159:16
Greece 166:6
greedy 137:2
green 65:2
 94:25

gremlin 63:6
grew 53:11
  118:9
ground 82:18
  92:13,14
  130:9 157:8
grounds 18:25
  19:11 47:25
group 21:10,
  16 23:7 29:6
  41:2 84:4
  150:23
  152:16,18
groups 13:3,4
  29:20 30:16,
  17 31:9 40:7
  71:24 72:20
  93:8 110:11
  111:11 148:4,
  5,24,25
  149:24 152:5
grow 157:24
growing
  16:21,23 17:3
guarantee
  77:2 80:10
guard 169:13
guess 34:6
  43:5 84:20
  134:1 171:1
guide 101:7
guilty 82:15,
  16
gun 91:17
  162:23 163:23
guts 68:22
guy 22:25
  35:21 40:21
  47:3 55:10,
  18,22 56:11
  57:9 86:16
  108:14 111:25
  125:19,20
  127:5 129:9
  141:17 142:5
  144:25
  146:16,24,25
  161:24 165:10

guy's 156:5
guys 50:17
  52:12 107:25
  123:6,14
  144:11 147:9
  152:11 163:13
  171:2

———————————

H

ha 162:12
habit 89:24
hack 23:11
hacked 23:17
hacker 29:4
  39:12,16,21
  40:3
hackers 28:13
  29:8 31:10
  32:15
hacking
  28:17,20,25
  34:19
hacks 28:18
hadeen 33:17
hair 14:1
  26:23 135:18,
  19,21
HALDERMAN
  23:18
half 41:13
  42:3 69:3,4
  76:20 88:19
  142:19 160:21
hammered
  124:5
hammers 15:20
hand 87:9
  109:9 110:15
  129:14
handed 136:25
handful 168:9
handily 56:19
handle 57:18
handled
  110:19

hands 112:21
  162:21
hangs 122:23
happen 20:9,
  10 27:12
  37:19 38:7
  50:14 55:12
  58:21 59:21
  75:12 86:3
  89:6,11 90:12
  106:9 107:3
  111:5 124:6
  131:13 136:3,
  20 137:10
  143:2 152:14,
  22 164:20
happened
  14:22 18:24
  20:8 21:22
  25:17 34:20
  35:17 37:3
  40:19 49:23
  51:12 52:14
  56:17 63:25
  64:1 76:12
  77:3,9 80:8
  82:8 83:11
  89:11 90:10
  93:5,7 105:7,
  24 106:1,15
  107:1,2,6
  110:5,25
  113:11 131:10
  132:5 134:3
  146:18 151:22
  163:12
happening
  31:19 32:20
  62:1 87:6,11
  105:14,17
  106:6 109:1
  116:23 131:8
  157:21 163:3,
  5 165:15
happy 21:15
hard 35:19
  43:7,10,16
  51:24 96:5
  133:19 147:4,

8,10
hard-hitting
  99:24
harder 131:18
harmonizing
  101:5
harness 88:17
harnessed
  115:1,9
Harris 23:16
  152:1
Harvard 129:9
harvesting
  61:25 65:22
hash 51:20,21
hat 29:8
  31:10 39:15,
  16,17,21,24,
  25 40:3,4,5
  127:6 154:11
hate 16:3
  30:16
hated 53:14,
  15
hats 112:5
head 27:18
  81:22 101:17
  135:21 163:23
headline
  21:23
heads 89:9
health 17:2
  89:25 138:24
hear 28:17
  62:15 130:16,
  17,18 138:18
  168:20
heard 30:6
  49:15 56:7
  78:11 105:16
  106:5 137:8
  167:17
hearing
  144:21 145:1,
  2,19 166:4
hearings
  76:21

**heart** 57:5
88:2,8
101:16,19
102:14 124:15
**heavenlies**
103:19
**heavy** 112:22
**held** 38:15
160:6
**hell** 69:8
96:6
**helping** 41:16
101:25 149:3
**helps** 109:11
**hero** 107:13
**heroes** 107:9,
16 115:11
**heros** 143:3
**hesitant**
165:4
**hey** 33:6
53:16 55:24
70:20 71:18
72:8 130:11
137:25 152:1,
7
**hiding** 77:13
**high** 23:8
24:24 33:3,4
43:20 45:21
57:11 69:9
115:20 122:4
168:20
**higher** 134:14
**highest** 96:17
**highly** 17:9
25:20 31:2
101:6
**hijacked**
69:15
**Hilary** 15:7
**hill** 16:6
46:20 147:21
**hire** 147:16
**hired** 38:23
39:18

**historic**
47:12
**historical**
22:2 108:1
**history**
13:22,23
20:17 24:12
27:19 36:2,8
42:19 51:17
52:19 61:23
70:7 76:7,14
77:5,8 86:25
88:25 96:4
108:2,3,4,5
120:14,15
121:2 155:14
171:21
**hit** 50:11
**Hitler** 96:10
**hitting**
147:10
**hogwash**
101:24
**hold** 22:13,14
92:17 157:4
162:10
**holding**
162:10,18
**holds** 139:21
157:2
**hole** 27:17
**holes** 29:5
136:18
**Hollywood**
103:15 104:3
**holy** 44:14
**home** 37:2
70:19 138:22
158:12 162:11
165:5
**Homeland**
24:5,13 52:2
**homes** 95:18
117:12 135:3
**honest** 84:1
154:16
**honestly** 22:1

**honor** 46:9
75:19 108:10
**hope** 37:7
89:18,23 90:3
109:10 124:23
127:4 140:14
153:3,4,17
155:11 161:4
162:6
**hopes** 97:4
**hoping** 161:14
**horrific** 16:7
**horrified**
114:9 124:13
**horror** 88:9
**host** 95:17
149:21
**host.**
**thedeeprig.**
**movie** 96:3
**hotel** 113:5
**hotels** 113:8
**hound** 34:1
**hour** 41:13
76:20 95:1
104:21
**hours** 23:19
24:19 42:3
57:4 79:25
101:3 113:10
144:22
**house** 16:17,
18 18:13
19:18 26:16
68:6 79:6
109:13 110:16
118:16 161:25
**housekeeping**
94:4
**houses**
169:17,18,19
**housing**
133:25 134:5
**HR-1** 68:10
69:2
**huge** 37:13
66:25 146:18

**Hughes** 74:3,
11 95:4
104:23 117:20
118:6 119:22
120:4 122:17
171:19
**human** 13:17
29:12,18
69:25 87:25
91:1 95:21,25
97:15 99:7
100:13 101:2,
3
**humanity**
96:20
**humanity's**
97:22
**Humans** 87:22
**humble** 42:15
**humbled** 13:16
**hundred** 26:12
38:9 43:2
63:19,20 82:6
100:6 127:12
135:2 139:22
141:5,6
150:21 151:4
165:21
**hundreds**
19:1,5 29:1
36:10 107:10
115:1
**hung** 56:2
**hunters** 40:7
**Hutton** 14:10
35:18 36:16
38:6 63:18
88:24 128:20
130:10
135:15,20
136:5 142:4
143:1
**hybrid** 97:23
**hyenas** 117:9,
11,17
**hypotheses**
115:5

## I

ICCS  57:15
icing  157:22
ID  68:23
idea  32:25
  48:13 53:20
  67:15 84:6
  88:4 90:2
  95:14 116:5,9
  120:25 128:17
ideal  49:14
  98:17
ideas  22:7
  46:13,17
identification
  121:9
identifier
  44:19
identify  31:8
  44:17 73:20
  85:11 131:5
identifying
  39:2 44:23
  73:18
identity
  77:13 116:3
idiots  120:24
  142:6
ignore  156:19
ignoring
  157:5
illegal  64:15
illegals
  134:1
illegitimate
  74:25 160:16
Illinois
  130:13 171:7
illness  70:22
  169:8
illusion  31:3
image  48:23
  57:15 61:4,5,
  21

images  48:20
  114:3
imagine  87:19
  139:20 151:6
immediately
  49:8 79:24
  80:1
immigrant
  36:21 144:18
immigration
  134:4
impact  131:6
impeached
  15:23
impeachment
  15:24 160:5
impediment
  143:13
implementing
  96:9 157:1
implications
  92:5
important
  34:23 35:3
  37:6 45:14
  46:15 67:2
  70:10 86:13
  90:17 111:22
  119:13 121:3
  123:2 136:22
  137:11 148:2
  162:4
importantly
  137:23 138:23
impossible
  60:25 68:24
improper
  42:14
improve  73:16
in-person
  13:4 17:3
  67:19
inaudible
  23:8
inauguration
  15:18 46:22

inauthentic
  74:8,25
incentivize
  140:20
incited  18:17
included
  20:15
includes
  72:17
including
  66:23
incompetent
  58:16
incorrect
  67:25
increased
  17:1
increases
  67:19
incredible
  13:17 14:2,4
  89:4 122:20
  123:23 136:17
incredibly
  21:12 124:7
independent
  43:9 44:3
  50:22 67:1
independently
  65:10
India  145:7
Indiana  149:8
indication
  72:22
individual
  56:8 170:5
individuals
  30:6 31:8
  40:15 44:20
  69:17 92:17
industries
  20:19
industry  24:8
  28:25 74:13
infected  90:1
infectious
  156:15

infiltrate
  55:9
inflating
  133:21 164:25
influence
  20:21 45:19
  53:19 66:25
information
  13:7 20:22
  32:23 33:5,
  11,12,18,24
  34:13 38:14
  43:1 45:12
  52:13 56:5,10
  62:25 63:4
  71:4 80:3
  81:4 89:2
  92:5 95:15
  98:10 109:9
  111:3,18
  112:20
  114:10,18,22
  115:1,2,10
  121:12
  126:15,16
  136:11 144:14
  157:10,11
  166:1,2,12
  167:6
infrastructure
  24:14 41:4
ingredients
  154:19
inherent
  45:19
initially
  66:4
inject  68:12
injected  26:2
  59:15
injection
  25:18 26:1,8,
  22
injections
  25:14 26:9
inside  17:21
  24:20 57:1
  61:9,15 76:16

82:1
insider 96:16
insight
103:16
insights
83:15
inspiration
128:13
inspire
153:17
installed
51:7
instance
23:18
institutes
109:21
institutional
82:4
institutions
82:6
instructions
15:8
insult 27:6
insure 20:15,
25 46:9 72:18
98:10
insurrection
109:25
intact 98:10
integrate
101:9
integrates
97:24
integration
58:8
integrity
13:7 23:3,10
40:13 51:12
55:1 60:16
66:24 90:19
91:19,22 92:2
107:18 118:5,
7 124:14
143:9 146:8
intel 128:24
129:19

intellectual
135:25
intelligence
27:6 65:14
96:15 108:16,
24 109:1,17
111:23 126:11
intelligent
135:13
intended
28:15
intending
119:3
intent 57:19,
22 61:14,20,
22
intention
39:20 102:19
intentional
45:23
intentionally
45:18,20
intents 48:23
interactions
151:18
interest 22:1
45:7 48:10
93:8
interested
94:23 104:9
142:14 149:25
interesting
22:3 35:16
40:15 44:10
83:16 118:6
120:23 137:6
interestism
87:2,3
interests
87:4 144:7
interface
51:9
interference
54:8
intermission
94:5

Internal 46:6
internet
34:18 60:3,4
69:19
interracial
53:11
interrupted
24:19 55:24
interruption
25:12
interruptions
25:13
interview
110:8
interviews
142:16
intimate
83:18
intimidate
116:10
intimidation
72:21,22
intrigue 42:9
introduced
66:7
introducing
103:25
introduction
152:23
introvert
163:19
invalidated
59:25
inventor
36:17
investigate
34:22 35:1
investigating
27:7
investigation
58:23 98:21
invisible
110:15
invited 76:24
142:7
invites 97:22

involved 15:1
21:8 22:23
23:2 27:17
30:12 33:3
40:13 72:1,4,
9 76:1 85:23
86:3,12 93:6
110:12,14,20,
22 119:6
123:18 124:2
126:11 127:15
142:12 150:25
153:24 155:12
167:16
involvement
99:6 108:22
Iraqi 59:11
Irish 112:15
ironclad
154:15 155:5
irregularities
41:23 58:24
67:10 68:4
Isaac 103:14
issue 57:19
139:5 160:23
issued 24:10
74:22 156:2
issues 66:23
70:10 72:1
94:4
issuing
160:18
Italian
153:11

J

Jack 80:19,
21,23 81:2
Jacksons
132:15
Jacques
104:12
jail 160:11,
25
James 35:20

JANE 68:16
January 18:24
  21:21 76:12
  77:4,10,15
  78:1,6 158:1
  167:15
jar 34:6
Jerry 56:22
Jesse 35:3
  66:7,22 67:21
  68:10,21 70:4
  89:7
jet 111:23
Jimmy 37:3,4,
  6
job 41:1
  109:18 147:6
jobs 115:13
  170:1
Joe 33:2
  47:10 48:3
  52:24 55:8
  58:1 59:20
  75:11 89:24
  95:2,3
  104:21,22
  110:2,7
  111:6,13,16
  112:11,12,13,
  14,15 114:6
  115:17 116:2
  117:19 125:9,
  10 126:2
  127:18 128:23
  129:14 130:3
  132:11,13
  151:22 156:9,
  10,23 171:18,
  19
Joel 53:8
Joey 147:1,2
  151:17
join 98:19
  126:15 127:16
  128:11
  142:10,23
joint 24:10
  84:4

jokingly
  111:8
Joseph 18:5
  35:8 75:3,24
  76:12,21 77:2
  78:22 79:21
  81:13 88:2
  89:17 153:21
journalists
  54:18,19
  95:11 123:18
journey
  101:14 103:2
Jovan 14:10
  35:18 36:16
  38:6 63:18
  88:24 119:9,
  10 128:20
  130:10
  135:15,17,20,
  23 136:5
  138:19 141:25
  142:2,4
  143:1,4
JP 121:15
judge 48:19
  52:22 144:21,
  23,25 145:3,
  17 159:5
judges 167:7
judicial
  82:11 160:18
judicially
  48:10
judiciary
  35:8,11 82:12
  84:10 92:7
  144:25 156:20
  162:16,18
JUDY 15:11
jujitsu
  125:15,21
July 118:21
  140:13
jumped 42:3
jumps 26:1
June 96:1

junky 56:4
jury 34:25
justice 19:9
  81:14 100:16
  160:19,20
  161:9
justices
  167:4

_____

K

KAMALA 23:16
Karen 122:11
KATE 54:23
Kavanaugh
  76:21
Kay 101:13,20
keeping 38:19
  164:24
Ken 38:25
  73:7,11
Kennedy
  103:7,14,21
  123:7
key 14:11
  32:5,21 40:16
  78:1 86:2
  97:17 98:5
  138:24
keys 136:25
kibosh 24:6
kick 136:12
  169:25
kicked 59:3
kicking 41:8
kicks 130:15
kid 77:7
kids 70:21
  90:1 111:14
  138:2 162:21
  163:6,21,22
kill 82:19
  163:24
killed 77:15
  96:12 159:11
killing
  163:24 164:1

kind 13:23
  19:24 21:4,5,
  16 22:8,25
  26:3 28:9,17
  29:3,7,19
  35:18 40:21,
  23 41:1 44:24
  51:2 56:4
  57:24 65:12
  69:3 74:24
  75:14 81:6
  87:10,20
  96:16 113:10,
  12 121:23
  124:4 127:4,
  5,17,19
  131:25 142:23
  160:24
kinds 25:19
  29:10 31:11,
  13 35:15 77:3
  126:12 127:15
King 31:2
  129:2
knew 40:21
  47:22 56:4,15
  57:6,11 70:25
  71:2 80:14
  84:12 121:23
  126:2
knock 170:16
knowing 28:7
  108:10
knowingly
  54:25
knowledge
  24:3 39:9
  74:7
Krebbs 52:2,
  6,11
kudos 104:25
Kurtz 88:4,5
kwon 125:16

_____

L

LA 98:19 99:5

**label** 123:2,
11
**labor** 20:12
105:4 110:12
164:14,19,23
165:3,13,25
166:13 167:11
**lack** 48:8
116:18
**Ladies** 104:13
171:9
**lady** 152:7
**Lai** 155:17
**laid** 20:11
53:24 110:10
**land** 133:24
**landscape**
105:6
**language** 28:2
**large** 72:25
**larger** 92:24
132:4
**largest**
117:16 118:10
**Las** 25:8
93:15
**lashed** 46:23
**late** 147:8
**latest** 98:21
**laugh** 123:20
**laundered**
100:5
**laundering**
145:25 146:3
**law** 29:8 46:5
69:1 77:14,18
82:12 110:13
129:9 145:4
157:14,15
160:7,8 161:6
162:13,15
**lawfare**
110:14
**lawful** 156:8
**lawless**
157:16,17

**lawn** 162:10
**laws** 20:21
68:23
**lawsuit** 48:4,
17 54:24
143:17,25
144:10 146:22
154:14
**lawsuits**
47:22
**lawyer** 34:24
52:11 161:6
**lawyers** 35:5
154:1 162:16,
17
**layer** 154:24
**layers** 65:17
**lead** 21:4
45:23
**leader** 155:21
**leadership**
81:20
**leads** 45:25
82:5 87:3
**leak** 59:2,3
**learn** 14:17
36:19 65:13
**learned** 84:8
125:20
**learning**
15:12 65:13
136:15
**lease** 140:15
**leave** 48:8
55:4,6
**led** 32:7 54:2
**left** 20:13
68:12 73:14
80:5 127:24
154:25 155:3
165:11
**legal** 31:11
42:7 64:11
74:17 75:14,
18 120:18,19
122:13 146:13
156:14

**legally** 27:14
135:8
**legend** 103:14
**legislation**
68:8 160:16
**legislative**
84:10 121:15
160:16
**legislators**
81:17
**legislature**
67:6,8
**legitimacy**
66:20
**legitimate**
35:4 74:16
127:11
**lengthy** 19:18
**Lenin** 156:24
**Leon** 103:14
**lets** 126:14
**level** 33:3,4
59:15 85:17
89:16 152:10,
22 155:18
**levels** 61:16
96:17
**Levi** 146:24
147:1,19,23
148:6,10,12,
14,18 149:4,
22 150:15
**liaison** 73:12
**liars** 80:7
116:14
**liberal** 43:19
**Libertarian**
22:18
**liberty** 144:7
**license** 60:4
95:25 139:23
140:3 149:19
**licensing**
140:18
**lie** 71:1,11
84:25 110:5

**lied** 16:2
85:2 92:25
**lieutenant**
82:23 155:18
**life** 16:8
22:18 28:18
53:17 58:13
66:25 83:13
84:13 86:14
96:18 101:9,
10 104:8
150:14
**lifestyle**
101:7
**lifting**
112:22
**light** 103:19
112:7,21
**lighting**
106:13
**lights** 27:21
120:8
**likes** 21:8
123:15
**limit** 168:4
**limited** 51:13
**limits** 161:10
**Lindell**
154:10
**lines** 67:13
159:13,14
**link** 32:7
142:9,10
152:3
**linked** 129:23
143:21
**linking** 81:2,
7 152:6
**lions** 117:9,
17
**list** 44:18
**listen** 14:9
33:6 53:16
87:12 143:24
144:2,10
**listened** 56:6

**literally** 51:12 82:19 103:11 133:20 134:6 135:6 169:15

**litigate** 105:13

**live** 13:4 30:19,20 36:25 91:24 94:6,10,11 95:4 98:3 104:15 107:21 121:10 139:16 141:16,24 152:24 153:6, 21 157:15 161:24 164:12 169:6

**lived** 14:19 118:9

**livelihood** 169:20

**lives** 47:6 53:19 72:6 91:8,11 92:9 123:24 165:10

**living** 14:20 36:23 62:21 93:15 97:9, 13,14,21 140:17 150:7

**Liz** 152:15

**loaded** 44:25

**lobby** 13:8 94:22 104:17

**local** 31:23 48:15 59:15 89:15 91:17 95:18 139:24 140:2 152:10, 22

**locally** 152:9

**location** 57:16 149:25

**locations** 67:19

**lock** 44:5 118:16 169:15,17

**locked** 97:13 118:18 169:16

**locks** 118:17

**LOFGREN** 23:21

**log** 51:10,14 66:13

**LOGAN** 90:17

**logically** 44:16

**logs** 49:21 51:5,10

**London** 156:17 158:10

**long** 22:18 33:25 47:1 53:25 68:16 75:18 86:17 89:22 100:9 102:15 108:18 152:17

**longer** 90:19 92:14 123:19 145:17

**looked** 32:17 58:18,24 83:2 109:13 118:13 131:2 135:22 141:15

**looming** 165:7

**looted** 87:7

**looting** 157:18

**lose** 19:17 35:11 82:7 124:15 144:11

**loser** 73:10

**losing** 20:1

**loss** 26:11

**lost** 22:21 36:22 72:5,15 82:6,9 84:23 92:9 93:7,12 142:23 169:6, 8

**lot** 14:18 30:7,15 31:22 36:9,17 39:13 44:16,20 68:17,19 69:9 72:3 75:5 80:12 81:25 108:16 109:21 112:3 122:11 129:24 134:18 141:2 148:21, 23 161:8,14 162:7,23,25 163:23 164:13,18 165:18

**lots** 94:11 130:21

**loud** 130:19 158:4,25

**Loudon** 163:12

**love** 19:24 33:16 102:5 105:4 112:18 142:7 171:6

**loved** 66:24 169:7

**lovely** 101:13

**loves** 41:21

**low** 140:21

**loyalty** 138:4,5

**Luchescu** 14:1 18:23 95:2 104:22 107:8, 14 108:5 171:18

**Luciferian** 98:22 99:22

**Luther** 31:1

**lying** 19:18 80:6 160:5

**Lynch** 143:6 146:21

**lynching** 123:3

**M**

**machine** 23:15 49:4 65:3,13 113:24 136:3, 11,14

**machines** 23:17,22 26:17 40:8 50:23 64:2,25 65:17 66:12 118:5 136:9, 13

**made** 15:8 24:16 43:25 45:13 56:1 57:20 58:3 62:22 63:17 67:6,21 73:21 78:17 86:20 93:21 108:6 109:20 118:21 151:8

**Magazine** 20:10 21:1 110:8

**magnificent** 97:11

**mail** 17:4 68:22

**mail-in** 17:6, 25 18:1 20:7 37:13,18 38:2 59:14 67:14, 18,22

**mailed** 36:8 64:19 67:23

**mailing** 38:17

**main** 59:2 67:15 126:6

**mainstream** 42:5 52:8 78:23 92:6 95:22

**major** 13:23 68:8 143:10

28

**make** 13:12
22:7 32:4
35:6 36:25
42:12 45:1
56:6 57:23
60:17 67:16,
25 68:2 70:12
72:2 74:13,
14,15 77:4
79:18,20
89:12 94:14,
17,18 96:25
104:6 106:1
116:10 118:17
122:5,24
124:8 126:20
130:14 131:13
134:8 138:16
139:19 140:7,
8,9,11,19,22
141:13 143:2
150:9 151:16
152:9,14,22
156:24 171:4
**makers** 124:1
**makes** 43:20
46:11,12
68:23 79:13
159:5 166:24
**making** 26:11
35:4 50:3,18
60:24 74:4
104:7,9
123:17 124:22
137:10 147:9
171:21
**male** 43:4
**man** 14:2
19:24 88:8
95:1 104:21
129:1 155:10
159:2
**man's** 76:19
**manage** 130:21
**managed** 94:1
115:14,18
118:10
**management**

49:20 51:3
99:11
**manager** 129:8
**manhood**
142:23
**manifest**
102:5
**manipulate**
50:3 99:17
102:19,21
**manipulation**
102:23
**Manitoba**
158:10
**mankind** 97:4
**MANNA** 67:12
**manner** 48:11
**manual** 50:6
58:18 65:25
114:4
**manuals**
113:22
**manufactured**
42:24 162:6
**map** 42:25
149:23
**mapping** 58:7
**maps** 121:17
**March** 53:22
**Maricopa** 25:9
72:16 73:13
74:10 93:14,
16 94:20
118:11 119:20
121:17 153:22
157:11 164:9
168:17,22
**mark** 50:8
57:21 158:20,
23 159:10,15
**marketing**
74:12 117:21
141:2,3
**marketplace**
36:9
**markets**
133:21 134:6

170:14
**marks** 57:20
**Marlon** 88:6
**marriage**
106:25
**married**
152:17
**Martin** 31:1
143:6 146:21
**marvelous**
135:22
**Marxist** 31:22
**Marzuli** 98:19
**masks** 16:16
**mass** 23:11
89:25 127:2,
7,9,11
**Massachusetts**
144:16 145:13
**massive** 34:18
68:7 69:18
76:5 81:18
131:5 157:12
**massively**
91:21
**masterful**
100:25
**masters** 93:11
**match** 56:8
60:9,13
**matched**
132:24
**matches** 30:8
60:8 114:12
**math** 33:9
132:18,20
164:1
**mathematically**
44:10
**mathematician**
171:6
**mathematicians**
32:16
**mathematics**
130:21
**Matt** 45:9
46:4 142:8

**matter** 39:10
53:2 84:5
91:16,18,20
92:1 99:17
102:17 136:21
147:8
**matters** 77:12
**MATTHEW** 34:21
45:11 47:3
49:7,15 52:17
71:23 90:6
**Matthews**
98:24
**MAXINE** 15:21
**mayoral**
121:14
**mayors** 32:5
**Mcchrystal**
129:18
**Mcpacky** 142:9
**means** 28:10
32:25 33:1
37:17 78:4
91:22 92:10
101:5,9
105:13 133:10
136:10 157:15
161:24 165:7
168:23
**meant** 15:13
48:14 50:8
164:2 168:8
**meantime**
94:25
**media** 19:4
20:7,22 33:20
42:5 46:19
47:21 52:8
66:18 69:18,
19 71:6 78:23
79:2,24 89:1
92:7 95:12,22
97:20,23
112:6
**medicine**
101:1
**meet** 23:2
40:21 127:5

meet-up 13:3, 4
meet-ups 13:14
meeting 19:19,20 95:19
meetings 21:4
member 115:20
members 30:11,12 54:10 83:22, 23 104:17
meme 135:17
memory 49:2
men 123:23 135:24
mental 70:22 89:25 169:8
mentality 29:4
mention 78:25 133:7 167:18
mentioned 110:7 150:2
merging 103:6
merit 72:23
mess 127:21
message 29:15 31:7 56:22
messages 124:11
met 23:6 40:20 55:9 86:16 113:16 167:17
metadata 69:4
metaphor 34:9
method 20:14
metrics 15:15
Mexican 132:7
Mexico 165:11
mic 141:22
Michael 14:6, 14 75:17,20 82:22 110:3 138:23

Michigan 25:9,25 37:12,21 46:3 47:4 48:6 148:3 152:13
mid 47:4
middle 57:3 66:13 67:7 105:16
mights 148:25
Mike 14:16 33:15 82:19 125:10 126:1, 8 127:4 128:11,17 154:10
miked 95:4
Miley's 167:13
military 23:8 31:17 82:24 99:6 126:10 153:24 155:10,12,14, 15,21,22,23 156:3,13,20 157:1,2,3 164:22 166:17,19 169:4,24
mill 74:19
Milley 156:22,23
Milliken 156:21
million 18:13 34:5 38:24 44:9 69:3,7,8 73:10 82:7 127:12 131:16 133:2 134:20
millions 17:6 37:18 83:5 100:3 158:15
Milwaukee 25:9
mimeographed 64:24

mind 44:6 84:6 91:7 102:21 104:6
minds 96:9
mine 22:24 86:16
minimum 139:24 149:18 150:21
Minnesota 134:3 149:9
minute 76:17 128:21 156:11
minutes 94:5, 24 152:8
misinterpreted 52:7,10
misled 15:25
missing 118:4 131:11,21 132:15
mission 83:10
misused 28:14
MIT 144:18
mix 65:20
mixed 154:22
MK 96:7,8
mob 18:16,19
mobile 36:18
mobilize 13:5 29:23
Mockingbird 71:6
model 33:8 150:1
moderate 43:8,9,19
modern 86:19 103:23
modules 50:1
mom 53:15
mom's 53:10
moment 19:21 32:21 35:22 57:5 96:21 107:22

moments 32:22 48:1
Moms 148:4
Monday 122:12
money 126:3 129:8,13,16, 21 130:22 139:19 140:8, 9,22 150:9,11 151:11 161:22 163:19
monitoring 134:19
monkey 25:20 26:15
month 140:13, 22 146:18
months 38:15, 21 111:10 147:16
moot 157:25
morning 26:7 30:2 41:15 56:19 66:16 76:18
mother 36:21 150:6
motion 48:7, 19 97:1,7
mouse 114:5
move 28:21 42:2 44:4 63:2 110:6 161:17
moved 25:23 62:24 158:1
movement 23:3 101:2 114:20 127:3,8,11
moves 47:1
movie 13:15 14:3,8,18 35:20 88:3,5, 10 94:7 105:25 107:10 122:20 124:21,24 125:8 126:19,

30

20 137:7,12,
14 139:23
140:5,18
149:5 151:5
movie's 108:6
movies 103:15
104:1 107:10
126:5
moving 28:23
44:5,12 90:11
93:15 165:2,
24
multi-
dimensional
98:1
multiple
57:15,17
64:17 68:1
multiples
36:8
multiplied
165:23
murdered
53:12 96:12
murders 30:20
music 98:2
Musk 28:23
muttering
88:9
my's 128:17
mysteriously
132:17

N

named 47:4,6
55:18 125:19
names 131:10,
17,21 132:25
133:1
narrative
112:7
narrow 25:7
nation 26:24,
25 35:13
106:24 159:4

national
15:13 75:17
153:8,11
169:13
nationalist
167:13
nations 30:9
nationwide
13:5
native 22:25
118:9
natural 25:19
26:5
naturally
42:11
nature 87:25
neatly 45:2
needed 23:2
40:21 55:16
76:4 83:9
84:3 119:5
121:4 126:2
168:12
nefarious
99:16
neighborhood
134:25
neighborhoods
135:2
neighbors
46:15
nervous
134:24
Nessler
102:25
net 170:25
network 31:17
57:16 58:7
97:20 126:14,
25 128:3,11,
12 129:20
130:5,8
148:15,17,19
149:2 150:25
151:1,17,23
networks
29:14 33:14

41:9 114:23
126:14 128:3,
12 148:15,17,
19 149:1
151:2,17
152:10
neurons
103:12
Nevada 25:8
66:4,8 67:5,
8,11 68:3
Nevada's
67:14
news 15:11,
15,24 35:14
41:2,4 71:4
73:5 75:16
77:9 84:24
95:16
NGOS 129:22
Nicaragua
155:23
nice 45:2
135:21
night 17:12
26:4 37:2,21
49:23,25
56:18 66:13,
15 67:7 75:16
78:18 83:7
105:16 106:15
107:1
nightclub
87:18
noble 87:22
noncitizens
155:1
nonexistent
109:18
nonpartisan
35:12 139:5
nonprofits
129:22
nontechnical
28:8
nooks 34:12
NORAH 38:21

north 43:24
152:13
nose 147:4
note 111:15
noticing
133:12
novels 123:15
November
14:23 21:21
24:15,17
26:4,7 39:2
47:5 56:17
76:9 89:8
93:7 113:18
NPR 15:17
NSA 40:16
134:16
number 34:8
45:21 62:21
67:19 118:14
121:2,9
126:23 130:23
132:24 133:1
162:20
numbers
43:15,23
132:4 133:3,4
151:5

O

O'BRIEN 96:5,
7
O'DONNELL
38:21
O'DONOVAN
102:25
oath 71:13,14
90:22
Obama 110:21
129:6,11
Obama's
129:12
object 18:12
obligation
18:12

obligations
146:13
observation
106:4
observe 93:3
observer 86:6
91:23
observers
86:12 106:1
obstacle 42:9
obvious 75:4
107:5 146:8
occult 99:14
occupying
161:25
occurred
105:9
occurring
101:1 108:20
131:3
occurs 64:20
October 38:7
odd 29:7
132:20
oddly 23:4
odds 64:19
office 24:7
86:5 147:16
officer 53:13
108:24 129:19
161:7
officers 23:9
30:20 77:14,
18 166:19
offices 76:23
official
145:15
officially
25:22
officials
23:13 32:5
67:3 145:10
146:2 160:4
offline 46:25
Ohio 16:5
olds 44:22

oligarchs
42:6 95:22
Olinsky's
129:15
Oltman's 58:1
Oltmann 33:2
52:24 53:8
55:8 59:20
89:24 95:3
104:23 115:17
116:2 171:19
one's 98:11
159:17
onion 36:1
online 97:21
98:3 171:12,
14
open 32:9
51:8 137:21
operate 31:11
operating
113:22
operations
23:14 31:17
operatives
78:5
operator's
114:4
operators
69:17
opinion 42:15
92:3 110:20
opinions
46:13 92:12
opportunities
127:14
opportunity
49:22 54:6
116:19 138:7
141:19 150:9
157:25 158:3
163:25
opposed 42:9
opposing
83:24
optical 122:7

optimist
168:3,6
option 17:4
orchestrating
127:10
order 20:25
30:9 35:6
39:14,19
48:19 51:1
52:21 59:21
69:24 70:12
77:1 96:10
116:1 156:8
162:13
orders 134:17
166:20
organ 101:2,
4,8,11
organic 25:19
30:25 31:3
organism 97:9
98:18
organization
30:19 39:18
54:3 125:25
145:10
organizations
32:4 58:8
59:16 130:3
148:21,24
organize 13:5
127:24 149:8,
23
organized
30:24 91:21
127:5,7
141:13
organizers
115:8
organizing
140:10 151:25
organs 167:24
origin 45:8
123:6
original
74:16
originally
28:15

ORKO 67:12
outcome 52:24
53:1 85:25
outdated
124:14
outlined 50:5
outspoken
110:3
Outstanding
141:20
ovals 57:19
ovation
122:16
overdo 137:2
overdue 47:1
overlap
151:19
overlay
121:17
overpower
31:23
overs 122:21
overseas
108:21 116:7
154:19 169:7
oversee
169:10,11
oversight
45:24
Overstock
19:15
overtones
103:16
owed 138:2
owned 40:11
owns 69:8

---

P

p.m. 49:19
pace 28:22
packing
142:21
Packingham
143:17,18
144:2

**Packy** 142:2,
7, 21
**pages** 68:8
**paid** 31:2
38:16,17
117:7
**paint** 167:19
**Painting** 79:9
**pajama** 33:17
**Pakistan** 66:6
**pandemic**
16:24 67:17
89:24 92:10
**panel** 14:9
94:6 95:4
104:15 143:7
145:15
**paper** 64:3,5,
8,12 74:18
114:2 119:25
136:3,7
170:21
**papers** 86:17
**paradigm**
166:21
**paragraph**
45:16
**paranoid**
20:18
**pardon** 75:21,
25
**pardoned**
75:16
**parents** 62:21
159:3
**Parker** 101:13
**parking**
162:23,25
163:23
**Parler** 46:25
**parrot** 71:5
**part** 19:15,19
22:25 31:24
54:24 55:10
56:12 58:23
59:14 68:18
97:3,9,14

107:24 110:6
114:19 115:25
127:10,13
130:8 133:5
151:20 156:14
159:15
**participants**
20:16 107:15
**participated**
77:18 78:1
**participating**
107:12
**parties**
137:17,18
138:22 169:12
**partisan** 39:5
**partner** 45:5
145:6
**partners**
102:12 129:4
**party** 19:8
30:19 50:16
67:13 71:14
78:23 89:19
110:13
131:18,22,25
138:3 162:13
**pasi** 156:2
**pass** 44:24
67:9 144:14
152:2
**passed** 67:7,
12
**passionate**
143:9
**password**
51:20,24,25
52:4
**past** 29:12
32:21 40:23
42:17 104:3
142:16
**pastor** 117:5
**pastors** 139:5
**patents**
135:25
**path** 54:2

**paths** 85:10,
21
**Patrick**
13:16,17,23
14:5 19:14,20
21:3,20 24:3,
17 25:3 29:6
31:10 32:14
33:13 34:11
35:14 47:4
83:15 86:15
91:16 94:13
95:1 104:20,
21 105:2,5,10
111:7,16,23,
25 112:13,19,
23,24 113:1,4
124:20,23
125:2,7
128:9,24
130:4 137:9,
15 139:11,12,
15 140:2
142:11,15
144:13 146:24
147:15,20,25
148:7,11,13,
16,20 149:15
150:2 151:11,
13 154:1
155:13 162:3
163:3 164:14,
17,21 168:8,
18 171:17
**Patrick's**
14:2 21:7
151:20,21
**patriot** 47:6
158:24
**patriotism**
105:1
**patriots** 94:7
107:16 111:17
140:8 142:24
**pattern** 31:15
32:2
**patterns** 30:8
58:9 62:16
107:6 130:22,

23
**Patty** 142:8
**pause** 105:13
106:10
**paused** 105:15
**Pavlowski**
117:4
**pay** 85:22
109:3 119:3
129:9 140:3,
7,16,18
150:20 170:9,
12 171:2,4
**payers** 170:5
**paying** 87:9
170:4,5,6,7,
15
**PBC** 15:11
**PBS** 16:3
**peaceful**
78:12
**peacefully**
77:21,23
78:13
**pecking** 69:23
**pedophiles**
116:14
**peel** 36:1
**pen** 114:15,16
**pennies** 34:5
**Pennsylvania**
25:10,15
37:11,22 48:6
131:3,9
132:10,17
133:6 160:14
168:22
**people** 18:14
19:1,6 20:12,
19 21:4,5,10,
11,12,17
23:2,6 26:16
27:23,24 28:8
29:2,7,21
30:17,19
31:13,23 33:3
34:22 35:1,

11,15,23,25
36:3,4,10,14
37:7 38:17
39:14 41:2,9
44:17 45:8
46:9 48:15
53:18,24
54:11,13
58:14 59:17
62:14,21 64:7
66:11 67:16
68:1 69:6,10,
24 70:16
71:20,23
72:5,8,19
73:7,22,23
74:4 75:6,7
76:22 78:1,3,
14 80:3,4,5,
11,12,17,19
81:3 82:1
83:1,3,5,13,
25 84:4,11,
15,25 85:1
86:3,8 87:6,
20 89:4 90:4,
5,6,16,18
91:3,5,7 92:9
93:1,5,13
94:6,11 95:14
100:3 103:25
104:1 108:8
109:3 110:16
112:3,5
113:3,7,8
114:13,14,21
115:7 119:9,
14,18 120:24
121:19 123:9,
24 125:6,23
127:25 128:4
131:16 134:20
137:21
139:18,22
140:9,21
141:1,7,10
142:12,13
143:11,16
147:17 150:3,

16,17,22,24
151:4,19
153:3 154:25
156:17 157:9,
19 158:9,15
160:11 162:13
163:18 164:6,
13 168:5
170:2 171:10
**people's**
53:19 76:23
115:1
**percent** 38:10
43:13,22,24,
25 44:7,13,14
47:9,11
63:19,20 73:9
92:21 100:22
132:1,2,3
143:10 160:22
167:22 170:4,
6,9 171:2
**percentage**
72:25
**perceptions**
20:21
**perfect** 65:9
152:23
**perfected**
116:7,9
**perfectly**
114:12
**performances**
98:4
**performing**
101:17
**period** 22:5
25:22,23
54:10 66:11
103:17 106:3
136:21
**permission**
39:17
**perpetrated**
79:23
**perpetually**
97:15

**persecution**
33:25 82:20
**person** 33:10
34:4 57:4
63:13,17
68:13 84:17,
20 101:23
112:6,8
116:16 131:21
136:11
150:12,20
151:7 169:1
**personal**
39:23 58:14
150:4
**personally**
85:23 168:6
**personnel**
32:11 99:6
**perspective**
24:11 85:7
110:14 147:21
**pessimistic**
167:3
**pesticides**
102:23
**petty** 117:13
**Ph.d.** 56:11
**phantom** 61:9
62:3,9,17,23
63:5
**phenomenon**
99:2
**Phil** 14:7
31:14 57:25
58:22 65:21
70:14 71:11
90:21 95:3
104:22 108:14
109:4 110:22
115:17
128:19,21,22
166:19 171:19
**Philadelphia**
25:10 132:15
**Philippines**
145:7

**philosophers**
88:1
**philosophical**
113:10
**philosophy**
22:5,7
**Phoenix** 25:8
38:23 141:24
152:24
**phone** 36:18
55:15 56:2,15
76:18 80:11
112:11 153:8
**phonetic** 88:5
102:25 117:5
125:19 129:2,
15 153:22
160:20 165:22
**phonetics**
156:3
**photograph**
49:5
**physical** 38:9
63:24 65:16,
18
**physics** 99:18
**pick** 114:5
141:10
**picked** 112:11
145:18,19
**picnic** 139:7
**picture** 48:24
107:7
**piece** 52:19
64:3 71:7
97:3
**pieces** 20:2
100:1,21,23
**pillars** 54:4
**pills** 102:12
**pioneer** 147:2
**pipe** 17:21
24:20 105:19,
21
**piped** 115:2
**Piton** 14:10
32:17 41:10,

19 62:14
63:7,8,9,12
69:2,5 70:25
90:14 128:20
130:10,12,15,
17 131:8
133:11
168:13,14,15,
20 171:6
**place** 33:20
42:20 51:1
56:21 72:23
76:5 79:23
80:4 96:4
106:1,2,3
120:1 122:8
166:18 167:1
**places** 32:6
69:9 95:19
107:2 115:3
154:23 158:11
**plain** 20:11
**plan** 110:10
**plane** 23:5
42:4 49:8,11
**planet** 91:2,3
95:17 135:24
**planned** 80:9
111:1
**planning**
167:11
**plans** 148:8
**plant** 135:7
**plates** 16:5
**platform**
46:25 94:13
97:24 145:7,
12 146:3
153:7
**platforms**
92:7
**play** 20:2
21:5 139:6
141:6
**played** 21:25
35:23 75:14
111:9

**player** 138:24
**playing** 110:6
115:22
**plays** 125:2
**pleased** 13:2
**plug** 136:12
137:4
**plugged**
136:18
**plugging**
137:4
**podcasts**
123:16
**point** 18:7
24:4 26:10,
20,21 27:8
37:7 38:4
61:7 78:17
81:20 94:15
114:22 120:16
123:22 126:6
127:21 128:22
129:14 135:10
148:18 153:4
166:25 167:25
**points** 85:6
86:22 106:20,
25 138:20
165:18
**police** 30:20
53:12 77:20
122:3
**policy** 81:8,
10 100:10
**Polit** 160:19
**political**
19:8 20:13
22:7 33:25
68:13 71:14
92:10,11
146:1,6
161:20 169:12
**politician**
169:11
**politicians**
38:18 46:14
71:1 80:18
92:6 160:23

164:7 168:10
**politics** 67:1
90:7 98:20
**poll** 23:12
25:1
**polling** 67:19
**polls** 37:16
**poor** 16:1
53:12
**poorest** 24:4
**population**
96:9
**populous** 39:6
**portfolio**
131:14
**position** 55:5
81:9,10 167:9
**positions**
33:4
**possibility**
27:21
**possibly** 89:2
122:14 133:25
**post** 78:24
82:9
**potentially**
46:21 51:14
78:4
**pour** 88:15
**power** 36:24
88:18 97:22
101:7 102:5
115:9,12,15
138:15 166:15
**powerful**
20:19 84:18
97:25 128:15
152:10 158:19
**powers** 22:11
42:14
**practical**
42:8
**practices**
24:1 66:23
**practitioners**
100:25

**pray** 156:5
**precinct**
84:18,20
91:23,24
114:4 121:10
**precincts**
43:1,11 56:24
59:9 114:14
133:16
**premiere**
95:18
**prepare** 99:19
164:16
**prepared**
98:12
**presence**
99:10
**present** 34:24
77:14 112:7
**presentation**
159:16
**presented**
85:9,21 101:5
138:13
**preserving**
72:6
**president**
15:16,22
18:17 19:16
22:19 24:15
27:13,14
46:23 48:2
56:18 75:16
79:6 84:18
85:9,20
110:18 126:23
132:5 160:4
161:14
**President's**
79:15
**President-
elect** 18:5
**presidential**
14:23 47:14
55:2 129:12
**press** 79:6
106:7,8

**pressure**
  47:21
**pretend** 81:11
  89:10 127:9
**pretentious**
  125:11
**pretext** 67:9
**pretty** 21:9,
  11 111:12
  140:24 158:9
**prevent**
  72:21,24
**previous**
  86:18
**previously**
  83:14
**price** 139:15
  149:6
**priced** 139:15
  140:8,9
**pricing**
  140:14
**pride** 117:9,
  10,16 123:21
**primarily**
  39:16
**Prince** 129:1,
  8
**principles**
  134:7
**printed** 64:5,
  18 74:8
  118:11
**printer** 74:9
**printing**
  74:13 117:20
  118:10,12,22
  119:25
**prior** 83:17
**prioritize**
  85:12
**prison** 97:18
**private** 75:11
  87:5 144:6
  145:22
  146:10,12,14

**pro** 83:3
  170:23
**probabilities**
  131:23
**probability**
  42:25 57:11
  131:24 132:8
**problem** 28:19
  40:18 45:4
  47:7 50:21
  52:18 73:4
  85:13 86:25
  89:5 109:8
  119:21,22
  162:5 169:23
**problems**
  28:25 31:15
  32:1 58:6,9
  92:24
**procedural**
  47:25
**procedures**
  23:14 50:5
  58:10
**process** 27:12
  55:12 56:9
  60:1,2,7,15
  61:25 62:5
  74:25 75:1
  86:4,6 121:6
  136:2 144:3,
  4,11 165:7
**processes**
  39:4
**processing**
  37:15
**produced**
  52:20 74:10
  107:10
**producer**
  13:25 107:9
  171:17
**producer/**
**directer** 95:2
**producers**
  104:1
**profane**
  101:15

**professional**
  155:18
**profit** 102:20
**profitable**
  140:24
**program** 45:16
  96:8
**programming**
  50:17
**programs**
  40:16
**prohibits**
  157:8
**Project**
  125:4,8
  126:1,3,4,6,8
  127:17 128:6
  144:1 147:12
  150:25
**proof** 155:5
**propaganda**
  15:9 102:18
**proper** 50:25
  64:11,12
  121:12
**properly**
  68:24
**properties**
  133:13,16,24
**property**
  134:10,13,16
  135:8,25
**prophecy**
  98:20
**prostitute**
  36:22
**protect** 20:16
  49:18 51:1
  71:13,14
  90:22 109:6
  155:24 169:24
**protected**
  70:13 143:23
  146:5,6
**protections**
  51:1 144:12

**protective**
  16:14 48:19
**protest** 16:15
  100:2 169:18
**protesters**
  16:4
**protests**
  162:9
**proud** 161:25
**prove** 13:21
  62:15 120:20
**proven** 83:25
**proves** 153:22
**provide**
  109:17 111:22
  148:9
**provided**
  112:19
**provisional**
  18:1
**provocative**
  103:9
**psyche** 163:7
**public** 19:3
  20:24 69:7,13
  108:18 140:21
  143:22,23
  170:25
**public's** 42:7
**publicly**
  109:20
**publish** 124:4
**publisher**
  81:9,11
**Pulitzer**
  14:10 35:18
  36:16 38:6
  63:18 88:24
  119:9 128:20
  130:10
  135:15,20
  136:5 138:19
  142:4 143:1
**pull** 41:18
  133:9 137:21
  138:10

**pulled** 109:22
127:7
**pulling** 26:16
**Pundit** 132:23
**puppet** 129:14
**puppetry**
161:20
**purchase**
95:25 133:24
134:10
**purge** 46:19
**purported**
80:25
**purpose** 22:2
**purposefully**
45:18
**purposes**
48:24
**push** 94:18
124:9 125:24
126:14,17
134:10
**pushed** 168:4
**pushing** 68:7
133:18 161:15
**put** 20:1 24:6
32:5 42:2
45:6 47:21
50:25 52:17
56:12 61:4,6,
11 62:3 67:23
72:6 81:5
82:18 92:11
110:9 111:18
113:1 117:11
118:1,17
120:1 121:22
123:24 128:22
129:13 135:18
136:17 137:3
139:12 141:22
142:22
143:12,15
151:13 157:22
160:11 161:18
162:21 167:9
**puts** 87:24

**putting** 80:25
101:19 102:14
152:25 153:1,
15

**Q**

**quant** 130:21
**quants** 32:16
**quantum** 13:3,
14 97:8,12,
21,25
**quarter** 42:13
**quest** 98:19
**question** 22:9
118:6 124:18
141:25 143:6,
15 145:20
147:10 148:10
154:4,5
155:7,8
164:11
**questionings**
153:21
**questions**
23:25 24:2
33:7 41:7
94:8 124:19
141:22 147:4
171:10,12,15
**quick** 14:13
28:5 29:23
94:5 104:18
168:13,15
**quicker** 29:3
**quickly** 28:23
78:25 80:9
**quiet** 98:13
**quit** 124:25
**quote** 20:16
21:1 48:7
81:6 86:17
**quoted** 39:9

**R**

**race** 16:8

73:18 92:12
159:6,11
162:4 163:4
**races** 48:14,
18
**racial** 167:18
**racialist**
167:18
**racism** 53:14
**racist** 164:1
**Radicals**
129:16
**radio** 103:15
**rage** 167:14,
21
**raging** 103:18
**raise** 37:6
**rallies**
127:14
**ran** 43:10
**random** 42:24
**randomly**
131:15
**range** 154:10
**ranging** 20:19
40:16
**ranking** 23:9
**ranks** 155:19
**rapists**
116:15
**rare** 81:7
**rata** 170:23
**rate** 134:12,
13,14 170:15
**rates** 170:2
**rationally**
58:19
**raw** 32:23
**Ray** 81:22
**razor** 19:11
**re-electing**
17:17 37:24
**reach** 143:11
166:25
**reached** 96:11

**reaching** 33:2
**read** 21:24
45:15 56:22
65:3 113:24
156:24 165:4
**reading** 42:16
69:2
**ready** 80:15
97:19 100:21
167:10
**Reagan** 161:12
**Reagan's**
144:24
**real** 17:3
52:18 62:3
72:19 82:20
84:5 89:24
90:3 99:1
126:21 141:14
147:6 168:13,
15 170:19
**reality** 82:5
84:24 85:1,2
99:5 154:3
156:11
**realize** 42:22
57:8 73:7
84:12 90:18
119:15,19
138:4
**realized**
36:24
**realm** 65:18
**realtime**
58:20 134:19
**reappearing**
131:4
**reason** 47:16
64:5 72:24
73:3 88:10
91:2 120:12,
14 140:12
**reasons** 37:9,
15 55:3
105:18 106:2
146:8 162:8
**rebuild** 92:16

**rebuilt**
109:23
**Recalling**
18:23
**receipts**
170:20
**Receive**
100:21
**received** 47:3
74:23 76:18
**receiving**
37:13
**recent** 154:13
**recently**
135:18
**recipes**
102:25
**reckoning**
100:19
**recognition**
122:7
**recognize**
84:17 101:25
143:13
**recognizing**
102:3
**record** 60:4
**recording**
153:8 171:22
**records** 41:12
44:9,11,12
80:11 133:2
**recourse**
162:19
**recover** 27:16
**recruiting**
163:6
**red** 65:5,7
102:24
**rediscover**
98:16
**reference**
139:20
**referenced**
93:22
**referring**
113:7

**reflecting**
24:10
**refugees**
134:1
**register**
134:15
**registered**
67:18
**Regular** 23:12
**regurgitating**
21:23
**rejected**
137:12
**rejecting**
48:2,4
**relate** 102:10
**related**
101:21
**relationship**
102:16
**relationships**
21:7 32:20
102:10
**relative**
32:21
**release** 52:21
122:11
**releasing**
101:20
148:12,13,14
**religion** 22:9
27:20
**religious**
91:17
**remain** 78:9
**remains**
148:10
**remedy** 128:17
154:4,5,9
155:8,12
166:14
**remember** 67:2
105:13 112:12
116:3 126:21,
22 130:7
**remembered**
37:2

**remote** 14:11
**remove** 92:16
**removed**
49:20,21 88:6
**rent** 139:24
140:2
**repeat** 71:11,
12
**repetition**
123:8
**replaced**
61:24
**replaces**
61:22
**report** 45:7,
9,14 51:23
52:8,19,23
58:2
**reporting**
99:1
**reports** 99:9
**represent**
47:6
**representation**
35:7
**representative
s** 24:9
**represented**
164:3
**repress** 88:19
**reproduce**
52:13
**reproduced**
61:8
**republic**
42:19 93:18
128:2 155:23
160:15,25
161:3
**Republican**
22:19 42:11
43:7,8,16,18
44:2 47:8,9
152:15
**Republicans**
38:23

**republics**
86:21,24
**request** 48:20
60:5 126:7,21
**required**
144:4
**requires**
67:17 68:21
**rescued** 96:18
**research**
30:15 34:12
51:22 56:3,4
58:17 69:16
**researchers**
29:7
**reserve**
164:25 165:22
**reset** 165:20
**residents**
48:16
**resides** 62:25
63:1
**resources**
32:11 40:23
74:12 148:9
149:3
**respect** 15:21
47:22
**respectful**
47:20 92:3
**responded**
55:25
**responding**
41:7
**responsibility**
92:15,23
123:25
**responsible**
84:21
**rest** 91:2,9
92:22 109:12
140:6
**restaurants**
70:19
**restore** 76:25
**restrictions**
25:2

restructure 88:14
result 36:12 54:20 74:2 81:12 151:22
resulted 68:4 89:9 169:9
results 19:16 37:5 39:1 42:22 45:20 47:12 48:5 73:17 131:20 153:23
resurrection 109:25
rethinking 68:6
retired 58:23 82:22 119:6 156:5 165:10
retirement 119:7
retribution 142:21
return 165:5
reveal 154:7
revealed 124:16
revealing 124:17
revelations 15:3
reveling 18:15
revenue 46:6 125:3,5 140:7,19
revenues 170:5
reverse 35:17 135:11
review 49:22 164:21
reviewed 45:12,14 52:22

reviewing 42:15
revolution 31:19,21 87:5 110:24 165:14
revolutions 108:22 110:23 115:18,23 116:18
reward 100:11
Richards 14:4 20:5 85:5 95:2 104:23, 24 122:19 123:1 171:18
richest 129:1
riddled 68:11 89:8
ridicule 107:18
ridiculous 120:25
rife 31:25
Rig 13:22 14:12,14,17 95:18 96:1 104:14 105:8 107:9 108:23 110:5 124:13 171:21
rigged 15:13 18:9,10
rigging 20:23 135:14
rights 19:2 21:13 67:12 91:17 108:11 144:5,8 153:13,18
rings 29:9,10
ringside 21:20
riot 77:19
riots 30:18, 21 32:1
ripple 39:6 97:5

rises 145:17, 20
risk 72:4 153:1
risks 17:2
riveting 103:22
road 34:24
Rob 63:8
robbing 157:18
Robert 63:12
Robinette 18:6
Robinson 113:2
Roger 14:4 20:5 85:5 95:2 104:23, 24 122:19 123:1 171:18
Roger's 139:18
role 21:5 75:14 111:10 115:22
rolled 75:25
rolling 112:21
rolls 66:5 67:24 72:18, 25
RON 23:24
room 25:2 34:4 79:6 94:25 109:8 135:24 140:17 143:10 144:8 150:7 157:6
rooms 31:7 95:19
rooted 31:21
roots 31:18 58:7
rotate 101:4
round 133:8 134:6

Rs 132:2,3
rule 82:11
rules 20:21 70:14,16,18 81:16 88:12 129:16 157:13
run 24:24 38:18 51:4 68:18 95:7 100:4
running 40:16 49:3 55:14 57:15 59:7 69:17 84:17, 20 86:5 96:5 128:14 155:2
runs 116:20
rushed 26:18
Russia 165:1
Russian 165:9
Ruth 143:19

S

sacred 75:9 89:20 101:15 139:3
sacrificed 96:12
sacrificing 91:11
sadness 19:24
safe 53:3 165:12
salaries 109:3
samaritan 144:12
sample 44:8
sand 89:10
Sanders 15:7, 10 17:5,11, 16,24 18:3,7 37:6
sank 57:5
sat 33:10

Saud 129:1,2
Saul 129:15
savage 93:18
savages 87:22
save 72:7
77:24 92:25
125:12 138:14
163:1
saved 96:18
scale 81:18
82:4 89:14
scales 20:1
scam 142:7,12
scan 38:9
64:6 65:10
scanned 61:7
64:17 122:5
scanter 61:5
scared 124:3
scenario 38:7
64:12
scene 15:17
41:17
scenes 20:20
21:25 69:20
108:15,16
school 48:14
70:21 91:18
104:12 121:11
129:9 163:10
schools 145:5
science
102:20
scientists
45:12
scold 20:3
scope 72:17
scramble 49:8
screaming
100:3 156:18
screen 13:19
14:3 50:7
screwing
162:17
script 108:17
scrub 72:24

seamlessly
113:20
search 33:24
118:5
seat 21:20
139:23 140:15
seats 140:3,4
secret 20:17
97:12,13
122:17
secretary
49:11 66:5
100:10
secretly
78:15,19
secrets 99:25
section 45:16
81:12 143:13,
17
sections
121:18
secure 15:18
24:11 50:15
52:1 59:12
118:15,16,23,
25 120:13,15
secured 119:2
security
24:1,4,6,9,
14,15 28:3,7,
12,16,21
29:11,17
30:5,23 31:5
34:15 39:12,
24 40:6,11,12
41:3 45:8
48:22 49:10
50:13,24 52:3
55:3,6 59:6
71:16 72:3
75:17 89:13
90:9 118:17
seed 135:7
seeking 82:14
sees 65:15
88:7 126:12
select 69:12
87:21

self-assembled
33:14
self-driving
65:12
self-identify
111:20
selflessness
13:18
sell 40:2
140:4 151:6
senate 67:13
73:11,12
134:10
senator 47:4
130:13 134:8
171:7
send 61:17
142:9 149:24
162:11 171:15
sending 60:15
67:25 117:6,7
sense 13:6
25:4 27:13
33:13 43:21
44:1,24 45:1
60:17 62:22
118:22 159:5
160:3
sensually
102:11
sentences
157:20
separate
18:11 51:18
60:20 61:3
117:11
separated
117:13
September
55:8 128:24
sequence
64:19,20
110:4
sequential
64:17
sergeant
76:25

series 101:19
102:6 103:1,
24 104:4
serve 34:13
93:11
server 108:20
servers 50:15
108:21
service 16:14
46:7 158:22
159:20
serving 93:10
set 13:4
35:17 43:12
54:9,20 55:8
61:16 67:9
68:14,25 69:6
81:17 97:7
109:8 122:22
132:18 139:17
140:20
sets 97:1
setting 84:13
seventh 129:1
sex 101:20
102:14 160:24
sexual 44:19
101:24
sexuality
101:15,22
102:7,10
sexually
102:11
shaking
153:5,16
sham 142:18
shape 161:17
share 53:18
83:21,22
94:17 95:20
96:2 102:24
123:23 125:7
shares 101:14
sharing 40:23
101:8,18
sharp 26:13

Sharpie 114:11
Sharpies 114:17
Shelby 112:25 113:2,6 114:9,25 115:7 152:15
sherpa 21:3 111:8
shifting 29:19
shining 120:7
shiny 135:21
shirk 72:12
shirt 123:21
shit 168:6
Shiva 144:17
Shiva's 146:19
shocking 99:24 144:23
shoot 104:18
short 28:5 54:10 89:21 95:8
shortly 95:6
shorts 104:2
shot 16:13 79:5 137:8
shots 69:20
shoulder 123:21
show 26:12 37:3 64:9 78:8,17 95:25 111:3 139:23 140:3,16 166:3,10
showed 23:1 41:6 59:1 105:25 109:7 113:4 132:17, 20 169:16
showing 79:18
shows 30:1 52:18 154:12

157:12
shut 25:22 26:21 53:23 78:20 79:1,2 80:2 162:2
shutdowns 20:6 24:18
shuts 136:23
shutting 59:1 80:2
shuttle 106:11
shuttling 111:10
side 54:5 61:6 69:21 87:13,14 99:7 111:15,16 128:16 156:13,14
sides 53:14 100:17
siege 46:20
sights 98:15
sign 137:16 148:18 162:10,11
signature 60:1,2,5,7,11
signatures 60:14 62:10
signed 147:12
significant 106:19,21 171:20
signs 74:23 88:25
silence 70:6
Silicon 94:15
silver 13:19 14:3 16:5
simple 13:11 59:23 120:17 126:21 128:4 136:4,6,7,13 138:9 159:10 166:24

simply 77:9 81:2 136:1,8 147:21
single 33:10 35:10 38:20 52:18 70:15 71:7 78:4 98:15 107:15, 25 110:11,13, 14 159:13
singular 148:24
sir 147:19,23 148:6
sisters 35:24 150:6 159:3
sit 158:11 168:2
site 137:16
sitting 56:21 85:25 112:18 123:3 129:10 136:25 150:5 152:11 171:10
situation 17:12 37:11 111:12 113:15 154:6
situational 155:16
situations 155:20
sixth 118:8
size 44:8 170:16
skim 69:11 70:1
skin 159:2
sleep 56:18
slick 127:6
small 36:13 40:11 58:4 84:5 89:14
smaller 29:2 132:4
smart 52:15 127:23 141:14

146:24
smarter 34:3, 8 87:16 161:8
smartest 34:4 135:24
smashed 15:19
snowballed 34:20
sober 23:8
social 16:16 33:20 46:19 69:19 92:7 97:20,23 98:14
society 87:20 92:6 99:15 157:16,22
Society's 32:9
software 51:24 147:3
soil 134:21 136:21
soldiers 33:16,19
sole 102:21
solid 35:6
solution 28:19
solve 31:15
Somalies 134:3
someone's 63:11
Soros 129:3, 11,22
Sorosian 129:16
sort 21:14, 16,18 32:7 33:25 40:24 45:6 80:5 83:18 110:7 111:10 112:20 115:23
soul's 102:2

souls   102:4
sounds   20:18
  28:9 105:21
  125:12
sourcing
  149:2
South   32:2
  152:13
sovereign
  133:13,15
space   99:17
  106:11 147:16
speak   28:2
  55:23 130:20
  133:8 143:24
SPEAKER   15:8
  16:7,11,16,
  19,21,23,25
  17:2,9,14,21
  18:1,5,11,13,
  20,21 19:14
  24:13,20,24
  29:25 39:5
  40:20 41:5
  45:5 46:19
  48:13 51:16
  52:6 58:11,13
  68:6 71:4
  75:19 76:8,
  17,25 77:20
  78:8,10,11
  79:5,9,11,13,
  15,17 95:16
  96:20,23,25
  97:3,5,7,8,
  10,12,14,17,
  19 98:5,7,19,
  24,25 99:1,3,
  5,8,10,12,14,
  16,19,24
  100:5,8,10,
  13,15,17,18,
  20,24 101:13,
  16,19,23,25
  102:3,6,9,14,
  15 103:4,6,
  10,14,17,21,
  24 104:7,13
  107:8 111:15

112:17 113:1
124:25 125:5
128:19 140:1
150:1,18,19
151:10,12,15,
17 155:10,11,
14 158:22
159:9,13,19,
21,24 160:13
163:2 164:4,
13,18 168:3,
11 171:6
speakers   21:8
  28:1,3 152:5
speaking
  44:10,16 48:2
  55:19 77:10
special   81:11
  87:2,3 93:8
specialty
  22:6
specific
  30:18 105:14
  131:18 134:23
specifically
  38:16 48:17
  130:23 133:16
  164:15
spectacle
  18:15
speculation
  30:11
speculative
  87:11
speech   47:2
  70:6,12 94:15
  136:24 143:23
  144:8 145:16
  146:1,5,6,15,
  17
speed   122:4
spell   123:8
spend   150:12
spending   69:8
  161:22 162:1
spent   36:6,7
  82:24 113:9
  126:11

spied   16:1
spies   83:19
spikes   26:15
spirit   103:13
spirits   69:22
spiritual
  23:1 101:23
  103:16
spirituality
  102:8
spiritually
  54:7
spit   118:2
split   63:13
spoke   41:13
spokesperson
  75:15
sports   137:19
spot   143:16
  145:18,20
spread   16:12,
  22 113:8
spreadsheet
  66:3
springing
  135:5
Springs   55:17
square
  143:22,23
SRP   121:8
stability
  98:9
stable   98:11
stack   57:18
  114:1
stacking
  33:12
stacks   155:2
staff   109:13
stage   68:25
  104:16,20
  141:21
Stalin   39:9
stamps   65:4
  132:23

stand   53:20,
  21 64:11,22,
  23 107:17,19
  113:2 124:20
  158:11,18
  162:9 164:8
standard
  23:13,14
  43:20 44:14
  67:9 68:14
standards
  74:20
standing   48:9
  102:16 107:20
  108:10 122:16
standpoint
  32:18 50:25
stands   54:3
  72:11
Stanford   22:6
Stanley
  129:18
star   15:9
  101:14 126:10
starring   14:5
start   30:23
  32:24 34:16
  38:2 59:23
  71:17 80:5
  107:5 108:9
  124:18 137:4
  150:2,22
  152:6 166:18
started   13:16
  15:24 21:6,7
  29:6,17 31:8,
  12 32:14 33:2
  34:14 40:17,
  23 41:7 42:21
  50:21 51:21,
  22 53:22
  54:11,18
  55:19,20
  56:2,5 57:8
  58:1,7 59:16,
  17 62:16 83:8
  93:14 104:19
  106:8,13

108:5 113:18,
20 114:23
118:7,18,19,
21 125:9,10
141:18 151:22
164:21
**starting**
13:19 105:5
108:7 163:7
**starts** 35:13
79:24 80:1
**state** 41:23
46:8 47:23
48:7,11 49:11
57:24 62:25
63:3 66:5
67:13,22
71:25 83:23
89:16 91:25
105:20 106:23
108:9 124:13,
14 130:13,14
141:23 143:5
145:11 151:24
152:6 164:6
167:24
**stated** 45:17
**statement**
24:10,16
80:25
**statements**
35:2 109:20
**states** 15:16
17:5 18:4
26:19 27:1
30:7 32:13
33:23 37:11,
12,14,17
38:3,13 47:23
51:8 57:8
60:9,23 66:1
68:18,21,23,
24 70:8 73:23
81:7 82:23
84:19 85:3,
15,16 88:20
89:5 91:4
93:25 106:22
116:25 121:2

129:8 133:13,
23 134:11
148:23 151:25
154:18 161:19
**statewide**
133:3,4
**station** 71:5
**stations**
57:17
**statutes**
57:24
**stay** 70:19
87:12
**steal** 19:10,
13 26:24 27:2
48:3 68:12
71:1 106:23
135:7 154:25
155:4
**Steel** 131:1
**steer** 20:21
**step** 41:21
44:5 60:19
61:2 154:7
155:22 166:16
167:1
**STEPHANOPOULOS**
15:3,6 18:16
**steps** 98:21
**Steve** 14:1
18:23 94:13
95:1 104:22
107:8,14
108:3,5,13
112:25 113:1,
6 114:9,25
115:7 124:6
137:9,15
139:18 141:4
171:18
**Steve's**
135:19,20
**stick** 89:9
95:8
**stipulate**
143:20
**stir** 31:23

**stock** 131:14
133:23
**stole** 154:23
**stolen** 63:14
89:9 155:7
**stood** 16:14
93:17
**stop** 16:22
60:14 70:1
106:10 120:9
152:20 157:22
163:22 168:2
169:1
**stopped** 17:23
24:23 105:11
106:17,18
162:8
**stopping**
19:10,13
118:24
**stories**
102:24
113:16,19
114:13 123:23
**stormed** 18:17
**storming**
76:23
**story** 14:21
15:5 34:17
54:22 95:9
111:16
**straight**
126:16
**strange** 25:17
27:24 28:2
29:7 35:15
**strangely**
77:25
**strategic**
32:10
**strategy**
83:20
**stream** 94:10
98:4 107:21
139:16 140:16
141:17 142:5
153:21 164:12

**streaming**
30:20,21
97:24
**street** 19:5
100:5 116:4
**streets** 18:14
29:21 156:17
157:18
**strengths**
39:3
**string** 157:7
**strong** 80:2
127:12 152:21
**stronghold**
47:8
**strongholds**
27:5
**structurally**
131:12
**structure**
135:10
**structures**
135:9
**studied** 27:19
86:18
**study** 46:1
**studying**
23:3,9 110:22
**stuff** 27:19
29:19 48:15
59:5 72:13
108:17 113:13
119:8 126:9
136:15,16
137:3 160:24
169:8
**stunning**
45:15
**stupid** 117:13
**subcontract**
146:15 149:12
**subcontracted**
146:9,12
**subculture**
98:1
**subject** 23:10
84:5

subjects
103:9
submit 40:9
119:18 171:12
submitted
45:9
subordinate
130:3
subpoenaed
80:11
subsequent
126:4
subsidize
133:25
succinctly
138:13
suck 127:21
sudden 63:7
110:9 170:3
sued 120:4,16
163:16
suffer 54:1
sugar 102:24
suggested
78:21
suggestive
25:20
suggests
15:12 18:13
suicide 16:23
suicides
70:21 90:1
suing 54:24
120:5
summarily
47:24
summarize
26:19
summer 58:7
67:8
Sun 102:25
super 44:10
98:18 165:14,
16
supernatural
98:20

supervised
118:12
support 13:20
128:6,10
149:23
supposed
33:23 35:12
53:6 67:5
93:10 101:24
106:4 120:8,9
144:21 146:14
suppress
146:15,16
167:24
suppresses
145:16
suppression
146:1
supremacists
16:4 167:13
supremacy
164:22
Supreme 35:9
48:1,6 143:18
154:12,16
157:23 166:14
167:1,8
surface 44:1,
16
surprise
134:2
surrounded
102:17
survived
165:21
survivor 96:7
susceptible
17:10
suspect 17:12
37:11
suspend 35:22
sway 112:6
sweep 91:14
sweetest
141:19
swing 27:1
43:16 85:15,

16 91:24
106:21,22
168:21
swings 25:19,
24 26:5
switch 43:19
switchboard
76:18
switcheroo
114:11
switching
23:22
swollen
87:17,18
swore 90:22
swung 154:18
symptoms
16:19
sync 62:12
system 18:10
36:2 45:18,20
46:2 48:21
49:1,20,21,25
50:1,2 51:3,
12,14 52:14,
25 53:2,3,6
56:25 57:14
59:25 60:17
61:2,5,9,12,
15,17 62:4,7
64:14,21
65:8,15 67:14
68:7 70:3
82:11,12 84:8
85:2,4 86:4,
11 90:8
92:16,23
101:4 126:13
134:4 135:14
136:19,23
160:18,19,20
164:24 165:23
system's
20:25
systemic
45:19
systems 24:4
39:14,20 40:9

50:24 57:7
58:18 86:10
101:2 115:20
124:15

T

table 51:18
59:5 142:22
159:7
tabulate
24:22
tabulation
17:22 24:22
61:2,12
tactics
110:11
tai 125:16
taints 87:24
takeover
88:19
takes 65:4
79:23 129:19
136:11,14
159:6
taking 28:19
42:19 48:24
81:8 105:3
116:22,24
124:19 134:17
136:8 140:9
150:11 170:7
Talil 129:1,8
talk 28:5
46:13,14,16
70:9 71:25
107:9 117:8
127:4 130:20
138:12 146:22
153:19 157:21
164:5
talked 56:24
83:17 108:18,
23 117:9
131:1
talking 23:7
28:4 55:15,20
86:1 113:19

44

115:17 116:4
117:22 119:9
130:4 141:9
146:22 149:1,
2 152:1
154:11 159:17
166:19
**talks** 93:21
**tally** 25:2
**target** 98:15
**task** 29:16
41:11
**tasked** 93:1
**taught** 31:14
**tax** 134:12,
13,14 170:1,5
**taxes** 170:10,
13
**Taylor** 101:13
**TCF** 24:25
**teach** 128:7
**teachers**
70:20 98:7
**teaching**
145:4
**team** 19:15
21:7,9,14,15
29:3 31:18
49:9 58:4,17,
24 71:20 76:3
83:1,8 84:5
85:24 151:19,
20,21
**teaming** 14:4
**teams** 32:15
57:17 137:19
**tear** 161:20
**tech** 20:14
42:5 52:9
78:22,24
80:1,12 95:22
110:12 153:9
**technical**
51:13 52:18
74:7
**techniques**
31:23 40:4

58:10
**technologies**
36:17
**technology**
28:13 69:14
98:17 118:3
136:1
**TED** 80:20,22,
24 81:5
**teleconference**
58:3
**telegram**
151:23 152:5
**television**
17:16 37:23
141:10
**telling** 34:17
44:7 53:4
124:2 163:8
**tells** 45:3
53:5 115:14
**ten** 118:1
140:19 151:7
160:22 170:6,
9
**tend** 28:1
**tens** 36:10
**Tensions**
24:24
**tenths** 73:9
**term** 21:3
27:25 89:21,
22
**termed** 96:10
**terms** 52:20
132:6
**terrible**
76:13
**terrorism**
31:16 129:17
**terrorist**
129:5
**terrorists**
18:17 167:23
168:1
**Terry** 141:24
142:2,25

**test** 44:24
**testified**
58:25 132:21
**testify** 42:4
**testimony**
112:23 145:19
**Texas** 48:5,9
58:5 152:13
**Texas's** 48:7
**text** 56:21
104:18 126:24
128:5,6 130:8
**Thanksgiving**
75:23
**theater**
137:14 138:16
139:24 140:2,
18
**theaters**
95:19
**thee** 70:14
157:13
**theories**
115:4
**theorist**
123:11
**theorists**
123:4,5,20
**theory** 41:1
50:4 55:1
58:12,13
79:3,25 80:1
162:4 163:4
**Theresa** 152:7
**thin** 61:10,11
**thing** 18:8
21:15 38:5
45:5 46:18
52:18 55:12
62:11 67:2
71:5 74:18
76:13 84:7
86:13 91:19
114:19 116:23
117:14 119:1
120:22 123:3
128:14 133:7,
18 136:22

149:21 150:8
151:6 160:2
166:17 167:21
**things** 21:25
28:9 29:10
36:11,13,14,
20 40:22
48:14 49:1
51:4 54:16
55:16 59:20
68:3 75:5
77:11 82:25
83:16 86:2,15
87:15 88:14
97:6 103:9
105:24,25
107:1 117:13
118:23
119:11,12,14
121:23 123:2,
10,11,22
126:12,22
137:15
141:12,15
149:3,14
152:8 154:10
156:25
160:21,22
163:20 166:25
168:5,15
169:9
**thinking**
131:19
**thinks** 119:17
165:11 166:6
**Thomas** 82:22
143:20
**thought** 19:7
23:10 44:23
56:10 58:19
103:2 125:17
**thoughtful**
103:7
**thousand**
26:12 100:1,
22 114:2
133:1 135:3
140:11,19
141:10 150:16

45

**thousands**
  19:1,6 29:2
  36:10 100:21,
  24
**threat** 30:16,
  17 31:9 40:6
  156:2,4
**threaten**
  116:11
**threatened**
  134:22
**three-hour**
  25:12 106:3
**throughs**
  69:13
**throw** 150:13
**throwing** 73:3
**Thursday**
  145:1
**tick** 57:20
**ticket** 140:5
**tickets**
  140:23
**tide** 164:5
**Tides** 129:23
**tied** 60:2
  62:2,4 147:7
  157:7
**tightly** 44:4,
  12
**time** 20:3,10
  21:1 26:14
  32:20,21,22
  33:25 34:13
  35:5 36:2,7
  37:10 42:1
  43:15,17,23
  44:2,4,12
  45:2 54:1,10
  59:8 62:16
  67:14 71:18,
  19 76:13
  77:5,8 80:13
  86:7,17 89:3
  92:20 98:5
  99:17 100:9,
  18 101:2
  105:2,3

  108:18 110:8
  117:1 121:2,4
  124:15
  125:15,18
  132:23 152:17
  158:14 159:17
  161:11
**timeless** 97:1
**times** 16:2
  22:4 43:3
  64:17 71:10
  93:22 118:14
  121:22 134:14
  137:1
**TIMM** 68:16
**tinker** 91:15
**tiny** 63:19
**tip** 127:6
**tipping** 49:13
**tired** 19:24
**titanic**
  105:21
**today** 13:2
  14:18,25 16:3
  18:20 19:10,
  11 46:23 53:7
  67:13 85:25
  87:2 100:21
  102:16 107:21
  109:1 110:18
  117:25 119:10
  125:23
  148:12,15
  156:16
**toilet** 59:3
**told** 14:22
  18:8 20:17
  23:1 25:1
  33:8 38:4
  40:20 41:13
  52:2 66:10
  70:19 95:10
  106:13
  114:13,15
  121:20 160:2
**tonight** 37:10
  48:7

**tons** 36:8
  142:13
**tools** 51:7
  97:25
**top** 33:12
  54:23 128:25
  129:2 170:15
  171:4
**torqued**
  152:19
**total** 66:14,
  16 101:24
**totalitarian**
  167:12
**totally** 18:9
  84:1,8 85:3
  112:9
**touch** 127:1
**touched** 63:21
**tough** 131:15
**town** 108:8
  150:16
**township**
  65:22
**tracking**
  108:22
**trade** 97:25
  98:3
**traded** 133:22
**tradition**
  22:21
**traditional**
  98:16 100:25
**traditions**
  98:3
**traffic**
  100:11 161:12
**trafficking**
  29:9,13,19
  100:6,13
**trail** 45:24
**trailers** 95:7
**trails** 129:21
**trained** 30:9
  155:16
**training**
  156:7

**transferred**
  45:22
**transgenderism**
  163:8
**transmit**
  23:15
**transmitting**
  98:17
**transparency**
  45:24
**transparent**
  22:15,16 76:9
**transplant**
  135:19
**trash** 146:16
**travels** 98:10
**triangle** 99:3
**triangular**
  128:25
**tricky** 61:19
**trillion**
  100:6 162:1
  170:19,22,25
  171:1,2,3
**trolls** 142:7
**true** 42:7
  54:17 71:8,10
  78:21 84:5
  105:4 107:16
  123:12,14,15,
  16,17 130:1
  156:1 165:6
  170:17
**Trump** 15:16
  16:2 17:7,9,
  12,19 18:7,9,
  14 19:22
  22:17 24:15
  26:9,13 37:21
  38:4 46:23
  55:25 56:18
  57:10 73:10
  75:16 83:3
  84:22 132:5
  161:14 166:15
  168:21,23
**Trump's** 19:17
  48:2 56:1

trust 15:22
112:8 136:17
Trusted
145:6,12
truth 19:9
22:2 33:24
34:1,23 35:1
81:19 82:14
83:2,11 84:6,
23 85:19 93:6
94:19 95:20
96:2 98:1,20
102:22 105:10
107:17 124:2
131:1 154:3,
7,8 160:1,2,3
truthfully
63:25
truths 123:25
Tube 56:6
143:22
tubs 26:16
TUCKER 77:10,
25 78:14
tuning 94:9,
11
turn 60:13
62:20 87:4
108:3,4,6
145:14
turned 25:1
59:2 93:10
105:19,22
115:2,10
119:23 141:6
144:22 145:1,
8
turning 87:10
164:5
turns 18:3
38:3 145:3,5
TV 103:15
tweet 78:25
tweeted 49:12
twist 145:14
Twitter 46:24
78:14,20,21
79:1 80:24

143:21,25
144:5 145:3,
5,6,12,15,16
Twitters
145:21
two-day 145:2
two-hour
144:21 145:1
type 43:6,7,
15,17 44:19,
20 63:5,16
74:21,22
types 43:4,6
62:17
typical 57:18
typically
47:8
tyranny 84:13

———————

U

U.S. 16:25
18:17 22:8
24:12 32:2
38:11,12
59:13 68:7
100:11 117:6
134:8,9,21
UFO 98:21,24,
25 99:2,21
ultimate
52:24
ultimately
96:8 108:1
ultra 96:8
ultramind
96:7
unanimous
143:19
unbelievable
14:18 111:9
unchallenged
13:12
unclassified
43:5
unclear 30:3
149:6

unconnect
79:1
unconstitution
al 68:11
uncover 55:14
uncovered
101:1 130:24
undefined
43:5
underachieving
144:18
undercut
149:10
Underground
76:15 129:5
underlying
154:6
undermine
134:7
underneath
59:5
understand
13:9 19:25
20:24 28:5,
13,14 29:14
37:7 50:19
71:24 77:12
90:7 106:20
121:6 128:1
131:10 136:23
142:4 147:6
148:16
166:20,22
167:25
understanding
14:12 40:24
96:21 102:1
113:11 117:14
understands
126:9
underwater
104:8,10
undoing
123:18
undoubted
154:17
undue 92:15

unequal
157:14,15
unfair 15:7
unfortunate
77:6
unindicted
78:3
union 161:12
unions 20:13
110:13
unique 94:12
103:22
unit 98:16,18
United 15:16
30:7 33:22
54:3 70:8
81:7 82:23
84:19 85:3
88:20 89:4
91:4 93:25
116:25 121:2
129:7 133:13,
22 134:11
148:23
universal
67:22 68:22
universe 97:8
universities
69:15
unlike 37:14
64:7
unlock 98:6
unmarked 30:2
unnatural
25:24
unprecedented
39:5 76:6
95:13 103:18
unsubstantiate
d 79:7,16
unusual 27:9
38:22
unwittingly
23:14
update 57:3,4
updated 58:20

**uphold** 94:1,2
  158:16
**uprising** 31:4
**urinal** 105:22
**USA** 18:19
  113:3 126:22,
  24 128:5,6
  130:8
**user** 51:5,8,
  19,20 151:16
**user's** 52:1
  58:18

_____

V

**validate**
  60:6,25 62:8
  120:13
**validated**
  33:11
**validity**
  66:19
**Valley** 94:15
**valuable**
  112:19 115:10
**values** 33:10
**van** 30:2,3
**variable**
  58:15
**variables**
  32:21
**Vegas** 25:8
  93:15
**vehicle** 30:4
**venue** 140:15
  141:5
**venues** 141:6
  149:21
**veracity** 35:2
**verification**
  60:1,2 62:5
**verified**
  60:8,12,16,19
  74:6 165:3
**verify** 60:11
  62:10 165:6

**verifying**
  60:14
**Veritas** 144:1
**Vermont** 37:14
**versions**
  119:19
**versus** 43:16
  131:25
**veteran**
  158:21 169:5
**veteran's**
  148:24
**veterans**
  169:5,12
**vetted** 134:16
**vibration**
  97:15
**victims**
  100:14
**victory**
  85:10,22
**video** 29:25
  58:3,25 59:6,
  9,10 79:5
  94:14 108:3,4
**videos** 42:17
  56:6
**Vietnam**
  155:17 158:21
**view** 20:11
  24:4 37:8
  72:4 87:25
  88:11 113:15
**viewed** 48:16
  89:3
**viewer** 30:1
**viewing** 14:17
  103:22 150:4
**viewings**
  137:18
**violate** 144:7
**violated**
  22:22 144:5,9
**violations**
  81:16
**violence**
  46:21 166:11

**violent** 27:11
  77:19 88:16
**viral** 137:9
**Virginia**
  53:13
**virtually**
  80:25
**viruses** 23:15
**vision** 65:12
**voice** 19:7
  33:21 56:7,8
  72:2 76:19
  92:22 157:9
  158:2,3,5,7
**voiceless**
  33:21
**voices** 80:2
**volunteer**
  86:6,12
**volunteering**
  35:5 91:22
**volunteers**
  33:14
**vote** 17:15
  20:7 22:17
  24:18 25:13,
  25 26:10,13
  36:3,5,15
  37:9 39:11
  42:7 51:1,15
  63:10,14,18,
  20,23 66:11
  68:7,18 71:21
  73:19 76:9
  89:20 92:22
  105:12,15
  113:25 121:13
  132:12
  134:15,23
  136:14 139:4
  153:10,12
  167:7 168:21
**voted** 20:4
  22:18 36:4
  43:7 63:20
  137:25
**voter** 17:10
  43:6,9,16,17

44:23 45:25
  50:8 57:19,22
  60:10 62:3,6,
  13,23,24 63:5
  65:4 66:5
  67:10,22
  68:23 72:18,
  21,22,25
  79:8,12,16
  80:20,22
  81:1,6 118:5
  121:9
**voters** 20:7
  23:21 43:14,
  25 44:20
  62:11,17,19
  65:5 67:18
  68:13,14
  72:18 73:1
**votes** 23:19,
  22 24:25
  25:14,16,18,
  24 26:2,5,8,
  9,12,22 39:10
  50:3,9 58:20
  65:22 66:12,
  14 68:15
  71:18 73:9,10
  85:17,18
  105:11 120:19
  131:4 132:14
  134:19 146:10
  154:18 168:16
**voting** 17:3
  26:18 36:1
  41:22 45:17
  46:2 48:21
  53:2 57:7
  59:14,18
  62:19 64:1
  66:11,12,14,
  16 67:12,14,
  22,24 68:22
  70:2 84:19
  115:20 118:21
  134:20 136:9,
  18 154:25
  155:1 167:4

**vulnerabilitie s** 39:13,20 40:8
**vulnerable** 23:11

---

**W**

---

**waged** 98:14
**wait** 158:17
**waiting** 35:21
**wake** 27:11 71:3 84:16 157:23
**Waldron** 14:7 31:14 57:25 58:22 65:21 70:14 71:11 90:21 95:3 104:22 109:4 128:22 171:19
**walk** 52:7
**walked** 18:24 19:5 56:9 114:10 157:19
**walking** 53:10 153:1
**Wall** 100:5
**WALLACH** 23:12
**wanted** 19:2 20:3 30:10 36:24 42:24 47:19 50:9,23 53:17 54:15 82:2 83:1 108:15 120:6
**war** 71:4,17 98:14 103:18 134:24 159:16 165:3 166:2 169:9
**warnings** 80:25
**WARREN** 15:14
**warriors** 27:25

**wash** 117:23
**washes** 117:23
**Washington** 24:6 33:7 73:6 160:4,10
**watch** 16:14 21:14 59:5 72:15 86:6 94:11 99:20 102:6 124:12 146:19 152:19 163:11
**watched** 138:17
**watchers** 25:1
**watches** 151:24
**watching** 53:23,24,25 82:8 93:3 94:20 96:3 107:21 118:18 123:10 126:8 136:24 139:16 141:17 142:13 150:7 160:3
**water** 17:21 24:20 59:2
**WATERS** 15:21
**ways** 68:11 77:19 87:8 88:13 126:17 127:15
**weak** 24:3
**weaknesses** 39:3
**wealth** 16:25 133:14,15
**weapon** 122:17
**weaponization** 109:2
**weaponized** 102:19 133:21 134:4
**weaponizing** 134:5 135:9
**wear** 16:16

123:21
**wearing** 29:23
**Weather** 76:15 129:5
**web** 31:6
**website** 52:1, 4 148:12 149:15,20 151:15
**websites** 29:15 41:8
**wedge** 139:21
**wedges** 139:21
**week** 42:18 106:8,12
**weekend** 16:13 42:2 113:18
**weeks** 131:2 147:13
**weep** 20:3
**weigh** 18:12
**well-funded** 20:18
**Western** 101:10
**whatever's** 154:24 155:3
**wheels** 165:1, 19
**whisked** 91:13
**whistleblowers** 66:8 113:5
**white** 15:9 16:3 18:13 19:18 29:8 31:10 39:16, 17,25 40:5 53:11,15 64:4,5,10 79:6 109:12 110:16 112:5 161:25 164:22 167:13,14,21
**Whites** 53:14
**who'd** 35:16
**widespread** 25:3,5,6

79:8,16
**wife** 18:25 160:2
**wildfire** 135:5
**William** 47:6
**win** 17:19 56:1 57:10 95:23 134:6
**windows** 15:19 118:18
**wing** 14:2 54:12,14
**winner** 73:10
**winning** 17:13 26:23 37:21, 22
**wins** 27:12 55:25
**wiping** 165:15
**wire** 19:11
**Wisconsin** 25:9 37:12,22 48:6
**wisdom** 34:2, 3,9 98:3,8,17 101:9,11
**wishes** 96:24
**withholding** 89:1
**witnessed** 18:25 169:9
**witnesses** 34:25
**woke** 56:19
**woken** 90:14
**woman** 159:2
**women** 100:12 123:23 152:13,19,21
**women's** 148:25 152:16
**won** 18:4 22:20 38:3 47:10 56:20 76:11 84:22 132:5 168:24

wonderful
  26:6 75:22
  144:19
Woodstock
  31:1
word  14:13
  30:16 79:3
  123:7 126:22,
  24 128:6
words  45:11
  59:25 86:19
work  20:14
  39:13 56:13
  72:17 76:1,2
  77:20 83:8
  112:21 115:13
  124:8 128:1,3
  147:8 149:16,
  18,20 151:15,
  21 153:9
worked  67:3
  76:2 114:14
  115:7
worker  91:24
workers  23:12
  38:23 103:19
working  20:20
  29:12,18 55:5
  78:15,19 99:7
  109:8,13
  113:20
works  151:20
world  14:20
  21:22 27:22
  46:11 53:23
  69:25 76:10
  83:6 88:11
  89:23 91:3,10
  93:2 94:12,20
  95:18 96:3,10
  97:15 98:7
  99:1,11,13
  101:10 102:13
  137:8 151:2
  154:16 165:2
worldwide
  94:19 95:24
  115:24,25

116:1
worry  37:8
  55:25 57:10
worship  54:7
  95:19
worth  27:7
  163:21
  170:24,25
Wow  104:25
wrap  171:11
wrestled
  125:18
wrestler
  125:16
write  54:16
  57:16 105:3
writers  104:1
  124:1
writing  54:11
  169:1,2
wrong  46:17
  56:16 73:14
  118:2
WYDEN  23:24

---

**Y**

y'all  138:11
  152:22
year  22:24
  36:6 44:22
  119:20 127:8
years  29:1,
  12,16 31:15
  46:5 53:13
  68:25 69:1
  75:13 82:24
  100:24 110:21
  112:3 116:6
  117:24 118:4,
  11 127:24
  129:19 141:11
  145:5 156:6
  157:20
  165:10,21
yelling  100:3
  156:18

yellow  64:23
yesterday
  132:23
young  103:8
  127:22 129:9
  163:7
younger  44:16
  75:12
youngest
  110:2 111:13

---

**Z**

zeitgeist
  103:23
ZOE  23:21
zoom  128:20
  130:11 135:16
Zuckerberg
  80:18