IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:21-cv-2131<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of US Dominion, Inc., Dominion Voting Systems, Inc., or Dominion Voting Systems Corporation, which have any outstanding securities in the hands of the public.

- None

These representations are made in order that the judges of this Court may determine the need for recusal.

Dated:  August 10, 2021                          Respectfully submitted,

                                                 By:   */s/ Megan L. Meier*

Justin A. Nelson (D.C. Bar No. 490347)           Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Brittany Fowler (*pro hac vice* pending)         Megan L. Meier (D.C. Bar No. 985553)
(TX Bar No. 24109884)                            Dustin A. Pusch (D.C. Bar No. 1015069)
SUSMAN GODFREY LLP                               CLARE LOCKE LLP
1000 Louisiana Street, #5100                     10 Prince Street
Houston, Texas 77002                             Alexandria, VA 22314

(713) 651-9366
jnelson@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr. (admission pending)
(NY Bar No. 5393657)
SUSMAN GODFREY LLP
1301 6th Avenue
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (admission pending)
(CA Bar No. 275370)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Rodney Smolla (admission pending)
(DE Bar No.6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

*Attorneys for Plaintiffs*

(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

*Attorneys for Plaintiffs*