AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| US DOMINION, INC., et al. | ) | |
| *Plaintiff* | ) | Case No.    1:21-cv-02131 |
| v. | ) | |
| PATRICK BYRNE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs      .

Date:       08/10/2021

/s/ Justin A. Nelson
*Attorney's signature*

Justin A. Nelson, D.C. Bar No. 490347
*Printed name and bar number*

1000 Louisiana Street, #5100
Houston, Texas 77002

*Address*

jnelson@susmangodfrey.com
*E-mail address*

(713) 651-9366
*Telephone number*

*FAX number*