AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US DOMINION, INC. et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-2131 |
| PATRICK BYRNE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation, Plaintiffs             .

Date:    08/10/2021                                    /s/ Thomas A. Clare, P.C.
                                                                    *Attorney's signature*

                                                        Thomas A. Clare, P.C. (Bar. No. 461964)
                                                                *Printed name and bar number*

                                                                    CLARE LOCKE LLP
                                                                    10 Prince Street
                                                                    Alexandria, VA 22314

                                                                        *Address*

                                                                tom@clarelocke.com
                                                                    *E-mail address*

                                                                    (202) 628-7400
                                                                    *Telephone number*


                                                                    *FAX number*