IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br> Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE<br>9810 East Martha Rd.<br>Alta, UT 84092,<br><br>Defendants. | Case No. 1:21-cv-02131 |

## PLAINTIFFS' MOTION FOR
## ADMISSION PRO HAC VICE OF ATTORNEY BRITTANY FOWLER

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney Brittany Fowler pro hac vice in the above-entitled action. This motion is supported by the Declaration of Brittany Fowler, filed herewith. As set forth in Ms. Fowler's declaration, she is admitted and in good standing in the following bars and courts: State Bars of California and Texas; all California and Texas State Courts; the United States District Courts for the Central and Northern Districts of California; the United States District Court for the Southern District of Texas; and the United States Court of Appeals for the Ninth Circuit.

This motion is supported and signed by Justin Nelson, an active and sponsoring member of the Bar of this Court.

8355644v1/017213

| | |
|---|---|
| Date:   August 12, 2021 | Respectfully submitted,<br><br>*/s/ Justin A. Nelson*<br>Justin A. Nelson (D.C. Bar No. 490347)<br>Brittany Fowler<br>SUSMAN GODFREY LLP<br>1000 Louisiana Street, #5100<br>Houston, Texas 77002<br>(713) 651-9366<br>jnelson@susmangodfrey.com<br>bfowler@susmangodfrey.com<br><br>*Attorneys for Plaintiffs* |

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Stephen Shackelford, Jr. (*pending admission*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
bfowler@susmangodfrey.com

Rodney Smolla (admission pending)
(DE Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882