IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE<br>9810 East Martha Rd.<br>Alta, UT 84092,<br><br>Defendants. | Case No. 1:21-cv-02131 |

**DECLARATION OF BRITTANY FOWLER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Brittany Fowler, hereby declare:

1. My full name is Brittany Fowler. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002. My telephone number is (713) 656-7898.

3. I am a member in good standing of the State Bars of California and Texas. I am also admitted to practice before the following courts:

All California and Texas State Courts; the United States District Courts

    for the Central and Northern Districts of California; the United States District Court for the Southern District of Texas; and the United States Court of Appeals for the Ninth Circuit.

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have previously been admitted *pro hac vice* in this Court in the following cases:

    *US Dominion, Inc., et al. v. Rudolph W. Giuliani*, Case No. 1:21-cv-00213;

    *US Dominion, Inc., et al. v. My Pillow, Inc., et al.,* Case No. 1:21-cv-00445-CJN; and

    *US Dominion, Inc., et al. v. Sidney Powell, et al.,* Case No. 1:21-cv-00040-CJN.

6. I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 12, 2021.

*(signature)*
Brittany Fowler