# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION<br>c/o Cogency Global<br>1025 Vermont Ave, NW, Ste. 1130<br>Washington, DC 20005,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE<br>9810 East Martha Rd.<br>Alta, UT 84092,<br><br>Defendants. | Case No. 1:21-cv-02131 |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY BRITTANY FOWLER

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Brittany Fowler in the above-captioned matter and the Declaration of Brittany Fowler in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED**, that Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Brittany Fowler be, and the same hereby is, **GRANTED**; and it is

**FURTHER ORDERED**, that Brittany Fowler be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2021.

Dated:_____

_____
UNITED STATES DISTRICT JUDGE