AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US Dominion, Inc. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02131-CJN |
| Patrick Byrne | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

Date: 09/21/2021

/s/ Davida Brook
*Attorney's signature*

Davida Brook  CA00117
*Printed name and bar number*

Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
*Address*

dbrook@susmangodfrey.com
*E-mail address*

(310) 789-3105
*Telephone number*

(310) 789-3150
*FAX number*