IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:21-cv-02131-CJN |
| ) | |
| PATRICK BYRNE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT PATRICK BYRNE'S**
**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, Defendant Patrick Byrne ("Byrne"), with the consent of Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), respectfully requests a 30-day extension of time in which to respond to the Complaint. In support of this motion, Byrne states the following:

Plaintiffs filed their complaint on August 10, 2021. (Doc. 1.) To save the expense of service, the undersigned counsel for Byrne executed a service waiver to acknowledge receipt of the Summons and Complaint on September 15, 2021, as if the same had been personally served on Byrne. (Doc. 19.) The current deadline to file responsive pleadings is October 18, 2021.

Since accepting service, Byrne has been working diligently to answer or respond to the Complaint, however due to the breadth of the allegations and complexity of the issues, Byrne needs additional time. The Complaint consists of 106 pages of allegations, 1103 pages of exhibits, and Byrne continues to investigate the allegations asserted and defenses thereto. This request for an extension is therefore not sought for delay, rather it is necessary to enable Byrne to complete his review and prepare a response.

1

This motion represents Byrne's first request for an extension of time to respond to the Complaint. Further, Byrne submits that no party will be unfairly prejudiced by an extension and that no other deadlines in this case will be affected by the requested extension. Accordingly, Byrne respectfully requests a 30-day enlargement of time, to and including November 17, 2021, to answer or otherwise respond to the Complaint.

Prior to the filing of this motion, and pursuant to LCvR 7(m), the undersigned conferred with opposing counsel for Plaintiffs by telephone on October 13, 2021 and thereafter over email, and opposing counsel graciously confirmed that Plaintiffs consent to the relief requested in this motion. Because this motion is not contested and there are no novel issues of law being presented, the undersigned requests that the requirement under LCvR 7(a) that all motions be accompanied by a separate memorandum of law be waived.

For the foregoing reasons, Byrne respectfully requests that this Court grant this motion to extend the time to answer or respond to the Complaint through and including November 17, 2021, granting such other relief the Court deems just and proper. A proposed order is attached.

Dated: October 13, 2021                          Respectfully submitted,

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant Patrick Byrne*