**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PATRICK BYRNE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:21-cv-02131-CJN |

**ORDER**

This matter comes before the Court on Defendant Patrick Byrne ("Byrne")'s Consent Motion for Extension of Time to Respond to Complaint. (Doc. 22.) Byrne seeks a 30-day extension of time, through and including November 17, 2021, to answer or otherwise respond to Plaintiffs' Complaint. Upon consideration of this motion, it appearing to the Court that the parties consent to the relief sought and that no party will be prejudiced by such an extension, the Court finds good cause to grant the relief requested.

Accordingly, it is hereby **ORDERED** that Byrne's motion (Doc. 22) is **GRANTED** and that Byrne shall have up to and including November 17, 2021 to answer or otherwise respond to the Complaint. The clerk is kindly directed to file a copy of this Order electronically and to notify all counsel of record.

It is **SO ORDERED**.

Date: October \_\_\_\_, 2021

                                                                              CARL J. NICHOLS
                                                                              United States District Judge

Copies to:

All counsel of record