AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US DOMINION, INC., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02131-CJN |
| PATRICK BYRNE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Patrick Byrne.

Date: 10/13/2021

/s/Alfred D. Carry
*Attorney's signature*

Alfred D. Carry (#1011877)
*Printed name and bar number*

McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
*Address*

acarry@mcglinchey.com
*E-mail address*

(202) 802-9951
*Telephone number*

(202) 330-5897
*FAX number*