IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>PATRICK BYRNE,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)  Case No. 1:21-cv-02131-CJN<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR LEAVE
TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS**

Pursuant to Local Civil Rule 7(e), Defendant Patrick Byrne ("Byrne"), with the consent of Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), respectfully moves this Court for leave to file a memorandum in support of his forthcoming motion to dismiss in excess of the 45-page limit. Specifically, Byrne requests to file a brief of no more than 60 pages. In support of this motion, Byrne states the following:

Plaintiffs filed their complaint on August 10, 2021. (Doc. 1.) The Complaint consists of 163-numbered paragraphs spread over 106 pages of allegations, and it references 21 exhibits that total 1103 pages. In this case, Plaintiffs accuse Byrne of making various false and defamatory statements, and that each of these statements constitute defamation per se.

The current deadline to file responsive pleadings is November 17, 2021. Byrne intends to move to dismiss the Complaint for failure to state a claim. But "without prior approval," local rules will confine his brief in support of dismissal to 45 pages. LCvR 7(e). While the undersigned will make every effort to condense and streamline the arguments in support of his motion to dismiss, Byrne submits that a memorandum in excess of this page limitation is

necessary to fully set out the bases for dismissal. Given the breadth of the allegations and number of issues to be addressed, the undersigned submits that a memorandum of no more than 60 pages will permit Byrne to fully present his defenses and assist the Court in resolving a potentially dispositive motion in this important case.

Prior to the filing of this motion, the undersigned conferred with counsel for Plaintiffs in accordance with LCvR 7(m), and Plaintiffs confirmed that they consent to this request. Because this motion is not contested and there are no novel issues of law being presented, the undersigned requests that the requirement under LCvR 7(a) that all motions be accompanied by a separate memorandum of law be waived.

For the foregoing reasons, Byrne respectfully requests that this Court grant this motion and enter an order permitting Byrne to exceed the page limits by filing a memorandum in support of his forthcoming motion to dismiss that is no more than 60 pages. A proposed order is attached.

Dated: November 15, 2021

Respectfully submitted,

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant Patrick Byrne*