**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*,　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　Plaintiffs,　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　　　vs.　　　　　　　　　) | Case No. 1:21-cv-02131-CJN |
| 　　　　　　　　　　　　　　　　) | |
| PATRICK BYRNE,　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　　Defendant.　　　　　　　) | |
| _____) | |

## ORDER

This matter comes before the Court on Defendant Patrick Byrne ("Byrne")'s Consent Motion for Leave to File Brief in Excess of Page Limitations (the "Motion"). (Doc. 24.) Byrne represents that he intends to move to dismiss the Complaint for failure to state a claim, and he requests leave to exceed page limits and file up to a 60-page brief in support of his motion to dismiss. Upon consideration of the Motion, it appearing to the Court that the parties consent to the relief sought and that no party will be prejudiced, the Court finds good cause to grant the relief requested.

Accordingly, it is hereby **ORDERED** that Byrne's motion (Doc. 24) is **GRANTED**. Byrne may file a brief in support of his motion to dismiss of no more than 60 pages. The clerk is kindly directed to file a copy of this Order electronically and to notify all counsel of record.

It is **SO ORDERED**.

Date: November _____, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CARL J. NICHOLS
　　　　　　　　　　　　　　　　　United States District Judge

Copies to:

All counsel of record