### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>PATRICK BYRNE,  )<br>  )<br>  Defendant.  )<br>  ) | Case No. 1:21-cv-02131-CJN<br><br>**ORAL HEARING REQUESTED** |

### **DEFENDANT PATRICK BYRNE'S MOTION TO DISMISS COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Patrick Byrne (Byrne) moves this Court to dismiss Plaintiffs' Complaint (Doc. 1) for failure to state a claim upon which relief can be granted. As grounds for this motion, Byrne directs the Court to the memorandum in support filed herewith.

For the foregoing reasons and those that may be presented at a hearing on this matter, Byrne respectfully requests that the Court enter an order dismissing Plaintiffs' Complaint with prejudice for failure to state a claim upon which relief can be granted.

Dated: November 17, 2021                Respectfully submitted,

                                       /s/
                                       Robert N. Driscoll (DC Bar #486451)
                                       Alfred D. Carry (DC Bar #1011877)
                                       McGlinchey Stafford PLLC
                                       1275 Pennsylvania Avenue NW, Suite 420
                                       Washington, DC 20004
                                       Tel: (202) 802-9999
                                       Fax: (202) 318-1084
                                       rdriscoll@mcglinchey.com
                                       acarry@mcglinchey.com
                                       *Counsel for Defendant Patrick Byrne*