# EXHIBITS

No. 1:21-cv-02131-CJN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

*US Dominion, Inc., et al. vs. Patrick Byrne*

---

Exhibits to
Memorandum in Support of Defendant Patrick Byrne's Motion to Dismiss Complaint

---

# EXHIBITS

# TABLE OF CONTENTS

**Ex.**     **Document**

A1     Katharine Q. Seelye, *Study Says 2000 Election Missed Millions of Votes*, New York Times (Jul. 17, 2001), *available at* https://www.nytimes.com/2001/07/17/us/study-says-2000-election-missed-millions-of-votes.html (last visited Nov. 17, 2021)

A2     CNN.com and Ted Barrett, *Democrats challenge Ohio electoral votes*, CNN (Jan. 5, 2005), *available at* https://www.cnn.com/2005/ALLPOLITICS/01/06/electoral.vote.1718/ (last visited Nov. 17, 2021)

A3     Katharine Q. Seelye, *McCain's Warning About Voter Fraud Stokes a Fiery Campaign Even Further*, New York Times (Oct. 26, 2008), *available at* https://www.nytimes.com/2008/10/27/us/politics/27vote.html (last visited Nov. 17, 2021)

A4     William Cummings, *'You can have the election stolen from you,' Hillary Clinton warns 2020 Democrats*, USA Today (May 6, 2019), *available at* https://www.usatoday.com/story/news/politics/onpolitics/2019/05/06/hillary-clinton-warns-2020-democratic-candidates-stolen-election/1116477001/ (last visited Nov. 17, 2021)

A5     Danny Hakim and Stephanie Saul, *Trump Told Supporters to 'Watch' Voting. His Staff is More Than Watching*, New York Times (Oct. 9, 2020), *available at* https://www.nytimes.com/2020/10/09/us/politics/trump-campaign-poll-watch.html (last visited Nov. 17, 2021)

A6     Michael Kinsley, *Election Day*, New York Times (Nov. 5, 2006), *available at* https://www.nytimes.com/2006/11/05/books/review/Kinsley.t.html?ref=review (last visited Nov. 17, 2021)

A7     Robert F. Kennedy, Jr., *Was the 2004 Election Stolen?*, Rolling Stone (Jun. 2, 2006), *available at* http://www.rollingstone.com/news/story/10432334/was_the_2004_election_stolen/1 (last visited Nov. 17, 2021)

A8   Alexa Corse, *Voting Machine Supplier Criticized by Trump in Spotlight on Election Integrity*, Wall Street Journal (Nov. 17, 2020), *available at* https://www.wsj.com/articles/voting-machine-supplier-criticized-by-trump-in-spotlight-on-election-integrity-11605624361 (last visited Nov. 17, 2021)

A9   Tim Golden, *U.S. Investigates Voting Machines' Venezuela Ties*, New York Times (Oct. 29, 2006), *available at* https://www.nytimes.com/2006/10/29/washington/29ballot.html (last visited Nov. 17, 2021)

A10  Christopher Hitchens, *Ohio's Odd Numbers*, Vanity Fair (Oct. 17, 2006), *available at* https://www.vanityfair.com/news/2005/03/hitchens200503 (last visited Nov. 17, 2021)

A11  Ben Wofford, *How to Hack an Election in 7 Minutes*, Politico Mag. (Aug. 5, 2016), *available at* https://www.politico.com/magazine/story/2016/08/2016-elections-russia-hack-how-to-hack-an-election-in-seven-minutes-214144/ (last visited Nov. 17, 2021)

A12  Ben Popken, *Voting machine makers face questions from House lawmakers – but more remain*, NBC News (Jan. 9, 2020), *available at* https://www.nbcnews.com/tech/security/voting-machine-makers-face-questions-house-lawmakers-more-remain-n1113181 (last visited Nov. 17, 2021)

A13  Pat Beall, *Will your ballot be safe? Computer experts sound warnings on America's voting machines*, USA Today (Nov. 2, 2020), *available at* https://www.usatoday.com/story/news/investigations/2020/11/02/computer-experts-sound-warnings-safety-americas-voting-machines/6087174002/ (last visited Nov. 17, 2021)

A14  Danny Hakim, Reid J. Epstein, and Stephanie Saul, *Anatomy of an Election 'Meltdown' in Georgia*, New York Times (Jul. 25, 2020; updated Nov. 4, 2020), *available at* https://www.nytimes.com/2020/07/25/us/politics/georgia-election-voting-problems.html (last visited Nov. 17, 2021)

A15  Kate Brumback, *Another showdown set this week over Georgia voting machines*, Washington Post (Sept. 9, 2020), *available at* https://www.washingtonpost.com/health/another-showdown-set-this-week-over-georgia-voting-machines/2020/09/09/7a030502-f28d-11ea-8025-5d3489768ac8_story.html (last visited Nov. 17, 2021)

A16   Kate Brumback, *With time short, judge mulls Georgia voting system changes*, AP News (Oct. 7, 2020), *available at* https://apnews.com/article/technology-senate-elections-georgia-elections-voting-machines-6a6be19f168a719e68c107c7426df9f3 (last visited Nov. 17, 2021)

A17   Alan Judd, *In high-stakes election, Georgia's voting system vulnerable to cyberattack*, The Atlanta Journal-Constitution (Oct. 23, 2020), *available at* https://www.ajc.com/politics/election/in-high-stakes-election-georgias-voting-system-vulnerable-to-cyberattack/TBFT5U5BH5AZZPFPZTP3LFQ7RY/ (last visited Nov. 17, 2021)

A18   Jacob Shamsian and Sonam Sheth, *Trump and his allies filed more than 40 lawsuits challenging 2020 election results. All of them failed*, Business Insider (Feb. 22, 2021), *available at* https://www.businessinsider.com/trump-campaign-lawsuits-election-results-2020-11 (last visited Nov. 17, 2021)

B1   Complaint
*Donald J. Trump for President, Inc. v. Hobbs*, Case No. CV 2020-014248
Superior Court of Arizona, Maricopa County

B2   Complaint
*Donald J. Trump for President, Inc. v. Benson*, Case No. 1:20-cv-01083
U.S. District Court for the Western District of Michigan

B3   Complaint
*Wood v. Raffensperger*, Case No. 1:20-cv-04651-SDG
U.S. District Court for the Northern District of Georgia

B4   Redacted Declaration
*Wood v. Raffensperger*, Case No. 1:20-cv-04651-SDG
U.S. District Court for the Northern District of Georgia

B5   Complaint
*King v. Whitmer*, Case No. 2:20-cv-13134-LVP
U.S. District Court for the Eastern District of Michigan

B6   Complaint
*Pearson v. Kemp*, Case No. 1:20-cv-4809-TCB
U.S. District Court for the Northern District of Georgia

B7  Complaint
    *Bowyer v. Ducey*, Case No. CV-20-02321-PHX
    U.S. District Court for the District of Arizona

B8  Complaint
    *Feehan v. Wisconsin Elections Comm'n*, Case No. 20-CV-1771-PP
    U.S. District Court for the Eastern District of Wisconsin

B9  Redacted Declaration
    *King v. Whitmer*, Case No. 2:20-cv-13134
    U.S. District Court for the Eastern District of Michigan

C1  Press Release, Rep. Carolyn Maloney, *Smartmatic Announces Sale of Sequoia Voting Systems* (Nov. 8, 2007), *available at* https://maloney.house.gov/media-center/press-releases/smartmatic-announces-sale-sequoia-voting-systems.
    (last visited at Nov. 17, 2021)

C2  Letter from Representative Carolyn Maloney to Treasury Secretary Henry Paulson, Jr.
    (Oct. 6, 2006)

C3  Report of Review of Dominion Voting Systems Democracy Suite 5.5-A,
    Jose A. Esparza, Deputy Secretary of State, State of Texas (Jan. 24, 2020)
        w/Examiner Reports

C4  Testimony of John Poulos, President and CEO, Dominion Voting Systems,
    2020 Election Security – Perspectives from Voting System Vendors and Experts,
    U.S. House of Representatives Committee on House Administration (Jan. 9, 2020)

D   DeepCapture.com | About Deep Capture,
    *available at* https://www.deepcapture.com/about-deep-capture/
    (last visited Nov. 17, 2021)