# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PATRICK BYRNE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:21-cv-02131-CJN |

## ORDER

Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion") brought this tort action for defamation per se against Defendant Patrick Byrne ("Byrne"). Pending before the Court is Byrne's Motion to Dismiss the Complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. 25.) Upon consideration of the pleadings, briefing, and relevant law, and for the reasons stated in the Memorandum Opinion (Doc. ___) accompanying this Order, Byrne's Motion to Dismiss is **GRANTED** and Dominion's action is hereby **DISMISSED with prejudice**.

The case is now closed. The clerk is kindly directed to place this matter among the ended matters, and to file a copy of this Order electronically to notify all counsel of record.

It is **SO ORDERED**.

Date:_____            _____
                                  CARL J. NICHOLS
                                  United States District Judge

Copies to:

All counsel of record