IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BYRNE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Case No. 1:21-cv-02131-CJN ) ) ) ) ) ) |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME
TO OPPOSE MOTION TO DISMISS**

Under Rule 9 of this Court's Standing Order for Civil Cases, Local Rule 7, and Fed. R. Civ. P. 6(b), Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corp. move to extend the deadline to oppose the motion to dismiss filed by Defendant Patrick Byrne. Plaintiffs seek to extend the current deadline by two weeks. Plaintiffs' opposition is due December 1, 2021. The relief requested would extend Plaintiffs' deadline to December 15, 2021. Under Local Rule 7(m), the parties' counsel conferred about the proposed extension, and Defendant does not oppose this motion.

In support of this motion, Plaintiffs state as follows:

1. On October 13, 2021, Defendant sought a 30-day extension to answer or move in response to the complaint. ECF No. 22. That extension was granted. Minute Order Nov. 17, 2021. Defendant filed a Motion to Dismiss on November 17, 2021. ECF No. 25

2. Under Local Rule 7(b), Plaintiffs' opposition to Defendant's motion to dismiss is due on December 1, 2021.

3. Plaintiffs have not previously requested an extension of the deadline to file their opposition to the motion to dismiss.

4. Under Paragraph 9(b)(iv)–(v) of this Court's standing order, the requested relief would not affect any other deadlines.

5. Under Paragraph 9(b)(vi) of this Court's standing order, Defendant does not oppose the requested extension.

6. Under Paragraph 9(b)(iii) of this Court's standing order, Plaintiffs seek the requested extension for the following good cause:

   a. Counsel for Dominion are currently briefing multiple dispositive motions and pleadings, including Dominion's opposition to OAN's motion to dismiss filed in *US Dominion, Inc. et al. v. Herring Networks, et al.*, 1:21-cv-2130-CJN, which is currently pending before this Court.

   b. The current 14-day opposition deadline covers the Thanksgiving holiday, during which Dominion's and its counsel's offices will be closed.

   c. The extension is justified given the 30-day extension of Defendant's deadline to draft his motion to dismiss, which makes numerous constitutional arguments.

7. Plaintiffs respectfully submit that the foregoing constitutes good cause for an extension under Fed. R. Civ. P. 6(b)(1) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"), that they do not seek these enlargements delay or frustrate this matter's progress, and that the respective enlargements would not unduly burden the opposite parties.

Plaintiffs respectfully ask this Court to extend Plaintiffs' time to oppose the motion to dismiss until December 15, 2021.

Dated: November 23, 2021

Of Counsel:

Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
Florence T. Chen (D.C. Bar No. TX0025)
Brittany Fowler (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
fchen@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443*)*
Elisha Barron (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1301 6th Avenue
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117*)*
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com

Stephen E. Morrissey (*admitted pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
(206) 516-3880
smorrissey@susmangodfrey.com

Respectfully submitted,

/s/ Stephen Shackelford
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

*Attorneys for Plaintiffs*