**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | )  Civil Case No. 1:21-cv-02131-CJN ) |
| PATRICK BYRNE, | ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

Upon consideration of the Plaintiffs' unopposed Motion to Extend Time to Oppose Motion to Dismiss, and appearing that there is good cause to grant the motion, it is hereby

ORDERED, that Plaintiffs' Motion is GRANTED; and it is

FURTHER ORDERED, that Plaintiffs' response to Defendant's Motion to Dismiss is extended until December 15, 2021.

SO ORDERED this ___ day of _____ 2021.

_____
Carl J. Nichols,
United States District Court Judge