IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>PATRICK BYRNE.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Case No. 1:21-cv-02131-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF JORDAN RUX IN SUPPORT OF
<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, I, Jordan Rux, hereby declare:

1. My full name is Jordan Rux. I serve as counsel for plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation.

2. I am an attorney practicing with the law firm of Susman Godfrey L.L.P. located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067. My telephone number is (310) 789-3143.

3. I am a member in good standing of the State Bars of California and Texas. I am also admitted to practice before the following courts:

   United States Court of Appeals for the Ninth Circuit

4. I certify that there are no pending disciplinary proceedings against me before any bar, and I have not been disciplined by any bar in the past.

5. I have previously been admitted *pro hac vice* in this Court in the following cases:

      N/A

6.     I do not practice law from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 13, 2021.

                                                                 _____

                                                                 Jordan Rux

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court on December 13, 2021, using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
