IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE.,<br><br>Defendant. | Civil Case No. 1:21-cv-02131-CJN |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant Patrick Byrne's Motion to Dismiss, (ECF No. 25), is **DENIED**.

SO ORDERED this ___ day of _____ 2021.

_____
Carl J. Nichols
United States District Court Judge