**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:21-cv-02131-CJN |
| | ) | |
| PATRICK BYRNE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT PATRICK BYRNE'S
CONSENT MOTION FOR EXTENSION OF TIME
<u>TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS</u>**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 9 of this Court's Standing Order, Defendant Patrick Byrne ("Byrne"), with the consent of Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), respectfully requests a 14-day extension of time in which to file a reply brief in support of Byrne's motion to dismiss. In support of this motion, Byrne states the following:

This matter is before the Court on a 106-page complaint that purports to assert defamation per se claims. It includes well over a hundred paragraphs of allegations and references over a thousand pages of exhibits. On October 13, 2021, Byrne sought a 30-day extension to answer or respond to the Complaint. (Doc. 22.) That extension was granted, and on November 17, 2021, Byrne filed a motion and supporting memorandum to dismiss the Complaint. (Doc. 25.)

After receiving a 14-day extension of time to respond (*see* Doc. 26; and Minute Order Nov. 30, 2021), Plaintiffs filed their opposition brief on December 15, 2021 (Doc. 28). Byrne's

reply brief is currently due December 22, 2021. The relief requested would extend Byrne's deadline to January 5, 2022.

This extension is necessary to enable counsel to prepare a succinct reply to assist the Court in its analysis of the issues presented. The combination of competing work schedules, holiday schedules, and press of other matters the nature of which include active cases with imminent deadlines, have made it not possible for the undersigned to prepare a reply brief within the current briefing schedule and timing limitations. To accommodate the time and effort needed to submit a thoughtful reply in support of Byrne's motion to dismiss, the undersigned respectfully requests a 14-day extension of time to file the reply brief.

This motion represents Byrne's first request for an extension of time to file his reply brief. Further, Byrne submits that this motion is not sought for delay; that no party will be unfairly prejudiced by the extension sought; and that no other deadlines in this case will be affected by the requested extension. Accordingly, Byrne respectfully requests a 14-day enlargement of time, through and including January 5, 2022, to file his reply brief.

Prior to the filing of this motion, the undersigned conferred with Plaintiffs' counsel pursuant to LCvR 7(m), who graciously confirmed that Plaintiffs consent to the relief requested in this motion. Because this motion is not contested and there are no novel issues of law being presented, the undersigned requests that the requirement under LCvR 7(a) that all motions be accompanied by a separate memorandum of law be waived.

For the foregoing reasons, Byrne respectfully requests that this Court grant this motion to extend the time to file a reply brief through and including January 5, 2022, granting such other relief the Court deems just and proper. A proposed order is attached.

Dated: December 17, 2021                    Respectfully submitted,

                                            /s/Robert N. Driscoll
                                            Robert N. Driscoll (DC Bar #486451)
                                            Alfred D. Carry (DC Bar #1011877)
                                            McGlinchey Stafford PLLC
                                            1275 Pennsylvania Avenue NW, Suite 420
                                            Washington, DC 20004
                                            Tel: (202) 802-9999
                                            Fax: (202) 318-1084
                                            rdriscoll@mcglinchey.com
                                            acarry@mcglinchey.com
                                            *Counsel for Defendant Patrick Byrne*