**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PATRICK BYRNE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:21-cv-02131-CJN |

**ORDER**

This matter comes before the Court on Defendant Patrick Byrne ("Byrne")'s Consent Motion for Extension of Time to File Reply in Support of Motion to Dismiss. (Doc. 30.) Byrne seeks a 14-day extension of time, through and including January 5, 2022, to file a reply brief in support of his motion to dismiss. Upon consideration of this motion, it appearing to the Court that the parties consent to the relief sought and that no party will be prejudiced by an extension, the Court finds good cause to grant the relief requested.

Accordingly, it is hereby **ORDERED** that Byrne's motion (Doc. 30) is **GRANTED** and that Byrne shall have up to and including January 5, 2022 to file his reply brief. The clerk is kindly directed to file a copy of this Order electronically and to notify all counsel of record.

It is **SO ORDERED**.

Date: December ____, 2021

                                                                CARL J. NICHOLS
                                                                United States District Judge

Copies to:

All counsel of record