# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

    *Plaintiffs*,

v.

PATRICK BYRNE,

    *Defendant*.

Civil Action No. 1:21-cv-02131 (CJN)

## ORDER

As set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that Patrick Byrne's motion to dismiss, ECF No. 25, is **DENIED**.

DATE: April 20, 2022

_____
CARL J. NICHOLS
United States District Judge