IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:21-cv-02131-CJN |
| | ) |
| PATRICK BYRNE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT PATRICK BYRNE'S
CONSENT MOTION FOR EXTENSION OF TIME
TO FILE ANSWER AND DEFENSES TO COMPLAINT**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Paragraph 9 of this Court's Standing Order, Defendant Patrick Byrne ("Byrne"), with the consent of Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), respectfully requests a 7-day extension of time to file his Answer and Defenses to the Complaint. In support of this motion, Byrne states the following:

Plaintiffs filed their Complaint on August 10, 2021. (Doc. 1.) On November 17, 2021, Byrne moved to dismiss Plaintiffs' claims (Doc. 25), but for the reasons explained in the Court's April 20, 2022 memorandum opinion (Doc. 33), the Court denied Byrne's motion and entered an order stating the same (Doc. 34). The current deadline for Byrne to answer the Complaint is now May 4, 2022. The relief requested in this motion would extend Byrne's deadline to May 11, 2022.

Since the Court denied Byrne's motion to dismiss, Byrne has been working diligently to answer the Complaint. However due to the breadth of the allegations, Byrne needs a brief extension of time to complete his responsive pleadings. Byrne is responding to a Complaint that

contains over 163 numbered paragraphs, spread across 106 pages of allegations, plus exhibits, and many of the Complaint's paragraphs contain multiple factual assertions that are intermixed with Plaintiffs' inferences and legal conclusions. The current deadline to file responsive pleadings also falls while counsel for Byrne must tend to other active cases with overlapping and competing deadlines. This request for an extension is therefore not sought for delay, rather it is necessary to permit Byrne to complete his responsive pleadings and file his Answer and Defenses. "When an act may or must be done within a specified time, the court may, for good cause, extend the time" upon a party's motion before the original deadline expires. Fed. R. Civ. P. 6(b)(1)(A). Byrne respectfully submits that the foregoing constitutes good cause.

During the briefing of the motion to dismiss, Byrne states pursuant to Paragraph 9(b)(ii) of the Court's standing order that he requested two previous extensions to the briefing schedule on the motion to dismiss, and Plaintiffs requested one. This motion represents Byrne's first request for an extension of time to file his Answer and Defenses to the Complaint since the Court denied his motion to dismiss.

Under Paragraph 9(b)(iv)-(vi) of the Court's standing order, the requested relief will not affect any other deadlines. Further, Plaintiffs do not oppose the requested extension. Counsel for Byrne and Plaintiffs conferred about the relief requested in this motion in accordance with Local Civil Rule 7(m), and Plaintiffs' counsel graciously confirmed that Plaintiffs consented to the proposed extension of Byrne's deadline to file his responsive pleadings. Accordingly, Byrne respectfully requests a 7-day enlargement of time, through and including May 11, 2022, to file his Answer and Defenses to the Complaint.

Because this motion is not contested and there are no novel issues of law being presented, the undersigned requests that the requirement under Local Civil Rule 7(a) that all motions be accompanied by a separate memorandum of law be waived.

For the foregoing reasons, Byrne respectfully requests that the Court grant this motion to extend the time to answer the Complaint through and including May 11, 2022, granting such other relief the Court deems just and proper. A proposed order is attached.

Dated: April 29, 2022                  Respectfully submitted,

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com
*Counsel for Defendant Patrick Byrne*