IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>PATRICK BYRNE,  )<br>  )<br>  Defendant.  )<br>  ) | Case No. 1:21-cv-02131-CJN |

**ORDER**

This matter comes before the Court on Defendant Patrick Byrne ("Byrne")'s Consent Motion for Extension of Time to File Answer and Defenses to Complaint. (Doc. 35.) Byrne seeks a 7-day extension of time, through and including May 11, 2022, to answer Plaintiffs' Complaint. Upon consideration of this motion, it appearing to the Court that the parties consent to the relief sought and that no party will be prejudiced by such an extension, the Court finds good cause to grant the relief requested.

Accordingly, it is hereby **ORDERED** that Byrne's motion (Doc. 35) is **GRANTED** and that Byrne shall have up to and including May 11, 2022 to answer the Complaint. The clerk is kindly directed to file a copy of this Order electronically and to notify all counsel of record.

It is **SO ORDERED**.

Date: April ____, 2022

_____
CARL J. NICHOLS
United States District Judge

Copies to:

All counsel of record