### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>PATRICK BYRNE,<br><br>　　　　Defendant. | Case No. 1:21-cv-02131-CJN |

### MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL T. PLUNKETT

Pursuant to Local Civil Rule 83.2(d), I hereby move to admit *pro hac vice* Daniel Thomas Plunkett of McGlinchey Stafford PLLC for the purpose of appearing in this matter as counsel for Defendant Patrick Byrne. I am a sponsoring member of the bar of this Court and an attorney of record for said defendant. Daniel Thomas Plunkett is a practicing attorney and member in good standing of the State Bar of Louisiana. As further grounds for this motion, I direct the Court to the Declaration of Daniel Thomas Plunkett filed herewith.

For the foregoing reasons, I respectfully request that the Court admit Daniel Thomas Plunkett *pro hac vice* and authorize him to participate as counsel for Defendant Patrick Byrne in these proceedings. The $100 admission fee has been paid and a proposed order is attached.

Dated: May 17, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Alfred D. Carry
　　　　　　　　　　　　　　　　　　　Alfred D. Carry (#1011877)
　　　　　　　　　　　　　　　　　　　McGlinchey Stafford PLLC
　　　　　　　　　　　　　　　　　　　1275 Pennsylvania Avenue NW, Suite 420
　　　　　　　　　　　　　　　　　　　Washington, DC 20004
　　　　　　　　　　　　　　　　　　　Tel: (202) 802-9999
　　　　　　　　　　　　　　　　　　　Fax: (202) 318-1084
　　　　　　　　　　　　　　　　　　　acarry@mcglinchey.com
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Patrick Byrne*