IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:21-cv-02131-CJN |
| ) | |
| PATRICK BYRNE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF DANIEL T. PLUNKETT
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Daniel Thomas Plunkett, hereby declare the following:

1. My full name is Daniel Thomas Plunkett.

2. I am an attorney practicing with the law firm of McGlinchey Stafford PLLC. My office address is 601 Poydras Street, Suite 1200, New Orleans, LA 70130. My telephone number is (504) 596-2778, and my email address is dplunkett@mcglinchey.com.

3. I am admitted and a member in good standing of the following state bar:

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Louisiana | 21882 | 10/16/92 |

4. I am also admitted and a member in good standing of the following federal courts:

Name of Federal Court
U.S. Court of Appeals for the Fifth Circuit
U.S. District Court for the Eastern District of Louisiana
U.S. District Court for the Middle District of Louisiana
U.S. District Court for the Western District of Louisiana
U.S. District Court for the Southern District of Texas

5. I certify that I have never been disciplined by any bar or court.

6. I am not currently admitted to practice in this Court, and I have not been admitted *pro hac vice* to appear in this Court within the last two years.

1

7.     I am not a resident of Washington, DC. Nor do I practice law from an office located in Washington, DC.

8.     Defendant Patrick Byrne has retained McGlinchey Stafford PLLC to represent him in this matter, and if admitted *pro hac vice* for purposes of this litigation, I will conduct myself in accordance with all applicable rules of professional conduct and rules of this Court.

9.     The motion for my admission *pro hac vice* is supported by Alfred D. Carry (#1011877), who is an active and sponsoring member of the bar of this Court.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 17, 2022

Respectfully submitted,

Daniel Thomas Plunkett
McGlinchey Stafford PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Tel: (504) 596-2778
Fax: (504) 910-9542
dplunkett@mcglinchey.com

2