IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*,  )<br>      )<br>   Plaintiffs,   )<br>      )<br>   vs.   )<br>      )<br>PATRICK BYRNE,   )<br>      )<br>   Defendant.   )<br>      ) | Case No. 1:21-cv-02131-CJN |

## ORDER

This matter comes before the Court on the Motion for Admission *Pro Hac Vice* of Daniel Thomas Plunkett (Doc. 37) to appear as counsel in this action for Defendant Patrick Byrne. It appearing to the Court that Mr. Plunkett has met the requirements governing the practice and participation of attorneys who are not members of the bar of this Court, the Court will grant the relief requested.

Accordingly, it is hereby **ORDERED** that the Motion (Doc. 37) is **GRANTED**. It is further **ORDERED** that Daniel Thomas Plunkett is admitted to appear *pro hac vice* in this action and all proceedings before this Court arising out of and relating to this matter as counsel for Defendant Patrick Byrne. The clerk is kindly directed to add Mr. Plunkett as counsel *pro hac vice* and attorney to be noticed for Defendant Patrick Byrne.

It is **SO ORDERED**.

Dated: May ___, 2022

_____
CARL J. NICHOLS
United States District Judge