AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| US DOMINION, INC., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02131-CJN |
| PATRICK BYRNE | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Patrick Byrne.

Date: 05/23/2022

/s/Daniel T. Plunkett
*Attorney's signature*

Daniel T. Plunkett (admitted pro hac vice)
*Printed name and bar number*

McGlinchey Stafford PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
*Address*

dplunkett@mcglinchey.com
*E-mail address*

(504) 596-2778
*Telephone number*

(504) 910-9542
*FAX number*