# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Case No. 1:21-cv-2131 (CJN) |

## [JOINT PROPOSED] SCHEDULING ORDER

Upon review of the Parties' Joint Meet and Confer Statement and Proposed Scheduling Order, the Court enters the following schedule to govern discovery:

1. Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1): **June 24, 2022**

2. Deadline to Serve Document Requests under Fed. R. Civ. P. 34: **December 2, 2022**

3. Deadline for Completion of Fact Discovery: **April 14, 2023**

4. Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **May 26, 2023**

5. Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2): **June 30, 2023**

6. Deadline for Proponents to Produce Responsive Expert Reports: **August 4, 2023**

7. Deadline for Expert Depositions: **September 22, 2023**

8. Status Conference: **In-person on a date of the Court's choosing in October 2023**

9. Deadline to File Dispositive Motions: **November 3, 2023**

10. Deadline to File Oppositions to Dispositive Motions: **December 18, 2023**

    11.    Deadline to File Replies in Support of Dispositive Motions: **January 17, 2024**

    12.    Date for Final Pretrial Conference: **TO BE DETERMINED BY THE COURT**

    13.    Date for Trial: **TO BE DETERMINED BY THE COURT**

So ordered.

Dated: _____, 2022

    _____
    CARL J. NICHOLS
    United States District Judge