UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., *et al.*,

    *Plaintiffs*,

v.

PATRICK BYRNE,

    *Defendant*.

Civil Action No. 1:21-cv-02131 (CJN)

## SCHEDULING ORDER

Upon review of the Parties' Joint Meet and Confer Statement and Proposed Scheduling Order, the Court enters the following schedule to govern discovery:

1. **Deadline to Exchange Initial Disclosures under Fed. R. Civ. P. 26(a)(1):** June 24, 2022

2. **Deadline to Serve Document Requests under Fed. R. Civ. P. 34:** December 2, 2022

3. **Deadline for Completion of Fact Discovery:** April 14, 2023

4. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):** May 26, 2023

5. **Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):** June 30, 2023

6. **Deadline for Proponents to Produce Responsive Expert Reports:** August 4, 2023

7. **Deadline for Expert Depositions:** September 22, 2023

8. **Status Conference:** In-person Status Conference at 10:00am on Wednesday, October 4, 2023

9. **Deadline to File Dispositive Motions:** November 3, 2023

10. **Deadline to File Oppositions to Dispositive Motions:** December 18, 2023

2

**11. Deadline to File Replies in Support of Dispositive Motions:** January 17, 2024

**It is so ORDERED.**

DATE:  June 6, 2022

                                              CARL J. NICHOLS
                                              United States District Judge