UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Case No. 1:21-cv-2131 (CJN) |

## STIPULATED MOTION TO AMEND SCHEDULING ORDER

Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion"), and Defendant Patrick Byrne ("Byrne") move pursuant to paragraph 9 of this Court's Standing Order to amend the scheduling order entered in this case.

The Court previously granted an extension in *US Dominion, Inc. et al. v. Sidney Powell*, et al., Case No. 21-1:21-cv-00040 (CJN), *US Dominion, Inc. et al. v. Rudolph W. Giuliani*, Case No. 1:21-cv-00213 (CJN), and *US Dominion, Inc. et al. v. My Pillow, Inc., et al.*, Case No. 1:21-cv-00445 (CJN), which have been consolidated for discovery purposes only and are referred to herein as the "Consolidated Cases," so that the schedule in the Consolidated Cases would align with the schedule in this action. Contemporaneously with filing the instant motion, the parties in the Consolidated Cases are moving to amend their scheduling order to allow for additional time to conduct discovery once a protective order is entered in the Consolidated Cases. Dominion and Byrne agree that, for the sake of efficiency and coordination, it makes sense to keep the scheduling orders in this case and the Consolidated Cases aligned.

1

The parties have not previously sought an extension of the case schedule in this action. The proposed amended schedule is as follows:

| Event | Current Deadline | New Proposed Deadline |
|---|---|---|
| Deadline to Serve Document Requests under Fed. R. Civ. P. 34 | **December 2, 2022** | **May 5, 2023** |
| Deadline for Completion of Fact Discovery | **April 14, 2023** | **September 22, 2023** |
| Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | **May 26, 2023** | **October 13, 2023** |
| Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2) | **June 30, 2023** | **November 10, 2023** |
| Deadline for Proponents to Produce Responsive Expert Reports | **August 4, 2023** | **December 8, 2023** |
| Deadline for Expert Depositions | **September 22, 2023** | **January 19, 2023** |
| Status Conference: Court will discuss trial date and date for final pretrial conference | **In-person on October 4, 2023 at 10:00am** | **In-person, on February __, 2024, at 10:00am** |
| Deadline to File Dispositive Motions | **November 3, 2023** | **March 1, 2024** |
| Deadline to File Oppositions to Dispositive Motions | **December 18, 2023** | **March 29, 2024** |
| Deadline to File Replies in Support of Dispositive Motions | **January 17, 2024** | **April 19, 2024** |

Dated: December 1, 2022                          Respectfully submitted,

*Counsel for US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Hamilton Place Strategies, LLC*

/s/ *Mary Kathryn Sammons*
Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
Mary Kathryn Sammons (D.C. Bar No. TX0030)
Florence T. Chen (D.C. Bar No. TX0025)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, Texas 77002
(713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
fchen@susmangodfrey.com
bfowler@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443*)*
Elisha Barron (*admitted pro hac vice*)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
(212) 336-8330
sshackelford@susmangodfrey.com
ebarron@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
Jordan Rux (D.C. Bar No. CA 00135)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
(310) 789-3100
dbrook@susmangodfrey.com
jrux@susmangodfrey.com

Stephen E. Morrissey (*admitted pro hac vice)*
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA  98101
(206) 516-3880
smorrissey@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
(864) 373-3882

*Counsel for Patrick Byrne*

/s/Robert N. Driscoll
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com

Daniel Thomas Plunkett
McGlinchey Stafford PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Tel: (504) 596-2778
Fax: (504) 910-9542
dplunkett@mcglinchey.com