**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| US DOMINION, INC., *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>PATRICK BYRNE,<br><br>   *Defendant.* | Civil Action No. 1:21-cv-02131 (CJN) |

## <u>AMENDED SCHEDULING ORDER</u>

Upon review of the Parties' Stipulated Motion to Amend Scheduling Order, the Court enters the following schedule to govern discovery:

1. **Deadline to Serve Document Requests under Fed. R. Civ. P. 34:** May 5, 2023

2. **Deadline for Completion of Fact Discovery:** September 22, 2023

3. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):** October 13, 2023

4. **Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2):** November 10, 2023

5. **Deadline for Proponents to Produce Responsive Expert Reports:** December 8, 2023

6. **Deadline for Expert Depositions:** January 19, 2024

7. **Status Conference:** In-person Status Conference at 10:00am on February 7, 2024

8. **Deadline to File Dispositive Motions:** March 1, 2024

9. **Deadline to File Oppositions to Dispositive Motions:** March 29, 2024

**10. Deadline to File Replies in Support of Dispositive Motions:** April 19, 2024

**It is so ORDERED.**

DATE:  December 2, 2022

_____
CARL J. NICHOLS
United States District Judge