UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants*,

v.

PATRICK BYRNE.

*Defendant.*

Civil Action No. 1:21-cv-02131 (CJN)

**STIPULATED MOTION TO AMEND EXISIING SCHEDULING ORDER**

The parties to the above styled action, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion"), and Defendant Patrick Byrne, hereby move pursuant to paragraph 9 of this Court's Standing Order to amend the existing scheduling order in this matter in its entirely by four months. Separately, Dominion and Defendants Sidney Powell, Defending the Republic, Rudolph W. Giuliani, MyPillow, Inc,. and Michael J. Lindell are also moving to amend by four months the existing scheduling order in their cases, Civil Action Nos. 1:21-cv-00040 (CJN), 1:21-cv-00213 (CJN), and 1:21-cv-00445 (CJN) (collectively, "the Consolidated Cases"), which this Court previously consolidated for purposes of discovery. The scheduling order in this case is currently aligned with the scheduling order in the DC cases and discovery is this case is being voluntarily coordinated with the Consolidated Cases.

A proposed order is attached as Exhibit A.

The Parties have previously sought one extension of the scheduling order—on December 1, 2022. *US Dominion, Inc., et al v. Byrne*, Case No. 1:21-cv-02131 (CJN) ("*Byrne*"), ECF No. 41. The purpose of the earlier motion was to allow for additional time to conduct discovery once

1

a protective order was entered in the Consolidated Cases which, among other things, would allow the parties in all cases to share discovery. The Court granted that request on December 2, 2022. ECF No. 42. The Court's order set the schedule that currently exists.

The Parties in this case (and, separately, in the Consolidated Cases) now move for an additional brief extension—of four months—of all the dates in the existing scheduling order. The request is not made for the purposes of delay. The Parties believe that the number of parties involved in the coordinated efforts, plus the volume of documents and number of depositions relevant to these cases, and the schedules of the witnesses and counsel, all warrant this short additional extension.

The existing schedule and the proposed amended deadlines are as follows:

| Event | Current Deadlines | Proposed Deadlines |
|---|---|---|
| **Deadline to Serve Document Requests under Fed. R. Civ. P. 34** | May 5, 2023 | September 5, 2023 |
| **Deadline for Completion of Fact Discovery** | September 22, 2023 | January 22, 2024 |
| **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2)** | October 13, 2023 | February 12, 2024 |
| **Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2)** | November 10, 2023 | March 11, 2024 |

| | | |
|---|---|---|
| **Deadline for Proponents to Produce Responsive Expert Reports** | December 8, 2023 | April 8, 2024 |
| **Deadline for Expert Depositions** | January 19, 2024 | May 17, 2024 |
| **Status Conference** | In-person on February 7, 2024 at 10:00am | In person, June __, 2024 |
| **Deadline to File Dispositive Motions** | March 1, 2024 | July 1, 2024 |
| **Deadline to File Oppositions to Dispositive Motions** | March 29, 2024 | July 29, 2024 |
| **Deadline to File Replies in Support of Dispositive Motions** | April 19, 2024 | August 16, 2024 |

Respectfully submitted,

Dated: May 5, 2023

_/s/Mary Kathryn Sammons_
Justin A. Nelson (D.C. Bar No. 490347)
Laranda Walker (D.C. Bar No. TX0028)
Mary Kathryn Sammons (D.C. Bar No. TX0030)
Florence T. Chen (D.C. Bar No. TX0025)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, TX 77002
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
Telephone: (212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
dbrook@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
4601 Concord Pike
Wilmington, DE 19803
rodsmolla@gmail.com
Telephone: (864) 373-3882

***Counsel for US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Hamilton Place Strategies, LLC***

_/s/ Alfred D. Carry_
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com

Daniel Thomas Plunkett
McGlinchey Stafford PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Tel: (504) 596-2778
Fax: (504) 910-9542
dplunkett@mcglinchey.com

***Counsel for Defendant Patrick Byrne***