# EXHIBIT A

Proposed Order
Civil Action No. 1:21-cv-02131 (CJN)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants*,

v.

PATRICK BYRNE.
*Defendant.*

Civil Action No. 1:21-cv-02131 (CJN)

## [PROPOSED] AMENDED SCHEDULING ORDER

Upon review of the Parties' Stipulated Motion to Amend Scheduling Order, the Court enters the following schedule to govern discovery:

1. **Deadline to Serve Document Requests under Fed. R. Civ. P. 34**: September 5, 2023

2. **Deadline for Completion of Fact Discovery**: January 22, 2024

3. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2)**: February 12, 2024

4. **Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2)**: March 11, 2024

5. **Deadline for Proponents to Produce Responsive Expert Reports**: April 8, 2024

6. **Deadline for Expert Depositions**: Mary 17, 2024

7. **Status Conference**: In-person Status Conference at _____ on June __, 2024

8. **Deadline to File Dispositive Motions**: July 1, 2024

9. **Deadline to File Oppositions to Dispositive Motions**: July 29, 2024

10. **Deadline to File Replies in Support of Dispositive Motions**: August 16, 2024

It is so ORDERED.

DATE:  May ___, 2023

_____

CARL J. NICHOLS

United States District Judge