UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br><br>*Plaintiffs/Counter-Defendants*,<br><br>v.<br><br>PATRICK BYRNE.<br>*Defendant.* | Civil Action No. 1:21-cv-02131 (CJN) |

**STIPULATED MOTION TO ENTER PROTECTIVE ORDER**

The parties to the above styled action, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion"), and Defendant Patrick Byrne, hereby move the Court to enter the attached protective order to govern the production and exchange of confidential information in this litigation and to facilitate the voluntary coordination of discovery between this case and three related cases: *US Dominion Inc., et al. v. MyPillow, Inc., et al.*, No. 1:21-cv-00445-CJN (D.D.C.); *US Dominion Inc., et al. v. Powell, et al*, No. 1:21-cv-0040-CJN (D.D.C.); and *US Dominion, Inc., et al v. Giuliani*, No. 1:21-cv-00213-CJN (D.D.C.). The *MyPillow*, *Powell*, and *Giuliani* cases, which the Court has consolidated for discovery purposes only, are referred to herein as the "Consolidated Cases."

On December 6, 2022, the Court entered a protective order (the "Order") in the Consolidated Cases. *See US Dominion Inc., et al. v. MyPillow, Inc., et al.*, No. 1:21-cv-00445-CJN (D.D.C.), ECF No. 152; *US Dominion Inc., et al. v. Powell, et al*, No. 1:21-cv-0040-CJN (D.D.C.), ECF No. 77; and *US Dominion, Inc., et al v. Giuliani*, No. 1:21-cv-00213-CJN (D.D.C.), ECF No. 51. The Order governs the handling of Discovery Materials within the Consolidated Cases and

allows the parties to the Order to share Discovery Materials between those three actions—but prohibits persons or entities receiving Discovery Material produced in the Consolidated Cases from using those Discovery Materials outside of those three cases, except as specifically provided by the Order. The Order contemplates that the parties in the Consolidated Cases may in the future move the Court to expand the Order to include the parties in the instant case, as well as *US Dominion, Inc., et al v. Herring Networks, et al.*, No. 1:21-cv-02130-CJN (D.D.C.), because they are related cases.

Although the Court has not ordered consolidation between this case and the Consolidated Cases, the Court has aligned the scheduling orders in this case and the Consolidated Cases, and the parties have voluntarily agreed to coordinate discovery between the four cases given the substantially overlapping discovery. To facilitate that voluntary discovery coordination, Dominion and Byrne respectfully ask the Court to enter the attached protective order, which is an amended version of the December 6, 2022, Order entered in the Consolidated Cases that is expanded to include this case.[1]  The Order, as amended, adds Byrne as a party to the Order, thus permitting the parties in this case and the Consolidated Cases to share Discovery Materials across all four cases in accordance with the terms of the Order.

For these reasons, Dominion and Byrne ask the Court to enter the attached protective order to govern the production and exchange of confidential information in this litigation and to facilitate the voluntary coordination of discovery between this case and the Consolidated Cases.

---

[1] The parties in the Consolidated Cases are simultaneously moving the Court to enter the attached, amended version of the Order in those cases as well.

Respectfully submitted,

Dated: June 8, 2023

 /s/ Laranda Walker
Mary Kathryn Sammons
(D.C. Bar No. TX0030)
Laranda Walker (D.C. Bar No. TX0028)
SUSMAN GODFREY LLP
1000 Louisiana Street, #5100
Houston, TX 77002
Telephone: (713) 651-9366
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
SUSMAN GODFREY LLP
1301 Avenue of the Americas, 32nd Fl
New York, NY 10019
Telephone: (212) 336-8330
sshackelford@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY LLP
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
dbrook@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Rodney Smolla (Bar No. 6327)
164 Chelsea Street
South Royalton, VT 05068
rodsmolla@gmail.com
Telephone: (864) 373-3882

***Counsel for US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation; and Hamilton Place Strategies, LLC***

/s/   Alfred D. Carry
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC 1275 Pennsylvania Avenue NW, Suite 420 Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com

Daniel Thomas Plunkett
McGlinchey Stafford PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Tel: (504) 596-2778
Fax: (504) 910-9542
dplunkett@mcglinchey.com

***Counsel for Defendant Patrick Byrne***