IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | Case No. 1:21-cv-02131 (CJN) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY EDGAR SARGENT**

Upon consideration of Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Edgar Sargent in the above-captioned matter and the Declaration of Edgar Sargent in support thereof, and it appearing that there is good cause to grant the motion, it is hereby

**ORDERED** that the Plaintiffs' Motion for Admission *Pro Hac Vice* of Attorney Edgar Sargent be, and the same hereby, is **GRANTED**; and it is

**FURTHER ORDERED** that Edgar Sargent be allowed to appear *pro hac vice* in court proceedings in the above-captioned matter.

**SO ORDERED** this _____ day of _____ 2023.


Dated: _____

_____
UNITED STATES DISTRICT JUDGE