AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

## CERTIFICATE OF GOOD STANDING

I, _____Sean F. McAvoy_____ , Clerk of this Court,

certify that _____Edgar G. Sargent_____ , Bar # _____28283_____ ,

was duly admitted to practice in this Court on _____10/26/2005_____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____Richland, WA_____ on _____07/07/2023_____
                                    *(Location)*                                                       *(Date)*

1:02 pm, Jul 07, 2023

Sean F. McAvoy
CLERK

*[signature]*
DEPUTY CLERK