IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,  )<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>PATRICK BYRNE,  )<br>)<br>Defendant.  )<br>)<br>)<br>) | Case No. 1:21-cv-02131 (CJN) |

## NOTICE OF WITHDRAWAL

Pursuant to Local Civil Rule 83.6(b), counsel Jordan Mikhail Rux respectfully withdraws his appearance as counsel for the Plaintiffs in this action. Plaintiffs consent to this withdrawal and will continue to be represented by all other counsel of record in this matter.

Respectfully submitted,

US DOMINION, INC., DOMINION
VOTING SYSTEMS, INC., and
DOMINION VOTING SYSTEMS
CORPORATION

By: _____
    John Poulos, Chief Executive Officer

_____
Jordan Mikhail Rux

Dated: July 11, 2023

*/s/Jordan M. Rux*
Jordan M. Rux (D.C. Bar No. CA00135)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
jrux@susmangodrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Mark Hatch-Miller (*pro hac vice* pending)
Zachary Savage (D.C. Bar No. NY0465)
Eve Levin (D.C. Bar No. 1672808)
Christina Dieckmann (*pro hac vice* pending)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
zsavage@susmangodfrey.com
elevin@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Jonathan J. Ross (D.C. Bar No. TX0027)
Mary K. Sammons (D.C. Bar No. TX0030)
Laranda Walker (D.C. Bar No. TX0028)
Elizabeth Hadaway (*pro hac vice* pending)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
jross@susmangodfrey.com
ksammons@susmangodfrey.com
lwalker@susmangodfrey.com
ehadaway@susmangodfrey.com

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
**CLARE LOCKE LLP**
10 Prince Street
Alexandria, VA 22314
(202) 628-7400
tom@clarelocke.com
megan@clarelocke.com
dustin@clarelocke.com

Edgar Sargent (*pro hac vice* pending)
**SUSMAN GODFREY L.L.P.**
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Attorneys for Plaintiffs-Counter Defendants*

**CERTIFICATE OF SERVICE**

I, Jordan M. Rux., hereby certify that on July 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/Jordan M. Rux*
Jordan M. Rux
(D.C. Bar No. CA00135)