UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC., et al.,

*Plaintiffs/Counter-Defendants*,

v.

PATRICK BYRNE.

*Defendant.*

Civil Action No. 1:21-cv-02131 (CJN)

## AMENDED SCHEDULING ORDER

The following amended schedule shall govern discovery:

1. **Deadline to Serve Document Requests under Fed. R. Civ. P. 34**: October 26, 2023

2. **Deadline for Completion of Fact Discovery**: May 30, 2024

3. **Deadline for Proponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2)**: June 27, 2024

4. **Deadline for Opponents to Designate Expert Witnesses and Produce Expert Reports under Fed. R. Civ. P. 26(a)(2)**: July 31, 2024

5. **Deadline for Proponents to Produce Responsive Expert Reports**: August 29, 2024

6. **Deadline for Expert Depositions**: October 3, 2024

7. **Status Conference**: In-person Status Conference at 11:00 AM on October 17, 2024

8. **Deadline to File Dispositive Motions**: November 14, 2024

9. **Deadline to File Oppositions to Dispositive Motions**: December 19, 2024

10. **Deadline to File Replies in Support of Dispositive Motions**: January 30, 2025

It is so ORDERED.

DATE: July 24, 2023

_____

CARL J. NICHOLS

United States District Judge