AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| U.S. Dominion, Inc. et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02131-CJN |
| Patrick Byrne | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

US Dominion, Inc., Dominion Voting Systems, Inc. and Dominion Voting Systems Corporation  .

Date:  08/28/2023

/s/ Elizabeth Hadaway
*Attorney's signature*

Elizabeth Hadaway, TX Bar: 24109962
*Printed name and bar number*

Susman Godfrey LLP
1000 Louisiana Street, suite 5100
Houston, Texas 77002

*Address*

ehadaway@susmangodfrey.com
*E-mail address*

(713) 653-7856
*Telephone number*

(713) 654-6666
*FAX number*