IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 1:21-cv-02131-CJN |
| | ) |
| PATRICK BYRNE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**MOTION FOR ENTRY OF AN ORDER ADOPTING
THE DISCOVERY PROTOCOL PROPOSED BY ALL DEFENDANTS**

Defendant Patrick Byrne ("Byrne") moves this Court for the entry of an order governing the handling of electronic discovery, document discovery, and other certain discovery matters in this case. Counsel for Byrne, Plaintiffs, and the other parties in the related Dominion defamation litigation conferred about the relief requested in this motion as directed by the Court and in accordance with Local Civil Rule 7(m).[1] Following such conference, the parties were able to agree on some provisions of a discovery protocol but not all. Byrne submits that Defendants' proposed discovery protocol should be adopted and entered by the Court.

---

[1] Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs" or "Dominion"), and the Defendants Sidney Powell, Sidney Powell, P.C., Defending the Republic, Inc., Rudolph W. Giuliani, Michael J. Lindell, My Pillow, Inc., Patrick Byrne, Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb ("Defendants"), whose cases—i.e., (1) *US Dominion Inc., et al. v. Powell, et al.*, No. 1:21-cv-0040-CJN (D.D.C.); (2) *US Dominion Inc., et al. v. Giuliani*, No. 1:21-cv-213-CJN (D.D.C.); (3) *US Dominion Inc., et al. v. MyPillow, Inc., et al.*, No. 1:21-cv-00445-CJN (D.D.C.); (4) *US Dominion, Inc., et al. v. Herring Networks, et al.*, No 1:21-cv-02130-CJN (D.D.C.); and (5) *US Dominion Inc., et al. v. Patrick Byrne*, No. 1:21-cv-02131-CJN (D.D.C.)—are either formally consolidated or voluntarily coordinated for purposes of discovery only, are collectively referred to herein as "the parties."

As grounds for this request, Byrne joins in all aspects of the motion and briefing filed by the Herring Networks Defendants and Powell Defendants, which apply with equal force here.[2] Yet Byrne writes separately in the memorandum in support filed herewith to articulate the equally determinative reasons as to why Defendants' proposed discovery protocol should be adopted and entered by the Court here.

For the foregoing reasons and those that may be presented at a hearing on this matter, Byrne respectfully requests that the Court enter the Defendants' proposed discovery protocol. A proposed order granting this motion is attached.

Dated: October 20, 2023                     Respectfully submitted,

/s/Alfred D. Carry
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com

Daniel Thomas Plunkett (admitted *pro hac vice*)
McGlinchey Stafford PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Tel: (504) 596-2778
Fax: (504) 910-9542
dplunkett@mcglinchey.com

*Counsel for Defendant Patrick Byrne*

---

[2] (*See* Powell Defs' Mot. and Mem. Supp. for Order Adopting Discovery Protocol Jointly Proposed by All Defendants, at Record Document 106 in Case No. 1:21-cv-00040-CJN (DDC); *see also* Herring Networks Defs' Mot. for Entry of the Defs' Joint Proposed Order Governing Discovery Matters, at Record Document 142 in Case No. 1:21-cv-02130-CJN (DDC).)