**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| US DOMINION, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | )   Case No. 1:21-cv-02131-CJN |
| | ) |
| PATRICK BYRNE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter comes before the Court on Defendant Patrick Byrne ("Byrne")'s Motion for Entry of an Oder Adopting the Discovery Protocol Proposed by All Defendants (the "Motion"). (Doc. 66.) Byrne requests that the Court adopt and enter the Defendants' proposed discovery protocol to govern the handling of electronic discovery, document discovery, and other certain discovery matters in this case and in the other related Dominion defamation litigation.[1] Plaintiffs oppose the Motion and submit an alternative proposed discovery protocol. Upon consideration of the briefing of the parties, the competing protocols, the applicable rules of civil procedure, and relevant law, the Court finds that Defendants' proposed discovery protocol should be adopted and entered.

---

[1] Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs" or "Dominion"), and the Defendants Sidney Powell, Sidney Powell, P.C., Defending the Republic, Inc., Rudolph W. Giuliani, Michael J. Lindell, My Pillow, Inc., Patrick Byrne, Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, and Christina Bobb ("Defendants"), whose cases—i.e., (1) *US Dominion Inc., et al. v. Powell, et al.*, No. 1:21-cv-0040-CJN (D.D.C.); (2) *US Dominion Inc., et al. v. Giuliani*, No. 1:21-cv-213-CJN (D.D.C.); (3) *US Dominion Inc., et al. v. MyPillow, Inc., et al.*, No. 1:21-cv-00445-CJN (D.D.C.); (4) *US Dominion, Inc., et al. v. Herring Networks, et al.*, No 1:21-cv-02130-CJN (D.D.C.); and (5) *US Dominion Inc., et al. v. Patrick Byrne*, No. 1:21-cv-02131-CJN (D.D.C.)—are either formally consolidated or voluntarily coordinated for purposes of discovery only, are collectively referred to herein as "the parties."

Accordingly,

It is hereby **ORDERED** that the Motion is **GRANTED**. A separate Order containing the discovery protocol shall issue and be docketed in this case.

The clerk is kindly directed to file a copy of this Order electronically to notify all counsel of record.

It is **SO ORDERED**.

Date: October _____, 2023

_____

CARL J. NICHOLS
United States District Court Judge