AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| US DOMINION, INC., ET AL ) | |
| Plaintiff ) | |
| v. ) | Case No. 1:21-CV-02131 |
| PATRICK BYRNE ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PATRICK BYRNE, DEFENDANT.

Date: 03/04/2024

/S/ STEFANIE LAMBERT
*Attorney's signature*

STEFANIE LAMBERT
*Printed name and bar number*

400 RENAISSANCE CENTER, FLOOR 26
DETROIT, MI
48243-1502
StefanieLambert.com
*Address*

attorneylambert@protonmail.com
*E-mail address*

(313) 410-6872
*Telephone number*

*FAX number*