**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:21-cv-02131-CJN |
| | ) | |
| PATRICK BYRNE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT

To:     The clerk of court and all parties of record

Pursuant to Local Civil Rule 83.6(b), please take notice that the law firm of McGlinchey Stafford PLLC, and its attorneys of record Robert Neil Driscoll, Alfred Dumetz Carry, and Daniel Thomas Plunkett, hereby withdraw their appearances in this case as counsel for Defendant Patrick Byrne. In support of this notice, the undersigned state that no trial date has been set, that Patrick Byrne consents to this withdrawal, and that Patrick Byrne remains represented by Stefanie Lynn Lambert Junttila (Bar #MI0103) of the Law Offices of Stefanie L. Lambert PLLC, who has previously entered her appearance in this case for the Defendant.

Signed: March 12, 2024

Patrick Byrne
Defendant

Respectfully submitted,

/s/Robert Neil Driscoll
/s/Alfred Dumetz Carry
Robert N. Driscoll (DC Bar #486451)
Alfred D. Carry (DC Bar #1011877)
McGlinchey Stafford PLLC
1275 Pennsylvania Avenue NW, Suite 420
Washington, DC 20004
Tel: (202) 802-9999
Fax: (202) 318-1084
rdriscoll@mcglinchey.com
acarry@mcglinchey.com

/s/Daniel Thomas Plunkett
Daniel Thomas Plunkett (admitted *pro hac vice*)
McGlinchey Stafford PLLC
601 Poydras Street, Suite 1200
New Orleans, LA 70130
Tel: (504) 596-2778
Fax: (504) 910-9542
dplunkett@mcglinchey.com

*Withdrawing Counsel*