# Exhibit A

## Dispute Chart

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| **#1 Breach of Amended Protective Order** | | Dominion and Patrick Byrne | Violation of the June 16, 2024, Amended Protective Order [Byrne Dkt. 46] | ROUND 1 | Raised in March 12, 2024, email to Judge Upadhyaya and Judge Nichols. |
| **#2 Deposition Protocol**<br><br>*Dominion v. Herring Networks* (21-cv-2130)<br><br>*Dominion v. My Pillow, Inc.* (21-cv-445)<br><br>*Dominion v. Giuliani* (21-cv-0213)<br><br>*Dominion v. Powell* (21-cv-040)<br><br>*Dominion v. Byrne* (21-cv-2131) | Dominion's Motion (as to all defendants) is filed at Powell ECF 114, 114-1 (brief), 114-2 (proposed order)<br>• OAN Response (Herring ECF 156)<br>• Bobb Response (Herring ECF 155)<br>• Powell Response (Powell ECF 115)<br><br>OAN's Motion (Herring ECF 152 (brief), 152-1 (proposed protocol))<br>• Dominion Response (Herring ECF 154) | Dominion and all defendants in the consolidated or voluntarily coordinated cases* | Deposition Protocol<br><br>The sole disputed issue concerns remote depositions. | ROUND 1<br>Awaiting argument or decision, as Court determines appropriate. | Disputed issue briefed following 9/21/2023 hearing. |

1

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | • OAN Reply (Herring ECF 157)<br><br>Bobb's Motion (Herring ECF 153)<br>• Dominion Response (Herring ECF 154)<br><br>Powell's Motion (Powell ECF 113 (brief), 113-3 (proposed protocol))<br>• Dominion Response (Powell ECF 116)<br><br>Byrne's Motion (Byrne ECF 69 (brief), 69-1 (proposed protocol))<br>• Dominion Response (Byrne ECF 70)<br><br>Lindell's Notice of Joinder (Lindell ECF 201) | | | | |

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | - Dominion Response (Lindell ECF 202) | | | | |
| **#3 Discovery Protocol**<br><br>*Dominion v. Herring Networks* (21-cv-2130)<br><br>*Dominion v. My Pillow, Inc.* (21-cv-445)<br><br>*Dominion v. Giuliani* (21-cv-0213)<br><br>*Dominion v. Powell* (21-cv-040)<br><br>*Dominion v. Byrne* (21-cv-2131) | Dominion's Motion (as to all defendants) is filed at Powell ECF 107, 107-1 (brief), 107-2 (proposed order)<br>- OAN Response (Herring ECF 145)<br>- Bobb Response (Herring ECF 147)<br>- Powell Response (Powell ECF 110)<br>- DTR Response (Powell ECF 111)<br>- Byrne Response (Byrne ECF 67)<br><br>OAN's Motion (Herring ECF 142 (brief), 142-1 (proposed protocol))<br>- Dominion Response | Dominion and all defendants in the consolidated or voluntarily coordinated cases* | Discovery Protocol<br><br>**Disputed issues:**<br>**(1) Custodian interview process** (Dom: §3(b), Ex.4, Ex.5, §3(c); Def: §4(b))<br>- Scope of individuals interviewed<br>- Whether must ask about topics (Ex.4), apps (Ex.5)<br>- Whether limited to "work habits" and work devices<br>- Scope of searches based on interviews<br><br>**(2) Responsiveness & Relevance Review** (Def §6)<br><br>**(3) Organization of Documents** (Dom: §8(a), Def §8(a) | ROUND 1 Awaiting argument or decision, as Court determines appropriate. | Disputed issue briefed following 09/21/2023 hearing. |

3

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | (Herring ECF 146)<br>• OAN Reply (Herring ECF 150)<br><br>Bobb's Motion (Herring ECF 143)<br>• Dominion Response (Herring ECF 146)<br><br>Powell's Motion (Powell ECF 106, 106-1 (brief), 106-4 (proposed protocol))<br>• Dominion Response (Powell ECF 112)<br><br>Byrne's Motion (Byrne ECF 66, 66-1 (brief), 66-2 (proposed protocol))<br>• Dominion Response (Byrne ECF 68) | | **(4) Hit Reports** (Dom: §5)<br><br>**(5) Text Messages** (Dom: §7, Def: §7)<br>• Whether 24-hour portions of text messages that hit on search terms may be redacted for relevance or responsiveness<br><br>**(6) Date Ranges for Searches** (Dom: §6, Def: §3(a)<br>• Which proposed date ranges govern custodial and noncustodial and mobile data production, absent party agreement or court order<br><br>**(7) List of Custodians** (Dom: §3(a) & Ex.3; Def: §4(a) & Ex.3): provision language is agreed; contents of Ex.3 are disputed<br><br>**(8) Search Methodology** (Dom: §4, Ex.6, Def: §5)<br>• Whether using search terms, custodians, and timeframes is an | | |

4

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | Lindell's Notice of Joinder (Lindell ECF 199)<br>• Dominion Response (Powell ECF 112) | | acceptable search methodology<br>• Whether to enter the parties' agreed search terms as part of the court's order (Ex.6)<br><br>**(9) Privilege Log** (§9)<br>• Whether to refer to Ex.1 (the parties' agreed ESI protocol which governs privilege logs) or to the Federal Rules<br><br>**(10) 30(b)(6) Depositions** (Dom: §10)<br>• Whether to authorize parties to complete a first 30(b)(6) deposition on discovery topics before a deposition on other topics[2] | | |

---

[2] The other issues in the proposed discovery protocol are agreed: **Protocol for Production of Electronically Stored Information and Paper Documents** (Dom & Def: §1 & Ex. 1); **Stipulation Regarding Expert Discovery** (Dom & Def: §2 & Ex. 2); **Rolling & Supplemental Productions** (Dom & Def: §8(b), (c)); **Substantial Completion Date** (Def §8(d)) [parties now agree]; and **Relief & Modification of this Order** (Def §10) [parties now agree].

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| #4 Scheduling Order – Extension of Discovery | No docket entry. | Dominion and all defendants in the consolidated or voluntarily coordinated cases* | Defendants' request for an extension of discovery deadlines. | ROUND 1 Meet and confer will be complete before hearing. | No briefing to date. |
| #5 OAN-Specific Disputes<br><br>*Dominion v. Herring Networks* (21-cv-2130) | No docket entry. Request to raise discovery disputes sent to Judge Nichols on January 31, 2024, and Judge Upadhyaya on February 2, 2024, after Judge Nichols' order referring discovery disputes. | Dominion and all defendants in *Herring Networks*, except Bobb. | Disputes raised by OAN Defendants:<br><br>• Dominion's objections to certain RFPs served by OAN, Robert Herring, Charles Herring, and Chanel Rion ("the OAN Defendants")<br><br>• Dominion's responses to certain interrogatories served by the OAN Defendants<br><br>• Date range applicable to RFPs served by the OAN Defendants for Dominion searches<br><br>• Certain of the OAN Defendants' proposed search terms | ROUND 2 All issues are ripe for argument or briefing, at the Court's discretion, following unsuccessful extensive meet and confer discussions. | No briefing has been permitted to date. |

| Case Number | Docket Number | Parties to the Dispute | Issue | Resolution Status | Briefing Status |
|---|---|---|---|---|---|
| | | | Disputes raised by Dominion:<br>• Dominion's request for certain financial information from the OAN Defendants | | |

*Defendants by case:

- *Dominion v. Herring Networks* (21-cv-2130): Herring Networks, Inc. d/b/a One America News Network, Charles Herring, Robert Herring, Sr., Chanel Rion, Christina Bobb
- *Dominion v. My Pillow, Inc.* (21-cv-445): Michael J. Lindell, My Pillow, Inc.
- *Dominion v. Giuliani* (21-cv-0213): Rudolph w. Giuliani
- *Dominion v. Powell* (21-cv-040): Sidney Powell, Sidney Powell, P.C., Defending the Republic
- *Dominion v. Byrne* (21-cv-2131): Patrick Byrne

Note that all claims against Rudolph Giuliani are currently subject to the automatic stay as a result of *In re Rudolph W. Giuliani a/k/a Rudolph William Giuliani*, No. 1:23-cv-12055 (Bankr. S.D.N.Y.). Following briefing from the parties at Docket Nos. 49, 58, and 102, the Bankruptcy Court entered an Order Approving Stipulation Concerning the Scope of the Automatic Stay of 11 U.S.C. § 362(a) with Respect to Certain Non-Bankruptcy Litigation Matters ("the Bankruptcy Order"). *See* **Exhibit B** (Giuliani Bankruptcy ECF 125). The Bankruptcy Order stays Dominion's continued prosecution of its claims against Debtor in *Dominion v. Giuliani* (21-cv-0213). It expressly provides that the § 362(a) stay does not apply to the remaining consolidated and coordinated cases. Pursuant to the Bankruptcy Order, discovery served in the remaining cases must also be served in *Giuliani*, and service does not violate the stay. A copy of the Bankruptcy Order is being provided for the Judge's convenience at **Exhibit B**.