UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| US DOMINION, INC. et al., ) | ) |
| *Plaintiffs*, ) | ) Case No. 1:21-cv-02131-CJN |
| v. ) | ) |
| PATRICK BYRNE, ) | ) |
| *Defendant*. ) | ) |

**NOTICE OF WITHDRAWAL OF LITIGATION COUNSEL**

Pursuant to Local Civil Rule 83.6(b), counsel Thomas A. Clare, P.C., respectfully withdraws his appearance as litigation counsel for Plaintiffs in this action. Plaintiffs consent to this withdrawal and will continue to be represented by all other counsel of record in this matter.

Dated: March 15, 2024

Respectfully Submitted,

US Dominion, Inc, Dominion Voting
Systems, Inc., and Dominion Voting Systems
Corporation

By: /s/John Poulos
John Poulos, Chief Executive Officer

*Plaintiff*

/s/ Thomas A. Clare, P.C.
Thomas A. Clare, P.C. (D.C. Bar No. 461964)
CLARE LOCKE LLP
10 Prince Street
Alexandria, Virginia 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com

## CERTIFICATE OF SERVICE

     I, Thomas A. Clare, P.C., hereby certify that, on March 15, 2024, I caused a true and correct copy of the foregoing Notice of Withdrawal of Litigation Counsel to be served on all counsel of record via the Court's CM/ECF system.

/s/ *Thomas A. Clare, P.C.*
Thomas A. Clare, P.C.
