# Exhibit 1

3/15/24, 1:01 PM                                                             screenshot-twitter.com



screenshot-twitter.com-2024.03.15-13_01_17
https://twitter.com/PeterBernegger/status/1766622116655358366
15.03.2024

## AFFIDAVIT SHERIFF DAR LEAF

On March 7, 2024, at approximately 10:45 am, I, Sheriff Dar Leaf, received a subpoena for my law enforcement file no 21-2216 from D.J. Hilson's Office.

The subpoena demanded that I appear at 1200 N. Telegraph Rd. Pontiac MI with my law enforcement files with less than 24 hour notice and not time to appear.

My office currently has an ongoing investigation as it relates to Dominion CEO John Poulos, Dominion employees and contractors, Jocelyn Benson, Dana Nessel, J. Alex Halderman, and others.

My department is in possession of sensitive documents that are part of an ongoing investigation involving Dominion employees. These Dominion employees directed, and tasked Serbian foreign nationals to remotely access the Michigan election system. I am not willing to compromise my investigation by providing my entire file. I am attaching to this affidavit several emails to demonstrate to this Honorable Court that this is a very serious ongoing investigation.

The emails in my file corroborate evidence contained in expert reports in my possession. These expert reports prove foreign access to the Michigan election equipment prior to certification of the November 3, 2020, election.

In addition to the Dominion emails, I am in possession of emails from J. Alex Halderman, SOS Jocelyn Benson's expert witness on the Antrim County civil litigation. The email from J. Alex Halderman offers to help the Dominion employees, the same ones tasking the foreign nationals to enter the Michigan election system prior to certification, by rebutting statements made by President Trump on television.

J. Alex Halderman failed to report and disclose these serious remote security breaches to the election equipment identified by experts on the Antrim County case, and he concealed and hid significant evidence that is addressed in the "Halderman Rebuttal" expert reports. Further, he incorrectly dismissed the vote shifting that occurred in Antrim blaming the local clerk for "human error" when in fact the correct, and corroborating vote shifting explanation is explained in the "Rebuttal Report" and corroborated with Dominion emails. [Exhibit 1].

I intend to file a Motion to Quash the subpoena attached as well as a civil lawsuit against the Muskegon County Prosecutor D.J. Hilson for attempting to usurp my investigation. D.J. Hilson worked with AG Dana Nessel and successfully buried the Muskegon County fraud that is now under investigation by the F.B.I. The Muskegon County Prosecutor failed to appropriately prosecute as requested by the Muskegon Police Department.

Moreover, this Court should know that my office and network line go down on March 7, 2024, at about 4:00 am tl approximately 5:23 pm. Attorney Lambert has been working for me, and my office, since December of 2020, and I believe this subpoena is an attempt to obstruct and delay my very serious investigation.

Respectfully,

*Dar Leaf*
Sheriff Dar Leaf

March 8, 2024

Cheryl L. Hartwell
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF BARRY
My Commission Expires 12/09/2029
Acting in the County of _____

357   3.3K   5.1K   732K

---

**ELECTION FRAUD INVESTIGATION!**

**Transcribed Letter Below:**
@BehizyTweets @ivanRaiklin
@CannConActual

On March 7th 2024, at approximately 10:45 AM, I, sheriff Dar Leaf, received a subpoena for my law enforcement file no 21-2216 from DJ Hilson's office.

This subpoena demanded that I appear at 1200 N Telegraph Rd. Pontiac MI with my law enforcement files with less than 24 hour notice and not time to appear.

My office currently has an ongoing investigation as it relates to dominion CEO John Poulos, Dominion employees and contractors, Jocelyn Benson, Dana Nessel, J. Alex Halderman, and others.

My department is in possession of sensitive documents that are part of an ongoing investigation involving Dominion employees. These Dominion employees directed, and tasks Serbian foreign nationals to remotely access the Michigan election system. I am not willing to compromise my investigation by providing my entire file. I am attaching to this affidavit several emails to demonstrate to this Honorable Court that this is a very serious ongoing investigation.

# AFFIDAVIT SHERIFF DAR LEAF

On March 7, 2024, at approximately 10:45 am, I, Sheriff Dar Leaf, received a subpoena for my law enforcement file no 21-2216 from D.J. Hilson's Office.

The subpoena demanded that I appear at 1200 N. Telegraph Rd. Pontiac MI with my law enforcement files with less than 24 hour notice and not time to appear.

My office currently has an ongoing investigation as it relates to Dominion CEO John Poulos, Dominion employees and contractors, Jocelyn Benson, Dana Nessel, J. Alex Halderman, and others.

My department is in possession of sensitive documents that are part of an ongoing investigation involving Dominion employees. These Dominion employees directed, and tasked Serbian foreign nationals to remotely access the Michigan election system. I am not willing to compromise my investigation by providing my entire file. I am attaching to this affidavit several emails to demonstrate to this Honorable Court that this is a very serious ongoing investigation.

The emails in my file corroborate evidence contained in expert reports in my possession. These expert reports prove foreign access to the Michigan election equipment prior to certification of the November 3, 2020, election.

In addition to the Dominion emails, I am in possession of emails from J. Alex Halderman, SOS Jocelyn Benson's expert witness on the Antrim County civil litigation. The email from J. Alex Halderman offers to help the Dominion employees, the same ones tasking the foreign nationals to enter the Michigan election system prior to certification, by rebutting statements made by President Trump on television.

J. Alex Halderman failed to report and disclose these serious remote security breaches to the election equipment identified by experts on the Antrim County case, and he concealed and hid significant evidence that is addressed in the "Halderman Rebuttal" expert reports. Further, he incorrectly dismissed the vote shifting that occurred in Antrim blaming the local clerk for "human error" when in fact the correct, and corroborating vote shifting explanation is explained in the "Rebuttal Report" and corroborated with Dominion emails. [Exhibit 1].

I intend to file a Motion to Quash the subpoena attached as well as a civil lawsuit against the Muskegon County Prosecutor D.J. Hilson for attempting to usurp my investigation. D.J. Hilson worked with AG Dana Nessel and successfully buried the Muskegon County fraud that is now under investigation by the F.B.I. The Muskegon County Prosecutor failed to appropriately prosecute as requested by the Muskegon Police Department.

Moreover, this Court should know that my office and network line go down on March 7, 2024, at about 4:00 am tl approximately 5:23 pm. Attorney Lambert has been working for me, and my office, since December of 2020, and I believe this subpoena is an attempt to obstruct and delay my very serious investigation.

Respectfully,

*Dar Leaf*
Sheriff Dar Leaf

March 8, 2024

Cheryl L. Hartwell
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF BARRY
My Commission Expires 12/09/2029
Acting in the County of Barry

---

screenshot-twitter.com-2024.03.15-13_25_18
https://twitter.com/xAlphaWarriorx/status/1766602916784435483/photo/1
15.03.2024

ELECTION FRAUD INVESTIGATION:

Transcribed Letter Below:
@BehizyTweets @IvanRaiklin
@GanzGonActual

On March 7th 2024, at approximately 10:45 AM, I, sheriff Dar Leaf, received a subpoena for my law enforcement file no 21-2216 from DJ Hilson's office.

This subpoena demanded that I appear at 1200 N Telegraph Rd. Pontiac MI with my law enforcement files with less than 24 hour notice and not time to appear.

My office currently has an ongoing investigation as it relates to dominion CEO John Poulos, Dominion employees and contractors, Jocelyn Benson, Dana Nessle, J. Alex Halderman, and others.

My department is in possession of sensitive documents that are part of an ongoing investigation involving Dominion employees. These Dominion employees directed, and tasks Serbian foreign nationals to remotely access the Michigan election system. I am not willing to compromise my investigation by providing my entire file. I am attaching to this affidavit several emails to demonstrate to this Honorable Court that this is a very serious ongoing investigation.

💬 357    🔁 3.3K    ♥ 5.1K    📊 732K    ⬆