# Exhibit 3

X

Home

Explore

Notifications

Messages

Grok

Lists

Bookmarks

Communities

Premium

Profile

More

Post

  Stefanie Lambert
@AttyStefLambert

This is the version of events that Halderman adopted on the Antrim case. Kurt Knowles works for Dominion sub contractor. Bill Bailey experts proved this version was FALSE. See the Lenberg report on subversion and vote shifting.



9:11 AM · Mar 15, 2024 · **757** Views

💬 6     🔁 24     ♡ 35     🔖 7     ⤴

Post your reply     Reply

 Theresa Feldmann @NHSouthernGirl · 1h
Bill Bailey's *experts* AREN'T experts at all. THAT'S the problem. Disinformation is the problem.

💬 1     🔁     ♡ 6     📊 47     🔖 ⤴

 Stefanie Lambert @AttyStefLambert · 36m
False. The experts held the highest credentials. They had received awards from Obama and Biden yet explained in detail how the election was