# Exhibit 4

**Patrick Byrne** 
@PatrickByrne

Colorado:

No one called on patriots to come to DC on J6 louder and in more interviews than I.

I authorized Tina Peter's Mesa County activity (half-way through) and the cyber-forensics guy who did it was paid by me.

Drop charges against Tina & I'll take all responsibility.

---

**Wall Street Apes** @WallStreetApes · Mar 9

Colorado Going Full Communism

For The Crime Of "I went to January 6th and because I worked in the 2016 election to get Donald Trump elected"

…
Show more



8:31

8:35 AM · Mar 9, 2024 · **29.7K** Views