# Exhibit 7

| | |
|---|---|
| **From:** | Driscoll, Robert |
| **To:** | Jonathan Ross; Katie Sammons; Laranda Walker; Elizabeth Hadaway; Dominion ListserveSusmanGodfrey |
| **Cc:** | Carry, Alfred; Plunkett, Daniel T. |
| **Subject:** | Notice of Public Disclosure of Dominion's Confidential Discovery Material |
| **Date:** | Monday, March 11, 2024 6:04:57 PM |
| **Attachments:** | pastedImage.png<br>Discovery_PO 2023-12-20 - Signed PO by Lambert.pdf<br>emergency_motion_for_stay.filed.pdf |

EXTERNAL Email

Dear counsel,

It has recently come to our attention that Confidential Discovery Material produced by Dominion in this case has been disclosed in a public filing in Michigan by Stefanie Lambert. Ms. Lambert had access to Confidential Discovery Material as an attorney for Patrick Byrne who was assisting in this litigation. Prior to her gaining access to any Confidential Discovery Material, she signed an Undertaking in which she agreed to use all Discovery Material only as permitted by the Protective Order. Attached is a copy of her signed Undertaking.

Dominion's Confidential Discovery Material appears to have been shared with a non-party (i.e., Sheriff Dar Leaf of Barry County, Michigan) by Stefanie Lambert and publicly disclosed by her as part of a filing she made in the criminal case styled *People of the State of Michigan vs. Stefanie Lynn Lambert* Junttila, which is currently pending before the Sixth Circuit Court in Oakland County, Michigan as Case Number 2023-285759-FH. A copy of her court filing captioned "Defendant's Emergency Motion for a Stay Pending Interlocutory Appellate Review" is attached. Dominion's Confidential Discovery Material is included as an exhibit at pages 12 through 59.

We had no advance knowledge of this use. We only became aware of the public disclosure by virtue of the below tweet.

EIF
Election Integrity Force
@Real_EIF

🔥 Just in: Stefanie Lambert turns up the heat in MI's legal scene with a fiery Emergency Motion for a Stay. Read the explosive internal Dominion communications here: tinyurl.com/8yxbm5ab #ElectionIntegrity #BREAKING

10:37 AM · Mar 11, 2024 · **5,488** Views

*See* https://x.com/Real_EIF/status/1767198261033554072?s=20 (last visited Mar. 11, 2024).

Consistent with the Protective Order, this email is intended to serve as notice that Dominion's Confidential Discovery Material appears to have been used and disclosed by Stefanie Lambert in a manner that is not authorized by the Protective Order. Her contact information follows below. We

do not have the contact information for Sheriff Dar Leaf of Barry County, Michigan.

> Stefanie Lambert
> 400 Renaissance Ctr., Fl 26
> Detroit, MI 48243
> (313) 410-6872
> attorneylambert@protonmail.com

Please know that we have asked Ms. Lambert to take immediate steps and reasonable efforts to prevent further disclosure of Confidential Discovery Material.

Sincerely,

Bob Driscoll

**Robert Neil Driscoll**
Attorney at Law

**rdriscoll@mcglinchey.com**
1275 Pennsylvania Avenue NW, Suite 420, Washington, DC 20004
T (202) 802-9950 F (202) 403-3870

**bio | vCard | mcglinchey.com**

Alabama California Florida Louisiana Massachusetts Mississippi New York
Ohio Rhode Island Tennessee Texas Washington Washington, DC

---

www.mcglinchey.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Massachusetts, Mississippi, New York, Ohio, Tennessee, Texas, Washington, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged, work product-protected, and/or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer (https://www.mcglinchey.com/disclaimer/) and Privacy Policy (https://www.mcglinchey.com/privacy-policy/)

**Exhibit A to Protective Order**

***U.S. Dominion, Inc., et al. v. Powell, et al.*, No. 1:21-cv-00040 (CJN)**
***U.S. Dominion, Inc., et al. v. Giuliani*, No. 1:21-cv-00213 (CJN)**
***U.S. Dominion, Inc., et al. v. Lindell, et al.*, No. 1:21-cv-00445 (CJN)**
***US Dominion Inc., et al v. Byrne*, No. 1:21-cv-02131 (CJN)**

**UNDERTAKING**

I have read the Protective Order of June, 14, 2023, in this action (the "Order") and undertake to access and use Discovery Material, Confidential Material, and Attorneys Eyes Only Material only as the Order permits.

Signed this 1st day of December, 2023.

[Name] Stephanie Lambert Junttila

**STATE OF MICHIGAN**
**6TH CIRCUIT COURT**
**COUNTY OF OAKLAND**

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff/Appellee,

vs.

Lower Court Case No. 2023-285759-FH
Hon. Jeffrey S. Matis

STEFANIE LAMBERT,

Defendant/Appellant.

---

PROSECUTING ATTORNEY
D.J. Hilson (P57726)
HALL OF JUSTICE
FIFTH FLOOR
990 Terrace Street
Muskegon, MI 49442
(231) 724-6435
hilsonda@co.muskegon.mi.us

STEFANIE LAMBERT (P71303)
PRO SE
400 RENAISSANCE CTR, FL 26
DETROIT, MI
48243-1502
(313) 410-6872
attorneylambert@protonmail.com

---

**DEFENDANTS EMERGENCY MOTION FOR A STAY PENDING INTERLOCUTORY APPELLATE REVIEW**

Now Comes Defendant, Stefanie Lambert, pro se, and hereby submits this Motion for an Emergency Stay of Proceedings pending appellate review.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

1. A motion for bond or a stay pending appeal may not be filed in the Court of Appeals unless such a motion was decided by the trial court. MCR 7.209(1) and (2).

*2.* Where a trial court incorrectly chooses, interprets or applies the law, it commits legal error that appellate courts are bound to correct. *Bracco v Michigan Technological University*, 231 Mich App 578, 585 (1998), citing *Fletcher v Fletcher*, 447 Mich 871, 881 (1994) (Brickley, J., joined by Cavanagh, C.J., and Boyle, J.).

3. The order requiring Defendant to submit to fingerprinting without probable cause and without having had an independent hearing and determination of the mandate is unconstitutional and ultra vires of this Court's power to enforce.

4. The decision ordering Defendant to submit to such process by 5 p.m. today, March 8, 2024, constitutes significant legal error.

5. First and foremost, as explained in Ms. Lambert's prior motion to suppress and / or to quash indictment (Exhibit 1), a fundamental principle of constitutional law is that a defendant cannot be accused of a crime, where such crime is "created" specifically, and purposefully, for that defendant, and then sought to be applied to that defendant. See, e.g., Mich Const 1963 Article I, § 10; U.S. Const., art I, § 10.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

6.    A law is considered ex post facto if it "(1) seeks to punish an act that was innocent when the act was committed; (2) makes an act a more serious criminal offense; (3) increases the punishment for a [*committed*] crime; or (4) allows the prosecution to convict on less evidence." *People v Earl*, 495 Mich 33, 37; 845 NW2d 721 (2014). See also, People v. Betts, 507 Mich. 527, 542, 968 N.W.2d 497, 504 (2021).

7.    The prohibitions on ex post facto laws "assure that legislative Acts give fair warning of their effect and permit individuals to rely on their meaning" as well as prevent the government from imposing arbitrary and vindictive legislation. *Weaver v Graham*, 450 U.S. 24, 28-29; 101 S Ct 960; 67 L Ed 2d 17 (1981).

8.    If a single judge or prosecutor manipulates a "grand jury" and creates, i.e., makes up a criminal law, or, more insidiously, "interprets" an existing criminal law in an erroneous manner, in a single proceeding targeting specific individuals, and especially, where that "advocated erroneous interpretation" is advanced by political opponents of those that are sought to be prosecuted, the manifestation of tyrannical political assassination through ex post facto application of criminal statutes twisted to be applied to specific individuals comes to fruition.

9.    Further, the Fourth Amendment of the United States Constitution, U.S. Const., amend. IV, as well as the Constitution of the State of Michigan, 1963 Mich. Const. Art. I, § 11, require a prior determination by a detached and

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

disinterested magistrate that probable cause exists which includes detentions for the sole purpose of obtaining fingerprints and obtaining of other evidence.

10.  "[T]he Fourth Amendment's scope of protection extends beyond the sphere of criminal investigations. The Amendment guarantees the privacy, dignity, and security of persons against certain arbitrary and invasive acts by officers of the government, without regard to whether the government actor is investigating crime or performing another function.

11.  The Fourth Amendment applies as well when the government acts in its capacity as an employer. *City of Ontario v. Quon*, 560 U.S. 746; 130 S. Ct. 2619 (2010).

12.  A grand jury indictment does not automatically entitle the prosecution to acquire fingerprints in Michigan and it does not substitute for the independent assessment required to be made by an unbiased judicial officer. *People v. Ware*, 12 Mich. App. 512; 163 NW2d 250 (1968).

13.  The Fourth Amendment's prohibition against unreasonable searches and seizures generally requires probable cause as a minimum requirement for a reasonable search *People v. Esters*, 417 Mich. 34; 331 NW2d 211 (1982), *People v. Thomas*, 106 Mich. App. 601; 308 NW2d 170 (1981); *Ft. Wayne Mortg. Co. v. Carletos*, 95 Mich. App. 752; 291 NW2d 193 (1980).

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

14. The general rule for obtaining fingerprints for a conviction is that the fingerprints corresponding to those of the accused must have been found at a crime scene under such circumstances that they could only have been impressed at the time when the crime was committed. *Ware*, supra.

15. Therefore, a separate probable cause inquiry is required and the return of an indictment by a grand jury, standing alone, will not establish probable cause *Ft. Wayne Mortg. Co*., supra.

16. Here, the Special Prosecutor now wants to use the fingerprints for actual comparison to evidence on the tabulators.

17. That would require a separate probable cause inquiry. He cannot pretend to be acquiring the fingerprints for one reason and then use them for another where such would require a separate and independent probable cause determination.

18. As stay is warranted where "(1) the applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Nken v Holder*, 556 US 418, 434; 129 S. Ct. 1749; 173 L. Ed. 2d 550 (2009), quoting *Hilton v Braunskill*, 481 US 770, 776; 107 S. Ct. 2113; 95 L. Ed. 2d 724 (1987).

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

19. In the instant case, there has been no predicate probable cause hearing, nor any articulation from the "Special Prosecutor" why or how he intends to use the fingerprints he seeks to obtain from Defendant. Without this, Defendant has a nearly 100-percent chance of succeeding on the merits because obtaining physical fingerprints from an individual who has not been before an independent magistrate or judge with the benefit of due process and a full probable cause hearing is unconstitutional per se.

20. Subjecting Defendant to this procedure will result in irreparable injury because she will necessarily have surrendered her constitutional rights of due process and her fundamental constitutional rights, including those under the Fourth Amendment will have been violated. That cannot be undone.

21. Other than the improper purposes for which the Special Prosecutor seeks the fingerprinting of Defendant, which, again, has not been articulated to a magistrate or judge in a proper probable cause proceeding, and which is de facto unconstitutional and erroneous, there is no harm to the prosecutor for having a stay entered while the constitutional rights of Defendant are vindicated on appeal.

22. Public interest lies soundly in the principle of not subjecting American citizens to violations of their rights of personal privacy and security embodied in the Fourth Amendment, and other constitutional provisions, including Due Process of Law. There is no doubt that the public interest in protecting American citizens

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

from invasive criminal examination without due process and in violation of fundamental constitutional rights is of primordial importance.  This factor weighs heavily in favor of obtaining a stay.

23.   Defendant has demonstrated that the request to submit to fingerprinting before this Court without having had any separate and independent probable cause hearing, where the prosecution seeks the "evidence" for a purpose different than that which has ever been stated to a jury, magistrate, or judge in such a separate and independent proceeding is unconstitutional and legal error.  Defendant has further shown to have satisfied the requisite elements for a stay in this court pending appellate review of the trial court's erroneous order.

24.   Defendant has also just filed an appearance in this case to represent herself, and she currently and has represented since December of 2020 Sheriff Dar Leaf of Barry County.  (Exhibit 1).  Sheriff Leaf has been subpoenaed by the Special Prosecutor to produce files that are protected by attorney-client privilege and subject to other protections afforded by law. *Id*.

25.   Defendant is therefore required to file motions to quash said subpoena in the course of defending herself in these proceedings.

26.   Moreover, Defendant has just retained new counsel in the case that will not be available to file an appearance until Monday.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

27. Defendant is required to take over the defense of her case in the meantime due to having had to relieve her prior attorney of his duties.

WHEREFORE, based on the statements and arguments presented in this motion, Appellant respectfully requests that this Court to issue an immediate stay of all trial court proceedings pending interlocutory review by the Court of Appeals.

Respectfully submitted,

/s/ Stefanie Lambert
STEFANIE LAMBERT (P71303)
PRO SE
400 RENAISSANCE CTR, FL 26
DETROIT, MI
48243-1502
(313) 410-6872
attorneylambert@protonmail.com

Dated: March 8, 2024

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Exhibit 1

Affidavit of Barry County Sheriff
Dar Leaf

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

AFFIDAVIT SHERIFF DAR LEAF

On March 7, 2024, at approximately 10:45 am,I, Sheriff Dar Leaf, received a subpoena for my law enforcement file no 21-2216 from D.J. Hilson's Office.

The subpoena demanded that I appear at 1200 N. Telegraph Rd. Pontiac MI with my law enforcement files with less than 24 hour notice and not time to appear.

My office currently has an ongoing investigation as it relates to Dominion CEO John Poulos, Dominion employees and contractors, Jocelyn Benson, Dana Nessel, J. Alex Halderman, and others.

My department is in possession of sensitive documents that are part of an ongoing investigation involving Dominion employees. These Dominion employees directed, and tasked Serbian foreign nationals to remotely access the Michigan election system. I am not willing to compromise my investigation by providing my entire file. I am attaching to this affidavit several emails to demonstrate to this Honorable Court that this is a very serious ongoing investigation.

The emails in my file corroborate evidence contained in expert reports in my possession. These expert reports prove foreign access to the Michigan election equipment prior to certification of the November 3, 2020, election.

In addition to the Dominion emails, I am in possession of emails from J. Alex Halderman, SOS Jocelyn Benson's expert witness on the Antrim County civil litigation. The email from J. Alex Halderman offers to help the Dominion employees, the same ones tasking the foreign nationals to enter the Michigan election system prior to certification, by rebutting statements made by President Trump on television.

J. Alex Halderman failed to report and disclose these serious remote security breaches to the election equipment identified by experts on the Antrim County case, and he concealed and hid significant evidence that is addressed in the "Halderman Rebuttal" expert reports. Further, he incorrectly dismissed the vote shifting that occurred in Antrim blaming the local clerk for "human error" when in fact the correct, and corroborating vote shifting explanation is explained in the "Rebuttal Report" and corroborated with Dominion emails. [Exhibit 1].

I intend to file a Motion to Quash the subpoena attached as well as a civil lawsuit against the Muskegon County Prosecutor D.J. Hilson for attempting to usurp my investigation. D.J. Hilson worked with AG Dana Nessel and successfully buried the Muskegon County fraud that is now under investigation by the F.B.I. The Muskegon County Prosecutor failed to appropriately prosecute as requested by the Muskegon Police Department.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Moreover, this Court should know that my office and our central dispatch had our network line go down on March 7, 2024, at about 4:00 am through March 7, 2024, until approximately 5:23 pm. Attorney Lambert has been working for me, and my office, since December of 2020, and I believe this subpoena is an attempt to obstruct and delay my very serious investigation.

Respectfully,

Sheriff Dar Leaf

March 8, 2024

Cheryl L. Hartwell
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF BARRY
My Commission Expires 12/09/2029
Acting in the County of Barry

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**From:** Eric Coomer [eric.coomer@dominionvoting.com]
**Sent:** 6/25/2019 12:14:26 PM
**To:** Goran Obradovic [goran.obradovic@dominionvoting.com]; Nick Ikonomakis [nick.ikonomakis@dominionvoting.com]
**Subject:** RE: Ms follow up

I am skeptical as well. As far the development issues, that needs to be addressed regardless...

I have doubts that end-to-end verification of voting really satisfies a market demand. But I also still don't know enough about it, how easy it would be to implement their sdk etc. I also don't know if there aren't other useful bits of tech we can leverage (key stores, key exchanges, multi-part keys) etc. But I also don't want to get caught flat-footed. Even now, there are several bills in the US congress that are mandating things like CVD programs (which we're working to implement on our own), and other onerous items. It would not surprise me at all, considering the players in the e2e game (Microsoft with defense money, Galois, a defense contractor), that something like this may eventually be legislated.

So, it's at least in our interest to learn as much as we can to stay on top of it.

ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY

DOMINION VOTING
*1201 18th Street, Suite 210, DENVER, CO 80202*
*1.866.654.8683* | DOMINIONVOTING.COM

720.201.1728 MOBILE

---

**From:** Goran Obradovic
**Sent:** Tuesday, June 25, 2019 6:10 AM
**To:** Eric Coomer <eric.coomer@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** Re: Ms follow up

If you believe this is not a pure marketing and is something that can be useful for us down the road, answer is yes, we would like to be involved. I have to say I am a sceptic about this initiative and my big problem (our problem) is that we are constantly shorter and shorter with developers so we will have a hard time accepting and being part of these kind of initiatives. What day is the call? Nick will be in Belgrade (as many other senior developers from Toronto).

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE

DOMINION VOTING
*215 Spadina Avenue, Toronto, Ontario, M5T 2C7*
*1.866.654.8683* | DOMINIONVOTING.COM

866.654.8683 OFFICE (ext 401)

---

**From:** Eric Coomer <eric.coomer@dominionvoting.com>
**Date:** Tuesday, June 25, 2019 at 1:13 PM
**To:** Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>, Goran Obradovic <goran.obradovic@dominionvoting.com>
**Subject:** Ms follow up

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

I ick, Goran, I would like to schedule a follow up call with Josh Beneloh next week to get some deeper technical details about their election guard project.

Did you want to attend? Who else (if anyone) from the team should be involved?

Thanks

ERIC D. COOMER |  DIRECTOR, PRODUCT STRATEGY

DOMINION VOTING
1201 18th Street, Suite 210, DENVER, CO 80202
1.866.654.8683 | DOMINIONVOTING.COM

720.201.1728MOBILE

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**To:** Branko Kolasinovic[branko.kolasinovic@dominionvoting.com]; Radovan Kalajdzic[radovan.kalajdzic@dominionvoting.com]; Jovica Savkovic[jovica.savkovic@dominionvoting.com]; Dragoljub Petrovic[dragoljub.petrovic@dominionvoting.com]; Andrew Winter[andrew.winter@dominionvoting.com]; Sean Bodwell[sean.bodwell@dominionvoting.com]; Nemanja Jelisijevic[nemanja.jelisijevic@dominionvoting.com]; Vladimir Djokovic[vladimir.djokovic@dominionvoting.com]; Nebojsa Cirovic[nebojsa.cirovic@dominionvoting.com]; Gary Kattan[gary.kattan@dominionvoting.com]
**Cc:** Goran Obradovic[goran.obradovic@dominionvoting.com]; Ranko Stamatovic[ranko.stamatovic@dominionvoting.com]; Martijn Punt[martijn.punt@dominionvoting.com]; Djordje Matijevic[djordje.matijevic@dominionvoting.com]; Aleksandar Penic[Aleksandar.Penic@dominionvoting.com]
**From:** Nebojsa Pirocanac
**Sent:** Mon 3/9/2020 4:50:21 AM
**Subject:** FW: Thank you from Santa Clara!
Adjudication at Work.jpeg
ICX Screen Proofing.jpeg
LAT - Endless ICXs.jpeg
LAT - MBP Laptops.jpeg
LAT - All Equipment.jpeg
VBM - Opening And Flattening 1.jpeg
VBM - Opening And Flattening 2.jpeg

FYI

---

**From:** Nick Mantzios <nick.mantzios@dominionvoting.com>
**Sent:** Friday, March 6, 2020 9:27 PM
**To:** Alyssa Prohaska <alyssa.prohaska@dominionvoting.com>; Travis Mayfield <travis.mayfield@dominionvoting.com>; Charles Bocage <charles.bocage@dominionvoting.com>; David Moreno <david.moreno@dominionvoting.com>; Jimmy Pratt <jimmy.pratt@dominionvoting.com>; Marty <martyikeda6@gmail.com>; Robin Lin <robin.lin@dominionvoting.com>; Nelson Chang <nelson.chang38@gmail.com>; Lakshmi Ganji <lakshmi.ganji@dominionvoting.com>; Samuel Challandes <samuel.challandes@dominionvoting.com>; Wah Gason Leung <wahgason.leung@dominionvoting.com>; Tuan Tran <tuan.tran@dominionvoting.com>; Jahnavi Tejomurtula <jahnavi.tejo14@gmail.com>; Jose Monroy <jose.monroy@dominionvoting.com>; michael vigil <mike.vigil@hotmail.com>; David Clarke <david.clarke@dominionvoting.com>; Danny Davidson <danny.davidson@dominionvoting.com>; Steve Phanniphon <steve.phanniphon@dominionvoting.com>; Taha Ramy <taha.ramy@dominionvoting.com>; Suleman Ghazali <suleman.ghazali@dominionvoting.com>; Madan Kumar <madan.kumar@dominionvoting.com>; Justin Iskander-Williams <justin.williams@dominionvoting.com>; Carrie Decker <carrie.decker@dominionvoting.com>; Jennifer Bowerman <jennifer.bowerman@dominionvoting.com>; Steve Walker <steve.walker@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; John Giannopoulos <john.giannopoulos@dominionvoting.com>; Nebojsa Pirocanac <nebojsa.pirocanac@dominionvoting.com>; Ivan Vukovic <ivan.vukovic@dominionvoting.com>; Larry Korb <larry.korb@dominionvoting.com>
**Subject:** Thank you from Santa Clara!

Hey everyone,

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

I know the election isn't official over and we have others ahead of us, but I hope you are getting some time to relax a bit and get back to a normal schedule.

I wanted to take this opportunity to thank everyone for your help in the overall success here in Santa Clara. There were times that were difficult and it seemed like there was no end to the amount of work or minor issues that would arise, but with a successful election day behind us, I can say we did an amazing job.

In some way, each of you have played a role to make sure that we got to where we needed to be and I thank you for that. With over 3,500 pieces of equipment to ship, accept, setup, upgrade/configure, test and deploy, I can't stress enough the amount of effort that this takes, and that it could not have been done without your help.

So thank you for the continuous support and effort throughout the past 6 months, it is not forgotten!

Cheers,
Nick

**NICK MANTZIOS | PROJECT MANAGER**

**DOMINION VOTING SYSTEMS**
*215 Spadina Avenue, Suite 200, TORONTO, ON M5T2C7*
*1.416.762.8683* | DOMINIONVOTING.COM
+1.416.762.8683 OFFICE (ext 273)
+1.647.449.2226 MOBILE

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**From:** Jasmina Milinkovic
**Sent:** Monday, March 9, 2020 10:29 AM
**To:** Aleksandar Lazarevic; Aleksandra Ivic; Andjela Obradovic; Andrijana Ilic; Bobana Radosavljevic; Boris Majstorovic; Branko Kolasinovic; Dalibor Milovanovic; Danica Gojkovic; Dejan Marinkovic; Dejan Vukasinovic; Djordje Matijevic; Dragan Djordjevic; Dragan Kalinovic; Dragoljub Petrovic; Dusan Djordjevic; Dusan Vitomirov; Elena Spasic; Goran Obradovic; Ivan Bulut; Ivan Cojbasic; Jasmina Milinkovic; Jovica Savkovic; Maja Bajovic; Marija Kovacevic; Marija Moric; Marko Pekovic; Martijn Punt; Milan Zoric; Mirjana Elez; Neda Vukman; Nemanja Jelisijevic; Nenad Matic; Nenad Peric; Nevena Djuric; Rade Djermanovic; Ranko Stamatovic; Ruzica Matic; Sanja Sobotovic; Sava Antonijevic; Srdjan Markovic; Stanislav Maric; Stefan Andjelkovic; Tijana Rabrenovic; Tijana Todorovic; Uros Nestorov; Vladimir Djokovic
**Subject:** Godišnji porez na dohodak građana ostvaren u 2019. godini / Annual personal income tax for income generated in 2019
**Attachments:** Poreske vesti - Godisnji porez na dohodak gradjana ostvaren u 2019.pdf; Tax Alert - Annual personal income tax for income generated in 2019.pdf

Pozdrav svima,

U prilogu mozete naci info.  vezane za godisnji porez za 2019. godinu.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**Poreski rezidenti Srbije prijavljuju svoj svetski dohodak, dok lica koja nisu poreski rezidenti Srbije prijavljuju dohodak ostvaren na teritoriji Srbije.**

Rok za podnosenje poreske prijave za godisnji porez na dohodak gradjana po osnovu dohotka ostvarenog u 2019. godini je **15. maj 2020. godine.**

Fizicka lica ciji ukupan neto dohodak u 2019. godini premasuje iznos od RSD 2.729.304 (**neoporeziv iznos**) su u obavezi da podnesu godisnju poresku prijavu. U poreskoj prijavi se iskazuje ukupan neto dohodak ostvaren u 2019. godini i neoporeziv iznos, a razliku cini dohodak za oporezivanje.

Dohodak za oporezivanje dodatno se umanjuje za iznos propisanih licnih odbitaka, a preostali iznos cini **oporezivi dohodak** na koji se primenjuju propisane stope poreza.

Licni odbici utvrdjeni su u sledcim iznosima:

— za poreskog obveznika: RSD 363.907
— za svakog izdrzavanog clana porodice: RSD 136.465

Ukupan iznos licnih odbitaka ne moze biti veci od 50% dohotka za oporezivanje.

U nastavku se nalazi pregled stopa i iznosa oporezivog dohotka na koje se primenjuju:

| Opis | Iznos oporezivog dohotka u RSD |
|---|---|
| **Oporezivi dohodak** po stopi od 10% | do 5.458.608 |
| **Oporezivi dohodak** po stopi od 15% | od 5.458.609 |

**Kako podneti godisnju poresku prijavu?**

Zakon o poreskom postupku i poreskoj administraciji predvidja se poreska prijava za godinji porez na dohodak gradjana podnosi ili u elektronskom ili u papirnom obliku.

Napominjemo da je za podnosenje elektronske godisnje poreske prijave (obrazac PPDG-2R) neophodno posedovanje kvalifikovanog elektronskog certifikata za pristup portalu Poreske uprave E-Porezi ili davanje ovlascenja drugom licu preko PEP obrasca.

Poreska prijava u papirnoj formi podnosi se u filijali Poreske uprave sa sedistem na opstini na kojoj je registrovana adresa stanovanja fizickog lica - poreskog obveznika.

**Poresko resenje**

Poreska uprava izdaje resenje o utvrdjivanju godisnjeg poreza na dohodak gradjana u papirnoj formi. Resenje se moze izdati u

**Tax residents in Serbia report their world-wide income, while persons who are not residents in Serbia report their income earned on the territory of Serbia.**

The deadline for filing annual personal income tax return for income generated in 2019 is **15 May 2020**.

Individuals whose total personal net income in 2019 exceeds RSD 2,729,304 (**non-taxable amount**) are required to file a personal income tax return. The total personal net income earned in 2019 and the non-taxable amount are reported in the tax return, where the difference represents taxable income.

Taxable income is decreased for the amount of prescribed personal deductions. The remaining amount represents **income for taxation** to which the prescribed tax rates are applied..

Personal deductions are set in the following amounts:

— for the taxpayer: RSD 363,907
— for each dependent family member: RSD 136,465

The total amount of personal deductions cannot be greater than 50% of taxable income.

Below is a summary of tax rates and income for taxation amounts to which they apply:

| Description | Amount of income for taxation in RSD |
|---|---|
| **Income for taxation** at a rate of 10% | up to 5,458,608 |
| **Income for taxation** at a rate of 15% | above 5,458,609 |

**How to file a personal income tax return?**

The Law on Tax Procedure and Tax Administration prescribes that a personal income tax return can be filed either in electronic form or in hardcopy.

Please note that for filing an electronic personal income tax return (PPDG-2R form) an individual must possess a qualified electronic certificate for accessing the Tax Administration's portal "E-Porezi" or should authorize someone to do so on individual's behalf using the PEP form.

The hardcopy tax return is filed with the branch office of the Tax Administration located in the municipality of the taxpayer's registered address of residence.

**Tax assessment**

The Tax Administration issues a hardcopy tax assessment. Electronic tax assessment may be issued by sending to the

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

elektronskoj formi putem slanja u poresko sanduce poreskog obveznika na portalu Poreske uprave, ali samo za poreske obveznike koji daju saglasnost za ovakav vid dostave resenja.

**Mogucnost produzenja roka za podnosenje poreske prijave**

Zakon o poreskom postupku i poreskoj administraciji dopusta produzenje roka za podnosenje poreske prijave uz ispunjenje sledecih uslova:

- pisani zahtev mora biti dostavljen Poreskoj upravi
- zahtev mora biti dostavljen pre isteka roka za podnosenje poreske prijave
- razlozi za produzenje predmetnog roka moraju biti opravdani (bolest, odsustvovanje iz zemlje, nesrecni slucaj, elementarna nepogoda vecih razmera i sl).

Zahtev za produzenje roka za podnosenje poreske prijave se dostavlja filijali Poreske uprave u kojoj se podnosi poreska prijava. O zahtevu za produzenje roka za podnosenje poreske prijave, resava zakljuckom Poreska uprava, u roku od pet dana od dana prijema zahteva. Krajnji rok za podnosenje poreskih prijava moze biti produzen najdzue za sest meseci od dana isteka zakonskog roka za podnosenje prijave.

## Priblizna procena iznosa godisnjeg poreza

Ukoliko zelite da priblizno utvrdite iznos godisnjeg poreza, **bez primene licnih odbitaka**, u nastavku dajemo skalu oporezivanja:

| Ukupan neto dohodak ostvaren u 2019. godini | Stopa poreza |
|---|---|
| do 2.729.304 (neoporeziv iznos) | 0% |
| od 2.729.305 do 8.187.912 | 10% |
| od 8.187.913 | 15% |

electronic mailbox of the taxpayer on Tax Administration's portal, but only for the taxpayers that gave their consent for this type of delivery.

**Possibility of deadline extension for filing tax return**

The Law on Tax Procedure and Tax Administration provides for the possibility of deadline extension for filing a tax return when the following conditions are met:

- a written application must be submitted to the Tax Administration
- the application must be submitted before the deadline for tax return filing
- reasons for deadline extension must be justified (illness, being away from the country, accident, natural disaster of significant scope, etc.).

The application for deadline extension is submitted to the branch office of the Tax Administration with which the tax return is filed. The Tax Administration shall consider the application for deadline extension and issue a decision within five days of receiving such application. The maximum period of extension is six months from the statutory deadline for filing a personal income tax return.

## Approximate estimate of annual income tax

Should you wish to estimate the approximate amount of your annual income tax, **without personal deductions**, below are provided tax brackets:

| Total personal net income earned in 2019 | Tax rate |
|---|---|
| up to 2,729,304 (non-taxable amount) | 0% |
| above 2,729,305 up to 8,187,912 | 10% |
| above 8,187,913 | 15% |

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

*****************************************************************************

The information in this e-mail is confidential and may be legally privileged. It is intended solely for the addressee. Access to this e-mail by anyone else is unauthorized. If you have received this communication in error, please address with the subject heading "Received in error," send to the original sender , then delete the e-mail and destroy any copies of it. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. Any opinions or advice contained in this e-mail are subject to the terms and conditions expressed in the governing KPMG client engagement letter. Opinions, conclusions and other information in this e-mail and any attachments that do not relate to the official business of the firm are neither given nor endorsed by it.

KPMG cannot guarantee that e-mail communications are secure or error-free, as information could be intercepted, corrupted, amended, lost, destroyed, arrive late or incomplete, or contain viruses.

This email is being sent out by KPMG International on behalf of the local KPMG member firm providing services to you. KPMG International Cooperative ("KPMG International") is a Swiss entity that serves as a coordinating entity for a network of independent firms operating under the KPMG name. KPMG International provides no services to clients. Each member firm of KPMG International is a legally distinct and separate entity and each describes itself as such. Information about the structure and jurisdiction of your local KPMG member firm can be obtained from your KPMG representative.

This footnote also confirms that this e-mail message has been swept by AntiVirus software.
*****************************************************************************

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**From:** Eric Coomer
**Sent:** Monday, March 23, 2020 4:53 AM
**To:** Nick Ikonomakis; Goran Obradovic
**Subject:** Re: Image loading

I'm still in Chicago. Due to circumstances here, and skeleton crew, and pending lawsuit it's very up in the air. I hope to be he some te this week.

I'll keep you up to date

ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY AND SECURITY

DOMINION VOTING
1201 18th Street, Suite 210, DENVER, CO 80202
1.866.654.8683 | DOMINIONVOTING.COM

720.201.1728MOBILE

---

**From:** Goran Obradovic <goran.obradovic@dominionvoting.com>
**Sent:** Sunday, March 22, 2020 11:49:05 PM
**To:** Eric Coomer <eric.coomer@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** Re: Image loading

Hi Eric - I will discuss this again with Ranko and Martijn this morning. Are you back in CO? If we need to have a call with you is that something we can arrange today or tomorrow?

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

---

**From:** Eric Coomer <eric.coomer@dominionvoting.com>
**Sent:** Sunday, March 22, 2020 8:05:26 PM
**To:** Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>; Goran Obradovic <goran.obradovic@dominionvoting.com>
**Subject:** Image loading

Raw processing time to load images for 2,000 icp cartridges in the listener is on the order of 35 HOURS!

I have been at this since wednesday. I try to set a load up every night,but every morning I come in and the process has failed at some point before finishing the full load set up. It fails sometimes after 3 cartridges.sometimes it loads a couple hundred.

I'm now bouncing the server before I start a load as it seems to be a memory leak issue. But the logs and errors are useless.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

And this is a small turnout election. Cartridges have 60-160 votes tops. Depending on the social situation on November, those numbers could be 5x...

At some point, we as a company actually have to take performance and efficiency seriously. There is no way to speed this up because eif a second machine is used, it just doubles the time.

I could, in theory,live with the time, just set it and forget for a couple days, but as stated above, that can't happen either due to errors constantly.

We get the same errors when loading images fr cartridge manager. Especially when loading high volume ev cartridges. Again,certainly smells like a memory leak

ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY AND SECURITY

DOMINION VOTING
1201 18th Street, Suite 210, DENVER, CO 80202
1.866.654.8683 | DOMINIONVOTING.COM

720.201.1728MOBILE

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**Created:** Thur 4/30/2020 9:39:03 AM

Mislio sam da je neki lokalni glitch al ako se i tebi desava onda daj da vidimo jel restart
konzistentno sredjuje to

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**To:** Nick Ikonomakis[nick.ikonomakis@dominionvoting.com]
**Cc:** Ivan Vukovic[ivan.vukovic@dominionvoting.com]
**From:** Goran Obradovic
**Sent:** Tue 6/9/2020 10:36:28 AM
**Subject:** Fwd: [EXTERNAL] Preparing for Auto-file Testing

Nick
Guys are working on this so no worries. Martijn (see below) analyzed all the data and QA (Nevena) is working on the project. They will test it as well so we will be all set for this.
G

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

---

**From:** Martijn Punt <martijn.punt@dominionvoting.com>
**Sent:** Tuesday, June 9, 2020 12:00 PM
**To:** Rade Djermanovic; Ranko Stamatovic; Sanja Sobotovic; Goran Obradovic; Nevena Djuric
**Subject:** RE: [EXTERNAL] Preparing for Auto-file Testing

Nevena will put together a project in the manner described below:
The project will contain minimum styling, and will have a normal set of tabulators. We will only have one language (English ballot content, English audio, English screen, English print).

The "June 29 CTE Mock Election Certified_List_of_Candidates.pdf" contains contests for the entire state of California (for example it lists all 53 US representative districts)
We do not need to enter the data from the PDF, because a single county project does not contain all data for the entire state.

A better source of information is the "3620PG.txt" file, because this contains all the contests and propositions for a single county (which has number 36).
Below I list the data to enter, combined with data from the PDF (for party affiliation)

The plan is to create a project for this count #36 (we are not sure which real-life county this is, one of the PDF's listing precinct counts mentions Alameda, but the US Congressional/Rep districts do not match with the template).

Data to enter:
Create the following district types and districts

- County: County of Anywhere
- Congressional Districts: CD 8, CD 27, CD 31, CD 35, CD 39
- State Senate Districts: SD 21, SD 23, SD 25, SD 29
- State Assembly Districts, AD 33, AD 36, AD 40, AD 41, AD 42, AD 47, AD 52, AD 55

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

The "36CountyPrecincts.pdf' is giving confusing information regarding the precinct count, first of all it lists 1000 precincts for each district, including for multiple districts of the same type. This is impossible because the total per district type should always be the same number.
So please do the following:
For the county create 1000 precincts, and evenly distribute these across the various district types:
County is linked to all 1000 precincts
There are 5 congressional districts, so each Congressional district should be linked to 200 precincts
There are 4 Senate districts, so each Senate district should be linked to 250 precincts
There are 8 Assembly districts, so each Assembly district should be linked to 125 precincts

We need only one ballot group and elector group.

Create the following offices (and link to the following district types), afterward create contests automatically. All offices are vote for 1, and have write-ins

- President, link to County
- United States Representative, link to Congressional Districts
- State Senator, link to State Senate Districts
- State Assembly member, link to State Assembly Districts

Create four measures:

- Parole Restrictions and Felony Sentences
- Property Tax to Fund Education
- Rent Control on Residential Property
- Property Tax and Business Reassessement

Below is a list of the candidates and their party affiliations:

| **Contest** | **Candidate** | **Party affiliation** |
|---|---|---|
| President | Don Leon Blankenship | American Independent |
| President | Gloria Estela La Riva | Peace and Freedom |
| President | Howie Hawkins | Green |
| President | Max Abramson | Libertarian |
| President | Michael Bennet | Democratic |
| President | Robert Ardini | Republican |
| United States Representative District 8 | Bob Conaway | Democratic |

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| | | |
|---|---|---|
| United States Representative District 8 | Christine Bubser | Democratic |
| United States Representative District 27 | Beatrice I. Cardenas | Republican |
| United States Representative District 27 | Christian Daly | No Party Preference |
| United States Representative District 31 | Agnes Gibboney | Republican |
| United States Representative District 31 | Pete Aguilar | Democratic |
| United States Representative District 35 | Mike Cargile | Republican |
| United States Representative District 35 | Norma J. Torres | Democratic |
| United States Representative District 39 | Gil Cisneros | Democratic |
| United States Representative District 39 | Steve Cox | No Party Preference |
| State Senate District 21 | Melvin Steve Hill | Democratic |
| State Senate District 21 | Stanley Warren Heaton | Democratic |
| State Senate District 23 | Abigail Medina | Democratic |
| State Senate District 23 | Alfred Lloyd White | Republican |
| State Senate District 25 | Anthony J. Portantino | Democratic |
| State Senate District 25 | Kathleen Hazelton | Republican |
| State Senate District 29 | Joseph J. Cho | Democratic |
| State Senate District 29 | Ling Ling Chang | Republican |
| State Assembly Member District 33 | Socorro Cisneros | Democratic |
| State Assembly Member District 33 | Thurston "Smitty" Smith | Republican |
| State Assembly Member District 36 | Lourdes T Everett | Democratic |
| State Assembly Member District 36 | Steve Fox | Democratic |
| State Assembly Member District 40 | James C. Ramos | Democratic |
| State Assembly Member District 40 | Jennifer Tullius | Republican |

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| | | |
|---|---|---|
| State Assembly Member District 41 | Christopher Holden | Democratic |
| State Assembly Member District 41 | Robin A. Hvidston | Republican |
| State Assembly Member District 42 | Andrew Francis Kotyuk | Republican |
| State Assembly Member District 42 | Chad Mayes | No Party Preference |
| State Assembly Member District 47 | Eloise Gomez Reyes | Democratic |
| State Assembly Member District 47 | Matthew Gordon | Republican |
| State Assembly Member District 52 | Freddie Rodriguez | Democratic |
| State Assembly Member District 52 | Toni Holle | Republican |
| State Assembly Member District 55 | Andrew E. Rodriguez | Democratic |
| State Assembly Member District 55 | Phillip Chen | Republican |

**From:** Goran Obradovic <goran.obradovic@dominionvoting.com>
**Sent:** Tuesday, June 9, 2020 9:00 AM
**To:** Martijn Punt <martijn.punt@dominionvoting.com>; Rade Djermanovic <rade.djermanovic@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Sanja Sobotovic <sanja.sobotovic@dominionvoting.com>
**Subject:** Fwd: [EXTERNAL] Preparing for Auto-file Testing

Drugari sinoc su zvali u vezi ovoga ali nisam hteo da vam šaljem da vam kvarim san. U svakom slučaju treba nam danas da neko iz QA pogledao ovo i da kaže koliko nam treba da kreiramo ovakav projekat. Svi podaci su u prilozenim fajlovima. Poenta je sto ovo nije bio plan ali gospoda iz Votecal su se setila da ovako treba da se verifikuje da export u kaliforniji radi kako treba.
G

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

---

**From:** Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Sent:** Monday, June 8, 2020 7:04 PM
**To:** Goran Obradovic
**Cc:** Ivan Vukovic

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**Subject:** FW: [EXTERNAL] Preparing for Auto-file Testing

I need a quick analysis on how long it would take us to build this project for the VoteCAL people to test.

NICK IKONOMAKIS | VP DEVELOPMENT

DOMINION VOTING SYSTEMS, INC.
*215 Spadina Avenue Suite 200 Toronto, CANADA M5T 2C7*
*866-654-VOTE (8683)* | DOMINIONVOTING.COM

416-762-8683 OFFICE (ext 223)
416-890-0377 CELL
416-762-8663 FAX

---

**From:** Waldeep Singh <waldeep.singh@dominionvoting.com>
**Date:** Friday, June 5, 2020 at 7:29 PM
**To:** Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** FW: [EXTERNAL] Preparing for Auto-file Testing

Let's discuss over the weekend.

---

**From:** Ziegler, Julie E <julie.ziegler@cgi.com>
**Sent:** Friday, June 5, 2020 3:19 PM
**To:** Waldeep Singh <waldeep.singh@dominionvoting.com>; Lozada, Audilia <Audilia.Lozada@rov.sbcounty.gov>; Travis Kester <travis.kester@dominionvoting.com>; Nick Coudsy <nick.coudsy@dominionvoting.com>; Anderson, Christina <Christina.Anderson@rov.sbcounty.gov>; Page, Bob - ROV <Bob.Page@rov.sbcounty.gov>; Eickman, Melissa <Melissa.Eickman@rov.sbcounty.gov>; Robinson, NaKesha <Nakesha.Robinson@sos.ca.gov>
**Cc:** Malone, Sean (SMalone@sos.ca.gov) <SMalone@sos.ca.gov>; Mann, Michael (MMann@sos.ca.gov) <MMann@sos.ca.gov>; Keller, Wesley (WKeller@sos.ca.gov) <WKeller@sos.ca.gov>
**Subject:** [EXTERNAL] Preparing for Auto-file Testing

Hello all,

Please find attached the files for setting up and preparing for auto-file testing:

1. 36CountyPrecincts – the number of precincts documented in VoteCal from the last ROR
2. 3620PG – the Semi-Final Official template file used for reporting vote results
3. 2019 AC Cert Users Guide
4. Certified List of Candidates to setup candidates

**Note to San Bernardino**: this is an atypical way of receiving the files. Typically SOS will place the necessary files on the county portal for you to retrieve.

Let me know if you have any questions.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Thank you,

Julie

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Confidential

DOM_DC00049569

**From:** Ivan Vukovic [ivan.vukovic@dominionvoting.com]
**Sent:** 11/3/2020 9:46:58 PM
**To:** Sean Bodwell [sean.bodwell@dominionvoting.com]
**CC:** David Moreno [david.moreno@dominionvoting.com]
**Subject:** Re: Secondary Path Issue

Thanks Sean,

This does describe what happens on the code level, but do we know what could "physically" cause this? WHat is the consequence of the missing **verifyPreviousShutdown** call in this case? Do we understand that?

I.

IVAN VUKOVIC | DIRECTOR, ENGINEERING SERVICES

DOMINION VOTING
*215 Spadina Avenue, Toronto, Ontario, M5T 2C7*
*1.866.654.8683* | DOMINIONVOTING.COM

866.654.8683 OFFICE (ext 301)
437.997.7614 MOBILE

---

**From:** Sean Bodwell <sean.bodwell@dominionvoting.com>
**Sent:** November 3, 2020 10:40 PM
**To:** Ivan Vukovic <ivan.vukovic@dominionvoting.com>
**Subject:** FW: Secondary Path Issue

Check Andrew's response below. Does that help? Need more info? If so, what kind?

**SEAN BODWELL** | SOFTWARE PROGRAMMER III

DOMINION VOTING SYSTEMS, INC.
*215 Spadina Ave, Suite 200, TORONTO, ON M5T 2C7*
*866-654-VOTE (8683)* | DOMINIONVOTING.COM

416-762-8683 OFFICE (ext 239)
416-762-8663 FAX

---

**From:** Andrew Winter <andrew.winter@dominionvoting.com>
**Sent:** November 3, 2020 4:39 PM
**To:** Sean Bodwell <sean.bodwell@dominionvoting.com>; Reed Bodwell <reed.bodwell@dominionvoting.com>
**Subject:** RE: Secondary Path Issue

In 5.5 located in the OnInitDialog function of CCSTBDlg there is a function called verifyPreviousShutdown That doesn't exist after the batch manager was added. There's batch checking in BatchMgrStartup.cpp (VerifyExistingResults) called from CCSTBDlg where it's supposed to return a non DVS_OK value if there's an issue. However the return variable is never set if an issue is found.

The temporary solution at this point in the game is to have the operator upload manually if need be which was proven to work

Andrew

**ANDREW WINTER** | SENIOR SOFTWARE DEVELOPER

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

DOMINION VOTING SYSTEMS
*215 SPADINA AVE., SUITE 200, TORONTO, ON M5T 2C7 CANADA*
*866-654-VOTE (8683)* | DOMINIONVOTING.COM

1-416-762-8683 OFFICE (ext 211)
1-416-762-8663 FAX

---

**From:** Sean Bodwell <sean.bodwell@dominionvoting.com>
**Sent:** November 3, 2020 4:29 PM
**To:** Andrew Winter <andrew.winter@dominionvoting.com>; Reed Bodwell <reed.bodwell@dominionvoting.com>
**Subject:** Secondary Path Issue

Hey guys,

I have been informed about an issue that's happening in the field right now:
http://jirabg.dominionvoting.com/browse/BSR-3168

Ivan has mentioned that both of you guys were working on this. Do either of you have any insight about this issue?

Regards,

**SEAN BODWELL | SOFTWARE PROGRAMMER III**

**DOMINION VOTING SYSTEMS, INC.**
*215 Spadina Ave, Suite 200, TORONTO, ON M5T 2C7*
*866-654-VOTE (8683)* | DOMINIONVOTING.COM

416-762-8683 OFFICE (ext 239)
416-762-8663 FAX

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**From:** Goran Obradovic [goran.obradovic@dominionvoting.com]
**Sent:** 11/4/2020 8:21:36 PM
**To:** Ivan Vukovic [ivan.vukovic@dominionvoting.com]
**Subject:** Re: Update

Oki doki. Kad treba da budem u kancu?

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

---

**From:** Ivan Vukovic <ivan.vukovic@dominionvoting.com>
**Sent:** Wednesday, November 4, 2020 9:08:57 PM
**To:** Goran Obradovic <goran.obradovic@dominionvoting.com>
**Subject:** Update

Ostatak srede je bio manje vise OK
dobili smo vesti da su exporti u MI OK
Ima par stvari koje Xen resava u Torontu za njih, vise vezano za ICC
Sean je resavao neki PA ICP issues
Ja sam odgovarao na neka ADJ pitanja i sad mi David pomaze da pozatvaram to sve
Imamo nesto novo u Clarku za export - Martijn je nasao i ispravio problem i sad testiraju.

Ti onda ako mozes, preuzmi moju smenu sutra pa zapocni Zoom... okacio sam ti schedule najnonviji da znas ko je kad i gde...

Ja cu pre podne svratiti malo verovatno pre nego sto krenem za NS.

Poz

I.

IVAN VUKOVIC | DIRECTOR, ENGINEERING SERVICES

DOMINION VOTING
*215 Spadina Avenue, Toronto, Ontario, M5T 2C7*
*1.866.654.8683* | DOMINIONVOTING.COM

866.654.8683 OFFICE (ext 301)
437.997.7614 MOBILE

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**To:** Alex Cruz[alex.cruz@dominionvoting.com]; Darren Silverburg[darren.silverburg@dominionvoting.com]; Stanislav Maric[stanislav.maric@dominionvoting.com]; Lakshmi Mahadevan[lakshmi.mahadevan@dominionvoting.com]
**Cc:** Jeremy Holck[jeremy.holck@dominionvoting.com]; Dan McClintock[dan.mcclintock@dominionvoting.com]; Dejan Vukasinovic[dejan.vukasinovic@dominionvoting.com]
**From:** Wah Gason Leung
**Sent:** Thur 11/5/2020 11:00:07 PM
**Subject:** RE: Workstation Security Updates - JAVA JRE

Hello Alex,

My laptop has been updated accordingly , current java runtime e version 1.8.0_271

Thank you very much

Wah Leung | PRODUCT SPECIALIST

DOMINION VOTING SYSTEMS
*1.866.654.8683* | DOMINIONVOTING.COM

510.410.9353 MOBILE

---

**From:** Alex Cruz <alex.cruz@dominionvoting.com>
**Sent:** Thursday, November 5, 2020 2:25 PM
**To:** Darren Silverburg <darren.silverburg@dominionvoting.com>; Wah Gason Leung <wahgason.leung@dominionvoting.com>; Stanislav Maric <stanislav.maric@dominionvoting.com>; Lakshmi Mahadevan <lakshmi.mahadevan@dominionvoting.com>
**Cc:** Jeremy Holck <jeremy.holck@dominionvoting.com>; Dan McClintock <dan.mcclintock@dominionvoting.com>; Dejan Vukasinovic <dejan.vukasinovic@dominionvoting.com>
**Subject:** Workstation Security Updates - JAVA JRE

Hello Everyone,

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

I hope everyone has had a successful election support cycle so far. When everyone is back to normal operations, we will need some help with updating the version of JAVA JRE installed on your workstations. Our scans our showing your machines are vulnerable, so we need to address this security gap as soon as possible.

Below is a list of machines, when you have a moment, let's try to get JAVA updated to the latest applicable versions proposed in the Remediation Detail column.

| Hostname | OSVersion | SiteName | Product |
|---|---|---|---|
| JMSDSILVERBURG2 | Windows 10 | DENVER | Java 8 Update 221 |
| SLWLEUNG | Windows 10 | DENVER | Java 8 Update 221 |
| N-MARIC | Windows 10 | BELGRADE | Java 8 Update 221 (64-bit) |
| D-LMAHADEVAN | Windows 10 | MAINSITE-TORONTO | Java 8 Update 221 |

Please contact me if for any reason you cannot update to the latest version or for any reason have to stay on current. If you need assistance with the update let us know and we can schedule some time to get it done.

https://www.oracle.com/java/technologies/javase-jre8-downloads.html

Link above should take you to latest updates. We would like to get these updates done no later than 11/13/2020 if possible.

Thank you in advance for your support and please let me know if you have any comments, questions or concerns.

**ALEX CRUZ** | **MANAGER, IT - USER ENABLEMENT**

**DOMINION VOTING SYSTEMS, INC.**
*1555 Doolittle Dr., Suite 100 San Leandro, CA 94577*
*1.866.654.8683* | DOMINIONVOTING.COM

866-654-8683 x 9411 OFFICE (US & CANADA)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**Created:** Wed 11/11/2020 9:05:17 PM

http://jirabg.dominionvoting.com/browse/BSR-1842 fixed and confirmed by martijn in 5.6C

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Confidential DOM_0000227898
Confidential DOM_DC03985591

**From:** Eric Coomer
**Sent:** Thursday, November 12, 2020 5:17 PM
**To:** Kay Stimson; John Poulos
**Cc:** Mike Frontera
**Subject:** FW: [EXTERNAL] Conspiracy Theories

fyi

ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY AND SECURITY

DOMINION VOTING
*1201 18th Street, Suite 210, DENVER, CO 80202*
*1.866.654.8683* | DOMINIONVOTING.COM

720.201.1728 MOBILE

**From:** J. Alex Halderman <jhalderm@eecs.umich.edu>
**Sent:** Thursday, November 12, 2020 11:15 AM
**To:** Eric Coomer <eric.coomer@dominionvoting.com>
**Subject:** [EXTERNAL] Conspiracy Theories

Hi Eric,

I know we have some differences of opinion, but these outrageous conspiracy theories promoted by the president are beyond the pale. If there's anything I can do to help you dispel them, please let me know.

You can see what I already wrote about Antrim County here:
https://twitter.com/jhalderm/status/1325163291161755649

Best,
Alex

--
J. Alex Halderman
Professor, Computer Science and Engineering
Director, Center for Computer Security and Society
University of Michigan
https://jhalderm.com
734-647-1806

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**From:** Goran Obradovic [goran.obradovic@dominionvoting.com]
**Sent:** 11/13/2020 9:21:44 PM
**To:** Mike McGee [michael.mcgee@dominionvoting.com]
**Subject:** Fwd: Problems in Belgrade

Hi Mike
Let me know if we have to do something special. Not sure how to calm down some of the employees whose photos appeared online.
Thanks
G

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

---

**From:** John Poulos <john.poulos@dominionvoting.com>
**Sent:** Friday, November 13, 2020 10:16:03 PM
**To:** Goran Obradovic <goran.obradovic@dominionvoting.com>; dominion@hamiltonps.com <dominion@hamiltonps.com>
**Cc:** Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>; Mike McGee <michael.mcgee@dominionvoting.com>
**Subject:** Re: Problems in Belgrade

Thanks Goran. For security concerns, Mike McGee is handling with K2. Please continue to exercise extreme vigilance.

Please keep sending local news to the Hamilton team so they have awareness.

---

**From:** Goran Obradovic <goran.obradovic@dominionvoting.com>
**Sent:** Friday, November 13, 2020 4:13:38 PM
**To:** dominion@hamiltonps.com <dominion@hamiltonps.com>
**Cc:** John Poulos <john.poulos@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** Problems in Belgrade

Hi
John P asked me to forward this to you. Bottom line is - phots of employees on the internet, front page in newspapers, video of our offices, etc. Difficult to translate everything but in some cases they are saying "Serbs did a software for vote stilling in US" and "Did a software from Serbia took votes from Trump". Employees here, especially those whose photos appeared on some sites, are very scared for their safety. Not sure what you can do.
Thanks
Goran

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Profile
12.

New f
25

ty

**Top media Tweet** earned 14.5K impressions

When they stopped the vote count in these states, this is what it looked like. And then comes the software that is programmed to add 1 vote to Biden for every 3 votes that Trump enters. The software was written in Serbia. @POTUS @FLOTUS @WhiteHouse threadreaderapp.com/thread/1325100… twitter.com/realDonaldTrum… pic.twitter.com/jS2kWzAt5u

12 138 203

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# ПОЛИТИКА

ДАНАС

ПРЕДСЕДНИК СРБИЈЕ О ОБРАЧУНУ СА КРИМИНАЛОМ И КОРУПЦИЈОМ

## Подземље има контакте у државним структурама

Најпре морају да се почисте сви они који сарађују с убицама и криминалцима, рекао је Александар Вучић

## Наша земља не уводи санкције Белорусији

Србија нема обавезу усклађивања са спољном политиком ЕУ у потпуности јер нам није отворено поглавље 31, које се тиче спољне и безбедносне политике

Вигор Мајић: Нема разлике између продаваца дроге и лошег угља
стр. 8

Кривокапић: „Патриоте” из Црне Горе преносе благо у Србију
стр. 4

Исплата пуне зараде услед боловања због короне није обавезујућа
стр. 11

## Време је за резове у ФСС-у

За неуспех против Шкотске највише су криви они за врх фудбалске пирамиде. – Све је кренуло низбрдо после Русије, када смо отерали Муслина и Ивановића

## Да ли је софтвер из Србије „појео” гласове Доналду Трампу

Канадска фирма има развојни центар у Београду, али њени бројеви телефона који се могу наћи на интернету више нису важећи, а на мејл нису одговарали

€ 117,5686 дин

У СУТРАШЊЕМ БРОЈУ

ТЕМА НЕДЕЉЕ
ЧЕТВРТ ВЕКА ДЕЈТОНСКОГ СПОРАЗУМА

РАЗГОВОР НЕДЕЉЕ
АЛЕКСАНДАР ВУЛИН, министар унутрашњих послова

**Александар Стефановић**
ПРЕ 1 МИНУТА

Свиђа ми се Коментар Подели

Document Submitted for Filing to MI Oakland County 6th Circuit Court.





Александар Стефановић
ПРЕ 1 МИНУТА

Свиђа ми се Коментар Подели

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.



https://rs.sputniknews.com/vesti/202011131123853266-ekskluzivno-masine-iz-beograda-koje-su-brojale-glasove-u-americi-foto-video/?utm_source=push&utm_medium=browser_notification&utm_campaign=sputnik_rs

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**From:** Paul Chavez-Casanova [paul.chavez-casanova@dominionvoting.com]
**Sent:** 12/14/2020 7:24:00 PM
**To:** Ranko Stamatovic [ranko.stamatovic@dominionvoting.com]; Goran Obradovic [goran.obradovic@dominionvoting.com]; Dave Anderson [dave.anderson@dominionvoting.com]; Martijn Punt [martijn.punt@dominionvoting.com]; Dalibor Milovanovic [dalibor.milovanovic@dominionvoting.com]
**Subject:** RE: URGENT: NEED YOUR IMMEDIATE ATTENTION

But this would only happen if an Adjudication session was started on an election. Otherwise the services just sit idle.

Paul.

---

**From:** Ranko Stamatovic
**Sent:** Monday, December 14, 2020 12:05 PM
**To:** Goran Obradovic; Dave Anderson; Paul Chavez-Casanova; Martijn Punt; Dalibor Milovanovic
**Subject:** Re: URGENT: NEED YOUR IMMEDIATE ATTENTION

As far I can recall adj service can be installed on server, but client is not installed/started. It can happen that adj service keeps pinging ems service, gets and logs error. It can explain large number of errors in the log...

Ranko

Get Outlook for Android

---

**From:** Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>
**Sent:** Monday, December 14, 2020 7:56:27 PM
**To:** Goran Obradovic <goran.obradovic@dominionvoting.com>; Dave Anderson <dave.anderson@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Martijn Punt <martijn.punt@dominionvoting.com>; Dalibor Milovanovic <dalibor.milovanovic@dominionvoting.com>
**Subject:** Re: URGENT: NEED YOUR IMMEDIATE ATTENTION

EMS Sytem - contains logs from EMS APP server + some system/configuration items that for example DCM produces.
However, C:\virtual directories\emsapplicationserver\log - this is the place with all logs that EMS Application logs
EED - Reports, Audit log report can list all items from the audit log database table, and filter by data/time

Ranko

---

**From:** Goran Obradovic <goran.obradovic@dominionvoting.com>
**Sent:** Monday, December 14, 2020 7:45 PM
**To:** Dave Anderson <dave.anderson@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Martijn Punt <martijn.punt@dominionvoting.com>; Dalibor Milovanovic <dalibor.milovanovic@dominionvoting.com>
**Subject:** Re: URGENT: NEED YOUR IMMEDIATE ATTENTION

Thanks Dave. So we have two logs - DVS Adjudication and EMS System. These are kept under Windows Application and Servces Logs.

What we keep in EMS System log?

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

As I understand EED keeps log in database as well? How that log can be extracted?

In their report they are mentioning Tabulation log. What is this? Is that maintained by RTR? Is this in database or in file system?

Sorry for too many questions but I need this info.
Thanks
G

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

---

**From:** Dave Anderson <dave.anderson@dominionvoting.com>
**Sent:** Monday, December 14, 2020 7:25 PM
**To:** Goran Obradovic; Paul Chavez-Casanova; Ranko Stamatovic; Martijn Punt; Dalibor Milovanovic
**Subject:** RE: URGENT: NEED YOUR IMMEDIATE ATTENTION

If Adjudication Services is installed on a machine, the "DVS Adjudication" event source will exist under "Application and Services Logs" in the Event Viewer. It will still contain entries for things like services starting, even if no adjudication takes place. This is because, once Adjudication Services is installed, each adjudication service starts automatically with Windows.

The "DVS Adjudication" log is the only one that Adjudication uses.

On the EMS side, we have the "EMS System" log under the same "Application and Servces Logs" event folders.

**DAVID ANDERSON** | SOFTWARE ARCHITECT

DOMINION VOTING SYSTEMS, INC.
*1201 18th Street, Suite 210, DENVER, CO 80202*
*866-654-VOTE (8683)* | DOMINIONVOTING.COM

720.257.5209 OFFICE (ext 9220)
303-291-3909 FAX

---

**From:** Goran Obradovic <goran.obradovic@dominionvoting.com>
**Sent:** Monday, December 14, 2020 10:57 AM
**To:** Dave Anderson <dave.anderson@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Martijn Punt <martijn.punt@dominionvoting.com>; Dalibor Milovanovic <dalibor.milovanovic@dominionvoting.com>
**Subject:** URGENT: NEED YOUR IMMEDIATE ATTENTION

Hi guys
Some of you have received this already. I have some questions/requests for you:
1. I need a list of log files we (our EMS and ADJ) keep on the EMS Express install.
2. If they don't use Adj on the system, but Adj is installed on it - do we keep any adj related log in that case? I know it sounds like a stupid question but they are claiming we have adj log (despite the fact that ICP didn't save ballot images and they didn't have a license to use adjudication)
So please send me a list of log files we keep on EMS express. I am not sure who can do that and that is why I am writing to all of you.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Thanks
G

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

---

**From:** Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Sent:** Monday, December 14, 2020 5:24:39 PM
**To:** Goran Obradovic <goran.obradovic@dominionvoting.com>
**Subject:** FW: <no subject>

NICK IKONOMAKIS | VP ENGINEERING

DOMINION VOTING SYSTEMS, INC.
866-654-VOTE (8683) | DOMINIONVOTING.COM

416-762-8683 OFFICE (ext 223)

---

**From:** Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Date:** Monday, December 14, 2020 at 11:12 AM
**To:** John Poulos <john.poulos@dominionvoting.com>
**Subject:** <no subject>

NICK IKONOMAKIS | VP ENGINEERING

DOMINION VOTING SYSTEMS, INC.
866-654-VOTE (8683) | DOMINIONVOTING.COM

416-762-8683 OFFICE (ext 223)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**From:** Goran Obradovic [goran.obradovic@dominionvoting.com]
**Sent:** 12/16/2020 7:14:48 PM
**To:** Nick Ikonomakis [nick.ikonomakis@dominionvoting.com]; Martijn Punt [martijn.punt@dominionvoting.com]; Ranko Stamatovic [ranko.stamatovic@dominionvoting.com]; Ivan Vukovic [ivan.vukovic@dominionvoting.com]
**CC:** Nebojsa Pirocanac [nebojsa.pirocanac@dominionvoting.com]; Aleksandar Penic [Aleksandar.Penic@dominionvoting.com]; Dalibor Milovanovic [dalibor.milovanovic@dominionvoting.com]
**Subject:** Re: Questions about system for a potential Subpoena in Maricopa

Just adding more developers to the CC to get answers more quickly.

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)

---

**From:** Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Sent:** Wednesday, December 16, 2020 8:10 PM
**To:** Martijn Punt; Ranko Stamatovic; Ivan Vukovic
**Cc:** Goran Obradovic
**Subject:** Questions about system for a potential Subpoena in Maricopa

Hey guys,

Maricopa got a subpoena to provide some information from the DemSuite system and I need some help with some points. I've attached them but I know the answer to most so here is the specific questions I have:

1. ICC saves images as multi-page TIFF's. What about ICP2?
2. How does RTR save the ballot images in the Database?
3. What formats can we export the CVR record?
4. Do you guys know where they would have gotten a reference to domain name admin.enr.dominionvoting.com?

Thanks
Nick

**NICK IKONOMAKIS** | VP ENGINEERING

DOMINION VOTING SYSTEMS, INC.
*866-654-VOTE (8683)* | DOMINIONVOTING.COM

416-762-8683 OFFICE (ext 223)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**To:** Aleksandar Lazarevic[aleksandar.lazarevic@dominionvoting.com]; Alex Cruz[alex.cruz@dominionvoting.com]; John Giannopoulos[john.giannopoulos@dominionvoting.com]; Dalibor Milovanovic[dalibor.milovanovic@dominionvoting.com]; Ranko Stamatovic[ranko.stamatovic@dominionvoting.com]
**Cc:** Jeremy Holck[jeremy.holck@dominionvoting.com]; Goran Obradovic[goran.obradovic@dominionvoting.com]
**From:** Dragan Djordjevic
**Sent:** Mon 7/26/2021 12:34:14 PM
**Subject:** RE: Visual Studio 2019 Professional (Version 16.10) subscription | license | product key

Hi all,
The usage of product key is much better than using the account name to sign in to VS 2019. That was initial idea.

There is another reason why we should use a separate account for trusted builds. If there is a limitation regarding the number of machines where the same VS 2019 license can be used to sign in to VS 2019, then I think the solution to have the new account (that will be used for trusted builds only) is a better solution (since all developers usually installed VS 2019 on their office machines, laptops etc..). In case of using that new account the product key will also be used (instead of account name etc).

Regards,

DRAGAN DJORDJEVIC | SOFTWARE DEVELOPER III
DOMINION VOTING SYSTEMS, CORP.
DOMINIONVOTING.COM

---

**From:** Aleksandar Lazarevic <aleksandar.lazarevic@dominionvoting.com>
**Sent:** Sunday, July 25, 2021 10:39 PM
**To:** Alex Cruz <alex.cruz@dominionvoting.com>; John Giannopoulos <john.giannopoulos@dominionvoting.com>; Dragan Djordjevic <dragan.djordjevic@dominionvoting.com>; Dalibor Milovanovic <dalibor.milovanovic@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>
**Cc:** Jeremy Holck <jeremy.holck@dominionvoting.com>; Goran Obradovic <goran.obradovic@dominionvoting.com>
**Subject:** RE: Visual Studio 2019 Professional (Version 16.10) subscription | license | product key

A quick update on the subject,

I just talked with Dalibor and the proposed suggestion with bgtfsuser is not acceptable as it would be a security risk to expose those credentials, it would be for the best if only the product key for the Visual Studio would be exported from any existent account (that has a license) and given to John and Aijaz, as suggested by Dalibor.
So, no need for creating any accounts, any dev account that already has VS license will do, just get a product key from it and use that product key for activating VS instead of logging in. Does that work for you John (if yes, I assume Alex can help with obtaining the product key)?

---

**From:** Aleksandar Lazarevic
**Sent:** Sunday, July 25, 2021 9:23 PM

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**To:** Alex Cruz <alex.cruz@dominionvoting.com>; John Giannopoulos
<john.giannopoulos@dominionvoting.com>; Dragan Djordjevic
<dragan.djordjevic@dominionvoting.com>; Dalibor Milovanovic
<dalibor.milovanovic@dominionvoting.com>; Ranko Stamatovic
<ranko.stamatovic@dominionvoting.com>
**Cc:** Jeremy Holck <jeremy.holck@dominionvoting.com>; Goran Obradovic
<goran.obradovic@dominionvoting.com>
**Subject:** RE: Visual Studio 2019 Professional (Version 16.10) subscription | license | product key

Hi all,

I can probably answer most of these questions, so in order to speed things up I'm going to do so,
hoping the proposed answers work for everyone.

1. Will the new Service account need to login to a domain computer or only be used to login to
VS Studio 2019?

This account does not need to login to a domain computer, using it for VS 2019 only would be
fine. However, it would be really nice if that account would be already existing
"bgtfsuser@dominionvoting.com". We're using this account for running (and also logging
into) both integrated and nightly build machines, so other than the fact that it would be nice
to have things unified under same account, it also makes sense for reporting (related to the
question number 3).

2. Will this new service account details be shared amongst BG Dev and used instead of their
own accounts when creating builds?

Other than a couple of us responsible for nightly and integrated builds (Dalibor, Dragan, Uros
and me), other dev people would not be aware of this account's existence, nor they would be
using it. If you do grant the license to "bgtfsuser" as proposed, then this account would be
responsible for creating nightly and integrated builds only.

3. If this is a service account that requires domain access, will it also need an email address and
mailbox associated to it?

If going with "bgtfsuser" then yes, otherwise no (to both questions). A mailbox makes sense
only for "bgtfsuser" and this would be really beneficial for automation purposes, so the
reports not only for builds but for automated tests as well could be sent with it. We've been
meaning to ask you for a mailbox account for this user, but then again if you choose to create
a completely new account for VS license then we'd treat this as a separate request.

4. Should we setup a shared mailbox, so that everyone in Dev can see contents, etc.

No, there's no need for shared mailbox.

5. What name do you want to provide to the account?

If using "bgtfsuser" is not feasible, than any name would work, I'll go on and suggest say
"intbuilduser".

6. Who will be the main contact for this new service account?

It probably makes most sense that Dalibor should be this person, but I also don't mind taking
the responsibility for it.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Regards,
Aleksandar Lazarevic

---

**From:** Alex Cruz <alex.cruz@dominionvoting.com>
**Sent:** Thursday, July 22, 2021 11:20 PM
**To:** John Giannopoulos <john.giannopoulos@dominionvoting.com>; Dragan Djordjevic <dragan.djordjevic@dominionvoting.com>; Aleksandar Lazarevic <aleksandar.lazarevic@dominionvoting.com>
**Cc:** Jeremy Holck <jeremy.holck@dominionvoting.com>; Goran Obradovic <goran.obradovic@dominionvoting.com>
**Subject:** RE: Visual Studio 2019 Professional (Version 16.10) subscription | license | product key

Hi John,
Just go ahead and submit the request via the Service Request – Application Request in the IT Portal.

All VS Studio 2019 licenses have a cost associated to them and they are tied to Dev user, and not a process or service.

From what I can gather, you are you looking to setup a Service Account, that you can use to Login to Microsoft VS Studio 2019 App, instead of using you own accounts.

Q?

1. Will the new Service account need to login to a domain computer or only be used to login to VS Studio 2019?
2. Will this new service account details be shared amongst BG Dev and used instead of their own accounts when creating builds?
3. If this is a service account that requires domain access, will it also need an email address and mailbox associated to it?
4. Should we setup a shared mailbox, so that everyone in Dev can see contents, etc.
5. What name do you want to provide to the account?
6. Who will be the main contact for this new service account?

I do believe the team has an available VS 2019 license to allocate to this service account, but we just need to clarify the request so we can proceed.

Thanks,

ALEX CRUZ | MANAGER, IT - USER ENABLEMENT
DOMINION VOTING SYSTEMS

---

**From:** John Giannopoulos <john.giannopoulos@dominionvoting.com>
**Sent:** Thursday, July 22, 2021 8:27 AM

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**To:** Dragan Djordjevic <dragan.djordjevic@dominionvoting.com>; Aleksandar Lazarevic <aleksandar.lazarevic@dominionvoting.com>; Alex Cruz <alex.cruz@dominionvoting.com>
**Subject:** RE: Visual Studio 2019 Professional (Version 16.10) subscription | license | product key

Dobro Dragan, thank you for your prompt reply!

@ Alex: What and how long will it take you to setup an VS2019 general account for us?

Thank you,

JOHN GIANNOPOULOS | MANAGER, TESTING

DOMINION VOTING
*1.866.654.8683* | DOMINIONVOTING.COM

866.654.8683 OFFICE (ext 246)

**From:** Dragan Djordjevic <dragan.djordjevic@dominionvoting.com>
**Sent:** July 22, 2021 11:14 AM
**To:** John Giannopoulos <john.giannopoulos@dominionvoting.com>; Aleksandar Lazarevic <aleksandar.lazarevic@dominionvoting.com>; Alex Cruz <alex.cruz@dominionvoting.com>
**Subject:** RE: Visual Studio 2019 Professional (Version 16.10) subscription | license | product key

Hi John,

For our internal DSUITE integrated build releases we are using our own VS_2019 accounts.

So we use either dragan.djordjevic or uros.nestorov accounts to log into the VS 2019 and create the internal integrated builds.

I think the best solution would be to have some special account that will be used for trusted builds in Laboratory and\or internal integrated builds, but I am not sure does company have it..and whether it is possible. Dalibor is currently on vacation, probably he knows the answer. I think that maybe @Alex Cruz is taking care of those VS 2019 subscriptions. but I am not sure.

So, to answer your question. Yes, it is possible to use existing account which have a VS 2019 product key in it for the trusted builds creation (For example, Aijaz can use his own account to sign-in to VS 2019 and use it for the trusted builds, if that account has a VS 2019 product key in it). But, it would be good, if it is possible, to have some general account for such purposes like integrated builds creation etc.

Regards,

DRAGAN DJORDJEVIC | SOFTWARE DEVELOPER III
DOMINION VOTING SYSTEMS, CORP.
DOMINIONVOTING.COM

**From:** John Giannopoulos <john.giannopoulos@dominionvoting.com>
**Sent:** Thursday, July 22, 2021 3:56 PM

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**To:** Aleksandar Lazarevic <aleksandar.lazarevic@dominionvoting.com>; Dragan Djordjevic <dragan.djordjevic@dominionvoting.com>
**Subject:** FW: Visual Studio 2019 Professional (Version 16.10) subscription | license | product key

Gents, how are you guys?

We need some help here, could you please see below and let me know if you can assist/provide an VS2019.

We need to create the NJ 5.15 TB builds next Tuesday.

Hvala,

JOHN GIANNOPOULOS | MANAGER, TESTING

DOMINION VOTING
1.866.654.8683 | DOMINIONVOTING.COM

866.654.8683 OFFICE (ext 246)

**From:** Aijaz Hussaini <aijaz.hussaini@dominionvoting.com>
**Sent:** July 21, 2021 11:02 AM
**To:** Dalibor Milovanovic <dalibor.milovanovic@dominionvoting.com>
**Cc:** John Giannopoulos <john.giannopoulos@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** Visual Studio 2019 Professional (Version 16.10) subscription | license | product key

Hi Dalibor,

As we are aware 5.15 build creation requires visual studio 2019 professional (Version 16.10) subscription which includes product key. I believe we do have subscription | product key that's been in use to create internal build.

Can the **existing subscription account which will have product key in it** be used to in creation of trusted build or a **separate subscription account with new product key** needs to be purchased? Whichever is applicable, can it be arranged and provided to SIT.

Thanks and Best Regards,

AIJAZ HUSSAINI | SYSTEMS INTEGRATION

DOMINION VOTING
1.866.654.8683 | DOMINIONVOTING.COM

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**To:**       John Poulos[john.poulos@dominionvoting.com]
**From:**     Eric Coomer
**Sent:**     Sat 11/7/2020 3:08:29 PM
**Subject:**  Re: [EXTERNAL] Fwd: [evnlist] Dominion problems in Antrim County

"Calling this "human error" places the blame on election officials, but under these facts, I'm saying it should instead be considered a software defect, albeit one that's only triggered when operators miss an important step. The software should protect election workers (and the public) from such an occurrence. "

Fuck halderman!

You know, calling it human error if I hit a tree driving my car because I'm drunk is really unfair to me as a driver. The car should protect me.

Fuck that guy

ERIC D. COOMER |  DIRECTOR, PRODUCT STRATEGY AND SECURITY

DOMINION VOTING
1201 18th Street, Suite 210, DENVER, CO 80202
1.866.654.8683 | DOMINIONVOTING.COM

720.201.1728MOBILE

---

**From:** John Poulos <john.poulos@dominionvoting.com>
**Sent:** Saturday, November 7, 2020 9:03:07 AM
**To:** Eric Coomer <eric.coomer@dominionvoting.com>
**Subject:** Fwd: [EXTERNAL] Fwd: [evnlist] Dominion problems in Antrim County

Don't forward. Just for your reading pleasure

---

**From:** Amber McReynolds <amber@voteathome.org>
**Sent:** Saturday, November 7, 2020 9:29:54 AM
**To:** John Poulos <john.poulos@dominionvoting.com>
**Subject:** [EXTERNAL] Fwd: [evnlist] Dominion problems in Antrim County

---------- Forwarded message ---------
From: **Chris Jerdonek** <chris.jerdonek@gmail.com>
Date: Sat, Nov 7, 2020 at 12:19 AM
Subject: Re: [evnlist] Dominion problems in Antrim County
To: J. Alex Halderman <jhalderm@eecs.umich.edu>, EVN List
 <evnlist@electionverification.org>

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

This is kind of a wonky tangent, but a few weeks ago I did some research on the version numbers in Dominion's voting systems when I was trying to confirm whether the version number of what the City and County of San Francisco was apparently using matched one of the versions that was approved by the California Secretary of State.

It was a little confusing to sort out because the "zero reports" that San Francisco published in advance of the election listed a version number of "5.10.50.85," but that version wasn't among the version numbers on the Secretary of State's website. On closer digging, there are actually many different version numbers for a given voting system -- and not just for components, but also sub-components. So there are lots of things that can potentially not match up.

If you go here:
https://www.sos.ca.gov/elections/ovsta/frequently-requested-information/dominion-voting
and click on "Secretary of State Staff Test Report (PDF)" under Dominion Democracy Suite 5.10A, you can see it lists on the first page these version numbers that make up "5.10A":

System Components:
Election Management System: 5.10.50.83
ImageCast Evolution: 5.10.10.3
ImageCast Central: 5.10.2.0001
ImageCast X: 5.10.12.4
Adjudication: 5.10.50.10
ImageCast Precinct 2: 5.10.5.1
Mobile Ballot Production: 5.10.50.83
ImageCast Voter Activation: 5.10.50.83

But still "5.10.50.85" isn't listed there. But if you go to page 4, you can see that the EMS has 10 different sub-components, each with its own version number. The "5.10.50.85" seems to correspond to the "EMS-Application Server" subcomponent, but you can only tell that because that's the only sub-component with that number. (There are other version numbers that are shared by multiple sub-components.)

I don't think there's a way to tell by looking at the JSON file alone that the version field corresponds to the "EMS-Application Server" as opposed to some other part of the Dominion system.

For those who might be interested, the JSON files for San Francisco can be found here:
https://sfelections.sfgov.org/november-3-2020-election-results-detailed-reports
They're in the zip file in the row with header "Cast Vote Record (Raw data) - JSON" in each Preliminary Report.

I also have a PDF from Dominion that documents the format of the JSON files.

--Chris

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

On Fri, Nov 6, 2020 at 7:51 PM J. Alex Halderman <jhalderm@eecs.umich.edu> wrote:

Amber, we know tensions are super high, and I can imagine what some election officials are going through right now. Please understand that what we're doing in this thread is trying to back you up!
I've been getting questions from the media about Antrim since the problems began, and I've explained repeatedly that the issue can't affect the official results, the poll tapes are fine. However, everyone wants to know what caused the problem and whether it could affect other jurisdictions. Understandably, the official explanation keeps evolving as the state gets more details from the locals--nobody in the chain is a technologist--but having an accurate, credible technical explanation is important for reassuring the public..

I talked to our state election director just now and we pieced together more of the puzzle, which is something like this: The election definition files were revised before the election to correct a problem with a missing race. The tabulators were apparently loaded with the new version, but the EMS was still running the old version. Dominion's software records totals by ballot position, and so results showed up for the wrong candidates when the media was loaded into the EMS. This makes perfect sense, and is indeed unlikely to affect results reported elsewhere, even with the same system.

Calling this "human error" places the blame on election officials, but under these facts, I'm saying it should instead be considered a software defect, albeit one that's only triggered when operators miss an important step. The software should protect election workers (and the public) from such an occurrence. As you say, that's a topic for another day, but breakdowns like this teach us how to make better systems.

Best,
Alex

On Fri, Nov 6, 2020 at 9:49 PM Amber McReynolds <amber@voteathome.org> wrote:

I hope everyone on this chain realizes the impacts of their statements and comments on mistakes that have been corrected or explained by election officials, etc. There are multiple election officials and some of us that support election operations across the country that are being threatened by the hour. This is spiraling into a very serious situation and I hope all of you consider that as this election is closed out.

There is definitely a time to discuss ideas and improvements for the future. Right now, we need to support election officials so they can finish this process and in some cases simply survive.

On Fri, Nov 6, 2020 at 6:34 PM J. Alex Haldeman <jhalderm@eecs.umich.edu> wrote:

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Thanks Amber for sharing the official statement. Direct link at the SOS site here: https://www.michigan.gov/sos/0,4670,7-127--544676--,00.html.

The statement, like that article, isn't quite clear about what happened. It could mean either that the firmware and EMS software were different versions, or that the ballot definitions on the tabulators and in the EMS were different revisions. In either case, the problem would have been caught during Michigan's canvassing, but I would still argue that either problem being possible should be considered a design flaw. John proposes a better design that could address both.

On Fri, Nov 6, 2020, 7:50 PM John Sebes <jsebes@osetfoundation.org> wrote:

Alex,

I 101% agree that it would be a serious bug in the EMS and scanner, and I hope for more details to confirm it.

It's also sad b/c it is so easy a bug to prevent: both sides need to use the existing national standard for election data definitions (NIST 1500-100) and the same version of that data standard. Then SW problems from mismatching data, just don't occur.

But unfortunately for the vendors, that would also mean that brand X's scanner would work with brand Y's scanner, and make it easier new brands A, B, and C to get in the game.

John Sebes / OSET Inst.

On 11/6/20 4:19 PM, J. Alex Halderman wrote:

Press today reporting a somewhat different explanation of the "scrambled" unofficial results in Antrim County, MI: https://www.freep.com/story/news/politics/elections/2020/11/06/antrim-county-vote-glitch-software-update/6194745002/

"The equipment and software did not malfunction and all ballots were properly tabulated. However, the clerk accidentally did not update the software used to collect voting machine data and report unofficial results."

I'm pretty sure they're referring to the Dominion EMS not being updated. If incompatible software versions on the tabulators and EMS can result in badly wrong results, that seems like a serious bug.

On Thu, Nov 5, 2020 at 12:48 AM Philip B. Stark <stark@stat.berkeley.edu> wrote:

Maybe I'm missing something, but I don't see a concrete problem nor a

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

proposed remedy. The claim is "surprising vote shares" plus "memory cards and other data fine" plus "results scrambled." Does that mean the surprising shares are right? Or are the data *not* fine? If the data are not fine, why are they confident they can sort things out?

Best wishes,
Philip

On Wed, Nov 4, 2020 at 16:34 J. Alex Halderman <jhalderm@eecs.umich.edu> wrote:

What do folks make of this? Whatever the source of the problem, the county seems to have been working all day to correct it, and the AP still doesn't have their results. It's probably too small a jurisdiction to make a difference in the state-wide results, so long as the problem isn't more systemic.

https://www.freep.com/story/news/politics/elections/2020/11/04/michigan-antrim-county-election-results-trump-biden-blue/6162541002/

--
J. Alex Halderman
Professor, Computer Science and Engineering
Director, Center for Computer Security and Society
University of Michigan
https://jhalderm.com
734-647-1806

----
This is a private discussion list. All messages posted to this list are confidential. Messages posted to this list should not be redistributed without the permission of the author or authors.

This list is managed by the Verified Voting Foundation. The opinions expressed here are those of individual participants and do not reflect views or opinions of Verified Voting Foundation or the Election Verification Network. Please send
any technical questions to evnlist-owner@electionverification.org

----
Election Verification Network mailing list
evnlist@electionverification.org

--
Philip B. Stark | Associate Dean, Division of Mathematical and Physical Sciences | Regional Associate Dean (Interim), College of Chemistry and Division of Mathematical and Physical Sciences (ChaMPS) | Professor, Department of Statistics |

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

University of California
Berkeley, CA 94720-3860 | 510-394-5077 | statistics.berkeley.edu/~stark |
@philipbstark


--
J. Alex Halderman
Professor, Computer Science and Engineering
Director, Center for Computer Security and Society
University of Michigan
https://jhalderm.com
734-647-1806


----
This is a private discussion list.  All messages posted to this list
are confidential.  Messages posted to this list should not be
redistributed without the permission of the author or authors.

This list is managed by the Verified Voting Foundation. The opinions
          expressed here are those of individual participants and do not
          reflect views or opinions of Verified Voting Foundation or the
          Election Verification Network. Please send
any technical questions to evnlist-owner@electionverification.org

----
Election Verification Network mailing list
evnlist@electionverification.org


----
This is a private discussion list.  All messages posted to this list
are confidential.  Messages posted to this list should not be
redistributed without the permission of the author or authors.

This list is managed by the Verified Voting Foundation. The opinions expressed here are those
     of individual participants and do not reflect views or opinions of Verified Voting
     Foundation or the Election Verification Network. Please send
any technical questions to evnlist-owner@electionverification.org

----
Election Verification Network mailing list
evnlist@electionverification.org


--
**Amber F. McReynolds**
CEO | National Vote at Home Institute and Coalition
amber@voteathome.org | @Amber McReynolds | @VoteAtHome

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

*Learn more about:*
Mail Ballot FAQs
Mail Ballot Security
Equity & Accessibility
or choose your own adventure in our extensive Reference Library

--
J. Alex Halderman
Professor, Computer Science and Engineering
Director, Center for Computer Security and Society
University of Michigan
https://jhalderm.com
734-647-1806

----
This is a private discussion list. All messages posted to this list are confidential. Messages posted to this list should not be redistributed without the permission of the author or authors.

This list is managed by the Verified Voting Foundation. The opinions expressed here are those of individual participants and do not reflect views or opinions of Verified Voting Foundation or the Election Verification Network. Please send any technical questions to evnlist-owner@electionverification.org

----
Election Verification Network mailing list
evnlist@electionverification.org

----
This is a private discussion list. All messages posted to this list are confidential. Messages posted to this list should not be redistributed without the permission of the author or authors.

This list is managed by the Verified Voting Foundation. The opinions expressed here are those of individual participants and do not reflect views or opinions of Verified Voting Foundation or the Election Verification Network. Please send any technical questions to evnlist-owner@electionverification.org

----
Election Verification Network mailing list
evnlist@electionverification.org

--
**Amber F. McReynolds**
CEO | National Vote at Home Institute and Coalition
amber@voteathome.org | @Amber McReynolds | @VoteAtHome

*Learn more about:*
Mail Ballot FAQs

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Mail Ballot Security
Equity & Accessibility
or choose your own adventure in our extensive Reference Library

Document Submitted for Filing to MI Oakland County 6th Circuit Court.