# Exhibit 8

**Exhibit A to Protective Order**

*U.S. Dominion, Inc., et al. v. Powell, et al.*, No. 1:21-cv-00040 (CJN)
*U.S. Dominion, Inc., et al. v. Giuliani*, No. 1:21-cv-00213 (CJN)
*U.S. Dominion, Inc., et al. v. Lindell, et al.*, No. 1:21-cv-00445 (CJN)
*US Dominion Inc., et al v. Byrne*, No. 1:21-cv-02131 (CJN)

**UNDERTAKING**

I have read the Protective Order of _June_, _14_, 2023, in this action (the "Order") and undertake to access and use Discovery Material, Confidential Material, and Attorneys Eyes Only Material only as the Order permits.

Signed this _1st_ day of _December_, 2023.    _[signature] Stephanie Lambert_ [Name]