# Exhibit 10

| From: | Davida Brook |
|---|---|
| To: | Driscoll, Robert; Jonathan Ross; Katie Sammons; Laranda Walker; Elizabeth Hadaway; Dominion ListserveSusmanGodfrey |
| Cc: | Carry, Alfred; Plunkett, Daniel T.; Stephen Shackelford; parker@parkerdk.com; bpickett@jw.com; blades@parkerdk.com; cbutzer@jw.com; cbabcock@jw.com; chris@mck-lawyers.com; cvitale@jw.com; grecian@parkerdk.com; Daniel.Marvin@kennedyslaw.com; Dctobin@tobinoconnor.com; dmyers@jw.com; wright@parkerdk.com; gsinger@laurosinger.com; thorvig@parkerdk.com; jglover@jw.com; jlauro@laurosinger.com; jedwards@jw.com; jneerman@jw.com; pull@parkerdk.com; sibley@camarasibley.com; joshua.mooney@kennedyslaw.com; johnson@parkerdk.com; Marc@coburngreenbaum.com; marc.casarino@kennedyslaw.com; mblaesche@jw.com; nhamilton@jw.com; greene@parkerdk.com; rcynkar@mck-lawyers.com; Driscoll, Robert; russell@parkerdk.com; Teresa.Cinnamond@kennedyslaw.com; mccotter@boydengrayassociates.com |
| Subject: | Re: Notice of Public Disclosure of Dominion's Confidential Discovery Material |
| Date: | Monday, March 11, 2024 10:20:26 PM |
| Attachments: | pastedImage.png |

Bob:

We received your mail below. Mr. Byrne's counsel (Ms. Lambert) has flagrantly violated the Protective Order. Although your email provides notice of the breach, we cannot assess the extent or effect of it without additional information. Given the urgency of the issue, we request you do the following, as we continue to assess the situation:

- Confirm immediately that Ms. Lambert and anyone working for or with her no longer has access to any documents produced by Dominion in this case, including any electronic database access or paper copies. We assume that you shut off any such access immediately upon realizing this breach occurred, but if you have not done so, please do so immediately, and confirm that you have done so.

- By end of day March 12, 2024:
  - Clarify precisely what you communicated and via what form you "asked Ms. Lambert to take immediate steps and reasonable efforts to prevent further disclosure of Confidential Discovery Material." If the conversation was written, please provide a copy of the communication. If the communication was oral, please state the time of the call and its participants.

  - Describe every step you have already undertaken or that is underway to determine the scope of the breach and to ensure it is not continuing.

- Provide the specific facts and circumstances surrounding your discovery of the breach, including what you learned and how you learned it.

- Provide the date of any fee agreement between Ms. Lambert and Mr. Byrne and the scope of representation. If no such agreement exists, state that fact and provide the date on which you understand that a lawyer/client relationship began.

- By end of day March 13, 2024, provide a complete and accurate list of all Dominion-produced documents and information provided to Ms. Lambert (or anyone working with her) and describe the method and date of access (e-discovery platform, paper copies, etc.).

- By end of day March 14, 2024, provide an affidavit under oath from Ms. Lambert attesting (i) to whom she leaked, released, or otherwise disclosed documents or information protected by the Amended Protective Order (including in court filings in any cases outside of this case); (ii) how and when she provided it; (iii) every occasion on which she did so; and (iv) for each such instance, what specifically was leaked, released, or otherwise disclosed.

We are copying in all defense counsel as we intend to discuss the breach further during tomorrow morning's meet and confer call. We also intend to raise it with the Magistrate Judge at the hearing next Monday and as such will add it to the chart of issues circulated earlier today.

Regards,

Davida

---

**From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> on behalf of Driscoll, Robert <rdriscoll@mcglinchey.com>
**Date:** Monday, March 11, 2024 at 4:08 PM

**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>, Katie Sammons
<KSAMMONS@SusmanGodfrey.com>, Laranda Walker
<LWalker@susmangodfrey.com>, Elizabeth Hadaway
<EHadaway@susmangodfrey.com>, Dominion ListserveSusmanGodfrey
<DOMINION@LISTS.SUSMANGODFREY.COM>
**Cc:** Carry, Alfred <acarry@mcglinchey.com>, Plunkett, Daniel T.
<dplunkett@mcglinchey.com>
**Subject:** Notice of Public Disclosure of Dominion's Confidential Discovery Material

EXTERNAL Email

Dear counsel,

It has recently come to our attention that Confidential Discovery Material produced by Dominion in this case has been disclosed in a public filing in Michigan by Stefanie Lambert. Ms. Lambert had access to Confidential Discovery Material as an attorney for Patrick Byrne who was assisting in this litigation. Prior to her gaining access to any Confidential Discovery Material, she signed an Undertaking in which she agreed to use all Discovery Material only as permitted by the Protective Order. Attached is a copy of her signed Undertaking.

Dominion's Confidential Discovery Material appears to have been shared with a non-party (i.e., Sheriff Dar Leaf of Barry County, Michigan) by Stefanie Lambert and publicly disclosed by her as part of a filing she made in the criminal case styled *People of the State of Michigan vs. Stefanie Lynn Lambert* Junttila, which is currently pending before the Sixth Circuit Court in Oakland County, Michigan as Case Number 2023-285759-FH. A copy of her court filing captioned "Defendant's Emergency Motion for a Stay Pending Interlocutory Appellate Review" is attached. Dominion's Confidential Discovery Material is included as an exhibit at pages 12 through 59.

We had no advance knowledge of this use. We only became aware of the public disclosure by virtue of the below tweet.



**Election Integrity Force**
@Real_EIF

🔥 Just in: Stefanie Lambert turns up the heat in MI's legal scene with a fiery Emergency Motion for a Stay. Read the explosive internal Dominion communications here: tinyurl.com/8yxbm5ab #ElectionIntegrity #BREAKING

10:37 AM · Mar 11, 2024 · **5,488** Views

*See* https://x.com/Real_EIF/status/1767198261033554072?s=20 (last visited Mar. 11, 2024).

Consistent with the Protective Order, this email is intended to serve as notice that Dominion's Confidential Discovery Material appears to have been used and disclosed by Stefanie Lambert in a manner that is not authorized by the Protective Order. Her contact information follows below. We do not have the contact information for Sheriff Dar Leaf of Barry County, Michigan.

> Stefanie Lambert
> 400 Renaissance Ctr., Fl 26
> Detroit, MI 48243
> (313) 410-6872
> attorneylambert@protonmail.com

Please know that we have asked Ms. Lambert to take immediate steps and reasonable efforts to prevent further disclosure of Confidential Discovery Material.

Sincerely,

Bob Driscoll

**Robert Neil Driscoll**
Attorney at Law

rdriscoll@mcglinchey.com
1275 Pennsylvania Avenue NW, Suite 420, Washington, DC 20004
T (202) 802-9950  F (202) 403-3870

**bio** | **vCard** | **mcglinchey.com**

Alabama  California  Florida  Louisiana  Massachusetts  Mississippi  New York
Ohio  Rhode Island  Tennessee  Texas  Washington  Washington, DC

www.mcglinchey.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Massachusetts, Mississippi, New York, Ohio, Tennessee, Texas, Washington, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged, work product-protected, and/or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer (https://www.mcglinchey.com/disclaimer/) and Privacy Policy (https://www.mcglinchey.com/privacy-policy/)

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here