# Exhibit 11

| | |
|---|---|
| **From:** | Elizabeth Hadaway |
| **To:** | Driscoll, Robert; Carry, Alfred; AttorneyLambert |
| **Cc:** | Plunkett, Daniel T.; Alfred D. Carry; Amanda Oliver; Andrew D. Parker; Bethany Pickett Shah; blades@parkerdk.com; Carl C. Butzer; Charles L. Babcock; Chris Kachouroff ; Christina Vitale ; Dominion ListserveSusanGodfrey; Christopher Grecian; Daniel Marvin; Daniel T. Plunkett; David C. Tobin; David Myers; Elizabeth S. Wright; Gregory M. Singer; Jill Thorvig; Joel R. Glover; John F. Lauro; John K. Edwards; Jonathan D. Neerman; Joseph A. Pull; Joseph D. Sibley; Joshua Mooney; Lori Johnson; Marc J. Eisenstein; Marc S. Casarino; Minoo S. Blaesche; Nancy W. Hamilton; Nathaniel R. Greene; Robert Cynkar ; Robert N. Discoll; Roxanne A. Russell; Teresa Cinnamond; Trent McCotter |
| **Subject:** | RE: Byrne/Dominion - Substitution of Counsel |
| **Date:** | Tuesday, March 12, 2024 6:48:01 PM |
| **Attachments:** | Byrne Dkt Protective Order.pdf<br>image001.png<br>image002.png<br>2024-02-11 Email from R Driscoll to Dominion Counsel re Breach of Protective Order.pdf<br>2024-03-12 Email from D Brook to R Driscoll re Breach of Protective Order.pdf |

All:

Pursuant to the Court's orders, we intend to raise Mr. Byrne's counsel breach of the Amended Protective Order and purported withdrawal and substitution of counsel to the Court.  See draft email to the Court below.  Please let us know if you consent by today, **March 12, 2024, at 9:30pm ET**.

We also request the following information be provided by end of day, March 14, 2024:

> Attorneys for Mr. Byrne, please provide a list of all persons that you, your legal team, or your client Mr. Byrne have given access to Dominion's documents produced in this litigation.

> Counsel for all parties, please confirm whether: (1) You have provided Ms. Lambert with access to any Dominion-produced documents; (2) Ms. Lambert has historically or is currently representing your clients in this litigation or any other litigation related to the 2020 Presidential Election; and (3) To the extent you are aware, whether Ms. Lambert is representing any third parties associated with your client (including The America Project and the Lindell Legal Offense Fund) in this or any other litigation related to the 2020 Presidential Election.

We received notice of Ms. Lambert's appearance and, at Mr. Carry's request in his email below, have added her to this thread.  Given the

current circumstances, however, we ask that at least one of those McGlinchey attorneys who represented Mr. Byrne until today, Mr. Driscoll and Mr. Carry, attend Monday's hearing. Please let us know as soon as possible who will be there.

\*\*\*

Dear Judge Nichols, Judge Upadhyaya, and Chambers:

[With consent of Defendants], Dominion brings to the attention of Your Honors, Judge Nichols and Judge Upadhyaya, an urgent matter regarding breach of the June 16, 2023, Amended Protective Order, attached hereto. *See* Byrne Dkt. 46; *see also* Powell Dkt. 82; Lindell Dkt. 165; Giuliani Dkt. 55.  We submit this matter to Your Honors concurrently given that the Protective Order was signed by Judge Nichols, but discovery disputes have been referred to Judge Upadhyaya.

On March 11, 2024, Mr. Robert Driscoll, counsel for Mr. Byrne, alerted counsel for Dominion to the fact of the breach in an email, attached hereto with its attachments, stating:

> It has recently come to our attention that Confidential Discovery Material produced by Dominion in this case has been disclosed in a public filing in Michigan by Stefanie Lambert. Ms. Lambert had access to Confidential Discovery Material as an attorney for Patrick Byrne who was assisting in this litigation. Prior to her gaining access to any Confidential Discovery Material, she signed an Undertaking in which she agreed to use all Discovery Material only as permitted by the Protective Order. Attached is a copy of her signed Undertaking.

> Dominion's Confidential Discovery Material appears to have been shared with a non-party (i.e., Sheriff Dar Leaf of Barry County, Michigan) by Stefanie Lambert and publicly disclosed by her as part of a filing she made in the criminal case styled People of the State of Michigan vs. Stefanie Lynn Lambert Junttila, which is currently pending before the Sixth Circuit Court in Oakland County, Michigan as Case Number 2023-285759-FH….

The same day, Dominion's Co-Lead Counsel Ms. Davida Brook responded and requested more information about the scope and extent of the breach and about counsel's remedial efforts.  A copy of Ms. Brook's email is attached hereto as well.  Ms. Brook also communicated Dominion's intent to raise the issue on the following day's previously scheduled meet and confer concerning the parties' Joint Status Report and at the upcoming March 18, 2024 hearing.  *Id.*

On the next day, today, March 12, 2024, the Parties met by Zoom to discuss this Joint Status Report.  During that conference, Ms. Brook raised the need to add the breach to this Joint Status Report and alert the Court at the March 18 Hearing, and Mr. Driscoll agreed.

Then, earlier this afternoon, Ms. Stefanie Lambert, the attorney who has violated the Amended Protective Order, filed a Notice of Appearance on behalf of Mr. Byrne.  Subsequently, Mr. Byrne's longtime counsel of record, the McGlinchey lawyers, purported to withdraw as counsel.  Dominion has to date received no assurance from Mr. Byrne's counsel as to whether Mr. Lambert continues to retain Dominion confidential information or whether she has stopped violating the protective order or intends to take any remedial measures to cabin and remedy this breach.

Dominion notified Defendants of its intent to raise this matter with the Court in the attached email.

Dominion urgently seeks the Court's assistance to address and contain the breach caused by Mr. Byrne's counsel.  We ask for the Court to permit an emergency hearing before Judge Nichols or Judge Upadhyaya, or for permission to raise this issue at the March 18 hearing.

Respectfully submitted,

****

Thanks,

**Elizabeth Hadaway | Susman Godfrey LLP**
o.  713.653.7856  |  c.  512.431.7965
ehadaway@susmangodfrey.com
1000 Louisiana St. | Suite 5100 | Houston, Texas 77002
**HOUSTON  •  LOS ANGELES  •  SEATTLE  •  NEW YORK**

---

**From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> **On Behalf Of** Carry, Alfred
**Sent:** Tuesday, March 12, 2024 4:59 PM
**To:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>; AttorneyLambert <AttorneyLambert@protonmail.com>
**Cc:** Driscoll, Robert <rdriscoll@mcglinchey.com>; Plunkett, Daniel T. <dplunkett@mcglinchey.com>
**Subject:** Byrne/Dominion - Substitution of Counsel

EXTERNAL Email
Dear counsel,

Today Stefanie Lambert entered an appearance in this case on behalf of Patrick Byrne. Subsequently, McGlinchey and its counsel of record filed a notice to withdraw. Please substitute Ms. Lambert on all of the appropriate email distribution lists for this case.
Thank you,
Alfred

**Alfred D. Carry**
Attorney at Law

acarry@mcglinchey.com
1275 Pennsylvania Avenue NW, Suite 420, Washington, DC 20004
T (202) 802-9951  F (202) 330-5897

**bio** | **vCard** | **mcglinchey.com**

Alabama  California  Florida  Louisiana  Massachusetts  Mississippi  New York
Ohio  Rhode Island  Tennessee  Texas  Washington  Washington, DC

  

---

www.mcglinchey.com

McGlinchey Stafford, PLLC in Alabama, Florida, Louisiana, Massachusetts, Mississippi, New York, Ohio, Tennessee, Texas, Washington, and Washington DC and McGlinchey Stafford, LLP in California.

Confidentiality Statement: This email may contain attorney-client privileged, work product-protected, and/or confidential information. It is for the sole use of the intended recipient(s). If you have received this transmission in error, immediately notify us by telephone at 504-586-1200 and return the original message to us at McGlinchey Stafford, 12th Floor, 601 Poydras Street, New Orleans, LA, 70130 via the United States Postal Service.

We take steps to remove metadata in attachments sent by email, and any remaining metadata should be presumed inadvertent and

should not be viewed or used without our express permission. If you receive an attachment containing metadata, please notify the sender immediately and a replacement will be provided.

See McGlinchey Stafford Disclaimer (https://www.mcglinchey.com/disclaimer/) and Privacy Policy (https://www.mcglinchey.com/privacy-policy/)

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here