# Exhibit 12

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| | | |
|---|---|---|
| SUITE 1400<br>1900 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100 | SUITE 3000<br>401 UNION STREET<br>SEATTLE, WASHINGTON 98101-2683<br>(206) 516-3880 | 32ND FLOOR<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NEW YORK 10019-6023<br>(212) 336-8330 |

JONATHAN J. ROSS
DIRECT DIAL (713) 653-7813

E-MAIL JROSS@SUSMANGODFREY.COM

March 14, 2024

VIA E-MAIL
jackert@idsinc.com
Julian Ackert
Managing Director
iDiscovery Solutions

Dear Mr. Ackert:

I write urgently because I have been informed that counsel for Patrick Byrne, Stephanie Lambert, has or is migrating data from your e-discovery platform, including confidential documents of our client, Dominion Voting Systems, to another platform, run by Innovative Driven, per Mr. Byrne's instructions. Ms. Lambert is in flagrant breach of the parties' Amended Protective Order in *U.S. Dominion, Inc. et al. v. Patrick Byrne* (1:21-cv-02131), **Att. A**, having already transmitted confidential Dominion documents to a third-party Sheriff Dar Leaf and filed confidential documents without authorization on the public docket in her criminal case.

Ms. Lambert is in continual breach of the Amended Protective Order and has made zero assurances that she will not continue to violate it. We have good cause to believe that she is transferring Dominion documents to Innovative Driven for the purpose of continuing to access and improperly disseminate them to third parties. This belief is further supported by the fact that as of March 12, 2024, Mr. Byrne's prior counsel of record, the McGlinchey firm, has withdrawn their representation of Mr. Byrne; Ms. Lambert has now appeared as his counsel of record.

On March 12, 2024, Dominion sought relief from the Court for this misconduct, **Att. B**. The parties intend to raise the issue in a hearing set for Monday, March 18, 2024.

**Accordingly, pending the Court's resolution of this issue, and so that you do not facilitate Ms. Lambert's knowing and willful breach of the Amended**

Mr. Julian Ackert
March 14, 2024
Page 2

**Protective Order, we hereby demand that you immediately CEASE AND DESIST the migration of Dominion documents to anyone, including Ms. Lambert or Innovative Driven.**

Please confirm in response to this letter that you will securely segregate the Dominion productions and that you will not provide anyone, including Ms. Lambert, anyone from her firm, Patrick Byrne, or Innovative Driven, access to Dominion productions pending judicial resolution.

Should you have any questions, please contact me.

Sincerely,

Jonathan J. Ross

Enclosure: