# Exhibit 13

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

---

| SUITE 1400 | SUITE 3000 | 32ND FLOOR |
| 1900 AVENUE OF THE STARS | 401 UNION STREET | 1301 AVENUE OF THE AMERICAS |
| LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 | NEW YORK, NEW YORK 10019-6023 |
| (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

JONATHAN J. ROSS
DIRECT DIAL (713) 653-7813

E-MAIL JROSS@SUSMANGODFREY.COM

March 14, 2024

VIA E-MAIL
Eric.parish@innovativedriven.com
Eric Parish
Innovative Driven

Dear Mr. Parish:

I write urgently because I have been informed that counsel for Patrick Byrne, Stephanie Lambert, has or is migrating data to your e-discovery platform, including confidential documents of our client, Dominion Voting Systems. Ms. Lambert is in flagrant breach of the parties' Amended Protective Order in *U.S. Dominion, Inc. et al. v. Patrick Byrne* (1:21-cv-02131), **Att. A**, having already transmitted confidential Dominion documents to a third-party Sheriff Dar Leaf and filed confidential documents without authorization on the public docket in her criminal case.

Ms. Lambert is in continual breach of the Amended Protective Order and has made zero assurances that she will not continue to violate it. We have good cause to believe that she is transferring Dominion documents to Innovative Driven for the purpose of continuing to access and improperly disseminate them to third parties. This belief is further supported by the fact that as of March 12, 2024, Mr. Byrne's prior counsel of record, the McGlinchey firm, has withdrawn their representation of Mr. Byrne; Ms. Lambert has now appeared as his counsel of record.

On March 12, 2024, Dominion sought relief from the Court for this misconduct, **Att. B**. The parties intend to raise the issue in a hearing set for Monday, March 18, 2024.

**Accordingly, pending the Court's resolution of this issue, and so that you do not facilitate Ms. Lambert's knowing and willful breach of the Amended Protective Order, we hereby demand that you immediately CEASE AND**

Mr. Eric Parish
March 14, 2024
Page 2

**DESIST provision of access to Dominion documents to anyone, including Ms. Lambert.**

Please confirm in response to this letter that you will securely segregate the Dominion productions and that you will not provide anyone, including Ms. Lambert, or anyone from her firm, or Patrick Byrne access to Dominion productions pending judicial resolution.

Should you have any questions, please contact us.

Sincerely,


Jonathan J. Ross

 Enclosure: