# Exhibit 17



OFFICE OF THE
## MUSKEGON COUNTY PROSECUTOR

HALL OF JUSTICE  
FIFTH FLOOR  
990 TERRACE STREET  
MUSKEGON, MICHIGAN  49442

CRIMINAL DIVISION           (231) 724-6435  
VICTIM SERVICES             (231) 724-6676  
CRIMINAL DIVISION FACSIMILE (231) 724-6685  
www.co.muskegon.mi.us/prosecutor/

August 3, 2023

Contact: DJ Hilson  
hilsonda@muskegoncounty.net

FOR IMMEDIATE RELEASE

LAMBERT-JUNTILLA CHARGED IN ELECTION TABULATOR INVESTIGATION

Lambert joins Mathew DePerno and Daire Rendon in facing citizen grand jury authorized charges

Special Prosecutor D.J. Hilson, Muskegon County Prosecutor, and his team announced today that a third individual has been charged in the ongoing Election Tabulator Case. Charges were authorized by a citizens grand jury against Stephanie Lambert-Juntilla. This follows the charges that were filed on Tuesday Aug 1, 2023 against Matthew DePerno and Daire Rendon.

"As special prosecutor for the Attorney General, our review of the police investigation has led to charges related to the unauthorized possession and access to voting tabulators," Hilson said. "These charges were authorized by an independent citizens grand jury." Hilson added. "Protecting the election process is of the utmost importance for our state and country." "This investigation and prosecution is an important step in that direction."

The Lambert-Juntilla charges are:

COUNT I – Undue Possession of a Voting Machine, MCL 168.932(b) 5 Years and/or $1,000.00  
COUNT II – Conspiracy to Commit Undue Possession of a Voting Machine, MCL 168.932(b) 5 Years and/or $1,000.00

COUNT III – Conspiracy to Commit Unauthorized Access to a Computer or Computer System, MCL 752.797(2)(a) 5 Years and/or $10,000.00
COUNT IV - Willfully Damaging a Voting Machine, MCL 168.932(b). 5 Years and/or $1,000.00

Ms. Lambert was arraigned in an Oakland County Circuit Court this afternoon and has been released on a personal recognizance bond.

"This citizen's grand jury carefully listened to the sworn testimony and analyzed the evidence as required by law and returned a decision to indict each of the defendants, Hilson stated. "We thank the grand jury for their careful deliberation and for fulfilling their sworn commitment to make a decision that was not influenced by politics, bias or prejudice."

This ends the charging decisions in this investigation. The decision not to issue charges on the other identified suspects, including Barry County Sheriff Dar Leaf and Jason Rybak, was based on careful consideration of the totality of the evidence gathered by investigators, review of the witness statements, evaluation of the law related to viable defenses, and decisions on what is fair and just.

It was determined that the county and municipal clerks that turned over the tabulators to the unauthorized third parties were deceived by some of the charged defendants. The clerks had no idea of the scope, nature or duration of how their tabulators were going to be manipulated or that they would be out of their possession for an extended period of time.

The computer experts that were asked to analyze the tabulators were also deceived by some of the charged Defendants and made to falsely believe on multiple occasions that their possession and tampering of the tabulators was lawful.

As it relates to Sheriff Dar Leaf and Jason Rybak there is not sufficient evidence to prove a crime and therefore charges will not be filed.

**Pursuant to MRPC 3.6 the public is notified that a "charge is merely an accusation, and that the defendant(s) are each presumed innocent until and unless proven guilty.**

###