# Exhibit 18



Meeting of the Fulton County Commissioners
Tuesday December 27, 2023
8:30 a.m. at the Commissioners' Office

Present:  Commissioner Ulsh, Commissioner Bunch and Commissioner Shives

Guests:  Hervey Hann and Steven Wible

Chairman Ulsh opened the meeting with silent prayer and all recited the Pledge of Allegiance to the flag.

The floor was opened up by Commissioner Ulsh for public comments.  No comments were made.

**Motion by Commissioner Shives to approve the Commissioners' Minutes of the December 19, 2023 meeting.  All in favor.**

**Motion by Commissioner Bunch to approve the Accounts Payables dated December 21, 2023 in the amount of $152,487.39.  All in favor.**

| Fund 100 | General Fund | 50,604.89 |
| | Manual Checks | $0.00 |
| | **TOTAL GENERAL FUND** | **$50,604.89** |
| Fund 235 | Law Library | 457.78 |
| Fund 238 | 911 | 597.13 |
| Fund 256 | Domestic Relations | 49.75 |
| Fund 262 | Act 13 Marcellus Shale Recreational | 1,250.00 |
| Fund 275 | Medical Assistance Transportation | 38,826.65 |
| Fund 300 | Capital Purchase | 11,486.97 |
| Fund 400 | Debt Service | 43,531.46 |
| Fund 801 | Pass thru Funds | 5,682.76 |
| | **TOTAL ALL FUNDS** | **$152,487.39** |

**Motion by Commissioner Ulsh to approve Payroll dated December 27, 2023 in the amount of $126,532.04.  All in favor.**

Commissioners met with Deputy Sheriff Mike Sprague to discuss hiring a per diem Deputy Sheriff.

**Motion by Commissioner Ulsh to hire Robert Marshall for the position of Deputy Sheriff on a per diem basis, effective January 2, 2024. All in favor.**

A brief Salary Board meeting was held to set the wages of Robert Marshall. Separate minutes are on file.

**Motion by Commissioner Bunch to approve Resolution 10 of 2023, 2024 Tax Levy and Appropriation Resolution, showing that the taxes will remain the same with no increase. All in favor.**

**Motion by Commissioner Shives to appoint Thomas Glenn and April Leese to a four-year term on the Fulton County Conservation District Board as a Director, effective January 1, 2024 through December 31, 2027. All in favor.**

**Motion by Commissioner Bunch giving Commissioner Ulsh authorization to sign the 2024-2025 CCAP PCoRP Renewal Application, prepared by Insurance Agent Robert Snyder, effective June 1, 2024. All in favor.**

**Motion by Commissioner Shives to adopt the 2024 Budget as advertised and presented. All in favor.**

**Motion by Commissioner Ulsh to enter into Executive Session at 10:08 a.m. for Personnel and Legal Matters. All in favor.**

**Motion by Commissioner Ulsh to exit Executive Session at 11:20 a.m. All in favor.**

**Motion by Commissioner Ulsh, at the capacity of the Commissioners, to request for Special Counsel to request Congress investigate Bill Barr and his orders pertaining to election investigation while serving as Attorney General. Motion carried on a 2 to 1 vote. Commissioner Ulsh-Yay; Commissioner Bunch-Yah; Commissioner Shives-Nay.**

**Motion by Commissioner Ulsh, at the capacity of the Commissioners, to allow utilization of the February 19, 2021 Wake TSI Report, the September 15, 2022 Speckin Forensic Report, Wake TSI Experts and Speckin Forensic Experts, and evidence used to form expert opinions to be utilized by clients of Stefanie Lambert with common interests. Motion carried on a 2-1 vote. Commissioner Ulsh-Yay; Commissioner Bunch-Yah; Commissioner Shives-Nay.**

**Motion by Commissioner Ulsh, at the capacity of the Commissioners, to send a petition to the U.S. Supreme Court for a stay on the PA Supreme Court and to consider any decisions made by Special Master or PA Supreme Court. Motion carried on a 2-1 vote. Commissioner Ulsh-Yay; Commissioner Bunch-Yah; Commissioner Shives-Nay.**

Commissioners signed the 1st installment for the CCAP PComp Contribution for 2024 in the amount of $8,338.00, the December 2023 Retirement Fund Report and an Annual DCED-ARF-137 Annual Re-Evaluation form for the Knobsville Waste Water Treatment Improvements Project to recertify funds for years 2020 and 2021.

Commissioner Shives talked briefly about the Farmland Preservation Program stating that she would like to set a meeting date sometime in January of 2024 since there is a new board in place.

**Motion by Commissioner Ulsh to adjourn at 11:37 p.m.  All in favor.**

FULTON COUNTY COMMISSIONERS

Randy H. Bunch

Steven L. Wible

Hervey P. Hann

Respectfully Submitted,

Stacey M. Golden,
Chief Clerk