# Exhibit 20

screenshot-twitter.com-2024.03.15-13_41_49
https://twitter.com/SMCosta6/status/1757979583914074399
15.03.2024

← **Post**



🚨 February 14, 2024 🚨

Attorney Stefanie Lambert @AttyStefLambert

To: Jim Jordan @Jim_Jordan

Subject: John Poulos, CEO of Dominion lied under oath

🧵/

Cc: @elonmusk

---

LAW OFFICE OF STEFANIE L. LAMBERT PLLC
400 RENAISSANCE CENTER
26ᵀᴴ FLOOR
DETROIT, MI 48243

The Honorable Jim Jordan
House Judiciary Committee
Subcommittee on the Weaponization of the Federal Government
Committee on Oversight and Accountability
United States House of Representatives
Washington, DC 20515

February 14, 2024

Dear Chairman Vice Ranking Member Jordan:

On December 15, 2020, John Poulos, CEO of Dominion Voting Systems, Inc. testified in Michigan. The Michigan Senate desired truth and transparency regarding the Dominion brand election equipment.

Senator Pete Lucido was the only government official to place John Poulos under oath following the November 3, 2020, election.

Senator Pete Lucido is now the elected Macomb County Prosecutor. If called to testify, Prosecutor Lucido will testify that Dominion CEO, Poulos lied under oath on December 15, 2020.

John Poulos lied under oath not only to Senator Pete Lucido, but to the American people watching his testimony.

The lies told by John Poulos were critical for two reasons:

1. The Michigan Senate did not have the transparency it needed to make informed decisions related to new election vendor legislation. The Michigan legislature could have modified current laws and banned Dominion equipment from being used in Michigan.

2. The false narrative that the November 3, 2020, election was the "safest and most secure in history" continued, and nationwide investigations related to Dominion Voting Systems, Inc by law enforcement, clerks, and government officials did not timely take place.

---

10:06 PM · Feb 14, 2024 · **314** Views

💬 2          ↻ 10          ♡ 12          🔖 1          ↥





