# Exhibit 21

screenshot-twitter.com-2024.03.15-13_35_52
https://twitter.com/AttyStefLambert/status/1757870955165098451
15.03.2024

← **Post**

**Stefanie Lambert**
@AttyStefLambert
...

"It Was A LIE!" BOMBSHELL RECORDING Captures MI Prosecutor Saying Dominion Voting Machines President John Poulos Perjured Himself Under Oath When Asked About Dominion Machine Access To Internet | The Gateway Pundit | by Patty McMurray



"It Was A LIE!" BOMBSHELL RECORDING Captures MI Prosecutor Saying Dominion Voti...

From thegatewaypundit.com

2:54 PM · Feb 14, 2024 · **1,299** Views

💬 2          ⟲ 29          ♡ 46          🔖 3          ⬆

👤  Post your reply          Reply