# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | Civil Action No. 1:21-cv-02131 (CJN) (MAU) |
| Plaintiffs, | |
| v. | Judge Carl J. Nichols |
| PATRICK BYRNE, | Magistrate Judge Moxila A. Upadhyaya |
| Defendant. | **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE RELIEF AND TO DISQUALIFY COUNSEL

Upon consideration of Plaintiffs' Emergency Motion for Protective Relief and to Disqualify Counsel and deliberation given thereto, the Motion is hereby GRANTED.

Stefanie Lambert and Patrick Byrne are hereby prohibited from accessing any Dominion discovery materials and shall return or destroy any such materials in their possession. Lambert and Byrne are further ORDERED to each provide a full accounting, in the form of sworn affidavits to be provided no later than 5 pm on March 19, 2024, providing:

- The date of any fee agreement between Lambert and Byrne and the scope of representation or, if no such agreement exists, the date on which Lambert and Byrne understand that a lawyer/client relationship;

- A complete and accurate list of all Dominion-produced documents and information Byrne reviewed and the method and date of access;

- An accounting from Byrne's outside vendor showing what documents Byrne and or Lambert accessed, on what date, and whether they were downloaded; as well as

any other data the vendor indicates may be helpful to Dominion's or this Court's efforts to understand the breach;

- A complete and accurate list of all Dominion-produced documents and information Lambert received and the method and date of access;

- An account of every step Lambert, Byrne's prior counsel from the McGlinchey firm, has already undertaken or that is underway to determine the scope of the breach and to ensure it is not continuing; and

- An accounting attesting (i) to whom Lambert and/or Byrne leaked, released, or otherwise disclosed documents or information protected by the Protective Order (including in court filings in any cases outside of this case); (ii) how and when they provided it; (iii) every occasion on which they did so; and (iv) for each such instance, what specifically was leaked, released, or otherwise disclosed.

For the reasons set forth in Dominion's motion, it is further ORDERED that Stefanie Lambert is disqualified as counsel in this case.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE