# ATTACHMENT 7

Transcribed Testimony of Dominion CEO John Poulos, December 15, 2020

# Dominion Voting CEO John Poulos testimony part 1 – December 15th, 2020

Voice madame clerk: Senator McBroom

Mr. McBroom Here

Voice madame clerk: Senator Lucido,

Yes

Voice madame clerk:  Senator Thies

Ms. Thies: Yes

Voice madame clerk: Senator MacDonald

Mr. MacDonald: Yes

Voice madame clerk: Senator Irwin

Mr. Irwin: Yes

Voice madam clerk: Mr. Chairman, there are 5 members present you have a quorum.

Mr. McBroom:  Thank you very much Madam Clerk, will you please join me in reciting the pledge of allegiance.

Everyone: I take allegiance to the flag and to the United States of America, and to the republic for which it stand, one nation, under god, indivisible with liberty and justice for all.

Mr. McBroom:  All right members, thank you so much for your kind attendance today, I've been doing a bunch of work to put on this meeting, and thought that it was critical that we take the opportunity to hear from some of the companies that provide voting software and equipment.  Mr. John Poulos from Dominion Systems, was kind enough to agree to come in, the other two companies that have been serving Michigan did not agree to come in at this point, and perhaps that will change in the future but at this point they were unwilling.  Members it is my intentions today that, oh my expectation really, that Mr. Poulos, your questions, will probably take us longer than an hour, and so at one hour or approximately one hour we will take a 15-minute break for everybody to catch their breath and stretch their legs to regroup after that and if it ends up taking a little longer than that then we will bring in another break, so that everyone can take those necessary times to clear their heads.  So, at this point I think we will hear from Mr. Poulos.  John can you hear me?

Mr. Poulos:  I can, can you hear me?

Mr. McBroom: yes, we can and with you we have Mr. …… whom I assume is your attorney?

Mr. Poulos: Our company's attorney, yes, that is correct.

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.

Mr. McBroom: Very good.

Mr. Poulos : Good Morning Mr. Chairman

Mr. McBroom: Good morning Mr. B…. Thank you.

Mr. McBroom: John at this time, would you raise your right hand? Do you swear to tell the truth or affirm to tell the truth, the whole truth and nothing but the truth, so help you God?

Mr. Poulos: I do.

Mr. McBroom: Thank you very much. Mr. Poulos, please go ahead with your opening statement.

Mr. Poulos: Thank you very much Chairman McBroom, and distinguished members of the committee. I appreciate the opportunity to be here today. My name is John Poulos and I am the chief executive officer of Dominion Voting Systems. Dominion is a U.S. company, headquartered in Denver, Colorado. I founded my company in Canada more than 18 years ago, by 2010 our business had grown in the United States and we moved the headquarters to Denver, Colorado. And voluntarily worked with the committee on foreign investment in the United States to ensure they knew who I was. By 2018, the majority of our business, our customers and employees were in the United States. And I sold the company to U.S. Investors. This has publicly been disclosed to congress in sworn affidavit. Dominion proudly provides voting systems and services to the jurisdictions of 28 States and Puerto Rico. I agree with the importance of the issue being raised today by the chair ranking regarding their integrity. At Dominion we take pride in the limited role we play in the elections, and we want to ensure voters that they can have confidence in the accuracy and reliability of their voting systems. We go to work every day, cognizant of this important responsibility. Unfortunately, Dominion has recently been thrust into the national spot light, as part of a dangerous and reckless disinformation campaign aimed at sowing doubt and confusion over the 2020 presidential election. A lot of things have been said about Dominion Systems, and I am going to address as many of them as I can as well as to answer your specific questions. But the most important thing to understand about Dominium is this, we do not run elections. Our role is limited to providing our local election offices with the machines they need to run elections. After election officials have determined who is eligible to vote, we provide the machinery for voters to mark their ballot and for election officials to tally those ballots. Election officials report those tallies publicly and store the original papers securely.  Those ballots are preserved so that the election officials can double check them from the tallies of our machines at any time. Again, all the tabulator does, is count the votes from the paper ballots that have been created and securely casted by the voters. The number reported by the machine can always be compared to a hand count of those original paper ballots. People can speculate about votes being switched, or secret algorithm or glitches, but if any of that were true the paper ballots would not match the machine count. We are very serious about providing our customers, and State and Local Governments machines that accurately count ballots, and at the end of the day the count from our machines match the physical ballots that are stored. Those people making baseless claims surely know that they are lies. But many honest Americans see them proliferated in social media, and they believe them. These lies have consequences. Death threats have been leveled against state and local officials, my company's employees and even against my family.  The largest threat however, has been on the assault of the confidence of the American process. It is critical to set the record straight today, on several of the most persistent lies. First, there were no switch or deleted votes, involving Dominium machines. All 2020 election audits and recount conducted thus far, of Dominion Technology and validated the accuracy and reliability of the results. There were no algorithm that enable fractional voting. The election assistance commission a by partisan federal agency provides for the accreditation of an independent non-federal laboratories that are evaluation and

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR
COURT ORDER.

recommended by the National Institute of Standards and Technology to test and qualify the voting systems pursuant to section 231 subsection b1.  Among other things these test labs perform complete source code reviews on every federally certified tabulation system state rep replicate this process for their own certifications, numerous election security experts from both sides of the aisle including the U.S. department of homeland security the U.S. election assistance commission and secretaries of state from across the country and from both parties have affirmed that there are no evidence and voting machines were not corrupted.   To alter this election specifically the U.S. cyber security and infrastructure security agency stated quote there is no evidence that any voting system deleted or lost votes changed votes or was in any way compromised our company works with all U.S. political parties and our customer base and government outreach  practices support this non-partisan approach in fact we submit extensive company disclosures to federal and state authorities as terms of product testing system certification and ownership information dominion is a private American company that provides voting systems in 28 states regardless on whether they are blue or red states dominion voting systems did not now nor has it ever used solar winds Orion platform which was the subject of the DHS emergency directive dated December 13 2020. Dominion is not and has never been a front for communists it has no ties to Hugo Chavez the late dictator of Venezuela we have never been involved in Venezuelan elections its machines have never been used in Venezuela the company also does not have any ties to China whatsoever including no ties including investment or source code transfer there are no ownership ties to any political parties nor to foreign governments.   Dominion has no ties to the Pelosi family, Feinstein family, Clinton family or George Soros.  Additionally, Dominion does not have any servers in Germany or Spain no votes are sent overseas.  Let me be clear, ballots aren't sent anywhere, not overseas, not over state lines and not even over county lines.   All votes are counted by local bipartisan U.S. election officials in the united states the U.S. army has debunked claims of secret military raids overseas.  Additionally, voting systems are by design meant to be used as closed systems that are not networked.  Meaning that they are not connected to the internet.  It is technologically impossible to see votes being counted in real time or to flip them. The comments about our company being started in Venezuela with Cuban money with the intent to steal elections are beyond bizarre and are complete lies. My company started in my basement which happened to be in Toronto and our only intention was to help blind people vote on paper ballots. Our very first public demonstration was in 2003 for a city on the other side of the ambassador bridge and my partner and I made a weekend of it and watched the lions game.   Both turned into disappointing losses no Cuba, no china, no Venezuela.    Dominion does not have any ties to Smartmatic.  Dominion and Smartmatic are two separate companies. We do not use or license Smartmatic software. The extent of our relationship is this in 2009. Smartmatic licensed the use of a Dominion voting machine for use in the Philippines.  That agreement is long over and they no longer have the ability to use any of our intellectual property and we certainly do not use any of their intellectual property or source code. The other event about our history that many are wrongfully conflating as proof of a relationship between Dominion and Smartmatic involves the assets that Dominion purchased from Sequoia Voting Systems in 2010.  Let me be clear on this.  We didn't purchase anything from Smartmatic. Sequoia's voting history went back over a hundred years in various different names and had dozens of different overs through those years. Including for a brief time Smartmatic who I believe owned Sequoia between 2005 and 2007.  When they fully divested in 2007 it is my understanding that they documented to Syphias, that the fact that they had no ongoing control in Sequoia, at no point did we, at Dominion acquire Smartmatic source code or IP nor do any of our customers use any of their intellectual property in our systems. I will not be commenting today on employees, whether full time part-time or single-day contractors or past employees and that is simply due to safety concerns.  You can ask me what you'd like about what we do or about myself, but not our employees.  Dominion employees are facing harassment and threats against personal safety due to the false allegations of recent weeks. We are working around the clock to address issues with law enforcement and take every measure we can to ensure the safety of our employees, but I will say this no Dominion employee has given me any reason to suspect that they have or would do anything to try to alter an election outcome.   But what's even more important for you to know is that it would not be possible for them to do so. These falsehoods I've just listed are only a sampling of the most egregious lies the disinformation campaign being waged against Dominion defies facts or logic.  To date no one has produced credible evidence of vote fraud or vote switching on Dominion Systems because these, these things simply have not occurred. I would now like to explain further, Dominion's roles in election, it is important to know that Dominion is never able to affect the outcome of an election. Dominion does not

handle voter registration poll books or signature verification we don't supply software or equipment for these services.  We don't provide vote by mail services and we don't control or secure voters paper ballots. We have, we have no role in verifying the eligibility of voters. These are the jobs of bipartisan poll workers and local election officials long before election day.  Before we sell our equipment, our voting systems undergo an accreditation process run by the EAC.  The process involves compliance with all voluntary voter system guidelines, including standards for secure software design, such as software independence. Dominion Systems must be tested by an independent federally accredited laboratory and Dominion must disclose its ownership system source code reviews and all component hardware sourcing information on to the EAC. In addition, to federal certification Dominion submits to additional rounds of testing and disclosures in order to get certified in the 28 states in which we operate. Once we sell our equipment to local officials, the machines are under their control, in many circumstances source code is delivered by hand by state certification officials. Officials keep rigorous chain of custody logs. This is how election officials ensure that equipment is not tampered with.  What's more, our systems require a paper ballot that is always in the custody of the local election officials need while we do ensure trained technicians are available on election day should local election officials need support resolving issues. At no point are local election officials not in control of voting machines. If any Michigander is looking for confidence in the vote counts beyond looking to the chain of custody and the certification checks and balances, they can always look to the hand count audits and recounts.  Now let me talk about Michigan specifically.  Michigan law requires voting systems to be approved by the Michigan board of state canvassers and certified by an independent testing authority tabulation system.  Including Dominions must pass a rigorous testing and certification process to meet the state's robust standards before they can be used ahead of the election local officials conduct logic inaccuracy testing with bipartisan observers present ensuring tabulation equipment and the specific election data files performed properly and accurately. The precinct voting process administered by local election officials varies from state to state and can vary county from county to county.   I would like to provide a general outline of how the process works after testing and sealing vote tabulators.   Vote units are delivered to the polling location election morning bipartisan poll officials perform the following tasks.  They unlock and unseal the ballot box that sits beneath the tabulator to verify there are no paper ballots in the ballot box. Poll officials then seal that ballot box, poll officials verify the physical seals on the tabulators and the BMDS against the list provided by the jurisdiction's election administrators tabulators and BMDS are then powered on using an encrypted security key and password. The poll officials electronically open the polls a zero-proof report is printed often with multiple copies for posting at the location and to hand out for bipartisan poll watches. This confirms that no ballots have been cast on the units throughout the day after voting begins.  Voters check in with poll officials in order to verify their registration on an electronic or paper poll book. This process does not involve any Dominion System.  Voters make their choices on their ballot either through hand marking or via an electronic BMD device which simply generates a vote.  A made paper ballot voters then review their paper ballots and carefully look at their choices and insert those paper ballots into the tabulator which sits atop the physically secured and sealed ballot box.  At the close of voting poll, officials perform the following tasks.  Using an encrypted security key and password, poll officials electronically close the polls.  A results tape is printed with multiple copies for posting at the polling location and to hand out the poll watchers. This confirms the turnout and the vote totals for all of the ballots that have been inserted into the tabulators by voters for the BMD.   There are no results since it's simply a mechanism for voters including voters with disabilities to make ballot choices and create a paper ballot for the few jurisdictions less than one percent of our customer base an external cellular modem is required.  In our case we specifically designed the modem to be external to allow all poll watchers to easily and readily know whether it is connected in the counties where it is required the modem is connected to the tabulator after the polls are closed.  After the seals are removed to transmit unofficial summary results to the jurisdiction central location upon completion of that transmission, the external modem is removed the ballot box is then unsealed and unlocked and the paper ballots are removed from the ballot box and manually accounted for by poll officials, including reconciliation with the poll book voter numbers.  The seal is removed from the door containing the tabulator's removable memory device.  The removable memory device together with a copy of the results tape and the paper ballots are sealed in a transport container. That transport container is transported securely by poll officials sometimes accompanied by sheriffs to the jurisdiction's central location.  As a reminder none of these actions are performed by Dominion employee's election.  Administrators at the jurisdiction central location will accumulate the electronic results regardless of whether they have been unofficially transmitted through modem or not.

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.

From the tabulator's removable memory devices accumulation occurs on a closed network computer system.  Election night unofficial reports will be generated by the election officials and canvas process begins to reconcile all election data and in particular ballot counts and the voter registration poll book numbers indicating how many voters were processed and how many ballots were counted.  After canvas the jurisdiction certifies the election to the state again throughout this period, the actual paper ballots created by voters are locked and stored under the complete control of local election officials and are available at any time to check against machine tallies.  After the election officials run an even more thorough set of procedures to verify the accuracy of the vote counts including risk limiting audits and random recounts conducted by hand within the public view, above all the most important check on our machines is the paper ballot.  Michigan has paper ballot records for every vote cast on a Dominion machine.  The proof of our machine's accuracy is in these paper ballots.  If there was any manipulation of the system the paper bout simply would not match the machine totals. Moreover, if unauthorized votes were somehow added to the count, those numbers would not match the canvassing numbers. Despite Michigan's rigorous election security protocols, disinformation persists.  This has been nowhere more apparent than in Antrim county where this week a severely flawed report was released by a biased non-independent, alleging election switching it is categorically false and technically incomprehensible let alone possible, but at its broadest the report alleges that votes were switched using Dominion's digital adjudication system and ranked choice voting. I have difficulty knowing even where to begin on this. Michigan does not use ranked choice voting. A simple review of Antrim's ballots easily confirms this. More importantly an independent review by an EAC certified test lab any of them could easily verify this. Secondly none of Antrim's tabulators were connected to the internet. Antrim county does not have modems, they do not use modems.  Finally, the adjudication claims are entirely false. Let me take a minute to explain this bizarre claim. First off adjudication only occurs on absentee ballots and only in states that require it. A voter making a mistake on an absentee ballot is an age-old problem, a common mistake is when a voter fills in the wrong oval and then tries to correct it by filling in another oval and drawing an x or a scribble through the first. This is what election experts call an overvote.  In some states it's considered exactly that and no vote is counted however in some states like Michigan bipartisan review committees are asked to review these ballots for common mistakes such as the one I just described to see if they agree on voter intent. All decisions are made by local officials and a bipartisan committee in some counties election officials do this using a digital adjudication system whereas other counties conduct this process manually by creating new ballots. When needed with digital adjudication the original ballot is never changed and a full audit trail shows the original image shows who the bipartisan adjudicators were and what they agreed on and ultimately captures any changes that they made per state or local law.  In Antrim county ballots were reconciled manually what the report is alleging is impossible because Antrim county does not license nor do they use digital adjudication.  Furthermore, digital adjudication doesn't even work without the use of ballot images.  Antrim county did not record absentee ballot images any U.S.EAC accredited voting systems.  Testing laboratory can easily and independently verify whether adjudication is or was used at any time.  As Michigan's director of elections stated in a court filing in response to this report quote the report makes a series of unsupported conclusions, ascribes motives of fraud and obfuscation to processes that are easily explained as routine election procedures or error corrections and suggests without explanation that elements of election software not used in Michigan are somehow responsible for tabulation or reporting errors that are either non-existent or easily explained, end quote. I should note that isolated incidences of human error do occur in elections and this is what happened in Antrim county on election day and this indeed is the reason we're now talking about Antrim county and it has to do with a series of human errors specifically an October change to the election required a new election project to be created as part of this process, every tabulator had to be updated with the new election project.  The first human error occurred when election officials didn't update all of the tabulator memory cards, the second human error occurred when election officials forgot to conduct the public logic inaccuracy testing on the final election project.  Both of these errors were compounded when the programmer of this election took specific steps to ensure that the original ballots from the September project were all that were already printed could be used in the tabulators not affected by the addition of the school board race. If all of the tabulators had been updated as per procedure there wouldn't have been any error in the unofficial reporting. If public logic inaccuracy testing had taken place the error would have been caught when it should have been caught prior to the election. I if steps weren't specifically taken to salvage the already printed ballots the system would not have allowed

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR
COURT ORDER.

election officials to upload memory cards and the reporting error never would have occurred.  Mistakes happen, especially in busy election years when election officials work tirelessly through weekends and holidays for months on end, which is even more difficult in small counties where there is a lack of dedicated election staff.  This year in particular with the difficulties compounded by the pandemic this is exactly why canvas procedures exist which of course where this error was quickly identified and corrected because our systems in Michigan use paper ballots the accuracy of the tabulation machines can be proven by hand counts and audits as the Michigan secretary of state office has already announced this week.  The bureau of elections in Antrim county will conduct a hand count of all ballots cast in the presidential election this will verify that our system counted votes accurately. Those making unfounded allegations against Dominion are selective in their expressed concern, for example, they ignore that in several key battleground states the president got more votes on Dominion Systems than in other jurisdictions.  Some of the requested recount sites such as Philadelphia and Milwaukee were not even Dominion customers at all. I will close by reminding everyone that all Dominion machines in battleground states produce voter verifiable paper ballots and records for review these paper ballots for every vote cast are preserved and secured by the local election officials and are overseen by representatives from both parties.  If there was any manipulation of the system the paper ballots would not match the machine totals moreover, if unauthorized votes were somehow added to the count those numbers would not match the canvassing numbers as one example the recent hand count in Georgia of 5 million votes matched our voting machines tallied perfectly showing that our machines counted accurately. I was asked recently what I thought about the Georgia hand count and my reaction is always one of enthusiasm.  A hand count is the most certain way of proving that our systems work, we welcome recounts because they prove the value of our systems. This indisputable fact is a key redundancy of our voting process that will undoubtedly continue to serve as the basis for truth and transparency in the 2020 election and beyond. I appreciate the opportunity to testify at this official hearing under oath about our company and how we worked in the 2020 elections. We have yet to see our critics make their allegations under oath as I'm doing here today or to bring any real independent fact-based evidence forward.  Thank you again and I'm now happy to take your questions.

Mr. McBroom:  Thank you Mr. Poulos. I'd like to start with some questions regarding the Antrim situation. If I may and I'd like to have a better understanding of how exactly the error occurred and so and what I want to specifically drive at is your, uhm, statement about how, if the logic and is it air logic and air test logic inaccuracy test logic and accuracy test, if that had been run that this would have been caught and so is it correct to state that the error that occurred in the unofficial results didn't occur at the tabulators? but occurred when the information was taken to the centralized location and uploaded off of the memory cards that were in the tabulators, is that correct?

Mr. Poulos: uh thank you chairman McBroom, so the first thing that I will say is my information is, uhm, we did not, Dominion did not support Antrim county.  We did not program their election, we don't have a copy of their database, we don't have any copies of what happened there, but what I do know I, I, I will walk through, so from my understanding the county originally signed off finalized and tested their programming uhm and I and I believe that they did a public logic accuracy test but I believe they did it in September after the original programming.  Once that was completed my, my best guess at this time is that they sent their ballots off to be printed at some point in October they were required to add a contest on ballots that I believe affected three of their 18 tabulators. I believe it was a school board contest new programming was provided to the county along with instructions to update all 18 of their tabulators.  This is where the first human error occurred Antrim is a small county as you know in the upper peninsula and election officials forgot to update all of their 18 tabulator's memory cards.  This type of human error is mitigated when the counties can afford to arrange for on-site support for example but as my understanding was there wasn't any on-site technical support in interim county.  This type of human error I should point out of election program programming happens from time to time and it's the entire purpose of why we have public logic and accuracy testing, because this process which is a requirement in states including Michigan uhm, the, the test entails zeroing every tabulator uhm that's going to be used in an election uhm officials in front of the, in front of public uhm view feed a known test deck of ballots into the tabulator. Once they're done that, they close the poll they print the results tape, they upload the results into the database and then they ensure the results that were that are being reported are in fact the expected results.  It's, it's, it's, it's specifically designed to be used in a public form so at the conclusion of this process uhm, once it's

verified the tabulators then are re-zeroed uhm, sealed and made ready for election deployment, so performing that step would have caught the first human mistake but this step was unfortunately missed, which is the second error.  If that those two are not even enough because those two errors which happened one after another were compounded by the way the election update was programmed during the October programming update, the contracting firm used by Antrim took care to program the new tabulation files to allow Antrim to salvage the original ballots that were already printed except for the ballots affecting the new school board race, which I believe were three tabulators.   This is the only reason why any memory card that was mistakenly not updated could be uploaded for the unofficial tally.

Mr. McBroom:   Thank you what I'm trying to get at specifically Mr Poulos is the how do we verify whether the mistake is made in the programming at the tabulator versus at where the memory cards are taken to and so, because and tell me during the logic and accuracy is that done I mean, I know you run the stack of ballots through and then you print a slip up on the tabulator to make sure that it accurately counted the ballots, but is there a time then when the results are taken from the tabulator to the central location to make sure that that transmittance of the data is also done accurately too?

 Mr. Poulos: uh best practice involves uh reviewing the, the results that are uploaded via the memory cards and comparing them to the results tape that are printed at immediately upon pulls close and again multiple copies posted publicly in the polling location and distributed to any poll watchers and you verify that the results tape matches what has been uploaded.  In this particular case the first two errors happened and because the system was told to accept memory cards from either one of those two projects it allowed uh an upload from the September programming even though is expecting a memory card from the October programming.

Mr. McBroom: Okay and does the software that those cards are taken to at the central location or if the data is transmitted via modem, the software at the other end that's receiving those data points is that your software or is that someone else's software.

Mr. Poulus:  yes the software that resides at the central location is our software.

Mr. McBroom:  okay and then is it possible for that data to also be transmitted to other uhm types of programming such as excel spreadsheets.

Mr. Poulus:  so that system is designed as a standalone system but those results obviously have to be transmitted to a central location at the state level and reported to the media so there are several ways that poll election officials can generate results uh and reports uhm one of them is excel one is a through pdf   etcetera so that the unofficial results can be exported to the state to the media etcetra .

Mr. McBroom: Thank you.  Other members of the committee want to ask questions.  I've I'll share the microphone here.  Okay uhm vice chair Lucido please.

Mr. Lucido:  Thank you Mr chairman thank you Mr. Poulus you're, the,  are you still CEO of Dominion?

Mr. Pullis:  I am

Mr. Lucido: and Dominion stands for what?  Is this just a name you gave it or is there any uhm which,

Mr. Poulos: It doesn't stand for anything it's just the name.

Mr. Lucido:  okay. Dominion voting services has been around 18 years 2002 you opened up in Toronto Canada.

Mr. Poulos:  uh we were formally incorporated in January 2003.

Mr. Lucido: 2000 in Toronto, you stood there for a couple years and then moved the operations to Denver, Colorado.

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.

Mr. Poulos:  we moved our headquarters to Denver in 2010.

Mr. Lucido:  you're currently doing business in 28 states that you operate here in the united states.

Mr. Poulos:   correct

Mr. Lucido:  in those 28 states uhm approximately uhm, well let me go to this, let's just deal with Michigan right now, you have about, you have a contract for each and every one of these units that you place in service in these counties in which the votes are taken.

Mr. Poulos:  um not I, I'm not familiar at the top of my head but I believe we have a contract with the state and then we uhm very well may have separate contracts with counties uhm but I believe our original contract was with the state entity.

Mr. Lucido:  so, the state of Michigan gave you a contract to go ahead and use and I'm using your words now what you said is "we supply machines, we do not run elections" is that correct?

Mr. Poulos: that's correct.

Mr.  Lucido:  those were your words and the tabulator does the count for the votes is that correct.

Mr. Poulos:  that's correct.

Mr. Lucido:  and that can be checked by counting, hand counting the paper ballots is that correct.

Mr. Poulos:  that's correct.

Mr. Lucido: so, the software that you claim and the supplying the machines and this is very technical and I need to get this so that we can clear up any ambiguity, did you train individuals on what they're supposed to do when you put these machines or the software in service.

Mr. Poulos:  uhm I was not that, was not involved but that's typically what we do we train county officials on how to use software.

Mr. Lucido:  is there a manual that somebody who has like, let's say, uhm authority over the individuals that are working for them in the in the clerk's office, can reference when there's a need to, to see how the training goes.

Mr. Poulos: from, to the best of my knowledge all of our manuals and uh user guides are, have, were submitted to the state um on the original state contract and part of that process and distributed from the state to the counties and I know that in many situations the counties will generate their own user guides and manuals based on our materials.

Mr. Lucido:  so that I'm clear when you enter into an agreement with the state of Michigan to supply your equipment your machines and your software there has to be some kind of way to make sure that they're running the machinery correctly in the software correctly would that be fair?

Mr. Poulos:  uh that's, that's correct.

Mr.  Lucido:   all right, do you charge a fee in the contract and I don't really want to know how much you, you know, it's none of my business, but do you charge your fee for that training?

Mr. Poulos:  uh if it was if there was a fee it would have been part of the original upfront purchase.

Mr. Lucido:  how long ago I'm sorry go ahead I didn't give you a chance to finish.

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.

Mr. Poulos:  now and on a county-by-county basis counties are free to make their own determination sometimes they get they get supplemental training either from state officials.   Sometimes they get supplemental training as the need uhm presents itself to the counties that's not really something I'm expert on.

Mr. Lucido: I understand and I only want to limit your testimony to what you know if you don't know I'd like you to, and Mr chairman  through the chair I would like you to give us a at least, to have your lawyer who's there present with you today, write down what it is that we're looking for so that we can supplement your testimony and get the information from your office is that a problem?

Mr. Poulos:  No, of course.

 Mr. Lucido:  thank you, so because what I'm looking at is, I buy something I want to know how to use it properly so that I don't have it malfunction and or misfire or whatever the case may be and I'm not real familiar with a tabulator nor the software that runs the same, but if these machines that are supplied to the counties to go ahead and make or, or to the communities that are doing these tabulations of the votes that software is unique to that machine its proprietary right?

Mr. Poulus:  uh the software that resides on our tabulators is proprietary and that is that is that once we certify at the federal level that's when we lose control of the software it is transmitted from uh the independent um certification agencies to the counties and then it transfers into the county's chain of custody

Mr. Lucido:  is the memory cards that you put into the machinery is that locked down that the memory card can't be manipulated and or distorted.

 Mr. Poulus: right so, so

 Mr. Lucido: if i wanted to get the memory card out of the machine would that get if, if, we had to remove a memory card from the machine could that be possible.

Mr, Poulos:  sure you'd have to break the seal during the election I'm assuming you're asking during the election?

Mr. Lucido: uh during the election correct.

Mr. Poulos:  yeah so uhm so as I  stated when you when, when, the machines are delivered to a polling location they are the compartments by which the memory cards are, are, inserted into the machine are both locked and sealed we actually have three memory cards and one of them is designed to be removed at the end of election day ,so there is a definitive audit on the source code of the machine, I'm sorry not the source code but part of the uhm log on the tabulator uhm when the mach… when the tabulator door is open and when the cards are removed and it is designed that it does not come out of the machine until the poles are closed, the seal is broken by the local pole workers and the locks are unlocked.

Mr. Lucido:  so, so that we got a correct record there's three memory cards one is designed to be removed the other two, I'm assuming, based on what you're saying but I don't want to assume anything are not to be removed.

Mr. Poulos:  so one of them is designed not to be removed and that is internal and two of them are removable and one of them is designed not to be removed, just in case somebody makes any allegation on the card that was removed, even though it's securely transferred by the local election workers oftentimes accompanied by a sheriff, there's even, and by the way they're encrypted and signed but even on the allegation you could compare it to the second memory card that is a redundant copy that is designed to be continue to be locked and sealed in the tabulator

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.

Mr. Luicido: if I tell you that somebody removed a memory card where they shouldn't have would you have backup software or alarm systems that would go off to report that type of behavior in your proprietary machine and software.

Mr. Poulos: so if an allegation was made that one of the memory cards was removed and let's just for the sake of your example, say that none of the poll officials noticed it or the bipartisan poll watchers noticed it or any voter noticed it there would be a record of it, and we also have the other card that's
In, in the machine and they would be off and the machine will not let you continue if one of them has been removed.

Mr. Lucido:  do you have any vali… a validation or way to validate whether a card memory card was removed from these machines have you started your validation,  I know that there was three I was reading some stuff and it says that you do something before the election process either your company or the clerk doing during the election process there's something done regarding and then after the election process have you guys started uhm your company started to do an, after election audit as to what happened and look into what these allegations, because you so eloquently gave your testimony and I appreciate that, trying to clear up any inconsistencies or ambiguity, tell me, have you started now at this point and have you  completed your after the election process.

Mr. Poulos:  right so I  will point back to what I mentioned in my opening statement, we do not run elections we are not accountable for running elections and as such we do not run the test before the election or we do not run the test after election, so every state has its own local rules and quite often there will be a public logic inaccuracy test done before the election, many jurisdictions will repeat that test after, after canvas is completed and they will do a logic inaccuracy test post-election and then some some jurisdictions take it a step further and do exactly what you are talking about but they don't contract with us to do it.  The whole idea is that we shouldn't be the ones doing it.  The federal system that was put in place after the 2000 presidential election with the creation of the EAC as a bipartisan commission that does their own accreditation of separate third-party labs that are accredited.  The whole purpose of that is that no voter or stakeholder has to blindly trust any technology provider.  So, the test that you are asking this part of the local officials process and best done uhm by an EAC accredited lab.  I will say uhm we have several customers especially in light of the basis allegations that have been uh levied our way in the recent weeks that have contracted a variety of, of these EAC credited independent test labs to do exactly as you say and their checks are, there's various number of checks that they perform and I'm certainly no expert at what they do, but the way i think of it is they are verifying that the software that was run in the election was unchanged, that it is in fact the same certified software, they can run a variety of forensic tools to ensure that what you're describing if it did happen they would know what happened,
and they do that all independent of us.

Mr. Lucido:  how do I know as a voter Mr. polis that I didn't have any irregularity of the software being manipulated how can I be sure of that.

Mr. Poulos:  right, it's a great question.  So, uhm, the fact that somebody has made an allegation mitigation is caused enough in my opinion to do a hand count audit and recount and that has been requested uhm in, in, a number of our jurisdiction's um and at the end of the day you have to remember that the ballot box was secure and empty at the beginning of the day and at the end of the day, there was a number of ballots that each voter deposited into that sealed and locked ballot box.  Those voters and their eligibility were verified by the local poll workers under the watch of the local poll workers and bipartisan poll watchers and those ballots haven't gone anywhere they've been under secure control of the poll workers, so even the allegation in an environment of like we're seeing right, now which is unprecedented um it's in my opinion it's exactly why the Michigan secretary of state's office
is working with Antrim county to perform that hand count.

Mr. Lucido:  did you provide any training films and I know that you said training manuals, booklets I think you call them any training films that would physically give a video to or a link to uhm a training film so that the individuals would learn properly how to utilize your machine and your software

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR
COURT ORDER.

Mr. Poulos: uh sure, we provide a variety of training tools uh I'm, the contract, the original contract in the state of Michigan I believe was in 2017, we regularly uh rely on a host of different training techniques um and design it uh in collaboration uh with the with, with, with, the end customer it be it the county or state.

Mr. Lucido:  so that would have been what secretary of state Jocelyn Benson that would have been the one you would have contracted with?

Mr. Poulos:  um she was the secretary of state in 2017.  I, I, I don't recall who.

Mr. Lucido:  I think it's 2017 is that was.

Mr. McBroom:   she, no sorry to interrupt you Mr. vice chair but Joslyn Benson's turn began in 19.

Mr. Lucido:  19, yes, okay 2019,  the chair cleared it up,  could you tell me about the process though uhm because you're still acting as a CEO even though you just indicated I think in your testimony, the majority of the company was sold.

Mr. Poulos:  yes in 2018.

Mr. Lucido:  okay and uhm this was your company that you, from birth basically, I'm going to say that you you're the one that, did you design, the software?

Mr. Poulos:  no not my not my birth senator uhm company's birth.

Mr. Lucido:  oh, could you tell me did you design the software that went for this I, do have, I mean was it you or was it somebody else that designed the software how to uhm manipulate the meaning the vote count and tally to make sure that there was consistency and to make sure that there was credibility.

Mr. Poulos:  well, let me just be clear we don't manipulate anything.   All our software does, is takes if, if we look at a tabulator from your home county uhm, actually I'm not sure if you're, you're using Dominion in Andrew county let's say, our tabulator software looks at the paper ballot uh and we integrate the number of black pixels uh in the oval corresponding to a candidate's name and that is designed in a way that the machine is interpreting voter intent the same way that a human being would, um and so it's uh designed to be very objective there's no manipulation of any kind, um and yes I do have knowledge of the source code that developed that.

Mr. Lucido:  the warranty and I'd use the word warranty I don't know other another word maybe you can help me about post elections to, to ensure the security and the trust of the election is there some kind of warranty that goes with that for the state when they purchase this unit and software, that it's going to act in a manner consistent with you uhm your, your statements as we as well as how you have the intended use of the unit.

Mr. Poulos:  have to we'll have to get back to you upon looking at the state contract.

Mr. Lucido:  if somebody didn't properly download software would that change a result and I'm going to every single item I can think of, to see how these allegations how these affidavits that we've taken from so many people through across the state, I want to validate what they saw, what they looked at, what they heard as opposed to what really happened so if you weren't there and I think there was representatives of Dominion at like the TCF center was there not?  Is that standard and a customary in the industry of your machinery being placed into service to have people from Dominion there the night of the election?

Mr. Poulos:  uh so you, senator you, you mentioned a few things uh first of all in terms of the affidavits and any pertaining to the accuracy of the tabulation I am not aware of any that have been found to be credible, certainly none that I've seen and I don't know of any uhm judge that have found any of those allegations credible with specific regards to whether or not it's normal to have uhm on-site technical

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR
COURT ORDER.

support from the tabulation companies umm it, it depends, uh it's at the sole discretion of the county uhm and uh in the case of the TCF center we did have on-site technical support there they are not part of running the election and they are expressly there to answer any questions from the election officials whose job it is to run the election.

Mr. Lucido: was there a separate contract that was considered with consideration that was utilized as a result of coming to that election at TFC here in the state of Michigan?

Mr. Poulos:   I'm not aware of it off the top of my head that's something we can get back to you on it.

Mr. Lucido: is it like, you, I said not normal,  is it customary let's use that word,  not normal,  was there any other uhm counties in the state other than Wayne that had assistance through Dominion being there , meaning do you recall based on Michigan has been spotlighted and shown throughout the country do you recall of any other county of the 83 counties in the state.

Mr. Poulo: I don't know I don't think so.

Mr. Lucido:  okay so the only one that you do recall is that there was support staff there from Dominion correct.

Mr. Poulo:  in Wayne county correct and the only…I think so,  as I said,  I'm I, I don't know senator, uhm but that sounds right

Mr Lucido: do you recall how many people that came from dominion to assist in answering questions from election officials in Wayne county.

Mr. Poulos:  no, I don't.

Mr. Lucido:  you know what I mean is this customarily done have you seen this in your 18 years I think where people, people go, they do right?

Mr. Poulos:  yes.

Mr. Lucido:  okay did you have any in Wisconsin or Pennsylvania, Mich… Georgia or Texas?

Mr. Poulos:  uh sorry one at a time uh Georgia yes uh Pennsylvania yes uhm Wisconsin I don't know uhm Texas I don't know uh what was it did you mention another one?

Mr. Lucido: Michigan, but you gave us an answer okay.   And right now, uhm is there a written report that was received from the individuals that were at the TCF center on behalf of dominion and working on behest of Wayne county.

Mr. Poulos:   no not that I'm aware of.

Mr. Lucido:  did they report back to anybody in the company to give information as to what these allegations were and.

Mr. Poulos: i don't know.

Mr. Lucido:  so,  in conclusion somewhat how do you validate what has been tabulated, if there's no system in place that you can run or if there's no software that validates it other than hand count,
is there any other way to avoid a hand count from the software and the hardware that you put in service to validate this is the vote, this is true accurate representation of the vote.

Mr. Poulos:  um well first off there is a very well documented system and it starts at the EAC level before long before any system is sold, with third-party testing and accreditation in this testing senator these

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR
COURT ORDER.

independent labs that are trained on election process they go through every single line of source code line by line they test every facet of every feature of the machine under a lot of different permutations and combinations of elections.  In addition to that before that system is it can be sold, for example in the state of Michigan it gets certified after a federal certification once again by the state authorities in Michigan.  uhm so, to say that there's not a well document there's a very well documented system that is extremely accurate.  I  appreciate…wait a minute I guess I'm asking something else even though they have like they do look automobiles, they go through a check test like they check everything check the boxes but if we want like access control only authorized individuals are running the machine and I understand what you said,  we don't run elections,  encrypted end to end so that no one can manipulate the data and end points that hold the data,  that those end points weren't breached, could you be specific on what systems do you have on your software that can ensure that access control encryption end-to-end and endpoints that hold the data were not breached.

Mr. Poulos:  fair  question so the as part of the federal certification guidelines there is very well and rigorous, rigorously documented security requirements of the media uhm where votes are recorded and translated uhm the, I think your to your question in terms of a, a check after a car rolls off the assembly line so our source code remains unchanged and that is exactly what post-election activities should verify after every election uh they, they check that the hash code is exactly the same as the certification hash code and, and that gives the local officials um the, the knowledge that the source code was exactly the source code that was certified and tested.  Uhm, the check of the actual election because the programming and this is not in the source code of the system but this is now how you program an election with because the candidates change the contest change from election to election this is what's done uh at every election this is what the logic in accuracy testing done in a public form allows you to verify uh that it's that it's correct and complete.

Mr. Lucido:  the ranked choice voting is it the clerk that flips it or Dominion when they do the ranked choice voting.

Mr. Poulos:  there's no flipping of any votes at any time on any system.  Ranked choice voting is something completely different that was not used in Michigan.

 Mr. Lucido: okay then the last one then is the post-election um activity should be verified that was your statement what post-election activity should be verified in our state.

Mr. Poulos: uh I uh my personal recommendation.

Mr. Lucido:  yes.

Mr. Poulos:  and which my personal recommendation I've seen work in other states is an authorized independent test authority accredited by the EAC should be doing exactly what you are looking for and verifying uhm that the system was exactly used in a certified manner.

 Mr. Lucido: did you make that recommendation to anyone here in the state at this time

Mr. Poulos:  the state, the state is the one that came up with it in the first place years ago, uh,  and I think that they've used it prior I, I'd have to double check on the first time it was used but it's not this is a common practice.

Mr. Lucido: okay thank you Mr. chairman I'll probably have some follow-up after I know that the other senators have questions.

 Mr. McBroom: thank you vice chair Lucido and I just want to have a quick follow-up to one of the vice chairs questions and then we'll take a little break if that's all right with you Mr. Poulos.

Mr. Poulos:  of course

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR COURT ORDER.

Mr. McBroom: uhm the vice chair was just mentioning the, uhm ranked voting, and ranked choice voting.

Mr. Poulos: ranked choice voting

Mr. McBroom: and you've mentioned a couple of times in your opening and now that that's not an option that Antrim county had but, but it is part of your programming right it is something that the software itself offers as an option that's used in some place.

Mr. Poulos: ranked choice voting uh is a requirement in some jurisdictions, it was not used anywhere in Michigan and this is something that an independent test authority can easily verify as, as can any uhm election official you, you need to look no further than just the paper ballots, but there is a whole audit that an independent test authority can use to look and answer that definitively.

Mr. McBroom: is it possible for that option to be simply turned on accidentally even or intentionally but you know even accidentally is it possible that Antrim could turn that on.

Mr. Poulos: no the answer is no and, and even if they could do that which they can't it would not go undetected and as I said an independent test authority credited by the ESC could easily determine that for you.

Mr. McBroom: could you and I don't want to do a lot of these all day where we get into the real technical weeds but on this one could you share with us why that is, why you believe that's impossible what, what are the technical specifications that make that impossible for it to accidentally be turned on.

Mr. Poulos: well you would you don't need to look any further than the actual paper ballot uhm so if you knew what a ranked choice voting uhm ballot looked like you could see that there's uh different columns for each candidate where voters can select their first preference and then the second and third and so on, uhm as I said it's not certified for use in Michigan um it's not allowed for use in Michigan it's not something that election officials can just turn on and even if they could it's easily detectable.

Mr. McBroom: okay at this point then members I'd like us to take a 10-minute recess and we'll come back Mr. Poulos, thank you 10 minutes.

Mr. Poulos: great thank you

THIS DOCUMENT IS CONFIDENTIAL AND FILED UNDER SEAL.
REVIEW AND ACCESS TO THIS DOCUMENT IS PROHIBITED EXCEPT BY PRIOR
COURT ORDER.