# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BYRNE, <br><br> Defendant. | Civil Action No. 1:21-cv-02131 (CJN) <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF DAVIDA BROOK IN SUPPORT OF DOMINION'S EMERGENCY MOTION FOR PROTECTIVE RELIEF AND TO DISQUALIFY COUNSEL

I, Davida Brook, hereby declare and state as follows:

1. I am an attorney at Susman Godfrey L.L.P., and counsel for plaintiffs, Dominion, in the above-captioned action. I am a member in good standing with the bar of the State of California and am admitted to practice in this Court. I am over the age of eighteen, attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit 23** is a true and correct copy of a post by the account @SheriffLeaf from the social media website "X" dated March 17, 2024, accessed and saved on March 22, 2024.

3. Attached hereto as **Exhibit 24** is a true and correct copy of a post by the account @SheriffLeaf from the social media website "X" dated March 17, 2024, accessed and saved on March 22, 2024.

4.      Attached hereto as **Exhibit 25** are true and correct copies of 37 posts by the account @SheriffLeaf from the social media website "X", listed in chronological order and dated March 18, 2024 between the hours of 10:22 AM and 12:13 PM, accessed and saved on March 22, 2024.

5.      Attached hereto as **Exhibit 26** is a true and correct copy of a post by Stefanie Lambert ("@AttyStefLambert") on the social media website "X," dated March 18, 2024, accessed and saved on March 22, 2024.

6.      Attached hereto as **Exhibit 27** is a true and correct copy of a post by Patrick Byrne ("@PatrickByrne") on the social media website "X" dated March 18, 2024, accessed and saved on March 22, 2024.

7.      Attached hereto as **Exhibit 28** is a true and correct copy of a post by Patrick Byrne ("@PatrickByrne") on the social media website "X" dated March 18, 2024, accessed and saved on March 22, 2024.

8.      Attached hereto as **Exhibit 29** is a true and correct copy of a post by Patrick Byrne ("@PatrickByrne") on the social media website "X" dated March 18, 2024, accessed and saved on March 22, 2024.

9.      Attached hereto as **Exhibit 30** is a true and correct copy of a post by Patrick Byrne ("@PatrickByrne") on the social media website "X" dated March 18, 2024, accessed and saved on March 22, 2024.

10.     Attached hereto as **Exhibit 31** is a true and correct copy of a post by Tina Peters ("@realtinapeters") and retweeted by Patrick Byrne ("@PatrickByrne") on the social media website "X" March 19, 2024, accessed and saved on March 22, 2024.

11. Attached hereto as **Exhibit 32** is a true and correct copy of a post by Patrick Byrne ("@PatrickByrne") on the social media website "X" dated March 19, 2024, accessed and saved on March 22, 2024.

12. Attached hereto as **Exhibit 33** is a true and correct copy of a post from the social media website "X" dated March 22, 2024, with the poster's name redacted, which was re-shared by Patrick Byrne ("@PatrickByrne"). This post was accessed and saved on March 22, 2024.

13. Attached hereto as **Exhibit 34** is a true and correct copy of a post from the social media website "X" with the poster's name redacted, which was re-shared by Patrick Byrne ("@PatrickByrne"). March 22, 2024This post was accessed and saved on March 22, 2024.

14. Attached hereto as **Exhibit 35** is a true and correct copy of a post by Michael Flynn ("@GenFlynn") on the social media website "X" dated March 18, 2024, accessed and saved on March 22, 2024.

15. Attached hereto as **Exhibit 36** is a true and correct copy of a post by Election Integrity Force ("@Real_EIF") on the social media website "X" dated March 18, 2024, accessed and saved on March 22, 2024.

16. Attached hereto as **Exhibit 37** is a true and correct copy of a post from the social media website "X" dated March 19, 2024, accessed and saved on March 22, 2024, with the posters' names redacted.

17. Attached hereto as **Exhibit 38** is a true and correct copy of a post from the social media website "X" dated March 18, 2024, accessed and saved on March 22, 2024, with the posters' names redacted. Personal Identifying Information of a Dominion employee has also been redacted from this exhibit.

18. Attached hereto as **Exhibit 39** is a true and correct copy of a post from the social media website "X" dated March 20, 2024, accessed and saved on March 22, 2024, with the posters' names redacted.

19. Attached hereto as **Exhibit 40** is a true and correct copy of a post from the social media website "X" dated March 19, 2024, accessed and saved on March 22, 2024, with the posters' names redacted.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 22nd day of March, 2024, at Los Angeles, California.

                                                                          */s/Davida Brook*
                                                                          Davida Brook