# Exhibit 23

screenshot-twitter.com-2024.03.22-11_46_08
https://twitter.com/SheriffLeaf/status/1769560275919982728
22.03.2024

**Sheriff Dar Leaf**
@SheriffLeaf

drive.google.com
Letter.to.Jim.Jordan.03.17.24.pdf

8:03 PM · Mar 17, 2024 · **319.1K** Views

159    1.2K    1.6K    256