# Exhibit 24

3/22/24, 11:47 AM
Case 1:21-cv-02131-CJN-MAU   Document 82-3   Filed 03/22/24   Page 2 of 2
screenshot app print

screenshot-twitter.com-2024.03.22-11_47_35
https://twitter.com/SheriffLeaf/status/1769561564993192198
22.03.2024

← Post

**Sheriff Dar Leaf**
@SheriffLeaf

Traunche One.

drive.google.com
allcomms -.pdf

8:08 PM · Mar 17, 2024 · **154.5K** Views

💬 78    🔁 413    ♡ 605    🔖 180    ⬆