# Exhibit 25









**Sheriff Dar Leaf** @SheriffLeaf · Mar 18

drive.google.com
202-273.pdf

💬 1    🔁 59    ♥ 89    📊 5.7K    🔖 ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18

drive.google.com
289-291.pdf

💬    🔁 50    ♥ 81    📊 5.6K    🔖 ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18

drive.google.com
288.pdf

💬 1    🔁 53    ♥ 82    📊 5.6K    🔖 ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18

drive.google.com
274-287.pdf

💬 1    🔁 56    ♥ 81    📊 5.6K    🔖 ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18

drive.google.com
199-201.pdf







