# Exhibit 26

Post



**Stefanie Lambert**
@AttyStefLambert

I gave the evidence to law enforcement. The discovery (file from Dominion) contained evidence of numerous crimes. The Constitution does not permit secret Serbians to run our elections. Local clerks are to run our elections, & transparency is prevented by vendors (Dominion).

> When Dominion raised the prospect of sanctions, it noted that Lambert is familiar with the process, since she was initially sanctioned for her involvement as local counsel in the Michigan "Kraken" lawsuit before an appellate court reversed.
>
> "Lambert does not, and cannot, contest the requirements set forth in the Protective Order, which itself contemplates sanctions if breached. Rather, she apparently believes that she has the unilateral authority to decide whether or not she needs to comply. As a barred, licensed attorney, Lambert is well aware that court orders are not optional (and, lest she had any doubt, the disciplinary referrals, bench warrant, and sanctions entered against her by various courts have surely apprised her of that fact)," the motion said. "The only question for this Court, then, is whether her violation warrants disqualification. It does."

7:42 AM · Mar 18, 2024 · **244K** Views

 479     3K     4.6K    396