# Exhibit 27

← **Post** 

 Patrick Byrne ✓
@PatrickByrne

Subscribe   ...

This is no mincing PC-Sheriff. Three more coming.

---

**Barry County Sheriff's Office**

1212 West State Street • Hastings, Michigan 49058

*Sheriff Dar Leaf*

March 17, 2024

The Honorable Jim Jordan
2056 Rayburn House Office Building
Washington, DC, 20515-3504

Dear Congressman Jordan,

My office is investigating criminal acts related to elections in Barry County, the State of Michigan, and the United States. I am in possession of evidence involving voting machines. Additionally, I have recently received a subpoena from Prosecutor D.J. Hilson of Muskegon County for my file. D.J. Hilson worked with the Michigan Attorney General to bury the Muskegon fraud investigation that was initially reported by the Muskegon local clerk. Not one person was charged related to the Muskegon fraud despite confessions, and physical evidence. Considering this, I am going to provide portions of my file to Congress for immediate review and investigation.

My office has come into possession of evidence that foreign nationals have accessed electronic voting machines in Michigan and other states. This evidence demonstrates that electronic voting machines and electronic election systems used for elections in Michigan and throughout the United States are not secure and an immediate investigation is needed by Congress.

Business (269) 948-4805 • Jail (269) 948-4804 • Fax (269) 948-4831

---

4:23 PM · Mar 18, 2024 · **89.1K** Views

💬 128        🔁 2.1K        ♥ 4.2K        🔖 247        ↗