# Exhibit 28




# Post

**Patrick Byrne** ✓
@PatrickByrne

Subscribe

---

2

I have evidence in my file of Serbian foreign nationals entering our election system while the votes were being counted, and prior to certification. The election vendor, Dominion, hired these Serbian employees and disclosed in emails that they are not able to provide backgrounds on these individuals due to law in Serbia. It has only been a mere 25 years since conflict involving Serbia. Therefore, the United States has allowed a scenario where potentially Serbian military criminals are running our elections and remotely entering our election equipment.

I am investigating the role that some individuals inside the United States have played in conspiring with these foreign nationals, and who have even directed and instructed them to access and interfere with electronic voting machines and electronic voting systems during past elections, including the November 2020 election. Multiple false assurances from state and federal agencies, and private companies that our elections were secure and not compromised through remote network access or otherwise. Moreover, I have evidence that U.S. Dominion and its affiliates (Dominion) instructed its employees to alter or otherwise falsify the integrity of the software and hardware in its voting machines and systems to attain certification by the Election Assistance Commission (EAC), even when they knew that the systems could not be properly verified and certified. Additionally, I have evidence that the voting machines and systems are vulnerable to alteration and manipulation, i.e., interference, by the use of thumb drives and external devices that

Business (269) 948-4805 • Jail (269) 948-4804 • Fax (269) 948-4831

---

4:26 PM · Mar 18, 2024 · **13.5K** Views

💬 22    🔁 273    ♡ 511    🔖 28    ⬆