# Exhibit 29

**Post**

**Patrick Byrne** ✓
@PatrickByrne

Subscribe

3

can be surreptitiously connected to voting machines before, during, and after elections.

As a result of this information, my office is also investigating conspiracy crimes, wire services fraud, honest services fraud, and perjury charges, among other criminal acts. The perjury charges stems from assurances by Dominion's CEO during sworn testimony before the Michigan Legislature that its voting machines and voting systems could not be accessed or connected to by outside networks and sources, and that it was a "US based company."

As I now have evidence that our election equipment is not secure and because election voting machines prevent transparency, and vendors have more oversight and authority to have them examined than the officials that are charged with the constitutional duty to insure our elections are secure, transparent, and fulfill our promise to each and every American that their votes will count, and will be properly tabulated, and not diluted, deleted or otherwise altered, I am presenting you with this letter and an initial tranche of this evidence so that you will review it, and be compelled to investigate this matter and call those responsible for this breach of our Constitution to give testimony concerning these criminal acts and breach of our national security. These matters impact not only us here in the State of Michigan, but every citizen voter in the country who relies on the Constitution's promise that each legal registered citizen voter should have one vote, and that vote should correctly reflect his or her will and choice.

Business (269) 948-4805 • Jail (269) 948-4804 • Fax (269) 948-4831

4:26 PM · Mar 18, 2024 · **15.2K** Views

💬 17    🔁 288    ♡ 633    🔖 19    ⬆