# Exhibit 30

← **Post**


**Patrick Byrne** ✓
@PatrickByrne

Subscribe  ...

4

As a constitutional officer, my duties are defined by my oath of office, the Constitution, the statutes governing my office, and those powers at common law that were recognized as being attached to my position. In light of this evidence, I am suggesting that every election official consider an emergency back-up plan for upcoming elections to prepare to verify all ballots and voters, and to hand count actual paper ballots at the end of elections to confirm the accuracy of the vote, the voters, and that our election machines are working properly. There is no harm in confirming results to ensure that the will of the people is reflected.

Thank you, in advance, for your prompt attention to this matter. Please do not hesitate to contact me if you have any questions or would like additional information concerning my investigation. As it stands, I have no faith in the federal institutions that allowed this garbage in the first place therefore, I am attaching unredacted documents for your review. More importantly, for review by the American people. This should allow for Congress to issue subpoenas in an expedited fashion. I look forward to Congress working for the American people, and quickly addressing these election security problems while I pursue the criminal investigation with sheriffs across the country.

Sincerely,

/s/ Dar Leaf

Barry County Sheriff Dar Leaf

Business (269) 948-4805 • Jail (269) 948-4804 • Fax (269) 948-4831

4:30 PM · Mar 18, 2024 · **34.3K** Views

💬 39    🔁 332    ♡ 744    🔖 25    ⬆