# Exhibit 31

← **Post**

↻ **Patrick Byrne** reposted

**Tina Peters** 🇺🇸 **Whistleblower of fallen Navy SEAL** ✓
@realtinapeters

twitter.com/Real_RobN/stat...
BREAKING NEWS 💥💥WHISTLEBLOWER ALERT WATCH THE ACTUAL VIDEOS OF THE STEAL OF US ELECTIONS THROUGH THE SAME BLACK BOX VOTING SYSTEM I EXPOSED @MesaCountyNews @DailySentinelGJ @KKCO11News @KREX5_Fox4 @KDVR @GenFlynn @PatrickByrne @realMikeLindell @realDonaldTrump @LauraLoomer TinaPeters.us

> Let's talk about this: connection between Dominion and Serbia, you were the first person who pointed to this.
> How exactly is Serbia connected to Dominion and to the US election process?
> If I'm not mistaken, there are a lot of shady characters involved in all of this.
>
> 2:14

7:15 AM · Mar 19, 2024 · **109.7K** Views

💬 69    ↻ 1.7K    ♡ 2.1K    🔖 350    ↑