# Exhibit 34



💬 3    🔁 1    ♡ 9    🔖    ⬆