# Exhibit 35





**General Mike Flynn** ✓
@GenFlynn

Sheriff Dar Leaf is a constitutional sheriff up in Michigan. This letter (and attachments) to @Jim_Jordan is a very serious set of allegations about election fraud perpetrated from overseas as well as pressure from State of Michigan officials.

This needs far wider distribution in the world of citizen journalism. If we want to win this, we are going to have to get the word out about these cases of election fraud that disenfranchise every single legal American citizen.

Pray the members of Congress do as the Sheriff is asking and stop all engines and investigate this alleged but very serious crime against our nation.

@SpeakerJohnson
@GOP
@elonmusk
@TuckerCarlson you should interview this sheriff.



Sheriff Dar Leaf @SheriffLeaf · Mar 17
drive.google.com/file/d/1YTvKSL...

4:39 AM · Mar 18, 2024 · **887.2K** Views

💬 235        🔁 6.8K        ♡ 11K        🔖 360        ⬆

screenshot-twitter.com-2024.03.22-12_21_14
https://twitter.com/GenFlynn/status/1769690162504618095
22.03.2024