# Exhibit 36

screenshot-twitter.com-2024.03.22-12_26_07
https://twitter.com/Real_EIF/status/1769896464656789567
22.03.2024

← Post



**Election Integrity Force**
@Real_EIF

Statement on @AttyStefLambert. See the #Dominion files here
electionintegrityforce.com/pages/the-domi…



**FOR IMMEDIATE RELEASE**

**Disturbing Assault on the Republic: Attorney Stefanie Lambert Arrested Amidst Revelations of Dominion Voting Systems' Misconduct**

Washington, D.C., March 18, 2024 — In a troubling attack on the pillars of the American republic, Stefanie Lambert, a dedicated attorney championing electoral transparency, was arrested today in Washington, D.C. This incident comes on the heels of Ms. Lambert's pivotal role in shedding light on the operations of Dominion Voting Systems, especially following a recent flood of confidential internal documents from Dominion that were made public earlier today. These documents, accessible at Election Integrity Force, provide damning evidence of misconduct and have stirred significant public concern over the integrity of the 2020 election outcomes.

Stefanie Lambert, renowned for her diligent pursuit of truth and accountability in our electoral system, found herself targeted by law enforcement as she attended a critical hearing at the United States District Court. Her arrest raises grave concerns about due process and the constitutional rights of those who seek to expose corruption and advocate for electoral integrity.

The leaked documents from Dominion Voting Systems reveal startling admissions by company officials, including the unlawful involvement of foreign nationals in the U.S. election infrastructure. Lambert's arrest, under these circumstances, appears to be a calculated effort to intimidate and silence a prominent voice in the movement for electoral reform.

The significance of today's events extends beyond Ms. Lambert's personal legal battle. It represents a chilling threat to free speech, the right to legal defense, and the broader principles that underpin our republic. When attorneys, who play a critical role in upholding justice and transparency, are persecuted for their advocacy, it undermines public confidence in our institutions and erodes the foundation of our republic.

Despite the adversity she faces, Ms. Lambert remains resolute in her belief that the pursuit of justice and the unveiling of truth are paramount. Her case has mobilized a diverse coalition of individuals committed to protecting the integrity of our elections and holding those in power accountable.

This arrest should serve as a wake-up call to all Americans, regardless of political affiliation. The actions taken against Stefanie Lambert are not merely an attack on one individual but a direct challenge to the values that define our republic. It underscores the urgency of remaining vigilant and proactive in defending our democratic institutions from manipulation and abuse.

We stand in unwavering support of Stefanie Lambert and the principles she represents. It is our collective duty to ensure that justice prevails and that the quest for truth and integrity in our electoral process is not silenced by those who fear its consequences.

6:19 PM · Mar 18, 2024 · **121.6K** Views