# Exhibit 37

screenshot-twitter.com-2024.03.22-13_04_17
22.03.2024

← **Post**




···

This is Stephanie Lambert, an election integrity attorney who is representing Patrick Byrne in a defamation lawsuit brought by Dominion.

It is because of that lawsuit that she has access to internal company emails from Dominion which prove that the voting machines were in fact online during the 2020 election and that said voting machines were accessed by Serbian nationals.

She was indicted in MI, home of Dana Nessel lover of dr*g queen story hour and hater of election integrity, for accessing the voting machines.

Even though she signed a nondisclosure agreement with dominion, she released these documents to law-enforcement, because she believes that she had a duty to report a crime that has been committed. Pretty sure all lawyers have to report ongoing crimes when they discover them.

Instead of looking into the election fraud claim, DC marshals arrested her today.

This should be the number one story in America right now, but our media is a joke. The only way that ever sees the light of day is if people on social media share it.





Last edited 3:47 PM · Mar 19, 2024 · **1M** Views

💬 714   ↻ 17K   ♡ 24K   🔖 1.9K   ⬆️