# Exhibit 38



