# Exhibit 39

