# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al., | |
| *Plaintiffs / Counter-Defendants*, | Civil Action 1:21-cv-02131 (CJN) |
| v | |
| PATRICK BYRNE, | |
| *Defendant*. | |

## DEFENDANT'S AND COUNSEL'S VERIFICATION REGARDING REQUIREMENT IN COURT'S MARCH 19, 2024 ORDER

<u>COUNSEL'S VERIFICATION</u>

I, Stefanie Lambert, counsel for Defendant, Patrick Byrne, verify that I have and will comply with the obligations set forth in the Court's March 19, 2024 Order (Docket No. 77) until further Order of the Court.

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Dated : March 26, 2024

<u>DEFENDANT'S VERIFICATION</u>

I, Defendant, Patrick Byrne, verify that I have and will comply with the obligations set forth in the Court's March 19, 2024 Order (Docket No. 77) until further Order of the Court.

Respectfully submitted,

/s/ Patrick Byrne

_____

Patrick Byrne

Dated : March 26, 2024

<u>CERTIFICATE OF SERVICE</u>

I, Stefanie Lambert, hereby certify that on March 26, 2024, true and correct copies of the forgoing was served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

Respectfully submitted,

/s/ Stefanie Lambert

_____

Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com