UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| U.S. DOMINION, INC., et al., *Plaintiffs / Counter-Defendants*, <br><br> v. <br><br> PATRICK BYRNE, *Defendant*. | Civil Action 1:21-cv-02131 (CJN) |

---

PROPOSED ORDER PARTIALLY LIFTING
THE AMENDED PROTECTIVE ORDER

At a said session of court held ___ April, 2024,

in the United States District Court for the District of Columbia

_____

Hon. Carl J. Nichols

This matter having come before the Court on Defendant's Motion for Leave to File Motion to Lift Protective Order under seal, Plaintiffs having filed responses, and the Court being otherwise fully advised in the premises:

IT IS ORDERED that Defendant's Motion is GRANTED.

**IT IS SO ORDERED.**

Dated: _____   _____
                                                  Hon. Carl J. Nichols