IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE.,<br><br>Defendant. | Case No. 1:21-cv-02131-CJN-MAU |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO FILE UNDER SEAL**

On April 6, 2024, Defendant Patrick Byrne ("Byrne") filed a Motion for Leave to File Motion to Lift the Protective Order Under Seal ("Motion to Seal"). *See* ECF No. 87. Pursuant to Local Rule 5.1(h) and this Court's Amended Protective Order dated March 21, 2024, Byrne was required to file his Motion to Lift the Protective Order ("Motion to Lift")—the motion he wants sealed—along with his Motion to Seal. *See* Local Rule 5.1(h); ECF No. 79, ¶ 12. Byrne did not do so.

Although Byrne had previously filed a Motion to Lift (ECF No. 86), that motion is not pending. This Court denied it without prejudice on April 4, 2024, before Byrne filed his Motion to Seal.

If Byrne corrects his filing to comply with Local Rule 5.1(h) and the Protective Order by filing his substantive motion and an accompanying motion to seal, Plaintiffs do not intend to object to the motion to seal. But Plaintiffs do intend to object and respond to Byrne's Motion to Lift, if and when Byrne properly files such a motion. Plaintiffs understand that their response deadline will run from the date of Byrne's corrected filing.

1

Dated: April 15, 2024                                                   Respectfully submitted,

/s/ Davida Brook
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Fl.
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000

Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*
Davida Brook
