UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al., *Plaintiffs / Counter-Defendants*, v PATRICK BYRNE, *Defendant*. | Civil Action 1:21-cv-02131 (CJN) |

DEFEDANT'S REVISED AND AMENDED MOTION FOR LEAVE TO FILE MOTION TO LIFT PROTECTIVE ORDER UNDER SEAL

Comes now Defendant, Patrick Byrne, by and through undersigned and pursuant to Local Rule 5.1(h), hereby files this AMENDED AND REVISED Motion for Leave to File a Motion to Lift the Protective Order applicable to this case (Docket Entry No. 46), under seal per this Court's "Minute Order" issued on Thursday, April, 4, 2024, AND ON April 145, 2024, and also pursuant to this Court's prior instructions in the aforementioned protective order.

1

Initially, Defendant filed the Motion to Lift the Protective Order and the relevant exhibits under seal (Docket No. 86). Then, the Court instructed to file a motion for leave to file the motion to lift the protective order under seal.

In any event, as the Court's minute order of April 15, 2024 indicates, Defendant is filing this Motion for Leave to File the Motion for Protective Order Under Seal, and refiling, under seal, that Motion and Exhibits already filed (Docket No. 86).

As the Court's prior protective order indicated, the parties are to file any references to the protective order ostensibly "under seal," and the Court Rules require a Motion for Leave to file a pleading under seal, Defendant submits this Amended Revised Motion to the Court.

WHEREFORE, for the reasons stated herein, Defendant moves this Honorable Court for leave to file the Motion to Lift Protective Order under seal, or to otherwise direct the filing of said Motion on the Court's Public Docket.

>Respectfully submitted,
>
>/s/ Stefanie Lambert
>_____
>Stefanie Lambert
>Law Offices of Stefanie L. Lambert, PLLC
>400 Renaissance Drive, FLOOR 26
>Detroit, MI 48243
>attorneylambert@protonmail.com

## COMPLIANCE WITH LOCAL RULE 7(m)

Counsel for Defendant has discussed the within Motion for Leave and Motion to Lift Protective Order with opposing counsel in a good-faith effort to determine whether there is an opposition to the relief sought, and whether there are any narrow areas of disagreement.

Counsel for Plaintiff consents to the filing of the motion for leave, but opposes the motion to lift the protective order.

                                                    Respectfully submitted,

                                                   /s/ Stefanie Lambert

                                                 _____
Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on April 17, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com