# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC. and DOMINION VOTING SYSTEMS CORPORATION,<br>   *Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>   *Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S AMENDED MOTION TO FILE UNDER SEAL

On April 17, 2024, Defendant Patrick Byrne ("Defendant") filed Defendant's Revised and Amended Motion for Leave to File Motion to Lift Protective Order Under Seal ("Motion to Seal"). *See* ECF No. 89. The underlying motion that Defendant seeks to seal is his Amended Motion to Modify or Lift Protective Order ("Motion to Lift"). *See* ECF No. 90. The Motion to Lift attaches, refers to, and purports to describe information protected from disclosure under this Court's Amended Protective Order (ECF No. 79) and Protective Order (ECF No. 46).

Plaintiffs understand that under Local Rule 7(b), not filing an opposition to the Motion to Seal indicates no opposition. For the avoidance of doubt and in response to this Court's April 15, 2024 Minute Order, Plaintiffs respond that they do not oppose the Motion to Seal (ECF No. 89).

Plaintiffs do oppose Defendant's Motion to Lift (ECF No. 90) and will file a response by May 1, 2024 in accordance with the Court's Minute Order.

Dated: April 20, 2024                                    Respectfully submitted,

/s/     *Laranda Walker*

Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000

Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of April 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                     */s/ Elizabeth Hadaway*
                                                      Elizabeth Hadaway