IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>*Plaintiffs / Counter-Defendants*,<br><br>v<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action 1:21-cv-02131 (CJN / MAU) |

DEFENDANT, PATRICK BYRNE'S MOTION TO RESCHEDULE THE 11:00 A.M. MAY 10, 2024 IN-PERSON HEARING ON PLAINTIFF'S EMERGENCY MOTION (75)

Comes now Defendant, Patrick Byrne, by and through undersigned, and pursuant to the Federal Rules of Civil Procedure and Local Civil Rule (LCvR) 7, hereby files this Motion to Reschedule the 11:00 a.m., May 10, 2024, in-person hearing on Plaintiff's Emergency Motion (Docket No. 75), stating in support as follows.

On April 15, 2024, the Court entered a MINUTE ORDER as follows: "The Parties shall appear for a hearing on Plaintiff's Emergency Motion 75 on May 10, 2024 at 11:00 AM in person before Magistrate Judge Moxila A. Upadhyaya. Motion Hearing set for 5/10/2024 at 11:00 AM in Courtroom 5- In Person before Magistrate Judge Moxila A. Upadhyaya. Signed by Magistrate Judge Moxila A. Upadhyaya on 04/15/2024. (lchk) (Entered: 04/15/2024)."

Undersigned counsel, who lives in Michigan, has a previously scheduled and personal conflict in Michigan on the date proposed. Undersigned cannot rearrange or otherwise make alternate arrangements for said conflict in her schedule. As counsel has to travel to the District of

1

Columbia for personal appearance at the Court's scheduled time and date for the hearing, it would be impossible to maintain the previously scheduled appointment and appear in this Court in time for the hearing.

Undersigned counsel has discussed several alternate dates with counsel for Plaintiff, and counsel for Plaintiff opposes rescheduling the May 10, 2024 hearing. The parties conferred and were able to offer to the Court May 13, 14, 15, 16, and 22 as available dates in the event the Court should grant Defendant's request. Plaintiff is also available May 1, 2024 and Plaintiff prefers that the hearing take place on a date prior to May 10, 2024. Defendant's counsel is unavailable on May 1, 2024 due to scheduling conflicts on April 29, 2024, April 30, 2024, and May 2, 2024.

WHEREFORE, for the reasons stated herein, Defendant moves this Honorable Court to Reschedule the Oral Argument Hearing on Plaintiff's Motion for Protective Relief and to Disqualify Counsel (75).

Respectfully submitted,

/s/ Stefanie Lambert
_____
Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Date: April 24, 2024

## COMPLIANCE WITH LOCAL RULE 7(m)

Counsel for Defendant has discussed the within Motion with opposing counsel in a good-faith effort to determine whether there is an opposition to the relief sought, and counsel for Plaintiff provides alternative dates but does not consent to the relief sought in this motion.

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com


Date: April 24, 2024

<u>CERTIFICATE OF SERVICE</u>

I, Stefanie Lambert, hereby certify that on April 24, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

        Respectfully submitted,

        /s/ Stefanie Lambert

        _____
        Stefanie Lambert Juntilla
        Law Offices of Stefanie L. Lambert, PLLC
        400 Renaissance Drive, FLOOR 26
        Detroit, MI 48243
        attorneylambert@protonmail.com

Date: April 24, 2024