# Exhibit 1

------- Forwarded Message -------
From: Jonathan Ross <JROSS@SusmanGodfrey.com>
Date: On Wednesday, 17 April 2024 at 6:26 PM
Subject: RE: Dominion, Inc. et al. v. Patrick Byrne: Lambert Disqualification Motion
To: Chris Kachouroff <chris@mck-lawyers.com>, AttorneyLambert <AttorneyLambert@protonmail.com>
CC: Hope Kashatus <Hope_Kashatus@dcd.uscourts.gov>, Courtney Moore <courtney_moore@dcd.uscourts.gov>, Upadhyaya Chambers <Upadhyaya_Chambers@dcd.uscourts.gov>, OANService <OANService@jw.com>, Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>, Marc Eisenstein <marc@coburngreenbaum.com>, Minoo S. Blaesche <mblaesche@jw.com>, Gregory M. Singer <gsinger@laurosinger.com>, Bethany Pickett Shah <bpickett@jw.com>, Cody Blades <blades@parkerdk.com>, Carl C. Butzer <cbutzer@jw.com>, Charles L. Babcock <cbabcock@jw.com>, Christina Vitale <cvitale@jw.com>, Christopher Grecian <grecian@parkerdk.com>, Daniel Marvin <Daniel.Marvin@kennedyslaw.com>, David Myers <dmyers@jw.com>, Elizabeth Wright <wright@parkerdk.com>, Jill Thorvig <Thorvig@parkerdk.com>, Joel R. Glover <jglover@jw.com>, John F. Lauro <jlauro@laurosinger.com>, John K. Edwards <jedwards@jw.com>, Jonathan D. Neerman <jneerman@jw.com>, Joe Pull <Pull@parkerdk.com>, Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>, Lori Johnson <johnson@parkerdk.com>, Marc Casarino

<Marc.Casarino@kennedyslaw.com>, Nancy W. Hamilton <nhamilton@jw.com>, Nathaniel R. Greene <greene@parkerdk.com>, Robert Cynkar <rcynkar@mck-lawyers.com>, Teresa Cinnamond <Teresa.Cinnamond@kennedyslaw.com>, Trent McCotter <mccotter@boydengrayassociates.com>, Patrick McSweeney <patrick@mck-lawyers.com>, dctobin@tobinoconnor.com <Dctobin@tobinoconnor.com>

Ms. Kashatus:

Because Ms. Lambert did not reach out to the Court before sending her email, Dominion provides its position here, in which we ask that if there is any date change, the new date be before May 10.

Dominion opposes any request to extend the hearing date beyond May 10. Ms. Lambert's breach continues to cause new harms on a regular basis. Just today, it was the stated basis [https://twitter.com/pjcolbeck/status/1780553264599064902] for the filing of a proposed complaint alleging Dominion's CEO John Poulos committed perjury:



**Patrick Colbeck**
@pjcolbeck

Today, I will be filing a criminal complaint in Lansing that alleges 15 counts of perjury by Dominion CEO John Poulos during his December 15, 2020 testimony before the Michigan Senate Oversight Committee under oath. His remarks formed the basis of the factually flawed MI Senate Report released in June of 2021 and have been repeated as "fact" in many media reports regarding the conduct of our elections. A professional criminal investigation of the veracity of his remarks is LONG overdue. Many Americans have suffered as a result of this delay. Recent revelations of internal Dominion emails facilitated by Attorney Stefanie Lambert and Sheriff Dar Leaf have provided significant insights into the veracity of his statements that merit such an investigation at this time. See the complaint that will be filed today at the following link. Review the assertions made and supporting evidence for yourself. Then review media stories covering the complaint. If past behavior is any indication, you will be provided with a front row seat as to how many "mainstream" media outlets are simply not reporting the truth.
migrassrootsalliance.org @TomJordanNews @TruckerRandy @realMikeLindell @realLizUSA @stevegrubershow @bobdutko @MrJustinBarclay @ThayroneX @EpochTimes @gatewaypundit @TheRealFrankSp1 @ElectionCrime @SheriffClarke @SheriffLeaf @CannConActual @BehizyTweets

6:05 AM · Apr 17, 2024 · **32.9K** Views

To be clear, the leaked documents, and Ms. Lambert's role in leaking them, were credited as the reason this so-called complaint could be brought. And Defendants in these cases including Patrick Byrne
[https://twitter.com/Sherlock439/status/1780666419475965770]

[https://twitter.com/Sherlock429/status/1780666410475065779] and Mike Lindell [https://twitter.com/realMikeLindell/status/1780659464137281958] are promoting stories about this filing online. The full Lindell video can be found at: https://frankspeech.com/video/it-takes-heroes-like-sheriff-dar-leaf-and-stephanie-lambert-to-save-our-country.

Separately, to the extent the Court does require Mr. Byrne engage new counsel, the sooner that happens the better in terms of keeping document discovery and depositions on schedule.

As noted above, to the extent the Court is open to advancing the hearing date, Dominion has no objection to that.

Thank you.

Jonathan Ross

Counsel for Dominion

---

**From:** Chris Kachouroff <chris@mck-lawyers.com>
**Sent:** Wednesday, April 17, 2024 4:23 PM
**To:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Cc:** Hope Kashatus <Hope_Kashatus@dcd.uscourts.gov>; Jonathan Ross <JROSS@SusmanGodfrey.com>; Courtney Moore <courtney_moore@dcd.uscourts.gov>; Upadhyaya Chambers <Upadhyaya_Chambers@dcd.uscourts.gov>; OANService <OANService@jw.com>; Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>; Marc Eisenstein <marc@coburngreenbaum.com>; Minoo S. Blaesche <mblaesche@jw.com>; Gregory M. Singer <gsinger@laurosinger.com>; Bethany Pickett Shah <bpickett@jw.com>; Cody Blades <blades@parkerdk.com>; Carl C. Butzer <cbutzer@jw.com>; Charles L. Babcock <cbabcock@jw.com>; Christina Vitale <cvitale@jw.com>; Christopher Grecian <grecian@parkerdk.com>; Daniel Marvin <Daniel.Marvin@kennedyslaw.com>; David Myers <dmyers@jw.com>; Elizabeth Wright <wright@parkerdk.com>; Jill Thorvig <Thorvig@parkerdk.com>; Joel R. Glover <jglover@jw.com>; John F. Lauro <jlauro@laurosinger.com>; John K. Edwards <jedwards@jw.com>; Jonathan D. Neerman <jneerman@jw.com>; Joe Pull <Pull@parkerdk.com>; Joshua A. Mooney <Joshua.Mooney@kennedyslaw.com>; Lori Johnson <johnson@parkerdk.com>; Marc Casarino <Marc.Casarino@kennedyslaw.com>; Nancy W. Hamilton <nhamilton@jw.com>; Nathaniel R. Greene <greene@parkerdk.com>; Robert Cynkar <rcynkar@mck-lawyers.com>; Teresa Cinnamond <Teresa_Cinnamond@kennedyslaw.com>; Trent McCotter

&lt;mccotter@boydengrayassociates.com&gt;; Patrick McSweeney &lt;patrick@mck-lawyers.com&gt;; dctobin@tobinoconnor.com

**Subject:** Re: Dominion, Inc. et al. v. Patrick Byrne: Lambert Disqualification Motion

EXTERNAL Email

Ms. Kashatus,

On behalf of My Pillow and Mr. Lindell, I also have a conflict on that date and would request a date after May 16.

Sincerely,

Chris Kachouroff

Stefanie Lambert