# Exhibit 2

------- Forwarded Message -------
From: Jonathan Ross <JROSS@SusmanGodfrey.com>
Date: On Thursday, 18 April 2024 at 11:03 AM
Subject: RE: Motion for Leave to file Sue Reply
To: AttorneyLambert <AttorneyLambert@protonmail.com>

> Dominion does object. Thanks.
>
>
> **From:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Sent:** Thursday, April 18, 2024 9:36 AM

**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Subject:** Motion for Leave to file Sue Reply

EXTERNAL Email

Dear Mr. Ross,

I intend to file a Motion for Leave to file Sur Reply to your Motion to Disqualify me as counsel.

Do you object?

Thank you,

Stefanie