IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BYRNE, <br><br> Defendant. | Civil Action No. 1:21-cv-02131 (CJN) <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO RESCHEDULE THE 11:00 A.M. MAY 10, 2024 IN-PERSON HEARING ON PLAINTIFF'S EMERGENCY MOTION (75)**

Plaintiffs file this response to correct Defendant Byrne's misrepresentation of the dates on which Plaintiffs (collectively "Dominion") are available for a rescheduled hearing. In short, for the dates Defendant's counsel says she is available, Dominion is available on May 13, 14, and 15. Dominion is not available on May 16 or May 22.

Dominion made this clear to Defendant's counsel on Tuesday. *See* April 23, 2024, Email from Jonathan Ross to Stefanie Lambert, attached as Exhibit 1. Specifically, Dominion requested that Ms. Lambert include the following position of Dominion in her motion:

> In addition to May 13-15 and the original court-ordered date of May 10, Dominion provided Ms. Lambert with seven dates before May 10 (April 29, 30, May 2-3 & 6-9) that it could be available.

> While Dominion requests the hearing not be pushed back any further than May 15, should the Court decide to do so, it can be available any day in May other than the following dates:

> May 1
> May 16
> May 17
> May 20

1

May 21
May 22

That remains Dominion's position on this motion. In addition, Dominion requested that Ms. Lambert provide a draft of her motion for Dominion's review before filing. *Id.* Ms. Lambert chose not to, and never responded to the email.

Dated: April 25, 2024

Respectfully submitted,

_____
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067

Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Jonathan J. Ross, hereby certify that April 25, 2024, a true and correct copy of Dominion's Response to Plaintiff's Motion to Reschedule the 11:00 a.m. May 10, 2024 In-Person Hearing on Plaintiff's Emergency Motion (75) was served via email on counsel of record in *US Dominion, Inc., v. Patrick Byrne*, No. 1:21-cv-02131 (CJN).

*/s/ Jonathan Ross*
_____
Jonathan J. Ross