# Exhibit 1

| | |
|---|---|
| **From:** | owner-dominion@lists.susmangodfrey.com on behalf of Jonathan Ross |
| **To:** | AttorneyLambert |
| **Cc:** | Dominion ListserveSusmanGodfrey |
| **Subject:** | RE: Fwd: Dominion, Inc. et al. v. Patrick Byrne: Lambert Disqualification Motion |
| **Date:** | Tuesday, April 23, 2024 3:08:47 PM |
| **Attachments:** | image001.png |

EXTERNAL Email

Ms. Lambert:

We would appreciate if you would send us a copy of your motion before you file so that we may revise the below as appropriate. But for the moment, please plan on including the below as Dominion's position.

Relatedly, we again request you explain *why* you are not available any date before May 10, as we have done below when we indicated we were unavailable on certain dates.

Also – please send us today a copy of the below video that has since been deleted by Mr. Byrne from Twitter.



Jonathan Ross

**Dominion's Position for Inclusion in the Motion**:

In addition to May 13-15 and the original court-ordered date of May 10, Dominion provided Ms. Lambert with seven dates before May 10 (April 29, 30, May 2-3 & 6-9) that it could be available.

While Dominion requests the hearing not be pushed back any further than May 15, should the Court decide to do so, it can be available any day in May other than the following dates:

May 1
May 16
May 17
May 20
May 21
May 22

**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Sent:** Tuesday, April 23, 2024 12:26 PM
**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Subject:** RE: Fwd: Dominion, Inc. et al. v. Patrick Byrne: Lambert Disqualification Motion

EXTERNAL Email
I will indicate that Dominion is available on those dates.

Would you like to communicate dates for the month of May.

The court could assume that you are available the remainder of the month and set the hearing for a date that you have a conflict.

Thank you,

Stefanie

Sent from Proton Mail for iOS


On Tue, Apr 23, 2024 at 1:21 PM, Jonathan Ross <JROSS@SusmanGodfrey.com> wrote:

> In that case you can say that Dominion is available on either May 13, 14 or 15. We leave it to you whether or not you want to run those dates by the other defendants before filing your motion.
>
> Thanks.
>
> **From:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Sent:** Tuesday, April 23, 2024 12:17 PM
> **To:** Jonathan Ross <JROSS@SusmanGodfrey.com>
> **Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
> **Subject:** RE: Fwd: Dominion, Inc. et al. v. Patrick Byrne: Lambert Disqualification Motion
>
> EXTERNAL Email
> Good afternoon,

I intend to file the motion this evening.

I now have a conflict on May 20.

I do not have any dates prior to May 10 that I'm able to propose.

Please let me know which dates in May that you would like me to indicate that are unavailable in the motion.

Thank you,

Stefanie

Sent from Proton Mail for iOS

On Tue, Apr 23, 2024 at 1:09 PM, Jonathan Ross <JROSS@SusmanGodfrey.com> wrote:

> Ms. Lambert:
>
> Any dates before May 10 we can propose? We can generally do May 14 and 15. The 13th is possible but more difficult for us.
>
> If you are to get a different date from May 10 you will need to file your motion soon, and we should give the Court the greatest number of dates possible to have a chance of fitting into her schedule.
>
> Thanks.
>
> Jonathan Ross
>
> ---
>
> **From:** Jonathan Ross
> **Sent:** Monday, April 22, 2024 9:23 AM
> **To:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
> **Subject:** RE: Fwd: Dominion, Inc. et al. v. Patrick Byrne: Lambert Disqualification Motion
>
> We will confirm availability on those three dates and get back to you. In the meantime, please also provide every date you are available before May 10 so we can provide a complete set of options to the Court.
>
> Thanks.

**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Sent:** Monday, April 22, 2024 8:28 AM
**To:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Cc:** Dominion ListserveSusmanGodfrey <dominion@lists.susmangodfrey.com>
**Subject:** Re: Fwd: Dominion, Inc. et al. v. Patrick Byrne: Lambert Disqualification Motion

EXTERNAL Email

Good morning,

I am available May 13-15 and any day during the following week.

Please let me know if any of those dates will work for you.


Thank you,

Stefanie

Sent from Proton Mail for iOS


On Fri, Apr 19, 2024 at 7:43 PM, Jonathan Ross <JROSS@SusmanGodfrey.com> wrote:

> Ms. Lambert:
>
> Assuming you are going to file the motion contemplated by the Court asking for a different hearing date on our motion to disqualify, we can generally be available for a hearing the weeks of April 29, May 6, or May 13. Please propose some dates in that time frame that you are available for the hearing and hopefully we can come to an agreement on the dates to submit to the Court.
>
> Thanks.
>
> Jonathan J. Ross
> Partner & General Counsel
> Susman Godfrey LLP
> 1000 Louisiana Suite 5100
> Houston, Texas 77002
> 713-653-7813