IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |

**PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO MODIFY OR LIFT PROTECTIVE ORDER**

Pursuant to Local Rule 5.1(h), Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs") file this Motion to Seal Plaintiffs' Opposition to Defendant's Motion to Modify or Lift Protective Order ("Plaintiffs' Motion to Seal") and hereby move to seal Plaintiffs' Opposition to Defendant's Motion to Modify or Lift Protective Order, including all exhibits ("Plaintiffs' Opposition"). A proposed order is filed herewith as Attachment 1.

On April 25, 2024, this Court entered an order stating that "Defendants Motion to Lift Protective Order at 90 and related filings shall remain under seal." April 25, 2024 Minute Order, 1:21-cv-02131. Plaintiffs' Opposition responds to and refers to information contained within the sealed Defendant's Motion to Modify or Lift Protective Order ("Motion to Lift") (Doc. 90). Accordingly, Plaintiffs understand that under this Court's Order, Plaintiffs' Opposition must be filed under seal.

Plaintiffs' Opposition also contains information from discovery in this litigation, which this Court has ordered must be protected from disclosure under this Court's Protective Order (Doc.

1

46) and Amended Protective Order (79).  *See* Doc. 79, ¶ 1 ("Any Discovery Material produced in the Litigation will be used, except by the Producing Party, solely for purposes of this Litigation and no Receiving Party will provide Discovery Material to any person or entity (including for any other litigation) or make any Discovery Material public except as permitted by this Order and in this Litigation.").  Dominion has strong privacy interests in maintaining the confidentiality of this information and would be prejudiced by disclosure, as set forth in in Plaintiffs' Opposition.  *See Metlife, Inc. v. Fin. Stability Oversight Council*, 865 F.3d 661, 665 (D.C. Cir. 2017).

Furthermore, Plaintiffs requested Defendant's position on this Motion to Seal, and Defendant does not oppose.

Dated:  May 1, 2024                                                          Respectfully submitted,

/s/     *Laranda Walker*

Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.

New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Edgar Sargent*
Edgar Sargent
