IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br>  *Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>  *Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Upon consideration of Plaintiffs' Motion to Seal Plaintiffs' Opposition to Defendant's Motion to Modify or Lift Protective Order, which responds to Defendant's Motion to Modify or Lift Protective Order (Doc. 90), which this Court ordered to be sealed on April 25, 2024, considering all oppositions, argument if any, and the entire record, it is hereby found that good cause exists and justice so requires that it be **ORDERED** that the Plaintiffs' Motion to Seal is **GRANTED**.

**It is SO ORDERED.**

Signed this ___ day of _____ 2024.

_____
Hon. Moxila A. Upadhyaya
United States Magistrate Judge