**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| U.S. DOMINION, INC., et al., | |
| *Plaintiffs / Counter-Defendants*, | Civil Action 1:21-cv-02131 (CJN / MAU) |
| v | |
| PATRICK BYRNE, | |
| *Defendant*. | |

<u>DEFENDANT, PATRICK BYRNE'S EMERGENCY MOTION TO RESCHEDULE THE
11:00 A.M., MAY 13, 2024 IN-PERSON HEARING ON PLAINTIFF'S EMERGENCY
MOTION (75)</u>

Comes Now Defendant, Doctor Patrick Byrne, by and through undersigned, and pursuant to

the Federal Rules of Civil Procedure and Local Civil Rule (LCvR) 7, hereby files this Motion to

Reschedule or adjourn the 11:00 a.m., May 13, 2024, in-person hearing on Plaintiff's Emergency

Motion (Docket No. 75), to May 27, 2024 stating in support as follows:

1.      On April 25, 2024, the Court entered a MINUTE ORDER, which read, in pertinent part,

as follows: "Given that this is Defendant's first request to reschedule this matter and that Defendant

has represented the Parties will be available the immediately following week (confirmed by

Plaintiffs in 94), the Court determines that good cause exists to postpone the hearing to May 13,

2024, at 11:00 AM and GRANTS Defendant's Motion at ECF No. 92 . In granting Defendant's

request, the Court acknowledges the severity of the allegations at issue in ECF No. 75 . The Court

will not reschedule this hearing again absent a showing of exigent circumstances. Further, as the

1

Court ordered at the March 18, 2024 hearing, Defendant himself is ordered to attend the rescheduled hearing on May 13, 2024 at 11:00 AM."

2.      On March 15, 2024, Dominion filed a procedurally deficient (combined) emergency motion for protective relief and emergency motion to disqualify counsel, which this Court deemed consolidated and considered together.  (See Docket Entry (DE) 75).

3.      On March 18, 2024, undersigned filed a response (DE 76), and the Court immediately held a hearing on the "emergency" motions filed by Dominion.

4.      Michigan Attorney General Nessel has previously sought to prosecute undersigned, who has been opposing counsel to her in multiple lawsuits.

5.      Now, in a new effort by AG Nessel to prosecute undersigned, a motion hearing is being scheduled for Monday, May 13, 2024 at 2:30 p.m. EST in Michigan where undersigned has to appear as more bogus charges have been proffered against her by AG Nessel.

6.      The AG will attempt to have a bond issued to coincide with a time that she knows due to the public docket in this case, and the Court's minute orders, which anyone can review on PACER, that undersigned will be out of the State of Michigan and here in the District of Columbia with her client.

7.      Thus, undersigned is forced at her peril to either attend the hearing here on May 13 at 11:00 a.m. risking another bogus attempt by AG Nessel with Dominion's blessing, to claim that undersigned is not showing up for process in Michigan, or attend the hearing in Michigan at 2:30 on that same day and miss the Court's hearing in this case at the peril of her client.

8.     Once again AG Nessel will be allowed to play a hand in thwarting Defendant, Dr. Byrne, from receiving meaningful representation from the counsel of his choice, who is the most qualified and knowledgeable attorney in the country on these ongoing issues concerning Dominion.

9.     Undersigned must now prepare and defend herself on these charges once again conveniently filed by AG Nessel just before the scheduled hearing in this case.

10.    Therefore, undersigned and Dr. Byrne, is requesting an adjournment of this Court's scheduled hearing of Monday, May 13, 2024 at 11:00 A.M.

WHEREFORE, for the reasons stated herein, and for exigent circumstances and good cause shown, Defendant moves this Honorable Court to Adjourn the Hearing on Plaintiff's Motion for Protective Relief and to Disqualify Counsel (75) to May 27, 2024.

Respectfully submitted,

/s/ Stefanie Lambert

_____

Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Date:  May 10, 2024

<u>COMPLIANCE WITH LOCAL RULE 7(m)</u>

Counsel for Defendant has discussed the within Motion with opposing counsel in a good-faith effort to determine whether there is an opposition to the relief sought, and counsel for Plaintiff asked for alternative dates this week, but has not opposed or consented to the adjournment.

Respectfully submitted,

/s/ Stefanie Lambert

_____

Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Date: May 10, 2024

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on May 10, 2024, true and correct copies of the

foregoing were served via email on counsel of record for every party in *US Dominion, et al. v.*

*Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

<div style="margin-left:40%">

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

</div>

Date: May 10, 2024