# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>*Plaintiffs / Counter-Defendants*,<br><br>v<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action 1:21-cv-02131 (CJN / MAU) |

### DEFENDANT, PATRICK BYRNE'S EMERGENCY MOTION TO RESCHEDULE THE 11:00 A.M., MAY 13, 2024 IN-PERSON HEARING ON PLAINTIFF'S EMERGENCY MOTION (75) WITH AMENDED COMPLIANCE STATEMENT

Comes Now Defendant, Doctor Patrick Byrne, by and through undersigned, and hereby files this reply to Dominion's Response to his Emergency Motion to Reschedule or Adjourn the May 13, 2024 hearing.

1. Undersigned counsel seeks to attach email correspondence that reflects the communication by and between counsel was at Eastern Standard Time, and her motion had accurate information at the time of filing. (Attached email and screenshot correspondence).

2. Dominion's email, which they attached to their response, came in while in the process of filing Dr. Byrne's motion to adjourn. *Id*.

3. Undersigned then informed Dominion that she would be updating the court with opposing counsel's position in the statement of compliance. *Id*.

1

4. Following that, Dominion filed a responsive motion, indicating that Ms. Lambert had misled the court, when in fact she had informed counsel she was updating the court with their position on the motion now that she had received it. *Id*.

WHEREFORE, for the reasons stated herein, and for exigent circumstances and good cause shown, Defendant moves this Honorable Court to Adjourn the Hearing on Plaintiff's Motion as requested.

                                                 Respectfully submitted,

                                                 /s/ Stefanie Lambert

                                                 _____
                                                 Stefanie Lambert
                                                 Law Offices of Stefanie L. Lambert, PLLC
                                                 400 Renaissance Drive, FLOOR 26
                                                 Detroit, MI 48243
                                                 attorneylambert@protonmail.com

Date: May 10, 2024

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on May 10, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

        Respectfully submitted,

        /s/ Stefanie Lambert

        _____
        Stefanie Lambert Juntilla
        Law Offices of Stefanie L. Lambert, PLLC
        400 Renaissance Drive, FLOOR 26
        Detroit, MI 48243
        attorneylambert@protonmail.com

Date: May 10, 2024