Sent from Proton Mail for iOS

---------- Forwarded message ----------
From: AttorneyLambert <AttorneyLambert@protonmail.com>
Date: On Fri, May 10, 2024 at 2:07 PM
Subject: Fw: Re: Adjournment
To: Davida Brook <DBrook@susmangodfrey.com>
Cc: Dominion SG Simplelist <Dominion@simplelists.susmangodfrey.com>

Ms. Brooks,

I had just filed the motion before receiving your last email. I will inform the court that Dominion opposes the adjournment beyond this week.

Thank you,

Stefanie
https://ecf.dcd.uscourts.gov/doc1/045110653979?caseid=234316&de_seq_num=379&magic_num=27774828

Sent from Proton Mail for iOS

On Fri, May 10, 2024 at 1:53 PM, Davida Brook <DBrook@susmangodfrey.com> wrote:

> Ms. Lambert,
>
> For reasons already stated, we do not think it is appropriate to defer this hearing beyond this coming week.  Our other existing obligations aside, we will make ourselves available any day this week for the hearing, we ask you do the same.
>
> We plan to send the below to the Court in the next 30 minutes to assure the Court has as much notice as possible.
>
> Thank you,
> Davida
>
> ___

Dear Judge Upadhyaya and Chambers,

Below you will find a thread initiated by Ms. Lambert this morning seeking to adjourn this Monday's hearing.

Our understanding is on Wednesday of this past week, Michigan's Attorney General announced new felony charges against Ms. Lambert (that. Ms. Lambert disputes) relating to unauthorized access to election machines. Per Ms. Lambert, her arraignment has been set for this coming Monday at 2:30 pm in Michigan and, as such, she has asked Dominion to agree to adjourn the Monday hearing before Your Honor.

Dominion's preference would be to proceed on Monday, but if that is not possible, Dominion let Ms. Lambert know it can be available any other day this coming week.  Ms. Lambert let Dominion know that does not work for her schedule.

Given that it is the Friday before the Monday hearing, we wanted to bring this issue to your attention promptly.

Thank you,
Davida

---

**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Date:** Friday, May 10, 2024 at 10:24 AM
**To:** Davida Brook <DBrook@susmangodfrey.com>
**Cc:** Dominion SG Simplelist <Dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Adjournment

EXTERNAL Email

I am no longer available this week. I have a hearing scheduled on a client matter on the 15th. I will not be able to travel to DC due to these conflicts on Monday and Wednesday.

I do not have documentation related to the Monday hearing but it is scheduled for 2:30 pm.

Sent from [Proton Mail](Proton Mail) for iOS

On Fri, May 10, 2024 at 1:17 PM, Davida Brook <[DBrook@susmangodfrey.com](DBrook@susmangodfrey.com)> wrote:

> Ms. Lambert,
>
> For the record, we are not aware of any bogus charges. That issue aside, for purposes of Monday, please immediately provide whatever documentation exists showing you are required to appear in court in Michigan on Monday.
>
> Also – please advise whether you would be available to appear for this hearing on any other date this week (May 14, 15, 16, and 17).
>
> Thank you,
> Davida
>
> ---
>
> **From:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Date:** Friday, May 10, 2024 at 10:08 AM
> **To:** Davida Brook <DBrook@susmangodfrey.com>
> **Cc:** Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
> **Subject:** Re: Adjournment
>
> <mark>EXTERNAL Email</mark>
> As you know, the MI AG has fashioned bogus charges requiring my appearance in court on Monday.
>
> Sent from [Proton Mail](Proton Mail) for iOS
>
> On Fri, May 10, 2024 at 12:47 PM, Davida Brook <[DBrook@susmangodfrey.com](DBrook@susmangodfrey.com)> wrote:

Ms. Lambert,

Mr. Ross forwarded me your email below. As a reminder, please copy our list serv, included in the CC line here, on all communications.

On what grounds are you seeking adjournment?

Thank you,
Davida


Begin forwarded message:

> **From:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Date:** May 10, 2024 at 11:35:48 AM CDT
> **To:** Jonathan Ross <JROSS@susmangodfrey.com>
> **Subject: Adjournment**

EXTERNAL Email

Dear Mr. Ross,

Please advise if you will consent to adjourning the hearing set for Monday.

Thank you,

Stefanie Lambert


Sent from Proton Mail for iOS



3:01

10 messages
Adjournment

✏️ AttorneyLambert                          📄 1:50 PM

DB  **Davida Brook**              🛡 📥 1:53 PM
    🔒 DBrook@susmangodfrey.com       ↩
    To: Dominion SG Simplelist, Atto... ▼

Ms. Lambert,

For reasons already stated, we do not think it is appropriate to defer this hearing beyond this coming week.  Our other existing obligations aside, we will make ourselves available any day this week for the hearing, we ask you do the same.

We plan to send the below to the Court in the next 30 minutes to assure the Court has as much notice as possible.

Thank you,
Davida

Davida

\_\_\_\_

Dear Judge Upadhyaya and Chambers,

Below you will find a thread initiated by Ms. Lambert this morning seeking to adjourn this Monday's hearing.

Our understanding is on Wednesday of this past week, Michigan's Attorney General announced new