IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>*Plaintiffs / Counter-Defendants*,<br><br>v<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action 1:21-cv-02131 (CJN / MAU) |

DEFENDANT, PATRICK BYRNE'S SUPPLEMENT TO EMERGENCY MOTION TO RESCHEDULE THE 11:00 A.M., MAY 13, 2024 IN-PERSON HEARING ON PLAINTIFF'S EMERGENCY MOTION (75)

Comes Now Defendant, Doctor Patrick Byrne, by and through undersigned, and hereby files this SUPPLEMENT to his Emergency Motion to Reschedule or Adjourn the May 13, 2024 hearing.

1. The Court issued a minute order requiring Dr. Byrne and undersigned to file a supplemental statement to his Emergency Motion to Reschedule or Adjourn the May 13, 2024 hearing, "no later than 5:00 PM EST Friday, May 10, 2024 that includes the following: (1) an official notice of the just-scheduled 2:30 PM EST hearing in Michigan or other official proof of the hearing, such as the official docket of the matter; and (2) after meeting and conferring with Plaintiffs' Counsel, **three proposed dates for the rescheduled hearing in the next two weeks**.

2. Undersigned attaches the correspondence regarding the proceedings scheduled for 2:00 P.M. EST in Michigan on Monday, May 10, 2024. (Attachment 1).

1

3. Undersigned further states that she has conferred with opposing counsel and the following dates are proposed alternate dates for the hearing: the 16th and 23rd of May. See Attachment 2, correspondence with Dominion.

4. These are the dates the parties have indicated are both available. Dominion further asked undersigned to provide reasons why she is not available on other dates, but the Court simply asked for the dates that the parties could agree on, which are provided in the previous paragraph. Due to constant threats and for reasons of security to herself and her family, undersigned sees no reason to disclose reasons, where she will be, and other available dates beyond that required by the Court's order.

5. Dr. Byrne will only be available via Zoom or equivalent internet conference service to participate and be present for the hearing due to the fact he will be traveling internationally.

WHEREFORE, for the reasons stated herein, and for exigent circumstances and good cause shown, Defendant moves this Honorable Court to Adjourn the Hearing on Plaintiff's Motion as requested.

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Date: May 10, 2024

CERTIFICATE OF SERVICE

    I, Stefanie Lambert, hereby certify that on May 10, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

    Respectfully submitted,

    /s/ Stefanie Lambert
    _____
    Stefanie Lambert Juntilla
    Law Offices of Stefanie L. Lambert, PLLC
    400 Renaissance Drive, FLOOR 26
    Detroit, MI 48243
    attorneylambert@protonmail.com

Date: May 10, 2024