# Stefanie Lambert

| | |
|---|---|
| From: | Cunningham, Richard (AG) (cunninghamr3@michigan.gov) |
| To: | danjh1234@yahoo.com |
| Cc: | hagamanclarkd@michigan.gov; liddellr@michigan.gov; pattersono@michigan.gov; krausn@michigan.gov |
| Date: | Thursday, May 9, 2024 at 02:30 PM EDT |

Mr. Hartman. I am the assistant attorney general who will serve as the trial prosecutor for the case brought against Stefanie Junttila, a/k/a Stefanie Lambert. Ms. Lambert and former Adams Township Clerk Stephanie Scott were charged in the 41 District Court (Hillsdale County). Attached is the warrant showing the specific charges.

You have indicated that your client will voluntarily appear for an arraignment on the complaint and warrant. In that regard, she must first be fingerprinted and processed. The Officer-In-Charge of the case is D/Sgt Nathaniel Kraus. By copy of this email I am alerting him that you are an attorney on the case. Please contact D/Sgt Kraus for instructions on getting your client processed,

Please advise me when your client is arraigned, and a probable cause conference is scheduled. I will then provide you with the extensive discovery materials in this case.

Richard L. Cunningham
Assistant Attorney General
Criminal Trials Division
3030 W. Grand Blvd., Ste 10-354
Detroit, MI 48202

(517) 881-4509


SignedWarrants.pdf
184.1kB

## RE: Stefanie Lambert

From: Cunningham, Richard (AG) (cunninghamr3@michigan.gov)

To: danjh1234@yahoo.com

Cc: hagamanclarkd@michigan.gov; liddellr@michigan.gov; pattersono@michigan.gov; krausn@michigan.gov

Date: Thursday, May 9, 2024 at 03:57 PM EDT

Mer. Hartman. I just had a telephone conversation with D/Sgt Kraus. As reflected in the copy of the warrant I sent you, the charges were brought in the 2B District Court for Hillsdale County. D/Sgt Kraus has advised me that the Michigan State Police will not be involved in processing a defendant prior to arraignment. He informed me that the appropriate procedure would be for the defendant to turn herself in directly to the court, and they will arrange for fingerprinting and processing. I thus suggest that you contact the 2B District Court for further information.

Richard L. Cunningham
Assistant Attorney General
Criminal Trials Division
3030 W. Grand Blvd., Ste 10-354
Detroit, MI 48202

(517) 881-4509

**From:** Cunningham, Richard (AG)
**Sent:** Thursday, May 9, 2024 2:31 PM
**To:** danjh1234@yahoo.com
**Cc:** Hagaman-Clark, Danielle (AG) <HagamanClarkD@michigan.gov>; Liddell, Robyn (AG) <LiddellR@michigan.gov>; Patterson, Oronde (AG) <PattersonO@michigan.gov>; Kraus, Nathaniel (MSP) <KrausN@michigan.gov>
**Subject:** Stefanie Lambert

Mr. Hartman. I am the assistant attorney general who will serve as the trial prosecutor for the case brought against Stefanie Junttila, a/k/a Stefanie Lambert. Ms. Lambert and former Adams Township Clerk Stephanie Scott were charged in the 41 District Court (Hillsdale County). Attached is the warrant showing the specific charges.

You have indicated that your client will voluntarily appear for an arraignment on the complaint and warrant. In that regard, she must first be fingerprinted and processed. The Officer-In-Charge of the case is D/Sgt Nathaniel Kraus. By copy of this email I am alerting him that you are an attorney on the case. Please contact D/Sgt Kraus for instructions on getting your client processed,

Please advise me when your client is arraigned, and a probable cause conference is scheduled. I will then provide you with the extensive discovery materials in this case.

Richard L. Cunningham

Assistant Attorney General

Criminal Trials Division

3030 W. Grand Blvd., Ste 10-354

Detroit, MI 48202