Sent from Proton Mail for iOS

---------- Forwarded message ----------
From: Davida Brook <DBrook@susmangodfrey.com>
Date: On Fri, May 10, 2024 at 4:37 PM
Subject: Fw: Re: Adjournment
To: AttorneyLambert <AttorneyLambert@protonmail.com>
Cc: Dominion SG Simplelist <Dominion@simplelists.susmangodfrey.com>

Ms. Lambert,

My email below already indicated that Dominion will make itself available on both the 16th and the 23rd. And even though we are under the same time constraints as you, my email also indicates every other day in the two week period flagged by the Court Dominion is available – and to the extent it is not available – the reason.

We request that you please attach this entire thread to your filing to the Court due at 5 pm so that Dominion's position is included and we need not bother the Court with an additional filing.

Thank you,
Davida

---

**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Date:** Friday, May 10, 2024 at 1:33 PM
**To:** Davida Brook <DBrook@susmangodfrey.com>
**Cc:** Dominion SG Simplelist <Dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Adjournment

EXTERNAL Email
Ms. Brooks,

I need to file the proposed dates with the court in less than 20 min.

Please advise if you are available on the 16th or the 23rd.

Thank you,

Stefanie

Sent from Proton Mail for iOS

On Fri, May 10, 2024 at 4:23 PM, Davida Brook <DBrook@susmangodfrey.com> wrote:

Ms. Lambert,

Given the Court's order to provide 3 dates, we request you respond to this email and explain why you are unavailable the other days in the two-week period.  We have provided a template for a table that can be provided to the Court below.  Please fill it out and return to us for our review asap and prior to the filing with the Court.  That way, we can provide our position for inclusion with your filing in lieu of inundating the Court with multiple filings.

As to your client, it is not up to Dominion whether he appears in person or not.  Please take that up with the Court.  Absent any further information, Dominion opposes Mr. Byrne's entirely unsubstantiated request to appear by zoom.

| Date | Dominion | If unavailable, why | Lambert | If unavailable, why |
|---|---|---|---|---|
| May 13 | Available | | Unavailable | Arraignment in Michigan |
| May 14 | Available | | | |
| May 15 | Available | | | |
| May 16 | Available | | Available | |
| May 17 | Available | | | |
| May 20 | Unavailable | Long scheduled | Unavailable | Hearing in [insert |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | mediation before retired Magistrate Judge in Los Angeles |  | <mark>matter #]</mark> |
| May 21 | Unavailable | Long scheduled mediation before retired Magistrate Judge in Los Angeles |  |  |
| May 22 | Unavailable | Needed travel day to get from Los Angeles to DC |  |  |
| May 23 | Available |  | Available |  |
| May 24 | Available |  |  |  |

Thank you,
Davida

---

**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Date:** Friday, May 10, 2024 at 1:07 PM
**To:** Davida Brook <DBrook@susmangodfrey.com>
**Cc:** Dominion SG Simplelist <Dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Adjournment

<mark>　　　　　　　　</mark>

<mark>EXTERNAL Email</mark>

My hearing on the 15th has now been moved to the 20th. My client is not available on the 15th.

I am available the 16th, and the 23rd.

My client will need to appear by zoom.

Sent from [Proton Mail](#) for iOS

On Fri, May 10, 2024 at 3:39 PM, Davida Brook <[DBrook@susmangodfrey.com](#)> wrote:

> Ms. Lambert,
> 
> Please respond promptly by letting us know **all dates** you are available in the next two weeks.
> 
> Thank you,
> Davida
> 
> ---
> 
> **From:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Date:** Friday, May 10, 2024 at 11:07 AM
> **To:** Davida Brook <DBrook@susmangodfrey.com>
> **Cc:** Dominion SG Simplelist <Dominion@simplelists.susmangodfrey.com>
> **Subject:** Re: Adjournment
> 
> <mark>EXTERNAL Email</mark>
> 
> Ms. Brooks,
> 
> I had just filed the motion before receiving your last email. I will inform the court that Dominion opposes the adjournment beyond this week.
> 
> Thank you,

Stefanie

https://ecf.dcd.uscourts.gov/doc1/045110653979?caseid=234316&de_seq_num=379&magic_num=27774828

Sent from Proton Mail for iOS


On Fri, May 10, 2024 at 1:53 PM, Davida Brook <DBrook@susmangodfrey.com> wrote:

> Ms. Lambert,
>
> For reasons already stated, we do not think it is appropriate to defer this hearing beyond this coming week.  Our other existing obligations aside, we will make ourselves available any day this week for the hearing, we ask you do the same.
>
> We plan to send the below to the Court in the next 30 minutes to assure the Court has as much notice as possible.
>
> Thank you,
> Davida
>
> ___
>
> Dear Judge Upadhyaya and Chambers,
>
> Below you will find a thread initiated by Ms. Lambert this morning seeking to adjourn this Monday's hearing.
>
> Our understanding is on Wednesday of this past week, Michigan's Attorney General announced new felony charges against Ms. Lambert (that. Ms. Lambert disputes) relating to unauthorized access to election machines. Per Ms. Lambert, her arraignment has been set for this coming Monday at 2:30 pm in Michigan and, as such, she has asked

Dominion to agree to adjourn the Monday hearing before Your Honor.

Dominion's preference would be to proceed on Monday, but if that is not possible, Dominion let Ms. Lambert know it can be available any other day this coming week. Ms. Lambert let Dominion know that does not work for her schedule.

Given that it is the Friday before the Monday hearing, we wanted to bring this issue to your attention promptly.

Thank you,
Davida

---

**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Date:** Friday, May 10, 2024 at 10:24 AM
**To:** Davida Brook <DBrook@susmangodfrey.com>
**Cc:** Dominion SG Simplelist <Dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Adjournment

EXTERNAL Email
I am no longer available this week. I have a hearing scheduled on a client matter on the 15th. I will not be able to travel to DC due to these conflicts on Monday and Wednesday.

I do not have documentation related to the Monday hearing but it is scheduled for 2:30 pm.

Sent from [Proton Mail](#) for iOS

On Fri, May 10, 2024 at 1:17 PM, Davida Brook <DBrook@susmangodfrey.com> wrote:

> Ms. Lambert,
>
> For the record, we are not aware of any bogus charges. That issue aside, for purposes of Monday, please immediately provide whatever documentation exists showing you are required to appear in court in Michigan on Monday.
>
> Also – please advise whether you would be available to appear for this hearing on any other date this week (May 14, 15, 16, and 17).
>
> Thank you,
> Davida
>
> ---
>
> **From:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Date:** Friday, May 10, 2024 at 10:08 AM
> **To:** Davida Brook <DBrook@susmangodfrey.com>
> **Cc:** Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
> **Subject:** Re: Adjournment
>
> EXTERNAL Email
> As you know, the MI AG has fashioned bogus charges

requiring my appearance in court on Monday.

Sent from Proton Mail for iOS

On Fri, May 10, 2024 at 12:47 PM, Davida Brook <DBrook@susmangodfrey.com> wrote:

> Ms. Lambert,
>
> Mr. Ross forwarded me your email below. As a reminder, please copy our list serv, included in the CC line here, on all communications.
>
> On what grounds are you seeking adjournment?
>
> Thank you,
> Davida
>
>> Begin forwarded message:
>>
>> **From:** AttorneyLambert <AttorneyLambert@protonmail.com>
>> **Date:** May 10, 2024 at

11:35:48 AM CDT
**To:** Jonathan Ross <JROSS@susmangodfrey.com>
**Subject: Adjournment**

EXTERNAL Email

Dear Mr. Ross,

Please advise if you will consent to adjourning the hearing set for Monday.

Thank you,

Stefanie Lambert

Sent from [Proton Mail](#)

for iOS