# EXHIBIT 42

| | |
|---|---|
| **From:** | Maat, Timothy |
| **To:** | Jonathan Ross |
| **Cc:** | Hilson, Dale |
| **Subject:** | RE: Inquiry regarding People of the State of Michigan vs. Stefanie Lynn Lambert Junitlla, Case No. 2023-285759-FH |
| **Date:** | Wednesday, May 15, 2024 3:25:08 PM |

==EXTERNAL Email==

Mr. Ross:

Our office has been appointed to handle all matters in *People of the State of Michigan vs. Stefanie Lynn Lambert Junitlla*, Case No. 2023-285759-FH, which is currently pending before the Sixth Circuit Court in Oakland County, Michigan.  Trial is scheduled to begin on October 21, 2024.

In response to your inquiry:

1. All documents filed by Ms. Lambert in the Oakland County Circuit Court and the Michigan Court of Appeals remain public.  This includes documents that appear to be connected to your litigation and have been deemed by our office as being irrelevant in our pending criminal case.

2. Neither Ms. Lambert nor her attorney nor anyone acting on her behalf has **reached out to our office** to attempt to seal any filings she has made in the Court of Appeals or in the Trial Court.  The attorney of record for Ms. Lambert in her criminal case is attorney Daniel Hartman.  Ms. Lambert has been appearing on her own behalf in the Court of Appeals.  The two emergency appeals filed by Ms. Lambert have subsequently been denied, but the records and her filings remain public.  We are unaware of any other action being taken to limit the public disclosure of the documents filed by Ms. Lambert.

3. Further, our office will stipulate to any protective measures that Ms. Lambert requests regarding her filings until our trial court can rule on our objection to the admissibility of such information.  We will also comply with any court order that restricts or limits the disclosure of information pending trial.   We recognize our ethical duties pursuant to MRPC 3.6 to limit public disclosure of information that may substantially prejudice an adjudicative proceeding; including information that is likely inadmissible as evidence in a trial (MRPC 3.6(5)).

Our office has no interest in the civil litigation involving your client or any of the other parties and we take no position on any motions filed in your case.  Nevertheless, our office will voluntarily provide any information to any party or to the Court that furthers the interest of justice or impacts the fairness of any trial.

We will update you if any of the above changes.


Timothy M. Maat (P48691)
Muskegon County Prosecutor's Office

5th Floor, Hall of Justice
990 Terrace
Muskegon, Michigan 49441
maatti@muskegoncounty.net

---

**From:** Jonathan Ross <JROSS@SusmanGodfrey.com>
**Sent:** Wednesday, May 15, 2024 2:40 PM
**To:** Maat, Timothy <MaatTi@co.muskegon.mi.us>
**Cc:** Davida Brook <DBrook@susmangodfrey.com>; Maat, Timothy <MaatTi@co.muskegon.mi.us>
**Subject:** Inquiry regarding People of the State of Michigan vs. Stefanie Lynn Lambert Junitlla, Case No. 2023-285759-FH

> **WARNING:** This email originated outside of the Muskegon County email system!
> **DO NOT CLICK** links if the sender is unknown.
> **NEVER** provide your User ID or Password.

Mr. Mott:

My name is Jonathan Ross, and I am an attorney from the firm Susman Godfrey L.L.P. I represent Dominion Voting Systems in, among other cases, *U.S. Dominion et al. v. Patrick Byrne*, Case No. 1:21-cv-02131, pending in The United States District Court for the District of Columbia. I write regarding the following matter: *People of the State of Michigan vs. Stefanie Lynn Lambert Junitlla*, Case No. 2023-285759-FH, currently pending before the Sixth Circuit Court in Oakland County, Michigan.

Our understanding is that Ms. Stefanie Lambert publicly filed a collection of Dominion's documents in the above-mentioned criminal case. (See attached brief – excluding exhibits.)

As you may or may not be aware, per the attached public order, on March 19, 2024, the Magistrate Judge overseeing Dominion's lawsuit against Mr. Byrne ordered Ms. Lambert to: "immediately confer with her counsel in that matter and undertake every reasonable effort to remove such documents from the public record and file them under seal instead." (See attached order.)

Our understanding from checking the public docket in Michigan is that, as of this writing, the original public filing made by Ms. Lambert attaching Dominion's documents is still available for viewing on the public docket. From the docket sheet, we do not see any action that has been taken to seal Ms. Lambert's filing where she attaches Dominion's documents.

Could you please:

1. Confirm Ms. Lambert's filing in the aforementioned criminal matter attaching Dominion's documents is still available on the public docket?

2. Assuming the answer to (1) is yes, explain whether Ms. Lambert, her attorney, or anyone working on her behalf, has reached out to your office to attempt to seal this filing, or to your knowledge has made any other attempt to seal this filing?

3. If you receive any such outreach in the coming days, I would appreciate you letting us know.

We appreciate your prompt attention to this matter.

Thank you.

Jonathan J. Ross
Partner & General Counsel
Susman Godfrey LLP
1000 Louisiana Suite 5100
Houston, Texas 77002
713-653-7813