# EXHIBIT 43

**In the Matter Of:**

*Explosive Kari Lake pt 2-Supreme Court Case Checkmate in two! 2 April 2024*

---

*AUDIO TRANSCRIPTION*

*April 02, 2024*

---



1

```
1    --------------------------------------------------

2

3

4              *** AUDIO TRANSCRIPTION ***

5         Explosive Kari Lake pt #2-Supreme Court Case

6             Checkmate in two! 2 April 2024

7                        * * *

8

9    --------------------------------------------------

10

11

12

13

14

15

16

17

18

19

20

21

22

23   Transcribed

24   By:  Erica Paradysz

25   Job No.: 2024-941658
```

**2**

1  MR. BYRNE:  Hey, sorry about middle of
2  the night -- sorry about the middle of the
3  night.  Nothing I can do about that.  I
4  didn't want to wait.  And some people want to
5  see it in the middle of the night.  Listen,
6  big developments.  Big developments.  I need
7  more light on me.  Oh, well, as good as it
8  gets.  Big developments.  Hey.  Good, good,
9  good.
10  I am filing with this -- oh, I'll put
11  the attachment -- I'll put the attachment on
12  this.  Big developments.  Filing in the Kari
13  Lake case at the Supreme Court.  Just to
14  remind you, there's been a number of
15  different Kari Lake cases.  Pardon me for
16  those who weren't here last time.
17  Looks like I took a nice left hook.
18  Truth is, and cut there, I had my tooth
19  removed a week ago.  My face turned black and
20  blue.  I just feel like the eyes in fight
21  club.  I show up in college classes with
22  black eyes and stuff.  But this is right rear
23  upper molar.  Okay.
24  Kari Lake case.  Just to refresh your
25  memory, in court systems, there's the

**3**

1  district court, the appellate, the Supreme
2  Court.  That's the state and the federal.
3  Kari Lake has filed many cases you've heard
4  of.  One of them was, she filed a case in the
5  federal district court in Arizona saying, "No
6  machines can be used in 2024 because there's
7  clearly ridiculously corrupt."  And all the
8  evidence that we've gathered so far -- all
9  the evidence we've gathered so far.
10  The district court said, "No, too
11  speculative.  We're not going to take the
12  case."  The appellate court, the Ninth
13  Circuit said, "No, they're correct.  It's too
14  speculative."  Well, now we have all this
15  evidence.  We've got all the evidence, what
16  we've been -- which I'll be going through
17  again in a moment.
18  And we filed it -- she's filed at the
19  Supreme Court, Kurt Olsen's her lawyer, and
20  introduced new evidence, which you normally
21  can't do as you appeal, but you can if the
22  reason a lower court said something was too
23  speculative.  When you appeal it, you can
24  introduce new evidence.  Well, we filed in
25  mid-March a -- I say we.  Nothing's too hard

**4**

1  when you don't have to do it yourself.
2  Kari Lake's lawyer, Kurt Olsen, filed at
3  the Supreme Court an appeal saying, "No
4  machines in 2024 in Arizona", and with a
5  whole bunch of new evidence.  And this
6  evidence is killer.  And I'm not talking
7  about the evidence that's come out in
8  Dominion, although there's some extraordinary
9  evidence there too.  You're going to be
10  hearing that soon.  That's the stuff that
11  Stefanie, my lawyer, went to jail for a
12  couple days for.
13  But what we have, and these are in the
14  affidavits in that Supreme Court filing,
15  well, there was the original filing and then
16  a supplemental motion that said, "You have to
17  hear this on an expedited basis, Supreme
18  Court, because we can't wait until next
19  year."  And that had a bunch of affidavits in
20  it that I'm -- that had affidavits in it that
21  established how much Arizona and Dominion had
22  been lying.
23  First of all, Dominion's machines, we --
24  and by the way, these are serious.  One guy
25  on our side is a technologist from the Air

**5**

1  Force, 27 years doing penetration testing and
2  cyber hacking testing kind of stuff for the
3  air force, including, I think, eight on
4  election systems.  So the guy really knows
5  election systems.  He has demonstrated in his
6  affidavit that these things, they were run on
7  altered software -- they were run on altered
8  software.
9  There's all this hullabaloo about how we
10  have the federal government, EAC, they take
11  advice from the NIST, National Institute of
12  Standards and Technology or something, and
13  they develop these standards and these two
14  independent laboratories called VSLIs, and
15  they test the equipment of machine
16  manufacturers like Dominion, HART, ES&S.
17  Well, that's all a bunch of hokum.
18  Because, yeah, they may test and certify some
19  software, but at the end of the day, the
20  software that was used in Maricopa, the
21  software that was used was not what was
22  certified.  It was not the certified
23  software.  They swapped in some uncertified
24  software.
25  First of all, we know why they did it.

6

1  But even before you get to that, that's
2  illegal.  That's wildly illegal.  Two decades
3  of law about how all this stuff has to be
4  certified, blah, blah.  And it should raise a
5  nightmare.  Why would they do that?  Why
6  would they surreptitiously swap in some
7  software?  Well, we know why they swapped in
8  some software.
9       We have found, and I believe this is in
10 the filings -- if it isn't, you're learning
11 here.  We have found 500,000 deleted images.
12 We got a hold of the Maricopa image of the
13 hard drive.  They did everything they could
14 to block us.  They didn't know we had gotten
15 it, but we actually were able to get it.  And
16 we found they deleted 500,000 ballots and
17 they altered another 160,000 ballots.  So
18 it's game over.
19      We know.  I mean, we have the forensic
20 proof they did that.  We know that they
21 altered the software.  It was not run on
22 certified software.  That's illegal.  There
23 are people who'll come back and say, "Well,
24 that doesn't prove that they did anything."
25 Actually, no, it's illegal.  It's illegal.

7

1  The argument stops there.  It's illegal to
2  say that you're running it on certified
3  software and run it on a package that isn't
4  at all certified, it's completely different,
5  and it's actually got in it exactly this crap
6  hole that lets this rigging occur.  So it's
7  not a theoretical or a question.  It's
8  illegal for them to have done that.
9       In addition, Maricopa faked their logic
10 and accuracy testing.  By law, they've got to
11 do the logic and accuracy testing.  They feed
12 into their machines a stack of ballots with a
13 predetermined number of votes, and then they
14 see the machine spits out the right number.
15 Turns out they didn't do that in Maricopa.
16      They did it on five spare machines that
17 were not even used in the election and then
18 certified that they had actually done it on
19 all the machines.  Big flat lie.  Big flat
20 lie, and that's because those machines had
21 altered noncertified software in it that had
22 been corrupted by Dominion so they could make
23 -- so it would do the rigging they needed to
24 do.
25      And we submitted these things in

8

1  affidavits to the Supreme Court with the
2  appeal.  Kari Lake did.  Kurt Olsen, Navy
3  Seal by the way -- Kurt Olsen is a Navy Seal
4  that I love, a little bit older than me, but
5  could kick my ass, but great, big, tough Navy
6  Seal guy.  And I don't say that to many
7  people, but he's a tough guy.  Well, I would
8  have to take him to the ground.  I'm pretty
9  good on the ground.  But anyway, we have him
10 dead to rights.
11      Here's what our opponents did.  Here's
12 what Maricopa and the Arizona Secretary of
13 State did.  They refused to reply.  They were
14 supposed to reply to the Supreme Court a week
15 ago to the original filing.  They didn't.
16 And then they were supposed to -- they had an
17 opportunity to reply.  They didn't.  And then
18 they had an opportunity to reply to our
19 motion for expedited hearing.  And as you
20 know, if you followed me 36 hours ago, the
21 time clock on that ran out.  They didn't
22 file.
23      Well, now, that puts them in a real
24 dangerous position, because we can now show,
25 and Kurt Olsen has sent them a letter

9

1  documenting 50 lies that those lawyers have
2  filed in their lower filings, there were 50
3  false statements about this and that and
4  certification and all this stuff.  They turn
5  out to be false.
6       Now, they can take the position, which
7  I'm sure they will, that, "Hey, our clients,
8  Arizona, the Secretary of State of Arizona,
9  told us those lies.  We believe them."  Okay.
10 Now you have a duty though -- but now we've
11 put it all in the hands of the Supreme Court.
12 They have what's called a duty of candor and
13 a duty to correct.  If they now understand
14 that those things they filed earlier were
15 lies, they have a duty to correct, both in
16 the lower courts and say, "Hey, we previously
17 made filings to you on behalf of the
18 Secretary of State of Arizona, and now we
19 understand -- and it contains some assertions
20 that we got from her.  Now we understand they
21 were lies."
22      They could say that, or they can say if
23 they don't think they're lies, they can
24 respond to our case at the Supreme Court and
25 explain why what we are saying is lies.  They

Audio Transcription - April 02, 2024

---

**10**

1  have done neither.  They've responded neither
2  to the appeal nor to the motion for expedited
3  hearing, and by failing to even respond, they
4  are reasserting the lie under the law.
5       And  this case, I'm going to -- I should
6  have uploaded this right before.  In fact, if
7  you give me 20 seconds, I'm going to pull up
8  another instance of Locals, and I am going to
9  upload.  I guess I can't do it while we're
10 live.  Can I?  Tell you what?  I'll file it
11 on -- I'm going to upload it on Telegram, the
12 filing.  And you can check my Telegram
13 account, and you can -- check my Telegram
14 account.
15      I am uploading the filing on my Telegram
16 account right now.  Okay.  Desktop,
17 supplemental brief, PB.  Okay.  If you go to
18 Telegram -- boom.  You will now see that on
19 my account on Telegram.  You can pull up that
20 filing and track along with me.  Yeah, we got
21 them by -- they wish we had them only by the
22 ass.
23      So if you have my Telegram account, go
24 to it right now.  I just uploaded the filing
25 made last night electronically at the Supreme

---

**11**

1  Court, Petitioner Supplemental Brief.  And it
2  says, basically, lawyers from Arizona, you
3  can't duck the issue.  You are now on notice
4  that previous filings you've made in this
5  case that we're appealing to the Supreme
6  Court have 50 lies in them, 50 false
7  statements, you can't not respond.
8       You've either got to respond and say,
9  "Oh, my God, we realized we filed these false
10 statements before.  We relied on our clients"
11 or they got to say, "Well, we don't think
12 that they were false.  We're going to say
13 that Byrne and Olsen and Kari Lake are all
14 wrong about this."  They got to do one or the
15 other.  They can't just duck and not file.
16 They have all kinds of duties -- they have
17 all kinds of duties.
18      And basically, there's some beautiful
19 lines in here I'm going to read, that, "The
20 Ninth Circuit held that Kari Lake's injuries
21 were too speculative.  However, that was
22 based on false representations that Maricopa
23 County performed, required preelection logic
24 and accuracy testing, and used certified and
25 approved voting software."  We can now show

---

**12**

1  that was all false.
2       Specifically, Respondents, "Arizona have
3  a duty to correct prior false material
4  evidence presented to the lower courts on
5  which those courts relied to find Kari Lake's
6  appeals too speculative.  That duty to
7  correct expires when the litigation expires.
8  Allowing respondents to run out the clock by
9  waiving a response would put the Supreme
10 Court's imprimatur on Respondent's
11 misconduct."
12      And here's the beautiful concise
13 statement in two parts.  Respondents, "If
14 Arizona previously knew -- if Arizona's
15 attorneys previously knew their evidence was
16 false, they committed a fraud on the court
17 and they committed a fraud on the Supreme
18 Court by not responding."  If Arizona's
19 attorneys only learned of their evidence's
20 falsity from Kari Lake's filing, the
21 respondents have violated their duty of
22 candor by waiving any response of themselves.
23      If they only understood now because of
24 what Kari Lake has filed, that what they
25 previously filed had 50 false statements in

---

**13**

1  it, they had a duty to correct.  In either
2  case, they cannot just duck it.  And the
3  Supreme Court should not deny a writ of cert
4  without at least making them file a response
5  to what we're saying.
6       Go on the record, Arizona.  Tell us that
7  these affidavits we've now stipulated and the
8  evidence we have found that we have filed,
9  say it's false or say that it's true and you
10 made a mistake earlier.  You got to do one or
11 the other.  You can't just not respond.
12 Alternatively, the Supreme Court can just
13 grant a summary motion to grant and reverse
14 those lower courts filings.
15      To be honest, and in addition, the
16 Arizona attorney's waiver of their brief in
17 response to us constitutes an affirmative
18 misrepresentation that warrants further
19 review.  Now that we've given all this
20 evidence that shows their clients were lying
21 about all these major things they've been
22 saying -- and listen, we know a lot more than
23 is in these cases so far.  We're just not in
24 this yet, but you'll be seeing it.
25      A bunch were handcuffed because some

---

14

1  stuff is under seal in a different case, but
2  we now have them dead to rights.  Everything
3  we've been saying is true.  We have the dead
4  to rights.  They lied.  They knew they were
5  lying.  They knew they were coming up.  We
6  know that.  That's all going to be added to
7  this.
8        Their failure to respond is an
9  affirmative misrepresentation of the false
10 statements made earlier.  They could just
11 barely, with a nudge on a wing, say, "Well,
12 we didn't know that our clients were lying to
13 us."  They can't say that now.  And for them
14 not to respond, those lawyers are making an
15 affirmative misrepresentation.  And we're
16 saying, "You should be sanctioning them.
17 They should be disbarred."  The Supreme Court
18 has the right to do all this.
19       And why this is fantastic is the Supreme
20 Court is now in the position.  It has so much
21 information due to this case.  It can do
22 anything it wants.  It doesn't just have to
23 say, "Kari Lake, yeah, you get the right not
24 to have machines in Arizona in 2024."  What
25 we have proven is this all occurred in 2020

15

1  and 2022.  There was no legal election in
2  2020 or 2022.  And the Supreme Court wakes up
3  on Wednesday morning, and a few hours from
4  now you people, and this is all right in
5  their laps.  There was no legal election in
6  2020 or 2022.
7        Dominion, and we know they did this all
8  over the country, they got some software
9  certified, but then they switched the
10 software on the machine, and they faked logic
11 and accuracy testing.  Secretaries of State
12 have been in on it.  County officials have
13 been in on it all over the country.  They've
14 all known this was going on.  They faked
15 their logic and accuracy testing.  They faked
16 their certification.  They got one thing
17 certified, but that's not what's in it.
18       And in addition, they put the Jindal
19 key, the encryption key that's supposed to --
20 their big defense has been, "Well, even if
21 somebody did break into the system, all the
22 components of the system talk to each other
23 through encrypted communications."  What they
24 left out is Dominion puts the encryption key
25 in the database in open text.  So once you've

16

1  broken into this system, which is child's
2  play, it's on a Microsoft system, you just
3  grab that key and you have access to all the
4  components in the system.  Internally, you
5  can change anything that they do, anything
6  they report.
7        So that's all demonstrable.  That's all
8  known.  We know that they know it.  We can do
9  it.  I can tell you now, I've got a video --
10 I can't make it public yet, but I got a video
11 where we have -- we can take a brand new
12 Dominion machine out of the box, run an
13 election on it, feed in 100 ballots, 70
14 Trump, 30 Biden, run this little thing we
15 have, and it can spit out 99 Biden, one
16 Trump.  We can spit out anything we want.  We
17 can make that machine stand up and whistle
18 Dixie and leave no trace.  We know exactly
19 how to do it, and we have a video of us doing
20 it.
21       I'm going to make that public
22 eventually, but we have a video showing us
23 doing this on - we set up a -- we set up a
24 whole system using the Maricopa images, the
25 images from their machines as well as Georgia

17

1  and a number of other states and on those
2  machines set up with that software, we can
3  penetrate like a knife through butter.  We
4  can make it spit out any election results we
5  want and cover its tracks.
6        And it's been architected to allow
7  people to do this.  So they deliberately
8  built the system so it'd be easy to do this.
9  And so, I guess if caught, the maintenance
10 plan was, "Well, we didn't do that.  Yeah, we
11 installed the alarm system and -- yeah, we
12 installed the alarm system.  Somebody broke
13 in anyway.  They must be good.  It's not our
14 fault."
15       Well, yeah, they installed the alarm
16 system and then they wrote on a post-it note
17 the passcode to the alarm, and they posted it
18 in the window.  So they can't say, "Oh, I
19 guess it was just some really good hackers
20 got in."  They designed the system to do this
21 by leaving the encryption key in the open on
22 the system.  It's all a big farce.
23       The Supreme Court wakes up this morning,
24 and they have everything they need.  They
25 could overturn 2020 with what they have.  We

18

1 have now proven in these filings to the
2 Supreme Court, and there's more information
3 coming probably under seal, but there's more
4 information coming that the Supreme Court now
5 has everything it needs.
6       If they wanted, if they were men about
7 it, if they were like judges were 100 years
8 ago, they would be saying, at this point
9 where it's clear, there was no legal election
10 in 2020 or 2022.  Our congress and our White
11 House are filled with people who did not win
12 an election.  I don't know what it was they
13 did, but it wasn't an election.  It was not a
14 legal election.  To be a legal election, all
15 these things have to be done.  Software has
16 to be certified.  Logic and accuracy testing
17 has to be performed.
18       That was all faked.  The certification
19 was faked.  They got something certified.
20 They just didn't run the machines on that
21 software, and they faked the logic and
22 accuracy testing so it wouldn't show up to
23 anybody.  And in addition, we've got -- and
24 we know they know it.  We know they know it
25 now.  This isn't a mistake.  We know Dominion

20

1 prison, or they're going to say, "Oops, we
2 got it wrong before.  Those things we filed
3 earlier, we got all these things wrong, but
4 we relied on our clients."
5       Okay, you relied on your clients, fine,
6 you're forgiven, but the Supreme Court, you
7 got to overrule those lower courts and grant
8 Kari her wish that there not be machines in
9 Arizona really.  But if they did that,
10 they're of course going to say in the whole
11 United States.  And the truth is, if they
12 wanted to, they have at this point every
13 right.
14       I mean, the judicious thing to do would
15 be to acknowledge there was no election in
16 2022 and there was no election in 2020.  It
17 was all faked.  The electronics were faked.
18 The certifications were fake.  The testing
19 was fake.  And there's more to come.  There's
20 more to come.  So it's all over but the
21 bleeding.
22       Judges are ducking on the Supreme Court
23 now if they don't sink their teeth into this.
24 I mean, I don't know what we can do.  I'm
25 ready to throw in the jockstrap on the

19

1 knows all about it and we know they all know
2 all about it.  And I can't tell you how we
3 know that, but we know.
4       So as of this moment, we have now
5 entered the constitutional crisis.  Supreme
6 Court of the United States has all the
7 information it needs to -- if they want to,
8 they can now throw out the 2020 election.
9 And by the way, we're just giving them more.
10 We got more to come.  A lot more to come.
11 Holy cow.  If you knew some of the things I
12 know now, worse than what I've told you --
13 worse than what I've told you.  But there's
14 always the legal maneuvering.  But the
15 constitutional crisis is here as of this
16 morning.
17       The Supreme Court has everything it
18 needs, including a case from Kari Lake with
19 all the information, all the documentation,
20 and the other side isn't even responding.
21 And that's why I say this is check with --
22 and we're one move from mate, mate in two,
23 because if they do respond, they've either
24 got to affirm the lies they previously told,
25 in which case the lawyers are going to go to

21

1 approaches I've been taking in terms of
2 keeping this peaceful and legal and such.  If
3 the Supreme Court --
4       I've said this before.  I lived my whole
5 life as a businessman worrying about --
6 everything you do, you got to think about,
7 well, how would this look?  And my pop always
8 taught me this.  You do things such that if
9 someday you're standing in front of a judge,
10 you can say, "Well, Judge, I did this because
11 of this.  This looked like the right thing to
12 do."  And you got to be able to have a -- you
13 got to be able to be sincere.
14       So sometimes you get in these gray areas
15 where you don't know what the right thing to
16 do is in business, but you analyze in terms
17 of that, "I'm going to be standing in front
18 of a judge someday.  Whatever I do, someone's
19 going to be able to say, well, that wasn't
20 the right thing to do, and that wasn't the
21 right thing to do."  Okay.  You want to be
22 able to say, "Well, Judge, I put all this
23 together and this looked as best as I could
24 do."
25       And judges spend their whole lives,

**22**

1  these fucking intellectuals as well --
2  they're essentially saying, "If I had been in
3  your shoes, this is what I would have done.
4  This is the right way.  I would have decided
5  that.  And if I had been in your shoes, and
6  if I had been a real estate mogul, I would
7  have valued the building this way.  And if I
8  had been --"  They're just these arrogant,
9  lofty intellectual snobs, like this guy who's
10 Trump's lawyer in the real estate case in
11 business.  Yeah.
12       Well, now the ball's in their court.
13 They have a moral dilemma, and it's not
14 really a different -- it's a moral dilemma
15 that it's a businessman.  With this amount of
16 evidence  - if this was a case about I've got
17 to fire this guy or that guy or decide
18 between two things, with this wild amount of
19 evidence on one side, if I did not make the
20 decision at that point and I kept kicking the
21 ball down the road, I'd have so many other
22 charges on top of it from the feds about,
23 "Well, clearly you knew this and you didn't
24 do anything about it.  Clearly, you're
25 telling me you knew this, this, this, and

**23**

1  this, Byrne, and yet you still thought that
2  you could make a decision.  Oh, my gosh.  If
3  I had been in that position, Mr. Byrne, as
4  the judge, I can tell you, this is how I
5  would have decided because this is how it
6  should have been."  Okay.
7        Judges, Justices of the Supreme Court,
8  at least three of them, as far as I can tell,
9  are serious people, and six of them -- and
10 three of them are not, and three of them
11 remains to be seen.  Here's your chance.
12 You're not just Monday morning
13 quarterbacking.  Here you are in an ambiguous
14 situation with arguably an incomplete set of
15 facts, but it's about -- I won't even concede
16 it's incomplete.  It's absolutely as complete
17 as it needs to be for you to make a decision.
18       If you guys are going to hem and haw and
19 stall and everything else, yeah, just think
20 of just every judge's decision around the
21 country about business and how somebody fired
22 somebody that maybe they shouldn't have, or
23 they think they should have or they think --
24 and the judge is always really essentially
25 saying, "Mr. Jones, if I had been in your

**24**

1  shoes, this is how I would have -- this has
2  been the right way to make that decision."
3  That's essentially what they're saying in all
4  these cases.
5        Okay, you fucking pompous asses.  You're
6  the ones in the ambiguous situation now.  A
7  faint little bit of ambiguity, but you're --
8  it's all in your lap.  Are you really going
9  to take months and hem and haw and everything
10 while we're on the verge of war in the Middle
11 east, while we're on the verge of World War
12 III in Europe, maybe on the verge of nuclear
13 war, 15 million illegal immigrants about to
14 cook off in the United States.
15       Remember, Ramadan ends next Tuesday.  We
16 got this eclipse coming.  And for some
17 reason, we're calling it the National Guard
18 because of a four-minute eclipse.  Maybe it
19 has something to do with we've admitted
20 millions of illegal immigrants or millions of
21 immigrants who came illegally who belong to a
22 faith that believes, by the way, if you
23 martyr yourself during Ramadan, I think you
24 get extra virgins or something in heaven.
25 There's some special reward for martyring

**25**

1  yourself in Ramadan.  It ends next Tuesday.
2  I think everything's going to cook off next
3  Monday or Tuesday.
4        And with all this going on, Judges,
5  you're going to hide in your robes and, "Oh,
6  well, we need to study, study.  We don't want
7  to be -- we don't want to do anything too
8  abrupt or we don't want to have to make --"
9        I'd love to see a businessman in that
10 position with some analogous situation with
11 the amount of evidence in front of him and
12 have to stand in court someday and say,
13 "Yeah, I didn't make the decision because I
14 decided I needed to study it some more and
15 this and that."  The judge would throw the
16 book at a businessman like that.
17       Well, the shoe's on the other foot now,
18 Justices.  Holy cow, are you an
19 embarrassment.  Are you an embarrassment?
20 You really are.  You think you're going to
21 get away with this in history?  John Roberts,
22 you who think, "Oh, I need to preserve the
23 reputation of the court", do you think
24 there's going to be any reputation to this
25 court if we survive as a country and people

26

1  look back historically and they see the
2  amount of evidence that's there and a clear
3  shot for you to do something and you,
4  Justices, you intellectual snobs, sit there
5  wringing your hands about, "Well, we probably
6  need to study this for another three years"?
7  You're absurd.
8      So I will be -- this case has so many --
9  the respondent's duty of candor to court
10  converts their waivers of the brief and
11  opposition to affirmative statements.  This
12  is a great point.  By not responding to our -
13  - to Kari Lake -- I keep saying our, but
14  we're the good guys -- to the good guys
15  filings the Supreme Court, by not responding,
16  their not responding effectively are
17  affirmative statements, affirmative statement
18  saying, "Oh, those things we've said to lower
19  courts are true."
20      Well, if you're affirmatively saying
21  that after you've been put on notice through
22  these affidavits what the truth is and you're
23  not even responding to them, you are
24  affirmatively reasserting statements that you
25  now have every reason to know are false.  So

27

1  the lawyers for Dominion and Arizona
2  shouldn't only be notifying their carriers,
3  they should be getting sized for orange
4  jumpsuits.  They certainly are going to get
5  disbarred.  I mean, they're certainly going
6  to get disbarred.
7      So because they are now affirmatively
8  lying to the Supreme Court by refusing to
9  respond to us, that converts their failure to
10  answer into an affirmative reassertion of
11  these false claims below.  So now they're
12  lying to the Supreme Court.  They are
13  certainly going to get sanctioned.  They
14  certainly should be disbarred.  I think they
15  should certainly go to prison.
16     Or they just have to respond.  But if
17  they respond, either they explain why our
18  statements and our proof and everything we
19  have found forensically is false or they say
20  it's true, but in which case we win.  If they
21  say it's true, then not only should the
22  Supreme Court say, "Okay.  Kari Lake, there's
23  not going to be machines in Arizona", they
24  should also say there's not going to be
25  machines in the US, and if they had any

28

1  backbone, they would been say, "Okay.  It's
2  time to throw in the towel.  There was no
3  legal election.  The 2022 and 2020 elections
4  are null and void.  There was no election.
5  We now understand it was all faked.  The
6  certification was faked.  The logic
7  inaccuracy was fake.  The encryption was
8  fake.  It's all fake."  Okay?
9      And they haven't even seen what we have
10  found in our case in Dominion.  Dominion's
11  suing me and Lindell and other people in DC.
12  Now, Stefanie gave a whiff of that to Sheriff
13  Dar Leaf in a criminal investigation and she
14  ended up leaving the court in leg iron.  So
15  she's not going to do that again.  But I can
16  tell you that a motion has been filed as well
17  in that court in DC telling the judge, "This
18  has gotten absurd.  Here's all these
19  documents that now show not only has what
20  Dominion been saying is false, they know it's
21  false and they've taken active steps
22  internally to cover it up."
23      And you can't believe what they know
24  internally.  You cannot believe what they
25  know internally.  They know internally that

29

1  we're right, and that we've been right from
2  the beginning.  I would love to tell you one
3  thing, but I can't.  They've known all along
4  that we were right, and they knew all along
5  they had to cooperate to cover it up.
6      And we're making a motion to that judge
7  today so all this gets -- and it's in my
8  language and I'm letting them know I've got
9  an ethical duty.  I'll go to prison before I
10  -- I mean, I'm giving -- Stefanie released
11  that stuff to Sheriff Dar Leaf.  It wasn't at
12  my instruction.  She felt a need to do it.
13  But now that I know what I know and have the
14  emails I have and everything, I understand
15  why Dominion went so frantic about keeping
16  all this sealed.  But I'm not just going to
17  release it willy-nilly.
18      We're doing the right -- the judge lost
19  his shit because Stefanie released that stuff
20  to a law enforcement officer.  Now, her
21  answer was, "If I found a head in the
22  Dominion discovery box, I had a duty to take
23  that to the sheriff anyway.  It doesn't
24  matter what contract I signed with Dominion
25  to keep things private.  You can't have a

30

```
1    private agreement to cover up a crime."
2        But the establishment and the look Judge
3    has been saying, what you should have done
4    is, per Rule 43 b, IV, applied to lift the
5    seal and then this and that, maybe -- so
6    that's what we've done this time, and it's
7    been filed this morning at the district court
8    in DC saying we want this whole discovery
9    agreement with Dominion purist.  We have
10   found absolute proof of massive criminality
11   that we need to expose to the 50 states, to
12   the federal government, to the people who are
13   making the decisions about this all.  It's
14   absolutely incorrect, Judge, to tell us we
15   have to honor that agreement to keep these
16   crimes secret.
17       And I'm telling you here, and Judge,
18   with all due respect, you decide what you
19   want.  We're giving you the honor this time
20   of going through the steps that Stefanie
21   evidently was supposed to do last time.  But
22   there's no chance in hell I'm not going to
23   make this public.
24       I mean, I'm giving -- so you can throw
25   me in prison as long as you want.  I'm going
```

31

```
1    to make this stuff public.  So I hope you
2    make the right decision, but I'm not going to
3    keep this quiet.  I'm going to give you time
4    to make the right decision.  And if you make
5    the wrong decision, I'm just going to do the
6    right thing anyway and you throw me in jail.
7    Fuck you.  No, I shouldn't say that.
8        So far, I got to say the judge in DC,
9    he's actually been fair.  He has not done
10   anything -- I think he went after Stefanie
11   hard and throwing her in leg irons and
12   cooperating with his bullshit Michigan bench
13   warrant for not appearing, which looked to me
14   like her own lawyer set her up to make her
15   miss an appearance.
16       Something's happening to lawyers around
17   us.  They get turned, they get bought, just
18   like these Republican congressmen are getting
19   turned or bought.  Tina Peters had a lawyer
20   that I paid a million dollars for.  I'm going
21   to tell you this story.  Tina Peters had a
22   lawyer that I paid a million dollars for.
23   His name's Doug Richards.  Doug Richards, a
24   week before Tina Peters was supposed to be
25   going to trial in February -- and I heard
```

32

```
1    about some misgivings people had and were
2    getting worried -- (door bell rings) I think
3    that's the main or something.  Standby.  Hi.
4    Could you come back in an hour, please?  Or
5    even half an hour.  Thank you.
6        I shouldn't say fuck you to a judge,
7    this judge in particular, because he has not
8    been, I think -- what I understand, he's been
9    fair, but I'm saying fuck you to the judicial
10   system.  This is crazy, what we have.  We got
11   to go through all this kabuki dance.  But we
12   are giving him the respect this time of
13   allowing him the opportunity to unseal this.
14       But I'm affirmatively saying, I don't
15   care.  I have it now.  I have it on my
16   machine.  I'm not in the country.  This stuff
17   doesn't get unsealed, I'm just going to make
18   it public.  You can throw me in jail.
19   Because we know we're right, and you're
20   covering up if you don't let this -- the
21   whole nation hinges on this.  You obviously
22   have a duty, Your Honor, to unseal this
23   Dominion case.  And I'm going to do it anyway
24   if you make the wrong decision and you throw
25   me in prison.  And I mean that.  Somebody
```

33

```
1    asked, somewhere I ain't been before, like
2    Tahiti.
3        We have them.  And now, however they
4    respond, it's me.  Okay?  So we're mate in
5    two on these guys.  The constitutional crisis
6    is here.  Okay?  The constitutional crisis is
7    here.  The Supreme Court has everything it
8    needs.  My argument would be like -- I used
9    to teach MLK's letter from a Birmingham jail,
10   and it was he violated a court order.  Well,
11   he didn't.  He tried to get a permit to march
12   and Birmingham, they wouldn't give him a
13   permit.  He marched anyway.  He went into
14   prison.  I got choked up.
15       I think it was Abe Fortas, some
16   intellectual doofus wrote this Supreme Court
17   decision that said, "Well, even though they
18   were wrong not to give you the license to
19   march that you should have, we need to have a
20   system where people follow the laws, and when
21   judges say this, you got to follow it.  Blah,
22   blah, blah."
23       Martin Luther King wrote in the margins
24   of the newspapers in the Birmingham jail the
25   letter from Birmingham jail looking up, and
```

**34**

1   it's just about, at some point, you can't --
2   at some point, a citizen has to take matters
3   into his own hand.  I'm not going to keep
4   this silent.  I'm going to give the court in
5   DC the opportunity to review and do what they
6   should do, but it would be an offense to the
7   United States not to make this evidence
8   public.
9       I'm confident he's going to do the right
10  thing because I actually have heard -- the
11  one judge I've not heard any complaints
12  about, not that he's been favorable to us by
13  any means through this whole Dominion
14  lawsuits against us, but I heard he's been
15  square all along -- and I can understand why
16  he got ticked off at Stefanie, but she's done
17  it right this time and she's filing that all
18  this gets unsealed.  I think that's being
19  followed by -- the same kinds of things being
20  followed by other people.  We've all found it
21  in the discovery now.
22      And so we're there.  We're at the
23  constitutional crisis.  And I'm actually
24  going to set this up so even if I get
25  arrested, it's under dead man's switch.  So

**35**

1   if I get arrested, it will get released, and
2   I'll come back to the United States and face
3   the music.  Okay?  Wait till you see.
4   There's four emails that just -- if we'd had
5   these three years ago -- if we had these
6   three years ago, this whole thing would have
7   been over.
8       Oh, I was telling you about Tina Peters.
9   This lawyer, Doug Richards, to whom I paid a
10  million dollars to defend Tina Peters, he
11  showed up -- and fuck you, Doug.  Yeah, file
12  libel against me.  Love it.  Throw me in that
13  briar patch.  A week before or three days
14  before Tina was to go to trial, I heard that
15  there were real misgivings.  I went out there
16  to interview him, and he didn't want to --
17      I said, "Sir, I've spent a million
18  dollars to you.  I want to hear your theory
19  of the case before you go into trial next
20  week."  His theory of the case -- he came
21  resentfully to my hotel room, unbeknownst to
22  him, when he got there, he was on a Zoom call
23  with a bunch of other criminal defense
24  attorneys.  His theory was ridiculous.
25      His theory was to put Tina Peters -- he

**36**

1   had no witnesses, and his defense strategy
2   was to put Tina Peters on the stand and have
3   her say, "Well, Kurt Olsen told me to image
4   that hard drive, so I did."  Well, Kurt Olsen
5   made clear to her that he wasn't her
6   attorney.  He was the president's attorney,
7   first of all, and he told me that at the
8   time.  And Doug Richards's point was to say,
9   "Well, she thought he was his attorney."
10      In addition, California does not have a
11  legal advice exception.  So that defense
12  would have done no good whatsoever.  You
13  can't argue in Colorado, "Well, I did
14  something because my attorney told me to."
15  That's not a defense.  But his strategy was
16  to put her on the stand and just get everyone
17  to fall in love with his wonderful 68-year-
18  old grandmother.  That's what he said the
19  strategy was, so basically jury
20  nullification.
21      He wasn't making any -- he wasn't going
22  to make any arguments that what she did was
23  right, that she had the right to do it, and
24  that she found extraordinarily valuable proof
25  of fraud.  He should have made those his

**37**

1   motions in the months he had to make those
2   his motions.  So now Tina Peters happened to
3   be sick as a dog as all this was going on at
4   the same time.  She really was.  I was
5   worried about -- I was worried about her.
6   She was so sick, and she didn't -- I mean, we
7   were not --
8       So she fired the attorney at the last
9   step.  She fired the attorney and got the
10  thing -- and she wasn't going to represent
11  herself.  She has a right to counsel, she was
12  sick, and the judge -- it was all a railroad.
13  In Colorado, it was all a big railroad.  And
14  Doug Richards and the judge, who knows what
15  they were on.  He had designed the most
16  ineffectual defense possible.
17      And it sure looks to me now what Doug
18  Richards of Colorado was doing was going to
19  get Tina Peters to get on the stand and make
20  that defense.  He had no other witnesses on
21  his witness list.  A criminal defense
22  attorney only puts his own witness on the
23  stand as the last resort.  And to put his own
24  witness -- I mean, his own client on the
25  stand is the last -- and to put her on the

**38**

1  stand with not another witness and to hang
2  the whole case on her saying, "Well, Kurt
3  Olsen told me to do this, and I thought that
4  was legal advice, so I did it."
5      A, under Colorado law, that's nugatory.
6  It has no effect, the fact it was legal
7  advice, so it would not have done her any
8  good.  She would have been sent to prison for
9  25 years, and it would have allowed Colorado
10  to indict Kurt Olsen and through him 45.  So
11  his defense was, as far as I can tell, a
12  sucker trap to get Tina Peters to say stuff
13  on the stand that would let them then indict
14  Kurt Olsen as attorney and 45, and because --
15  he couldn't be that dumb.
16      I mean, his defense was so weak and
17  ineffectual the four or five criminal defense
18  attorneys that were on the Zoom call
19  listening to this, they blew a gasket.  And
20  he did just like these Arizona attorneys, he
21  couldn't even respond.  Could not even
22  respond.  But he was a bottom above having to
23  respond to any of this.  Well, it was because
24  his -- I think his whole defense strategy
25  would not only have landed Tina in jail for

**39**

1  25 years, it would have let them immediately
2  indict Kurt Olsen and Donald Trump.  That was
3  his defense strategy.
4      I think these attorneys all over are
5  getting bought and turned or promised federal
6  judgeships or something.  Doug, I hope you
7  sue me for that, really.  Litigation is a
8  core competency.  Let's get it on.  I think
9  you sold out your client.  Let's get it on.
10  I know that I put you in front of four or
11  five criminal defense attorneys, and they all
12  said that they were horrified at your
13  strategy.
14      Meanwhile, Stefanie Lambert took that
15  case too.  Stefanie Lambert, who's under
16  indictment in Michigan, who's in leg irons in
17  Washington, DC, she became Tina Peters's
18  attorney, and she has filed motions that
19  should have been filed ages ago, saying,
20  "Look, it's black and white.  She's the
21  county recorder."  Tina Peters was the county
22  recorder.  She absolutely had the right to do
23  this.  The law specifically says she has the
24  right to make a backup.  Is it anything about
25  who or how she makes the backup?

**40**

1      And yeah, she snuck somebody in, a
2  friend of mine, a cyber guy, a dolphin
3  speaker, who's one of the greatest athletes
4  in the world, and, I mean, he's a BJJ black
5  belt, Brazilian jujutsu, as well as one of
6  the greatest surfers in the world, the
7  pioneer of one of the five pioneers of big
8  wave surfing.  But he was in the county
9  offices in Colorado, dressed in a plaid shirt
10  with a pocket protector and with a name tag
11  that said Billy or something.
12      By the way, the actual employee, Billy,
13  had absolutely given him permission, him and
14  Tina Peters's permission, to use the name
15  card and everything to go do this.  Now, he
16  later denied that to save his own ass, but he
17  absolutely gave them permission.  He was part
18  of this whole scheme.
19      So they did nothing wrong.  Tina did
20  nothing wrong.  This should all have been
21  filed as motions in her case, so the charges
22  would have just been knocked out.  It would
23  never have gotten to a trial.  And this guy,
24  Doug Richards, not only didn't he file any of
25  them, not only did he create a defense

**41**

1  strategy -- there was no defense strategy at
2  all, just putting this nice lady up there and
3  hoping the jury fell in love with her.
4      But in addition, now that Stefanie has
5  filed these motions, the motions that he
6  should have filed, he wrote Stefanie a nasty
7  gram yesterday about how horrified he is that
8  she's filing these things now, which every
9  other lawyer involved says of course these
10  should have been filed.  These charges should
11  never exist.  They should file motions to say
12  there's no crime when the county recorder
13  makes a backup.  It says right in the law
14  that she can make a backup.
15      And the county recorder, the recorder
16  part is you're supposed to keep the records
17  of the county.  And she suspected that the
18  election records were going to be erased, and
19  so she secretly caused a backup to be made.
20  Sounds to me like she was doing her job.
21  They didn't even make that argument.  If
22  they'd made that argument and -- just to get
23  the charges thrown out.  I mean, it's so
24  absurd all along.
25      So we've had corrupt attorney -- we get

Audio Transcription - April 02, 2024

**42**

1  attorneys who get corrupted, or I think they
2  get promised federal judgeships or all kinds
3  of things to sell out their clients.  It's
4  been so hard finding a good attorney.  Well,
5  the other reason is because the state bar
6  associations and project 65 or whatever,
7  there's been a mass coordinated national
8  effort to deprive people of their Sixth
9  Amendment rights.
10  We all have rights to attorneys, but any
11  attorney who picks up a pen to help us finds
12  himself up on grievances, on sanctions.  Look
13  at John Eastman.  John Eastman, the dean of a
14  law school, one of the most revered
15  constitutional lawyers in the country, who
16  gave advice through this, they've now
17  recommended disbarring him for helping the
18  president challenge -- giving him advice on
19  how to challenge this cockamamie, the most
20  corrupt election in history.
21  So there's a concerted effort by a bunch
22  of lawyers, including state bars, a very
23  well-orchestrated effort to deprive people of
24  their Sixth Amendment rights in furtherance
25  of a coup.  I wonder how that's going to look

**43**

1  when you guys get put on trial.  I wonder
2  what that looks like.  So we have these guys.
3  By this time, I hope you've downloaded
4  my Telegram thing.  I'll also upload it into
5  this Locals channel, and you can read this
6  filing that's been made to SCOTUS.  And like
7  I say, the constitutional crisis is on.  The
8  Supreme Court, as of last night at about
9  10:00 p.m. Washington time, has everything it
10  needs.
11  And I don't mean to be nasty to that
12  judge.  The one judge who I've heard is a
13  fair judge -- again, not on our side, not
14  just that I've heard has been like,
15  reasonable for this whole thing -- is the
16  judge -- there's one judge in DC who has all
17  the Dominion libel lawsuits against Lindell,
18  me, I think Sidney, Rudy Giuliani.  Our cases
19  are all different.
20  But I don't want to slag him, and not
21  just because I have a case in front of him.
22  I try to do what's fair.  And he, I
23  understand, is like the only straightforward
24  judge so far.  But this is ridiculous.  What
25  I now have under seal, it puts me very much

**44**

1  in the same argument as MLK letter from a
2  Birmingham jail.
3  At this point, I just feel like saying I
4  don't care what a judge says.  I mean, I want
5  to give them the respect of giving them the
6  time to say something.  But at the end of the
7  day, if they don't say the right thing, I'm
8  going to do what has to be done, and I'll
9  take the jail time.  Okay.
10  So sorry to wake you up in the middle of
11  the night, but this seemed -- and I will be
12  uploading it momentarily the -- I will be
13  uploading momentarily the brief.  Okay?  Oh,
14  Aubrey.  Yeah, Steph Lambert, her statue next
15  to Lindell's.  Lindell, there's going to be a
16  mountain somewhere with his face carved on
17  the side.  Sidney.  We can't share it with
18  Sidney, but we can tell Sidney, "Hey, you
19  have discovery too.  You got five million
20  documents.  Go and look up document
21  1,000,319.  Do you see that?"  So we can do
22  that.
23  Listen, Aubrey in Texas, Aubrey, Flynn
24  is always saying -- General Flynn is always
25  saying -- I'm sorry I call him Flynn to you

**45**

1  people.  I've apologized to him sometimes,
2  but Flynn is such a great name.  You just
3  want to say, "Hey, Flynn.  Flynn says this,
4  Flynn says that."  There's some detective
5  books about Flynn.
6  Yeah, you know how General Flynn's
7  always saying local action makes national
8  impact?  There's a woman in Aubrey in Tarrant
9  County, Texas, which is Dallas Fort Worth,
10  about two and a half million people in it,
11  that says that she's been fighting.  She's a
12  great organizer, a great fighter, is a little
13  quirky.  She's like a female Seth Keshel and
14  a little bit on the spectrum, but she's a dog
15  with a bone.  And she's been doing great
16  organizing in Tarrant County and on and on.
17  And yesterday, and there's a video of
18  this, I posted it on Twitter, they had a vote
19  in Tarrant County, and the county supervisors
20  voted to implement ballots that are numbered.
21  There were five county commissioners.  One
22  abstained because it's all about directing
23  him to do something, so he abstained.  And
24  the motion was to have ballots numbered,
25  which makes it harder for people to stuff

46

1  ballots if they're numbered sequentially.
2       And it's interesting, if you go to my
3  Twitter and look at the two-and-a-half-minute
4  vote and see -- so there's five counted
5  commissioners, but one abstained, so there's
6  four.  And the vote was three to one.  Watch
7  the woman who voted against it.  She has no
8  reason that she can articulate why she voted
9  against it.  They understand that by
10 tightening up the election system -- they
11 understand there's a whole bunch of
12 corruption in the system, and all these moves
13 to tighten up disadvantage them, but they
14 can't come out and say that.  So they just
15 look like this woman in the video I posted on
16 Twitter.  Okay?  Yeah.
17      Oh, we're going after these -- Kurt
18 Olsen, in this filing, we're going to go
19 after the Arizona and the Dominion lawyers.
20 They have to be sanctioned, they have to be
21 disbarred, or they have to switch sides.
22 They cannot knowingly lie to a court.  And at
23 this point, they are knowingly lying if they
24 keep flogging this dead horse that they're
25 flogging.  Okay?  I'm going to pop.  Sunny

47

1  here,  I'm going to go catch some rays, swim.
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

48

1       CERTIFICATE OF TRANSCRIPTIONIST
2
3       I, ERICA PARADYSZ, do hereby certify:
4
5       That said audio transcription is a true
6  record as reported by me, a disinterested
7  person.
8
9       I further certify that I am not
10 interested in the outcome of said action, nor
11 connected with, nor related to any of the
12 parties in said action, nor to their
13 respective counsel.
14
15      IN WITNESS THEREOF, I have hereunto set
16 my hand this 10th day of May, 2024.
17
18      *Erica Paradysz*
19      _____
        Erica Paradysz
20
21
22
23
24
25

**1**

**1,000,319** 44:21
**100** 16:13 18:7
**10:00** 43:9
**10th** 48:16
**15** 24:13
**160,000** 6:17

**2**

**20** 10:7
**2020** 14:25 15:2,6 17:25 18:10 19:8
20:16 28:3
**2022** 15:1,2,6 18:10 20:16 28:3
**2024** 3:6 4:4 14:24 48:16
**25** 38:9 39:1
**27** 5:1

**3**

**30** 16:14
**36** 8:20

**4**

**43** 30:4
**45** 38:10,14

**5**

**50** 9:1,2 11:6 12:25 30:11
**500,000** 6:11,16

**6**

**65** 42:6
**68-year-** 36:17

**7**

**70** 16:13

**9**

**99** 16:15

**A**

**Abe** 33:15
**abrupt** 25:8
**absolute** 30:10
**absolutely** 23:16 30:14 39:22 40:13,
17
**abstained** 45:22,23 46:5
**absurd** 26:7 28:18 41:24
**access** 16:3
**account** 10:13,14,16,19,23
**accuracy** 7:10,11 11:24 15:11,15
18:16,22
**acknowledge** 20:15
**action** 45:7 48:10,12
**active** 28:21
**actual** 40:12
**added** 14:6
**addition** 7:9 13:15 15:18 18:23
36:10 41:4
**admitted** 24:19
**advice** 5:11 36:11 38:4,7 42:16,18
**affidavit** 5:6
**affidavits** 4:14,19,20 8:1 13:7 26:22
**affirm** 19:24
**affirmative** 13:17 14:9,15 26:11,17
27:10
**affirmatively** 26:20,24 27:7 32:14
**ages** 39:19
**agreement** 30:1,9,15
**air** 4:25 5:3
**alarm** 17:11,12,15,17
**allowed** 38:9
**allowing** 12:8 32:13
**altered** 5:7 6:17,21 7:21

**Alternatively** 13:12
**ambiguity** 24:7
**ambiguous** 23:13 24:6
**Amendment** 42:9,24
**amount** 22:15,18 25:11 26:2
**analogous** 25:10
**analyze** 21:16
**apologized** 45:1
**appeal** 3:21,23 4:3 8:2 10:2
**appealing** 11:5
**appeals** 12:6
**appearance** 31:15
**appearing** 31:13
**appellate** 3:1,12
**applied** 30:4
**approaches** 21:1
**approved** 11:25
**architected** 17:6
**areas** 21:14
**arguably** 23:14
**argue** 36:13
**argument** 7:1 33:8 41:21,22 44:1
**arguments** 36:22
**Arizona** 3:5 4,4,21 8:12 9:8,18 11:2
12:2,14 13:6,16 14:24 20:9 27:1,23
38:20 46:19
**Arizona's** 12:14,18
**arrested** 34:25 35:1
**arrogant** 22:8
**articulate** 46:8
**ass** 8:5 10:22 40:16
**assertions** 9:19
**asses** 24:5
**associations** 42:6
**athletes** 40:3
**attachment** 2:11
**attorney** 36:6,9,14 37:8,9,22 38:14
39:18 41:25 42:4,11

**attorney's** 13:16

**attorneys** 12:15,19 35:24 38:18,20 39:4,11 42:1,10

**Aubrey** 44:14,23 45:8

**audio** 48:5

---

**B**

**back** 6:23 26:1 32:4 35:2

**backbone** 28:1

**backup** 39:24,25 41:13,14,19

**ball** 22:21

**ball's** 22:12

**ballots** 6:16,17 7:12 16:13 45:20,24 46:1

**bar** 42:5

**barely** 14:11

**bars** 42:22

**based** 11:22

**basically** 11:2,18 36:19

**basis** 4:17

**beautiful** 11:18 12:12

**beginning** 29:2

**behalf** 9:17

**believes** 24:22

**bell** 32:2

**belong** 24:21

**belt** 40:5

**bench** 31:12

**Biden** 16:14,15

**big** 2:6,8,12 7:19 8:5 15:20 17:22 37:13 40:7

**Billy** 40:11,12

**Birmingham** 33:9,12,24,25 44:2

**bit** 8:4 24:7 45:14

**BJJ** 40:4

**black** 2:19,22 39:20 40:4

**blah** 6:4 33:21,22

**bleeding** 20:21

**blew** 38:19

**block** 6:14

**blue** 2:20

**bone** 45:15

**book** 25:16

**books** 45:5

**boom** 10:18

**bottom** 38:22

**bought** 31:17,19 39:5

**box** 16:12 29:22

**brand** 16:11

**Brazilian** 40:5

**break** 15:21

**briar** 35:13

**broke** 17:12

**broken** 16:1

**building** 22:7

**built** 17:8

**bullshit** 31:12

**bunch** 4:5,19 5:17 13:25 35:23 42:21 46:11

**business** 21:16 22:11 23:21

**businessman** 21:5 22:15 25:9,16

**butter** 17:3

**Byrne** 2:1 11:13 23:1,3

---

**C**

**California** 36:10

**call** 35:22 38:18 44:25

**called** 5:14 9:12

**calling** 24:17

**candor** 9:12 12:22 26:9

**card** 40:15

**care** 32:15 44:4

**carriers** 27:2

**carved** 44:16

**case** 2:13,24 3:4,12 9:24 10:5 11:5 13:2 14:1,21 19:18,25 22:10,16 26:8

27:20 28:10 32:23 35:19,20 38:2 39:15 40:21 43:21

**cases** 2:15 3:3 13:23 24:4 43:18

**catch** 47:1

**caught** 17:9

**caused** 41:19

**cert** 13:3

**CERTIFICATE** 48:1

**certification** 9:4 15:16 18:18 28:6

**certifications** 20:18

**certified** 5:22 6:4,22 7:2,4,18 11:24 15:9,17 18:16,19

**certify** 5:18 48:3,9

**challenge** 42:18,19

**chance** 23:11 30:22

**change** 16:5

**channel** 43:5

**charges** 22:22 40:21 41:10,23

**check** 10:12,13 19:21

**child's** 16:1

**choked** 33:14

**Circuit** 3:13 11:20

**citizen** 34:2

**claims** 27:11

**classes** 2:21

**clear** 18:9 26:2 36:5

**client** 37:24 39:9

**clients** 9:7 11:10 13:20 14:12 20:4,5 42:3

**clock** 8:21 12:8

**club** 2:21

**cockamamie** 42:19

**college** 2:21

**Colorado** 36:13 37:13,18 38:5,9 40:9

**commissioners** 45:21 46:5

**committed** 12:16,17

**communications** 15:23

**competency** 39:8

Audio Transcription - April 02, 2024

complaints 34:11

complete 23:16

completely 7:4

components 15:22 16:4

concede 23:15

concerted 42:21

concise 12:12

confident 34:9

congress 18:10

congressmen 31:18

connected 48:11

constitutes 13:17

constitutional 19:5,15 33:5,6 34:23
42:15 43:7

contract 29:24

converts 26:10 27:9

cook 24:14 25:2

cooperate 29:5

cooperating 31:12

coordinated 42:7

core 39:8

correct 3:13 9:13,15 12:3,7 13:1

corrupt 3:7 41:25 42:20

corrupted 7:22 42:1

corruption 46:12

counsel 37:11 48:13

counted 46:4

country 15:8,13 23:21 25:25 32:16
42:15

county 11:23 15:12 39:21 40:8
41:12,15,17 45:9,16,19,21

coup 42:25

couple 4:12

court 2:13,25 3:1,2,5,10,12,19,22
4:3,14,18 8:1,14 9:11,24 11:1,6
12:16,18 13:3,12 14:17,20 15:2 17:23
18:2,4 19:6,17 20:6,22 21:3 22:12
23:7 25:12,23,25 26:9,15 27:8,12,22
28:14,17 30:7 33:7,10,16 34:4 43:8
46:22

Court's 12:10

courts 9:16 12:4,5 13:14 20:7 26:19

cover 17:5 28:22 29:5 30:1

covering 32:20

cow 19:11 25:18

crap 7:5

crazy 32:10

create 40:25

crime 30:1 41:12

crimes 30:16

criminal 28:13 35:23 37:21 38:17
39:11

criminality 30:10

crisis 19:5,15 33:5,6 34:23 43:7

cut 2:18

cyber 5:2 40:2


**D**

Dallas 45:9

dance 32:11

dangerous 8:24

Dar 28:13 29:11

database 15:25

day 5:19 44:7 48:16

days 4:12 35:13

DC 28:11,17 30:8 31:8 34:5 39:17
43:16

dead 8:10 14:2,3 34:25 46:24

dean 42:13

decades 6:2

decide 22:17 30:18

decided 22:4 23:5 25:14

decision 22:20 23:2,17,20 24:2
25:13 31:2,4,5 32:24 33:17

decisions 30:13

defend 35:10

defense 15:20 35:23 36:1,11,15
37:16,20,21 38:11,16,17,24 39:3,11
40:25 41:1

deleted 6:11,16

deliberately 17:7

demonstrable 16:7

demonstrated 5:5

denied 40:16

deny 13:3

deprive 42:8,23

designed 17:20 37:15

Desktop 10:16

detective 45:4

develop 5:13

developments 2:6,8,12

dilemma 22:13,14

directing 45:22

disadvantage 46:13

disbarred 14:17 27:5,6,14 46:21

disbarring 42:17

discovery 29:22 30:8 34:21 44:19

disinterested 48:6

district 3:1,5,10 30:7

Dixie 16:18

document 44:20

documentation 19:19

documenting 9:1

documents 28:19 44:20

dog 37:3 45:14

dollars 31:20,22 35:10,18

dolphin 40:2

Dominion 4:8,21 5:16 7:22 15:7,24
16:12 18:25 27:1 28:10,20 29:15,22,
24 30:9 32:23 34:13 43:17 46:19

Dominion's 4:23 28:10

Donald 39:2

doofus 33:16

door 32:2

Doug 31:23 35:9,11 36:8 37:14,17
39:6 40:24

downloaded 43:3

**dressed** 40:9

**drive** 6:13 36:4

**duck** 11:3,15 13:2

**ducking** 20:22

**due** 14:21 30:18

**dumb** 38:15

**duties** 11:16,17

**duty** 9:10,12,13,15 12:3,6,21 13:1
26:9 29:9,22 32:22

**E**

**EAC** 5:10

**earlier** 9:14 13:10 14:10 20:3

**east** 24:11

**Eastman** 42:13

**easy** 17:8

**eclipse** 24:16,18

**effect** 38:6

**effectively** 26:16

**effort** 42:8,21,23

**election** 5:4,5 7:17 15:1,5 16:13 17:4
18:9,12,13,14 19:8 20:15,16 28:3,4
41:18 42:20 46:10

**elections** 28:3

**electronically** 10:25

**electronics** 20:17

**emails** 29:14 35:4

**embarrassment** 25:19

**employee** 40:12

**encrypted** 15:23

**encryption** 15:19,24 17:21 28:7

**end** 5:19 44:6

**ended** 28:14

**ends** 24:15 25:1

**enforcement** 29:20

**entered** 19:5

**equipment** 5:15

**erased** 41:18

**Erica** 48:3,19

**ES&S** 5:16

**essentially** 22:2 23:24 24:3

**established** 4:21

**establishment** 30:2

**estate** 22:6,10

**ethical** 29:9

**Europe** 24:12

**eventually** 16:22

**everything's** 25:2

**evidence** 3:8,9,15,20,24 4:5,6,7,9
12:4,15 13:8,20 22:16,19 25:11 26:2
34:7

**evidence's** 12:19

**evidently** 30:21

**exception** 36:11

**exist** 41:11

**expedited** 4:17 8:19 10:2

**expires** 12:7

**explain** 9:25 27:17

**expose** 30:11

**extra** 24:24

**extraordinarily** 36:24

**extraordinary** 4:8

**eyes** 2:20,22

**F**

**face** 2:19 35:2 44:16

**fact** 10:6 38:6

**facts** 23:15

**failing** 10:3

**failure** 14:8 27:9

**faint** 24:7

**fair** 31:9 32:9 43:13,22

**faith** 24:22

**fake** 20:18,19 28:7,8

**faked** 7:9 15:10,14,15 18:18,19,21
20:17 28:5,6

**fall** 36:17

**false** 9:3,5 11:6,9,12,22 12:1,3,16,25
13:9 14:9 26:25 27:11,19 28:20,21

**falsity** 12:20

**fantastic** 14:19

**farce** 17:22

**fault** 17:14

**favorable** 34:12

**February** 31:25

**federal** 3:2,5 5:10 30:12 39:5 42:2

**feds** 22:22

**feed** 7:11 16:13

**feel** 2:20 44:3

**fell** 41:3

**felt** 29:12

**female** 45:13

**fight** 2:20

**fighter** 45:12

**fighting** 45:11

**file** 8:22 10:10 11:15 13:4 35:11
40:24 41:11

**filed** 3:3,4,18,24 4:2 9:2,14 11:9
12:24,25 13:8 20:2 28:16 30:7 39:18,
19 40:21 41:5,6,10

**filing** 2:10,12 4:14,15 8:15 10:12,15,
20,24 12:20 34:17 41:8 43:6 46:18

**filings** 6:10 9:2,17 11:4 13:14 18:1
26:15

**filled** 18:11

**find** 12:5

**finding** 42:4

**finds** 42:11

**fine** 20:5

**fire** 22:17

**fired** 23:21 37:8,9

**flat** 7:19

**flogging** 46:24,25

**Flynn** 44:23,24,25 45:2,3,4,5

**Flynn's** 45:6

Audio Transcription - April 02, 2024

**follow** 33:20,21

**foot** 25:17

**force** 5:1,3

**forensic** 6:19

**forensically** 27:19

**forgiven** 20:6

**Fort** 45:9

**Fortas** 33:15

**found** 6:9,11,16 13:8 27:19 28:10 29:21 30:10 34:20 36:24

**four-minute** 24:18

**frantic** 29:15

**fraud** 12:16,17 36:25

**friend** 40:2

**front** 21:9,17 25:11 39:10 43:21

**fuck** 31:7 32:6,9 35:11

**fucking** 22:1 24:5

**furtherance** 42:24

---

### G

**game** 6:18

**gasket** 38:19

**gathered** 3:8,9

**gave** 28:12 40:17 42:16

**General** 44:24 45:6

**Georgia** 16:25

**Giuliani** 43:18

**give** 10:7 31:3 33:12,18 34:4 44:5

**giving** 19:9 29:10 30:19,24 32:12 42:18 44:5

**God** 11:9

**good** 2:7,8,9 8:9 17:13,19 26:14 36:12 38:8 42:4

**gosh** 23:2

**government** 5:10 30:12

**grab** 16:3

**gram** 41:7

**grandmother** 36:18

**grant** 13:13 20:7

**gray** 21:14

**great** 8:5 26:12 45:2,12,15

**greatest** 40:3,6

**grievances** 42:12

**ground** 8:8,9

**Guard** 24:17

**guess** 10:9 17:9,19

**guy** 4:24 5:4 8:6,7 22:9,17 40:2,23

**guys** 23:18 26:14 33:5 43:1,2

---

### H

**hackers** 17:19

**hacking** 5:2

**half** 32:5 45:10

**hand** 34:3 48:16

**handcuffed** 13:25

**hands** 9:11 26:5

**hang** 38:1

**happened** 37:2

**happening** 31:16

**hard** 3:25 6:13 31:11 36:4 42:4

**harder** 45:25

**HART** 5:16

**haw** 23:18 24:9

**head** 29:21

**hear** 4:17 35:18

**heard** 3:3 31:25 34:10,11,14 35:14 43:12,14

**hearing** 4:10 8:19 10:3

**heaven** 24:24

**held** 11:20

**hell** 30:22

**helping** 42:17

**hem** 23:18 24:9

**hereunto** 48:15

**Hey** 2:1,8 9:7,16 44:18 45:3

**hide** 25:5

**hinges** 32:21

**historically** 26:1

**history** 25:21 42:20

**hokum** 5:17

**hold** 6:12

**hole** 7:6

**Holy** 19:11 25:18

**honest** 13:15

**honor** 30:15,19 32:22

**hook** 2:17

**hope** 31:1 39:6 43:3

**hoping** 41:3

**horrified** 39:12 41:7

**horse** 46:24

**hotel** 35:21

**hour** 32:4,5

**hours** 8:20 15:3

**House** 18:11

**hullabaloo** 5:9

---

### I

**lll** 24:12

**illegal** 6:2,22,25 7:1,8 24:13,20

**illegally** 24:21

**image** 6:12 36:3

**images** 6:11 16:24,25

**immediately** 39:1

**immigrants** 24:13,20,21

**impact** 45:8

**implement** 45:20

**imprimatur** 12:10

**inaccuracy** 28:7

**including** 5:3 19:18 42:22

**incomplete** 23:14,16

**incorrect** 30:14

**independent** 5:14

Audio Transcription - April 02, 2024

indict 38:10,13 39:2

indictment 39:16

ineffectual 37:16 38:17

information 14:21 18:2,4 19:7,19

injuries 11:20

installed 17:11,12,15

instance 10:8

Institute 5:11

instruction 29:12

intellectual 22:9 26:4 33:16

intellectuals 22:1

interested 48:10

interesting 46:2

internally 16:4 28:22,24,25

interview 35:16

introduce 3:24

introduced 3:20

investigation 28:13

involved 41:9

iron 28:14

irons 31:11 39:16

issue 11:3

IV 30:4


**J**

jail 4:11 31:6 32:18 33:9,24,25 38:25 44:2,9

Jindal 15:18

job 41:20

jockstrap 20:25

John 25:21 42:13

Jones 23:25

judge 21:9,10,18,22 23:4,24 25:15 28:17 29:6,18 30:2,14,17 31:8 32:6,7 34:11 37:12,14 43:12,13,16,24 44:4

judge's 23:20

judges 18:7 20:22 21:25 23:7 25:4 33:21

judgeships 39:6 42:2

judicial 32:9

judicious 20:14

jujutsu 40:5

jumpsuits 27:4

jury 36:19 41:3

Justices 23:7 25:18 26:4


**K**

kabuki 32:11

Kari 2:12,15,24 3:3 4:2 8:2 11:13,20 12:5,20,24 14:23 19:18 20:8 26:13 27:22

keeping 21:2 29:15

Keshel 45:13

key 15:19,24 16:3 17:21

kick 8:5

kicking 22:20

killer 4:6

kind 5:2

kinds 11:16,17 34:19 42:2

King 33:23

knew 12:14,15 14:4,5 19:11 22:23,25 29:4

knife 17:3

knocked 40:22

knowingly 46:22,23

Kurt 3:19 4:2 8:2,3,25 36:3,4 38:2,10, 14 39:2 46:17


**L**

laboratories 5:14

lady 41:2

Lake 2:13,15,24 3:3 8:2 11:13 12:24 14:23 19:18 26:13 27:22

Lake's 4:2 11:20 12:5,20

Lambert 39:14,15 44:14

landed 38:25

language 29:8

lap 24:8

laps 15:5

law 6:3 7:10 10:4 29:20 38:5 39:23 41:13 42:14

laws 33:20

lawsuits 34:14 43:17

lawyer 3:19 4:2,11 22:10 31:14,19,22 35:9 41:9

lawyers 9:1 11:2 14:14 19:25 27:1 31:16 42:15,22 46:19

Leaf 28:13 29:11

learned 12:19

learning 6:10

leave 16:18

leaving 17:21 28:14

left 2:17 15:24

leg 28:14 31:11 39:16

legal 15:1,5 18:9,14 19:14 21:2 28:3 36:11 38:4,6

lets 7:6

letter 8:25 33:9,25 44:1

letting 29:8

libel 35:12 43:17

license 33:18

lie 7:19,20 10:4 46:22

lied 14:4

lies 9:1,9,15,21,23,25 11:6 19:24

life 21:5

lift 30:4

light 2:7

Lindell 28:11 43:17 44:15

Lindell's 44:15

lines 11:19

list 37:21

listen 2:5 13:22 44:23

listening 38:19

litigation 12:7 39:7

live 10:10

lived 21:4

**lives**  21:25

**local**  45:7

**Locals**  10:8 43:5

**lofty**  22:9

**logic**  7:9,11 11:23 15:10,15 18:16,21 28:6

**long**  30:25

**looked**  21:11,23 31:13

**lost**  29:18

**lot**  13:22 19:10

**love**  8:4 25:9 29:2 35:12 36:17 41:3

**lower**  3:22 9:2,16 12:4 13:14 20:7 26:18

**Luther**  33:23

**lying**  4:22 13:20 14:5,12 27:8,12 46:23

### M

**machine**  5:15 7:14 15:10 16:12,17 32:16

**machines**  3:6 4:4,23 7:12,16,19,20 14:24 16:25 17:2 18:20 20:8 27:23,25

**made**  9:17 10:25 11:4 13:10 14:10 36:5,25 41:19,22 43:6

**main**  32:3

**maintenance**  17:9

**major**  13:21

**make**  7:22 16:10,17,21 17:4 22:19 23:2,17 24:2 25:8,13 30:23 31:1,2,4, 14 32:17,24 34:7 36:22 37:1,19 39:24 41:14,21

**makes**  39:25 41:13 45:7,25

**making**  13:4 14:14 29:6 30:13 36:21

**man's**  34:25

**maneuvering**  19:14

**manufacturers**  5:16

**march**  33:11,19

**marched**  33:13

**margins**  33:23

**Maricopa**  5:20 6:12 7:9,15 8:12 11:22 16:24

**Martin**  33:23

**martyr**  24:23

**martyring**  24:25

**mass**  42:7

**massive**  30:10

**mate**  19:22 33:4

**material**  12:3

**matter**  29:24

**matters**  34:2

**means**  34:13

**memory**  2:25

**men**  18:6

**Michigan**  31:12 39:16

**Microsoft**  16:2

**mid-march**  3:25

**middle**  2:1,2,5 24:10 44:10

**million**  24:13 31:20,22 35:10,17 44:19 45:10

**millions**  24:20

**mine**  40:2

**misconduct**  12:11

**misgivings**  32:1 35:15

**misrepresentation**  13:18 14:9,15

**mistake**  13:10 18:25

**MLK**  44:1

**MLK's**  33:9

**mogul**  22:6

**molar**  2:23

**moment**  3:17 19:4

**momentarily**  44:12,13

**Monday**  23:12 25:3

**months**  24:9 37:1

**moral**  22:13,14

**morning**  15:3 17:23 19:16 23:12 30:7

**motion**  4:16 8:19 10:2 13:13 28:16 29:6 45:24

**motions**  37:1,2 39:18 40:21 41:5,11

**mountain**  44:16

**move**  19:22

**moves**  46:12

**music**  35:3

### N

**name's**  31:23

**nasty**  41:6 43:11

**nation**  32:21

**national**  5:11 24:17 42:7 45:7

**Navy**  8:2,3,5

**needed**  7:23 25:14

**newspapers**  33:24

**nice**  2:17 41:2

**night**  2:2,3,5 10:25 43:8 44:11

**nightmare**  6:5

**Ninth**  3:12 11:20

**NIST**  5:11

**noncertified**  7:21

**note**  17:16

**Nothing's**  3:25

**notice**  11:3 26:21

**notifying**  27:2

**nuclear**  24:12

**nudge**  14:11

**nugatory**  38:5

**null**  28:4

**nullification**  36:20

**number**  2:14 7:13,14 17:1

**numbered**  45:20,24 46:1

### O

**occur**  7:6

**occurred**  14:25

**offense**  34:6

**officer**  29:20

**offices**  40:9

**officials** 15:12

**older** 8:4

**Olsen** 4:2 8:2,3,25 11:13 36:3,4 38:3, 10,14 39:2 46:18

**Olsen's** 3:19

**Oops** 20:1

**open** 15:25 17:21

**opponents** 8:11

**opportunity** 8:17,18 32:13 34:5

**opposition** 26:11

**orange** 27:3

**order** 33:10

**organizer** 45:12

**organizing** 45:16

**original** 4:15 8:15

**outcome** 48:10

**overrule** 20:7

**overturn** 17:25

**P**

**p.m.** 43:9

**package** 7:3

**paid** 31:20,22 35:9

**Paradysz** 48:3,19

**Pardon** 2:15

**part** 40:17 41:16

**parties** 48:12

**parts** 12:13

**passcode** 17:17

**patch** 35:13

**PB** 10:17

**peaceful** 21:2

**pen** 42:11

**penetrate** 17:3

**penetration** 5:1

**people** 2:4 6:23 8:7 15:4 17:7 18:11 23:9 25:25 28:11 30:12 32:1 33:20 34:20 42:8,23 45:1,10,25

**performed** 11:23 18:17

**permission** 40:13,14,17

**permit** 33:11,13

**person** 48:7

**Peters** 31:19,21,24 35:8,10,25 36:2 37:2,19 38:12 39:21

**Peters's** 39:17 40:14

**Petitioner** 11:1

**picks** 42:11

**pioneer** 40:7

**pioneers** 40:7

**plaid** 40:9

**plan** 17:10

**play** 16:2

**pocket** 40:10

**point** 18:8 20:12 22:20 26:12 34:1,2 36:8 44:3 46:23

**pompous** 24:5

**pop** 21:7 46:25

**position** 8:24 9:6 14:20 23:3 25:10

**post-it** 17:16

**posted** 17:17 45:18 46:15

**predetermined** 7:13

**preelection** 11:23

**presented** 12:4

**preserve** 25:22

**president** 42:18

**president's** 36:6

**pretty** 8:8

**previous** 11:4

**previously** 9:16 12:14,15,25 19:24

**prior** 12:3

**prison** 20:1 27:15 29:9 30:25 32:25 33:14 38:8

**private** 29:25 30:1

**project** 42:6

**promised** 39:5 42:2

**proof** 6:20 27:18 30:10 36:24

**protector** 40:10

**prove** 6:24

**proven** 14:25 18:1

**public** 16:10,21 30:23 31:1 32:18 34:8

**pull** 10:7,19

**purist** 30:9

**put** 2:10,11 9:11 12:9 15:18 21:22 26:21 35:25 36:2,16 37:23,25 39:10 43:1

**puts** 8:23 15:24 37:22 43:25

**putting** 41:2

**Q**

**quarterbacking** 23:13

**question** 7:7

**quiet** 31:3

**quirky** 45:13

**R**

**railroad** 37:12,13

**raise** 6:4

**Ramadan** 24:15,23 25:1

**ran** 8:21

**rays** 47:1

**read** 11:19 43:5

**ready** 20:25

**real** 8:23 22:6,10 35:15

**realized** 11:9

**rear** 2:22

**reason** 3:22 24:17 26:25 42:5 46:8

**reasonable** 43:15

**reasserting** 10:4 26:24

**reassertion** 27:10

**recommended** 42:17

**record** 13:6 48:6

**recorder** 39:21,22 41:12,15

**records** 41:16,18

Audio Transcription - April 02, 2024

refresh 2:24

refused 8:13

refusing 27:8

related 48:11

release 29:17

released 29:10,19 35:1

relied 11:10 12:5 20:4,5

remains 23:11

Remember 24:15

remind 2:14

removed 2:19

reply 8:13,14,17,18

report 16:6

reported 48:6

represent 37:10

representations 11:22

Republican 31:18

reputation 25:23,24

required 11:23

resentfully 35:21

resort 37:23

respect 30:18 32:12 44:5

respective 48:13

respond 9:24 10:3 11:7,8 13:11
14:8,14 19:23 27:9,16,17 33:4 38:21,
22,23

responded 10:1

respondent's 12:10 26:9

respondents 12:2,8,13,21

responding 12:18 19:20 26:12,15,
16,23

response 12:9,22 13:4,17

results 17:4

revered 42:14

reverse 13:13

review 13:19 34:5

reward 24:25

Richards 31:23 35:9 37:14,18 40:24

Richards's 36:8

ridiculous 35:24 43:24

ridiculously 3:7

rigging 7:6,23

rights 8:10 14:2,4 42:9,10,24

rings 32:2

road 22:21

Roberts 25:21

robes 25:5

room 35:21

Rudy 43:18

Rule 30:4

run 5:6,7 6:21 7:3 12:8 16:12,14
18:20

running 7:2

## S

sanctioned 27:13 46:20

sanctioning 14:16

sanctions 42:12

save 40:16

scheme 40:18

school 42:14

SCOTUS 43:6

seal 8:3,6 14:1 18:3 30:5 43:25

sealed 29:16

seconds 10:7

secret 30:16

Secretaries 15:11

Secretary 8:12 9:8,18

secretly 41:19

sell 42:3

sequentially 46:1

set 16:23 17:2 23:14 31:14 34:24
48:15

Seth 45:13

share 44:17

sheriff 28:12 29:11,23

shirt 40:9

shit 29:19

shoe's 25:17

shoes 22:3,5 24:1

shot 26:3

show 2:21 8:24 11:25 18:22 28:19

showed 35:11

showing 16:22

shows 13:20

sick 37:3,6,12

side 4:25 19:20 22:19 43:13 44:17

sides 46:21

Sidney 43:18 44:17,18

signed 29:24

silent 34:4

sincere 21:13

sink 20:23

Sir 35:17

sit 26:4

situation 23:14 24:6 25:10

Sixth 42:8,24

sized 27:3

slag 43:20

snobs 22:9 26:4

snuck 40:1

software 5:7,8,19,20,21,23,24 6:7,8,
21,22 7:3,21 11:25 15:8,10 17:2
18:15,21

sold 39:9

someday 21:9,18 25:12

someone's 21:18

Something's 31:16

Sounds 41:20

spare 7:16

speaker 40:3

special 24:25

specifically 12:2 39:23

spectrum 45:14

**speculative** 3:11,14,23 11:21 12:6

**spend** 21:25

**spent** 35:17

**spit** 16:15,16 17:4

**spits** 7:14

**square** 34:15

**stack** 7:12

**stall** 23:19

**stand** 16:17 25:12 36:2,16 37:19,23, 25 38:1,13

**standards** 5:12,13

**Standby** 32:3

**standing** 21:9,17

**state** 3:2 8:13 9:8,18 15:11 42:5,22

**statement** 12:13 26:17

**statements** 9:3 11:7,10 12:25 14:10 26:11,17,24 27:18

**states** 17:1 19:6 20:11 24:14 30:11 34:7 35:2

**statue** 44:14

**Stefanie** 4:11 28:12 29:10,19 30:20 31:10 34:16 39:14,15 41:4,6

**step** 37:9

**Steph** 44:14

**steps** 28:21 30:20

**stipulated** 13:7

**stops** 7:1

**story** 31:21

**straightforward** 43:23

**strategy** 36:1,15,19 38:24 39:3,13 41:1

**study** 25:6,14 26:6

**stuff** 2:22 4:10 5:2 6:3 9:4 14:1 29:11,19 31:1 32:16 38:12 45:25

**submitted** 7:25

**sucker** 38:12

**sue** 39:7

**suing** 28:11

**summary** 13:13

**Sunny** 46:25

**supervisors** 45:19

**supplemental** 4:16 10:17 11:1

**supposed** 8:14,16 15:19 30:21 31:24 41:16

**Supreme** 2:13 3:1,19 4:3,14,17 8:1, 14 9:11,24 10:25 11:5 12:9,17 13:3, 12 14:17,19 15:2 17:23 18:2,4 19:5, 17 20:6,22 21:3 23:7 26:15 27:8,12, 22 33:7,16 43:8

**surfers** 40:6

**surfing** 40:8

**surreptitiously** 6:6

**survive** 25:25

**suspected** 41:17

**swap** 6:6

**swapped** 5:23 6:7

**swim** 47:1

**switch** 34:25 46:21

**switched** 15:9

**system** 15:21,22 16:1,2,4,24 17:8, 11,12,16,20,22 32:10 33:20 46:10,12

**systems** 2:25 5:4,5

---

**T**

**tag** 40:10

**Tahiti** 33:2

**taking** 21:1

**talk** 15:22

**talking** 4:6

**Tarrant** 45:8,16,19

**taught** 21:8

**teach** 33:9

**technologist** 4:25

**Technology** 5:12

**teeth** 20:23

**Telegram** 10:11,12,13,15,18,19,23 43:4

**telling** 22:25 28:17 30:17 35:8

**terms** 21:1,16

**test** 5:15,18

**testing** 5:1,2 7:10,11 11:24 15:11,15 18:16,22 20:18

**Texas** 44:23 45:9

**text** 15:25

**theoretical** 7:7

**theory** 35:18,20,24,25

**THEREOF** 48:15

**thing** 15:16 16:14 20:14 21:11,15,20, 21 29:3 31:6 34:10 35:6 37:10 43:4, 15 44:7

**things** 5:6 7:25 9:14 13:21 18:15 19:11 20:2,3 21:8 22:18 26:18 29:25 34:19 41:8 42:3

**thought** 23:1 36:9 38:3

**throw** 19:8 20:25 25:15 28:2 30:24 31:6 32:18,24 35:12

**throwing** 31:11

**thrown** 41:23

**ticked** 34:16

**tighten** 46:13

**tightening** 46:10

**till** 35:3

**time** 2:16 8:21 28:2 30:6,19,21 31:3 32:12 34:17 36:8 37:4 43:3,9 44:6,9

**Tina** 31:19,21,24 35:8,10,14,25 36:2 37:2,19 38:12,25 39:17,21 40:14,19

**today** 29:7

**told** 9:9 19:12,13,24 36:3,7,14 38:3

**tooth** 2:18

**top** 22:22

**tough** 8:5,7

**towel** 28:2

**trace** 16:18

**track** 10:20

**tracks** 17:5

**transcription** 48:5

**TRANSCRIPTIONIST** 48:1

**trap** 38:12

Audio Transcription - April 02, 2024

**trial** 31:25 35:14,19 40:23 43:1

**true** 13:9 14:3 26:19 27:20,21 48:5

**Trump** 16:14,16 39:2

**Trump's** 22:10

**truth** 2:18 20:11 26:22

**Tuesday** 24:15 25:1,3

**turn** 9:4

**turned** 2:19 31:17,19 39:5

**Turns** 7:15

**Twitter** 45:18 46:3,16

**two-and-a-half-minute** 46:3

---

### U

**unbeknownst** 35:21

**uncertified** 5:23

**understand** 9:13,19,20 28:5 29:14 32:8 34:15 43:23 46:9,11

**understood** 12:23

**United** 19:6 20:11 24:14 34:7 35:2

**unseal** 32:13,22

**unsealed** 32:17 34:18

**upload** 10:9,11 43:4

**uploaded** 10:6,24

**uploading** 10:15 44:12,13

**upper** 2:23

---

### V

**valuable** 36:24

**valued** 22:7

**verge** 24:10,11,12

**video** 16:9,10,19,22 45:17 46:15

**violated** 12:21 33:10

**virgins** 24:24

**void** 28:4

**vote** 45:18 46:4,6

**voted** 45:20 46:7,8

**votes** 7:13

**voting** 11:25

**VSLIS** 5:14

---

### W

**wait** 2:4 4:18 35:3

**waiver** 13:16

**waivers** 26:10

**waiving** 12:9,22

**wake** 44:10

**wakes** 15:2 17:23

**wanted** 18:6 20:12

**war** 24:10,11,13

**warrant** 31:13

**warrants** 13:18

**Washington** 39:17 43:9

**Watch** 46:6

**wave** 40:8

**weak** 38:16

**Wednesday** 15:3

**week** 2:19 8:14 31:24 35:13,20

**well-orchestrated** 42:23

**whatsoever** 36:12

**whiff** 28:12

**whistle** 16:17

**white** 18:10 39:20

**who'll** 6:23

**wild** 22:18

**wildly** 6:2

**willy-nilly** 29:17

**win** 18:11 27:20

**window** 17:18

**wing** 14:11

**witnesses** 36:1 37:20

**woman** 45:8 46:7,15

**wonderful** 36:17

**world** 24:11 40:4,6

**worried** 32:2 37:5

**worrying** 21:5

**worse** 19:12,13

**Worth** 45:9

**wringing** 26:5

**writ** 13:3

**wrong** 11:14 20:2,3 31:5 32:24 33:18 40:19,20

**wrote** 17:16 33:16,23 41:6

---

### Y

**year** 4:19

**years** 5:1 18:7 26:6 35:5,6 38:9 39:1

**yesterday** 41:7 45:17

---

### Z

**Zoom** 35:22 38:18