# EXHIBIT 44

| Posted on X on 5/13/24 | Posted on X on 5/10/24 | Posted on X on 5/9/24 | Posted on X on 5/8/24 | Posted on X on 5/6/24 | Posted on X on 4/11/24 | Posted on X on 3/17 &3/18/24 | Attached to 3/8/24 Leaf affidavit (MI) | Bates No. | DOM_DC Vol. | Date Produced by Dominion to Byrne |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | X | DOM_DC00002057 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00002470 | 1-7 | 6/21/2023 |
| | X | X | | | | | X | DOM_DC00010180 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00018168 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00019601 | 1-7 | 6/21/2023 |
| | | | | X | | | X | DOM_DC00020535 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00037442 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00037444 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00037460 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00037638 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00037694 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00043804 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC00043825 | 1-7 | 6/21/2023 |
| | | | | | | X | X | DOM_DC00044930 | 1-7 | 6/21/2023 |
| | | | | X | | | X | DOM_DC00045992 | 1-7 | 6/21/2023 |
| | | | | | X | | X | DOM_DC00049463 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00049481 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00049564 | 1-7 | 6/21/2023 |
| | | X | X | | | X | | DOM_DC00058858 | 1-7 | 6/21/2023 |
| | | X | X | | | X | | DOM_DC00058883 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00073527 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00082216 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00153573 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00163042 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00196432 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00197244 | 1-7 | 6/21/2023 |
| | | X | X | | | X | | DOM_DC00205166 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00206835 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00216768 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00231453 | 1-7 | 6/21/2023 |
| | | | X | | | X | | DOM_DC00279838 | 1-7 | 6/21/2023 |

| Posted on X on 5/13/24 | Posted on X on 5/10/24 | Posted on X on 5/9/24 | Posted on X on 5/8/24 | Posted on X on 5/6/24 | Posted on X on 4/11/24 | Posted on X on 3/17 &3/18/24 | Attached to 3/8/24 Leaf affidavit (MI) | Bates No. | DOM_DC Vol. | Date Produced by Dominion to Byrne |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | | X | DOM_DC00370343 | 1-7 | 6/21/2023 |
| | | | | X | | | X | DOM_DC00370398 | 1-7 | 6/21/2023 |
| | | | | X | | | X | DOM_DC00375834 | 1-7 | 6/21/2023 |
| | | | | X | | | X | DOM_DC00398334 | 1-7 | 6/21/2023 |
| X | X | | | | | | | DOM_DC00400971 | 1-7 | 6/21/2023 |
| X | | | | | | | | DOM_DC01040669 | 1-7 | 6/21/2023 |
| | | | | | | X | | DOM_DC01313137 | 1-7 | 6/21/2023 |
| X | X | | | | | | | DOM_DC01328486 | 1-7 | 6/21/2023 |
| X | | | | | | | | DOM_DC01373220 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01432580 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01434307 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01434313 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01435890 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01444157 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01444256 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01445545 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01452291 | 1-7 | 6/21/2023 |
| | X | | | | | | | DOM_DC01455981 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01456258 | 1-7 | 6/21/2023 |
| X | | | | | | | | DOM_DC01456495 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01466819 | 1-7 | 6/21/2023 |
| | | X | | | | | X | DOM_DC01552008 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01555374 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01575252 | 1-7 | 6/21/2023 |
| X | | | | | | | | DOM_DC01706064 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01870495 | 1-7 | 6/21/2023 |
| | X | | | | | | | DOM_DC01847356 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC01876627 | 1-7 | 6/21/2023 |
| | X | | | | | | X | DOM_DC01885115 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC02099382 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC02128457 | 1-7 | 6/21/2023 |
| | | | | | | | X | DOM_DC02173441 | 1-7 | 6/21/2023 |

3

| Posted on X on 5/13/24 | Posted on X on 5/10/24 | Posted on X on 5/9/24 | Posted on X on 5/8/24 | Posted on X on 5/6/24 | Posted on X on 4/11/24 | Posted on X on 3/17 &3/18/24 | Attached to 3/8/24 Leaf affidavit (MI) | Bates No. | DOM_DC Vol. | Date Produced by Dominion to Byrne |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | X | | DOM_DC02214125 | 1-7 | 6/21/2023 |
| | | | | | | X | | DOM_DC02342144 | 1-7 | 6/21/2023 |
| | | | | | | X | | DOM_DC02445448 | 1-7 | 6/21/2023 |
| | | | | | | X | | DOM_DC02445725 | 1-7 | 6/21/2023 |
| | | X | | | | X | | DOM_DC02498796 | 1-7 | 6/21/2023 |
| | | X | | | | X | | DOM_DC02503808 | 1-7 | 6/21/2023 |
| | | | | | | X | | DOM_DC02611991 | 1-7 | 6/21/2023 |
| X | | | | | | | | DOM_DC02652002 | 1-7 | 6/21/2023 |
| | X | | | | | | | DOM_DC03910668 | 8 | 6/27/2023 |
| | | X | | | | | | DOM_DC03915767 | 8 | 6/27/2023 |
| | X | | | | | | | DOM_DC03915768 | 8 | 6/27/2023 |
| | X | | | | | | | DOM_DC03915775 | 8 | 6/27/2023 |
| | | | | | | X | | DOM_DC03962539 | 8 | 6/27/2023 |
| | | X | | | | X | | DOM_DC03985557 | 8 | 6/27/2023 |
| | | | | | | X | | DOM_DC03985591 | 8 | 6/27/2023 |
| | | | | | | X | | DOM_DC04007613 | 8 | 6/27/2023 |
| | | | | | | X | | DOM_DC04037201 | 8 | 6/27/2023 |
| | | | | | | X | | DOM_DC04109820 | 8 | 6/27/2023 |
| | | | | | X | X | | DOM_DC04125898 | 8 | 6/27/2023 |
| X | | | | | | | | DOM_DC04245072 | 8 | 6/27/2023 |
| | X | | | | | | | DOM_DC04245097 | 8 | 6/27/2023 |
| | | | | | X | X | | DOM_DC04245227 | 8 | 6/27/2023 |
| | | | | | X | X | | DOM_DC04245228 | 8 | 6/27/2023 |
| X | | | | | | | | DOM_DC04256565 | 8 | 6/27/2023 |
| | | | | | X | X | | DOM_DC04285931 | 8 | 6/27/2023 |
| X | X | | | | | | | DOM_DC04288612 | 8 | 6/27/2023 |
| | | | | | X | X | | DOM_DC04298215 | 9 | 7/21/2023 |
| | | | | | X | X | | DOM_DC04299014 | 9 | 7/21/2023 |
| | | | | | X | X | | DOM_DC04299017 | 9 | 7/21/2023 |
| | | | | | X | X | | DOM_DC04299038 | 9 | 7/21/2023 |
| | | | | | X | X | | DOM_DC04299059 | 9 | 7/21/2023 |
| | | | | | | X | | DOM_DC04299064 | 9 | 7/21/2023 |

3

| Posted on X on 5/13/24 | Posted on X on 5/10/24 | Posted on X on 5/9/24 | Posted on X on 5/8/24 | Posted on X on 5/6/24 | Posted on X on 4/11/24 | Posted on X on 3/17 &3/18/24 | Attached to 3/8/24 Leaf affidavit (MI) | Bates No. | DOM_DC Vol. | Date Produced by Dominion to Byrne |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | X | | DOM_DC04299070 | 9 | 7/21/2023 |
| | | | | | | X | | DOM_DC04299076 | 9 | 7/21/2023 |
| | | | | | | X | | DOM_DC04299086 | 9 | 7/21/2023 |
| | | | | | | X | | DOM_DC04299093 | 9 | 7/21/2023 |
| | | | | | | X | | DOM_DC04938786 | 15 | 8/31/2023 |
| | | | | | | X | | DOM_DC04940553 | 15 | 8/31/2023 |
| | | | | | | X | | DOM_DC04954146 | 15 | 8/31/2023 |
| | | | | | | X | | DOM_DC04971613 | 15 | 8/31/2023 |
| | | | | | | X | | DOM_DC07470238 | 38 | 2/22/2024 |
| | | | | | | X | | DOM_DC07487599 | 38 | 2/22/2024 |
| | | | | | | X | | DOM_DC07553164 | 38 | 2/22/2024 |
| | | | | | | X | | DOM_DC07558681 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07561576 | 38 | 2/22/2024 |
| | | | X | | X | | | DOM_DC07561578 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07561912 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07561915 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07561917 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07561919 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07561923 | 38 | 2/22/2024 |
| | X | | | | | | | DOM_DC07562221 | 38 | 2/22/2024 |
| | | | X | | X | | | DOM_DC07684017 | 38 | 2/22/2024 |
| | | | X | | X | | | DOM_DC07738682 | 38 | 2/22/2024 |
| | | | X | | X | | | DOM_DC07738727 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07738728 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07800260 | 38 | 2/22/2024 |
| | | | | | X | | | DOM_DC07827644 | 38 | 2/22/2024 |
| | | | X | | | | | DOM_DC08212848 | 38 | 2/22/2024 |
| | | | X | | | | | DOM_DC08227549 | 38 | 2/22/2024 |
| | | | X | | | | | DOM_DC08295430 | 38 | 2/22/2024 |
| | | | X | | | | | DOM_DC08295433 | 38 | 2/22/2024 |
| | | | X | | | | | DOM_DC08591521 | 38 | 2/22/2024 |
| | | | X | | | | | PENTA-00116133 | | 12/7/2023 |