# EXHIBIT 45



# Timeline

**8/10/21** — Dominion files complaint against Patrick Byrne

**8/25/21** — MI: Lambert is one of nine attorneys reprimanded and referred for sanctions by Judge Linda Parker

**8/22** — MI: Michigan's governor, attorney general, and secretary of state submit a complaint to the Michigan Attorney Grievance Commission calling for disciplinary action and potential disbarment against Lambert

**6/16/23** — Operative Protective Order entered by Court (Judge Carl. J. Nichols) in this matter.

**8/3/23** — MI: Lambert charged with felony indictment on multiple charges relating to alleged tampering with voting systems following the 2020 election

**11/10/23** — GA: District Court of Georgia finds that Lambert directed the transmission of a disc drive with forensic material.

**12/12/23** — Lambert signs PO's undertaking

**3/12/24** — Lambert enters her appearance in this matter

McGlinchey firm withdraws as counsel of record.

Lambert responds to Dominion's email. Does not deny her actions; instead accuses Dominion of various crimes

**3/11/24** — Robert Driscoll (attorney at McGlinchey firm) notifies Dominion via email about Lambert's filing

Brook responds to Driscoll, copies all defense counsel.

**3/8/24** — Lambert files Dominion's documents in MI court case

MI: Oakland County Circuit Court judge issues a bench warrant for Lambert's arrest after multiple failures to appear and comply with court orders in that case.

**3/24** — Lambert gives documents to Dar Leaf

**3/15/24** — Dominion files emergency motion for relief

**3/18/24** — Byrne files response to emergency motion for relief

**3/18/24** — **Court issues oral Status Quo order**

**3/19/24** — **Court publishes written order reducing oral order to writing: the Status Quo Order.**

**3/21/24** — Time by which Court ordered Lambert and Byrne to provide a written affirmation that they have complied with Status Quo Order.

**3/22/24** — Byrne files request for "an extension of time" among other things

Dominion files reply iso motion for relief

**3/25/24** — Court issues Minute Order

**3/26/24** — Lambert/Byrne file verifications originally due on 3/21

---

**2021** | **2022** | **2023** | **2024**




**2/14/24** — Lambert posts

**3/9/24** — Byrne posts

**3/11/24** — Election Integrity Force posts

**3/14/24** — Byrne posts

**3/15/24** — Lambert posts

**3/16/24** — Dar Leaf creates X account

**3/17/24** — Leaf posts (x2)

**3/18/24** — Leaf posts (x38)

Lambert posts

Byrne posts (x4)

**3/19/24** — Byrne posts (x2)

Lambert ABC interview

**3/20/24** — Byrne posts

**3/22/24** — Byrne posts (x3)

Lambert posts

Lambert appears on Joe Oltmann's Conservative Daily Podcast

**3/27/24** — Byrne posts



**4/25/24**
Court issues minute order rescheduling hearing for May 13, 2024. Confirms Lambert, Byrne, and prior counsel all must attend in person.

**4/24/24**
Byrne files motion to continue May 10, 2024, hearing

Byrne files motion for leave to file sur reply

**4/19/24**
PA: Pennsylvania Supreme court issues sanctions against Lambert (and others) based on repeated violations of a court protective order prohibiting unauthorized voting machine inspections and referred Lambert for disciplinary review.

**4/15/24**
Court issues minute order referring emergency motion to Magistrate Judge Updahyaya

**5/8/24**
Michigan AGs office announces new charges against Lambert.

**5/1/24**
Byrne files sur reply

**5/10/24**
Byrne files second motion to adjourn hearing on emergency motion.

Court issues minute order rescheduling hearing for May 16, 2024 and again clarifying that Byrne must appear in person.

## Apr 2024 | May 2024

**4/3/24** Byrne posts
**4/2/24** Byrne posts
**4/6/24** Byrne posts
**4/7/24** Lambert gives interview on "The Joe Hoft Show"
**4/8/24** Byrne posts
**4/11/24** Leaf posts
**4/14/24** Byrne posts
**4/16/24** Byrne posts (x2)
**4/17/24** Mike Lindell posts
Byrne posts (x2)
**4/20/24** Byrne posts
**4/24/24** Byrne posts
**5/7/24** Byrne posts (x2)
**5/8/24** Byrne posts (x5)
Lambert posts
**5/9/24** Lambert posts (x2)
Byrne posts (x2)
Dar Leaf posts
**5/10/24** Dar Leaf posts (x2)
**5/12/24** Byrne posts
**5/13/24** Dar Leaf posts
Clip of Lambert on local news