# EXHIBIT 46

← Post

**Stefanie Lambert**
@AttyStefLambert

"It Was A LIE!" BOMBSHELL RECORDING Captures MI Prosecutor Saying Dominion Voting Machines President John Poulos Perjured Himself Under Oath When Asked About Dominion Machine Access To Internet | The Gateway Pundit | by Patty McMurray

"It Was A LIE!" BOMBSHELL RECORDING Captures MI Prosecutor Saying Dominion Voti...

From thegatewaypundit.com

2:54 PM · Feb 14, 2024 · **1,299** Views

💬 2    🔁 29    ♥ 46    🔖 3    ⬆️

Post your reply      Reply

screenshot-twitter.com-2024.03.15-13_35_52
https://twitter.com/AttyStefLambert/status/1757870955165098451
15.03.2024