EXHIBIT 49

screenshot-twitter.com-2024.03.22-11_46_08
https://twitter.com/SheriffLeaf/status/1769560275919982728
22.03.2024

**Sheriff Dar Leaf**
@SheriffLeaf

···

drive.google.com
Letter.to.Jim.Jordan.03.17.24.pdf

8:03 PM · Mar 17, 2024 · **319.1K** Views

159    �17 1.2K    ♡ 1.6K    🔖 256    ↑

screenshot-twitter.com-2024.03.22-11_47_35
https://twitter.com/SheriffLeaf/status/1769561564993192198
22.03.2024

**Post**

**Sheriff Dar Leaf**
@SheriffLeaf

...

Traunche One.

> drive.google.com
> allcomms -.pdf

8:08 PM · Mar 17, 2024 · **154.5K** Views

💬 78     🔁 413     ♡ 605     🔖 180     ⬆









Sheriff Dar Leaf @SheriffLeaf · Mar 18

drive.google.com
202-273.pdf

💬 1          🔁 59          ♡ 89          ᴸᴵᴸ 5.7K          🔖  ⬆️

Sheriff Dar Leaf @SheriffLeaf · Mar 18                      ⋯

drive.google.com
289-291.pdf

💬          🔁 50          ♡ 81          ᴸᴵᴸ 5.6K          🔖  ⬆️

Sheriff Dar Leaf @SheriffLeaf · Mar 18                      ⋯

drive.google.com
288.pdf

💬 1          🔁 53          ♡ 82          ᴸᴵᴸ 5.6K          🔖  ⬆️

Sheriff Dar Leaf @SheriffLeaf · Mar 18                      ⋯

drive.google.com
274-287.pdf

💬 1          🔁 56          ♡ 81          ᴸᴵᴸ 5.6K          🔖  ⬆️

Sheriff Dar Leaf @SheriffLeaf · Mar 18                      ⋯

drive.google.com
199-201.pdf

199-201.pdf

Q 1        ⇄ 53        ♡ 81        ili 5.4K        🔖   ⤴

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    ···

📇        drive.google.com
         93-198.pdf

Q          ⇄ 47        ♡ 79        ili 4.9K        🔖   ⤴

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    ···
Expert Jeff Lenberg- testimony for Antrim County case

📇        drive.google.com
         Lenberg Combined.pdf

Q 6        ⇄ 80        ♡ 123       ili 7.1K        🔖   ⤴

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    ···

📇        drive.google.com
         33-34.pdf

Q          ⇄ 46        ♡ 79        ili 4.9K        🔖   ⤴

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    ···

📇        drive.google.com
         58-62.pdf

Q          ⇄ 47        ♡ 73        ili 4.8K        🔖   ⤴



**Sheriff Dar Leaf** @SheriffLeaf · Mar 18  ···

drive.google.com
7-9.pdf

💬    🔁 43    ♡ 72    📊 4.7K    🔖  ⬆️

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18  ···

drive.google.com
10-19.pdf

💬 2    🔁 46    ♡ 71    📊 4.7K    🔖  ⬆️

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18  ···

drive.google.com
1-3.pdf

💬 4    🔁 48    ♡ 83    📊 4.8K    🔖  ⬆️

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18  ···

drive.google.com
4-6.pdf

💬    🔁 44    ♡ 72    📊 4.5K    🔖  ⬆️

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18  ···



drive.google.com
20-23.pdf

💬          ⇄ 43          ♡ 72          ᵢₗᵢ 4.5K          🔖  ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    · · ·

drive.google.com
31-32.pdf

💬          ⇄ 44          ♡ 74          ᵢₗᵢ 4.4K          🔖  ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    · · ·

drive.google.com
12.pdf

💬 1        ⇄ 59          ♡ 93          ᵢₗᵢ 4.7K          🔖  ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    · · ·

drive.google.com
10-11.pdf

💬          ⇄ 50          ♡ 73          ᵢₗᵢ 4.6K          🔖  ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    · · ·
drive.google.com/file/d/11Brqaa...

💬 2        ⇄ 46          ♡ 71          ᵢₗᵢ 4.4K          🔖  ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18                    · · ·



drive.google.com
56-57 y.pdf

♡ 1          ⇄ 49          ♡ 79          ᕦ 4.4K          🔖 ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18          ···

drive.google.com
24-28 y.pdf

♡ 1          ⇄ 50          ♡ 81          ᕦ 4.4K          🔖 ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18          ···

drive.google.com
45-53.pdf

♡          ⇄ 47          ♡ 78          ᕦ 4.4K          🔖 ⬆

**Sheriff Dar Leaf** @SheriffLeaf · Mar 18          ···
Bite size from last night's post.

drive.google.com
20-29 y.pdf

♡ 2          ⇄ 69          ♡ 111          ᕦ 6.4K          🔖 ⬆

screenshot-twitter.com-2024.03.22-11_58_31
https://twitter.com/AttyStefLambert/status/1769736146043465899
22.03.2024

← **Post**



**Stefanie Lambert**
@AttyStefLambert

∙∙∙

I gave the evidence to law enforcement. The discovery (file from Dominion) contained evidence of numerous crimes. The Constitution does not permit secret Serbians to run our elections. Local clerks are to run our elections, & transparency is prevented by vendors (Dominion).

> When Dominion raised the prospect of sanctions, it noted that Lambert is familiar with the process, since she was initially sanctioned for her involvement as local counsel in the Michigan "Kraken" lawsuit before an appellate court reversed.
>
> "Lambert does not, and cannot, contest the requirements set forth in the Protective Order, which itself contemplates sanctions if breached. Rather, she apparently believes that she has the unilateral authority to decide whether or not she needs to comply. As a barred, licensed attorney, Lambert is well aware that court orders are not optional (and, lest she had any doubt, the disciplinary referrals, bench warrant, and sanctions entered against her by various courts have surely apprised her of that fact)," the motion said. "The only question for this Court, then, is whether her violation warrants disqualification. It does."

7:42 AM · Mar 18, 2024 · **244K** Views



 479          ⇵ 3K          ♡ 4.6K          🔖 396          ⬆

screenshot-twitter.com-2024.03.22-12_03_02
https://twitter.com/PatrickByrne/status/1769867329284817121
22.03.2024

← **Post**




**Patrick Byrne** ✔
@PatrickByrne

**Subscribe** ⋯

This is no mincing PC-Sheriff. Three more coming.

---

# Barry County Sheriff's Office

1212 West State Street • Hastings, Michigan 49058

### *Sheriff Dar Leaf*

March 17, 2024

The Honorable Jim Jordan
2056 Rayburn House Office Building
Washington, DC, 20515-3504

Dear Congressman Jordan,

My office is investigating criminal acts related to elections in Barry County, the State of Michigan, and the United States. I am in possession of evidence involving voting machines. Additionally, I have recently received a subpoena from Prosecutor D.J. Hilson of Muskegon County for my file. D.J. Hilson worked with the Michigan Attorney General to bury the Muskegon fraud investigation that was initially reported by the Muskegon local clerk. Not one person was charged related to the Muskegon fraud despite confessions, and physical evidence. Considering this, I am going to provide portions of my file to Congress for immediate review and investigation.

My office has come into possession of evidence that foreign nationals have accessed electronic voting machines in Michigan and other states. This evidence demonstrates that electronic voting machines and electronic election systems used for elections in Michigan and throughout the United States are not secure and an immediate investigation is needed by Congress.

Business (269) 948-4805 • Jail (269) 948-4804 • Fax (269) 948-4831

---

4:23 PM · Mar 18, 2024 · **89.1K** Views

💬 128          ↻ 2.1K          ♡ 4.2K          🔖 247          ↑

screenshot-twitter.com-2024.03.22-12_07_17
https://twitter.com/PatrickByrne/status/1769868023077216300
22.03.2024

← **Post**



**Patrick Byrne** ✔
@PatrickByrne

**Subscribe**    ...

---

2

I have evidence in my file of Serbian foreign nationals entering our election system while the votes were being counted, and prior to certification. The election vendor, Dominion, hired these Serbian employees and disclosed in emails that they are not able to provide backgrounds on these individuals due to law in Serbia. It has only been a mere 25 years since conflict involving Serbia. Therefore, the United States has allowed a scenario where potentially Serbian military criminals are running our elections and remotely entering our election equipment.

I am investigating the role that some individuals inside the United States have played in conspiring with these foreign nationals, and who have even directed and instructed them to access and interfere with electronic voting machines and electronic voting systems during past elections, including the November 2020 election. Multiple false assurances from state and federal agencies, and private companies that our elections were secure and not compromised through remote network access or otherwise. Moreover, I have evidence that U.S. Dominion and its affiliates (Dominion) instructed its employees to alter or otherwise falsify the integrity of the software and hardware in its voting machines and systems to attain certification by the Election Assistance Commission (EAC), even when they knew that the systems could not be properly verified and certified. Additionally, I have evidence that the voting machines and systems are vulnerable to alteration and manipulation, i.e., interference, by the use of thumb drives and external devices that

Business (269) 948-4805 · Jail (269) 948-4804 · Fax (269) 948-4831

---

4:26 PM · Mar 18, 2024 · **13.5K** Views

💬 22        ↻ 273        ♡ 511        🔖 28        ⬆

← **Post**



Patrick Byrne ✔
@PatrickByrne

**Subscribe**   ⋯

---

3

can be surreptitiously connected to voting machines before, during, and after elections.

As a result of this information, my office is also investigating conspiracy crimes, wire services fraud, honest services fraud, and perjury charges, among other criminal acts. The perjury charges stems from assurances by Dominion's CEO during sworn testimony before the Michigan Legislature that its voting machines and voting systems could not be accessed or connected to by outside networks and sources, and that it was a "US based company."

As I now have evidence that our election equipment is not secure and because election voting machines prevent transparency, and vendors have more oversight and authority to have them examined than the officials that are charged with the constitutional duty to insure our elections are secure, transparent, and fulfill our promise to each and every American that their votes will count, and will be properly tabulated, and not diluted, deleted or otherwise altered, I am presenting you with this letter and an initial tranche of this evidence so that you will review it, and be compelled to investigate this matter and call those responsible for this breach of our Constitution to give testimony concerning these criminal acts and breach of our national security. These matters impact not only us here in the State of Michigan, but every citizen voter in the country who relies on the Constitution's promise that each legal registered citizen voter should have one vote, and that vote should correctly reflect his or her will and choice.

Business (269) 948-4805 · Jail (269) 948-4804 · Fax (269) 948-4831

---

4:26 PM · Mar 18, 2024 · **15.2K** Views

💬 17        🔁 288        ♡ 633        🔖 19        ⬆️

← **Post**



**Patrick Byrne** ✓
@PatrickByrne

**Subscribe**  ···

4

As a constitutional officer, my duties are defined by my oath of office, the Constitution, the statutes governing my office, and those powers at common law that were recognized as being attached to my position. In light of this evidence, I am suggesting that every election official consider an emergency back-up plan for upcoming elections to prepare to verify all ballots and voters, and to hand count actual paper ballots at the end of elections to confirm the accuracy of the vote, the voters, and that our election machines are working properly. There is no harm in confirming results to ensure that the will of the people is reflected.

Thank you, in advance, for your prompt attention to this matter. Please do not hesitate to contact me if you have any questions or would like additional information concerning my investigation. As it stands, I have no faith in the federal institutions that allowed this garbage in the first place therefore, I am attaching unredacted documents for your review. More importantly, for review by the American people. This should allow for Congress to issue subpoenas in an expedited fashion. I look forward to Congress working for the American people, and quickly addressing these election security problems while I pursue the criminal investigation with sheriffs across the country.

Sincerely,

/s/ Dar Leaf

Barry County Sheriff Dar Leaf

Business (269) 948-4805 · Jail (269) 948-4804 · Fax (269) 948-4831

4:30 PM · Mar 18, 2024 · **34.3K** Views

○ 39          ⇄ 332          ♡ 744          🔖 25          ⬆️

screenshot-twitter.com-2024.03.22-12_12_54
https://twitter.com/realtinapeters/status/1770091647595856186
22.03.2024



← **Post**

⇄ Patrick Byrne reposted

**Tina Peters🇺🇸 Whistleblower of fallen Navy SEAL** ✔
@realtinapeters                                              ...

twitter.com/Real_RobN/stat...
BREAKING NEWS 💥 💥WHISTLEBLOWER ALERT WATCH THE ACTUAL
VIDEOS OF THE STEAL OF US ELECTIONS THROUGH THE SAME BLACK
BOX VOTING SYSTEM I EXPOSED @MesaCountyNews @DailySentinelGJ
@KKCO11News @KREX5_Fox4 @KDVR @GenFlynn @PatrickByrne
@realMikeLindell @realDonaldTrump @LauraLoomer TinaPeters.us

Let's talk about this: connection between Dominion and Serbia,
you were the first person who pointed to this.
How exactly is Serbia connected to Dominion and to the US election process?
If I'm not mistaken, there are a lot of shady characters involved in all of this.

2:14

7:15 AM · Mar 19, 2024 · **109.7K** Views

💬 69          ⇄ 1.7K          ♡ 2.1K          🔖 350          ⬆



← **Post**

**Patrick Byrne** ✓
@PatrickByrne

Subscribe   ···

Attorney Stef Lambert had a 1:30 PM hearing today in DC and was released.

The warrant was on a misdemeanor (one she'll clean up in her next appearance in Michigan). Under MI law there not not arrest warrants on misdemeanors. Illegal.

Soros MI AG + Dominion cooked up

3:46 PM · Mar 19, 2024 · **3,444** Views

# Pro-Trump lawyer arrested on warrant after court hearing in separate case on Dominion leaks

 **abcnews.go.com**/US/lawyer-election-denier-center-dominion-voting-systems-leak/story

Dominion faced baseless claims of election fraud after the 2020 election.

▶
3:46

Dominion CEO talks settlement with Fox News

John Poulos, CEO of Dominion Voting Systems, discusses the settlement reached with Fox News, one of...

A lawyer representing Overstock CEO Patrick Byrne in a defamation lawsuit filed by Dominion Voting Systems was arrested after a status hearing in Washington, D.C., where she acknowledged in court disseminating confidential documents from the voting machine company to law enforcement.

A judge in Michigan, where Stefanie Lambert is also facing criminal charges for allegedly tampering with voting machines, had issued an arrest warrant for the attorney. She is being charged with being a fugitive from justice for failing to show up for a hearing on March 7, police in Michigan said, but declined to elaborate further. The U.S. Marshals confirmed Lambert's arrest.

According to Detroit News, her lawyer, Dan Hartman, had tried to get the warrant withdrawn claiming that her absence was due to communication issues with her former attorney.

Lambert was the focus of a status hearing Monday in the civil case after lawyers for Dominion requested to disqualify Lambert for allegedly violating a protective order.

The hearing is part of a lawsuit filed by Dominion against former President Donald Trump's allies including Byrne, Rudy Giuliani, Mike Lindell, Sidney Powell and right-wing network OAN over allegations that they pushed false conspiracy theories that the voting machine company had helped to rig the 2020 presidential election in favor of Joe Biden. The defendants have denied any wrongdoing.

Recent Stories from ABC News



"There was no leak of data," Lambert told ABC News in a statement. "I provided evidence of criminal acts to law enforcement. The Dominion file contained evidence of perjury by John Poulos, Dominion CEO, Honest Service Fraud, Wire fraud, etc. I'm on my way back to Michigan, and I look forward to truth and transparency for everyone."

Dominion declined to comment Tuesday, but referred ABC News to a filing from the company last week.

"Having demonstrated that she has no qualms about violating this Court's orders (or those of any other court), Dominion cannot be in the position of entrusting Lambert with highly sensitive, confidential information that impacts its business, and the safety of its own employees and our nation's election workers," the filing said.

During the hearing, Lambert said she gave the confidential documents to law enforcement "over a concern for fraud" and "criminal activity."

"It's very important that Congress and law enforcement investigate," Lambert said.

"I believe Dominion has instituted fraud with this defamation suit," she added. "There are ongoing elections ... primaries ... local elections."



Dominion Voting tabulator machines are shown in use for the Michigan primary election, Feb. 27, 202...
Paul Sancya/AP

During the hearing, lawyers for Dominion said Lambert and her client, Byrne, used the documents from the lawsuit "to spread lies and cause harm."

## MORE: Fox News producer felt 'coerced' to provide false testimony in Dominion case, she says in lawsuit

$\rightarrow$

According to one of the lawyers for Dominion, one of the law enforcement officials that received the documents -- some of which were classified -- posted some of the confidential Dominion emails on X, formerly Twitter, on Monday.



In this July 15, 2022 file photo, Patrick Byrne, the former chief executive of Overstock.com, arrives at t...
J. Scott Applewhite/AP, FILE

"They took actions intentionally and they have no intention of stopping," said an attorney for Dominion.

Magistrate Judge Moxila Upadhyaya admonished Lambert for not seeking to challenge the documents' designation before sharing the discovery with law enforcement.

"You then gave ... a tranche of documents that were clearly marked confidential to a third party," said Judge Upadhyaya.

Upadhyaya ruled the documents be filed under seal and ordered that access to the repository, where documents are stored online, be blocked from Lambert temporarily.



In this Aug. 2, 2022 file photo, a Dominion Voting machine is seen a the Michigan Primary Election Day...
Kent Nishimura/Los Angeles Times via Getty Images, FILE

Byrne was also ordered to appear at the next hearing.

Last year, Fox News agreed to pay $787.5 million to settle a defamation suit brought by Dominion alleging the network broadcast the false claims of election fraud. Fox News denied the claims and said the reporting was "newsworthy."

Dominion's $1.6 billion defamation lawsuit against conservative network Newsmax on similar claims is scheduled to go to trial in late September 2024. Newsmax has said it "reported both sides" and previously retracted some it's reporting surrounding the 2020 election as part of a settlement after it was sued by a Dominion employee in a separate suit.

## Related Topics

2024 Elections



screenshot-twitter.com-2024.03.22-10_33_56
https://twitter.com/PatrickByrne/status/1771063744795136363
22.03.2024

← **Post**

**Patrick Byrne** ✓
@PatrickByrne

**Subscribe**  ...



SERBIA: is where the software is written, which counts our votes. Counts our votes in the black boxes our own govt. won't let us see inside of. Meet ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ in their Belgrade Serbia office. See the white office building of Dominion in Belgrade – in thread. News headline **"Biden visit sparks anger in Serbia US vice-president arrives in Belgrade in bid to renew ties following Kosovo conflict."** And the date? May 20th 2009. Shown speaking to the Pres. of Serbia, in Belgrade, where Dominion is, where the no. 1 telecommunications company office is...in the same building.

Traducir post

11:37 PM · Mar 21, 2024 · **9,448** Views

💬 19    🔁 163    ♡ 321    🔖 21    ↑

screenshot-twitter.com-2024.03.22-12_18_27
https://twitter.com/PatrickByrne/status/1771151244830105865
22.03.2024



← Post

······· · 19h ···

This would be the holy grail we have been fighting for all along

······· · 20h

Eye spy a look into the black boxes 😎🤣 #DominionDominoes

**EXHIBIT B**

U.S. Dominion, Inc., et al. v. Powell, et al., No. 1:21-cv-00040 (CJN)
U.S. Dominion, Inc., et al. v. Giuliani, No. 1:21-cv-00213 (CJN)
U.S. Dominion, Inc., et al. v. Lindell, et al., No. 1:21-cv-00445 (CJN)
US Dominion Inc., et al v. Byrne, No. 1:21-cv-02131 (CJN)
US Dominion Inc., et al v. Herring Networks, Inc., et al, No. 1:21-CV-02130 (CJN)

**ORDER GOVERNING
PRODUCTION OF SOURCE CODE**

WHEREAS, the parties to the above-captioned action (the "Litigation") are engaged in or

may become engaged in discovery proceedings, which include, among other things, taking

depositions, answering interrogatories, and producing documents;

WHEREAS, the Court entered an Order Governing the Production and Exchange of

Confidential Information, as amended (the "Protective Order"); and

WHEREAS, the Parties to this litigation believe that discovery may include production of

computer source code that contains proprietary information that is highly commercially

sensitive;

IT IS HEREBY ORDERED, pursuant to Rules 5.2 and 26(c) of the Federal Rules of Civil

Procedure, that the provisions of this Order shall govern the production and treatment of

confidential source code and any documents or testimony containing source code.[2]

1.   **DEFINITIONS**

"HIGHLY CONFIDENTIAL – SOURCE CODE" Discovery Material: sensitive

"Confidential Discovery Material" representing computer code and associated comments and

revision histories, formulas, engineering specifications, or schematics that define or otherwise

[2] Capitalized terms not defined in this Order are defined in the Protective Order and citations to "PO Paragraph" refer
to the indicated portion of the Protective Order.

2

♡ 7          ↻ 93          ♡ 150          ᵈ┃ᵢ 4.9K          🔖 ⬆

**Patrick Byrne** ✓
@PatrickByrne                                          **Subscribe**   ···

And what is going to be REALLY interesting is comparing that code to the
SmartMatics source code.

If only we could get it.

5:25 AM · Mar 22, 2024 · **93** Views

💬 3          🔁 1          ♡ 9          🔖          ⬆️

screenshot-twitter.com-2024.05.14-18_21_42
https://twitter.com/PatrickByrne/status/1771364470360510542
14.05.2024



← **Post**

**Patrick Byrne** ✔
@PatrickByrne

**Subscribe**    …

Stef points out what a good sign it is that the public are pulling these pleadings themselves. Not just in our case but in other cases: Lindell, Fox v Smartmatic, & Kari @ SCOTUS. The indisputable evidence you were hoping for is blossoming in those filings. And much more to come.



· 4d    •••

1/ Reading dominions emergency motion in Dominion V. Byrne is tasty. I haven't seen them squirm like this ever in the entire time following since 2020. They use gaslighting words to attack you and force empathy for employees yet don't specifically address what you've found.

💬 4      ⟲ 10      ♡ 48      ılıl 1,712      ⬆

· 4d    •••

You're the best

💬 1      ⟲ 2      ♡ 14      ılıl 791      ⬆

7:32 PM · Mar 22, 2024 · **13.6K** Views

screenshot-www.everand.com-2024.05.15-14_25_17
https://www.everand.com/listen/podcast/717145119
15.05.2024

**Everand**



Joe Oltmann Live - Guest Stefanie Lambert:
What They Did to Stefanie Lambert...

From Conservative Daily Podcast↗



00:00                Loading...              -00:00

⏮    ↺    ▶    ↻    ⏭

1x                        🌙

← **Post**

⟲ **Stefanie Lambert reposted**

⬛⬛⬛⬛⬛ ✓

● ● ●

SERBIA: is where the software is written, which counts our votes. Counts our votes in the black boxes our own govt. won't let us see inside of. Meet ⬛⬛⬛⬛⬛⬛⬛⬛⬛ in their Belgrade Serbia office. See the white office building of Dominion in Belgrade – in thread. News headline **"Biden visit sparks anger in Serbia US vice-president arrives in Belgrade in bid to renew ties following Kosovo conflict."** And the date? May 20th 2009. Shown speaking to the Pres. of Serbia, in Belgrade, where Dominion is, where the no. 1 telecommunications company office is...in the same building.



⬛⬛⬛⬛⬛⬛                    Mar 14

Replying to ⬛⬛⬛⬛

⬛⬛⬛⬛⬛⬛

Last edited 7:02 AM · Mar 14, 2024 · **19.9K** Views