# EXHIBIT 50

← Post

 Patrick Byrne
@PatrickByrne

 Subscribe  …

I've gone from living one-step-ahead-of-the-Sheriffs to holding a slot in a convention of them.

🤣😂🤣😂



# Resist The Temptation
(US Supreme Court Mack v. US)

## CSPOA
### TRAINING & PRESS CONFERENCE

Registration Fee: $49 | Limited Availability

**MEDIA, CANDIDATES, AND ELECTED OFFICIALS ATTEND FREE**

REGISTER BY APRIL 12TH TO SECURE YOUR SPOT

America is dying and her utter destruction is imminent. Come and join us and see irrefutable evidence that we **CAN** save her and our Constitutional Republic. There is indeed a **Peaceful & Effective** solution to the present crisis. Come see it for yourself. There is HOPE!

**FEATURED SPEAKERS INCLUDE:**

 General Flynn

 Sheriff Richard Mack

 Mike Lindell

 Sheriff Raymundo Del Bosque

 Sheriff Dar Leaf

**April 17, 2024**
**8:30 AM - 9 PM**

**Ahern Luxury Boutique Hotel**
300 W Sahara Ave.
Las Vegas, NV 89102

Hotel Discount? **Click Here**
Use Promo Code - CSPOA

