# EXHIBIT 51

screenshot-twitter.com-2024.05.14-17_29_42
https://twitter.com/PatrickByrne/status/1775105144176189576
14.05.2024

screenshot-twitter.com-2024.05.14-17_31_03
https://twitter.com/PatrickByrne/status/1775508816542453872
14.05.2024

screenshot-twitter.com-2024.05.14-18_24_09
https://twitter.com/PatrickByrne/status/1776549550234189999
14.05.2024

← **Post**

**Patrick Byrne**
@PatrickByrne

Subscribe ···

HIGHLY RECOMMEND. AND YES, AS HE HINTS AT THE END, YOU WILL IN FACT SEE FOX SUE FOR THE RETURN OF THEIR $787.5 MILLION.

I SUSPECT.

Dominion Voting Machine Fraud? youtu.be/33rlY3b5DSQ?si... via @YouTube

youtube.com
Dominion Voting Machine Fraud?
There have been shocking developments in the court cases with Dominion voting machines. Dominion has been suing...

2:56 AM · Apr 6, 2024 · **91.9K** Views

163 2.1K 3.7K 463