# EXHIBIT 52










screenshot-twitter.com-2024.05.15-15_48_46
https://twitter.com/PatrickByrne/status/1777496340571865200
15.05.2024

← **Post**



And here is,

the official results of the Arizona Senate Audit confirming your government was overthrown on Nov 3, 2020,

+37,000 security queries logs deleted before the very same audit,

+4,000 registered and voted after deadline,

+11,000 voted not on even voter rolls,

+18,000 voted but only to removed from the dirty voter rolls right after the election,

+74,000 mail in ballots cast with NO EVIDENCE OF EVER BIENG SENT OUT,

And internal MEMO CONFIRMS, election officials encouraged Dominion's best friend SHARPIES just for Election Day,



0:03 / 2:00

8:44 AM · Apr 8, 2024 · **566.2K** Views

663   ↑↓ 5.7K   ♡ 8.9K   ☐ 985   ↑

