# EXHIBIT 53










Mike Lindell
@realMikeLindell

"It Takes Heroes Like Sheriff Dar Leaf and Stephanie Lambert to Save Our Country." To watch the entire interview, click here: frankspeech.com/Video/it-takes… #saveourcountry #Elections #getridofthemachines



11:07 AM · Apr 17, 2024 · 13.5K Views

💬 28      🔁 266      ❤ 616      🔖 14

screenshot-twitter.com-2024.05.14-18_49_43
https://twitter.com/PatrickByrne/status/1780692926873338279
14.05.2024

← Post

Patrick Byrne ✓
@PatrickByrne

Subscribe   ···

Press Conference 4.17.24 youtu.be/57joez8fd-M?si... via @YouTube

youtube.com
Press Conference 4.17.24

3:20 PM · Apr 17, 2024 · **7,116** Views

💬 5          ↻ 24          ♡ 64          🔖 7          ⬆

← **Post**

**Patrick Byrne** ✓
@PatrickByrne

Subscribe    ...

Oh Poulus, say it ain't so?

> ▮▮▮▮▮▮▮▮▮▮▮▮ · Apr 17
>
> Here is the 15 count criminal case that was filed by Senator Colbeck & 6 other MI senators with Dana Nessel today, regarding the perjury statements of Dominion CEO Poulus. Very interesting read!
>
> @pjcolbeck ...
> Show more

10:07 PM · Apr 17, 2024 · **13.9K** Views

💬 8        🔁 72        ♡ 195        🔖 7        ⬆

screenshot-twitter.com-2024.05.14-18_47_41
https://twitter.com/PatrickByrne/status/1780795379161960789
14.05.2024

← Post

Patrick Byrne ✓
@PatrickByrne

Subscribe  ...

Yes.

> ──────── · Apr 20
> Just to put a finer point on the implications of criminal complaints that allege that the Dominion Voting System CEO lied under oath during testimony before the MI Senate...
> If they are lying about machines not being connected to internet
> if they are lying about exhaustive
> Show more

7:49 PM · Apr 20, 2024 · **16.6K** Views

💬 12      🔁 91      ♡ 305      🔖 5      ⬆

screenshot-twitter.com-2024.05.14-18_43_29
https://twitter.com/PatrickByrne/status/1781847689229140331
14.05.2024

← Post

Just to put a finer point on the implications of criminal complaints that allege that the Dominion Voting System CEO lied under oath during testimony before the MI Senate...
If they are lying about machines not being connected to internet
if they are lying about exhaustive background checks on their Serbian employees
if they are lying about the ability of their systems to flip votes,
*do you think it might be possible that they are lying about who won the election?*
Just sayin...
youtube.com/watch?v=QGRxVI... @MrJustinBarclay @TomJordanNews @TruckerRandy @realLizUSA @laralogan @LaraLeaTrump @charliekirk11 @TPUSA @SteveCarraMI @jim_desana @NeilFriske @BobDutko @ElectionCrime @CauseAmerica

9:58 AM · Apr 20, 2024 · 31K Views

💬 41     🔁 410     ♡ 783     🔖 31     ⬆

screenshot-twitter.com-2024.05.14-18_44_13
https://twitter.com/pjcolbeck/status/1781698909246505088
14.05.2024