# EXHIBIT 54

screenshot-twitter.com-2024.05.14-18_39_42
https://twitter.com/Real_RobN/status/1783155168110076285
14.05.2024

← **Post**

⟲ Patrick Byrne reposted



And here is,

why your overthrown government denied the Trump campaign to forensically examine the Dominion Voting Systems during the 2020 election,

"Two Clark County technical employees came forward completely independent of each other, and explained that they discovered that the number of votes recorded by Dominion voting machines stored on USB drives would change between the time the polls were closed at night, and when they were reopened the next morning."

"In other words votes were literally appearing and disappearing in the dead of night."



0:27

GP **The Gateway Pundit** @gatewaypundit · Mar 19
Michigan Lawyer Stefanie Lambert Arrested by US Marshals in DC Following Court Appearance — for Submitting "Evidence of Numerous Crimes" Including Internal Emails from Dominion Voting Systems to Law Enforcement via @gatewaypundit thegatewaypundit.com/2024/03/michig...

10:24 AM · Apr 24, 2024 · 1.1M Views

💬 181    ⟲ 6.8K    ♡ 9.6K    🔖 1.1K    ⬆