# EXHIBIT 55

screenshot-twitter.com-2024.05.14-18_37_07
https://twitter.com/TheEXECUTIONER_/status/1787838945356653001
14.05.2024

screenshot-twitter.com-2024.05.14-18_35_01
https://twitter.com/FFT1776/status/1787851566520607215
14.05.2024

Post

Patrick Byrne reposted

Stormy Daniels signed two letters stating the affair never happened and denying "hush money"

January 10, 2018
January 30, 2018

The judge made Trump take these down from Social Media ... YOU KNOW WHAT TO DO!!!

Official Statement of Stormy Daniels

January 30, 2018

Concern:

past few weeks I have been asked countless times to comment on re
ip I had with Donald Trump many, many, many years ago.

of the matter is that each party to this alleged affair denied its existen
7 and now again in 2018. I am not denying this affair because I was p
rted in overseas owned tabloids. I am denying this affair because it n

e no further comment on this matter. Please feel free to check me ou
els.

Thank you,

Stormy Daniels

uary 10, 2018

WHOM IT MAY CONCERN:
ently became aware that certain news outlets are alleging that I had a
ual and/or romantic affair with Donald Trump many, many, many years
. I am stating with complete clarity that this is absolutely false. My
lvement with Donald Trump was limited to a few public appearances
nothing more. When I met Donald Trump, he was gracious,
essional and a complete gentleman to me and EVERYONE in my
ence.
nors that I have received hush money from Donald Trump are
pletely false. If indeed I did have a relationship with Donald Trump,
t me, you wouldn't be reading about it in the news, you would be
ing about it in my book. But the fact of the matter is, these stories ar
true.

my Daniels

9:26 AM · May 7, 2024 · **733.2K** Views

5/14/24, 6 33 PM Case 1:21-cv-02131-CJN-MAU Document 102-15 Filed 05/17/24 Page 4 of 17

screenshot-twitter.com-2024.05.14-18_33_26
https://twitter.com/stephbeltinck/status/1788307929881264362
14.05.2024

Post
Patrick Byrne reposted
Why are foreign entities administering our American elections through Jira Cloud? 🤔
3:40 PM · May 8, 2024 · 6,458 Views

chrome extension //bpconcjcammlapcogcnnelfmaeghhagj/edit html?print 1/1

screenshot-twitter.com-2024.05.14-18_17_18
https://twitter.com/PatrickByrne/status/1788359689236795820
14.05.2024

Post

Patrick Byrne
@PatrickByrne

Subscribe

As I've been telling the world since about November 10, 2020: a motherboard is to a computer what the frontal lobe is to a brain brain. If the motherboard is made in China, the entire system is compromised.

[REDACTED] · May 8

**Dominion failed to disclose to Congress that the motherboard in the election equipment is not only sourced from China, but it is tested in China.** From Leaf's letter here. This is a clear, gross violation of several federal laws. Dominion is toast. See the other letter by Sheriff
Show more

Barry County Sheriff's Office

Sheriff Dar Leaf

7:05 PM · May 8, 2024 · **97.4K** Views

99 3.9K 7.1K 196

Post

Patrick Byrne
@PatrickByrne

Subscribe

My attorney, Stefanie Lambert, the one who unearthed this... got indicted today by the corrupt Soros Michigan Attorney General in a last ditch effort.

· May 8

**Dominion failed to disclose to Congress that the motherboard in the election equipment is not only sourced from China, but it is tested in China.** From Leaf's letter here. This is a clear, gross violation of several federal laws. Dominion is toast. See the other letter by Sheriff

Show more

Barry County Sheriff's Office

Last edited 7:16 PM · May 8, 2024 · **244.3K** Views

199 7.5K 11K 418

screenshot-twitter.com-2024.05.14-18_15_56
https://twitter.com/PatrickByrne/status/1788362277860651195
14.05.2024

screenshot-twitter.com-2024.05.14-18_13_46
https://twitter.com/PatrickByrne/status/1788397464568938673
14.05.2024
Post
Patrick Byrne
@PatrickByrne
Subscribe
Stefanie is one of the great heroes of this movement. The public has no idea how gutsy she is. She shrugs off indictments like water. Because she knows she's right.
She is indeed, right. We have it all.
May 8
Replying to @ickesCyberGB @PatrickByrne and @JasonWHoyt
x.com/steflambertesq...
9:35 PM · May 8, 2024 · 14.2K Views
1
178
479
12

screenshot-twitter.com-2024.05.14-18_10_52
https://twitter.com/PatrickByrne/status/1788400652235727064
14.05.2024

Post

Patrick Byrne
@PatrickByrne

Subscribe

Sheriff Dar Leaf writes to Congress with proof of major national security concern: Dominions motherboards come from communist China, and are tested there, and the firmware as well.

WTF. x.com/sheriffleaf/st...

This post is unavailable.

9:48 PM · May 8, 2024 · **36.1K** Views

10 1.3K 2.2K 66



Awesome Screenshot app print

screenshot-twitter.com-2024.05.14-18_07_34
https://twitter.com/StefLambertEsq/status/1788393648192733452
14.05.2024

screenshot-twitter.com-2024.05.17-13_14_05
https://twitter.com/StefLambertEsq/status/1788771802077864358
17.05.2024

Post

**Stefanie Lambert Esq**
@StefLambertEsq

Dominion is trying to disqualify me as Dr. Byrne's attorney on Monday because I turned the evidence into law enforcement. Nessel charged my client (clerk) and I with felonies days before I am to travel to DC. I tried to post the bond tonight but looks like she's waiting until Mon

8:23 PM · May 9, 2024 · **93.1K** Views

108 939 1.6K 58

**Post**

Stetanie Lambert Esq reposted

AG @dananessel, you said that you had completed your "thorough review" of our 51 page complaint against Dominion CEO John Poulus in just 5 business days then appeared to base your findings upon a circular reference to a MI Senate Report based upon Poulus assertions. As my U of M Math 116 professor once said to me, "show me your math" (i.e. we would like to better understand how you came to the conclusion you did so quickly). My fellow complainants and I look forward to sitting down with your staff to review your "thorough" investigative methods.
P.S. I find it noteworthy that, per your office's response to my FOIA request, your "thorough" investigation did not produce any report of your findings. Seems a shame not to document the fruit of your "thorough" efforts for everyone to see what a brilliant investigation was performed under your guidance. @DesanaJim @SteveCarraMI @NeilFriske @RepJoshSchriver @madmanmaddock @TomJordanNews @TruckerRandy @BerryRazi @MrJustinBarclay @CannConActual @BehizyTweets @IllinoisReview @CauseAmerica @realMikeLindell

29TH DISTRICT
STATE CAPITOL
P.O. BOX 30014
LANSING, MI 48909-7514

MICHIGAN HOUSE OF REPRESENTATIVES
JAMES DESANA
STATE REPRESENTATIVE

PHONE: (517) 373-0475
FAX: (517) 373-5061
JamesDeSana@house.mi.gov

Thursday, May 10, 2024

To the Office of the Attorney General,

In your response to our request for a criminal investigation of John Poulos for perjury during his testimony under oath before the Michigan Senate Oversight Committee on December 15, 2020, you stated that "based on a thorough review of all relevant material…a criminal investigation is not warranted". The undersigned and co-complainant former State Senator Patrick Colbeck would like to meet with your investigative team to review their detailed findings sometime within the next week. Of course, you are welcome to attend as well. Please contact Rep. Jim DeSana's office to arrange a mutually agreeable time and location for the meeting. If you could provide us with a copy of your investigative report upon receipt of this letter, it would greatly assist us in making this a productive meeting for all involved.

Thank you for your assistance in the fulfillment of this request.

James DeSana

Steve Carra

Neil Friske

1:21 PM · May 9, 2024 · **20.9K** Views

48 609 1.1K 60

screenshot-twitter.com-2024.05.14-17_56_35
https://twitter.com/pjcolbeck/status/1788635477634875443/photo/1
14.05.2024

29TH DISTRICT
STATE CAPITOL
P.O. BOX 30014
LANSING, MI 48909-7514

MICHIGAN HOUSE OF REPRESENTATIVES

JAMES DESANA

STATE REPRESENTATIVE

PHONE: (517) 373-0475
FAX: (517) 373-5061
JamesDeSana@house.mi.gov

Thursday, May 10, 2024

To the Office of the Attorney General,

In your response to our request for a criminal investigation of John Poulos for perjury during his testimony under oath before the Michigan Senate Oversight Committee on December 15, 2020, you stated that "based on a thorough review of all relevant material…a criminal investigation is not warranted". The undersigned and co-complainant former State Senator Patrick Colbeck would like to meet with your investigative team to review their detailed findings sometime within the next week. Of course, you are welcome to attend as well. Please contact Rep. Jim DeSana's office to arrange a mutually agreeable time and location for the meeting. If you could provide us with a copy of your investigative report upon receipt of this letter, it would greatly assist us in making this a productive meeting for all involved.

Thank you for your assistance in the fulfillment of this request.

James DeSana

Steve Carra

Neil Friske

AG @dananessel, you said that you had completed your "thorough review" of our 51 page complaint against Dominion CEO John Poulus in just 5 business days then appeared to base your findings upon a circular reference to a MI Senate Report based upon Poulus assertions. As my U of M Math 116 professor once said to me, "show me your math" (i.e. we would like to better understand how you came to the conclusion you did so quickly). My fellow complainants and I look forward to sitting down with your staff to review your "thorough" investigative methods.
P.S. I find it noteworthy that, per your office's response to my FOIA request, your "thorough" investigation did not produce any report of your findings. Seems a shame not to document the fruit of your "thorough" efforts for everyone to see what a brilliant investigation was performed under your guidance. @DesanaJim @SteveCarraMI @NeilFriske @RepJoshSchriver @madmanmaddock @TomJordanNews @TruckerRandy @BerryRazi @MrJustinBarclay @CannConActual @BehizyTweets @IllinoisReview @CauseAmerica @realMikeLindell

1:21 PM · May 9, 2024 · 20.9K Views

48 609 1.1K 60

Post your reply Reply

screenshot-twitter.com-2024.05.17-13_10_54
https://twitter.com/stephbeltinck/status/1788668981118710224
17.05.2024

← Post

Patrick Byrne reposted

...

Dana Nessel, what court is the filing for @AttyStefLambert supposed indictment?

Are you going to wait until she's in DC on Monday to grab her again? Seems to be the way things are handled.

Stef has a LARGE FOIA denial case in MI next week regarding public record of election materials your SOS has denied.

Are you all afraid of TRUTHS getting out to the public?

@AttyStefLambert
@PatrickByrne
@CraigDMauger

Dear Dana Nessel and Danielle Hagaman-Clark

I am writing on behalf of my client Stefanie Lambert. I received communications from many news outlets that your office announced in a press release on May 8, 2024, new charges against my client.

As you know your office along with a special prosecutor already has pending charges in Oakland County in which we are engaged in litigation. Furthermore, your office has intervened in a civil case in Macomb County in which she is the attorney of record.

I am surprised that you chose to make a political announcement as a press release BEFORE contacting me and BEFORE my client was informed of the new charges.

I have contacted the online portal for Hillsdale County which has no charges against my client. I am guessing the charges were also not brought in Roscommon County



charges were also not brought in Roscommon County....

Please inform me where the charges were filed so that I can arrange for my client to appear, establish a bond, and enter her not-guilty plea.

Thank you

Daniel J. Hartman, JD
Law Office Of Daniel J. Hartman
PO Box 307
Petoskey, MI 49770
(231) 348-5100

1:34 PM · May 9, 2024 · 9,646 Views

16        184        294        18

screenshot-twitter.com-2024.05.17-13_09_55
https://twitter.com/Rasmussen_Poll/status/1788609987482095808
17.05.2024

← **Post**

Patrick Byrne reposted

Dominion Discovery Doc's Backstory:

"The documents include sensitive information from Dominion Voting Systems."

Doc dump suggests Michigan sheriff warned Jim Jordan of foreigners hacking 2020 election msn.com/en-us/news/pol...

"My office is investigating criminal acts related to elections in Barry County, the State of Michigan, and the United States. I am in possession of evidence involving voting machines," Leaf wrote. "My office has come into possession of evidence that foreign nationals have accessed electronic voting machines in Michigan and other states."

"This evidence demonstrates that electronic voting machines and electronic election systems used for elections in Michigan and throughout the United States are not secure and an immediate investigation is needed by Congress," the letter said."

Last edited 9:40 AM · May 9, 2024 · **59K** Views

45 635 1K 92

nimbus screenshot app print

screenshot-twitter.com-2024.05.15-12_32_49
https://twitter.com/SheriffLeaf/status/1788628007420297340
15.05.2024

← Post

Sheriff Dar Leaf
@SheriffLeaf

Sent to Rep. Jim Jordan (OH) and Rep. Scott Perry (PA) pertaining to foreign actors's access to US voting systems.

drive.proton.me/urls/X6PMD53FX...

drive.proton.me/urls/87331C6TZ...

drive.proton.me/urls/20M5EVTT1...

12:52 PM · May 9, 2024 · **178K** Views

78 693 1K 95