# EXHIBIT 56

← **Post**

 **Patrick Byrne** ✓
@PatrickByrne

Subscribe   …

Is that bad? Because it sounds bad to me.

 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    May 12

It's only a glitch from Serbia, because they got caught,

🚨🚨Michigan Sheriff Dar Leaf:

"I am investigating the role of individuals …
Show more



7:48 PM · May 12, 2024 · **31.2K** Views

💬 6        🔁 771        ♡ 1.2K        🔖 53        ⬆️

screenshot-twitter.com-2024.05.14-18_30_55
https://twitter.com/SheriffLeaf/status/1790039052915216663
14.05.2024

**Post**

**Sheriff Dar Leaf**
@SheriffLeaf

Dominion's 'Golden Image" & RTR servers.  Another letter released to Rep. Jim Jordan (OH) and Rep. Scott Perry (PA).

drive.proton.me/urls/NYPA249ZB...

drive.proton.me/urls/6EWE7HF6M...

drive.proton.me/urls/ZXTZ87T5M...

10:19 AM · May 13, 2024 · **5,861** Views

22   311   434   31

# Arraignments in Adams Township Election Case

**fox47news.com**/neighborhoods/jackson-hillsdale/former-adams-township-clerk-stephanie-scott-and-her-attorney-stefanie-lambert-plead-not-guilty

Darius Udrys                                                                                                May 14, 2024

- Video shows arraignment proceedings and an interview with Stefanie Lambert.
- Former Adams Township Clerk Stephanie Scott and her attorney Stefanie Lambert face multiple election-related felony charges.
- Charges were announced last week by Michigan Attorney General Dana Nessel.
- Both pled not guilty to the charges at their arraignment in Hillsdale on Monday.
- **BONUS VIDEO:** Stefanie Lambert's full statement following the arraignment.

*(The following is a transcription of the full broadcast story)*

In Hillsdale, two women facing multiple election-related felony charges appeared in court Monday and, to a packed courtroom, pled not guilty.



"I provided evidence of law violations and criminal acts that Dominion committed to law enforcement," says Attorney Stefanie Lambert, who has represented former Adams Township Clerk Stephanie Scott.

2/4



She maintains neither of them did anything illegal in their search for election fraud after the 2020 election.



They're both accused by Attorney General Dana Nessel of mishandling voter data without authorization in search of fraud. And Lambert has been charged with illegally transmitting data from Adams Township's poll book about the election.

***Read Attorney General Dana Nessel's release detailing the charges HERE.***

Things got heated Monday when the prosecuting attorney argued for wide-ranging restrictions on Lambert as conditions of her release.

2/4



Lambert's attorney called it an unconstitutional attempt to deprive her of her livelihood, and the trial — an attempt to intimidate and smear the two women for questioning the Attorney General and Secretary of State.

"Stephanie Scott refused, as the Clerk of Adams Township, to follow unlawful instructions from the Secretary of State. She was requested that she delete election data in violation of the law," said Lambert after the arraignment.

**BONUS: WATCH LAMBERT'S FULL STATEMENT**

Both Scott and Lambert were released on their own recognizance, but ordered to inform the court of any plans to leave the state.

A probable cause conference has been set for Wednesday, May 22nd.

Want to see more local news? Visit the **FOX47News Website**.

**Stay in touch with us anytime, anywhere.**

Sign up for newsletters emailed to your inbox.

Select from these options: Neighborhood News, Breaking News, Severe Weather, School Closings, Daily Headlines, and Daily Forecasts.

Follow us on Twitter

Like us on Facebook

4/4