## SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

---

| Suite 5100 | Suite 3000 | One Manhattan West |
|---|---|---|
| 1000 Louisiana Street | 401 Union Street | New York, New York 10001-8602 |
| Houston, Texas 77002-5096 | Seattle, Washington 98101-2683 | (212) 336-8330 |
| (713) 651-9366 | (206) 516-3880 | |

Davida Brook
Direct Dial (310) 789-3105

E-Mail dbrook@susmangodfrey.com

May 20, 2024

Magistrate Judge Moxila A. Upadhyaya
United States District Court for the District of Columbia
E. Barrett Prettyman Federal Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *U.S. Dominion, Inc., et al. v. Patrick Byrne* (No. 1:21-cv-02131) — Defendant Patrick Byrne's May 17, 2024, Social Media Post

Dear Magistrate Judge Upadhyaya:

Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs") write to inform the Court that it appears that Defendant Patrick Byrne has once again violated the governing Protective Order (Dkt. No. 46) as well as this Court's Status Quo Order (Dkt. No. 77). Specifically, Mr. Byrne has again used X to further disseminate the impermissibly leaked documents.

On May 16, 2024, the same day as this Court's most recent hearing on Dominion's Emergency Motion, third party Patrick Colbeck, through the X.com account @pjcolbeck, published a string of posts promoting false claims about the Dominion documents Mr. Byrne and Ms. Lambert leaked, and attaching screenshots of what appear to be certain impermissibly leaked documents.[1]

A few hours later, at 1:45 AM ET on May 17, Defendant Byrne, through his account @PatrickByrne, used X's "quote" function to repost one of Mr. Colbeck's posts to Mr. Byrne's hundreds of thousands of followers.[2]

---

[1] https://x.com/pjcolbeck/status/1791259014124187903.
[2] https://x.com/PatrickByrne/status/1791344198215500027.

May 20, 2024
Page 2

The embedded post from Mr. Colbeck, quoted by Mr. Byrne to his hundreds of thousands of followers, includes a repost of the screenshots.[3]

Dominion wanted to promptly bring this action to the Court's attention.

Respectfully,

/s/ Davida Brook

Davida Brook
Attorney for Plaintiffs

  cc:    All counsel of record (via ECF)

---

[3] https://x.com/pjcolbeck/status/1791290146647593410.