IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | Civil Action No. 1:21-cv-02131-CJN-MAU<br><br>Magistrate Judge Moxila A. Upadhyaya<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING

Plaintiffs U.S. Dominion Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs") respectfully submit for the record the enclosed letter regarding the Court's March 19, 2024, Order Granting Interim Relief to Preserve the Status Quo While Plaintiffs' Emergency Motion for Protective Relief and to Disqualify Counsel is Pending (the "Status Quo Order") (Dkt. No. 77).

Dated: May 21, 2024

Respectfully submitted,

By: /s/ Davida Brook
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002

    Tel: (713) 651-9366
    Fax: (713) 654-6666
    lwalker@susmangodfrey.com
    ksammons@susmangodfrey.com
    jross@susmangodfrey.com
    ehadaway@susmangodfrey.com

    Stephen Shackelford, Jr.
    (D.C. Bar No. NY0443)
    Eve Levin (D.C. Bar No. 1672808)
    Mark Hatch-Miller (*Admitted pro hac vice*)
    Christina Dieckmann (*Admitted pro hac vice)*
    **SUSMAN GODFREY L.L.P.**
    One Manhattan West, 50th Floor
    New York, NY 10001
    Tel: (212) 336-8330
    sshackelford@susmangodfrey.com
    elevin@susmangodfrey.com
    mhatch-miller@susmangodfrey.com
    cdieckmann@susmangodfrey.com

    Edgar Sargent (*Admitted pro hac vice*)
    Katherine Peaslee (*Admitted pro hac vice*)
    **SUSMAN GODFREY L.L.P.**
    401 Union Street, Suite 3000
    Seattle, WA 98101
    Tel: (206) 516-3880
    esargent@susmangodfrey.com
    kpeaslee@susmangodfrey.com

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

    */s/ Davida Brook*
    Davida Brook

**SUSMAN GODFREY L.L.P.**

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

| | | |
|---|---|---|
| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TEXAS 77002-5096<br>(713) 651-9366 | SUITE 3000<br>401 UNION STREET<br>SEATTLE, WASHINGTON 98101-2683<br>(206) 516-3880 | ONE MANHATTAN WEST<br>NEW YORK, NEW YORK 10001-8602<br>(212) 336-8330 |

DAVIDA BROOK
DIRECT DIAL (310) 789-3105

E-MAIL DBROOK@SUSMANGODFREY.COM

May 20, 2024

Magistrate Judge Moxila A. Upadhyaya
United States District Court for the District of Columbia
E. Barrett Prettyman Federal Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *U.S. Dominion, Inc., et al. v. Patrick Byrne* (No. 1:21-cv-02131) — Defendant Patrick Byrne's May 17, 2024, Social Media Post

Dear Magistrate Judge Upadhyaya:

Plaintiffs U.S. Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs") write to inform the Court that it appears that Defendant Patrick Byrne has once again violated the governing Protective Order (Dkt. No. 46) as well as this Court's Status Quo Order (Dkt. No. 77). Specifically, Mr. Byrne has again used X to further disseminate the impermissibly leaked documents.

On May 16, 2024, the same day as this Court's most recent hearing on Dominion's Emergency Motion, third party Patrick Colbeck, through the X.com account @pjcolbeck, published a string of posts promoting false claims about the Dominion documents Mr. Byrne and Ms. Lambert leaked, and attaching screenshots of what appear to be certain impermissibly leaked documents.[1]

A few hours later, at 1:45 AM ET on May 17, Defendant Byrne, through his account @PatrickByrne, used X's "quote" function to repost one of Mr. Colbeck's posts to Mr. Byrne's hundreds of thousands of followers.[2]

---

[1] https://x.com/pjcolbeck/status/1791259014124187903.
[2] https://x.com/PatrickByrne/status/1791344198215500027.

May 21, 2024
Page 4

The embedded post from Mr. Colbeck, quoted by Mr. Byrne to his hundreds of thousands of followers, includes a repost of the screenshots.[3]

Dominion wanted to promptly bring this action to the Court's attention.

Respectfully,

/s/ Davida Brook

Davida Brook
Attorney for Plaintiffs

  cc:    All counsel of record (via ECF)

---

[3] https://x.com/pjcolbeck/status/1791290146647593410.