# <u>Attachment A</u>




# LEGAL UPDATES

Lies and misinformation have severely damaged our company and diminished the credibility of U.S. elections, subjecting hardworking public officials and Dominion employees to harassment and death threats. Dominion is taking steps to right these wrongs through our judicial system.

## COMPLAINT & COURT FILINGS: DEFAMATION SUIT AGAINST PATRICK BYRNE

**Mar 15, 2024:** Dominion Motion to Disqualify Patrick Byrne's Counsel, Stefanie Lambert, After She Leaked Discovery Material Under Protective Order (PDF)

**Feb 20, 2024:** Bankruptcy Judge Clarifies that Rudy Giuliani's Automatic Stay Does Not Preclude Dominion's Prosecution of Claims Against Byrne (PDF)

**Jul 24, 2023:** Judge Orders Schedule Pertaining to Discovery, Consolidating Discovery Across All Cases in the District of Columbia District Court (PDF)

## COMPLAINT & COURT FILINGS: DEFAMATION SUIT AGAINST MIKE LINDELL / MY PILLOW INC.

**Feb 20, 2024:** Bankruptcy Judge Clarifies that Rudy Giuliani's Automatic Stay Does Not Preclude Dominion's Prosecution of Claims Against Lindell (PDF)

**Oct 5, 2023:** Lindell Attorneys' Motion to Withdraw as Counsel of Record Over Non-Payment (PDF)

**Feb 22, 2021:** Dominion Statement on Lindell Defamation Lawsuit

## COMPLAINT & COURT FILINGS: DEFAMATION SUIT AGAINST NEWSMAX MEDIA INC.



Privacy - Terms

**May 3, 2024: Trial Date Set for Q2 2025 - Exact Date TBD**
**Mar 9, 2024:** Status Conference Transcript (PDF)
**Feb 5, 2024:** Parties Agree to Updated Discovery Schedule (PDF)
**Dec 1, 2023:** Order for Newsmax to Produce Personal Communications of its Journalists as Part of Discovery (PDF)
**Nov 22, 2023:** Dominion Motion to Compel Newsmax to Produce Personal Communications of its Journalists as Part of Discovery (PDF)

## COMPLAINT & COURT FILINGS: DEFAMATION SUIT AGAINST ONE AMERICA NEWS NETWORK (OAN)

**Mar 29, 2024:** Judge Dismisses OAN Countersuit Against Dominion (PDF)
**Feb 20, 2024:** Bankruptcy Judge Clarifies that Rudy Giuliani's Automatic Stay Does Not Preclude Dominion's Prosecution of Claims Against OAN (PDF)
**Jul 24, 2023:** Judge Orders Schedule Pertaining to Discovery, Consolidating Discovery Across All Cases in the District of Columbia District Court (PDF)
**Jun 6, 2023:** Dominion Motion to Dismiss Counts 1 and 2 of OAN Countersuit (PDF)

## COMPLAINT & COURT FILINGS: DEFAMATION SUIT AGAINST SIDNEY POWELL / DEFENDING THE REPUBLIC INC.

**Feb 20, 2024:** Bankruptcy Judge Clarifies that Rudy Giuliani's Automatic Stay Does Not Preclude Dominion's Prosecution of Claims Against Powell (PDF)
**Jul 24, 2023:** Judge Orders Schedule Pertaining to Discovery, Consolidating Discovery Across All Cases in the District of Columbia District Court (PDF)
**Nov 23, 2021:** Fact Check: Dominion Voting Systems Did Not Lose Its Lawsuits Against Giuliani and Powell (USA Today)
**Jan 8, 2021:** Statement on Sidney Powell Defamation Lawsuit

## COMPLAINT & COURT FILINGS: DEFAMATION SUIT AGAINST RUDY GIULIANI

**Dec 21, 2023:** Giuliani's Ch. 11 Bankruptcy Declaration Automatically Stays Certain Non-Bankruptcy Litigation, including Dominion's Defamation Lawsuit Filed Against Him
**Jul 24, 2023:** Judge Orders Schedule Pertaining to Discovery, Consolidating Discovery Across All Cases in the District of Columbia District Court (PDF)
**Nov 23, 2021:** Fact Check: Dominion Voting Systems Did Not Lose Its Lawsuits Against Giuliani and Powell (USA Today)
**Jan 25, 2021:** Statement on Giuliani Defamation Lawsuit

## COMPLAINT & COURT FILINGS: DEFAMATION SUIT AGAINST FOX NEWS & FOX CORPORATION

**Jul 24, 2023:** Dominion and Fox Settle Defamation Lawsuit Press Conference (YouTube) + Fox, Dominion Reach $787M Settlement Over Election Claims (Associated Press)
**Mar 31, 2023:** Judge's Decision on Summary Judgment (PDF)
**Mar 21, 2023:** Dominion Summary Judgment Hearing Slides (PDF)
**Mar 8, 2023:** Dominion Summary Judgment Reply Brief (PDF)
**Feb 27, 2023:** Dominion Opposition Brief to Fox Opening for Summary Judgment (PDF) + Accompanying exhibits (PDF)
**Feb 16, 2023:** Dominion Brief In Support Of Motion For Summary Judgment (PDF) + Accompanying exhibits (PDF)
**Dec 22, 2022:** Order granting consolidation of Fox News and Fox Corporation's trials (PDF)
**Jun 21, 2022:** Denial of Fox Corporation's Motion to Dismiss Lawsuit (PDF)
**Jan 31, 2022:** Denial of Fox News's Effort to Obtain an Interlocutory Appeal of the Motion to Dismiss (PDF)
**Jan 28, 2022:** Dominion Opposition to Fox Corporation's Motion to Dismiss (PDF)
**Dec 16, 2022:** Denial of Fox News Networks' Motion to Dismiss Defamation Lawsuit (PDF)
**Nov 8, 2021:** Download Complaint (Fox Corporation) (PDF)
**Mar 26, 2021:** Download Complaint (Fox News Networks,

LLC) (PDF) + **Dominion Statement on FOX News Networks, LLC Defamation Lawsuit**

# FEDERAL JUDGE GRANTS SANCTIONS MOTION IN "FANTASTICAL" ELECTION LAWSUIT AGAINST DOMINION & OTHERS

**Aug 4, 2021:** Download Court Order (PDF)



Founded in 2003, Dominion Voting Systems is a leading industry supplier of election technology across the U.S., Canada and globally.

## PRODUCTS

EMS ENGINE
Democracy Suite®

IN-PERSON AND ACCESSIBLE VOTING
ImageCast® X

CENTRAL TABULATION
ImageCast® Central

COMBINATION VOTING AND TABULATION
ImageCast® Precinct
ImageCast® Evolution

Optional Solutions

## ABOUT

Dominion Difference
Dominion Secure
Company News
Careers

## INFO

Customer Support

1-866-654-VOTE (8683)

Contact Us

U.S.: Denver, CO
CANADA: Toronto, ON



Accessibility Statement

Privacy Policy

Terms of Use

Transparency in Coverage

Site Map

Copyright © 2024 Dominion Voting Systems Corp.
All Rights Reserved.



## SUSMAN GODFREY

SHARE   BOOKMARK   PRINT   PDF

# Davida Brook

Partner

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie Settings        Accept



Los Angeles
(310) 789-3100

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
Do not sell my personal information.

Cookie Settings    Accept

Direct
(310) 789-3105

EMAIL　VCARD

# Overview

> "Davida Brook is one of the best lawyers there is. A steadfast advisor, a brilliant legal mind, and she fights like hell to win."
>
> **John Poulos, CEO of Dominion Voting Systems**

Davida Brook is a high-demand trial lawyer who is frequently brought in to help companies and individuals tackle their thorniest legal disputes.

## Defamation Litigation

In 2023, acting as co-lead counsel, Ms. Brook and her team secured a historic $787.5 million settlement to resolve Dominion Voting System's massive defamation lawsuit against Fox News Network on the very day a jury trial was to commence in Delaware Superior Court. Ms. Brook and her team filed the $1.6 billion defamation lawsuit against Fox on behalf of Dominion two years earlier over allegations that Fox made false statements that Dominion rigged the 2020 presidential election.



*Ms. Brook addresses a crowd of reporters at the Dominion v. Fox settlement announcement*

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
Do not sell my personal information.

Cookie Settings　　Accept

The milestone deal made media waves, receiving coverage from The New York Times ("the latest extraordinary twist in a case that has been full of remarkable disclosures"), The Washington Post ("one of the most highly-anticipated media trials in decades"), and Wall Street Journal ("the case was set to test the contours of modern media law"). Ms. Brook spoke to the LA Times about the win and was interviewed on MSNBC: Deadline, Anderson Cooper 360, and CBS Mornings. She was also was recognized as a Litigator of the Week by Law.com for the momentous result.



Click here to see Ms. Brook interviewed on MSNBC: Deadline.

Ms. Brook is prosecuting similar defamation claims on behalf of Dominion against Rudy Giuliani, Sidney Powell, Mike Lindell/MyPillow, Patrick Byrne, One America News Network (OAN) and Newsmax TV. In these cases, she and her team have already defeated every motion to dismiss filed by the defendants.

Ms. Brook has handed several other high-profile defamation cases on behalf of well-known clients, including billionaire hedge fund founder Louis Bacon, for whom her team helped secure a $203 million award. Ms. Brook has also been involved in multiple defamation and related lawsuits involving the #metoo movement, all of which settled out of court.

## Intellectual Property Work

Serving as co-lead counsel to the New York Times, in late 2023 Ms. Brook filed a groundbreaking copyright infringement action against Microsoft and OpenAI alleging that the companies illegally used millions of its articles to train ChatGPT. The landmark complaint marks the first time a newspaper publisher has sued the developers of a large-language model alleging that responses to user queries are unlawfully reproducing the newspaper's content. Read more.

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie Settings        Accept

> "Intelligent, articulate, and always well prepared. There isn't anyone I rather have representing me in trial."

**Steven Lamar, Beats by Dre Concept creation & Founder, ROAM Audio**

Back in California, Ms. Brook previously obtained a $25 million verdict (not including fees) for her client, Steve Lamar, after a three-week trial in LA Superior Court on his claims he was owed royalties from music moguls Dr. Dre and Jimmy Iovine on the sale of Beats Electronics headphones. Ms. Brook's contributions to the case included leading a multi-day direct examination of leadoff witness Steve Lamar and convincing the California Court of Appeal to reverse an earlier summary judgment order that had dismissed the case (which ultimately paved the way to trial). Click here for a profile on Ms. Brook's contribution to the case written by legal news publication, *The Recorder*.

## Other Complex Litigation

Ms. Brook is co-leading a class action against PornHub parent company, MindGeek, over allegations that MindGeek violated federal sex trafficking and child pornography laws by knowingly posting, enabling the posting of, and profiting from thousands of pornographic videos featuring persons under the age of 18. The team overcame Section 230, and certified an international class of at least tens of thousands of victims who had their images uploaded to MindGeek's websites.

Prior to her work on the Dominion cases, working pro bono work, Ms. Brook successfully represented then Arizona Secretary of State Katie Hobbs and Wisconsin Governor Tony Evers in litigation brought to try and prevent the counting of every legally cast vote in the 2020 presidential election. Two of those cases were dismissed after Ms. Brook and her team filed motions to dismiss. In the case brought by then-President Donald Trump in Wisconsin against Governor Evers, was dismissed following a bench trial in which Ms. Brook and her team represented the Governor.

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
Do not sell my personal information.

Cookie Settings    Accept

## BACKGROUND & DEDICATION TO THE COMMUNITY

Ms. Brook was named among the top 200 lawyers in the nation by *Forbes* in 2024, by the *Daily Journal* as one of the Top 100 Lawyers in California in 2023 and 2022. Lawdragon named her among the country's 500 Leading Litigators in 2023 and 2022 and Law360 recognized her as an MVP in 2023.

In addition to her robust docket of cases, Ms. Brook actively participates in a range of legal and philanthropic organizations in Los Angeles and nationwide such as the Federal Bar Association, of which she is Board Member. During her time at Stanford Law School, Ms. Brook co-founded Building a Better Legal Profession, a national organization that promotes diversity within the legal profession by compiling and publishing data on law firms' commitment to the retention and promotion of women and minority attorneys.

Prior to joining Susman Godfrey, Ms. Brook served as a judicial law clerk for the Honorable Raymond C. Fisher in the Ninth Circuit Court of Appeals.

Ms. Brook is admitted to practice in California, all of the U.S. District Courts for California, the U.S. District Court for the Eastern District of Texas, Wisconsin District Court, and the United States Circuit Courts for the Second, Seventh, and Ninth Circuits.

# *Notable Representations*

# *Honors & Distinctions*

- Elite Women of the Plaintiffs Bar, *National Law Journal* Elite Trial Lawyers (2024, ALM)
- Named Among the Nation's Top 200 Lawyers, *Forbes* (2024)
- Top 100 AI and Legal Tech Advisor, *Lawdragon* (2024)
- Finalist - Attorney of the Year, *The Recorder* (2023, ALM)
- Top 250 Women in Litigation, Benchmark Litigation (2023, Euromoney)
- Media & Entertainment Litigation MVP, *Law360* (2023)
- Top 100 Lawyer, *Daily Journal* (2023, 2022, Daily Journal Corp.)

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie Settings     Accept

- Top Plaintiffs Lawyer, *Daily Journal* (2023, Daily Journal Corp.)
- Top Woman Lawyer, *Daily Journal* (2023, 2021, 2017, Daily Journal Corp)
- Litigator of the Week, Law.com (2023, ALM)
- *Lawdragon* 500 Leading Litigator (2022, 2023)
- Future Star, Benchmark Litigation (2022, 2023 Euromoney)
- *Lawdragon* Leading Plaintiff Financial Lawyer (2020, 2021, 2022, 2023)
- Featured in California Super Lawyers Spring 2019 Issue – Discovery Q&A with Davida Brook (Thompson Reuters)
- Rising Star, General Commercial Disputes, The Legal 500 (2019)
- Next Generation Woman Leader in Tech Law, *The Recorder* (2018, ALM)
- Top 40 Lawyers Under 40 in California, *Daily Journal* (2018, Daily Journal Corp.)
- Rising Star, *Super Lawyers* Southern California (Thomson Reuters, 2016-2023)
- Stanford Law and Policy Review, Member and Editor
- Stanford Public Interest Fellow
- Phi Beta Kappa Society

# Clerkships

- Honorable Raymond C. Fisher, United States Court of Appeals for the Ninth Circuit

# Education

**Stanford Law School** (J.D.)

**Columbia University** (B.A., *magna cum laude*)

# Admissions

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.
Do not sell my personal information.
Cookie Settings    Accept

**Bar Admissions**

- California

## Court Admissions

- U.S. District Court for the Central District of California
- U.S. District Court for the Northern District of California
- U.S. District Court for the Eastern District of California
- U.S. District Court for the Southern District of California
- U.S. District Court for the Eastern District of Texas
- Wisconsin District Court
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. Court of Appeals for the Ninth Circuit

# Publications

- Co-author and editor, Building a Better Legal Profession's Guide to Law Firms

# Leadership & Professional Memberships

- Board of Directors, Building a Better Legal Profession

# Wins

## 6.28.2018

Jury Awards Susman Godfrey Client Steven Lamar $25.25 Million in Beats Headphone Royalty Dispute

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie Settings    Accept

# 4.18.2023

Fox News to Pay $787.5 Million to Settle Defamation Claims Brought by Susman Godfrey Client, Dominion Voting Systems



# 3.23.2015

Susman Godfrey Obtains $37.5 Million for Investors in Oil & Gas in Limited Partnerships



# 10.04.2023

Susman Godfrey Secures $203 Million Win for Louis Bacon in Defamation Suit Against Peter Nygard



We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie Settings          Accept

# News & Awards

## 4.03.2024

NEWS

Ian Crosby, Davida Brook, and Elisha Barron Recognized on Lawdragon's List of Top 100 Leading AI & Legal Tech Advisors



## 3.28.2024

NEWS

Davida Brook Named Among the Top 200 Lawyers in the Country by Forbes



## 11.02.2023

NEWS

Partners Davida Brook and Stephen Shackelford Named Media & Entertainment MVPs by Law360



MORE NEWS & AWARDS →

We use cookies on our website to give you the most relevant experience by remembering your preferences and repeat visits. By clicking "Accept", you consent to the use of ALL the cookies.

Do not sell my personal information.

Cookie Settings     Accept