IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>*Plaintiffs / Counter-Defendants*,<br><br>v<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action 1:21-cv-02131 (CJN / MAU) |

<u>DEFENDANT, PATRICK BYRNE'S MOTION TO EXTEND DISCOVERY CUTOFF DATE</u>

Comes Now Defendant, Doctor Patrick Byrne, by and through undersigned, and pursuant to the Federal Rules of Civil Procedure and Local Civil Rule (LCvR) 7, hereby files this Motion to Extend the discovery deadlines for Dr. Byrne and undersigned, for good cause, stating in support thereof as follows:

1. On March 12, 2024, undersigned counsel filed her appearance in this case for Dr. Byrne.

2. On that same day, Dr. Byrne's prior counsel withdrew from the representation.

3. By that time, most if not all of the discovery protocol in this case had been negotiated by prior counsel for Dr. Byrne.

4. On March 15, 2024, Dominion filed its improperly joined motions to disqualify undersigned and for an emergency motion for protective relief. (Docket No. 75).

1

5. The latter effort was successful and managed to cut off undersigned's ability to access ongoing discovery exchanges, and therefore, successfully preventing undersigned from further participating in discovery.

6. Furthermore, undersigned's access to the vendor charged with the discovery has been terminated.

7. Undersigned filed her response to the improperly combined motions on March 18, 2024 (Docket No. 76), and prepared for a hearing that was held the same day.

8. On March 19, 2024, this Court issued an order requiring the parties to abide by the protective measures entered by the court with respect to discovery production and exchange of information, which included undersigned being blocked from further discovery information. (Docket No. 77).

9. Moreover, Dr. Byrne's prior counsel was also prevented from sharing information and has sought this Court's guidance on same due to the Court's protective order in filing his withdrawal (Docket No. 77). Undersigned counsel does not have prior counsel's file due to confusion as to what can be provided as a result of this Court's March 19, 2024 order.

10. The Court has yet to rule on Dominion's improperly joined motion to disqualify undersigned.

11. Dr. Byrne, as the defendant in this civil defamation case, which depends heavily on the discovery produced by Dominion to date, is entitled to be allowed full access to discovery lest his defense and the case itself would be irreversibly defective if it is allowed to go forward without his ability to defend himself to the full extend allowed to all litigants in civil cases.

12. The prejudice experienced by a defendant in a civil action, due to his counsel's inability to fully access discovery, is significant enough to establish good cause for an extension to the discovery cutoff date.

13. As a result of these aforementioned events, including Dominion's efforts to stifle undersigned's representation and to prevent Dr. Byrne from having counsel of his choice, undersigned does not have full access to all discovery, including, as well information that has been withheld due to Dominion's efforts to prevent undersigned from representing Dr. Byrne.

14. Undersigned and Dr. Byrne are therefore seeking an extension to discovery cutoff due to these unique and extraordinary events, and the latter constitute good cause for this Court to justify the requested extension.  Dominion has previously consented to and sought discovery extensions as well.

WHEREFORE, for the reasons stated herein, and for exigent circumstances and good cause, Defendant moves this Honorable Court to extend the discovery cutoff date.

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert Juntilla (Bar No. MI0103)
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Date:  May 30, 2024

## COMPLIANCE WITH LOCAL RULE 7(m)

Counsel for Dominion has notified undersigned that it has agreed to a four-month extension for discovery deadlines. Counsel for Dominion requested if Dr. Byrne would object to a four month extension and Dr. Byrne did not object.

        Respectfully submitted,

        /s/ Stefanie Lambert

        _____
        Stefanie Lambert Juntilla (Bar No. MI0103)
        Law Offices of Stefanie L. Lambert, PLLC
        400 Renaissance Drive, FLOOR 26
        Detroit, MI 48243
        attorneylambert@protonmail.com

Date: May 30, 2024

## CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on May 30, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

        Respectfully submitted,

        /s/ Stefanie Lambert
        _____
        Stefanie Lambert Juntilla (Bar No. MI0103)
        Law Offices of Stefanie L. Lambert, PLLC
        400 Renaissance Drive, FLOOR 26
        Detroit, MI 48243
        attorneylambert@protonmail.com

Date: May 30, 2024