IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | Civil Action No. 1:21-cv-02131 (CJN)<br><br>Judge Carl J. Nichols<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF DAVIDA BROOK IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE PROTECTIVE AND STATUS QUO ORDERS**

I, Davida Brook, hereby declare and state as follows:

1. I am an attorney at Susman Godfrey L.L.P., and counsel for plaintiffs, Dominion, in the above-captioned action. I am a member in good standing with the bar of the State of California and am admitted to practice in this Court. I am over the age of eighteen, attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of an email sent from Davida Brook to Stefanie Lambert on Monday, July 1, 2024, at 10:45 AM ET, with the subject line "Re: Dominion v Byrne subpoena."

3. Attached hereto as **Exhibit B** is a true and correct excerpt from the transcript of the May 16, 2024, hearing before the Honorable Moxila A. Upadhaya in this matter.

4. Attached hereto as **Exhibit C** is a true and correct copy of an email sent from Stefanie Lambert to counsel for Dominion on Monday, July 1, 2024, at 9:38 AM ET, with the subject line "Dominion v Byrne subpoena."

5. Attached hereto as **Exhibit D** is a true and correct copy of an email sent from Stefanie Lambert to counsel for Dominion on Monday, July 1, 2024, at 11:02 AM ET, with the subject line "Re: Dominion v Byrne subpoena."

6. Attached hereto as **Exhibit E** is a true and correct copy of an email sent from Stefanie Lambert to counsel for Dominion on Monday, July 1, 2024, at 11:07 AM ET, with the subject line "Re: Dominion v Byrne subpoena."

7. Attached hereto as **Exhibit F** is a true and correct copy of an email from Davida Brook to Stefanie Lambert on Monday, July 1, 2024, at 11:55 AM ET, with the subject line "Re: Dominion v Byrne subpoena."

8. Attached hereto as **Exhibit G** is a true and correct copy of an email from Davida Brook to Stefanie Lambert on Tuesday, July 2, 2024, at 12:21 AM ET, with the subject line "Re: Dominion v Byrne subpoena."

9. Attached hereto as **Exhibit H** is a true and correct copy of an email from myself to Stefanie Lambert on Tuesday, July 2, 2024, at 10:35 AM ET, with the subject line "Re: Dominion v Byrne subpoena."

10. Attached hereto as **Exhibit I** is a true and correct copy of an email sent from Stefanie Lambert to counsel for Dominion on Wednesday, July 3, 2024, at 10:05 AM ET, with the subject line "Re: Dominion v Byrne subpoena."

11. Attached hereto as **Exhibit J** is a true and correct copy of an email from Davida Brook to Stefanie Lambert on Wednesday, July 3, 2024, at 1:02 PM ET, with the subject line "Re: Dominion v Byrne subpoena."

12. Attached hereto as **Exhibit K** is a true and correct copy of an email from Stefanie Lambert to counsel for Dominion, dated Wednesday, July 3, 2024, at 2:57 PM ET, with the subject line "Re: Dominion v Byrne subpoena."

13. Attached hereto as **Exhibit L** is a true and correct copy of an email from Davida Brook to Stefanie Lambert on Wednesday, July 3, 2024, at 3:01 PM ET, with the subject line "Re: Dominion v Byrne subpoena."

14. Attached hereto as **Exhibit M** is a true and correct copy of a post by @PatrickMByrne on the social media platform Telegram, dated June 27, 2024,[1] and accessed and captured on July 5, 2024.

15. Attached hereto as **Exhibit N** is a true and correct copy of a post by @SeaSeaBee on the social media platform X, dated June 27, 2024,[2] and accessed and captured on July 5, 2024.

16. Attached hereto as **Exhibit O** is a true and correct copy of an email from Davida Brook to counsel for Defendants in this case and the cases consolidated for discovery with this matter, dated June 28, 2024, at 12:18 AM, with the subject line "Dominion – Communications about depositions – REVIEW/RESPOND BY 1 PM EST."

17. Attached hereto as **Exhibit P** is a true and correct copy of a post by @PatrickByrne on the social media platform X, dated March 9, 2024, and accessed and captured on March 21, 2024.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a post by @PatrickByrne on the social media platform X, dated February 13, 2024, and accessed and captured on July 5, 2024.

---

[1] Though the screenshot attached as Exhibit M displays the time as 7:30 AM, the time on that post is displayed in Central Time.
[2] Though the screenshot attached as Exhibit M displays the time as 7:40 AM, the time on that post is displayed in Central Time.

19. Attached hereto as **Exhibit R** is a true and correct copy of a post by @Atlantisarisen on the social media platform X, dated June 27, 2024, and accessed and captured on July 5, 2024.

20. Attached hereto as **Exhibit S** is a true and correct copy of a post by @CrawfordQuirt on the social media platform X, dated June 27, 2024, and accessed and captured on July 5, 2024.

21. Attached hereto as **Exhibit T** is a true and correct copy of a post by @cturtleemmers on the social media platform X, dated June 27, 2024, and accessed and captured on July 5, 2024.

22. Attached hereto as **Exhibit U** is a true and correct excerpt of the transcript of the March 18, 2024, hearing before the Honorable Moxila A. Upadhaya in this matter.

23. Attached hereto as **Exhibit V** is a true and correct copy of the docket in *The People of the State of Colorado v. Tina Marie Peters*, Case No. 2022-CR-371 (Colo. Dist. Ct.), accessed and captured on July 5, 2024.

24. As of the filing of this motion, Ms. Lambert has provided neither confirmation that she has objected to or will object to the subpoena, nor has she provided a copy of the required objection.

25. As of the filing of this motion, Ms. Lambert has not confirmed via any means that neither she nor her client shared information about the time and location of any witness's deposition location in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 5th day of July, 2024, at Los Angeles, California.

                                                */s/Davida Brook*
                                                Davida Brook