# Exhibit C

| | |
|---|---|
| **From:** | owner-dominion@lists.susmangodfrey.com on behalf of AttorneyLambert |
| **To:** | Dominion ListserveSusmanGodfrey |
| **Subject:** | Dominion v Byrne subpoena |
| **Date:** | Monday, July 1, 2024 9:38:06 AM |
| **Attachments:** | 2024-0701 Stefanie Lambert SDT (1).pdf |

EXTERNAL Email

Good morning,

My office has been served with the attached subpoena.

Sincerely,

Stefanie Lambert


Sent from Proton Mail for iOS

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here

| | |
|---|---|
| District Court<br>Mesa County Justice Center<br>125 N Spruce St.<br>Grand Junction, CO 81501 | |
| THE PEOPLE OF THE STATE OF COLORADO,<br>Plaintiff<br>v.<br>TINA PETERS,<br>Defendant | ▲ COURT USE ONLY ▲ |
| Co-Counsel for Defendant<br>John Case P.C.<br>John Case, Colorado Reg. #2431<br>6901 S. Pierce St. #340<br>Littleton CO 80128<br>(303) 667-7407<br>brief@johncaselaw.com | Case No. 2022CR371<br><br>Division: 9/MDB |
| **SUBPOENA TO TESTIFY AND PRODUCE DOCUMENTS** | |

**TO:**   **Stefanie Lambert**
         **Law Office of Stefanie Lambert PLLC**
         **400 Renaissance Drive 26th Floor**
         **Detroit MI 48243**

YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify in this action, and to produce at said time and place the documents listed on Exhibit A, attached hereto.

**DATE:**       **July 30, 2024**
**TIME:**        **8:30 a.m.**
**LOCATION: 125 N. Spruce St.**
                    **Courtroom 9**
                    **Grand Junction CO 81501**

Respectfully submitted July 1, 2024.

                                                                        *s/ John Case*
                                                                        John Case, Colorado Reg. #2431

1

## EXHIBIT A – LIST OF DOCUMENTS TO PRODUCE

1. All emails to or from any employee or agent of Dominion Voting Systems (including without limitation John Poulos, Kay Stimson, Mike Frontera, and Stan Garnett) to or from any employee or agent of the Colorado Secretary of State (including without limitation Jena Griswold, Chris Beall, Caleb Thornton, and Jessi Romero) during the period May 25, 2021, through March 8, 2022.

2. Produce all documents relevant to the defense of Tina Peters in case number 22CR371, District Court of Mesa County Colorado, including without limitation any deposition transcripts of Dominion employees and all correspondence, documents, or emails disclosed or produced by Dominion Voting Systems in the course of discovery in the matter of Dominion v Byrne, case no. 1:21-cv-02131-CJN-MAU, U. S. District Court for the District of Columbia.

## CERTIFICATE OF SERVICE

I certify that on July 1, 2024, I filed and served the foregoing document with Exhibits A and B via CCEF to the following:

Clerk of the District Court of Mesa County
125 N. Spruce St.
Grand Junction CO 81501

Daniel P. Rubinstein, District Attorney
Robert Scott Shapiro
Janet Stansberry Drake
P.O. Box 20,000
Grand Junction CO 81502

Daniel J. Hartman
Pro Hac Vice
PO Box 307
Petoskey, MI 49770
(231) 348-5100
Michigan Atty Reg. #(P52632)

Co-Counsel for Defendant
Michael Edminister
Edminister Law
P.O. Box 1827,
Carbondale, CO 81623
Phone Number: (970) 963-7201
E-mail: mike.edministerlaw@gmail.com
Atty. Reg. #: 49808

                                                                                       */s/John Case*

4

Stefanie Lambert accepts service of the within Subpoena and agrees to appear and produce documents as ordered.

Dated:_____                                          _____
                                                                              Stefanie Lambert