# Exhibit D

| | |
|---|---|
| **From:** | owner-dominion@lists.susmangodfrey.com on behalf of AttorneyLambert |
| **To:** | Davida Brook |
| **Cc:** | AttorneyLambert; Dominion ListserveSusmanGodfrey |
| **Subject:** | Re: Dominion v Byrne subpoena |
| **Date:** | Monday, July 1, 2024 11:02:38 AM |

EXTERNAL Email

Ms. Brook,

My office and my client will abide by the terms of the protective order.

Sincerely,

Stefanie Lambert

Sent from Proton Mail for iOS

On Mon, Jul 1, 2024 at 10:45 AM, Davida Brook <DBrook@susmangodfrey.com> wrote:

> Ms. Lambert,
>
> We have received your email regarding receipt of a subpoena.
> Please **immediately** confirm you and your client will abide by the Protective Order and Status Quo Orders and **not** provide or discuss any materials produced in this litigation to anyone (including pursuant to this subpoena). Further, pursuant to the Protective Order, you must object to producing any confidential or aeo material on the grounds of the existence of that Order.
>
> Again – please confirm your compliance immediately.
>
> Thank you,
> Davida
>
> ---
>
> **From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> on behalf of AttorneyLambert <00000164acadf1fb-dmarc-request@LISTS.SUSMANGODFREY.COM>
> **Date:** Monday, July 1, 2024 at 6:37 AM
> **To:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
> **Subject:** Dominion v Byrne subpoena
>
> EXTERNAL Email
>
> Good morning,

My office has been served with the attached subpoena.

Sincerely,

Stefanie Lambert

Sent from Proton Mail for iOS

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here