# Exhibit E

| | |
|---|---|
| **From:** | owner-dominion@lists.susmangodfrey.com on behalf of AttorneyLambert |
| **To:** | AttorneyLambert |
| **Cc:** | Davida Brook; AttorneyLambert; Dominion ListserveSusmanGodfrey |
| **Subject:** | Re: Dominion v Byrne subpoena |
| **Date:** | Monday, July 1, 2024 11:07:42 AM |

EXTERNAL Email

Ms. Brook,

I want to clarify the objection requirement in your email.

It's my recollection that your client must file objections within 48 hours if Dominion is opposed to complying with the subpoena.

Let's review the order again.

Thank you,

Stefanie


Sent from Proton Mail for iOS


On Mon, Jul 1, 2024 at 11:01 AM, AttorneyLambert <AttorneyLambert@protonmail.com> wrote:

> Ms. Brook,
>
> My office and my client will abide by the terms of the protective order.
>
> Sincerely,
>
> Stefanie Lambert
>
> Sent from Proton Mail for iOS
>
>
> On Mon, Jul 1, 2024 at 10:45 AM, Davida Brook <DBrook@susmangodfrey.com> wrote:
>
>> Ms. Lambert,
>>
>> We have received your email regarding receipt of a subpoena. Please **immediately** confirm you and your client will abide by the Protective Order and Status Quo Orders and **not** provide or discuss any materials produced in this litigation to anyone (including pursuant to this subpoena).  Further, pursuant to the Protective Order, you must object to producing any confidential or aeo material

on the grounds of the existence of that Order.

Again – please confirm your compliance immediately.

Thank you,
Davida

---

**From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> on behalf of AttorneyLambert <00000164acadf1fb-dmarc-request@LISTS.SUSMANGODFREY.COM>
**Date:** Monday, July 1, 2024 at 6:37 AM
**To:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Dominion v Byrne subpoena

EXTERNAL Email

Good morning,

My office has been served with the attached subpoena.

Sincerely,

Stefanie Lambert



Sent from [Proton Mail](#) for iOS

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, [click here](#)

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender

and delete it immediately.

To unsubscribe from the DOMINION list, click here