# Exhibit I

| | |
|---|---|
| **From:** | owner-dominion@lists.susmangodfrey.com on behalf of AttorneyLambert |
| **To:** | Davida Brook |
| **Cc:** | Dominion ListserveSusmanGodfrey |
| **Subject:** | Re: Dominion v Byrne subpoena |
| **Date:** | Wednesday, July 3, 2024 10:05:57 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

==EXTERNAL Email==

Ms. Brook,

Thank you for your email.

I have already responded.

I hope you have a nice holiday.

Stefanie

Sent from Proton Mail for iOS

On Tue, Jul 2, 2024 at 10:34 PM, Davida Brook <DBrook@susmangodfrey.com> wrote:

> Ms. Lambert,
>
> We again ask that you respond to this email.
>
> Thank you,
> Davida
>
> ---
>
> **From:** Davida Brook <DBrook@susmangodfrey.com>
> **Date:** Monday, July 1, 2024 at 9:21 PM
> **To:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
> **Subject:** Re: Dominion v Byrne subpoena
>
> Ms. Lambert,
>
> Following up on the below email.
>
> 1. **Please confirm by no later than 5:00 pm est Tuesday, July 2**, that you understand your obligation under the governing Protective Order and will object to providing documents or testimony in response to the subpoena

    served in the Tina Peters matter.  Again, please copy us on all correspondence regarding this subpoena.

2. You have also failed to respond to my email from last Thursday, reattached here for your reference, asking all Defense Counsel to confirm the below. Again, **please provide responses by no later than 5:00 pm est Tuesday, July 2**. Please separately confirm that you are not in an attorney client relationship with Ms. Peters.

   - Whether you (including anyone at your firm) or your client disclosed the fact that John Poulos was being deposed this week to anyone outside of the relevant court reporting agency or counsel of record in this matter for your client;

   - Whether you (including anyone at your firm) or your client shared the location of John Poulos's deposition with anyone outside of the relevant court reporting agency or counsel of record in this matter for your client;

   - Whether you (including anyone at your firm) or your client have had any communications with Yehuda Miller regarding Dominion or Mr. Poulos;

   - To the extent the answer to any of the above questions is yes – what you disclosed, when, and to whom.

3. It has also become clear in recent depositions that you have been asking about documents produced in this case by Dominion and marked confidential. We have asked you about these documents on the record and you have refused to answer our questions. As just one example, in a deposition of a Dominion employee last week you read multiple paragraphs of a Dominion email into the record. My colleague responded by asking various questions that you refused to answer. You did say, however, you would engage via follow up email. So please respond to the questions now via email **by no later than 5:00 pm est tomorrow – Tuesday**.

Image


We look forward to receiving your responses.

Thank you,
Davida

**From:** Davida Brook <DBrook@susmangodfrey.com>
**Date:** Monday, July 1, 2024 at 8:54 AM
**To:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Cc:** AttorneyLambert <00000164acadf1fb-dmarc-request@LISTS.SUSMANGODFREY.COM>, Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Re: Dominion v Byrne subpoena

Ms. Lambert,

Thank you for your prompt reply.  Paragraph 26 of the governing Protective Order says the person who received the subpoena "**must** object to the production of the Confidential or Attorneys' Eyes Only Discovery Material on the grounds of the existence of this Order."  Pursuant to that same paragraph, if there is an enforcement action, then it becomes the burden of the designating party to oppose.  But at this juncture, it is your requirement to object.

Please confirm you will object in the required time period and copy us on any and all communications regarding this subpoena.

Thank you,
Davida

**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Date:** Monday, July 1, 2024 at 8:06 AM
**To:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Cc:** Davida Brook <DBrook@susmangodfrey.com>, AttorneyLambert <00000164acadf1fb-dmarc-request@LISTS.SUSMANGODFREY.COM>, Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Re: Dominion v Byrne subpoena

EXTERNAL Email

Ms. Brook,

I want to clarify the objection requirement in your email.

It's my recollection that your client must file objections within 48 hours if Dominion is opposed to complying with the subpoena.

Let's review the order again.

Thank you,

Stefanie


Sent from Proton Mail for iOS


On Mon, Jul 1, 2024 at 11:01 AM, AttorneyLambert <AttorneyLambert@protonmail.com> wrote:

> Ms. Brook,
>
> My office and my client will abide by the terms of the protective order.
>
> Sincerely,
>
> Stefanie Lambert
>
> Sent from Proton Mail for iOS
>
>
> On Mon, Jul 1, 2024 at 10:45 AM, Davida Brook <DBrook@susmangodfrey.com> wrote:
>
>> Ms. Lambert,
>>
>> We have received your email regarding receipt of a subpoena.  Please **immediately** confirm you and your client will abide by the Protective Order and Status Quo Orders and **not** provide or discuss any materials produced in this litigation to anyone (including pursuant to this subpoena).  Further, pursuant to the Protective Order, you must object to producing any confidential or aeo material on the grounds of the existence of that Order.
>>
>> Again – please confirm your compliance immediately.

Thank you,
Davida

---

**From:** owner-dominion@lists.susmangodfrey.com <owner-dominion@lists.susmangodfrey.com> on behalf of AttorneyLambert <00000164acadf1fb-dmarc-request@LISTS.SUSMANGODFREY.COM>
**Date:** Monday, July 1, 2024 at 6:37 AM
**To:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Dominion v Byrne subpoena

EXTERNAL Email

Good morning,

My office has been served with the attached subpoena.

Sincerely,

Stefanie Lambert



Sent from [Proton Mail](#) for iOS

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, [click here](#)

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here