# Exhibit N



screenshot-x.com-2024.07.05-14_00_46
https://x.com/SeaSeaBee/status/1806321828874359243
05.07.2024