# Exhibit O

| | |
|---|---|
| **From:** | Davida Brook (via Dominion list) |
| **To:** | Brooke C. Davis; AttorneyLambert; Bethany Pickett Shah; Bobb Service; Carl C. Butzer; Charles L. Babcock; Chris Kachouroff; Christina Vitale ; Daniel Marvin; David C. Tobin; David Myers; Deborah (Debs) McIlhenny; Joel R. Glover; John K. Edwards; Jonathan D. Neerman; Joseph D. Sibley; Joshua Mooney; Katherine Harwood ; Marc J. Eisenstein; Marc S. Casarino; Michael Tricarico; Minoo S. Blaesche; Nancy W. Hamilton; OAN Service at Jackson Walker, LLP; Susannah Lloyd-Jones; Teresa Cinnamond; Trent McCotter ; William Haggerty ; Alex Smith; Bennet J. Moskowitz; C. Barr Flinn; Douglas D. Herrman; Howard M. Cooper; Joseph M. Cacace; Josh L. Launer; Kevin A. Guerke; Lauren Dunkle Fortunato; Maria A. Lombardi; Michael A. Laukaitis, II; Molly S. DiRago; Timothy E. Lengkeek |
| **Cc:** | Dominion@simplelists.susmangodfrey.com |
| **Subject:** | Dominion - Communications about depositions - REVIEW/RESPOND BY 1 PM EST |
| **Date:** | Friday, June 28, 2024 12:18:33 AM |

==EXTERNAL Email==

Counsel,

Please provide responses to the below by no later than 1 pm est tmr:

1. Whether you (including anyone at your firm) or your client disclosed the fact that John Poulos was being deposed this week to anyone outside of the relevant court reporting agency or counsel of record in this matter for your client;

2. Whether you (including anyone at your firm) or your client shared the location of John Poulos's deposition with anyone outside of the relevant court reporting agency or counsel of record in this matter for your client;

3. Whether you (including anyone at your firm) or your client have had any communications with Yehuda Miller regarding Dominion or Mr. Poulos;

4. To the extent the answer to any of the above questions is yes – what you disclosed, when, and to whom.

Thank you,
Davida

To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=3m9wgAJ5WG4fsCqHKh3wZg2ZKXVzRe0t