# Exhibit P

screenshot-twitter.com-2024.03.21-14_34_03
https://twitter.com/PatrickByrne/status/1766503109000372690
21.03.2024

 **Patrick Byrne** @PatrickByrne

Colorado:

No one called on patriots to come to DC on J6 louder and in more interviews than I.

I authorized Tina Peter's Mesa County activity (half-way through) and the cyber-forensics guy who did it was paid by me.

Drop charges against Tina & I'll take all responsibility.



> **Wall Street Apes** @WallStreetApes · Mar 9
>
> Colorado Going Full Communism
>
> For The Crime Of "I went to January 6th and because I worked in the 2016 election to get Donald Trump elected"
>
> Show more



8:35 AM · Mar 9, 2024 · **29.9K** Views

💬 47   🔁 307   ♡ 653   🔖 24   ⬆