# Exhibit Q

