# Exhibit R



screenshot-x.com-2024.07.05-13_50_29
https://x.com/Atlantisarisen/status/1806408628511089037
05.07.2024