# Exhibit T

screenshot-mobile.x.com-2024.07.05-15_24_50
https://mobile.x.com/cturtleemmers/status/1806331761388831205
05.07.2024

← **Post**

**Leading Report** @LeadingReport · Jun 27
BREAKING: Dominion CEO John Poulos served a subpoena.
x.com/patrickbyrne/s...

240 4K 15K 605K

**Fetty VWAP**
@cturtleemmers

One Manhattan west.... what other business are there

10:19
50





9:20 AM · Jun 27, 2024 · **2,989** Views