# Exhibit U

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


* * * * * * * * * * * * * * * *   )
U.S. DOMINION, INC., et al.,      )   Civil Action
                                  )   No. 21-00445
              Plaintiffs,         )
                                  )
   vs.                            )
                                  )
MY PILLOW, INC., et al.,          )   Washington, D.C.
                                  )   March 18, 2024
              Defendants.         )   3:08 p.m.
                                  )
* * * * * * * * * * * * * * * *   )


- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* * * * * * * * * * * * * * * *   )
U.S. DOMINION, INC., et al.,      )   Civil Action
                                  )   No. 21-02131
              Plaintiffs,         )
                                  )
   vs.                            )
                                  )
PATRICK BYRNE,                    )   Washington, D.C.
                                  )   March 18, 2024
              Defendant.          )   3:08 p.m.
                                  )
* * * * * * * * * * * * * * * *   )


- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* * * * * * * * * * * * * * * *   )
U.S. DOMINION, INC., et al.,      )   Civil Action
                                  )   No. 21-02130
              Plaintiffs,         )
                                  )
   vs.                            )
                                  )
HERRING NETWORKS, INC., et al.,   )   Washington, D.C.
                                  )   March 18, 2024
              Defendants.         )   3:08 p.m.
                                  )
* * * * * * * * * * * * * * * *   )
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


   * * * * * * * * * * * * * * *   )
   U.S. DOMINION, INC., et al.,    )   Civil Action
                                   )   No. 21-00445
              Plaintiffs,          )
                                   )
     vs.                           )
                                   )
   SIDNEY POWELL, et al.,          )   Washington, D.C.
                                   )   March 18, 2024
              Defendants.          )   3:08 p.m.
                                   )
   * * * * * * * * * * * * * * *   )


                  TRANSCRIPT OF STATUS CONFERENCE
         (TRANSCRIBED FROM THE FTR-GOLD AUDIO RECORDING)
            BEFORE THE HONORABLE MOXILA A. UPADHYAYA
                 UNITED STATES MAGISTRATE JUDGE



   APPEARANCES:

   FOR THE PLAINTIFFS:      DAVIDA BROOK, ESQ.
                            SUSMAN GODFREY, LLP
                            1900 Avenue of the Stars
                            Suite 1400
                            Los Angeles, California 90067

                            STEPHEN SHACKELFORD, ESQ.
                            CHRISTINA DIECKMANN, ESQ.
                            SUSMAN GODFREY, LLP
                            305 Ninth Avenue
                            50th Floor
                            New York, New York 10001

                            JONATHAN J. ROSS, ESQ.
                            SUSMAN GODFREY, LLP
                            1000 Louisiana Street
                            Suite 5100
                            Houston, Texas 77002

   FOR THE DEFENDANTS       ABRAHAM S. KAPLAN, ESQ.
   MY PILLOW AND            PARKER, DANIELS, KIBORT, LLC
   MICHAEL J. LINDELL:      123 North Third Street
                            Minneapolis, Minnesota 55401
```

```
 1    APPEARANCES, CONT'D:

 2    FOR THE DEFENDANT          STEFANIE L. LAMBERT JUNTTILA, ESQ.
         PATRICK BYRNE:          LAW OFFICE OF STEFANIE L. LAMBERT
 3                               400 Renaissance Center
                                 26th Floor
 4                               Detroit, Michigan 48243

 5    FOR THE OAN                CHARLES BABCOCK, ESQ.
            DEFENDANTS:          JACKSON WALKER, LLP
 6                               1401 McKinney
                                 Suite 1900
 7                               Houston, Texas 77010

 8                               MINOO S. BLAESCHE, ESQ.
                                 JONATHAN D. NEERMAN, ESQ.
 9                               JACKSON WALKER, LLP
                                 2323 Ross Avenue
10                               Suite 600
                                 Dallas, Texas 75201
11
      FOR THE DEFENDANT          GREGORY M. SINGER, ESQ.
12       CHRISTINA BOBB:         LAURO & SINGER
                                 400 North Tampa Street
13                               15th Floor
                                 Tampa, Florida 33602
14
      FOR THE POWELL             MARC CASARINO, ESQ.
15       DEFENDANTS:             KENNEDYS CMK, LLP
                                 919 North Market Street
16                               Suite 1550
                                 Wilmington, Delaware 19801
17
                                 JOSHUA A. MOONEY, ESQ.
18                               KENNEDYS CMK, LLP
                                 1600 Market Street
19                               Suite 1410
                                 Philadelphia, Pennsylvania 19103
20
      FOR THE DEFENDANT          DAVID C. TOBIN, ESQ.
21    DEFENDING THE REPUBLIC:    TOBIN, O'CONNOR & EWING
                                 5335 Wisconsin Avenue
22                               Suite 400
                                 Washington, D.C. 20015
23

24

25
```

```
 1    TRANSCRIBED BY:        LISA EDWARDS, RDR, CRR
                             Official Court Reporter
 2                           United States District Court for the
                                District of Columbia
 3                           333 Constitution Avenue, Northwest
                             Room 6706
 4                           Washington, D.C. 20001
                             (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    of the vendor.  I have no access to my client's discovery to
2    continue to defend him.
3             And I think that the reason there's no authority
4    to cite to the Court, it's essentially asking me to find
5    authority that water is wet.  I don't believe it's ever
6    appropriate for a civil court to interfere or evaluate a
7    criminal investigation that is separate.
8             And I believe that's why that authority doesn't
9    exist.
10             THE COURT:  Okay.  Well, I think the authority
11   doesn't exist for another reason.  But I'm not going to
12   prejudge that right now.
13             I will allow you all to make your arguments and
14   consider whether it's me or whether it's Judge Nichols to
15   consider the motion for sanctions and motion to disqualify.
16   As I mentioned, that is a severe remedy.  The law of this
17   circuit is clear.  So that's something that the Court needs
18   to do taking its time and thinking very seriously about
19   that.
20             But what I would like to know now on the record is
21   where -- I'd like you to walk me through, ma'am, where the
22   documents currently are located -- all the places in your
23   possession that these documents are currently located,
24   because while the Court takes this issue under advisement
25   and holds a hearing or sets a hearing on the motion, we need

1    to ensure that the status quo is maintained.  And it may
2    very well be after full hearing and argument that you're
3    right.
4              But until that time, these documents need to be,
5    to the extent they can be, we need to prevent any further
6    disclosure because they are marked "confidential" and
7    because you did not challenge their confidentiality
8    designation before the Court.  We could have been in a much
9    different position if you had actually come to the Court and
10   challenged their designation.  But be that you didn't do
11   that and didn't follow that procedure, I have to at least
12   try to stop any further dissemination by you or your client
13   while this issue is taken up and while we hear further
14   argument.
15             So first walk me through, Ms. Lambert, where and
16   on what devices you have these documents in your possession.
17             MS. LAMBERT JUNTTILA:  I am currently locked out
18   of the vendor site, your Honor.  So --
19             THE COURT:  Do you have any documents printed out
20   anywhere?
21             MS. LAMBERT JUNTTILA:  The documents have been
22   provided to law enforcement, and they are now locked out of
23   the vendor site as well.
24             THE COURT:  When you say they are locked out, law
25   enforcement?

```
 1                MS. LAMBERT JUNTTILA:  Correct.
 2                THE COURT:  When you say law enforcement, can you
 3     be more specific?  Do you mean Sheriff Leaf?
 4                MS. LAMBERT JUNTTILA:  Correct.
 5                THE COURT:  Okay.  Did you print out any documents
 6     at any time?
 7                MS. LAMBERT JUNTTILA:  I have printed out some
 8     documents.
 9                THE COURT:  And where are they located?
10                MS. LAMBERT JUNTTILA:  They're in my home.
11                THE COURT:  Okay.  And about how many documents
12     did you print out?  Or do you know which specific documents
13     you printed out?
14                MS. LAMBERT JUNTTILA:  Some of the discovery.  I
15     don't know which ones, your Honor.  I viewed them and
16     they're in possession of Dar Leaf.  So I -- I did not print
17     many documents.  I have a small --
18                THE COURT:  Can you give me a ballpark of how
19     many?
20                MS. LAMBERT JUNTTILA:  Maybe 50.
21                THE COURT:  50.
22                And who has access to those documents in your
23     home?
24                MS. LAMBERT JUNTTILA:  Just me.
25                THE COURT:  Are they kept in a safe?
```

**CERTIFICATE**

    I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

    Dated this 20th day of March, 2024.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269