IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | Civil Action No. 1:21-cv-02131-CJN-MAU<br><br>Magistrate Judge Moxila A. Upadhyaya<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE PROTECTIVE AND STATUS QUO ORDERS**

Upon consideration of Plaintiffs' Motion to Enforce the Protective and Status Quo Orders and deliberation given thereto, the Motion is hereby GRANTED.

Stefanie Lambert is hereby ordered to object to the subpoena issued to her in *People v. Tina Peters*, Case No. 2022-CR-371 (Colo. Dist. Ct), and to refrain from disseminating or producing any documents subject thereto. Ms. Lambert is further ordered to confirm in writing to Plaintiffs on or before 12:00 PM ET on July 8, 2024, that she has objected to the subpoena and has not produced any documents subject thereto and to provide a copy of her objection. Stefanie Lambert and Patrick Byrne are further ordered to preserve all documents relating to (1) the subpoena issued to Stefanie Lambert in *People v. Tina Peter*s, and (2) the subpoena issued in the same matter on John Poulos, including but not limited to its service by Yehuda Miller.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024

THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE