IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, ) ) ) ) *Plaintiffs*, ) ) v. ) ) PATRICK BYRNE, ) ) *Defendant*. ) ) | No. 1:21-cv-02131-CJN-MAU<br><br>Hon.<br><br>Magistrate Judge Moxila A. Upadhyaya |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF**

Upon consideration of Plaintiffs' Motion for Leave to File Supplemental Brief in Support of Dominion's Currently Pending Motion to Disqualify and Motion to Enforce Protective and Status Quo Orders ("the Motion"), any responses, and any replies, this Court finds that it will assist the Court and is in the interest of justice and so orders that the Motion is **GRANTED**. Dominion may file **Exhibit A** to the Motion, which is the Supplemental Brief in Support of Dominion's Currently Pending Motion to Disqualify and Motion to Enforce Protective and Status Quo Orders, with its exhibits and proposed order.

**IT IS SO ORDERED**.

SIGNED this _____ day of _____, 2024

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE