UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>*Plaintiffs / Counter-Defendants*,<br><br>v<br><br>PATRICK BYRNE,<br><br>*Defendant*. | Civil Action 1:21-cv-02131 (CJN) |

---

DEFEDANT'S MOTION FOR LEAVE TO FILE UNDER SEAL EMERGENCY MOTION TO LIFT PROTECTIVE ORDER FOR SPECIFIC PURPOSE OF PRODUCING EVIDENCE IN A CRIMINAL PROCEEDING, COLORADO V. PETERS, CASE NO. 2022CR371

Comes now Defendant, Patrick Byrne, by and through undersigned and pursuant to Local Rule 5.1(h), hereby files this Motion for Leave to File under seal Defendant's Motion to Lift the Protective Order for Specific Purpose of Producing Evidence in a Criminal Proceeding, Colorado v. Peters, Case. No. 2022CR371.

As the Court's prior protective order indicated, the parties are to file any references to the protective order ostensibly "under seal," and the Court Rules

1

require a Motion for Leave to file a pleading under seal, Defendant submits this Motion to the Court.

WHEREFORE, for the reasons stated herein, Defendant moves this Honorable Court for leave to file the Motion to Lift Protective Order for Specific Purpose of Producing Evidence in a Criminal Proceeding, Colorado v. Peters, Case. No. 2022CR371 under seal, or to otherwise direct the filing of said Motion on the Court's Public Docket.

        Respectfully submitted,

        /s/ Stefanie Lambert
        _____
        Stefanie Lambert
        Law Offices of Stefanie L. Lambert, PLLC
        400 Renaissance Drive, FLOOR 26
        Detroit, MI 48243
        (313) 410-6872
        attorneylambert@protonmail.com

COMPLIANCE WITH LOCAL RULE 7(m)

Counsel for Plaintiff consents to the filing of the motion for leave but opposes the motion to lift the protective order for Specific Purpose of Producing Evidence in a Criminal Proceeding, Colorado v. Peters, Case. No. 2022CR371.

Respectfully submitted,

/s/ Stefanie Lambert
_____
Stefanie Lambert Junttila
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
(313) 410-6872
attorneylambert@protonmail.com

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on July 19, 2024 true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

        Respectfully submitted,

        /s/ Stefanie Lambert
        _____
        Stefanie Lambert Juntilla
        Law Offices of Stefanie L. Lambert, PLLC
        400 Renaissance Drive, FLOOR 26
        Detroit, MI 48243
        attorneylambert@protonmail.com