# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>    *Plaintiffs / Counter-Defendants*,<br><br>v<br><br>PATRICK BYRNE,<br><br>    *Defendant*. | Civil Action 1:21-cv-02131 (CJN) |

### DEFENDANT'S RESPONSE TO DOMINION'S MOTION TO ENFORCE PROTECTIVE ORDER

Comes now Defendant, Patrick Byrne, by and through undersigned and files this Reply to Dominion's Motion to Enforce Protective Order (Docket Entry No. 108).

1. Dominion has filed the Motion to Enforce Protective Order (Docket Entry No. 108) without requesting any new or additional relief.

2. Undersigned communicated multiple times that her and her client were following the protective order.  See attached.

1

WHEREFORE, for the reasons stated herein, Defendant moves this Honorable Court to deny Dominion's Motion.

                                                                                 Respectfully submitted,

                                                                                 /s/ Stefanie Lambert
                                                                                 _____
Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com
(313) 410-6872

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on July 19, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

3