**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Date:** Wednesday, July 3, 2024 at 11:57 AM
**To:** Davida Brook <DBrook@susmangodfrey.com>
**Cc:** Dominion ListserveSusmanGodfrey <DOMINION@lists.susmangodfrey.com>
**Subject:** Re: Dominion v Byrne subpoena

EXTERNAL Email
Dear Ms. Brook,

I have previously indicated that I will follow the protective order.

I do believe documents have been improperly labeled by your office as "confidential" or "attorneys eyes only."

Please advise your availability early next week to see if we can agree without wasting the magistrate's time.

Have a nice holiday.

Stefanie

Sent from Proton Mail for iOS

Sent from Proton Mail for iOS