On Mon, Jul 1, 2024 at 11:01 AM, AttorneyLambert <AttorneyLambert@protonmail.com> wrote:

Ms. Brook,

My office and my client will abide by the terms of the protective order.

Sincerely,

Stefanie Lambert

Sent from Proton Mail for iOS

Proton Mail for iOS