IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

**REPLY IN SUPPORT OF DOMINION'S MOTION TO ENFORCE
PROTECTIVE AND STATUS QUO ORDERS**

Defendant Patrick Byrne's response (Dkt. 111) speaks volumes for what it does not say. First, it appears Ms. Lambert still has not objected to the subpoena that was served on her in the Tina Peters matter, *People v. Tina Peters*, Case No. 2022-CR-371 (Colo. Dist. Ct.). Specifically, she has not confirmed her objection to Dominion in writing. Exs. A & C–L. Nor has she lodged the objection on the Colorado docket. Ex. V. Nor did she attach the objection as an exhibit to Mr. Byrne's response. This is in plain contravention to Paragraph 26 of the Protective Order Ms. Lambert and Mr. Byrne have repeatedly confirmed they would follow.

Further, Ms. Lambert does not dispute anything stated in Dominion's motion, including that either she and/or Mr. Byrne (a) leaked the location of ongoing depositions in this matter, and (b) orchestrated the service of Ms. Peters' subpoena on Ms. Lambert to launder Dominion's documents to individuals outside this litigation. This is in plain contravention of the spirit, if not the letter, of the Court's orders.

Instead, Ms. Lambert responds that Dominion's motion does not request "any new or

1

additional relief" and that she "communicated multiple times that her *[sic]* and her client were following the protective order." Resp. at ¶¶ 1–2. But even that is untrue. First, Dominion's motion requests the Court to order Ms. Lambert "to object to the subpoena issued to her in the Tina Peters case and to refrain from producing any documents thereunder unless and until this Court confirms otherwise." Mot. at 12. This is relief Dominion did not previously seek. Second, Ms. Lambert's statements that she "will follow the protective order," Dkt. 111-1, Ex. A, are nothing more than empty words, including because she recently again violated the Status Quo and Protective Orders by failing to inform the Court that Tina Peters' counsel John Case had reviewed Dominion Discovery Materials and take corrective action in response to his access and inaccurate characterization of such materials in a public filing, *see* Dkt. 109-1, Ex. A, Supplemental Brief at 1–4, 9–11; and because, of course, she has still not complied with Paragraph 26 of the Protective Order requiring her to object to the subpoena.

    Not only does Ms. Lambert's response demonstrate that the Court should grant Dominion's motion to enforce the governing Protective Order and Status Quo Order. It also demonstrates the need for prompt relief on Dominion's separate pending emergency motion to disqualify her as counsel (Dkt. 75). If allowed to participate in this case, Ms. Lambert will continue to violate the rules and orders of this Court, infect the integrity of this litigation, and put Dominion at further risk of the type of harm that led to the initiation of this lawsuit.

Dated: July 23, 2024

Respectfully submitted,

By: /s/Davida Brook
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**

1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23nd day of July 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

/s/*Davida Brook*
Davida Brook