# Exhibit 3

| | |
|---|---|
| **DISTRICT COURT, MESA COUNTY, COLORADO**<br>125 N. Spruce St. Grand Junction CO 81501<br>(970) 257-3630<br><br>**PEOPLE OF THE STATE OF COLORADO**<br>Plaintiff<br><br>v.<br><br>**TINA PETERS**<br>Defendant<br><br>DANIEL J. HARTMAN<br>Pro Hac Vice<br>PO BOX 307<br>Petoskey, MI 49770<br>(231) 348-5100<br>Michigan Atty. Reg # (P52632)<br><br>Local Attorney for the Defendant<br>Michael Edminister<br>Edminister Law<br>P.O. Box 1827,<br>Carbondale, CO 81623<br>Phone Number: (970) 963-7201<br>E-mail: mike.edministerlaw@gmail.com<br>Atty. Reg. #: 49808<br><br>John Case<br>6901 S. Pierce St. #340<br>Littleton, CO 80128<br>(303) 667-7407<br>brief@johncaselaw.com<br>Atty Reg. #2431 | **COURT USE ONLY**<br><br>_____<br><br>Case No: 22CR371<br><br>Div: 9/MDB |
| **DEFENDANT'S PRELIMINARY RESPONSE TO DOMINION VOTING SYSTEMS INC. MOTION TO QUASH SUBPOENA TO MICHAEL FRONTERA AND REQUEST FOR REASONABLE TIME TO ALLOW DC COURT TO RULE** | |

1. The subpoena served upon Michael Frontera, Dominion's in house counsel, commands him to appear and testify, as well as to produce specified documents. Dominion does

1

not challenge the portion of the subpoena that commands Mr. Frontera to testify. Dominion objects only to producing documents. Therefore, even if the Court were to quash the portion of the subpoena that commands the production of documents, Mr. Frontera must still appear and give testimony.

2.  As a practicing Colorado attorney for more than 50 years, and an officer of the Court, undersigned counsel assures the Court that the subpoenaed materials not only exist, but they are relevant, exculpatory, and potentially a Brady violation. Counsel has already seen many of the documents relevant to Clerk Peters' defense that were produced by Dominion Voting Systems Inc. in case number 1:21-cv-02131 (CJN), U.S. District Court for the District of Columbia, captioned *U.S. Dominion Inc., et al v. Byrne*. The Documents produced by Dominion in the DC litigation are subject to a Protective Order which counsel signed. Counsel does not want to produce documents subject to the Protective Order to this Court, without giving the DC Court an opportunity to rule on whether the documents were mislabeled by Dominion as "Confidential." Please see attached Declaration of John Case, which attorney Stefanie Lambert will submit to the DC Court.

3.  As this Court noted in its Order Re: People's Motion to Strike Defense Experts 7/10/24:

> "The right to present a complete defense [] has roots in due process, which requires that criminal prosecutions comport with prevailing notions of fundamental fairness." Indeed, "[f]ew rights are more fundamental than that of the accused to present witnesses in [her] own defense, and to put before the jury evidence that might influence the determination of guilt."

(Order at 2, Citations omitted)

4.  The Court correctly ruled in denying in part the People's Motion to Strike Defense Experts that it could not determine whether expert testimony would be relevant and material until it had heard the evidence prior to the expert being called, and then hearing an offer

of proof as to how the expert testimony would assist the jury as triers of fact. The problem is the same here. The Court will not have enough information to grant or deny Dominion's Motion until it has heard evidence at trial, including testimony from Mr. Frontera and other witnesses, and a subpoenaed document is offered in evidence. Only then will the Court have a sufficient record to rule on whether the document is admissible.

WHEREFORE, Defendant prays that this Court deny Dominion's Motion to Quash Subpoena to Michael Frontera, or in the alternative, that the Court allow additional time for the DC Court to determine if the documents sought were mislabeled as "Confidential" and therefore are not subject to the Protective Order.

Respectfully submitted July 10, 2024.

*s/ John Case*
John Case, Colorado Reg. #2431

## CERTIFICATE OF SERVICE

I certify that on July 10, 2024, I filed and served the foregoing document via CCEF to the following:

Clerk of the District Court of Mesa County
125 N. Spruce St.
Grand Junction CO 81501

Daniel P. Rubinstein, District Attorney
Robert Scott Shapiro
Janet Stansberry Drake
P.O. Box 20,000
Grand Junction CO 81502

Daniel J. Hartman
Pro Hac Vice
PO Box 307
Petoskey, MI 49770
(231) 348-5100
Michigan Atty Reg. #(P52632)

Co-Counsel for Defendant
Michael Edminister
Edminister Law
P.O. Box 1827,
Carbondale, CO 81623
Phone Number: (970) 963-7201
E-mail: mike.edministerlaw@gmail.com
Atty. Reg. #: 49808

With email copies of this Preliminary Response and the Declaration of John Case to stan.garnett@garnettlegalgroup.com and leah.regan-smith@garnettlegalgroup.com

                                                                  */s/John Case*