# Exhibit 5

| | |
|---|---|
| **From:** | AttorneyLambert (via Dominion list) |
| **To:** | Davida Brook |
| **Cc:** | Dominion SG Simplelist; OANService; Chris Kachouroff; Marc Eisenstein |
| **Subject:** | Re: Dominion/Byrne - Please review / respond by cob today |
| **Date:** | Thursday, July 11, 2024 2:04:13 PM |
| **Attachments:** | image001.png |

**EXTERNAL Email**

Dear Ms. Brooks,

Thank you for your email. I am unable to provide information protected by privilege/work product.

Mr. Poulos testified at his deposition ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Please advise if your client is willing to remove the confidential/attorney eyes only label from any of the documents provided by Dominion in the course of discovery.

Thank you,

Stefanie

Sent from Proton Mail for iOS

On Thu, Jul 11, 2024 at 1:39 PM, Davida Brook <DBrook@susmangodfrey.com> wrote:

> Ms. Lambert,
>
> We just learned of a filing in the Tina Peters case from yesterday in which a Mr. John Case declared the following:
>
> > 3. I am assisting Stefanie Lambert in her defense of Patrick Byrne in 1:21-cv-02131. I signed Exhibit A to Protective Order, the "Undertaking" in which I agreed to "access and use Discovery Material, Confidential Material, and Attorneys Eyes Only Material only as the [Protective] Order permits." I reviewed emails produced by Dominion in 1:21-cv-02131. The emails appear to be mis-labeled "Confidential," because their contents do not meet the definition of "Confidential Material" in paragraph 2 of the Protective Order 6/16/23.
>
> Please answer each of these questions in line, below. If you need to consult with Mr. Case, we trust you will do so as apparently you are working together.
>
> 1. Who is Mr. Case?
> 2. How long has he been "assisting" you in the Dominion v. Byrne case?
> 3. Provide his signed undertaking.
> 4. What Dominion documents has he accessed?
> 5. When did he access them?
> 6. Via what means? (Document vendor, a download of files, something else?)
> 7. Is there anyone else assisting you in the Dominion v. Byrne case?
> 8. If yes, please disclose them and answer questions 3-6 on their behalf as well.
> 9. We need answers to these questions, in writing, before close of business today.
>
> Thank you,
> Davida

To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=Nq1YeyJMMZGPz2FF9vL1X8vjOSEMy6rj