# Exhibit 7

screenshot-twitter_com-2024_07_14-12_06_39
https://twitter.com/MJTruthUltra/status/1811755146633675036
14.07.2024

 **MJTruthUltra** ✓
@MJTruthUltra

 **Subscribe**    •••

 Colorado — this is big..

A Lawyer has Come Forward: Dominion Voting Machines can Connect to the Internet, Can Change Votes, and Cannot be Audited

• Lawyer John Case, under penalty of perjury, files declaration to CO Judge, stating Dominion Voting machines can connect to the internet, can switch votes, and cannot be audited

Tina Peters is reportedly entangled with subpoenas against Dominion... they are fighting tooth and nail for this information not get out.

Per Court Records Obtained by @yehuda_miller on X directly from Tina Peters Trial

"Dominion voting systems (1) are not auditable, as required by federal and state law (2) they can connect to the internet during elections, which violates federal and state law; and (3) they are capable of manipulating ballots and vote tabulations, which violates federal and state law; (4) the software overwrites Windows Operating System log files that are recorded during elections, which are required by federal and state law to be preserved. All these deficiencies make Dominion voting systems illegal to use in Colorado elections."

---

**DECLARATION OF JOHN CASE**

JOHN CASE declares under penalty of perjury that the following is true and correct.

1.    My full name is John McLean Case. I am a practicing attorney licensed in Colorado more than 50 years. I am admitted to all Colorado Courts, U.S. District Court for the District of Colorado, U.S. Court of Appeals for the 10th Circuit, and U. S. Supreme Court. I have represented the former clerks and recorders of Elbert County and Mesa County, as well as county commissioners and voters from other counties, in civil litigation challenging voting systems sold in Colorado by Dominion Voting Systems, Inc. I currently represent former Mesa County Clerk and Recorder Tina Peters in 22CR371, District Court of Mesa County, the criminal case scheduled for jury trial July 30, 2024. I also represent Clerk Peters as plaintiff-appellant in civil litigation, case numbers 1:23-cv-03014-NYYW, U. S. District Court for the District of Colorado, and 24-1013 U.S. Court of Appeals for the 10th Circuit.

2.    I have spoken with and read reports of nationally recognized computer cybersecurity experts who examined forensic images from the hard drives of Dominion voting systems computers. Those experts, including J. Alex Halderman, Walter C. Daugherity, and Clay Parikh, have independently concluded, based on their own scientific research, that Dominion voting systems (1) are not auditable, as required by federal and state law (2) they can connect to the internet during elections, which violates federal and state law; and (3) they are capable of manipulating ballots and vote

contain no trade-secret or software information. They are not commercially sensitive, because they do not relate to sales or commercial activity. Therefore, they were mislabeled by Dominion and/or its counsel and should be open to public view.

5.    Even if the emails meet the definition of Confidential Discovery Material,

tabulations, which violates federal and state law; (4) the software overwrites Windows Operating System log files that are recorded during elections, which are required by federal and state law to be preserved. All these deficiencies make Dominion voting systems illegal to use in Colorado elections. The independent expert findings are corroborated by Dominion emails I reviewed in 1:21-cv-02131, which show, in my opinion, that Dominion was aware it was violating election laws.

3.    I am assisting Stefanie Lambert in her defense of Patrick Byrne in 1:21-cv-02131. I signed Exhibit A to Protective Order, the "Undertaking" in which I agreed to "access and use Discovery Material, Confidential Material, and Attorneys Eyes Only Material only as the [Protective] Order permits." I reviewed emails produced by Dominion in 1:21-cv-02131. The emails appear to be mis-labeled "Confidential," because their contents do not meet the definition of "Confidential Material" in paragraph 2 of the Protective Order 6/16/23.

4.    Paragraph 2 of the Protective Order defines "Confidential Discovery Material" as follows:

> Confidential Discovery Material is defined as material that consists of non-public customer information or information that is proprietary or otherwise commercially sensitive.

The emails that are essential to Clerk Peters' defense do not meet the definition of "Confidential Discovery Material." They are not non-public customer information, because they contain no customer information. They are not proprietary, because they

"Federal Law Constraints on Post-Election Audits" states in pertinent part:

"Jurisdictions must therefore also retain and preserve records created in digital or electronic form."

9.    The charges against Clerk Peters in 22CR371 arise out of a forensic image

---

which they do not, the jury in Mesa County should be allowed to see them under appropriate instructions from the trial court, because they are essential to Clerk Peters' defense in a criminal case in which at least one Dominion employee has been listed as a "will call" witness by the prosecution, and she faces possible incarceration if convicted.

6.    I have not disclosed the Dominion emails to my client Tina Peters, or to anyone else. I believe that I have an ethical obligation to disclose the emails to my client, and to present them as evidence in 22CR371, because the Dominion emails contain exculpatory material that is vital to Clerk Peters' defense.

7.    Starting in December 2020, Mesa County voters, including County Commissioner Cody Davis, asked Clerk Peters to conduct audits of the November 2020 election results in Mesa County, and the April 2021 municipal election in Grand Junction. Constituents claimed the results tabulated on Dominion machines were improbable.

8.    52 U.S.C §20701 requires all officers of election, including Clerk Peters, to preserve election records for 22 months after any federal election. There is a criminal penalty for violating this statute. Department of Justice publication 7/28/21 titled

of the Mesa County election management server hard drive that was made on May 23, 2021. Colorado Deputy Secretary of State, Chris Beall, has admitted in sworn testimony that no statute or rule prohibited imaging the server at the time that the image was made.

10.    Clerk Peters engaged a qualified cybersecurity consultant to make a forensic image of the server before the Trusted Build, then observe the Trusted Build, and make a second forensic image of the server after the Trusted Build. This was necessary to perform her public duty, under statutes and the U.S. and Colorado Constitutions, to preserve digital election records, and to investigate what Secretary of State personnel did to the Mesa County voting computers during the Trusted Build.

11.    Imaging the server before the Trusted Build preserved all digital data still available on the hard drive that had been generated during the November 2020 election and the April 2021 Grand Junction municipal election. I say still available on the server because Dominion's recommended settings for its software causes Windows operating system log files to be overwritten during election ballot processing, which violates election record preservation laws. Comparison of the forensic image made before the

4

6:31 AM · Jul 12, 2024 · **433.7K** Views

| ○ 448 | ↻ 14K | ♡ 24K | ▢ 2.1K | ↑ |

---

**C**  Post your reply                                        **Reply**

---

**Gen Belisarius** ✓ @GenBelisarius · Jul 12                        ···
@FoxNews Hey Fox, don't give Dominion another Billion dollars please.

| ○ 17 | ↻ 89 | ♡ 769 | �)|( 14K | ▢ ↑ |

**MJTruthUltra** ✓ @MJTruthUltra · Jul 12                        ···
lol

In reality, it's just one hand exchanging money with the other, on the same body.

| ○ 13 | ↻ 26 | ♡ 461 | �)|( 13K | ▢ ↑ |

**SpudMemes 𝕏** ✓ @SpudMEMES · Jul 12                        ···
Bingo

| ○ | ↻ 1 | ♡ 8 | ⩍ 414 | ▢ ↑ |

**JKash 🔴MAGA Queen** ✓ @JKash000 · Jul 12                        ···
Get rid of all voting machines, especially Dominion.

| ○ 10 | ↻ 77 | ♡ 569 | ⩍ 8.8K | ▢ ↑ |

**Heritage Foundation** ✓ @Heritage                        Ad ···
If you're concerned about election fraud and want your representatives to investigate and prosecute anyone who seeks to undermine our elections, please click below to join other concerned citizens by completing our National Survey on Election Fraud now! >>

# How concerned are you that <u>voter fraud</u> has impacted a previous election or could impact a future election?

○ **Extremely concerned**
○ **Somewhat concerned**
○ **Not at all concerned**
○ **Not Sure/ No opinion**

**Take the survey »**

From heritage.org

💬 122     ⟲ 84     ♡ 226     ᴸᴵᴸ 136K     🔖 ⬆️

---

**Pat1776** ✔ @Matka1776 · Jul 12    · · ·
The truth was already uncovered in MI:

> 🐾 **Patrick Byrne** ✔ @PatrickByrne · Feb 10
> THE DAM HAS BROKEN: PROSECUTOR ACCUSES DOMINION CEO OF LYING
>
> Listen to this leaked audio of 46 seconds. Explanation below.
>
> ...
> Show more
>
> 👤 **Stefanie Lambert**  Host
>
> **MI Prosecutor Lucido: Dominion CEO John Poulos committed PERJURY!**
>
> 49K tuned in · Feb 9 · 0:46
>
> ▶ **Play recording**

💬 3     ⟲ 89     ♡ 284     ᴸᴵᴸ 8.8K     🔖 ⬆️

---

👤 🇺🇸🇺🇸**RedPill**🇺🇸🇺🇸 ✔ @AvanteSearch · Jul 12    · · ·
The key take-away- "All these deficiencies make Dominion voting systems illegal to use in Colorado elections." - but will CO be forced to remove

them?

💬 4          🔁 22          ♡ 169          ᵢₗᵢ 4.9K          🔖  ⬆️

 **Tod** ✔ @TodRevolution · Jul 12                                    •••
Same with all machines coming from ES&S.  The machines have to go.

1) Hand Counting process fight in South Dakota.



Hand Counting process fight in South Dakota

From rumble.com

💬 2          🔁 33          ♡ 126          ᵢₗᵢ 4.4K          🔖  ⬆️

 **Li'l Orwell - redeemed ghost** @LilOrwell1984 · Jul 12          •••
Who would've thunk it ? Allegedly ¯\_(ツ)_/¯



💬 10          🔁 227          ♡ 546          ᵢₗᵢ 8.7K          🔖  ⬆️

 **George Hatt** ✔ @gohatt · Jul 12                                  •••
No more DOMINION COMPUTERS!

NO more DOMINION COMPUTERS.

VOTER ID
PAPER BALLOTS
SAME-DAY VOTING

💬 3        ↻ 38        ♡ 217        ılı 2.7K        🔖  ⬆️

 **Tigerfan62🇺🇸NO DM's🚫No Crypto,No Porn.** ✅ @tmobley052 · Jul 12  ···
Dominion voting machines should be banned in all 50 states. Voter ID,
proof of citizenship, hand counted paper ballots with a back up counter.
Trust nothing . I truly hope citizens will report any thing they see and
monitor the drop boxes which should not be legal.

💬 2        ↻ 51        ♡ 173        ılı 2.5K        🔖  ⬆️

 **Michael Hustus** 🇺🇸 @HustusMichael · Jul 12        ···
That time Democrats in both House & Senate warned the country of the
dangers of Dominion Voting Machines.



---



🖼️ **Michael Hustus** 🇺🇸 @HustusMichael · Jun 24, 2021
Replying to @Charlen60403930 @BigLance111 and 7 others
Here it is

Kamala Harris and other leading Democrats testifying about how easy it
is to commit fraud using Dominion voting machines....
Show more

ELECTION SECURITY
SEN. KAMALA HARRIS
D-California
C-SPAN3
c-span.org
1:15
June 21, 201
Tuesday

---

💬 4        ↻ 53        ♡ 86        ılı 2.4K        🔖  ⬆️

 **Cyber Hunter** ✅ @Gene_SD · Jul 12        ···
Here is a breakdown of the states that use Dominion Voting Systems'
machines (Notice Anything):

Arizona: Dominion's machines are used in Maricopa County, which includes
Phoenix and the surrounding areas.
California: Dominion's machines are used in several counties, including Los
Show more

Show more

⬜ 8        ⟳ 41        ♡ 63        ᯤ 2.2K                🔖  ⬆

**FancyNancy**🇺🇸 ✅ @SagesMonya · Jul 12
We all knew. Dens only can win by cheating. Stay frosty

⬜ 2        ⟳ 5        ♡ 73        ᯤ 3.4K                🔖  ⬆

DN **DailyNoah.com** ✅ @DailyNoahNews                    Ad ···
🔥 Big question! Should Trump sign a voter ID law?

✅ TAP to take the poll! SHARE for others!
Vote Here: trump.typeform.com/to/wOw5BltD



From typeform.com

⬜ 545      ⟳ 589      ♡ 7K        ᯤ 2.4M                🔖  ⬆

**JustAmerican** ✅ @JustFaithinaz · Jul 12                   ···
This is how they turned Colorado.  THEY HAVE BEEN CHEATING FOR
YEARS

⬜ 2        ⟳ 9        ♡ 83        ᯤ 2.3K                🔖  ⬆

**River over troubled bridges** ✅ @JulietRedbird · Jul 12      ···
It would be a real shame if someone were to disrupt internet service and
jam all WiFi around point stations... Well, I guess that wouldn't have any
impact at all if things are on the up and up.

⬜ 6        ⟳ 20        ♡ 71        ᯤ 3.2K                🔖  ⬆



**Sacred 🟦Valley 🟦Podcast** ✓ @CreteTara · Jul 12    ...
Is it big though? We've all been watching the proof of the stolen election for 4 years now yet nothing has changed.

  ♡ 1     ⟲ 4     ♡ 36     �ı‖ı 1.2K     🔖 ⬆



**Attention Disorder** ✓ @atndisorde38643 · Jul 12    ...
Then technically speaking, the hash# should change every time the file is changed but with an inability to audit, you'd never be able to tell.

  ♡     ⟲ 2     ♡ 10     ı‖ı 1K     🔖 ⬆



**B Husker** ✓ @blittle47 · Jul 12    ...
Sadly, there are 10s of thousands of affidavits around the country just like this. The courts ignore all of them and claim standing. Until we fix the courts, you could have people write a million affidavits, and it will not matter.

  ♡     ⟲     ♡ 11     ı‖ı 174     🔖 ⬆



**hotStepper** ✓ @ChuteShoot · Jul 12    ...
The only reason machines would be designed this way is to facilitate cheating.

  ♡     ⟲ 5     ♡ 20     ı‖ı 641     🔖 ⬆

**Wireman** ✓ @The_Wireman · Jul 12    ...
Why trust some computers with the sanctity of our elections? Baffling.



♡ 35        ፵ 1.9K

**Venitta Ricci Ferguson** ✔ @venitta · Jul 12    ···
Now what? More truth yet each truth revealed is met with indifference
refusing righteous consequence

💬        ↻ 3        ♡ 13        ፵ 509        🔖  ⬆

**Eric D. Jarman** ✔ @EDJMrSanMan · Jul 12    ···
Sounds to me like dominion voting machines are appliances with a back
plane of server types and are internet edge nodes that connect back to the
home network in Serbia.

💬        ↻ 3        ♡ 10        ፵ 456        🔖  ⬆

**Rupertgumpert96** ✔ @rupertgumpert · Jul 12    ···
They will try to steal the election again. Vote. Don't believe it's in the bag.

💬 1        ↻ 6        ♡ 20        ፵ 517        🔖  ⬆

**Roger w** ✔ @Prov1_31233 · Jul 12    ···
No machines should be used for National or State elections, hand ballots
only.

If those machines used were illegal who is going after the companies?

💬        ↻ 6        ♡ 21        ፵ 558        🔖  ⬆

**Hoodies Mom** ✔ @MomHoodies · Jul 12    ···
We've known this since 2020 in large part due to your telegram group MJ.
You've help many of us open our eyes and connect to a community where
we can share this information.

I hope that this situation will gain traction and we'll finally have some
justice.

💬        ↻ 6        ♡ 42        ፵ 2K        🔖  ⬆

**Shadyblues117** ✔ @xDarklingx · Jul 12    ···
We knew this a long time ago but I guess either people forgot or didn't care
the first time they saw it. We have only ourselves to blame for all of this.

💬 1        ↻ 3        ♡ 11        ፵ 398        🔖  ⬆

**Valerie G** ✔ @ValerieGoldst17 · Jul 12    ···
That is exactly what they did the last time too. Even a kid can program it to
do that.

💬        ↻        ♡ 3        ፵ 453        🔖  ⬆

**𝓒𝓸𝓷𝓼𝓮𝓻𝓿𝓪𝓽𝓲𝓿𝓮❥𝓓𝓲𝓿𝓪™** ✔ @1776Diva · Jul 12    ···
@LauraLoomer

@TuckerCarlson
@dbongino
@RitaCosby
@deneenborelli
@tomborelli
@DineshDSouza

⬤    1⎚1    ♡ 8    ᵢₗᵢ 319    🔖    ⬆

**Wee Volunteer** ✔ @WeeVolunteer · Jul 12    ···
Well then, let's not use Dominion Voting Machines

⬤    1⎚    ♡ 1    ᵢₗᵢ 272    🔖    ⬆



**IcanAmer**🇺🇸 ✔ @IcanAmer_MAGA · Jul 12    ···
•• •• ••

⬤    1⎚    ♡ 1    ᵢₗᵢ 274    🔖    ⬆

**Walts_Place** ✔ @Revwwthompson · 18h    ···
Dominion needs to be out of the voting. Period!!!

⬤    1⎚    ♡ 1    ᵢₗᵢ 21    🔖    ⬆

**MikkyCanada** ✔ @H6Mikky · Jul 12    ···
WAKE UP OEOPLE

⬤    1⎚    ♡ 1    ᵢₗᵢ 105    🔖    ⬆

**Tom Fabian** ✔ @TomFabian17 · Jul 12    ···
Old news....

⬤    1⎚    ♡ 2    ᵢₗᵢ 551    🔖    ⬆

**Epoch Times—Southern California** ✔ 📰 @EpochSoCal    Ad ···
The California Supreme Court ruled 7–0 that police cannot detain people
simply for avoiding contact.



# California Supreme Court:
## Police Cannot Detain
# Based on Evasive Behavior

Find Out More

From theepochtimes.com

💬 315          🔁 1K          ♡ 4.5K          ᴪ 6.7M          🔖  ⬆️

**Nicky Lucky** ✔ @N1ckyLucky · Jul 12                                    •••
We're using a Windows operating system for our elections😭😭😭

💬          🔁          ♡ 3          ᴪ 532          🔖  ⬆️

**Komrade** ✔ @SirKomrade · 14h                                    •••
@Timcast @philthatremains

💬          🔁          ♡          ᴪ 9          🔖  ⬆️

**AceyAC** ✔ @ACCibock · Jul 12                                    •••
@MikeLindellpage

💬          🔁          ♡          ᴪ 367          🔖  ⬆️

**Francisco de Miranda** ✔ @Ernestonewage · Jul 12                    •••
MJ ... it is new for you? It's happening from 2006 bro ..!!

9:48    Any similarity with reality depicted in this material is purely coincidental, and the content is produced solely for recreational
and fictional purposes. The views expressed in this material are personal opinions and are protected under the right of free speech.

💬          🔁 3          ♡ 6          ᴪ 325          🔖  ⬆️

**Spazcrypto** ✔ @OnE1HuManitY · Jul 12                                    •••
Nothing is going to ever become of this.

💬          🔁          ♡ 2          ᴪ 637          🔖  ⬆️

**The Guy** ✔ @RyanDay99 · Jul 12                                    •••
@elon

ılıl 278

**Don Yoder** ✔ @Yoder12Don · Jul 12
It'll be better when they finally get convicted

💬         ⇄ 2         ♡ 7         ılıl 520         🔖 ↥

**Conservative Caveman** ✔ @ChiefPatriot70 · Jul 12
Will it matter? I would say doubtful

💬         ⇄         ♡ 4         ılıl 915         🔖 ↥

**YORGOZAM** @free2bnetwirx · Jul 12
This is SUCH OLD NEWS!  Anyone watch 2000 Mules???

💬 1         ⇄ 1         ♡ 6         ılıl 353         🔖 ↥

**Robert H** ✔ @a_mericandragon · Jul 12
Do different states have different laws regarding this specific topic? Is this a state by state kind of situation? Meaning...if this is illegal in Colorado... would this be illegal California? Probably should find out.

💬         ⇄ 1         ♡ 1         ılıl 120         🔖 ↥

**Dan F. Stokka** ✔ @Sportacut · Jul 12
Soros in the making, this is unfolding beautifully epiQ.

💬 1         ⇄         ♡ 3         ılıl 331         🔖 ↥

**YY** 🇺🇸🍊🌱🙏 ✔ @Yibbieyo11 · Jul 12
Better late than never I suppose but maddening af.

💬         ⇄         ♡ 2         ılıl 469         🔖 ↥

**Mattx15** ✔ @Mattx15x · Jul 12
😡😡😡😡😡😡😡😡😡😡

💬         ⇄         ♡ 1         ılıl 80         🔖 ↥

**Captain Mike** ✔ @TheCaptain320 · Jul 12
Yep - I knew this years ago .

💬         ⇄         ♡ 3         ılıl 143         🔖 ↥

**Queer Majority** ✔ @QueerMajority                    Ad ···
"The @innocence Project states that at least 375 wrongful convictions have been overturned in the United States using DNA evidence." - @CJFerguson1111

queermajority.com
The Messy Truths About False Rape Allegations — Qu
The online kangaroo court of public opinion is where due process and women's safety go to die.

💬 5          🔁 14          ♡ 64          📊 160K          🔖  ↥

**JosephJS** 🇺🇸 ✓ @JosephJS777 · Jul 12          ···
I can't even... Paper ballots. Hand counting. I'll volunteer.

💬          🔁          ♡ 2          📊 95          🔖  ↥

**Bill Campbell** ✓ @trador58 · Jul 12          ···
I'm in Mesa County. Although 2020 went our way in Mesa, the tests Tina
performed were clearly showing problems with Dominion. We need to
sanction them before November, so we can show what happens when you
steal a landslide. This one will be so much bigger! I would love to see
Show more

💬          🔁 1          ♡ 1          📊 95          🔖  ↥

**Mashman** ✓ @Mashman78748 · 22h          ···
If they can connect to the internet, who and where are they connecting to?

I suspect that might become public later this month!

💬          🔁          ♡          📊 21          🔖  ↥

**BrownsFan** ✓ @TrumpWasRite · Jul 12          ···
All this proof and nothing will change. In November they'll be rolling these
easily corrupted, dumpster fires right back out hand the Dems another
election

💬          🔁          ♡ 4          📊 110          🔖  ↥

**Rene Aensland** 🇺🇸 ✓ @MyHeavener · Jul 13          ···
Is there a different way to opt in to vote?

💬          🔁          ♡          📊 46          🔖  ↥

**Jacob Smith** ✓ @XrealJacobSmith · Jul 12          ···
It could even be bigger

For 2024, just some questions here. NOTE: In order to understand this
you're required to impersonate your iur enemy, the cheaters. You need to
wonder what they would do at each step given the opportunity, then apply
that knowledge against them:

- Will
Show more

💬          🔁 2          ♡ 6          📊 121          🔖  ↥

**John Ayres** ✓ @JohnAyr12294351 · Jul 13          ···

"Don't Worry About
The Election, Trump's
Not Gonna Win. I



Made F*cking Sure Of
That!"

- **Eric Coomer**
Director of Strategy and Security
Dominion Voting Systems
(talking on an antifa conference call)

"We put together, I think,
the most extensive
and inclusive
voter fraud
organization
in the history of
American politics."
Joe Biden.
Corrupt
and too
mentally feeble
to keep it quiet.

○  ⟲ 1  ♡ 3  ᴧᴧ 30  🔖  ⬆

**PaulPaulfusion** ✓ @PaulPaulfusion · Jul 12        ···
Get rid of them or lose the Republic !

○  ⟲ 3  ♡ 6  ᴧᴧ 358  🔖  ⬆

**J (Froebel-Parker)** ✓ @Froebel · Jul 12        ···
@LWV @RNCVoteProtect

○  ⟲  ♡ 1  ᴧᴧ 337  🔖  ⬆

**Texans for Abbott** ✓ @AbbottCampaign        Ad ···
Biden's ongoing lawsuits to BLOCK Texas from enforcing the laws should
enrage every American! Help us send a LOUD message 👇



DO YOU AGREE TEXAS
CAN ENFORCE BORDER
SECURITY LAWS?



SEND A MESSAGE TO OPEN BORDER DEMOCRATS    ABBOTT

From winred.com

💬 30        🔁 60        ♡ 289        ılıl 83K        🔖    ⬆️

**Robert C.** ✓ @bobjrfarm1 · Jul 13                                    •••
Two different arguments. There should be a way to find the truth by forcing
release of all research on these machines.

💬          🔁          ♡ 1        ılıl 34        🔖    ⬆️

**Tudahl Family Kathleen& Duane \*\*\*** ✓ @tudahl55 · 23h        •••
This is crazy stuff!! Stop the steal of our elections!!

💬          🔁          ♡          ılıl 14        🔖    ⬆️

**Mega MAGA WebDiva playing with 🔥 running** ✓ @OlyWebDi · Jul 12 •••
She's back! Go, Tina, go!!

💬          🔁          ♡          ılıl 83        🔖    ⬆️

**Libs-R-Tards** ✓ @PurpleK9000 · Jul 12                            •••
Too little, and WAY To LATE!!!!!!!!!

💬          🔁          ♡ 1        ılıl 198        🔖    ⬆️

**CorNpopSR.** ✓ @JacaDullBoy1983 · 22h                            •••
#America this is big..

💬          🔁          ♡          ılıl 12        🔖    ⬆️

**Darren Pelan** ✓ @crocpelan · Jul 13                                •••
Wake up America, get out and vote

💬          🔁          ♡          ılıl 29        🔖    ⬆️

P    **Person Here** @PersonHere26624 · Jul 12                        •••
Everyone already knows this. This isn't the issue. The issue is there are no
judges or prosecutors with any balls to do anything about it.

💬          🔁 1        ♡ 14        ılıl 308        🔖    ⬆️

 **White Coat Waste Project** ▮ 🗑 ✓ @WhiteCoatWaste        Ad •••
WCW Investigation: we've obtained disturbing new video & evidence of
wasteful government spending on dog & puppy tests. Contact Congress to
join the fight!

Obtained via investigation by



White Coat Waste Project (WCW)

the University of Pennsylvania.

0:42 | Contact Congress to Join the Fight!

STOP GOVERNMENT WHITE COAT WASTE PROJECT

From whitecoatwaste.org

💬 159        🔁 738        ♡ 1K        📊 818K        🔖  ⬆️



JoeM 👀 @General_JoeM · Jul 12

That was revealed years ago in Congressional hearings

💬 1        🔁 2        ♡ 27        📊 894        🔖  ⬆️



Christoph Engelhardt 🇺🇸 🍎 = 👶 @ChristophE55272 · Jul 12

Corrupt Democrats and corrupt Democratic judges obviously don't care.
And corrupt RINO judges don't want Antifa to firebomb their houses. We've
known about the vulnerabilities of these machines for years, but corrupt
election lawyer, Marc Elias, just loves them.

💬 1        🔁 6        ♡ 19        📊 543        🔖  ⬆️



DDG43 @DDG43USN · Jul 12



**2:02**

○ Annette Davis Jackson
   Republican
   Independent

💬    ⇄ 4    ♡ 3    ᴵ�11 99    🔖 ⬆️

Marlow62 @Marlow3456 · Jul 12    ···



💬    ⇄ 2    ♡ 4    ᴵ11 34    🔖 ⬆️

Random normie, I am too old for this. @amwick2 · Jul 12    ···
annnnnnnnd that is what we use in GA, where I vote.

💬    ⇄    ♡    ᴵ11 19    🔖 ⬆️

theFOX @the512FOX · Jul 12    ···
So how did dominion win the lawsuit?

💬    ⇄    ♡ 3    ᴵ11 19    🔖 ⬆️

JP @ninja2k3 · Jul 12    ···
@ScottPresler york county uses dominion just sayin

💬    ⇄    ♡ 2    ᴵ11 32    🔖 ⬆️

Random normie, I am too old for this. @amwick2 · Jul 12    ···
Never trusted them.. Never.

💬    ⇄    ♡    ᴵ11 15    🔖 ⬆️

**Pappy Granruth** @pappygranruth04 · Jul 12
NOW WHAT

♡ 1          24

❤️ **Charda** ❤️ @CharlPier · Jul 12
Let's pray this attorney does not disappear. 🙏

♡ 2          17

**Texans for Abbott** ✔️ @AbbottCampaign          Ad ···
Biden's ongoing lawsuits to BLOCK Texas from enforcing the laws should enrage every American! Help us send a LOUD message 👇



From winred.com

💬 30          ↻ 60          ♡ 289          83K

**Jack Jernigan** @JackJernigan1 · Jul 12
Great. They are modern enough to connect to the internet. If needed.

♡ 2          31

**Thought Criminal** @Aether_Craft · Jul 12
Haven't we known this for years? It's just the people who are supposed to investigate these crimes are the ones who perpetuated them.

♡ 2          97

**Rocky 7777777** @Rocky_7777777 · Jul 12

Rocky_i i i i i i  @Rocky_i i i i i i · Jul 12
@realMikeLindell @CarolineWren @KariLake

🗨        ⟲        ♡ 1        📊 73        🔖  ⬆️

---

William Barnard @William00075961 · Jul 12          ···
I knew that 😄

🗨        ⟲        ♡ 2        📊 29        🔖  ⬆️

---

mike @retributionsoon · Jul 12                      ···
Treason

🗨        ⟲        ♡ 2        📊 14        🔖  ⬆️

---

Minuteman76 @nicknam02636181 · Jul 12              ···
@GregAbbott_TX @KenPaxtonTX @DanPatrick #txlege

The #txlege has maneuvered TX into the spot where the state can and will
be stolen electorally. The statistics demonstrate that across multiple
counties. Are you prepared UP FRONT to defend TX from what you know is
occurring?

🗨        ⟲ 4        ♡ 9        📊 259        🔖  ⬆️

---

American Summer @AmericanSummer4 · Jul 12          ···
Interesting. I thought it was well know...here's Fulton County's Richard
Barron talking about techs remotely accessing machines to fix issues in
2018.

> American Summer @AmericanSummer4 · Jul 17, 2021
> Techs had remote access and helped fix problems with machines in
> Fulton County according to Richard Barron #GAaudit #azaudit
> #ElectionIntegrity #electionaudit x.com/AmericanSummer...

🗨 2        ⟲ 4        ♡ 10        📊 249        🔖  ⬆️

---

Roger Redacted 💬 @AltPublishNow · Jul 12          ···
Lawyers should be able to make bank suing dominion. So why aren't they?

🗨        ⟲        ♡ 2        📊 15        🔖  ⬆️

---

Bryant Poland Sr @bryant_poland13 · Jul 12         ···
I am sure the judge will throw it out for lack of evidence! 😞

🗨 2        ⟲ 1        ♡ 9        📊 325        🔖  ⬆️

---

John Blutarski @JimBeam96584868 · Jul 12           ···
I think I see where "the plan" might be going.......Dominion getting
'outlawed' right before the election. No other method other than hand
counting paper ballots at that point. Ability to rig severely
curtailed....especially foreign electronic interference. 🤔 Panic.

🗨 1        ⟲ 3        ♡ 9        📊 216        🔖  ⬆️



**White Coat Waste Project** 🏳️ ⚰️ ✅ @WhiteCoatWaste    Ad  •••
WCW Investigation: we've obtained disturbing new video & evidence of
wasteful government spending on dog & puppy tests. Contact Congress to
join the fight!



From whitecoatwaste.org

💬 159        🔁 738        ♡ 1K        📊 818K        🔖  ⬆️



**Btowen81** @btowen81 · Jul 12        •••
Aaaand nothing will happen

💬 1        🔁        ♡ 9        📊 872        🔖  ⬆️



**Sam Joslin** @JoslinSam · Jul 12        •••
Huuge!

💬        🔁        ♡ 4        📊 68        🔖  ⬆️

**Jeremy Murphy** @jeremypmurphy · Jul 12        •••
Yes it is. From Nebraska we're watching it.

💬        🔁        ♡ 3        📊 49        🔖  ⬆️

**luccasleo7** @luccasleo75 · Jul 12        •••
how quickly will this attorney be charged and jailed with something

💬        🔁        ♡ 8        📊 109        🔖  ⬆️

**oldiron** @oldiron4me2003 · Jul 12



○    ♻ 2    ♡ 5    ᴵᐧᴵ 42    🔖    ⬆



**Tim Reynolds** @TimReynolds1911 · Jul 12    ···
A University of Michigan Professor live in the courtroom, showed how to change votes only using a pen.

○    ♻    ♡ 5    ᴵᐧᴵ 48    🔖    ⬆

**Jessica Horton** @JessieIsHereNow · Jul 12    ···
@elonmusk

○    ♻ 1    ♡ 5    ᴵᐧᴵ 164    🔖    ⬆

**Chris Mack** @chrimack · Jul 12    ···
It's been like this since electronic voting machines first started being used. Closed source machines can do anything they like, and in any open and free country would not exist. At a very minimum, they need to be open-source and audit-able by anyone.

○    ♻ 1    ♡ 4    ᴵᐧᴵ 161    🔖    ⬆



**Dale** @Knuss182 · Jul 12    ···
I'm 8n Colorado. Praying for saftey for Tina Peter's and her team. This is HUGE

○    ♻    ♡    ᴵᐧᴵ 65    🔖    ⬆

ThisIsMeIsThisU @AnMariee67 · Jul 12

We have known this for 3 yrs

💬          ↻          ♡          ፛ᥣᥣ 12          🔖  ᕙ

 Honest Elections Project Fund ✔ @HEP_Fund          Ad  ···

We're looking for Americans who stand for secure voting practices to share their thoughts on important aspects of voting integrity.

Will you take our Voter ID Poll now?

**We're looking for Americans who stand for secure voting practices to share their thoughts on important aspects of voting integrity.**

**Will you take our Voter ID Poll now?**

Take the short poll now »

From honestelectionsprojectfund.org

💬 15          ↻ 39          ♡ 128          ፛ᥣᥣ 120K          🔖  ᕙ

 generationBip @generationBip · Jul 12          ···

The Fox-Dominion trial was a farce meant to give the public the impression that Fox was wrong to accuse Dominion of cheating and stealing elections. I doubt any money even changed hands

💬          ↻          ♡          ፛ᥣᥣ 16          🔖  ᕙ

 wooop @horseisbro10576 · Jul 12          ···

SHOCKER

💬          ↻          ♡          ፛ᥣᥣ 10          🔖  ᕙ

Linda Tucker @LindaTu43720161 · Jul 12          ···

Conservatives know this, digging deeper enough under the rocks is really difficult.  Thanks to this brave and persistent truth seeker.

📊 15

**The Chad** 🇺🇸 @BrentsChad · Jul 12
If this is true .. It's time to drop the Hammer ! Times a tickin

📊 12

**Botsreverywhere** @botsrevery50446 · Jul 12
So we have know. This for 3+ years and done exactly what about it

📊 66

**Roger Thompson** @oldDiver_rt · Jul 12
Well my pacemaker can connect as well..the connection is used to download software updates which are needed for every election..New races new candidates etc

♡ 1     📊 24

**Admiral Byrd** @OPHighjump · Jul 12
We need 1 day paper only voting

📊 96

**Jan** @Jan47280831 · Jul 12
And since no one's actually done anything about it expect the same thing to happen this presidential election as the last one

♡ 1     📊 87

**sheila** @stbarnett1 · Jul 12
Now do California! Watch us turn RED!

♡ 1     📊 20

**Ryan Lovins** @lovins_ryan · Jul 12
We've known this for 4 years!

♡ 1     📊 17

**Mountain States Legal Foundation** ✔ @MSLF     Ad
Help! An elderly woman's home is being taken in Arizona over a $1,600 tax bill.

Will you stand with her by signing our petition?



**SIGN THE PETITION TO HELP**
**THIS WOMAN SAVE HER HOME »**

Stand with Christine »

From mslegal.org

💬 86        🔁 279        ♡ 748        📊 954K        🔖  ⬆️

**Katie** @saintmarsk · Jul 12                                                    ···
Fix it Colorado!!

💬          🔁          ♡ 1          📊 58          🔖  ⬆️

**Eric Morrison** @EMorrison2021 · 15h                                    ···
😡🙏

💬          🔁          ♡          📊 2          🔖  ⬆️

**Kim Ed** @Kimislearning2 · 17h                                              ···
It's about time this finally came out!

💬          🔁          ♡          📊 3          🔖  ⬆️

**PatriotBob** @PatriotBobGe03 · Jul 12                                    ···
I dont expect it to matter

💬          🔁          ♡ 1          📊 23          🔖  ⬆️

**Jerry L** @jlew52x · Jul 12                                                    ···
Nothing will happen and the beat goes on and on...

💬          🔁          ♡ 1          📊 126          🔖  ⬆️

**Debbie Butler** @ibcruella · Jul 12                                          ···
More evidence! Tina Peters  case could bring Dominion down.

💬          🔁          ♡          📊 15          🔖  ⬆️

**Patrick Riker** @priker32 · Jul 12                                            ···
Show me a maga lawyer that hasn't lied. I'll wait.

💬          🔁          ♡ 1          📊 6          🔖  ⬆️



**Matt Phillips** @mip2982 · Jul 12

Is it 2020 again? Old news.



💬     ↻     ♡ 1     ᴉᥣᥣ 46     🔖 ⬆

**G0dfr0y** @g0dfr0y · Jul 12

.@xai More info on the rigging operation…

💬     ↻     ♡ 1     ᴉᥣᥣ 46     🔖 ⬆

**Silver is Freedom** @Freedomfiat · Jul 12



💬     ↻     ♡ 1     ᴉᥣᥣ 47     🔖 ⬆



**Coalition to Preserve American Jobs** ✔ @PreserveJobs    Ad ···

Urgent Action Needed: The IRS's delays are pushing small businesses to the brink. Join the chorus of voices imploring the IRS to do its job.





they are processing an
intent to levy taxes on
his business."

→

**Rep. Brad Wenstrup** (R–OH)

Voices Rise Against the IRS   *ERC Saves* JOBS   Voic

From ercsavesjobs.com

💬 1          🔁 2          ♡ 11          📊 384K          🔖   ⬆️

**Pete TX** @XALONETX · Jul 12          •••
🎌🎌🎌

We've known this for years.

💬          🔁          ♡ 3          📊 63          🔖   ⬆️

**C Huff** @CHuff7654321 · Jul 12          •••
Also with the top election machine seller in the US—ES&S let's not forget
they lied regarding having "zero machines connected to the Internet"when
many were found to be connected💥

💬          🔁 1          ♡ 1          📊 51          🔖   ⬆️

**Cap'n Sam** 🧜‍♂️ 🛥️ @SamFish04986338 · Jul 12          •••
@elonmusk

💬          🔁          ♡ 1          📊 19          🔖   ⬆️

**Raul grump** @RaulGrump · Jul 12          •••
😡😡😡😡

💬          🔁          ♡ 1          📊 10          🔖   ⬆️

**M** **Michael Frey** @Michael57421494 · Jul 12          •••
Or any election

💬          🔁          ♡ 1          📊 21          🔖   ⬆️

**Lady Chef BJ** @BettyLake17 · Jul 12          •••
😈👿😈

💬          🔁          ♡ 2          📊 47          🔖   ⬆️

**SanSunSucker SanSunSucker** @sansonsucker · Jul 12          •••
I've been saying this for years now. DOMINION HAS TO GO. Most of the
world counts votes by hand. It's time we did! You REPUBLICANS BETTER
GET TOUGHER. Make it happen or lose my support

GET TOUGHER. Make it happen or lose my support

○    ⇄    ♡ 2    � 16    🔖  ⇪

**Sharla Raider 〒 🎗 📵 💀** @Sharla62997527 · Jul 12    ···
Ok.  We knew that four years ago.

○    ⇄    ♡ 2    ⌶⌷ 95    🔖  ⇪

**Truth ⚜ Social** @RedPill4America · Jul 12    ···
@realMikeLindell

○    ⇄    ♡    ⌶⌷ 16    🔖  ⇪

**DumpTrump** @owlmacarpenter · Jul 13    ···
We shall see if that true

○    ⇄    ♡    ⌶⌷ 5    🔖  ⇪

**Mitchell Everman** @MitchellEverman · Jul 12    ···
Trump lost

○    ⇄    ♡ 1    ⌶⌷ 22    🔖  ⇪

**SJ** @SJCO64 · Jul 12    ···
@charliekirk11

○    ⇄    ♡    ⌶⌷ 25    🔖  ⇪

**Hoke** ✔ @TheDavidCHoke    Ad  ···
Please vote for Mirov on the 2024 Killer Nashville Readers' Choice Ballot.
I'm about halfway down the page. Thank you!

killernashville.forms-db.com/view.php?id=25...



**Vote now!**

From forms-db.com

💬 2     🔁 6     ♡ 43     📊 465K

**Chuck Roast** @ChuckRo15976335 · Jul 12
Dominion, corrupt...???

I would've never guessed...

💬     🔁     ♡ 1     📊 148

**gambiny** @VinceRock10 · Jul 12
wtf... 👹 👆

💬     🔁     ♡     📊 12

**britt** @britbrittbrit · Jul 12
@mrddmia @TomFitton @RepBoebert

💬     🔁     ♡     📊 4

**Mathew Abides** @DudeManMateo · Jul 13
'Kari Lake' level unlocked.

💬     🔁     ♡     📊 36

**AJ** @ajobean · Jul 12
This isn't new news.

💬     🔁     ♡     📊 6

**B** @AcerockJrod · Jul 12
This should be headline news and be stopped.

💬     🔁     ♡ 1     📊 10

**Michael** @Get_Smart_086 · 21h
I lost half a million $ because of the stolen election. It would have changed my life.

💬     🔁     ♡     📊 7

**Rose Knight** @evilwoman1979 · Jul 12
Rudy Giuliani was ordered to pay two poll workers millions of dollars for exposing them. There is video evidence but with a woke judge, what did we expect? He is appealing and should win. He just needs to keep appealing.

💬 1     🔁 1     ♡ 3     📊 41

**Point Report** ✓ @realPointReport     Ad ···
Andrew Bailey Advocates for Stopping Radical Transgender Procedures for

Children on Real America's Voice — On a recent episode of Just the News No Noise aired on Real America's Voice, Missouri Attorney General Andrew Bailey voiced... continue reading at pointreport.org/article/andrew...



○ 18    �17 99    ♡ 316    ᐧᥨᥨ 590K    ⊓ ⬆

**Honored General** @GeneralHonored · Jul 12    ···

My God, I'm just noticing this..

1) "Dominion," a word that is the opposite of freedom and democracy.

2) "Changing the way people vote" - Literally changing votes.

3) The actual logo is a "red" vote going in, and coming out a "blue vote."

They put it right in our faces!



○ 1    �17 15    ♡ 19    ᐧᥨᥨ 345    ⊓ ⬆

**Joshua Wild** @JoshuaWild603 · Jul 12    ···
This affidavit is hearsay also, it is not evidence.

○ 1    �17    ♡ 1    ᐧᥨᥨ 36    ⊓ ⬆

**Djedi MѦstƩr** @Djedi_Master · Jul 12
@elonmusk might be interested in reading this

♡ 1        ↻        ♡ 1        ᶘᶉᶆ 135        🔖 ⤴

**Kimberley Broadsword** @KimBroadsword · 22h
This should affect the lawsuits they filed against the people who spoke out about them right?

♡        ↻        ♡        ᶘᶉᶆ 5        🔖 ⤴

**me** @twittybittybaby · 21h

**🧑 👮👮Mike👮👮 ✔** @92michael · Nov 7, 2020
Don't believe the media when they tell you that voting can't be hacked. Download this pdf and read for your self:
media.defcon.org/DEF%20CON%2027…



**EXECUTIVE SUMMARY**

**1. Commercially-Available Voting System Hardware Used in the U.S. Remains Vulnerable to Attack**

As in previous years, the 2019 Voting Village presented a range of currently marketed touch-screen direct recording electronic (DRE), optical scan paper voting devices, paper ballot marking devices (BMDs) and electronic poll books (e-poll books). While the Village did not attempt to (and could not) provide samples of every piece of voting equipment currently in use throughout the United States, every piece of equipment at the Village is currently certified for use in at least one U.S. jurisdiction.

And once again, Voting Village participants were able to find new ways, or replicate previously published methods, of compromising every one of the devices in the room in ways that could alter stored vote tallies, change ballots displayed to voters, or alter the internal software that controls the machines. In many cases, the DEF CON participants tested equipment they had no prior knowledge of or experience with, and worked with any tools they could find - in a challenging setting with far fewer resources (and far less time) than a professional lab (or even the most casual attacker) would typically have. In most cases, vulnerabilities could be exploited under election conditions surreptitiously by means of exposed external interfaces accessible to voters or precinct poll workers (or to any other individual with brief physical access to the machines). In particular, many vectors for so called "Advanced Persistent Threat (APT)" attacks continue to be found or replicated. This means that an attack that could compromise an entire jurisdiction could be injected in any of multiple places during the lifetime of the system.

As disturbing as this outcome is, we note that it is at this point an unsurprising result. It is well known that current voting systems, like any hardware and software running on conventional general-purpose platforms can be compromised in practice. However, it is notable - and especially disappointing - that many of the specific vulnerabilities reported over a decade earlier (in the California and Ohio studies, for example), are still present in these systems today."

*See California Top-to-Bottom Review (2007) "Top-to-Bottom Review," California Secretary of State. Accessed September 26, 2019. https://www.sos.ca.gov/elections/ovsta/frequently-requested-information/top-bottom-review/ and Ohio EVEREST (2007) McDaniel, Patrick, Matt Blaze, Giovanni Vigna, Joseph Lorenzo Hall, Laura Quilter, Kevin Butler, William Enck, et al. "EVEREST: Evaluation and Validation of Election- Related Equipment, Standards, and Testing," Secretary of State of Ohio. December 7, 2007. https://www.eac.gov/assets/1/28/EVEREST.pdf*

Page 4

♡        ↻        ♡        ᶘᶉᶆ 10        🔖 ⤴

**StonkTrades** @stonktrades · 14h
DOMINION SPECIAL THEY CALL IT. COMING TO AN ELECTION NEAR YOU

♡        ↻        ♡        ᶘᶉᶆ 4        🔖 ⤴

**Jason Buster** @paladinsruse · Jul 12
@idontexistTore already proved this YEARS ago and nobody listened. Why

@idontexistvote already proved this YEARS ago and nobody listened. Why not post her affidavit?

Q 5          ⟲          ♡ 2          ᷁ᶅᶅ 39          🔖  ⬆

**Mindoftheabyss** @mindoftheabyss · Jul 13                    ···
We all know they "can" go online. But under EAC, during voting, they cannot be online. These devices are rigorously tested before and after voting. Any violation you could sue dominion to the ground.  All lawsuits previously were thrown out or they won almost if not all suits.

Q 1          ⟲          ♡          ᷁ᶅᶅ 6          🔖  ⬆

**TheHexBaron** @thehexbaron · Jul 12                    ···
Great so who's going to jail ? No one.

Q          ⟲          ♡          ᷁ᶅᶅ 90          🔖  ⬆

**Jennifer** @Jenniferwolfcr1 · Jul 12                    ···
My county in Colorado hand count ours twice.  The whole county is only 800 ppl though.

Q          ⟲          ♡          ᷁ᶅᶅ 45          🔖  ⬆