# Exhibit 8

| | |
|---|---|
| From: | owner-dominion@lists.susmangodfrey.com on behalf of AttorneyLambert |
| To: | Dominion ListserveSusmanGodfrey; OANService; Chris Kachouroff; Marc S. Casarino; Davida Brook |
| Subject: | Fw: Request for a copy of John Poulos Deposition Transcript |
| Date: | Friday, July 12, 2024 2:05:21 PM |

EXTERNAL Email

Dear Ms. Brooks,

I've received a request for the transcript of Mr. Poulos testimony at deposition.

Please advise if Dominion objects to my firm complying with the request to provide the transcript to the Michigan State Representative.

Thank you,

Stefanie

Sent from Proton Mail for iOS

---------- Forwarded message ----------
From: James DeSana <JDeSana@house.mi.gov>
Date: On Fri, Jul 12, 2024 at 2:54 PM
Subject: Fw: Request for a copy of John Poulos Deposition Transcript
To: attorneylambert@protonmail.com <attorneylambert@protonmail.com>
Cc:
July 11th, 2024

Subject: Request for a copy of John Poulos Deposition Transcript

Dear Attorney Lambert,

It is my understanding that you have recently deposed Dominion CEO John Poulos in connection with the Dominion Patrick Byrne lawsuit. As you may be aware. I joined other Michigan State Representatives and a former State Senator in filing a criminal complaint against John Poulos with several law enforcement authorities in Michigan. The criminal complaint alleges that Mr. Poulos committed 15 counts of perjury during his sworn testimony before the Michigan Senate on December 15th, 2020. We anticipate that the content of the referenced deposition would likely yield additional evidence relating to our complaint. In this light, could you please provide me and my colleagues with a copy of the transcript from your deposition of John Poulos at your earliest convenience.

Kind regards,

James DeSana
State Representative
29th District

Carleton, Michigan
734-626-1166 (M)


Get [Outlook for iOS](#)

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, [click here](#)