# Exhibit 9

| | |
|---|---|
| **From:** | owner-dominion@lists.susmangodfrey.com on behalf of Jonathan Ross |
| **To:** | AttorneyLambert |
| **Cc:** | AttorneyLambert; Dominion ListserveSusmanGodfrey; OANService; Chris Kachouroff; Marc S. Casarino; Davida Brook |
| **Subject:** | Re: Request for a copy of John Poulos Deposition Transcript |
| **Date:** | Friday, July 12, 2024 3:03:09 PM |

EXTERNAL Email

All discovery material is to be used solely for this litigation. You are not allowed to disseminate it, either under the protective order or the other orders of this Court. Regardless, for now we designate the entire transcript as confidential. Please confirm you will not disseminate it.

Jonathan J. Ross
Partner & General Counsel
Susman Godfrey LLP
1000 Louisiana Suite 5100
Houston, Texas 77002
713-653-7813

> On Jul 12, 2024, at 2:57 PM, AttorneyLambert <AttorneyLambert@protonmail.com> wrote:
>
>
> EXTERNAL Email
>
> Please advise by close of business if Dominion intends to review the transcript and de-designate it as confidential pursuant to the protective order.
>
>
> Sent from Proton Mail for iOS
>
>
> On Fri, Jul 12, 2024 at 3:50 PM, Jonathan Ross <JROSS@SusmanGodfrey.com> wrote:
>
>> There is no confusion. Please confirm you will abide by the Protective Order which prohibits sharing any discovery in this case with outside parties.
>>
>> Jonathan J. Ross
>> Partner & General Counsel
>> Susman Godfrey LLP
>> 1000 Louisiana Suite 5100
>> Houston, Texas 77002
>> 713-653-7813

On Jul 12, 2024, at 2:46 PM, AttorneyLambert <AttorneyLambert@protonmail.com> wrote:

==EXTERNAL Email==

I believe there is some confusion. This is not a person requesting the transcript in his individual capacity. This is a request by the government. The Michigan legislature.

Please review the deposition transcript and advise which portions Dominion objects to providing to the Michigan legislature.

I will follow the protective order.

Stefanie

Sent from [Proton Mail](#) for iOS

On Fri, Jul 12, 2024 at 3:41 PM, Jonathan Ross <[JROSS@SusmanGodfrey.com](mailto:JROSS@SusmanGodfrey.com)> wrote:

> Please confirm you will not share. Thanks.
>
> Jonathan J. Ross
> Partner & General Counsel
> Susman Godfrey LLP
> 1000 Louisiana Suite 5100
> Houston, Texas 77002
> 713-653-7813
>
>> On Jul 12, 2024, at 2:15 PM, Jonathan Ross <JROSS@susmangodfrey.com> wrote:
>>
>> We object to your sharing any discovery material in this litigation with anyone, as both the protective order and the Court's other orders prohibit.

That includes Mr, Poulos's deposition transcript and video and any other transcripts/videos.

Jonathan J. Ross
Partner & General Counsel
Susman Godfrey LLP
1000 Louisiana Suite 5100
Houston, Texas 77002
713-653-7813

> On Jul 12, 2024, at 2:06 PM, AttorneyLambert <00000164acadf1fb-dmarc-request@lists.susmangodfrey.com> wrote:
>
> EXTERNAL Email
>
> Dear Ms. Brooks,
>
> I've received a request for the transcript of Mr. Poulos testimony at deposition.
>
> Please advise if Dominion objects to my firm complying with the request to provide the transcript to the Michigan State Representative.
>
> Thank you,
>
> Stefanie
>
> Sent from Proton Mail for iOS

----------

Forwarded message
----------

From: James DeSana <JDeSana@house.mi.gov>
Date: On Fri, Jul 12, 2024 at 2:54 PM
Subject: Fw: Request for a copy of John Poulos Deposition Transcript
To: attorneylambert@protonmail.com <attorneylambert@protonmail.com>
Cc:

July 11th, 2024

Subject: Request for a copy of John Poulos Deposition Transcript

Dear Attorney Lambert,

It is my understanding

that you have recently deposed Dominion CEO John Poulos in connection with the Dominion Patrick Byrne lawsuit. As you may be aware. I joined other Michigan State Representatives and a former State Senator in filing a criminal complaint against John Poulos with several law enforcement authorities in Michigan. The criminal complaint alleges that Mr. Poulos

committed 15 counts of perjury during his sworn testimony before the Michigan Senate on December 15th, 2020. We anticipate that the content of the referenced deposition would likely yield additional evidence relating to our complaint. In this light, could you please provide me and my colleagues with a copy of the transcript from your deposition of John Poulos at your

earliest convenience.

Kind regards,

James DeSana
State Representative
29th District
Carleton, Michigan
734-626-1166 (M)

Get [Outlook for iOS](#)

---

This e-mail contains communication that may constitute attorney/client privileged information and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, [click here](#)

---

This e-mail contains communication that may constitute attorney/client privileged information

and/or attorney work product. If you received this message in error, please notify the sender and delete it immediately.

To unsubscribe from the DOMINION list, click here