# Exhibit 10

# AG Nessel Rejects Call from Conspiracist Legislators for Renewed 2020 Election Investigation

michigan.gov/ag/news/press-releases/2024/04/25/ag-nessel-rejects-call-from-conspiracist-legislators-for-renewed-2020-election-investigation



**LANSING** – Today, Michigan Attorney General Dana Nessel declined a request from Michigan State Representatives Neil Friske (PDF), James DeSana (PDF), and Steve Carra (PDF) to open a criminal investigation into Dominion Voting Systems CEO John Poulos' testimony before the Senate Oversight Committee in December 2020.

In her response, the Attorney General cited a comprehensive review of relevant materials by her department, including Poulos' recorded testimony, the Senate Oversight Committee's report on the November 2020 Election, individual letters from the state Representatives, former State Senator Patrick Colbeck's letter to the Michigan State Police, and alleged evidence against Poulos.

"Based on a thorough review of all relevant material, it is clear a criminal investigation is not warranted, and I respectfully decline your request," said Nessel in the letter.

Nessel also addressed the evidence provided by the three representatives, noting that the documents appeared to be a "carefully curated snippet" of over 2,000 documents publicly shared by criminal defendant Stefanie Lambert in violation of a protective order.

The Attorney General also referenced conclusions drawn by the Senate Oversight Committee in its own report (PDF) that dismissed claims of election fraud in Antrim County as "indefensible" and highlighted an appalling "willful ignorance" of public figures who continue to perpetrate such speculation.

Nessel reminded the representatives of the Senate Oversight Committee's findings related to actions similar to sending these letters to the Department of Attorney General: that such actions were found by the Committee "to be misleading and irresponsible, diminishing the overall credibility of those asserting this conclusion."

###


MI Newswire Attorney General Press Release Election