IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,  *Plaintiffs*,  v.  PATRICK BYRNE,  *Defendant*. | No. 1:21-cv-02131-CJN-MAU  Hon.  Magistrate Judge Moxila A. Upadhyaya |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Supplement Dominion's Currently Pending Motion to Disqualify and Motion to Enforce Protective and Status Quo Orders (the "Motion"), Defendant's response, Plaintiff's reply, and oral argument, if any, and deliberation given thereto, the Motion is hereby **GRANTED**.

(1) The Court **GRANTS** Dominion's Emergency Motion for Protective Relief and to Disqualify Counsel (Dkt. 75), and **ENTERS** Dominion's Proposed Order (Dkt. 75-24), attached hereto as **Attachment 1**.

(2) The Court **GRANTS** Dominion's Motion to Enforce the Protective and Status Quo Orders (Dkt. 108), and **ENTERS** Dominion's Proposed Order (Dkt. 108-24), attached hereto as **Attachment 2**.

(3) Further, Stefanie Lambert and Patrick Byrne are hereby **ORDERED** to provide in sworn affidavits to the Court within **seven (7)** days of this order:

- The identity of every person who has or is presently assisting, working with, or helping Ms. Lambert or Mr. Byrne in defense of Mr. Byrne in *US Dominion Inc. et al. v. Patrick Byrne*;

- The identity of every person Ms. Lambert or Mr. Byrne knows accessed Dominion Discovery Material and the date, manner, and means by which they accessed the documents (excluding the Court and counsel for other Defendants and Plaintiffs in the cases specified in Paragraph 1 of the Status Quo Order), and an accounting of which documents they accessed;

- The date when John Case began assisting, working with, or helping Ms. Lambert or Mr. Byrne in *US Dominion Inc. et al. v. Patrick Byrne*, and the date on which Mr. Case stopped assisting, if any;

- The date of any fee agreement between Mr. Byrne and Mr. Case and the scope of representation or, if no such agreement exists, the date on which Mr. Case and Mr. Byrne understand that a lawyer/client relationship formed, if so;

- A complete and accurate list of all Dominion-produced documents and information Mr. Case reviewed and the method and date of access; and

- An accounting attesting (i) to whom Mr. Case disclosed documents or information protected by the Protective Order (including in court filings in any cases outside of this case); (ii) to whom and when he disclosed such information; (iii) every occasion on which he did so; and (iv) for each such instance, what specifically was disclosed.

(4) The Court further hereby **ORDERS** that John Case must abide by the Protective Order and Status Quo to the same extent as Ms. Lambert.

**IT IS SO ORDERED**.

SIGNED this _____ day of _____, 2024

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

# Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BYRNE, <br><br> Defendant. | Civil Action No. 1:21-cv-02131 (CJN) (MAU) <br><br> Judge Carl J. Nichols <br><br> Magistrate Judge Moxila A. Upadhyaya <br><br> **JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR PROTECTIVE RELIEF AND TO DISQUALIFY COUNSEL

Upon consideration of Plaintiffs' Emergency Motion for Protective Relief and to Disqualify Counsel and deliberation given thereto, the Motion is hereby GRANTED.

Stefanie Lambert and Patrick Byrne are hereby prohibited from accessing any Dominion discovery materials and shall return or destroy any such materials in their possession. Lambert and Byrne are further ORDERED to each provide a full accounting, in the form of sworn affidavits to be provided no later than 5 pm on March 19, 2024, providing:

- The date of any fee agreement between Lambert and Byrne and the scope of representation or, if no such agreement exists, the date on which Lambert and Byrne understand that a lawyer/client relationship;

- A complete and accurate list of all Dominion-produced documents and information Byrne reviewed and the method and date of access;

- An accounting from Byrne's outside vendor showing what documents Byrne and or Lambert accessed, on what date, and whether they were downloaded; as well as

- any other data the vendor indicates may be helpful to Dominion's or this Court's efforts to understand the breach;

- A complete and accurate list of all Dominion-produced documents and information Lambert received and the method and date of access;

- An account of every step Lambert, Byrne's prior counsel from the McGlinchey firm, has already undertaken or that is underway to determine the scope of the breach and to ensure it is not continuing; and

- An accounting attesting (i) to whom Lambert and/or Byrne leaked, released, or otherwise disclosed documents or information protected by the Protective Order (including in court filings in any cases outside of this case); (ii) how and when they provided it; (iii) every occasion on which they did so; and (iv) for each such instance, what specifically was leaked, released, or otherwise disclosed.

For the reasons set forth in Dominion's motion, it is further ORDERED that Stefanie Lambert is disqualified as counsel in this case.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024


_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE


_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE

# Attachment 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>    Defendant. | Civil Action No. 1:21-cv-02131-CJN-MAU<br><br>Magistrate Judge Moxila A. Upadhyaya<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE PROTECTIVE AND STATUS QUO ORDERS

Upon consideration of Plaintiffs' Motion to Enforce the Protective and Status Quo Orders and deliberation given thereto, the Motion is hereby GRANTED.

Stefanie Lambert is hereby ordered to object to the subpoena issued to her in *People v. Tina Peters*, Case No. 2022-CR-371 (Colo. Dist. Ct), and to refrain from disseminating or producing any documents subject thereto. Ms. Lambert is further ordered to confirm in writing to Plaintiffs on or before 12:00 PM ET on July 8, 2024, that she has objected to the subpoena and has not produced any documents subject thereto and to provide a copy of her objection. Stefanie Lambert and Patrick Byrne are further ordered to preserve all documents relating to (1) the subpoena issued to Stefanie Lambert in *People v. Tina Peter*s, and (2) the subpoena issued in the same matter on John Poulos, including but not limited to its service by Yehuda Miller.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE