| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>*Plaintiffs / Counter-Defendants,*<br><br>v<br><br>PATRICK BYRNE,<br><br>*Defendant.* | Civil Action 1:21-cv-02131 (CJN / MAU) |

## DEFENDANT, DR. PATRICK BYRNE'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO PLAINTIFF'S REPLY (DOCKET NO. 112) TO DEFENDANT'S RESPONSE (DOCKET NO. 111) TO PLAINTIFF'S MOTION TO ENFORCE THE PROTECTIVE AND STATUS QUO ORDERS

Comes now Defendant, Dr. Patrick Byrne, by and through undersigned and pursuant to the Federal Rules of Civil Procedure and Local Civil Rule (LCvR) 7, hereby files this Motion for Leave to File a Sur-Reply to Plaintiffs Reply (Docket No. 112) to Defendant's Response (Docket No. 111) to Plaintiffs Motion to Enforce the Protective and Status Quo Orders.

Undersigned would like to file a sur-reply, and her appearance is required at multiple depositions this week on behalf of Dr. Byrne related to this case. Additionally, undersigned has permission to file a Motion to Lift Protective Order, to be filed by July 26, 2024 before this Honorable Court.

1

WHEREFORE, Dr. Byrne respectfully requests this Honorable Court to grant leave to file a Sur-Reply to Plaintiff's Motion to Enforce the Protective and Status Quo Orders.

          Respectfully submitted,

          /s/ Stefanie Lambert
          _____
          Stefanie Lambert Junttila
          Law Offices of Stefanie L. Lambert,
          PLLC 400 Renaissance Drive, FLOOR 26
          Detroit, MI 48243
          attorneylambert@protonmail.com

Date: July 24, 2024

<u>COMPLIANCE WITH LOCAL RULE 7(m)</u>

Counsel for Defendant has discussed the anticipated motion with opposing counsel in a good-faith effort to determine whether there is an opposition to the relief sought, and whether there are any narrow areas of disagreement.  Counsel for Plaintiff opposes the motion.

Respectfully submitted,

/s/ Stefanie Lambert
_____
Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

<u>CERTIFICATE OF SERVICE</u>

I, Stefanie Lambert, hereby certify that on July 24, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN / MAU).

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com