# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,  *Plaintiffs / Counter-Defendants*,  v  PATRICK BYRNE,  *Defendant*. | Civil Action 1:21-cv-02131 (CJN / MAU) |

### DEFENDANT, PATRICK BYRNE'S MOTION FOR AN EXTENSION OF TIME TO FILE SUR-REPLY TO DOMINION'S RESPONSE

Comes now Defendant, Patrick Byrne, by and through undersigned and pursuant to the Federal Rules of Civil Procedure and Local Civil Rule (LCvR) 7, hereby files this Motion for a short extension to Monday, July 29, 2024, to file a Sur-Reply to Plaintiff's Response to Defendant's Motion, stating in support as follows.

Undersigned would like to file a sur-reply, and her appearance is required at multiple depositions this week.

Additionally, undersigned has permission to file a Motion to Lift Protective Order, to be filed by July 26, 2024, before this Honorable Court.

1

WHEREFORE, Dr. Byrne respectfully requests this Honorable Court to grant a short extension to file a Sur-Reply to Plaintiff's Response to Defendant's Reply to Plaintiff's Motion to Enforce the Protective and Status Quo Orders.

Respectfully submitted,

/s/ Stefanie Lambert
_____

Stefanie Lambert Junttila
Law Offices of Stefanie L.
Lambert, PLLC 400 Renaissance
Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Date: July 26, 2024

1

## COMPLIANCE WITH LOCAL RULE 7(m)

Counsel for Defendant has discussed the within Motion with opposing counsel in a good-faith effort to determine whether there is an opposition to the relief sought, and whether there are any narrow areas of disagreement. Counsel for Plaintiff does not consent to the relief sought in the motion for leave to file a Sur-Reply.

                Respectfully submitted,

                /s/ Stefanie Lambert
                _____
                Stefanie Lambert Junttila
                Law Offices of Stefanie L.
                Lambert, PLLC 400 Renaissance
                Drive, FLOOR 26
                Detroit, MI 48243
                attorneylambert@protonmail.com

Date: July 26, 2024

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on July 26, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN / MAU).

        Respectfully submitted,

        /s/ Stefanie Lambert
        _____
        Stefanie Lambert Junttila
        Law Offices of Stefanie L.
        Lambert, PLLC 400 Renaissance
        Drive, FLOOR 26
        Detroit, MI 48243
        attomeylambert@protonmail.com

Date: July 26, 2024