# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) ) | No. 1:21-cv-02131-CJN-MAU |
| *Plaintiffs*, | ) ) | Judge Carl J. Nichols |
| v. | ) ) | Hon. Magistrate Moxila A. Upadhyaya |
| PATRICK BYRNE, | ) ) | |
| *Defendant*. | ) | |

**SECOND SUPPLEMENTAL BRIEF IN SUPPORT OF
DOMINION'S CURRENTLY PENDING MOTION TO DISQUALIFY AND
MOTION TO ENFORCE PROTECTIVE AND STATUS QUO ORDERS**

So I suggest to anybody in law enforcement or prosecution or federals, you have too many defectors already who are getting -- who are trying to get office. They know they've lost. So you don't want to be the last ones on this sinking ship. If you have any brains at all, which I'm not sure they do, they should be throwing in the towel and just surrendering and dropping this case against Tina *because those who don't are going to ending up facing a piano wire and blowtorch before this is over. So I know that's probably another felony, but threatening them like that, but here we are.*" Ex. 1 at 50:19–51:11.

And, again, if you keep it up, *you're going to be looking at some piano wire and a blowtorch before this is over, if I have anything to say about it.*" Ex. 1 at 51:10–14.

Okay. Not -- I mean -- or because we have it all and you're committing treason. This isn't just playing around with county elections and some argument about county elections. You're taking -- what you're doing by prosecuting Tina is a component and a treasonous plot. You're committing treason and it's going to end badly for you. *So if you have any brains, which at this point, I used to think these people at least had brains, they don't, but if they have any brains, they should be dropping this case right fucking now, and that includes the judge. That includes this judge. And, yes, Judge, whoever this whack job judge is, you're making a big mistake. And when this is all over, you're going to be answering to the people.*" Ex. 1 at 53:3–24.

These are the words of Defendant Patrick Byrne, speaking at an online event hosted by his

organization The American Project, this past Thursday evening, July 25.  Mr. Byrne's words speak

for themselves and should be read by this Court in full.  *See* Ex. 1.  But as previewed above, Mr. Byrne calls for the strangulation and/or burning alive of anyone—including the prosecutors and/or other "law enforcement" and "federals"—involved in the Colorado criminal prosecution of Tina Peters.  And Mr. Byrne speaks these words at a time when threats against public servants are on the rise.[1]  In the same rant, he talks at length about Dominion, and the insinuation he makes is clear: anyone Mr. Byrne perceives to be opposing him and his attorney Stefanie Lambert in their global campaign to destroy Dominion should meet a violent end.

These threats shock the conscience.  And they are particularly troubling in the context of this litigation.  As Mr. Byrne and Ms. Lambert know well, words far less violent than these have previously inspired an armed gunman to gain access to Dominion's offices.

Not content with his calls for carnage, in the same rant, Mr. Byrne doxes an individual Dominion employee who had been deposed by Stefanie Lambert that same day, the latest escalation in his and Ms. Lambert's recent efforts to engage in witness intimidation.  He also attacks outside counsel for Dominion with blatant and offensive misogyny.

At the very first hearing on this issue 133 days ago, Dominion opened its remarks to the Court by posing the following question:

> Your Honor, it has been nearly four years. When does it stop? Dominion brought these very lawsuits to stop the spread of false information about it, false information which transformed a previously unknown voting machine company into a household name that more than half of our country associates with treason. False information that gutted Dominion's business, false information that resulted in horrific threats to Dominion employees, that prompted an armed man to attempt to gain access to Dominion's Denver offices to do God knows what. These wrongs are what these lawsuits were designed to address, to stop the lies, to end the threats of

---

[1] His words too are disturbingly reminiscent of those who have carried out such violent acts. *See* Nicole Hong, Mihir Zaveri & William K. Rashbaum, *Inside the Violent and Misogynistic World of Roy Den Hollander*, N. Y. Times (July 26, 2020), available at, https://www.nytimes.com/2020/07/26/nyregion/roy-den-hollander-judge.html.

> violence. And yet Patrick Byrne and his attorney, Ms. Lambert, are now using these very lawsuits to perpetuate more wrongs against Dominion.

Dkt. 78, Hearing Tr. at 8:11–9:2 (Mar. 18, 2024).  The passage of time has made clear that unless and until this Court takes decisive action, the answer is it will not stop.  To the contrary, it will get increasingly worse, in particular as we get closer to the 2024 election.

This Court has given Mr. Byrne and Ms. Lambert multiple opportunities to right their ship, and their response is to continue using their access to discovery in this litigation as a justification for amplifying their campaign of lies and intimidation, a campaign that has now degraded into Mafia-style threats featuring piano wires and blow torches.  What's more, this Court cannot take Mr. Byrne's word at the May 16, 2024, hearing that he will follow this Court's orders (Dkt. 78, Hearing Tr. at 61:20–25 (May 16, 2024)), because in the same July 25th speech quoted above, Mr. Byrne brags about having recently: (i) conducted an act of war (Ex. 1 at 37:9–12: "It's funny. I don't think I've conducted an act of war since the mid 90s or something, ***but this was an act of war***."); and (ii) committed multiple felonies in the past several months (Ex. 1 at 37:22–25: "[W]ell, that was at that time -- that was like last February and March. ***I conducted four or five major international felonies by that point***.").

In sum, these two individuals lack any respect for the rule of law, and their response to this Court's and Dominion's efforts to allow them to participate in discovery on a good faith basis has only generated increasing, and increasingly dangerous, abuses.  Mr. Byrne's and Ms. Lambert's gross misconduct has interfered with Dominion's presentation of its own witnesses for deposition because those witnesses now must contend with the risk that they will be subject to a smear campaign of dangerous lies.  And the harm to Dominion's reputation has only escalated as Mr. Byrne and Ms. Lambert use their access to Dominion documents in discovery as superficially authoritative (though wholly false) support for their outrageous claims.  Ultimately, the risk is not

just damage to Dominion's business.  It is actual violence to Dominion's employees, and anyone associated with it.

For these reasons and those articulated below, Dominion files this second supplemental brief in support of its pending Emergency Motion for Protective Relief and to Disqualify Counsel (Dkt. 75) and Motion to Enforce the Protective and Status Quo Orders (Dkt. 108).

## I.

This Court is familiar with the record of Ms. Lambert's and Mr. Byrne's non-compliance with the Protective and Status Quo Orders, and Dominion incorporates that extensive record by reference.  *See* Dkt. 75, Motion to Disqualify (Mar. 15, 2024); Dkt. 82, Reply in Support of Motion to Disqualify (Mar. 22, 2024); Dkt. 102, Supplemental Declaration of Davida Brook (May 17, 2024); Dkt. 105, Response to Order of Court (May 21, 2024); Dkt. 108, Motion to Enforce (July 5, 2024); Dkt. 113, Supplemental Brief in Support of Motion to Disqualify (July 23, 2024).

Mr. Byrne and Ms. Lambert appear to continue to violate both orders, to say nothing of other rules of this Court.  In particular:

## A.  Improper Activity at Recent Deposition

In depositions of Dominion employees, Ms. Lambert is consistently disruptive.  Instead of appearing at the beginning, Ms. Lambert joins each deposition by zoom, at some random point, without prior notice, and without announcing herself.  She keeps her camera turned off even while questioning the witness.  During last Friday's deposition, Ms. Lambert went further.  Brook Decl. ¶ 3.

Defendants were deposing a Dominion employee, a United States citizen who happens to have been born and raised in a foreign country.  *Id.*  As usual, Ms. Lambert was not present when the deposition began.  *Id.*  Twenty minutes in, she appeared on the zoom, camera off, with the

screen name "Prosecutor." *Id.* Dominion's counsel refused to re-start the deposition until Ms. Lambert, who is not a prosecutor, changed her screen name. *Id.* Although Ms. Lambert initially claimed she did not know how to, not surprisingly, Ms. Lambert was able to change her screen name quickly once she realized the deposition would not move forward until she did. *Id.*

Ms. Lambert's attempt to intimidate the witness by falsely claiming she is a Prosecutor was reprehensible in and of itself, but especially given the hatred that has been spewed at the witness since the 2020 election.

**B. Hate Filled Speech Calling for Violence**

**Threatening Dominion Employees.** As previewed above, shortly after this deposition concluded, Mr. Byrne went online and named this same Dominion employee to an audience of thousands, while making inflammatory and utterly false claims about his background. Mr. Byrne announced:

> By the way, there's a key figure named [REDACTED]. He's a key figure at Dominion. [REDACTED] is a Cuban intelligence officer, but he's actually an employee of Dominion, but he's also a Cuban intelligence officer. And they -- so they've put – it was very clever what they've done. Kind Americans, I'm sorry, folks, I don't mean to be disrespectful, but Americans are so -- I don't want to say sick, but you're so -- they're so simple and you don't understand the -- they don't understand the world. They didn't come at us with tanks and bombs.

Ex. 1 at 101:14–102:5.

There can be no question Mr. Byrne did not independently come up with the idea to dox this individual—who, it should go without saying, is not now, nor has ever been, a Cuban intelligence officer. Rather, Mr. Byrne and Ms. Lambert were sharing information about ongoing depositions.

Put differently, unsatisfied with intimidating Dominion's witnesses by serving them with patently unenforceable subpoenas on their way into depositions (*see* Dkt. 108), Mr. Byrne and Ms.

Lambert have now escalated their campaign to disseminate dangerous and false allegations of treasonous misconduct on the part of Dominion employees who sit for depositions—sending the message to all Dominion employees, to say nothing of third parties, that their participation in this suit could lead to them becoming a household name among individuals intent on causing them harm.

**Threatening Dominion Attorneys.**   Mr. Byrne clearly intended to the send the same message to Dominion's counsel, including in his speech a sexist rant about how one had argued at the previous hearing:

> In fact, I'm going to say something because they raised something in court in D.C. Dominion has some female attorney who got all choked up in court. I want to tell that woman, try to be less emotional. Just try to be less emotional lady. But they -- she got all choked up in court trying to defend Dominion. Ma'am, you should try to be a little less emotional in court. This is what's really going on. The Dominion has – Dominion, you should talk to Goldman Sachs. Goldman Sachs thought they were going to make me back down. I went $35 million. I spent 34 million fighting them. By the way, I now have unlimited funds. I'm over here in Baku, Azerbaijan. There are a lot of people who don't want to see the United States fall. I'll put it that way. I've got more money than God behind me. You want to fight it out, Dominion? I'll fight this out. I've got people behind me with more money than God. And they don't want to see the US fall, so, you know, you make your own call.

Ex. 1 at 135:13–136:11.   Far from being "emotional," Dominion is appropriately concerned for the risks Mr. Byrne and Ms. Lambert pose to Dominion's employees and the rule of law.

**Threatening Everyone Else.**   But of course, Mr. Byrne does not leave it there, either. Rather, as quoted in full above he calls for actual violence against anyone he perceives to be against him and Ms. Lambert in their global campaign to destroy Dominion.   He threatens to strangle and burn alive "anybody in law enforcement or prosecution or Federals" for nothing more than their involvement in prosecuting Tina Peters—a Mesa County, CO Clerk who faces several criminal charges for granting unauthorized access to a purported expert to copy files of Dominion's voting equipment in 2021.   He warns all involved: "throw[] in the towel and just surrender[] and drop[]

this case against Tina *because those who don't are going to end[] up facing a piano wire and blowtorch before this is over.*"  Ex. 1 at 50:3–8.

As stated above, these threats shock the conscience.  In the context of this litigation, they are not only appalling but genuinely dangerous.

## C.  Miscellaneous Other Violations

These next facts may seem less severe on their face, but they are critical in they demonstrate Mr. Byrne's and Ms. Lambert's unchanging willingness to violate this Court's orders at their whim.

The evening following Mr. Byrne's deeply disturbing rant, Ms. Lambert certified to the Court, in moving for an extension to file a sur-reply, that she "has discussed the within Motion with opposing counsel in a good-faith effort to determine whether there is an opposition to the relief sought," and that "Counsel for Plaintiff does not consent to the relief sought in the motion for leave to file a Sur-Reply."  Dkt. 115 at 2.  This was false: Ms. Lambert did not discuss her motion with any counsel for Dominion.  When that same evening Dominion pointed out to Ms. Lambert that her certification was false, she said she "was traveling with bad internet and my email to your office did not go through."  Ex. 2.  Of course, this response does not explain why Ms. Lambert would tell the court she had "discussed" the Motion with Dominion and that Dominion had responded in a particular way, but in any event, Dominion asked her to provide a screenshot to confirm it was true that she attempted to send any email.  Unsurprisingly, Ms. Lambert did not respond, let alone provide the requested screen shot.  *Id.*

That same evening too, Ms. Lambert and Mr. Byrne moved to lift the Protective Order.  Dkt. 116.  Dominion will not discuss the contents of that motion, as it was filed under seal.  But

Dominion will explain in response to that motion that Ms. Lambert appears to have yet again violated the Protective and Status Quo Orders through that filing.

Though again these facts are not as severe as Mr. Byrne's threats against public servants, they demonstrate that Mr. Byrne and Ms. Lambert will continue to flout this Court's rules and orders unless the Court takes immediate action.

## II.

This behavior violates the Protective and Status Quo Orders in various ways detailed below, but that is the least of Dominion's concern at this point.  Dominion should not need to write a brief to point out the fact that witness intimidation has no place in any litigation.  But here we are.  *E.g.*, *United States v. Blackshire*, 98 F.4th 1146, 1152 (9th Cir. 2024) (procuring a witness's unavailability "strikes at the heart of the system of justice itself").  Nor should calls for outright violence.  But again, here we are.  *E.g.*, *Counterman v. Colorado*, 600 U.S. 66, 72, 143 S. Ct. 2106, 2113 (2023) ("True threats of violence, everyone agrees, lie outside the bounds of the First Amendment's protection.").  These acts also violate numerous rules of court.  *See, e.g.*, D.C. R. Pro. Conduct 3.3(a) ("A lawyer shall not knowingly … (1) "[m]ake a false representation of fact to a tribunal … (2) [c]ounsel or assist a client to engage in conduct the lawyer knows is criminal … (4) [o]ffer evidence that the lawyer knows to be false …"); D.C. R. Pro. Conduct 3.4 (d) ("A lawyer shall not … [k]nowingly disobey an obligation under the rules of a tribunal"); D.C. R. Pro. Conduct 3.5(d) ("A lawyer shall not … [e]ngage in conduct intended to disrupt any proceeding of a tribunal, including a deposition.").

Separately, these acts also violate the Protective and Status Quo Orders including because:

1.   **Status Quo and Protective Orders, Paragraph 1**: Contrary to Paragraph 1 of the Status Quo Order, Mr. Byrne's Thursday evening rant specifically "discuss[es]" Dominion

Discovery Material (Dkt. 77 ¶¶ 1–2, 4–6) by publicly naming a Dominion employee who had been deposed that very day.  Ex. 1 at 101:14–102:6.  And after recycling the same tired conspiracy theory that Dominion rigged the election and is a front for the Venezuelan government, Mr. Byrne tells his audience of thousands that "our discovery against Dominion, which is the stuff that we got out of this very legalistic kabuki dance process, simply confirms all the stuff that we actually got illegally.  And I'm not ashamed to say that."  Ex. 1 at 44: 8–14.  Even if it were true as Mr. Byrne fantastically claims that he hacked the Venezuelan government, he still is clearly consulting and trading on Dominion Discovery Materials by purporting to claim and misrepresenting what such material confirms.

2. **Protective Order, Paragraph 27**: Further, contrary to Paragraph 27 of the Protective Order, Ms. Lambert has not taken "reasonable efforts to prevent disclosure" by "each unauthorized person who receives the information."  Dkt. 79, Protective Order at ¶ 27.  As noted above, Mr. Byrne publicly stated that Dominion Discovery Materials confirm what he learned through an independent hack of the Venezuelan government—that Dominion is in the business of rigging U.S. elections, an obvious falsehood.  Ms. Lambert, and certainly not Mr. Byrne, has taken no action to prevent this unauthorized and improper disclosure of Dominion Discovery Materials even though Paragraph 27 of the Protective Order required her to do so.

3. **Protective Order, Paragraph 26**: As Dominion has repeatedly reminded Ms. Lambert (Dkt. 108, 112), Paragraph 26 of the Discovery Order is clear: in response to any "subpoena or other compulsory process seeking the production or other disclosure of Confidential or Attorneys' Eyes Only Discovery Material," the receiving party "***must*** object to the production of" such material "on the grounds of the existence of this Order." Dkt. 78, Protective Order ¶ 26 (emphasis added).  Ms. Lambert has failed to object to the Tina Peters subpoena, as detailed twice

by Dominion to this Court, *see* Dkt. 108, 112, and as Dominion will further explain in response to her motion to lift the protective order, Ms. Lambert still has not done so.  This is exactly the opposite of what Paragraph 26 of the Protective Order requires.

### III.

Dominion respectfully asks that this Court immediately disqualify Ms. Lambert, grant the other protective relief Dominion has sought in its Motion to Disqualify, and enforce compliance with the Protective and Status Quo Orders.  To be clear, the other relief (beyond disqualification) Dominion has sought in its Motion to Disqualify is vitally important as Dominion needs to understand the extent of Mr. Byrne's misdeeds, which is a gating issue to containing them and requesting the appropriate sanctions as to Mr. Byrne.  For the Court's convenience, Dominion has combined the various requests for relief it has sought across its multiple filings, including this one, into one proposed order it files concurrently herewith.

### IV.

Dominion respectfully and urgently requests that this Court enter an order (1) disqualifying Ms. Lambert and granting the protective relief sought in Dominion's Motion to Disqualify (Dkt. 75-24), (2) enforcing the Court's Status Quo Order and Protective Order (Dkt. 108-24), and (3) granting supplemental relief to account for the new factual developments in this filing.

Dated: July 29, 2024

Respectfully submitted,

By:  */s/ Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666

lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of July 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) ) | No. 1:21-cv-02131-CJN-MAU |
| *Plaintiffs*, | ) ) | Judge Carl J. Nichols |
| v. | ) ) | Hon. Magistrate Moxila A. Upadhyaya |
| PATRICK BYRNE, | ) ) ) | |
| *Defendant*. | ) | |

**SECOND SUPPLEMENTAL DECLARATION OF DAVIDA BROOK IN SUPPORT
OF DOMINION'S CURRENTLY PENDING MOTION FOR PROTECTIVE
RELIEF AND TO DISQUALIFY COUNSEL AND MOTION TO ENFORCE
PROTECTIVE AND STATUS QUO ORDERS**

I, Davida Brook, hereby declare and state as follows:

1.      I am an attorney at Susman Godfrey L.L.P., and counsel for plaintiffs, Dominion, in the above-captioned action. I am a member in good standing with the bar of the State of California and am admitted to practice in this Court. I am over the age of eighteen, attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of a certified transcription of The American Project's webinar, *Cyber Crisis: Saving Tina Peters*, which was streamed live on the social media website "X" on July 25, 2024, and accessed and saved on July 27, 2024.

3.      On July 25, 2024, Stefanie Lambert, counsel for Defendant Patrick Byrne, appeared at the deposition of a Dominion employee.   Ms. Lambert appeared on zoom twenty minutes into this employee's deposition.  (Ms. Lambert was not present at the beginning of the deposition, as

1

has become common for most depositions.)  Her camera was turned off, and her screen name was

"Prosecutor."  The attorney from Susman Godfrey LLP defending the deposition, counsel for

Dominion, asked Ms. Lambert to change her screenname from prosecutor because, simply put,

Ms. Lambert is not a prosecutor.  Ms. Lambert responded that she did not know how to change the

screenname.  Dominion's counsel refused to re-start the deposition until Ms. Lambert changed her

screen name.  Ms. Lambert was, in fact, able to change her screen name quickly once she realized

the deposition would not move forward until she did.  That same evening, during the *Cyber Crisis*

webinar, Mr. Byrne accused this same Dominion employee of being a Cuban intelligence officer

who participated in rigging the 2020 election.

4.     Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between

Stefanie Lambert, counsel for Defendant Patrick Byrne, and an attorney from Susman Godfrey

LLP, counsel for Dominion, regarding Mr. Byrne's Motion for Extension of Time to File Sur-

Reply. Dkt. 115.

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct.

Signed this 29th day of July, 2024, at Los Angeles, California.

                                                            */s/Davida Brook*
                                                            Davida Brook

# Exhibit 1

**In the Matter Of:**

*The America Project's "Cyber Crisis: Saving Tina Peters" (July 25, 2024)*

---

*AUDIO TRANSCRIPTION*

*July 25, 2024*

---



**Page 1**

```
1    -----------------------------------------
2
3
4           *** AUDIO TRANSCRIPTION ***
5
6
7         EHAD:  The America Project's
8       "Cyber Crisis"  Saving Tina Peters"
9              (July 25, 2024)
10                  * * *
11
12   -----------------------------------------
13
14
15
16
17
18
19
20
21
22
23   Transcribed Stenographically
24   By:  Jaclyn Urzia, CSR
25   Job No. 2024-951073
```

**Page 2**

1 YEHUDA MILLER: Let's see,
2 testing, testing 1, 2, 3. Can
3 everyone hear us? If you can hear us,
4 please raise your hand. We're going
5 to be starting momentarily. We're
6 just getting on early to do a test in
7 the system.
8 UNIDENTIFIED SPEAKER: I've got
9 you loud and clear, brother.
10 UNIDENTIFIED SPEAKER: Me, too.
11 YEHUDA MILLER: Okay, great. So
12 we're just going to hang on and give
13 everybody a couple more minutes here
14 and we'll be starting shortly.
15 Okay. For everyone new coming,
16 we're just getting started. We're
17 just going to wait a couple more
18 minutes. We're just on early and
19 we'll be starting shortly.
20 AMANDA: Yep, starting a little
21 bit after 7:00, I think, is a good
22 idea.
23 YEHUDA MILLER: Do we have some
24 background music we can play while
25 we're waiting? I guess -- I think

**Page 3**

1 there's an option somewhere. Let's
2 see.
3 AMANDA: We can ask Carl to
4 sing.
5 YEHUDA MILLER: Anybody want to
6 sing any...
7 Oh, there we go. That's great.
8 Okay. So everybody joining,
9 we're just waiting a couple more
10 minutes. Thank you, everybody, for
11 coming and we're just going to hang on
12 and play some music in the background.
13 We're trying to figure out how to do
14 that. Give us a couple minutes and
15 then we'll get started shortly.
16 Okay. Welcome, everybody, who
17 just came on. We're still waiting a
18 couple more minutes and we'll be
19 starting at 7:00.
20 Okay. Welcome to our new
21 listener we just have. We're just
22 waiting a couple more minutes and
23 we're going to be starting at 7:00.
24 So just hang tight.
25 Do we know, is Tina a going to

**Page 4**

1 be joining?
2 AMANDA: Yes, Tina should be on
3 as well, but she'll come on a little
4 bit after 7:00.
5 YEHUDA MILLER: Got it. Okay.
6 AMANDA: That's why I'm thinking
7 we'll start a few minutes after 7:00.
8 Tina will not be speaking for legal
9 reasons, but she will be here to
10 support it.
11 YEHUDA MILLER: Got it. Okay.
12 All right. Thank you, again,
13 everybody who just joined. We're just
14 waiting another moment or two and
15 we're going to get started right away.
16 All right. Amanda, should we
17 get started? It's -- I have the clock
18 tick 7:00. Or should we wait a little
19 longer?
20 AMANDA: You can get started if
21 you'd like, but we're going to have a
22 few people joining, you know, within a
23 few minutes.
24 YEHUDA MILLER: Yeah, no
25 problem. So why don't we just get

5

1  it --
2      AMANDA:  Yeah.
3      PLF ATTY:  Just begin the
4  conversation and then as people join,
5  they'll chime in and whatnot.
6      AMANDA:  Absolutely.  So --
7      PLF ATTY:  All right.  Go ahead.
8      AMANDA:  I was just going to say
9  if you guys wanted to introduce
10  yourselves.
11      YEHUDA MILLER:  Sure.  So Yehuda
12  Miller here out of Bergen County, New
13  Jersey.  I'm a local member of our
14  Republican -- Bergen County Republican
15  Organization and care deeply about
16  election integrity and, you know,
17  everything going on in this country,
18  in terms of keeping our elections fair
19  and free and safe and, you know,
20  protected.
21      So, obviously, this case has
22  been of great interest to me, the case
23  of Tina Peters, which really is a
24  national case.  You know, I look at
25  Tina Peters really as a national hero.

6

1  You know, just to bring background
2  because we have a lot of people here.
3  Welcome, everybody.
4      Whoever doesn't know the
5  background, basically, Tina was the
6  clerk in Mesa, Colorado and she
7  believed that, you know, they were
8  coming in to do an upgrade to the --
9  it was called, I think, the trusted
10  builds to these Dominion machines,
11  right?  And, essentially, she wanted
12  to make sure that no records were
13  destroyed or manipulated or whatnot.
14      So I think that that's -- you
15  know, that's a great -- you know, she
16  really believed she had a duty, a
17  public duty, to preserve the records
18  and make sure there was no
19  manipulation going on.  And now,
20  unfortunately, they've charged her
21  with all kinds of crimes and her trial
22  is coming up next week and we really
23  need to rally -- you know, rally the
24  country behind her because, you know,
25  what she's provided to the country is

7

1  really just an unbelievable service.
2      And now we have like a window
3  into what this block box of Dominion
4  is.  And, you know, I put out a video
5  the other day with trying to get Elon
6  Musk's attention on this.  We'd love
7  for Elon and his engineers to comment,
8  you know, on this.
9      Elon wrote back.  He said
10  something about, I'm not sure how to
11  help well.  And my response to that
12  was, if a man can send rockets to the
13  moon and if he would comment on, you
14  know, on this case, on what he thinks
15  about the code and this machine, I
16  think that that would be very powerful
17  for the world and for a defense
18  potentially.  So anyways, we'll see
19  how that goes.
20      Let's see.  I want to introduce
21  Rayla here for a moment.  Rayla, do
22  you want to just hop on and just
23  introduce yourself?
24      RAYLA CAMPBELL:  Yes.  Hi,
25  everyone.  Thank you for joining the

8

1  call.  I'm Rayla Campbell.  I ran for
2  secretary of state in '22 out of
3  Massachusetts.  I'm a diehard patriot.
4  I've been fighting for election
5  integrity and paper ballots and voter
6  ID for quite a while, and just make
7  sure we're protecting our
8  constitutional rights.
9      And with Tina's case, what we
10  see happening is, she actually
11  followed the laws and the rules as a
12  clerk and is being persecuted for
13  doing it because, again, they have
14  control of so many clerks throughout
15  the country and using these -- the
16  Dominion machines, and also just
17  usurping the people's voices in their
18  votes by cheating.
19      And we all know it's cheating
20  because when have you ever seen them
21  stop counting ballots during an
22  election?  It's never happened before,
23  but it did happen in 2020.
24      So I ran for secretary of state
25  to ensure that in Massachusetts, where

9

1  we do still have paper ballots, but we
2  do use tabulators, that all of our
3  voices are heard and that we are
4  protecting with voter ID and
5  transparency because in Massachusetts,
6  they have decided to give illegals
7  driver's license.
8      Now, when you get a driver's
9  license in Massachusetts, you
10  automatically get registered to vote.
11  So how are we supposed to know, if
12  we're not showing our ID when we go
13  into vote at the polling station at
14  your local ward and precinct level,
15  that this is a person that is legally
16  allowed to vote in this country and is
17  legally here.
18      So it's a big fight and what
19  Tina's doing in this case is really
20  important for all of us throughout the
21  country because we need to have paper
22  ballots.  We need to be voting in
23  person at the local ward and precinct
24  level where the ballots are
25  hand-counted.

11

1      And I also have Marc Thielman
2  with me who ran for Governor of Oregon
3  in '22 and he has an amazing story,
4  and also he has an election integrity
5  lawsuit that we are fighting and we're
6  going to be filing more here in the
7  state.  And it's really going to heat
8  up because now we're seeing that all
9  of the Republicans and even Democrats
10  are talking about not having
11  confidence in the process.
12      MARC THIELMAN:  Thank you,
13  Rayla.  For those who don't know me --
14  that was weird -- I ran for governor
15  here in Oregon.  I picked up election
16  integrity in 2022 and we had a case
17  that went -- appealed all the way to
18  the Supreme Court.
19      And it has changed the narrative
20  across the country where election
21  integrity is now about confidence,
22  it's about transparency, it's about
23  people feeling good about the entire
24  voting process, not just the casting
25  of the ballot or a mail-in ballot.  So

10

1      It's not a hard process to do,
2  hand count them.  And, actually, we
3  should have that done under
4  surveillance, so that people at home
5  can actually see what is going on and
6  know that this process is fair and
7  transparent, so we don't have cheating
8  in our elections as we've seen it
9  happen over the past four years in the
10  two cycles of elections that we had,
11  just like in 2022.  The numbers did
12  not match up with a lot of ballots and
13  a lot of candidates that were running,
14  especially myself.
15      So I'm in this battle with Tina
16  and she is part of our coalition and
17  it's pretty awesome to have her on
18  there.  And it's very exciting to be
19  on this Twitter space and be talking
20  about what we need to do here in this
21  country, in every single state, and
22  pushing for transparency, honesty,
23  voter ID, voting in person, voting by
24  paper at the local ward and precinct
25  level.

12

1  like I said, little things lead to
2  good outcomes.
3      I do want to highlight that Tina
4  Peters was the first, she was one of
5  the first out of the gate.  She did a
6  forensic image of the Dominion
7  machines before they came in to do the
8  updates, and that led to some very
9  interesting windows.  So you could
10  compare the data before versus the
11  data after.
12      This is why they're after her.
13  She was -- they didn't want her doing
14  that.  She did it anyway.  She had the
15  authority and she had the right to do
16  that, and we're grateful that she did.
17  Now, of course, like anybody who's the
18  first through the breach, they get
19  trounced and attacked.
20      She's up for trial here in a
21  week and we really do need to rally
22  behind her.  It's an amazing, amazing
23  story and what she's been through.
24  It's on me -- the level of law fair,
25  not quite to the Donald Trump level,

Audio Transcription   - July 25, 2024

13

1  but about as close as you can get
2  because she's not Donald Trump.
3      YEHUDA MILLER:  Excellent.
4      RAYLA CAMPBELL:  Thank you.
5      YEHUDA MILLER:  Fantastic.  That
6  was fantastic.  Thank you.
7      Okay.  I see here we have
8  some -- if anybody, if any of our
9  guests want to speak or anything, if
10  you just raise your hand or do a
11  request for a speaker.  I know -- I
12  see we have Jeff O'Donnell here, who I
13  believe was involved in one of the
14  reports on the Mesa County image.  So
15  I wonder if we could -- if you would
16  be interested in giving -- sharing
17  with us a few words.
18      Hold on one second.  Let's see
19  if we could figure out how to unmute
20  him.  Let's see.  I'm going to do
21  invite to speak.  Okay.  Jeff, look
22  out for that, please.
23      Okay.  So definitely -- oh,
24  let's see while we're waiting for
25  that.  I just want to read to

14

1  everybody, you know, some of the
2  things from the Court.  You know, this
3  is really, I think, a travesty for
4  justice in so many -- in so many, so
5  many ways.  But, you know, I just want
6  to read everybody, this is just public
7  records by the way.
8      Oh, we have Jeff O'Donnell.
9  He's the speaker now.  So why don't
10  you go ahead and share with us a
11  little bit.
12      JEFF O'DONNELL:  Can everybody
13  hear me?
14      RAYLA CAMPBELL:  Yes, we can.
15      JEFF O'DONNELL:  Okay, great.
16  It's always good to check.
17      Well, hello, everybody.  I am
18  Jeff O'Donnell, and I and Dr. Walter
19  Daugherty produced what's now called
20  the Mesa Report Number Three, which
21  was basically my deep dive into the
22  database from Dominion that was on the
23  Mesa County machine.
24      And it pointed out -- a
25  particular thing that happened, that

15

1  should never have happened and that
2  caused the reprocessing of a whole
3  bunch of ballots and votes, frankly,
4  that was released in, I believe March
5  of 2022, was immediately debunked
6  without any kind of actual evidence
7  against it by the DA out there and it
8  has really stood there ever since.
9      There is no good explanation for
10  why that happened.  And the
11  interesting thing is that just fairly
12  recently, a few months ago, I was able
13  to look at another county's database
14  that had something remarkably similar
15  happen.
16      So -- and also, as far as
17  remarkably similar, this thing not
18  only happened in the 2020 election,
19  but they say it happened in the 2021
20  municipal election in Mesa, which is
21  actually the one, I think, that got
22  Tina's attention because the results
23  just weren't what anybody expected to
24  happen.
25      So that was my part of the plan,

16

1  that I echo everything that has been
2  said.  Tina is a victim here of people
3  who do not want the truth to come out
4  and some of these people obviously
5  know that it's the truth.  A lot of
6  others just don't want it to be and so
7  they don't look deep enough.
8      But there are people who know
9  it's the truth and they're fighting
10  very hard to punish Tina.  And then I
11  would assume, eventually others, if
12  they're successfully in this, offer
13  their role in finding out things that
14  we weren't supposed to find out.  So
15  I'll step back down and I will thank
16  you very much for giving me the
17  opportunity to speak.
18      YEHUDA MILLER:  Okay.
19  Excellent.  Fantastic.  I think we
20  have Patrick Byrne in the house.
21  Patrick, would like to -- would you be
22  able to honor us with a few words?
23      PATRICK BYRNE:  Guilty as
24  charged.  Can you hear me?
25      YEHUDA MILLER:  Yes.  Go ahead.

17

1    PATRICK BYRNE:  Hey, Yehuda.
2  Shalom.  I'm sorry.  I've be trying to
3  sign on for about five minutes.  I'm
4  in Baku, Azerbaijan and for some
5  reason, I've been having trouble.
6  I've been listening to you guys for a
7  few minutes, but I'm sorry, I haven't
8  been able to get through.
9    How are you?
10    YEHUDA MILLER:  Good.  We
11  wish -- thank you.  You know, we wish
12  it would be better circumstances that
13  we're having this Twitter space, but
14  we're really -- you know, this is like
15  a final call.  You know, we have the
16  trial next week and it'd been so many
17  people who have done so much and,
18  Patrick, you've done a tremendous
19  amount of, you know, leading the
20  charge, I guess, and trying to help
21  Tina with her defense.
22    So we want to thank you all for
23  that on behalf of Tina and on behalf
24  of the country really because this
25  case is so monumental and so much

18

1  pivots on it.
2    PATRICK BYRNE:  Yehuda, that's
3  funny.  I feel like I'm a peon next to
4  you and the work you've done.  I'm the
5  REMF.  I'm the guy -- I may be George
6  Marshall back in Washington, D.C.  You
7  guys are Eisenhower and MacArthur and
8  everybody else storming the beaches,
9  and I'm just sitting back here pulling
10  strings.
11    So, listen.  I want -- I know
12  everybody must be nervous with Tina.
13  And Tina, if you're on, I don't see
14  you here.  Is Tina on?  Is Tina on,
15  Yehuda?
16    YEHUDA MILLER:  We don't see her
17  profile.  She may be listening through
18  someone else, but we also heard that
19  she may not -- she may be on, but not
20  speaking, I guess per counsel -- per
21  legal advice.
22    PATRICK BYRNE:  Oh, yeah.
23  That's quite understandable.  Listen,
24  all I can assure you, I keep -- I've
25  been telling Tina sort of --

19

1    RAYLA CAMPBELL:  Are you with
2  us, Patrick?
3    AMANDA:  Yeah.  I think we just
4  lost him.  I don't know where he went.
5  Patrick?
6    RAYLA CAMPBELL:  Patrick, can
7  you hear us?  We lost you.  I'm not
8  sure if he knows that he dropped off
9  yet, but he has some great insight and
10  has been a true warrior on behalf of
11  Tina.  I don't think he's back.
12    Patrick are you there?  Can
13  everybody else hear us still?
14    YEHUDA MILLER:  Yeah, we could
15  still hear you.  I think it may be an
16  issue with the Twitter space also.
17  It's a little buggy.
18    RAYLA CAMPBELL:  Okay.  I'm just
19  making sure that everybody can still
20  hear us because that is crazy.  So --
21  oh, it says it keeps muting.
22    AMANDA:  It keeps muting.  So if
23  one of the co-hosts is hitting mute
24  all, it will mute everybody.
25    So while he was talking, I think

20

1  somebody accidentally hit that and it
2  just cut him off, so.
3    YEHUDA MILLER:  Yeah.  We've got
4  to be careful.  There's a little
5  button that says mute everyone.  Just
6  be careful --
7    AMANDA:  Yeah.  Please don't hit
8  that.
9    YEHUDA MILLER:  Yeah, yeah.
10    AMANDA:  Please try to get him
11  back on, so he can finish.
12    YEHUDA MILLER:  Yeah.  Let's see
13  if --
14    RAYLA CAMPBELL:  Can you ping
15  him?
16    YEHUDA MILLER:  You know what
17  we'll do?  I think we'll do a -- when
18  this gets a little buggy like this, I
19  think you need to do remove from
20  speakers and then add him back.  So
21  let's try, we'll hit remove from
22  speaker and then we'll try to add him
23  back.  Let's see.  Sometimes that
24  doesn't -- oh, request...
25    Oh, there we go.  Okay.

21

1    Patrick, can you hear us now?
2    Patrick, are you there now?  Yeah.
3    Now, okay, go ahead.  We've got -- you
4    were right at the -- you were about to
5    say something really good and then we
6    all lost you by mistake.  Someone hit
7    mute or something.
8         PATRICK BYRNE:  I didn't hit
9    mute.  It said that I got removed as
10   speaker as I was speaking.
11        YEHUDA MILLER:  Yeah.  It could
12   be somebody hit the mute everyone
13   button or something.  So everybody be
14   real careful on the calls.  Don't hit
15   that -- there's a button, they put it
16   right in the wrong -- in a really bad
17   spot right next to the microphone.
18        PATRICK BYRNE:  I'm here.  I'm
19   here.  First, we all want to thank
20   Tina.  Tina's bravery is, monumental
21   is the word, Yehuda.
22        What she did -- so I just want
23   to confirm, you can hear me, Yehuda?
24        YEHUDA MILLER:  Yep, yep.  We
25   all here you, yep.

23

1    unambiguous.  This is a crooked judge,
2    an absolutely crooked judge.  People
3    can't say it because they're afraid
4    the judge will respond in court.
5         The judge had a little surprise
6    on Thursday or Friday.  The judge in
7    court found out he was up against the
8    dream team, up against a dream team,
9    and they ran circles around him in a
10   courtroom on Thursday or Friday.  I
11   heard from a lawyer who was present
12   that he kind of freaked out and
13   realized, you know, he's a sandlot
14   player stepping into the big leagues.
15        And he's -- he found out that
16   Tina has a dream team of lawyers and
17   we have them all dead to rights.  We
18   have them all dead rights.  He found
19   out there was -- I guess there was a
20   hearing on Thursday or Friday.  I'm
21   totally getting freaked out in the
22   meeting and said, I'm not going to let
23   you tag team me in the courtroom and
24   because...
25        His interpretations of the law

22

1         PATRICK BYRNE:  Okay.  What Tina
2    did was monumental.  It has proven to
3    be the Rosetta Stone.  I mean there
4    are other pieces of how we've broken
5    this apart.  It's the Rosetta Stone.
6         I've just -- I'm in Baku,
7    Azerbaijan and I've just been
8    reviewing material that is so
9    damaging, is so damaging, Dominion, I
10   can barely keep a straight face, but I
11   can't speak in detail about it.  But
12   so let's see, what night is it?
13        So first thing -- so anyway,
14   we're right.  I assume that we don't
15   have to spend too much time explaining
16   at this point that we are correct.  We
17   are correct in all our assertions and
18   all our suspicions, all our
19   allegations.
20        Tina has been an instrumental
21   part.  The work she did and the
22   bravery she showed by just doing her
23   job, you know, the county recorder
24   protecting the records of her county,
25   one would think that would be

24

1    are ridiculous and he got called out
2    by Tina's lawyers and they started to
3    explaining how to properly interpret
4    the law.  He got really pissed off.
5    This judge is, you know, A, he's going
6    to lose.  And I say he's going to
7    lose, normally a judge is not a party
8    to a trial.  He's a neutral observer.
9         But he's really not.  This judge
10   is crooked, this judge has made every
11   decision he could, twisting his
12   interpretations in order to hurt Tina.
13   He's going to find -- he has already
14   found out that that kind of bullshit
15   back country judging ain't going to
16   work here.  And he's got some more
17   surprises in store for him this week,
18   this coming week, let me tell you.  I
19   can't say because I want it to stay a
20   surprise, but he's got some real
21   surprises coming.
22        Tina, there's zero chance you're
23   going to be convicted.  Well, I don't
24   know.  I mean judges are judges and
25   jurors are jurors, but we have

25

1   everything.  We have everything and
2   let me tell you, there's going to be
3   not just fireworks, there's going to
4   be explosive surprises when they start
5   this trial.
6       It's too funny.  God, I wish I
7   could share it with everybody.  But,
8   again, we want to keep it all as a
9   surprise.
10      Tina, as you know -- I've got
11  tell people a funny story.  There was
12  a certain cyber -- I wish I could take
13  all -- I guess I can.  I wish they
14  would come after me.  I'd take all
15  responsibility for what Tina Peters
16  did.  You know, in the interest of
17  tell the truth, I didn't really know
18  anything about it until the middle of
19  what was going on.  But once I did, I
20  blessed it all and gave them all
21  permission.
22      So Colorado, the prosecutor in
23  Colorado, I, Patrick Byrne, am taking
24  responsibility for what Tina did.  So
25  you prosecute me instead of Tina.  I

27

1   going on.
2       And he put me on FaceTime and he
3   was sitting in the Mesa County
4   computer center and he went on
5   FaceTime -- and by the way, folks, for
6   those of you who don't know these
7   things, believe it or not, Apple
8   FaceTime is a very secure way to
9   communicate.  Not the text, but he
10  used the FaceTime, he called me, and
11  he's sitting in the computer center.
12      And he says, "I've not seen
13  anything like this" and he very
14  quickly explained that the county
15  recorder of Mesa County had brought
16  him in to make an image of the -- of
17  the hard drive, as was her right under
18  the law, in order -- because she
19  thought the Soros goons from the
20  secretary and state and Dominion
21  were -- were going to come in and
22  smash down the data.  Smash down is a
23  hacker term that means, like, erase
24  all the data that shows there's been a
25  crime.

26

1   told her that I had authority from the
2   United States Senate Judiciary
3   Committee to -- corruption and have
4   extraordinary latitude under the law
5   to do it.
6       And in the middle of what Tina
7   was doing, which was simply inviting
8   a -- or asking a cyber forensic guy to
9   come in and take an image of the -- do
10  you mind if I tell this story quickly,
11  Yehuda?  I don't want to take things
12  --
13      YEHUDA MILLER:  Sure.  Go ahead,
14  go ahead.  Patrick, go for it.
15      PATRICK BYRNE:  I'm not going to
16  use the name of the cyber guy that
17  Tina used.  I'll call him Bill.  Bill,
18  I have not heard from Bill in about a
19  month back in, what was it, April or
20  May 2021.  Very cool customer.  Very
21  cool customer, this cyber forensic
22  guy.  And I got a call from him one
23  day and he said -- and he's this very
24  cool customer and he said, dude,
25  you're not going to believe what's

28

1       And Tina -- and so he was
2   sitting there in the computer center
3   with the FaceTime on, showing me by
4   angling the phone.  Behind him, there
5   were two or three technicians there
6   and he said, these people behind me
7   are from the state and they're from
8   Dominion and I'm watching them commit
9   100,000 felonies as I'm sitting here.
10  I've never seen anything like this,
11  Patrick.
12      And I've been brought in to make
13  a forensic copy, and he's
14  court-certified for a guy who can make
15  forensic copies and give affidavits,
16  and he said, I've been brought in to
17  make a copy -- or not just a copy, an
18  image of this hard drive, and I did
19  it, dude, me, Patrick, I did it.
20      And now, these people have come
21  in here allegedly to, you know, update
22  software and they're wiping out
23  everything.  They're wiping out all
24  the data that's on these machines.
25  This is 100,000 felonies and I'm

29

1  watching them right behind me commit
2  100,000 thousand felonies.
3       Every record you -- every record
4  you destroy, by federal law,
5  everything involved in elections has
6  to be preserved for 22 months.  And
7  destroying it is -- each record you
8  destroy is a felony.  And, Patrick,
9  these people behind me are
10  destroying -- you know, there's
11  100,000 people voted, this is 100,000
12  felonies they're committing.
13       And I'm saying this with far
14  more emotion than this guy did.  This
15  guy may have been reading me, you
16  know, horse race results or something
17  or batting averages.  He was so calm
18  and he was just very calmly explaining
19  to me what was going on.  He told me
20  the back story.  They've been brought
21  in to make this copy and then Dominion
22  had come in and they were just wiping
23  out the hard drive, and they were
24  installing a so-called golden image.
25       Now, just so you know, folks,

31

1  says Billy on it or something.  So I
2  watched him for a minute and they were
3  erased -- they were committing 100,000
4  felonies, these Dominion people and
5  these Soros goons from the secretary
6  of state.
7       Now, he explained sitting there
8  what was going on.  So from that point
9  forward, and so I said, you're in
10  there -- you're in there like the cat,
11  you know, you didn't break in.  He
12  said, no, the county record recorder,
13  this woman named Tina Peters, has
14  brought me here to do this.  And I
15  said, okay, so I take responsibility
16  for everything that happened after
17  that moment because I said, I told him
18  and I said to tell your county
19  reporter.
20       Well, he says, I have the
21  authority to enable you to do this and
22  I do because in 2006 the United States
23  Senate Judiciary Committee gave me an
24  instruction to -- that -- to go
25  after -- they told me that I've got --

30

1  when you erase a hard drive, you don't
2  really erase it.  It's not really
3  erased.  It's really still there in
4  various ways.  The only way to really
5  erase it, to write over every bit and
6  bite on that hard drive, is you make a
7  copy under the entire hard drive, you
8  wipe out every bit and bite of data,
9  and that's what they were doing.
10       Holy cow.  We suddenly have a
11  whole bunch of people on the line,
12  don't we?  Huh.
13       And he was cool as a cucumber
14  and these people are just -- I've
15  never seen anything like this.
16  They're committing 100,000 felonies
17  right behind me.  And he was saying
18  this in this very low key way that
19  would not alert the people who was six
20  feet behind him.
21       And he was just, he's a really
22  sort of rugged athletic fellow, but he
23  was dressed like a computer nerd with
24  a flannel shirt and a pocket
25  protector, and then the name tag that

32

1  we have the power to do anything we
2  want in the United States to fight
3  corruption, and we are empowering you,
4  Patrick, to carry this out.  There's
5  some kind of corrupt force taking over
6  the United States and you need to stop
7  it.
8       And so I told that guy right
9  there who was sitting in the
10  courtroom, okay, everything you do
11  from this moment forward is on me and
12  you can tell the county reporter it's
13  all on me.  So I'm sure there's a
14  dozen prosecutors listening.  You're
15  prosecuting the wrong person.  You
16  should be prosecuting me.  I, from
17  that moment forward, I authorized
18  everything that happened.
19       So Tina Peters and that cyber
20  guy operated from that moment forward
21  under the understanding that I had the
22  authority to instruct them to do what
23  they were doing.  So prosecutors,
24  you're prosecuting the wrong person.
25  Prosecute me.

33

1      Secondly, what they found, of
2    course, was after the goons from Soros
3    left, that fellow took another image,
4    and you probably all know the story.
5    They took the two images, they
6    compared the images, one of a fellow
7    named Jeff O'Donnell down in Mesa,
8    Colorado, compared them.  And it
9    turned out they had deleted all the
10   data, they had fixed everything.
11      It was totally illegal what they
12   did and would only have
13   been discovered -- it was only
14   discovered because Tina Peters did
15   that -- you know, told that guy to
16   come and do it.  So those prosecutors,
17   the Colorado prosecutors and the
18   federal prosecutors, it's all on me.
19   You're prosecuting the wrong person.
20   Tina Peters, from that point forward,
21   was operating under the understanding
22   that I had authorized her to do what
23   she was doing.
24      Now, these pussies being what
25   they were, they won't actually indict

34

1    her for that.  They're indicting her
2    for a bunch of Mickey Mouse things
3    about, like, well, you let somebody
4    use a fake bag, you held the door open
5    for somebody.  You know, and they've
6    constructed these charters against
7    Tina, so that none of what she did or
8    what she found is an issue.  It's all
9    these Mickey Mouse things.
10      I'll also tell you -- yeah, I
11   wish this was happening about
12   five days later.  I'd feel more
13   comfortable telling you what I'm about
14   to tell you, but I may as well tell
15   you.
16      What I've really been doing for
17   the last two years abroad is I've been
18   hacking the Government of Venezuela
19   and I have it all at this point.  I
20   have everything.  And it's funny,
21   somewhere along the way somebody told
22   me I got kicked -- I was operating out
23   of foreign countries, and I hired a
24   bunch of professional hackers and we
25   hacked the Government of the

35

1    Venezuela.  And I have everything.
2      And by the way the government
3    put up a death threat.  The Venezuelan
4    Government put up what's essentially a
5    death threat against -- well, I'm not
6    sure if they understand I was behind
7    it all until just now, but pretty sure
8    they understood.  And I hacked the
9    Government of Venezuela and I've
10   stolen everything.  And everything
11   we've been asserting from November 4th
12   is true.  I'll even mention that in
13   one of these four countries from which
14   I was operating, I got thrown out.
15      By the way, I'm in Baku,
16   Azerbaijan at this moment.  But
17   anyway, I hacked the Government of
18   Venezuela and -- or I hired a team of
19   professionals and we hacked it.  I got
20   thrown out of the one of the countries
21   and the prime minister of one of the
22   countries from which I was operating.
23      He actually sent me -- sent --
24   one day I got a phone call from the --
25   from the guy in the lobby who said,

36

1    you know, Mr. Byrne, I'm the
2    special -- I'm the personal attorney
3    of such and such, the prime minister
4    of my country, and I'm here to tell
5    you we've become aware of what you're
6    doing in our country and we are not
7    going to arrest you because we think
8    you might be right, but you can't do
9    this from our soil.
10      You have 24 hours to leave
11   our -- he actually came up to my room
12   after he introduced himself.  He came
13   up to my room and he told me you
14   are -- we've become aware of what
15   you're doing in our country.  You --
16   we're not going to arrest you, but you
17   can't do this from our soil.  You have
18   to leave within 24 hours.
19      And we need to tell you that our
20   analysis is you are committing four or
21   five major international felonies and
22   the Government of Venezuela is going
23   to take the position that you
24   personally have conducted an act of
25   war against Venezuela.

37

```
1        So anyway, so we have it all.
2   It's all true.  This is all Venezuelan
3   junk.  All of the software is
4   Venezuelan junk, just as we've been
5   telling you from a week after the
6   election.  And we have all the proof,
7   we have everything.
8        So Tina Peters was right from
9   the beginning.  It's funny.  I don't
10  think I've conducted an act of war
11  since the mid 90s or something, but
12  this was an act of war.  But we have
13  everything.  And just a few nights ago
14  the President of Venezuela made --
15  actually he replayed -- they put up on
16  Venezuelan TV a statement that
17  essentially says, they understand what
18  I've done and that I'm an enemy of the
19  regime.
20       But, anyway, so, yeah, I fully
21  admit I've conducted -- well, that was
22  at that time -- that was like last
23  February or March.  I conducted four
24  or five major international felonies
25  by that point.  I don't know how many
```

38

```
1   I've conducted since then or how many
2   acts of war, but we have it all.  This
3   is all Venezuelan junk.
4        Any federal official listening
5   to this should understand that oath
6   you swore to the constitution really
7   isn't -- wasn't just happy talk.  You
8   had -- you swore an oath to do
9   something and you're failing to do it.
10       I don't give a shit that I've
11  conducted all these felonies.  I look
12  forward -- I look forward -- but this
13  is all Venezuelan junk.  All the
14  software is Venezuelan junk.  It's
15  just masked to be -- to look like it's
16  a company in Denver.  It's not a
17  company in Denver.  It's a company in
18  Serbia.
19       I mean the whole -- the whole --
20  I'll tell you, it's like
21  essentially -- Dominion is a
22  Serbian -- the tech center's all in
23  Serbia, the machines are made in
24  China.  And none of this I'm telling
25  you, incidentally, comes from any of
```

39

```
1   the discovery that we got out of my
2   Dominion -- my lawsuit against
3   Dominion.
4        In fact, it's kind of funny.
5   For those who don't know my history,
6   15, 20 years ago, I got in this big
7   fight with Goldman Sachs and they sued
8   me, Goldman Sachs and Lehman Brothers
9   and all these people.  And I think I
10  spent $34 million fighting Goldman
11  Sachs and I won $35 million.  So it
12  was eight years or ten years of work
13  and I won $1 million out of it that he
14  gave away.
15       So I just -- but this was even
16  more fun.  And we have it all.  We've
17  hacked the Government of Venezuela.
18  We have source code, we have every --
19  so none of this is coming from any
20  Dominion lawsuit.
21       I was in a court in Washington,
22  D.C. about two to four months ago and
23  this judge was scolding me saying,
24  I've done this, she suspects I've done
25  this, I've done that.  I haven't even
```

40

```
1   looked at the Dominion discovery.  I
2   haven't even looked at any of the
3   Dominion discovery and I didn't -- I
4   don't depend on the Dominion discovery
5   at all.
6        There's entrepreneurial ways to
7   finding the truth and there's legal
8   ways of finding the truth.  And what
9   we've learned, this country has
10  learned, in the last four years is
11  that the legal ways are like a kabuki
12  dance and, you know, they can run
13  the -- they can run it out for 400
14  years if we let the legal process go
15  through its paces.
16       So I just did it the
17  entrepreneurial way and we took a
18  shortcut and hacked the Government of
19  Venezuela and we have everything.  And
20  I committed, I don't know how many
21  felonies in the process and at least
22  one act of war.
23       I always chuckle at this prime
24  minister's personal attorney trying to
25  tell me, his eyes were like saucers --
```

41

1  like tea saucers, and he was like,
2  you've conducted -- you are conducting
3  an act of war against Venezuela and
4  I'm like, oh, don't worry about it.
5      So, anyway, everything she
6  alleged was true.  Everything you've
7  all suspected is true.  This is all
8  Venezuelan junk with a mask over it,
9  and the mask has the name Dominion on
10  it.  It's all fake.  And their real
11  center of gravity is Serbia, and
12  really behind the scenes of it is
13  China.
14      So that may all sound crazy.
15  I'm happy to walk into, you know, a
16  courtroom in Colorado or anywhere and
17  lay this all on the line.  Tina Peters
18  was in the right and a key part of
19  getting to the truth is getting that
20  image that Tina Peters caused to be
21  made of the Mesa County hard drive.
22      So first thing you should know
23  is she's 100 percent in the correct --
24  in the truth, in the correct about
25  everything that's come out of this.

42

1  She's going to go into court next week
2  and the judge is contorting himself
3  into a pretzel to try to prevent, and
4  as is the prosecutor, to try to
5  prevent any of this evidence, of any
6  evidence, getting into -- you know,
7  again, he wants to make it about --
8  the prosecutor wants to make it about,
9  you know, she gave somebody a badge
10  with the wrong name on it.
11      By the way the guy whose name
12  was on the badge agreed to let the
13  cyber guy use his badge.  That's
14  another thing, but they bullied him or
15  something, so he's not telling the
16  truth.  But he agreed to let my cyber
17  friend use his badge to get in and get
18  this stuff.
19      So he's contorting himself.  The
20  prosecutor and judges -- judge is
21  trying to contort themselves into
22  pretzels to try to keep any of this
23  out.  They're in for a big fucking
24  surprise next week.  I just -- I
25  don't -- Tina, I'm sorry you've got to

43

1  be going through this, but there's --
2  you're -- you're -- you are absolute
3  in the right to do what you did.  You
4  were simply doing your job, the county
5  recorder trying to protect the records
6  of the county.
7      By the way for everyone
8  listening, not only is it in the name
9  of county recorder, but there's
10  black-letter law that says the county
11  reporter has the ability to make a
12  backup of her data, and she hired a
13  court-certified guy who made a backup
14  of the data.  So these people are
15  scrambling.
16      And that's why -- you know, and
17  the press is so in on it that what
18  they're trying to do, nothing that
19  she's charged with has to do with --
20  you know, they've carefully contrived
21  these charges.  So they're a bunch of
22  Mickey Mouse things about, you know,
23  you did, like I say, you let somebody
24  else have a badge.  Because they want
25  to keep out of the court the fact of

44

1  what she found.  And what she found is
2  absolutely that the game was rigged.
3  That in -- that these elections are
4  being rigged.
5      Boy, I wish I could tell you
6  more.  I do know more, I do know more,
7  but a little bit comes -- I don't even
8  want to say -- it comes from our
9  discovery against Dominion, but our
10  discovery against Dominion, which is
11  the stuff that we got out of this very
12  legalistic kabuki dance process,
13  simply confirms all the stuff that we
14  actually got illegally.
15      And I'm not ashamed to say that,
16  I'm happy to say that.  It was funny
17  being, a few amongst ago, up in front
18  of this judge who, in D.C., who thinks
19  that I, you know, I used that from --
20  I used that Dominion discovery to do
21  this kind of thing.
22      I don't want to break anyone's
23  heart.  I never even looked at the
24  Dominion discovery.  Never even opened
25  it.  Never even opened it.  And to the

45

1  extent it's been -- I've looked at
2  like five or six pieces of it in --
3  since March as a new lawyer got
4  involved and said, holy cow, and this
5  has to be turned over to authorities.
6      I will also mention that there
7  are all kinds of remedies that in the
8  last month have subpoenaed that data
9  from the senate of this and prosecutor
10  of that and there was all these
11  different good people trying to get at
12  the truth, subpoenaing our information
13  from the Dominion -- from my legal
14  case with Dominion.
15      And I just compared to the
16  Goldman Sachs, where Goldman Sachs
17  sued me and all these guys sued me or
18  I sued them -- anyway, they were --
19  they ended up very sorry they started
20  that fight.  And I think that the
21  people in Colorado and Dominion are,
22  if they're not already, quite sorry
23  they started that fight with me.
24      But nothing I'm telling you
25  actually really comes from that --

46

1  nothing from that, from my discovery
2  with them, it comes from this illegal
3  activity I've been conducting to hack
4  the Government of Venezuela and I
5  obtained everything.
6      So Dominion is a fake company,
7  it's just a front.  Its software is
8  all Venezuelan junk.  The real center
9  of gravity is over in Serbia and it's
10  worse than you can imagine.  So if you
11  want to know the truth, I know that's
12  a lot, a mouthful, but she had been
13  operating at that level.
14      So it's really weird for me to
15  go up and stand in front of a
16  magistrate in Washington, D.C. who
17  thinking I'm relying on, well,
18  Dominion turned over some e-mails to
19  you and when they turned over the
20  e-mails to you, that's the basis on
21  which you said this, Mr. Byrne, and
22  that's the basis on which you said
23  that, Mr. Byrne.
24      I didn't quite have the heart to
25  tell that magistrate, no, I didn't

47

1  base anything I've said on anything
2  that I got out of the Dominion
3  discovery.  I based it all on this
4  illegal activity I've been conducting
5  hacking the Government of Venezuela.
6      So and even in the last -- I
7  mean every like 48 hours brings new
8  discoveries, new discoveries, new
9  things and I mean we have so much.
10  There's only so many people we have to
11  pull through it and pull it apart, but
12  even in the last, I'd say, 72 hours,
13  have we even -- our discoveries just
14  keep on breaking through to new
15  depths.
16      And in the last 72 hours, we've
17  even broken through to a new level, we
18  have at the atomic level, exactly what
19  happened in Mesa County on November 3,
20  2020.  And the entire election was
21  hacked, the entire election was fake
22  and it's all -- and this is going on
23  all over America.
24      So I suggest any feds listening,
25  I have federals reaching out to me

48

1  basically saying, how do we switch
2  side, how do we get off?  We want to
3  get off this ship.  To which I say,
4  all the federal -- 90 percent or more
5  of the federals are now jumping ship.
6  The only people left in the government
7  fighting this out are the commissars
8  at the very top.
9      You federals, you look at the
10  people around you.  They're
11  betraying -- they are -- you federals
12  who are wondering whether to jump ship
13  or not should understand there are
14  other federals who have jumped ship,
15  who've joined our side, who are
16  helping us.  They understand how
17  crooked this all is.  They don't want
18  to end up at the end of, you know --
19  they don't want to end up facing what
20  they think they're going to face and
21  they want out.  So, you know, roll
22  early and roll often.
23      Any federals who still are apart
24  of it should understand your own
25  brethren have jumped ship and they're

49

1  contacting us and basically trying to
2  say, can we make peace and we don't
3  want to be part of this anymore.  We
4  didn't know it was -- no, don't make
5  any excuses.  We didn't know quite
6  what was going on and now we get that
7  you're right, so on and so forth.  So
8  the federal ship.
9      So any federals or law
10  enforcement of prosecutors who think
11  they're going to just prosecute or
12  shake their stick at us to get out of
13  this, you know, they're going to be
14  looking at -- they're going to be --
15  you know, if they're not careful,
16  their days are going to end up with,
17  you know, ending in piano wire and a
18  blowtorch.
19      So I suggest to anybody in law
20  enforcement or prosecution or
21  federals, you have too many defectors
22  already who are getting -- who are
23  trying to get office.  They know
24  they've lost.  So you don't want to be
25  the last ones on this sinking ship.

50

1  If you have any brains at all, which
2  I'm not sure they do, they should be
3  throwing in the towel and just
4  surrendering and dropping this case
5  against Tina because those who don't
6  are going to ending up facing a piano
7  wire and blowtorch before this is
8  over.
9      So I know that's probably
10  another felony, but threatening them
11  like that, but here we are.
12      Tina's -- we now know -- I mean
13  we knew -- shoot, we knew a year ago
14  in some detail what happened and all
15  the proof that there has been, all
16  kinds of illegalities in Mesa County
17  that -- regarding access and this and
18  that and the other thing.  All the
19  stuff that's in Mesa County Number
20  Three, that report number three, but
21  it's far beyond that now.  We now know
22  at the atomic level just what they did
23  in Mesa County.
24      And I would suggest to anybody
25  in law enforcement listening that this

51

1  is really your come to Jesus moment.
2  You really want to back down now
3  because if you continue with this
4  charade, you are -- you're abetting --
5  this isn't just a -- this isn't just
6  like a county election or something.
7  You're committing treason.  This was
8  all part of treason.  This was a --
9  treasonous plot.
10      And, again, if you keep it up,
11  you're going to be looking at some
12  piano wire and a blowtorch before this
13  is over, if I have anything to say
14  about it.
15      Okay.  So on that cheery
16  thought, I'll stop and take any
17  questions.
18      YEHUDA MILLER:  Okay, great.
19  Patrick, we have a question from one
20  of our listeners here who wrote like
21  this, I'll read it to you.
22      Patrick, bravo on the hard work.
23  I want to note what you plan on
24  leveraging the data and evidence you
25  have led thus far.  How do you see

52

1  this playing out and what sort of
2  timeline?  Are we expected to make
3  counter moves against the corrupt
4  machines companies?
5      So I just -- you may have hit on
6  some of those, but maybe is there
7  anything you want to add to that?
8      PATRICK BYRNE:  Yeah.  It's
9  going to start playing out this -- or
10  what is today, Thursday?  It's going
11  to start playing out next week in a
12  courtroom in Colorado.  I want to --
13  these guys are in for such a surprise.
14  They're in for such a surprise.  The
15  people going after Tina are in for the
16  surprise of their life.
17      So really, I mean, I'm really a
18  peaceful guy.  I've always am way too
19  much -- other people have told me I'm
20  like always at the moment of victory,
21  I'm always way too nice to people.
22      But if they have any brains,
23  they should drop this case right now
24  against Tina.  Those who are purr
25  seeing this case against Tina are

53

1  going to be looking at a blowtorch and
2  some piano wire before this is over.
3       Okay.  Not -- I mean -- or
4  because we have it all and you're
5  committing treason.  This isn't just
6  playing around with county elections
7  and some argument about county
8  elections.  You're taking -- what
9  you're doing by prosecuting Tina is a
10  component and a treasonous plot.
11  You're committing treason and it's
12  going to end badly for you.
13       So if you have any brains, which
14  at this point, I used to think these
15  people at least had brains, they
16  don't, but if they have any brains,
17  they should be dropping this case
18  right fucking now, and that includes
19  the judge.  That includes this judge.
20  And, yes, Judge, whoever this whack
21  job judge is, you're making a big
22  mistake.  And when this is all over,
23  you're going to be answering to the
24  people.
25       And we have is it all.  I've

54

1  hacked the Government of Venezuela
2  successfully.  I know exactly how
3  everything works.  We have it down to
4  the atomic level.  Back the fuck off.
5  Back the fuck off and apologize to
6  Tina.
7       YEHUDA MILLER:  Wow.
8       PATRICK BYRNE:  Or you're going
9  to be looking at blowtorches and piano
10  wire.  Okay, Judge?
11       YEHUDA MILLER:  Okay.  I want to
12  go now to another question we have
13  from Dan.  We just brought up Dan
14  DeMora.  Let's see if Dan has a
15  question.
16       DANIEL DEMORA:  Are there going
17  to be cameras allowed in the courtroom
18  or any type of live audio that we can
19  hear what's going on?
20       PATRICK BYRNE:  Yes, there is.
21  One local company, one local company
22  in Colorado, one local broadcast,
23  somebody's been given permission to
24  broadcast this.  And -- or they're
25  getting the live feed and everybody

55

1  else has to take the live feed off
2  that.  And I'm telling the prosecutor
3  and I'm telling the judge, you start
4  remembering the constitution to which
5  you swore an oath for.
6       This is your -- this is your
7  come to Jesus moment.  You drop all
8  this or you will be knowingly taking
9  part in treason by continuing this
10  bullshit against Tina Peters and you
11  will answer to me when --
12       YEHUDA MILLER:  Okay.
13  Excellent.  Now, we have a question.
14  His Wisdom Warrior wants to either
15  have a question or comment.
16       Go ahead, please.
17       HIS WISDOM WARRIOR:  Thank you
18  so much.  This is a friend of Tina's
19  and I'm coordinating the people who
20  are coming to Tina, whether they're
21  the everyday people coming to sit in
22  the courtroom or supporting the
23  local -- the locals in Grand Junction.
24       I've been working with Tina for
25  about three years just as a friend and

56

1  as somebody who is willing to do a lot
2  of work.  We're putting -- we put the
3  site together FreeTina.com.  It has
4  all the information you need and I
5  will make sure that that link gets put
6  up there that Patrick just mentioned
7  from the local TV station, so people
8  can watch it.
9       There will be a section for
10  media inside the courtroom.  They will
11  be seated first and then all of the
12  supporters will be seated after that.
13  So there's a great deal of
14  information.  If you want to contact
15  me, please do so through FreeTina.com
16  if you're planning to come.
17       And we're coordinating things
18  just to do everything we can to stay
19  as safe as we can from some of the
20  crazy people who are out there.  It's
21  a really important case because Tina
22  has been taking the shots for us, but
23  as Tina says, just like Trump says,
24  they're coming for us and they just
25  happen to be in the way.

57

1     YEHUDA MILLER:  Correct.
2     HIS WISDOM WARRIOR:  So Tina is
3   standing in the gap.  She was voted in
4   way the people of Mesa County and
5   Grand Junction, Colorado.  We refer to
6   that as the western slope and they
7   voted her in.  But, unfortunately, the
8   people of Grand Junction have been --
9   they've had a jury tampering process
10   being executed by the local newspaper.
11     And the local newspaper, over
12   the last couple of years, has had more
13   than 700 articles on the front page
14   above the fold defaming and vilifying
15   Tina.  So when Tina goes into a
16   grocery store, people are, you know,
17   cruel to her and, you know, there are
18   some people that, you know, just from
19   the locals that I can talk to who I
20   happen to know better, you know, it's
21   just not a comfortable situation for
22   her to be there and that's really sad.
23     PATRICK BYRNE:  That's ten
24   percent.  Everyone needs to remember,
25   they have -- that's only ten percent.

58

1   They have information dominance.  So
2   that ten percent has convinced the
3   other 90 percent that -- or is trying
4   to convince the other 90 percent that
5   this is how the world sees thing.
6   That's the fuck with ten percent.
7     That's all I can say.  And I
8   know it must be terrible for Tina to
9   have -- for it to be Tina and having
10   that -- you know, those people
11   insulting her or whatever they're
12   saying.  They're all going to be
13   proven wrong, that Tina was absolutely
14   right, the facts, the data -- I mean
15   the computer forensics are
16   indisputable.
17     And even, like I say, in the
18   last 72 hours, we had the final
19   breakthrough to get to -- we know
20   exactly what they did.  We have the
21   image.  We've had the people who wrote
22   the code destruct the image and they
23   know exactly what happened.  Okay?
24   Does that -- literally the people who
25   wrote the code --

59

1     HIS WISDOM WARRIOR:  That's
2   right.
3     PATRICK BYRNE:  The people who
4   wrote the code in Venezuela are on our
5   side and they have deconstructed this
6   all for us.
7     HIS WISDOM WARRIOR:  That's
8   beautiful.  Patrick, thanks so much
9   for all the ways that you've stepped
10   up and helped somebody that all of us
11   around the country really care about.
12     PATRICK BYRNE:  Well, it's been
13   my honor and it's the honor of my life
14   to be able to support Tina.  I wish
15   people could come -- financially, this
16   has been millions of dollars and
17   there's even limits to what I can do,
18   but anyone who wants to help can
19   donate to the America Project.
20     And the America Project, we've
21   had lawyer after lawyer -- and listen,
22   Tina has gone through lawyers.  There
23   are lawyers who are completely
24   crooked.  There's a lawyer, I think
25   his name was Doug Richards.  I don't

60

1   know if this guy made some deal to be
2   his own -- do you mind if I take a
3   moment to tell a story about how
4   crooked these lawyers are?
5     YEHUDA MILLER:  Go ahead.  I
6   think that's important.  It's
7   important what's going on in the
8   country, why we got where we are
9   because of stories like that.  So go
10   ahead.
11     PATRICK BYRNE:  Well, the first
12   set of lawyers we hired for Tina
13   looked like they were throwing in the
14   towel or like throwing the fight.  So
15   on the advice of another lawyer who I
16   once trusted in Colorado, he gave us a
17   name a guy named Doug Richards, a
18   former federal prosecutor.
19     Tina -- and so that guy worked
20   on Tina's case, Doug -- I hope I have
21   his name right -- Doug Richards.  Now,
22   Doug, as I'm sure you all -- I know
23   that anyone who is nuts who hires this guy
24   Doug Richards as a lawyer.  And I know
25   you might sue me, Doug.  Bring it on.

61

1   Bring it on.  Litigation is a core
2   competency, Doug.
3        How far do you think you'll
4   escalate it?  I can promise you, Doug,
5   whatever you escalate, I'll go plus
6   one.  Whatever you escalate I'll take
7   it one step higher.
8        Doug Richards, as far as I can
9   tell, that three days before the trial
10  or five days before the trial, Tina
11  called me sick as hell and saying, I
12  feel terrible and telling me how sick
13  she was, and she had real questions
14  about this judge, this lawyer.
15       So I flew to Colorado and had
16  this guy come to my hotel room and he
17  came with his assistant attorney.  And
18  when he got to my hotel room, I put
19  him on -- only then did he find out he
20  was on a Zoom call and had like four
21  other five other attorneys on the
22  phone.  Former judges, former federal
23  prosecutors, et cetera.
24       And I said, we want to hear your
25  theory of this case.  And this guy,

63

1   look, I'm not your attorney, Patrick.
2   I'm not Tina Peters'.  I'm the
3   attorney for President Trump.  So
4   anything I say to you is not lawyer
5   giving legal advice, but I'll tell you
6   what I think and he had under that
7   paradigm had talked to Tina Peters.
8        Doug Richards was telling Tina
9   Peters, go on the stand and say you
10  did all that and you thought this guy
11  was your attorney.  Well, false.
12       Secondly, this is what was so
13  crazy.  I can tell that you when Doug
14  Richards, who very resentfully, he
15  almost got up and left, and it was
16  very friendly, I was being very
17  friendly to him, but I just asked him
18  to -- he came up to my hotel room to
19  explain to me, a nonlawyer, how he was
20  going to defend Tina in a few days.
21       He didn't realize that there
22  were going to be four or five lawyers
23  sitting on the Zoom call watching.  He
24  got very uncomfortable and he
25  presented his theory of the case.  And

62

1   Doug Richards, his theory of the case
2   was he was going to put Tina Peters on
3   the stand and say, yes, I did it, but
4   I did it because Kurt Olsen told me to
5   do it.
6        Now, Kurt Olsen is the
7   president's attorney, Trump's attorney
8   and, you know, Kurt Olsen had told me
9   from the very beginning that, look, I
10  made clear to Tina Peters, I'm not her
11  attorney.  My attorney is somebody
12  else.  So I can't give you legal
13  advice, blah, blah, blah.
14       And so this guy, Doug Richards,
15  wanted Tina to get up on the stand and
16  say, well, I just did what I did
17  because this guy Kurt Olsen told me to
18  do it.  Well, that was false.  You
19  know, Kurt Olsen was not her attorney.
20  He was someone else's attorney.
21       Secondly, but, you know,
22  attorneys talk and I know -- I believe
23  him that he said that because from the
24  first time I talked to Kurt Olsen, he
25  was extremely scrupulous about saying,

64

1   his theory of the case was to say,
2   hey -- for her to get up and say, I
3   did what I did because I thought Kurt
4   Olsen was my lawyer and he gave me
5   this advice.
6        Well, that's a stupid defense
7   because explicitly under Colorado law,
8   there is no legal defense that says,
9   well, I did it because my lawyer told
10  me to do it.  That's explicitly, under
11  Colorado law, not a defense.
12       Secondly, any defense attorney
13  worth his -- knows or believes that
14  putting your own client on the stand
15  is a really last ditch maneuver,
16  really last ditch maneuver.  You only
17  do that if you're -- you don't think I
18  had failed to file all kinds of
19  motions he could have filed against
20  the way the judge and the prosecutor
21  were corralling this case and trying
22  to -- making it -- excluding
23  everything exculpatory, such as what
24  Tina Peters found was decisive of
25  monumental and national importance and

65

1  shows that we were correct about
2  everything.
3       He should have filed motions
4  that said that's not true -- that
5  that's -- that those are bad
6  decisions.  He failed to file those
7  motions.  He probably should be sued
8  and give all the money back because he
9  did -- Doug Richards did such an awful
10 job at -- so.
11      And third, his entire defense
12 was to put her on the stand and
13 basically be a nice, sweet lady and
14 testify for five hours and hope the
15 jury fell in love with her and then
16 they would commit some kind of,
17 basically, jury nullification.  That
18 was his theory.
19      Tina would have gone to jail for
20 20 years if she had gone forward with
21 that defense.  Now, Tina was sick as
22 hell when she called me and we sat
23 there and she was actually -- she
24 couldn't even -- she couldn't even
25 finish the meeting actually, she was

66

1  so sick.  So she -- but setting that
2  aside, she was very worried.
3       This asshole's theory was we're
4  going to just put his own witness.
5  His only witness was Tina Peters.
6  That alerted the other -- the real
7  lawyers I had on the phone, the
8  prosecutors and such, the formal
9  federal prosecutors, that this was all
10 a -- because nobody would ever do
11 that.
12      She has all kinds of legal
13 defenses that lawyer just skipped and
14 instead his whole strategy was he was
15 going to put her on the stand and then
16 I try to get the jury to fall in love
17 with her in five hours and throw
18 himself on the mercy of the jury.
19 This is what he was telling us and
20 then hope -- they basically committed
21 jury nullification and said, well,
22 we're going to let her off.
23      Well, she would have gotten 20
24 years if they'd gone through with
25 that.  There is explicitly no defense

67

1  under Colorado law that says, well, I
2  did it because my attorney told me to
3  do it.
4       Secondly, you never put your own
5  trial -- defendant witness or
6  defendant on the stand unless you're
7  desperate, and they weren't at all
8  desperate.
9       I mean they just ran down the
10 list with this attorney and he got
11 white and got really pissed off and
12 because he -- instead of explaining to
13 me ma layman, he thought he was going
14 to be explaining to -- he found
15 himself explaining to four other
16 seasoned attorneys who said this is
17 crazy.  This is a crazy defense you're
18 putting on for Tina.  It's a
19 nondefense you're putting on for Tina.
20      And they -- that was -- you
21 know, don't put your own person on the
22 stand, you don't -- you don't put your
23 own defendant on the stand unless
24 you're absolutely desperate, and they
25 weren't.

68

1       They -- what else?  I mean it
2  was so flimsy in so many ways.  There
3  was no argument.  He was making no
4  argument other than, oh, isn't Tina a
5  wonderful woman and we hope you jurors
6  let her off.  That was all he had to
7  say.
8       And he left the room really
9  pissed off because he knew that the
10 people on the Zoom call saw through
11 what he was doing.  And they told me
12 as soon as he left the room, this guy
13 is a fake.  He's setting Tina up.
14      We think he was probably --
15 federal judgeship or, who the hell
16 knows, some pay off in order to throw
17 the -- you know, to throw the fight
18 for Tina and let her get convicted,
19 and then he would have been made a
20 federal judge or something.  That's
21 how dirty these sons of bitches are
22 and that really happened.
23      So we fired him.  Tina couldn't
24 even show up in court.  Tina had a --
25 I mean even the phone call in that

69

1  Zoom call, she wasn't there, but she
2  was on the phone and she was sick as
3  well.  And so there's no way she could
4  even have shown up.  I mean, I think
5  she was like told by her doctor, you
6  can't show up -- you can't even -- you
7  have to quarantine yourself or
8  something.
9       So she fired that attorney, said
10  I'm going to get a new attorney, the
11  judge tried to prevent her from
12  getting that new attorney.  How the
13  judge and the prosecutor had wired
14  things, this is how dirty these people
15  are, nothing about the charges
16  actually have to do with, like, what
17  Tina found or what she did, you know,
18  the substance of what she did.  It's a
19  bunch of Mickey Mouse misdemeanor
20  stuff that adds up to 20 years.
21       They hadn't done -- that's what
22  they were -- they were hoping that she
23  would go in and make this Mickey Mouse
24  defense, trying to be a nice, sweet
25  lady and hoped the jury liked her,

70

1  which was -- they didn't -- the
2  jury -- there's no way.  The jury, by
3  Colorado law, they could not have
4  accepted her argument that a lawyer
5  told me to do it.
6       It wasn't her lawyer to begin
7  with.  Kurt Olsen was never her
8  lawyer.  They -- there is no provision
9  in Colorado law for saying I did
10  something because my lawyer told me it
11  was okay and so on and so forth.
12       So the lawyer, her lawyer, that
13  I've gotten for her on -- had created
14  a nondefense defense -- a defense that
15  could not have possibly won.  And he
16  didn't put up -- he didn't create any
17  real defense.
18       So, anyway, she had a doctor who
19  said, you can't even appear in court,
20  but this judge was going along with
21  all of this.  And when Tina went in
22  the next week and said -- and went on
23  Zoom and said, I can't appear in
24  court, I'm too sick, and the judge,
25  here's a note from my doctor that says

71

1  I can't even appear in court.
2       This judge tried to postpone --
3  what they were trying to do, this is
4  what they do.  It was all set up for
5  the media.  The media was all over
6  this case.  They wanted Tina to go in
7  there and be tried for some Mickey
8  Mouse stuff, like, oh, you let
9  somebody into the center who wasn't
10  supposed to be in the center with
11  somebody else's ID badge.
12       So it didn't really have to do
13  with anything substantive.  And then
14  after Tina lost, the headlines would
15  have been election denier Tina
16  Peters -- she was found guilty because
17  there was nothing to these allegations
18  of mischief in the election.  That's
19  how the media, the compliant and
20  obedient media, was positioned to play
21  things.
22       It really threw a spanner into
23  works when Tina instead, with a note
24  from the doctor, and correctly said,
25  look, I can't even appear.  The judge

72

1  trying to make her -- literally, the
2  judge like tried to make her say,
3  we'll give a week or something.
4       You know, she said I don't have
5  a lawyer, I fired my lawyer and the
6  judge said, well -- and I've got --
7  I've got COVID or I'm sick.  And the
8  judge tried to get her to say, okay,
9  we'll postpone this a week and then
10  you're going to come in and try it.
11       But there's this little thing
12  called the 6th amendment that says a
13  defendant has the right to a lawyer
14  and you can't make a person try a case
15  by herself.  But the judge literally
16  tried to get Tina to -- herself in
17  court because she had fired her
18  attorney.
19       And the other -- and so we had
20  another attorney and that attorney, we
21  found her, said, look I'm not ready to
22  try this case in a week.  You've got
23  give me sometime.  The judge was livid
24  and the reason he was livid was
25  because their whole plan was to get

73

1  this tried back in, whatever it was,
2  February or March.
3      And then they would have had
4  headlines that said, another election
5  denier, Tina Peters, was tried for her
6  claims that the election of 2020 was
7  rigged and she was found guilty and
8  sentenced to jail.  And the newspapers
9  would never have printed that really
10  the trial had nothing to do with any
11  of her claims about the election
12  being -- about this election equipment
13  being junk.
14      The actual trial was about
15  Mickey Mouse stuff, but the press
16  would never have reported that that's
17  what the actual charges were about.
18  The press would have reported and
19  acted like it was a trial for the --
20  of the election fraud.
21      And so you have to assume that
22  this -- they set this up so
23  beautifully that that -- and I mean it
24  was a three-ring circus of media
25  prepared to give her a trial and

75

1  that.  I've got the right, a 6th
2  amendment right to an attorney.  And
3  my -- no attorney can get ready in a
4  week.
5      And there was an attorney there
6  who said, I'm not prepared to try this
7  in a week.  God, this was rigged in so
8  many ways.  The even the -- in all
9  kinds of timing things, the judge, it
10  was all timed, so that they could
11  create just the scene I was telling
12  you about, where the -- where they
13  would try her for the Mickey Mouse
14  nothing burger stuff, and then the
15  press, who was along for the ride, was
16  going to write articles after she was
17  found guilty of, you know, giving --
18  letting somebody in with a fake badge
19  or somebody else's badge.
20      But that's not what the New York
21  Times would have written.  The New
22  York Times -- Tina Peters had her day
23  in court about election fraud and it
24  was all thrown out by jury.  That's
25  how dirty the system is.  That's how

74

1  convict her on Mickey Mouse charges.
2      But the headlines would have
3  been another election denier finally
4  got her hearing in court and the
5  jury -- the jury said it was nonsense
6  and the jury convicted her, even
7  though that wasn't at all what was
8  happening.  She wasn't going to be
9  tried for any of the allegations about
10  this election being junk and she was
11  being tried for the Mickey Mouse
12  stuff.
13      But, boy, it was all set up as
14  slick as could be.  Fortunately or
15  unfortunately, Tina got sick and she
16  was honest -- honest as can be.  She
17  was sick as hell and through the
18  screen, couldn't really take part in
19  this conversation.
20      And so when she fired her
21  attorney -- and said I -- the judge
22  literally tried to make her try this
23  herself, said he would give her a week
24  until she got better from COVID.
25  Until she pointed out, you can't do

76

1  dirty The New York Times is and the
2  Washington Post and all the press and
3  the judges and the prosecutors.
4      That's what they -- that's the
5  railroad that they had constructed for
6  Tina, but she got sick and would --
7  and could not -- and the judge could
8  not make her come in and try it
9  herself.  She's got a right to an
10  attorney and that meant she ended up
11  with about four more months to do --
12  to prepare her case.
13      And in that time, we've got her
14  real attorneys and we also had time to
15  do lots of other stuff, since as I've
16  alluded to here.  And it also gave me
17  more time to hack the Government of
18  Venezuela and acquire everything we
19  need and -- to prove everything we've
20  said.
21      And so now they're walking into
22  court and they're facing a blunder
23  bus.  They -- the bad guys are facing
24  a blunder bus, if you remember that
25  old Revolutionary War saying, and that

77

1  extra four months is going to make all
2  the difference because the other
3  attorneys Tina had were complete
4  frauds.  They were complete fakes.
5     They were part of the system.
6  Who knows what the hell they were
7  promised, but they were throwing their
8  own client, Tina Peters, under the
9  bus.  Who knows what they were
10  promised.  And first and prominent
11  among them, I would say was this guy
12  Doug Richards.
13     And I hope, Doug Richards, you
14  sue me.  I hope.  And I can tell you,
15  Doug, whatever escalation you have in
16  mind, I'll take it further.  Look into
17  my background and figure out what I
18  mean by that.  But whatever -- however
19  many steps you think you're going to
20  escalate it -- you think you're going
21  to escalate it and steps.  I'll
22  escalate it and plus one.
23     So you make up your mind, Doug.
24  How far you want to escalate?  And you
25  look into my background and you figure

78

1  out what I mean by that.
2     So that extra four months gave
3  us all the time to finish up hacking
4  operations and everything else and
5  with everything we need now.  And this
6  prosecutor and this judge, that should
7  mind their step, and I know they will
8  be listening to this, and I'm telling
9  them, you better mind your step
10  because now we have everything.
11     And if you keep up with this
12  railroading -- now, I think that any
13  facade of doing this in -- any facade
14  of doing this with a -- this stuff
15  doesn't pass the laugh test.  Forget
16  the smile test.  It doesn't pass the
17  laugh test with what they're trying to
18  do it Tina Peters and if they continue
19  this, you're going to be answering to
20  me some day.  Okay, Judge?
21     And I'm sure that's a felony to
22  even insinuate something like that,
23  but I'm talking about legal means
24  by -- people are committing treason by
25  taking part in what they're going

79

1  through with and they should drop --
2  if they know what's good for them in a
3  legal sense, if they know what's good
4  for their careers, they should just
5  drop this.  They should just fucking
6  send an apology to Tina and drop this
7  whole case.
8     And, Doug Richards, I hope you
9  sue me.  I hope -- litigation is a
10  core competency.  I hope you sue me,
11  Doug.  And, Judge and Prosecutor, you
12  come after me.  I take responsibility
13  for everything Tina Peters did.  You
14  come after me.  You see how far you
15  want to escalate against me.
16     YEHUDA MILLER:  Excellent.
17  Patrick, thank you.  We have another
18  question here, Patrick.  Someone wants
19  to know about this -- you know, we
20  just had a big hack, the crowd strike
21  hack, which all of a sudden, you know,
22  disabled airports and, you know,
23  things all around the world.
24     And very, very interestingly, it
25  happened to be on a day that there was

80

1  voting going on in Arizona and for
2  some strange reason -- not supposed to
3  be connected to the Internet.  For
4  some reason, there was an interference
5  there and people were not able to vote
6  at their locations in Arizona.  We
7  wanted to know if you wanted to
8  comment on that.
9     PATRICK BYRNE:  Yeah.  It's all
10  connected to the Internet.  There are
11  ways -- at one point, we got involved
12  a former CIA technical officer who
13  came and met with the people who
14  are -- who have been helping me.  And
15  the CIA technical officer met and came
16  to understand as they explained how
17  the communications really work.
18     And the former CIA technical
19  officer spent three days with them.
20  And after one day said, you know what,
21  these people have figured out, they
22  figured out exactly how to do what we
23  do.  This is how our embassies hide
24  our communication, this -- I'm not
25  going to go into details, of course,

81

1   on this phone call.
2         But our embassies all over use a
3   certain method that the -- there's a
4   communications channel way that they
5   communicate that is beneath the level
6   or in a different way than anyone
7   could ever discover.  And how our
8   embassies do all this and our CIA
9   station all around the world structure
10   their architect, their communication
11   is exactly how these systems work.
12         So it appears that they're not
13   connected to the Internet, but they
14   all are connected to the Internet.
15   And that's from the CIA technical --
16   top CIA -- I mean former CIA technical
17   officer who structures this in our
18   embassies, and he was kind of
19   blank-faced when I talked to him, and
20   said -- he was kind of in a shock --
21   and he said what her doing with these
22   machines is exactly how the CIA
23   structures this within our embassies.
24         So they all are connected to the
25   Internet.  It's all rigged from a fish

82

1   bowl in Venezuela.  There's a room in
2   the Venezuela Government -- let me
3   back up a second.
4         When Hugo Chavez took over
5   Venezuela, the first two things he
6   concurred once he became president was
7   he took over the national oil company
8   of Venezuela, which is called PDVSA,
9   and they did that because that's where
10   the money is.  And since then -- let
11   me take it another step back.
12         The mafia in Venezuela, we're
13   all familiar with the different
14   Mexican Mafias, the Mexican Cartels.
15   There's four of them.  Let's go to
16   Juarez generation, the Gulfs, the
17   Zetas and the Sinaloans.  Everybody
18   knows about those four cartels.  If
19   you've seen Sicario, that was about --
20   I think the Sinaloans.
21         Those four cartels are actually
22   the junior partners.  The senior
23   partner to them is the Venezuelan
24   Cartel.  The name of the Venezuelan
25   Cartel is the Venezuelan Government.

83

1   Venezuela is where mafia and cartel
2   turns into nation state.  The
3   Government of Venezuela is a mafia.
4         In fact, the name of the
5   Venezuelan Mafia is the Cartel Del
6   Soles, Cartel of the Suns.  And that's
7   because the generals, the
8   generalissimos of Venezuela, don't
9   have stars on their shoulders like
10   generals in most countries.  They have
11   a big sun of their shoulders.
12         And so the Cartel of the Suns is
13   a reference to the Capos of the
14   cartels, the Capos of the Venezuelan
15   Mafia, are the generals in the army.
16   They are the Capos -- they're the
17   Capos of the mafia and that's what
18   it's called.  The Cartel of the Suns,
19   because their shoulder boards have
20   suns, like sun, like the sun the move
21   moon, the sun overhead.
22         So the Government of Venezuelan
23   is the mafia of Venezuela, the Mafia
24   of the Suns, meaning the mafia of the
25   generalissimos who have the sun of on

84

1   their shoulder.
2         And so when Hugo Chavez took
3   over he concurred two things.  One
4   was -- the first two things he seized
5   was the oil company of Venezuela in
6   which they probably sold $3 trillion,
7   4 trillion at this point.  The cartel
8   of the -- Mafia of Venezuela stole
9   4 trillion -- pardon me -- $4 trillion
10   from the oil company.
11         The other thing they concurred
12   was the election commission of, which
13   is called the CNE, the commission
14   national electoral.  Pardon me.  I
15   speak French, but not good Spanish.
16   So my accent is -- but the CNE, the
17   Venezuelan national election
18   commission, is -- and they concurred
19   that because that's how they knew they
20   had to stay in -- they needed that in
21   order to stay in power.
22         So the mafia that took over
23   Venezuela, took over the --
24   immediately took over the Venezuelan
25   oil company from which they stole

85

1  $4 trillion in the last quarter
2  century and they took over the
3  election commission.
4      And in the election commission
5  of Venezuela, there's a room that's
6  the fish bowl.  And that fish bowl,
7  which very few people are allowed to
8  enter, is they can sit in there and
9  all of this equipment, any election
10  around the world, they can manipulate
11  from that room in Venezuela and that's
12  called the CNE.
13      So every election in the world
14  that runs on Smartmatic or Dominion
15  equipment -- by the way, here's
16  another thing you should know.  Just
17  like when you buy, setting aside
18  Apple, when you buy a PC, whether it
19  be Dell or Lenovo or HP, when you buy
20  a PC, a laptop, the PC still runs on
21  Windows operating software.
22      Similarly, any of the election
23  equipment of the major manufacturers
24  around -- that you hear about around
25  the world, it may have different brand

86

1  names on it, but underneath it all,
2  it's a Smartmatic operating system.
3      So it's actually -- and the
4  Smartmatic -- Smartmatic is just a
5  commercial front of the Venezuelan
6  Mafia.  So the Venezuelan Mafia, which
7  runs Venezuela, now has the oil
8  company and it has the national
9  election commission.
10      The national election commission
11  has a -- has a go-to market vehicle
12  and that vehicle is called Smartmatic.
13  And the Smartmatic election operating
14  system is the operating system in all
15  these -- in most of these election
16  systems around the world.  Not all,
17  but most of these election systems.
18      And it goes by different names.
19  They've put different brands on it and
20  such, but, fundamentally, it's all the
21  Venezuelan cartel's operating systems.
22  So they can sit in Venezuela and they
23  can make -- they can make these
24  machines whistle Dixie if they want.
25      We can do it now too.  We can

87

1  make these machines spit out any
2  result they want and erase it so
3  there's no trace.  Every election in
4  the world, not just the U.S., every
5  election that runs on these machines.
6      So that's what's really going
7  on.  And what happened is, Tina Peters
8  kind of stumbled over it.  She
9  stumbled over it and I don't think --
10      YEHUDA MILLER:  We just lost
11  you, Patrick.  Patrick, are you still
12  there?  We can't hear you now.  We
13  just lost you.  Patrick, we just lost
14  you.  We're going to -- I'm going to
15  try again what we did last time.
16  We're going to remove from speaker and
17  then bring it back up, so maybe that
18  will work.  Hold on one second.
19      Patrick, if you could put
20  request to speak.  Let's see -- let's
21  try --
22      MS. WARD:  It looks like he
23  dropped.  I think it's 4:00 a.m. where
24  he's at, so he probably just lost
25  battery, I'm assuming.

88

1      YEHUDA MILLER:  Do you want to
2  text him or say --
3      MS. WARD:  I just did, yeah.
4      All right.  It looks like he may
5  have lost his signal or something like
6  that.
7      YEHUDA MILLER:  All right.  So
8  let's -- while we're waiting, you know
9  what, let's call on Chris Hunter.  I'm
10  going to call up on Chris Hunter.
11      Go ahead, please.  Unmute your
12  mic, please.  Go ahead with a question
13  or comment.
14      Chris Hunter, are you there?  We
15  can't hear you.
16      CHRIS HUNTER:  Yes.  I didn't
17  know you were talking to me.  I'm
18  sorry.  I just got in here.  So I
19  wanted to put some information forward
20  blending to what Patrick's saying.
21      The standard testing that
22  they're doing right now on
23  certification is for 2005 for all the
24  election equipment and software.  Not
25  2020, not 2022, not current standards

89

1  at all.  And the air gap definition
2  they use is not within the commonly
3  used air gap definition is for
4  everybody else.
5       Air gap for them, according to
6  them, is that every piece has to be on
7  its own network.  It could be on the
8  Internet, but just not together with
9  the other pieces.  It has to be on its
10  own network.
11       So that's their rules that
12  they're mutating and manipulating the
13  verbiage for, making word salad with
14  it and trying to say, oh, it's all
15  that and a bag of chips, it's
16  air-gapped.
17       Well, air-gapped doesn't mean
18  anything except that it's a little
19  space -- it's between the first lie
20  and the next lie.  That's the air gap.
21  I just want to let everybody know.
22  Those are the standards.  I don't know
23  why everyone has current standards,
24  but they're voluntary and they can get
25  away with it.  Politicians know this,

91

1  them back up and, you know, there has
2  been -- we've heard that there's going
3  to be improvements on the way.  So
4  hopefully Elon Musk is doing some good
5  work there and we'll straighten this
6  all out.
7       PATRICK BYRNE:  I'll be keeping
8  my answers shorter if there's anymore
9  questions for me.
10       Hey, donate to the America
11  Project.  We've put millions to help
12  Tina Peters.  It would really be
13  useful for all the other stuff we're
14  doing if people can pony up 10 bucks,
15  100 bucks, 1,000 bucks.
16       We're doing so much for --
17  across so many fronts.  Please go to
18  the America Project and donate what
19  you can.
20       I've given away about 150
21  percent of my net worth and I don't
22  care.  So you need to dig deep and
23  donate to the America Project.
24       I'll keep my answers shorter,
25  Yehuda, if you want to take more

90

1  too.  Thank you.
2       YEHUDA MILLER:  All right.
3  Thank you for that.  We're going to
4  call now on Sean Jacob.  Go ahead,
5  please.  Sean Jacob, you can unmute
6  your mic.  Go ahead.
7       MS. WARD:  We've got Patrick
8  back it looks like.
9       YEHUDA MILLER:  Oh, we've got
10  Patrick back.  Let's see.  Let's see
11  if we could -- let's see...
12       Patrick, go ahead.  Okay.  We've
13  got Patrick back here.
14       PATRICK BYRNE:  I'm back.
15       YEHUDA MILLER:  Go ahead.
16       PATRICK BYRNE:  I've switched --
17  I've switched devices.  I don't know
18  if somebody's -- I don't know if
19  spaces is normally this weird, but
20  I've switched devices.
21       YEHUDA MILLER:  Yeah.  We
22  have -- unfortunately, I think the
23  space is still -- gets kind of glitchy
24  sometimes, we've heard.  So sometimes
25  we have to take someone down and bring

92

1  questions.
2       YEHUDA MILLER:  Okay.  We're
3  going to have -- we have another
4  question here from Steve Brown.  Hold
5  on one second.  We're pulling up Steve
6  Brown.  Go ahead.
7       Steve Brown, do you want to
8  unmute your mic?  Let's see...
9       Oh, we've got -- oh, I guess
10  he's not there.  Okay.  We have --
11  anybody else have any other questions?
12  I don't --
13       DANIEL DEMORA:  I don't know --
14       YEHUDA MILLER:  Oh, go ahead.
15  Okay, go.
16       DANIEL DEMORA:  Okay.  Actually,
17  I met you Patrick in D.C. and -- at
18  the D.C. jail, you know, and I never
19  heard of you at that time.  It was
20  really great to see what you do.
21       Actually, he's not only doing
22  this online, he's going in person and
23  trying to help the patriots and
24  everyone.  He's been supporting them
25  heavily and it was really amazing.

93

1    I was there the date that you
2 went there actually. I was making
3 a movie.
4    PATRICK BYRNE: I remember.
5    DANIEL DEMORA: Oh, nice.
6    PATRICK BYRNE: I remember that
7 name, Steve brown. I remember your
8 name.
9    DANIEL DEMORA: Oh, no. This is
10 Daniel DeMora.
11    PATRICK BYRNE: Oh, I'm sorry.
12    Hi, Daniel.
13    DANIEL DEMORA: Yes, but no
14 problem. Nobody knows me. I'm just a
15 normal citizen. But, hi, yeah.
16    I actually found it very
17 interesting when you went there
18 because you own a company at Sandy or
19 Midvale, Utah where I live. And so
20 they told me that, that you were the
21 owner of this company. And I was
22 like, oh, wait, I lived in the same
23 city for a little while.
24    PATRICK BYRNE: Yeah.
25    DANIEL DEMORA: It's pretty

94

1 nice.
2    PATRICK BYRNE: Nice to talk to
3 you, sir.
4    DANIEL DEMORA: Yeah, nice to
5 talk to you.
6    YEHUDA MILLER: Okay, great.
7    DANIEL DEMORA: Oh, my question.
8    YEHUDA MILLER: Thank you.
9    DANIEL DEMORA: I do have a
10 questions.
11    YEHUDA MILLER: Oh, go ahead.
12    DANIEL DEMORA: Yes. So I grew
13 up in Brazil, okay. So since 2000s,
14 the early 2000s, I kind of
15 familiarized with Smartmatic. And
16 there is something called (inaudible)
17 where they used to meet since in the
18 '90s with leaders, political activists
19 and leaders, communists from South
20 America, and they developed this idea
21 of the Venezuelan Smartmatic machine
22 in Cuba and Venezuela by fabricating
23 that.
24    And then they were able to elect
25 all of those activists that you should

95

1 meet at this forum by using this
2 electoral fraud system that they
3 developed.
4    And as you know -- as you --
5 Patrick, is telling you guys, has been
6 used by the Venezuelan CNE, electoral
7 governmental institution to basically
8 control even other countries in the
9 world.
10    So like around 11 countries,
11 many countries have been testing those
12 electronic machines, including U.S.,
13 the U.K. Switzerland, Australia,
14 England, Germany, Netherlands,
15 Ireland, Norway, France. And I wanted
16 to mention that because he was
17 touching those points.
18    Since 2001 to 2010, and they've
19 been dangerous, because it had
20 vulnerabilities, so they dropped using
21 those.
22    And also a few third-world
23 countries kept using it, like Brazil,
24 where I was raised -- I was born in
25 America, but I was raised there --

96

1 brazil, Venezuela, Philippines,
2 Belgium -- I really don't -- United
3 States, Emirates, India, and Estonia.
4    But the thing is, for us to see
5 this going on here in America, it's
6 just like us losing the battle for the
7 communism and everything.
8    So I do have a question for
9 Patrick in regards to the relations of
10 like, of course, some things about
11 Eric Coomer, people are getting sued
12 left and right about him, and his
13 relation with Internet coder for
14 Sequoia, when Smartmatic purchased
15 Sequoia, right?
16    PATRICK BYRNE: Right.
17    DANIEL DEMORA: And then Eric
18 Coomer was the development strategist
19 for elections in the Dominion during
20 the American election, right?
21    So we see that those Venezuelans
22 train in America. So I wonder, can
23 you talk a little bit about the guy, I
24 forgot his name, Jorge, I think,
25 Rodriguez?

97

1     PATRICK BYRNE:  Jorge Rodriguez?
2     DANIEL DEMORA:  Yes.
3     PATRICK BYRNE:  Jorge Rodriguez.
4  Yeah, good for you.  Hey, please get
5  in touch with me through DM or get in
6  touch with me.  You know what you're
7  talking about.  I'd love to hear more
8  from you.
9     DANIEL DEMORA:  Thank you, sir.
10     PATRICK BYRNE:  Privately.
11     DANIEL DEMORA:  Follow me.  I
12  was going to ask you.  I really would
13  like to work with you.  I am a
14  translator and I love America.  And I
15  was born in Brazil, so I love the
16  Brazilian people.  Thank you.
17     PATRICK BYRNE:  Well, I'd love
18  to hear from you.  Get in touch with
19  me.  Yehuda, can help you.
20     Yes.  You know what you're
21  talking about.  There is a -- the
22  problem with this is when you talk
23  about this, people say, Venezuela,
24  Cuba, these are just these banana
25  republics, what are they -- well,

98

1  Cuba's not even a republic, but, you
2  know, how can they do anything?
3     Yeah, Cuba -- you know, its
4  soldiers are trained with broomsticks
5  instead of guns and so people laugh at
6  the idea that Cuba and Venezuela could
7  have concurred us, but they are
8  conquering us.
9     This is what happened.  Cuba had
10  its own version of the NSA, and when
11  the Soviet Union fell, the -- that
12  institute, that place in Cuba that was
13  their NSA, closed down -- well, it
14  didn't close.  It changed its name and
15  it became the institute of -- I forget
16  the name, but it's named after some
17  Latin revolutionary, Simon Bolivar or
18  something, but it's not Simon Bolivar.
19     And it really became -- so
20  Venezuela sends its young promising
21  computer kids, youngsters, over to
22  Cuba for year or two of computer
23  science training and they go to this
24  institute.  But the institute doesn't
25  just train them in computer science,

99

1  it trains them in Bolivarian politics
2  and Bolivarian revolutionary politics
3  and makes die-hard communist
4  revolutionaries out of them.
5     And so people can laugh all they
6  want about the idea of Cuba and
7  Venezuela conquering the USA, but
8  that's just what happened.  But
9  they're smart and they didn't conquer
10  us with tanks and planes and such.
11     The young Venezuelans -- and
12  I've been to Venezuela and anyone who
13  reads my book, which I encourage, not
14  because I'm trying to make a couple
15  bucks, but look up on the Amazon the
16  book Danger Close by Patrick Byrne.
17  It came out a few months ago.  It's
18  number one in espionage most of the
19  time in the last few months.
20     And I revealed that I've
21  actually had a relationship to the
22  government my -- basically my whole
23  adult life.  Not even my adult life,
24  more than my adult life.  And I'm not
25  going to go into it any further other

100

1  than what's in the book.
2     But I've had a relationship to
3  the U.S. Government my whole live.
4  And there's even a picture of me --
5  the Venezuelan Government on their
6  official Instagram page on March 6,
7  2018, just six years ago, there's a
8  picture of me standing in Venezuela in
9  a government computer science center.
10  That's -- you can read the book and
11  you'll understand more about how all
12  this fits together.
13     But so this institute in Cuba is
14  where young computer scientists from
15  lefty countries around Latin America,
16  but especially Venezuela, they go and
17  they learn computer science.  They
18  learn -- they learn revolutionary
19  Bolivarian politics and they come --
20  and so it's sophisticated enough to
21  defeat the United States.
22     And that they -- so the
23  Venezuelan computer science community
24  has largely graduated from this school
25  and they're ultra lefty.  They hate

101

1  the United States, they're trying to
2  destroy us.
3      And this whole thing was put
4  together between -- really the chain
5  of command is China, Russia and Iran
6  are not say in the chain of command so
7  much as they are the -- let's say
8  they're observers to the chain of
9  command, Cuba and Venezuela, and then
10 the Mexican cartels.
11     So this is really a
12 Cuban-Venezuelan military intelligence
13 has put all this together.
14     By the way, there's a key figure
15 named ███████ He's a key
16 figure at Dominion. ████████ is
17 a Cuban intelligence officer, but he's
18 actually an employee of Dominion, but
19 he's also a Cuban intelligence
20 officer.
21     And they -- so they've put -- it
22 was very clever what they've done.
23 Kind Americans, I'm sorry, folks, I
24 don't mean to be disrespectful, but
25 Americans are so -- I don't want to

102

1  say sick, but you're so -- they're so
2  simple and you don't understand the --
3  they don't understand the world.  They
4  didn't come at us with tanks and
5  bombs.  They came at us through some
6  version and through this technology.
7      So Cuba and Venezuela -- these
8  Venezuelans, many of them were trained
9  in Cuba in this communist radical
10 institute.  By the way, you will see
11 it and I've posted this on Twitter --
12 oh, you asked -- somebody asked about
13 Jorge Rodriguez.  Good for you.
14     Jorge Rodriguez is kind of a
15 mastermind.  He's a Venezuelan, he's a
16 psychiatrist.  I think of him as
17 Hannibal Lecter.  He's a psychiatrist.
18 His father was some kind of
19 revolutionary that was put in prison.
20 He was like a communist revolutionary.
21     He was in -- according to some,
22 he was a communist revolutionary.
23 According to others, he was a guy who
24 captured -- kidnapped people and
25 tortured them and demanded ransoms.

103

1  Anyway, at about -- who knows what the
2  truth is.  Maybe both are true.
3      I think around 1978, he died
4  depending on who you talk to, died in
5  prison or the CIA picked him up -- you
6  know, picked him up in a helicopter
7  and dropped him off in the Caribbean.
8  Who knows what.  But his two children
9  hate the United States.
10     One is a psychiatrist named
11 Jorge Rodriguez.  The other is Delcy
12 Rodriguez.  Delcy Rodriguez is
13 currently the Vice President of
14 Venezuela.  And on Sunday, she is
15 slated to be elected the President of
16 Venezuela.
17     But it's really her brother,
18 Jorge Rodriguez, the Hannibal Lecter,
19 and he must be a very smart fellow.  I
20 can't help -- a piece of me kind of
21 wants to tip my hat to these people.
22 You know, they defeated -- or almost
23 have defeated the United States.  It's
24 hanging by a thread.
25     And they did it and they're

104

1  just -- you know, these -- and they're
2  very angry.  They believe that the
3  United States killed their father.
4  And maybe the United States did kill
5  their father, and I'm sorry about
6  that.  I mean maybe we should stop
7  doing stuff like that, who knows.  I
8  don't know.
9      But Jorge Rodriguez and Delcy
10 Rodriguez, their father was killed in,
11 I think, around 1978 and they have a
12 huge chip on their shoulder towards
13 the United States.  And Jorge is --
14 the sister Delcy is about to be, on
15 Sunday, probably elected president
16 and -- but her brother, Jorge, is
17 really the mastermind behind the
18 cartels, behind the government,
19 everything.
20     In fact, it was either Maduro or
21 the President Maduro or another guy
22 named Diosdado Cabello, who a week
23 before our election of 2020 gave this
24 strange speech where he said in the
25 speech -- and I posted this clip

105

1  several months ago up on my Twitter --
2  he said something kind of oblique
3  like, I can feel a Bolivarian breeze
4  blowing and it's blowing and it's
5  going to reach the United States next
6  week.
7       Well, Bolivar, Simon Bolivar was
8  a Latin revolutionary.  He was kind of
9  their George Washington.  And what he
10  was referring to, his -- whoever that
11  was, I think it was Diosdado Cabello
12  who's the head of the cartel, I think,
13  was the guy saying that, and he said a
14  Bolivarian revolution -- breeze is
15  going to reach the United States next
16  week.
17       What he was referring to was we
18  were going to corrupt the election
19  next week.  And he -- that's what he
20  meant and this was a week before our
21  election of 2020 and you can find that
22  clip in my Twitter feed.
23       So they -- so what's happened is
24  the Venezuelan Mafia, the Venezuelan
25  Cartel has been the leading edge of

107

1  lead election investigator and citizen
2  auditor and wanted to thank everybody
3  for their hard work exposing the
4  vulnerabilities and risks of using our
5  electronic voting systems and
6  supporting our national treasure, Tina
7  Peters.
8       She hasn't just been fighting in
9  Colorado.  She's gone across the
10  nation spreading the word that she was
11  once a believer in these systems and,
12  you know, blindly tried to --
13       YEHUDA MILLER:  Hold here a sec.
14       LAURIE GALLAGHER:  Blindly
15  trusted them.  And so please support
16  her in any way you can, and thank you
17  all for your hard work exposing this.
18       PATRICK BYRNE:  Tina Peters is
19  the Joan of Arc.  Tina Peters is going
20  to go down in history for what she
21  did, in a good way.
22       YEHUDA MILLER:  Okay.
23  Fantastic.  Now, let's call up Aubrey.
24  Go ahead, Aubrey from Texas.
25       PATRICK BYRNE:  Oh, Aubrey from

106

1  this effort.  The chairman of the
2  board behind all this effort is
3  communist China, is the CCP.
4       But, anyway, somebody asked me
5  about Jorge Rodriguez, and Jorge
6  Rodriguez is basically the Hannibal
7  Lecter and his sister is the VP and
8  about to be the President of
9  Venezuela.
10       YEHUDA MILLER:  Okay.
11  Fantastic.  Now, we're going to call
12  up Laurie Gallagher.
13       Laurie, are you there?
14       LAURIE GALLAGHER:  Hey, Yehuda.
15  How are you doing?  Can you hear me?
16       YEHUDA MILLER:  Good.  Sure, go
17  ahead.
18       LAURIE GALLAGHER:  Hey, hi.
19  Thank you so much.  I just popped in
20  and got to hear some of those
21  fascinating -- this fascinating story
22  by Patrick.  I'm going to have to look
23  up his book.
24       I just wanted to tell y'all, I'm
25  Cause of America Mike Lindell's Texas

108

1  Texas.
2       AUBREY:  Yes.  Hi, Patrick.  How
3  are you doing?
4       PATRICK BYRNE:  My heart throbs
5  like an eagle to hear your -- to speak
6  to you.  It's funny, we communicate by
7  text.  I don't think -- have we ever
8  met or spoken?  I forget.
9       AUBREY:  Yes, we've met twice,
10  but both times I think we had tied a
11  few horns.  So we had a couple beers
12  both times.
13       Actually, we met after the
14  Hotze -- Steve Hotze event down in
15  Houston a couple years back.  There's
16  an after-party in which Bryson Gray
17  was rapping and, for some reason, you
18  were there.  It was great.  But all
19  the questions --
20       PATRICK BYRNE:  What you've
21  done, Audrey -- I was just reading
22  your stuff again about what you've
23  done.  I mean, you are a model.  If we
24  had 300 people like you -- shoot, if
25  we had 30 people like you in the three

109

1  most populous counties in America,
2  we'd have a different county.
3      You are extraordinary in what
4  you've done in Texas and how you've
5  dug in and gotten your finger -- dirt
6  under your fingernails and how you've
7  changed things just inch by -- you
8  know, it's a game of inches as they
9  say in football.  You are -- and the
10  inches are everywhere.  And you were
11  down in Tarrant County and across
12  Texas.
13      Didn't you just have another
14  huge victory in Texas?  You've got --
15  or in Tarrant County, you've gotten
16  them to -- I don't know vote by -- you
17  just had some big victory, I know.
18      AUBREY:  Well, so we had -- I've
19  been working for a while on restoring
20  Tarrant County to the proper ballot
21  numbering laws.
22      We have a really nice ballot
23  numbering system in Texas that allows
24  for the -- for you to detect if any
25  ballots have been inserted into a

110

1  certain sequence that's been assigned
2  to a given location.
3      And when Heider Garcia -- I call
4  him -- he doesn't like it when I call
5  him this, so I told him I would stop
6  calling him Heider Smartmatic
7  Garcia -- he eliminated the ballot
8  numbering system as well as
9  in-precinct voting, and a few other
10  factors that allow us to truly audit
11  the election results.
12      He did away with several of
13  these provisions and so -- and it is,
14  it's a game of inches.  You know,
15  we're over 20 years down this timeline
16  and we're just realizing what's
17  happening.  So they took it inch by
18  inch and we're going to have to take
19  it back that way, but we kind of don't
20  have a whole lot of time.
21      So luckily this effort that I've
22  been trying to achieve, the proper
23  ballot numbering in Tarrant County, we
24  just got that granted maybe a month
25  ago.  It was actually the first day of

111

1  Barry Wernick's recount.
2      And I was supposed to be watcher
3  there because Heider Garcia left
4  Tarrant County, Heider Smartmatic
5  Garcia left my county, I guess the
6  pressure got too much for him, and he
7  went over to Dallas County.  And so we
8  had to go and investigate some of
9  those elections.
10      On the first day of Barry
11  Wernick's recount, I was driving out
12  to his recount and I got the
13  notification that they put the ballot
14  numbering on the Tarrant County
15  commissioner's court, and just like
16  that, commissioner's court finally
17  agreed, we need to go back to
18  following the law.
19      So we're looking to next force
20  in-precinct voting by exposing the
21  violation of ballot secrecy, which is
22  facilitated by countywide voting,
23  which the e-poll books, you know --
24      PATRICK BYRNE:  Yep.
25      AUBREY:  -- have to have

112

1  countywide voting to justify bringing
2  in the e-poll books, you know, which
3  is one measure of how they're kind of
4  tracking the system.
5      So we got the ballots numbered.
6  We are about to -- I'm scheduling a
7  meeting with Tarrant County Sheriff
8  Bill Waybourn and Barry Wernick to go
9  over the ballot secrecy violations.
10  And I believe after that, we'll force
11  Tarrant County back into voting
12  in-precinct.
13      And Barry and I are looking to
14  make that effect statewide.  Well, as
15  soon as one county decides to go back
16  to it, we think it will have a domino
17  effect.  Everybody will be going back
18  to voting in-precinct.  That will
19  automatically restore auditability and
20  automatically protect ballot secrecy.
21      The worst part about all of this
22  is that, you know, Heider has known
23  several people, including the
24  secretary of state's office, have
25  known about the ballot secrecy issue.

113

1  The only people that didn't seem to
2  know were the legislature.
3       And so -- and I appreciate
4  everything that you said -- you're so
5  kind, Patrick, you're so generous and
6  I want to thank you and bless you.
7  And we pray for you all the time
8  because we never know where you're at
9  or what's going to happen, but just
10  please be careful out there because we
11  need you.
12       And I do have a question.  You
13  know, I've got state and federal
14  legislation that actually doesn't
15  address the machines specifically, but
16  it's designed to sort of like make the
17  environment inhospitable for the
18  machines.
19       And I wonder, you know, which
20  it -- which probably what you're
21  asking about is the most recent thing
22  I sent to you was, I actually got
23  Sheriff County Bill Waybourn to sit
24  down and look at a hand-marked,
25  hand-counted paper ballot process.

114

1       That's the process, it's called
2  echo 65, and that's the process we
3  want to move to away way from the
4  machines.  Everybody that's seen it
5  really likes it because it's so
6  simple.
7       And so my question is, do you
8  think we could be successful in the
9  next few legislative sessions, if we
10  push really, really hard with our
11  legislature to take the power away
12  from the secretaries of state to
13  authorize whatever they want in our
14  elections because that's currently
15  what's happening -- if we show them
16  how complicated and how
17  overcomplicated and overly technical
18  the elections have become and ask our
19  legislature, hey, you know, per
20  Article 1, Section 4, y'all wasn't
21  supposed to be authorizing everything
22  with our state elections, but y'all
23  have not authorized any of this stuff.
24  It's just been happening behind your
25  backs.

115

1       Do you think that if the
2  legislature saw how overly complicated
3  the machines truly have gotten, like
4  if we truly confronted them about
5  this, look at Tina Peters case and how
6  technical.  They can't even really --
7  you now, it's like, we can hardly find
8  the fraud and then they're struggling
9  trying to find a real crime, you know,
10  to charge her with.  They're making
11  stuff up.
12       If we show them how overly
13  complicated this -- these machines
14  are, would -- how successful do you
15  think we could be at the federal and
16  the state level to totally overhaul
17  this and have the legislature say, you
18  know what, we're not all computer
19  engineers, so we might need to take a
20  look at this and basically anything we
21  don't understand, I'm not sure we can
22  authorize for use in U.S. elections.
23       You know what I'm asking?  Do
24  you think that the --
25       PATRICK BYRNE:  Absolutely.

116

1       AUBREY:  -- you know, is kind of
2  like aware of how little they know?
3       RAYLA CAMPBELL:  Patrick, can I
4  chime in on this one first for a
5  minute?
6       PATRICK BYRNE:  Go ahead.
7       RAYLA CAMPBELL:  So in
8  Massachusetts, we do vote by paper and
9  we vote at the local ward and precinct
10  level.  And on Election Day, the
11  public schools are closed, so that
12  they are used as polling stations
13  along with a bunch of churches.  So
14  people don't -- there's an election,
15  they can go right down in their local
16  neighborhood and vote. It's not far.
17  It's not a difficult process.
18       The ballots are also counted
19  that night right there at that local
20  ward and precinct level.  And then
21  after everything is counted and
22  tabulated, they hand-count them by --
23  they hand-count the paper ballots to
24  make sure that they match up with the
25  tabulators.  And then after that

117

1  process, then they are brought to the
2  town clerk's office, or if you're in a
3  city, then it goes down to the
4  elections divisions.
5      The cities are the problem
6  because they have more corruption, but
7  the towns are the ones that do it
8  right because they do not want to have
9  it come back on them.
10      So when you are taking in, this
11  is a really important thing -- taking
12  some away from the secretary of
13  state's office and also holding the
14  clerk's accountable for their action
15  and what goes on in their communities
16  with their counting those ballots,
17  that is where you're bringing it back
18  to the people.
19      So we have transparency and we
20  also have the clerks who do not want
21  to have any type of fraudulent or
22  illegal action happen under their
23  watch because it's going to ultimately
24  come back on them.
25      So the big push that needs to be

118

1  going on is voting in person, voting
2  paper ballots, use a tabulator just to
3  count the ballots.  And then after
4  that, it is making sure that you're
5  hand-counting them, it matches up,
6  they are kept there locally in the
7  local -- they're never sent up from
8  the town -- cities and towns are never
9  sent up to the secretary of state's
10  office.  They're kept in a vault in
11  the town clerk's office.
12      And that's what should be
13  happening and we need to be pushing
14  that and looking at the process that
15  does work in other states.
16      The corruption, like I said,
17  comes from the cities and where they
18  will claim that they're under -- so
19  the person didn't circle in the bubble
20  and fill in the person's name or they
21  wrote below the line.
22      That happened in my case, which
23  is, again, illegal because it's voter
24  intent, but you have to have all of
25  the funding behind you to go after

119

1  these people.  But if you bring it
2  back, where you're holding the clerks
3  accountable and responsible, those
4  numbers need to match up from the
5  local clerk's office to what is
6  reported to the secretary of state.
7      RAYLA CAMPBELL:  Yes.  Back to
8  Patrick.
9      PATRICK BYRNE:  Hallelujah.
10      AUBREY:  That's a key point.
11  What you said about them being counted
12  at that location, that's a key point
13  to the echo 65 method.
14      And so I think probably the
15  model that you guys have and the model
16  that's been come up with by the
17  Gillespie County Texas GOP, I think
18  we've got a lot of parallels and I
19  really think we need to push for
20  legislation to go back to that style,
21  you know, to make it as simple as
22  possible.
23      But, Patrick, do you think that
24  the representatives have an appetite
25  for that, going back to elections that

120

1  they can actually understand?  Because
2  what I experienced is they don't even
3  have any idea what's going on.  They
4  don't know what's been authorized.
5      PATRICK BYRNE:  Well, they're
6  kind of sick.  They're kind of --
7  Aubrey, thank you and, Rayla, thank
8  you.  Let me comment on that.
9      I used to work for Warren
10  Buffett and Buffett in 1999, '98, I
11  was computerizing, putting in computer
12  systems in the company and I was
13  probably -- God, that was a long time
14  ago.  How old am I?
15      But I was -- I was all about
16  computerizing this manufacturing
17  company that I had responsibility for.
18  And Buffett, correctly, basically was
19  trying to tell me, Patrick, you're too
20  enamored thinking that computers are
21  going to save us all this time and
22  such.
23      I want you to study a bank, and
24  it was a bank out in California, Long
25  Beach.  They had been called the Bank

121

1  of Long Beach or something.  And had
2  me look at the financials and it was
3  the most deficient, midsized bank in
4  America.  It was the most deficient --
5  maybe it was midsized to small, but it
6  had a small number of branches and it
7  had a headquarters in Long Beach,
8  California.
9      And it had the most deficient
10  ratios, the most deficient expense
11  ratios that -- of any bank in America.
12  And you go out to Long Beach,
13  California and looked at this bank and
14  it was a big hall with two brothers.
15      They were like 92 and 93 years
16  old, and I'm not exaggerating, 92,
17  93-year-old brothers ran this bank in
18  this big hall and there was a stage
19  at -- I mean like a platform, a raised
20  platform, at one end of this big hall
21  and these two brothers up on a --
22  like, a partner desk.
23      It was like Bob Cratchit and
24  Ebenezer Scrooge and they sat up in a
25  partner's desk and they oversaw this

122

1  whole hall.  And this bank ran like a
2  bank would have run in 1905 or 1898
3  rather than 1998.  And there was not a
4  computer in the place.  And it was the
5  most simple -- they had everything on
6  index cards and charts they looked up,
7  and so on and so forth.  And they ran
8  this -- and it wasn't a little bank.
9  It was a good-sized bank.  And
10  California had the most deficient
11  ratios in the America of any bank of
12  its size, and there was not a computer
13  in the place.  It was a 92 and
14  93-year-old brothers at the end of
15  this hall and they did everything just
16  like they would have done 100 years
17  ago.  And it was the most efficient,
18  by the ratios, by the numbers, it was
19  the most efficient bank in America
20  and -- of its size.
21      And his point to me was people
22  get overly absorbed with the computers
23  and they think it's going to bring all
24  this -- oh, by the way, I've got a
25  note that Dominion is on.  I love that

123

1  Dominion is on the phone.
2      And I want to emphasize that
3  nothing I've said tonight has anything
4  any discovery from Dominion.  So no
5  reason to get your panties in a wad,
6  Dominion.  This isn't from anything to
7  do with the discovery.  I've never
8  even looked at your discovery.
9      YEHUDA MILLER:  Well, I just
10  invited our Dominion -- I invited them
11  as a speaker to join if they would
12  like to say something.  I don't --
13      UNIDENTIFIED SPEAKER:  Those
14  listening at Dominion, please -- I
15  accept the invite and join the
16  conversation.
17      PATRICK BYRNE:  Please.  But let
18  me continue answering.
19      So Buffett's point to me was
20  that this theory that by computerizing
21  everything is getting it more
22  efficient was total, happy horseshit.
23  The most deficient bank in America
24  wasn't a -- didn't have a computer in
25  the place.  Didn't have a computer in

124

1  the place.
2      And similarly, the United States
3  has been teaching, for 70 years, has
4  been teaching foreign nations how to
5  do elections.  And all of these
6  principles we teach -- first of all,
7  an election, first principle of
8  elections internationally is that an
9  election without transparency has zero
10  credibility.
11      That's what the United States
12  state department has been teaching for
13  decades.  If you have no transparency,
14  it has zero credibility.  Well, we
15  have elections on these black boxes
16  that nobody knows how anything works
17  and so there is no transparency.
18      And when you try -- Yehuda, as
19  no one knows more than you, when you
20  try to dig into anything, for the
21  first time in America, we've actually,
22  in the last four years, been digging
23  into elections.  And they use all this
24  law fair and everything they can to
25  stop us from even the most rudimentary

125

1   checks and balances, which there's no
2   transparency.
3       And the computers do not make
4   anything more efficient and you can
5   actually use a hand system -- so we
6   teach around the world, we teach that
7   you have to have transparency, you
8   have to have same-day voting, people
9   show up with an ID, and you count --
10  and this is what's so crucial -- you
11  count the ballots where they are
12  voted.  You don't chuck them.
13      Once you chuck them, you count
14  them at the precinct.  Once you start
15  chucking them, the counties and
16  such -- counties and counties, that's
17  where all the mischief comes in.
18      So there's this very simple
19  system that you can teach people, that
20  we have been teaching people all over
21  the world, in Burundi and Botswana and
22  Bangladesh, we teach this very simple
23  system.  You hand-count the ballots,
24  you know, there's a plastic bag and
25  each person in the precinct goes up

127

1   YouTube that show how it's done.
2       It's very quick and efficient
3   and takes about an hour after the --
4   if that -- after the precinct
5   finish -- after the ballot -- after
6   the voting closes, the precinct has
7   done all of its counting, it's all
8   public, anyone who wants to can sit
9   there and watch it.  It's all been
10  public and they come up for their
11  tallies.  It's this very public
12  transparent system.
13      Both parties initial it, they
14  drop these the results into the
15  plastic bag, they seal it up with a
16  masking tape, they initial it, and now
17  that can be trucked to county.  But
18  meanwhile, those numbers are reported,
19  like a three-digit number for each
20  candidate, whatever, it gets reported
21  up, and then the county adds up a
22  string of three-digit numbers and then
23  that gets up to state.
24      And the whole thing is done by
25  10:00 p.m.  And at 10:00 p.m., you

126

1   and drops one piece of paper in the
2   plastic bag.
3       And so some little, old lady
4   anyone who wants to be sure of their
5   elections can sit there all day at
6   their precinct and they can see, okay,
7   193 people walked up and dropped a
8   piece of paper into -- dropped their
9   ballot in the bag.
10      At 7:00, they stop the ballot,
11  they stop the voting, they dump the
12  ballots out on a table, they count
13  them publicly, the 193 ballots and
14  190 -- any citizen who's concerned can
15  sit there all day and just see how
16  many people dropped the ballot in the
17  clear plastic bag.  And sure enough,
18  there's 193 people voted and 193
19  ballots there.
20      And then there's this very
21  simple system for counting publically.
22  You know, people from both parties and
23  one person's -- you know, each
24  election is calling something out.
25  You can even find these things on

128

1   have your answer and every link in
2   that chain has been completely
3   transparent.  There is no one who can
4   doubt it.  There's no -- if you
5   don't -- if you think there's
6   cheating, you just sit -- you know,
7   you have your grandmother sit in
8   that -- you and your grandmother take
9   shifts.
10      You sit in that -- your precinct
11  down at the junior high school that
12  day, you just sit there and count and
13  just see how many people dropped the
14  ballot into the clear plastic bag and
15  you make a mark.  And at the end of
16  the day, the number of ballots has to
17  match that mark.  The count doesn't
18  really even take an hour to count when
19  you have this system.
20      Guy -- that America Project and
21  Carlito -- Carl Johnson, who's the CEO
22  of the America Project, is on the
23  phone.  He can even get people in
24  touch with Tim Meisburger.  He spent
25  23 years abroad for the state

129

1  department teaching countries how to
2  do this on behalf of the U.S.
3       They count everything up, every
4  little link in the chain is
5  transparent, can't be doubted.  It's
6  completely decentralized and the whole
7  nation has its results by 10:00 p.m.
8  at night and there's no -- no
9  component can be challenged.  Every
10  single piece is transparent.
11      Here in the U.S., we spent
12  billions on this crap machinery that
13  really all comes out of Venezuela.
14  The software does.  Let me get back to
15  that in a second.  They -- it comes
16  out of Venezuela and, you know, we
17  take weeks or months to count our
18  stuff.  It's crazy.
19      And just like the banks, who
20  think that they're going to get so
21  much for efficient if they just
22  computerize everything, no.  It turns
23  into to the 93-year-old and
24  94-year-old brothers in Long Beach,
25  California having the most deficient

130

1  bank in America, and it's the one that
2  there isn't a computer in the place.
3       And we can all return to this.
4  You want to count at the precinct
5  level, you use the system.  I don't
6  know about echo 65, Tim Meisburger of
7  the state department can formally --
8  can -- knows this whole system and
9  teaches -- has taught it around the
10  world.
11      That's very public, very
12  transparent.  The whole nation has his
13  answer by 10:00 p.m. at night and
14  there's nothing that can be doubted.
15  It's a far better system.
16      You know, another thing Buffett
17  says is something, how does he put it?
18  A thing not worth doing well isn't
19  worth doing, or something like that.
20  Just the opposite of anything worth
21  doing is worth doing well.  He says,
22  something not worth doing well isn't
23  worth doing.
24      You know, these computers, even
25  if you did make that like computerized

131

1  systems good, it's just not worth
2  doing because you don't have
3  transparency, nobody knows what's
4  going on in the code.  You're just
5  betting off doing it like you're
6  talking about, by hand, Rayla.
7       And you know what, in
8  three hours the whole thing is done,
9  and no one has any -- no one can
10  challenge any piece of it.  And that's
11  absolutely what the United States
12  should return to.
13      I'll tell you something else,
14  there's a factory, Smartmatic has a
15  factory in Taiwan that makes these
16  machines.  And they come to the end of
17  the assembly line in this factory in
18  Taiwan, and at the end of the assembly
19  line, they get stamped on them -- they
20  get the brand of Dominion, or Hart, or
21  ES&S or something.  But it's just --
22  it's just a little hoogamajig (ph)
23  that gets put on the machine.  It's
24  all coming off the same factory line.
25      And here's something even

132

1  funnier.  That factory line isn't
2  really a factory line.  It's an
3  assembly line.  The components all
4  come out of mainland China.
5       The mother board in particular
6  comes from a factory that's about 60
7  miles.  And, again, I emphasize to
8  Dominion, none of this comes out of
9  any of the equipment -- any of the
10  Dominion -- I -- any of the Dominion
11  discovery I have.  This all comes out
12  of defectors within your own ranks and
13  photographs and affidavits and
14  everything else.  You have all of
15  these effectors within your own ranks
16  who have turned this all over to us.
17      There's a factory 60 miles from
18  Beijing where all this stuff, the
19  components, are all manufactured.
20  They are shipped, more or less
21  assembled, to Taiwan and this place in
22  Taiwan makes it look like they're
23  manufacturing it.  They're not
24  manufacturing shit.  They're just
25  assembling the stuff, if that, and

133

1  putting the label on it of these
2  different companies.
3      This all comes out of communist
4  China. So when you vote in America or
5  all over the world, you think you're
6  holding a free election. The hardware
7  you're voting on was made 60 miles
8  from Beijing and the software comes
9  out of Caracas, Venezuela.
10      Does that scare you? Literally
11 the hardware that the world is voting
12 on, the mother board in the computer
13 is the equivalent of the frontal lobe
14 in a human brain. It's where all the
15 action is. And you can burn stuff
16 into the mother board -- you can burn
17 stuff into hardware on a computer now
18 in a way that no inspection can find.
19      The supply chain really comes
20 out of the factory that's 60 miles
21 from Beijing and it is assembled,
22 light assembly, in Taiwan and then
23 these different brands are put on it.
24      But communist China, these
25 machines come out of a place 60 miles

134

1  from Beijing and the software comes
2  out of Caracas, Venezuela and
3  everything else and smoke and mirrors.
4      So we hacked --
5      YEHUDA MILLER: Wow.
6      PATRICK BYRNE: Yeah.
7      YEHUDA MILLER: Excellent.
8  Excellent. Wow, that's just
9  absolutely fantastic. Everyone here,
10 including our special guest Dominion
11 here today, I just want to remind
12 everybody that there was a Time
13 Magazine article that the CEO of
14 Dominion announced that he predicts
15 his business would go to zero. So
16 we'll just -- I guess we're watching
17 that process happen.
18      PATRICK BYRNE: Well, he's a
19 criminal. ███████████ is a criminal.
20 He's suing me, and I've got no -- I
21 can't wait to get in court against
22 you, Dominion. I can't -- well,
23 you're never going to see court
24 because this is all going to be -- I
25 mean, I'd love to be in court with

135

1  you. I can prove everything I'm
2  saying.
3      You folks know -- I know you
4  folks know I'm right. I know that
5  they know I'm right because of -- I
6  know that they -- I know that they
7  know that I'm telling the truth. And
8  I can't say anymore than that because
9  it would give them some reason to say,
10 oh, I'm saying this based on
11 discovery, but I will say that -- and
12 it isn't -- I swear to God.
13      In fact, I'm going to say
14 something because they raised
15 something in court in D.C. Dominion
16 has some female attorney who got all
17 choked up in court. I want to tell
18 that woman, try to be less emotional.
19 Just try to be less emotional, lady.
20      But they -- she got all choked
21 up in court trying to defend Dominion.
22 Ma'am, you should try to be a little
23 less emotional in court. This is
24 what's really going on. The Dominion
25 has -- Dominion, you should talk to

136

1  Goldman Sachs. Goldman Sachs thought
2  they were going to make me back down.
3  I went $35 million. I spent
4  34 million fighting them.
5      By the way, I now have unlimited
6  funds. I'm over here in Baku,
7  Azerbaijan. There are a lot of people
8  who don't want to see the United
9  States fall. I'll put it that way.
10 I've got more money than God behind
11 me.
12      You want to fight it out,
13 Dominion? I'll fight this out. I've
14 got people behind me with more money
15 than God. And they don't want to see
16 the U.S. fall, so, you know, you make
17 your own call.
18      But all of this machine, the
19 software's all junk code out of
20 Venezuela. The machines made in -- or
21 the components are made in Beijing,
22 China or not far from Beijing, China.
23 They know that I'm telling the truth
24 about all of this and they're all
25 scrambling.

137

1    In the last couple months, they
2  fired all these Venezuelan employees
3  they have, by the way.  In the last
4  couple months, Dominion has fired a
5  whole bunch of -- well, a whole bunch
6  of Venezuelan employees have left
7  Dominion.  There's like China --
8  everybody knows that the ship is
9  sinking.
10    So they've gotten all these
11  Venezuelans who were in and around
12  this system, around these systems,
13  have all left Dominion the last couple
14  months.  They know -- or maybe it's
15  Dominion firing them -- they know that
16  their goose is cooked.
17    I think they're just hoping to
18  make it four more months to the
19  upcoming election and then the
20  Chavista Revolution is complete and
21  the goons have won.  And they won't be
22  able to...
23    But Dominion is -- yeah, they --
24  it's just a mask.  The real center of
25  gravity, technologically, with

139

1  spread the truth.  You are an absolute
2  truth teller and it's amazing.
3    I recommend everyone to go out
4  and get his book because I read it so
5  quickly, it kept -- I couldn't -- I
6  couldn't look away from it.  And it's
7  like a spy novel, but it's all true.
8  I mean it's like -- you think it's a
9  fiction, but this is all the truth.
10    And I think you'll get a little
11  bit better --
12    PATRICK BYRNE:  Barry?
13    BARRY WERNICK:  Yes.
14    PATRICK BYRNE:  Barry, as they
15  say in Hollywood about some scripts,
16  it reads better than it played.
17    BARRY WERNICK:  Oh.
18    PATRICK BYRNE:  And I can tell
19  someone's smart when they read that
20  book, Danger Close, which is a short
21  book, and like smart people pick it
22  up, they tell -- they say just what
23  you said, like, God, I picked it up, I
24  read it straight through.
25    It answers all the questions

138

1  Dominion, the next layer back is
2  actually Serbia.  And then behind
3  Serbia, it's all Venezuelan junk.
4    YEHUDA MILLER:  Wow.  Excellent.
5  Fantastic.  Okay.  We have Barry
6  Wernick here.  Barry, could we bring
7  up Barry?  He requested a question or
8  comment.  Go ahead.
9    BARRY WERNICK:  All right.  I
10  have to unmute.  All right.  I'm here?
11  Right.
12    YEHUDA MILLER:  Yep, we can hear
13  you.
14    BARRY WERNICK:  Thanks a lot for
15  doing all this and the America
16  Project, and I just want to thank
17  Patrick Byrne for being so open.
18    Am I echoing or do I hear
19  yourself?
20    YEHUDA MILLER:  No, you're good,
21  you're good.  Go ahead, Barry.
22    BARRY WERNICK:  So I did want to
23  thank, especially you, Patrick, for
24  helping me in our recount, helping me
25  with your efforts and also helping

140

1  about what's really going on.  I was
2  in the middle of all of this, and in a
3  way that I revealed in the book.  So
4  thank you, thank you.  Go ahead.
5    BARRY WERNICK:  Yeah, I couldn't
6  put it down.  And really, I recommend
7  everyone -- if you don't know Patrick
8  Byrne, who he is or -- if you can
9  trust what he says, right, read the
10  book and you'll have a whole new
11  appreciation for who Patrick Byrne is
12  and how he -- what he is doing to
13  stand up for our country and for what
14  is right.
15    I wanted to follow up, also, I
16  see there are all these other Texas
17  people here, like Aubrey who was on my
18  recount team and really has been
19  helping me continue forward.  Laurie
20  Gallagher here as well.
21    We've got an effort that we've
22  basically got in place, and that is
23  getting rid of the countywide voting,
24  and those are vote centers.  There are
25  18 states that either offer or require

141

1  it.  And I saw that, Rayla, they don't
2  have that, thank God, in
3  Massachusetts.  But it is a nightmare.
4  It creates both an auditing nightmare
5  mare for anyone doing the recount
6  because of the chain of custody issues
7  that are involved.
8       So if you think about all the
9  illegals that are coming in or anyone
10 else that's being registered, try
11 auditing in a countywide system when
12 you've got seals on ballot boxes
13 missing and you don't know that the
14 serial numbers don't match what the
15 judges write on their seal log
16 certificates and what's written --
17 what's actually on that particular
18 ballot box.
19      And what we noticed was not only
20 all these issues, but we noticed
21 that -- well, we noticed as we were
22 doing the recount that there were
23 ballots from precincts that were --
24 well, their voter privacy was at risk.
25      And why?  Because they were the

142

1  only one from that precinct to vote at
2  that particular polling location.  So
3  we started digging deeper and we found
4  about 18,000 Dallas County voters
5  whose voter privacy rights were
6  violated.  The ballot secrecy, their
7  constitutional right to a secret
8  ballot, was violated and about 150,000
9  across the state of Texas.  And that's
10 due to the countywide voting.
11      So we've been pushing the
12 attorney general and we're about to
13 file some federal lawsuits regarding
14 eliminating countywide voting, getting
15 an emergency injunction against it,
16 hopefully before November, and go back
17 to in-precinct or combined precinct
18 voting.
19      And, you know, what our thoughts
20 are, once you're there, you realize,
21 what do we even need these machines
22 for?  Sorry, Dominion.  I know you're
23 on this space, but, yeah, what do you
24 need the machines for?  You can go
25 in-precinct and it's a waste of a lot

143

1  of money.
2       And now, you can actually audit
3  the vote.  What we found out is
4  there's no way to strike a ballot when
5  you do countywide voting.  There's no
6  way to strike a balance between
7  auditability and secrecy of the
8  ballot.
9       And so what they're trying to do
10 in Texas now is say, let's redact
11 information, public information, that
12 we need to audit the vote.  So what
13 happens is you redact the information
14 and now it's no longer auditable,
15 which makes the election illegal.
16      So the only way to make these
17 elections legal, that means have
18 privacy rights restored and have
19 auditability, is to go back to
20 in-precinct voting.  And I take it one
21 step further.  Once you're there, the
22 secrecy of the ballot -- well, that's
23 always been violated once you throw in
24 an electronic voting system because
25 the electronic voting system,

144

1  whoever's running it has broken the
2  secrecy of the ballot.
3       Anyway, these are things that
4  we're pushing forward to and if we can
5  get public awareness out there and let
6  other people know that, you know, just
7  what you were saying, Patrick, and
8  what everyone else is talking about
9  here, in-precinct hand-marked ballots.
10      Let's do it, we can do it, and
11 let's -- thanks for having this space.
12 And we're all praying for Tina Peters.
13 We're praying for you, Patrick, as
14 well.
15      YEHUDA MILLER:  Great job, great
16 job.
17      RAYLA CAMPBELL:  And it's really
18 important to point out that, remember,
19 we have a constitution and if we go
20 back to each individual state in your
21 state constitution and what it states
22 when it comes in regards to elections.
23      And remember, it is, we, the
24 people.  We are in a constitutional
25 republic.  We, the people, are the

145

1   ones who make the ultimate decision.
2   So if you have legislation that was
3   passed without the people's knowledge
4   and without any valid questions or
5   votes from the people, that is not a
6   free and fair process.
7       So that is what you go and
8   challenge in your legislation.  The
9   people did not vote on this.  The
10  legislators who are supposed to be on
11  behalf of the people and should be
12  getting the insight from the people on
13  how they want their process to go
14  forward because we have a town in
15  Massachusetts that still has a wooden
16  box that they use to tabulate the
17  votes.
18      You put your ballot in, you
19  crank it, you literally crank it, and
20  it goes through and that's how it's
21  hand-counted.
22      And this is what we need to
23  push.  You need to go back to your
24  legislation, see what they put in as
25  amendments, go and challenge those

146

1   amendments and reverse them to get
2   back to paper ballots counted,
3   hand-counted at the local ward
4   precinct level, making sure that you
5   make it -- you have it so that the
6   public schools are closed on election
7   say, so that people have access to get
8   to their polling station without them
9   trying to claim that people don't have
10  access to their polling station.
11      You get your ballot, it's in
12  your hand when you actually check in,
13  they print out a little bar code.
14  They keep one, you should be able to
15  keep the other.  I notice that they
16  put one on the ballot -- or actually
17  they print out three.  They put one on
18  the ballot, they keep one and then
19  they put one to the side.
20      Why can't I have that other one?
21  That's so I know that my ballot was
22  cast, it was counted, there's a
23  barcode on it, we can process and
24  follow that.  And then if there are
25  recounts, they're done right then and

147

1   there, you can make sure that the
2   number of ballots that are actually
3   tabulated through, if use the wooden
4   box or use a tabulator, matches what
5   is hand-counted right in front of you
6   when you challenge or go for a
7   recount.
8       That is how we're going to have
9   accountability.  We need to remember
10  that it is we, the people, and they
11  are working for us.  And they need to
12  understand that we can, ourselves,
13  take back control of the government
14  because that is what we need to do.
15      PATRICK BYRNE:  Right.
16      BARRY WERNICK:  That was the
17  theme of my election, one of the -- it
18  was limit government, not people.  And
19  I think you make a great point there.
20      I do want to say one other
21  thing.  This topic, and the reason I
22  focused on from the countywide voting
23  issue and not algorithms and
24  everything else, is because it was so
25  easy for people to understand.

148

1       And it's easy -- this is not a
2   Democrat or Republican partisan issue
3   because when I go to the Dallas County
4   election commission and I've got four
5   Democrats and one Republican on that
6   commission, and I tell them that in my
7   hands, I've got copies of four out of
8   five of your ballots, and even one of
9   your even the county judge's mama's
10  ballot, you know, those four were the
11  Democrats.  The Republican, I couldn't
12  identify.  But those four were all
13  Democrats.
14      What's interesting is some of
15  them actually say, you know what,
16  these constitutional rights are being
17  violated.  We need to get away from
18  this.  What was sad though is our
19  Dallas County Judge, Clay Jenkins, he
20  actually blew me off and said that, I
21  don't care, I don't care about it.
22  Secretary of state has this handled.
23      For the county clerk I was -- I
24  couldn't believe he said I've got 202
25  employees whose voter privacy rights

149

1  are not as important.  Their
2  constitutional right to have a secret
3  ballot is not as important as ease and
4  convenience of voting.
5        So I told him, I said, first of
6  all, that's good for you, but you're
7  making that decision, you're taking
8  away the right of your employee
9  without even their knowledge.  That is
10  illegal.  You're taking away their
11  right.
12        And not only that, your whole
13  focus on ease and convenience, this is
14  something that it actually came from
15  the Democrats.  And that was the idea
16  that, if we don't do this, we'll
17  disenfranchise voters.  Well, there
18  were two things that we found out in
19  our research.
20        96 counties across Texas that
21  have countywide voting, we found out
22  that, number one, 10.58 percent of
23  Democrats' votes, their voter rights
24  were violated, compared to 4.54
25  percent of Republicans.  This affects

150

1  Democrats' rights more than others.
2        The other thing we noticed was
3  that that argument for ease and
4  convenience is -- it's actually the
5  opposite.  Countywide voting has
6  caused disenfranchisement of voters
7  because in all the counties we've
8  looked at, the top 12 counties in
9  Texas so far that we've looked at
10  since state instituted Countywide
11  voting, the percentage of voters have
12  gone down in Texas over 16 percent
13  less while our registrations have gone
14  up.  We're getting lower percentage of
15  voters.
16        So if they make that argument
17  saying, oh, no, we want accessibility,
18  access, ease and convenience, it
19  doesn't hold any water.  So these are
20  some things that --
21        YEHUDA MILLER:  Thank you.
22  Thank you.  Yeah, that's fantastic.
23        PATRICK BYRNE:  Yeah.  Great
24  job.
25        BARRY WERNICK:  Thank you.

151

1        PATRICK BYRNE:  Good job.  You
2  know, this is a funny war.  It's a
3  funny -- it's a funny fight.  It's the
4  war of the -- no, it's -- I wouldn't
5  say thousands, it's hundreds of people
6  like you, sir, across the country who
7  have been fighting this out in county
8  by county, by county, and Aubrey is
9  hopefully, who are going -- is this
10  fight.
11        And you're absolutely right,
12  there's just this automatic assumption
13  that, well, if it's computerized, it
14  must be more efficient or accurate or
15  something.  It's all nonsense and
16  you're absolutely right.
17        I mean if we make it through
18  this -- and this is a Chavista
19  Revolution -- if we make it through
20  this, people are going to look back at
21  this and smack their foreheads and
22  say, how could Americans have fallen
23  for this?  It's so crazy.  It is so --
24  there's so much slop.
25        Every day we learn about --

152

1  gosh, in Georgia -- in Georgia, I've
2  just learned that they have said
3  finally, after three years of
4  fighting, the election bureaucrats are
5  saying, okay, we'll turn over -- you
6  know, we'll turn something over from
7  2020, but only if you agree that
8  before we turn it over that the
9  investigation's done and there won't
10  be any charges, there won't be any
11  repercussions.  Some of them are
12  crooked.
13        One thing we've learned is over
14  and over, the people that we're
15  electing or hiring to run our
16  elections in counties, I don't know
17  what they're doing, they're sitting
18  there and -- if they're even showing
19  up for work -- because really what
20  they do is they just surrender
21  everything to Dominion.  And Dominion
22  is really doing the work of running
23  these elections.
24        They don't know anything.  They
25  don't even change their passwords.

153

1    Their passwords are things like 1234
2    and come with factory settings.
3        RAYLA CAMPBELL:  They weren't
4    elected.  They were selected.
5        UNIDENTIFIED SPEAKER:  That is
6    exactly right.  If you look at -- if
7    you go across Dallas County, and I was
8    just amazed because every polling
9    location has the same exact password
10   for all their poll books, for
11   everything, the Wi-Fi, routers,
12   everything is exactly the same.
13       And when we went into count
14   the -- do the hand-count, the recount
15   of the ballots, the ballot boxes, they
16   use the same key to open up every
17   single ballot box across the county.
18   I was like, I can go to an Ace
19   Hardware store, Home Depot or
20   something, just make a copy and you've
21   got it.  You can get into any of those
22   ballot boxes.  So, yeah, it's weak.
23       YEHUDA MILLER:  Fantastic.
24   Okay.  Great.  One thing I want to
25   mention before we forget is anybody

154

1    who wants to donate to Tina Peters,
2    you can go to tinapeters.us.  Look at
3    her website.  You can see, first of
4    all, all the legal files -- many legal
5    filings, you can see her indictment,
6    you can download the Mesa County
7    reports.  So her website is
8    tinapeters.us.
9        One other thing I want to
10   mention is we encourage everyone who
11   could to peacefully and respectfully
12   show up in person for her trial, which
13   is open to the public, which starts
14   July 29th.
15       Let's see.  I'm reading here off
16   a message.  It says trial starts on
17   July 29th and will be open to the
18   public on July 31st.  So I guess just
19   get more clarification on what date's
20   open to the public.
21       Join us at a private benefit
22   concert on August 4th with a national
23   recording artist, Tray Taylor, and
24   details for that are in the
25   freetina.com website forward slash

155

1    private benefit concert.  So you can
2    find all details for that.
3        One other thing I just wanted to
4    mention.  I wanted to apologize.  Some
5    of the speakers, we had to rotate them
6    out because I guess it only lets you
7    put a certain amount of speakers on at
8    a time.  So some people we have to
9    bring back up.
10       So, Chris, I know, for
11   example -- Chris, are you there?  I
12   know you had something to say.
13       CHRIS HUNTER:  Yeah.  Thank you.
14       YEHUDA MILLER:  Sorry.  You got
15   bounced off.  Go ahead, please.
16       CHRIS HUNTER:  No, it's okay.
17   Thank you.  I appreciate you bringing
18   me back up.
19       Patrick, when you bumped off
20   there, I was showing some support for
21   you, letting people know that the
22   criteria for the election software
23   certification is 2005 standards, and
24   why we're doing that, and what their
25   definition of air gap means and

156

1    doesn't mean.
2        I was also going to say that the
3    whole situation in Venezuela and now
4    in South America and the other
5    countries that are involved in this
6    are probably tired of us using color
7    revolutions to match with them.  And I
8    also work with Kurt.
9        PATRICK BYRNE:  Oh, well, God
10   bless you.  And Kurt's a great friend.
11   And you know what, a weird little
12   piece of me wants to not just tip my
13   hat to the Venezuelans who pulled this
14   off, but even apologize.
15       Maybe if we -- if and when we
16   make through this as a country, which
17   I think we will, if we maybe were to
18   remember, it's maybe time we stop
19   picking people up and, you know, out
20   of prisons in Venezuela and dropping
21   them into the middle of the Caribbean.
22       CHRIS HUNTER:  Thank you.
23       PATRICK BYRNE:  Maybe we should
24   stop this stuff, too.  Yeah, we should
25   all stop this stuff.  What they have

157

1    done to the United States, I'm not
2    sure it's so different than what the
3    United States has done to other
4    countries.
5         I'm not sure the United States
6    is not behind this.  In other words,
7    I'm not sure if this is China.  This
8    may be a group of elites within the
9    United States Government, or actually
10   blind this.
11        If -- what people should know,
12   by the way, and you can verify some of
13   what I'm saying.  I've been talking
14   with -- not always going into detail,
15   but this is really two stories that
16   are intertwined.
17        One is a counter-intelligence
18   story.  Cuba and Venezuela have
19   penetrated the United States and done
20   this.  And the other is this election
21   and making room for this election
22   malfeasance.
23        I haven't always been naming the
24   names, but I have been for maybe a
25   year or so.  There's four key --

159

1    only got 15 years.  The reason he only
2    got 15 years is because he rolled over
3    on the other people.  The other people
4    he rolled over, I forget the name, I
5    don't want to guess, but if you go
6    back about two months or three months,
7    there was a very high-level person
8    within our national security counsel,
9    the head of the Latin American desk,
10   who resigned on a Saturday night,
11   suddenly, with no explanation, he
12   resigned.
13        That's because he's a Cuban
14   asset as well and he's a spy and he
15   was -- he's been, for years, the head
16   of the national security counsel Latin
17   American desk.  He's actually a Cuba
18   Venezuela asset.  Third is a guy named
19   Frank Holder.  Frank Holder is -- and
20   Frank Holder is a -- was key to all of
21   this.
22        Frank Holder is a -- and I'm not
23   casting any aspersions here -- he's a
24   Mormon guy who was kicked out of
25   the -- he was kicked out of the Air

158

1    there's 20 Venezuelan/Cuba assets
2    within the United States Government.
3    Four of them, I've been talking about
4    for several years.  One was a guy
5    named Ambassador Manuel Rocha.
6    Another was a fellow in the national
7    security counsel.
8         And I'm just going to say it
9    because I'm done -- I'm done keeping
10   secrets from the United States
11   Government.  Third was a guy named
12   Frank Holder and the fourth, I'm not
13   going to name, but he's a very high
14   official from the state department.
15        Now, Ambassador -- you can look
16   this up.  Ambassador Manuel Rocha was
17   arrested.  He was one of the top U.S.
18   Ambassador in Latin America for
19   decades.  Look this up on Google.  He
20   was arrested in December as a Cuban
21   spy and it's been described as the
22   highest level Venezuelan -- I'm sorry.
23   The highest level foreign penetration
24   of U.S. in 50 years.
25        He's already pled guilty.  He

160

1    Force Academy in Colorado Springs as a
2    cadet.  I believe he was kicked out
3    because he was caught doing gay stuff.
4    And I'm as tolerant as the next guy, I
5    couldn't care less, but he's gay.
6         And he got kicked out decades
7    ago and he has this sort of chip on
8    his shoulder.  He was recruited in
9    1993 in Argentina by Cuba.  He's --
10   he's a traitor.  And Frank Holder, I
11   hope you sue me, too, motherfucker.
12   He's a traitor.
13        I believe he was recently
14   arrested and I think that's a secret,
15   but I'm not sure of that.  I can't get
16   to the bottom of who arrested him.
17   It's weird the FBI didn't arrest him.
18        He's also -- I'll just blow it,
19   I'll just blow the cover.  He's been a
20   CIA asset.  He's a CIA asset who was
21   actually a turncoat, a traitor.  Frank
22   Holder's been -- he got kicked out
23   of -- he's a gay Mormon.
24        And a lot of Mormon -- or they
25   send kids off to be missionaries

161

1  together and they put them in --
2  there's guys living in haddocks
3  together.  And every 100 kids, about
4  eight of them, statistically, are
5  going to be gay with each other.  And
6  that's your first experience of sex
7  when you're 18.  They always have
8  that.
9      So within the Mormon subcult --
10  within the LDS community, there's a
11  subculture of gay guys who go on and
12  have normal families and stuff, but
13  they have this other side.  It's like
14  the 1950s.
15      And this guy hates the United
16  States.  He's been a traitor against
17  the United States.  He's a key -- he's
18  been key to this whole plan.  He's a
19  traitor.  He really works for
20  Venezuela, but he's had a key role
21  with the United States.
22      I believe he was recently
23  arrested, but they're keeping it
24  secret and I don't care.  And there's
25  a fourth guy who's a very high level,

162

1  very high-level guy from the state
2  department.  This guy's signature has
3  been on every ambassador we have
4  appointed for years, for decades, for
5  two decades.
6      I'll tell you -- fuck it, I'll
7  tell his name.  His name is Tom
8  Shannon.  Tom Shannon who's the -- the
9  meeting room next to the office of the
10  Secretary of State of the United
11  States is named after a guy named Tom
12  Shannon.  Tom Shannon is a traitor.  I
13  hope you sue me, Tom.  He's a Cuba
14  Venezuelan asset, okay?
15      And he's -- so this is a huge
16  Cuban-Venezuelan penetration of the
17  United States Government is what
18  happened.
19      And these four people, along
20  with another 16, are traitors within
21  the United States Government, and they
22  had been key to pulling this off.
23      And I hope you sue me, too.  And
24  Dominion -- you know -- you know -- so
25  these traitors are within the United

163

1  States Government and they paved the
2  way for to happen.  Frank Holder --
3  and you can look this up.
4      Look up that a few months ago,
5  inexplicably, a guy who ran the Latin
6  America desk for the national security
7  counsel resigned, announced his
8  resignation on a Saturday evening,
9  with no explanation.  He's a traitor.
10      Ambassador Manuel Rocha turned
11  out to be a traitor.  Again, look up
12  Manuel Rocha, R-O-C-H-A.  And he's now
13  been sentenced to prison, but this is
14  all being very -- you know, our press
15  is so stupid that they can't even put
16  these pieces together, that we've had
17  this sudden recent exposure of various
18  Cuban-Venezuelan assets within the
19  American Government.  They're traitors
20  within the American Government.
21      And that's not me saying it.
22  This is the Department of Justice
23  saying it.  Well, these traitors,
24  Manuel Rocha among them, have actually
25  paved the way for everything we're

164

1  talking about here.
2      And you can look -- so as crazy
3  as this all sounds, just Google the
4  name Ambassador Manuel Rocha and
5  you'll see I'm not making this up.
6  The highest level -- they're described
7  as the highest level penetration of
8  the United States Government in 50
9  years occurred in the last -- has been
10  exposed in the last six months.
11      Well, this guy wasn't just -- he
12  wasn't just a traitor, you know.  What
13  he was doing was he was working for
14  Cuba and Venezuela.
15      Frank Holder, I mean, I know his
16  boys, his butt boys.  Always keep his
17  monies in accounts in Israel.  I know
18  all about this guy.  This guy is a
19  traitor and Frank Holder was recently
20  arrested.  These guys were all
21  criminals.  Not just criminals.
22  They're traitors.
23      And I'm telling anybody in the
24  law enforcement, I don't know if I --
25  A, I happily and proudly declare I've

165

1   committed according to one country
2   that I was in that I got thrown out of
3   a year ago, four or five major
4   international felonies, and an act of
5   war against Venezuela.  But I've
6   hacked the Government of Venezuela and
7   we have everything.
8        So if you feds have any brains,
9   you should back the fuck off and you
10  should start taking care of business,
11  okay?  You back off me and you start
12  taking care of business because this
13  all happened on your shift.
14        And I don't care how many
15  felonies I have committed.  I don't
16  care that I'm committing felonies by
17  threatening you.  You folks do your
18  job or when this is over, the folks
19  who are part of this are going to be
20  facing, you know, piano wire and
21  blowtorches before this is over.  So
22  you start doing your jobs and stop
23  worrying about me.
24        YEHUDA MILLER:  All right.  We
25  have a question here from someone by

166

1   the -- who goes by the screen name as
2   Rocco.  Did I pronounce that right?
3        ROCCO:  Yeah.
4        YEHUDA MILLER:  Okay.  Go ahead.
5        ROCCO:  Hi.  This is Rocco.  But
6   hi, Patrick.  I've been following you
7   since Deep Capture and I'm -- that's
8   horrible.
9        PATRICK BYRNE:  Yeah.
10        ROCCO:  Well, I started
11  following you after I got in that
12  MMTLP and found out about naked short
13  selling.  And then, you know, you were
14  the first person, probably the only
15  person, to ever take on these hedge
16  funds who performed this crime.  And
17  somehow they've been doing it for 30
18  years and --
19        PATRICK BYRNE:  Do you see the
20  similarity?  Do you see the similarity
21  between the settlement issues and
22  these elections issues?
23        ROCCO:  Yes.
24        PATRICK BYRNE:  It's crazy.
25  There's these institution -- these two

167

1   institutions, everyone just kind of
2   assumes it's stock settlement work
3   certain ways as maybe a little slop,
4   but if they -- you think it's roughly
5   correct until you dig into it and it
6   turns out to be -- it's totally
7   garbage.  It's just like our election
8   system.
9        Everybody thought our election
10  systems were clean, but when you dig
11  into it, it turns out to be these Rube
12  Goldberg systems of people running
13  around the thumb drives and plugging
14  them in here.  Instead, it's just this
15  very simple system.  It's these crazy
16  complex systems that allow all kinds
17  of mischief.
18        ROCCO:  Do you think you can,
19  with this information that you have
20  now, that you could at least maybe get
21  our -- this next presidential election
22  so it's fair?
23        PATRICK BYRNE:  The next
24  Presidential Election is the last if
25  we don't -- if we don't get this

168

1   clean.  In fact, Klaus Schwab -- this
2   is why Klaus Schwab of the WEF said
3   about four months ago that in 2024
4   elections become obsolete.
5        That's because they're going for
6   broke.  This is the last -- he means
7   the WEF, the globalist takeover, sees
8   this last election as the last time
9   that elections are going to matter
10  because after this is just, it's just
11  tyranny and it's -- we have one chance
12  to get this right.  It's in less than
13  four months, right, three and a half
14  months.
15        So everybody, can we make
16  this -- can we fix it?  I tell you, we
17  would have lost already if it weren't
18  for the folks on this call and a
19  couple thousand people like you who
20  have made this movement happen.
21        It will all be over already.  We
22  were never supposed to make it to
23  2024.  I'm not sure we were supposed
24  to make it to 2022.  Color revolutions
25  usually last three or four months at

169

1  the most.
2       So can this -- yeah, we can make
3  it clean, we can make it clean and we
4  have one last chance, but if we don't
5  pull it off this election and have a
6  clean election, we will be Venezuela.
7       By the way, when I was in
8  Venezuela six years ago, there was
9  cannibalism.  There were -- the police
10  and military had announced that they
11  would only protecting government
12  installations and the citizens were on
13  their own.
14       And when you went out in
15  Caracas, there were guys walking
16  around with -- the good guys were
17  walking around with jury cans of
18  diesel fuel because there was no --
19  imagine -- imagine it was like the
20  walking dead.  And when you go out and
21  you tried buy some food for your
22  family, there is -- you know, there's
23  just one street people were allowed to
24  be on in Caracas in the open.
25       And there was like a farmer's

170

1  market and people were buying and
2  selling and trying to get food, and
3  there were muggers.  And if someone
4  walked -- you know, a little old lady
5  could walk up to you and stick a gun
6  in your belly and you have two seconds
7  to turn over everything you have.  And
8  if you don't, it's like this etiquette
9  had developed.
10       And the only -- and so men were
11  walking around the -- the equivalent
12  of walking dead -- what was the guy's
13  name, Rick Grimes -- the Rick Grimes
14  of the world were walking around with
15  jerrycans of fuel.  And whenever
16  somebody, a mugger got caught, they
17  just threw them down and tortured them
18  right there because there were not
19  elites where judges or the military
20  were protecting the people.
21       That's coming to America.  In
22  fact, this collapse of the southern
23  border is part of the plan.  In fact,
24  the most violent gang within Venezuela
25  is called the Train from Aragua, Tren

171

1  de Aragua.  Aragua is a town in the
2  south of Venezuela.  And the train
3  from Aragua is the name of not a
4  cartel, but like the most violent
5  killer gang within Venezuela.
6       And if you look this up in the
7  newspaper, you will also see in the
8  last six or nine months, they have
9  made their way into the United States.
10  So now our own newspapers and our law
11  enforcement knows there's this, the
12  most violent gang out of Venezuela has
13  thousands of people within the USA
14  doing their -- you know, they're ready
15  to do their dirty work.  And if you
16  want to know what it's going to look
17  like, just look into what's happened
18  in Venezuela in the last 25 years
19  since Hugo Chavez took over.
20       ROCCO:  It takes a long -- like
21  we've been fighting for two years
22  MMTLP.  You got congressmen behind
23  you, but they don't do anything.  They
24  say they'll help you, but they don't.
25  And that's what makes me wonder, how

172

1  can you save this in four months when
2  they just push everything to the side?
3       PATRICK BYRNE:  And we're on the
4  brink, we're on the brink of winning,
5  we're on the brink of winning.  But
6  congress is bullshit.
7       Let me tell you, I've had people
8  in congress in the last three months,
9  recent congressmen.  And I'll tell
10  you, Jim Jordan, who I used to be a
11  fan of, I was a wrestler, he's a
12  wrestler, I always liked the guy.  Jim
13  Jordan got shown --
14       ROCCO:  I'm from Ohio, so, yeah.
15       PATRICK BYRNE:  He got shown
16  less than a month ago,
17  incontrovertible proof of everything
18  I'm telling you folks, and Jim
19  Jordan's answer was this is so
20  radioactive, we better not dig into it
21  now, we've got to wait until after the
22  election, which may be the single
23  stupidest thing I've ever heard
24  because after this election, there may
25  not be a republic.

173

1     ROCCO:  Patrick -- one more
2  thing.  I remember your joke about the
3  poker game, you know, how they changed
4  the rules.
5     PATRICK BYRNE:  Yeah, the
6  bazumba (ph).
7     ROCCO:  The bazumba, yeah, okay.
8  I'll drop down, but thank you so much.
9     PATRICK BYRNE:  Thank you.
10     YEHUDA MILLER:  Okay.  Go ahead.
11  We have Sean Jacob.  Sean, are you
12  there?  Did we try to get you on
13  before?
14     SEAN JACOB:  Yeah.  How are you
15  doing?
16     YEHUDA MILLER:  The floor is
17  yours.
18     SEAN JACOB:  Hey, Patrick, yeah
19  I kind of --
20     PATRICK BYRNE:  Hi, Sean.
21     SEAN JACOB:  I kind of wanted to
22  ask the same thing you guys were just
23  talking about with -- I mean, I think
24  with -- we've been extremely patient.
25  We've tried every branch of

174

1  government, every level of government
2  and they've all failed us.
3     PATRICK BYRNE:  Yep.
4     SEAN JACOB:  And we're running
5  out of time with them just going on
6  recess, you know, with it being
7  election year.
8     What I'm really concerned about
9  is just the time thing, like with what
10  you know.  And I mean even if the
11  whole story broke open, do you think
12  we can get enough traction to actually
13  get something done?
14     You know, do you know, do we
15  have enough -- I know we have quite
16  a -- like probably a good handful of
17  congressmen that are probably willing
18  to go to bat.  But, yeah, with what's
19  left in session, like we have no --
20  even if congress does something, the
21  senate is basically a wash.
22     PATRICK BYRNE:  Don't look at
23  congress.  Congress housed the senate.
24  There's maybe half a dozen people who
25  are worth spit.  The rest are nothing.

175

1     Go to your sheriffs.  This is
2  all local.  This is -- the congress
3  isn't going to do anything to save
4  you.  It's your sheriffs.  It's you.
5  It's volunteering.  It's -- and not
6  just at the in-person voting.  It's
7  the mail-in voting.  And, of course,
8  the mail-in voting has a whole bunch
9  of grift in it.
10     It's getting involved everywhere
11  you can and every link in this
12  process.  And I don't mean just on
13  Election Day.  At least for two or
14  three weeks before Election Day,
15  they're counting -- two to three weeks
16  before Election Day, in some states,
17  they're counting ballots, they're
18  counting mail-ins.
19     Everyone has to get involved
20  now, you know, by October, you know,
21  you're going to be involved in this
22  process.
23     SEAN JACOB:  So you're thinking
24  we can still pull it off even with the
25  machines?

176

1     PATRICK BYRNE:  Oh, absolutely,
2  absolutely.
3     SEAN JACOB:  Okay.  That's what
4  I was getting at basically.
5     PATRICK BYRNE:  Yeah, well, we
6  have -- listen, the Tina Peters trial
7  next week.  If these fools are silly
8  enough to go to trial, are going to
9  have it explode in their face.  If
10  they have any brains, they are --
11  they'd be writing an apology letter to
12  Tina right now and backing out of this
13  case.
14     There's going to be pitchforks
15  and nooses.  And I'm not saying that
16  the piano wire and blowtorches are
17  from me.  Piano wire and blowtorches
18  are going to be from the people when
19  they find out what's happened, which
20  we're going to be revealing.  There's
21  going to be pitchforks and nooses.
22     So these government officials
23  who have sworn oaths to the
24  constitution -- you know, I'm sort
25  of -- I know I'm sounding aggressive.

177

1  I don't -- I'm the most forgiving guy
2  in the world.  Carlito can tell you.
3  He has seen me forgive.  In over
4  nine years, he's known me so much.
5       But it's getting beyond my --
6  when people see the truth, and in the
7  Tina Peters case, they're going to see
8  the truth -- and there's no way this
9  judge can keep it -- this judge, who's
10  crooked, there's no way he can keep it
11  out of trial, that they're in for the
12  surprise of their life if they go
13  through with this trial.
14       And it's all -- there's a whole
15  bunch of things that are going to be
16  exposed.  And I really think America
17  is going to be in such an uproar that
18  they're nuts to be -- I don't know
19  what they're thinking -- well, they
20  don't understand yet what we have.
21       So I'll share -- I'll share
22  this.  Suppose I say to let the
23  world -- to let our enemies know that
24  I'm not bluffing that -- well,
25  anything -- I'm afraid that right now

178

1  what I say, they're going to say,
2  well, oh, you've got this or that out
3  of your Dominion discovery.  I didn't
4  get it out of Dominion discovery.  In
5  fact, I'll even -- I'm going to go one
6  step further, I tell people this.
7       I've got a new lawyer in
8  December join my Dominion case because
9  I didn't feel my D.C. attorneys were
10  being sufficiently -- they were
11  establishment.  And I got a new lawyer
12  in December.  Dominion and the judge
13  thinks that I put my new lawyer,
14  Stephanie, up to revealing all of
15  their -- this stuff in discovery.
16  That's not what happened.
17       Stephanie came on in December.
18  She never got a chance -- they -- my
19  previous lawyer wouldn't even let my
20  new lawyer look at the Dominion
21  discovery.
22       It took until March.  And in
23  March, my attorney -- I can't disclose
24  confidential attorney client
25  information, so I will keep it very

179

1  limited -- but I will say even though
2  she officially came on in December,
3  she didn't even -- they didn't have a
4  chance to look at discovery until
5  March.
6       She looked at discovery.  I had
7  never opened anything from Dominion,
8  any of the discovery.  And she got in
9  touch with me and said, holy shit, I
10  just -- you know, yesterday I got
11  access to the Dominion discovery and
12  you can't believe what I found, and
13  this is national security, and I have
14  a legal obligation to, you know, to go
15  to law enforcement.
16       Like if I open the discovery and
17  I found a severed head, it doesn't
18  matter what agreement I've signed with
19  Dominion, I can't just keep that
20  secret.
21       So she started turning this in,
22  and that's the Sheriff Darliv (ph)
23  stuff.  And every -- I think in the
24  course of doing that, she probably
25  sent me about six items out of the

180

1  Dominion discovery.  I only bothered
2  to open two of them, maybe three.
3       And the reason I don't care
4  about the Dominion discovery
5  personally, and I don't even need --
6  feel a need to review it, because I've
7  already gotten all the information.  I
8  got it not through the discovery, I
9  got it illegally.  I hacked Venezuela
10  and I got to the bottom of everything.
11  And the two or three things I
12  looked -- I looked at, my attorney
13  sent me, just confirmed what I had
14  already long previously learned from
15  hacking Venezuela.
16       So Dominion thinks that I put my
17  attorney up to this and we got it in
18  December and I created some
19  complicated scheme for them to release
20  all of this to law enforcement.
21  That's not at all what happened.  My
22  attorney didn't even get to see any of
23  this until March.  And I haven't even
24  looked at it myself.
25       And even what she looked at,

181

1  what she sent me, I barely even
2  opened.  Because I already know the
3  truth.  I got to the truth a different
4  way.  I didn't wait around for a
5  federal judge, bureaucrat to give me
6  permission to get to the truth.  I got
7  to the truth a different way.  We
8  hacked Venezuela.
9        And it's all true.  The worst
10  fears that you could possibly have,
11  have been -- we have confirmed as --
12  by obtaining -- by an illegal hack
13  against the Government of Venezuela.
14        So there's no way they can keep
15  this secret for the next three and a
16  half months.  What's going on with
17  Tina Peters' trial -- it's funny,
18  Dominion has no idea how little
19  attention -- I probably -- I don't
20  think I've spent ten minutes worrying
21  about Dominion in the last three or
22  four years.
23        This case, don't pay any
24  attention to it at all.  I'll let the
25  lawyers play lawyer games.  I'm doing

182

1  something else entirely, from Baku,
2  Azerbaijan, and we have it all,
3  Dominion.
4        If you have any brains, you'd be
5  shutting your company down and fleeing
6  the country.  And the same goes for
7  the small handful of federal officials
8  who have been part of this and not
9  just turning a blind eye.  They've
10  been clearly not just doing their
11  jobs, they've been covering up.  And
12  if you folks -- there's nothing I can
13  do to save you folks from the
14  pitchforks and nooses.
15        YEHUDA MILLER:  Okay.
16  Excellent.  You know, it's getting
17  late.  I think we're going to wrap it
18  up.  I know we still have a lot left
19  here.  I don't know if we're going to
20  get to everybody.
21        RAYLA CAMPBELL:  We should do
22  another call.  We can get another call
23  in, you know, especially during the
24  trial where things are going on and we
25  can talk about and get more people and

183

1  more support and make sure that we're
2  backing Tina.
3        YEHUDA MILLER:  Back Tina.
4        RAYLA CAMPBELL:  We have to.  We
5  love you and we need you on the call.
6        CHRIS HUNTER:  Can I get
7  two seconds, guys?
8        YEHUDA MILLER:  Sure, go ahead.
9        CHRIS HUNTER:  FEMA has mandated
10  contingency plans for elections to
11  each county.  Each county's
12  contingency plan is hand ballots.
13  That has multiple ramifications.
14  Think about that.
15        YEHUDA MILLER:  Tell me more.  I
16  didn't know that.  Tell me more.
17        CHRIS HUNTER:  Yeah.  FEMA has
18  mandated to counties what it needs to
19  do for a contingency plan in case they
20  can't do regular electronic ballots,
21  then they have to have a hand ballot
22  contingency.  So if that's the case,
23  then they all should be able to do
24  hand ballots.
25        YEHUDA MILLER:  Oh, that's

184

1  useful information.  Thank you.  Who's
2  speaking?
3        CHRIS HUNTER:  Chris Hunter.
4        YEHUDA MILLER:  Oh, Chris.
5  Good.  That's useful information.
6        RAYLA CAMPBELL:  How does FEMA
7  have any say in the election process?
8        CHRIS HUNTER:  They have it to
9  the counties for whether there are
10  contingency plans for disasters, how
11  they're going to mitigate them and
12  what they do?
13        RAYLA CAMPBELL:  Interesting.
14        CHRIS HUNTER:  Yes.
15        RAYLA CAMPBELL:  See, now we
16  definitely need another call because
17  that's another whole topic I've got to
18  dig into.
19        PATRICK BYRNE:  That's
20  interesting.  We could force that to
21  happen.  I can release some
22  information that would make that a
23  necessity -- giving me a whole new
24  approach to this.
25        CHRIS HUNTER:  Like I said,

185

1  multiple implications.
2       RAYLA CAMPBELL:  Well, I think
3  we -- we're on to those circumstances
4  at this moment with the influx of
5  illegals coming in and all the
6  diseases that are now resurfacing.
7  It's a disaster.  It's an emergency.
8  Do you see where I'm going with this?
9       PATRICK BYRNE:  Yeah, I think
10  that's a very -- I did not know that,
11  and that's a very useful thing to know
12  because we can force that to happen
13  with some information, some
14  documenting.
15       RAYLA CAMPBELL:  Mm-hmm.
16  (Simultaneous crosstalk.)
17       UNIDENTIFIED SPEAKER:  --
18  compromised, which we know it is by
19  China, then guess what we've got to
20  do?
21       PATRICK BYRNE:  That's very --
22  Chris, get in touch with me privately,
23  please, through Yehuda or through
24  America Project.
25       YEHUDA MILLER:  Go ahead, Chris.

186

1  We'll look forward to getting any
2  documentation you can get for that
3  would be very helpful.  Thank you.
4       RAYLA CAMPBELL:  Wow, I'm
5  intrigued.
6       YEHUDA MILLER:  That tells me --
7       RAYLA CAMPBELL:  Well, this has
8  been a --
9       PATRICK BYRNE:  I should be
10  putting this online.
11       By the way, any feds who were
12  law enforcement people who think
13  they're coming after me, everything is
14  under a deadman's switch.  You touch
15  me, everything gets released.  I've
16  got it all set up.  It's on the
17  Internet.  It's called the
18  interplanetary file system, which is a
19  blockchain system that cannot be
20  censored.
21       Everything has already been
22  loaded.  Anything happens to me, a
23  bullet, an indictment, anything like
24  that, the instructions to my people
25  are everything gets released to the

187

1  public anyway.  So anybody fucks with
2  me, it's all just going to become
3  public anyway.
4       And, Feds, why don't you start
5  doing your job?  I swear to God, the
6  people are going to be coming after
7  you with blowtorches and piano wire if
8  you don't start doing your job.
9       It's late.  You lost.  I'm
10  getting everyday messages from within
11  the federal government of people who
12  want to switch sides.
13       There's a civil war going on
14  within our federal government.  I
15  think about 85 percent are on our side
16  and they don't -- they didn't sign up
17  for Chavista Revolution.
18       Any fed who's still trying to
19  ride this out, you've got to have room
20  temperature IQ if you don't understand
21  how many of the people around you
22  within the government itself are
23  people working next to you have
24  defected from the Chavista Revolution.
25  They see what's happening.  They're

188

1  not going to be part of it.
2       All across the government, I
3  would say from the rank of colonel and
4  below, O-6s and below, people have had
5  enough.
6       So any fed with half a brain or
7  any law enforcement, these guys in
8  Colorado who are going after Tina, if
9  they have half a brain, they'd be
10  sending Tina a letter of apology and
11  dropping their case.  And there's
12  nothing I'm going to be inclined to do
13  for you when all this blows up.  And
14  the people are going to come after you
15  with pitchforks and nooses.
16       YEHUDA MILLER:  Okay.
17       RAYLA CAMPBELL:  I love it.
18  Patrick, you are channeling your inner
19  mass-hole.  I'm very proud of you
20  because I'm usually the one dropping
21  all the F-bombs.  But, wow, I am --
22  I'm very proud of you that you're
23  doing this.
24       It's been an amazing call and we
25  definitely have to get on, do it

189

1  again, keep the public informed on
2  what's going on on a day-to-day basis.
3  We can probably do another one later
4  on this weekend or even Monday, if
5  that works for you.
6       PATRICK BYRNE:  You're speaking
7  to me?
8       YEHUDA MILLER:  Yeah.  Well, why
9  don't we -- we'll -- you know, America
10  Project will make an announcement, you
11  know, when we're ready for the next
12  one.
13       RAYLA CAMPBELL:  Yeah.
14       YEHUDA MILLER:  But thank you,
15  everybody.  This was a nice two-hour
16  space.  Great job.  Thank you,
17  everybody, for speaking.
18       And we apologize again, I know
19  there's still some more requests.  We
20  couldn't get to everybody.  We tried
21  as best as we could to.  Hopefully
22  next round we'll be able to get to --
23       UNIDENTIFIED SPEAKER:  Thank
24  you, everybody.  Pray for Tina.
25       YEHUDA MILLER:  Yeah.  Anybody

190

1  who couldn't get through to speak, you
2  know, send us a DM or something and
3  we'll try to get back to whoever we
4  could.
5       And let's all pray for Tina, and
6  pray for America.
7       PATRICK BYRNE:  Thank you.
8       RAYLA CAMPBELL:  And pray for
9  Patrick.
10       PATRICK BYRNE:  Thank you, Tina.
11       AMANDA:  Yes, pray for Patrick.
12       RAYLA CAMPBELL:  Amen.
13       UNIDENTIFIED SPEAKER:  Pray for
14  Tina.  Thank you, Patrick.
15       UNIDENTIFIED SPEAKER:  Thank
16  you, Tina.
17       PATRICK BYRNE:  Thank you,
18  everybody.  Have a good night,
19  everyone.
20       UNIDENTIFIED SPEAKER:  Bye-bye.
21       UNIDENTIFIED SPEAKER:  God
22  bless.
23       UNIDENTIFIED SPEAKER:  Take
24  care.
25            * * *

191

1            REPORTER CERTIFICATE
2
3       I, JACLYN URZIA, do hereby certify:
4       That said audio transcription is a true
5  record as reported by me, a disinterested
6  person.
7       I further certify that I am not
8  interested in the outcome of said
9  action, nor connected with, nor related to
10  any of the parties in said action, nor to
11  their respective counsel.
12       IN WITNESS WHEREOF, I have hereunto set
13  my hand this 28th day of July, 2024.
14
15
16
            _____
            JACLYN URZIA, CSR
17
18
19
20
21
22
23
24
25

| | | |
|---|---|---|
| **$** | **20** 39:6 65:20 66:23 69:20 110:15 158:1 | **6** |
| **$1** 39:13 | **2000s** 94:13,14 | **6** 100:6 |
| **$3** 84:6 | **2001** 95:18 | **60** 132:6,17 133:7,20,25 |
| **$34** 39:10 | **2005** 88:23 155:23 | **65** 114:2 119:13 130:6 |
| **$35** 39:11 136:3 | **2006** 31:22 | **6th** 72:12 75:1 |
| **$4** 84:9 85:1 | **2010** 95:18 | |
| | **2018** 100:7 | **7** |
| **1** | **202** 148:24 | **70** 124:3 |
| **1** 2:2 114:20 | **2020** 8:23 15:18 47:20 73:6 88:25 104:23 105:21 152:7 | **700** 57:13 |
| **1,000** 91:15 | **2021** 15:19 26:20 | **72** 47:12,16 58:18 |
| **10** 91:14 | **2022** 10:11 11:16 15:5 88:25 168:24 | **7:00** 2:21 3:19,23 4:4,7,18 126:10 |
| **10.58** 149:22 | **2024** 168:3,23 191:13 | |
| **100** 41:23 91:15 122:16 161:3 | **22** 8:2 11:3 29:6 | **8** |
| **100,000** 28:9,25 29:2,11 30:16 31:3 | **23** 128:25 | **85** 187:15 |
| **10:00** 127:25 129:7 130:13 | **24** 36:10,18 | |
| **11** 95:10 | **25** 171:18 | **9** |
| **12** 150:8 | **28th** 191:13 | **90** 48:4 58:3,4 |
| **1234** 153:1 | **29th** 154:14,17 | **90s** 37:11 94:18 |
| **15** 39:6 159:1,2 | | **92** 121:15,16 122:13 |
| **150** 91:20 | **3** | **93** 121:15 |
| **150,000** 142:8 | **3** 2:2 47:19 | **93-year-old** 121:17 122:14 129:23 |
| **16** 150:12 162:20 | **30** 108:25 166:17 | **94-year-old** 129:24 |
| **18** 140:25 161:7 | **300** 108:24 | **96** 149:20 |
| **18,000** 142:4 | **31st** 154:18 | **98** 120:10 |
| **1898** 122:2 | **34** 136:4 | |
| **190** 126:14 | | **A** |
| **1905** 122:2 | **4** | **a.m.** 87:23 |
| **193** 126:7,13,18 | **4** 84:7,9 114:20 | **abetting** 51:4 |
| **1950s** 161:14 | **4.54** 149:24 | **ability** 43:11 |
| **1978** 103:3 104:11 | **400** 40:13 | **abroad** 34:17 128:25 |
| **1993** 160:9 | **48** 47:7 | **absolute** 43:2 139:1 |
| **1998** 122:3 | **4:00** 87:23 | **absolutely** 5:6 23:2 44:2 58:13 67:24 115:25 131:11 134:9 151:11,16 176:1,2 |
| **1999** 120:10 | **4th** 35:11 154:22 | |
| | | **absorbed** 122:22 |
| **2** | **5** | **Academy** 160:1 |
| **2** 2:2 | **50** 158:24 164:8 | |

**accent** 84:16

**accept** 123:15

**accepted** 70:4

**access** 50:17 146:7,10 150:18
179:11

**accessibility** 150:17

**accidentally** 20:1

**accountability** 147:9

**accountable** 117:14 119:3

**accounts** 164:17

**accurate** 151:14

**Ace** 153:18

**achieve** 110:22

**acquire** 76:18

**act** 36:24 37:10,12 40:22 41:3 165:4

**acted** 73:19

**action** 117:14,22 133:15 191:9,10

**activists** 94:18,25

**activity** 46:3 47:4

**acts** 38:2

**actual** 15:6 73:14,17

**add** 20:20,22 52:7

**address** 113:15

**adds** 69:20 127:21

**admit** 37:21

**adult** 99:23,24

**advice** 18:21 60:15 62:13 63:5 64:5

**affects** 149:25

**affidavits** 28:15 132:13

**afraid** 23:3 177:25

**after-party** 108:16

**aggressive** 176:25

**agree** 152:7

**agreed** 42:12,16 111:17

**agreement** 179:18

**ahead** 5:7 14:10 16:25 21:3 26:13,14
55:16 60:5,10 88:11,12 90:4,6,12,15
92:6,14 94:11 106:17 107:24 116:6
138:8,21 140:4 155:15 166:4 173:10

183:8 185:25

**air** 89:1,3,5,20 155:25 159:25

**air-gapped** 89:16,17

**airports** 79:22

**alert** 30:19

**alerted** 66:6

**algorithms** 147:23

**allegations** 22:19 71:17 74:9

**alleged** 41:6

**allegedly** 28:21

**allowed** 9:16 54:17 85:7 169:23

**alluded** 76:16

**Amanda** 2:20 3:3 4:2,6,16,20 5:2,6,8
19:3,22 20:7,10 190:11

**amazed** 153:8

**amazing** 11:3 12:22 92:25 139:2
188:24

**Amazon** 99:15

**ambassador** 158:5,15,16,18 162:3
163:10 164:4

**Amen** 190:12

**amendment** 72:12 75:2

**amendments** 145:25 146:1

**America** 47:23 59:19,20 91:10,18,23
94:20 95:25 96:5,22 97:14 100:15
106:25 109:1 121:4,11 122:11,19
123:23 124:21 128:20,22 130:1 133:4
138:15 156:4 158:18 163:6 170:21
177:16 185:24 189:9 190:6

**American** 96:20 159:9,17 163:19,20

**Americans** 101:23,25 151:22

**amount** 17:19 155:7

**analysis** 36:20

**angling** 28:4

**angry** 104:2

**announced** 134:14 163:7 169:10

**announcement** 189:10

**answering** 53:23 78:19 123:18

**answers** 91:8,24 139:25

**anymore** 49:3 91:8 135:8

**anyone's** 44:22

**apologize** 54:5 155:4 156:14 189:18

**apology** 79:6 176:11 188:10

**appealed** 11:17

**appears** 81:12

**appetite** 119:24

**Apple** 27:7 85:18

**appointed** 162:4

**appreciation** 140:11

**approach** 184:24

**April** 26:19

**Aragua** 170:25 171:1,3

**Arc** 107:19

**architect** 81:10

**Argentina** 160:9

**argument** 53:7 68:3,4 70:4 150:3,16

**Arizona** 80:1,6

**army** 83:15

**arrest** 36:7,16 160:17

**arrested** 158:17,20 160:14,16
161:23 164:20

**article** 114:20 134:13

**articles** 57:13 75:16

**artist** 154:23

**ashamed** 44:15

**aspersions** 159:23

**assembled** 132:21 133:21

**assembling** 132:25

**assembly** 131:17,18 132:3 133:22

**asserting** 35:11

**assertions** 22:17

**asset** 159:14,18 160:20 162:14

**assets** 158:1 163:18

**asshole's** 66:3

**assigned** 110:1

**assistant** 61:17

**assume** 16:11 22:14 73:21

**assumes** 167:2

Audio Transcription    - July 25, 2024

assuming 87:25

assumption 151:12

assure 18:24

athletic 30:22

atomic 47:18 50:22 54:4

attacked 12:19

attention 7:6 15:22 181:19,24

attorney 36:2 40:24 61:17 62:7,11, 19,20 63:1,3,11 64:12 67:2,10 69:9, 10,12 72:18,20 74:21 75:2,3,5 76:10 135:16 142:12 178:23,24 180:12,17, 22

attorneys 61:21 62:22 67:16 76:14 77:3 178:9

ATTY 5:3,7

Aubrey 107:23,24,25 108:2,9 109:18 111:25 116:1 119:10 120:7 140:17 151:8

audio 54:18 191:4

audit 110:10 143:2,12

auditability 112:19 143:7,19

auditable 143:14

auditing 141:4,11

auditor 107:2

Audrey 108:21

August 154:22

Australia 95:13

authorities 45:5

authority 12:15 26:1 31:21 32:22

authorize 114:13 115:22

authorized 32:17 33:22 114:23 120:4

authorizing 114:21

automatic 151:12

automatically 9:10 112:19,20

averages 29:17

aware 36:5,14 116:2

awareness 144:5

awesome 10:17

awful 65:9

---

Azerbaijan 17:4 22:7 35:16 136:7 182:2

---

**B**

---

back 7:9 16:15 18:6,9 19:11 20:11, 20,23 24:15 26:19 29:20 51:2 54:4,5 65:8 73:1 82:3,11 87:17 90:8,10,13, 14 91:1 108:15 110:19 111:17 112:11,15,17 117:9,17,24 119:2,7,20, 25 129:14 136:2 138:1 142:16 143:19 144:20 145:23 146:2 147:13 151:20 155:9,18 159:6 165:9,11 183:3 190:3

background 2:24 3:12 6:1,5 77:17, 25

backing 176:12 183:2

backs 114:25

backup 43:12,13

bad 21:16 65:5 76:23

badge 42:9,12,13,17 43:24 71:11 75:18,19

badly 53:12

bag 34:4 89:15 125:24 126:2,9,17 127:15 128:14

Baku 17:4 22:6 35:15 136:6 182:1

balance 143:6

balances 125:1

ballot 11:25 109:20,22 110:7,23 111:13,21 112:9,20,25 113:25 126:9, 10,16 127:5 128:14 141:12,18 142:6, 8 143:4,8,22 144:2 145:18 146:11,16, 18,21 148:10 149:3 153:15,17,22 183:21

ballots 8:5,21 9:1,22,24 10:12 15:3 109:25 112:5 116:18,23 117:16 118:2,3 125:11,23 126:12,13,19 128:16 141:23 144:9 146:2 147:2 148:8 153:15 175:17 183:12,20,24

banana 97:24

Bangladesh 125:22

bank 120:23,24,25 121:3,11,13,17 122:1,2,8,9,11,19 123:23 130:1

banks 129:19

bar 146:13

barcode 146:23

---

barely 22:10 181:1

Barry 111:1,10 112:8,13 138:5,6,7,9, 14,21,22 139:12,13,14,17 140:5 147:16 150:25

base 47:1

based 47:3 135:10

basically 6:5 14:21 48:1 49:1 65:13, 17 66:20 95:7 99:22 106:6 115:20 120:18 140:22 174:21 176:4

basis 46:20,22 189:2

bat 174:18

battery 87:25

batting 29:17

battle 10:15 96:6

bazumba 173:6,7

Beach 120:25 121:1,7,12 129:24

beaches 18:8

beautiful 59:8

beautifully 73:23

beers 108:11

begin 5:3 70:6

beginning 37:9 62:9

behalf 17:23 19:10 129:2 145:11

Beijing 132:18 133:8,21 134:1 136:21,22

Belgium 96:2

believed 6:7,16

believer 107:11

believes 64:13

belly 170:6

beneath 81:5

benefit 154:21 155:1

Bergen 5:12,14

betraying 48:11

betting 131:5

big 9:18 23:14 39:6 42:23 53:21 79:20 83:11 109:17 117:25 121:14, 18,20

Bill 26:17,18 112:8 113:23

billions 129:12

---

**Billy** 31:1

**bit** 2:21 4:4 14:11 30:5,8 44:7 96:23 139:11

**bitches** 68:21

**bite** 30:6,8

**black** 124:15

**black-letter** 43:10

**blah** 62:13

**blank-faced** 81:19

**blending** 88:20

**bless** 113:6 156:10 190:22

**blessed** 25:20

**blew** 148:20

**blind** 157:10 182:9

**blindly** 107:12,14

**block** 7:3

**blockchain** 186:19

**blow** 160:18,19

**blowing** 105:4

**blows** 188:13

**blowtorch** 49:18 50:7 51:12 53:1

**blowtorches** 54:9 165:21 176:16,17 187:7

**bluffing** 177:24

**blunder** 76:22,24

**board** 106:2 132:5 133:12,16

**boards** 83:19

**Bob** 121:23

**Bolivar** 98:17,18 105:7

**Bolivarian** 99:1,2 100:19 105:3,14

**bombs** 102:5

**book** 99:13,16 100:1,10 106:23 139:4,20,21 140:3,10

**books** 111:23 112:2 153:10

**border** 170:23

**born** 95:24 97:15

**bothered** 180:1

**Botswana** 125:21

**bottom** 160:16 180:10

**bounced** 155:15

**bowl** 82:1 85:6

**box** 7:3 141:18 145:16 147:4 153:17

**boxes** 124:15 141:12 153:15,22

**boy** 44:5 74:13

**boys** 164:16

**brain** 133:14 188:6,9

**brains** 50:1 52:22 53:13,15,16 165:8 176:10 182:4

**branch** 173:25

**branches** 121:6

**brand** 85:25 131:20

**brands** 86:19 133:23

**bravery** 21:20 22:22

**bravo** 51:22

**brazil** 94:13 95:23 96:1 97:15

**Brazilian** 97:16

**breach** 12:18

**break** 31:11 44:22

**breaking** 47:14

**breakthrough** 58:19

**breeze** 105:3,14

**brethren** 48:25

**bring** 6:1 60:25 61:1 87:17 90:25 119:1 122:23 138:6 155:9

**bringing** 112:1 117:17 155:17

**brings** 47:7

**brink** 172:4,5

**broadcast** 54:22,24

**broke** 168:6 174:11

**broken** 22:4 47:17 144:1

**broomsticks** 98:4

**brother** 2:9 103:17 104:16

**brothers** 39:8 121:14,17,21 122:14 129:24

**brought** 27:15 28:12,16 29:20 31:14 54:13 117:1

**brown** 92:4,6,7 93:7

**Bryson** 108:16

**bubble** 118:19

**bucks** 91:14,15 99:15

**Buffett** 120:10,18 130:16

**Buffett's** 123:19

**buggy** 19:17 20:18

**builds** 6:10

**bullet** 186:23

**bullied** 42:14

**bullshit** 24:14 55:10 172:6

**bumped** 155:19

**bunch** 15:3 30:11 34:2,24 43:21 69:19 116:13 137:5 175:8 177:15

**bureaucrat** 181:5

**bureaucrats** 152:4

**burger** 75:14

**burn** 133:15,16

**Burundi** 125:21

**bus** 76:23,24 77:9

**business** 134:15 165:10,12

**butt** 164:16

**button** 20:5 21:13,15

**buy** 85:17,18,19 169:21

**buying** 170:1

**Bye-bye** 190:20

**Byrne** 16:20,23 17:1 18:2,22 21:8,18 22:1 25:23 26:15 36:1 46:21,23 52:8 54:8,20 57:23 59:3,12 60:11 80:9 90:14,16 91:7 93:4,6,11,24 94:2 96:16 97:1,3,10,17 99:16 107:18,25 108:4,20 111:24 115:25 116:6 119:9 120:5 123:17 134:6,18 138:17 139:12,14,18 140:8,11 147:15 150:23 151:1 156:9,23 166:9,19,24 167:23 172:3,15 173:5,9,20 174:3,22 176:1,5 184:19 185:9,21 186:9 189:6 190:7, 10,17

---

### C

**Cabello** 104:22 105:11

**cadet** 160:2

**California** 120:24 121:8,13 122:10 129:25

**call** 8:1 17:15 26:17,22 35:24 61:20 63:23 68:10,25 69:1 81:1 88:9,10 90:4 106:11 107:23 110:3,4 136:17 168:18 182:22 183:5 184:16 188:24

**called** 6:9 14:19 24:1 27:10 61:11 65:22 72:12 82:8 83:18 84:13 85:12 86:12 94:16 114:1 120:25 170:25 186:17

**calling** 110:6 126:24

**calls** 21:14

**calm** 29:17

**calmly** 29:18

**cameras** 54:17

**Campbell** 7:24 8:1 13:4 14:14 19:1, 6,18 20:14 116:3,7 119:7 144:17 153:3 182:21 183:4 184:6,13,15 185:2,15 186:4,7 188:17 189:13 190:8,12

**candidate** 127:20

**candidates** 10:13

**cannibalism** 169:9

**cans** 169:17

**Capos** 83:13,14,16,17

**Capture** 166:7

**captured** 102:24

**Caracas** 133:9 134:2 169:15,24

**cards** 122:6

**care** 5:15 59:11 91:22 148:21 160:5 161:24 165:10,12,14,16 180:3 190:24

**careers** 79:4

**careful** 20:4,6 21:14 49:15 113:10

**carefully** 43:20

**Caribbean** 103:7 156:21

**Carl** 3:3 128:21

**Carlito** 128:21 177:2

**carry** 32:4

**cartel** 82:24,25 83:1,5,6,12,18 84:7 105:12,25 171:4

**cartel's** 86:21

**cartels** 82:14,18,21 83:14 101:10

104:18

**case** 5:21,22,24 7:14 8:9 9:19 11:16 17:25 45:14 50:4 52:23,25 53:17 56:21 60:20 61:25 62:1 63:25 64:1,21 71:6 72:14,22 76:12 79:7 115:5 118:22 176:13 177:7 178:8 181:23 183:19,22 188:11

**cast** 146:22

**casting** 11:24 159:23

**cat** 31:10

**caught** 160:3 170:16

**caused** 15:2 41:20 150:6

**CCP** 106:3

**censored** 186:20

**center** 27:4,11 28:2 41:11 46:8 71:9, 10 100:9 137:24

**center's** 38:22

**centers** 140:24

**century** 85:2

**CEO** 128:21 134:13

**CERTIFICATE** 191:1

**certificates** 141:16

**certification** 88:23 155:23

**certify** 191:3,7

**cetera** 61:23

**chain** 101:4,6,8 128:2 129:4 133:19 141:6

**chairman** 106:1

**challenge** 131:10 145:8,25 147:6

**challenged** 129:9

**chance** 24:22 168:11 169:4 178:18 179:4

**change** 152:25

**changed** 11:19 98:14 109:7 173:3

**channel** 81:4

**channeling** 188:18

**charade** 51:4

**charge** 17:20 115:10

**charged** 6:20 16:24 43:19

**charges** 43:21 69:15 73:17 74:1 152:10

**charters** 34:6

**charts** 122:6

**Chavez** 82:4 84:2 171:19

**Chavista** 137:20 151:18 187:17,24

**cheating** 8:18,19 10:7 128:6

**check** 14:16 146:12

**checks** 125:1

**cheery** 51:15

**children** 103:8

**chime** 5:5 116:4

**China** 38:24 41:13 101:5 106:3 132:4 133:4,24 136:22 137:7 157:7 185:19

**chip** 104:12 160:7

**chips** 89:15

**choked** 135:17,20

**Chris** 88:9,10,14,16 155:10,11,13,16 156:22 183:6,9,17 184:3,4,8,14,25 185:22,25

**chuck** 125:12,13

**chucking** 125:15

**chuckle** 40:23

**churches** 116:13

**CIA** 80:12,15,18 81:8,15,16,22 103:5 160:20

**circle** 118:19

**circles** 23:9

**circumstances** 17:12 185:3

**circus** 73:24

**cities** 117:5 118:8,17

**citizen** 93:15 107:1 126:14

**citizens** 169:12

**city** 93:23 117:3

**civil** 187:13

**claim** 118:18 146:9

**claims** 73:6,11

**clarification** 154:19

**Clay** 148:19

**clean** 167:10 168:1 169:3,6

**clear** 2:9 62:10 126:17 128:14

clerk  6:6 8:12 148:23

clerk's  117:2,14 118:11 119:5

clerks  8:14 117:20 119:2

clever  101:22

client  64:14 77:8 178:24

clip  104:25 105:22

clock  4:17

close  13:1 98:14 99:16 139:20

closed  98:13 116:11 146:6

closes  127:6

CNE  84:13,16 85:12 95:6

co-hosts  19:23

coalition  10:16

code  7:15 39:18 58:22,25 59:4 131:4 136:19 146:13

coder  96:13

collapse  170:22

colonel  188:3

color  156:6 168:24

Colorado  6:6 25:22,23 33:8,17 41:16 45:21 52:12 54:22 57:5 60:16 61:15 64:7,11 67:1 70:3,9 107:9 160:1 188:8

combined  142:17

comfortable  34:13 57:21

command  101:5,6,9

comment  7:7,13 55:15 80:8 88:13 120:8 138:8

commercial  86:5

commissars  48:7

commission  84:12,13,18 85:3,4 86:9,10 148:4,6

commissioner's  111:15,16

commit  28:8 29:1 65:16

committed  40:20 66:20 165:1,15

Committee  26:3 31:23

committing  29:12 30:16 31:3 36:20 51:7 53:5,11 78:24 165:16

commonly  89:2

communicate  27:9 81:5 108:6

communication  80:24 81:10

communications  80:17 81:4

communism  96:7

communist  99:3 102:9,20,22 106:3 133:3,24

communists  94:19

communities  117:15

community  100:23 161:10

companies  52:4 133:2

company  38:16,17 46:6 54:21 82:7 84:5,10,25 86:8 93:18,21 120:12,17 182:5

compare  12:10

compared  33:6,8 45:15 149:24

competency  61:2 79:10

complete  77:3,4 137:20

completely  59:23 128:2 129:6

complex  167:16

compliant  71:19

complicated  114:16 115:2,13 180:19

component  53:10 129:9

components  132:3,19 136:21

compromised  185:18

computer  27:4,11 28:2 30:23 58:15 98:21,22,25 100:9,14,17,23 115:18 120:11 122:4,12 123:24,25 130:2 133:12,17

computerize  129:22

computerized  130:25 151:13

computerizing  120:11,16 123:20

computers  120:20 122:22 125:3 130:24

concerned  126:14 174:8

concert  154:22 155:1

concurred  82:6 84:3,11,18 98:7

conducted  36:24 37:10,21,23 38:1, 11 41:2

conducting  41:2 46:3 47:4

confidence  11:11,21

confidential  178:24

confirm  21:23

confirmed  180:13 181:11

confirms  44:13

confronted  115:4

congress  172:6,8 174:20,23 175:2

congressmen  171:22 172:9 174:17

connected  80:3,10 81:13,14,24 191:9

conquer  99:9

conquering  98:8 99:7

constitution  38:6 55:4 144:19,21 176:24

constitutional  8:8 142:7 144:24 148:16 149:2

constructed  34:6 76:5

contact  56:14

contacting  49:1

contingency  183:10,12,19,22 184:10

continue  51:3 78:18 123:18 140:19

continuing  55:9

contort  42:21

contorting  42:2,19

contrived  43:20

control  8:14 95:8 147:13

convenience  149:4,13 150:4,18

conversation  5:4 74:19 123:16

convict  74:1

convicted  24:23 68:18 74:6

convince  58:4

convinced  58:2

cooked  137:16

cool  26:20,21,24 30:13

Coomer  96:11,18

coordinating  55:19 56:17

copies  28:15 148:7

copy  28:13,17 29:21 30:7 153:20

core  61:1 79:10

**corralling** 64:21

**correct** 22:16,17 41:23,24 57:1 65:1
167:5

**correctly** 71:24 120:18

**corrupt** 32:5 52:3 105:18

**corruption** 26:3 32:3 117:6 118:16

**counsel** 18:20 158:7 159:8,16 163:7
191:11

**count** 10:2 118:3 125:9,11,13 126:12
128:12,17,18 129:3,17 130:4 153:13

**counted** 116:18,21 119:11 146:2,22

**counter** 52:3

**counter-intelligence** 157:17

**counties** 109:1 125:15,16 149:20
150:7,8 152:16 183:18 184:9

**counting** 8:21 117:16 126:21 127:7
175:15,17,18

**countries** 34:23 35:13,20,22 83:10
95:8,10,11,23 100:15 129:1 156:5
157:4

**country** 5:17 6:24,25 8:15 9:16,21
10:21 11:20 17:24 24:15 36:4,6,15
40:9 59:11 60:8 140:13 151:6 156:16
165:1 182:6

**county** 5:12,14 13:14 14:23 22:23,24
27:3,14,15 31:12,18 32:12 41:21
43:4,6,9,10 47:19 50:16,19,23 51:6
53:6,7 57:4 109:2,11,15,20 110:23
111:4,5,7,14 112:7,11,15 113:23
119:17 127:17,21 142:4 148:3,9,19,
23 151:7,8 153:7,17 154:6 183:11

**county's** 15:13 183:11

**countywide** 111:22 112:1 140:23
141:11 142:10,14 143:5 147:22
149:21 150:5,10

**couple** 2:13,17 3:9,14,18,22 57:12
99:14 108:11,15 137:1,4,13 168:19

**court** 11:18 14:2 23:4,7 39:21 42:1
43:25 68:24 70:19,24 71:1 72:17 74:4
75:23 76:22 111:15,16 134:21,23,25
135:15,17,21,23

**court-certified** 28:14 43:13

**courtroom** 23:10,23 32:10 41:16
52:12 54:17 55:22 56:10

**cover** 160:19

**covering** 182:11

**COVID** 72:7 74:24

**cow** 30:10 45:4

**crank** 145:19

**crap** 129:12

**Cratchit** 121:23

**crazy** 19:20 41:14 56:20 63:13 67:17
129:18 151:23 164:2 166:24 167:15

**create** 70:16 75:11

**created** 70:13 180:18

**creates** 141:4

**credibility** 124:10,14

**crime** 27:25 115:9 166:16

**crimes** 6:21

**criminal** 134:19

**criminals** 164:21

**criteria** 155:22

**crooked** 23:1,2 24:10 48:17 59:24
60:4 152:12 177:10

**crosstalk** 185:16

**crowd** 79:20

**crucial** 125:10

**cruel** 57:17

**CSR** 191:16

**Cuba** 94:22 97:24 98:3,6,9,12,22
99:6 100:13 101:9 102:7,9 157:18
159:17 160:9 162:13 164:14

**Cuba's** 98:1

**Cuban** 101:17,19 158:20 159:13

**Cuban-venezuelan** 101:12 162:16
163:18

**cucumber** 30:13

**current** 88:25 89:23

**custody** 141:6

**customer** 26:20,21,24

**cut** 20:2

**cyber** 25:12 26:8,16,21 32:19 42:13,
16

**cycles** 10:10

**D**

**D.C.** 18:6 39:22 44:18 46:16 92:17,18
135:15 178:9

**DA** 15:7

**Dallas** 111:7 142:4 148:3,19 153:7

**damaging** 22:9

**Dan** 54:13,14

**dance** 40:12 44:12

**Danger** 99:16 139:20

**dangerous** 95:19

**Daniel** 54:16 92:13,16 93:5,9,10,12,
13,25 94:4,7,9,12 96:17 97:2,9,11

**Darliv** 179:22

**data** 12:10,11 27:22,24 28:24 30:8
33:10 43:12,14 45:8 51:24 58:14

**database** 14:22 15:13

**date** 93:1

**date's** 154:19

**Daugherty** 14:19

**day** 7:5 26:23 35:24 75:22 78:20
79:25 80:20 110:25 111:10 116:10
126:5,15 128:12,16 151:25 175:13,
14,16 191:13

**day-to-day** 189:2

**days** 34:12 49:16 61:9,10 63:20
80:19

**de** 171:1

**dead** 23:17,18 169:20 170:12

**deadman's** 186:14

**deal** 56:13 60:1

**death** 35:3,5

**debunked** 15:5

**decades** 124:13 158:19 160:6 162:4,
5

**December** 158:20 178:8,12,17 179:2
180:18

**decentralized** 129:6

**decided** 9:6

**decides** 112:15

**decision** 24:11 145:1 149:7

**decisions** 65:6

**decisive** 64:24

**declare** 164:25

**deconstructed** 59:5

**deep** 14:21 16:7 91:22 166:7

**deeper** 142:3

**deeply** 5:15

**defaming** 57:14

**defeat** 100:21

**defeated** 103:22,23

**defected** 187:24

**defectors** 49:21 132:12

**defend** 63:20 135:21

**defendant** 67:5,6,23 72:13

**defense** 7:17 17:21 64:6,8,11,12
65:11,21 66:25 67:17 69:24 70:14,17

**defenses** 66:13

**deficient** 121:3,4,9,10 122:10 123:23
129:25

**definition** 89:1,3 155:25

**Del** 83:5

**Delcy** 103:11,12 104:9,14

**deleted** 33:9

**Dell** 85:19

**demanded** 102:25

**Democrat** 148:2

**Democrats** 11:9 148:5,11,13 149:15

**Democrats'** 149:23 150:1

**Demora** 54:14,16 92:13,16 93:5,9,
10,13,25 94:4,7,9,12 96:17 97:2,9,11

**denier** 71:15 73:5 74:3

**Denver** 38:16,17

**department** 124:12 129:1 130:7
158:14 162:2 163:22

**depend** 40:4

**depending** 103:4

**Depot** 153:19

**depths** 47:15

**designed** 113:16

**desk** 121:22,25 159:9,17 163:6

**desperate** 67:7,8,24

**destroy** 29:4,8 101:2

**destroyed** 6:13

**destroying** 29:7,10

**destruct** 58:22

**detail** 22:11 50:14 157:14

**details** 80:25 154:24 155:2

**detect** 109:24

**developed** 94:20 95:3 170:9

**development** 96:18

**devices** 90:17,20

**die-hard** 99:3

**died** 103:3,4

**diehard** 8:3

**diesel** 169:18

**difference** 77:2

**difficult** 116:17

**dig** 91:22 124:20 167:5,10 172:20
184:18

**digging** 124:22 142:3

**Diosdado** 104:22 105:11

**dirt** 109:5

**dirty** 68:21 69:14 75:25 76:1 171:15

**disabled** 79:22

**disaster** 185:7

**disasters** 184:10

**disclose** 178:23

**discover** 81:7

**discovered** 33:13,14

**discoveries** 47:8,13

**discovery** 39:1 40:1,3,4 44:9,10,20,
24 46:1 47:3 123:4,7,8 132:11 135:11
178:3,4,15,21 179:4,6,8,11,16 180:1,
4,8

**diseases** 185:6

**disenfranchise** 149:17

**disenfranchisement** 150:6

**disinterested** 191:5

**disrespectful** 101:24

**ditch** 64:15,16

**dive** 14:21

**divisions** 117:4

**Dixie** 86:24

**DM** 97:5 190:2

**doctor** 69:5 70:18,25 71:24

**documentation** 186:2

**documenting** 185:14

**dollars** 59:16

**dominance** 58:1

**Dominion** 6:10 7:3 8:16 12:6 14:22
22:9 27:20 28:8 29:21 31:4 38:21
39:2,3,20 40:1,3,4 41:9 44:9,10,20,24
45:13,14,21 46:6,18 47:2 85:14 96:19
101:16,18 122:25 123:1,4,6,10,14
131:20 132:8,10 134:10,14,22
135:15,21,24,25 136:13 137:4,7,13,
15,23 138:1 142:22 152:21 162:24
178:3,4,8,12,20 179:7,11,19 180:1,4,
16 181:18,21 182:3

**domino** 112:16

**Donald** 12:25 13:2

**donate** 59:19 91:10,18,23 154:1

**door** 34:4

**doubt** 128:4

**doubted** 129:5 130:14

**Doug** 59:25 60:17,20,21,22,24,25
61:2,4,8 62:1,14 63:8,13 65:9 77:12,
13,15,23 79:8,11

**download** 154:6

**dozen** 32:14 174:24

**dream** 23:8,16

**dressed** 30:23

**drive** 27:17 28:18 29:23 30:1,6,7
41:21

**driver's** 9:7,8

**drives** 167:13

**driving** 111:11

**drop** 52:23 55:7 79:1,5,6 127:14
173:8

**dropped** 19:8 87:23 95:20 103:7 126:7,8,16 128:13

**dropping** 50:4 53:17 156:20 188:11, 20

**drops** 126:1

**dude** 26:24 28:19

**due** 142:10

**dug** 109:5

**dump** 126:11

**duty** 6:16,17

### E

**e-mails** 46:18,20

**e-poll** 111:23 112:2

**eagle** 108:5

**early** 2:6,18 48:22 94:14

**ease** 149:3,13 150:3,18

**easy** 147:25 148:1

**Ebenezer** 121:24

**echo** 16:1 114:2 119:13 130:6

**echoing** 138:18

**edge** 105:25

**effect** 112:14,17

**effectors** 132:15

**efficient** 122:17,19 123:22 125:4 127:2 129:21 151:14

**effort** 106:1,2 110:21 140:21

**efforts** 138:25

**Eisenhower** 18:7

**elect** 94:24

**elected** 103:15 104:15 153:4

**electing** 152:15

**election** 5:16 8:4,22 11:4,15,20 15:18,20 37:6 47:20,21 51:6 71:15,18 73:4,6,11,12,20 74:3,10 75:23 84:12, 17 85:3,4,9,13,22 86:9,10,13,15,17 87:3,5 88:24 96:20 104:23 105:18,21 107:1 110:11 116:10,14 124:7,9 126:24 133:6 137:19 143:15 146:6 147:17 148:4 152:4 155:22 157:20,21 167:7,9,21,24 168:8 169:5,6 172:22,

24 174:7 175:13,14,16 184:7

**elections** 5:18 10:8,10 29:5 44:3 53:6,8 96:19 111:9 114:14,18,22 115:22 117:4 119:25 124:5,8,15,23 126:5 143:17 144:22 152:16,23 166:22 168:4,9 183:10

**electoral** 84:14 95:2,6

**electronic** 95:12 107:5 143:24,25 183:20

**eliminated** 110:7

**eliminating** 142:14

**elites** 157:8 170:19

**Elon** 7:5,7,9 91:4

**else's** 62:20 71:11 75:19

**embassies** 80:23 81:2,8,18,23

**emergency** 142:15 185:7

**Emirates** 96:3

**emotion** 29:14

**emotional** 135:18,19,23

**emphasize** 123:2 132:7

**employee** 101:18 149:8

**employees** 137:2,6 148:25

**empowering** 32:3

**enable** 31:21

**enamored** 120:20

**encourage** 99:13 154:10

**end** 48:18,19 49:16 53:12 121:20 122:14 128:15 131:16,18

**ended** 45:19 76:10

**ending** 49:17 50:6

**enemies** 177:23

**enemy** 37:18

**enforcement** 49:10,20 50:25 164:24 171:11 179:15 180:20 186:12 188:7

**engineers** 7:7 115:19

**England** 95:14

**ensure** 8:25

**enter** 85:8

**entire** 11:23 30:7 47:20,21 65:11

**entrepreneurial** 40:6,17

**environment** 113:17

**equipment** 73:12 85:9,15,23 88:24 132:9

**equivalent** 133:13 170:11

**erase** 27:23 30:1,2,5 87:2

**erased** 30:3 31:3

**Eric** 96:11,17

**ES&S** 131:21

**escalate** 61:4,5,6 77:20,21,22,24 79:15

**escalation** 77:15

**espionage** 99:18

**essentially** 6:11 35:4 37:17 38:21

**establishment** 178:11

**Estonia** 96:3

**etiquette** 170:8

**evening** 163:8

**event** 108:14

**eventually** 16:11

**everyday** 55:21 187:10

**evidence** 15:6 42:5,6 51:24

**exact** 153:9

**exaggerating** 121:16

**Excellent** 13:3 16:19 55:13 79:16 134:7,8 138:4 182:16

**exciting** 10:18

**excluding** 64:22

**exculpatory** 64:23

**excuses** 49:5

**executed** 57:10

**expected** 15:23 52:2

**expense** 121:10

**experience** 161:6

**experienced** 120:2

**explain** 63:19

**explained** 27:14 31:7 80:16

**explaining** 22:15 24:3 29:18 67:12, 14,15

**explanation** 15:9 159:11 163:9

explicitly 64:7,10 66:25

explode 176:9

explosive 25:4

exposed 164:10 177:16

exposing 107:3,17 111:20

exposure 163:17

extent 45:1

extra 77:1 78:2

extraordinary 26:4 109:3

extremely 62:25 173:24

eye 182:9

eyes 40:25

**F**

F-BOMBS 188:21

fabricating 94:22

facade 78:13

face 22:10 48:20 176:9

Facetime 27:2,5,8,10 28:3

facilitated 111:22

facing 48:19 50:6 76:22,23 165:20

fact 39:4 43:25 83:4 104:20 135:13 168:1 170:22,23 178:5

factors 110:10

factory 131:14,15,17,24 132:1,2,6,17 133:20 153:2

facts 58:14

failed 64:18 65:6 174:2

failing 38:9

fair 5:18 10:6 12:24 124:24 145:6 167:22

fairly 15:11

fake 34:4 41:10 46:6 47:21 68:13 75:18

fakes 77:4

fall 66:16 136:9,16

fallen 151:22

false 62:18 63:11

familiar 82:13

familiarized 94:15

families 161:12

family 169:22

fan 172:11

fantastic 13:5,6 16:19 106:11 107:23 134:9 138:5 150:22 153:23

farmer's 169:25

fascinating 106:21

father 102:18 104:3,5,10

FBI 160:17

fears 181:10

February 37:23 73:2

fed 187:18 188:6

federal 29:4 33:18 38:4 48:4 49:8 60:18 61:22 66:9 68:15,20 113:13 115:15 142:13 181:5 182:7 187:11,14

federals 47:25 48:5,9,11,14,23 49:9, 21

feds 47:24 165:8 186:11 187:4

feed 54:25 55:1 105:22

feel 18:3 34:12 61:12 105:3 178:9 180:6

feeling 11:23

feet 30:20

fell 65:15 98:11

fellow 30:22 33:3,6 103:19 158:6

felonies 28:9,25 29:2,12 30:16 31:4 36:21 37:24 38:11 40:21 165:4,15,16

felony 29:8 50:10 78:21

FEMA 183:9,17 184:6

female 135:16

fiction 139:9

fight 9:18 32:2 39:7 45:20,23 60:14 68:17 136:12,13 151:3,10

fighting 8:4 11:5 16:9 39:10 48:7 107:8 136:4 151:7 152:4 171:21

figure 3:13 13:19 77:17,25 101:14,16

figured 80:21,22

file 64:18 65:6 142:13 186:18

filed 64:19 65:3

files 154:4

filing 11:6

filings 154:5

fill 118:20

final 17:15 58:18

finally 74:3 111:16 152:3

financially 59:15

financials 121:2

find 16:14 24:13 61:19 105:21 115:7, 9 126:25 133:18 155:2 176:19

finding 16:13 40:7,8

finger 109:5

fingernails 109:6

finish 20:11 65:25 78:3 127:5

fired 68:23 69:9 72:5,17 74:20 137:2, 4

fireworks 25:3

firing 137:15

fish 81:25 85:6

fits 100:12

fix 168:16

fixed 33:10

flannel 30:24

fleeing 182:5

flew 61:15

flimsy 68:2

floor 173:16

focus 149:13

focused 147:22

fold 57:14

folks 27:5 29:25 101:23 135:3,4 165:17,18 168:18 172:18 182:12,13

follow 97:11 140:15 146:24

food 169:21 170:2

fools 176:7

football 109:9

force 32:5 111:19 112:10 160:1 184:20 185:12

**foreheads** 151:21

**foreign** 34:23 124:4 158:23

**forensic** 12:6 26:8,21 28:13,15

**forensics** 58:15

**forget** 78:15 98:15 108:8 153:25 159:4

**forgive** 177:3

**forgiving** 177:1

**forgot** 96:24

**formal** 66:8

**formally** 130:7

**Fortunately** 74:14

**forum** 95:1

**forward** 31:9 32:11,17,20 33:20 38:12 65:20 88:19 140:19 144:4 145:14 154:25 186:1

**found** 23:7,15,18 24:14 33:1 34:8 44:1 64:24 67:14 69:17 71:16 72:21 73:7 75:17 93:16 142:3 143:3 149:18, 21 166:12 179:12,17

**fourth** 158:12 161:25

**France** 95:15

**Frank** 158:12 159:19,20,22 160:10, 21 163:2 164:15,19

**frankly** 15:3

**fraud** 73:20 75:23 95:2 115:8

**frauds** 77:4

**fraudulent** 117:21

**freaked** 23:12,21

**free** 5:19 133:6 145:6

**freetina.com** 56:15 154:25

**Freetina.com.** 56:3

**French** 84:15

**Friday** 23:6,10,20

**friend** 42:17 55:18,25 156:10

**friendly** 63:16,17

**front** 44:17 46:7,15 57:13 86:5 147:5

**frontal** 133:13

**fronts** 91:17

**fuck** 54:4,5 58:6 162:6 165:9

**fucking** 42:23 53:18 79:5

**fucks** 187:1

**fuel** 169:18 170:15

**fully** 37:20

**fun** 39:16

**fundamentally** 86:20

**funding** 118:25

**funds** 136:6 166:16

**funnier** 132:1

**funny** 18:3 25:6,11 34:20 37:9 39:4 44:16 108:6 151:2,3 181:17

**G**

**Gallagher** 106:12,14,18 107:14 140:20

**game** 44:2 109:8 110:14 173:3

**games** 181:25

**gang** 170:24 171:5,12

**gap** 57:3 89:1,3,5,20 155:25

**garbage** 167:7

**Garcia** 110:3,7 111:3,5

**gate** 12:5

**gave** 25:20 31:23 39:14 42:9 60:16 64:4 76:16 78:2 104:23

**gay** 160:3,5,23 161:5,11

**general** 142:12

**generalissimos** 83:8,25

**generals** 83:7,10,15

**generation** 82:16

**generous** 113:5

**George** 18:5 105:9

**Georgia** 152:1

**Germany** 95:14

**Gillespie** 119:17

**give** 2:12 3:14 9:6 28:15 38:10 62:12 65:8 72:3,23 73:25 74:23 135:9 181:5

**giving** 13:16 16:16 63:5 75:17 184:23

**glitchy** 90:23

**globalist** 168:7

**go-to** 86:11

**God** 25:6 75:7 120:13 135:12 136:10, 15 139:23 141:2 156:9 187:5 190:21

**Goldberg** 167:12

**golden** 29:24

**Goldman** 39:7,8,10 45:16 136:1

**good** 2:21 11:23 12:2 14:16 15:9 17:10 21:5 45:11 79:2,3 84:15 91:4 97:4 102:13 106:16 107:21 131:1 138:20,21 149:6 151:1 169:16 174:16 184:5 190:18

**good-sized** 122:9

**Google** 158:19 164:3

**goons** 27:19 31:5 33:2 137:21

**goose** 137:16

**GOP** 119:17

**gosh** 152:1

**government** 34:18,25 35:2,4,9,17 36:22 39:17 40:18 46:4 47:5 48:6 54:1 76:17 82:2,25 83:3,22 99:22 100:3,5,9 104:18 147:13,18 157:9 158:2,11 162:17,21 163:1,19,20 164:8 165:6 169:11 174:1 176:22 181:13 187:11,14,22 188:2

**governmental** 95:7

**governor** 11:2,14

**graduated** 100:24

**Grand** 55:23 57:5,8

**grandmother** 128:7,8

**granted** 110:24

**grateful** 12:16

**gravity** 41:11 46:9 137:25

**Gray** 108:16

**great** 2:11 3:7 5:22 6:15 14:15 19:9 51:18 56:13 92:20 94:6 108:18 144:15 147:19 150:23 153:24 156:10 189:16

**grew** 94:12

**grift** 175:9

**Grimes** 170:13

**grocery** 57:16

group 157:8

guess 2:25 17:20 18:20 23:19 25:13 92:9 111:5 134:16 154:18 155:6 159:5 185:19

guest 134:10

guests 13:9

guilty 16:23 71:16 73:7 75:17 158:25

Gulfs 82:16

gun 170:5

guns 98:5

guy 18:5 26:8,16,22 28:14 29:14,15 32:8,20 33:15 35:25 42:11,13 43:13 52:18 60:1,17,19,23 61:16,25 62:14, 17 63:10 68:12 77:11 96:23 102:23 104:21 105:13 128:20 158:4,11 159:18,24 160:4 161:15,25 162:1,11 163:5 164:11,18 172:12 177:1

guy's 162:2 170:12

guys 5:9 17:6 18:7 45:17 52:13 76:23 95:5 119:15 161:2,11 164:20 169:15, 16 173:22 183:7 188:7

## H

hack 46:3 76:17 79:20,21 181:12

hacked 34:25 35:8,17,19 39:17 40:18 47:21 54:1 134:4 165:6 180:9 181:8

hacker 27:23

hackers 34:24

hacking 34:18 47:5 78:3 180:15

haddocks 161:2

half 168:13 174:24 181:16 188:6,9

hall 121:14,18,20 122:1,15

Hallelujah 119:9

hand 2:4 10:2 13:10 125:5 131:6 146:12 183:12,21,24 191:13

hand-count 116:22,23 125:23 153:14

hand-counted 9:25 113:25 145:21 146:3 147:5

hand-counting 118:5

hand-marked 113:24 144:9

handful 174:16 182:7

handled 148:22

hands 148:7

hang 2:12 3:11,24

hanging 103:24

Hannibal 102:17 103:18 106:6

happen 8:23 10:9 15:15,24 56:25 57:20 113:9 117:22 134:17 163:2 168:20 184:21 185:12

happened 8:22 14:25 15:1,10,18,19 31:16 32:18 47:19 50:14 58:23 68:22 79:25 87:7 98:9 99:8 105:23 118:22 162:18 165:13 171:17 176:19 178:16 180:21

happening 8:10 34:11 74:8 110:17 114:15,24 118:13 187:25

happily 164:25

happy 38:7 41:15 44:16 123:22

hard 10:1 16:10 27:17 28:18 29:23 30:1,6,7 41:21 51:22 107:3,17 114:10

hardware 133:6,11,17 153:19

Hart 131:20

hat 103:21 156:13

hate 100:25 103:9

hates 161:15

head 105:12 159:9,15 179:17

headlines 71:14 73:4 74:2

headquarters 121:7

hear 2:3 14:13 16:24 19:7,13,15,20 21:1,23 54:19 61:24 85:24 87:12 88:15 97:7,18 106:15,20 108:5 138:12,18

heard 9:3 18:18 23:11 26:18 90:24 91:2 92:19 172:23

hearing 23:20 74:4

heart 44:23 46:24 108:4

heat 11:7

heavily 92:25

hedge 166:15

Heider 110:3,6 111:3,4 112:22

held 34:4

helicopter 103:6

hell 61:11 65:22 68:15 74:17 77:6

helped 59:10

helpful 186:3

helping 48:16 80:14 138:24,25 140:19

hereunto 191:12

hero 5:25

hey 17:1 64:2 91:10 97:4 106:14,18 114:19 173:18

hide 80:23

high 128:11 158:13 161:25

high-level 159:7 162:1

higher 61:7

highest 158:22,23 164:6,7

highlight 12:3

hired 34:23 35:18 43:12 60:12

hires 60:23

hiring 152:15

history 39:5 107:20

hit 20:1,7,21 21:6,8,12,14 52:5

hitting 19:23

hold 13:18 87:18 92:4 107:13 150:19

Holder 158:12 159:19,20,22 160:10 163:2 164:15,19

Holder's 160:22

holding 117:13 119:2 133:6

Hollywood 139:15

holy 30:10 45:4 179:9

home 10:4 153:19

honest 74:16

honesty 10:22

honor 16:22 59:13

hoogamajig 131:22

hop 7:22

hope 60:20 65:14 66:20 68:5 77:13, 14 79:8,9,10 160:11 162:13,23

hoped 69:25

hoping 69:22 137:17

horns 108:11

horrible 166:8

horse 29:16

horseshit 123:22

hotel 61:16,18 63:18

Hotze 108:14

hour 127:3 128:18

hours 36:10,18 47:7,12,16 58:18
65:14 66:17 131:8

house 16:20

housed 174:23

Houston 108:15

HP 85:19

huge 104:12 109:14 162:15

Hugo 82:4 84:2 171:19

human 133:14

hundreds 151:5

Hunter 88:9,10,14,16 155:13,16
156:22 183:6,9,17 184:3,8,14,25

hurt 24:12

I

ID 8:6 9:4,12 10:23 71:11 125:9

idea 2:22 94:20 98:6 99:6 120:3
149:15 181:18

identify 148:12

illegal 33:11 46:2 47:4 117:22 118:23
143:15 149:10 181:12

illegalities 50:16

illegally 44:14 180:9

illegals 9:6 141:9 185:5

image 12:6 13:14 26:9 27:16 28:18
29:24 33:3 41:20 58:21,22

images 33:5,6

imagine 46:10 169:19

immediately 15:5 84:24

implications 185:1

importance 64:25

important 9:20 56:21 60:6,7 117:11

144:18 149:1,3

improvements 91:3

in-person 175:6

in-precinct 110:9 111:20 112:12,18
142:17,25 143:20 144:9

inaudible 94:16

inch 109:7 110:17,18

inches 109:8,10 110:14

incidentally 38:25

inclined 188:12

includes 53:18,19

including 95:12 112:23 134:10

incontrovertible 172:17

index 122:6

India 96:3

indict 33:25

indicting 34:1

indictment 154:5 186:23

indisputable 58:16

individual 144:20

inexplicably 163:5

influx 185:4

information 45:12 56:4,14 58:1
88:19 143:11,13 167:19 178:25 180:7
184:1,5,22 185:13

informed 189:1

inhospitable 113:17

initial 127:13,16

injunction 142:15

inserted 109:25

inside 56:10

insight 19:9 145:12

insinuate 78:22

inspection 133:18

Instagram 100:6

installations 169:12

installing 29:24

institute 98:12,15,24 100:13 102:10

instituted 150:10

institution 95:7 166:25

institutions 167:1

instruct 32:22

instruction 31:24

instructions 186:24

instrumental 22:20

insulting 58:11

integrity 5:16 8:5 11:4,16,21

intelligence 101:12,17,19

intent 118:24

interest 5:22 25:16

interested 13:16 191:8

interesting 12:9 15:11 93:17 148:14
184:13,20

interestingly 79:24

interference 80:4

international 36:21 37:24 165:4

internationally 124:8

Internet 80:3,10 81:13,14,25 89:8
96:13 186:17

interplanetary 186:18

interpret 24:3

interpretations 23:25 24:12

intertwined 157:16

intrigued 186:5

introduce 5:9 7:20,23

introduced 36:12

investigate 111:8

investigation's 152:9

investigator 107:1

invite 13:21 123:15

invited 123:10

inviting 26:7

involved 13:13 29:5 45:4 80:11
141:7 156:5 175:10,19,21

IQ 187:20

Iran 101:5

Audio Transcription    - July 25, 2024

**Ireland** 95:15

**Israel** 164:17

**issue** 19:16 34:8 112:25 147:23
148:2

**issues** 141:6,20 166:21,22

**items** 179:25

---

**J**

**JACLYN** 191:3,16

**Jacob** 90:4,5 173:11,14,18,21 174:4
175:23 176:3

**jail** 65:19 73:8 92:18

**Jeff** 13:12,21 14:8,12,15,18 33:7

**Jenkins** 148:19

**jerrycans** 170:15

**Jersey** 5:13

**Jesus** 51:1 55:7

**Jim** 172:10,12,18

**Joan** 107:19

**job** 22:23 43:4 53:21 65:10 144:15,16
150:24 151:1 165:18 187:5,8 189:16

**jobs** 165:22 182:11

**John** 134:19

**Johnson** 128:21

**join** 5:4 123:11,15 154:21 178:8

**joined** 4:13 48:15

**joining** 3:8 4:1,22 7:25

**joke** 173:2

**Jordan** 172:10,13

**Jordan's** 172:19

**Jorge** 96:24 97:1,3 102:13,14
103:11,18 104:9,13,16 106:5

**Juarez** 82:16

**judge** 23:1,2,4,5,6 24:5,7,9,10 39:23
42:2,20 44:18 53:19,20,21 54:10 55:3
61:14 64:20 68:20 69:11,13 70:20,24
71:2,25 72:2,6,8,15,23 74:21 75:9
76:7 78:6,20 79:11 148:19 177:9
178:12 181:5

**judge's** 148:9

**judges** 24:24 42:20 61:22 76:3
141:15 170:19

**judgeship** 68:15

**judging** 24:15

**Judiciary** 26:2 31:23

**July** 154:14,17,18 191:13

**jump** 48:12

**jumped** 48:14,25

**jumping** 48:5

**Junction** 55:23 57:5,8

**junior** 82:22 128:11

**junk** 37:3,4 38:3,13,14 41:8 46:8
73:13 74:10 136:19 138:3

**jurors** 24:25 68:5

**jury** 57:9 65:15,17 66:16,18,21 69:25
70:2 74:5,6 75:24 169:17

**justice** 14:4 163:22

**justify** 112:1

---

**K**

**kabuki** 40:11 44:12

**keeping** 5:18 91:7 158:9 161:23

**key** 30:18 41:18 101:14,15 119:10,12
153:16 157:25 159:20 161:17,18,20
162:22

**kicked** 34:22 159:24,25 160:2,6,22

**kidnapped** 102:24

**kids** 98:21 160:25 161:3

**kill** 104:4

**killed** 104:3,10

**killer** 171:5

**kind** 15:6 23:12 24:14 32:5 39:4
44:21 65:16 81:18,20 87:8 90:23
94:14 101:23 102:14,18 103:20
105:2,8 110:19 112:3 113:5 116:1
120:6 167:1 173:19,21

**kinds** 6:21 45:7 50:16 64:18 66:12
75:9 167:16

**Klaus** 168:1,2

**knew** 50:13 68:9 84:19

**knowingly** 55:8

**knowledge** 145:3 149:9

**Kurt** 62:4,6,8,17,19,24 64:3 70:7
156:8

**Kurt's** 156:10

---

**L**

**label** 133:1

**lady** 65:13 69:25 126:3 135:19 170:4

**laptop** 85:20

**largely** 100:24

**late** 182:17 187:9

**Latin** 98:17 100:15 105:8 158:18
159:9,16 163:5

**latitude** 26:4

**laugh** 78:15,17 98:5 99:5

**Laurie** 106:12,13,14,18 107:14
140:19

**law** 12:24 23:25 24:4 26:4 27:18 29:4
43:10 49:9,19 50:25 64:7,11 67:1
70:3,9 111:18 124:24 164:24 171:10
179:15 180:20 186:12 188:7

**laws** 8:11 109:21

**lawsuit** 11:5 39:2,20

**lawsuits** 142:13

**lawyer** 23:11 45:3 59:21,24 60:15,24
61:14 63:4 64:4,9 66:13 70:4,6,8,10,
12 72:5,13 178:7,11,13,19,20 181:25

**lawyers** 23:16 24:2 59:22,23 60:4,12
63:22 66:7 181:25

**lay** 41:17

**layer** 138:1

**layman** 67:13

**LDS** 161:10

**lead** 12:1 107:1

**leaders** 94:18,19

**leading** 17:19 105:25

**leagues** 23:14

**learn** 100:17,18 151:25

**learned** 40:9,10 152:2,13 180:14

---

**leave** 36:10,18

**Lecter** 102:17 103:18 106:7

**led** 12:8 51:25

**left** 33:3 48:6 63:15 68:8,12 96:12
111:3,5 137:6,13 174:19 182:18

**lefty** 100:15,25

**legal** 4:8 18:21 40:7,11,14 45:13
62:12 63:5 64:8 66:12 78:23 79:3
143:17 154:4 179:14

**legalistic** 44:12

**legally** 9:15,17

**legislation** 113:14 119:20 145:2,8,
24

**legislative** 114:9

**legislators** 145:10

**legislature** 113:2 114:11,19 115:2,
17

**Lehman** 39:8

**Lenovo** 85:19

**lets** 155:6

**letter** 176:11 188:10

**letting** 75:18 155:21

**level** 9:14,24 10:25 12:24,25 46:13
47:17,18 50:22 54:4 81:5 115:16
116:10,20 130:5 146:4 158:22,23
161:25 164:6,7 174:1

**leveraging** 51:24

**license** 9:7,9

**lie** 89:19,20

**life** 52:16 59:13 99:23,24 177:12

**light** 133:22

**likes** 114:5

**limit** 147:18

**limited** 179:1

**limits** 59:17

**Lindell's** 106:25

**link** 56:5 128:1 129:4 175:11

**list** 67:10

**listen** 18:11,23 59:21 176:6

**listener** 3:21

**listeners** 51:20

**listening** 17:6 18:17 32:14 38:4 43:8
47:24 50:25 78:8 123:14

**literally** 58:24 72:1,15 74:22 133:10
145:19

**litigation** 61:1 79:9

**live** 54:18,25 55:1 93:19 100:3

**lived** 93:22

**livid** 72:23,24

**living** 161:2

**loaded** 186:22

**lobby** 35:25

**lobe** 133:13

**local** 5:13 9:14,23 10:24 54:21,22
55:23 56:7 57:10,11 116:9,15,19
118:7 119:5 146:3 175:2

**locally** 118:6

**locals** 55:23 57:19

**location** 110:2 119:12 142:2 153:9

**locations** 80:6

**log** 141:15

**long** 120:13,24 121:1,7,12 129:24
171:20 180:14

**longer** 4:19 143:14

**looked** 40:1,2 44:23 45:1 60:13
121:13 122:6 123:8 150:8,9 179:6
180:12,24,25

**lose** 24:6,7

**losing** 96:6

**lost** 19:4,7 21:6 49:24 71:14 87:10,
13,24 88:5 168:17 187:9

**lot** 6:2 10:12,13 16:5 46:12 56:1
110:20 119:18 136:7 138:14 142:25
160:24 182:18

**lots** 76:15

**loud** 2:9

**love** 7:6 65:15 66:16 97:7,14,15,17
122:25 134:25 183:5 188:17

**low** 30:18

**lower** 150:14

**luckily** 110:21

**M**

**ma** 67:13

**Macarthur** 18:7

**machine** 7:15 14:23 94:21 131:23
136:18

**machinery** 129:12

**machines** 6:10 8:16 12:7 28:24
38:23 52:4 81:22 86:24 87:1,5 95:12
113:15,18 114:4 115:3,13 131:16
133:25 136:20 142:21,24 175:25

**made** 24:10 37:14 38:23 41:21 43:13
60:1 62:10 68:19 133:7 136:20,21
168:20 171:9

**Maduro** 104:20,21

**mafia** 82:12 83:1,3,5,15,17,23,24
84:8,22 86:6 105:24

**Mafias** 82:14

**Magazine** 134:13

**magistrate** 46:16,25

**mail-in** 11:25 175:7,8

**mail-ins** 175:18

**mainland** 132:4

**major** 36:21 37:24 85:23 165:3

**make** 6:12,18 8:6 27:16 28:12,14,17
29:21 30:6 42:7,8 43:11 49:2,4 52:2
56:5 69:23 72:1,2,14 74:22 76:8 77:1,
23 86:23 87:1 99:14 112:14 113:16
116:24 119:21 125:3 128:15 130:25
136:2,16 137:18 143:16 145:1 146:5
147:1,19 150:16 151:17,19 153:20
156:16 168:15,22,24 169:2,3 183:1
184:22 189:10

**makes** 99:3 131:15 132:22 143:15
171:25

**making** 19:19 53:21 64:22 68:3
89:13 93:2 115:10 118:4 146:4 149:7
157:21 164:5

**malfeasance** 157:22

**mama's** 148:9

**man** 7:12

**mandated** 183:9,18

**maneuver** 64:15,16



**Musk** 91:4

**Musk's** 7:6

**mutating** 89:12

**mute** 19:23,24 20:5 21:7,9,12

**muting** 19:21,22

---

**N**

**naked** 166:12

**named** 31:13 33:7 60:17 98:16
101:15 103:10 104:22 158:5,11
159:18 162:11

**names** 86:1,18 157:24

**naming** 157:23

**narrative** 11:19

**nation** 83:2 107:10 129:7 130:12

**national** 5:24,25 64:25 82:7 84:14,17
86:8,10 107:6 154:22 158:6 159:8,16
163:6 179:13

**nations** 124:4

**necessity** 184:23

**needed** 84:20

**neighborhood** 116:16

**nerd** 30:23

**nervous** 18:12

**net** 91:21

**Netherlands** 95:14

**network** 89:7,10

**neutral** 24:8

**newspaper** 57:10,11 171:7

**newspapers** 73:8 171:10

**nice** 52:21 65:13 69:24 93:5 94:1,2,4
109:22 189:15

**night** 22:12 116:19 129:8 130:13
159:10 190:18

**nightmare** 141:3,4

**nights** 37:13

**nondefense** 67:19 70:14

**nonlawyer** 63:19

**nonsense** 74:5 151:15

**nooses** 176:15,21 182:14 188:15

**normal** 93:15 161:12

**Norway** 95:15

**note** 51:23 70:25 71:23 122:25

**notice** 146:15

**noticed** 141:19,20,21 150:2

**notification** 111:13

**November** 35:11 47:19 142:16

**NSA** 98:10,13

**nullification** 65:17 66:21

**number** 14:20 50:19,20 99:18 121:6
127:19 128:16 147:2 149:22

**numbered** 112:5

**numbering** 109:21,23 110:8,23
111:14

**numbers** 10:11 119:4 122:18
127:18,22 141:14

**nuts** 60:23 177:18

---

**O**

**O'DONNELL** 13:12 14:8,12,15,18
33:7

**O-6S** 188:4

**oath** 38:5,8 55:5

**oaths** 176:23

**obedient** 71:20

**obligation** 179:14

**oblique** 105:2

**observer** 24:8

**observers** 101:8

**obsolete** 168:4

**obtained** 46:5

**obtaining** 181:12

**occurred** 164:9

**October** 175:20

**offer** 16:12 140:25

**office** 49:23 112:24 117:2,13 118:10,
11 119:5 162:9

**officer** 80:12,15,19 81:17 101:17,20

**official** 38:4 100:6 158:14

**officially** 179:2

**officials** 176:22 182:7

**Ohio** 172:14

**oil** 82:7 84:5,10,25 86:7

**Olsen** 62:4,6,8,17,19,24 64:4 70:7

**online** 92:22 186:10

**open** 34:4 138:17 153:16 154:13,17,
20 169:24 174:11 179:16 180:2

**opened** 44:24,25 179:7 181:2

**operated** 32:20

**operating** 33:21 34:22 35:14,22
46:13 85:21 86:2,13,14,21

**operations** 78:4

**opportunity** 16:17

**opposite** 130:20 150:5

**option** 3:1

**order** 24:12 27:18 68:16 84:21

**Oregon** 11:2,15

**Organization** 5:15

**outcome** 191:8

**outcomes** 12:2

**overcomplicated** 114:17

**overhaul** 115:16

**overhead** 83:21

**overly** 114:17 115:2,12 122:22

**oversaw** 121:25

**owner** 93:21

---

**P**

**p.m.** 127:25 129:7 130:13

**paces** 40:15

**panties** 123:5

**paper** 8:5 9:1,21 10:24 113:25 116:8,
23 118:2 126:1,8 146:2

**paradigm** 63:7

**parallels** 119:18

**pardon** 84:9,14

Audio Transcription    - July 25, 2024

**part** 10:16 15:25 22:21 41:18 49:3 51:8 55:9 74:18 77:5 78:25 112:21 165:19 170:23 182:8 188:1

**parties** 126:22 127:13 191:10

**partisan** 148:2

**partner** 82:23 121:22

**partner's** 121:25

**partners** 82:22

**party** 24:7

**pass** 78:15,16

**passed** 145:3

**password** 153:9

**passwords** 152:25 153:1

**past** 10:9

**patient** 173:24

**Patrick** 16:20,21,23 17:1,18 18:2,22 19:2,5,6,12 21:1,2,8,18 22:1 25:23 26:14,15 28:11,19 29:8 32:4 51:19,22 52:8 54:8,20 56:6 57:23 59:3,8,12 60:11 63:1 79:17,18 80:9 87:11,13,19 90:7,10,12,13,14,16 91:7 92:17 93:4, 6,11,24 94:2 95:5 96:9,16 97:1,3,10, 17 99:16 106:22 107:18,25 108:2,4, 20 111:24 113:5 115:25 116:3,6 119:8,9,23 120:5,19 123:17 134:6,18 138:17,23 139:12,14,18 140:7,11 144:7,13 147:15 150:23 151:1 155:19 156:9,23 166:6,9,19,24 167:23 172:3, 15 173:1,5,9,18,20 174:3,22 176:1,5 184:19 185:9,21 186:9 188:18 189:6 190:7,9,10,11,14,17

**Patrick's** 88:20

**patriot** 8:3

**patriots** 92:23

**paved** 163:1,25

**pay** 68:16 181:23

**PC** 85:18,20

**PDVSA** 82:8

**peace** 49:2

**peaceful** 52:18

**peacefully** 154:11

**penetrated** 157:19

**penetration** 158:23 162:16 164:7

**peon** 18:3

**people** 4:22 5:4 6:2 10:4 11:23 16:2, 4,8 17:17 23:2 25:11 28:6,20 29:9,11 30:11,14,19 31:4 39:9 43:14 45:11,21 47:10 48:6,10 52:15,19,21 53:15,24 55:19,21 56:7,20 57:4,8,16,18 58:10, 21,24 59:3,15 68:10 69:14 78:24 80:5,13,21 85:7 91:14 96:11 97:16,23 98:5 99:5 102:24 103:21 108:24,25 112:23 113:1 116:14 117:18 119:1 122:21 125:8,19,20 126:7,16,18,22 128:13,23 136:7,14 139:21 140:17 144:6,24,25 145:5,9,11,12 146:7,9 147:10,18,25 151:5,20 152:14 155:8, 21 156:19 157:11 159:3 162:19 167:12 168:19 169:23 170:1,20 171:13 172:7 174:24 176:18 177:6 178:6 182:25 186:12,24 187:6,11,21, 23 188:4,14

**people's** 8:17 145:3

**percent** 41:23 48:4 57:24,25 58:2,3, 4,6 91:21 149:22,25 150:12 187:15

**percentage** 150:11,14

**performed** 166:16

**permission** 25:21 54:23 181:6

**persecuted** 8:12

**person** 9:15,23 10:23 32:15,24 33:19 67:21 72:14 92:22 118:1,19 125:25 154:12 159:7 166:14,15 191:6

**person's** 118:20 126:23

**personal** 36:2 40:24

**personally** 36:24 180:5

**Peters** 5:23,25 12:4 25:15 31:13 32:19 33:14,20 37:8 41:17,20 55:10 62:2,10 63:7,9 64:24 66:5 71:16 73:5 75:22 77:8 78:18 79:13 87:7 91:12 107:7,18,19 115:5 144:12 154:1 176:6 177:7

**Peters'** 63:2 181:17

**ph** 131:22 173:6 179:22

**Philippines** 96:1

**phone** 28:4 35:24 61:22 66:7 68:25 69:2 81:1 123:1 128:23

**photographs** 132:13

**piano** 49:17 50:6 51:12 53:2 54:9 165:20 176:16,17 187:7

**pick** 139:21

**picked** 11:15 103:5,6 139:23

**picking** 156:19

**picture** 100:4,8

**piece** 89:6 103:20 126:1,8 129:10 131:10 156:12

**pieces** 22:4 45:2 89:9 163:16

**ping** 20:14

**pissed** 24:4 67:11 68:9

**pitchforks** 176:14,21 182:14 188:15

**pivots** 18:1

**place** 98:12 122:4,13 123:25 124:1 130:2 132:21 133:25 140:22

**plan** 15:25 51:23 72:25 161:18 170:23 183:12,19

**planes** 99:10

**planning** 56:16

**plans** 183:10 184:10

**plastic** 125:24 126:2,17 127:15 128:14

**platform** 121:19,20

**play** 2:24 3:12 71:20 181:25

**played** 139:16

**player** 23:14

**playing** 52:1,9,11 53:6

**pled** 158:25

**PLF** 5:3,7

**plot** 51:9 53:10

**plugging** 167:13

**pocket** 30:24

**point** 22:16 31:8 33:20 34:19 37:25 53:14 80:11 84:7 119:10,12 122:21 123:19 144:18 147:19

**pointed** 14:24 74:25

**points** 95:17

**poker** 173:3

**police** 169:9

**political** 94:18

**Politicians** 89:25



**question**  51:19 54:12,15 55:13,15
79:18 88:12 92:4 94:7 96:8 113:12
114:7 138:7 165:25

**questions**  51:17 61:13 91:9 92:1,11
94:10 108:19 139:25 145:4

**quick**  127:2

**quickly**  26:10 27:14 139:5

---

## R

**R-O-C-H-A**  163:12

**race**  29:16

**radical**  102:9

**radioactive**  172:20

**railroad**  76:5

**railroading**  78:12

**raise**  2:4 13:10

**raised**  95:24,25 121:19 135:14

**rally**  6:23 12:21

**ramifications**  183:13

**ran**  8:1,24 11:2,14 23:9 67:9 121:17
122:1,7 163:5

**rank**  188:3

**ranks**  132:12,15

**ransoms**  102:25

**rapping**  108:17

**ratios**  121:10,11 122:11,18

**Rayla**  7:21,24 8:1 11:13 13:4 14:14
19:1,6,18 20:14 116:3,7 119:7 120:7
131:6 141:1 144:17 153:3 182:21
183:4 184:6,13,15 185:2,15 186:4,7
188:17 189:13 190:8,12

**reach**  105:5,15

**reaching**  47:25

**read**  13:25 14:6 51:21 100:10 139:4,
19,24 140:9

**reading**  29:15 108:21 154:15

**reads**  99:13 139:16

**ready**  72:21 75:3 171:14 189:11

**real**  21:14 24:20 41:10 46:8 61:13
66:6 70:17 76:14 115:9 137:24

**realize**  63:21 142:20

**realized**  23:13

**realizing**  110:16

**reason**  17:5 72:24 80:2,4 108:17
123:5 135:9 147:21 159:1 180:3

**reasons**  4:9

**recent**  113:21 163:17 172:9

**recently**  15:12 160:13 161:22 164:19

**recess**  174:6

**recommend**  139:3 140:6

**record**  29:3,7 31:12 191:5

**recorder**  22:23 27:15 31:12 43:5,9

**recording**  154:23

**records**  6:12,17 14:7 22:24 43:5

**recount**  111:1,11,12 138:24 140:18
141:5,22 147:7 153:14

**recounts**  146:25

**recruited**  160:8

**redact**  143:10,13

**refer**  57:5

**reference**  83:13

**referring**  105:10,17

**regime**  37:19

**registered**  9:10 141:10

**registrations**  150:13

**regular**  183:20

**related**  191:9

**relation**  96:13

**relations**  96:9

**relationship**  99:21 100:2

**release**  180:19 184:21

**released**  15:4 186:15,25

**relying**  46:17

**remarkably**  15:14,17

**remedies**  45:7

**remember**  57:24 76:24 93:4,6,7
144:18,23 147:9 156:18 173:2

**remembering**  55:4

**REMF**  18:5

**remind**  134:11

**remove**  20:19,21 87:16

**removed**  21:9

**repercussions**  152:11

**replayed**  37:15

**report**  14:20 50:20

**reported**  73:16,18 119:6 127:18,20
191:5

**reporter**  31:19 32:12 43:11 191:1

**reports**  13:14 154:7

**representatives**  119:24

**reprocessing**  15:2

**republic**  98:1 144:25 172:25

**Republican**  5:14 148:2,5,11

**Republicans**  11:9 149:25

**republics**  97:25

**request**  13:11 20:24 87:20

**requested**  138:7

**requests**  189:19

**require**  140:25

**research**  149:19

**resentfully**  63:14

**resignation**  163:8

**resigned**  159:10,12 163:7

**respectfully**  154:11

**respective**  191:11

**respond**  23:4

**response**  7:11

**responsibility**  25:15,24 31:15 79:12
120:17

**responsible**  119:3

**rest**  174:25

**restore**  112:19

**restored**  143:18

**restoring**  109:19

**result**  87:2

**results**  15:22 29:16 110:11 127:14
129:7



session 174:19

sessions 114:9

set 60:12 71:4 73:22 74:13 186:16
191:12

setting 66:1 68:13 85:17

settings 153:2

settlement 166:21 167:2

severed 179:17

sex 161:6

shake 49:12

Shalom 17:2

Shannon 162:8,12

share 14:10 25:7 177:21

sharing 13:16

she'll 4:3

Sheriff 112:7 113:23 179:22

sheriffs 175:1,4

shift 165:13

shifts 128:9

ship 48:3,5,12,14,25 49:8,25 137:8

shipped 132:20

shirt 30:24

shit 38:10 132:24 179:9

shock 81:20

shoot 50:13 108:24

short 139:20 166:12

shortcut 40:18

shorter 91:8,24

shortly 2:14,19 3:15

shots 56:22

shoulder 83:19 84:1 104:12 160:8

shoulders 83:9,11

show 68:24 69:6 114:15 115:12
125:9 127:1 154:12

showed 22:22

showing 9:12 28:3 152:18 155:20

shown 69:4 172:13,15

shows 27:24 65:1

shutting 182:5

Sicario 82:19

sick 61:11,12 65:21 66:1 69:2 70:24
72:7 74:15,17 76:6 102:1 120:6

side 48:2,15 59:5 146:19 161:13
172:2 187:15

sides 187:12

sign 17:3 187:16

signal 88:5

signature 162:2

signed 179:18

silly 176:7

similar 15:14,17

similarity 166:20

similarly 85:22 124:2

Simon 98:17,18 105:7

simple 102:2 114:6 119:21 122:5
125:18,22 126:21 167:15

simply 26:7 43:4 44:13

simultaneous 185:16

Sinaloans 82:17,20

sing 3:4,6

single 10:21 129:10 153:17 172:22

sinking 49:25 137:9

sir 94:3 97:9 151:6

sister 104:14 106:7

sit 55:21 85:8 86:22 113:23 126:5,15
127:8 128:6,7,10,12

site 56:3

sitting 18:9 27:3,11 28:2,9 31:7 32:9
63:23 152:17

situation 57:21 156:3

size 122:12,20

skipped 66:13

slash 154:25

slated 103:15

slick 74:14

slop 151:24 167:3

slope 57:6

smack 151:21

small 121:5,6 182:7

smart 99:9 103:19 139:19,21

Smartmatic 85:14 86:2,4,12,13
94:15,21 96:14 110:6 111:4 131:14

smash 27:22

smile 78:16

smoke 134:3

so-called 29:24

software 28:22 37:3 38:14 46:7
85:21 88:24 129:14 133:8 134:1
155:22

software's 136:19

soil 36:9,17

sold 84:6

soldiers 98:4

Soles 83:6

somebody's 54:23 90:18

someone's 139:19

sons 68:21

sophisticated 100:20

Soros 27:19 31:5 33:2

sort 18:25 30:22 52:1 113:16 160:7
176:24

sound 41:14

sounding 176:25

sounds 164:3

source 39:18

south 94:19 156:4 171:2

southern 170:22

Soviet 98:11

space 10:19 17:13 19:16 89:19 90:23
142:23 144:11 189:16

spaces 90:19

Spanish 84:15

spanner 71:22

speak 13:9,21 16:17 22:11 84:15
87:20 108:5 190:1

speaker 2:8,10 13:11 14:9 20:22
21:10 87:16 123:11,13 153:5 185:17

189:23 190:13,15,20,21,23

**speakers** 20:20 155:5,7

**speaking** 4:8 18:20 21:10 184:2 189:6,17

**special** 36:2 134:10

**specifically** 113:15

**speech** 104:24,25

**spend** 22:15

**spent** 39:10 80:19 128:24 129:11 136:3 181:20

**spit** 87:1 174:25

**spoken** 108:8

**spot** 21:17

**spread** 139:1

**spreading** 107:10

**Springs** 160:1

**spy** 139:7 158:21 159:14

**stage** 121:18

**stamped** 131:19

**stand** 46:15 62:3,15 63:9 64:14 65:12 66:15 67:6,22,23 140:13

**standard** 88:21

**standards** 88:25 89:22,23 155:23

**standing** 57:3 100:8

**stars** 83:9

**start** 4:7 25:4 52:9,11 55:3 125:14 165:10,11,22 187:4,8

**started** 2:16 3:15 4:15,17,20 24:2 45:19,23 142:3 166:10 179:21

**starting** 2:5,14,19,20 3:19,23

**starts** 154:13,16

**state** 8:2,24 10:21 11:7 27:20 28:7 31:6 83:2 113:13 114:12,22 115:16 119:6 124:12 127:23 128:25 130:7 142:9 144:20,21 148:22 150:10 158:14 162:1,10

**state's** 112:24 117:13 118:9

**statement** 37:16

**states** 26:2 31:22 32:2,6 96:3 100:21 101:1 103:9,23 104:3,4,13 105:5,15 118:15 124:2,11 131:11 136:9 140:25 144:21 157:1,3,5,9,19 158:2,10

161:16,17,21 162:11,17,21 163:1 164:8 171:9 175:16

**statewide** 112:14

**station** 9:13 56:7 81:9 146:8,10

**stations** 116:12

**statistically** 161:4

**stay** 24:19 56:18 84:20,21

**step** 16:15 61:7 78:7,9 82:11 143:21 178:6

**Stephanie** 178:14,17

**stepped** 59:9

**stepping** 23:14

**steps** 77:19,21

**Steve** 92:4,5,7 93:7 108:14

**stick** 49:12 170:5

**stock** 167:2

**stole** 84:8,25

**stolen** 35:10

**Stone** 22:3,5

**stood** 15:8

**stop** 8:21 32:6 51:16 104:6 110:5 124:25 126:10,11 156:18,24,25 165:22

**store** 24:17 57:16 153:19

**stories** 60:9 157:15

**storming** 18:8

**story** 11:3 12:23 25:11 26:10 29:20 33:4 60:3 106:21 157:18 174:11

**straight** 22:10 139:24

**straighten** 91:5

**strange** 80:2 104:24

**strategist** 96:18

**strategy** 66:14

**street** 169:23

**strike** 79:20 143:4,6

**string** 127:22

**strings** 18:10

**structure** 81:9

**structures** 81:17,23

**struggling** 115:8

**study** 120:23

**stuff** 42:18 44:11,13 50:19 69:20 71:8 73:15 74:12 75:14 76:15 78:14 91:13 104:7 108:22 114:23 115:11 129:18 132:18,25 133:15,17 156:24,25 160:3 161:12 178:15 179:23

**stumbled** 87:8,9

**stupid** 64:6 163:15

**stupidest** 172:23

**style** 119:20

**subcult** 161:9

**subculture** 161:11

**subpoenaed** 45:8

**subpoenaing** 45:12

**substance** 69:18

**substantive** 71:13

**successful** 114:8 115:14

**successfully** 16:12 54:2

**sudden** 79:21 163:17

**suddenly** 30:10 159:11

**sue** 60:25 77:14 79:9,10 160:11 162:13,23

**sued** 39:7 45:17,18 65:7 96:11

**sufficiently** 178:10

**suggest** 47:24 49:19 50:24

**suing** 134:20

**sun** 83:11,20,21,25

**Sunday** 103:14 104:15

**suns** 83:6,12,18,20,24

**supply** 133:19

**support** 4:10 59:14 107:15 155:20 183:1

**supporters** 56:12

**supporting** 55:22 92:24 107:6

**Suppose** 177:22

**supposed** 9:11 16:14 71:10 80:2 111:2 114:21 145:10 168:22,23

**Supreme** 11:18

**surprise** 23:5 24:20 25:9 42:24

52:13,14,16 177:12

**surprises** 24:17,21 25:4

**surrender** 152:20

**surrendering** 50:4

**surveillance** 10:4

**suspected** 41:7

**suspects** 39:24

**suspicions** 22:18

**swear** 135:12 187:5

**sweet** 65:13 69:24

**switch** 48:1 186:14 187:12

**switched** 90:16,17,20

**Switzerland** 95:13

**swore** 38:6,8 55:5

**sworn** 176:23

**system** 2:7 75:25 77:5 86:2,14 95:2 109:23 110:8 112:4 125:5,19,23 126:21 127:12 128:19 130:5,8,15 137:12 141:11 143:24,25 167:8,15 186:18,19

**systems** 81:11 86:16,17,21 107:5,11 120:12 131:1 137:12 167:10,12,16

---

**T**

**table** 126:12

**tabulate** 145:16

**tabulated** 116:22 147:3

**tabulator** 118:2 147:4

**tabulators** 9:2 116:25

**tag** 23:23 30:25

**Taiwan** 131:15,18 132:21,22 133:22

**takeover** 168:7

**takes** 127:3 171:20

**taking** 25:23 32:5 53:8 55:8 56:22 78:25 117:10,11 149:7,10 165:10,12

**talk** 38:7 57:19 62:22 94:2,5 96:23 97:22 103:4 135:25 182:25

**talked** 62:24 63:7 81:19

**talking** 10:19 11:10 19:25 78:23 88:17 97:7,21 131:6 144:8 157:13

158:3 164:1 173:23

**tallies** 127:11

**tampering** 57:9

**tanks** 99:10 102:4

**tape** 127:16

**Tarrant** 109:11,15,20 110:23 111:4, 14 112:7,11

**taught** 130:9

**Taylor** 154:23

**tea** 41:1

**teach** 124:6 125:6,19,22

**teaches** 130:9

**teaching** 124:3,4,12 125:20 129:1

**team** 23:8,16,23 35:18 140:18

**tech** 38:22

**technical** 80:12,15,18 81:15,16 114:17 115:6

**technicians** 28:5

**technologically** 137:25

**technology** 102:6

**teller** 139:2

**telling** 18:25 34:13 37:5 38:24 42:15 45:24 55:2,3 61:12 63:8 66:19 75:11 78:8 95:5 135:7 136:23 164:23 172:18

**tells** 186:6

**temperature** 187:20

**ten** 39:12 57:23,25 58:2,6 181:20

**term** 27:23

**terms** 5:18

**terrible** 58:8 61:12

**test** 2:6 78:15,16,17

**testify** 65:14

**testing** 2:2 88:21 95:11

**Texas** 106:25 107:24 108:1 109:4,12, 14,23 119:17 140:16 142:9 143:10 149:20 150:9,12

**text** 27:9 88:2 108:7

**theme** 147:17

**theory** 61:25 62:1 63:25 64:1 65:18

66:3 123:20

**Thielman** 11:1,12

**thing** 14:25 15:11,17 22:13 41:22 42:14 44:21 50:18 58:5 72:11 84:11 85:16 96:4 101:3 113:21 117:11 127:24 130:16,18 131:8 147:21 150:2 152:13 153:24 154:9 155:3 172:23 173:2,22 174:9 185:11

**things** 12:1 14:2 16:13 26:11 27:7 34:2,9 43:22 47:9 56:17 69:14 71:21 75:9 79:23 82:5 84:3,4 96:10 109:7 126:25 144:3 149:18 150:20 153:1 177:15 180:11 182:24

**thinking** 4:6 46:17 120:20 175:23 177:19

**thinks** 7:14 44:18 178:13 180:16

**third-world** 95:22

**thought** 27:19 51:16 63:10 64:3 67:13 136:1 167:9

**thoughts** 142:19

**thousand** 29:2 168:19

**thousands** 151:5 171:13

**thread** 103:24

**threat** 35:3,5

**threatening** 50:10 165:17

**three-digit** 127:19,22

**three-ring** 73:24

**threw** 71:22 170:17

**throbs** 108:4

**throw** 66:17 68:16,17 143:23

**throwing** 50:3 60:13,14 77:7

**thrown** 35:14,20 75:24 165:2

**thumb** 167:13

**Thursday** 23:6,10,20 52:10

**tick** 4:18

**tied** 108:10

**tight** 3:24

**Tim** 128:24 130:6

**time** 22:15 37:22 62:24 76:13,14,17 78:3 87:15 92:19 99:19 110:20 113:7 120:13,21 124:21 134:12 155:8 156:18 168:8 174:5,9

**timed** 75:10

**timeline** 52:2 110:15

**times** 75:21,22 76:1 108:10,12

**timing** 75:9

**Tina** 3:25 4:2,8 5:23,25 6:5 10:15
12:3 16:2,10 17:21,23 18:12,13,14,25
19:11 21:20 22:1,20 23:16 24:12,22
25:10,15,24,25 26:6,17 28:1 31:13
32:19 33:14,20 34:7 37:8 41:17,20
42:25 50:5 52:15,24,25 53:9 54:6
55:10,20,24 56:21,23 57:2,15 58:8,9,
13 59:14,22 60:12,19 61:10 62:2,10,
15 63:2,7,8,20 64:24 65:19,21 66:5
67:18,19 68:4,13,18,23,24 69:17
70:21 71:6,14,15,23 72:16 73:5 74:15
75:22 76:6 77:3,8 78:18 79:6,13 87:7
91:12 107:6,18,19 115:5 144:12
154:1 176:6,12 177:7 181:17 183:2,3
188:8,10 189:24 190:5,10,14,16

**Tina's** 8:9 9:19 15:22 21:20 24:2
50:12 55:18 60:20

**tinapeters.us.** 154:2,8

**tip** 103:21 156:12

**tired** 156:6

**today** 52:10 134:11

**told** 26:1 29:19 31:17,25 32:8 33:15
34:21 36:13 52:19 62:4,8,17 64:9
67:2 68:11 69:5 70:5,10 93:20 110:5
149:5

**tolerant** 160:4

**Tom** 162:7,8,11,12,13

**tonight** 123:3

**top** 48:8 81:16 150:8 158:17

**topic** 147:21 184:17

**tortured** 102:25 170:17

**total** 123:22

**totally** 23:21 33:11 115:16 167:6

**touch** 97:5,6,18 128:24 179:9 185:22
186:14

**touching** 95:17

**towel** 50:3 60:14

**town** 117:2 118:8,11 145:14 171:1

**towns** 117:7 118:8

**trace** 87:3

**tracking** 112:4

**traction** 174:12

**train** 96:22 98:25 170:25 171:2

**trained** 98:4 102:8

**training** 98:23

**trains** 99:1

**traitor** 160:10,12,21 161:16,19
162:12 163:9,11 164:12,19

**traitors** 162:20,25 163:19,23 164:22

**transcription** 191:4

**translator** 97:14

**transparency** 9:5 10:22 11:22
117:19 124:9,13,17 125:2,7 131:3

**transparent** 10:7 127:12 128:3
129:5,10 130:12

**travesty** 14:3

**Tray** 154:23

**treason** 51:7,8 53:5,11 55:9 78:24

**treasonous** 51:9 53:10

**treasure** 107:6

**tremendous** 17:18

**Tren** 170:25

**trial** 6:21 12:20 17:16 24:8 25:5 61:9,
10 67:5 73:10,14,19,25 154:12,16
176:6,8 177:11,13 181:17 182:24

**trillion** 84:6,7,9 85:1

**trouble** 17:5

**trounced** 12:19

**trucked** 127:17

**true** 19:10 35:12 37:2 41:6,7 65:4
103:2 139:7 181:9 191:4

**Trump** 12:25 13:2 56:23 63:3

**Trump's** 62:7

**trust** 140:9

**trusted** 6:9 60:16 107:15

**truth** 16:3,5,9 25:17 40:7,8 41:19,24
42:16 45:12 46:11 103:2 135:7
136:23 139:1,2,9 177:6,8 181:3,6,7

**turn** 152:5,6,8 170:7

**turncoat** 160:21

**turned** 33:9 45:5 46:18,19 132:16
163:10

**turning** 179:21 182:9

**turns** 83:2 129:22 167:6,11

**TV** 37:16 56:7

**twisting** 24:11

**Twitter** 10:19 17:13 19:16 102:11
105:1,22

**two-hour** 189:15

**type** 54:18 117:21

**tyranny** 168:11

## U

**U.K.** 95:13

**U.S.** 87:4 95:12 100:3 115:22 129:2,
11 136:16 158:17,24

**ultimate** 145:1

**ultimately** 117:23

**ultra** 100:25

**unambiguous** 23:1

**unbelievable** 7:1

**uncomfortable** 63:24

**underneath** 86:1

**understand** 35:6 37:17 38:5 48:13,
16,24 80:16 100:11 102:2,3 115:21
120:1 147:12,25 177:20 187:20

**understandable** 18:23

**understanding** 32:21 33:21

**understood** 35:8

**UNIDENTIFIED** 2:8,10 123:13 153:5
185:17 189:23 190:13,15,20,21,23

**Union** 98:11

**United** 26:2 31:22 32:2,6 96:2 100:21
101:1 103:9,23 104:3,4,13 105:5,15
124:2,11 131:11 136:8 157:1,3,5,9,19
158:2,10 161:15,17,21 162:10,17,21,
25 164:8 171:9

**unlimited** 136:5

**unmute** 13:19 88:11 90:5 92:8
138:10

**upcoming** 137:19

update 28:21

updates 12:8

upgrade 6:8

uproar 177:17

URZIA 191:3,16

USA 99:7 171:13

usurping 8:17

Utah 93:19

---

**V**

valid 145:4

vault 118:10

vehicle 86:11,12

Venezuela 34:18 35:1,9,18 36:22,25
37:14 39:17 40:19 41:3 46:4 47:5
54:1 59:4 76:18 82:1,2,5,8,12 83:1,3,
8,23 84:5,8,23 85:5,11 86:7,22 94:22
96:1 97:23 98:6,20 99:7,12 100:8,16
101:9 102:7 103:14,16 106:9 129:13,
16 133:9 134:2 136:20 156:3,20
157:18 159:18 161:20 164:14 165:5,6
169:6,8 170:24 171:2,5,12,18 180:9,
15 181:8,13

Venezuelan 35:3 37:2,4,16 38:3,13,
14 41:8 46:8 82:23,24,25 83:5,14,22
84:17,24 86:5,6,21 94:21 95:6 100:5,
23 102:15 105:24 137:2,6 138:3
158:22 162:14

Venezuelan/cuba 158:1

Venezuelans 96:21 99:11 102:8
137:11 156:13

verbiage 89:13

verify 157:12

version 98:10 102:6

versus 12:10

Vice 103:13

victim 16:2

victory 52:20 109:14,17

video 7:4

vilifying 57:14

violated 142:6,8 143:23 148:17
149:24

violation 111:21

violations 112:9

violent 170:24 171:4,12

voices 8:17 9:3

voluntary 89:24

volunteering 175:5

vote 9:10,13,16 80:5 109:16 116:8,9,
16 133:4 140:24 142:1 143:3,12
145:9

voted 29:11 57:3,7 125:12 126:18

voter 8:5 9:4 10:23 118:23 141:24
142:5 148:25 149:23

voters 142:4 149:17 150:6,11,15

votes 8:18 15:3 145:5,17 149:23

voting 9:22 10:23 11:24 80:1 107:5
110:9 111:20,22 112:1,11,18 118:1
125:8 126:11 127:6 133:7,11 140:23
142:10,14,18 143:5,20,24,25 147:22
149:4,21 150:5,11 175:6,7,8

VP 106:7

vulnerabilities 95:20 107:4

---

**W**

wad 123:5

wait 2:17 4:18 93:22 134:21 172:21
181:4

waiting 2:25 3:9,17,22 4:14 13:24
88:8

walk 41:15 170:5

walked 126:7 170:4

walking 76:21 169:15,17,20 170:11,
12,14

Walter 14:18

wanted 5:9 6:11 62:15 71:6 80:7
88:19 95:15 106:24 107:2 140:15
155:3,4 173:21

war 36:25 37:10,12 38:2 40:22 41:3
76:25 151:2,4 165:5 187:13

ward 9:14,23 10:24 87:22 88:3 90:7
116:9,20 146:3

Warren 120:9

warrior 19:10 55:14,17 57:2 59:1,7

wash 174:21

Washington 18:6 39:21 46:16 76:2
105:9

waste 142:25

watch 56:8 117:23 127:9

watched 31:2

watcher 111:2

watching 28:8 29:1 63:23 134:16

water 150:19

Waybourn 112:8 113:23

ways 14:5 30:4 40:6,8,11 59:9 68:2
75:8 80:11 167:3

weak 153:22

website 154:3,7,25

week 6:22 12:21 17:16 24:17,18 37:5
42:1,24 52:11 70:22 72:3,9,22 74:23
75:4,7 104:22 105:6,16,19,20 176:7

weekend 189:4

weeks 129:17 175:14,15

WEF 168:2,7

weird 11:14 46:14 90:19 156:11
160:17

Wernick 112:8 138:6,9,14,22
139:13,17 140:5 147:16 150:25

Wernick's 111:1,11

western 57:6

whack 53:20

whatnot 5:5 6:13

WHEREOF 191:12

whistle 86:24

white 67:11

who've 48:15

whoever's 144:1

Wi-fi 153:11

window 7:2

windows 12:9 85:21

winning 172:4,5

wipe 30:8

wiping 28:22,23 29:22

**wire**  49:17 50:7 51:12 53:2 54:10 165:20 176:16,17 187:7

**wired**  69:13

**Wisdom**  55:14,17 57:2 59:1,7

**woman**  31:13 68:5 135:18

**won**  39:11,13 70:15 137:21

**wonderful**  68:5

**wondering**  48:12

**wooden**  145:15 147:3

**word**  21:21 89:13 107:10

**words**  13:17 16:22 157:6

**work**  18:4 22:21 24:16 39:12 51:22 56:2 80:17 81:11 87:18 91:5 97:13 107:3,17 118:15 120:9 152:19,22 156:8 167:2 171:15

**worked**  60:19

**working**  55:24 109:19 147:11 164:13 187:23

**works**  54:3 71:23 124:16 161:19 189:5

**world**  7:17 58:5 79:23 81:9 85:10,13, 25 86:16 87:4 95:9 102:3 125:6,21 130:10 133:5,11 170:14 177:2,23

**worried**  66:2

**worry**  41:4

**worrying**  165:23 181:20

**worse**  46:10

**worst**  112:21 181:9

**worth**  64:13 91:21 130:18,19,20,21, 22,23 131:1 174:25

**wow**  54:7 134:5,8 138:4 186:4 188:21

**wrap**  182:17

**wrestler**  172:11,12

**write**  30:5 75:16 141:15

**writing**  176:11

**written**  75:21 141:16

**wrong**  21:16 32:15,24 33:19 42:10 58:13

**wrote**  7:9 51:20 58:21,25 59:4 118:21

---

### Y

**y'all**  106:24 114:20,22

**year**  50:13 98:22 157:25 165:3 174:7

**years**  10:9 34:17 39:6,12 40:10,14 55:25 57:12 65:20 66:24 69:20 100:7 108:15 110:15 121:15 122:16 124:3, 22 128:25 152:3 158:4,24 159:1,2,15 162:4 164:9 166:18 169:8 171:18,21 177:4 181:22

**Yehuda**  2:1,11,23 3:5 4:5,11,24 5:11 13:3,5 16:18,25 17:1,10 18:2,15,16 19:14 20:3,9,12,16 21:11,21,23,24 26:11,13 51:18 54:7,11 55:12 57:1 60:5 79:16 87:10 88:1,7 90:2,9,15,21 91:25 92:2,14 94:6,8,11 97:19 106:10,14,16 107:13,22 123:9 124:18 134:5,7 138:4,12,20 144:15 150:21 153:23 155:14 165:24 166:4 173:10, 16 182:15 183:3,8,15,25 184:4 185:23,25 186:6 188:16 189:8,14,25

**yesterday**  179:10

**York**  75:20,22 76:1

**young**  98:20 99:11 100:14

**youngsters**  98:21

**Youtube**  127:1

---

### Z

**Zetas**  82:17

**Zoom**  61:20 63:23 68:10 69:1 70:23

---

# Exhibit 2

| | |
|---|---|
| **From:** | Jonathan Ross (via Dominion list) |
| **To:** | AttorneyLambert |
| **Cc:** | Dominion SG Simplelist |
| **Subject:** | RE: New document: US DOMINION, INC. et al v. BYRNE (Doc# 115, D.D.C. 1:21-cv-02131-CJN-MAU) |
| **Date:** | Saturday, July 27, 2024 1:43:30 PM |

<mark>EXTERNAL Email</mark>

Ms. Lambert:

Having heard nothing (nor received a screenshot of the email you say you tried to send us regarding your motion) please correct the record with the Court today and include the following statement from Dominion:

"On Friday, July 26, Ms. Lambert certified to the Court that "Counsel for Defendant has discussed the within Motion with opposing counsel in a good-faith effort to determine whether there is an opposition to the relief sought, and whether there are any narrow areas of disagreement. Counsel for Plaintiff does not consent to the relief sought in the motion for leave to file a Sur-Reply." This was false, in that Ms. Lambert did not reach any counsel for Dominion.

When that same day Dominion pointed out to Ms. Lambert this was false, she said she "was traveling with bad internet and my email to your office did not go through." Dominion asked her to confirm that was true with a screen shot. Ms. Lambert did not provide one.

Where Ms. Lambert continues to play fast and loose with Court rules, Dominion will not consent to the requested extension."

Thank you.

Jonathan

---

**From:** Jonathan Ross
**Sent:** Friday, July 26, 2024 10:43 PM
**To:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Cc:** Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: New document: US DOMINION, INC. et al v. BYRNE (Doc# 115, D.D.C. 1:21-cv-02131-CJN-MAU)

Please send us a screen shot of the email that you tried to get to us. While I suspect we will not be willing to enter into a stipulation, we will consider whether you can say we are unopposed to your request. Given the hour we will not have an answer to you until tomorrow. Thanks.

Jonathan J. Ross
Partner & General Counsel
Susman Godfrey LLP
1000 Louisiana Suite 5100

Houston, Texas 77002

713-653-7813

On Jul 26, 2024, at 10:23 PM, AttorneyLambert <AttorneyLambert@protonmail.com> wrote:

EXTERNAL Email

I apologize. I was traveling with bad Internet and my email to your office did not go through.

Thank you for bringing this to my attention. I will correct the record.

Can you please advise if your office will agree to the 1 day extension and I will prepare a proposed stipulation?

Thank you,

Stefanie

Sent from Proton Mail for iOS

On Fri, Jul 26, 2024 at 9:18 PM, Jonathan Ross <JROSS@SusmanGodfrey.com> wrote:

Ms. Lambert:

In your request for more time to file a sur-reply which you filed tonight you represented to the Court that you conferred with us and that we opposed. I have canvassed our team and it appears that you did not confer with anyone for Dominion, much less get a response. Please correct the record with the Court over the weekend so we do not have to on Monday.

Jonathan

Jonathan J. Ross
Partner & General Counsel
Susman Godfrey LLP
1000 Louisiana Suite 5100
Houston, Texas 77002
713-653-7813

Begin forwarded message:

**From:** ECFdocuments@pacerpro.com
**Date:** July 26, 2024 at 6:38:57 PM CDT
**To:** Eloisa Ball <eball@susmangodfrey.com>, Eve Levin <ELevin@susmangodfrey.com>, George El-Khoury <GEl-Khoury@susmangodfrey.com>, Jonathan Ross <JROSS@susmangodfrey.com>, Aracelys Pena <APena@susmangodfrey.com>, Laranda Walker <LWalker@susmangodfrey.com>, Katie Sammons <KSAMMONS@susmangodfrey.com>, Lisa Cavazos <LCavazos@susmangodfrey.com>, Josephine Wang <JWang@susmangodfrey.com>, Christina Dieckmann <CDieckmann@susmangodfrey.com>, "Brooke C. Davis" <bcdavis@susmangodfrey.com>, Foon Hou-Graber <FHou-Graber@susmangodfrey.com>
**Subject: New document: US DOMINION, INC. et al v. BYRNE (Doc# 115, D.D.C. 1:21-cv-02131-CJN-MAU)**
**Reply-To:** nobody@pacerpro.com

EXTERNAL Email

## US DOMINION, INC. et al v. BYRNE

**Docket entry number: 115**

MOTION for Extension of Time to File SUR-REPLY by PATRICK BYRNE. (Junttila, Stefanie) (Entered: 07/26/2024)

*Date entered: 2024-07-26*



VIEW CASE

https://app.pacerpro.com/cases/15598835

Sent from PacerPro, the fastest and most insightful way to access federal court records.
Questions? support@pacerpro.com

To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=Qb9VpBBqdzUPLVKXxUka3Xj0sSfbJOje

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) ) | No. 1:21-cv-02131-CJN-MAU |
| *Plaintiffs*, | ) ) | Judge Carl J. Nichols |
| v. | ) ) | Hon. Magistrate Moxila A. Upadhyaya |
| PATRICK BYRNE, | ) ) | |
| *Defendant*. | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR
PROTECTIVE RELIEF AND TO DISQUALIFY COUNSEL AND MOTION TO
ENFORCE THE PROTECTIVE AND STATUS QUO ORDERS**

Upon consideration of Plaintiffs' Emergency Motion for Protective Relief and to Disqualify Counsel (Dkt. 75), and Plaintiffs' Motion to Enforce the Protective and Status Quo Orders (Dkt. 108), and deliberation given thereto, the Motions are hereby GRANTED. The Court hereby ORDERS:

AS TO MS. STEFANIE LAMBERT:

1. Stefanie Lambert is disqualified as counsel for Patrick Byrne in this case and may take no action relating to this case except as necessary to comply with other provisions of this Order;

2. For clarity, all of the Court's previous rulings, including those in the Status Quo Order, remain in effect as to Ms. Lambert;

3. The Court shall retain jurisdiction over Ms. Lambert for purposes of ensuring her compliance with this and all other orders previously issued in this action;

AS TO MS. STEFANIE LAMBERT & MR. PATRICK BYRNE:

4.  Lambert and Byrne are prohibited from accessing any Dominion discovery materials and shall return any such materials in their possession;

5.  Lambert and Byrne are prohibited from discussing or disseminating any Dominion discovery materials except as necessary to effectuate other provisions of this Order;

6.  Lambert and Byrne are further ordered to each provide a full accounting, in the form of sworn affidavits to be provided no later than close of business 5 days of this Order being entered, providing:

    a.  The date of any fee agreement between Lambert and Byrne and the scope of representation or, if no such agreement exists, the date on which Lambert and Byrne understand that a lawyer/client relationship existed;

    b.  A complete and accurate list of all Dominion-produced documents and information Lambert and/or Byrne reviewed and the method and date of access;

    c.  An accounting from Byrne's outside vendor showing what documents were accessed, by whom, on what date, and whether they were downloaded; as well as any other data the vendor indicates may be helpful to Dominion's or this Court's efforts to understand the breach;

    d.  A complete and accurate list of all Dominion-produced documents and information Lambert and/or Byrne received and the method and date of access;

    e.  An account of every step Lambert, and Byrne's prior counsel from the McGlinchey firm, has already undertaken or that is underway to determine the scope of the breach and to ensure it is not continuing;

f.  An accounting attesting (i) to whom Lambert and/or Byrne leaked, released, or otherwise disclosed documents or information protected by the Protective Order (including in court filings in any cases outside of this case); (ii) how and when they provided it; (iii) every occasion on which they did so; and (iv) for each such instance, what specifically was leaked, released, or otherwise disclosed;

7.  Lambert is ordered to object to the subpoena issued to her in *People v. Tina Peters*, Case No. 2022-CR-371 (Colo. Dist. Ct); to confirm in writing to Plaintiffs within one business day of this Order being entered that she has objected to the subpoena and has not produced any documents subject thereto; and to provide a copy of her objection to Plaintiffs;

8.  Lambert and Byrne are ordered to preserve and produce to Dominion, within 5 days of this Order being entered, all documents relating to:

a.  The subpoena issued to Lambert in *People v. Tina Peters*; and

b.  The subpoena issued in the same matter on John Poulos, including but not limited to its service by Yehuda Miller;

9.  To the extent not already covered by the above, Lambert and Byrne are to produce to Dominion, within 5 days of this Order being entered, all documents or communications between them (including anyone else working on behalf of Mr. Byrne), that mention this litigation and/or Dominion (including anyone associated Dominion), through to the present;

10. Following the above productions, Byrne is ordered to sit for a 7-hour deposition relating to the issues flagged in Dominion's Emergency Motion for Protective Relief and to Disqualify Counsel, Motion to Enforce the Protective and Status Quo Orders, and supplemental briefs in support thereof;

11. All discovery ordered above is separate and apart from any other discovery required in this

case, including depositions.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE