IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

**PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANT'S EMERGENCY MOTION TO LIFT PROTECTIVE ORDER**

Pursuant to Local Rule 5.1(h), Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs") file this Motion to Seal Plaintiffs' Opposition to Defendant's Emergency Motion to Lift Protective Order ("Plaintiffs' Motion to Seal") and hereby move to seal Plaintiffs' Opposition to Defendant's Emergency Motion to Lift Protective Order, including all exhibits ("Plaintiffs' Opposition"). A proposed order is filed herewith as Attachment 1. On July 23, 2024, this Court granted Defendant's Motion for Leave to File Under Seal Emergency Motion to Lift Protective Order (Dkt. 110), and ordered that the underlying Emergency Motion to Lift Protective Order be filed by July 26, 2024. *See* July 23, 2024 Minute Order, 1:21-cv-02131. Defendant filed the Emergency Motion to Lift Protective Order on July 26, 2024. Dkt. 116. Plaintiffs' Opposition responds to and refers to information contained within the sealed motion.

Accordingly, Plaintiffs' Opposition contains information from discovery in this litigation, which this Court has ordered must be protected from disclosure under this Court's Protective Order (Dkt. 46) and Amended Protective Order (Dkt. 79). *See* Dkt. 79 at ¶ 1 ("Any Discovery Material

1

produced in the Litigation will be used, except by the Producing Party, solely for purposes of this Litigation and no Receiving Party will provide Discovery Material to any person or entity (including for any other litigation) or make any Discovery Material public except as permitted by this Order and in this Litigation."). Plaintiffs have strong privacy interests in maintaining the confidentiality of this information and would be prejudiced by disclosure, as set forth in Plaintiffs' Opposition. *See Metlife, Inc. v. Fin. Stability Oversight Council*, 865 F.3d 661, 666–67 (D.C. Cir. 2017).

Furthermore, Plaintiffs requested Defendant's position on this Motion to Seal, and Defendant does not oppose.

Dated: August 2, 2024

Respectfully submitted,

By: /s/Davida Brook
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com

mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 2nd day of August 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                           */s/Davida Brook*