IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

Upon consideration of Plaintiffs' Motion to Seal Plaintiffs' Opposition to Defendant's Emergency Motion to Lift Protective Order, which responds to Defendant's Emergency Motion to Lift Protective Order (Dkt. 116), which this Court ordered to be filed under sealed on July 23, 2024, considering all oppositions, argument if any, and the entire record, it is hereby found that good cause exists and justice so requires that it be **ORDERED** that the Plaintiffs' Motion to Seal is **GRANTED.**

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE