**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) ) | No. 1:21-cv-02131-CJN-MAU |
| *Plaintiffs*, | ) ) | Judge Carl J. Nichols |
| v. | ) ) | Hon. Magistrate Moxila A. Upadhyaya |
| PATRICK BYRNE, | ) ) | |
| *Defendant*. | ) | |

**MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL BRIEF IN SUPPORT OF DOMINION'S CURRENTLY PENDING MOTION FOR PROTECTIVE RELIEF AND TO DISQUALIFY COUNSEL AND MOTION TO ENFORCE PROTECTIVE AND STATUS QUO ORDERS**

To assist the Court and to promote the fair and efficient administration of justice, Plaintiffs US Dominion Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (collectively, "Dominion") respectfully move for leave to file a third supplemental brief in support Dominion's pending Emergency Motion for Protective Relief and to Disqualify Counsel ("Motion to Disqualify") (Dkt. 75) and Motion to Enforce the Protective and Status Quo Orders ("Motion to Enforce") (Dkt. 108).

In support of this Motion for Leave, Dominion herewith submits the proposed brief entitled "Third Supplemental Brief In Support of Dominion's Currently Pending Motion to Disqualify and Motion to Enforce Protective and Status Quo Orders" (herein referred to as "the Third Supplemental Brief") and its exhibit as **Exhibit A**.

This Court has the discretion to grant a party's motion for leave to file a supplemental brief and to supplement the record.  *See Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003)

1

("Courts have the discretion to allow parties to supplement the record of a case.").  Indeed, courts in this district have granted requests for supplemental filings in many circumstances, including where those requests would be helpful to the Court, and where doing so promotes the fair and efficient administration of justice:

> Supplemental filings may be permitted where they "would be helpful" to the Court, *see Eisner Infrastructure Limited v. Kingdom of Spain*, Civil Action No. 18-1696 (D.D.C. April 1, 2019 [Minute Order]) (Kollar-Kotelly, J.) (granting a motion for leave to file a supplemental brief in response to an amicus brief addressing events that occurred after the petitioner filed its last response and raising new arguments filed after the parties' briefing was completed). Supplemental filings may also be permitted "where doing so promotes the fair and efficient administration of justice." *Filiba v. Cochrane U.S.A, Inc.*, Civil Action No. 18-1428-EGS (D.D.C. December 3, 2018 [Minute Order]) (granting motion for leave to file supplemental memorandum of law and document based on recent discovery of document relevant to the case).

*Pao Tatneft v. Ukraine*, No. CV 17-582 (CKK), 2020 WL 2476034, at *2 (D.D.C. May 13, 2020).

Here, Dominion's Third Supplemental Brief addresses new factual circumstances that directly pertain to its pending Motion to Disqualify (Dkt. 75) and Motion to Enforce (Dkt. 108). Those motions pertain to this Court's orders, which Defendant Patrick Byrne and his counsel Stephanie Lambert have repeatedly violated: the Protective Order (Dkt. 79) and the Status Quo Order (Dkt. 77), to say nothing of other rules of this Court.

This Court has already permitted supplementation based upon Ms. Lambert's and Mr. Byrne's continued defiance of this Court's orders.  *See, e.g.*, Dkt. 102, Supplemental Declaration of Davida Brook (May 17, 2024); Dkt. 105, Response to Order of Court (May 21, 2024), Dkt. 113, Supplemental Brief in Support of Motion to Disqualify (July 23, 2024). Moreover, at the May 16, 2024 hearing on Dominion's Motion to Disqualify, this Court warned Ms. Lambert that evidence of future violations of the Status Quo Order would be taken into account in support of Dominion's Motion to Disqualify: "I want to make it very clear that going forward

if I see any evidence that violates this order, I'm going to take that into account in my final resolution."  Dkt. 103, Hearing Tr. at 60:24–61:2.

Dominion's Third Supplemental Brief addresses new conduct by Ms. Lambert and her co-counsel John Case that directly bears on Dominion's Motion to Disqualify and Motion to Enforce. Accordingly, the "fair and efficient administration of justice" necessitate supplementation of the record and Dominion's pending motions to account for their actions.

Therefore, Dominion respectfully requests leave from the Court to file its Third Supplemental Brief.  *See* **Exhibit A** (enclosing the Third Supplement Brief and its exhibit).


Dated: August 6, 2024                              Respectfully submitted,

                                    By:   */s/ Davida Brook*
                                          Laranda Walker (D.C. Bar No. TX0028)
                                          Mary K. Sammons (D.C. Bar No. TX0030)
                                          Jonathan Ross (D.C. Bar No. TX0027)
                                          Elizabeth Hadaway (*Admitted pro hac vice*)
                                          **SUSMAN GODFREY L.L.P.**
                                          1000 Louisiana St., Suite 5100
                                          Houston, TX 77002
                                          Tel: (713) 651-9366
                                          Fax: (713) 654-6666
                                          lwalker@susmangodfrey.com
                                          ksammons@susmangodfrey.com
                                          jross@susmangodfrey.com
                                          ehadaway@susmangodfrey.com

                                          Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
                                          Eve Levin (D.C. Bar No. 1672808)
                                          Mark Hatch-Miller (*Admitted pro hac vice*)
                                          Christina Dieckmann (*Admitted pro hac vice*)
                                          **SUSMAN GODFREY L.L.P.**
                                          One Manhattan West, 50th Floor
                                          New York, NY 10001
                                          Tel: (212) 336-8330
                                          sshackelford@susmangodfrey.com
                                          elevin@susmangodfrey.com
                                          mhatch-miller@susmangodfrey.com
                                          cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF CONFERENCE</u>

Counsel for Dominion emailed Counsel for Patrick Byrne to advise of its intent to file this motion, and to request whether Mr. Byrne opposes.  As of this filing, Counsel for Mr. Byrne has not indicated whether Counsel for Mr. Byrne or Mr. Byrne opposes.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*