# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

**THIRD SUPPLEMENTAL BRIEF IN SUPPORT OF
DOMINION'S CURRENTLY PENDING MOTION TO DISQUALIFY AND
MOTION TO ENFORCE PROTECTIVE AND STATUS QUO ORDERS**

This Court's instructions were clear: "Defendant and ALL of his counsel," including attorney John Case, who apparently agreed to abide by the Protective Order, "are expressly prohibited from producing any discovery obtained from Plaintiffs here in the Peters Criminal Case in Colorado pending resolution" of Ms. Lambert's Emergency Motion to Lift Protective Order (Dkt. 116). July 23, 2024 Minute Order, 1:21-cv-02131 (emphasis in original).

Tina Peters' trial started last week in Colorado. And despite this Court's clear instruction, Mr. Case's co-counsel, Daniel Hartman, argued at length yesterday to admit Dominion Discovery Materials as evidence. The documents were marked confidential and bore the bates stamps from this litigation. When the trial judge pointed these markings out to Mr. Hartman, he responded: "I can assure you, Your Honor, I printed these off the Internet, directly. So if they were confidential, my understanding they were in information that Sheriff Dar Leaf previously released publicly." These events were broadcast live on television, and Mr. Case did nothing to stop Mr. Hartman

1

even though he was in courtroom.[1]

Mr. Hartman's actions and Mr. Case's acquiescence clearly violate both the letter and spirit of the Court's July 23 Minute Order and the Protective and Status Quo Orders. Together, these orders: (1) prohibit the dissemination of *any discovery* produced in the litigation outside of the litigation, *see* July 23, 2024 Minute Order, 1:21-cv-02131; Dkt. 79, Protective Order at ¶¶ 1, 27; (2) require Ms. Lambert and Mr. Case to take "*reasonable efforts to prevent [further] disclosure*" by "*each unauthorized person* who receives the information." Dkt. 79, Protective Order at ¶ 27 (emphasis added); and (3) prohibit the dissemination of "Dominion Litigation Documents, *existing in any form whatsoever*, in the possession of Ms. Lambert, Mr. Byrne, or *any associate or affiliate of Ms. Lambert or Mr. Byrne*," Dkt. 77, Status Quo Order at ¶ 6(b) (emphasis added).

It makes no difference that Mr. Case's co-counsel, and not Mr. Case himself, sought to produce those materials, not only because Mr. Case did nothing to stop him. Mr. Hartman is also an "associate or affiliate" of both Mr. Case and Ms. Lambert in the Tina Peters matter and is Ms. Lambert's counsel in her pending criminal matter in Michigan. Ex. 1. Nor does it make a difference that Ms. Lambert had previously leaked these materials to Sheriff Dar Leaf (in violation of the Protective Order, no less). The materials were produced in this litigation and are subject to this Court's orders.

Absent immediate action from this Court, Ms. Lambert and Mr. Case will continue to flout this Court's orders.

Dated: August 6, 2024                      Respectfully submitted,

By: */s/ Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)

---

[1] These events are also a matter of public record. Dominion has requested a certified transcript of these proceedings but did not want to delay this filing for it. Dominion will supplement with the certified transcript as soon as Dominion obtains it.

2

Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> *Plaintiffs*, <br><br> v. <br><br> PATRICK BYRNE, <br><br> *Defendant*. | No. 1:21-cv-02131-CJN-MAU <br><br> Judge Carl J. Nichols <br><br> Hon. Magistrate Moxila A. Upadhyaya |

**THIRD SUPPLEMENTAL DECLARATION OF DAVIDA BROOK IN SUPPORT OF DOMINION'S CURRENTLY PENDING MOTION FOR PROTECTIVE RELIEF AND TO DISQUALIFY COUNSEL AND MOTION TO ENFORCE PROTECTIVE AND STATUS QUO ORDERS**

I, Davida Brook, hereby declare and state as follows:

1. I am an attorney at Susman Godfrey L.L.P., and counsel for plaintiffs, Dominion, in the above-captioned action. I am a member in good standing with the bar of the State of California and am admitted to practice in this Court. I am over the age of eighteen, attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the docket sheet's party information in *People v. Stefanie Lambert*, Case No. 2023-285759-FH (Mich. Oakland Cir. Ct.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 6th day of August, 2024, at Los Angeles, California.

/s/Davida Brook<br>
Davida Brook

# EXHIBIT 1

# Court Explorer

## Parties    ← Go Back

**Case Number**
2023-285759-FH

**Entitlement**
PEOPLE vs. LAMBERTJUNTTILA STEFANIE LYNN

**Judge Name**
JEFFERY S. MATIS

**Case E-Filed**
YES

**Case Filed**
08/03/2023

**Case Disposed**
00/00/0000

| Party Type | Party name | Bar # | Attorney |
| --- | --- | --- | --- |
| Plaintiff - 0001 | PEOPLE | 57726 | DALE J.,HILSON, |
| Defendant - 0005 | NONE | 78254 | CAMILLA ,BARKOVIC, |
| Defendant - 0004 | LAMBERTJUNTTILA STEFANIE LY | 52632 | DANIEL J.,HARTMAN, |
| Defendant - 0003 | JUNTTILA STEFANIE LYNN | 52632 | DANIEL J.,HARTMAN, |
| Defendant - 0002 | LAMBERT STEFANIE LYNN | 52632 | DANIEL J.,HARTMAN, |
| Defendant - 0001 | LAMBERTJUNTTILA STEFANIE LYNN | 52632 | DANIEL J.,HARTMAN, |

Contact Us   |   FOIA   |   Privacy/Legal   |   Accessibility   |   HIPAA