IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL BRIEF**

Upon consideration of Plaintiffs' Motion for Leave to File Third Supplemental Brief in Support of Plaintiffs' Currently Pending Emergency Motion for Protective Relief and to Disqualify Counsel and Motion to Enforce the Protective and Status Quo Orders, this Court finds that it will assist the Court and is in the interest of justice and so orders that the Motion for Leave is **GRANTED**. Dominion may file **Exhibit A** to the Motion for Leave, which is the Third Supplemental Brief in Support of Plaintiffs' Currently Pending Emergency Motion for Protective Relief and to Disqualify Counsel and Motion to Enforce the Protective and Status Quo Orders, with its exhibits.

IT IS SO ORDERED.

SIGNED this _____ day of _____, 2024

_____
THE HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE