# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., et al.,<br>    *Plaintiffs/Counter-Defendants*,<br>v.<br>SIDNEY POWELL, et al.,<br>    *Defendants/Counter-Plaintiffs*. | Civil Action No. 1:21-cv-00040 (CJN) |
| US DOMINION, INC., et al.,<br>    *Plaintiffs*,<br>v.<br>RUDOLPH W. GIULIANI,<br>    *Defendant*. | Civil Action No. 1:21-cv-00213 (CJN) |
| US DOMINION, INC., et al.,<br>    *Plaintiffs/Counter-Defendants*,<br>v.<br>MY PILLOW, INC., et al.,<br>    *Defendants/ Counter- and Third-Party Plaintiffs*,<br>v.<br>SMARTMATIC USA CORP., et al.,<br>    *Third-Party Defendants*. | Civil Action No. 1:21-cv-00445 (CJN) |

| | |
|---|---|
| US DOMINION, INC., et al., <br>     *Plaintiffs*, <br><br> v. <br><br> PATRICK BYRNE, <br><br>     *Defendant*. | Civil Action No. 1:21-cv-02131 (CJN) |
| US DOMINION, INC., *et al.*, <br>     *Plaintiffs/Counter-Defendants*, <br><br> v. <br><br> HERRING NETWORKS, INC. *et al.*, <br>     *Defendants/ Counter- and Third-Party Plaintiffs*, <br><br> v. <br><br> AT&T SERVICES, *et al.*, <br>     *Third-Party Defendants*. | Civil Action No. 1:21-cv-02130 (CJN) |

## NOTICE OF FILING

The undersigned respectfully submits for the record a letter, attached as Exhibit A, from Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation regarding the status of discovery in the above-captioned cases, in light of the September 30, 2024, fact discovery cut-off (*see* June 13, 2024, Minute Order) and several unresolved disputes concerning the parties' competing proposed discovery protocols.

Dated: August 9, 2024                               Respectfully submitted,

                                                            By:  */s/ Davida Brook*
                                                                    Laranda Walker (D.C. Bar No. TX0028)
                                                                    Mary K. Sammons (D.C. Bar No. TX0030)
                                                                    Jonathan Ross (D.C. Bar No. TX0027)
                                                                    Elizabeth Hadaway (*Admitted pro hac vice*)
                                                                    **SUSMAN GODFREY L.L.P.**
                                                                    1000 Louisiana St., Suite 5100
                                                                    Houston, TX 77002
                                                                    Tel: (713) 651-9366
                                                                    Fax: (713) 654-6666
                                                                    lwalker@susmangodfrey.com
                                                                    ksammons@susmangodfrey.com
                                                                    jross@susmangodfrey.com
                                                                    ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*