## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

_____

U.S. DOMINION, INC., et al.,

      *Plaintiffs / Counter-Defendants*,

v

PATRICK BYRNE,

      *Defendant*.

Civil Action 1:21-cv-02131(CJN/MAU)

_____

## RESPONSE TO DOMINION'S MOTION TO FILE
## SECOND SUPPLEMENTAL BRIEF

Comes Now Defendant, Doctor Patrick Byrne, by and through undersigned, and hereby files this response to Dominion's attempt to file a *second* supplemental brief (Docket No. 118) in support of its motion to disqualify and enforce status quo orders.

This is a "response" to Dominion's consistent efforts to pile on by filing yet another Motion to File yet another supplemental brief in support of its motion to disqualify counsel and support status quo orders.  Dr. Byrne does not consent do the motion, nor the "filing" of the supplemental brief via attachment to the court proceedings.  However, Dr. Byrne is compelled to address the substance of that

1

filing, as it is not for all intents and purposes public record – being published and filed *prior to* this Court's acceptance of the brief itself.

Unsurprisingly, Dominion's first 8 (out of a total of 10) pages in its proposed brief contains nothing more than fear mongering and discussions about the exercise by Dr. Byrne of hyperbole and his freedom of speech, rather than any substance whatsoever concerning the protective order, or motion to disqualify Dr. Byrne's counsel.

When Dominion finally does spend the last two pages of its proposed "supplemental" brief, it mostly repeats what it has said in the past about the legal principles supposedly underlying its motion to disqualify counsel and Dr. Byrnes' choice of representation. One thing new is that Dominion misrepresents to the Court an exchange by and between undersigned and counsel for Dominion. Undersigned counsel was traveling when she sought consent to file a motion to file a sur-reply. Undersigned's internet signal was on and off as she was traveling through mountainous regions with little to no cellphone reception. The email did not go through, as often happens. Undersigned filed the necessary pleadings, and did not misrepresent anything in her motion. Additionally, she promptly explained the internet reception issues to opposing counsel. She again sought concurrence on the date the motion was due and was then denied concurrence after the filing date had

2

passed and ultimately this Honorable Court granted the reasonable one-day extension.

As the remainder of Dominion's motion and its proposed brief is simply repeating the same allegations, and/or attacking the exercise by Dr. Byrne of his free speech rights, the latter of which it has sought to suppress by filing defamation suits against its critics and encouraging prosecution of those that know the truth, undersigned and Dr. Byrne have nothing more to add.

WHEREFORE, for the foregoing reasons, the Court should DENY Plaintiff's Motion.

Respectfully submitted,

/s/ Stefanie Lambert
_____
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Dated: August 12, 2024

<u>CERTIFICATE OF SERVICE</u>

I, Stefanie Lambert, hereby certify that on August 12, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN / MAU).

Respectfully submitted,

/s/ Stefanie Lambert
_____

Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Dated: August 12, 2024