# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al., *Plaintiffs / Counter-Defendants*, v PATRICK BYRNE, *Defendant*. | Civil Action 1:21-cv-02131 (CJN / MAU) |

### DEFENDANT, PATRICK BYRNE'S MOTION FOR AN EXTENSION OF TIME TO FILE STATUS REPORT PENDING OBJECTION TO MAGISTRATE'S OPINION AND ORDER

Comes now Defendant, Patrick Byrne, by and through undersigned and pursuant to the Federal Rules of Civil Procedure and Local Civil Rule (LCvR) 7, hereby files this Motion for an extension to September 2, 2024, to file joint status report.

The Magistrate issued her opinion (Docket No. 126) and order (Docket No. 125) removing undersigned and ordered that a joint status report and additional filings be submitted today, August 16, and August 20 by Dr. Byrne.

Dr. Byrne is filing an objection to the Magistrate's Opinion and accompanying Order and needs additional time to prepare said objection.

1

Dr. Byrne needs additional time to address discovery issues, and as well, object to the Magistrate's order.

Generally, a party has 14 days within which to file an objection, but the Magistrate has left Dr. Byrne and undersigned with no time at all, placing the status report (due August 16) and the additional discovery conference (August 20) well before the time to object.

WHEREFORE, Dr. Byrne respectfully requests this Honorable Court to grant a short extension to file the joint status report.

                                       Respectfully submitted,

                                       /s/ Stefanie Lambert

                                       Stefanie Lambert Junttila
                                       Law Offices of Stefanie L.
                                       Lambert, PLLC 400 Renaissance
                                       Drive, FLOOR 26
                                       Detroit, MI 48243
                                       attomeylambert@protonmail.com

Date: August 16, 2024

## COMPLIANCE WITH LOCAL RULE 7(m)

Counsel for Dr. Byrne sent an email to opposing counsel at 8:22 pm on August 16, 2024, and has not receiving a response at the time of filing.

                                        Respectfully submitted,

                                        /s/ Stefanie Lambert
                                        _____
                                        Stefanie Lambert Junttila
                                        Law Offices of Stefanie L. Lambert, PLLC 400 Renaissance Drive, FLOOR 26
                                        Detroit, MI 48243
                                        attorneylambert@protonmail.com

Date: August 16, 2024

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on August 16, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN / MAU).

Respectfully submitted,

/s/ Stefanie Lambert
_____
Stefanie Lambert Junttila
Law Offices of Stefanie L.
Lambert, PLLC 400 Renaissance
Drive, FLOOR 26
Detroit, MI 48243
attomeylambert@protonmail.com

Date: August 16, 2024