# EXHIBIT A

SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 1400
1900 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100
FAX (310) 789-3150
WWW.SUSMANGODFREY.COM

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366

SUITE 3000
401 UNION STREET
SEATTLE, WASHINGTON 98101-2683
(206) 516-3880

ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330

DAVIDA BROOK
DIRECT DIAL (310) 789-3105

E-MAIL DBROOK@SUSMANGODFREY.COM

August 20, 2024

Hon. Moxila A. Upadhyaya
Magistrate, U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Re:    Document Destruction Protocol in *U.S. Dominion Inc. et al. v. Patrick Byrne*, Case No. 1:21-cv-02131-CJN-MAU

Your Honor:

Dominion writes in response to Your Honor's August 13, 2024 Order disqualifying Attorney Stefanie Lambert as counsel for Defendant Patrick Byrne (Dkt. 125) (the "Disqualification Order"), which authorized Dominion to propose a document destruction protocol with respect to Lambert by August 20, 2024.

Dominion is in a difficult position. On the one hand, it does not believe Lambert should maintain possession of any of its documents as she has proven unwilling to abide by this Court's orders. On the other hand, as the Court noted in its Memorandum Opinion, Dominion "reserved the right to seek additional sanctions based on Byrne's conduct." Dkt. 126 at 11. The documents in Lambert's possession, custody, and/or control are relevant to that issue. They are also relevant to actual malice and punitive damages in this proceeding.

To solve for this tension, attached as Exhibit B is a Proposed Order Setting a Protocol for Transfer of Documents, which does the following:

*First*, the Proposed Order requires Lambert continue to "preserve all documents and communications relating to the issues raised by Dominion's [M]otion [for Protective Relief and to Disqualify Counsel]," Dkt. 77 at ¶ 7, including any new documents created post entry of the Court's Status Quo Order.

August 19, 2024
Page 2

*Second*, the Proposed Order requires Lambert to, on or before August 23, 2024, produce to Dominion: (1) All Dominion discovery materials; (2) All documents and communications in any way discussing or referencing the discovery materials or their contents; and (3) All documents and communications in any way discussing or referencing Dominion or this matter.

*Third*, in anticipation that Lambert might claim attorney-client privilege or work-product doctrine over some of the aforementioned documents, the Proposed Order requires Lambert to, on or before August 23, 2024, serve on Dominion a detailed privilege log and attest to its accuracy under oath.

*Fourth*, the Proposed Order requires Lambert to submit the privilege log as well as any documents she claims to be privileged to a Special Master, who will inspect such documents *in camera*. While Dominion has no objection to this Court performing that inspection itself, Dominion is cognizant of the time and burden associated with this task. To that end, Dominion proposes the Court appoint a Special Master for this purpose, to be paid for by Byrne. Dominion will proceed under whatever Special Master the Court appoints, but notes that, to the extent he is willing and able, John A. Elzufon, the Senior Litigator and Managing Director of Elzufon Austin & Mondell, P.A., is an experienced litigator who is familiar with many of the issues in this matter through his appointment by the Delaware Superior Court in *US Dominion, Inc. et al. v. Fox News Network, LLC*, Case No. N21C-03-257 EMD (Del. Super.); *US Dominion, Inc. v. Newsmax Media, Inc.*, Case No. N21C-08-063 EMD (Del. Super.); *Smartmatic USA Corp. et al. v. Newsmax Media, Inc.*, Case No. N21C-11-028 EMD (Del. Super.). To be clear, the Delaware Superior Court appointed Mr. Elzufon to handle all discovery disputes in each of those matters on its own order, without consulting with any of the parties to those disputes who provided no recommendations.

As always, Dominion is available to appear via zoom or in person for an informal conference with the Court, or whatever other procedure the Court would prefer, to discuss the contents of this submission.

Sincerely,

*/s/ Davida Brook*

Davida Brook