UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

U.S. DOMINION, INC., et al.,

   *Plaintiffs / Counter-Defendants*,

v.                                Civil Action 1:21-cv-02131 (CJN / MAU)

PATRICK BYRNE,

   *Defendant*.

PROPOSED ORDER PARTIALLY LIFTING
THE AMENDED PROTECTIVE ORDER

At a said session of court held on the __th day of August, 2024, in the United States District Court for the District of Columbia, Hon. MOXILA A. UPADHYAYA, UNITED STATES MAGISTRATE JUDGE, presiding.

This matter having come before the Court on Defendant's Emergency Motion for a Stay and Abeyance and the Court being otherwise fully advised in the premises,

IT IS ORDERED that Defendant's Motion is GRANTED.

Dated: _____                    _____
                                          Hon. Moxila A. Upadhyaya