Case 1:21-cv-02131-CJN-MAU   Document 134-1   Filed 08/28/24   Page 1 of 2

# ATTACHMENT 1

**Senator Sonny Borrelli**

1700 West Washington, Phoenix, Arizona
85007 Arizona State Senate
Capitol Phone: (602)-926-5051
sborrelli@azleg.gov

_____

**DISTRICT 30**



**Senate Majority Leader**

<u>Senate Committees</u>
Rules **(Vice Chairman)**
Elections
Health and Human Services
Military Affairs, Public Safety, and Border Security
Joint Legislative Audit Committee **(Chairman)**

# Office of the Majority Leader

July 17, 2024

Stephanie Lambert
Law Office of Stephanie Lambert PLLC
400 Renaissance Drive
Detroit, MI 48226

SUBJECT: Request for Copy of John Poulos Deposition Transcript

Dear Attorney Lambert,

    It is my understanding that you have recently deposed Dominion CEO John Poulos in connection with the Dominion v Patrick Byrne lawsuit. As you may be aware, I was the State Senator that pushed for the Maricopa County Election Audit in 2021. I understand a former Michigan State Senator had filed a criminal complaint against John Poulos with several law enforcement authorities in Michigan. The criminal complaint alleges that Mr. Poulos committed 15 counts of perjury during his sworn testimony before the Michigan Senate on December 15,2020. I anticipate that the contents of the referenced deposition would likely yield additional evidence related to our Senate investigation. In this light, could you please provide my office with a copy of the transcript from your deposition of John Poulos at your earliest convenience?

    Thank you for your prompt attention to this matter.

Sincerely,

*Sonny Borrelli*

Senator Sonny Borrelli
Senate Majority Leader
Legislative District 30