IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

**[PROPOSED] ORDER DENYING DEFENDANT PATRICK BYRNE'S OBJECTION TO MEMORANDUM OPINION AND DISQUALIFICATION ORDER**

Having reviewed and considered the parties' written submissions, and for the reasons stated in Plaintiffs' Opposition, it is hereby,

**ORDERED** that Defendant Patrick Byrne's ("Byrne") Objection to Memorandum Opinion and Disqualification Order is **DENIED**, and it is,

**FURTHER ORDERED** that Byrne and Attorney Stefanie Lynn Junttila [Lambert] shall comply with all provisions of Magistrate Judge Upadhyaya's Order, ECF No. 125, by no later than two weeks after entry of this Order.

**SO ORDERED.**

SIGNED this _____ day of _____, 2024

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE