IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | Case No. 1:21-cv-02131-CJN-MAU |

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY GEORGE EL-KHOURY**

Pursuant to Local Civil Rule 83.2(d) of the United States District Court for the District of Columbia, Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation move for the admission and appearance of attorney George El-Khoury *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of George El-Khoury, filed herewith. As set forth in Mr. El-Khoury's declaration, she is admitted and in good standing in the following bars and courts: State Bar of New York.

This motion is supported and signed by Stephen Shackelford, Jr., an active and sponsoring member of the Bar of this Court.

Respectfully submitted,

Dated: September 13, 2024

*/s/ Stephen Shackelford, Jr.*
Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Mark Hatch-Miller (*pro hac vice* pending)
Zachary Savage (D.C. Bar No. NY0465)

Thomas A. Clare, P.C. (D.C. Bar No. 461964)
Megan L. Meier (D.C. Bar No. 985553)
Dustin A. Pusch (D.C. Bar No. 1015069)
**CLARE LOCKE LLP**

1

Eve Levin (D.C. Bar No. 1672808)  
George El-Khoury (*pro hac vice* pending)  
**SUSMAN GODFREY L.L.P.**  
1301 Avenue of the Americas, 32nd Fl.  
New York, NY 10019  
Tel: (212) 336-8330  
sshackelford@susmangodfrey.com  
zsavage@susmangodfrey.com  
elevin@susmangodfrey.com  
cdieckmann@susmangodfrey.com  

Davida Brook (D.C. Bar No. CA00117)  
**SUSMAN GODFREY L.L.P.**  
1900 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067  
Tel: (310) 789-3100  
dbrook@susmangodfrey.com  

Jonathan J. Ross (D.C. Bar No. TX0027)  
Mary K. Sammons (D.C. Bar No. TX0030)  
Laranda Walker (D.C. Bar No. TX0028)  
Elizabeth Hadaway (*pro hac vice* pending)  
**SUSMAN GODFREY L.L.P.**  
1000 Louisiana St., Suite 5100  
Houston, TX 77002  
Tel: (713) 651-9366  
jross@susmangodfrey.com  
ksammons@susmangodfrey.com  
lwalker@susmangodfrey.com  
ehadaway@susmangodfrey.com  

Edgar Sargent (*pro hac vice* pending)  
**SUSMAN GODFREY L.L.P.**  
1201 Third Avenue, Suite 3800  
Seattle, WA 98101  
Tel: (206) 516-3880  
esargent@susmangodfrey.com  

*Attorneys for Plaintiffs*

10 Prince Street  
Alexandria, VA 22314  
(202) 628-7400  
tom@clarelocke.com  
megan@clarelocke.com  
dustin@clarelocke.com