IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE.,<br><br>Defendant. | Case No. 1:21-cv-02131-CJN-MAU |

## STATUS REPORT REGARDING DISCOVERY

In accordance with the Court's September 13, 2024, Minute Order, Plaintiffs, US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs") submit this status report regarding discovery.[1]

Plaintiffs have raised numerous discovery issues, as first submitted to the Court on July 2, 2024, and referred to in the August 16, 2024, Joint Status Report filed with the Court. These issues remain unresolved and are presumably on pause until the Court rules on Mr. Byrne's objection to the Court's order disqualifying his counsel and/or new counsel has appeared on behalf of Mr. Byrne. As a result, Dominion believes it is necessary to extend the schedule in this case as outlined in the proposed amended schedule Dominion submitted to the Court on September 10, 2024.

Dated: September 18, 2024

Respectfully submitted,

*/s/ Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)

---

[1] Because the Court requested that the Parties submit a joint status report, counsel for Dominion reached out to Mr. Byrne to solicit his input for this report. As of the time of filing, Dominion's counsel had not received a response from Mr. Byrne.

Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr.
(D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl. New York, NY 10019
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*) Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

2

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of September 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                                                                      */s/ Davida Brook*