

cv-02131-CJN-MAU   Document 140   Filed 09/27/24

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

RECEIVED
Mail Room
SEP - 6 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

OFFICIAL BUSINESS

PATRICK BYRNE
9810 East Martha Rd.
Alta, UT 84092

CAPITAL DISTRICT 208
23 AUG 2024 PM 4
FIRST-CLASS

ZIP 20001
02 7W
0008034592 AUG 23 2024
US POSTAGE $000.69⁰
PITNEY BOWES

NIXIE       841    EE  1            0109/02/24
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 20001             *2417-89955-23-42

ANK
840SN-99955

