# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>    *Plaintiffs / Counter-Defendants*,<br><br>v<br><br>PATRICK BYRNE,<br><br>    *Defendant*. | Civil Action 1:21-cv-02131(CJN) |

## DEFENDANT'S MOTION TO STAY DISCOVERY

Comes Now Defendant, Doctor Patrick Byrne, by and through undersigned, and hereby files this Motion to Stay Discovery in the above captioned matter, stating as follows:

1. As noted in Dr. Byrne's Objection (Docket No. 133), he is currently without his counsel of choice and does not wish to represent himself and has not consented to, nor considered representing himself in these proceedings, despite the insistence of the Magistrate and despite the unconsented to and ex parte communications by and between the Magistrate and Dr. Byrne's *prior* counsel – not his counsel of choice.

1

2. Undersigned counsel being able to file the objection on Dr. Byrne's behalf must also be able to ask for a stay on his behalf, yet the Magistrate ruled that undersigned could no longer submit filings, and has also necessarily deprived Dr. Byrne of this right.

3. Despite Dr. Byrne's Objection and his right to counsel of his choice, and his previously expressed demonstrations of prejudice to his due process rights, the Magistrate and the attorneys of record, with full knowledge of this, have proceeded to force through discovery proceedings.

4. Most recently, the lawyers have filed a notice of returned mail demonstrating their continuing insistence to proceed despite Dr. Byrne's objections and his current status as unrepresented by counsel of his choice. (Docket No. 140).

5. Most egregious in this filing is that despite being well aware of their obligations to keep information regarding litigants private, they intentionally filed this unredacted envelope showing an address of Dr. Byrne.

6. This is especially outrageous because the attorneys of record representing Dominion are well aware of Dr. Byrne's involvement in another federal court case, in which it has been disclosed that Dr. Byrne has been the victim of an attempted kidnapping and has been threatened with a $15 million bounty placed on his life.

7. Dr. Byrne in that related federal matter has disclosed this and the fact that he cannot travel into the United States without amplification of these threats against him.

8. At present, Dr. Byrne's objections before this court are pending and depositions continue to be scheduled, including that of his assistant.

9. Under these circumstances, Dr. Byrne is unable to fully and meaningfully participate in these discovery proceedings pending the Court's decision on his objection.

WHEREFORE, for the foregoing reasons, the Court should immediately stay all discovery pending the outcome of Dr. Byrne's Objection to the Magistrate's Order disqualifying his counsel of choice.

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Dated:  September 30, 2024

3

## CERTIFICATE OF SEEKING CONCURRENCE

Undersigned counsel has emailed counsel for Dominion to advise of Dr. Byrne's intent to file this motion, and to request whether counsel opposes the relief sought therein. As of the filing of this motion, no counsel has responded.

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on September 30, 2024, true and correct copies of the foregoing were served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN / MAU).

Respectfully submitted,

/s/ Stefanie Lambert

_____
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com