IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

**DOMINION'S MOTION TO SET DEADLINE FOR STEFANIE LAMBERT AND PATRICK BYRNE TO SUBMIT AFFIDAVITS AND TO ENTER DOCUMENT DESTRUCTION PROTOCOL**

Dominion respectfully writes to the Court concerning the August 13, 2024, Disqualification Order (Dkt. 125), which was affirmed by Judge Nichols on October 22, 2024 (Dkt. 144).

*First*, under the August 13, 2024, Disqualification Order, both Ms. Lambert and Mr. Byrne were ordered to file sworn affidavits regarding information relating to their breaches of the Protective and Status Quo Orders. Dkt. 125. The original deadline for Ms. Lambert and Mr. Byrne to file those affidavits was August 20, 2024, at 5:00 pm, which was seven calendar days after the Magistrate Judge issued the Disqualification Order. *See* Dkt. 125 at 2. While the Court stayed that deadline pending Mr. Byrne's objection to the Disqualification Order, *see* Second Minute Order of Aug. 23, 2024, Judge Nichols has since denied that objection (Dkt. 144).

Accordingly, Dominion respectfully requests the Court set a new deadline of November 8, 2024, at 5:00 pm, which is seven calendar days from today. This timing is important as the

1

affidavits are likely to bear on information relevant to this case, and the current deadline for the parties to complete all factual discovery in this case is December 13, 2024.  Dkt. 143 at 2.

On October 29, 2024, Dominion contacted Ms. Lambert and Mr. Byrne for their position on a seven-day deadline. Ms. Lambert indicated their opposition, though provided no reason for such opposition.

*Second*, the August 13, 2024, Disqualification Order also authorized Dominion to propose a document destruction protocol with respect to Ms. Lambert by August 20, 2024. *See* Dkt. 125 at 3. When the Court stayed Ms. Lambert and Mr. Byrne's deadline to submit their affidavits, the Court also stated that, "[u]pon the District Court's resolution of any objections to the August 13, 2024 Order, the Court will consider Plaintiffs' proposal at ECF No. 128." *See* Second Minute Order of Aug. 23, 2024. Dominion thus respectfully writes to alert the Court that Dominion's proposed protocol (Dkt. 128) is now ready for consideration, and respectfully requests that the Court enter such protocol.

*Finally*, the August 13, 2024, Disqualification Order required Mr. Byrne to "notify the Court by September 13, 2024, whether he has retained new counsel or whether he intends to proceed *pro se.*" Dkt. 125 at 3. To date, Mr. Byrne has failed to comply with this order. Nor has Mr. Byrne responded to Dominion's requests to confirm whether he has retained new counsel or is proceeding *pro se*, including on September 23 and October 29, 2024. For example, in its October 29 email, Dominion wrote:

> From: Davida Brook
> Sent: Tuesday, October 29, 2024 11:21 AM
> To:
> Cc:
> Subject: Dominion/Byrne - Proceeding Pro Se
>
> EXTERNAL Email
> Mr. Byrne,
>
> Having not heard any response from you to our previous email asking whether you have new counsel in this proceeding, our understanding is you are proceeding pro se. If this is not the case, please let us know immediately. To be clear, if you are working with any other attorneys on this matter, please let us know immediately.
>
> Thank you,
> Davida

Dominion respectfully writes to make the Court aware of Dominion's understanding that Mr. Byrne is proceeding *pro se*.

For the reasons stated above, Dominion respectfully requests the Court: (1) set a deadline of November 8, 2024, at 5:00 pm, for Ms. Lambert and Mr. Byrne to submit the affidavits required under the Disqualification Order (Dkt. 125); and (2) enter Dominion's proposed document destruction protocol (Dkt. 128).

Dated: November 1, 2024

Respectfully submitted,

By: */s/ Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)

3

Christina Dieckmann (*Admitted pro hac vice)*
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*

## **CERTIFICATE OF CONFERENCE**

Counsel for Dominion emailed Stefanie Lambert and Patrick Byrne to advise of its intent to file this motion and request a seven-day deadline to submit their court-ordered affidavits. Ms. Lambert indicated that she and Mr. Byrne are opposed.

*/s/ Davida Brook*