UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. DOMINION, INC., et al.,<br><br>    *Plaintiffs / Counter-Defendants*,<br><br>v<br><br>PATRICK BYRNE,<br><br>    *Defendant*. | Civil Action 1:21-cv-02131 (CJN) |

DEFENDANT'S MOTION FOR RELIEF FROM ORDER (DOCKET NO. 144)

Pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, and Local Rules of the District Court for the District of Columbia, Defendant, Dr. Patrick Byrne, hereby files this Motion for Relief from an Order (Docket No. 144) removing Dr. Byrne's counsel stating the following:

1. The District Court erred in concluding that Dr. Byrne's counsel had made statements contrary to the protective order.

2. The District Court also erred in concluding as a matter of law that there is no exception for governmental agencies in the meaning of "entity" in defining that term in the Protective Order.

1

3. Dr. Byrne's counsel has received new exculpatory evidence in her criminal matter in Michigan, and the fact that Plaintiff Dominion has wrongfully referred to the criminal matter in discrediting Dr. Bryne's counsel requires context of which Dr. Byrne and counsel became aware of on Sunday, October 20, 2024.

4. Dr. Byrne continuously implored the court to delay or otherwise stay discovery during the pendency of the motion to disqualify and remove his counsel, being without counsel to represent him as a result of the district court's refusal to accept pleadings or acknowledge motions to stay filed by Dr. Byrne's counsel, and Dr. Bryne's own requests to this court – now an order has been issued regarding the passing of deadlines, which occurred during the pendency of Dr. Byrne's motion objecting to the removal of his counsel. As the Court had been asked to make a ruling and did not, this prejudiced Dr. Byrne.

WHEREFORE, for the foregoing reasons and as further provided in his brief in support, Dr. Byrne requests relief from the court's order disqualifying his counsel.

Respectfully submitted,

/s/ Stefanie Lambert
Stefanie Lambert Juntilla
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

Dated: November 15, 2024

2

## COMPLIANCE WITH LOCAL RULE 7(m)

Counsel for Defendant has discussed the within motion and supporting brief filed therewith, with opposing counsel in a good-faith effort to determine whether there is an opposition to the relief sought, and whether there are any narrow areas of disagreement. Counsel for Plaintiff does not consent to the relief sought in the motion.

Respectfully submitted,

/s/ Stefanie Lambert

_____

Stefanie Lambert
Law Offices of Stefanie L. Lambert, PLLC
400 Renaissance Drive, FLOOR 26
Detroit, MI 48243
attorneylambert@protonmail.com

CERTIFICATE OF SERVICE

I, Stefanie Lambert, hereby certify that on November 15, 2024, true and correct copies of the forgoing was served via email on counsel of record for every party in *US Dominion, et al. v. Patrick Byrne*, Case No. 1:21-cv-02131 (CJN).

                              Respectfully submitted,

                              /s/ Stefanie Lambert
                              Stefanie Lambert Juntilla
                              Law Offices of Stefanie L. Lambert, PLLC
                              400 Renaissance Drive, FLOOR 26
                              Detroit, MI 48243
Dated: November 15, 2024       attorneylambert@protonmail.com