IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, ) ) ) ) | No. 1:21-cv-02131-CJN-MAU |
| *Plaintiffs*, ) ) | Judge Carl J. Nichols |
| v. ) ) | Hon. Magistrate Moxila A. Upadhyaya |
| PATRICK BYRNE, ) ) | |
| *Defendant*. ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT PATRICK BYRNE'S MOTION FOR RELIEF FROM ORDER (DKT. 148)**

Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation (together, "Dominion") respectfully file this unopposed motion requesting a brief extension of time to respond to Defendant Patrick Byrne's Motion for Relief from Order pursuant to Rule 60(b) (Dkt. 148), which is now Mr. Byrne's second attempt at challenging the Disqualification Order (Dkt. 125, 144). Dominion's deadline to respond to this motion is this Friday, November 29, 2024, the day after Thanksgiving. Dominion has received one extension of time in this matter. *See* Minute Order of Nov. 30, 2021. Mr. Byrne has received as many as six extensions of filing deadlines, *see* Minute Orders of Oct. 14, 2021; Dec. 21, 2021; May 4, 2022; Mar. 25, 2024; Apr. 26, 2024; July 28, 2024, and two postponements of Court hearings, *see* Minute Orders of Apr. 25, 2024; May 10, 2024.

In light of the intervening holiday (and assuming the Court would like Dominion to file a response to this latest motion), Dominion requests a brief extension until Monday, December 2, 2024, to oppose Mr. Byrne's motion. Dominion conferred with Mr. Byrne, who indicated he does not oppose this motion.

Dated: November 25, 2024     Respectfully submitted,

By:    */s/Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-6666
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
George R. El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*

## CERTIFICATE OF CONFERENCE

Counsel for Dominion emailed Stefanie Lambert and Patrick Byrne to advise of its intent to file this motion. Ms. Lambert indicated that she and Mr. Byrne are unopposed.

*/s/ Davida Brook*