IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

**DECLARATION OF DAVIDA BROOK IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT PATRICK BYRNE'S
MOTION FOR RELIEF FROM ORDER (DOCKET NO. 144)**

I, Davida Brook, hereby declare and state as follows:

1. I am an attorney at Susman Godfrey L.L.P., and counsel for plaintiffs, Dominion, in the above-captioned action. I am a member in good standing with the bar of the State of California and am admitted to practice in this Court. I am over the age of eighteen, attest to the following matters from personal knowledge, and if called as a witness, could competently testify to the matters set forth herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Transcript of Motion Hearing Before the Honorable Carl J. Nichols, dated October 17, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 2nd day of December, 2024, at Los Angeles, California.

*/s/Davida Brook*
Davida Brook

1