# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>PATRICK BYRNE,<br><br>*Defendant*. | No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>Hon. Magistrate Moxila A. Upadhyaya |

## [PROPOSED] ORDER DENYING DEFENDANT PATRICK BYRNE'S MOTION FOR RELIEF FROM ORDER (DOCKET NO. 144)

Having reviewed and considered the parties' written submissions, and for the reasons stated in Plaintiffs' Opposition, it is hereby,

**ORDERED** that Defendant Patrick Byrne's Motion for Relief from Order (Docket No. 144) is **DENIED**.

**SO ORDERED.**


SIGNED this _____ day of _____, 2024

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE