# ATTACHMENT 2

NATION

# Comelec presents PCOS source code

By: **Matikas Santos** - NewsLab Lead / @MSantosINQ   INQUIRER.net / 10:17 AM May 09, 2013

ⅮX

## CONTINUE TO BLOCK ADS



Senior Test Manager Michael Santos of SLI Global Solutions turns over the PCOS Source Code to Engineering Manager Reed Bodwell of Dominion Voting Systems Inc to ensure it is the same source code that was reviewed and certified.

**EDITORS' PICK**   MOST READ


NEWSINFO
JC Cares Foundation gives aid to victims of Typhoon Carina in Malabon


NEWSINFO
Manila to close several roads for 2024 Bar exams


NEWSINFO
PCR: 1,144 pass 2024 Mechanical Engineer Licensure exam


POP
Filipinos react to the ₱91M flood mitigation project in Pampanga that collapsed recently


GLOBALNATION
Alice Guo left PH because she was sad, sister tells senators


GLOBALNATION
Angara to Asean member states: Equip learners with digital skills

MANILA, Philippines — The Commission on Elections (Comelec) presented the controversial precinct count optical scan (PCOS) source code Thursday, making it available for review by political groups.

It was turned over by Dominion Voting Systems Inc., its US-based owner, to the Comelec led by its Chairman Sixto Brillantes Jr.

**You may like**                                    mgid▷


**Top 5 Wealth Management Firms In The United States**
Smart Asset


**Look For Any High School Yearbook, It's Free**

Dominion Voting Systems > Dominion Voting Systems Employee Directory > **Reed Bodwell**



# Reed Bodwell

**Software Architect at Dominion Voting Systems**

**View Contact Info for Free**

## Reed Bodwell Email & Phone number

Engage via Email
r***@dominionvoting.com

Engage via Phone
(416) ***-****

Engage via Mobile
(***) ***-****

**Reveal Information**

## Reed Bodwell Current Workplace

**Company**    Dominion Voting Systems

**Address**    1201 18th St, Denver, Colorado, 80202, United States

**Phone Number**    (866) 654-8683

**Number of Employees**    345

**Industry**

Cities, Towns & Munici...    Cities, Towns & Munici...

Last Update   8/2/2024 6:34 PM



## Jessica B. · 3rd

Sr. Election Technology Specialist at U.S. Election Assistance Commission

Denver, Colorado, United States · Contact info

271 connections

 U.S. Election Assistance Commission

 University of Phoenix

**Message**    **· Connect**    **More**

---

### About

Technical leader experienced at developing cross-functional teams who excel at delivering innovative solutions in a complex regulatory environment. I am a Certified Scrum Master with deep technical talents in enterprise development, security, architecture, requirement definition, and strategic resource planning within an agile environment.

---

### Activity
268 followers

Jessica hasn't posted yet
Recent posts Jessica shares will be displayed here.

Show all activity →

---

### Experience

 **Sr. Election Technology Specialist**
U.S. Election Assistance Commission
May 2019 - Present · 5 yrs 4 mos
Denver, CO

 **Director, Certification**
Dominion Voting Systems
Apr 2018 - May 2019 · 1 yr 2 mos
Greater Denver Area

Responsible for leading Dominion's system certification efforts at both the state and federal levels.
...                                                                        ...see more

**Dominion Voting Systems**
9 yrs 5 mos

○ **Manager, Certification Compliance**
Jan 2015 - Jan 2018 · 3 yrs 1 mo

Responsible for maintaining Federal and State certifications for technical compliance of company products and field operations activities. ...                                    ...see more

○ **Senior Software Developer**
Sep 2008 - Jan 2015 · 6 yrs 5 mos

- C# on Mono/Linux embedded systems development
- C# WPF and WinForms development utilizing a SQL Server 2005 backend....          ...see more

**CYBERSCOOP**

Topics ⌄   Special Reports   Events   Podcasts   Videos   Insights

✉ SUBSCRIBE

## and certification program

Jessica Bowers and Paul Aumayr will work as senior election technology specialists.

BY SEAN LYNGAAS • MAY 21, 2019

T he U.S. Election Assistance Commission has added two experienced hands to its voting system certification program amid concerns it had a shortage of technical experts overseeing election infrastructure.

The agency is staffing up its crucial certification program by hiring Jessica Bowers, a former executive at Dominion Voting Systems, one of the country's three largest voting system vendors, and Paul Aumayr, a former Maryland election official. Both new hires will work as senior election technology specialists.

In an email announcement to staff obtained by CyberScoop, EAC Executive Director Brian Newby touted Bowers and Aumayr's technical acumen. Bowers has "over 18 years of software development and product support experience," while Aumayr is a "Microsoft-certified systems engineer," Newby wrote.

Both will begin work May 28 and report to Jerome Lovato, a former Colorado state election official. Earlier this month, Lovato was tapped to head the EAC's program for testing and certifying voting systems. He replaced Ryan Macias, whose departure from the commission prompted two Senate Democrats to write to the EAC expressing concern about a lack of technical expertise at the commission before the 2020 election.



SHARE

## More Like This

DOJ sues Georgia Tech over allegedly failing to meet cyber requirements for DOD contracts

BY TIM STARKS





**Paul C.** ⊘ (He/Him)    University of Colorado Denver
Experienced developer with a passion for building well tested, reliable
software. Climatebase Fellow.

Los Angeles Metropolitan Area · Contact info

140 connections

**✈ Message**    **+ Follow**    More

## About

I'm a software developer with a passion for building robust, reliable software. As a person, I am grateful for the experience
of living on this wonderful planet and strive to minimize my impact every day.

I have spent most of my career building applications for Windows, using .NET, but in recent years have pivoted. ...see more

## Activity

144 followers

Paul C. commented on a post · 1 mo

Nice Michael, I'm happy for you!

Paul C. commented on a post · 1yr

Great to hear Luis, congrats! 🎉

Show all comments →

## Experience



**Senior Web Developer**
Reclaim Technologies · Contract
Sep 2023 - Feb 2024 · 6 mos
Remote

Providing development and DevOps services for Node/React web applications on AWS.

⊘ Terraform, React.js and +3 skills

**Climatebase Fellow**
Climatebase
Sep 2023 - Dec 2023 · 4 mos

Participating in Cohort 4 of the Climatebase Fellowship (Technologists Track).



**Senior Web Developer**
Bitwise Industries · Full-time
Aug 2021 - Jun 2023 · 1 yr 11 mos
Fresno, California, United States · Hybrid

Led development of a Node/React application, containerized and deployed to AWS. Integrated with a third-party
service for managing records and planning harvests for thousands of grower fields.

⊘ TypeORM, NestJS and +7 skills



**Software Developer III**
Dominion Voting Systems · Full-time
Jun 2010 - Aug 2021 · 11 yrs 3 mos

Involved in development of various applications throughout the years, ranging from legacy integration systems,
to secure data transmission, to an application allowing election judges to review voter intent.

⊘ C#, WinForms and +6 skills



**Software Developer**
Sequoia Voting Systems · Full-time
Feb 2009 - May 2010 · 1 yr 4 mos

Maintained firmware for two of the company's voting machines, crafting solutions for complex issues in a
constrained environment. Solved issues ranging from multi-threading to security to interfacing with k ...see more

⊘ C#, WinForms and +3 skills

## Kevin DeFries · 3rd

Manager of Proposals and Marketing at Dominion Voting Systems

Denver, Colorado, United States · Contact info

151 connections

Message    + Follow    More

**Dominion Voting Systems**

**Southern Illinois University, Carbondale**

## About

I am passionate about...

## Activity

154 followers

**Kevin hasn't posted yet**
Recent posts Kevin shares will be displayed here.

Show all activity →

## Experience

**Manager of Proposals and Marketing**
Dominion Voting Systems · Full-time
Aug 2017 - Present · 7 yrs 1 mo
Denver

Manage a team to handle all Proposal and Marketing activities for a multinational voting hardware, software, and support services provider.

**HB** **Director of Sales and Proposals**
HB Management Group, Inc.
Jan 2015 - Aug 2017 · 2 yrs 8 mos
Greater Denver Area

Responsible for all sales and proposal activity for the company with a targeted goal of $3.0 million in sales for 2015 (exceeded 2015 goal with $3.8 million in sales in only 11 months). Responsible for all lead gener. ...see more

 **Great-West Financial**
9 yrs 6 mos
Greater Denver Area



🌸 Send Flowers    ⌣ Share    🔔 Follow

**ABOUT**

Berry High School

University of Alabama

## James Foster Obituary

James Philip Foster (Phil), 64, of Verbena, AL, went home to be with his Lord and Savior suddenly on Monday, October 29, 2018 while doing what he loved, walking his sweet dog Ali. Phil leaves behind his beloved wife of 39 years, Gail Philpot Foster; son, Brian Patrick Foster; sister, Judith Foster Reese (David); niece, Jillian Smith (Richard); three brothers-in-law, two sisters-in-law, many nieces and nephews, and friends who loved him dearly. He is preceded in death by his father, James D. Foster and mother, Janie Marie Wells Foster. Phil graduated from Berry High School in Birmingham, AL, and received his B.S. in Accounting from the University of Alabama. He married Gail Philpot on April 14, 1979 and God blessed them with their son, Patrick, on May 3, 1983. Phil was employed by Dominion Voting Systems for many years, but his life's work was fulfilled through his devotion to his wife and son. Whatever Patrick's interests were, they soon became Phil's passion. He was an amazing father and a beautiful example of a Godly husband. Phil loved living on Lake Mitchell. When he wasn't working, you could find him on his boat fishing, floating, and slinging his nieces and nephews or any kid he could find around in a tube. His favorite pastimes were watching Alabama Football with friends, walking the hills around Lake Mitchell with his neighbor and his dog Ali, and participating in half marathons around the state of

# James Foster



✕
▷

**Law Office Of Chadwick McGrady, P.C.**
4.8 ★★★★★ (69)
Law Office Chadwick McGrady - Victim's Rights Lawyer

OPEN  Open 24 hours

417 Monument Road Suite 6, Grand Junction

Website                    Directions

Colorado Attorney Registrations

# Michael Paul Frontera

303-396-8993 · 1201 18th St. Suite 210, Denver, CO 80202



✕
▷

**Law Office Of Chadwick McGrady, P.C.**
4.8 ★★★★★ (69)
Law Office Chadwick McGrady - Victim's Rights Lawyer

OPEN  Open 24 hours

417 Monument Road Suite 6, Grand Junction

Website                    Directions

Attorney Overview

Company Information

Location Information

Similar Attorneys

Dataset Information

$ponsored

PeopleFinders
https://www.peopl...

Located: **Michael Paul** -
View Cell Phone # and...
See **Michael Paul's** 【1】
Phone Number 【2】
Address 【3】 Email 【4】
Age & More. Get report no...

★★★★★ rating for peoplefir

Search Public Reco...
Search Phone by N...
Find Old Boyfriends

## Overview

Michael Paul Frontera is an attorney registered with Office of Attorney Regulation Counsel of the Colorado Supreme Court, admitted in December 9, 1994. The current status is Active. The firm name is Dominion Voting Systems Inc.. The business address is 1201 18th St. Suite 210, Denver, CO 80202.

| | |
|---|---|
| **Registration Bar Number** | 25041 |
| **Full Name** | MICHAEL PAUL FRONTERA |
| **First Name** | MICHAEL |
| **Last Name** | FRONTERA |
| **Firm Name** | Dominion Voting Systems Inc. |
| **Address** | 1201 18th St. Suite 210 Denver CO 80202 |
| **Telephone** | 303-396-8993 |



**Barry Herron**

VP Global Sales at Diebold Election Systems

Allen, Texas, United States · **Contact info**

Diebold Election Systems

**Connect**    Message    More

## Activity

2 followers

**Barry hasn't posted yet**
Recent posts Barry shares will be displayed here.

Show all activity →

## Experience

**VP Global Sales**
Diebold Election Systems




## Cheryl Holmes Email

Technical Product Specialist @ Dominion Voting Systems



**View Cheryl's Email (It's Free)**   ← 5 free lookup(s) per month.
No credit card required.

### ⊙ CHERYL HOLMES LOCATION

Ormond Beach, Florida, United States

### ⌂ CHERYL HOLMES WORK

2010 - now  Technical Product Specialist @ <u>Dominion Voting Systems</u>
2005 - 2010 Account Manager @ <u>Sequoia Voting Systems</u>
2001 - 2005 Sales Project Manager @ <u>Sequoia Voting Systems</u>

### ⊟ CHERYL HOLMES SKILLS

Business Strategy
Testing
Windows
see more

### CHERYL HOLMES SUMMARY

Cheryl Holmes, based in Ormond Beach, Florida, United States, is currently a
Technical Product Specialist at Dominion Voting Systems. Cheryl Holmes brings
experience from previous roles at Sequoia Voting Systems. With a robust skill set
that includes Business Strategy, Testing, Windows, Microsoft Office, Project
Management and more. Cheryl Holmes has 1 emails on RocketReach.

**Cheryl Holmes Emails**

Found 1 emails

@dominionvoting.com

**View Cheryl's Email (It's Free)**

5 free lookup(s) per month.
No credit card required.

If you need more lookups,
subscriptions start at $48 USD/month.



**Nick I.** · 3rd
Engineer
Toronto, Ontario, Canada · Contact info
166 connections

Dominion Voting Systems

University of Toronto

Message    + Follow    More

## Activity
163 followers

**Nick hasn't posted yet**
Recent posts Nick shares will be displayed here.

Show all activity →

## Experience

**Dominion Voting Systems**
21 yrs 8 mos

- **VP, Engineering**
  Jan 2008 - Present · 16 yrs 8 mos

- **Director of Software Development**
  Jan 2003 - Jan 2008 · 5 yrs 1 mo

**Software Engineer**
Enterasys Networks
Jun 2001 - Feb 2004 · 2 yrs 9 mos



**Michael McGee**

EVP & Chief Financial Officer at Dominion Voting Systems

Toronto, Ontario, Canada · **Contact info**

500+ connections

**Message**    **+ Follow**    **More**

Dominion Voting Systems

Institute of Chartered Accountants of Ontario

## About

Specialties: Chartered Accountant, CFA Charterholder

## Activity

578 followers

Michael McGee commented on a post • 7mo

Congrats Craig

Show all comments →

## Experience

**EVP & Chief Financial Officer**
Dominion Voting Systems
Jul 2019 - Present · 5 yrs 2 mos
Toronto, Canada Area

**Chief Financial Officer and Chief Strategy Officer**
4Refuel Canada LP
Jun 2015 - Jun 2019 · 4 yrs 1 mo
Oakville, Ontario

**Chief Financial Officer**


zoominfo

Products    Top Companies    Our Data    Industries    Pricing

Q Search    | Log

Dominion Voting Systems > Dominion Voting Systems Employee Directory > **Mark McKinney**



# Mark McKinney

**Integrated Solutions Specialist IV at Dominion Voting Systems**

**View Contact Info for Free**

## Mark McKinney Email & Phone number


Engage via Email
m***@dominionvoting.co...


Engage via Phone
(720) ***-****


Engage via Mobile
(***) ***-****

**Reveal Information**

## Mark McKinney Current Workplace

**Company**    Dominion Voting Systems

**Address**    1201 18th St, Denver, Colorado, 80202, United States

**Phone Number**    (866) 654-8683

**Number of Employees**    345

**Industry**

( Cities, Towns & Munici... )    ( Cities, Towns & Munici... )



## You're

Sign in to c

⭐ Fr

**Last Update**  8/4/2024 6:43 AM

| About | Company | Org Chart | News & Media | Similar Profiles |

**View Coll**



## Rakhi Mediratta Chaudhari
Tech Lead at Dominion Voting Systems

San Ramon, California, United States · Contact info

94 connections

**Message**    **+ Follow**    **More**

## About

Results driven, customer focused and ethical professional with 19+ years of experience in the Elections industry in multiple roles spanning Quality Assurance, Pre-Sales Support, Implementation, Election day, Post Implementation Support, and Documentation. Independently handled customer support for large Jurisdictions and States with an unparalleled track record of flawless timely delivery. Energetic, Strong customer centric communicator, excellent team player & pr ...see more

## Activity
93 followers

Rakhi Mediratta Chaudhari commented on a post • 6mo

Congratulations!

Rakhi Mediratta Chaudhari commented on a post • 6mo

Congratulations Ed!

Show all comments →

## Experience


**Software Product Specialist**
Dominion Voting Systems · Full-time
Jun 2010 - Apr 2021 · 10 yrs 11 mos


**Product Specialist**
Sequoia Voting Systems · Full-time
Sep 2002 - May 2010 · 7 yrs 9 mos
California, United States



**David M.** ✓ · 3rd

Universidad Simón Bolívar

Accomplished Technology Leader | Expert in Election System
Management and Strategic Product Development

Denver, Colorado, United States · Contact info

500+ connections

**◀ Message**    **i+ Connect**    **More**

## About

I'm a seasoned leader specialized in steering election production, testing, and strategic product development within high-stakes environments. My career is marked by a proven track record in leading technical teams and setting the strategic direction for technology operations that span national and international platforms. I excel in enhancing operational efficiencies, reducing costs, and optimizing product and service delivery by integrating advanced technologies  ...see more

## Activity

972 followers

David hasn't posted yet
Recent posts David shares will be displayed here.

Show all activity →

## Experience

**Dominion Voting Systems**
8 yrs 9 mos

○ **Sr. Director Election Production and Testing**
Full-time
Jun 2020 - May 2024 · 4 yrs
Denver, Colorado, United States · Hybrid

Leading the EPT department at Dominion Voting Systems has been an exhilarating experience where I steered 22 highly skilled technical professionals. We're dedicated to crafting and refining processes for Election P ...see more

♡ Information Management, Analytical Skills and +24 skills

○ **Director Product Strategy**
Sep 2015 - Jun 2020 · 4 yrs 10 mos
Greater Denver Area

As a Director of Product Strategy in the technology industry, I have a proven track record of driving growth and success through strategic planning and execution, cross-functional team management, business devel ...see more

♡ Sales Engineering, Technical Advisory and +14 skills

 **i3logix, Inc. family of companies**
3 yrs 6 mos
Greater Denver Area

○ **Director of Product Delivery**
Oct 2013 - Sep 2015 · 2 yrs

In charge of envisioning and planning the future of all current products, you will also monitor the direction of the engineering team to minimize deviation from the current goals and requirements....          ...see more

♡ IT Service Delivery, Information Management and +16 skills





David M.
Accommodate Instruction Applied Expert in Election System Management ... Strategic Production Management

**Product Manager**
Dominion Voting Systems
Jun 2010 - Apr 2012 · 1 yr 11 mos
Greater Denver Area

♡ Training, Coding Standards and +1 skill

 **Product Manager**
Sequoia Voting Systems
Apr 2006 - May 2010 · 4 yrs 2 mos
Greater Denver Area

♡ Code Review and Coding Standards

 **Smartmatic Corp**
4 yrs 8 mos

• **Sales and Support Engineer**
Apr 2003 - Apr 2006 · 3 yrs 1 mo
Mexico City Area, Mexico

♡ Code Review and Coding Standards

• **Senior Developer**
Sep 2001 - Apr 2003 · 1 yr 8 mos
Caracas, Venezuela

♡ Code Review and Coding Standards

Show all 10 experiences →

## Education

 **Universidad Simón Bolívar**
Bachelor Computer Science, Computer Science
1994 - 1999

 **San Ignacio Loyola**
High School
1989 - 1994

## Licenses & certifications

 **Preventing Workplace Harassment**
Emtrain

( Show credential ⍌ )



**Nirthicaa Nalenthiran** · 3rd

Senior Manager

Markham, Ontario, Canada · Contact info

309 connections

**Message**    More

Dominion Voting Systems

University of Toronto

## About

Experienced Senior Manager with a demonstrated history of working in the information technology and services industry. Skilled in Project Management, Databases, Test Management, Call Centre Management, Test Planning, and Software Documentation. Strong business development professional graduated from University of Toronto.

## Activity

302 followers

**Nirthicaa hasn't posted yet**
Recent posts Nirthicaa shares will be displayed here.

Show all activity →

## Experience



**Dominion Voting Systems**
13 yrs 6 mos

**Senior Manager, Client Relations**
Jan 2017 - Present · 7 yrs 8 mos

Responsible for leading and managing a team of Project Managers to implement complex technology projects, from initiation through to closing.

**Project Manager**
Feb 2014 - Jan 2017 · 3 yrs

• Responsible for simultaneously implementing over 50 Provincial and Municipal business projects from definition to closing while achieving client satisfaction through project fulfillment ...                    ...see more

**QA Analyst (Project Lead)**
Mar 2011 - Feb 2014 · 3 yrs



### Sheree Noell, CERV · 3rd

Director of Sales at Dominion Voting Systems

Dominion Voting Systems

Exeter, California, United States · Contact info

412 connections

**Message**    ( + Follow )    ( More )

---

**Activity**
416 followers

**Sheree hasn't posted yet**
Recent posts Sheree shares will be displayed here.

Show all activity →

---

### Experience

**Dominion Voting Systems**
14 yrs 3 mos

- **Director of National Sales**
  Dec 2016 - Present · 7 yrs 9 mos
  Greater Denver Area

- **Director of Operations - West**
  Nov 2016 - Present · 7 yrs 10 mos
  San Leandro, CA

- **Customer Service Manager - Western Region**
  Aug 2013 - Present · 11 yrs 1 mo

  Show all 4 experiences →

 **Director of Operations - Customer Service**
Sequoia Voting Systems
2009 - Jun 2010 · 1 yr 6 mos

Promoted ···

**WSJ** Special Offer: $1/Week
Thinking about becoming a subscriber?
Act now with our Labor Day sale.

Jen & 15 other connections also
follow The Wall Street Journal

Set up your store, fast.
Auto-generate product descriptions and
sync with marketplaces. Start today.

## Nicole N. · 3rd

Executive Vice President at Dominion Voting Systems
Denver, Colorado, United States · Contact info
500+ connections

**Message**   + Follow   More

🔹 Dominion Voting Systems

**DGT** Massachusetts Institute of
Technology

### About

More and more these days the lines between our work and our lives are blurred...and doing more of what makes you
happy means finding happiness and fulfillment in both work and in life. In my life there is a strong connection between
challenging yet rewarding work with people I respect and my quality of life.

...                                                                                              ...see more

### Featured

| Link | Link | Link | L |
| --- | --- | --- | --- |
| Dominion Voting's EVP was doxxed and harassed. She says... *Yahoo Finance* | Contrary to Rumor, Tucker Carlson Firing Wasn't Part of... *Times of San Diego* | Hey Boss Lady!: Nicole Nollette: Put Your Lipstick on the Table o... *Apple Podcasts* | |

### Activity
1,712 followers

**Nicole hasn't posted yet**
Recent posts Nicole shares will be displayed here.

Show all activity →

### Experience

🔹 **Executive Vice President Operations**
Dominion Voting Systems · Full-time
Jun 2016 - Present · 8 yrs 3 mos
Greater Denver Area

Dominion Voting Systems is a leader in elections systems and technology. Dominion sets itself apart with a
commitment to customer service, convenience, and a superior use of technology to provide customer ...see more

♢ Strategic Partnerships, Executive Leadership and +11 skills

Board Member and Finance Committee Chair

**More profiles to browse**

Brian Drechsler 🔗 · 3rd
Deputy Executive Director and
Director of Operations, Navy...

View profile

Chrissy Gussen · 3rd
Head of Operations | Operating
Partner

View profile

Maggie Bowen 🔗 · 3rd
People leader passionate about
helping companies acquire an...

+ Follow

Dave Snowden · 3rd
USS HARRY S TRUMAN

View profile

Monica Marics · 3rd
Chief Operating Officer

View profile

Show all

**People you may know**
From Nicole's industry

Jay Adams
Owner. Teemaster Corporation

👤+ Connect

Kathy Lewandowski
Customer Success Manager at
Aquent Cloud

👤+ Connect

Kristina Lund
Structural project engineer at
National Steel Fabricators Inc.





**Alyssa P.** 3rd
Chief Product Owner
United States · Contact info
500+ connections

[ Message ] [ + Follow ] [ More ]

Dominion Voting Systems
Regis University

## About

Experienced Technical Program Manager with a demonstrated history of working in the information technology and services industry. Skilled in Nonprofit Organizations, Analytical Skills, Government, Event Management, and Team Building. Strong program and project management professional with a Graduate Certificate focused in Oracle Database Administration from Regis University.

## Activity
532 followers

[ Posts ] [ Comments ]

Alyssa P. reposted this · 1w

Suicide is preventable in many ways, from direct intervention to public policy changes.

♥ 2

Alyssa P. reposted this · 2mo

When people feel safe in meetings, they're more likely to be vulnerable and speak their minds.

Make Your Meetings a Safe Space for Honest Conversation
hbr.org

♥♥♥ 3,164                                                          94 comments

Alyssa P. reposted this · 2mo

When you're struggling, here's a way you can reach out. It's what I do with those closest to me. It can take as little as 8 minutes to feel not alone. 🕊
...show more

♥♥♥ 56,305                                    3,498 comments · 10,402 reposts

Show all posts →

## Experience

**Dominion Voting Systems**
9 yrs

- Chief Product Owner
  Full-time
  Jul 2020 - Present · 4 yrs 2 mos
  Denver, Colorado, United States

- Technical Program Manager
  May 2019 - Jul 2020 · 1 yr 3 mos
  Denver, CO

- Implementation Manager
  Full-time
  Jul 2016 - May 2019 · 2 yrs 11 mos
  Denver, Colorado

Show all 4 experiences →

**Colorado Secretary of State**
7 yrs 6 mos

- Quality Assurance Engineer
  Jul 2012 - Sep 2015 · 3 yrs 3 mos
  Denver, CO

- Elections Technician
  Apr 2008 - Jul 2012 · 4 yrs 4 mos

**SCORE Quality Assurance and User Acceptance Test Leader**
State of Colorado, Colorado Secretary of State
Apr 2007 - Sep 2015 · 8 yrs 6 mos
Denver, CO

**Elections Specialist**
Adams County Government
Jul 2004 - Apr 2007 · 2 yrs 10 mos

# crunchbase

Q Search Crunchbase    Advanced ⌄    ⚡ START FREE TRIAL    Solutions ⌄

## Dominion Voting

| Summary | People | Technology | Signals & News | Similar Companies |
|---------|--------|------------|----------------|-------------------|

⚡ SHOW MORE

Showing 10 of 121

## Employee Profiles

**Number of Employee Profiles**
**4**

Dominion Voting has **4** current employee profiles, including Co-Founder and CEO **John Poulos**.

**John Poulos**
Co-Founder and CEO

**Michael McGee**
EVP & Chief Financial Officer

**Alyssa Prohaska**
Chief Product Owner

**James Hoover**
Co-Founder



## Kay S. · 3rd
Vice President, Government Affairs - Election Tech
Washington DC-Baltimore Area · Contact info
500+ connections



**Dominion Voting Systems**

University of Maryland
College Park

**Message**    + Connect    More

## About

Welcome! I'm a seasoned public affairs and government relations professional, with more than 20 years of experience in working with U.S. election officials and media. My work history includes media relations, communications/media training, government relations, association management & member relations, web content management and social media outreach. ...                                                                                    ...see more

## Activity
698 followers

**Kay hasn't posted yet**
Recent posts Kay shares will be displayed here.

Show all activity →

## Experience

 **Vice President, Government Affairs**
Dominion Voting Systems
Sep 2017 - Present · 7 yrs
Washington D.C. Metro Area

 **Dir. of Communications & Special Projects**
National Association of Secretaries of State
2000 - 2017 · 17 yrs



**U. S. ELECTION ASSISTANCE COMMISSION**
**VOTING SYSTEM TESTING AND CERTIFICATION PROGRAM**
1225 New York Avenue, NW, Suite 1100
Washington, DC.  20005

July 24, 2009

Mr. Jack A. Blaine
President & CEO                                        **Sent via e-mail**
Sequoia Voting Systems

Mr. Blaine:

This letter is being sent in response to your July 13, 2009 letter (attached) regarding the reuse of
hardware testing for the Sequoia WinEDS 4.0.34 test campaign.  Specifically your letter
requested the reuse of Safety Title 29, Part 1910 of the following test reports:

- Wyle Laboratories Report No. 50932-03 Qualification Testing of the Memorypack
  receiver dated 10 May 2005.
- Wyle Laboratories Report No. 52125-02 Hardware Qualification Testing of the
  Optech Insight/Insight Plusdated 16 March 2006.
- Wyle Laboratories Report No. 52125-04 Hardware Qualification Testing of the
  Sequoia Optech 400-C Ballot Counter with WinETP dated 16 March 2006.

In addition, your letter requests the reuse of testing conducted pursuant to Mil-Std 810D
excluding the 501 and 502 Temperature and Power Variation test which includes the data
accuracy test.  As you note in your letter, all of this reuse is restricted by the timeframes outlined
in the EAC's Notice of Clarification 2008-01 (attached).

Based on the EAC's review of the test reports provided and the prior testing conducted the EAC
has reached the decision to allow reuse of all requested hardware testing. As part of this reuse the
EAC will request that iBeta, the lead VSTL on this test campaign, document the EAC's approval
of reuse of this testing in the test report to be submitted for this test campaign.

The EAC thanks Sequoia and iBeta for their cooperation during this review process.  If you
should have any questions regarding this letter or the WinEDS 4.0.34 test campaign please do not
hesitate to contact me or Matt Masterson.  Thank you.

Brian Hancock
Director
Testing and Certification Program



July 13, 2009

Mr. Matthew Masterson
Testing and Certification Program Associate
The United States Election Assistance Commission
1225 New York Ave. NW
Washington, DC 20005

*sent via email to mmasterson@eac.gov*

Dear Mr. Masterson:

I am sending this letter as a follow-up and official report reuse request based on the conference call you participated in earlier this week with Sequoia management team members Eric Coomer, Michelle Shafer and Waldeep Singh, and Gail Audette and Mike Stark of iBeta.

This reuse request is for the Mil-Std 810D testing excluding the 501 and 502 Temperature and Power Variation test which includes the data accuracy test. This request is also for reuse of the associated Safety Title 29, Part 1910 of the following test reports:

- Wyle Laboratories Report No. 50932-03 Qualification Testing of the Memorypack Receiver dated 10 May 2005*
- Wyle Laboratories Report No. 52125-02 Hardware Qualification Testing of the Optech Insight/Insight Plus dated 16 March 2006*
- Wyle Laboratories Report No. 52125-04 Hardware Qualification Testing of the Sequoia Optech 400-C Ballot Counter with WinETP dated 16 March 2006*

*\* within the NOC 2008-01 allowed time frame*

Our request is based on our understanding that for the NOC 08-001 Validity of Prior Non-Core Hardware Environmental and EMC testing, the EAC allowed the use of non-core environmental and EMC testing undertaken and completed within one year prior to the implementation of the EAC program (testing conducted after January 1, 2005) with conditions that the testing must be submitted to the EAC for review and that the ESD be run (and results accepted by the EAC).

Since that NOC release, the EAC has accepted hardware test reports for other manufacturers based on an EAC assessment and audit of the third-party test laboratories which were not A2LA or NVLAP accredited at the time of testing. Sequoia would like to petition the EAC to grant the same assessment and audit of third-party test labs as applicable as well as review oversight on the proposed re-use of accredited lab testing conducted during the 2002 VSS hardware testing under the NASED by an accredited lab.

At the time of that NOC decision (March 26, 2008), the Sequoia Test Plan was in-work under the assumption that all testing would need to be completed. The NOC resulted in the re-use of the Criterion Lab testing for a number of components and is documented in the approved Sequoia Test Plan as posted on the EAC website.

The last certification that Sequoia obtained under the NASED program (as listed at http://www.nased.org/certification.html) for WinEDS 3.1.074 was also certified to the 2002 VSS and was granted on 10/23/2006 (N-1-07-22-22-004). iBeta and Sequoia previously agreed not to reuse the aforementioned documents based on the impacts of the RFIs 2008-01 and 2008-02. However, since that decision the modifications to the hardware based on those RFIs have been made, reviewed, and determined to not impact the reuse of the Mil-Std 810D tests.

The reuse of Wyle Laboratories Report No. 52125-06 Edge Model II DRE Voting Machines with VeriVote Printer is not being requested at this time pending review of the Engineering Changes. Should that review indicate that the hardware modifications do not impact the previous test results, a separate request for reuse will be provided. In addition, the modifications to the Edge2Plus and the testing of the HAAT units are under investigation at this time to determine if the Engineering Changes (ECs) impact the Mil-Std 810D testing.

The status of Sequoia's current testing is that the EMI/EMC testing for the scanners (400-C and Insights) is complete as well as the MemoryPack Receiver. This equipment has been delivered to Wyle Labs for the Mil-Std 810D testing. We respectfully request your timely determination on the acceptance of the test reports described above so that iBeta can appropriately direct Wyle regarding the necessary Mil-Std 810D testing of our products and move forward with the EAC certification process.

If you have any questions, please do not hesitate to contact Mr. Waldeep Singh at wsingh@sequoiavote.com or 916.803.6769 or Ms. Michelle Shafer at mshafer@sequoiavote.com or 800.347.4702.

Thank you for your consideration of our request.

Best regards,

Jack A. Blaine
President & CEO
Sequoia Voting Systems

encl:

- Sequoia Voting Systems 50932-03  Rev. A MPR
- Sequoia 52125-02 Insight APX K2.08  HPX K1.42
- Sequoia 52125-04 400C

cc:     Mr. Waldeep Singh, Vice President of U.S. Operations, Sequoia Voting Systems
        Mr. Eric Coomer, Vice President, Development, Sequoia Voting Systems
        Ms. Michelle M. Shafer, Vice President, Communications, Sequoia Voting Systems
        Ms. Judy Sargent, Quality Assurance Director, Sequoia Voting Systems
        Ms. Gail Audette, Quality Manager, iBeta Assurance



**U. S. ELECTION ASSISTANCE COMMISSION**
**VOTING SYSTEM TESTING AND CERTIFICATION PROGRAM**
1225 New York Avenue, NW, Suite 1100
Washington, DC.  20005

# Notice of Clarification

## NOC 08-001: Validity of Prior Non-Core Hardware Environmental and EMC Testing

Issued by Program Director, March 26, 2008:

*This notice addresses a question raised by a voting system test laboratory regarding the use of prior non-core environmental and EMC tests that were completed prior to the initiation of the EAC certification program.*

As noted in EAC Notice of Clarification 07-005, under the EAC's Testing and Certification Program VSTLs may contract or otherwise provide for the testing of voting systems by third parties.  However, consistent with NIST Handbook 150-22, the lead VSTL **shall be responsible for the accuracy, quality assurance, and results** of **all** tests performed on the voting systems submitted to them by the manufacturers under the EAC's Testing and Certification Program. **Any procedural or substantive irregularities or errors which occur during the third party testing process will be imputed to the lead VSTL**.  (Emphasis added)

As outlined in the current draft EAC Laboratory Accreditation Program Manual:

> 2.10.5. <u>Validity and Use of Prior Testing</u>. Generally, a valid test performed on a voting system by a VSTL may be reused consistent with the requirements below.

> *2.10.5.1. Validity*. Tests previously conducted by a VSTL (while accredited by the EAC) shall be presumed valid. Similarly, tests conducted by a third party laboratory while under the direction of a VSTL, consistent with Section 2.10.3 of this Manual, shall be presumed valid. These presumptions may be rebutted. VSTL's must review and adopt any prior testing before use. VSTL's will be held responsible for all testing adopted as valid in the same manner as if they had performed the testing.

*2.10.5.2. Use.* When feasible, valid prior testing should be reused by VSTLs to fulfill current certification testing requirements. Use of valid prior testing is authorized only when:

2.10.5.2.1. The discrete software or hardware component previously tested is demonstrably identical to that presently offered for testing. VSTLs must examine the components to ensure no change has taken place consistent with all documentation. When valid prior testing is used, the system presented must be subject to regression testing, functional testing and system integration testing;

2.10.5.2.2. The voting system standards applicable to the prior and current testing are identical;

2.10.5.2.3. the test methods used are substantially identical to current test methods approved by the EAC; and

2.10.5.2.4. The adoption and use of valid prior testing is noted in the test plan and test report. Like all testing, prior testing is subject to EAC review and approval.

Therefore, the EAC concludes that to insure voting systems subject to certification are tested in the most thorough manner possible, the integrity of the program requires that prior testing is only presumed valid when conducted by a third party laboratory while under the direction of an EAC accredited VSTL.

In order, however, to allow voting systems currently in the testing process to move forward during this critical time, the EAC will allow the use of non-core environmental and EMC testing undertaken and completed within one year prior to the implementation of our program (January 1, 2005 to December 31, 2006) under the following conditions:

1. VSTL's must submit all such non-core environmental and EMC testing to the EAC for review.
2. In order to check for potential problems with prior tests, for each voting system seeking the approval of prior testing, the VSTL or its designated sub contractor laboratory shall re-run the electrostatic disruption test noted below under Section 4.1.2.8 of the 2005 VVSG.[1]  The test is to be run with the unit under test processing ballots and saving cast vote records while the ESD is applied and that

---

[1] **4.1.2.8 Electrostatic Disruption**
Vote scanning and counting equipment for paper-based systems, and all DRE equipment, shall be able to withstand ±15 kV air discharge and ±8 kV contact discharge without damage or loss of data. The equipment may reset or have momentary interruption so long as normal operation is resumed without human intervention or loss of data. Loss of data means votes that have been completed and confirmed to the voter.

those records be examined and confirmed to be accurate and not corrupted during the test.

3. The results of this ESD test shall be submitted to the EAC for review and approval prior to the EAC accepting any prior environmental or EMC testing.



State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION

## <u>Provider Narrative for Dec 4th PERC Meeting</u>



<u>Prepared by:</u> Steven Bennett, Regional Sales Manager
<u>Proposal Due Date</u>: Tuesday, December 1, 2015 – 5 pm MT

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

# Table of Contents

Letter of Introduction ........................................................................................................ 3

1) Preliminary Project Schedule ...................................................................................... 5
   Project Management Communication ........................................................................... 5
   Proposed Project Plan ................................................................................................. 5
   Certification ...............................................................................................................16
   Procurement ..............................................................................................................16
   Configuration, Installation, Testing and Training .......................................................16
   2016 Primary Election Implementation......................................................................18
   2016 General Election Implementation ......................................................................20
   Problem Escalation Procedure...................................................................................21

2) Proposed Staffing ......................................................................................................23
   Dominion Colorado Project Team ..............................................................................23
   Staff Qualifications....................................................................................................24

3) Updated Schedule of Activities in Other Jurisdictions ...............................................28
   (a) Jurisdictions in which provider has deployed the temporarily approved (or a
       substantially similar) voting system .................................................................28
   References ................................................................................................................28
   Democracy Suite Customers......................................................................................29
   (b) Jurisdictions in which provider has contractually committed to deploy voting system(s)
       in 2016-2020 ....................................................................................................32
   (c) Jurisdictions in which provider has an outstanding offer but has not yet contracted to
       deploy voting system(s) in 2016-2020. ............................................................33

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

# Letter of Introduction

To Members of the Colorado Pilot Election Review Committee:

Dominion Voting Systems, Inc. ("Dominion") welcomes the opportunity to present our staffing and implementation plan for the State of Colorado, for consideration as the Uniform Voting System (UVS) provider.

Peace of mind comes with knowing that a professional project team with dedicated resources is assigned from beginning through completion of the implementation. **The State of Colorado will benefit from Dominion's years of product installation and project management experience that is unmatched in the election industry.** Our Colorado project team includes some of Dominion's most experienced team members - professionals with ample experience and understanding of system implementations, best project management practices, training methodologies, and a passion for customer service.

The Dominion project management methodology has been developed through years of experience implementing both large and small voting solutions by individuals who know and understand elections. **As an established election provider in the United States, we have a diverse customer base with jurisdictions in 18 states that have successfully implemented our Democracy Suite®1 system, including the States of California, Louisiana, New Mexico, and 52 counties in New York.** Best practices and lessons learned from each project have refined our approach and have been incorporated at each stage of the methodology, including our most recent pilots in the City and County of Denver and Mesa County. We are keenly aware of the realities involved and what it takes to make a smooth transition to a new voting system platform, as well as ample experience to ensure the success of all of Colorado's counties.

Dominion's project management approach is based on open communication with our customers at all times. We will work closely with the counties and the State to include their input throughout all stages of the project plan and establish effective Problem Escalation Procedures to address potential issues successfully. **One of the most important things that we do as a company is to always listen to our customer's needs.** We value an open, honest relationship with our customers, and we take every opportunity to act on their feedback and respond in a timely manner.

Our proposed project plan for the State of Colorado manages timelines for all key milestones, deliverables, training, Election Day support and post-election support for the 24 Colorado counties planning to transition in 2016. **We understand the service needs of large and small counties will be different given our support of both large and small Colorado counties today.** We are familiar not only with the unique needs of our current customers, but also with the legislative and electoral environment in Colorado. Over the past thirty years, Dominion personnel have worked with Colorado counties of all sizes, giving us a sophisticated understanding of how to deliver a uniform elections solution.

Colorado is Dominion's home state. Most of our proposed project staff are based in Colorado, and have a sincere desire to support the counties in which they live and work. Our corporate

---

[1] Democracy Suite is a registered trademark of Dominion Voting Systems.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

headquarters are based in Denver, which will become an essential home base of infrastructure and support for any future implementations in the state. As a Colorado based company that spends millions of dollars on salaries and expenses in state, your investment in our growth will be repaid with excellent products, local services and experience, Colorado job creation, increased tax revenue, and other benefits that can only come from "buying" local.

We firmly believe that we have the technology, resources and capacity to become Colorado's Uniform Voting System provider, and ensure the best pathway to your continued success. We are enthusiastic about the opportunity to work with each Colorado County Clerk and their staff. We are determined and committed to meet your every challenge. This is who we are. **This is the Power of Partnership.**

If you have any questions or feedback, please feel free to contact me at (909) 362-1715 or via email at steven.bennett@dominionvoting.com.

Sincerely,

Steven Bennett
Regional Sales Manager

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

# 1)   Preliminary Project Schedule

*At the time of the original RFP, the exact number of initial UVS counties was not known. For that reason, Section 5.3.12 of the original RFP requested you to provide a preliminary project schedule and staffing plan for a "large Colorado Target County…." Since the original RFP, the committee surveyed all Colorado counties and has determined that, at this juncture, **24 counties tentatively plan to convert to the new voting system before the June 28, 2016 Primary Election.** Please update the preliminary project schedule and staffing plan submitted with your original RFP response, to show how your organization will support the transition of the 24 counties before the 2016 Primary Election, giving due regard to the certification application and testing schedule set forth in the attached UVS timeline.*

## Project Management Communication

Dominion subscribes to a collaborative management approach, where transparency, frankness, and open communications drive our projects. The key aspects to effective management are planning and control processes. Through experience in several state installations, we have developed comprehensive project plans, and we implement controls to maintain schedules and quality standards.

Throughout the project lifecycle, our State Project Manager (PM) will coordinate with Colorado counties to deliver exceptional management performance and high-quality products in support of the project objectives. There will be monthly status reports and during review of the status reports, Colorado counties and Dominion will determine if adjustments are needed to ensure process and project improvements are captured.

Dominion management and the PM will perform the monthly project review, in order to provide tactical communication and transparency across the project and within the corporate structure. It is also an opportunity to promote innovation, table new ideas, and deliver professional support to the PM. The agenda for this meeting includes a review of the proposed schedule and assessment of progress on deliverables. Potential issues will be reviewed, and Dominion management will provide guidance on mitigation approaches.

In addition to formal monthly and independent corporate reviews, informal daily contact will help to keep Colorado counties abreast of all contract and task activities, performance levels, and issues. Open communication between the customer and the PM will allow issues to be raised, addressed, and mitigated. This feedback loop expedites issue resolution and the development of mutually agreed upon mitigation approaches, thus increasing customer satisfaction throughout the project lifecycle.

## Proposed Project Plan

The State of Colorado requires a comprehensive workplan based on well-established principles of project management. The structure of the plan includes key milestones, which allow the State of Colorado to see tangible progress.

Dominion has designed the State of Colorado workplan based on the following:

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

1) Dominion's workplan adheres to PMBOK standards and practices.
2) It is developed using MS Project and will be monitored/reported by using MS Project.
3) It is designed with key milestones (clear tangible deliverables) that are designed to mitigate risk to the extent possible.
4) Tasks are focused on accomplishing specific objectives.
5) The work breakdown structure is a logical progression of steps, activities, and subtasks that lead to tangible work products or deliverables.
6) Our plan provides Colorado counties with visibility into the tasks and schedule.
7) Our plan incorporates Dominion's prior experience in successfully implementing voting systems.
8) Our workplan is achievable and will be used to manage specific deadlines.

The proposed project workplan is based on our current understanding of project requirements from the UVS timeline provided and it draws from our extensive, real world implementation experience. This proposed project workplan and schedule will be adjusted in consultation with individual counties to establish the "baseline" plan.

Dominion's PM will closely follow the Colorado approved MS Project plan to identify variance that may indicate a problem. The PM will follow the Problem Escalation Process (PEP), provided after the project plan description, to report variances and propose mitigation actions. Additionally, the PM will update the plan on a weekly basis and provide Colorado counties with a monthly summary of project status reports and meetings. The task dependencies, resources, and critical path are available by viewing the plan in MS Project (provided in the electronic submission).

As noted above, the following project workplan is based on our current understanding of project requirements and key implementation dates. Therefore it will need to be revised in consultation with Colorado counties, in line with best practices outlined in the PMBOK. Until finalized, it should be considered draft and used for discussion purposes.

Project Implementation will be divided into the following five stages: Certification, Procurement and Logistics; Configuration, Installation, Training and Testing; 2016 Primary Election and; 2016 General Election.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

Colorado 1.0

| ID | | Task Mode | Task Name | Duration | Start | Finish | |
|---|---|---|---|---|---|---|---|
| 0 | | | **Colorado 1.0** | **394 days** | **Tue 12/1/15** | **Wed 12/28/16** | |
| 1 | | | **1 Project Milestones** | **314 days** | **Thu 12/31/15** | **Tue 11/8/16** | |
| 2 | | | 1.1 Selection of UVS Finalist | 0 days | Thu 12/31/15 | Thu 12/31/15 | |
| 3 | | | 1.2 County Contracts Negotiated and Signed | 40 days | Mon 1/4/16 | Fri 2/12/16 | |
| 4 | | | 1.3 Certification of System | 1 day | Tue 3/1/16 | Tue 3/1/16 | |
| 5 | | | **1.4 System Deployment to Counties** | **59 days** | **Wed 3/2/16** | **Fri 4/29/16** | |
| 6 | | | 1.4.1 Deployment and Installation | 31 days | Wed 3/2/16 | Fri 4/1/16 | |
| 7 | | | 1.4.2 Install Trusted Builds | 26 days | Mon 4/4/16 | Fri 4/29/16 | |
| 8 | | | **1.5 Primary Election Milestones** | **58 days** | **Mon 5/2/16** | **Tue 6/28/16** | |
| 9 | | | 1.5.1 Ballot Production | 26 days | Mon 5/2/16 | Fri 5/27/16 | |
| 10 | | | 1.5.2 UOCAVA Ballot Deadline | 1 day | Sat 5/14/16 | Sat 5/14/16 | |
| 11 | | | 1.5.3 Absentee ballots sent - Primary | 17 days | Mon 6/6/16 | Wed 6/22/16 | |
| 12 | | | 1.5.4 L&A Testing - Primary | 11 days | Tue 5/31/16 | Fri 6/10/16 | |
| 13 | | | 1.5.5 Voting Centers Open - Primary | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 14 | | | 1.5.6 Election Day - Primary | 0 days | Tue 6/28/16 | Tue 6/28/16 | |
| 15 | | | **1.6 General Election Milestones** | **58 days** | **Mon 9/12/16** | **Tue 11/8/16** | |
| 16 | | | 1.6.1 Ballot Production | 26 days | Mon 9/12/16 | Fri 10/7/16 | |
| 17 | | | 1.6.2 UOCAVA Ballot Deadline | 1 day | Sat 9/24/16 | Sat 9/24/16 | |
| 18 | | | 1.6.3 Absentee ballots sent - General | 5 days | Mon 10/17/16 | Fri 10/21/16 | |
| 19 | | | 1.6.4 L&A Testing - General | 11 days | Mon 10/10/16 | Thu 10/20/16 | |
| 20 | | | 1.6.5 Voting Centers Open - General | 16 days | Mon 10/24/16 | Tue 11/8/16 | |
| 21 | | | 1.6.6 Election Day - General | 0 days | Tue 11/8/16 | Tue 11/8/16 | |
| 22 | | | **2 Project Management** | **364 days** | **Thu 12/31/15** | **Wed 12/28/16** | |
| 23 | | | **2.1 Initiate Project** | **23 days** | **Thu 12/31/15** | **Fri 1/22/16** | |
| 24 | | | 2.1.1 Internal Project Kick-off | 1 day | Thu 12/31/15 | Thu 12/31/15 | |
| 25 | | | 2.1.2 Kick-off with State | 1 day | Wed 1/6/16 | Wed 1/6/16 | |
| 26 | | | 2.1.3 Kick-Off Meeting with Counties | 12 days | Mon 1/11/16 | Fri 1/22/16 | |
| 27 | | | **2.2 System Certification** | **43 days** | **Tue 1/19/16** | **Tue 3/1/16** | |
| 28 | | | **2.2.1 UVS Certification Tasks** | **43 days** | **Tue 1/19/16** | **Tue 3/1/16** | |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

| Colorado 1.0 | | | | | | |
|---|---|---|---|---|---|---|
| ID | | Task Mode | Task Name | Duration | Start | Finish |
| 29 | | | 2.2.1.1 Deadline for Cert. App. With TDP | 1 day | Tue 1/19/16 | Tue 1/19/16 |
| 30 | | | 2.2.1.2 Completion of documentation review | 1 day | Tue 1/26/16 | Tue 1/26/16 |
| 31 | | | 2.2.1.3 Prepare and finalize Test Plan Agreement | 1 day | Fri 1/29/16 | Fri 1/29/16 |
| 32 | | | 2.2.1.4 Complete supplemental testing, if necessary | 1 day | Mon 2/15/16 | Mon 2/15/16 |
| 33 | | | 2.2.1.5 Certification of System | 1 day | Tue 3/1/16 | Tue 3/1/16 |
| 34 | | | **2.3 Project Management Meetings w State/Counties** | **346 days** | **Mon 1/18/16** | **Wed 12/28/16** |
| 35 | | | **2.3.1 Project Update Call** | **346 days** | **Mon 1/18/16** | **Wed 12/28/16** |
| 60 | | | **2.4 Dominion Internal Project Management Meetings** | **348 days** | **Fri 1/15/16** | **Tue 12/27/16** |
| 61 | | | **2.4.1 Project Update Call** | **348 days** | **Fri 1/15/16** | **Tue 12/27/16** |
| 86 | | | **3 Procurement and Logistics** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** |
| 87 | | | **3.1 Procurement** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** |
| 88 | | | **3.1.1 ICC system** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** |
| 89 | | | 3.1.1.1 Canon G1130 | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 90 | | | 3.1.1.2 Kofax board and software | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 91 | | | 3.1.1.3 Dell all-in-one PC | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 92 | | | 3.1.1.4 i-Button programmer | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 93 | | | 3.1.1.5 Other Requested Supplies and Consumables | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 94 | | | **3.1.2 ICX System** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** |
| 95 | | | 3.1.2.1 Tablets | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 96 | | | 3.1.2.2 Tablet Kiosk | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 97 | | | 3.1.2.3 Mag Striper Reader | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 98 | | | 3.1.2.4 Hub multiport network | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 99 | | | 3.1.2.5 BMD Printer | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 100 | | | 3.1.2.6 Networking Hardware | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 101 | | | 3.1.2.7 Administrator Laptop | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 102 | | | 3.1.2.8 Voting Booth | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 103 | | | 3.1.2.9 Accessibility system hardware | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 104 | | | 3.1.2.10 Other Identified or Requested IT Hardware | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 105 | | | **3.1.3 EMS and Adjudication Hardware** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

| Colorado 1.0 | | | | | | |
|---|---|---|---|---|---|---|
| ID | ⓘ | Task Mode | Task Name | Duration | Start | Finish |
| 106 | ▦ | ⇨ | 3.1.3.1 EMS Server | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 107 | | ✈ | 3.1.3.2 EMS Workstation | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 108 | | ✈ | 3.1.3.3 Adjudication Workstation | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 109 | ▦ | ⇨ | 3.1.3.4 Network Security Devices | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 110 | ▦ | ⇨ | 3.1.3.5 Monitors (2 server and Adjudication) | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 111 | ▦ | ⇨ | 3.1.3.6 Keyboard, Mouse, Cables... | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 112 | ▦ | ⇨ | 3.1.3.7 Report Printer | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 113 | ▦ | ⇨ | 3.1.3.8 Other Identified or Requested IT Hardware | 30 days | Mon 2/1/16 | Tue 3/1/16 |
| 114 | | ⇨ | **4 Configuration, Installation, Training and Testing** | **182 days** | **Tue 12/1/15** | **Mon 5/30/16** |
| 115 | | ⇨ | **4.1 System Configuration** | **51 days** | **Thu 12/31/15** | **Fri 2/19/16** |
| 116 | | ⇨ | **4.1.1 Create Election Data Import Bridge** | **49 days** | **Thu 12/31/15** | **Wed 2/17/16** |
| 117 | ▦ | ⇨ | 4.1.1.1 Examine existing data structure | 21 days | Thu 12/31/15 | Wed 1/20/16 |
| 118 | | ⇨ | 4.1.1.2 Create data import bridge from customer database | 21 days | Thu 1/21/16 | Wed 2/10/16 |
| 119 | | ⇨ | 4.1.1.3 Test import bridge and revise as required | 7 days | Thu 2/11/16 | Wed 2/17/16 |
| 120 | | ⇨ | **4.1.2 Customization of configurable options** | **49 days** | **Thu 12/31/15** | **Wed 2/17/16** |
| 121 | | ⇨ | 4.1.2.1 Finalize ballot style template | 28 days | Thu 12/31/15 | Wed 1/27/16 |
| 122 | | ⇨ | 4.1.2.2 Define configurable settings | 28 days | Thu 12/31/15 | Wed 1/27/16 |
| 123 | | ⇨ | 4.1.2.3 Finalize reporting templates | 21 days | Thu 1/28/16 | Wed 2/17/16 |
| 124 | | ⇨ | 4.1.3 End-to-End Test | 2 days | Thu 2/18/16 | Fri 2/19/16 |
| 125 | | ⇨ | **4.2 Installation and Acceptance Testing** | **121 days** | **Thu 12/31/15** | **Fri 4/29/16** |
| 126 | | ⇨ | **4.2.1 Preparation for Acceptance Testing** | **86 days** | **Thu 12/31/15** | **Fri 3/25/16** |
| 127 | | ⇨ | 4.2.1.1 Review County Operations Space | 18 days | Thu 12/31/15 | Sun 1/17/16 |
| 128 | | ⇨ | 4.2.1.2 Issue space recommendations | 5 days | Mon 1/18/16 | Fri 1/22/16 |
| 129 | | ⇨ | **4.2.1.3 Stage and Ship Delivery** | **25 days** | **Tue 3/1/16** | **Fri 3/25/16** |
| 130 | ▦ | ⇨ | 4.2.1.3.1 Configure Servers | 5 days | Tue 3/1/16 | Sat 3/5/16 |
| 131 | | ⇨ | 4.2.1.3.2 Test Servers | 5 days | Mon 3/7/16 | Fri 3/11/16 |
| 132 | ▦ | ⇨ | 4.2.1.3.3 Internal Acceptance of ICX, ICC and Adjudication systems | 10 days | Mon 3/14/16 | Wed 3/23/16 |
| 133 | ▦ | ⇨ | 4.2.1.3.4 Configure ICC Systems | 10 days | Tue 3/1/16 | Thu 3/10/16 |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

| Colorado 1.0 | | | | | | |
|---|---|---|---|---|---|---|
| ID | ℹ | Task Mode | Task Name | Duration | Start | Finish |
| 134 | ⊞ | ⇨ | 4.2.1.3.5 Test ICC Systems | 10 days | Tue 3/1/16 | Thu 3/10/16 |
| 135 | ⊞ | ⇨ | 4.2.1.3.6 Stage and Ship | 12 days | Mon 3/14/16 | Fri 3/25/16 |
| 136 | ⊞ | ⇨ | **4.2.2 Acceptance Testing** | **26 days** | **Mon 4/4/16** | **Fri 4/29/16** |
| 137 | ⊞ | ⇨ | 4.2.2.1 ICX Acceptance | 19 days | Mon 4/4/16 | Fri 4/22/16 |
| 138 | ⊞ | ⇨ | 4.2.2.2 Acceptance Testing of EMS Systems | 19 days | Mon 4/4/16 | Fri 4/22/16 |
| 139 | ⊞ | ⇨ | 4.2.2.3 Acceptance Testing of ICC Systems | 19 days | Mon 4/4/16 | Fri 4/22/16 |
| 140 | ⊞ | ⇨ | 4.2.2.4 End-to-End System Tests | 5 days | Mon 4/25/16 | Fri 4/29/16 |
| 141 | | ⇨ | **4.3 Training** | **182 days** | **Tue 12/1/15** | **Mon 5/30/16** |
| 142 | | ⇨ | **4.3.1 Finalize User Documentation** | **28 days** | **Tue 12/1/15** | **Mon 12/28/15** |
| 143 | | ⇨ | **4.3.1.1 ICX Documentation** | **28 days** | **Tue 12/1/15** | **Mon 12/28/15** |
| 144 | ⊞ | ⇨ | 4.3.1.1.1 ICX User Guide | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 145 | ⊞ | ⇨ | 4.3.1.1.2 Acceptance Test Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 146 | ⊞ | ⇨ | 4.3.1.1.3 L&A Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 147 | ⊞ | ⇨ | 4.3.1.1.4 Poll-Worker Training Manual | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 148 | | ⇨ | **4.3.1.2 ICC Documentation** | **28 days** | **Tue 12/1/15** | **Mon 12/28/15** |
| 149 | ⊞ | ⇨ | 4.3.1.2.1 ICC User Guide | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 150 | ⊞ | ⇨ | 4.3.1.2.2 Acceptance Test Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 151 | | ✈ | 4.3.1.2.3 Operator Training Manual | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 152 | ⊞ | ⇨ | 4.3.1.2.4 L & A Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 153 | | ⇨ | **4.3.1.3 Adjudication** | **28 days** | **Tue 12/1/15** | **Mon 12/28/15** |
| 154 | ⊞ | ⇨ | 4.3.1.3.1 Adjudication Users Guide | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 155 | ⊞ | ⇨ | 4.3.1.3.2 Adjudication Quick Reference Guide | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 156 | ⊞ | ⇨ | 4.3.1.3.3 Operator Training Manual | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 157 | ⊞ | ⇨ | 4.3.1.3.4 L&A Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 158 | | ⇨ | **4.3.1.4 EMS Documentation** | **28 days** | **Tue 12/1/15** | **Mon 12/28/15** |
| 159 | ⊞ | ⇨ | 4.3.1.4.1 EED Users guide | 28 days | Tue 12/1/15 | Mon 12/28/15 |
| 160 | ⊞ | ⇨ | 4.3.1.4.2 RTR Users guide | 28 days | Tue 12/1/15 | Mon 12/28/15 |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

| Colorado 1.0 | | | | | | |
|---|---|---|---|---|---|---|
| ID | ℹ | Task Mode | Task Name | Duration | Start | Finish |
| 161 | | ⇨ | **4.3.2 Customer System Training** | **85 days** | **Mon 3/7/16** | **Mon 5/30/16** |
| 162 | | ⇨ | **4.3.2.1 Region 1 Training** | **78 days** | **Mon 3/7/16** | **Mon 5/23/16** |
| 163 | ▦ | ⇨ | 4.3.2.1.1 ICC/Adjudication Operations training | 2 days | Mon 3/7/16 | Tue 3/8/16 |
| 164 | | 📌 | 4.3.2.1.2 ICX Operations training | 1 day | Wed 3/9/16 | Wed 3/9/16 |
| 165 | ▦ | ⇨ | 4.3.2.1.3 EMS / RTR Training | 5 days | Mon 4/25/16 | Fri 4/29/16 |
| 166 | | 📌 | 4.3.2.1.4 Pollworker Train the Trainer | 1 day | Mon 5/23/16 | Mon 5/23/16 |
| 167 | | ⇨ | **4.3.2.2 Region 2 Training** | **73 days** | **Mon 3/14/16** | **Wed 5/25/16** |
| 168 | ▦ | ⇨ | 4.3.2.2.1 ICC/Adjudication Operations training | 2 days | Mon 3/14/16 | Tue 3/15/16 |
| 169 | | 📌 | 4.3.2.2.2 ICX Operations training | 1 day | Wed 3/16/16 | Wed 3/16/16 |
| 170 | ▦ | ⇨ | 4.3.2.2.3 EMS / RTR Training | 5 days | Mon 5/2/16 | Fri 5/6/16 |
| 171 | | 📌 | 4.3.2.2.4 Pollworker Train the Trainer | 1 day | Wed 5/25/16 | Wed 5/25/16 |
| 172 | | ⇨ | **4.3.2.3 Region 3 Training** | **68 days** | **Mon 3/21/16** | **Fri 5/27/16** |
| 173 | ▦ | ⇨ | 4.3.2.3.1 ICC/Adjudication Operations training | 2 days | Mon 3/21/16 | Tue 3/22/16 |
| 174 | | 📌 | 4.3.2.3.2 ICX Operations training | 1 day | Wed 3/23/16 | Wed 3/23/16 |
| 175 | ▦ | ⇨ | 4.3.2.3.3 EMS / RTR Training | 5 days | Mon 5/9/16 | Fri 5/13/16 |
| 176 | | 📌 | 4.3.2.3.4 Pollworker Train the Trainer | 1 day | Fri 5/27/16 | Fri 5/27/16 |
| 177 | | ⇨ | **4.3.2.4 Tier 1.1 Counties Training** | **64 days** | **Mon 3/28/16** | **Mon 5/30/16** |
| 178 | ▦ | 📌 | 4.3.2.4.1 ICC/Adjudication Operations training | 2 days | Mon 3/28/16 | Tue 3/29/16 |
| 179 | | 📌 | 4.3.2.4.2 ICX Operations training | 1 day | Wed 3/30/16 | Wed 3/30/16 |
| 180 | ▦ | ⇨ | 4.3.2.4.3 EMS / RTR Training | 5 days | Mon 5/2/16 | Fri 5/6/16 |
| 181 | | 📌 | 4.3.2.4.4 Pollworker Train the Trainer | 1 day | Mon 5/30/16 | Mon 5/30/16 |
| 182 | | ⇨ | **5 2016 Primary Election** | **87 days** | **Mon 4/4/16** | **Wed 6/29/16** |
| 183 | | ⇨ | **5.1 Election Programming** | **56 days** | **Mon 4/4/16** | **Sun 5/29/16** |
| 184 | | ⇨ | **5.1.1  Import Jurisdictional Data** | **16 days** | **Mon 4/4/16** | **Tue 4/19/16** |
| 185 | | 📌 | 5.1.1.1 Jurisdictional data imported | 1 day | Mon 4/4/16 | Mon 4/4/16 |
| 186 | ▦ | ⇨ | 5.1.1.2 Preliminary Election Database, Ballot and Report Creation | 8 days | Fri 4/8/16 | Fri 4/15/16 |
| 187 | | ⇨ | 5.1.1.3 Initial Ballot Proofs Reviewed by Counties | 1 day | Mon 4/18/16 | Mon 4/18/16 |
| 188 | | ⇨ | 5.1.1.4 Initial Report Proofing Packages Reviewed by Counties | 1 day | Tue 4/19/16 | Tue 4/19/16 |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

| ID | | Task Mode | Task Name | Duration | Start | Finish | |
|---|---|---|---|---|---|---|---|
| | ⓘ | | **Colorado 1.0** | | | | |
| 189 | | | **5.1.2 Final Election Ballot and Database Creation** | **11 days** | **Mon 5/2/16** | **Thu 5/12/16** | |
| 190 | | | 5.1.2.1 Ballot Certification Deadline for Primary | 1 day | Mon 5/2/16 | Mon 5/2/16 | |
| 191 | | | 5.1.2.2 Final Ballot and Report Proofs to County Officials | 8 days | Tue 5/3/16 | Tue 5/10/16 | |
| 192 | | | 5.1.2.3 Ballot and Report Review by Client | 1 day | Wed 5/11/16 | Wed 5/11/16 | |
| 193 | | | 5.1.2.4 Revisions to Ballots and/or Reports | 1 day | Thu 5/12/16 | Thu 5/12/16 | |
| 194 | | | **5.1.3 Election Materials Provided to County** | **17 days** | **Fri 5/13/16** | **Sun 5/29/16** | |
| 195 | | | 5.1.3.1 Official Ballot Images generated | 1 day | Fri 5/13/16 | Fri 5/13/16 | |
| 196 | | | 5.1.3.2 L&A Test Ballots Generated | 8 days | Fri 5/13/16 | Fri 5/20/16 | |
| 197 | | | 5.1.3.3 Distribute Election Project Packages | 7 days | Mon 5/23/16 | Sun 5/29/16 | |
| 198 | | | **5.2 Primary Election - Finalize Election Files & Logic and Accuracy Testing** | **12 days** | **Mon 5/30/16** | **Fri 6/10/16** | |
| 199 | | | 5.2.1 County Receives and Restores Election package | 1 day | Mon 5/30/16 | Mon 5/30/16 | |
| 200 | | | 5.2.2 Test ballots provided to printer | 3 days | Tue 5/31/16 | Thu 6/2/16 | |
| 201 | | | 5.2.3 Load Election Files to ICC and ICX | 1 day | Tue 5/31/16 | Tue 5/31/16 | |
| 202 | | | 5.2.4 Scan test ballots, upload and verify results | 10 days | Tue 5/31/16 | Thu 6/9/16 | |
| 203 | | | 5.2.5 Export Results to State-wide System | 1 day | Fri 6/10/16 | Fri 6/10/16 | |
| 204 | | | **5.3 Election Support - Primary Election** | **17 days** | **Mon 6/13/16** | **Wed 6/29/16** | |
| 205 | | | **5.3.1 Mail Ballot Tabulation Support** | **16 days** | **Mon 6/13/16** | **Tue 6/28/16** | |
| 206 | | | 5.3.1.1 Region 1 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 207 | | | 5.3.1.2 Region 2 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 208 | | | 5.3.1.3 Region 3 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 209 | | | 5.3.1.4 County Tier 1.1 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 210 | | | 5.3.1.5 County Tier 1.1 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 211 | | | **5.3.2 VSPC** | **9 days** | **Mon 6/20/16** | **Tue 6/28/16** | |
| 212 | | | 5.3.2.1 Region 1 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 213 | | | 5.3.2.2 Region 2 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 214 | | | 5.3.2.3 Region 3 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 215 | | | 5.3.2.4 County Tier 1.1 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 216 | | | 5.3.2.5 County Tier 1.1 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

Colorado 1.0

| ID | | Task Mode | Task Name | Duration | Start | Finish | |
|---|---|---|---|---|---|---|---|
| 217 | | | **5.3.3 Election Day Support** | **3 days** | **Mon 6/27/16** | **Wed 6/29/16** | |
| 218 | | | 5.3.3.1 Region 1 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 219 | | | 5.3.3.2 Region 2 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 220 | | | 5.3.3.3 Region 3 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 221 | | | 5.3.3.4 County Tier 1.1 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 222 | | | 5.3.3.5 County Tier 1.1 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 223 | | | **6 General Election 2016** | **165 days** | **Tue 7/5/16** | **Fri 12/16/16** | |
| 224 | | | **6.1 Project Plan Review and Update** | **28 days** | **Tue 7/5/16** | **Mon 8/1/16** | |
| 225 | | | **6.1.1 Capture Lessons Learned** | **14 days** | **Tue 7/5/16** | **Mon 7/18/16** | |
| 226 | | | 6.1.1.1 Internal Review | 14 days | Tue 7/5/16 | Mon 7/18/16 | |
| 227 | | | 6.1.1.2 Stakeholder consultations | 14 days | Tue 7/5/16 | Mon 7/18/16 | |
| 228 | | | 6.1.1.3 Review issues log | 14 days | Tue 7/5/16 | Mon 7/18/16 | |
| 229 | | | 6.1.2 Revise Project Plan and Project Schedule | 14 days | Tue 7/19/16 | Mon 8/1/16 | |
| 230 | | | 6.1.3 Revise Project and User Documentation | 14 days | Tue 7/19/16 | Mon 8/1/16 | |
| 231 | | | **6.2 General Election Supplemental Training for Trainers** | **16 days** | **Mon 9/19/16** | **Tue 10/4/16** | |
| 232 | | | **6.2.1 Region 1 Training** | **2 days** | **Mon 9/19/16** | **Tue 9/20/16** | |
| 233 | | | 6.2.1.1 Refresh Training | 2 days | Mon 9/19/16 | Tue 9/20/16 | |
| 234 | | | **6.2.2 Region 2 Training** | **2 days** | **Wed 9/21/16** | **Thu 9/22/16** | |
| 235 | | | 6.2.2.1 Refresh Training | 2 days | Wed 9/21/16 | Thu 9/22/16 | |
| 236 | | | **6.2.3 Region 3 Training** | **2 days** | **Mon 9/26/16** | **Tue 9/27/16** | |
| 237 | | | 6.2.3.1 Refresh Training | 2 days | Mon 9/26/16 | Tue 9/27/16 | |
| 238 | | | **6.2.4 County Tier 1.1** | **2 days** | **Wed 9/28/16** | **Thu 9/29/16** | |
| 239 | | | 6.2.4.1 Refresh Training | 2 days | Wed 9/28/16 | Thu 9/29/16 | |
| 240 | | | **6.2.5 County Tier 1.1** | **2 days** | **Mon 10/3/16** | **Tue 10/4/16** | |
| 241 | | | 6.2.5.1 Refresh Training | 2 days | Mon 10/3/16 | Tue 10/4/16 | |
| 242 | | | **6.3 Election Programming - General Election** | **25 days** | **Tue 9/6/16** | **Fri 9/30/16** | |
| 243 | | | **6.3.1 Import Jurisdictional Data** | **4 days** | **Tue 9/6/16** | **Fri 9/9/16** | |
| 244 | | | 6.3.1.1 Jurisdictional data imported | 1 day | Tue 9/6/16 | Tue 9/6/16 | |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4^(TH) PERC MEETING

| Colorado 1.0 | | | | | | |
|---|---|---|---|---|---|---|
| ID | | Task Mode | Task Name | Duration | Start | Finish |
| 245 | | | 6.3.1.2 Preliminary Election Database, Ballot and Report Creation | 2 days | Wed 9/7/16 | Thu 9/8/16 |
| 246 | | | 6.3.1.3 Initial Ballot Proofs Reviewed by Counties | 1 day | Fri 9/9/16 | Fri 9/9/16 |
| 247 | | | **6.3.2 Final Election Ballot and Database Creation** | **9 days** | **Mon 9/12/16** | **Tue 9/20/16** |
| 248 | | | 6.3.2.1 Ballot Certification Deadline for General | 1 day | Mon 9/12/16 | Mon 9/12/16 |
| 249 | | | 6.3.2.2 Final Ballot and Report Proofs to County Officials | 8 days | Tue 9/13/16 | Tue 9/20/16 |
| 250 | | | 6.3.2.3 Ballot and Report Review by Client | 1 day | Tue 9/13/16 | Tue 9/13/16 |
| 251 | | | 6.3.2.4 Revisions to Ballots and/or Reports | 1 day | Wed 9/14/16 | Wed 9/14/16 |
| 252 | | | **6.3.3 Election Materials Provided to County** | **16 days** | **Thu 9/15/16** | **Fri 9/30/16** |
| 253 | | | 6.3.3.1 Official Ballot Images generated | 1 day | Thu 9/15/16 | Thu 9/15/16 |
| 254 | | | 6.3.3.2 L & A Test Ballots Generated | 8 days | Fri 9/16/16 | Fri 9/23/16 |
| 255 | | | 6.3.3.3 Distribute Election Project Packages | 7 days | Sat 9/24/16 | Fri 9/30/16 |
| 256 | | | **6.4 General Election - Finalize Election Files & Logic and Accuracy Testing** | **16 days** | **Wed 10/5/16** | **Thu 10/20/16** |
| 257 | | | 6.4.1 County Receives and Restores Election package | 1 day | Wed 10/5/16 | Wed 10/5/16 |
| 258 | | | 6.4.2 Test ballots provided to printer | 3 days | Thu 10/6/16 | Sat 10/8/16 |
| 259 | | | 6.4.3 Load Election Files to ICC and ICX | 1 day | Mon 10/10/16 | Mon 10/10/16 |
| 260 | | | 6.4.4 Scan test ballots, upload and verify results | 10 days | Mon 10/10/16 | Wed 10/19/16 |
| 261 | | | 6.4.5 Export Results to State-wide System | 1 day | Thu 10/20/16 | Thu 10/20/16 |
| 262 | | | **6.5 Election Support - General Election** | **54 days** | **Mon 10/24/16** | **Fri 12/16/16** |
| 263 | | | **6.5.1 Mail Ballot Tabulation Support** | **16 days** | **Mon 10/24/16** | **Tue 11/8/16** |
| 264 | | | 6.5.1.1 Region 1 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 265 | | | 6.5.1.2 Region 2 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 266 | | | 6.5.1.3 Region 3 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 267 | | | 6.5.1.4 County Tier 1.1 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 268 | | | 6.5.1.5 County Tier 1.1 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 269 | | | **6.5.2 VSPC support** | **16 days** | **Mon 10/24/16** | **Tue 11/8/16** |
| 270 | | | 6.5.2.1 Region 1 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 271 | | | 6.5.2.2 Region 2 | 16 days | Mon 10/24/16 | Tue 11/8/16 |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

| | | | | | | |
|---|---|---|---|---|---|---|
| **Colorado 1.0** | | | | | | |
| ID | ⓘ | Task Mode | Task Name | Duration | Start | Finish |
| 272 | | | 6.5.2.3 Region 3 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 273 | | | 6.5.2.4 County Tier 1.1 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 274 | | | 6.5.2.5 County Tier 1.1 | 16 days | Mon 10/24/16 | Tue 11/8/16 |
| 275 | | | **6.5.3 Election Day Support** | **3 days** | **Mon 11/7/16** | **Wed 11/9/16** |
| 276 | | | 6.5.3.1 Region 1 | 3 days | Mon 11/7/16 | Wed 11/9/16 |
| 277 | | | 6.5.3.2 Region 2 | 3 days | Mon 11/7/16 | Wed 11/9/16 |
| 278 | | | 6.5.3.3 Region 3 | 3 days | Mon 11/7/16 | Wed 11/9/16 |
| 279 | | | 6.5.3.4 County Tier 1.1 | 3 days | Mon 11/7/16 | Wed 11/9/16 |
| 280 | | | 6.5.3.5 County Tier 1.1 | 3 days | Mon 11/7/16 | Wed 11/9/16 |
| 281 | | | **6.5.4 Project Plan Review and Update** | **33 days** | **Mon 11/14/16** | **Fri 12/16/16** |
| 282 | | | **6.5.4.1 Capture Lessons Learned** | **33 days** | **Mon 11/14/16** | **Fri 12/16/16** |
| 283 | | | 6.5.4.1.1 Internal Review | 5 days | Mon 11/14/16 | Fri 11/18/16 |
| 284 | | | 6.5.4.1.2 Stakeholder consultations | 5 days | Mon 12/5/16 | Fri 12/9/16 |
| 285 | | | 6.5.4.1.3 Review issues log | 5 days | Mon 12/12/16 | Fri 12/16/16 |

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

## Certification

Dominion shall participate and comply with all items prescribed by the UVS committee for certification including:

- Deadline for finalist to file Applications for Certification with State Elections Division Voting Systems Team, together with Technical Data Package (TDP) consisting of all system documentation, prior certifications and test reports:  1/19/2016
- Completion of documentation review:  1/26/2016
- Prepare and finalize Test Plan Agreement, if final system differs from system temporarily authorized:  1/29/2016
- Complete supplemental testing, if necessary:  2/15/2016
- Certification of system, issuance of conditions of use (if any), and county authorization to purchase:  3/1/2016

As part of the implementation cycle, Dominion will continue to solicit feedback from our customers, including our Colorado counties. This feedback loop will feed back into our development cycle, and as we develop additional features and improvements, these will be put back into certification working with the State.

## Procurement

Procurement will be conducted in a manner that allows the coordination of supplies and consumables to be shipped directly to each county. During the procurement phase of the project, all of the commercial off the shelf components used in our election system are purchased.

While it would be preferable for all parties to identify final quantities of all supplies and consumables required for Election Day on the initial contract, provision in the project plan has been made to allow incremental orders to be placed following change management processes.

## Configuration, Installation, Testing and Training

### *System Configuration*

The Dominion Voting Democracy Suite Election Management System (EMS) is a configurable election system that can be adapted to meet the needs of any jurisdiction. The initial steps in each installation involve working closely with the county to ensure that the system is deployed in a manner that meets all jurisdiction requirements. The following steps are required:

**Create Election Data Import Bridge** – In this series of steps, Dominion works with the IT professional responsible for the creation and maintenance of SCORE to create a bridge that allows the direct import of jurisdictional data into the Democracy Suite EMS. This step

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4^(TH) PERC MEETING

dramatically increases the speed and accuracy of the creation of the election database within the Democracy Suite EMS.  As a result, election divisions, contests, candidate names, propositions and other essential data will be inputted only once, reducing the likelihood of user error. Normally several iterations are required, and some manual data adjustment may be required.

Tiers 1.4, 2 and 3 counties will have the option to use Dominion staff for database creation in our Colorado local office on equipment that has had the trusted build installed by the Secretary of State staff.

**Customization of Configurable Options** – Basic compliance with the requirements will have been demonstrated in the certification of the Democracy Suite line of products; however additional customization may be required. During this stage, final input and approval on ballot layouts, reports content, and the configuration of the options to the ImageCast[2] Central and ImageCastX may be requested. This step takes place at the same time that the data import bridge is created.

**Create Audio Ballot Production Process** – Dominion understands the importance of generating accurate and easily understood audio ballots. As part of the initial configuration process and during the election cycle, Dominion and the counties will leverage existing processes, tools and systems to generate audio ballots.

*Staging and Logistics*

Dominion deliveries take place on a continuous basis. In this way, the acceptance process can operate in a just-in-time basis, thus minimizing the need to handle equipment twice, and reducing the burden and disruption to the acceptance test process during the scheduled delivery dates.

At the same time, delivery of the IT hardware and central count scanning system will take place. This allows Dominion technicians to begin installation of election servers in parallel with equipment acceptance. In this way, counties will have the benefit of being able to work with the complete election system immediately upon delivery of the tabulators.

*Installation and Acceptance Testing*

**Preparation for Acceptance Testing -** A Dominion technical lead will provide guidelines to the counties for acceptance testing and coordinate dates with the Secretary of State staff for trusted build installation. This includes assessing suitability and identifying any modifications required, identifying areas for each process including a secure area for inventory control, preparing necessary acceptance documentation, and ensuring all necessary supplies are available.

**Acceptance Testing** – Dominion and county staff will conduct detailed acceptance testing of the voting equipment. This acceptance testing provides assurance of full product functionality. Acceptance testing is an essential part of the Dominion quality assurance process. While it is our goal that all election equipment arrive to the county in perfect condition, it is normal to see a

---

[2] ImageCast is a registered trademark of Dominion Voting Systems.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

small number of issues that may fail initial acceptance. A Dominion employee will be on-site during the tabulator acceptance test process to assist, answer questions, troubleshoot, and where necessary complete minor adjustments.

**Installation of EMS** – IT Servers will be procured and shipped to Dominion's Denver office where the servers will be prepared for the trusted build installation of the EMS system software.

### *Training*

At Dominion, our training methodology focuses on providing election administration staff the necessary knowledge for successful implementation and effective operation of our voting system. We accomplish this through tailored training, using various training formats, implementing adult learning principles, and proper course pacing. Training customization begins with tailoring our courses to a specific jurisdiction's needs.  For example, for those counties that will rely on Dominion to provide election services, such as building the voting system database, the training curriculum will only focus on the aspects of the system pertaining to how they will deploy it. Counties that will be doing their own election programming will be trained on how to do so using the Democracy Suite EMS. Another aspect of the customization is using different formats for training, including instructor-led classes in person, and instructor-led classes online.

Tier 1.1 counties will have their own county project managers that will be dedicated to their accounts. This is based on the size of the jurisdiction and need for a more intimate approach dealing with larger staff.  Often, election preparation schedules prevent the delivery of training at the optimal time for retention on Election Day. This can be particularly apparent in small counties, where a very limited team is responsible for all election related activities. To that end, Dominion proposes a regional training program for all other tiered counties where regional project managers will be dedicated to multiple counties. All counties regardless of size will have a technical project manager, product specialist(s), documentation & training specialist(s), voter outreach and a networking hardware specialist. Training for the regional accounts will be combined which allows questions and concerns from multiple counties to be heard. This will facilitate ideas on how our training program can work best for each county, and allow trainees to discuss concerns with the implementation that can help all involved. This type of training does not affect VSPC or election night support requirements for each individual county.

## 2016 Primary Election Implementation

### *Election Programming*

For those counties where Dominion will be providing election programming services such as database programming and generating ballots, the following steps outline this phase of the implementation.

The creation of the election database is a critical step in the election implementation. Given the very limited time available between the certification of the final ballot and the distribution of UOCAVA / Absentee ballots, it is very important that timelines are appropriately managed.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

Dominion employs an iterative approach to ballot and report creation, where successive rounds of proofs are provided to election officials as more information becomes available. Using this approach, in many cases ballots have already been approved by the time they are certified, maximizing the time available for pre-election testing and logistics.

Dominion is familiar with the level of care and attention, and the rigorous proofing that election data should receive. While we are strong advocates of exercising rigor and caution during the ballot production phase, some or all of the iterative steps described below may not be required. This decision will be made by the Dominion PM in conjunction with the county following system configuration and end-to-end testing.

**Import Jurisdictional Data** - Using the data import bridge created during configuration, the Dominion project team will create an initial election database, ballots and reports using approved templates. Dominion staff will review the database for internal consistency, and provide draft proofing packages to the county for review.

**Final Election Ballot and Database Creation** – As soon as possible following the certification of final election data, the Dominion project team will provide final ballot proofs to the county.

**Election Materials Provided to or Generated by the County** – Final ballot PDF images are provided to the county for provision to certified printers. Election Project back-ups are uploaded to a secure transfer site for restoration on election servers.

**Generate Audio Files** – Dominion uses machine synthesized audio files for the ImageCast X systems.

*Logic and Accuracy Testing*

Logic and Accuracy testing (L&A) is the responsibility of the counties. The Dominion project team will be available throughout the L&A process available to assist on an as required basis.

To facilitate the L&A process, Democracy Suite has an optional, stand-alone test deck generation utility that can be employed by certified printers, or sold separately for the automated creation of pre-marked test decks. These decks are always marked with 100% accuracy, allowing for increased confidence in the L&A process.

Dominion recommends that L&A testing include the upload of results files to the election database, so that a full end-to-end test of the relevant election is completed prior to Election Day.

*Election Support*

The Dominion project team will reach an agreement with the county on their specific roles during VSPC voting and Election Night. Dominion takes pride in our ability to transfer to local officials the skills necessary to conduct even complex elections with complete autonomy. As an example, following the successful initial deployment of Democracy Suite in Mongolia in June 2012, a nation-wide Presidential election was subsequently conducted by the Mongolian General Election Commission with only two Dominion staff members in-country. Throughout the

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

election, their role was simply to respond to questions and to be available in case of unexpected performance issues, of which there were none. This is a testament not only to Dominion's strength as capacity-builders, but also the reliability and ease of use of our systems.

## 2016 General Election Implementation

The Election support plan for the 2016 General Election is the same as the support plan for the 2016 Primary.

### *Project Plan Review and Update*

In accordance with accepted project management practice, Dominion will conduct a project review upon completion of the 2016 Primary Election. The counties will be consulted, and a review of change orders and PEP tickets will be conducted. On completion of these reviews, project documentation and the project plan will be revised to reflect learning from the Primary Election. This will be presented to the counties for their approval prior to moving forward with the implementation of the 2016 General Election.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

## Problem Escalation Procedure

During the normal course of implementing Democracy Suite, Dominion staff works closely with customers to establish a clear and timely flow of information. This communication helps reduce the number of issues and support early identification of problems that may require resolution through the Problem Escalation Procedure (PEP).

Dominion has successfully applied the proposed PEP to implementations in States of Louisiana, New Mexico, Nevada and many other large jurisdictions. The proposed process has the following key steps:

- **Problem Identification** – Customer identifies a problem or Dominion proactively identifies a problem.
- **Problem Analysis** – The Dominion PM will describe, document, and log the problem into Dominion's automated ticket tracking system. They will notify appropriate Customer/Dominion staff of the severity and risk of the problem.
- **Problem Mitigation Plan (PMP)** – The Dominion PM will lead a team to identify the root cause, determine/document mitigation approach, and identify the management point of contact for approval of the PMP.
- **Mitigation Execution** – The team will execute the approved PMP and track resolution.
- **Problem Escalation Process** – The Dominion PM will escalate a problem based on exceeding the resolution target time or at their discretion.
- **Problem Close-out** – The Dominion PM will document problem, resolution, and lessons learned. The PM will also close out the item on the problem and risk logs.

**Problem Identification** – The Project Management Institute (PMI) defines a problem or issue as a variance between planed and actual performance in terms of schedule, resource allocation, technical performance, or quality. A problem or potential problem can be identified by Colorado counties or proactively by Dominion staff.

**Problem Analysis** – The Dominion PM will work with the individual that identified the problem and Dominion staff to clearly characterize the issue, assess its severity, and determine the initial mitigation strategy. The Dominion PM will update the problem log (Dominion's automated ticket tracking system) and make an entry into the risk log if necessary.

**Problem Mitigation Plan (PMP)** – The Dominion PM will work with key Dominion and Colorado county staff to identify the root cause and to determine a mitigation approach. They will document the approach and seek authorization (if necessary) from the Colorado PM to execute the PMP. The Dominion PM will carefully analyze the PMP to avoid implementing a mitigation solution that causes more problems or does not address the root cause.

**Mitigation Execution** - The Dominion PM will lead, monitor, and report on the execution of the PMP. The Dominion PM will monitor the problem on daily or weekly bases during mitigation execution. If the PMP results in problem resolution, the Dominion PM will close out the problem. If the PMP fails to address the problem, the Dominion PM will notify the state and execute the escalation procedure.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

**Problem Close Out** – The Dominion PM will update the problem and risk logs, document lessons learned, and report the problem in the monthly status report.

**Problem Escalation** – If the PMP is not completed within the specified Target Resolution Time, the Dominion PM will execute problem escalation process.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

## 2)   Proposed Staffing

*Section 5.3.13 of the original RFP requested you to identify and provide information about proposed staffing to implement UVS. To the extent necessary, please update your original RFP response on this issue.*

Dominion Colorado Project Team



State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

## Staff Qualifications

### Executive Sponsor – Mike Frontera

As Executive Vice-President of Operations, Mike brings over 22 years of election experience to Dominion's operations team, which manages voting system implementations, customer relations, election support, training and sales support. Mike was the Executive Sponsor for a number of large Dominion implementations including the country of Mongolia and States of New York and Louisiana. Prior to joining Dominion, Mike was the Vice President of Operations for Sequoia Voting Systems for over seven years. Mike began his career working in the public sector, including serving as the Election Director for the City and County of Denver.
Mike is licensed to practice law in the State of Colorado and holds a Juris Doctor from the University of Arizona College of Law, as well as a Bachelor of Arts in Psychology.

### Regional Sales Manager (Primary Business Contact) - Steven Bennett

Steven Bennett is the Regional Sales Manager for the State of Colorado, and responsible for all activities in the State. He has been involved in the sale and installation of election solutions for the past 10 years, in California, Colorado and New Mexico. Steven has studied the process by which jurisdictions deploy voting systems, understands how counties procure the equipment they need, and the role of the State in elections and voting system implementation. He has expertise in developing election solutions for state and county needs, cultivating partnerships to ensure successful collaboration between the customer and the company. Additionally, Steven has been instrumental in translating customer needs into R&D priorities for the companies, ensuring that customers have the products they truly need.

Steven received a Bachelor of Science in Business Administration, with a focus on Finance, from Indiana University of Pennsylvania in 1988. Steven will be your contact for the duration of the contract.

### Director of Operations, West – Sheree Noell

A seasoned professional, Sheree has more than twenty years of experience in the elections industry.  She has extensive experience in ballot printing, optical scan and direct record electronic tabulation, audio voting, precinct and central count environments.  Sheree has served as the Director of Operations, Sales manager and Project/Implementation Manager on various installs in California, Washington, Oregon and Nevada.  Most recently, Sheree manages the day to day activities of the Western Region, which includes over 100 separate jurisdictions and 20+ personnel resources.  Sheree is a direct liaison to customers and is stationed in California.  From this strategic location she can ensure the provision of day to day services and actively participate with her team and customers in planning for future election cycles and needed services.  Sheree received her under-grad degree from College of the Sequoias.  Sheree is currently enrolled in the Election Center's CERA/CERV Professional Education Program.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

## Customer Relations Manager – Geneice Mathews

Geneice Mathews is the in-state Customer Relations Manager for the State of Colorado responsible for Project management of multiple, parallel projects within the state. These tasks include new equipment installations, preventative maintenance and state wide election support activities. Geneice has a stellar record of customer satisfaction, and has been a great asset for investigating and solving customers' problems, which may be complex or long-standing problems. She has over 14 years of elections experience having held many positions in the company. From her start as a QA Analyst, to her experience in product management, election programming and implementation, testing, technical documentation and election support, and now as Customer Relations Manager, Geneice has a deep understanding of Dominion's systems, products and services. She helped manage numerous county and international implementations, and specifically state implementations of Nevada and Louisiana.
Geneice received a Bachelor of Arts in Political Science and German at the University of Longwood in Virginia.

## Product Specialist – Lisa Flanagan-Crane

Lisa is based out of Colorado and has worked in Elections Administration for 16 years.  During that time, Lisa has been Project Manager of Voting System installations for multiple Colorado counties, provided software/hardware training and election judge training for customers, produced and printed Op-Tech ballots, provided support for Logic and Accuracy Testing, Public Tests, hardware preventative maintenance and supported customers in voter registration. Previous to Dominion/Sequoia, Lisa worked for the Colorado Department of State and Arapahoe County. While working in the Colorado Secretary of State Office, Lisa helped with upgrading 19 counties to a Windows based Voter Registration System, trained staff from each county, and ran the help desk.  Lisa has visited over 25 election offices around the state, understands Colorado Election Law, and has worked hard to build an outstanding reputation for customer service.

Lisa has provided election support to jurisdictions in Arizona, California, Colorado, Illinois, Nevada, New Jersey, New Mexico, and Pennsylvania.

## Senior Product Manager – Ronald Morales

Ronald Morales is a Systems Engineer with more than 15 years of experience, providing technological expertise and solutions to ensure quality implementation and integration of Dominion Voting System products.

Ronald began his career in elections when he joined Smartmatic in 2004 where he managed the EMS Quality Assurance process for elections in Venezuela.  After the acquisition of Sequoia by Smartmatic, Ronald was responsible for the integration of Smartmatic's newly-developed equipment with Sequoia's EMS and for the EAC certification of the integrated solution.

When Dominion Voting Systems acquired Sequoia and assets of Premier Election Solutions in 2010, Ronald began working with modifications and new solutions in software and hardware for the Premier product line, along with the EAC certification process of the updated products.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

In his current role, Ronald is engaged in the research and implementation of new technologies with a focus on reliability, performance and efficiency, for both existing legacy systems (Sequoia and Premier) and systems currently in development by Dominion. His most noticeable achievement is the design and implementation of fully redundant Dominion Democracy Suite EMS server infrastructure for the elections in Mongolia during 2012 and 2013.

## Director, Product Strategy – Eric Coomer

Eric Coomer graduated from the University of California, Berkeley in 1997 with a Ph.D. in Nuclear Physics. After working in IT consulting for several years, Eric entered the elections industry in 2005 with Sequoia Voting Systems as Chief Software Architect. After three years with the company, Eric took over all development operations as Vice President of Engineering. When Sequoia was acquired by Dominion Voting Systems in 2010, Eric joined the DVS team as Vice President of US Engineering overseeing development in the Denver, Colorado office.

Recently, Eric has taken over as the Director of Product Strategy driving the creation of next generation products through close collaboration with customers, combined with a deep understanding of technology and the needs of Elections departments throughout the United States and abroad. Eric has been an active participant in the development of the IEEE common data format for Elections systems, as well as the working group for developing standards for Risk-Limiting Audits for elections results. When not designing new products, Eric supports large and small scale customers during Election season.

## Director, Product Strategy – David Moreno

David Moreno is an accomplished and committed IT professional, with years of experience in software design, development, deployment, and testing.

David has more than 20 years of professional experience in the areas of IT support, IT infrastructure, capacity planning, system design and development, QA and QC processes applied to software and hardware development and full Product Lifecycle Management. David also brings over 10 years of experience in the election business, from working in the design and development of different voting equipment, to deploying new voting technology in counties like San Francisco and Alameda County, California. David's career has been full of learning experiences, like implementing the RCV (Ranked Choice Voting) vote tally system for the City of San Francisco and Alameda County and working on multiple demonstrations of voting technology in different countries and states.

## Product Specialist – Alyssa Prohaska

Alyssa Prohaska has over 11 years of elections experience ranging from county elections administration to technical support, training, and quality assurance testing of election management, voter registration, and other web-based applications. Alyssa began working in elections as an Election and Campaign Finance Specialist with the Adams County Elections Division of the Clerk & Recorder Office in 2004. She has recently worked with the Colorado Secretary of State's office where she served in a technical and business support capacity -

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

testing, training, and providing tier 2 support of the voter registration and election management systems, and online voter registration applications.

Alyssa holds a Bachelor of Arts degree in Communication from the University of Denver, as well as a Master's of Science in Information Technology Management and Graduate Certificates in Oracle Database Administration, and Executive Information Technology from Regis University.

## Senior Software Developer – Benjamin Rice

Benjamin Rice has over six years of experience in architecting, developing, and managing elections software solutions. He is a certified ScrumMaster and evangelist for Agile practices and technologies in software development. He has close to twenty years' experience in the Web development and client-service solutions world. Before joining Dominion, Ben was a senior software developer at Sequoia and Slice of Lime and director of technology with FOCI.

Ben graduated from Northwestern University with Bachelor of Arts degrees in both Psychology and English Literature.

## Manager, Certification – Jessica Bowers

Jessica has been involved in the voting industry for over seven years in the R&D, engineering, and certification of voting systems. She has been involved in both state and federal level certifications and, most recently, led the Colorado provisional certification effort for Dominion's Universal Voting System entry. Jessica brings over 18 years of experience in development and Information Technology to her work with Dominion and is responsible for ensuring that the company's products are compliant with all state and federal certification standards.

Jessica earned a Bachelor of Science in Information Technology from the University of Phoenix in 2005 and is a U.S. Air Force veteran.

## Quality Assurance Analyst – Yaping Lou

Yaping Lou is a Quality Assurance Analyst for our Denver development department, and is responsible for ongoing testing to ensure the high performance quality of Democracy Suite. She has expertise in testing all components of our products, understands processes of the equipment and implementation of the voting system. Yaping has experience in election support, collaboration between software development and testing, and developing product test procedures to ensure high quality and performance of products. She has seven years of work experience in the field of computer science, including software testing and development.

Yaping received a Master of Computer Science from the University of Colorado, Denver, and joined Dominion Voting in 2015.

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

# 3)   Updated Schedule of Activities in Other Jurisdictions

*Please provide us with the information regarding your activities in other jurisdictions. For each of the following categories, please list the individual jurisdictions, and provide the name, title, telephone number and email address of your organization's principal local contact.*

## (a)   Jurisdictions in which provider has deployed the temporarily approved (or a substantially similar) voting system

Dominion's Democracy Suite voting system has been sold in 19 states. Below is a list of all election jurisdictions where the Democracy Suite system has been deployed, the major scanning components used (ImageCast Central, ImageCast Evolution, ImageCast Precinct, ImageCast X), and the year of signed business. Contact details for a cross section of customers are also provided in the references section. Should additional references be necessary, please contact our sales representative.

## References

**State of Louisiana**
Contact Name: Angie Rogers, Commissioner of Elections, LA Secretary of State's Office
Address: 8585 Archives Ave, Baton Rouge, LA, 70809
Phone Number: 1-225-922-0900
E-mail: Angie.rogers@sos.louisiana.gov

> The state of Louisiana uses a blend of Dominion products for precinct, early voting and absentee voting. In 2011, Louisiana bought the ImageCast Central absentee ballot counting system for all parishes in the State. The ImageCast Central system is a software-driven central count solution. For the State of Louisiana, the ImageCast Central software was paired with a Kodak Sidekick COTS scanner.

> The State of Louisiana uses 110 ImageCast Central units to process their absentee ballots. The State has benefited from significant efficiencies and cost-savings through the use of this system, also being proposed for the State of Colorado. The complete system is administered and managed by the Secretary of State with support from the Dominion Team, and administered at the local level by the Registrar of Voters and Clerk of Court in each parish.

**City and County of Denver**
Amber McReynolds, Director of Elections
Address: Denver Elections Division, 200 W 14th Ave #100, Denver, CO 80204
Phone Number: 720-865-4850
E-mail: amber.mcreynolds@denvergov.org

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4TH PERC MEETING

In 2015, the City and County of Denver streamlined their election processes by replacing their voting system - which required three vendors and seven different databases - with a single database to power the entire election – Democracy Suite. Denver selected the ImageCast Central to tabulate paper ballots, more than 90% of which came from ballots received by mail. Denver also implemented the ImageCast X, a tablet-based in-person voting device, which prints a paper ballot for tabulation by the ImageCast Central. Dominion provided training on all aspects of the system, technical services and support for system installation and configuration, early voting, Election Day voting and post-election activities. Dominion also provided a dedicated project manager for their May 2015 Municipal Election. Dominion worked closely with the City and County of Denver to configure the system to meet their needs and requirements.

**Clark County, Nevada**
Joe Gloria, Registrar of Voters
Address: 965 Trade Drive #1, North Las Vegas, NV 89030-7801
Phone: 702-455-2846
E-mail: jpg@co.clark.nv.us

Clark County, Nevada uses a blend of Dominion products for precinct, early voting and absentee voting. In 2015, Clark County upgraded their central count scanning system to Democracy Suite, deploying six ImageCast Central workstations paired with Canon G1130 scanners. Clark County also implemented Dominion's ImageCast Adjudication software for digital real-time adjudication of ballots with outstack conditions.

The State of Nevada has been a customer of Dominion and its predecessors for over 20 years, and this longstanding relationship is a testament to Dominion's commitment to outstanding customer service and support. Most of the original members of the Clark County install team in 1991 are still employed by Dominion Voting today and continue to provide support and services in the state.

## Democracy Suite Customers

Below is a list of all election jurisdictions where the Democracy Suite system has been deployed, the major scanning components used (ImageCast Central - ICC, ImageCast Evolution - ICE, ImageCast Precinct - ICP, ImageCast X - ICX), and the year of signed business.

**52 Counties in the State of New York** (all except Albany, Erie, Nassau, Rockland, Schenectady and the five boroughs of New York City) (ICP, BMD, ICC - 2008)

**The State of New Jersey**
o  Burlington County (ICC, 2014)
o  Camden County (ICC, 2013)
o  Cape May County (ICC, 2013)
o  Cumberland County (ICC, 2015)
o  Essex County (ICC, 2013)

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4th PERC MEETING

- Mercer County (ICC 2013)
- Monmouth County (ICC, 2014)
- Hunterdon County (ICC, 2015)
- Salem County (ICC, 2015)
- Gloucester County (ICC, 2015)
- Morris County (ICC, 2015)
- Passaic County (ICC, 2015)
- Union County (ICC, 2013)
- Hudson County (ICC, 2013)

**All 64 Parishes in the State of Louisiana** (ICC, 2011)

**The Commonwealth of Virginia**
- Caroline County (ICP BMD Audio,  2015)
- Isle of Wight County (ICE, 2011)
- King George County (ICP- BMD Audio, 2014)
- Bedford County (ICE, 2015)
- Page County (ICP- BMD Audio, 2014)
- Craig County (ICE, 2015)
- Franklin County (ICE, 2015)
- Louisa County (ICE, 2015)
- Mecklenburg County (ICE, 2015)
- Nottoway County (ICE, 2015)
- Suffolk City (ICE, 2015)

**The State of Ohio**
- Guernsey County (ICE, ICC, 2013)
- Harrison County (ICP, ICE, ICC, 2014)
- Huron County (ICC, ICE, ICP-AV, MBP, 2015)
- Belmont County (ICP-AV, ICC, 2015)

**The State of Tennessee**
- Hamilton County (ICE, ICP-A, ICC, 2013)

**The State of Iowa**
- Cedar County  (ICP BMD Audio, 2013)
- Adair County (ICP, 2015)
- Hardin County (ICP-BMD Audio, ICC, 2015)
- Mitchell County (ICP-BMD Audio, 2015)

**The State of Florida**
- Baker County (ICE, 2013)
- Hardee  County (ICE, 2013)
- Hernando (ICE-DD, ICC, MBP, 2015)
- Leon County (ICE, ICC, 2014)

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4th PERC MEETING

- Levy County (ICE, 2014)
- Madison County (ICE, 2013)
- Monroe County (ICE, 2013)
- St Lucie County (ICE, ICC, 2014)
- Alachua County (ICE, ICC, 2015)
- Flagler County (ICC, 2015)

**The State of New Mexico** (ICC, ICE, ICP BMD Audio, ICP, 2014)

**The State of Alaska**
- City and Borough of Sitka (ICP BMD Audio, 2014)

**The State of Massachusetts**
- Clinton County (ICP, 2015)
- Needham County (ICP, 2014)

**The State of Missouri**
- Adair County (ICP-BMD Audio, 2015)
- Warren County (ICP, 2015)
- Osage County (ICP-BMD Audio, 2015)
- Callaway County (ICP-BMD Audio, 2015)
- Crawford County (ICP-BMD Audio, 2015)
- Gasconade County (ICP-BMD Audio, 2015)
- Jasper County (ICP-BMD Audio, 2015)
- Maries County (ICP-BMD Audio, 2015)
- McDonald County (ICP-BMD Audio, 2015)
- Newton County(ICP-BMD Audio, 2015)
- Warren County (ICP-BMD Audio, 2015)
- Saline County (ICP-BMD Audio, 2015)
- Carroll County (ICP-BMD Audio, 2015)
- Lafayette County (ICP-BMD Audio, 2015)

**The State of Nevada**
- Clark County (ICC, 2015)

**The State of Colorado**
- City and County of Denver (ICC, ICX, 2015)
- Mesa County (ICC, ICX, 2015)

**The State of California**
- Imperial County (ICC, ICE, 2015)
- Kern County (ICC, 2015)

**The State of Kansas**
- Lane County (ICP-BMD Audio, 2015)

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4th PERC MEETING

**The State of Utah**
o   Salt Lake County (ICC, 2014)

**The State of Minnesota**
o   Dakota County (ICC, ICE, 2015)
o   Scott County (ICC, ICE, 2015)

## (b)   Jurisdictions in which provider has contractually committed to deploy voting system(s) in 2016-2020

Dominion is contractually committed to deploy the Democracy Suite Voting System in the following jurisdictions in the United States:

**The Commonwealth of Puerto Rico**

**The State of California**
o   Del Norte County
o   Glenn County
o   Siskiyou County
o   Tehama County
o   Napa County

**The State of Florida**
o   Columbia County

**The State of Ohio**
o   Lorain County

**The State of Wisconsin**
o   Door County
o   Green County
o   Ozaukee County
o   Vilas County
o   Washington County
o   Winnebago County

Dominion has a number of distributors who provide election implementation services in various jurisdictions. Dominion and its distributors are contractually committed to deploy the Democracy Suite Voting System in the following jurisdictions:

**The State of Iowa**
o   Appanoose County
o   Wayne County
o   Lucas County

**The State of Missouri**
o   Livingston County

State of Colorado
UNIFORM VOTING SYSTEM SUBMISSION
PROVIDER NARRATIVE FOR DEC 4th PERC MEETING

- o Pike County
- o Grundy County
- o Mercer County
- o Harrison County
- o Montgomery County

**The Commonwealth of Virginia**
- o Buchanan County
- o Dickenson County
- o Russell County
- o Lee County
- o Salem City
- o Amelia County
- o Waynesboro City

**The State of Wisconsin**
- o Fond du Lac County

(c) <u>Jurisdictions in which provider has an outstanding offer but has not yet contracted to deploy voting system(s) in 2016-2020.</u>

Dominion continues to work with jurisdictions to provide upgrade paths and demonstrate new technologies. At this time, we do not have any outstanding offers for contractual commitments beyond 2015 for new implementations.

| ID | | Task Mode | Task Name | Duration | Start | Finish | Predecessor |
|---|---|---|---|---|---|---|---|
| 0 | | | **Colorado 1.0** | **394 days** | **Tue 12/1/15** | **Wed 12/28/1** | |
| 1 | | | **1 Project Milestones** | **314 days** | **Thu 12/31/1!** | **Tue 11/8/16** | |
| 2 | | | **1.1 Selection of UVS Finalist** | **0 days** | Thu 12/31/15 | Thu 12/31/15 | |
| 3 | | | **1.2 County Contracts Negotiated and Signed** | 40 days | Mon 1/4/16 | Fri 2/12/16 | |
| 4 | | | **1.3 Certification of System** | 1 day | Tue 3/1/16 | Tue 3/1/16 | |
| 5 | | | **1.4 System Deployment to Counties** | **59 days** | **Wed 3/2/16** | **Fri 4/29/16** | |
| 6 | | | 1.4.1 Deployment and Installation | 31 days | Wed 3/2/16 | Fri 4/1/16 | |
| 7 | | | 1.4.2 Install Trusted Builds | 26 days | Mon 4/4/16 | Fri 4/29/16 | |
| 8 | | | **1.5 Primary Election Milestones** | **58 days** | **Mon 5/2/16** | **Tue 6/28/16** | |
| 9 | | | 1.5.1 Ballot Production | 26 days | Mon 5/2/16 | Fri 5/27/16 | 14SS-69 da |
| 10 | | | 1.5.2 UOCAVA Ballot Deadline | 1 day | Sat 5/14/16 | Sat 5/14/16 | |
| 11 | | | 1.5.3 Absentee ballots sent - Primary | 17 days | Mon 6/6/16 | Wed 6/22/16 | |
| 12 | | | 1.5.4 L&A Testing - Primary | 11 days | Tue 5/31/16 | Fri 6/10/16 | |
| 13 | | | 1.5.5 Voting Centers Open - Primary | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 14 | | | 1.5.6 Election Day - Primary | 0 days | Tue 6/28/16 | Tue 6/28/16 | |
| 15 | | | **1.6 General Election Milestones** | **58 days** | **Mon 9/12/16** | **Tue 11/8/16** | |
| 16 | | | 1.6.1 Ballot Production | 26 days | Mon 9/12/16 | Fri 10/7/16 | 21SS-69 da |
| 17 | | | 1.6.2 UOCAVA Ballot Deadline | 1 day | Sat 9/24/16 | Sat 9/24/16 | |
| 18 | | | 1.6.3 Absentee ballots sent - General | 5 days | Mon 10/17/16 | Fri 10/21/16 | |
| 19 | | | 1.6.4 L&A Testing - General | 11 days | Mon 10/10/16 | Thu 10/20/16 | |
| 20 | | | 1.6.5 Voting Centers Open - General | 16 days | Mon 10/24/16 | Tue 11/8/16 | |
| 21 | | | 1.6.6 Election Day - General | 0 days | Tue 11/8/16 | Tue 11/8/16 | |
| 22 | | | **2 Project Management** | **364 days** | **Thu 12/31/1!** | **Wed 12/28/16** | |
| 23 | | | **2.1 Initiate Project** | **23 days** | **Thu 12/31/1!** | **Fri 1/22/16** | |
| 24 | | | 2.1.1 Internal Project Kick-off | 1 day | Thu 12/31/15 | Thu 12/31/15 | |
| 25 | | | 2.1.2 Kick-off with State | 1 day | Wed 1/6/16 | Wed 1/6/16 | |
| 26 | | | 2.1.3 Kick-Off Meeting with Counties | 12 days | Mon 1/11/16 | Fri 1/22/16 | 25SS |
| 27 | | | **2.2 System Certification** | **43 days** | **Tue 1/19/16** | **Tue 3/1/16** | |
| 28 | | | **2.2.1 UVS Certification Tasks** | **43 days** | **Tue 1/19/16** | **Tue 3/1/16** | |
| 29 | | | 2.2.1.1 Deadline for Cert. App. With TDP | 1 day | Tue 1/19/16 | Tue 1/19/16 | |
| 30 | | | 2.2.1.2 Completion of documentation review | 1 day | Tue 1/26/16 | Tue 1/26/16 | |
| 31 | | | 2.2.1.3 Prepare and finalize Test Plan Agreement | 1 day | Fri 1/29/16 | Fri 1/29/16 | |
| 32 | | | 2.2.1.4 Complete supplemental testing, if necessary | 1 day | Mon 2/15/16 | Mon 2/15/16 | |

| ID | | Task Mode | Task Name | Duration | Start | Finish | Predecessor |
|----|---|-----------|-----------|----------|-------|--------|-------------|
| 33 | | 📌 | 2.2.1.5 Certification of System | 1 day | Tue 3/1/16 | Tue 3/1/16 | |
| 34 | | 🔁 | **2.3 Project Management Meetings w State/Counties** | **346 days** | **Mon 1/18/16** | **Wed 12/28/16** | |
| 35 | 🔁 | 🔁 | **2.3.1 Project Update Call** | **346 days** | **Mon 1/18/16** | **Wed 12/28/16** | |
| 60 | | 🔁 | **2.4 Dominion Internal Project Management Meetings** | **348 days** | **Fri 1/15/16** | **Tue 12/27/16** | |
| 61 | 🔁 | 🔁 | **2.4.1 Project Update Call** | **348 days** | **Fri 1/15/16** | **Tue 12/27/16** | |
| 86 | | 🔁 | **3 Procurement and Logistics** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** | |
| 87 | | 🔁 | **3.1 Procurement** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** | |
| 88 | | 🔁 | **3.1.1 ICC system** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** | |
| 89 | ▦ | 🔁 | 3.1.1.1 Canon G1130 | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 90 | ▦ | 🔁 | 3.1.1.2 Kofax board and software | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 91 | ▦ | 🔁 | 3.1.1.3 Dell all-in-one PC | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 92 | ▦ | 🔁 | 3.1.1.4 i-Button programmer | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 93 | ▦ | 🔁 | 3.1.1.5 Other Requested Supplies and Consumables | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 94 | | 🔁 | **3.1.2 ICX System** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** | |
| 95 | ▦ | 🔁 | 3.1.2.1 Tablets | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 96 | ▦ | 🔁 | 3.1.2.2 Tablet Kiosk | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 97 | ▦ | 🔁 | 3.1.2.3 Mag Striper Reader | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 98 | ▦ | 🔁 | 3.1.2.4 Hub multiport network | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 99 | ▦ | 🔁 | 3.1.2.5 BMD Printer | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 100 | | 📌 | 3.1.2.6 Networking Hardware | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 101 | | 📌 | 3.1.2.7 Administrator Laptop | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 102 | | 📌 | 3.1.2.8 Voting Booth | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 103 | | 📌 | 3.1.2.9 Accessibility system hardware | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 104 | ▦ | 🔁 | 3.1.2.10 Other Identified or Requested IT Hardware | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 105 | | 🔁 | **3.1.3 EMS and Adjudication Hardware** | **30 days** | **Mon 2/1/16** | **Tue 3/1/16** | |
| 106 | ▦ | 🔁 | 3.1.3.1 EMS Server | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 107 | | 📌 | 3.1.3.2 EMS Workstation | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 108 | | 📌 | 3.1.3.3 Adjudication Workstation | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 109 | ▦ | 🔁 | 3.1.3.4 Network Security Devices | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 110 | ▦ | 🔁 | 3.1.3.5 Monitors (2 server and Adjudication) | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 111 | ▦ | 🔁 | 3.1.3.6 Keyboard, Mouse, Cables... | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 112 | ▦ | 🔁 | 3.1.3.7 Report Printer | 30 days | Mon 2/1/16 | Tue 3/1/16 | |
| 113 | ▦ | 🔁 | 3.1.3.8 Other Identified or Requested IT Hardware | 30 days | Mon 2/1/16 | Tue 3/1/16 | |

| ID | ⓘ | Task Mode | Task Name | Duration | Start | Finish | Predecessor |
|---|---|---|---|---|---|---|---|
| 114 | | | **4 Configuration, Installation, Training and Testing** | **182 days** | **Tue 12/1/15** | **Mon 5/30/16** | |
| 115 | | | **4.1 System Configuration** | **51 days** | **Thu 12/31/1!** | **Fri 2/19/16** | |
| 116 | | | **4.1.1 Create Election Data Import Bridge** | **49 days** | **Thu 12/31/1!** | **Wed 2/17/16** | |
| 117 | | | 4.1.1.1 Examine existing data structure | 21 days | Thu 12/31/15 | Wed 1/20/16 | |
| 118 | | | 4.1.1.2 Create data import bridge from customer database | 21 days | Thu 1/21/16 | Wed 2/10/16 | 117 |
| 119 | | | 4.1.1.3 Test import bridge and revise as required | 7 days | Thu 2/11/16 | Wed 2/17/16 | 118 |
| 120 | | | **4.1.2 Customization of configurable options** | **49 days** | **Thu 12/31/1!** | **Wed 2/17/16** | |
| 121 | | | 4.1.2.1 Finalize ballot style template | 28 days | Thu 12/31/15 | Wed 1/27/16 | 2 |
| 122 | | | 4.1.2.2 Define configurable settings | 28 days | Thu 12/31/15 | Wed 1/27/16 | 2 |
| 123 | | | 4.1.2.3 Finalize reporting templates | 21 days | Thu 1/28/16 | Wed 2/17/16 | 121 |
| 124 | | | **4.1.3 End-to-End Test** | **2 days** | Thu 2/18/16 | Fri 2/19/16 | 119,121,12 |
| 125 | | | **4.2 Installation and Acceptance Testing** | **121 days** | **Thu 12/31/1!** | **Fri 4/29/16** | |
| 126 | | | **4.2.1 Preparation for Acceptance Testing** | **86 days** | **Thu 12/31/1!** | **Fri 3/25/16** | |
| 127 | | | 4.2.1.1 Review County Operations Space | 18 days | Thu 12/31/15 | Sun 1/17/16 | 2 |
| 128 | | | 4.2.1.2 Issue space recommendations | 5 days | Mon 1/18/16 | Fri 1/22/16 | 127 |
| 129 | | | **4.2.1.3 Stage and Ship Delivery** | **25 days** | **Tue 3/1/16** | **Fri 3/25/16** | |
| 130 | | | 4.2.1.3.1 Configure Servers | 5 days | Tue 3/1/16 | Sat 3/5/16 | |
| 131 | | | 4.2.1.3.2 Test Servers | 5 days | Mon 3/7/16 | Fri 3/11/16 | 130FS+1 da |
| 132 | | | 4.2.1.3.3 Internal Acceptance of ICX, ICC and Adjudication systems | 10 days | Mon 3/14/16 | Wed 3/23/16 | 131FS+2 da |
| 133 | | | 4.2.1.3.4 Configure ICC Systems | 10 days | Tue 3/1/16 | Thu 3/10/16 | |
| 134 | | | 4.2.1.3.5 Test ICC Systems | 10 days | Tue 3/1/16 | Thu 3/10/16 | |
| 135 | | | 4.2.1.3.6 Stage and Ship | 12 days | Mon 3/14/16 | Fri 3/25/16 | |
| 136 | | | **4.2.2 Acceptance Testing** | **26 days** | **Mon 4/4/16** | **Fri 4/29/16** | |
| 137 | | | 4.2.2.1 ICX Acceptance | 19 days | Mon 4/4/16 | Fri 4/22/16 | |
| 138 | | | 4.2.2.2 Acceptance Testing of EMS Systems | 19 days | Mon 4/4/16 | Fri 4/22/16 | |
| 139 | | | 4.2.2.3 Acceptance Testing of ICC Systems | 19 days | Mon 4/4/16 | Fri 4/22/16 | |
| 140 | | | 4.2.2.4 End-to-End System Tests | 5 days | Mon 4/25/16 | Fri 4/29/16 | |
| 141 | | | **4.3 Training** | **182 days** | **Tue 12/1/15** | **Mon 5/30/16** | |
| 142 | | | **4.3.1 Finalize User Documentation** | **28 days** | **Tue 12/1/15** | **Mon 12/28/1!** | |
| 143 | | | **4.3.1.1 ICX Documentation** | **28 days** | **Tue 12/1/15** | **Mon 12/28/1!** | |
| 144 | | | 4.3.1.1.1 ICX User Guide | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 145 | | | 4.3.1.1.2 Acceptance Test Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 146 | | | 4.3.1.1.3 L&A Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 | |

| ID | ℹ | Task Mode | Task Name | Duration | Start | Finish | Predecessor |
|---|---|---|---|---|---|---|---|
| 147 | | | 4.3.1.1.4 Poll-Worker Training Manual | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 148 | | | **4.3.1.2 ICC Documentation** | **28 days** | **Tue 12/1/15** | **Mon 12/28/15** | |
| 149 | | | 4.3.1.2.1 ICC User Guide | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 150 | | | 4.3.1.2.2 Acceptance Test Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 151 | | | 4.3.1.2.3 Operator Training Manual | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 152 | | | 4.3.1.2.4 L & A Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 153 | | | **4.3.1.3 Adjudication** | **28 days** | **Tue 12/1/15** | **Mon 12/28/15** | |
| 154 | | | 4.3.1.3.1 Adjudication Users Guide | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 155 | | | 4.3.1.3.2 Adjudication Quick Reference Guide | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 156 | | | 4.3.1.3.3 Operator Training Manual | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 157 | | | 4.3.1.3.4 L&A Procedure, checklist and sign-off form | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 158 | | | **4.3.1.4 EMS Documentation** | **28 days** | **Tue 12/1/15** | **Mon 12/28/15** | |
| 159 | | | 4.3.1.4.1 EED Users guide | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 160 | | | 4.3.1.4.2 RTR Users guide | 28 days | Tue 12/1/15 | Mon 12/28/15 | |
| 161 | | | **4.3.2 Customer System Training** | **85 days** | **Mon 3/7/16** | **Mon 5/30/16** | |
| 162 | | | **4.3.2.1 Region 1 Training** | **78 days** | **Mon 3/7/16** | **Mon 5/23/16** | |
| 163 | | | 4.3.2.1.1 ICC/Adjudication Operations training | 2 days | Mon 3/7/16 | Tue 3/8/16 | |
| 164 | | | 4.3.2.1.2 ICX Operations training | 1 day | Wed 3/9/16 | Wed 3/9/16 | |
| 165 | | | 4.3.2.1.3 EMS / RTR Training | 5 days | Mon 4/25/16 | Fri 4/29/16 | |
| 166 | | | 4.3.2.1.4 Pollworker Train the Trainer | 1 day | Mon 5/23/16 | Mon 5/23/16 | |
| 167 | | | **4.3.2.2 Region 2 Training** | **73 days** | **Mon 3/14/16** | **Wed 5/25/16** | |
| 168 | | | 4.3.2.2.1 ICC/Adjudication Operations training | 2 days | Mon 3/14/16 | Tue 3/15/16 | |
| 169 | | | 4.3.2.2.2 ICX Operations training | 1 day | Wed 3/16/16 | Wed 3/16/16 | |
| 170 | | | 4.3.2.2.3 EMS / RTR Training | 5 days | Mon 5/2/16 | Fri 5/6/16 | |
| 171 | | | 4.3.2.2.4 Pollworker Train the Trainer | 1 day | Wed 5/25/16 | Wed 5/25/16 | |
| 172 | | | **4.3.2.3 Region 3 Training** | **68 days** | **Mon 3/21/16** | **Fri 5/27/16** | |
| 173 | | | 4.3.2.3.1 ICC/Adjudication Operations training | 2 days | Mon 3/21/16 | Tue 3/22/16 | |
| 174 | | | 4.3.2.3.2 ICX Operations training | 1 day | Wed 3/23/16 | Wed 3/23/16 | |
| 175 | | | 4.3.2.3.3 EMS / RTR Training | 5 days | Mon 5/9/16 | Fri 5/13/16 | |
| 176 | | | 4.3.2.3.4 Pollworker Train the Trainer | 1 day | Fri 5/27/16 | Fri 5/27/16 | |
| 177 | | | **4.3.2.4 Tier 1.1 Counties Training** | **64 days** | **Mon 3/28/16** | **Mon 5/30/16** | |
| 178 | | | 4.3.2.4.1 ICC/Adjudication Operations training | 2 days | Mon 3/28/16 | Tue 3/29/16 | |
| 179 | | | 4.3.2.4.2 ICX Operations training | 1 day | Wed 3/30/16 | Wed 3/30/16 | |

| ID | | Task Mode | Task Name | Duration | Start | Finish | Predecessor |
|---|---|---|---|---|---|---|---|
| 180 | | | 4.3.2.4.3 EMS / RTR Training | 5 days | Mon 5/2/16 | Fri 5/6/16 | |
| 181 | | | 4.3.2.4.4 Pollworker Train the Trainer | 1 day | Mon 5/30/16 | Mon 5/30/16 | |
| 182 | | | **5 2016 Primary Election** | **87 days** | **Mon 4/4/16** | **Wed 6/29/16** | |
| 183 | | | **5.1 Election Programming** | **56 days** | **Mon 4/4/16** | **Sun 5/29/16** | |
| 184 | | | **5.1.1  Import Jurisdictional Data** | **16 days** | **Mon 4/4/16** | **Tue 4/19/16** | |
| 185 | | | 5.1.1.1 Jurisdictional data imported | 1 day | Mon 4/4/16 | Mon 4/4/16 | |
| 186 | | | 5.1.1.2 Preliminary Election Database, Ballot and Report Creation | 8 days | Fri 4/8/16 | Fri 4/15/16 | |
| 187 | | | 5.1.1.3 Initial Ballot Proofs Reviewed by Counties | 1 day | Mon 4/18/16 | Mon 4/18/16 | 186FS+2 da |
| 188 | | | 5.1.1.4 Initial Report Proofing Packages Reviewed by Counties | 1 day | Tue 4/19/16 | Tue 4/19/16 | 187 |
| 189 | | | **5.1.2 Final Election Ballot and Database Creation** | **11 days** | **Mon 5/2/16** | **Thu 5/12/16** | |
| 190 | | | 5.1.2.1 Ballot Certification Deadline for Primary | 1 day | Mon 5/2/16 | Mon 5/2/16 | |
| 191 | | | 5.1.2.2 Final Ballot and Report Proofs to County Officials | 8 days | Tue 5/3/16 | Tue 5/10/16 | 190 |
| 192 | | | 5.1.2.3 Ballot and Report Review by Client | 1 day | Wed 5/11/16 | Wed 5/11/16 | 191 |
| 193 | | | 5.1.2.4 Revisions to Ballots and/or Reports | 1 day | Thu 5/12/16 | Thu 5/12/16 | 192 |
| 194 | | | **5.1.3 Election Materials Provided to County** | **17 days** | **Fri 5/13/16** | **Sun 5/29/16** | |
| 195 | | | 5.1.3.1 Official Ballot Images generated | 1 day | Fri 5/13/16 | Fri 5/13/16 | 193 |
| 196 | | | 5.1.3.2 L&A Test Ballots Generated | 8 days | Fri 5/13/16 | Fri 5/20/16 | 193SS+1 da |
| 197 | | | 5.1.3.3 Distribute Election Project Packages | 7 days | Mon 5/23/16 | Sun 5/29/16 | 196FS+2 da |
| 198 | | | **5.2 Primary Election - Finalize Election Files & Logic and Accuracy Testing** | **12 days** | **Mon 5/30/16** | **Fri 6/10/16** | |
| 199 | | | 5.2.1 County Receives and Restores Election package | 1 day | Mon 5/30/16 | Mon 5/30/16 | 197 |
| 200 | | | 5.2.2 Test ballots provided to printer | 3 days | Tue 5/31/16 | Thu 6/2/16 | 199 |
| 201 | | | 5.2.3 Load Election Files to ICC and ICX | 1 day | Tue 5/31/16 | Tue 5/31/16 | 199 |
| 202 | | | 5.2.4 Scan test ballots, upload and verify results | 10 days | Tue 5/31/16 | Thu 6/9/16 | 199 |
| 203 | | | 5.2.5 Export Results to State-wide System | 1 day | Fri 6/10/16 | Fri 6/10/16 | 202 |
| 204 | | | **5.3 Election Support - Primary Election** | **17 days** | **Mon 6/13/16** | **Wed 6/29/16** | |
| 205 | | | **5.3.1 Mail Ballot Tabulation Support** | **16 days** | **Mon 6/13/16** | **Tue 6/28/16** | |
| 206 | | | 5.3.1.1 Region 1 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 207 | | | 5.3.1.2 Region 2 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 208 | | | 5.3.1.3 Region 3 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 209 | | | 5.3.1.4 County Tier 1.1 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 210 | | | 5.3.1.5 County Tier 1.1 | 16 days | Mon 6/13/16 | Tue 6/28/16 | |
| 211 | | | **5.3.2 VSPC** | **9 days** | **Mon 6/20/16** | **Tue 6/28/16** | |
| 212 | | | 5.3.2.1 Region 1 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |

| ID | | Task Mode | Task Name | Duration | Start | Finish | Predecessor |
|---|---|---|---|---|---|---|---|
| 213 | | | 5.3.2.2 Region 2 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 214 | | | 5.3.2.3 Region 3 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 215 | | | 5.3.2.4 County Tier 1.1 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 216 | | | 5.3.2.5 County Tier 1.1 | 9 days | Mon 6/20/16 | Tue 6/28/16 | |
| 217 | | | **5.3.3 Election Day Support** | **3 days** | **Mon 6/27/16** | **Wed 6/29/16** | **14** |
| 218 | | | 5.3.3.1 Region 1 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 219 | | | 5.3.3.2 Region 2 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 220 | | | 5.3.3.3 Region 3 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 221 | | | 5.3.3.4 County Tier 1.1 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 222 | | | 5.3.3.5 County Tier 1.1 | 3 days | Mon 6/27/16 | Wed 6/29/16 | |
| 223 | | | **6 General Election 2016** | **165 days** | **Tue 7/5/16** | **Fri 12/16/16** | |
| 224 | | | **6.1 Project Plan Review and Update** | **28 days** | **Tue 7/5/16** | **Mon 8/1/16** | |
| 225 | | | **6.1.1 Capture Lessons Learned** | **14 days** | **Tue 7/5/16** | **Mon 7/18/16** | |
| 226 | | | 6.1.1.1 Internal Review | 14 days | Tue 7/5/16 | Mon 7/18/16 | 14FS+7 day |
| 227 | | | 6.1.1.2 Stakeholder consultations | 14 days | Tue 7/5/16 | Mon 7/18/16 | 14FS+7 day |
| 228 | | | 6.1.1.3 Review issues log | 14 days | Tue 7/5/16 | Mon 7/18/16 | 14FS+7 day |
| 229 | | | 6.1.2 Revise Project Plan and Project Schedule | 14 days | Tue 7/19/16 | Mon 8/1/16 | 228,226,22 |
| 230 | | | 6.1.3 Revise Project and User Documentation | 14 days | Tue 7/19/16 | Mon 8/1/16 | 228,226,22 |
| 231 | | | **6.2 General Election Supplemental Training for Trainers** | **16 days** | **Mon 9/19/16** | **Tue 10/4/16** | |
| 232 | | | **6.2.1 Region 1 Training** | **2 days** | **Mon 9/19/16** | **Tue 9/20/16** | |
| 233 | | | 6.2.1.1 Refresh Training | 2 days | Mon 9/19/16 | Tue 9/20/16 | |
| 234 | | | **6.2.2 Region 2 Training** | **2 days** | **Wed 9/21/16** | **Thu 9/22/16** | |
| 235 | | | 6.2.2.1 Refresh Training | 2 days | Wed 9/21/16 | Thu 9/22/16 | 233SS+2 da |
| 236 | | | **6.2.3 Region 3 Training** | **2 days** | **Mon 9/26/16** | **Tue 9/27/16** | |
| 237 | | | 6.2.3.1 Refresh Training | 2 days | Mon 9/26/16 | Tue 9/27/16 | 235SS+5 da |
| 238 | | | **6.2.4 County Tier 1.1** | **2 days** | **Wed 9/28/16** | **Thu 9/29/16** | |
| 239 | | | 6.2.4.1 Refresh Training | 2 days | Wed 9/28/16 | Thu 9/29/16 | 237SS+2 da |
| 240 | | | **6.2.5 County Tier 1.1** | **2 days** | **Mon 10/3/16** | **Tue 10/4/16** | |
| 241 | | | 6.2.5.1 Refresh Training | 2 days | Mon 10/3/16 | Tue 10/4/16 | 239SS+5 da |
| 242 | | | **6.3 Election Programming - General Election** | **25 days** | **Tue 9/6/16** | **Fri 9/30/16** | |
| 243 | | | **6.3.1 Import Jurisdictional Data** | **4 days** | **Tue 9/6/16** | **Fri 9/9/16** | |
| 244 | | | 6.3.1.1 Jurisdictional data imported | 1 day | Tue 9/6/16 | Tue 9/6/16 | |
| 245 | | | 6.3.1.2 Preliminary Election Database, Ballot and Report Creation | 2 days | Wed 9/7/16 | Thu 9/8/16 | 244 |

| ID | ℹ | Task Mode | Task Name | Duration | Start | Finish | Predecessor |
|---|---|---|---|---|---|---|---|
| 246 | | 🔧 | 6.3.1.3 Initial Ballot Proofs Reviewed by Counties | 1 day | Fri 9/9/16 | Fri 9/9/16 | 244,245 |
| 247 | | 🔧 | **6.3.2 Final Election Ballot and Database Creation** | **9 days** | **Mon 9/12/16** | **Tue 9/20/16** | |
| 248 | ▦ | 🔧 | 6.3.2.1 Ballot Certification Deadline for General | 1 day | Mon 9/12/16 | Mon 9/12/16 | 245 |
| 249 | ▦ | 🔧 | 6.3.2.2 Final Ballot and Report Proofs to County Officials | 8 days | Tue 9/13/16 | Tue 9/20/16 | 248 |
| 250 | | 🔧 | 6.3.2.3 Ballot and Report Review by Client | 1 day | Tue 9/13/16 | Tue 9/13/16 | 249SS |
| 251 | | 🔧 | 6.3.2.4 Revisions to Ballots and/or Reports | 1 day | Wed 9/14/16 | Wed 9/14/16 | 250 |
| 252 | | 🔧 | **6.3.3 Election Materials Provided to County** | **16 days** | **Thu 9/15/16** | **Fri 9/30/16** | **250** |
| 253 | | 🔧 | 6.3.3.1 Official Ballot Images generated | 1 day | Thu 9/15/16 | Thu 9/15/16 | 251 |
| 254 | | 🔧 | 6.3.3.2 L & A Test Ballots Generated | 8 days | Fri 9/16/16 | Fri 9/23/16 | 253 |
| 255 | | 🔧 | 6.3.3.3 Distribute Election Project Packages | 7 days | Sat 9/24/16 | Fri 9/30/16 | 254 |
| 256 | | 🔧 | **6.4 General Election - Finalize Election Files & Logic and Accuracy Testing** | **16 days** | **Wed 10/5/16** | **Thu 10/20/16** | **254** |
| 257 | ▦ | 🔧 | 6.4.1 County Receives and Restores Election package | 1 day | Wed 10/5/16 | Wed 10/5/16 | |
| 258 | | 🔧 | 6.4.2 Test ballots provided to printer | 3 days | Thu 10/6/16 | Sat 10/8/16 | 257 |
| 259 | ▦ | 🔧 | 6.4.3 Load Election Files to ICC and ICX | 1 day | Mon 10/10/1 | Mon 10/10/16 | |
| 260 | ▦ | 🔧 | 6.4.4 Scan test ballots, upload and verify results | 10 days | Mon 10/10/1 | Wed 10/19/16 | |
| 261 | | 📌 | 6.4.5 Export Results to State-wide System | 1 day | Thu 10/20/16 | Thu 10/20/16 | 260FS+2 da |
| 262 | | 🔧 | **6.5 Election Support - General Election** | **54 days** | **Mon 10/24/1** | **Fri 12/16/16** | |
| 263 | | 📌 | **6.5.1 Mail Ballot Tabulation Support** | **16 days** | **Mon 10/24/1** | **Tue 11/8/16** | |
| 264 | ▦ | 🔧 | **6.5.1.1 Region 1** | **16 days** | **Mon 10/24/1** | **Tue 11/8/16** | |
| 265 | ▦ | 🔧 | **6.5.1.2 Region 2** | **16 days** | **Mon 10/24/1** | **Tue 11/8/16** | |
| 266 | ▦ | 🔧 | **6.5.1.3 Region 3** | **16 days** | **Mon 10/24/1** | **Tue 11/8/16** | |
| 267 | ▦ | 🔧 | **6.5.1.4 County Tier 1.1** | **16 days** | **Mon 10/24/1** | **Tue 11/8/16** | |
| 268 | ▦ | 🔧 | **6.5.1.5 County Tier 1.1** | **16 days** | **Mon 10/24/1** | **Tue 11/8/16** | |
| 269 | | 🔧 | **6.5.2 VSPC support** | **16 days** | **Mon 10/24/1** | **Tue 11/8/16** | |
| 270 | ▦ | 🔧 | 6.5.2.1 Region 1 | 16 days | Mon 10/24/1 | Tue 11/8/16 | |
| 271 | ▦ | 🔧 | 6.5.2.2 Region 2 | 16 days | Mon 10/24/1 | Tue 11/8/16 | |
| 272 | ▦ | 🔧 | 6.5.2.3 Region 3 | 16 days | Mon 10/24/1 | Tue 11/8/16 | |
| 273 | ▦ | 🔧 | 6.5.2.4 County Tier 1.1 | 16 days | Mon 10/24/1 | Tue 11/8/16 | |
| 274 | ▦ | 🔧 | 6.5.2.5 County Tier 1.1 | 16 days | Mon 10/24/1 | Tue 11/8/16 | |
| 275 | | 🔧 | **6.5.3 Election Day Support** | **3 days** | **Mon 11/7/16** | **Wed 11/9/16** | |
| 276 | ▦ | 🔧 | 6.5.3.1 Region 1 | 3 days | Mon 11/7/16 | Wed 11/9/16 | |
| 277 | ▦ | 🔧 | 6.5.3.2 Region 2 | 3 days | Mon 11/7/16 | Wed 11/9/16 | |
| 278 | ▦ | 🔧 | 6.5.3.3 Region 3 | 3 days | Mon 11/7/16 | Wed 11/9/16 | |

| ID | | Task Mode | Task Name | Duration | Start | Finish | Predecessor |
|----|---|-----------|-----------|----------|-------|--------|-------------|
| 279 | | | 6.5.3.4 County Tier 1.1 | 3 days | Mon 11/7/16 | Wed 11/9/16 | |
| 280 | | | 6.5.3.5 County Tier 1.1 | 3 days | Mon 11/7/16 | Wed 11/9/16 | |
| 281 | | | **6.5.4 Project Plan Review and Update** | **33 days** | **Mon 11/14/1** | **Fri 12/16/16** | |
| 282 | | | **6.5.4.1 Capture Lessons Learned** | **33 days** | **Mon 11/14/1** | **Fri 12/16/16** | |
| 283 | | | 6.5.4.1.1 Internal Review | 5 days | Mon 11/14/1 | Fri 11/18/16 | |
| 284 | | | 6.5.4.1.2 Stakeholder consultations | 5 days | Mon 12/5/16 | Fri 12/9/16 | |
| 285 | | | 6.5.4.1.3 Review issues log | 5 days | Mon 12/12/1 | Fri 12/16/16 | |

Resource Names

| Resource Names |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| Resource Names |
|---|
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| Resource Names |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

| Resource Names |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

| Resource Names |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

| Resource Names |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

| Resource Names |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |