# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

U.S. DOMINION VOTING INC., ET AL

                Plaintiff

      vs.                      Civil Action No. 1:21-cv--02131

DR. PATRICK BYRNE,

                Defendant

## NOTICE OF APPEAL

Notice is hereby given this 19 day of DECEMBER, 20 24, that

DEFENDANT / APPELLANT IN THE ABOVE-CAPTIONED MATTER

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 13 day of DECEMBER, 20 24

in favor of DEFENDANT / APPELLEES U.S. DOMINION, INC., ET AL

against said APPELLANT DR. PATRICK BYRNE

                                              /s/ Stefanie Lambert
                                                  Attorney or Pro Se Litigant
                                    Stefanie Lambert Juntilla (MI 0103)
                                    Attorney for Defendant Patrick Byrne

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**      Please mail copies of the above Notice of Appeal to the following at the addresses indicated: