# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-7195**  **September Term, 2024**

**1:21-cv-02131-CJN-MAU**

**Filed On: June 17, 2025** [2121250]

US Dominion, Inc., et al.,

    Appellees

  v.

Patrick Byrne,

    Appellant

## M A N D A T E

In accordance with the order of March 24, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

                BY:   /s/
                         Daniel J. Reidy
                         Deputy Clerk

Link to the order filed March 24, 2025