IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. 1:21-cv-02131 (CJN)

U.S. DOMINION, INC., et al.,

        Plaintiff,
v.

PATRICK BYRNE,

        Defendants.
_____/

## DEFENDANT'S MOTION FOR 7-DAY EXTENSION TO FILE JOINT STATUS REPORT

The Defendant, PATRICK BYRNE, by and through his undersigned counsel, hereby moves this Honorable Court for a seven (7) day extension of time to file a Joint Status Report required by the October 31, 2025, Minute Order. The Undersigned Counsel has recently been retained and needs an additional seven (7) days to meet and confer with opposing counsel. Opposing counsel does not object to a seven (7) day extension to file Joint Status Report.

Dated: November 14, 2025

Respectfully submitted,

/s/ *Peter Ticktin*

Peter Ticktin, Esquire
(D.C. Bar No.: FL0114)
(Florida Bar No. 887935)
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Serv512@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was filed electronically with the Clerk of Court on November 14, 2025, using the CM/ECF system, which will send notification to all counsel of record.

**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441-1610
Telephone: (954) 570-6757


 _/s/ Peter Ticktin_____
PETER TICKTIN, ESQUIRE
(D.C. Bar No.: FL0114)
(Florida Bar No. 887935)