IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:21-cv-02131-CJN-MAU

US DOMINION, INC.,
DOMINION VOTING
SYSTEMS, INC., and
DOMINION VOTING SYSTEMS
CORPORATION.,

        Plaintiffs,

v.

PATRICK BYRNE,

        Defendant.
_____/

## **DEFENDANT PATRICK BYRNE'S STATUS REPORT**

    The Defendant, Patrick Byrne, by through his undersigned counsel, respectfully submits the following statement in response to the Courts Minute Order dated October 31, 2025, which directed the parties to file a Joint Status Report addressing the current status of this case, including whether the stay should be lifted, what motions remain live, and the sequence of next events in this matter.

    The Defendant's undersigned counsel was recently retained to represent Mr. Byrne in this matter. As such, counsel is in the process of familiarizing themselves with the extensive record, including the procedural history, prior rulings, and the

voluminous discovery materials produced in this case. The Plaintiffs' counsel has indicated that Dominion Voting Systems, Inc. produced approximately 3,655,190 documents, including materials from the *US Dominion, Inc. v. Fox News Network, Inc.*, 293 A.3d 1002 (Del. Super. Ct. 2023) case, to Mr. Byrne prior to February 29, 2024.

The undersigned has not yet received any of the production from the Plaintiffs' and given the volume of documents and the restrictions previously imposed by the Court, the Defendant's counsel requires additional time to review the discovery materials, assess compliance with prior Court orders, and determine the scope of any outstanding discovery issues.

Immediately upon appearing in this matter on behalf of Dr. Byrne, the undersigned's office requested all necessary documents such as contracts, licensing agreements, evidence of sale as it has been reported by various media outlets such that the undersigned may properly advise his client; however, the Plaintiffs informed the undersigned's office as of last night that Susman Godfrey represents both Dominion and Liberty Voting Systems, Inc. The undersigned's own investigation of the identity of Dominion, has revealed documents signed by Scott Leinendecker to change the name of Dominion Voting Systems, Inc to Liberty Vote USA, Inc. A true and correct Statement of Change, which was filed with the Colorado Secretary of State, is attached hereto and marked as Exhibit "A."

At the time that Scott Leinendecker formed KnowInk, his CFO, Kevin Schott, had an open SEC charge related to foreign money laundering. The undersigned counsel is working to investigate this matter independently, but those documents suggest that Liberty Vote USA, Inc., is and has been, an alter ego of Dominion Voting Systems, Inc.

The undersigned has been prevented from communicating with Counsel for the Plaintiffs as it is unclear whether the Plaintiffs' counsel represents Dominion, Liberty Voting Systems, Inc, and Scott Leinendecker, which would represent a conflict of interest requiring the Plaintiffs' counsel's disqualification from the case *sub judice*.

Despite the repeated requests from the undersigned's law firm the counsel for the Plaintiffs, the Plaintiffs' have refused to respond to whether whether Scott Leinendecker, an interested party, is also represented by Susman Godfrey.

The Defendant notes that it is unclear whether the Plaintiff remains Dominion Voting Systems, Inc., or whether there has been a change in ownership or legal entity. The Defendant seeks to ascertain the identity and character of the Plaintiffs to ensure proper representation and to address any potential implications for the case.

In light of the above, the Defendant respectfully requests that the stay in this case remain in effect for an additional 60 days. This period will allow the Defendants counsel to review the 3,655,190 documents produced by the Plaintiff

and assess any additional discovery issues; clarify the identity and character of the Plaintiff; and evaluate the status of any live motions and determine the appropriate sequence of next steps in this case. Moreover, the 3,655,190 documents must be resubmitted in an order that make sense, rather than a scrambled manner, in order to prevent further delays.

The Defendants counsel acknowledges the need to comply with the Courts protective order and has taken steps to ensure that all attorneys in the undersigned's office who intend to access Dominion's discovery materials will execute and serve the required undertaking before accessing such materials.

For the foregoing reasons, the Defendant respectfully requests that the Court maintain the stay in this case for an additional 60 days to allow for the necessary review and preparation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2025, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

>*/s/ Peter Ticktin*
>Peter Ticktin, Esquire
>Florida Bar No. 887935
>Serv512@LegalBrains.com
>**THE TICKTIN LAW GROUP**
>270 SW Natura Avenue
>Deerfield Beach, Florida 33441
>Telephone: (954) 570-6757
>*Attorney for Patrick Byrne*