IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BYRNE, <br><br> Defendant. | Civil Action No. 1:21-cv-02131-CJN-MAU <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

### PLAINTIFFS' RESPONSE TO DEFENDANT'S STATUS REPORT

Plaintiffs, US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), submit this Response to Defendant Patrick Byrne's Status Report, which was filed this evening at Dkt. No. 164.

In his first appearance in this matter, Mr. Byrne's new counsel flaunted the Court's orders to file a "Joint Status Report" and instead filed a Status Report for Mr. Byrne alone—without properly coordinating with Plaintiffs. *See* Minute Orders of Nov. 18, 2025, Oct. 31, 2025. As Exhibits 1 and 2 to this Response show, Plaintiffs' counsel attempted to work with Mr. Byrne's counsel in putting together the Joint Status Report the Court had ordered, including by consenting to Mr. Byrne's extension request, circulating different versions of Plaintiffs' position, and responding to their questions.

As for Mr. Byrne's filing, Plaintiffs disagree with much of it but will leave it there for now. Rather, counsel for Plaintiffs will respond to each of the points raised in Mr. Byrne's filing at a time and in a manner the Court deems fit. Plaintiffs' portion of the joint filing, which the Court requested the parties file together, is attached as Exhibit 3 and was previously filed at Dkt. No. 163

1

on November 14, 2025.

      Counsel for Plaintiffs will make themselves available to discuss this and any other issue at the Court's convenience.

Dated: November 21, 2025

Respectfully submitted,

/s/Davida Brook
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Christina Dieckmann (*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

<u>/s/Davida Brook</u><br>
Davida Brook