# EXHIBIT 2

**Subject:** RE: Dominion v. Byrne - Joint Status Report
**Date:** Friday, November 21, 2025 at 9:55:02 AM Eastern Standard Time
**From:** David Perry
**To:** Davida Brook, George El-Khoury
**CC:** Damaris Concepcion, Peter Ticktin, JP Lozano, Dominion SG Simplelist

<mark>EXTERNAL Email</mark>
Counsel,

I will ask one more time.  Who represents Scott Leinendecker?  Important details necessary for us to complete the status report are being withheld.

---

**From:** Davida Brook <DBrook@susmangodfrey.com>
**Sent:** Friday, November 21, 2025 7:57 AM
**To:** David Perry <DPerry@legalbrains.com>; George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

> You don't often get email from dbrook@susmangodfrey.com. Learn why this is important

David,

As previously explained, discovery in this case as to Plaintiffs has long since closed.  Now is not the time to be making discovery demands, let alone before anyone from your office has returned the signed protective order.  We can be available to explain these issues further as appropriate, but for now, we again ask you to comply with the Court's order by providing Mr. Byrne's portion of the joint status report so we may include it in the document we plan to file no later than 4 pm est today.  As a reminder, here is what the Court required:

A Joint Status Report "that updates the Court about the current status of this case," including by addressing "whether the stay should be lifted in light of the issuance of the Mandate from the Court of Appeals, what motions remain live that the Court should rule on, and what the sequence of next events in this case should be."

Thank you,
Davida

---

**From:** David Perry <DPerry@legalbrains.com>
**Date:** Thursday, November 20, 2025 at 10:45 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin

<pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist
<dominion@simplelists.susmangodfrey.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report

<mark>EXTERNAL Email</mark>
Dear George,

Now that we have learned that you represent both Liberty and Dominion, please provide the requested
documents as to the contracts, sales agreements, license agreements, and any transfer of ownership of
Dominion/Liberty ownership, and who represents Scott Leiendecker, his attorney's law firm and contact
information.  This should be a rather straightforward request.

This request is necessary for us to provide a position as to your request to amend the pleadings.  We are
experienced and can quickly produce a draft to you, but there is very little information that has been
provided to assist in providing any meaningful details in the status report.

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Sent:** Wednesday, November 19, 2025 8:17 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP
Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist
<dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

David,

We do not understand how your request, made for the first time late last evening, for "all
contracts, sales agreements, and license agreements" relates to the joint status report filing on
Friday. Nor do we believe this is a reasonable request on 24-hours' notice.

Further, and to be clear, Plaintiffs produced 3,655,190 documents, including everything
produced in the Dominion v. Fox case, to Mr. Byrne before February 29, 2024. Mr. Byrne and
his former lawyer, Stefanie Lambert, then improperly shared documents produced by Dominion
in this case, which resulted in orders from the Court sanctioning Ms. Lambert, including in
orders that Mr. Byrne and Ms. Lambert have yet to comply with. In later dates, Dominion made
some additional productions based on specific requests from other defendants, such as
OAN. But these productions were not shared with Mr. Byrne in part because the Court
prohibited Mr. Byrne from accessing Dominion's discovery material while the issue of his and
Ms. Lambert's breaches of the protective order were being resolved. We can discuss what to do
about that subset of documents once the issues laid out in our portion of the joint status report
are resolved. Otherwise, discovery as to Dominion has long since been complete.

Also, for all attorneys in your office who intend to access Dominion discovery material, please
execute and serve the attached undertaking before any such attorneys gain access to those
materials.

As to Liberty Vote, we - Susman Godfrey - represent Liberty Vote.


Please note that US Dominion, Inc. has changed its name to Liberty Vote Holdings Inc., and that Dominion Voting Systems, Inc. has changed its name to Liberty Vote USA Inc. Dominion Voting Systems Corporation has the same name as before. After the stay in this matter is lifted, we will be filing a motion to amend the pleadings for the sole purpose of changing the caption in this matter to reflect the new names of US Dominion, Inc. and Dominion Voting Systems, Inc. Please confirm whether Mr. Byrne opposes that motion.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** David Perry <DPerry@legalbrains.com>
**Date:** Wednesday, November 19, 2025 at 5:44 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report
EXTERNAL Email
George,

I hope that you are doing well.  I wanted to circle back with you as to the information that we requested as I understand that we are on a tight schedule.

Warmly,

David

---

**From:** David Perry
**Sent:** Tuesday, November 18, 2025 9:41 PM
**To:** 'George El-Khoury' <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report

Good evening,

Your agreement regarding the extension is greatly appreciated.  That said, I will do my best to review the information included in your Status Report with Mr. Ticktin by your requested deadline; however, I must

inform you that Mr. Ticktin will be unavailable for most of the day tomorrow, so I may not be able to provide an update by tomorrow afternoon.

In the meantime, to ensure we have a complete understanding of the case, could you please provide copies of all contracts, sales agreements, and license agreements?  Additionally, please share the law firm name and contact information for Liberty Voting's counsel, as they appear to be an interested party.  This information will allow us to properly advise the Court.

Thank you again for your attention to this matter, and please don't hesitate to reach out if you need anything further.

Warmly,

David

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Sent:** Tuesday, November 18, 2025 12:59 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

David,

Pursuant to the Court's Minute Order entered today, attached is a draft joint status report. Please include Mr. Byrne's position where it says, "Defendant's Position," and please include a signature block beneath ours. Please provide Mr. Byrne's position by the end of day tomorrow so that we may consider it in advance of the Friday deadline.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Date:** Friday, November 14, 2025 at 4:12 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report
David,

As I stated, we consent to your extension request. However, if the Court does not act on it before

7pm this evening, we will file the attached status report in order to stay compliant with the Court's deadline. If you provide us Mr. Byrne's position, we will include it, convert the report back into a joint report, and have it filed.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Date:** Friday, November 14, 2025 at 3:49 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

Thank you, David. We consent to the extension. If the motion for extension is not filed today, we will proceed with filing the status report.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** David Perry <DPerry@legalbrains.com>
**Date:** Friday, November 14, 2025 at 3:32 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report

EXTERNAL Email

George,

Yes.  We will be preparing and filing the Extension Request today.

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Sent:** Friday, November 14, 2025 3:19 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

You don't often get email from gel-khoury@susmangodfrey.com. Learn why this is important

Fixing a typographical error below.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Date:** Friday, November 14, 2025 at 3:16 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

<mark>EXTERNAL Email</mark>

David,

Thank you for your email. While we consider your request, please confirm that, if we agree, you will be preparing and filing the extension request today. Further, in all future communications with us about this case, please copy the reflector email, dominion@simplelists.susmangodfrey.com, so that all counsel for Dominion will receive your emails.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** David Perry <DPerry@legalbrains.com>
**Date:** Friday, November 14, 2025 at 3:00 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report

<mark>EXTERNAL Email</mark>

George,

Mr. Ticktin was recently retained to represent Patrick Byrne in this matter.  That said, Mr. Ticktin is unavailable this afternoon as he is traveling.  Since we are new to this case, we will be moving for a 7-day extension of time to submit the Joint Status Report.  Do you oppose the relief sought?.

David

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Sent:** Friday, November 14, 2025 1:21 PM
**To:** Serv512 <serv512@legalbrains.com>
**Cc:** Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

Some people who received this message don't often get email from gel-khoury@susmangodfrey.com. Learn why this is important

Mr. Ticktin,

We saw that you entered your appearance on the docket this afternoon. As Ms. Brook explained below, the Court ordered the parties file a joint status report this coming Friday. Attached is a draft with Plaintiffs' position in the attached.  Please send us anything you would like included under Defendant's position by 4:00 pm EST today and we will have it prepared for filing.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** Davida Brook <DBrook@susmangodfrey.com>
**Date:** Wednesday, November 12, 2025 at 7:27 PM
**To:** pmbyrne@protonmail.com <pmbyrne@protonmail.com>
**Cc:** Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Dominion v. Byrne - Joint Status Report
EXTERNAL Email
Mr. Byrne,

The Court ordered the parties file a joint status report this coming Friday.  I have prepared a draft with Plaintiffs' position in the attached.  Please send us anything you would like included under Defendant's position by 5:00 pm est tomorrow and we will have it prepared for filing on Friday.

Thank you,
Davida