# EXHIBIT A

| | |
|---|---|
| **Subject:** | RE: Information Needed for Status Report re: Dominion et al., v. Patrick Byrne |
| **Date:** | Friday, January 9, 2026 at 5:49:10 PM Eastern Standard Time |
| **From:** | David Perry |
| **To:** | Eve Levin, Peter Ticktin |
| **CC:** | Damaris Concepcion, dominion@simplelists.susmangodfrey.com, George El-Khoury, Stephen Shackelford, Davida Brook |
| **Attachments:** | image001.png, image002.png, image003.png, Joint Status Report Status Report - Byrne.docx, Letter of Hugo Carvajal Barrios.pdf |

**EXTERNAL Email**

Eve,

I'm not entirely sure what other issues you may be bringing up; however, please see the attached and send us back a draft with the position of both sides such that we may review and the status report can be filed before EOD tomorrow.

---

**From:** Eve Levin <ELevin@susmangodfrey.com>
**Sent:** Friday, January 9, 2026 5:00 PM
**To:** David Perry <DPerry@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; dominion@simplelists.susmangodfrey.com; George El-Khoury <GEl-Khoury@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: Information Needed for Status Report re: Dominion et al., v. Patrick Byrne

Hi David,

Despite being phrased as a reminder, this is your first request to receive a copy of our portion in advance of filing. We're happy to provide one as soon as possible, but we're still working on it.

All best,
Eve

---

**From:** David Perry <DPerry@legalbrains.com>
**Sent:** Friday, January 9, 2026 3:39 PM
**To:** Eve Levin <ELevin@susmangodfrey.com>; Peter Ticktin <pt@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; dominion@simplelists.susmangodfrey.com; George El-Khoury <GEl-Khoury@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: Information Needed for Status Report re: Dominion et al., v. Patrick Byrne

**EXTERNAL Email**

Good afternoon,

I just wanted to remind you, that we still waiting on the draft of the Joint Status Report so that we can add Dr. Byrne's positions.

1 of 7

**From:** Eve Levin <ELevin@susmangodfrey.com>
**Sent:** Thursday, January 8, 2026 4:54 PM
**To:** Peter Ticktin <pt@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; dominion@simplelists.susmangodfrey.com; David Perry <DPerry@legalbrains.com>; George El-Khoury <GEl-Khoury@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: Information Needed for Status Report re: Dominion et al., v. Patrick Byrne

Peter:

We disagree with almost everything in your email but will not belabor those points here. 10:00AM tomorrow is fine (I assume you mean ET, but if that assumption is incorrect, let me know). I'll send an invite.

Looking ahead, we're preparing Plaintiff's insert for the Joint Status report, which has a background section and then addresses each of the questions posed by the Court in turn—namely, (1) whether the stay should be lifted, (2) what motions remain live that the Court should rule on, (3) whether a conflict of interest exists regarding Scott Leinendecker, and (4) what the sequence of next events in this case should be. Please confirm Defendant will send us its insert addressing these questions by no later than 8PM ET on Friday, January 9, so that we can finalize and file as a joint report.

Please also respond to this email in advance of our call tomorrow to tell us whether you or anyone else assisting in this matter have accessed any of the Dominion documents produced in this litigation. If the answer is yes, please confirm the following: which documents, who accessed them, when, how (e.g., via a discovery platform, Dar Leaf's publication, some other means), and whether they were shared with anyone and, if so, who and when.

Thank you,
Eve

---

**From:** Peter Ticktin <pt@legalbrains.com>
**Sent:** Thursday, January 8, 2026 2:38 PM
**To:** Eve Levin <ELevin@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; dominion@simplelists.susmangodfrey.com; David Perry <DPerry@legalbrains.com>; George El-Khoury <GEl-Khoury@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Subject:** RE: Information Needed for Status Report re: Dominion et al., v. Patrick Byrne

<mark>EXTERNAL Email</mark>
Please see below for my responses.

Peter

**Peter Ticktin**



T͟ʜᴇ Tɪᴄᴋᴛɪɴ Lᴀᴡ Gʀᴏᴜᴘ

270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com
Service email: Serv512@LegalBrains.com
www.LegalBrains.com



## PLEASE READ THIS NOTICE.

**Due to the large volume of emails I receive and the nature of legal practice, <u>please assume that I did not receive or read any emails sent to me</u> unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.Â  Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. Â§Â§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.Â  Any unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at PT@LegalBrains.com and delete the original message and all copies.

**From:** Eve Levin <ELevin@susmangodfrey.com>
**Sent:** Wednesday, January 7, 2026 1:49 PM
**To:** David Perry <DPerry@legalbrains.com>; George El-Khoury <GEl-Khoury@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Cc:** Peter Ticktin <pt@legalbrains.com>; Damaris Concepcion <DConcepcion@legalbrains.com>; dominion@simplelists.susmangodfrey.com
**Subject:** RE: Information Needed for Status Report re: Dominion et al., v. Patrick Byrne

You don't often get email from elevin@susmangodfrey.com. Learn why this is important

David:

This email is inappropriate and contrary to the Court's orders.
[PT] No it isn't.  Besides, this is not for you to say.  I can understand that you think you can sit in judgment, considering that you are representing a company which was so important in that it was instrumental in taking over the United States for 4 years, but let's get real.  We need the answers to the information we sought.  Considering how much information is coming out these days, you need more than mere impudence to refuse to respond.  The judge has required that we brief whether there is a conflict of interest between Leiendecker/Liberty and Dominion.

It is our information that the EAC has the sale listed as a purchase by Leiendecker/Liberty and that he advised the President of the United States that Liberty bought Dominion.  Now, you are making it seem that there is nothing more than a name change.  Please advise as to which time Leiendecker was telling the truth and which time he was lying.  We are entitled to the truth not just brazen impertinence.

You've now had weeks to specifically articulate the still entirely speculative conflict regarding Mr. Leiendecker and have failed to do so. You've likewise failed to explain why you're entitled to any of the below information, especially well after the close of fact discovery.
[PT] Sorry I need to explain this, but the change of ownership or name change, whichever it is, is now, and now is the time when you are mistakenly saying that the fact discovery is closed.

As to the conflict, you are entirely missing our confusion.  As Mr. Leiendecker/Liberty, who/which was not the owner of Dominion is now the owner of Dominion, there are likely to be issues, such as the liability that Dominion has for its criminal conduct.  We do not know how much Mr. Leiendecker/Liberty paid for a company which is laden with criminal and civil liabilities, which were masked by whatever lies were told.  Of course, we have good reason to believe that Leiendecker is totally in on the fraud and violations of election law, but we have no idea of the specificities and are not able to fully articulate what Leiendecker/Liberty was told, how the deal was negotiated, what the indemnifications are, etc.

You've also failed to acknowledge that we've nevertheless already provided you some of the demanded information, including for example the name of Mr. Leiendecker's attorney.  You also already have certain corporate disclosure information as required by FRCP 7.1.
[PT] I figure that you mean F.R.Civ.P., as the Federal Criminal Rules have nothing to do with this.  In any event, these are our requests:

- Any and all sale documents regarding the sale of Dominion;
  This is exactly what I am looking for to determine what happened, here, so we can know whether there is a conflict.

- The law office and attorney names that handled the sale of Dominion;
  Apparently, we have this, as it is you.

- The name of the escrow agent that handled the sale of Dominion;
    We still do not have this or any way to know what happened.  Sometimes it was a sale.  Sometimes it was a name change and the change of ownership is not consistent.

- The name of Scott Leinendecker's attorney;
    Apparently, we have this, but I have not seen it, yet.

- Documents reflecting any financial or personal interests Leinendecker may have that could influence the case;
    The importance of this is indicated, above.
and

- Corporate disclosure statements to identify any parent corporations or publicly held companies owning 5% or more of Liberty's stock.
    How can we know if there is a conflict if we don't know who is involved?

Adding to the list of failures, you never responded to let alone answered the questions we put to you via email on 12/3 — for your convenience repasted below. Please provide responses to these questions:
[PT]

> Please confirm by end of day tomorrow: (1) that you and Mr. Byrne have reviewed the Court's orders regarding Ms. Lambert; (2) that you and Mr. Byrne have abided by and will continue to abide by the Court's orders regarding Ms. Lambert; and (3) the last date on which Ms. Lambert acted as Mr. Byrne's lawyer in any way on this matter.

[PT] I am sorry, but I am not of the school that I should be answerable to you.  Perhaps, if you tell me all that you have done, I might be willing to share, but I know that you are too bright to ever succumb to my attempts to be intimidating.  If you have accusations to make, please make them to the Court, and we will deal with them.

Thank you for the undertakings signed by you and Mr. Ticktin. Please provide signed undertakings for all other attorneys working with Mr. Byrne on any issue related to this case, today.  To be clear, if we do not receive any additional undertakings we will take this as confirmation that no other attorneys are assisting in anyway on this matter.
[PT] Before we turn our undertakings over to you, please provide all of yours to us, first.  This is absurd, of course, as you are not going to provide these to us from your experts or anyone else.  However, if you are willing to provide them, please do so and also provide copies of all written communications with your experts and other witnesses, or we will take it as confirmation that you are not calling any witnesses.  I'm just being facetious, of course, as your demand is inane, and I hope you can see absurdity when I put the shoe on the other foot.

Finally, as Mr. El-Khoury noted on Monday, the Court's November 26, 2025, order requires us to meet and confer regarding the topics of the joint status report. This is now our second request for that conference. Please provide your availability for that meet and confer to take place tomorrow, January 8.
[PT] I cannot meet today.  **How about tomorrow morning at 10:00 ET?**

If this conduct continues, we will seek fees and all other appropriate relief.
[PT] Please stop the nonsense.  In fact, let's each take a higher road, going forward.  Civility does not mean to make threats or to be nasty.  Good lawyering means being kind, as well as seeking what you need.  Just because I am new to a case which has huge amounts of documentation and because of my being extremely busy, does not give you cause to be nasty and threatening.  I guess I come from an old school, as I am from a different world, one which existed long ago, when Presidential Elections were not fixed, and when people like your client who did such horrible wrongs did not sue for defamation.

BTW, are you watching to see the evidence of your client's wrongdoing, and today's information?  You know, I am sure, that your firm is implicated in the wrongdoing and had its security clearance revoked.  This is part of what makes me wonder how it is that you are threatening those who are representing a good, decent, American, who unearthed your client's activities.  Let's not forget who the real criminal is here.


All best,
Eve


**From:** David Perry <DPerry@legalbrains.com>
**Sent:** Tuesday, January 6, 2026 9:17 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Eve Levin <ELevin@susmangodfrey.com>; Davida Brook <DBrook@susmangodfrey.com>
**Cc:** Peter Ticktin <pt@legalbrains.com>; Damaris Concepcion <DConcepcion@legalbrains.com>
**Subject:** Information Needed for Status Report re: Dominion et al., v. Patrick Byrne

<mark>EXTERNAL Email</mark>
Good evening,

Before we are able to form an opinion as to Dr. Byrne's position for the Joint Status Report, we need to know the following information:

- Any and all sale documents regarding the sale of Dominion;
- The law office and attorney names that handled the sale of Dominion;
- The name of the escrow agent that handled the sale of Dominion;
- The name of Scott Leinendecker's attorney;
- Documents reflecting any financial or personal interests Leinendecker may have that could influence the case; and
- Corporate disclosure statements to identify any parent corporations or publicly held companies owning 5% or more of Liberty's stock.


**Yours,**

6 of 7

**David L. Perry II**
**Registered Patent Attorney**



**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
(954) 570-6757
General email: DPerry@LegalBrains.com
www.LegalBrains.com

**NOTICE:**

Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.  Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.  Any  unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at DPerry@LegalBrains.com and delete the original message and all copies.