# EXHIBIT B

| | |
|---|---|
| **Subject:** | RE: Dominion v. Byrne - Meet and Confer |
| **Date:** | Thursday, January 8, 2026 at 7:23:16 PM Eastern Standard Time |
| **From:** | Peter Ticktin |
| **To:** | Eve Levin |
| **CC:** | dominion@simplelists.susmangodfrey.com, David Perry, Damaris Concepcion |
| **Attachments:** | image001.png, image002.png, image003.png |

EXTERNAL Email

Eve,

Please do me a favor and send over the orders you want me to review.  I will be happy to review them irrespective of whether I already did see them, before.

Hopefully, that will satisfy you and alert me, should I need to be further alerted.

Peter


**Peter Ticktin**



THE TICKTIN LAW GROUP
270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com
Service email: Serv512@LegalBrains.com
www.LegalBrains.com




## PLEASE READ THIS NOTICE.

**Due to the large volume of emails I receive and the nature of legal practice, <u>please assume that I did not receive or read any emails sent to me</u> unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent. Moreover, sometimes, staff will**

1 of 5

**access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.  Any unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at [PT@LegalBrains.com](mailto:PT@LegalBrains.com) and delete the original message and all copies.

---

**From:** Eve Levin <[ELevin@susmangodfrey.com](mailto:ELevin@susmangodfrey.com)>
**Sent:** Thursday, January 8, 2026 7:03 PM
**To:** Peter Ticktin <[pt@legalbrains.com](mailto:pt@legalbrains.com)>
**Cc:** dominion@simplelists.susmangodfrey.com; David Perry <DPerry@legalbrains.com>; Damaris Concepcion <DConcepcion@legalbrains.com>
**Subject:** RE: Dominion v. Byrne - Meet and Confer

Peter,

Thanks for your email, though it raises more questions than it answers.  Have you reviewed the Court's orders in this case?  In particular, have you reviewed the orders regarding Ms. Lambert's and Mr. Byrne's improper sharing of discovery documents?  Your email suggests you're unaware of those orders' restrictions on access to documents Plaintiffs previously produced to your client.  Please respond in writing to let us know that you've reviewed these orders.

Among other things, those orders explicitly provide:

- "iDiscovery Solutions and Innovative Driven **shall not allow any party, party's attorney, or other non-party individual or entity to access any portion of the documents being hosted at the direction of Patrick Byrne and/or his representatives**; [and] [i]f any party, attorney, non-party, or other individual or entity attempts to compel iDiscovery Solutions and/or Innovative Driven to provide access to the aforementioned documents, iDiscovery Solutions and/or Innovative Driven shall resist any such legal process and promptly notify the Court and counsel for Dominion that such attempt to compel access has been instituted." (Dkt. 77)
- "With respect to all Dominion-produced documents contained in the repositories of ediscovery vendors iDiscovery Solutions and Innovative Driven, iDiscovery Solutions and Innovative Driven, those vendors **shall continue not to allow any person access to such documents unless specifically authorized by this Court**." 08/23/2024 Minute Order

In short: absent specific authorization from the Court, no person is permitted to access the documents Plaintiffs have produced to your client.

We're open to discussing how, subject to Court approval, you might re-obtain access to documents previously produced by Plaintiffs to your client (we assume you don't need our help in accessing the documents produced by your client) but — and critically — first need answers to the below previously posed questions and requests.  I've repasted them here for your convenience.

> (1) Confirmation that you and Mr. Byrne have reviewed the Court's orders regarding Ms. Lambert;
> (2) Confirmation that you, Mr. Byrne, and all other individuals assisting in this matter have abided by and will continue to abide by the Court's orders regarding Ms. Lambert (something the Court has repeatedly required of Mr. Byrne and he has failed to do);
> (3) The last date on which Ms. Lambert acted as Mr. Byrne's lawyer in any way on this matter;
> (4) Undertakings signed by all attorneys working with Mr. Byrne on any issue related to this case;
> (5) Whether you or anyone else assisting in this matter have accessed any of the Dominion documents produced in this litigation;
> (6) And if so: which documents, who accessed them, when, how (*e.g.*, via a discovery platform, Dar Leaf's publication, some other means), whether they were shared with anyone and, if so, who and when.

We look forward to receiving your written responses, ideally before tomorrow's meet and confer.

All best,
Eve

---

**From:** Peter Ticktin <pt@legalbrains.com>
**Sent:** Thursday, January 8, 2026 5:10 PM
**To:** Eve Levin <ELevin@susmangodfrey.com>
**Cc:** dominion@simplelists.susmangodfrey.com; David Perry <DPerry@legalbrains.com>; Damaris Concepcion <DConcepcion@legalbrains.com>
**Subject:** RE: Dominion v. Byrne - Meet and Confer

EXTERNAL Email
Eve,

My first wife's name was Eva, and we are still friends.  So, I must say that you started with me with a plus.

Anyway, I have a problem in that I never received the production of documents in this

case.  Can you please get all of the discovery which has already occurred to me?  Hopefully, it is all we need to go ahead and try this case.

We are good for 10:00 am ET, tomorrow.  I am looking forward to meeting you, albeit only on the phone.

Yours,
Peter

**Peter Ticktin**



**THE TICKTIN LAW GROUP**
270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com
Service email: Serv512@LegalBrains.com
www.LegalBrains.com



## PLEASE READ THIS NOTICE.

**Due to the large volume of emails I receive and the nature of legal practice, <u>please assume that I did not receive or read any emails sent to me</u> unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent. Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at PT@LegalBrains.com and delete the original message and all copies.

4 of 5

-----Original Appointment-----
**From:** Eve Levin <ELevin@susmangodfrey.com>
**Sent:** Thursday, January 8, 2026 5:03 PM
**To:** Peter Ticktin; David Perry; Damaris Concepcion
**Cc:** dominion@simplelists.susmangodfrey.com
**Subject:** Dominion v. Byrne - Meet and Confer
**When:** Friday, January 9, 2026 10:00 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://susmangodfrey.zoom.us/j/85227239132?pwd=ruR1CX889jEW4RPixV1uk8V4jrLBbz.1



Hi there,

Eve Levin is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

| | |
|---|---|
| Meeting URL: | https://susmangodfrey.zoom.us/j/85227239132?pwd=ruR1CX889jEW4RPixV1uk8V4jrLBbz.1 |
| Meeting ID: | 852 2723 9132 |
| Passcode: | 227830 |
| One tap mobile: | US: +16468769923,,85227239132# or +16469313860,,85227239132# |