# EXHIBIT C

| | |
|---|---|
| **Subject:** | RE: Need to know who represents Liberty. |
| **Date:** | Wednesday, December 3, 2025 at 11:46:30 AM Eastern Standard Time |
| **From:** | Eve Levin |
| **To:** | Peter Ticktin, Davida Brook |
| **CC:** | Dominion@SimpleLists.SusmanGodfrey.com |
| **Attachments:** | image001.png, image002.png, image003.png |

EXTERNAL Email

Peter:

*First*, your email misstates the Court's minute order. The minute order says in relevant part: "[T]he Parties shall . . . address[] . . . whether a conflict of interest exists regarding Scott Leiendecker."

*Second*, your demand for this information, without any meaningful explanation of its relevance (or what the supposed "conflict" would be) is inappropriate and unreasonable, and we see no relevance.

*Third*, Mr. Leiendecker is not a party, and your email does not identify what counsel you seek. Stan Garnett represents Mr. Leiendecker in his individual capacity for purposes of any communication you wish to have with him regarding this action.

*Finally*, you cc'd Stefanie Lambert on your email. Ms. Lambert's continued participation in this action is in violation of the Court's disqualification order. Ms. Lambert was disqualified from this case more than a year ago and Mr. Byrne's extensive attempts to object to, appeal, or otherwise obtain vacatur of that decision have all been rejected. Please confirm by end of day tomorrow: (1) that you and Mr. Byrne have reviewed the Court's orders regarding Ms. Lambert; (2) that you and Mr. Byrne have abided by and will continue to abide by the Court's orders regarding Ms. Lambert; and (3) the last date on which Ms. Lambert acted as Mr. Byrne's lawyer in any way on this matter.

All best,
Eve


Eve Levin | Susman Godfrey LLP
Office: (212) 336-8335

---

**From:** Peter Ticktin <pt@legalbrains.com>
**Sent:** Monday, December 1, 2025 4:30 PM
**To:** Davida Brook <DBrook@susmangodfrey.com>
**Cc:** GEL-Khouri@SusmanGodfrey.com; Dominion@SimpleLists.SusmanGodfrey.com; AttorneyLambert <attorneylambert@protonmail.com>
**Subject:** Need to know who represents Liberty.

EXTERNAL Email
The Court issued a minute order requiring us to advise if there is a conflict of interest

1 of 2

with your firm representing both Dominion and Liberty.  We need the identity of Scott Leiendecker's counsel to help us to determine our stance.  Please provide the name of his attorneys by the close of business tomorrow.  A refusal of you to provide this information may, in itself, determine our position.
Peter
**Peter Ticktin**



**THE TICKTIN LAW GROUP**
270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com
Service email: Serv512@LegalBrains.com
www.LegalBrains.com



## PLEASE READ THIS NOTICE.

**Due to the large volume of emails I receive and the nature of legal practice, <u>please assume that I did not receive or read any emails sent to me</u> unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent. Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information. Any unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at PT@LegalBrains.com and delete the original message and all copies.