# EXHIBIT D

| | |
|---|---|
| **Subject:** | RE: Dominion v. Byrne - Joint Status Report |
| **Date:** | Wednesday, January 7, 2026 at 8:43:38 AM Eastern Standard Time |
| **From:** | David Perry |
| **To:** | George El-Khoury |
| **CC:** | Damaris Concepcion, Peter Ticktin, JP Lozano, Dominion SG Simplelist |
| **Attachments:** | Undertaking in Dominion v. Byrne - PT.pdf |

==EXTERNAL Email==

George,

Please also find attached a Peter's signed copy of the undertaking.

David

---

**From:** David Perry
**Sent:** Tuesday, January 6, 2026 10:01 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report

George,

Please find attached a copy of the undertaking with my signature. Meanwhile, I'm waiting for Peter's signed copy.

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Sent:** Wednesday, November 19, 2025 8:17 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

David,

We do not understand how your request, made for the first time late last evening, for "all contracts, sales agreements, and license agreements" relates to the joint status report filing on Friday. Nor do we believe this is a reasonable request on 24-hours' notice.

Further, and to be clear, Plaintiffs produced 3,655,190 documents, including everything produced in the Dominion v. Fox case, to Mr. Byrne before February 29, 2024. Mr. Byrne and his former lawyer, Stefanie Lambert, then improperly shared documents produced by Dominion in this case, which resulted in orders from the Court sanctioning Ms. Lambert, including in orders that Mr. Byrne and Ms. Lambert have yet to comply with. In later dates, Dominion made

some additional productions based on specific requests from other defendants, such as OAN. But these productions were not shared with Mr. Byrne in part because the Court prohibited Mr. Byrne from accessing Dominion's discovery material while the issue of his and Ms. Lambert's breaches of the protective order were being resolved. We can discuss what to do about that subset of documents once the issues laid out in our portion of the joint status report are resolved. Otherwise, discovery as to Dominion has long since been complete.

Also, for all attorneys in your office who intend to access Dominion discovery material, please execute and serve the attached undertaking before any such attorneys gain access to those materials.

As to Liberty Vote, we - Susman Godfrey - represent Liberty Vote.


Please note that US Dominion, Inc. has changed its name to Liberty Vote Holdings Inc., and that Dominion Voting Systems, Inc. has changed its name to Liberty Vote USA Inc. Dominion Voting Systems Corporation has the same name as before. After the stay in this matter is lifted, we will be filing a motion to amend the pleadings for the sole purpose of changing the caption in this matter to reflect the new names of US Dominion, Inc. and Dominion Voting Systems, Inc. Please confirm whether Mr. Byrne opposes that motion.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** David Perry <DPerry@legalbrains.com>
**Date:** Wednesday, November 19, 2025 at 5:44 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report

EXTERNAL Email

George,

I hope that you are doing well. I wanted to circle back with you as to the information that we requested as I understand that we are on a tight schedule.

Warmly,

David

**From:** David Perry
**Sent:** Tuesday, November 18, 2025 9:41 PM
**To:** 'George El-Khoury' <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report

Good evening,

Your agreement regarding the extension is greatly appreciated. That said, I will do my best to review the information included in your Status Report with Mr. Ticktin by your requested deadline; however, I must inform you that Mr. Ticktin will be unavailable for most of the day tomorrow, so I may not be able to provide an update by tomorrow afternoon.

In the meantime, to ensure we have a complete understanding of the case, could you please provide copies of all contracts, sales agreements, and license agreements? Additionally, please share the law firm name and contact information for Liberty Voting's counsel, as they appear to be an interested party. This information will allow us to properly advise the Court.

Thank you again for your attention to this matter, and please don't hesitate to reach out if you need anything further.

Warmly,

David

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Sent:** Tuesday, November 18, 2025 12:59 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

David,

Pursuant to the Court's Minute Order entered today, attached is a draft joint status report. Please include Mr. Byrne's position where it says, "Defendant's Position," and please include a signature block beneath ours. Please provide Mr. Byrne's position by the end of day tomorrow so that we may consider it in advance of the Friday deadline.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Date:** Friday, November 14, 2025 at 4:12 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

David,

As I stated, we consent to your extension request. However, if the Court does not act on it before 7pm this evening, we will file the attached status report in order to stay compliant with the Court's deadline. If you provide us Mr. Byrne's position, we will include it, convert the report back into a joint report, and have it filed.

**George R. El-Khoury | Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Date:** Friday, November 14, 2025 at 3:49 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

Thank you, David. We consent to the extension. If the motion for extension is not filed today, we will proceed with filing the status report.

**George R. El-Khoury | Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** David Perry <DPerry@legalbrains.com>
**Date:** Friday, November 14, 2025 at 3:32 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report

==EXTERNAL Email==

George,

Yes. We will be preparing and filing the Extension Request today.

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Sent:** Friday, November 14, 2025 3:19 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>; Peter Ticktin <pt@legalbrains.com>; JP Lozano <jlozano@legalbrains.com>; Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

You don't often get email from gel-khoury@susmangodfrey.com. Learn why this is important

Fixing a typographical error below.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Date:** Friday, November 14, 2025 at 3:16 PM
**To:** David Perry <DPerry@legalbrains.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>, Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

==EXTERNAL Email==

David,

Thank you for your email. While we consider your request, please confirm that, if we agree, you will be preparing and filing the extension request today. Further, in all future communications with us about this case, please copy the reflector email, dominion@simplelists.susmangodfrey.com, so that all counsel for Dominion will receive your emails.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** David Perry <DPerry@legalbrains.com>

**Date:** Friday, November 14, 2025 at 3:00 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Cc:** Damaris Concepcion <DConcepcion@legalbrains.com>, Peter Ticktin <pt@legalbrains.com>, JP Lozano <jlozano@legalbrains.com>
**Subject:** RE: Dominion v. Byrne - Joint Status Report
EXTERNAL Email

George,

Mr. Ticktin was recently retained to represent Patrick Byrne in this matter. That said, Mr. Ticktin is unavailable this afternoon as he is traveling. Since we are new to this case, we will be moving for a 7-day extension of time to submit the Joint Status Report. Do you oppose the relief sought?.

David

---

**From:** George El-Khoury <GEl-Khoury@susmangodfrey.com>
**Sent:** Friday, November 14, 2025 1:21 PM
**To:** Serv512 <serv512@legalbrains.com>
**Cc:** Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Re: Dominion v. Byrne - Joint Status Report

Some people who received this message don't often get email from gel-khoury@susmangodfrey.com. Learn why this is important

Mr. Ticktin,

We saw that you entered your appearance on the docket this afternoon. As Ms. Brook explained below, the Court ordered the parties file a joint status report this coming Friday. Attached is a draft with Plaintiffs' position in the attached. Please send us anything you would like included under Defendant's position by 4:00 pm EST today and we will have it prepared for filing.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312

---

**From:** Davida Brook <DBrook@susmangodfrey.com>
**Date:** Wednesday, November 12, 2025 at 7:27 PM
**To:** pmbyrne@protonmail.com <pmbyrne@protonmail.com>
**Cc:** Dominion SG Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Dominion v. Byrne - Joint Status Report
EXTERNAL Email

Mr. Byrne,

The Court ordered the parties file a joint status report this coming Friday. I have prepared a draft with Plaintiffs' position in the attached. Please send us anything you would like

included under Defendant's position by 5:00 pm est tomorrow and we will have it prepared for filing on Friday.

Thank you,
Davida