IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | Civil Action No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' MOTION TO AMEND CASE CAPTION

Plaintiffs, US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Plaintiffs"), respectfully file this Motion to Amend Case Caption.

On October 17, 2025, US Dominion, Inc. and Dominion Voting Systems, Inc. filed Certificates of Amendment with the Delaware Secretary of State amending their legal names as follows: (1) US Dominion, Inc. is Liberty Vote Holdings Inc., and (2) Dominion Voting Systems, Inc. is Liberty Vote USA Inc. *See* Ex. A. Dominion Voting Systems Corporation has not changed its name. Accordingly, Plaintiffs move to amend the case caption to reflect the correct names of US Dominion, Inc. and Dominion Voting Systems, Inc. A proposed case caption is attached as Addendum A and reflected in a Proposed Order filed with this Motion.

On February 5, 2026, counsel for Plaintiffs sent a version of this Motion to counsel for Defendant Patrick Byrne, who indicated that Mr. Byrne is opposed to the relief sought in this Motion.

Dated: February 6, 2026                    Respectfully submitted,

                                           */s/Davida Brook*
                                           Davida Brook (D.C. Bar No. CA00117)

**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Christina Dieckmann (*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of February 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

                */s/Davida Brook*
                Davida Brook