IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | Civil Action No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF DAVIDA BROOK IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND CASE CAPTION

I, Davida Brook, hereby declare as follows:

1. I am a United States citizen and an attorney in good standing admitted to practice in State of California and in this District. I am a lawyer at Susman Godfrey, L.L.P., located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA. I represent Plaintiffs US Dominion, Inc., Dominion Voting Systems, Inc., and Dominion Voting Systems Corporation ("Dominion") in this matter.

1. I make this declaration in further support of Dominion's Motion to Amend Case Caption. Dkt. 169.

2. Attached as Exhibit B is a true and correct copy of the Certificate of Incorporation of US Dominion, Inc. that was provided to counsel for Plaintiffs by the Delaware Secretary of State's Office.

1

3. Attached as Exhibit C is a true and correct copy of the Certificate of Good Standing of Liberty Vote Holdings Inc. that was provided to counsel for Plaintiffs by the Delaware Secretary of State's Office.

4. Attached as Exhibit D is a true and correct copy of the Certificate of Incorporation of Dominion Voting Systems, Inc. that was provided to counsel for Plaintiffs by the Delaware Secretary of State's Office.

5. Attached as Exhibit E is a true and correct copy of the Certificate of Good Standing of Liberty Vote USA Inc. that was provided to counsel for Plaintiffs by the Delaware Secretary of State's Office.

6. Attached as Exhibit F is a true and correct copy of an email counsel for Plaintiffs sent to counsel for Defendant Patrick Byrne on January 27, 2026, regarding, "Dominion v. Byrne - Compliance Date for Court-Ordered Affidavits." Counsel for Byrne has not responded to this email.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 27, 2026.

*/s/Davida Brook*
Davida Brook