# EXHIBIT F

**Subject:** Dominion v. Byrne - Compliance Date for Court-Ordered Affidavits
**Date:** Tuesday, January 27, 2026 at 1:42:31 PM Eastern Standard Time
**From:** George El-Khoury
**To:** David Perry, Peter Ticktin
**CC:** Dominion SG Simplelist

Counsel,

Now that Court has lifted the stay in this case, we write concerning the Court's August 13, 2024, order requiring Patrick Byrne and Stefanie Lambert to submit sworn affidavits supplying information regarding their discovery breaches, *see* Dkt. No. 125, and the plaintiffs' pending motion to set a new deadline for compliance with that order, *see* Dkt. No. 146. Please confirm that Mr. Byrne and Ms. Lambert will comply with the order and supply their court-ordered affidavits by February 10, 2026.

**George R. El-Khoury** | **Susman Godfrey LLP**
One Manhattan West, 50th Floor
New York, NY 10001
Office: (212) 729-2063
Cell: (908) 337-1312