IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATRICK BYRNE,<br><br>    Defendant. | Civil Action No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO AMEND CASE CAPTION

Upon consideration of the Motion to Amend Case Caption, ECF 169, that Motion is GRANTED. Defendant's arguments in opposition are frivolous. It is ORDERED that, for all future filings, the case caption shall refer to (1) US Dominion, Inc., as Liberty Vote Holdings Inc. and (2) Dominion Voting Systems, Inc., as Liberty Vote USA Inc., and shall be consistent with the below:

> LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION,
>
>     Plaintiffs,
>
>     v.
>
> PATRICK BYRNE,
>
>     Defendant.

IT IS SO ORDERED.

SIGNED this 10th day of March, 2026

_____
CARL J. NICHOLS
United States District Judge