IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:21-cv-02131-CJN-MAU

LIBERTY VOTE HOLDINGS
INC.

      Plaintiffs,

v.

PATRICK BYRNE,

      Defendant.

_____/

## **RESPONSE TO COURT ORDER**

The Defendant, Patrick Byrne, by and through undersigned counsel Peter Ticktin, responds to the Court's March 31, 2026 Order directing Mr. Ticktin to respond no later than April 10, 2026, and states:

### **Response**

1. The Order directs current counsel for Dr. Byrne, Peter Ticktin, to respond no later than April 10, 2026 regarding certain matters identified in Paragraph 10 of the Order.

2. Dr. Byrne, through undersigned counsel, respectfully provides notice that he was able to respond without providing work product, but if he is required to provide any work product information, he would, instead, file an objection to such

an Order.

3.     This Response is submitted to comply with the Order's directive that undersigned counsel respond by April 10, 2026, while preserving all rights, objections, and privileges, including without limitation any objections based on the propriety of compelling testimony or disclosures from current counsel.

## Reservation of Rights

Dr. Byrne expressly reserves all rights to seek review of, object to, and/or obtain relief from the Order, including but not limited to Paragraph 10, and to raise any applicable privileges, protections, and objections.

However, to assure compliance, notwithstanding the objection, Peter Ticktin hereby advises as follows:

(i)     Whether disqualified former counsel Stefanie Lambert continues to play a role in this litigation.

ANSWER:  Yes.  Stefanie Lambert does provide valuable insight and information which is necessary to the undersigned.  In fact, she is helpful in related cases in other courts, and her knowledge and insight are not only valued and necessary, but her help to the undersigned is actually condoned by a different District Court judge regarding the same subject matter.

However, with that being said, Ms. Lambert has no control of any decisions as the undersigned is the attorney who is responsible.  Ms. Lambert was not removed

THE TICKTIN LAW GROUP
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

due to any information she received, but rather because she allegedly transferred documents provided by the Plaintiffs to a sheriff's office. There is no fruit from any poisonous tree, and it is common practice for attorneys who have left cases to provide their thoughts and plans regarding how to carry on without them. To do less might well be an ethical violation.

(ii)    Whether she has drafted or edited filings since Mr. Ticktin entered his appearance.

Mrs. Lambert has not drafted or edited the very few documents the undersigned or his office filed in the above-referenced lawsuit. Moreover, in the event that the undersigned needed or wanted Ms. Lambert to draft or edit a document, he would do so, as there is nothing wrong with the undersigned receiving such help, with the understanding that the undersigned, not Ms. Lambert would be responsible for any court documents filed under his name. Ms. Lambert may have provided some templates when the undersigned sought to become counsel on the above referenced case.

(iii)    Whether undersigned counsel has accessed any Dominion-produced documents and, if so, how.

The undersigned has not yet accessed any Dominion-produced production, though others in his office may have done so.

**THE TICKTIN LAW GROUP**
270 SW NATURA AVENUE, DEERFIELD BEACH, FLORIDA 33441
TELEPHONE: (561) 232-2222

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 10, 2026, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

> */s/ Peter Ticktin*
> Peter Ticktin, Esquire
> Florida Bar No. 887935
> Serv512@LegalBrains.com
> Serv514@LegalBrains.com
> Serv600@LegalBrains.com
> **THE TICKTIN LAW GROUP**
> 270 SW Natura Avenue
> Deerfield Beach, Florida 33441
> Telephone: (561) 232-2222
> *Attorney for Patrick Byrne*