IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:21-cv-02131-CJN-MAU

LIBERTY VOTE HOLDINGS
INC., et al.

   Plaintiffs,

v.

PATRICK BYRNE,

   Defendant.

_____/

## **NOTICE OF INTENT TO FILE OBJECTION**

The Defendant, Patrick Byrne, by and through undersigned counsel Peter Ticktin, hereby files his Notice of Intent to File Objection to the Court's March 31, 2026 Order, and states:

1. The March 31, 2026 Order directs Dr. Byrne and Stefanie Lambert to file affidavits in response to the Order no later than 5:00 pm on April 13, 2026.

2. Dr. Byrne, through undersigned counsel, respectfully provides notice that he intends to file an objection to the Order within fourteen (14) days, i.e., on or before April 14, 2026.  As such, the affidavits which are requested are going to be covered by the Objections which will be timely in their own right.

3. Dr. Byrne does not waive attorney client privilege.

4.      This Response is submitted to comply with the Order's directive that Patrick Byrne and Stefanie Lambert respond by April 13, 2026, while preserving all rights, objections, and privileges, including without limitation any objections based on the propriety of compelling testimony or disclosures from current counsel.

## Reservation of Rights

Dr. Byrne expressly reserves all rights to seek review of, object to, and/or obtain relief from the Order, and to raise any applicable privileges, protections, and objections.

## Conclusion

For the foregoing reasons, the Defendant, Patrick Byrne, respectfully submits this Response and provides notice that an objection will be filed on or before April 14, 2026.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2026, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ Peter Ticktin*
Peter Ticktin, Esquire
Florida Bar No. 887935
Serv512@LegalBrains.com
Serv514@LegalBrains.com
Serv600@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
*Attorney for Patrick Byrne*

3