IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO.: 1:21-cv-02131-CJN-MAU

LIBERTY VOTE HOLDINGS
INC., et al.

       Plaintiffs,

v.

PATRICK BYRNE,

       Defendant.

_____/

## **NOTICE OF INTENT TO FILE OBJECTION**

Ms. Lambert hereby files his Notice of Intent to File Objection to the Court's March 31, 2026 Order, and states:

1. The March 31, 2026 Order directs Dr. Byrne and Stefanie Lambert to file affidavits in response to the Order no later than 5:00 pm on April 13, 2026.

2. Ms. Lambert respectfully provides notice that she intends to file an objection to the Order within fourteen (14) days, i.e., on or before April 14, 2026. As such, the affidavits which are requested are going to be covered by the Objections which will be timely in their own right.

3. Dr. Byrne does not waive attorney client privilege.

4. This Response is submitted to comply with the Order's directive that Patrick Byrne and Stefanie Lambert respond by April 13, 2026, while preserving all rights, objections, and privileges, including without limitation any objections

based on the propriety of compelling testimony or disclosures from current counsel.

## Reservation of Rights

Ms. Lambert expressly reserves all rights to seek review of, object to, and/or obtain relief from the Order, and to raise any applicable privileges, protections, and objections.

## Conclusion

For the foregoing reasons, Ms. Lambert respectfully submits this Response and provides notice that an objection will be filed on or before April 14, 2026.

/s/ Stefanie Lambert
Stefanie Lambert Junttila

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 13, 2026, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.


/s/ Stefanie Lambert
Stefanie Lambert Junttila