**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC.,<br>LIBERTY VOTE USA INC., and<br>DOMINION VOTING SYSTEMS<br>CORPORATION,<br><br>      Plaintiffs,<br><br>      v.<br><br>PATRICK BYRNE,<br><br>      Defendant. | )<br>)<br>)   Civil Action No. 1:21-cv-02131-CJN-MAU<br>)<br>)<br>)   Judge Carl J. Nichols<br>)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

**Plaintiffs' Motion for Extension of Time to Respond to the Appeals of Patrick Byrne and Stefanie Lambert to the Magistrate Judge's March 31 Order (ECF 179 and 180)**

Plaintiffs Liberty Vote Holdings Inc., Liberty Vote USA Inc., and Dominion Voting Systems Corporation (together, "Dominion") respectfully file this motion requesting a one-week extension of time to respond to Defendant Patrick Byrne's Appeals of the Magistrate Judge's Order (ECF 179 and 180, filed on behalf of Mr. Byrne and Stefanie Lambert, respectively), which relate to Mr. Byrne's objections to the Disqualification Order (Dkt. 125, 144). Dominion's current deadline to respond to these objections is next Tuesday, April 28, 2026. Dominion seeks an extension of that deadline to May 5, 2026.

Since filing this case in August 2021, Dominion has received two extensions of time. *See* Minute Orders of Nov. 30, 2021; Nov. 18, 2025. Mr. Byrne has received seven extensions of filing deadlines, *see* Minute Orders of Oct. 14, 2021; Dec. 21, 2021; May 4, 2022; Mar. 25, 2024; Apr. 26, 2024; July 28, 2024; Nov. 18, 2025, and two postponements of Court hearings, *see* Minute Orders of Apr. 25, 2024; May 10, 2024.

Dominion's request for a one-week extension is supported by good cause. Mr. Byrne and his counsel have filed a collective 75 pages of briefing. Dominion is endeavoring to be as efficient as possible in a single response brief; but doing so requires a bit more time in light of competing deadlines for summary judgment, expert reports, and *Daubert* motions that Dominion's counsel are contending with this week and next in other matters.

Granting this motion will not impact any other existing deadlines.

Dominion reached out to counsel for Mr. Byrne today by both phone and email to solicit his position on this request and has not yet received a response. In light of the Court's requirement that requests to extend be received at least four days in advance of the deadline, Dominion proceeded to file its instant request. Should Dominion hear back from Mr. Byrne in advance of the Court's deadline for opposing an extension request, Dominion will promptly update the Court regarding Mr. Byrne's position.

Dated: April 22, 2026

Respectfully submitted,

By:  */s/ Davida Brook*
Laranda Walker (D.C. Bar No. TX0028)
Mary K. Sammons (D.C. Bar No. TX0030)
Jonathan Ross (D.C. Bar No. TX0027)
Elizabeth Hadaway (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
lwalker@susmangodfrey.com
ksammons@susmangodfrey.com
jross@susmangodfrey.com
ehadaway@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
Mark Hatch-Miller (*Admitted pro hac vice*)
Christina Dieckmann (*Admitted pro hac vice*)
George El-Khoury (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**

One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
mhatch-miller@susmangodfrey.com
cdieckmann@susmangodfrey.com
gel-khoury@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
Katherine Peaslee (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com
kpeaslee@susmangodfrey.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of April 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/ Davida Brook*

**CERTIFICATE OF CONFERENCE**

I hereby certify that I reached out to counsel for Mr. Byrne via telephone and email regarding this motion and have not yet received a response.

*/s/ Davida Brook*