N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

US DOMINION, INC.,
DOMINION VOTING
SYSTEMS, INC., and
DOMINION VOTING
SYSTEMS CORPORATION.,

       Plaintiffs,

v.

PATRICK BYRNE,

       Defendant.

_____/

Hon. Carl J. Nichols
Case No. 21-cv-02131-CJN-MAU

**Ms. Lambert's Response to Plaintiff's Motion for Extension of Time to Respond
to the Appeals of Patrick Byrne and Stefanie Lambert to the
Magistrate Judge's March 31 Order (ECF 179 and 180)**

Dominion did not seek concurrence from Ms. Lambert prior to filing the request for an extension. A one-week extension is reasonable, and Ms. Lambert has no objection.

/s/ Stefanie Lambert
Stefanie Lambert Junttila
400 Renaissance Drive, 26th Floor
Detroit, MI 48243
(313) 410-6872
StefanieLambert.com
AttorneyLambert@protonmail.com

Date: April 22, 2026

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2026, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/ Stefanie Lambert
Stefanie Lambert Junttila
400 Renaissance Drive, 26th Floor
Detroit, MI 48243
(313) 410-6872
StefanieLambert.com
AttorneyLambert@protonmail.com