IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) Civil Action No. 1:21-cv-02131-CJN-MAU |
| Plaintiffs, | ) ) ) |
| v. | ) Judge Carl J. Nichols ) ) |
| PATRICK BYRNE, | ) **JURY TRIAL DEMANDED** ) |
| Defendant. | ) |

**DECLARATION OF DAVIDA BROOK IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO BYRNE'S AND LAMBERT'S
APPEALS OF THE COURT'S MARCH 31, 2026 ORDER**

I, Davida Brook, hereby declare as follows:

1.    I am a United States citizen and an attorney in good standing admitted to practice in the State of California and in this District. I am a lawyer at Susman Godfrey, L.L.P., located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA. I represent Plaintiffs Liberty Vote Holdings Inc., Liberty Vote USA Inc., and Dominion Voting Systems Corporation in this matter.

2.    I make this declaration in further support of Plaintiffs' opposition to Defendant Patrick Byrne's and Stefanie Lambert's appeals of the Court's March 31, 2026 Order (ECF No. 175).

3.    Attached hereto as **Exhibit 1** is a true and correct copy of Foreclosure Attorney Practices Coming Under Fire, CBS News, Miami (Nov. 9, 2010), available at https://www.cbsnews.com/miami/news/foreclosure-attorney-practices-coming-under-fire/.

1

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Order, *GS Holistic, LLC v. Vaportoke Inc. d/b/a Colo. Vape & Toke, et al.*, No. 23-cv-01513-RMR-NRN (D. Colo. Jan. 12, 2024), ECF No. 39.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of Order Re: Out of State Counsel's Verified Motion Requesting *Pro Hac Vice* Admission, *Coomer v. Donald J. Trump for President Inc. et al.*, No. 2020CV34319 (Denv. Dist. Ct. Apr. 3, 2026).

6.      Attached hereto as **Exhibit 4** is a true and correct copy of Plaintiff's Motion for Sanctions and For Order to Show Cause, *Coomer v. Byrne, et al.*, No. 8:24-cv-00008-TPB-SPF (M.D. Fla. Feb. 6, 2026), ECF No. 281.

7.      Attached hereto as **Exhibit 5** is a true and correct copy of Order Denying Motion to Appear *Pro Hac Vice*, *Coomer v. Byrne et al.*, No. 8:24-cv-00008-TPB-SPF (M.D. Fla. June 10, 2025), ECF No. 214.

8.      Attached hereto as **Exhibit 6** is an excerpt of a true and correct copy of a certified transcription of The American Project's webinar, Cyber Crisis: Saving Tina Peters, which was streamed live on the social media website "X" on July 25, 2024, and accessed and saved on July 27, 2024. At my direction, page 134, line 19 is redacted to protect the identity of an employee of Plaintiffs identified by Patrick Byrne in the transcript.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 5, 2026.

/s/Davida Brook
Davida Brook

2