IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER DENYING DEFENDANT PATRICK BYRNE'S AND STEFANIE LAMBERT'S OBJECTIONS TO MEMORANDUM OPINION AND DISQUALIFICATION ORDER**

Having reviewed and considered the parties' written submissions, and for the reasons stated in Plaintiffs' Opposition, it is hereby,

**ORDERED** that Defendant Patrick Byrne's ("Byrne") "Appeal of Magistrate Judge's Order" (ECF No. 179) and Stefanie Lambert's ("Lambert") "Appeal of Magistrate Judge's Updadhyaya's March 31, 2026 Order, R. 175" (ECF No. 180) are **DENIED**, and it is

**FURTHER ORDERED** that Byrne and Lambert shall comply with all provisions of Magistrate Judge Upadhyaya's prior orders, ECF Nos. 125, 175, by no later than two weeks after entry of this Order, and it is

**FURTHER ORDERED** that if Byrne does not comply with all provisions of Magistrate Judge Upadhyaya's prior orders, ECF Nos. 125, 175, Byrne shall be subject to a civil contempt penalty of $5,000 per day for each day he remains in noncompliance, absent a showing of good cause, and it is

1

**FURTHER ORDERED** that if Lambert does not comply with all provisions of Magistrate Judge Upadhyaya's prior orders, ECF Nos. 125, 175, Lambert shall be subject to a civil contempt penalty of $5,000 per day for each day she remains in noncompliance, absent a showing of good cause, and it is

**FURTHER ORDERED** that Plaintiffs' request for costs and attorneys' fees for responding to Byrne's and Lambert's objections is **GRANTED**, and it is

**FURTHER ORDERED** that Plaintiffs shall file an application for their reasonable costs and fees for responding to Byrne's and Lambert's objections by no later than 21 days after entry of this Order, and it is

**FURTHER ORDERED** that Byrne and Lambert may respond to Plaintiffs' application for their reasonable costs and fees by no later than 14 days after Plaintiffs file their application— this deadline will not be extended absent a showing of good cause, and it is

**FURTHER ORDERED** that Peter Ticktin shall **SHOW CAUSE** by no later than two weeks after entry of this Order for why he should not be disqualified as counsel from this case in light of the allegations detailed in Plaintiffs' Opposition to Byrne's and Lambert's objections.

**SO ORDERED.**

SIGNED this _____ day of _____, 2026

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE