IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIBERTY VOTE HOLDINGS
INC. et al.,

           Plaintiffs,

v.

PATRICK BYRNE,

           Defendant.

_____/

CASE NO. 21-CV-02131
HON. CARL NICHOLS

**MS. LAMBERT'S MOTION FOR LEAVE TO EXTEND DEADLINE FOR
72 ADDITIONAL HOURS TO FILE REPLY IN SUPPORT OF
<u>APPEAL TO THE MAGISTRATE JUDGE'S ORDER</u>**

Nonparty attorney Stefanie Lambert prepared a Reply in Support of Appeal to the Magistrate Judge's Order, and in the course of completion, the cord to her computer was pulled causing her to lose the Reply. Ms. Lambert has begun recreating the Reply, but respectfully requests 72 hours to do so. Ms. Lambert is unable to obtain concurrence at this late hour, but she will advise this Court tomorrow as to Dominion's position.

           Respectfully submitted,

           */s/ Stefanie Lambert*

Date: May 12, 2026           Stefanie Lambert Junttila

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 12, 2026, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ Stefanie Lambert*

Date: May 12, 2026                                    Stefanie Lambert Junttila

2