SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

1900 AVENUE OF THE STARS
SUITE 1400

LOS ANGELES, CALIFORNIA 90067

(310) 789-3100

FAX (310) 789-3150

WWW.SUSMANGODFREY.COM

_____

SUITE 5100                          SUITE 3000
1000 LOUISIANA STREET               401 UNION STREET                      ONE MANHATTAN WEST
HOUSTON, TX 77002-5096              SEATTLE, WASHINGTON 98101-2683         NEW YORK, NEW YORK 10001-8602
(713) 651-9366                      (206) 516-3880                        (212) 336-8330
_____                           _____                             _____

DAVIDA BROOK
DIRECT DIAL (310) 789-3105                                    E-MAIL DBROOK@SUSMANGODFREY.COM

May 13, 2026

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Re:    *Liberty Vote Holdings, Inc., et al. v. Patrick Byrne*, 1:21-cv-02131-CJN-MAU

Dear Judge Nichols:

We write in response to Stefanie Lambert's motion for an extension of time regarding her deadline to file a reply in support of her objections to Magistrate Judge Upadhyaya's March 31, 2026, Order. *See* Dkt. 185. While Plaintiffs frankly do not understand the explanation Ms. Lambert offered for needing the belated extension, they do not oppose the request for an additional 72 hours.

Sincerely,

 */s/ Davida Brook*

Davida Brook