EXHIBIT B

IN THE SUPERIOR COURT OF FULTON COUNTY

STATE OF GEORGIA

TRANSCRIPT OF THE SPECIAL PURPOSE

GRAND JURY PROCEEDINGS

ATLANTA JUDICIAL CIRCUIT
COMMENCING JUNE 14, 2022

**WITNESS:** DR. ERIC COOMER

A P P E A R A N C E S:

ON BEHALF OF THE STATE OF GEORGIA:

NATHAN WADE, ESQUIRE
DONALD WAKEFORD, ESQUIRE
WILLIAM WOOTEN, ESQUIRE
ADAM NEY, ESQUIRE

OFFICE OF THE FULTON COUNTY DISTRICT ATTORNEY
136 PRYOR STREET
SUITE 301
ATLANTA, GEORGIA 30303
(404) 612-4981

DENISE D. LEE, CVR, CCR, BS
FULTON COUNTY SUPERIOR COURT
404-612-4607

FCDA00135199

EXHIBIT B

SO FROM THERE, I GET ACCUSED ON, PRETTY MUCH, A DAILY BASIS. I HAVE RECEIVED A FEW THOUSAND DEATH THREATS IN THE LAST 18 MONTHS. I'VE HAD PEOPLE COME TO MY HOUSE, LETTERS.

Q. I'M GOING TO ASK YOU, DID YOU RIG THE ELECTION CAMPAIGN?

A. NO, I DIDN'T, AND NOR WOULD I EVEN BEEN ABLE TO.

Q. WHAT DOES THAT MEAN? I'M NOT ABLE TO...

A. I DON'T HAVE THE ACCESS. I DON'T HAVE THE ABILITY TO EXPLAIN ANY OF THESE VULNERABILITIES. AND IT'S NOT ME -- I MEAN, COUNTIES, STATES RUN ELECTIONS. DOMINION JUST BUILDS THE HARDWARE AND PROVIDE THE SOFTWARE. WE DO NOT RUN ELECTIONS. SO I DON'T HAVE -- AND NOR DO I HAVE EVEN THE TECHNICAL CAPABILITY TO BE ABLE TO, YOU KNOW, COMPROMISE ALL OF THE SECURITY AND PROCESSES THAT ARE IN PLACE THAT WOULD BE NEEDED TO AFFECT AN ELECTION.

Q. SO LET'S SEE. WHERE DO YOU LIVE?

A. I LIVE IN A SMALL TOWN IN COLORADO.

Q. HAVE YOU HAD TO RELOCATE AS A RESULT THE --

A. I HAD TO RELOCATE FOR ABOUT SIX MONTHS, IN -- STARTING IN NOVEMBER OF 2020. I'M BACK IN MY HOUSE NOW, BUT I -- I HAVE, YOU KNOW, A SECURITY SYSTEM AND OTHER MEANS OF SELF-PROTECTION. BUT I DO HAVE TO CHANGE MY DAILY ROUTINE. I DON'T -- I DON'T STICK TO THE SAME

FCDA00135241