IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

     Plaintiff,

vs.

PATRICK BYRNE, STEVEN
LUCESCU, and THE AMERICA
PROJECT, INC.,

     Defendants.

_____/

VIDEOTAPED DEPOSITION OF DR. ERIC COOMER

TAKEN ON BEHALF OF THE DEFENDANT

JANUARY 27, 2026
09:28 A.M. TO 07:24 P.M.

COURTYARD BY MARRIOTT TAMPA DOWNTOWN
102 EAST CASS STREET
TAMPA, FLORIDA 33602

REPORTED BY:
MICHELLE LAGOA, CER
CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

EXHIBIT C

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 42

Q.    Yes.

A.    The answer is no.

Q.    **Did you write any code for any other election system?**

A.    I did some code for various Sequoia Voting System products, yes.

Q.    **Okay.  And the code from the Sequoia Voting System products, were they put in -- were they ever copied or used in any other voting systems to your knowledge?**

A.    No, they were integrated for a time into the Democracy Suite, let's say ecosystem that -- that some of the products from Democracy Suite could exchange results in an open format, but none of the code from the Sequoia system was reused in any system that I'm aware of.

Q.    **Okay.  Do you know who programmed the Smartmatic machines?**

A.    That was a variety of people.  I don't know for sure, but I know that there were both employees of Smartmatic and Sequoia that worked on, again, that system as a whole.

So, Smartmatic had two devices that were specifically Smartmatic Technology.  I do not know who developed those.



UNIVERSAL COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

EXHIBIT C

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 43

Q.   Okay.  Okay.  Was any of the code from Sequoia used in the Dominion products?

A.   I think that was asked and answered.

Q.   I asked you about Smartmatic?

A.   Well, the original question I thought was referring to Dominion, no.

Q.   Well, do you want to think it again for Smartmatic?

A.   So, Smartmatic owned Sequoia.  It was a wholly owned subsidiary.  So, if the parent company is Smartmatic, I would say code developed for the Sequoia product would fall under Smartmatic's control.  So, that would be potentially a yes.

Q.   Okay.  Before coming into this room, did you make a comment to anyone that would comment that was overheard that you don't want to have your deposition taken, or words to that effect?

A.   No.

Q.   You didn't say to anyone that we need to stop this?

A.   No, the statement I made was, I didn't want to be in the room with Joe Oltmann because I think he's here just to intimidate me, and he has threatened my life and safety, and also brags about being armed at all times, even when travelling.  So, I may have made a



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com