ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:24-cv-00008-TPB-SPF

ERIC COOMER,

    Plaintiff,

vs.

PATRICK BYRNE, STEVEN
LUCESCU, and THE AMERICA
PROJECT, INC.,

    Defendants.
_____/

VIDEOTAPED DEPOSITION OF DR. ERIC COOMER

TAKEN ON BEHALF OF THE DEFENDANT

JANUARY 27, 2026
09:28 A.M. TO 07:24 P.M.

COURTYARD BY MARRIOTT TAMPA DOWNTOWN
102 EAST CASS STREET
TAMPA, FLORIDA 33602

REPORTED BY:
MICHELLE LAGOA, CER
CERTIFIED COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA


UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

EXHIBIT D

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 33

Q.   Okay.

A.   Mike Lindell.  We went to trial on that.

Q.   Okay.

A.   Yeah, we prevailed.

Q.   And you prevailed?

A.   Yeah.  And that was for $2.3 million, and I have not connected -- collected on that.

Q.   Okay.  So, it's for $2.3 million, that's not a settlement then?

A.   No, that was a Jury award.

Q.   So, the Counsel telling you that -- that there was a confidentiality agreement was not true.  Correct?

A.   No, it was true for the other two cases.

Q.   I understand it was true, but I was asking about the third case?

A.   Which I had not recalled at the time that you asked me.

Q.   Are you under the influence of any drugs or substances at this point that would affect your ability to testify in any way?

A.   No, I'm not.

Q.   Have you ever been addicted to any drugs?

A.   Yes, I have.

Q.   What drugs are those?


UNIVERSAL
COURT REPORTING

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

EXHIBIT D

ERIC COOMER vs PATRICK BYRNE
Coomer, Dr Eric on 01/27/2026

Page 34

A. Heroin, predominantly.

Q. Okay. And what years were you addicted to heroin?

A. Roughly 2000 to April of 2005.

Q. Okay. In terms of -- in the last five years, have you been under any substance abuse treatment?

A. No.

Q. Okay. In terms of the suit against Clay Clark, was that settled?

A. Yes, it was.

Q. And how much was the settlement amount?

MR. CAIN: Same instruction. It's confidential settlement agreement, and we're not --

MR. TICKTIN: Counsel, just same instruction is fine. We don't need a speaking discussion from you.

MR. CAIN: Well, let's --

MR. TICKTIN: Okay.

MR. CAIN: I'm not trying to coach my witness, I'm just explaining to you.

MR. TICKTIN: You're eating my clock, and you know it.

MR. CAIN: Subject to --

MR. TICKTIN: Please don't do that.



UNIVERSAL COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

EXHIBIT D

Page 196

BY MR. TICKTIN:

Q.    Okay.  Were you ever someone that identified yourself as a skinhead?

A.    Yes, sir.

Q.    How long were you -- did you do that?



**UNIVERSAL COURT REPORTING**

**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Page 197

A.    Roughly 1985 to roughly 1995.

Q.    For about 10 years?

A.    Yeah, about that.

Q.    And in that period of time as a skinhead, did you see yourself as someone who was against any kinds of people because of their race or religion or anything like that?

A.    No, no, I was part of the anti-racist skinheads, so.

Q.    Oh, you were the anti-racist skinheads?

A.    Yeah, the only thing we were against were Nazis skinheads in particular.

Q.    Nazi skinheads?

A.    Yeah.

Q.    So, you weren't the Nazi skinhead?

A.    Nope.

Q.    Just a skinhead.  Okay.  Okay.  So, have you dealt with, in any way, shape, or form, anyone who identified as being part of Antifa?

A.    No.

Q.    Have you ever identified with being part of Antifa?

A.    No.

Q.    Do you agree with Antifa's manifesto?

A.    I'm not going to --


UNIVERSAL
COURT REPORTING

Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com