**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) ) ) ) | Civil Action No. 1:21-cv-02131-CJN-MAU |
| Plaintiffs, | ) ) | Judge Carl J. Nichols |
| v. | ) ) | |
| PATRICK BYRNE, | ) ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) ) | |

**PLAINTIFFS' RESPONSE TO STEFANIE LAMBERT'S MOTION FOR
PERMISSION TO COMPLY WITH SUBPOENA TO PRODUCE, ECF 166**

Plaintiffs Liberty Vote Holdings Inc., Liberty Vote USA Inc., and Dominion Voting Systems Corporation (collectively, "Plaintiffs") respectfully submit this Response to non-party Stefanie Lambert's Motion for Permission to Comply with Subpoena to Produce, ECF 166 (Dkt. No. 188), filed on June 17, 2026.

As both the title and substance of her motion suggests, Ms. Lambert seeks the same relief as Defendant Patrick Byrne's most recent motion to lift the protective order: permission to produce Dominion's protected discovery materials in response to Joseph Oltmann's subpoena in the *Coomer v. Oltmann* litigation. *See* Dkt. No. 166. Ms. Lambert's recent motion marks her and Mr. Byrne's **fourth** motion to lift the protective order. Dkt. Nos. 90, 116, 166, 188. Dominion filed full oppositions to Mr. Byrne's and Ms. Lambert's first two attempts, detailing the numerous reasons that their motions should be denied. Dkt. No. 96 (opposing Dkt. No. 90); Dkt. No. 120 (opposing Dkt. No. 116). In response to Mr. Byrne's most recent motion (Dkt. No. 166), the Court stayed Plaintiffs' deadline to respond and has not required a formal opposition. *See* Minute Orders of Jan. 16 & 21, 2026.

In the interest of conserving judicial and party resources, and consistent with the Court's prior treatment of a substantially similar motion brought by Mr. Byrne, Plaintiffs respectfully request that the Court advise whether it requires a formal opposition to Ms. Lambert's motion. Plaintiffs stand ready to promptly file a full opposition, which is currently due July 1, 2026, should the Court find one helpful. But many of the reasons Ms. Lambert's and Mr. Byrne's motions (Dkt. Nos. 166, 188) should be denied can be found in Dominion's oppositions to their first two attempts (Dkt. Nos. 96, 120).

Of course, none of this would be necessary if Ms. Lambert would comply with the Court's pending orders. That starts with the Protective Order—which requires Ms. Lambert to object to

1

Mr. Oltmann's subpoena, not seek to enforce it. Dkt. No. 79, Am. Protective Order ¶ 26. It also includes Magistrate Judge Upadhyaya's March 31, 2026, Order—which has not been stayed and requires Ms. Lambert to return to Plaintiffs all their protected discovery materials, an obligation she has not complied with. Dkt. No. 175. Ms. Lambert's recent motion is part of her and Mr. Byrne's sustained efforts to circumvent this Court's orders and make public Plaintiffs' protected materials, a pattern this Court has previously admonished. *See* Dkt. No. 144. Her recent motion highlights the need for this Court to take decisive action by denying Ms. Lambert's and Mr. Byrne's motions to lift the Protective Order (Dkt. Nos. 166, 188); overruling their objections to the Court's March 31, 2026, Order (Dkt. Nos. 179, 180); and granting Plaintiffs' pending request for sanctions (Dkt. No. 183).

Dated: June 24, 2026

Respectfully submitted,

By:  */s/Davida Brook*
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
George El-Khoury *(Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
gel-khoury@susmangodfrey.com

Jonathan Ross (D.C. Bar No. TX0027)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002

Tel: (713) 651-9366
jross@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Attorneys for Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of June 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/Davida Brook*
Davida Brook
