IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


US DOMINION, INC.,
DOMINION VOTING
SYSTEMS, INC., and
DOMINION VOTING
SYSTEMS CORPORATION.,

           HON. CARL J. NICHOLS
   Plaintiffs,      CASE NO. 21-CV-02131

v.

PATRICK BYRNE,

   Defendant.

_____/

### MS. LAMBERT'S REPLY TO PLAINTIFFS' RESPONSE TO ECF 166 STATEMENT OF THE CASE

On June 24, 2026, Dominion filed its Response to ECF 166. Rather than provide a substantive response to Ms. Lambert's Motion to Comply with Subpoena, ECF 166, Dominion requested that the Court advise whether it requires a formal opposition to Ms. Lambert's motion. Without a formal motion pursuant to FRCP 7(b), Dominion is essentially seeking an extension of time to file a substantive response, which will result in further delay to Mr. Oltmann and his access to critical discovery and documents sought by subpoena. Mr. Oltmann has a discovery cutoff date of July 20, 2026, *Coomer v Oltmann*, case no. 2020-cv- 34319.

Most importantly, Dominion has failed to disclose to this Court that it has a "common interest agreement" related to the defamation lawsuits brought by Dominion, and Eric Coomer, Dominion Director of Products and Security at Dominion. Coomer Dep. January 27, 2026, 162:19-

1

22. Coomer has maintained that he does not have access to his prior communications and emails during his employment with Dominion. Coomer Dep. 67:3-7. Mr. Oltmann is only able to obtain the relevant Dominion documents and emails through subpoena to Ms. Lambert. The protective order in this case should not be used as a tool to circumvent discovery in related cases that involve common interest agreements.

Respectfully submitted,

/s/ Stefanie Lambert
Stefanie Lambert Junttila
400 Renaissance Drive, 26th Floor
Detroit, MI 48243
(313) 410-6872
StefanieLambert.com
Date: June 29, 2026                    AttorneyLambert@protonmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2026, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

/s/ Stefanie Lambert
Stefanie Lambert Junttila
400 Renaissance Drive, 26th Floor
Detroit, MI 48243
(313) 410-6872
StefanieLambert.com
AttorneyLambert@protonmail.com