**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIBERTY VOTE HOLDINGS INC.,
LIBERTY VOTE USA INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

Civil Action No. 1:21-cv-02131 (CJN) (MAU)

        Plaintiffs,

v.

PATRICK BYRNE,

        Defendant.

MOTION TO EXTEND COMPLIANCE OF JULY 1, 2026 ORDER, AND PERMIT
UNDERSIGNED TO FILE A MOTION TO DISQUALIFY MAGISTRATE UPADHYAYA

On July 1, 2026, R. 191, this Honorable Court required undersigned to comply with terms

of Order by July 15, 2026. Undersigned is seeking an extension to file a Motion to Disqualify

Magistrate Upadhyaya. Dominion opposes disqualification.

Wherefore, undersigned respectfully requests a 14 day extension.


Respectfully submitted this 15th day of July 2026,


                         */s/ Stefanie Lambert*
                         Stefanie Lambert Junttila
                         400 Renaissance Drive, 26th Floor
                         Detroit, MI 48243
                         (313) 410-6872
                         StefanieLambert.com
                         AttorneyLambert@protonmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2026, I caused a true and correct copy of the foregoing motion to be filed electronically via the Court's CM/ECF system, which will send notification of such filing to all counsel of record.


July 15, 2026                                          */s/ Stefanie Lambert*
                                                        Stefanie Lambert Junttila
                                                        400 Renaissance Drive, 26th Floor
                                                        Detroit, MI 48243
                                                        (313) 410-6872
                                                        StefanieLambert.com
                                                        AttorneyLambert@protonmail.com