IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BYRNE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:21-cv-02131-CJN-MAU <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF DAVIDA BROOK
IN SUPPORT OF PLAINTIFFS' OPPOSITION**

I, Davida Brook, hereby declare as follows:

1. I am a United States citizen and an attorney in good standing admitted to practice in the State of California and in this District. I am a lawyer at Susman Godfrey, L.L.P., located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA. I represent Plaintiffs Liberty Vote Holdings Inc., Liberty Vote USA Inc., and Dominion Voting Systems Corporation in this matter.

2. I make this declaration in further support of Plaintiffs' opposition to Defendant Patrick Byrne's "Motion to Disqualify Magistrate Judge Moxila A. Upadhyaya Pursuant to 28 U.S.C. § 455," ECF No. 193, and non-party Stefanie Lambert's "Motion to Extend Compliance of July 1, 2026 Order, and Permit Undersigned to File a Motion to Disqualify Magistrate Upadhyaya," ECF No. 194.

3. Attached hereto as **Exhibit 1** is an excerpt of a true and correct copy of the deposition of Kay Stimson, Aug. 8, 2024.

1

4.      Attached hereto as **Exhibit 2** is a true and correct copy of an email thread dated July 15, 2026, between counsel for Plaintiffs and counsel for Defendant regarding, "Re: Response in Opposition to Motion to Extend Discovery re: Dominion et al., v. Byrne."

5.      Attached hereto as **Exhibit 3** is a true and correct copy of an automatic ECF email notification on July 15, 2026, regarding, "Activity in Case 1:21-cv-02131-CJN-MAU LIBERTY VOTE HOLDINGS INC. et al v. BYRNE Motion to Disqualify Judge."

6.      Attached hereto as **Exhibit 4** is a true and correct copy of an email thread dated July 15, 2026, between counsel for Plaintiffs and Stefanie Lambert regarding, "Re: Conferral request."

7.      Attached hereto as **Exhibit 5** is an excerpt of a true and correct copy of the deposition of Hootan Yaghoobzadeh, July 23, 2024.

8.      Attached hereto as **Exhibit 6** is an excerpt of a true and correct copy of an email thread on July 18, 2024, between counsel for Plaintiffs, counsel for Defendants across all of Plaintiffs' defamation actions in the District of Columbia, and Stefanie Lambert regarding, "RE: Dominion-DDC Consolidated-Newsmax - deposition of Steve Owens 7/19."

9.      Attached hereto as **Exhibit 7** is a true and correct copy of an email thread on October 28, 2024, regarding "RE: Dominion-DDC Consolidated - deposition of Stephen Owens 10/29."

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 29, 2026.

/s/Davida Brook
Davida Brook