# Exhibit 1

308

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

```
-------------------------------X
US DOMINION, INC., et al.,       )
                                 )
                 Plaintiffs,     )  Civil Action No.
                                 )
      vs.                        )  1:21-cv-00040(CJN)
                                 )
SIDNEY POWELL, et al.,           )
                                 )
                 Defendants.     )
-------------------------------X
US DOMINION, INC., et al.,       )
                                 )
  Plaintiff/Counter-Defendants,  )  Civil Action No.
                                 )
      vs.                        )  1:21-cv-00445(CJN)
                                 )
MY PILLOW, INC., et al.,         )
                                 )
  Defendants/Counter-Plaintiffs  )
  and Third-Party Plaintiffs,    )
                                 )
      vs.                        )
                                 )
SMARTMATIC USA CORP., et al.,    )
                                 )
       Third-Party Defendants.   )
-------------------------------X
US DOMINION, INC., et al.,       )
                                 )
                 Plaintiffs,     )  Civil Action No.
                                 )
      vs.                        )  1:21-cv-02131(CJN)
                                 )
PATRICK BYRNE,                   )
                                 )  Volume II
                 Defendant.      )
-------------------------------X
          (Caption continued on the next page.)
```

309

```
--------------------------------X
US DOMINION, INC., et al.,        )
                                  )
  Plaintiff/Counter-Defendants, )   Civil Action No.
                                  )
      vs.                         )   1:21-cv-02130(CJN)
                                  )
HERRING NETWORKS, INC.,           )
et al.,                           )
                                  )
  Defendants/Counter-Plaintiffs.)
--------------------------------X
```

^***C O N F I D E N T I A L***

CONTINUED VIDEOTAPED DEPOSITION OF

MARY KAY STIMSON

Thursday, August 8, 2024; 9:08 a.m. EDT

Reported by:  Cindy L. Sebo, RMR, CRR, CLR, RPR, CCR, CSR, RSA, CA CSR 14409, NJ Certified CR 30XI0024460, NJ Certified RT 30XR00019500, NM CSR 589, NY Realtime Court Reporter, NY Association Certified Reporter, OR CSR 230105, TN CSR 998, TX CSR 12778, WA CSR 23005926, Remote Counsel Reporter, LiveLitigation Authorized Reporter, Notary Public

Job No. 2024-949348

312

      A P P E A R A N C E S (Continued):

 Attorneys for Defendant Patrick Byrne:

     LAW OFFICE OF STEFANIE L. LAMBERT PLLC

     STEFANIE L. LAMBERT, ESQUIRE (Via Zoom)

     400 Renaissance Drive, Floor 26

     Detroit, Michigan 48243

     https: stefanielambert.com


 Attorneys for Defendant Newsmax, Inc.:

     YOUNG CONAWAY STARGATT & TAYLOR, LLP

     KEVIN A. GUERKE, ESQUIRE

     Rodney Square

     1000 North King Street

     Wilmington, Delaware 19801

     302.571.6616

     kguerke@ycst.com