# Exhibit 2

**Subject:** Re: Response in Opposition to Motion to Extend Discovery re: Dominion et al., v. Byrne
**Date:** Wednesday, July 15, 2026 at 7:07:28 PM Eastern Daylight Time
**From:** Davida Brook
**To:** David Perry, George El-Khoury, Stephen Shackelford, Eve Levin
**CC:** Dominion SG Simplelist, Peter Ticktin, Damaris Concepcion
**Attachments:** image001.png, image002.png

Good Afternoon,

It is impossible to evaluate your request based on the information provided, which does not satisfy this Court's meet and confer requirements.

In any event, based on the information provided, Dominion objects.

Thank you,
Davida

---

**From:** David Perry <DPerry@legalbrains.com>
**Date:** Wednesday, July 15, 2026 at 2:09 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>, Stephen Shackelford <SShackelford@susmangodfrey.com>, Eve Levin <ELevin@susmangodfrey.com>, Davida Brook <DBrook@susmangodfrey.com>
**Cc:** Dominion Simplelist <Dominion@simplelists.susmangodfrey.com>, Peter Ticktin <pt@legalbrains.com>, Damaris Concepcion <DConcepcion@legalbrains.com>
**Subject:** RE: Response in Opposition to Motion to Extend Discovery re: Dominion et al., v. Byrne

<mark>EXTERNAL Email</mark>
Good afternoon,

Dr. Byrne intends to file a motion to disqualify the magistrate judge on grounds of impropriety.  Do you oppose the relief sought?

Yours,

**David L. Perry II**
**Registered Patent Attorney**



**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
(954) 570-6757
General email: DPerry@LegalBrains.com
www.LegalBrains.com

**NOTICE:**

**Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.  Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.  Any unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at DPerry@LegalBrains.com and delete the original message and all copies.

---

**From:** David Perry
**Sent:** Wednesday, February 11, 2026 1:12 PM
**To:** George El-Khoury <GEl-Khoury@susmangodfrey.com>; Stephen Shackelford <SShackelford@susmangodfrey.com>; Eve Levin <elevin@susmangodfrey.com>; Davida Brook <dbrook@susmangodfrey.com>
**Cc:** Dominion SG Simplelist <Dominion@simplelists.susmangodfrey.com>; Peter Ticktin <pt@legalbrains.com>; Damaris Concepcion <DConcepcion@legalbrains.com>
**Subject:** Response in Opposition to Motion to Extend Discovery re: Dominion et al., v. Byrne

Good afternoon,

I see that an opposition to the Motion to Extend Discovery [DE 171] was entered on the docket today, but PACER appears to have issues accessing the document.  Please send a copy.

| 01/28/2026 | | MINUTE ORDER: Upon consideration of Plaintiff's 119 Motion for Leave to File Under Seal Plaintiff's Opposition to Defendant's Emergency Motion to Lift Protective Order, it is hereby ORDERED that the Moti Orders (ECF Nos. 46 , 79 ) overcome the strong presumption in favor of public access to judicial documents. See, e.g., Metlife, Inc. v. Financial Stability Oversight Council, 856 F.3d 661, 663 (D.C. Cir. 2017). SO (lcmja) (Entered: 01/28/2026) |
| 01/28/2026 | | Motion(s) terminated: 119 Unopposed MOTION for Leave to File *Under Seal Plaintiffs' Opposition to Defendant's Emergency Motion to Lift Protective Order* filed by DOMINION VOTING SYSTEMS CORPOR Magistrate Judge Moxila A. Upadhyaya on January 28, 2026. (lcma) (Entered: 01/28/2026) |
| 01/28/2026 | | MINUTE ORDER: Upon consideration of Defendant's 107 Motion for Extension of Time to Complete Discovery, it is hereby ORDERED that the Motion is DENIED as MOOT. The Court previously issued an ord extending the fact discovery deadline to September 30, 2024. See ECF No. 181 in 21-cv-2130. That scheduling order controls the discovery deadlines in this case. See Minute Order (06/13/2024). SO ORDERED. (Entered: 01/28/2026) |
| 01/28/2026 | | Motion(s) terminated: 107 MOTION for Extension of Time to Complete Discovery filed by PATRICK BYRNE.. Signed by Magistrate Judge Moxila A. Upadhyaya on January 28, 2026. (lcma) (Entered: 01/28/202 |
| 01/30/2026 | | MINUTE ORDER: Upon consideration of Plaintiff's 155 Sealed Motion for Leave to File Document Under Seal, it is hereby ORDERED that the Motion is GRANTED. The strong privacy interests recognized in tl favor of public access to judicial documents. See, e.g., Metlife, Inc. v. Financial Stability Oversight Council, 856 F.3d 661, 663 (D.C. Cir. 2017). SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya |
| 01/30/2026 | | Motion(s) terminated: 155 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by US DOMINION, INC., DOMINION VOTING SYSTEMS, INC., DOMINION VOTING SYSTEMS ( persons.) filed by DOMINION VOTING SYSTEMS CORPORATION, US DOMINION, INC., DOMINION VOTING SYSTEMS, INC... Signed by Magistrate Judge Moxila A. Upadhyaya on January 30, 2026. ( |
| 01/30/2026 | 171 | SEALED OPPOSITION filed by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC. re 170 Sealed Motion to Extend Dicovery(znmw) (Entered: |
| 02/02/2026 | | MINUTE ORDER: Before the Court are Defendant's 152 Motion for Leave to File Document Under Seal and Defendant's [152-1] Motion to Extend Discovery Cutoff Date. On August 13, 2024, the Court disqualif meant, among other things, that Lambert was prohibited from making any further filings in the case. Accordingly, Defendant's 152 and [152-1] Motions were filed without authorization. Nonetheless, in light of the 152 Motion purports to contain information protected by the Court's Protective Order ( 46 , 79 ), it is hereby ORDERED that Defendant's 152 Motion to Seal is GRANTED. Defendant's [152-1] Motion, however, i Magistrate Judge Moxila A. Upadhyaya on February 2, 2026. (lcmja) (Entered: 02/02/2026) |
| 02/02/2026 | | Motion(s) terminated: 152 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by PATRICK BYRNE (This document is SEALED and only available to authorized persons.) filed by PA 2026. (lcma) (Entered: 02/02/2026) |
| 02/02/2026 | | MINUTE ORDER: Upon consideration of Defendant's 141 Motion to Stay Discovery, it is hereby ORDERED that the Motion is DENIED as MOOT. On August 13, 2024, the Court disqualified Defendant's prior c things, that Lambert was prohibited from making any further filings in the case. Accordingly, this Motion to Stay was filed without authorization. Nonetheless, given that the reason for the requested stay (the outco come to pass, Defendant's Motion is moot. SO ORDERED. Signed by Magistrate Judge Moxila A. Upadhyaya on February 2, 2026. (lcmja) (Entered: 02/02/2026) |
| 02/02/2026 | | Motion(s) terminated: 141 MOTION to Stay *DISCOVERY* filed by PATRICK BYRNE.. Signed by Magistrate Judge Moxila A. Upadhyaya on February 2, 2026. (lcma) (Entered: 02/02/2026) |
| 02/02/2026 | 170 | SEALED MOTION to Extend Discovery filed by PATRICK BYRNE. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Declaration)(znmw) (Entered: 02/11/2026) |
| 02/06/2026 | 169 | MOTION to Amend/Correct *Case Caption* by DOMINION VOTING SYSTEMS CORPORATION, DOMINION VOTING SYSTEMS, INC., US DOMINION, INC.. (Attachments: # 1 Supplement Addendum A, |

Yours,

**David L. Perry II**
**Registered Patent Attorney**



**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
(954) 570-6757
General email: DPerry@LegalBrains.com
www.LegalBrains.com

**NOTICE:**

**Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read.  If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.  Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged.  This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.  Any  unauthorized copying, review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email at DPerry@LegalBrains.com and delete the original message and all copies.