# Exhibit 3

**Subject:** Activity in Case 1:21-cv-02131-CJN-MAU LIBERTY VOTE HOLDINGS INC. et al v. BYRNE Motion to Disqualify Judge

**Date:** Wednesday, July 15, 2026 at 11:58:03 PM Eastern Daylight Time

**From:** DCD_ECFNotice@dcd.uscourts.gov

**To:** DCD_ECFNotice@dcd.uscourts.gov

EXTERNAL Email

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Ticktin, Peter on 7/15/2026 at 11:56 PM and filed on 7/15/2026

**Case Name:** LIBERTY VOTE HOLDINGS INC. et al v. BYRNE

**Case Number:** 1:21-cv-02131-CJN-MAU

**Filer:** PATRICK BYRNE

**Document Number:** 193

**Docket Text:**
**MOTION to Disqualify Judge by PATRICK BYRNE. (Ticktin, Peter)**

**1:21-cv-02131-CJN-MAU Notice has been electronically mailed to:**

Christina Dieckmann    cdieckmann@susmangodfrey.com, dlawson@susmangodfrey.com

Davida Brook    dbrook@susmangodfrey.com, kpalmer@susmangodfrey.com

Edgar Sargent    esargent@susmangodfrey.com, ghuante@susmangodfrey.com

Elizabeth B. Hadaway    ehadaway@susmangodfrey.com, nolguin@susmangodfrey.com

Eve Levin    elevin@susmangodfrey.com, jchavez@susmangodfrey.com

George El-Khoury    gel-khoury@susmangodfrey.com, jchavez@susmangodfrey.com

Jonathan J. Ross     jross@susmangodfrey.com, llindsey@susmangodfrey.com

Laranda Walker     lwalker@susmangodfrey.com, lcavazos@susmangodfrey.com, lisa-cavazos-1267@ecf.pacerpro.com

Mark Hatch-Miller     MHatch-Miller@susmangodfrey.com, jishridas@susmangodfrey.com

Mary Kathryn Sammons     ksammons@susmangodfrey.com, jgutierrez@susmangodfrey.com

Peter Ticktin     pt@legalbrains.com, Serv512@legalbrains.com, Serv514@legalbrains.com

Stefanie Lynn Junttila     attorneylambert@protonmail.com

Stephen Shackelford , Jr     sshackelford@susmangodfrey.com, aracelys-pena-0936@ecf.pacerpro.com, cmorillo@susmangodfrey.com

Zachary Savage     zsavage@susmangodfrey.com, jwang@susmangodfrey.com

**1:21-cv-02131-CJN-MAU Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/15/2026] [FileNumber=10228200-0
] [9e01669c583c3403e9de8ddd087b2202fa96974baa0e018cb29a96070bb08dc6d46
1766055aa8c5388a2687945b8370d05d8d07e574ab56f1b0557986c39f17d]]