# Exhibit 4

| | |
|---|---|
| **From:** | Davida Brook (via Dominion list) |
| **To:** | AttorneyLambert; Dominion SG Simplelist |
| **Subject:** | Re: Conferral request |
| **Date:** | Wednesday, July 15, 2026 6:08:02 PM |

EXTERNAL Email

Ms. Lambert,

It is impossible to evaluate your request based on the information provided, which does not satisfy this Court's meet and confer requirements.

In any event, based on the information provided, Dominion objects.

Thank you,
Davida

---

**From:** AttorneyLambert <AttorneyLambert@protonmail.com>
**Date:** Wednesday, July 15, 2026 at 1:27 PM
**To:** Dominion Simplelist <dominion@simplelists.susmangodfrey.com>
**Subject:** Conferral request

EXTERNAL Email
Good afternoon,

I intend to file a motion today requesting disqualification of Magistrate Upadhyaya due to conflict. Please advise Dominion's position.

Thank you,

Stefanie

Sent with Proton Mail secure email.