# Exhibit 5

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

--------------------------------X
US DOMINION, INC., et al.,

                        Plaintiffs,

                                   Civil Action No.
           VS.                    1:21-cv-00040(CJN)

SIDNEY POWELL, et al.,

                        Defendants.
--------------------------------X
(Continued on the next page.)

        ***C O N F I D E N T I A L***

           VIDEOTAPED DEPOSITION

                  OF

           HOOTAN YAGHOOBZADEH

          Tuesday, July 23, 2024

            One Manhattan West

           New York, New York

             Reported by:
      AYLETTE GONZALEZ, RPR, CLR, CCR
          JOB NO. 2024-941973

2

```
--------------------------------X
US DOMINION, INC., et al.,

    Plaintiff/Counter-Defendants,

                                 Civil Action No.
            VS.                  1:21-cv-00445(CJN)

MY PILLOW, INC., et al,

    Defendants/Counter-Plaintiffs
    and Third Party Plaintiffs,

            VS.

SMARTMATIC USA CORP., et al.,

        Third-Party Defendants.
--------------------------------X
US DOMINION, INC., et al.,

                    Plaintiffs,
                                 Civil Action No.
            VS.                  1:21-cv-02131(CJN)

PATRICK BYRNE,

                    Defendant.
--------------------------------X
US DOMINION, INC., et al.,

    Plaintiff/Counter-Defendants,
                                 Civil Action No.
            VS.                  1:21-cv-02130(CJN)

HERRING NETWORKS, INC., et al.,

    Defendants/Counter-Plaintiffs.
--------------------------------X
```

7

           A P P E A R A N C E S:


LAW OFFICES OF STEFANIE L. LAMBERT, PLLC

Counsel for Patrick Byrne

          400 Renaissance Drive

          Detroit, Michigan  48243

BY:       STEFANIE L. LAMBERT, ESQ. (Via Zoom)

EMAIL:    attorneylambert@protonmail.com



ALSO PRESENT:

          JOHN EDMUNDS, Videographer

          ADRIAN BELTRAN, Zoom Monitor

          SIDNEY POWELL

          KEVIN BAISDEN, Summer Associate