# Exhibit 6

| | |
|---|---|
| **From:** | AttorneyLambert (via Dominion list) |
| **To:** | Stephen Shackelford |
| **Cc:** | John K. Edwards; Marc Eisenstein; Moskowitz, Bennet J.; Brooke C. Davis; Bethany Pickett Shah; Bobb Service; Carl C. Butzer; Charles L. Babcock; Chris Kachouroff; Christina Vitale; Daniel Marvin; David C. Tobin; David Myers; Deborah (Debs) McIlhenny; Evelyn.Rua@kennedyslaw.com; Joel R. Glover; Jonathan D. Neerman; Joseph D. Sibley; Joshua Mooney; Katherine Harwood; Marc S. Casarino; Michael Tricarico; Minoo S. Blaesche; Nancy W. Hamilton; OANService; Susannah Lloyd-Jones; Teresa Cinnamond; Trent McCotter; William Haggerty; Smith, William (Alex); C. Barr Flinn; Herrmann, Douglas D.; Howard M. Cooper; Joseph M. Cacace; Josh L. Launer; Kevin A. Guerke; Lauren Dunkle Fortunato; Maria A. Lombardi; Michael A. Laukaitis, II; DiRago, Molly; Timothy E. Lengkeek; Dominion@simplelists.susmangodfrey.com |
| **Subject:** | RE: Dominion-DDC Consolidated-Newsmax - deposition of Steve Owens 7/19 |
| **Date:** | Thursday, July 18, 2024 1:26:39 PM |

EXTERNAL Email

I'll add that I was taking your representation regarding your client's symptoms into account along with the statements contained in the CDC article.

You said that he feels "fine" and could still sit for the deposition. That triggers the 24 hour recommendation.

Sent from Proton Mail for iOS

On Thu, Jul 18, 2024 at 2:13 PM, Stephen Shackelford <SShackelford@susmangodfrey.com> wrote:

> Ms. Lambert,
>
> Just in case someone else on this email string is relying on your misrepresentations of CDC guidance, I will note that you are rather badly misrepresenting the CDC guidance from the page you sent around. I will leave it to others to review the guidance themselves.
>
> --Stephen
>
> **From:** AttorneyLambert <AttorneyLambert@protonmail.com>
> **Sent:** Thursday, July 18, 2024 2:01 PM
> **To:** Stephen Shackelford <SShackelford@susmangodfrey.com>
> **Cc:** John K. Edwards <jedwards@jw.com>; Marc Eisenstein <marc@coburngreenbaum.com>; Moskowitz, Bennet J. <Bennet.Moskowitz@troutman.com>; Brooke C. Davis <bcdavis@susmangodfrey.com>; Bethany Pickett Shah <bpickett@jw.com>; Bobb Service <Bobbservice@fwhb.com>; Carl C. Butzer <cbutzer@jw.com>; Charles L. Babcock <cbabcock@jw.com>; Chris Kachouroff <chris@mck-lawyers.com>; Christina Vitale <cvitale@jw.com>; Daniel Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; David Myers <dmyers@jw.com>; Deborah (Debs) McIlhenny <dmcilhenny@robinsonlawks.com>; Evelyn.Rua@kennedyslaw.com; Joel R. Glover <jglover@jw.com>; Jonathan D. Neerman <jneerman@jw.com>; Joseph D.

Sibley <sibley@camarasibley.com>; Joshua Mooney
<joshua.mooney@kennedyslaw.com>; Katherine Harwood <kharwood@fwhb.com>;
Marc S. Casarino <marc.casarino@kennedyslaw.com>; Michael Tricarico
<Michael.Tricarico@kennedyslaw.com>; Minoo S. Blaesche <mblaesche@jw.com>;
Nancy W. Hamilton <nhamilton@jw.com>; OANService <OANService@jw.com>;
Susannah Lloyd-Jones <Susannah.lloyd-jones@kennedyslaw.com>; Teresa Cinnamond
<Teresa.Cinnamond@kennedyslaw.com>; Trent McCotter
<mccotter@boydengrayassociates.com>; William Haggerty <bill@fwhb.com>; Smith,
William (Alex) <alex.smith@troutman.com>; C. Barr Flinn <bflinn@ycst.com>;
Herrmann, Douglas D. <Douglas.Herrmann@troutman.com>; Howard M. Cooper
<hcooper@toddweld.com>; Joseph M. Cacace <jcacace@toddweld.com>; Josh L.
Launer <jlauner@toddweld.com>; Kevin A. Guerke <kguerke@ycst.com>; Lauren
Dunkle Fortunato <lfortunato@ycst.com>; Maria A. Lombardi
<mlombardi@toddweld.com>; Michael A. Laukaitis, II <mlaukaitis@ycst.com>; DiRago,
Molly <Molly.DiRago@troutman.com>; Timothy E. Lengkeek <tlengkeek@ycst.com>;
Dominion@simplelists.susmangodfrey.com
**Subject:** RE: Dominion-DDC Consolidated-Newsmax - deposition of Steve Owens 7/19

EXTERNAL Email
I disagree that Mr. Owens has "little relevant information."

Dr. Byrne only consented to zoom tomorrow with the understanding that Mr. Edwards would be
present in person.

It seems that this deposition should be rescheduled. The CDC instructs resuming all normal activity
within 24 hours of a positive test.

Sent from Proton Mail for iOS

On Thu, Jul 18, 2024 at 1:29 PM, Stephen Shackelford <SShackelford@susmangodfrey.com> wrote:

Hi John—

I'm not suggesting OAN is a party to those stipulations, I'm just trying to
answer Marc's question.

The fact is, this deposition has long been scheduled for all the cases,
including for the Newsmax case, for tomorrow. If Mr. Owens had not
contracted COVID, OAN would be there in person, Newsmax would
probably have been there in person, and probably all the rest of the
defendants (certainly most of them) would have been there by Zoom, as
they have done for nearly every other deposition to date. Mr. Owens

contracted COVID, but having already prepared for and scheduled this deposition, he wanted to proceed as scheduled, by Zoom. He is a third-party witness with very little relevant information for the cases—literally no information, I suspect, that you can't get from another witness you already have deposed or are planning to depose. Newsmax has reasonably agreed to proceed by Zoom, so the deposition is proceeding tomorrow.

At this point, I am simply asking whether all the other defendants—many of whom were already no doubt planning to attend by Zoom—are now going to refuse to take this deposition on the day it has long been scheduled for. I just need to know who is attending tomorrow.

Thanks.

--Stephen

---

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Thursday, July 18, 2024 12:57 PM
**To:** Stephen Shackelford <SShackelford@susmangodfrey.com>; Marc Eisenstein <marc@coburngreenbaum.com>
**Cc:** Moskowitz, Bennet J. <Bennet.Moskowitz@troutman.com>; Brooke C. Davis <bcdavis@susmangodfrey.com>; AttorneyLambert <AttorneyLambert@protonmail.com>; Shah, Bethany <bpickett@jw.com>; Bobb Service <Bobbservice@fwhb.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Chris Kachouroff <chris@mck-lawyers.com>; Vitale, Christina <cvitale@jw.com>; Daniel Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; Deborah (Debs) McIlhenny <dmcilhenny@robinsonlawks.com>; Evelyn Rua <Evelyn.Rua@kennedyslaw.com>; Glover, Joel <jglover@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Joseph D. Sibley <sibley@camarasibley.com>; Joshua Mooney <joshua.mooney@kennedyslaw.com>; Katherine Harwood <kharwood@fwhb.com>; Marc S. Casarino <marc.casarino@kennedyslaw.com>; Michael Tricarico <Michael.Tricarico@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; OANService <OANService@jw.com>; Susannah Lloyd-Jones <Susannah.lloyd-jones@kennedyslaw.com>; Teresa Cinnamond <Teresa.Cinnamond@kennedyslaw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; William Haggerty <bill@fwhb.com>; Smith, William (Alex) <alex.smith@troutman.com>; C. Barr Flinn <bflinn@ycst.com>; Herrmann, Douglas D.

<Douglas.Herrmann@troutman.com>; Howard M. Cooper <hcooper@toddweld.com>; Joseph M. Cacace <jcacace@toddweld.com>; Josh L. Launer <jlauner@toddweld.com>; Kevin A. Guerke <kguerke@ycst.com>; Lauren Dunkle Fortunato <lfortunato@ycst.com>; Maria A. Lombardi <mlombardi@toddweld.com>; Michael A. Laukaitis, II <mlaukaitis@ycst.com>; DiRago, Molly <Molly.DiRago@troutman.com>; Timothy E. Lengkeek <tlengkeek@ycst.com>; Dominion@simplelists.susmangodfrey.com
**Subject:** RE: Dominion-DDC Consolidated-Newsmax - deposition of Steve Owens 7/19

<mark>EXTERNAL Email</mark>

Don't believe any of the DDC defense counsel have seen the referenced joint stipulation between Dominion and Newsmax - OAN certainly has not - which is no surprise because it is for a different case, with different parties, in a different jurisdiction. OAN is not a party to any deposition scheduling stipulations or agreements involving Newsmax.

---

**From:** Stephen Shackelford <SShackelford@susmangodfrey.com>
**Sent:** Thursday, July 18, 2024 11:21 AM
**To:** Marc Eisenstein <marc@coburngreenbaum.com>
**Cc:** Edwards, John <jedwards@jw.com>; Moskowitz, Bennet J. <Bennet.Moskowitz@troutman.com>; Brooke C. Davis <bcdavis@susmangodfrey.com>; AttorneyLambert <AttorneyLambert@protonmail.com>; Shah, Bethany <bpickett@jw.com>; Bobb Service <Bobbservice@fwhb.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Chris Kachouroff <chris@mck-lawyers.com>; Vitale, Christina <cvitale@jw.com>; Daniel Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; Deborah (Debs) McIlhenny <dmcilhenny@robinsonlawks.com>; Evelyn Rua <Evelyn.Rua@kennedyslaw.com>; Glover, Joel <jglover@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Joseph D. Sibley <sibley@camarasibley.com>; Joshua Mooney <joshua.mooney@kennedyslaw.com>; Katherine Harwood <kharwood@fwhb.com>; Marc S. Casarino <marc.casarino@kennedyslaw.com>; Michael Tricarico <Michael.Tricarico@kennedyslaw.com>; Blaesche, Minoo <mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>; OANService <OANService@jw.com>; Susannah Lloyd-Jones <Susannah.lloyd-jones@kennedyslaw.com>; Teresa Cinnamond <Teresa.Cinnamond@kennedyslaw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; William Haggerty

<bill@fwhb.com>; Smith, William (Alex) <alex.smith@troutman.com>; C. Barr Flinn <bflinn@ycst.com>; Herrmann, Douglas D. <Douglas.Herrmann@troutman.com>; Howard M. Cooper <hcooper@toddweld.com>; Joseph M. Cacace <jcacace@toddweld.com>; Josh L. Launer <jlauner@toddweld.com>; Kevin A. Guerke <kguerke@ycst.com>; Lauren Dunkle Fortunato <lfortunato@ycst.com>; Maria A. Lombardi <mlombardi@toddweld.com>; Michael A. Laukaitis, II <mlaukaitis@ycst.com>; DiRago, Molly <Molly.DiRago@troutman.com>; Timothy E. Lengkeek <tlengkeek@ycst.com>; Dominion@simplelists.susmangodfrey.com

**Subject:** RE: Dominion-DDC Consolidated-Newsmax - deposition of Steve Owens 7/19

**Caution: \*\*External Email.**

Hi Marc—I'm not sure whether we have a formal written notice, but Newsmax asked us for the Steve Owens deposition months ago, and even wrote it into one of our joint stipulations on scheduling. Per our agreement with Newsmax, they were planning to ask their questions of Mr. Owens after the DDC defendants completed theirs. Which is still how we will proceed, if any of the DDC defendants participate tomorrow.

--Stephen

---

**From:** Marc Eisenstein <marc@coburngreenbaum.com>
**Sent:** Thursday, July 18, 2024 11:37 AM
**To:** Stephen Shackelford <SShackelford@susmangodfrey.com>
**Cc:** Edwards, John <jedwards@jw.com>; Moskowitz, Bennet J. <Bennet.Moskowitz@troutman.com>; Brooke C. Davis <bcdavis@susmangodfrey.com>; AttorneyLambert <AttorneyLambert@protonmail.com>; Shah, Bethany <bpickett@jw.com>; Bobb Service <Bobbservice@fwhb.com>; Butzer, Carl <cbutzer@jw.com>; Babcock, Chip <cbabcock@jw.com>; Chris Kachouroff <chris@mck-lawyers.com>; Vitale, Christina <cvitale@jw.com>; Daniel Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <dctobin@tobinoconnor.com>; Myers, David <dmyers@jw.com>; Deborah (Debs) McIlhenny <dmcilhenny@robinsonlawks.com>; Evelyn Rua <Evelyn.Rua@kennedyslaw.com>; Glover, Joel <jglover@jw.com>; Neerman, Jonathan <jneerman@jw.com>; Joseph D. Sibley <sibley@camarasibley.com>; Joshua Mooney <joshua.mooney@kennedyslaw.com>; Katherine Harwood <kharwood@fwhb.com>; Marc S. Casarino <marc.casarino@kennedyslaw.com>; Michael Tricarico <Michael.Tricarico@kennedyslaw.com>; Blaesche, Minoo

<mblaesche@jw.com>; Hamilton, Nancy <nhamilton@jw.com>;
OANService <OANService@jw.com>; Susannah Lloyd-Jones
<Susannah.lloyd-jones@kennedyslaw.com>; Teresa Cinnamond
<Teresa.Cinnamond@kennedyslaw.com>; Trent McCotter
<mccotter@boydengrayassociates.com>; William Haggerty
<bill@fwhb.com>; Smith, William (Alex) <alex.smith@troutman.com>; C.
Barr Flinn <bflinn@ycst.com>; Herrmann, Douglas D.
<Douglas.Herrmann@troutman.com>; Howard M. Cooper
<hcooper@toddweld.com>; Joseph M. Cacace <jcacace@toddweld.com>;
Josh L. Launer <jlauner@toddweld.com>; Kevin A. Guerke
<kguerke@ycst.com>; Lauren Dunkle Fortunato <lfortunato@ycst.com>;
Maria A. Lombardi <mlombardi@toddweld.com>; Michael A. Laukaitis, II
<mlaukaitis@ycst.com>; DiRago, Molly <Molly.DiRago@troutman.com>;
Timothy E. Lengkeek <tlengkeek@ycst.com>;
Dominion@simplelists.susmangodfrey.com
**Subject:** Re: Dominion-DDC Consolidated-Newsmax - deposition of Steve
Owens 7/19

EXTERNAL Email
Did Newsmax issue a depo notice?   If so, can you please provide it?

Sent from my iPhone


On Jul 18, 2024, at 11:27 AM, Stephen Shackelford
<SShackelford@susmangodfrey.com> wrote:


The issue is, we have had this deposition on the schedule for
a while, and worked around it to schedule other depos. If
OAN was really open to occasionally doing depos by Zoom,
as you told the Court you were, you'd easily agree to do this
depo of a minor third party who was never responsible for
the Dominion investment by Zoom, to keep the schedule on
track.

In any event, I ask the other DDC defendants to confirm
whether you will attend this Zoom deposition tomorrow.
You are invited to attend, we just need to know if you will be
doing so. Thanks.

--Stephen

**From:** Edwards, John <jedwards@jw.com>
**Sent:** Thursday, July 18, 2024 10:27 AM
**To:** Stephen Shackelford
<SShackelford@susmangodfrey.com>; Moskowitz, Bennet J.