# Exhibit 7

| | |
|---|---|
| **From:** | Brooke C. Davis (via Dominion list) |
| **To:** | pmbyrne@protonmail.com; Bethany Pickett Shah; Bobb Service; Carl C. Butzer; Charles L. Babcock; Chris Kachouroff; Christina Vitale ; Daniel Marvin; David C. Tobin; David Myers; Deborah (Debs) McIlhenny; Evelyn Rua; Joel R. Glover; John K. Edwards; Jonathan D. Neerman; Joseph D. Sibley; Joshua Mooney; Katherine Harwood ; Marc J. Eisenstein; Marc S. Casarino; Michael Tricarico; Minoo S. Blaesche; Nancy W. Hamilton; OAN Service at Jackson Walker, LLP; Susannah Lloyd-Jones; Teresa Cinnamond; Trent McCotter ; William Haggerty |
| **Cc:** | Dominion@simplelists.susmangodfrey.com; Alice Fraioli |
| **Subject:** | RE: Dominion-DDC Consolidated - deposition of Stephen Owens 10/29 |
| **Date:** | Monday, October 28, 2024 2:00:00 PM |

EXTERNAL Email

All,

Please let us know if you plan to attend in person so you can be added to the building's security list.

Thank you,

**BROOKE C. DAVIS**
**PARALEGAL**
**SUSMAN GODFREY L.L.P.**

**1000 Louisiana | Suite 5100 | Houston, TX 77002 | 713-655-5653**
**HOUSTON        LOS ANGELES        SEATTLE        NEW YORK**

---

**From:** Brooke C. Davis
**Sent:** Monday, October 28, 2024 1:32 PM
**To:** pmbyrne@protonmail.com; Bethany Pickett Shah <bpickett@jw.com>; Bobb Service <Bobbservice@fwhb.com>; Carl C. Butzer <cbutzer@jw.com>; Charles L. Babcock <cbabcock@jw.com>; Chris Kachouroff <chris@mck-lawyers.com>; Christina Vitale <cvitale@jw.com>; Daniel Marvin <Daniel.Marvin@kennedyslaw.com>; David C. Tobin <Dctobin@tobinoconnor.com>; David Myers <dmyers@jw.com>; Deborah (Debs) McIlhenny <dmcilhenny@robinsonlawks.com>; Evelyn Rua <Evelyn.Rua@kennedyslaw.com>; Joel R. Glover <jglover@jw.com>; John K. Edwards <jedwards@jw.com>; Jonathan D. Neerman <jneerman@jw.com>; Joseph D. Sibley <sibley@camarasibley.com>; Joshua Mooney <joshua.mooney@kennedyslaw.com>; Katherine Harwood <kharwood@fwhb.com>; Marc J. Eisenstein <Marc@coburngreenbaum.com>; Marc S. Casarino <marc.casarino@kennedyslaw.com>; Michael Tricarico <Michael.Tricarico@kennedyslaw.com>; Minoo S. Blaesche <mblaesche@jw.com>; Nancy W. Hamilton <nhamilton@jw.com>; OAN Service at Jackson Walker, LLP <OANservice@jw.com>; Susannah Lloyd-Jones <Susannah.lloyd-jones@kennedyslaw.com>; Teresa Cinnamond <Teresa.Cinnamond@kennedyslaw.com>; Trent McCotter <mccotter@boydengrayassociates.com>; William Haggerty <bill@fwhb.com>
**Cc:** Dominion@simplelists.susmangodfrey.com
**Subject:** Dominion-DDC Consolidated - deposition of Stephen Owens 10/29

All,

Please be advised that the start time for Stephen Owens' deposition tomorrow is 10:00 AM ET.

Thank you,

**BROOKE C. DAVIS**
**PARALEGAL**
**SUSMAN GODFREY L.L.P.**

**1000 Louisiana | Suite 5100 | Houston, TX 77002 | 713-655-5653**
**HOUSTON        LOS ANGELES        SEATTLE        NEW YORK**

To unsubscribe from this list please go to https://simplelists.susmangodfrey.com/confirm/?u=ImI7TFtnA1NbZPyJel0SgI8MDN35PxO7