## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LIBERTY VOTE HOLDINGS INC.,<br>LIBERTY VOTE USA INC., and<br>DOMINION VOTING SYSTEMS<br>CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATRICK BYRNE,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 1:21-cv-02131-CJN-MAU

Judge Carl J. Nichols

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER DENYING DEFENDANT PATRICK BYRNE'S MOTION TO DISQUALIFY MAGISTRATE JUDGE UPADHYAYA (ECF NO. 193) AND STEFANIE LAMBERT'S MOTION TO EXTEND COMPLIANCE WITH JULY 1, 2026, ORDER AND TO FILE A MOTION TO DISQUALIFY (ECF NO. 194)**

Having reviewed and considered the parties' written submissions, and for the reasons stated in Plaintiffs' Opposition, it is hereby,

**ORDERED** that Defendant Patrick Byrne's "Motion to Disqualify Magistrate Judge Moxila A. Upadhyaya Pursuant to 28 U.S.C. § 455," ECF No. 193, is **DENIED**, and it is

**FURTHER ORDERED** that non-party Stefanie Lambert's "Motion to Extend Compliance of July 1, 2026 Order, and Permit Undersigned to File a Motion to Disqualify Magistrate Upadhyaya," ECF No. 194, is **DENIED**.

**SO ORDERED.**

SIGNED this _____ day of _____, 2026

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE