IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIBERTY VOTE HOLDINGS
INC. et al.,

        Plaintiffs,

v.

PATRICK BYRNE,

        Defendant.

_____/

CASE NO. 21-CV-02131
HON. CARL NICHOLS

**REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO EXTEND COMPLIANCE OF JULY 1, 2026 ORDER, AND PERMIT UNDERSIGNED TO FILE A MOTION TO DISQUALIFY MAGISTRATE UPADHYAYA**

Undersigned respectfully requests an extension to permit undersign to file a motion to disqualify Magistrate Upadhyaya prior to compliance of July 1, 2026 Order.

Respectfully submitted,

*/s/ Stefanie Lambert*
Date: August 5, 2026        Stefanie Lambert Junttila

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 5, 2026, the foregoing document, was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ Stefanie Lambert*
Date: August 5, 2026        Stefanie Lambert Junttila

2