IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BYRNE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:21-cv-02131-CJN-MAU <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF DAVIDA BROOK IN SUPPORT OF
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

I, Davida Brook, hereby declare as follows:

1.      I am a United States citizen and an attorney in good standing, admitted to practice in the State of California and in this District. I am an attorney at Susman Godfrey, L.L.P., located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA. I represent Plaintiffs Liberty Vote Holdings Inc., Liberty Vote USA Inc., and Dominion Voting Systems Corporation in this matter.

2.      I make this declaration in further support of Plaintiffs' Motion for Default Judgment.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of a certified written transcription of a segment of a videorecorded broadcast that aired on May 15, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the video recording of a segment of a videorecorded broadcast that aired on May 15, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne.

1

5. Attached hereto as **Exhibit 3** is a true and correct copy of a certified written transcription of a segment of a videorecorded broadcast that aired on May 19, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the video recording of a segment of a videorecorded broadcast that aired on May 19, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a post by Patrick Byrne (@PatrickByrne) on the social media website "X" dated May 19, 2026, accessed and saved on May 20, 2026.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a post by LindellTV (@RealLindellTV) on the social media website "X" dated May 19, 2026, accessed and saved on May 19, 2026.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a certified written transcription of a segment of a videorecorded broadcast that aired on June 25, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the video recording of a segment of a videorecorded broadcast that aired on June 25, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a post by Patrick Byrne (@PatrickByrne) on the social media website "X" dated June 25, 2026, accessed and saved on June 26, 2026.

12. Attached hereto as **Exhibit 10** is a true and correct copy of an Order in *Eric Coomer v. Patrick Byrne et al.*, No. 8:24-cv-8-TPB-SPF (M.D. Fla. June 29, 2026), Dkt. 332.

2

13.     Attached hereto as **Exhibit 11** is a true and correct copy of a certified written transcription of a segment of a videorecorded broadcast that aired on July 23, 2026, on AlexJonesLive.com, featuring Patrick Byrne.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of the video recording of a segment of a videorecorded broadcast that aired on July 23, 2026, on AlexJonesLive.com, featuring Patrick Byrne.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of a post by Alex Jones (@RealAlexJones) on the social media website "X" dated July 23, 2026, accessed and saved on July 27, 2026.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of a certified written transcription of a segment of a videorecorded broadcast that aired on July 31, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of the video recording of a segment of a videorecorded broadcast that aired on July 31, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne.

18.     Attached hereto as **Exhibit 16** is a true and correct copy of a post by Patrick Byrne (@PatrickByrne) on the social media website "X" dated July 31, 2026, accessed and saved on August 10, 2026.

19.     Attached hereto as **Exhibit 17** is a true and correct copy of a repost by Patrick Byrne (@PatrickByrne) on the social media website "X" on August 6, 2026, in which he shared a post by @EFFE4USA, accessed and saved on August 11, 2026. The underlying post by @EFFE4USA disseminated documents that Plaintiffs produced, Bates-stamped, and marked confidential in this case.

20.     Attached hereto as **Exhibit 18** is a true and correct copy of a post by Patrick Byrne (@PatrickByrne) on the social media website "X" dated August 7, 2026, accessed and saved on August 11, 2026. This post disseminated documents that Plaintiffs produced, Bates-stamped, and marked confidential in this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2026.

*/s/Davida Brook*
Davida Brook
