# Exhibit 4

Video Exhibit Filed Manually Via

Thumb Drive