# Exhibit 17

*screenshot-x.com-2026.08.11-09_47_04*
*http://x.com*
*11.08.2026*

*screenshot-x.com-2026.08.11-09_47_04*
*http://x.com*
*11.08.2026*



**Patrick Colbeck** ✝ ✔ @pjcolbeck · Jul 25

BREAKING: Sheriff Dar Leaf has release a CRITICAL batch of internal Dominion (aka Liberty Vote) emails along with a letter to President Trump.

Initial findings pertinent to Dominion management of 2020 election results in Chicago, Il:

–Dominion engineers (including Eric Coomer)

Show more

## Barry County Sheriff's Office

1212 West State Street • Hastings, Michigan 49058

*Sheriff Dar Leaf*

July 22, 026

President Donald J. Trump
The White House
1600 Pennsylvania Avenue N.W.
Washington, DC 20500

Dear Honorable President Trump:

I am writing to inform you that I have evidence of an urgent security threat. Liberty Vote has concealed its employment of Venezuelans, and the fact that past Dominion/ Smartmatic/Sequoia employees and contractors are currently working for the company. Edmundo Rojas is one example. Mr. Rojas is from Caracas, Venezuela and worked for Dominion Voting. Edmundo Rojas, and others were permitted remote access to the US election equipment by "virtual machines" and this access went undetected by clerks across the country. This insider threat is not isolated to Edmundo Rojas. I have evidence that other critical Dominion employees with remote access have transferred to Liberty.

Attached you will find proof of Dominion, and Eric Coomer's email reflecting that he surreptitiously accessed early voting results using a winEDA server prior to pushing the results files to the official EMS. Eric Coomer coordinated his access during the November 2020 Election with a network that included Ronald Morales and Serbian foreign nationals.

I hear experts are promoting a "patch" and other measures to address "vulnerabilities." Mr. President, you have an insider threat problem that a patch cannot correct.

Sincerely,

Sheriff Dar Leaf
Barry County Michigan

Business (269) 948-4805 • Jail (269) 948-4804 • Fax (269) 948-4831

💬 19          ↻ 435          ♡ 746          ᐧ�006 12K          🔖  ↥

↻ **Patrick Byrne reposted**

**Maryland Election Integrity Group** ✔          Ø ···
@EFFE4USA

And I just saw this bombshell from Peter!

**Peter Bernegger** ✔ @PeterBernegger · Jul 25

Dear President Trump – the election fraud is sovereign fraud and you know that. It is not China, although they had their hands in it. The election fraud is coming from our own govt. = CIA, FBI, DARPA, DIS, DIA, the State Dept. and its subcontractors, US Army and others.

...



5:09 PM · Jul 25, 2026 · **4,667** Views

1          30          65          5