# Exhibit 18

*screenshot-x.com-2026.08.10-12_30_19*
*http://x.com*
*10.08.2026*

← **Post**

**Patrick Byrne** ✔
@PatrickByrne

Subscribe ⊘ ⋯

Is this bad?

Dominion's Serbian software guru was emailing about uploading cartridges of ballots into WinEDS (nee Venezuela's "Smartmatic SAES") at 7 A.M. on November 3, 2020.

But their CEO testified it's all US tech operated by US citizens with clearances?

Is that bad?😅😂🤣



6:18 PM · Aug 7, 2026 · **50.8K** Views

💬 90        🔁 1.5K        ♡ 3.2K        🔖 357        ↑