**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> PATRICK BYRNE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 1:21-cv-02131-CJN-MAU <br><br> Judge Carl J. Nichols <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'**
**MOTION FOR DEFAULT JUDGMENT**

Having reviewed and considered the parties' written submissions, and for the reasons stated in Plaintiffs' Motion for Default Judgment (the "Motion"), it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that default judgment is awarded to Plaintiffs on Defendant Patrick Byrne's liability with respect to all of Plaintiffs' claims, leaving only the issue of the quantum of damages for trial.

**SO ORDERED.**

SIGNED this _____ day of _____, 2026

_____
THE HONORABLE CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE