**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LIBERTY VOTE HOLDINGS INC., | ) | |
| LIBERTY VOTE USA INC., and | ) | |
| DOMINION VOTING SYSTEMS | ) | Civil Action No. 1:21-cv-02131-CJN-MAU |
| CORPORATION, | ) | |
| | ) | |
| Plaintiffs, | ) | Judge Carl J. Nichols |
| | ) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| PATRICK BYRNE, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' NOTICE OF FILING VIDEO EXHIBITS**

Plaintiffs hereby give notice of filing the exhibits listed below, which are video exhibits to the Declaration of Davida Brook in Support of Plaintiffs' Motion for Default Judgment in the above-captioned action, which was filed on August 13, 2026. Dkt. 198. Due to their file format, these exhibits—Exhibits 2, 4, 8, 12, and 15—cannot be filed electronically through the Court's ECF system. Therefore, slipsheets in place of each exhibit have been filed electronically through the Court's ECF system with the corresponding exhibit numbers identified below. Plaintiffs have also arranged for two thumb drives containing these video exhibits to be delivered to Chambers for the Court's convenience. Plaintiffs also served copies of these exhibits on Defendant Patrick Byrne via email to his counsel of record, Peter Ticktin, on August 13, 2026.

| Ex. No. | Description | Location |
|---|---|---|
| Exhibit 2 | Video recording of a segment of a videorecorded broadcast that aired on May 15, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne. | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 4 | Video recording of a segment of a videorecorded broadcast that aired on May 19, 2026, on LindellTV, *The* | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a |

1

| Ex. No. | Description | Location |
|---|---|---|
|  | *Absolute Truth with Emerald Robinson*, featuring Patrick Byrne. | video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 8 | Video recording of a segment of a videorecorded broadcast that aired on June 25, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne. | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 12 | Video recording of a segment of a videorecorded broadcast that aired on July 23, 2026, on AlexJonesLive.com, featuring Patrick Byrne. | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit 15 | Video recording of a segment of a videorecorded broadcast that aired on July 31, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne. | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the exhibit is not in a format that readily permits electronic filing. |

Dated: August 13, 2026

Respectfully submitted,

By: */s/Davida Brook*
Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
George El-Khoury *(Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
gel-khoury@susmangodfrey.com

Jonathan Ross (D.C. Bar No. TX0027)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100

Houston, TX 77002
Tel: (713) 651-9366
jross@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Attorneys for Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th day of August 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/Davida Brook*
Davida Brook