IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIBERTY VOTE HOLDINGS INC.,
LIBERTY VOTE USA INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

Plaintiffs,

v.

PATRICK BYRNE,

Defendant.
_______________________________/

Civil Action No. 1:21-cv-02131 (CJN) (MAU)

Judge Carl J. Nichols

JURY TRIAL DEMANDED

**DEFENDANT PATRICK BYRNE'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

The Defendant, Patrick Byrne, by and through his undersigned counsel, hereby files this his Motion for Extension of Time to File Opposition to Plaintiffs' Motion for Default Judgment [ECF No. 198], and states:

Undersigned has been in trial this week out of state. Additionally, Homeland Security, and President Trump have issued relevant orders today that undersigned needs to include in Defendant's Opposition to Plaintiff's Motion for Default Judgment.

Undersigned's office has sought concurrence from Plaintiff for a two-week extension, and he will file a supplement to this motion to advise this Court of Plaintiff's position.

Dated: August 27, 2026,

Respectfully submitted,

*/s/ Peter Ticktin*
Peter Ticktin, Esquire
Serv512@LegalBrains.com

Telephone: (561) 232-2222
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
*Attorney for the Defendant,*
*Patrick Byrne*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2026, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ Peter Ticktin*
Peter Ticktin



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222