# EXHIBIT 1

Source Chart for the Exhibits to the Corrected Opposition (ECF No. 204)

**EXHIBIT 1**
**SOURCE CHART FOR ECF NO. 204 EXHIBITS**

| ECF 204 Ex. | Public source used for the filed copy | Date of public source | Notes |
|---|---|---|---|
| A | Sheriff Dar Leaf declaration / official publication | August 6, 2026 | Nonparty official |
| B | DHS Secretary letter (public government correspondence) | August 24, 2026 | Official record |
| C-1 to C-11 | Sheriff Leaf public compilations / comparison to public posts | March 18, 2024; July 2026 | |
| D-1 to D-6 | Law-enforcement letters already published; comparison slides | 2024 public letters | |
| E | Carvajal letter previously filed on this public docket | ECF No. 180-7 | Already on docket |
| F | Declassified CIA note | Declassified July 1, 2026 | Official record |
| G | Coomer grand-jury excerpts from M.D. Fla. public docket | ECF No. 283-1 (M.D. Fla.) | Other-court public |
| H | Coomer deposition excerpts from M.D. Fla. | Jan. 27, 2026 | Other-court public |
| I | Public news / sheriff letter posting | August 20, 2024 | |
| J | Sheriff Leaf July 24, 2026 public letter posting | July 24, 2026 | |