IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION, | ) | Civil Action No. 1:21-cv-02131-CJN-MAU |
| Plaintiffs, | ) | Judge Carl J. Nichols |
| v. | ) | **JURY TRIAL DEMANDED** |
| PATRICK BYRNE, | ) | |
| Defendant. | ) | |

**DECLARATION OF DAVIDA BROOK IN**
**SUPPORT OF PLAINTIFFS' OPPOSITION**

I, Davida Brook, hereby declare as follows:

1. I am a United States citizen and an attorney in good standing, admitted to practice in the State of California and in this District. I am an attorney at Susman Godfrey, L.L.P., located at 1900 Avenue of the Stars, Suite 1400, Los Angeles, CA. I represent Plaintiffs Liberty Vote Holdings Inc., Liberty Vote USA Inc., and Dominion Voting Systems Corporation in this matter.

2. I make this declaration in further support of Plaintiffs' Opposition to Defendant Patrick Byrne's "Urgent Motion for Clarification of the September 11, 2026 Minute Order, Objection to the Sealing of ECF No. 204, and for a Limited Extension of Time."

3. Attached hereto as **Exhibit A** is a true and correct copy of a post by Patrick Byrne (@PatrickByrne) on the social media website "X" dated September 11, 2026, accessed and saved on September 13, 2026.

4. Attached hereto as **Exhibit B** is a true and correct copy of a video-recorded broadcast that aired on September 11, 2026, on LindellTV, *The Absolute Truth with Emerald*

*Robinson*, featuring Patrick Byrne. Mr. Byrne shared this video-recorded broadcast via X on September 11, 2026. *See* Ex. A.

5. Attached hereto as **Exhibit C** is a true and correct copy of a post by Patrick Byrne (@PatrickByrne) on the social media website "X" dated September 17, 2026, accessed and saved on September 17, 2026.

6. Attached hereto as **Exhibit D** is a true and correct copy of the video that Mr. Byrne shared via X on September 17, 2026. *See* Ex. C.

7. Attached hereto as **Exhibit E** is a true and correct copy of an email that counsel for Plaintiffs sent to counsel for Mr. Byrne regarding, "Liberty Vote v. Byrne - June 5, 2026, Email." As of the date of this filing, Plaintiffs' counsel did not receive a response to this email from Mr. Byrne's counsel.

8. Attached hereto as **Exhibit F** is a true and correct copy of a September 14, 2026, email thread between counsel for Plaintiffs and counsel for Mr. Byrne regarding, "Re: Conferral re: Motion for Clarification: Dominion et al., v. Byrne."

9. Attached as **Exhibit G** is a true and correct copy of a post by William Duncan (@dun51708) on the social media website "X" dated July 31, 2026, responding to a post by LindellTV (@RealLindellTV) featuring Mr. Byrne's July 31, 2026, appearance on *The Absolute Truth*, accessed and saved on September 18, 2026.

10. Attached as **Exhibit H** is a true and correct copy of a post by Patrick Byrne (@PatrickByrne) on the social media website "X" dated September 17, 2026, accessed and saved on September 18, 2026.

11. Attached as **Exhibit I** is a true and correct copy of a YouTube video titled, "Dominion Lawsuit takes BIZARRE Turn after Documents SEALED," posted by

@RobertGouveiaEsq on September 18, 2026. Mr. Byrne shared this YouTube video via X on September 17, 2026. *See* Ex. H.

12. Attached as **Exhibit J** is a collection of true and correct copies of comments to the YouTube video submitted as Exhibit I.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2026.

*/s/Davida Brook*
Davida Brook