**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>PATRICK BYRNE,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:21-cv-02131-CJN-MAU<br><br>Judge Carl J. Nichols<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' NOTICE OF FILING VIDEO EXHIBITS**

Plaintiffs hereby give notice of filing the exhibits listed below, which are video exhibits to the Declaration of Davida Brook in Support of Plaintiffs' Opposition to Defendant Patrick Byrne's "Urgent Motion for Clarification of the September 11, 2026 Minute Order, Objection to the Sealing of ECF No. 204, and for a Limited Extension of Time," which was filed on September 21, 2026. Dkt. 208. Due to their file format, these exhibits—Exhibits B, D, and I—cannot be filed electronically through the Court's ECF system. Therefore, slipsheets in place of each exhibit have been filed electronically through the Court's ECF system. *See* Dkts. 208-3, 208-5, 208-10. Plaintiffs have also arranged for two thumb drives containing these video exhibits to be delivered to Chambers for the Court's convenience. Plaintiffs also served copies of these exhibits on Defendant Patrick Byrne via email to his counsel of record, Peter Ticktin, on September 21, 2026.

| Ex. No. | Description | Location |
|---|---|---|
| Exhibit B | Video-recorded broadcast that aired on September 11, 2026, on LindellTV, *The Absolute Truth with Emerald Robinson*, featuring Patrick Byrne. | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the exhibit is not in a format that readily permits electronic filing. |

| Ex. No. | Description | Location |
|---|---|---|
| Exhibit D | Video that was reshared by Patrick Byrne (@PatrickByrne) on the social media website "X" on September 17, 2026. | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the exhibit is not in a format that readily permits electronic filing. |
| Exhibit I | YouTube video titled, "Dominion Lawsuit takes BIZARRE Turn after Documents SEALED," posted by @RobertGouveiaEsq on September 17, 2026, and shared by Patrick Byrne (@PatrickByrne) on the social media website "X". | This exhibit is maintained by counsel and has been delivered to the Chambers of this Court by mail of a thumb drive. As it is a video, the exhibit is not in a format that readily permits electronic filing. |

Dated: September 22, 2026

Respectfully submitted,

By: */s/Davida Brook*

Davida Brook (D.C. Bar No. CA00117)
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
dbrook@susmangodfrey.com

Stephen Shackelford, Jr. (D.C. Bar No. NY0443)
Eve Levin (D.C. Bar No. 1672808)
George El-Khoury *(Admitted pro hac vice)*
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001
Tel: (212) 336-8330
sshackelford@susmangodfrey.com
elevin@susmangodfrey.com
gel-khoury@susmangodfrey.com

Jonathan Ross (D.C. Bar No. TX0027)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana St., Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
jross@susmangodfrey.com

Edgar Sargent (*Admitted pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000

Seattle, WA 98101
Tel: (206) 516-3880
esargent@susmangodfrey.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which I understand to have served counsel for the parties.

*/s/Davida Brook*
Davida Brook