IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Case No. 1:21-cv-02131-CJN-MAU

LIBERTY VOTE HOLDINGS INC.,
LIBERTY VOTE USA INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

Plaintiffs,

v.

PATRICK BYRNE,

Defendant.
_______________________________/

**DEFENDANT PATRICK BYRNE'S MOTION FOR A 48-HOUR EXTENSION OF TIME TO FILE HIS REPLY IN SUPPORT OF HIS URGENT MOTION FOR CLARIFICATION (ECF NO. 207)**

The Defendant, Patrick Byrne ("Dr. Byrne"), by and through his undersigned counsel, hereby files this his Motion for a 48-Hour Extension of Time to File His Reply in Support of His Urgent Motion for Clarification (ECF No. 207), and states:

1. On September 14, 2026, Dr. Byrne filed his Urgent Motion for Clarification of the September 11, 2026 Minute Order, Objection to the Sealing of ECF No. 204, and for a Limited Extension of Time. ECF No. 207.

2. On September 21, 2026, the Plaintiffs, Liberty Vote Holdings Inc., Liberty Vote USA Inc., and Dominion Voting Systems Corporation (together, "Dominion"), filed and served their Opposition through the Court's CM/ECF system. ECF No. 208. Dominion filed a declaration and ten exhibits with it. ECF Nos. 208-1 through 208-11. Three of those exhibits are videos that are not on the docket. Dominion delivered them to chambers on thumb drives and emailed

copies to Dr. Byrne's counsel. ECF No. 209 at 1-2.

3. Under Local Civil Rule 7(d), the Reply is due seven days after service of the Opposition. That original deadline is today, September 28, 2026. No party has sought, and the Court has not granted, any earlier extension of this deadline.

4. Dr. Byrne asks the Court to extend that deadline by 48 hours, through and including Wednesday, September 30, 2026.

5. Good cause supports this request. Dr. Byrne's counsel is still sorting through what Dominion has provided so that the Reply can be finalized. First, Dominion's lists of the exhibits it says must be sealed do not match. On September 11, 2026, Dominion's counsel emailed chambers and asked the Court to remove seventeen exhibits to ECF No. 204 from the public docket as confidential. ECF No. 207-2 at 2-3. Ten days later, Dominion's Opposition objected to the public disclosure of only eleven. ECF No. 208 at 8 n.6.

6. Secondly, some of the video clips Dominion served appear to be redacted. Dominion's Opposition itself reproduces a still image from its Exhibit B video with redactions that Dominion applied. ECF No. 208 at 5 & n.2. Dr. Byrne's counsel must determine what each clip shows before the Reply addresses it.

7. The extension will not affect any other existing deadline. On September 15, 2026, the Court vacated Dr. Byrne's deadline to file redacted versions of ECF No. 204 and Dominion's deadline to reply in support of its Motion for Default Judgment, ECF No. 198, and stated that it will reset both deadlines when it rules on ECF No. 207. Minute Order (Sept. 15, 2026). The Reply is the last brief on ECF No. 207, so no other briefing date needs to change.

8. Dr. Byrne could not file this Motion four days before the deadline, as Section 9(a) of the Standing Order for Civil Cases directs. ECF No. 15 at 3 & n.2. The need for more time



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

arose from what counsel found while finalizing the Reply: Dominion's exhibit lists do not match, and some of Dominion's video clips appear to be redacted. Counsel raised both issues with Dominion's counsel today and promptly filed this Motion.

9. This Motion is made in good faith and not for delay. A 48-hour extension will not prejudice Dominion.

**Memorandum of Points and Authorities**

The Court may extend a deadline for good cause if the request is made before the deadline expires. F.R.Civ.P. 6(b)(1)(A). Dr. Byrne makes this request before the Reply deadline expires. The mismatched exhibit lists and the apparently redacted video clips are good cause for a 48-hour extension.

WHEREFORE, the Defendant, Patrick Byrne, respectfully requests that this Honorable Court grant this Motion, extend the deadline for Dr. Byrne to file his Reply in support of ECF No. 207 from September 28, 2026, through and including September 30, 2026, and grant such other and further relief as this Honorable Court may deem just and proper.

**Local Civil Rule 7(m) Statement**

On September 28, 2026, counsel for Dr. Byrne emailed counsel for Dominion. The email explained that the exhibits Dominion says must be redacted differ between its email to chambers and its Opposition, and that some of the clips appear to be redacted. It then asked whether Dominion opposes a 48-hour extension of time to file the Reply. Counsel for Dominion has responded as follows:

*On the procedure: Mr. Byrne has offered no explanation for why he is making this request after business hours on the very day the reply is due. We further note that we have on*



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

*more occasions than we can recall reminded y'all of this Court's standing order — see Dkt. 15 at ¶ 9 — which requires such requests be made four days before a filing is due.*

*On the substance: The provided reasons for needing the extra time could have been flagged the very day Plaintiffs' made their filing, and frankly do not make any sense. Regarding the documents cited, there are fewer documents cited in our opposition because on our own initiative we narrowed our request. Regarding the redacted "clips," we served un-redacted versions of each video exhibit the same day as our filing, and our filing includes URL links to un-redacted, public versions of each video. See Dkt. 208 at 5-6 & nn.2-4.*

*On the prejudice: This extension prejudices Plaintiffs as it has the effect of further delaying resolution of Plaintiffs' affirmative motion for default judgment, among other issues.*

*That said, to avoid burdening the Court, Plaintiffs will not oppose the request for a 48-hour extension provided you include this entire thread — as in, your request to us, and our response to you — with your request to the Court.*



THE TICKTIN LAW GROUP
270 SW Natura Avenue, Deerfield Beach, Florida 33441
Telephone: (561) 232-2222

Dated: September 28, 2026

Respectfully submitted,

/s/ Peter Ticktin
Peter Ticktin, Esquire
Florida Bar No. 887935
Serv512@LegalBrains.com
Serv514@LegalBrains.com
Serv600@LegalBrains.com
**THE TICKTIN LAW GROUP**
270 SW Natura Avenue
Deerfield Beach, Florida 33441
Telephone: (561) 232-2222
*Attorney for Patrick Byrne*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing with the Clerk of Court through the Court's CM/ECF system, which will transmit notice to all counsel of record.

/s/ Peter Ticktin
Peter Ticktin