**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIBERTY VOTE HOLDINGS INC.,
LIBERTY VOTE USA INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

Plaintiffs,

v.

PATRICK BYRNE,

Defendant.
_______________________________/

Civil Action No. 1:21-cv-02131 (CJN) (MAU)

Judge Carl J. Nichols

# EXHIBIT 2

Rasmussen Reports X post (August 20, 2026) attaching Letter from Sheriff Dar Leaf to President Donald J. Trump and federal officials (August 20, 2025), and related Dominion Voting and Hewlett Packard emails regarding Shanghai customs, firmware updates, and VPN access

https://x.com/Rasmussen_Poll/status/2090417008495956369?s=20

← **Post**

**Rasmussen Reports**
@Rasmussen_Poll

Subscribe

Good Morning !

Remember, Dominion?
-We don't have offices in Serbia
-We don't have anything to do with Communist China
-We don't create election stealing virtual machines
-We assure all US voters that our machine parts are safe

Documents from @SheriffLeaf



8:33 AM · Aug 20, 2026 · **44.3K** Views

33 | 846 | 1.4K | 227

DJORDJE MATIJEVIC | MANAGER, SOFTWARE DEVELOPMENT

DOMINION VOTING
*Osmana Djikica 18, 11000 Belgrade, Serbia, Europe*
*1.866.654.8683* | DOMINIONVOTING.COM

+381 11 630 4550 x429 OFFICE

---

**From:** Lu, Yu Chun <yu.chun.lu@hp.com>
**Sent:** Tuesday, March 24, 2020 7:36 AM
**To:** Nenad Matic <nenad.matic@dominionvoting.com>; Shaik, Mujahatulla <mujahatulla.shaik@hp.com>; Zhao, Wenjie (CW-Derming Zhao) <wenjie.zhao@hp.com>; Makin, Tim (CW) <tim.makin@hp.com>; Aamer Chaudhry <aamer.chaudhry@dominionvoting.com>; Ciocca, Anthony (PPS Presales Print TC) <anthony.gio.ciocca@hp.com>
**Cc:** Kadarkarai, Sivalingam <siva.k@hp.com>; SABAPATHY, SUGANYA (CW) <suganya.sabapathy@hp.com>; Djordje Matijevic <djordje.matijevic@dominionvoting.com>
**Subject:** RE: [EXTERNAL] RE: Dominion Voting FW update latest issues

Hi All,

The M402 002.2012D FW for USTATUS related changes are ready and I've uploaded the FW files to FTP server below.
Please help test and let us know the results.
Meanwhile the tablet arrives at Shanghai customs, we are waiting for customs clearance now, expecting next week to get the tablet.
Note:

1. Fixed the USTATUS issue
   a. **Add Output Bin Full/Initialization/Cartridge Missing USTATUS code**
   b. **Fixed the print job cancel issue (now job can be cancelled with load paper error)**

      During print job, generate load paper error. -> CP will not show cancelling message, it will stay at Load Paper screen when press X to cancel job on CP. Job will be cancelled. Once user encounters other error during, press X on CP will not cancel job.
2. FDU (.exe) tool can update fw from 001.1903A, 001.1906A, 002.1916A, 002.1924A, 002.1936B, 002.2002B

**FTP server info:**

-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-=-

DATA PRIVACY WARNING: DATA ENCRYPTION and SECURE TRANSPORT
It is the customer responsibility to ensure that their corporate and regulatory data privacy requirements are met.
Industry best practice is encrypting the file and securely sharing the key with the recipient as well as choosing a secure transport method (SFTP, HTTPS, or FTPS).
Work with your HP support resource for additional guidance on

**Sent:** Tuesday, March 31, 2020 9:03 AM
**To:** Ronald Morales <ronald.morales@dominionvoting.com>; Nicole Nollette <nicole.nollette@dominionvoting.com>
**Subject:** RE: VPN access with City

Do we have an updated ETA on completion? Do we have a final VM I can at least download?

Thanks,

ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY AND SECURITY

DOMINION VOTING
*1201 18th Street, Suite 210, DENVER, CO 80202*
*1.866.654.8683* | DOMINIONVOTING.COM

720.201.1728 MOBILE

**From:** Ronald Morales <ronald.morales@dominionvoting.com>
**Sent:** Monday, March 30, 2020 3:22 PM
**To:** Nicole Nollette <nicole.nollette@dominionvoting.com>
**Cc:** Eric Coomer <eric.coomer@dominionvoting.com>
**Subject:** RE: VPN access with City

Hi Nicole,

We were able to establish VPN connection from the new virtual machine created today, so, tomorrow morning we are going to work towards making the necessary changes that can allow us reach the EMS servers from the VPN connection.

I will keep you posted.

Best,

RONALD MORALES | SENIOR SYSTEMS MANAGER
1201 18th Street, Suite 210, DENVER, CO 80202
*1.866.654.8683* | DOMINIONVOTING.COM
720.257.5209 x9212 OFFICE
720.878.3051 MOBILE

**From:** Ronald Morales
**Sent:** Monday, March 30, 2020 9:44 AM
**To:** Nicole Nollette <nicole.nollette@dominionvoting.com>
**Cc:** Eric Coomer <eric.coomer@dominionvoting.com>
**Subject:** RE: VPN access with City

I already contacted Matt and he was in a conference, he will contact me when is available….

At this time, I have a preliminary VM that will be used to connect to the VPN (but I need assistance from city to complete it due the VPN trial software they have), once we have all that ready and the IT people is in the other side, the process of configuring the VPN could take couple hours.

I will keep you posted.

# Barry County Sheriff's Office

1212 West State Street • Hastings, Michigan 49058

*Sheriff Dar Leaf*

August 20, 2025

President Donald J. Trump
The White House
1700 Pennsylvania Ave. NW
Washington, DC 20500

The Honorable Pamela Jo Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

The Honorable Edward R. Martin Jr.
Dir. of the Weaponization Working Group
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530

The Honorable Tulsi Gabbard
Office of the Director of National Intelligence
Office of Strategic Communications
Washington, D.C. 20511

Federal Bureau of Investigation
ATTN: Office of the Director
395 E Street SW
Washington, D.C. 20535-0001

The Honorable Kristi Noem
Secretary of Homeland Security
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave. S.E.
Washington, D.C. 20528-0525

The Honorable Thomas D. Homan
Border Czar
The White House
1600 Pennsylvania Ave. NW
Washington, DC 20500

Dear President Trump:

Please be advised as my office continues to investigate Dominion and its agent's, employees and contractors for honest service fraud that my office must immediately refer this critical national security matter to the United State Government.

Please find attached emails from foreign Dominion employees, contractors and agents planning and conspiring with Chinese individuals working for Hewlett Packard to intentionally mislabel product identification numbers in order to circumvent new certification for use in the United States.

Additionally foreign Dominion employees, contractors and agents conspired and planned to have Chinese individuals working for Hewlett Packard modify and make changes to firm ware contained in the U.S. election equipment. Foreign Dominion "tested" Chinese changes outside of the United States.

My office understands the importance of the national security and will continue to assist the United States government, and I thank you for delivering justice to the American People.

Sincerely,

Dar Leaf

Sheriff Dar Leaf
Barry County Sheriff