**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIBERTY VOTE HOLDINGS INC.,
LIBERTY VOTE USA INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

Plaintiffs,

v.

PATRICK BYRNE,

Defendant.
_______________________________/

Civil Action No. 1:21-cv-02131 (CJN) (MAU)

Judge Carl J. Nichols

# EXHIBIT 5

July 24, 2026 Sheriff Dar Leaf Letter to the President with supporting documents released on X.com
https://x.com/SheriffLeaf/status/2080770329257910635?s=20

# Barry County Sheriff's Office

1212 West State Street • Hastings, Michigan 49058

*Sheriff Dar Leaf*

July 22, 026

President Donald J. Trump
The White House
1600 Pennsylvania Avenue N.W.
Washington, DC 20500

Dear Honorable President Trump:

I am writing to inform you that I have evidence of an urgent security threat. Liberty Vote has concealed its employment of Venezuelans, and the fact that past Dominion/ Smartmatic/Sequoia employees and contractors are currently working for the company. Edmundo Rojas is one example. Mr. Rojas is from Caracas, Venezuela and worked for Dominion Voting. Edmundo Rojas, and others were permitted remote access to the US election equipment by "virtual machines" and this access went undetected by clerks across the country. This insider threat is not isolated to Edmundo Rojas. I have evidence that other critical Dominion employees with remote access have transferred to Liberty.

Attached you will find proof of Dominion, and Eric Coomer's email reflecting that he surreptitiously accessed early voting results using a winEDA server prior to pushing the results files to the official EMS. Eric Coomer coordinated his access during the November 2020 Election with a network that included Ronald Morales and Serbian foreign nationals.

I hear experts are promoting a "patch" and other measures to address "vulnerabilities." Mr. President, you have an insider threat problem that a patch cannot correct.

Sincerely,

Sheriff Dar Leaf
Barry County Michigan

Business (269) 948-4805 • Jail (269) 948-4804 • Fax (269) 948-4831

Throughout the loading, I could see spikes in memory usage by Cartridge Reader. In one instance I saw it go up to ~650MB.

Due to default XP behavior, I can easily see how Cart Reader could run out of memory for that bigger cartridge.

So, I would say we try this:

- Make sure we're using a machine with the extended 4GB of RAM.
- Change boot.ini to allow processes to use up to 3GB (default is 2).
- Close every other program/service we can close on the machine.

PAUL CHAVEZ-CASANOVA | SOFTWARE DEVELOPER III

DOMINION VOTING
*1201 18th Street, Suite 210, DENVER, CO 80202*
*1.866.654.8683* | DOMINIONVOTING.COM

720.257.5209 x9213 OFFICE
303.564.4044 MOBILE

---

**From:** Paul Chavez-Casanova
**Sent:** Tuesday, November 3, 2020 6:39 AM
**To:** Martijn Punt; Eric Coomer; Sheannse Smith; Xenofon Marangos; Ronald Morales; Alex Soto Vasquez; Goran Obradovic; Mark McKinney
**Cc:** Ranko Stamatovic; Nicole Nollette; Nick Ikonomakis
**Subject:** RE: Chicago EV loading metrics

When this error happens:

- how much memory does it look like Cart Reader is using?
- How much memory looks free in XP?

I wonder if we can change a boot option to increase the memory available to the process. Also, we should try closing everything except Extended Services, like even Windows Explorer if possible.

PAUL CHAVEZ-CASANOVA | SOFTWARE DEVELOPER III

DOMINION VOTING
*1201 18th Street, Suite 210, DENVER, CO 80202*
*1.866.654.8683* | DOMINIONVOTING.COM

720.257.5209 x9213 OFFICE
303.564.4044 MOBILE

---

**From:** Martijn Punt
**Sent:** Tuesday, November 3, 2020 4:33 AM
**To:** Eric Coomer; Sheannse Smith; Paul Chavez-Casanova; Xenofon Marangos; Ronald Morales; Alex Soto Vasquez; Goran Obradovic; Mark McKinney
**Cc:** Ranko Stamatovic; Nicole Nollette; Nick Ikonomakis
**Subject:** RE: Chicago EV loading metrics

I'm trying to put options on the table:

The splitter tool that splits the mapping XML already reads the result files; I believe we could add writing of split result files as well.
But we would have to take the approach of taking a single **ICP** result file and saving it as multiple **ICC** result files.
We would jump to ICC because this tabulator type can have multiple batches.

I checked the database and do not see any ICC in the Early Voting counting group/tally type, but I assume we could add this.

We will try to integrate this in the current splitter tool as a proof of concept.

Martijn

---

**From:** Eric Coomer <eric.coomer@dominionvoting.com>
**Sent:** Tuesday, November 3, 2020 9:24 AM
**To:** Sheannse Smith <sheannse.smith@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Xenofon Marangos <xenofon.marangos@dominionvoting.com>; Ronald Morales <ronald.morales@dominionvoting.com>; Alex Soto Vasquez <alex.sotovasquez@dominionvoting.com>; Goran Obradovic <goran.obradovic@dominionvoting.com>; Mark McKinney <mark.mckinney@dominionvoting.com>
**Cc:** Martijn Punt <martijn.punt@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Nicole Nollette <nicole.nollette@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** Re: Chicago EV loading metrics

To be clear, the single cartridge load failed for 2 cartridges with roughly 19.9k ballot cards.

There is no path forward with the cartridge reader for these tabulators. What remains is how many tabulators will fail. Once all results are in rtr, I will try to get an cards cast/tabulator report and try to quickly narrow down the max cards for failure. We need to be quick on this. On upside, this is not a battle ground, but this clearly presents serious issues, and as I stated before, cook is in real trouble time wise.

I believe the city ev data will be fully loaded into rtr by about 9 am local time

ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY AND SECURITY

DOMINION VOTING
1201 18th Street, Suite 210, DENVER, CO 80202
1.866.654.8683 | DOMINIONVOTING.COM

720.201.1728MOBILE

<image002.png>
**From:** Mark McKinney <mark.mckinney@dominionvoting.com>
**Sent:** Tuesday, November 3, 2020 2:19:33 AM
**To:** Eric Coomer <eric.coomer@dominionvoting.com>; Sheannse Smith <sheannse.smith@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Xenofon Marangos <xenofon.marangos@dominionvoting.com>; Ronald Morales <ronald.morales@dominionvoting.com>; Alex Soto Vasquez <alex.sotovasquez@dominionvoting.com>; Goran Obradovic <goran.obradovic@dominionvoting.com>
**Cc:** Martijn Punt <martijn.punt@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Nicole Nollette <nicole.nollette@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** RE: Chicago EV loading metrics

I loaded Chicago's primary and it is much the same. The largest EV cartridge had 7,400 ballots spread over 431 unique activation codes / ballot styles.

I'll be very interested in seeing what happens with Eric's final test on one cartridge as I'm not sure what is causing the out of memory. Is the memory usage per cartridge as it should be or is the Cartridge Reader not releasing memory and the usage keeps going up on the second cartridge? I'm assuming that it is releasing the memory between cartridges which means the threshold is between 14,022 and 19,366. Might be a bad assumption though.

Mark McKinney

---

**From:** Eric Coomer <eric.coomer@dominionvoting.com>
**Sent:** Tuesday, November 03, 2020 1:53 AM
**To:** Mark McKinney <mark.mckinney@dominionvoting.com>; Sheannse Smith <sheannse.smith@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Xenofon Marangos <xenofon.marangos@dominionvoting.com>; Ronald Morales <ronald.morales@dominionvoting.com>; Alex Soto Vasquez <alex.sotovasquez@dominionvoting.com>; Goran Obradovic <goran.obradovic@dominionvoting.com>
**Cc:** Martijn Punt <martijn.punt@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Nicole Nollette <nicole.nollette@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** Re: Chicago EV loading metrics

There is a manual results entry, but it would be extremely time consuming with all the different ballot codes. I see the only path to be rescanning on the ICC...

It's painful, but least painful overall... There are no "great" solutions...

ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY AND SECURITY

DOMINION VOTING
1201 18th Street, Suite 210, DENVER, CO 80202
1.866.654.8683 | DOMINIONVOTING.COM

720.201.1728MOBILE

<image002.png>
**From:** Goran Obradovic <goran.obradovic@dominionvoting.com>
**Sent:** Tuesday, November 3, 2020 1:48:08 AM
**To:** Mark McKinney <mark.mckinney@dominionvoting.com>; Eric Coomer <eric.coomer@dominionvoting.com>; Sheannse Smith <sheannse.smith@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Xenofon Marangos <xenofon.marangos@dominionvoting.com>; Ronald Morales <ronald.morales@dominionvoting.com>; Alex Soto Vasquez <alex.sotovasquez@dominionvoting.com>
**Cc:** Martijn Punt <martijn.punt@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Nicole Nollette <nicole.nollette@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** Re: Chicago EV loading metrics

Mark is there some sort of manual results entry in WinEDS? I have talked to Ranko and he does not see these three paths forward:
- manual results entry in WinEDS
- rescan on ICC and load smaller batches
- use RTR

GORAN OBRADOVIC | VP ENGINEERING AND GM EUROPE
DOMINION VOTING
215 Spadina Avenue, Toronto, Ontario, M5T 2C7
1.866.654.8683 | DOMINIONVOTING.COM
866.654.8683 OFFICE (ext 401)
<image002.png>
**From:** Mark McKinney <mark.mckinney@dominionvoting.com>
**Sent:** Tuesday, November 3, 2020 8:44:49 AM
**To:** Eric Coomer <eric.coomer@dominionvoting.com>; Sheannse Smith <sheannse.smith@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Xenofon Marangos <xenofon.marangos@dominionvoting.com>; Ronald Morales <ronald.morales@dominionvoting.com>; Alex Soto Vasquez <alex.sotovasquez@dominionvoting.com>
**Cc:** Goran Obradovic <goran.obradovic@dominionvoting.com>; Martijn Punt <martijn.punt@dominionvoting.com>; Ranko Stamatovic

<ranko.stamatovic@dominionvoting.com>; Nicole Nollette <nicole.nollette@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** RE: Chicago EV loading metrics

Well now I'm wide awake.

I just looked at the primary and currently only have Cook loaded. The largest EV cartridge had only 5.736 ballots and 157 unique activation codes / ballot styles. Wasn't even close to what we are dealing with in this election.

Mark McKinney

---

**From:** Eric Coomer <eric.coomer@dominionvoting.com>
**Sent:** Tuesday, November 03, 2020 12:22 AM
**To:** Sheannse Smith <sheannse.smith@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Xenofon Marangos <xenofon.marangos@dominionvoting.com>; Ronald Morales <ronald.morales@dominionvoting.com>; Alex Soto Vasquez <alex.sotovasquez@dominionvoting.com>
**Cc:** Mark McKinney <mark.mckinney@dominionvoting.com>; Goran Obradovic <goran.obradovic@dominionvoting.com>; Martijn Punt <martijn.punt@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Nicole Nollette <nicole.nollette@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** RE: Chicago EV loading metrics
**Importance:** High

Cartridge 31057 with 19944 total cards cast in a SINGLE load through the cartridge reader FAILED at 55 minutes in.

We may have a situation.

We already have several cartridges with roughly 20,000 cards cast, and may not be able to read these results into WinEDS.

---

**ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY AND SECURITY**

**DOMINION VOTING**
*1201 18th Street, Suite 210, DENVER, CO 80202*
*1.866.654.8683* | DOMINIONVOTING.COM

720.201.1728 MOBILE

---

**From:** Eric Coomer
**Sent:** Tuesday, November 3, 2020 12:00 AM
**To:** Sheannse Smith <sheannse.smith@dominionvoting.com>; Paul Chavez-Casanova <paul.chavez-casanova@dominionvoting.com>; Xenofon Marangos <xenofon.marangos@dominionvoting.com>; Ronald Morales

<ronald.morales@dominionvoting.com>; Alex Soto Vasquez <alex.sotovasquez@dominionvoting.com>
**Cc:** Mark McKinney <mark.mckinney@dominionvoting.com>; Goran Obradovic <goran.obradovic@dominionvoting.com>; Martijn Punt <martijn.punt@dominionvoting.com>; Ranko Stamatovic <ranko.stamatovic@dominionvoting.com>; Nicole Nollette <nicole.nollette@dominionvoting.com>; Nick Ikonomakis <nick.ikonomakis@dominionvoting.com>
**Subject:** Chicago EV loading metrics
**Importance:** High

Our first round of EV loading was not inspiring. We tried a round of 6 cartridges ranging from 500 MB – 2.5 GB. The largest cartridge had 9,900 A-cards, but 19,998 total cards cast! There are several cartridges approaching 20,000 cards cast.

Copy times range from about 3 minutes if done with the cards directly connected to the server to about 8 minutes when copied from a workstation to the nas. Not great, but not horrible. We were loading 2-4 cards at a time (one through server, three through workstations). It took about 20 minutes to get all 6 cards copied. Once we went to 4 loads

Manual results loading into RTR took 60 minutes for the 6 cards. All config settings were updated.

Total cards/cartridge
19,998
4,680
19,366
14,276
14,022
6,989

Exporting the 6 files took 4 minutes

WinEDS loading
We started trying to load 2 cartridges at a time on 3 machines. Only 1 load completed, the other 2 errored out with "Out of memory" exceptions. These two had the following 2 cards: The mapping files were only around 35 MB so well below the threshold for that failure- this is another memory exception.

Machine 1: 19,998 and 4,680 FAILED after 1 hour
Machine 2: 19,366 and 14,276 FAILED after 1 hour
Machine 3: 14,022 and 6,989 Loaded in about 30 minutes.

I'm now trying to load the largest cartridge we have by itself in WinEDS.

Fingers crossed we can get this data in, otherwise, we'll have to rescan upwards of 20,000 cards for multiple ev sites as a catastrophic fallback. I'll try to stick around till this

finishes.

In the meantime, all EV cards (except from site 2 that was mis-delivered and will arrive in the morning) have been copied to the NAS. I am about to kick off the RTR loading of the remaining 47 cartridges- based on the average data from above, the loading should be complete by 9:00 am. From there we will begin loading into WinEDS assuming single cartridges will load. With 4 workstations going and 1 hour/cartridge... I doubt we'll get the EV completed before close of polls, but we'll be close... I still have no idea how long it will take to tally in WinEDS as I don't have enough data to test this.

This is for the City. Cook will be very time constrained due to them not even starting this process till tomorrow morning. We should be prepared to notify the customer to lower expectations.

ERIC D. COOMER | DIRECTOR, PRODUCT STRATEGY AND SECURITY

DOMINION VOTING
*1201 18th Street, Suite 210, DENVER, CO 80202*
*1.866.654.8683* | DOMINIONVOTING.COM

720.201.1728 MOBILE

<image002.png>