**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIBERTY VOTE HOLDINGS INC.,
LIBERTY VOTE USA INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

Plaintiffs,

v.

PATRICK BYRNE,

Defendant.
_______________________________/

Civil Action No. 1:21-cv-02131 (CJN) (MAU)

Judge Carl J. Nichols

# EXHIBIT 7

Eric Coomer Deposition May 22, 2026 Vol I and
July 10, 2026 Vol III Transcript excerpts

Coomer Dep. vol. I p. 272:1–24 (May 20, 2026)

Q. So they were -- the city -- you're saying the City of Chicago set up access for a VPN if need be to who?

A. It would have been to me if needed.

Q. And where were you?

A. I was in Salida, Colorado, at my house.

Coomer Dep. vol. I p. 274:1-11

A. … the VPN connection would have been into the county's servers. They had their own server racks, and then they would have had to physically connect those servers to the Dominion cluster.

… the VPN would have been into the city server, and then they would have had to physically connect the city server into the -- the Dominion cluster server that was all on-site and managed by them.

Coomer Dep. vol. III p. 15:16–23 (July 10, 2026)

Q. So you were in Chicago during the 2020 elections?

A. I was in Chicago for the March primary from roughly mid to late March, and then I was there for the presidential general election in November. I think I got there maybe October 30th or 31st, and I left there on or around November 18th, I believe.

Coomer Dep. vol. III p. 18:15–17

A. Ronald may have provided me a virtual machine as a backup potential during the 2020 primary election in Chicago. I believe he did, but I'm not positive on that.

Coomer Dep. vol. III p. 57:19–21

Q. A Jim Allen, A-L-L-E-N?

A. Yes, I did work with Jim Allen. He's from the City Board of Elections.

Coomer Dep. vol. III p. 58:2–4

Q. What did you do with Jim Allen?

A. Generally, I gave him status updates on the system.

Coomer Dep. vol. III p. 22:17–24

Q. And would you agree that this kind of connection with a VPN would permit remote access to government or EMS servers?

A. In the abstract, yes. A VPN is a type of remote access, yes.

Coomer Dep. vol. III p. 69:7–25

Q. We covered it briefly. What work did you do with Jim Allen more specifically?

A. Administrative updates, information. We exchanged information. I gave him information about general status.

I believe, and I can't even remember what Jim Allen's role was in 2020, you know, it changed over the years. He kind of got moved up the food chain. I didn't do, like, a whole lot of work directly with Jim Allen.

I know that he -- I believe he was the one that proposed the idea of having a backup VPN option during the primary because he was very concerned that an issue may arise, and they would not have somebody on site that could deal with it, and he was more concerned about, you know, making sure the election was accurate.