**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIBERTY VOTE HOLDINGS INC.,
LIBERTY VOTE USA INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

Plaintiffs,

v.

PATRICK BYRNE,

Defendant.
________________________________/

Civil Action No. 1:21-cv-02131 (CJN) (MAU)

Judge Carl J. Nichols

# EXHIBIT 8

Declaration of Patrick Byrne

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LIBERTY VOTE HOLDINGS INC.,
LIBERTY VOTE USA INC., and
DOMINION VOTING SYSTEMS
CORPORATION,

Plaintiffs,

v.

PATRICK BYRNE,

Defendant.
_______________________________/

Civil Action No. 1:21-cv-02131 (CJN) (MAU)

Judge Carl J. Nichols

**DECLARATION OF PATRICK BYRNE**

I, Patrick Byrne, hereby declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over eighteen years of age. I make this declaration on personal knowledge, and if called as a witness I would testify competently to the matters stated here.

2. I am the Defendant in this action. I hold a Doctorate in Philosophy (Mathematical Logic & Political Philosophy) from Stanford University, an M.Phil. in Philosophy (Ethics) from Cambridge University as a Marshall Scholar, a B.A. from Dartmouth (Philosophy and Asian Studies), and a Certificate from Beijing Normal University.

3. For many years, beginning long before this lawsuit, I have worked for agencies of the United States government, including federal law enforcement. These have included the CIA, the FBI, the DoD, and the NSC. In connection with that assistance I signed agreements that I understand to impose obligations on me that either take 15 years to expire (and have not), or never expire. I've signed contracts that say I've got lifelong obligations to do certain things.

4. In connection with that work, for some years I maintained a TS/SCI clearance. In connection with this clearance, I signed additional paperwork that I believe generate similar long-term duties.

5. In addition, in 2006 the Senate Judiciary Committee Chairman Arlen Specter (and several other senators of both parties, including Senate Intelligence Committee Chairman "Kit" Bond) tasked me with the mission of disrupting the systemic corruption that they believed was taking over the United States, and wrote a letter (they told me) such as had not been written since WWII, tasking me with this lifelong mission. I was instructed that my acceptance of their request outlasted their service as senators and even, they said, their lifetimes: for this reason, they said, this letter would be locked in a safe at SJC for the rest of my life. Senators Grassley and Leahy (both members of the SJC at that time, and now ranking Members of the SJC) were present in the room for this event: I am confident a request from a federal judge to confirm this would be honored.

6. I carry a settled understanding: a person who sees evidence of an ongoing crime against the United States takes it to the officers empowered to investigate it. I also understand that federal law makes it a crime for a person having knowledge of the actual commission of a felony to conceal it and not make it known to the authorities. 18 U.S.C. § 4. That much is true for any citizen. In addition, I believe that I have supererogatory duties, due to my prior work for numerous agencies of government, the clearances I maintained, and the lifelong mission tasked me by the Senate Judiciary Committee in 2006. Right or wrong as a matter of law, that understanding is mine, and I have held it consistently.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the _30___ day of September 2026.

Patrick Byrne
______________________
Patrick Byrne