**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LIBERTY VOTE HOLDINGS INC., LIBERTY VOTE USA INC., and DOMINION VOTING SYSTEMS CORPORATION,

Plaintiffs,

v.

PATRICK BYRNE,

Defendant.
______________________________/

Civil Action No. 1:21-cv-02131 (CJN) (MAU)

Judge Carl J. Nichols

# EXHIBIT 9

2026-0108 Email to OC asking for Discovery documents

**Linda Good**

**From:** Peter Ticktin
**Sent:** Thursday, January 8, 2026 5:10 PM
**To:** Eve Levin
**Cc:** dominion@simplelists.susmangodfrey.com; David Perry; Damaris Concepcion
**Subject:** RE: Dominion v. Byrne - Meet and Confer

**Categories:** TM SAVED

Eve,

My first wife's name was Eva, and we are still friends. So, I must say that you started with me with a plus.

Anyway, I have a problem in that I never received the production of documents in this case. Can you please get all of the discovery which has already occurred to me? Hopefully, it is all we need to go ahead and try this case.

We are good for 10:00 am ET, tomorrow. I am looking forward to meeting you, albeit only on the phone.

Yours,
Peter

**Peter Ticktin**

THE TICKTIN LAW GROUP
EST. 1991
"The lawyers you want between you and your problems."

THE TICKTIN LAW GROUP
270 SW Natura Avenue | Deerfield Beach, Florida 33441

(954) 570-6757
General email: PT@LegalBrains.com
Service email: Serv512@LegalBrains.com
www.LegalBrains.com

## PLEASE READ THIS NOTICE.

**Due to the large volume of emails I receive and the nature of legal practice, please assume that I did not receive or read any emails sent to me unless or until there is a reply sent or other confirmation that an incoming email was read. If you have any urgent matter, please be sure to call my office to advise of the fact that an urgent email has been sent.Â  Moreover, sometimes, staff will access my emails, so even if an email is shown to have been read, it may not have been read by me.**

This Email is covered by the federal Electronic Communications Privacy Act, 18 U.S.C. Â§Â§ 2510-2521 and is legally privileged. This email message is for the sole use of the intended recipient(s) and may contain highly confidential or privileged information.Â  Any unauthorized copying, review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email at PT@LegalBrains.com and delete the original message and all copies.

-----Original Appointment-----
**From:** Eve Levin <ELevin@susmangodfrey.com>
**Sent:** Thursday, January 8, 2026 5:03 PM
**To:** Peter Ticktin; David Perry; Damaris Concepcion
**Cc:** dominion@simplelists.susmangodfrey.com
**Subject:** Dominion v. Byrne - Meet and Confer
**When:** Friday, January 9, 2026 10:00 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** https://susmangodfrey.zoom.us/j/85227239132?pwd=ruR1CX889jEW4RPixV1uk8V4jrLBbz.1

zoom

Hi there,

Eve Levin is inviting you to a scheduled Zoom meeting.

## Join Zoom Meeting

| | |
|---|---|
| Meeting URL: | https://susmangodfrey.zoom.us/j/85227239132?pwd=ruR1CX889jEW4RPixV1uk8V4jrLBbz.1 |
| Meeting ID: | 852 2723 9132 |
| Passcode: | 227830 |
| One tap mobile: | US: +16468769923,,85227239132# or +16469313860,,85227239132# |